**<u>Exhibit A</u>**

**Rifkin Declaration**

**[To Come]**