**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

**AMENDED[2] NOTICE OF (I) FILING OF CHAPTER 11 PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 10, 2024, AT 10:30 A.M. (EASTERN TIME)**

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**PLEASE TAKE NOTICE** that, on September 9, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and related pleadings with the United States Bankruptcy Court for the District of Delaware.  The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The automatic stay of Section 362(a) of the Bankruptcy Code is in effect.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] **Amended items appear in bold.**

for **September 10, 2024, at 10:30 a.m. (Eastern Time)** (the "**First Day Hearing**") before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

## PETITIONS

1. Voluntary Petitions (see attached **Exhibit A**).

    Related Documents:

    A. Notice of Hearing to Consider First Day Pleadings (D.I. 29, filed 9/9/24).

## DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2. Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings (D.I. 3, filed 9/9/24).

    Related Documents:

    **(a) Notice of Filing of Amended Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings (D.I. 77, filed 9/10/2024).**

## MATTERS GOING FORWARD

3. Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases and Granting Related Relief (D.I. 2, filed 9/9/24).

    Status: This matter is going forward.

4. Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent (D.I. 4, filed 9/9/24).

    Status: This matter is going forward.

5. Motion of Debtors for Entry of Interim and Final Orders (I) Confirming the Manner of Satisfying the Requirement To File a List of Equity Security Holders and (II) Authorizing Debtors To Redact Certain Personal Information (D.I. 5, filed 9/9/24).

    Status: This matter is going forward.

6. Motion of Debtors for Entry of a Standing Order Confirming the Statutory Protections of the Bankruptcy Code (D.I. 6, filed 9/9/24).

Status: This matter is going forward.

7.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 7, filed 9/9/24).

    Status: This matter is going forward.

8.  Motion of Debtors for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of, and Declarations of, Worthlessness with Respect to, Interests in the Debtors Estates (D.I. 8, filed 9/9/24).

    Status: This matter is going forward.

9.  Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance (D.I. 9, filed 9/9/24).

    Status:  This matter is going forward.

10. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices and (II) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 10, filed 9/9/24).

    **(a)    Notice of Filing of Revised Proposed Interim Order Authorizing (I) Debtors To Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices and (II) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 81, filed 9/10/2024).**

    **Status:  On September 10, 2024, the Debtors filed a revised proposed order granting the requested relief on an interim basis.  This matter is going forward.**

    Status:  This matter is going forward.

11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors To Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors To Return Goods, (IV) Authorizing Debtors To Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 11, filed 9/9/24).

    Status:  This matter is going forward.

12. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Insurance Programs, and Honor All Obligations in Respect Thereof, (B) Honor and Renew the Terms of the Premium Financing Agreements and Pay the Financing Agreement Payments Thereunder, and (C) Enter into New Premium Financing Agreements in the Ordinary Course of Business and (II) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 12, filed 9/9/24).

    Status:  This matter is going forward.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief (D.I. 13, filed 9/9/24).

    Related Documents:

    **(a)** *Notice of Proposed Cure Amounts for Certain Unexpired Leases* (**D.I. 66**, **filed 9/10/2024**).

    Status:  This matter is going forward.

14. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees To Proceed with Outstanding Workers Compensation Claims, and (III) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 14, filed 9/9/24).

    Related Documents:

    **(b)** **Notice of Filing of Revised Proposed Interim Order Authorizing (I) Debtors To (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees To Proceed with Outstanding Workers Compensation Claims, and (III) Financial Institutions To Honor and Process Related Checks and Transfers (D.I. 79, filed 9/10/2024).**

    **Status:  On September 10, 2024, the Debtors filed a revised proposed order granting the requested relief on an interim basis.  This matter is going forward.**

15. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtors To Continue To Maintain Existing Cash Management System, Bank Accounts, and Business Forms, (B) Debtors To Open and Close Bank Accounts, and (C) Financial Institutions To Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims (D.I. 15, 9/9/24).

<u>Status</u>:  This matter is going forward.

16. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief  (D.I. 16, filed 9/9/24).

    <u>Related Documents</u>:

    **(a)    Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief (D.I. 78, filed 9/10/2024).**

    **<u>Status</u>:  On September 10, 2024, the Debtors filed a revised proposed order granting the requested relief on an interim basis.  This matter is going forward.**

17. [SEALED] Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (D.I. 19, filed 9/9/24).

    <u>Related Documents</u>:

    (a)    [REDACTED] Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (D.I. 20, filed 9/9/24).

    (b)    Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Commercial Information in the Debtor in Possession Financing Facilities (D.I. 21, filed 9/9/24).

    **(c)    Notice of Filing of Revised Proposed Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (D.I. 80, filed 9/10/2024).**

**(d)** **[SEALED]** Exhibit(s) Notice of Filing of Fee Letters Related To Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, And 552, (I) Authorizing the Debtors To (A) Obtain Senior Secured Superpriority Post-Petition Financing And (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection To Prepetition Secured Parties, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief (D.I. 69, filed 9/9/2024).

**(e)** **[REDACTED]** Notice of Filing of Fee Letters Related To Motion of Debtors For Entry of Interim and Final Orders, Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing the Debtors To (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection To Prepetition Secured Parties, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief (D.I. 71, filed 9/9/2024).

**Status:** On September 10, 2024, the Debtors filed a revised proposed order granting the requested relief on an interim basis. This matter is going forward.

Dated: September 9, 2024
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (*pro hac vice* pending)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)

Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*

7

**Exhibit A**

|   | Debtor | Case No. |
|---|---|---|
| A | Great Basin, LLC | 24-11966 (JKS) |
| B | Big Lots, Inc. | 24-11967 (JKS) |
| C | Consolidated Property Holdings, LLC | 24-11968 (JKS) |
| D | Big Lots Management, LLC | 24-11969 (JKS) |
| E | Big Lots Stores – PNS, LLC | 24-11970 (JKS) |
| F | Broyhill LLC | 24-11971 (JKS) |
| G | BLBO Tenant, LLC | 24-11972 (JKS) |
| H | Big Lots Stores, LLC | 24-11973 (JKS) |
| I | CSC Distribution LLC | 24-11974 (JKS) |
| J | Durant DC, LLC | 24-11975 (JKS) |
| K | Big Lots Stores – CSR, LLC | 24-11976 (JKS) |
| L | GAFDC LLC | 24-11977 (JKS) |
| M | Closeout Distribution, LLC | 24-11978 (JKS) |
| N | WAFDC, LLC | 24-11979 (JKS) |
| O | Big Lots eCommerce LLC | 24-11980 (JKS) |
| P | AVDC, LLC | 24-11981 (JKS) |
| Q | PAFDC LLC | 24-11982 (JKS) |
| R | INFDC, LLC | 24-11983 (JKS) |
| S | Big Lots F&S LLC | 24-11984 (JKS) |