**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Brian M. Resnick of Davis Polk & Wardwell LLP to represent the Debtors in this action.

Dated: September 10, 2024

*/s/ Casey B. Sawyer*
Casey B. Sawyer (No. 7260)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Email: csawyer@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the United States Court of Appeals for the First Circuit, and the United States District Courts for the Eastern and Southern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: September 10, 2024

*/s/ Brian M. Resnick*
Brian M. Resnick
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: brian.resnick@davispolk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.