**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | | |
|---|---|---|
| BIG LOTS, INC. | § § § § | CASE NO. 24-11967<br><br>(Chapter 11) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
> WESLACO INDEPENDENT SCHOOL DISTRICT
> c/o Hiram Gutierrez
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> P.O. Box 2916
> McAllen, Tx 78502
> (956) 631-4026
> (956) 289-1023 FAX
> edinburgbankruptcy@pbfcm.com

      Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
P.O. Box 2916
McAllen, Tx. 78502
(956) 631-4026
(956) 289-1023

Attorneys for Claimant

By:   /s/Hiram Gutierrez

Hiram Gutierrez
TX SBN: 24040058

## CERTIFICATE OF SERVICE

I, Hiram Gutierrez, do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 10th day of September, 2024.

By:   /s/Hiram Gutierrez

Hiram Gutierrez
TX SBN: 24040058