IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Big Lots, Inc. , *et al.*,<br>           Debtor. | Chapter 11<br><br>Case No.: 24-11967 (JKS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joel F. Newell of Ballard Spahr LLP to represent NS Retail Holdings, LLC, Blair Bowie, LLC and Bowie Border, LLC (collectively the "Creditors") in this action.

Dated: September 10, 2024        */s/ Laurel D. Roglen*
                                                      Laurel D. Roglen (DE No. 5759)
                                                      BALLARD SPAHR LLP
                                                      919 N. Market Street, 11th Floor
                                                      Wilmington, Delaware 19801-3034
                                                      Telephone: (302) 252-4465
                                                      Facsimile: (302) 252-4466
                                                      E-mail: roglenl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and United States District Court of Arizona and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: September 10, 2024        */s/ Joel F. Newell*
                                                      Joel F. Newell (AZ No. 025296)
                                                      BALLARD SPAHR LLP
                                                      1 East Washington Street, Suite 2300
                                                      Phoenix, Arizona 85004
                                                      Telephone: (602) 798-5400
                                                      Facsimile: (602) 798-5595
                                                      E-mail: newellj@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.