# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| **BIG LOTS, INC.,** *et al.*, ) | Case No. 24-11967(JKS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Wanda Borges of Borges & Associates, LLC hereby appears in this bankruptcy proceeding as attorney for **KENNEY MANUFACTURING COMPANY.**

**REQUEST IS HEREBY MADE**, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

Wanda Borges, Esq.
Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791
516-677-8200 x224
wborges@borgeslawllc.com
schin@borgeslawllc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without limitation.

Dated:   September 10, 2024          BORGES & ASSOCIATES, LLC

*Attorneys for Kenney Manufacturing Company*

By:   */s/ Wanda Borges*
     Wanda Borges, Esq. (wb4904)
     Sue L. Chin, Esq.
     BORGES & ASSOCIATES, LLC
     575 Underhill Blvd., Suite 118
     Syosset, New York 11791
     Tel:  (516) 677-8200 x224
     Fax:  (516) 677-0806
     wborges@borgeslawllc.com
     schin@borgeslawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024 a copy of the foregoing **NOTICE OF**

**APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** was served by: (1) electronic notification through the CM/ECF System on all parties registered in this case.

By: */s/ Wanda Borges*
    Wanda Borges, Esq.