**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:
   **BIG LOTS, Inc., *et als***        : CHAPTER 11
                                          : JOINTLY ADMINISTERED
                                          : No. 24-11967(jks)

## REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly direct all notices intended for Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC to me at the address appearing below.

                               **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:     */S/ William J. Levant, Esquire*
           William J. Levant, Esquire
           **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
           910 Harvest Drive
           Post Office Box 3037
           Blue Bell, PA 19422
           (610)260-6000
           (610)684-2020 – Telecopier
           wlevant@kaplaw.com
           Counsel for Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC

Date : September 10, 2024