**PAUL M. LOPEZ**
**LARRY R. BOYD**
**EMILY M. HAHN**
**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**
**1700 REDBUD BLVD, SUITE 300**
**MCKINNEY, TEXAS 75069**
**TELEPHONE: (214) 544-4000**
**TELECOPIER: (214) 544-4040**
**ATTORNEYS FOR TAXING ENTITIES**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| BIG LOTS, INC., *et al.,* ¹ § | | |
| § | | |
| § | | CASE NO. 24-11967 |
| § | | |
| DEBTORS. § | | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a)

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

*PLEASE TAKE NOTICE THAT* the undersigned hereby enters an appearance on behalf of:

| Collin County | City of Paris | City of Sherman |
|---|---|---|
| Collin College | Paris Junior College | |
| City of Plano | | |
| Mckinney ISD | | |
| City of McKinney | | |

**ARBH NOTICE OF APPEARANCE**                                                                                           **- Page 1**

---

1. The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores -PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

secured creditor(s) in the above-captioned matter. The undersigned hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following attorneys:

| **Paul M. Lopez** | **Larry R. Boyd** | **Emily M. Hahn** |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. |
| 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 |
| McKinney, Texas 75069 | McKinney, Texas 75069 | McKinney, Texas 75069 |
| Telephone: (214) 544-4000 | Telephone: (214) 544-4000 | Telephone: (214) 544-4000 |
| Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 |
| plopez@abernathy-law.com | bankruptcy@abernathy-law.com | ehahn@abernathy-law.com |

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, ECF, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

By: /s/ *Paul M. Lopez*
**Paul M. Lopez**
State Bar No. 24076516
plopez@abernathy-law.com
**Larry R. Boyd**
State Bar No. 02775000
lboyd@abernathy-law.com
**Emily M. Hahn**
State Bar No. 24101846
ehahn@abernathy-law.com
**Abernathy, Roeder, Boyd & Hullett, P.C**.
1700 Redbud Blvd., Ste. 300

McKinney, Texas 75069  
Telephone: (214) 544-4000  
Telecopier: (214) 544-4040  
**ATTORNEYS FOR TAXING ENTITIES**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2024, a copy of the foregoing document was served on the parties electronically via the Court's ECF System.

<u>/s/ *Paul M. Lopez*</u>

**ARBH NOTICE OF APPEARANCE** - Page 3

---

1. The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores -PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.