## Exhibit 4

**Approved Budget**

| Week # | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Weeks 1 - 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Date | 9/1/2024 | 9/8/2024 | 9/15/2024 | 9/22/2024 | 9/29/2024 | 10/6/2024 | 10/13/2024 | 10/20/2024 | 10/27/2024 | 11/3/2024 | 11/10/2024 | 11/17/2024 | 11/24/2024 | 9/1/2024 |
| End Date | 9/7/2024 | 9/14/2024 | 9/21/2024 | 9/28/2024 | 10/5/2024 | 10/12/2024 | 10/19/2024 | 10/26/2024 | 11/2/2024 | 11/9/2024 | 11/16/2024 | 11/23/2024 | 11/30/2024 | 11/30/2024 |
| Actual / Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| | | | | | | | | | | | | | | |
| Memo: Total Sales | 86,066 | 70,658 | 72,280 | 73,733 | 79,606 | 76,848 | 75,327 | 67,276 | 69,197 | 84,781 | 88,086 | 105,039 | 111,590 | 1,059,496 |
| **Operating Receipts** | | | | | | | | | | | | | | |
| Total Receipts | 94,140 | 77,598 | 71,429 | 87,402 | 84,054 | 83,067 | 89,271 | 79,695 | 78,874 | 81,815 | 91,803 | 102,607 | 115,062 | 1,136,806 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Total Operating Disbursements | 55,105 | 50,603 | 76,261 | 58,666 | 110,486 | 68,398 | 85,999 | 65,717 | 80,287 | 94,237 | 81,196 | 80,542 | 66,065 | 973,553 |
| Total Net Operating Cash Flow | 39,034 | 26,994 | (4,832) | 28,736 | (26,432) | 14,669 | 3,271 | 13,978 | (1,414) | (12,422) | 10,607 | 22,065 | 48,997 | 163,263 |
| Total Non-Operating Disbursements | — | 15,682 | 2,294 | 2,094 | 3,094 | 2,094 | 1,855 | 2,055 | 1,655 | 2,655 | 1,655 | — | 59,483 | 94,614 |
| Unlevered Free Cash Flow | 39,034 | 11,313 | (7,126) | 26,642 | (29,525) | 12,576 | 1,416 | 11,923 | (3,069) | (15,077) | 8,952 | 22,065 | (10,466) | 68,639 |
| **Financing** | | | | | | | | | | | | | | |
| ABL Borrowings / (Payments) [a] | (43,600) | (23,983) | 8,871 | (26,402) | 29,474 | (12,460) | 11,400 | (12,000) | 3,100 | 15,000 | (9,000) | (17,600) | 20,600 | (56,600) |
| FLO Borrowings / (Payments) [b] | — | 25,000 | — | — | 10,000 | — | — | — | — | — | — | — | — | 35,000 |
| FLO FF&E Paydown [c] | — | (714) | (1,344) | — | (7,564) | — | (8,471) | — | — | — | — | (4,576) | — | (16,750) |
| Interest, Amort and Bank Fees [d] | (1,397) | (11,500) | — | — | (2,222) | — | (4,286) | — | — | — | — | — | — | (13,835) |
| Other [e] | — | — | — | — | — | — | — | — | — | — | — | — | (10,000) | (21,500) |
| Total Financing Cash Flow [f] | (44,997) | (11,198) | 7,527 | (26,402) | 29,688 | (12,460) | (1,367) | (12,000) | 3,100 | 15,000 | (9,000) | (22,176) | 10,600 | (73,684) |
| Total Net Cash Flow | (5,963) | 115 | 402 | 240 | 162 | 116 | 50 | (77) | 31 | (77) | (48) | (111) | 114 | (5,045) |
| Beginning Bank Balance | 6,353 | 390 | 505 | 907 | 1,147 | 1,309 | 1,425 | 1,475 | 1,398 | 1,429 | 1,382 | 1,304 | 1,194 | 6,353 |
| (+/-) Net Cash Flow | (5,963) | 115 | 402 | 240 | 162 | 116 | 50 | (77) | 31 | (77) | (48) | (111) | 114 | (5,045) |
| Ending Bank Balance | 390 | 505 | 907 | 1,147 | 1,309 | 1,425 | 1,475 | 1,398 | 1,429 | 1,382 | 1,304 | 1,194 | 1,307 | 1,307 |
| **Availability** | | | | | | | | | | | | | | |
| ABL Borrowing Base [a] | 548,724 | 510,265 | 507,123 | 504,997 | 498,182 | 501,705 | 500,230 | 507,386 | 517,876 | 550,000 | 546,407 | 535,426 | 525,562 | 525,562 |
| FLO Borrowing Base [b] | 162,169 | 147,500 | 147,500 | 147,500 | 157,500 | 155,704 | 155,473 | 152,377 | 154,679 | 157,500 | 157,500 | 157,323 | 153,840 | 153,840 |
| (-) ABL Balance [c] | (388,400) | (344,417) | (353,287) | (326,888) | (356,360) | (343,900) | (355,300) | (343,300) | (346,400) | (361,400) | (352,400) | (334,800) | (355,400) | (355,400) |
| (-) FLO Balance [d] | (115,000) | (146,786) | (146,786) | (146,786) | (149,222) | (149,222) | (140,751) | (140,751) | (140,751) | (140,751) | (140,751) | (140,751) | (140,751) | (140,751) |
| (-) LCs [e] | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) | (58,749) |
| MEA Covenant [f] | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) | (80,000) |
| ABL Availability (excl. MEA) [g = a + c + e] | 121,575 | 107,100 | 95,087 | 119,332 | 81,073 | 99,056 | 86,181 | 105,337 | 112,727 | 129,851 | 135,258 | 141,877 | 111,413 | 111,413 |
| ABL Availability (incl. MEA) [h = g + f] | 41,575 | 27,100 | 15,087 | 39,332 | 1,073 | 19,056 | 6,181 | 25,337 | 32,727 | 49,851 | 55,258 | 61,877 | 31,413 | 31,413 |
| FLO Availability [i = b + d] | 47,189 | 714 | 714 | 714 | 8,278 | 6,483 | 14,722 | 11,627 | 13,929 | 16,750 | 16,750 | 16,573 | 13,089 | 13,089 |
| Total Availability (incl. MEA) [j = h + i] | 88,764 | 27,814 | 15,801 | 40,046 | 9,352 | 25,539 | 20,903 | 36,964 | 46,656 | 66,601 | 72,007 | 78,449 | 44,502 | 44,502 |