**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | § | CASE NO.   24-11967 |
| BIG LOTS, INC. | § |  |
| DEBTOR(S), | § | CHAPTER   11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF EL PASO**          **BEXAR COUNTY**          **ECTOR CAD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 11th day of  September, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ROBERT J. DEHNEY
MORRIS NICHOLS ARSHT &
TUNNELL
1201 N. MARKET ST. PO BOX 1347
WILMINGTON, DE 19899-1347

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL
BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone:  (210) 225-6763
Facsimile:   (210) 225-6410
Email:        sanantonio.bankruptcy@lgbs.com

By: /s/ Don Stecker
_____

Don Stecker
SBN: 19095300 TX