# Schedule 1

## Insurance Programs

| Type of Coverage | Carrier | Policy Number | Policy Term |
|---|---|---|---|
| General Liability / Products Liability | Starr Indemnity & Liability Company | 1000100047241 | 6/1/2024 - 6/1/2025 |
| Liquor Liability | Starr Indemnity & Liability Company | 1003025222241 | 6/1/2024 - 6/1/2025 |
| Excess General Liability | HDI Specialty Insurance Company | XLXD6530400S | 6/1/2024 - 6/1/2025 |
| Automobile Liability | Starr Indemnity & Liability Company | 1006924642241 | 6/1/2024 - 6/1/2025 |
| Automobile Liability | Starr Indemnity & Liability Company | 1006924632241 | 6/1/2024 - 6/1/2025 |
| Workers' Compensation & Employer's Liability | Starr Specialty Insurance Company | 1000004630 | 6/1/2024 - 6/1/2025 |
| Workers' Compensation & Employer's Liability | Starr Specialty Insurance Company | 1000004631 (AZ, CT, IA, NJ, NY, NC, VT) | 6/1/2024 - 6/1/2025 |
| Workers' Compensation & Employer's Liability | Starr Specialty Insurance Company | 1000004633 (WI) | 6/1/2024 - 6/1/2025 |
| Workers' Compensation & Employer's Liability | Starr Specialty Insurance Company | 1000004632 (FL, MA) | 6/1/2024 - 6/1/2025 |
| Workers' Compensation & Employer's Liability | Starr Specialty Insurance Company | 1000004662 (LA) | 6/1/2024 - 6/1/2025 |
| Excess Workers' Compensation & Liability Company | Starr Indemnity & Liability Company | 1000129923241 (GA) | 6/1/2024 - 6/1/2025 |
| Excess Workers' Compensation & Employer's Liability | Starr Indemnity & Liability Company | 1000129922241(OH) | 6/1/2024 - 6/1/2025 |
| Umbrella/Excess | ACE Property and Casualty Insurance Company (Chubb) | XEUG28123905009 | 6/1/2024 - 6/1/2025 |
| Excess Liability | National Union Fire Insurance Company of PA (AIG) | 84772064 | 6/1/2024 - 6/1/2025 |
| Excess Liability | Allied World National Assurance Company (AWAC) | 0313-3938 | 6/1/2024 - 6/1/2025 |
| Excess Liability | XL Insurance America, Inc. | US00006767L124A | 6/1/2024 - 6/1/2025 |
| Excess Liability | The Ohio Casualty Insurance Company (Liberty) | ECO2557915161 | 6/1/2024 - 6/1/2025 |
| Excess Liability | Great American Spirit Ins. Company | EXC5640317 | 6/1/2024 - 6/1/2025 |
| Excess Liability | Aspen | CX00WC824 | 6/1/2024 - 6/1/2025 |
| Excess Liability | C.N.A | 6080653355 | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | Chubb Bermuda Insurance Ltd. | PD13026-001-A | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | American International Reinsurance Company LTD (AIG) | 84143802 | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | Allied World Assurance Company LTD (AWAC) | C078303/003 | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | AXA XL | BM00040267L124A | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | Magna Carta Insurance Limited (Liberty) | MCLI211749 | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | GAI Insurance Company, Ltd. | EXC1494652 | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | Aspen | PDAHM7624A0X | 6/1/2024 - 6/1/2025 |
| Punitive Damages Wrap | North Rock Insurance Company Limited (CNA) | 652562341 | 6/1/2024 - 6/1/2025 |
| Vendor Products Liability | ACE Insurance | HCP0579821/22 | 8/1/2023 - 8/1/2024 |
| International Exporter's Package | ACE American Insurance Co. | PHFD8837249A004 | 6/1/2024 - 6/1/2025 |
| Travel Accident | Zurich | GTU2853455 | 6/1/2022 - 6/1/2025 |
| Property | Liberty Excess & Surplus Lines Inc./Ironshore | 1000481307-04 | 6/1/2024 - 6/1/2025 |
| Property | WRB/Nautillius Insurance Co. | NZA760Q24A000 | 6/1/2024 - 6/1/2025 |
| Property | AXA XL/XL Insurance America Inc. | US00065403PR24A | 6/1/2024 - 6/1/2025 |
| Property | Fidelis Bermuda | B24R0403677M | 6/1/2024 - 6/1/2025 |
| Property | Fidelis Bermuda | B24R0403676M | 6/1/2024 - 6/1/2025 |
| Property | Everest Indemnity Insurance Company | RP8P0001152-241 | 6/1/2024 - 6/1/2025 |
| Property | Chubb/Ace American Insurance Co. | GPA D38115222 009 | 6/1/2024 - 6/1/2025 |
| Property | AWAC/Allied World Assurance Co. | 0312-9011-1A | 6/1/2024 - 6/1/2025 |
| Property | Lexington Insurance Company | 62502487 | 6/1/2024 - 6/1/2025 |
| Property | Steadfast Insurance Company/Zurich | Cpp-1334054-00 | 6/1/2024 - 6/1/2025 |
| Property | Allianz Global Risks Us Ins Co | USPd00074824 | 6/1/2024 - 6/1/2025 |
| Property | Obsidian Specialty Insurance | PACPR0000705-00 | 6/1/2024 - 6/1/2025 |
| Equipment Breakdown | Federal Insurance Company/Chubb | 76445688 | 6/1/2024 - 6/1/2025 |
| Terrorism | Indian Harbor Insurance Co/Axa XI | US00141349SP24A | 6/1/2024 - 6/1/2025 |
| Terrorism | Lloyds Of London/Hscox | UTS2579663.24 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London-Canopius | B0180PG2406482 | 6/1/2024 - 6/1/2025 |

