# Schedule 2

## Surety Bond Programs

| Surety | Beneficiary | Type of Surety Bond | Coverage Amount | Bond Number | Expiration Date |
|---|---|---|---|---|---|
| Liberty Mutual Insurance Company | Starr Indemnity & Liability Company | Maintenance/Performance | $7,250,000.00 | 285051567 | 05/31/25 |
| Liberty Mutual Insurance Company | Knoxville Utilities Board | Utility | $6,000.00 | 014064703 | 08/01/25 |
| Liberty Mutual Insurance Company | Pacific Gas & Electric | Utility | $372,138.00 | 285057847 | 08/01/25 |
| Liberty Mutual Insurance Company | Santee Cooper | Utility | $2,500.00 | 285038116 | 08/02/25 |
| Liberty Mutual Insurance Company | North Little Rock Electric | Utility | $20,000.00 | 285042606 | 08/03/25 |
| Liberty Mutual Insurance Company | Walton EMC | Utility | $12,000.00 | 285051608 | 08/07/25 |
| Liberty Mutual Insurance Company | Murphy Electric Power Board | Utility | $13,000.00 | 285038120 | 08/11/25 |
| Liberty Mutual Insurance Company | Knoxville Utilities Board | Utility | $5,000.00 | 285057831 | 08/31/25 |
| Liberty Mutual Insurance Company | Huntsville Utilities | Utility | $12,000.00 | 285068036 | 09/25/24 |
| Liberty Mutual Insurance Company | Chattanooga Gas Company | Utility | $3,400.00 | 285044068 | 10/03/24 |
| Liberty Mutual Insurance Company | Wallingford Electric Division | Utility | $7,200.00 | 285038127 | 10/10/24 |
| Liberty Mutual Insurance Company | Monroe Utilities | Utility | $8,000.00 | 285038128 | 10/10/24 |
| Liberty Mutual Insurance Company | State of Nevada | Tax | $84,350.00 | 285038129 | 10/10/24 |
| Liberty Mutual Insurance Company | Singing River Electric | Utility | $1,100.00 | 285038132 | 10/10/24 |
| Liberty Mutual Insurance Company | City Of Leesburg | Utility | $5,500.00 | 285044071 | 10/18/24 |
| Liberty Mutual Insurance Company | Greystone Power Company | Utility | $16,000.00 | 285042612 | 10/10/24 |
| Liberty Mutual Insurance Company | Decatur Utilities | Utility | $8,000.00 | 285044066 | 10/20/24 |
| Liberty Mutual Insurance Company | City of New Smyrna Beach, FL | Utility | $7,400.00 | 285042614 | 10/11/24 |
| Liberty Mutual Insurance Company | City of Henderson | Utility | $11,000.00 | 285044069 | 10/21/24 |
| Liberty Mutual Insurance Company | Tampa Electric Company | Utility | $69,025.00 | 285057884 | 10/12/24 |
| Liberty Mutual Insurance Company | Cullman Power Board | Utility | $8,000.00 | 285044064 | 10/24/24 |
| Liberty Mutual Insurance Company | Baldwin County Electric Membership Corporation | Utility | $5,000.00 | 285048057 | 10/15/24 |
| Liberty Mutual Insurance Company | Town of Selma | Utility | $12,000.00 | 285044070 | 10/27/24 |
| Liberty Mutual Insurance Company | Orlando Utilities Commission | Utility | $7,900.00 | 285057855 | 10/17/24 |
| Liberty Mutual Insurance Company | Liberty Utilities | Utility | $4,800.00 | 285057888 | 11/02/24 |
| Liberty Mutual Insurance Company | City of Clearwater | Utility | $2,200.00 | 285044087 | 11/03/24 |
| Liberty Mutual Insurance Company | Union City Energy Authority | Utility | $12,000.00 | 285068039 | 11/30/24 |
| Liberty Mutual Insurance Company | Progress Energy Florida, Inc. | Utility | $82,900.00 | 285038126 | 12/01/24 |
| Liberty Mutual Insurance Company | Electric Power Board of Chattanooga (EPB) | Utility | $14,000.00 | 285068040 | 12/07/24 |
| Liberty Mutual Insurance Company | Rockwood Electric Utility | Utility | $20,000.00 | 285068041 | 12/07/24 |
| Liberty Mutual Insurance Company | Florence Utilities | Utility | $10,425.00 | 285057860 | 12/20/24 |
| Liberty Mutual Insurance Company | CLECO Power LLC | Utility | $15,000.00 | 285038139 | 12/21/24 |
| Liberty Mutual Insurance Company | Sumter Electric | Utility | $8,400.00 | 285038133 | 12/31/24 |
| Liberty Mutual Insurance Company | City of Vero Beach | Utility | $30,015.00 | 285038138 | 01/03/25 |
| Liberty Mutual Insurance Company | Holston Electric Coop | Utility | $3,000.00 | 285044079 | 01/12/25 |
| Liberty Mutual Insurance Company | Volunteer Energy Cooperative | Utility | $20,000.00 | 285044080 | 01/13/25 |
| Liberty Mutual Insurance Company | Sevier County Electric System | Utility | $12,000.00 | 285051558 | 01/21/25 |
| Liberty Mutual Insurance Company | PGS - Westside II Inc | Mechanic's Lien Release | $13,103.76 | 285068042 | 01/24/25 |
| Liberty Mutual Insurance Company | Walton Electric Membership Corporation | Utility | $5,600.00 | 285038143 | 01/26/25 |
| Liberty Mutual Insurance Company | Walton Electric Membership Corporation | Utility | $300.00 | 285038144 | 01/26/25 |
| Liberty Mutual Insurance Company | Knoxville Utilities Board | Utility | $2,500.00 | 285044078 | 01/27/25 |
| Liberty Mutual Insurance Company | Orlando Utilities Commission | Utility | $7,900.00 | 285068020 | 01/31/25 |

