IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> BIG LOTS, INC., *et al.*, <br> Debtors.[1] | Chapter 11 <br> Case No. 24-11967 (JKS) <br> (Jointly Administered) <br> Re: D.I. 6 |

## CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING THE STATUTORY PROTECTIONS OF THE BANKRUPTCY CODE

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1.  On September 9, 2024 (the "**Petition Date**"),[2] the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and related pleadings with the United States Bankruptcy Court for the District of Delaware.

2.  On the Petition Date, the Debtors filed the *Motion of Debtors for Entry of a Standing Order Confirming The Statutory Protections of the Bankruptcy Code* (the "**Motion**") (D.I. 6).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

2

3. At the first day hearing on September 10, 2024, the Debtors received comments from the Office of the United States Trustee (the "**U.S. Trustee**") to the proposed form of order attached to the Motion (the "**Proposed Order**").

4. Accordingly, the Debtors have revised the Proposed Order, (the "**Revised Proposed Order**"), attached hereto as <u>**Exhibit A**</u>.  The Revised Proposed Order has been shared with the U.S. Trustee, who has no objection to entry of the Revised Proposed Order.

5. A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as <u>**Exhibit B**</u>.

WHEREFORE, the Debtors request entry of the Revised Proposed Order attached hereto as <u>**Exhibit A**</u>.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 11, 2024
Wilmington, DE

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        <u>/s/ *Casey B. Sawyer*</u>
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*