# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **BIG LOTS, INC., et al.,** | ) | **Case No. 24-11967 (JKS)** |
| | ) | |
| Debtors.[1] | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that Nissin Foods (USA) Co., Inc. ("**Nissin**"), a creditor and party-in-interest in the above referenced case, hereby appears in the above-captioned case and, pursuant to *inter alia*, Federal Rules of Bankruptcy Procedure 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, requests that the following name be added to any service list in this proceeding and that all notices given or required to be given in this case and all papers served or required to be served in this proceeding, be given to and served upon:

Rocco I. Debitetto, Esq.
ridebitetto@hahnlaw.com
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: 216-621-0150
Facsimile: 216-241-2824

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

18097586.1

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this proceeding, including Nissin, with respect to: (a) Big Lots, Inc., *et al*, the above captioned debtors (the "**Debtor**"); (b) property of the Debtor's bankruptcy estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Nissin.

**PLEASE TAKE FURTHER NOTICE** that Nissin intends that neither this *Notice of Appearance, Request for Service of Papers and Reservation of Rights* nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) its right to trial by jury in any proceeding so triable in this proceeding or any case, controversy or proceeding relating to this proceeding; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*Respectfully submitted,*

*/s/ Rocco I. Debitetto*
Rocco I. Debitetto (0073878)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone:   (216) 621-0150
Fax:          (216) 241-2824
Email: ridebitetto@hahnlaw.com

*Attorneys for Nissin Foods (USA) Co., Inc.*

- 3 -

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on September 11, 2024, I did cause the foregoing *Notice of Appearance, Request for Service of Papers, and Reservation of Rights* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

      */s/ Rocco I. Debitetto*
      Rocco I. Debitetto (0073878)
      HAHN LOESER & PARKS LLP
      200 Public Square, Suite 2800
      Cleveland, Ohio 44114
      Phone: (216) 621-0150
      Fax: (216) 241-2824
      Email: ridebitetto@hahnlaw.com

      *Attorneys for Nissin Foods (USA) Co., Inc.*