**Exhibit 1**

**Form of Notice**

#99005668v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No.** \_\_\_ |

**NOTICE OF ENTRY OF ORDER CONFIRMING THE STATUTORY
PROTECTIONS OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on September 9, 2024 (the "**Petition Date**"), Big Lots, Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Chapter 11 Cases are pending before the Honorable Judge Stickles, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Big Lots, Inc.*, No. 24-11967 (JKS).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a self-effectuating, statutory stay or injunction, applicable to all entities and protecting the

---

[3] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

#99005668v2

Debtors from, among other things, (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against any of the Debtors (i) that was or could have been commenced before the Petition Date or (ii) that is an act to recover a claim against any of the Debtors that arose before the Petition Date, (b) the enforcement, against any of the Debtors or against any property of any of the Debtors' estates, of a judgment obtained before the Petition Date, or (c) any act to obtain possession of, or exercise control over, property of any of the Debtors' estates.[4]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Confirming the Statutory Protections of the Bankruptcy Code* (the "**Order**") [D.I. ___], entered on [___], 2024, and attached hereto as **Exhibit A**, all persons wherever located (including individuals, partnerships, corporations, and other entities and all those acting on their behalf), persons party to an executory contract or unexpired lease with any of the Debtors, or governmental units (whether of the United States (including any state or locality therein or any territory or possession thereof), or any foreign country (including any division, department, agency, instrumentality, or service thereof, and all those acting on their behalf)), are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any governmental agency, department, division, subdivision, or any similar governing authority is prohibited from, among other things, (a) denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to the

---

[4] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of the Debtors against any party. The Debtors expressly reserve the right to contest any claims that may be asserted against the Debtors.

#99005668v2

Debtors, (b) placing conditions upon such a grant to the Debtors, or (c) discriminating against the Debtors with respect to such a grant solely because the Debtors are debtors under the Bankruptcy Code, may have been insolvent before the Petition Date, are insolvent during the pendency of the Chapter 11 Cases, or have not paid a dischargeable debt, as set forth more particularly in the Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, parties to executory contracts or unexpired leases with any of the Debtors are prohibited from terminating such contracts or leases because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure (among other applicable substantive law and rules of procedure), any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly available docket of the Chapter 11 Cases located online at http://www.deb.uscourts.gov (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding the Chapter 11 Cases located online at https://www.cases.ra.kroll.com/BigLots, or (c) contacting the undersigned proposed co-counsel for the Debtors. Parties are encouraged to consult with their own counsel to determine their rights under the Bankruptcy Code.

#99005668v2

| | |
|---|---|
| Dated: [●], 2024<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *[Draft]*<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Sophie Rogers Churchill (No. 6905)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Tel: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian M. Resnick (*pro hac vice* forthcoming)<br>Adam L. Shpeen (*pro hac vice* forthcoming)<br>Stephen D. Piraino (*pro hac vice* forthcoming)<br>Ethan Stern (*pro hac vice* forthcoming)<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |