## Schedule 1

**Services Agreement**

**Schedule 2[1]**

**Store Closing Procedures**

1. The Store Closing Sales shall be conducted during normal business hours or such hours as otherwise permitted by the respective Leases for the Stores.

2. The Store Closing Sales shall be conducted in accordance with applicable state and local "Blue Laws," and, thus, where such a law is applicable, no Store Closing Sales shall be conducted on Sunday unless the Debtors have been operating such Stores on a Sunday prior to the commencement of the Store Closing Sales.

3. On "shopping center" property, neither the Debtors nor the Consultant shall distribute handbills, leaflets, or other written materials to customers outside of any Stores' premises unless permitted by the applicable Lease or if distribution is customary in the "shopping center" in which such Store is located; *provided* that the Debtors and the Consultant may solicit customers in the Stores themselves. On "shopping center" property, neither the Debtors nor the Consultant shall use any flashing lights or amplified sound to advertise the Store Closing Sales or solicit customers, except as permitted under the applicable Lease or agreed by the landlord.

4. The Debtors and the Consultant shall have the right to use and sell the Store Closing Assets and the Additional Consultant Goods. The Debtors and the Consultant may advertise the Store Closing Sales and the Additional Consultant Goods Sales in a manner consistent with these Store Closing Procedures. The purchasers of any the Store Closing Assets or Additional Consultant Goods sold during the Store Closing Sales shall be permitted to remove the Store Closing Assets or the Additional Consultant Goods either through the back or alternative shipping areas at any time, or through other areas after Store business hours; *provided*, *however*, that the

---

[1] Capitalized terms used but not defined in these Store Closing Procedures shall have the meanings ascribed to them in the Motion.

foregoing shall not apply to the sale of *de minimis* Store Closing Assets or Additional Consultant Goods, whereby the item(s) can be carried out of the Store in a shopping bag.

5.  At the conclusion of the Store Closing Sales (such date, the "**Termination Date**"), the Consultant shall vacate the Stores; *provided* that the Consultant may abandon any Store Closing Assets (including machinery, rolling stock, office equipment and personal property, and conveyor systems and racking) not sold in the Store Closing Sales at the Termination Date, without cost or liability of any kind to the Consultant. The Consultant shall notify the Debtors and the DIP Agents (as defined in the DIP Orders) of its intention to abandon any Store Closing Assets at least three (3) days prior to the Termination Date. The Debtors will have the option to remove the Store Closing Assets, at its own cost prior to the Termination Date, or abandon the Store Closing Assets. For the avoidance of doubt, as of the Termination Date, the Consultant may leave in place, and without further responsibility, any of the Store Closing Assets.

6.  The Consultant and the Debtors may advertise each Store Closing as a "going out of business," "store closing," "sale on everything," "everything must go," or similar themed sale. The Consultant and the Debtors may also have "countdown to closing" signs prominently displayed in a manner consistent with these Store Closing Procedures. All signs, banners, ads and other advertising collateral, promotions, and campaigns shall be approved by the Debtors in accordance with these Store Closing Procedures.

7.  The Consultant and the Debtors shall be permitted to utilize sign walkers, display, hanging signs, and interior banners in connection with the Store Closing Sales; *provided* that such sign walkers, display, hanging signs, and interior banners shall be professionally produced and hung in a professional manner. The Debtors and the Consultant shall not use neon or day-glo on its sign walkers, display, hanging signs, or interior banners if prohibited by the applicable Lease

or applicable law. Furthermore, with respect to enclosed mall locations, no exterior signs or signs in common areas of a mall shall be used unless otherwise expressly permitted in these Store Closing Procedures. In addition, the Debtors and the Consultant shall be permitted to utilize exterior banners at (a) non-enclosed mall Stores and (b) enclosed mall Stores to the extent that the entrance to the applicable Store does not require entry into the enclosed mall common area; *provided, however*, that such banners shall be located or hung so as to make clear that the Store Closing Sales are being conducted only at the affected Stores and shall not be wider than the storefront of the Stores. In addition, the Debtors and the Consultant shall be permitted to utilize sign walkers in a safe and professional manner, and in accordance with the terms of the Agreed Orders. Nothing contained in these Store Closing Procedures shall be construed to create or impose upon the Debtors or the Consultant any additional restrictions not contained in the applicable Lease. No property of the landlord of a Store shall be removed or sold during the Store Closing Sales. The hanging of exterior banners or in-Store signage and banners shall not constitute an alteration to a Store.

8. Except with respect to the hanging of exterior banners, neither the Debtors nor the Consultant shall make any alterations to the storefront, roof, or exterior walls of any Stores or shopping centers, or to interior or exterior store lighting, except as authorized by the applicable Lease.

9. Affected landlords will have the ability to negotiate with the Debtors or, at the Debtors' direction, the Consultant any particular modifications to the Store Closing Procedures.

10. The Debtors and/or the Consultant and the landlord of any Store are authorized to enter into the Side Letters without further order of the Court; *provided* that such agreements do not have a material adverse effect on the Debtors or their estates.

11. At the conclusion of each Store Closing Sale, pending assumption or rejection of applicable leases, the landlords of the Stores shall have reasonable access to the Stores' premises as set forth in the applicable leases. The Debtors and their agents and representatives shall continue to have access to the Stores pending assumption or rejection of applicable leases.

12. Conspicuous signs shall be posted in each of the affected Stores to the effect that all sales are "as is" and "final."

13. The Consultant and the Debtors will keep Store premises and surrounding areas clear and orderly, consistent with past practices.

14. An unexpired nonresidential real property lease shall not be deemed rejected by reason of a Store Closing or the adoption of these Store Closing Procedures.

15. The rights of landlords against the Debtors for any damages to a Store shall be reserved in accordance with the provisions of the applicable Lease; *provided* that, to the extent certain Leases of Stores require written confirmation of receipt of a key to effectuate surrender, this requirement is waived.

16. If and to the extent that a landlord of any Store contends that the Debtors or the Consultant is in breach of or default under these Store Closing Procedures, such landlord shall provide at least three business days' written notice, served by email or overnight delivery, on:

If to the Debtors:
Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, Ohio 43081
Ronald A. Robins
rrobins@biglots.com

With copies to:

DAVIS POLK & WARDWELL LLP
450 Lexington Ave
New York, NY 10017

Attn: Brian M. Resnick, Adam L. Shpeen,
Stephen D. Piraino, and Ethan Stern
Tel: 212-450-4000
Email: brian.resnick@davispolk.com, adam.shpeen@davispolk.com,
stephen.piraino@davispolk.com, and ethan.stern@davispolk.com

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Andrew R. Remming, Daniel B. Butz,
Tamara K. Mann, and Casey B. Sawyer
Tel: (302) 658-9200
Email: rdehney@morrisnichols.com, aremming@morrisnichols.com,
dbutz@morrisnichols.com, tmann@morrisnichols.com, and
csawyer@morrisnichols.com

<u>If to the Consultant</u>:

GORDON BROTHERS RETAIL PARTNERS, LLC
101 Huntington Avenue, Suite 1100
Boston, MA 02199
Attn: Andy Stone and David Braun
Tel: (516) 375-7739
Email: astone@gordonbrothers.com and dbraun@gordonbrothers.com

With copies to (which shall not constitute notice):

RIEMER & BRAUNSTEIN LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Attn: Steven E. Fox
Tel: (212) 789-3150
Email: sfox@riemerlaw.com

17. Notwithstanding anything stated herein, the proceeds of the Store Closing Sales, with the exception of those proceeds from the sale of the Additional Consultant Goods that are due and payable to the Consultant, shall be payable in accordance with the DIP Orders and the Approved Budget (as defined in the DIP Orders).

