**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.,*[1] | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**WITHDRAWAL OF NOTICE**
**OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Kindly withdraw the Notice of Appearance and Request for Service of Papers of Jeffrey M. Carbino, as counsel for Big Milf2 Owner, LLC, filed in the above bankruptcy as ECF Doc. No. 131.

Dated: September 12, 2024
       Wilmington, Delaware

Respectfully submitted,

 */s/Jeffrey M. Carbino*
Jeffrey M. Carbino (DE No. 4062)
LEECH TISHMAN FUSCALDO & LAMPL
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 985-9805
Email: jcarbino@leechtishman.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.