## CERTIFICATE OF SERVICE

Counsel certifies that a true and correct copy of the foregoing has been forwarded to all counsel via the electronic filing system of the United States Bankruptcy Court for the District of Delaware, on this 12th day of September, 2024.


*/s/Jeffrey M. Carbino*
Jeffrey M. Carbino