**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| Debtors[1]. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 cases as counsel on behalf of Divisions Inc. d/b/a Divisions Maintenance Group ( "Divisions") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, or otherwise, which affect Divisions or these chapter 11 cases to be served upon:

> A.J. Webb
> Joy D. Kleisinger
> Frost Brown Todd LLP
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, Ohio 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> awebb@fbtlaw.com
> jkleisinger@fbtlaw.com.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Divisions specifically but not limited to (i) its right to have final orders in matters entered only after *de novo* reviewed by a District Court judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Divisions is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: September 12, 2024 　　　　　　　Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ A.J. Webb*
A.J. Webb (OH Bar No. 0093655)
Joy D. Kleisinger (OH Bar No. 0101993)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: awebb@fbtlaw.com
　　　　jkleisinger@fbtlaw.com

**COUNSEL FOR DIVISIONS INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2024, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ A.J. Webb*
A.J. Webb

0145225.0733959  4887-5976-1636v2