| Type of Coverage | Carrier | Policy Number | Policy Term |
|---|---|---|---|
| Property | Lloyds Of London | B0180PG2406488 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London-Kiln | B0180PG2406508 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London- Hdi | B0180PG2406509 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London- Faraday | B0180PG2406527 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London - Inigo | B0180PG2406490 | 6/1/2024 - 6/1/2025 |
| Property | Starstone Specialty Ins Co (Core) | CSP0013974 2P-00 | 6/1/2024 - 6/1/2025 |
| Property | Kinsale Insurance Co | 0100304773-0 | 6/1/2024 - 6/1/2025 |
| Property | Axis Surplus Insurance Company | ECF661764-24 | 6/1/2024 - 6/1/2025 |
| Property | Lloyds Of London - Rb Jones | GEP 3922 | 6/1/2024 - 6/1/2025 |
| Property | Partner Re-Insurance Ltd. | B0180PG2406530 | 6/1/2024 - 6/1/2025 |
| Property | Starr Surplus Lines Ins Co | 24SLCFM12210201 | 6/1/2024 - 6/1/2025 |
| Property | Starstone Specialty Ins Co | CSP0013974 4P-00 | 6/1/2024 - 6/1/2025 |
| Property | Homeland Insurance Co of NY | 795026388 | 6/1/2024 - 6/1/2025 |
| Excess California Earthquake | Shelter Reinsurance | NSM44183 | 6/1/2024 - 6/1/2025 |
| Stock Throughput | Starr Indemnity & Liability Company | MASICNY0314US24 | 6/1/2024 - 6/1/2025 |
| Stock Throughput | Lloyds of London | B0180PC2413036 | 6/1/2024 - 6/1/2025 |
| Stock Throughput | Lloyds of London | B0180PC2413177 | 6/1/2024 - 6/1/2025 |
| Texas Non-subscriber | Zurich American Insurance Company | NSL1138148-03 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Berkshire Hathaway Specialty Insurance Co. | 47-EPC-150195-11 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Twin City Fire Insurance Company (The Hartford) | 57 DA 0389346 24 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Zurich American Insurance Company | DOC 6949587-03 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Endurance American Insurance Company (Sompo) | DOX1001312906 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Beazley Insurance Company, Inc. | V15ADD241101 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Westfield Select Insurance Company | XDO-3301 40N-01 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Continental Casualty Company | 652529985 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | RSUI Indemnity Company | NHS710352 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | National Union Fire Insurance Co of Pittsburgh, PA | 01-166-73-96 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | AXIS Insurance Co | P-001-003819824-01 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Hudson Insurance Company | HN-0303-6475-060124 | 6/1/2024 - 6/1/2025 |
| Directors & Officers Liability | Berkshire Hathaway Specialty Insurance Co. | 47-EPC-328879-02 | 6/1/2024 - 6/1/2025 |
| Fiduciary Liability | Federal Insurance Company | J09543322 | 6/1/2024 - 6/1/2025 |
| Fiduciary Liability | Berkshire Hathaway Specialty Insurance Co. | 47-EPC-303749-08 | 6/1/2024 - 6/1/2025 |
| Fiduciary Liability | Travelers Casualty and Surety Company of America | 106929784 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | National Union Fire Insurance Co of Pittsburgh, PA | 01-146-52-61 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | Endurance American Insurance Company (Sompo) | EPX30001101105 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | AXIS Insurance Co | P-001-000124343-05 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | Beazley Insurance Company, Inc. | V2F201240040 1 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | Federal Insurance Co | 8211-7950 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | American International Reinsurance Co Ltd (AIRCo) | 12714403 | 6/1/2024 - 6/1/2025 |
| Employment Practices Liability | Endurance American Insurance Company (Sompo) | MCEN211738 | 6/1/2024 - 6/1/2025 |
| Employed Lawyers | Federal Insurance Co | J05944211 | 6/1/2024 - 6/1/2025 |
| Crime-Fidelity | National Union Fire Insurance Co of Pittsburgh, PA | 01-156-83-84 | 6/1/2024 - 6/1/2025 |
| Special Crime | Hiscox Insurance Company | UKA3023263.24 | 6/1/2024 - 6/1/2025 |
| Cyber Liability - Primary | Beazley - Lloyd's Syndicate 2623/623 | W19E02230901 | 6/1/2024 - 6/1/2025 |
| Cyber Liability - First Excess | Allied World Assurance Company (AWAC) | C078438003 | 6/1/2024 - 6/1/2025 |
| Cyber Liability - Second Excess | AXA XL (Indian Harbor) | MTE90328180 8 | 6/1/2024 - 6/1/2025 |
| Cyber Liability - Third Excess | AIG Specialty Insurance Company | 01-146-52-55 | 6/1/2024 - 6/1/2025 |

| Type of Coverage | Carrier | Policy Number | Policy Term |
|---|---|---|---|
| Cyber Liability - Fourth Excess | Endurance American Insurance Company (Sompo) | NVX30020519602 | 6/1/2024 - 6/1/2025 |
| Monopolistic Workers' Compensation | North Dakota Workforce Safety & Insurance | Acct #1272257 | 1/1/2024 - 1/1/2025 |
| Monopolistic Workers' Compensation | State of Wyoming Department of Workforce Services | Employer #003422850 | 1/1/2024 - 1/1/2025 |
| Monopolistic Workers' Compensation | Washington State Department of Labor & Industries | 601900740 | 1/1/2024 - 1/1/2025 |
| Monopolistic Workers' Compensation | Washington State Department of Labor & Industries | 604888917 | 1/1/2024 - 1/1/2025 |
| Monopolistic Workers' Compensation | Washington State Department of Labor & Industries | 604312021 | 1/1/2024 - 1/1/2025 |

-3-