| Surety | Beneficiary | Type of Surety Bond | Coverage Amount | Bond Number | Expiration Date |
|---|---|---|---|---|---|
| Liberty Mutual Insurance Company | Clinton Utility Board | Utility | $7,000.00 | 285044086 | 02/05/25 |
| Liberty Mutual Insurance Company | Tullahoma Utilities Board | Utility | $7,000.00 | 285062664 | 02/05/25 |
| Liberty Mutual Insurance Company | Benton Utilities | Utility | $5,060.00 | 285038141 | 02/08/25 |
| Liberty Mutual Insurance Company | Bowling Green Municipal | Utility | $13,000.00 | 285062665 | 02/16/25 |
| Liberty Mutual Insurance Company | Southern Connecticut Gas Company | Utility | $8,400.00 | 285038142 | 02/17/25 |
| Liberty Mutual Insurance Company | Frankfort Electric & Water Plant Board | Utility | $8,900.00 | 285057866 | 02/28/25 |
| Liberty Mutual Insurance Company | City of Seaford | Utility | $20,000.00 | 285038148 | 03/13/25 |
| Liberty Mutual Insurance Company | Lenoir City Utility Board | Utility | $10,000.00 | 285038149 | 03/18/25 |
| Liberty Mutual Insurance Company | Clarksville Dept of Electricity | Utility | $8,000.00 | 285068043 | 03/27/25 |
| Liberty Mutual Insurance Company | City of Elizabethton | Utility | $4,000.00 | 285051592 | 03/30/25 |
| Liberty Mutual Insurance Company | City of Tupelo Water & Light Dept | Utility | $10,000.00 | 285042623 | 04/10/25 |
| Liberty Mutual Insurance Company | Central Hudson | Utility | $8,675.00 | 285068044 | 04/10/25 |
| Liberty Mutual Insurance Company | Seneca Light & Water Plant | Utility | $2,500.00 | 285044102 | 04/19/25 |
| Liberty Mutual Insurance Company | City of Athens Utilities | Utility | $4,100.00 | 285038155 | 04/20/25 |
| Liberty Mutual Insurance Company | City of Oak Ridge Business | Utility | $20,000.00 | 285044103 | 04/21/25 |
| Liberty Mutual Insurance Company | Oak Ridge Utility District | Utility | $2,500.00 | 285044104 | 04/21/25 |
| Liberty Mutual Insurance Company | Cleveland Utilities | Utility | $5,000.00 | 285044105 | 04/28/25 |
| Liberty Mutual Insurance Company | Withlacoochee River Electric Company, Inc. | Utility | $4,280.00 | 285038164 | 05/06/25 |
| Liberty Mutual Insurance Company | City of Guntersville | Utility | $5,000.00 | 285044114 | 05/09/25 |
| Liberty Mutual Insurance Company | Columbia Power & Water Systems | Utility | $8,000.00 | 285044115 | 05/11/25 |
| Liberty Mutual Insurance Company | City of La Grange | Utility | $2,000.00 | 285044116 | 05/16/25 |
| Liberty Mutual Insurance Company | Santee Cooper | Utility | $5,400.00 | 285044117 | 05/18/25 |
| Liberty Mutual Insurance Company | Greenwood Utilities | Utility | $9,125.00 | 285044119 | 05/25/25 |
| Liberty Mutual Insurance Company | Florida Power & Light | Utility | $67,034.00 | 285068023 | 05/31/25 |
| Liberty Mutual Insurance Company | Electric Power Board of Chattanooga | Utility | $4,400.00 | 285048006 | 06/01/25 |
| Liberty Mutual Insurance Company | Florida Power & Light | Utility | $331,308.00 | 285068022 | 06/01/25 |
| Liberty Mutual Insurance Company | Brownsville Public Utilities Board | Utility | $2,500.00 | 285038177 | 06/05/25 |
| Liberty Mutual Insurance Company | Mayfield Electric & Water Systems | Utility | $2,500.00 | 285038178 | 06/05/25 |
| Liberty Mutual Insurance Company | Alabama Power | Utility | $3,000.00 | 285048007 | 06/05/25 |
| Liberty Mutual Insurance Company | Dickson Electric | Utility | $8,000.00 | 285068045 | 06/11/25 |
| Liberty Mutual Insurance Company | Covington Electric System | Utility | $4,000.00 | 285068024 | 06/15/25 |
| Liberty Mutual Insurance Company | Dominion Energy Virginia | Utility | $6,351.00 | 285068047 | 06/18/25 |
| Liberty Mutual Insurance Company | Orlando Utilities Commission | Utility | $13,000.00 | 285038186 | 07/05/25 |
| Liberty Mutual Insurance Company | City of Fairhope | Utility | $8,000.00 | 285038187 | 07/07/25 |
| Liberty Mutual Insurance Company | Dyersburg Electric System | Utility | $10,015.00 | 285048015 | 07/12/25 |
| Liberty Mutual Insurance Company | Symmetry Energy Solutions | Utility | $30,000.00 | 285068050 | 07/16/25 |
| Liberty Mutual Insurance Company | SRP (Salt River Project) | Utility | $142,000.00 | 285068033 | 07/17/25 |
| Liberty Mutual Insurance Company | Florida Public Utilities | Utility | $3,000.00 | 285038188 | 07/27/25 |
| Liberty Mutual Insurance Company | Lakeland Electric & Water Utilities | Utility | $23,400.00 | 285048016 | 07/27/25 |
| American Alternative Insurance Corporation | United States Customs and Border Protection | Customs & Duties | $4,800,000.00 | 21306872 | 05/16/25 |

-2-