18. If the parties are unable to resolve the dispute, either the landlord or the Debtors shall have the right to schedule a hearing before the Court on no less than three business days' written notice to the other party, served by email or overnight delivery, subject to the Court's availability.

## Schedule 3

**Initial Store Closings**

**BIG LOTS, INC. Stores**
**Schedule 3**

**Store List**

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 190 | HENDERSON | 1321 2ND ST | HENDERSON | KY | 42420 | 27,157 | 20,301 |
| 2 | 293 | SANDUSKY | 410 E PERKINS AVE | SANDUSKY | OH | 44870 | 46,304 | 28,699 |
| 3 | 320 | WEST CHESTER | 7779 TYLERSVILLE RD | WEST CHESTER | OH | 45069 | 40,081 | 28,865 |
| 4 | 418 | EVANSVILLE | 410 E DIAMOND AVE | EVANSVILLE | IN | 47711 | 30,621 | 21,448 |
| 5 | 428 | CINCINNATI | 8576 BEECHMONT AVE | CINCINNATI | OH | 45255 | 25,078 | 18,025 |
| 6 | 438 | CHAMPAIGN | 2004 W SPRINGFIELD AVE | CHAMPAIGN | IL | 61821 | 30,565 | 18,961 |
| 7 | 474 | CRAWFORDSVILLE | 1424 DARLINGTON AVE | CRAWFORDSVILLE | IN | 47933 | 27,377 | 18,803 |
| 8 | 513 | PORT RICHEY | 11854 US HIGHWAY 19 | PORT RICHEY | FL | 34668 | 35,246 | 24,442 |
| 9 | 536 | ORLANDO | 11672 E COLONIAL DR | ORLANDO | FL | 32817 | 24,987 | 18,428 |
| 10 | 555 | STUART | 2236 SE FEDERAL HWY | STUART | FL | 34994 | 26,008 | 18,266 |
| 11 | 562 | COCONUT CREEK | 4847 COCONUT CREEK PKWY | COCONUT CREEK | FL | 33063 | 25,000 | 18,624 |
| 12 | 564 | TARPON SPRINGS | 41306 US HWY 19  N | TARPON SPRINGS | FL | 34689 | 25,536 | 17,891 |
| 13 | 819 | CANANDAIGUA | 4406 STATE ROUTE 5 & 20 STE 129 | CANANDAIGUA | NY | 14424 | 27,327 | 20,666 |
| 14 | 830 | ITHACA | 2309 N TRIPHAMMER RD | ITHACA | NY | 14850 | 48,179 | 25,695 |
| 15 | 1007 | OLATHE | 140 S CLAIRBORNE RD | OLATHE | KS | 66062 | 22,355 | 17,477 |
| 16 | 1019 | KANSAS CITY | 7533 STATE AVE | KANSAS CITY | KS | 66112 | 33,004 | 23,070 |
| 17 | 1051 | HAMMOND | 1709 W THOMAS ST | HAMMOND | LA | 70401 | 28,700 | 20,040 |
| 18 | 1066 | SAINT JOSEPH | 1417 N BELT HWY | SAINT JOSEPH | MO | 64506 | 25,365 | 17,554 |
| 19 | 1077 | GROVES | 5000 TWIN CITY HWY | GROVES | TX | 77619 | 29,858 | 19,318 |
| 20 | 1091 | TULSA | 5644 W SKELLY DR | TULSA | OK | 74107 | 35,886 | 23,194 |
| 21 | 1102 | LAFAYETTE | 3557 AMBASSADOR CAFFERY PKWY | LAFAYETTE | LA | 70503 | 32,929 | 25,232 |
| 22 | 1169 | NORTH CHESTERFIELD | 8533 MIDLOTHIAN TPKE | NORTH CHESTERFIELD | VA | 23235 | 45,359 | 30,886 |
| 23 | 1171 | STOCKBRIDGE | 31 HWY 138 W STE 150 | STOCKBRIDGE | GA | 30281 | 51,548 | 27,662 |
| 24 | 1196 | PLATTSBURGH | 316 CORNELIA ST | PLATTSBURGH | NY | 12901 | 20,264 | 14,692 |
| 25 | 1198 | SYLACAUGA | 1391 W FORT WILLIAMS ST | SYLACAUGA | AL | 35150 | 24,470 | 18,206 |
| 26 | 1250 | CREST HILL | 1608 N LARKIN AVE | CREST HILL | IL | 60403 | 26,500 | 17,096 |
| 27 | 1251 | CLAREMONT | 216 WASHINGTON ST | CLAREMONT | NH | 03743 | 31,587 | 22,894 |
| 28 | 1255 | TERRELL | 1418 W MOORE AVE | TERRELL | TX | 75160 | 24,393 | 16,584 |
| 29 | 1267 | TORRINGTON | 1931 E MAIN ST | TORRINGTON | CT | 06790 | 30,482 | 23,664 |
| 30 | 1274 | UNION CITY | 1410 S 1ST ST | UNION CITY | TN | 38261 | 34,360 | 20,130 |
| 31 | 1280 | DURHAM | 2000 AVONDALE DR STE E | DURHAM | NC | 27704 | 27,982 | 20,817 |
| 32 | 1314 | SAINT LOUIS | 4433 LEMAY FERRY RD | SAINT LOUIS | MO | 63129 | 18,002 | 14,587 |
| 33 | 1364 | FOLSOM | 9500 GREENBACK LN STE 22 | FOLSOM | CA | 95630 | 41,961 | 27,736 |
| 34 | 1373 | ORANGE PARK | 700 BLANDING BLVD STE 1 | ORANGE PARK | FL | 32065 | 32,600 | 23,063 |
| 35 | 1394 | BOYNTON BEACH | 901 N CONGRESS AVE | BOYNTON BEACH | FL | 33426 | 26,356 | 18,833 |
| 36 | 1408 | ELKHART | 138 W HIVELY AVE | ELKHART | IN | 46517 | 20,377 | 15,702 |
| 37 | 1449 | NEWARK | 311 DEO DR | NEWARK | OH | 43055 | 33,577 | 24,833 |
| 38 | 1493 | NORTHAMPTON | 178 N KING ST | NORTHAMPTON | MA | 01060 | 28,670 | 20,430 |
| 39 | 1519 | HALLANDALE | 1761 E HALLANDALE BEACH BLVD | HALLANDALE | FL | 33009 | 31,665 | 23,352 |
| 40 | 1531 | MADISONVILLE | 180 MADISON SQUARE DR. | MADISONVILLE | KY | 42431 | 30,000 | 22,119 |
| 41 | 1532 | TOLEDO | 4925 JACKMAN RD STE 15 | TOLEDO | OH | 43613 | 39,851 | 26,484 |
| 42 | 1585 | LEXINGTON PARK | 21800 N SHANGRI LA DR UNIT 20 | LEXINGTON PARK | MD | 20653 | 25,448 | 18,949 |
| 43 | 1590 | SAVANNAH | 13051 ABERCORN ST | SAVANNAH | GA | 31419 | 32,204 | 22,154 |
| 44 | 1597 | BUFFALO | 2276 DELAWARE AVE | BUFFALO | NY | 14216 | 27,947 | 20,128 |
| 45 | 1607 | POUGHKEEPSIE | 43 BURNETT BLVD | POUGHKEEPSIE | NY | 12603 | 33,855 | 21,674 |
| 46 | 1612 | MIAMI LAKES | 5580 NW 167TH ST | MIAMI LAKES | FL | 33014 | 26,656 | 22,240 |
| 47 | 1625 | GALVESTON | 5910 BROADWAY ST | GALVESTON | TX | 77551 | 26,205 | 19,236 |
| 48 | 1628 | PLANTATION | 7067 W BROWARD BLVD STE B | PLANTATION | FL | 33317 | 26,333 | 18,838 |
| 49 | 1638 | KENNETT SQUARE | 345 SCARLET RD STE 22 | KENNETT SQUARE | PA | 19348 | 43,004 | 30,511 |
| 50 | 1659 | SHEBOYGAN | 3426 KOHLER MEMORIAL DR | SHEBOYGAN | WI | 53081 | 37,572 | 24,470 |
| 51 | 1660 | NEWINGTON | 3105 BERLIN TPKE | NEWINGTON | CT | 06111 | 27,523 | 20,348 |
| 52 | 1671 | DAYTON | 359 MIAMISBURG CENTERVILLE RD | DAYTON | OH | 45459 | 31,673 | 22,643 |
| 53 | 1678 | ORLANDO | 11230 S ORANGE BLOSSOM TRL | ORLANDO | FL | 32837 | 42,663 | 28,239 |
| 54 | 1691 | COLDWATER | 373 N WILLOWBROOK RD | COLDWATER | MI | 49036 | 34,540 | 25,347 |
| 55 | 1719 | BIG RAPIDS | 750 PERRY AVE | BIG RAPIDS | MI | 49307 | 32,541 | 25,083 |
| 56 | 1728 | FORT WAYNE | 3958 ILLINOIS RD | FORT WAYNE | IN | 46804 | 32,622 | 23,676 |
| 57 | 1755 | CENTEREACH | 231 CENTEREACH MALL | CENTEREACH | NY | 11720 | 32,570 | 23,843 |
| 58 | 1762 | BUFFALO | 698 S OGDEN ST | BUFFALO | NY | 14206 | 31,055 | 21,288 |
| 59 | 1789 | CARLE PLACE | 260 VOICE RD | CARLE PLACE | NY | 11514 | 31,909 | 22,670 |
| 60 | 1793 | RUTLAND | 303 US ROUTE 4 E | RUTLAND | VT | 05701 | 25,837 | 18,174 |
| 61 | 1796 | SARASOTA | 3750 BEE RIDGE RD | SARASOTA | FL | 34233 | 28,108 | 17,596 |
| 62 | 1801 | NAPLES | 2882 TAMIAMI TRL E | NAPLES | FL | 34112 | 35,707 | 24,532 |
| 63 | 1810 | CALUMET CITY | 1699 RIVER OAKS DR | CALUMET CITY | IL | 60409 | 28,048 | 19,908 |
| 64 | 1817 | CINCINNATI | 11372 PRINCETON PIKE | CINCINNATI | OH | 45246 | 32,424 | 22,785 |
| 65 | 1835 | AUSTIN | 2506 W PARMER LN STE A | AUSTIN | TX | 78727 | 33,570 | 24,431 |
| 66 | 1863 | WEST SPRINGFIELD | 1150A UNION STREET EXT | WEST SPRINGFIELD | MA | 01089 | 30,100 | 21,840 |
| 67 | 1866 | INDIANAPOLIS | 8401 MICHIGAN RD | INDIANAPOLIS | IN | 46268 | 34,723 | 25,213 |
| 68 | 1869 | LANSING | 5625 W SAGINAW HWY UNIT 1 | LANSING | MI | 48917 | 35,036 | 24,784 |
| 69 | 1881 | SAINT LOUIS | 4930 CHRISTY BLVD STE 2 | SAINT LOUIS | MO | 63116 | 35,040 | 24,192 |
| 70 | 1896 | ELK GROVE | 8539 ELK GROVE BLVD | ELK GROVE | CA | 95624 | 39,763 | 25,480 |
| 71 | 1916 | STOCKTON | 2720 COUNTRY CLUB BLVD | STOCKTON | CA | 95204 | 27,513 | 19,935 |
| 72 | 1917 | CANYON COUNTRY | 19331 SOLEDAD CANYON RD | CANYON COUNTRY | CA | 91351 | 42,095 | 29,287 |
| 73 | 1918 | SACRAMENTO | 8700 LA RIVIERA DR | SACRAMENTO | CA | 95826 | 34,910 | 25,008 |
| 74 | 1919 | APACHE JUNCTION | 10603 E APACHE TRAIL | APACHE JUNCTION | AZ | 85120 | 33,299 | 24,701 |
| 75 | 1925 | PORTLAND | 16074 SE MCLOUGHLIN BLVD STE 8 | PORTLAND | OR | 97267 | 23,832 | 17,836 |
| 76 | 1934 | WOODLAND | 52 W COURT ST | WOODLAND | CA | 95695 | 30,000 | 21,219 |
| 77 | 1938 | TEMECULA | 27411 YNEZ RD | TEMECULA | CA | 92591 | 28,332 | 20,090 |
| 78 | 1947 | RALEIGH | 6540 GLENWOOD AVE | RALEIGH | NC | 27612 | 33,199 | 23,895 |
| 79 | 1948 | SAN ANTONIO | 16648 SAN PEDRO AVE | SAN ANTONIO | TX | 78232 | 34,436 | 23,496 |

BIG LOTS, INC. Stores
Exhibit

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 80 | 1957 | HERCULES | 1551 SYCAMORE AVE | HERCULES | CA | 94547 | 31,669 | 20,948 |
| 81 | 1962 | ANAHEIM | 6336 E SANTA ANA CANYON RD | ANAHEIM | CA | 92807 | 29,956 | 21,589 |
| 82 | 1966 | DALLAS | 3610 FOREST LN | DALLAS | TX | 75234 | 33,920 | 24,674 |
| 83 | 1984 | PHILADELPHIA | 199 FRANKLIN MILLS BLVD | PHILADELPHIA | PA | 19154 | 30,149 | 22,042 |
| 84 | 1987 | PLACERVILLE | 47 FAIR LN | PLACERVILLE | CA | 95667 | 30,963 | 19,677 |
| 85 | 4012 | EL CAJON | 1085 E MAIN ST | EL CAJON | CA | 92021 | 25,670 | 19,651 |
| 86 | 4014 | FONTANA | 17575 FOOTHILL BLVD | FONTANA | CA | 92335 | 35,864 | 22,696 |
| 87 | 4031 | GARDENA | 2900 W ROSECRANS AVE | GARDENA | CA | 90249 | 23,726 | 19,159 |
| 88 | 4045 | VICTORVILLE | 14790 LA PAZ DR | VICTORVILLE | CA | 92395 | 25,875 | 21,195 |
| 89 | 4047 | LA MESA | 6145 LAKE MURRAY BLVD | LA MESA | CA | 91942 | 21,370 | 17,443 |
| 90 | 4051 | CORONA | 740 N MAIN ST | CORONA | CA | 92880 | 20,087 | 15,720 |
| 91 | 4054 | SANTA MARIA | 1417 S BROADWAY | SANTA MARIA | CA | 93454 | 25,342 | 19,457 |
| 92 | 4087 | YUCCA VALLEY | 56865 29 PALMS HWY | YUCCA VALLEY | CA | 92284 | 25,573 | 17,632 |
| 93 | 4091 | KEARNS | 4041W 5415 S | KEARNS | UT | 84118 | 24,278 | 18,857 |
| 94 | 4098 | CHINO | 12550 CENTRAL AVE | CHINO | CA | 91710 | 24,171 | 17,776 |
| 95 | 4104 | COLORADO SPRINGS | 1990 S ACADEMY BLVD | COLORADO SPRINGS | CO | 80916 | 26,160 | 20,659 |
| 96 | 4106 | LODI | 380 S CHEROKEE LN | LODI | CA | 95240 | 25,936 | 20,490 |
| 97 | 4115 | SACRAMENTO | 6630 VALLEY HI DR | SACRAMENTO | CA | 95823 | 23,746 | 16,988 |
| 98 | 4119 | BOISE | 7001 W STATE ST | BOISE | ID | 83714 | 30,399 | 20,415 |
| 99 | 4122 | VISALIA | 2525 S MOONEY BLVD | VISALIA | CA | 93277 | 28,380 | 21,122 |
| 100 | 4123 | COLORADO SPRINGS | 5085 N ACADEMY BLVD | COLORADO SPRINGS | CO | 80918 | 29,795 | 22,045 |
| 101 | 4140 | GARLAND | 825 W CENTERVILLE RD | GARLAND | TX | 75041 | 34,087 | 23,584 |
| 102 | 4143 | RICHARDSON | 1322 S PLANO RD STE 200 | RICHARDSON | TX | 75081 | 25,279 | 18,757 |
| 103 | 4146 | HOUSTON | 10951 FM 1960 RD W | HOUSTON | TX | 77070 | 32,334 | 22,053 |
| 104 | 4154 | SANTA ROSA | 2055 MENDOCINO AVE | SANTA ROSA | CA | 95401 | 22,538 | 18,125 |
| 105 | 4157 | CAMARILLO | 353 CARMEN DR | CAMARILLO | CA | 93010 | 24,850 | 19,469 |
| 106 | 4162 | BOSSIER CITY | 3161 E TEXAS ST | BOSSIER CITY | LA | 71111 | 22,050 | 17,272 |
| 107 | 4164 | FRESNO | 4895 E KINGS CANYON RD | FRESNO | CA | 93727 | 26,880 | 19,882 |
| 108 | 4166 | CULVER CITY | 5587 SEPULVEDA BLVD | CULVER CITY | CA | 90230 | 30,206 | 20,047 |
| 109 | 4192 | DECATUR | 2738 CANDLER RD | DECATUR | GA | 30034 | 32,440 | 21,468 |
| 110 | 4193 | MESA | 6839 E MAIN ST | MESA | AZ | 85207 | 29,589 | 20,272 |
| 111 | 4195 | HOUSTON | 8210 KIRBY DR | HOUSTON | TX | 77054 | 22,050 | 17,404 |
| 112 | 4224 | MIAMI | 18325 S DIXIE HWY | MIAMI | FL | 33157 | 39,439 | 26,702 |
| 113 | 4228 | MIAMI | 8265 W FLAGLER ST | MIAMI | FL | 33144 | 23,157 | 17,982 |
| 114 | 4238 | SAN BERNARDINO | 499 W ORANGE SHOW RD | SAN BERNARDINO | CA | 92408 | 37,447 | 27,645 |
| 115 | 4244 | BAKERSFIELD | 2621 FASHION PL | BAKERSFIELD | CA | 93306 | 18,660 | 15,336 |
| 116 | 4246 | WHITTIER | 13241 WHITTIER BLVD | WHITTIER | CA | 90602 | 35,936 | 23,880 |
| 117 | 4252 | ANAHEIM | 1670 W KATELLA AVE | ANAHEIM | CA | 92802 | 28,656 | 22,426 |
| 118 | 4261 | SAN JOSE | 1832 HILLSDALE AVE | SAN JOSE | CA | 95124 | 19,701 | 16,691 |
| 119 | 4266 | CHICO | 1927 E 20TH ST | CHICO | CA | 95928 | 24,392 | 18,352 |
| 120 | 4276 | HOLLYWOOD | 3921 OAKWOOD BLVD | HOLLYWOOD | FL | 33020 | 20,000 | 17,112 |
| 121 | 4283 | MERCED | 665 FAIRFIELD DR | MERCED | CA | 95348 | 25,382 | 17,274 |
| 122 | 4289 | RENO | 5017 S MCCARRAN BLVD | RENO | NV | 89502 | 33,022 | 24,454 |
| 123 | 4295 | SPRING VALLEY | 633 SWEETWATER RD | SPRING VALLEY | CA | 91977 | 25,013 | 18,270 |
| 124 | 4301 | FREEDOM | 1986 FREEDOM BLVD | FREEDOM | CA | 95019 | 34,323 | 23,021 |
| 125 | 4311 | CONCORD | 2060 MONUMENT BLVD | CONCORD | CA | 94520 | 18,705 | 15,253 |
| 126 | 4316 | REDLANDS | 810 TRI CITY CTR | REDLANDS | CA | 92374 | 35,340 | 19,600 |
| 127 | 4328 | TORRANCE | 955 SEPULVEDA BLVD | TORRANCE | CA | 90502 | 26,865 | 18,783 |
| 128 | 4357 | GRAND JUNCTION | 2401 N AVE STE 19B | GRAND JUNCTION | CO | 81501 | 28,751 | 21,863 |
| 129 | 4386 | LONG BEACH | 2238 N BELLFLOWER BLVD | LONG BEACH | CA | 90815 | 18,606 | 15,136 |
| 130 | 4393 | SANTA CLARA | 3735 EL CAMINO REAL | SANTA CLARA | CA | 95051 | 23,200 | 17,918 |
| 131 | 4400 | TUCSON | 7025 E TANQUE VERDE RD | TUCSON | AZ | 85715 | 29,900 | 20,340 |
| 132 | 4426 | VACAVILLE | 818 ALAMO DR | VACAVILLE | CA | 95688 | 23,200 | 17,734 |
| 133 | 4432 | SANTA PAULA | 568 W MAIN ST STE B | SANTA PAULA | CA | 93060 | 24,837 | 17,449 |
| 134 | 4446 | UKIAH | 225 ORCHARD PLZ | UKIAH | CA | 95482 | 21,032 | 16,360 |
| 135 | 4449 | GRESHAM | 2083 NE BURNSIDE RD | GRESHAM | OR | 97030 | 26,249 | 20,615 |
| 136 | 4457 | TRACY | 2681 N TRACY BLVD | TRACY | CA | 95376 | 34,118 | 22,700 |
| 137 | 4473 | BAKERSFIELD | 1211 OLIVE DR | BAKERSFIELD | CA | 93308 | 31,944 | 24,363 |
| 138 | 4475 | BEAVERTON | 18565 SW TUALATIN VALLEY HWY | BEAVERTON | OR | 97003 | 28,594 | 19,154 |
| 139 | 4478 | TUCSON | 2520 S HARRISON RD | TUCSON | AZ | 85748 | 27,191 | 18,582 |
| 140 | 4481 | RICHLAND | 1743 GEORGE WASHINGTON WAY | RICHLAND | WA | 99354 | 22,943 | 17,561 |
| 141 | 4482 | GRANTS PASS | 304 NE AGNESS AVE | GRANTS PASS | OR | 97526 | 32,090 | 22,932 |
| 142 | 4483 | MISSION VIEJO | 27142 LA PAZ RD | MISSION VIEJO | CA | 92692 | 25,724 | 17,778 |
| 143 | 4484 | LACEY | 1515 MARVIN RD NE | LACEY | WA | 98516 | 31,533 | 22,854 |
| 144 | 4486 | WESTMINSTER | 4830 W 120TH AVE | WESTMINSTER | CO | 80020 | 36,354 | 24,875 |
| 145 | 4489 | AMERICAN FORK | 702 E STATE RD | AMERICAN FORK | UT | 84003 | 27,965 | 20,044 |
| 146 | 4490 | GREELEY | 2628 11TH AVE | GREELEY | CO | 80631 | 33,801 | 23,550 |
| 147 | 4499 | EUGENE | 1960 ECHO HOLLOW RD | EUGENE | OR | 97402 | 37,706 | 25,489 |
| 148 | 4500 | LAS VEGAS | 8140 S EASTERN AVE | LAS VEGAS | NV | 89123 | 36,759 | 25,914 |
| 149 | 4501 | LAS VEGAS | 8570 W LAKE MEAD BLVD | LAS VEGAS | NV | 89128 | 35,574 | 24,501 |
| 150 | 4507 | PHOENIX | 2330 W BETHANY HOME RD | PHOENIX | AZ | 85015 | 31,494 | 20,857 |
| 151 | 4508 | SCOTTSDALE | 10220 N 90TH ST | SCOTTSDALE | AZ | 85258 | 36,877 | 28,283 |
| 152 | 4510 | FAIRVIEW HEIGHTS | 10850 LINCOLN TRL | FAIRVIEW HEIGHTS | IL | 62208 | 36,146 | 24,009 |
| 153 | 4513 | LITTLETON | 8100 W CRESTLINE AVE UNIT B5 | LITTLETON | CO | 80123 | 33,102 | 23,767 |
| 154 | 4515 | VANCOUVER | 2100B SE 164TH AVE STE E | VANCOUVER | WA | 98683 | 25,492 | 17,817 |
| 155 | 4520 | BERLIN | 1400 US ROUTE 302 | BERLIN | VT | 05641 | 53,680 | 31,897 |
| 156 | 4521 | KENT | 1301 W MEEKER ST | KENT | WA | 98032 | 30,000 | 22,630 |
| 157 | 4522 | LYNNWOOD | 5710 196TH ST SW | LYNNWOOD | WA | 98036 | 24,007 | 18,275 |

Store List

**BIG LOTS, INC. Stores**
Exhibit

Store List

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 158 | 4523 | PRESCOTT | 1260 GAIL GARDNER WAY | PRESCOTT | AZ | 86305 | 34,383 | 23,995 |
| 159 | 4534 | PORTLAND | 1100 BRIGHTON AVE | PORTLAND | ME | 04102 | 25,153 | 18,049 |
| 160 | 4537 | OROVILLE | 1875 ORO DAM BLVD E | OROVILLE | CA | 95966 | 30,998 | 22,879 |
| 161 | 4539 | ATASCADERO | 2240 EL CAMINO REAL | ATASCADERO | CA | 93422 | 25,272 | 18,737 |
| 162 | 4541 | PUYALLUP | 120 31ST AVE SE | PUYALLUP | WA | 98374 | 28,376 | 21,216 |
| 163 | 4553 | OAKBROOK TERRACE | 17W714 W 22ND ST | OAKBROOK TERRACE | IL | 60181 | 30,839 | 23,019 |
| 164 | 4554 | INDIO | 42225 JACKSON ST STE B | INDIO | CA | 92203 | 27,024 | 20,790 |
| 165 | 4555 | NORTH HIGHLANDS | 3615 ELKHORN BLVD | NORTH HIGHLANDS | CA | 95660 | 37,522 | 24,258 |
| 166 | 4560 | LAS VEGAS | 3940 BLUE DIAMOND RD | LAS VEGAS | NV | 89139 | 28,453 | 20,943 |
| 167 | 4564 | RANCHO SANTA MARGARITA | 30501 AVENIDA DE LAS FLORES | RANCHO SANTA MARGARITA | CA | 92688 | 28,216 | 21,101 |
| 168 | 4566 | FRISCO | 3333 PRESTON ROAD STE 700 | FRISCO | TX | 75034 | 37,622 | 28,807 |
| 169 | 4568 | GREEN VALLEY | 18705 S I-19 FRONTAGE RD | GREEN VALLEY | AZ | 85614 | 29,062 | 21,003 |
| 170 | 4573 | SPOKANE | 9612 N NEWPORT HIGHWAY | SPOKANE | WA | 99218 | 30,877 | 23,250 |
| 171 | 4578 | GILBERT | 2817 S. MARKET ST. | GILBERT | AZ | 85295 | 33,862 | 22,592 |
| 172 | 4580 | COVINGTON | 17307 SE 272ND ST. | COVINGTON | WA | 98042 | 28,935 | 21,403 |
| 173 | 4581 | MODESTO | 3900 SISK ROAD | MODESTO | CA | 95356 | 32,810 | 23,909 |
| 174 | 4582 | PHOENIX | 2020 N 75th AVE STE 40 | PHOENIX | AZ | 85035 | 35,182 | 24,179 |
| 175 | 4586 | AURORA | 6626 SOUTH PARKER ROAD | AURORA | CO | 80016 | 30,075 | 21,189 |
| 176 | 4588 | ROHNERT PARK | 565 ROHNERT PARK EXPRESSWAY | ROHNERT PARK | CA | 94928 | 39,718 | 22,081 |
| 177 | 4590 | PHOENIX | 230 E. BELL RD. | PHOENIX | AZ | 85022 | 29,918 | 21,274 |
| 178 | 4591 | STEPHENVILLE | 2133 W. WASHINGTON STREET | STEPHENVILLE | TX | 76401 | 24,560 | 17,582 |
| 179 | 4592 | GREAT FALLS | 1200 10TH AVENUE SOUTH | GREAT FALLS | MT | 59405 | 32,275 | 22,646 |
| 180 | 4594 | LIVERMORE | 4484 LAS POSITAS ROAD | LIVERMORE | CA | 94551 | 26,488 | 19,303 |
| 181 | 4595 | SALEM | 2025 LANCASTER DR. NE | SALEM | OR | 97305 | 48,319 | 31,222 |
| 182 | 4596 | YUBA CITY | 1320 FRANKLIN ROAD | YUBA CITY | CA | 95993 | 27,083 | 19,731 |
| 183 | 4599 | SALINA | 2450 SOUTH 9TH ST. | SALINA | KS | 67401 | 28,557 | 21,242 |
| 184 | 4604 | TEMPE | 940 EAST BASELINE RD. | TEMPE | AZ | 85283 | 29,954 | 22,368 |
| 185 | 4605 | LAYTON | 1030 NORTH MAIN STREET | LAYTON | UT | 84041 | 29,834 | 21,198 |
| 186 | 4612 | WENATCHEE | 151 EASY WAY | WENATCHEE | WA | 98801 | 40,463 | 26,789 |
| 187 | 4614 | PAYSON | 400 E STATE HWY 260 STE A | PAYSON | AZ | 85541 | 29,964 | 21,791 |
| 188 | 4615 | ELGIN | 204 S. RANDALL RD. | ELGIN | IL | 60123 | 28,491 | 21,718 |
| 189 | 4617 | MANTECA | 1321 WEST YOSEMITE AVE. | MANTECA | CA | 95337 | 30,953 | 23,470 |
| 190 | 4618 | NORTH BEND | 2121 NEWMARK ST. | NORTH BEND | OR | 97459 | 37,741 | 27,978 |
| 191 | 4621 | PORT ORCHARD | 3399 BETHEL RD. SE | PORT ORCHARD | WA | 98366 | 31,481 | 22,217 |
| 192 | 4625 | PHOENIX | 4727 EAST BELL RD. | PHOENIX | AZ | 85032 | 30,451 | 21,006 |
| 193 | 4627 | COLORADO SPRINGS | 2975 NEW CENTER POINT | COLORADO SPRINGS | CO | 80922 | 30,102 | 21,302 |
| 194 | 4631 | HENDERSON | 390 W LAKE MEAD PKWY | HENDERSON | NV | 89015 | 30,002 | 21,028 |
| 195 | 4634 | GLENDALE | 17510 N 75TH AVE | GLENDALE | AZ | 85308 | 34,361 | 24,247 |
| 196 | 4635 | LOCKPORT | 340 SUMMIT DRIVE | LOCKPORT | IL | 60441 | 29,947 | 21,976 |
| 197 | 4640 | CENTRALIA | 1139 W BROADWAY | CENTRALIA | IL | 62801 | 34,296 | 24,449 |
| 198 | 4642 | RENO | 200 LEMMON DR. | RENO | NV | 89506 | 28,010 | 20,075 |
| 199 | 4644 | PORT ANGELES | 1940 E. 1ST ST | PORT ANGELES | WA | 98362 | 27,976 | 20,348 |
| 200 | 4645 | LA HABRA | 1020 W IMPERIAL HWY | LA HABRA | CA | 90631 | 36,443 | 26,146 |
| 201 | 4648 | LAVEEN | 3630 W. BASELINE RD. | LAVEEN | AZ | 85339 | 30,561 | 21,895 |
| 202 | 4649 | LOGAN | 1617 NORTH MAIN STREET | LOGAN | UT | 84341 | 27,757 | 20,397 |
| 203 | 4650 | OLYMPIA | 2815 CAPITAL MALL DRIVE SW | OLYMPIA | WA | 98502 | 35,111 | 24,800 |
| 204 | 4653 | LAKEWOOD | 5401 100TH ST SW STE 102 | LAKEWOOD | WA | 98499 | 32,046 | 23,535 |
| 205 | 4654 | HOWELL | 3669 E. GRAND RIVER AVE | HOWELL | MI | 48843 | 29,705 | 20,297 |
| 206 | 4656 | HELENA | 2930 PROSPECT AVE | HELENA | MT | 59601 | 30,093 | 20,582 |
| 207 | 4657 | MURRAY | 5516 SOUTH 900 EAST | MURRAY | UT | 84117 | 32,499 | 22,544 |
| 208 | 4660 | ALBANY | 2000 14TH AVE SE | ALBANY | OR | 97322 | 33,283 | 23,601 |
| 209 | 4667 | MESA | 2840 E MAIN ST., STE 109 | MESA | AZ | 85213 | 35,000 | 25,190 |
| 210 | 4673 | NILES | 7233 W DEMPSTER ST | NILES | IL | 60714 | 32,036 | 22,248 |
| 211 | 4676 | OCEANSIDE | 1702 OCEANSIDE BLVD | OCEANSIDE | CA | 92054 | 43,253 | 26,939 |
| 212 | 4678 | CHEYENNE | 3501 E LINCOLNWAY | CHEYENNE | WY | 82001 | 35,005 | 23,979 |
| 213 | 4679 | OKEMOS | 2020 GRAND RIVER AVE | OKEMOS | MI | 48864 | 47,228 | 29,345 |
| 214 | 4681 | TACOMA | 1414 72ND ST | TACOMA | WA | 98404 | 41,830 | 29,375 |
| 215 | 4684 | FRESNO | 3520 W. SHAW AVE | FRESNO | CA | 93711 | 45,015 | 30,003 |
| 216 | 4685 | LONGMONT | 2151 MAIN ST | LONGMONT | CO | 80501 | 37,877 | 24,681 |
| 217 | 4688 | ONTARIO | 4430 ONTARIO MILLS PKWY | ONTARIO | CA | 91764 | 37,363 | 25,848 |
| 218 | 4692 | BELLINGHAM | 1650 BIRCHWOOD AVE | BELLINGHAM | WA | 98225 | 41,267 | 25,641 |
| 219 | 4695 | PORTAGE | 6207 S WESTNEDGE AVE | PORTAGE | MI | 49002 | 51,595 | 30,017 |
| 220 | 4701 | LAS VEGAS | 5055 W SAHARA AVE | LAS VEGAS | NV | 89146 | 35,152 | 23,300 |
| 221 | 4703 | FRESNO | 7370 N BLACKSTONE AVE | FRESNO | CA | 93650 | 37,744 | 27,707 |
| 222 | 4704 | BAYTOWN | 4815 E FREEWAY | BAYTOWN | TX | 77521 | 46,699 | 29,032 |
| 223 | 4705 | SALINAS | 370 NORTHRIDGE MALL | SALINAS | CA | 93906 | 43,195 | 28,144 |
| 224 | 4707 | RENTON | 14215 SE PETROVITSKY RD | RENTON | WA | 98058 | 43,557 | 28,470 |
| 225 | 4708 | EVERETT | 6727 EVERGREEN WAY | EVERETT | WA | 98203 | 44,424 | 27,758 |
| 226 | 4715 | TUCSON | 4525 N ORACLE RD | TUCSON | AZ | 85705 | 45,177 | 29,144 |
| 227 | 4717 | GILROY | 360 E 10TH ST | GILROY | CA | 95020 | 37,728 | 27,496 |
| 228 | 4718 | N LAS VEGAS | 1601 W CRAIG RD | N LAS VEGAS | NV | 89032 | 58,493 | 31,389 |
| 229 | 4720 | UNION | 2700 US HIGHWAY 22 | UNION | NJ | 07083 | 37,645 | 24,065 |
| 230 | 4721 | DENNIS PORT | 400 MAIN ST | DENNIS PORT | MA | 02639 | 36,410 | 25,172 |
| 231 | 4722 | TUCSON | 3900 W INA RD | TUCSON | AZ | 85741 | 37,714 | 24,844 |
| 232 | 4724 | PHOENIX | 4835 E RAY RD | PHOENIX | AZ | 85044 | 45,545 | 26,928 |
| 233 | 4725 | BURIEN | 14907 4TH AVE SW | BURIEN | WA | 98166 | 24,400 | 18,015 |

**BIG LOTS, INC. Stores**
Exhibit

**Store List**

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 234 | 4726 | LAS VEGAS | 5120 S FORT APACHE | LAS VEGAS | NV | 89148 | 36,704 | 23,075 |
| 235 | 4728 | BURBANK | 8148 S CICERO AVE | BURBANK | IL | 60459 | 39,462 | 24,049 |
| 236 | 4731 | PHILLIPSBURG | 1202 NEW BRUNSWICK AVE | PHILLIPSBURG | NJ | 08865 | 33,179 | 23,906 |
| 237 | 4732 | PETOSKEY | 1401 SPRING STREET | PETOSKEY | MI | 49770 | 31,896 | 22,600 |
| 238 | 4733 | DELANO | 912 COUNTY LINE RD | DELANO | CA | 93215 | 38,318 | 27,006 |
| 239 | 4734 | YPSILANTI | 2850 WASHTENAW AVE | YPSILANTI | MI | 48197 | 32,436 | 23,572 |
| 240 | 4735 | FOND DU LAC | 616 W JOHNSON ST | FOND DU LAC | WI | 54935 | 46,942 | 31,021 |
| 241 | 4736 | MCALLEN | 3300 W EXPRESSWAY 83 UNIT 200 | MCALLEN | TX | 78501 | 35,193 | 23,942 |
| 242 | 4738 | FLAGSTAFF | 1416 E ROUTE 66 | FLAGSTAFF | AZ | 86001 | 28,516 | 22,026 |
| 243 | 4739 | LOS BANOS | 951 W PACHECO BLVD | LOS BANOS | CA | 93635 | 36,454 | 23,577 |
| 244 | 4744 | ALAMOGORDO | 3199 N WHITE SANDS BLVD | ALAMOGORDO | NM | 88310 | 34,370 | 24,720 |
| 245 | 4747 | BEAUMONT | 1482 E 2ND ST | BEAUMONT | CA | 92223 | 42,109 | 29,261 |
| 246 | 4748 | WATERFORD | 40 BOSTON POST RD | WATERFORD | CT | 06385 | 29,264 | 20,882 |
| 247 | 4749 | TURLOCK | 1840 COUNTRYSIDE DR | TURLOCK | CA | 95380 | 33,796 | 23,560 |
| 248 | 4752 | KILGORE | 98 MIDTOWN PLZ | KILGORE | TX | 75662 | 37,534 | 24,949 |
| 249 | 4754 | ATWATER | 1085 BELLEVUE RD | ATWATER | CA | 95301 | 35,529 | 25,055 |
| 250 | 4758 | RAPID CITY | 1617 EGLIN ST | RAPID CITY | SD | 57701 | 35,379 | 24,491 |
| 251 | 4759 | FORT WORTH | 8400 EAST FWY | FORT WORTH | TX | 76120 | 30,095 | 20,938 |
| 252 | 4762 | FAIRFIELD | 1500 OLIVER RD | FAIRFIELD | CA | 94534 | 27,045 | 19,165 |
| 253 | 4763 | LOMPOC | 1009 N H ST, STE M | LOMPOC | CA | 93436 | 31,423 | 22,601 |
| 254 | 4764 | QUEENSBURY | 751 UPPER GLEN ST, STE 2 | QUEENSBURY | NY | 12804 | 30,884 | 21,637 |
| 255 | 4766 | PARADISE | 6646 CLARK RD | PARADISE | CA | 95969 | 32,310 | 21,941 |
| 256 | 4767 | WEST BEND | 1690 S MAIN ST | WEST BEND | WI | 53095 | 34,627 | 24,080 |
| 257 | 4768 | MILPITAS | 111 RANCH DR | MILPITAS | CA | 95035 | 32,081 | 23,470 |
| 258 | 4769 | PEORIA | 24760 N LAKE PLEASANT PKWY | PEORIA | AZ | 85383 | 27,755 | 20,257 |
| 259 | 4770 | ALBERT LEA | 2614 BRIDGE AVE | ALBERT LEA | MN | 56007 | 30,023 | 22,127 |
| 260 | 4773 | CERES | 1611 E HATCH RD, STE A | CERES | CA | 95351 | 38,357 | 25,315 |
| 261 | 4775 | WINDSOR | 560 WINDSOR AVE | WINDSOR | CT | 06095 | 44,049 | 29,870 |
| 262 | 4776 | NEENAH | 699 S GREEN BAY RD | NEENAH | WI | 54956 | 34,499 | 24,096 |
| 263 | 4778 | STEVENS POINT | 5601 US HIGHWAY 10 E | STEVENS POINT | WI | 54482 | 42,128 | 28,810 |
| 264 | 5086 | CHARLOTTE | 8215 UNIVERSITY CITY BLVD STE E | CHARLOTTE | NC | 28213 | 35,231 | 23,672 |
| 265 | 5087 | WATERBURY | 650 WOLCOTT ST | WATERBURY | CT | 06705 | 33,693 | 22,709 |
| 266 | 5089 | HOLLAND | 2353 N PARK DR | HOLLAND | MI | 49424 | 30,611 | 22,620 |
| 267 | 5090 | FAYETTEVILLE | 2999 N COLLEGE AVE | FAYETTEVILLE | AR | 72703 | 28,324 | 21,183 |
| 268 | 5096 | INDEPENDENCE | 4201 S NOLAND RD | INDEPENDENCE | MO | 64055 | 36,070 | 23,481 |
| 269 | 5100 | DAYTONA BEACH | 2400 W INTERNATIONAL SPEEDWAY | DAYTONA BEACH | FL | 32114 | 28,380 | 20,263 |
| 270 | 5102 | POMPANO BEACH | 1440 NE 23RD ST | POMPANO BEACH | FL | 33062 | 27,850 | 20,789 |
| 271 | 5106 | MILFORD | 56 TURNPIKE SQUARE | MILFORD | CT | 06460 | 24,334 | 18,175 |
| 272 | 5108 | RALEIGH | 1515 GARNER STATION BLVD | RALEIGH | NC | 27603 | 32,898 | 23,601 |
| 273 | 5111 | KOKOMO | 2136 E MARKLAND AVE. | KOKOMO | IN | 46901 | 43,144 | 21,274 |
| 274 | 5112 | ROSWELL | 610 HOLCOMB BRIDGE RD STE 300 | ROSWELL | GA | 30076 | 30,000 | 21,737 |
| 275 | 5125 | LEXINGTON | 1980 PAVILION WAY | LEXINGTON | KY | 40509 | 33,274 | 25,644 |
| 276 | 5131 | NORTH LITTLE ROCK | 4213 E. MCCAIN BOULEVARD | NORTH LITTLE ROCK | AR | 72117 | 40,412 | 28,876 |
| 277 | 5136 | EXTON | 201 WEST LINCOLN HWY | EXTON | PA | 19341 | 27,156 | 19,809 |
| 278 | 5141 | HUNTSVILLE | 6275 UNIVERSITY DR NW | HUNTSVILLE | AL | 35806 | 28,701 | 20,244 |
| 279 | 5147 | MANCHESTER | 1470 PLEASANT VALLEY ROAD | MANCHESTER | CT | 06042 | 26,610 | 18,529 |
| 280 | 5154 | MADISON HEIGHTS | 32399 JOHN R RD. | MADISON HEIGHTS | MI | 48071 | 32,833 | 21,985 |
| 281 | 5166 | SANFORD | 1101 WP BALL BLVD | SANFORD | FL | 32771 | 33,824 | 23,919 |
| 282 | 5169 | DESTIN | 34940 EMERALD COAST PKWY | DESTIN | FL | 32541 | 26,209 | 19,078 |
| 283 | 5170 | KENTWOOD | 4254 28TH ST. SE | KENTWOOD | MI | 49512 | 36,094 | 26,720 |
| 284 | 5174 | SEEKONK | 179 HIGHLAND AVE | SEEKONK | MA | 02771 | 28,565 | 19,810 |
| 285 | 5175 | REISTERSTOWN | 11989 REISTERSTOWN RD #A | REISTERSTOWN | MD | 21136 | 33,405 | 24,541 |
| 286 | 5191 | FRANKLIN | 209 S ROYAL OAKS BLVD STE 206 | FRANKLIN | TN | 37064 | 39,546 | 27,970 |
| 287 | 5194 | ASHLAND | 41 POND ST | ASHLAND | MA | 01721 | 23,965 | 18,016 |
| 288 | 5195 | FAYETTEVILLE | 375 PAVILION PARKWAY | FAYETTEVILLE | GA | 30214 | 39,995 | 29,424 |
| 289 | 5200 | PRATTVILLE | 1957 COBBS FORD RD. | PRATTVILLE | AL | 36066 | 29,946 | 21,675 |
| 290 | 5203 | BESSEMER | 710 ACADEMY DR | BESSEMER | AL | 35022 | 32,507 | 23,059 |
| 291 | 5219 | GLEN BURNIE | 6623 GOVERNOR RITCHIE HWY | GLEN BURNIE | MD | 21061 | 34,155 | 24,254 |
| 292 | 5227 | STONE MOUNTAIN | 5370 STONE MOUNTAIN HWY STE 300 | STONE MOUNTAIN | GA | 30087 | 34,731 | 21,202 |
| 293 | 5228 | BOWIE | 4420 MITCHELVILLE RD. | BOWIE | MD | 20716 | 25,150 | 18,085 |
| 294 | 5245 | NEW MILFORD | 169 DANBURY RD | NEW MILFORD | CT | 06776 | 30,004 | 21,973 |
| 295 | 5254 | YORK | 2980 WHITEFORD RD | YORK | PA | 17402 | 32,600 | 21,567 |
| 296 | 5267 | MENOMONEE FALLS | N78W14511 APPLETON AVE | MENOMONEE FALLS | WI | 53051 | 27,706 | 19,323 |
| 297 | 5273 | FREEHOLD | 220 TROTTERS WAY | FREEHOLD | NJ | 07728 | 28,624 | 20,267 |
| 298 | 5279 | NORWICH | 42 TOWN ST STE 1200 | NORWICH | CT | 06360 | 33,579 | 24,294 |
| 299 | 5292 | DEFIANCE | 1520 N CLINTON ST | DEFIANCE | OH | 43512 | 27,240 | 19,245 |
| 300 | 5295 | Woodbridge | 471 Green Street | Woodbridge | NJ | 07095 | 42,611 | 30,887 |
| 301 | 5302 | CHARLOTTE | 9535 S BLVD STE C | CHARLOTTE | NC | 28273 | 33,855 | 24,490 |
| 302 | 5304 | LA CROSSE | 3960 MORMON COULEE RD | LA CROSSE | WI | 54601 | 28,929 | 20,995 |
| 303 | 5305 | MOUNT PLEASANT | 5415 WASHINGTON AVE | MOUNT PLEASANT | WI | 53406 | 43,021 | 26,168 |
| 304 | 5319 | OCEAN | 2353 STATE ROUTE 66 | OCEAN | NJ | 07712 | 41,952 | 30,159 |
| 305 | 5323 | NORTH BERGEN | 3129 KENNEDY BLVD | NORTH BERGEN | NJ | 07047 | 32,569 | 23,262 |
| 306 | 5325 | MADISON | 2301 GALLATIN PIKE N | MADISON | TN | 37115 | 32,225 | 23,934 |
| 307 | 5329 | KANSAS CITY | 13637 WASHINGTON ST | KANSAS CITY | MO | 64145 | 28,710 | 20,372 |

**BIG LOTS, INC. Stores**
**Exhibit**

**Store List**

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 308 | 5336 | ROYAL PALM BEACH | 511 N STATE RD 7 | ROYAL PALM BEACH | FL | 33411 | 30,916 | 21,545 |
| 309 | 5349 | VIRGINIA BEACH | 1650 GENERAL BOOTH BLVD, STE 200 | VIRGINIA BEACH | VA | 23454 | 35,034 | 23,970 |
| 310 | 5351 | BRADENTON | 7381 52ND PL E | BRADENTON | FL | 34203 | 46,905 | 31,412 |
| 311 | 5357 | NORFOLK | 5900 E. VIRGINIA BEACH BLVD. | NORFOLK | VA | 23502 | 42,682 | 28,868 |
| 312 | 5365 | NEW HARTFORD | 4645 COMMERCIAL DR | NEW HARTFORD | NY | 13413 | 46,257 | 26,696 |
| 313 | 5377 | TAMPA | 12601 CITRUS PLAZA DR | TAMPA | FL | 33625 | 38,275 | 24,842 |
| 314 | 5389 | FORT MYERS | 15271 MCGREGOR BLVD | FORT MYERS | FL | 33908 | 41,995 | 27,048 |
| 315 | 5394 | BOCA RATON | 21697 STATE ROAD 7 | BOCA RATON | FL | 33428 | 36,113 | 25,498 |
| 316 | 5397 | CORAOPOLIS | 2820 GRACY CENTER WAY | CORAOPOLIS | PA | 15108 | 38,000 | 26,343 |
| 317 | 5398 | EAST BRUNSWICK | 275 ROUTE 18 | EAST BRUNSWICK | NJ | 08816 | 34,988 | 23,582 |
| 318 | 5401 | CHARLOTTESVILLE | 590 BRANCHLANDS BLVD | CHARLOTTESVILLE | VA | 22901 | 45,630 | 28,845 |
| 319 | 5402 | WOODBRIDGE | 14603 TELEGRAPH RD | WOODBRIDGE | VA | 22192 | 44,997 | 28,130 |
| 320 | 5408 | DURHAM | 3420 SOUTHWEST DURHAM DR | DURHAM | NC | 27707 | 58,135 | 32,774 |
| 321 | 5410 | CINCINNATI | 9690 COLERAIN AVE | CINCINNATI | OH | 45251 | 37,874 | 23,043 |
| 322 | 5415 | MANASSAS | 7743 SUDLEY RD | MANASSAS | VA | 20109 | 35,164 | 23,909 |
| 323 | 5420 | LOUISVILLE | 4025 POPLAR LEVEL RD UNIT 102 | LOUISVILLE | KY | 40213 | 41,388 | 26,669 |
| 324 | 5431 | SIMI VALLEY | 1189 SIMI TOWN CENTER WAY | SIMI VALLEY | CA | 93065 | 30,988 | 21,843 |
| 325 | 5436 | RIVERSIDE | 2620 CANYON SPRINGS PARKWAY | RIVERSIDE | CA | 92507 | 35,100 | 24,030 |
| 326 | 5444 | ORLANDO | 1801 S SEMORAN BLVD | ORLANDO | FL | 32822 | 39,740 | 26,450 |
| 327 | 5449 | CLIFTON HEIGHTS | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018 | 33,780 | 23,730 |
| 328 | 5450 | BONITA SPRINGS | 25191 CHAMBER OF COMMERCE DR | BONITA SPRINGS | FL | 34135 | 27,860 | 20,170 |
| 329 | 5453 | AIKEN | 1016 PINE LOG RD | AIKEN | SC | 29803 | 42,996 | 29,114 |
| 330 | 5455 | NEWBERRY | 1937 WILSON RD | NEWBERRY | SC | 29108 | 30,784 | 21,773 |
| 331 | 5457 | LAUREL | 3331 CORRIDOR MARKETPLACE | LAUREL | MD | 20724 | 30,672 | 21,433 |
| 332 | 5459 | TROY | 1327 S BRUNDIDGE ST | TROY | AL | 36081 | 45,755 | 30,060 |
| 333 | 5461 | SAINT MARYS | 1170 INDIANA AVE | SAINT MARYS | OH | 45885 | 36,387 | 24,180 |
| 334 | 5463 | THOMSON | 687 MAIN ST | THOMSON | GA | 30824 | 30,573 | 21,280 |
| 335 | 5467 | JEFFERSON CITY | 3225 MISSOURI BLVD | JEFFERSON CITY | MO | 65109 | 30,000 | 21,107 |
| 336 | 5471 | DENHAM SPRINGS | 2354 S RANGE AVE | DENHAM SPRINGS | LA | 70726 | 27,060 | 20,334 |
| 337 | 5472 | JEFFERSON | 822 E MAIN ST | JEFFERSON | NC | 28640 | 46,027 | 28,999 |
| 338 | 5473 | WAYNESBORO | 263 S LIBERTY ST | WAYNESBORO | GA | 30830 | 32,959 | 21,900 |
| 339 | 5477 | NATCHITOCHES | 339 SOUTH DR | NATCHITOCHES | LA | 71457 | 36,871 | 24,504 |
| 340 | 5478 | WARSAW | 2806 FRONTAGE RD | WARSAW | IN | 46580 | 31,089 | 22,607 |
| 341 | 5480 | CHESTER | 1841 J A COCHRAN BYP STE A | CHESTER | SC | 29706 | 34,573 | 23,476 |
| 342 | 5481 | CLEWISTON | 328 E SUGARLAND HWY | CLEWISTON | FL | 33440 | 36,517 | 23,887 |
| 343 | 5482 | LYNCHBURG | 2110 WARDS RD | LYNCHBURG | VA | 24502 | 34,152 | 23,145 |
| 344 | 5489 | ANDALUSIA | 130 COVINGTON MALL | ANDALUSIA | AL | 36420 | 32,868 | 23,765 |