**EXHIBIT B TO THE LEASE AUCTION, CURE COST & SALE HEARING NOTICE**

**Schedule of Unexpired Leases to be Potentially Assumed and Assigned Pursuant to the Lease Auction**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---------|---------------|---------------|-----------------|------------------|------------|
| 1 | 4747 | 1482 E 2ND ST BEAUMONT, CA | Big Lots Stores-PNS, LLC | 1482 EAST 2ND STREET, LLC | C/O 1ST COMMERCIAL REALTY GROUP, INC., 2009 PORTERFIELD WAY, STE P, UPLAND, CA, 91786 | $79,953 |
| 2 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | 1520 NW LEARY WAY LLC | 6404 BLUE HERON CV., MEMPHIS, TN, 38102 | $33,317 |
| 3 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | SAFEWAY INC. | C/O ALBERTSONS CO., ATTN: R/E LAW, 250 E PARKCENTER BLVD, BOISE, ID, 83706 | $– |
| 4 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | SAFEWAY INC. | 11555 DUBLIN CANYON ROAD, ATTN: RE LAW (ABS ST #478, EVERETT, WA), PLEASANTON, CA, 94588 | $– |
| 5 | 4685 | 2151 MAIN ST LONGMONT, CO | Big Lots Stores-PNS, LLC | 21ST & MAIN PARTNERS, LLC | C/O NEWMARK MERRILL COMPANIES , 24025 PARK SORRENTO, SUITE 300, CALABASAS , CA , 91302 | $29,870 |
| 6 | 4685 | 2151 MAIN ST LONGMONT, CO | Big Lots Stores-PNS, LLC | 21ST & MAIN PARTNERS, LLC | ATTN: CARL CHANG, 30242 ESPERANZA, RANCHO SANTA MARGARITA, CA, 92688 | $– |
| 7 | 1789 | 260 VOICE RD CARLE PLACE, NY | Big Lots Stores, LLC | 260 VOICE ROAD LLC | 228 PARK AVE S # 81420, NEW YORK, NY, 10003 | $92,123 |
| 8 | 1789 | 260 VOICE RD CARLE PLACE, NY | Big Lots Stores, LLC | 260 VOICE ROAD LLC | C/O PROPERTY MANAGEMENT OF NY, 47-05 METROPOLITAN AVE, RIDGEWOOD, NY, 11385 | $– |
| 9 | 1364 | 9500 GREENBACK LN STE 22 FOLSOM, CA | Big Lots Stores, LLC | 5R PARTNERS, LLC | C/O ENGSTROM PROPERTIES, INC, 837 JEFFERSON BLVD, WEST SACRAMENTO, CA, 95691 | $72,956 |
| 10 | 4738 | 1416 E ROUTE 66 FLAGSTAFF, AZ | Big Lots Stores-PNS, LLC | 621 W PRENTICE LLC & HAWTHHORNE APARTMENTS LLC | Attn: David Peel, 42 Tamarade Dr, Littleton, CO, 80127 | $35,809 |
| 11 | 1866 | 8401 MICHIGAN RD INDIANAPOLIS, IN | Big Lots Stores, LLC | 8401 MICHIGAN RD, LLC | C/O CHANO REAL ESTATE PARTNERS, LLC, PO BOX 80016, INDIANAPOLIS, IN, 46280 | $34,288 |
| 12 | 1934 | 52 W COURT ST WOODLAND, CA | Big Lots Stores, LLC | ABA INVESTMENTS, LLC | C/O GALLELLI REAL ESTATE, 3005 DOUGLAS BLVD., #200, ROSEVILLE, CA, 95661 | $30,000 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 13 | 5415 | 7743 SUDLEY RD MANASSAS, VA | Big Lots Stores, LLC | AGREE CENTRAL, LLC | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK, MI, 48073 | $50,181 |
| 14 | 5415 | 7743 SUDLEY RD MANASSAS, VA | Big Lots Stores, LLC | HONIGMAN LLP | ATTN: LOWELL D. SALESIN, ESQ, 39400 WOODWARD AVE, SUITE 101, BLOOMFIELD HILLS, MI, 48304 | $– |
| 15 | 5170 | 4254 28TH ST. SE KENTWOOD, MI | Big Lots Stores, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, RO, MI, 48073 | $22,901 |
| 16 | 5170 | 4254 28TH ST. SE KENTWOOD, MI | Big Lots Stores, LLC | LOWELL D. SALESIN, ESQ. | HONIGMAN MILLER SCHWARTZ AND COHN LLP, 39400 WOODWARD AVE STE 101, BLOOMFIELD HILLS, MI, 48304 | $– |
| 17 | 4581 | 3900 SISK ROAD MODESTO, CA | Big Lots Stores-PNS, LLC | AIM PROPERTY MANAGEMENT | ATTN: MARK PURDOM, 1212 K STREET, MODESTO, CA, 95354 | $35,483 |
| 18 | 4581 | 3900 SISK ROAD MODESTO, CA | Big Lots Stores-PNS, LLC | MAPES RANCH INVESTMENTS, LLC | ATTN: BILL LYONS JR, 10555 MAZE BLVD, MODESTO, CA, 95358 | $– |
| 19 | 4554 | 42225 JACKSON ST STE B INDIO, CA | Big Lots Stores-PNS, LLC | ALJACKS LLC | C/O LUKO MANAGEMENT, 5862 BOLSA AVE STE 108, HUNTINGTON BEACH, CA, 92649 | $18,000 |
| 20 | 1962 | 6336 E SANTA ANA CANYON RD ANAHEIM, CA | Big Lots Stores, LLC | ANAHEIM HILLS SHOPPING VILLAGE, LLC | c/o REEF REAL ESTATE, 1620 5th AVENUE, STE 770, SAN DIEGO, CA, 92101 | $37,740 |
| 21 | 4316 | 810 TRI CITY CTR REDLANDS, CA | Big Lots Stores-PNS, LLC | ANDERSON WEST LLC | 8621 WILSHIRE BLVD., 2ND FLOOR, BEVERLY HILLS, CA, 90211 | $49,432 |
| 22 | 4586 | 6626 SOUTH PARKER ROAD AURORA, CO | Big Lots Stores-PNS, LLC | ARAPAHOE CROSSINGS, LP | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | $28,286 |
| 23 | 4634 | 17510 N 75TH AVE GLENDALE, AZ | Big Lots Stores-PNS, LLC | ARCTRUST | 1401 BROAD STREET, CLIFTON, NEW JERSEY, 7013 | $56,674 |
| 24 | 5481 | 328 E SUGARLAND HWY CLEWISTON, FL | Big Lots Stores, LLC | B&B CASH GROCERY STORES INC | 927 US HIGHWAY 301 SOUTH, TAMPA, FL, 33619-4338 | $15,913 |
| 25 | 5305 | 5415 WASHINGTON AVE MOUNT PLEASANT, WI | Big Lots Stores, LLC | B&K ENTERPRISES, INC | 924 E. JUNEAU AVENUE, SUITE 622, MILWAUKEE, WI, 53202 | $44,691 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 26 | 5305 | 5415 WASHINGTON AVE MOUNT PLEASANT, WI | Big Lots Stores, LLC | NH LAKEVILLE LLC | C/O METRO EQUITY MANAGEMENT, 7920 LAKEVILLE BLVD, LAKEVILLE, MN, 55044 | $– |
| 27 | 1019 | 7533 STATE AVE KANSAS CITY, KS | Big Lots Stores, LLC | BACELINE WEST STATE PLAZA LLC | 511 N BROADWAY, DENVER, CO, 80203-3405 | $43,245 |
| 28 | 1373 | 700 BLANDING BLVD STE 1 ORANGE PARK, FL | Big Lots Stores, LLC | BLANDING VILLAGE I LLC | 921 SW 15 AVENUE UNIT 1, FORT LAUDERDALE, FL, 33312-7230 | $22,329 |
| 29 | 4357 | 2401 N AVE STE 19B GRAND JUNCTION, CO | Big Lots Stores-PNS, LLC | BOP TELLER, LLC | C/O TWIST REALTY LP, ATTN: ALLISON TWIST, 6136 FRISCO SQUARE BLVD STE 400-441, FRISCO, TX, 75034-3246 | $37,955 |
| 30 | 562 | 4847 COCONUT CREEK PKWY COCONUT CREEK, FL | Big Lots Stores, LLC | BRIXMOR COCONUT CREEK OWNER, LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | $40,771 |
| 31 | 4734 | 2850 WASHTENAW AVE YPSILANTI, MI | Big Lots Stores-PNS, LLC | BRIXMOR GA WASHTENAW FOUNTAIN, LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | $26,471 |
| 32 | 4769 | 24760 N LAKE PLEASANT PKWY PEORIA, AZ | Big Lots Stores-PNS, LLC | BVA LP SPE LLC | C/O BIG V PROPERTIES LLC, 176 NORTH MAIN ST. STE 210, FLORIDA, NY, 10921 | $56,858 |
| 33 | 4432 | 568 W MAIN ST STE B SANTA PAULA, CA | Big Lots Stores-PNS, LLC | CALIFORNIA PROPERTY OWNER I, LLC | c/o BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | $26,671 |
| 34 | 1917 | 19331 SOLEDAD CANYON RD CANYON COUNTRY, CA | Big Lots Stores, LLC | CANYON CENTER II, INC. | C/O FCM MANAGEMENT CO., LLC, 16461 SHERMAN WAY., SUITE 140, VAN NUYS, CA, 91406 | $58,627 |
| 35 | 5436 | 2620 CANYON SPRINGS PARKWAY RIVERSIDE, CA | Big Lots Stores, LLC | CANYON SPRINGS MARKETPLACE NORTH CORP | 2025 PIUONEER COURT, SAN MATEO, CA, 94403-1719 | $83,125 |
| 36 | 4770 | 2614 BRIDGE AVE ALBERT LEA, MN | Big Lots Stores-PNS, LLC | CARRINGTON CAPITAL LLC | C/O THE CARRINGTON COMPANY, 707 H STREET, EUREKA, CA, 95501 | $36,927 |
| 37 | | | | | | |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---------|---------------|---------------|-----------------|------------------|------------|
| 38 | 1755 | 231 CENTEREACH MALL CENTEREACH, NY | Big Lots Stores, LLC | CENTEREACH MALL ASSOCIATES 605, LLC. | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $115,614 |
| 39 | 4520 | 1400 US ROUTE 302 BERLIN, VT | Big Lots Stores-PNS, LLC | CENTRAL VERMONT SHOPPING CENTER, LLC | 69 COLLEGE STREET, P. O. BOX 6, BURLINGTON, VT, 05402-0006 | $63,749 |
| 40 | 4721 | 400 MAIN ST DENNIS PORT, MA | Big Lots Stores-PNS, LLC | CGMA DENNIS PORT LLC | C/O CARPIONATO GROUP, 1414 ATWOOD AVENUE, JOHNSTON, RI, 2919 | $38,729 |
| 41 | 4157 | 353 CARMEN DR CAMARILLO, CA | Big Lots Stores-PNS, LLC | CHUB ASSOCIATES | c/o Pacific West Asset Management Corp, PO Box 19068, Irvine, CA, 92623 | $50,000 |
| 42 | 5457 | 3331 CORRIDOR MARKETPLACE LAUREL, MD | Big Lots Stores, LLC | CORRIDOR MARKET PLACE, LLC | C/O AJ & C GARFUNKEL, 400 MALL BLVD., STE M, SAVANNAH, GA, 31406 | $25,761 |
| 43 | 1916 | 2720 COUNTRY CLUB BLVD STOCKTON, CA | Big Lots Stores, LLC | COUNTRY KHATON | ATTN: HARVEY RUDMAN, P.O. BOX 725, LAFAYETTE, CA, 94549 | $17,000 |
| 44 | 4580 | 17307 SE 272ND ST. COVINGTON, WA | Big Lots Stores-PNS, LLC | COVINGTON GROUP, LLC | c/o: ASHTON DEVELOPMENT COMPANY, LLC, 1201 MONSTER ROAD S.W., SUITE 350, RENTON, WA, 98057 | $27,627 |
| 45 | 4564 | 30501 AVENIDA DE LAS FLORES RANCHO SANTA MARGARITA, CA | Big Lots Stores-PNS, LLC | DANGOOD-RSM, LP | C/O SOUTHERN CALIFORNIA REAL ESTATE SERV, 15901 RED HILL AVE, SUITE 205, TUSTIN, CA, 92780 | $12,785 |
| 46 | 5453 | 1016 PINE LOG RD AIKEN, SC | Big Lots Stores, LLC | DELTA SILVER, LLC | C/O THE DELTA INTERESTS, LLC, 2 BENNETT STREET, GREENVILLE, SC, 29602 | $23,866 |
| 47 | 4582 | 2020 N 75th AVE STE 40 PHOENIX, AZ | Big Lots Stores-PNS, LLC | DESERT SKY ESPLANADE, LLC | C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD, SUITE 110, PHOENIX, AZ, 85014 | $20,117 |
| 48 | 1612 | 5580 NW 167TH ST MIAMI LAKES, FL | Big Lots Stores, LLC | DORSAN DEVELOPMENTS LIMITED | C/O LEVY REALTY ADVISORS, INC., 4901 NW 17TH WAY, STE 103, FORT LAUDERDALE, FL, 33309 | $62,523 |
| 49 | 1280 | 2000 AVONDALE DR STE E DURHAM, NC | Big Lots Stores, LLC | DURHAM PLAZA SHOPPING CENTER, LLC | 550 7TH AVE FL 15, NEW YORK, NY, 10018-3250 | $31,667 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 50 | 4739 | 951 W PACHECO BLVD LOS BANOS, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD | 1300 NATIONAL DRIVE, SUITE 100, SACRAMENTO, CA, 95834 | $33,690 |
| 51 | 4754 | 1085 BELLEVUE RD ATWATER, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD | 1300 NATIONAL DR., STE 100, SACRAMENTO, CA, 95834 | $28,661 |
| 52 | 4283 | 665 FAIRFIELD DR MERCED, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD PROPERTIES | 1300 NATIONAL DRIVE STE 100, SACRAMENTO, CA, 95834-1981 | $18,088 |
| 53 | 1918 | 8700 LA RIVIERA DR SACRAMENTO, CA | Big Lots Stores, LLC | ETHAN CONRAD PROPERTIES INC | 1300 NATIONAL DR STE 100, SACRAMENTO, CA, 95834-1981 | $36,161 |
| 54 | 4252 | 1670 W KATELLA AVE ANAHEIM, CA | Big Lots Stores-PNS, LLC | EUCLID SHOPPING CENTER LLC | 508 WEST 30TH STREET, ATTN: LESLIE KERR, NEWPORT BEACH, CA, 92663-3714 | $27,083 |
| 55 | 4588 | 565 ROHNERT PARK EXPRESSWAY ROHNERT PARK, CA | Big Lots Stores-PNS, LLC | EXPRESSWAY PARTNERS, LLC | C/O DOERKEN PROPERTIES, INC, 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | $20,403 |
| 56 | 4426 | 818 ALAMO DR VACAVILLE, CA | Big Lots Stores-PNS, LLC | FH ONE INC | 1505 BRIDGEWAY STE 125, SAUSALITO, CA, 94965-1967 | $36,507 |
| 57 | 4426 - Storage | 818 ALAMO DR VACAVILLE, CA | Big Lots Stores-PNS, LLC | FH ONE INC | 1505 BRIDGEWAY STE 125, SAUSALITO, CA, 94965-1967 | $– |
| 58 | 4012 | 1085 E MAIN ST EL CAJON, CA | Big Lots Stores-PNS, LLC | FIRST MAIN PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | $37,221 |
| 59 | 4515 | 2100B SE 164TH AVE STE E VANCOUVER, WA | Big Lots Stores-PNS, LLC | FISHER'S LANDING TENANTS-IN-COMMON | C/O HSP PROPERTIES, 915 W 11TH STREET, VANCOUVER, WA, 98660 | $46,865 |
| 60 | 5449 | 713 E BALTIMORE AVE CLIFTON HEIGHTS, PA | Big Lots Stores, LLC | GATOR CLIFTON PARTNERS, LTD. | ATTN: LISA LEVIN-SAGER, 7850 NW 146TH ST, 3RD FLOOR, MIAMI LAKES, FL, 33016 | $38,389 |
| 61 | 4635 | 340 SUMMIT DRIVE LOCKPORT, IL | Big Lots Stores-PNS, LLC | GATOR LOCKPORT LLC | 7850 NW 146TH STREET 4TH FLOOR, MIAMI LAKES, FL, 33016-1564 | $15,198 |
| 62 | 1102 | 3557 AMBASSADOR CAFFERY PKWY LAFAYETTE, LA | Big Lots Stores, LLC | GC AMBASSADOR ROW LLC | 788 W SAM HOUSTON PARKWAY NORTH SUITE 206, C/O GULF COAST COMMERCIAL GROUP, HOUSTON, TX, 77024 | $32,525 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 63 | 1102 | 3557 AMBASSADOR CAFFERY PKWY LAFAYETTE, LA | Big Lots Stores, LLC | GC AMBASSADOR ROW LLC | 3501 SW FAIRLAWN RD STE 200, TOPEKA, KS, 66614-3975 | $– |
| 64 | 5175 | 11989 REISTERSTOWN RD #A REISTERSTOWN, MD | Big Lots Stores, LLC | GGCAL RSC LLC | 3904 BOSTON STREET STE 402, BALTIMORE, MD, 21224 | $106,729 |
| 65 | 4717 | 360 E 10TH ST GILROY, CA | Big Lots Stores-PNS, LLC | GILROY VILLAGE SHOPPING CENTER LLC | 1952 CAMDEN AVE STE 104, SAN JOSE, CA, 95124-2816 | $77,103 |
| 66 | 5111 | 2136 E MARKLAND AVE. KOKOMO, IN | Big Lots Stores, LLC | HAUCK HOLDINGS ALEXANDRIA, LLC | C/O HAUCK HOLDINGS LTD, 4334 GLENDALE-MILFORD RD, CINCINNATI, OH, 45242-3706 | $24,631 |
| 67 | 1250 | 1608 N LARKIN AVE CREST HILL, IL | Big Lots Stores, LLC | HBL CREST HILL LLC | C/O GS MANAGEMENT COMPANY, 5674 SONOMA DRIVE, PLEASANTON, CA, 94566 | $34,595 |
| 68 | 4673 | 7233 W DEMPSTER ST NILES, IL | Big Lots Stores-PNS, LLC | H-C NILES DEVELOPERS L.L.C. | C/O NEXT PROPERTY MANAGEMENT, INC, 5215 OLD ORCHARD ROAD SUITE 880, SKOKIE, IL, 60077 | $149,956 |
| 69 | 4590 | 230 E. BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | HCL 3rd & Bell LLC | C/O HAAGEN COMPANY, 12302 EXPOSITION BLVD, LOS ANGELES, CA, 90064 | $38,474 |
| 70 | 4590 | 230 E. BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | LAW OFFICES OF TRUDI J LESSER | ATTN: TRUDI J LESSER, ESQ, 400 CONTINENTAL BLVD, 6TH FLOOR, EL SEGUNDO, CA, 90245 | $– |
| 71 | 4648 | 3630 W. BASELINE RD. LAVEEN, AZ | Big Lots Stores-PNS, LLC | HH-LAVEEN, LLC | C/O HINKSON COMPANY, 5050 N. 40TH STREET SUITE 350, PHOENIX, AZ, 85018 | $47,036 |
| 72 | 5136 | 201 WEST LINCOLN HWY EXTON, PA | Big Lots Stores, LLC | HIGHLAND MANAGEMENT COMPANY | ATTN: DAVID MARTIN, 310 YORKTOWN PLAZA, ELKINS PARK, PA, 19027 | $109,891 |
| 73 | 4238 | 499 W ORANGE SHOW RD SAN BERNARDINO, CA | Big Lots Stores-PNS, LLC | INTERNATIONAL HOLDINGS PROPERTY GROUP LLC | C/O A STREET PARTNERS, 15031 PARKWAY LOOP, STE A, TUSTIN, CA, 92780 | $33,974 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 74 | 5450 | 25191 CHAMBER OF COMMERCE DR BONITA SPRINGS, FL | Big Lots Stores, LLC | ISRAM PRADO, LLC | C/O ISRAM REALTY GROUP, 506 SOUTH DIXIE HIGHWAY, HALLANDALE, FL, 33009 | $49,029 |
| 75 | 4521 | 1301 W MEEKER ST KENT, WA | Big Lots Stores-PNS, LLC | JBK VENTURES, LLC | C/O MJR DEVELOPMENT, 6725 116TH AVE. NE, SUITE 100, KIRKLAND, WA, 98033 | $34,375 |
| 76 | 4054 | 1417 S BROADWAY SANTA MARIA, CA | Big Lots Stores-PNS, LLC | JEFFREY T. OBERMAN, ESQ. | LEVIN & OBERMAN, 361 N CANON DRIVE, BEVERLY HILLS, CA, 90210 | $81,835 |
| 77 | 4054 | 1417 S BROADWAY SANTA MARIA, CA | Big Lots Stores-PNS, LLC | MIDEB NOMINEES, INC. LEVIN&OBERMAN II | C/O DOWNTOWN MANAGEMENT CO., INC., 541 S SPRING ST., SUITE 204, LOS ANGELES, CA, 90013 | $– |
| 78 | 4266 | 1927 E 20TH ST CHICO, CA | Big Lots Stores-PNS, LLC | JENSEN F. CHENG AND JADE CHENG | C/O JENSEN AND JADE CHENG TRUST, PO BOX 20188, CASTRO VALLEY, CA, 94546 | $20,340 |
| 79 | 4650 | 2815 CAPITAL MALL DRIVE SW OLYMPIA, WA | Big Lots Stores-PNS, LLC | JENSEN F. CHENG AND JADE CHENG | C/O JENSEN AND JADE CHENG TRUST, PO BOX 20188, CASTRO VALLEY, CA, 94546-8188 | $57,267 |
| 80 | 4166 | 5587 SEPULVEDA BLVD CULVER CITY, CA | Big Lots Stores-PNS, LLC | JOFFE PROPERTIES LP | C/O HILLARY REINIS, 860 SPRUCE STREET, BERKELEY, CA, 94707 | $147,898 |
| 81 | 4595 | 2025 LANCASTER DR. NE SALEM, OR | Big Lots Stores-PNS, LLC | KINTON LAND AND BISON LLC | 18485 SW SCHOLLS FERRY RD, BEAVERTON, OR, 97007-8860 | $44,179 |
| 82 | 4725 | 14907 4TH AVE SW BURIEN, WA | AVDC, LLC | KLP BURIEN TOWN PLAZA LLC | C/O INCITY PROPERTIES, 1421 34TH AVENUE, SUITE 300, SEATTLE, WA, 98112 | $25,479 |
| 83 | 4047 | 6145 LAKE MURRAY BLVD LA MESA, CA | Big Lots Stores-PNS, LLC | LAKE MURRAY CENTER, LLC | C/O CEG MANAGEMENT, 3709 CONVOY ST, SAN DIEGO, CA, 92111 | $72,899 |
| 84 | 4679 | 2020 GRAND RIVER AVE OKEMOS, MI | Big Lots Stores-PNS, LLC | LANSING MART ASSOCIATES, LLC | C/O GERSHENSON REALTY & INVESTMENT, LLC, 31500 NORTHWESTERN HWY, STE 100, FARMINGTON HILLS, MI, 48334 | $57,027 |
| 85 | 4679 | 2020 GRAND RIVER AVE OKEMOS, MI | Big Lots Stores-PNS, LLC | LOWELL D. SALESIN, HONIGMAN MILLER SCHWARTZ AND COHN LLP | 39400 WOODWARD AVENUE, SUITE 101, BLOOMFIELD HILLS, MI, 48304 | $– |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 86 | 4649 | 1617 NORTH MAIN STREET LOGAN, UT | Big Lots Stores-PNS, LLC | LARSEN LAND & DEVELOPMENT CO. LC | 358 SOUTH PAINTBRUSH LANE, LOGAN, UT, 84321-6777 | $13,878 |
| 87 | 4457 | 2681 N TRACY BLVD TRACY, CA | Big Lots Stores-PNS, LLC | MCCORDUCK PROPERTIES | 1615 BONANZA ST STE 401, WALNUT CREEK, CA, 94596-4532 | $51,234 |
| 88 | 5106 | 56 TURNPIKE SQUARE MILFORD, CT | Big Lots Stores, LLC | MILFORD ASSOCIATES | d/b/a TURNPIKE SQUARE ASSOCIATES LP, 641 SHUNPIKE ROAD, CHATHAM, NJ, 7928 | $40,000 |
| 89 | 4762 | 1500 OLIVER RD FAIRFIELD, CA | Big Lots Stores-PNS, LLC | MILLER STARR REGALIA | 1331 N. CALIFORNIA BLVD., 5TH FL, ATTN: MICHAEL E DI GERONIMO, WALNUT CREEK, CA, 94596 | $24,697 |
| 90 | 4115 | 6630 VALLEY HI DR SACRAMENTO, CA | Big Lots Stores-PNS, LLC | MMDD SACRAMENTO PROJECT | VALLEY HI SHOPPING CENTER, 1321 ECHO VALLEY DR, SAN JOSE, CA, 95120 | $15,749 |
| 91 | 4115 | 6630 VALLEY HI DR SACRAMENTO, CA | Big Lots Stores-PNS, LLC | PASAN LLC | C/O KIN PROPERTIES, TENANT #7029, 185 NW SPANISH RIVER BLVD., SUITE 100, BOCA RATON, FL, 33431-4230 | $– |
| 92 | 4154 | 2055 MENDOCINO AVE SANTA ROSA, CA | Big Lots Stores-PNS, LLC | NASUE LLC | C/O KIN PROPERTIES INC, 185 SPANISH RIVER BLVD., STE 100, BOCA RATON, FL, 33431 | $21,570 |
| 93 | 5455 | 1937 WILSON RD NEWBERRY, SC | Big Lots Stores, LLC | NEWBERRY CENTER, LLC | C/O HUNTER GARRETT, 101 EAST WASHINGTON ST., STE 400, GREENVILLE, SC, 29601 | $33,175 |
| 94 | 4749 | 1840 COUNTRYSIDE DR TURLOCK, CA | Big Lots Stores-PNS, LLC | NINE ISLAND 11, LLC | C/O THE VIEIRA COMPANY, 227 N. SANTA CREZ AVE., STE B, LOS GATOS, CA, 95030 | $59,143 |
| 95 | 4748 | 40 BOSTON POST RD WATERFORD, CT | Big Lots Stores-PNS, LLC | NOEL WATERFALL, LLC | C/O SRG 2 PARTNERS LLC, 237 MAMARONECK AVENUE, WHITE PLAINS, NY, 10605 | $32,648 |
| 96 | 4748 | 40 BOSTON POST RD WATERFORD, CT | Big Lots Stores-PNS, LLC | WESTERMAN BALL EDERER MILLER | ZUCKER & SHARFSTEIN, LLP, 1201 RXR PLAZA, UNIONDALE, NY, 11556 | $– |
| 97 | 4508 | 10220 N 90TH ST SCOTTSDALE, AZ | Big Lots Stores-PNS, LLC | NORMAN D SLOAN, ESQ | GIPSON HOFFMAN & PANCIONE, 1901 AVENUE OF THE STARS, STE 1100, LOS ANGELES, CA, 90067-6002 | $69,546 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 98 | 4508 | 10220 N 90TH ST SCOTTSDALE, AZ | Big Lots Stores-PNS, LLC | SCOTTSDALE FIESTA RETAIL CENTER, LLC | C/O CRESCENT COMMERCIAL REAL ESTATE, LLC, 3324 EAST RAY ROAD, #327, HIGLEY, AZ, 85236 | $– |
| 99 | 1957 | 1551 SYCAMORE AVE HERCULES, CA | Big Lots Stores, LLC | NORTH FIRST STREET PROPERTIES | 1122 WILLOW ST STE 200, SAN JOSE, CA, 95125-3103 | $66,133 |
| 100 | 5267 | N78W14511 APPLETON AVE MENOMONEE FALLS, WI | Big Lots Stores, LLC | NORTH POINTE CENTRE, LLP | C/O SCI REAL ESTATE, 5429 N. 118TH COURT, MILWAUKEE, WI, 53225 | $56,327 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 1 | 4735 | 616 W JOHNSON ST FOND DU LAC, WI | Big Lots Stores-PNS, LLC | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE., STE 1150, DALLAS, TX, 75201 | $23,719 |
| 2 | 4276 | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | $59,656 |
| 3 | 4276 | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORP-FL REGION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $– |
| 4 | 4276 - Storage | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORP-FL REGION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $– |
| 5 | 4473 | 1211 OLIVE DR BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | OLIVE TOWN CENTER LLC | 1401 19TH ST STE 400, BAKERSFIELD, CA, 93301-4400 | $22,510 |
| 6 | 4688 | 4430 ONTARIO MILLS PKWY ONTARIO, CA | Big Lots Stores-PNS, LLC | ONTARIO GATEWAY SJT RETAIL | 730 EL CAMINBO WAY STE 200, TUSTIN, CA, 92780-7733 | $33,680 |
| 7 | 4656 | 2930 PROSPECT AVE HELENA, MT | Big Lots Stores-PNS, LLC | OPG 201, LLC | 3200 W CLUBHOUSE DR STE 250, LEHI, UT, 84043-6347 | $38,155 |
| 8 | 4715 | 4525 N ORACLE RD TUCSON, AZ | Big Lots Stores-PNS, LLC | ORION KCPM LLC | 200 SOUTH BISCAYNE BLVD 7TH FLOOR, MIAMI, FL, 33131-2333 | $35,620 |
| 9 | 4522 | 5710 196TH ST SW LYNNWOOD, WA | Big Lots Stores-PNS, LLC | PACIFIC RESOURCES ASSOCIATES LLC | 15350 SW SEQUOIA PARKWAY, SUITE 300, PORTLAND, OR, 97224 | $24,221 |
| 10 | 5169 | 34940 EMERALD COAST PKWY DESTIN, FL | Big Lots Stores, LLC | PARADISE ISLE DESTIN LLC | C/O STOLTZ MANAGEMENT OF DE, INC, 725 CONSHOHOCKEN STATE ROAD, BALA CYNWYD, PA, 19004-2122 | $45,964 |
| 11 | 4051 | 740 N MAIN ST CORONA, CA | Big Lots Stores-PNS, LLC | PARKRIDGE MAIN LLC | C/O ARIZONA PARTNERS RETAIL INVESTMENT, 8300 NORTH HAYDEN ROAD, SUITE A 200, SCOTTSDALE, AZ, 85258 | $33,503 |
| 12 | 1585 | 21800 N SHANGRI LA DR UNIT 20 LEXINGTON PARK, MD | Big Lots Stores, LLC | PAX RIVER VILLAGE CENTER, LLC | C/O ARC MANAGEMENT LLC , 8150 LEESBURG PIKE, SUITE 1100, VIENNA , VA, 22182 | $41,740 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 13 | 4393 | 3735 EL CAMINO REAL SANTA CLARA, CA | Big Lots Stores-PNS, LLC | PERO & ANKA MARGARETIC | 355-A MAIN STREET, LOS ALTOS, CA, 94022 | $55,155 |
| 14 | 1987 | 47 FAIR LN PLACERVILLE, CA | Big Lots Stores, LLC | PETER P BOLLINGER INVESTMENT COMPANY | C/O INTER-CAL REAL ESTATE CORPORATION, 540 FULTON AVE, SACRAMENTO, CA, 95825 | $41,380 |
| 15 | 1590 | 13051 ABERCORN ST SAVANNAH, GA | Big Lots Stores, LLC | PGP SAVANNAH OPERATIONS LLC | 5105 PAULSEN ST STE 200A, SAVANNAH, GA, 31405-4602 | $20,808 |
| 16 | 4193 | 6839 E MAIN ST MESA, AZ | Big Lots Stores-PNS, LLC | PHOENIX DOBSON LLC | 141 N. BRISTOL AVE, LOS ANGELES, CA, 90049-2601 | $33,729 |
| 17 | 1659 | 3426 KOHLER MEMORIAL DR SHEBOYGAN, WI | Big Lots Stores, LLC | PLANKVIEW GREEN DEVELOPMENT, LLC | W5073 COUNTY ROAD O, PLYMOUTH, WI, 53073-3600 | $14,000 |
| 18 | 5147 | 1470 PLEASANT VALLEY ROAD MANCHESTER, CT | Big Lots Stores, LLC | PLAZA AT BUCKLAND HILLS, LLC | C/O WASHINGTON PRIME GROUP, 4900 E DUBLIN GRANVILLE RD, 4TH FLOOR, COLUMBUS, OH, 43081 | $24,171 |
| 19 | 4513 | 8100 W CRESTLINE AVE UNIT B5 LITTLETON, CO | Big Lots Stores-PNS, LLC | PLAZA ON THE GREEN, LLC | C/O RRI MANAGEMENT SERVICES, 7800 S ELATI ST STE 330, LITTLETON, CO, 80120 | $40,179 |
| 20 | 4644 | 1940 E. 1ST ST PORT ANGELES, WA | Big Lots Stores-PNS, LLC | PORT ANGELES PLAZA ASSOCIATES, LLC | C/O EILAT MANAGEMENT CO., 650 SOUTH ORCAS STREET SUITE 210, SEATTLE, WA, 98108 | $35,280 |
| 21 | 4763 | 1009 N H ST, STE M LOMPOC, CA | Big Lots Stores-PNS, LLC | PS LOMPOC LLC | 4500 PARK GRANADA, SUITE 202, CALABASAS, CA, 91302 | $56,029 |
| 22 | 4594 | 4484 LAS POSITAS ROAD LIVERMORE, CA | Big Lots Stores-PNS, LLC | PTR INVESTMENTS LLC | ATTN: PHONG LA, 5980 NEWPARK MALL RD., SUITE A, NEWARK, CA, 94560 | $63,711 |
| 23 | 4594 | 4484 LAS POSITAS ROAD LIVERMORE, CA | Big Lots Stores-PNS, LLC | PTR INVESTMENTS LLC | 33390 TRANSIT AVE., UNION CITY, CA, 94587 | $– |
| 24 | 1519 | 1761 E HALLANDALE BEACH BLVD HALLANDALE, FL | Big Lots Stores, LLC | R.K. HALLANDALE LP & 17070 | C/O RK CENTERS, 50 CABOT STREET, STE 200, NEEDHAM, MA, 02494-2844 | $56,588 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| | | | | COLLINS AVE SC, LTD | | |
| 25 | 5480 | 1841 J A COCHRAN BYP STE A CHESTER, SC | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 16, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | $28,219 |
| 26 | 4703 | 7370 N BLACKSTONE AVE FRESNO, CA | Big Lots Stores-PNS, LLC | REALTY INCOME PROPERTIES 23, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | $85,027 |
| 27 | 4705 | 370 NORTHRIDGE MALL SALINAS, CA | Big Lots Stores-PNS, LLC | REALTY INCOME PROPERTIES 23, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | $156,387 |
| 28 | 5459 | 1327 S BRUNDIDGE ST TROY, AL | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 30, LLC | ATTN: MARISSA HODSDON, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130-2539 | $53,254 |
| 29 | 4605 | 1030 NORTH MAIN STREET LAYTON, UT | Big Lots Stores-PNS, LLC | REAM'S FOOD STORES | 8619 S HIGHLAND DR, SANDY, UT, 84093 | $57,582 |
| 30 | 4667 | 2840 E MAIN ST., STE 109 MESA, AZ | Big Lots Stores-PNS, LLC | RED MOUNTAIN ASSET FUND I, LLC | C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD SUITE 125, PHOENIX, AZ, 85014 | $25,024 |
| 31 | 4539 | 2240 EL CAMINO REAL ATASCADERO, CA | Big Lots Stores-PNS, LLC | RI-ATASCADERO, LLC | C/O READ MANAGEMENT, LLC, 2025 FOURTH STREET, BERKELEY, CA, 94710 | $30,647 |
| 32 | 4539 - Storage | 2240 EL CAMINO REAL ATASCADERO, CA | Big Lots Stores-PNS, LLC | RI-ATASCADERO, LLC | C/O READ MANAGEMENT, LLC, 2025 FOURTH STREET, BERKELEY, CA, 94710 | $– |
| 33 | 5477 | 339 SOUTH DR NATCHITOCHES, LA | Big Lots Stores, LLC | RIVER SOUTH COMMONS, LLC | 319 SOUTH DRIVE, NATCHITOCHES, LA, 71457 | $40,920 |
| 34 | 4484 | 1515 MARVIN RD NE LACEY, WA | Big Lots Stores-PNS, LLC | ROIC WASHINGTON, LLC | C/O RETAIL OPPORTUNITY INVESTMENTS CORP., 15600 NE 8TH ST., SUITE K-15, BELLEVUE, WA, 98008 | $44,501 |
| 35 | 4758 | 1617 EGLIN ST RAPID CITY, SD | Big Lots Stores-PNS, LLC | RUSHMORE CROSSING ASSOCIATES, LLC | C/O FIDELIS REALTY PARTNERS, LTD., 4500 BISSONNET STREET, SUITE 200, BELLAIRE, TX, 77401 | $62,598 |
| 36 | 4311 | 2060 MONUMENT BLVD CONCORD, CA | Big Lots Stores-PNS, LLC | RUSSELL BRUZZONE | 899 HOPE LN, LAFAYETTE, CA, 94549-5131 | $42,174 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 37 | 4617 | 1321 WEST YOSEMITE AVE. MANTECA, CA | Big Lots Stores-PNS, LLC | RYBA REAL ESTATE, INC | C/O THE SUMMIT TEAM, 17165 NEWHOPE STREET SUITE H, FOUNTAIN VALLEY, CA, 92708 | $53,565 |
| 38 | 4707 | 14215 SE PETROVITSKY RD RENTON, WA | AVDC, LLC | SAFEWAY INC | C/O ALBERTSONS COMPANIES, 250 E. PARKCENTER BLVD, BOISE, ID, 83706 | $57,507 |
| 39 | 4707 | 14215 SE PETROVITSKY RD RENTON, WA | AVDC, LLC | SAFEWAY INC. | 11555 DUBLIN CANYON RD, ATTN: RE LAW (ABS #3112, RENTON, WA), PLEASANTON, CA, 94588 | $– |
| 40 | 1881 | 4930 CHRISTY BLVD STE 2 SAINT LOUIS, MO | Big Lots Stores, LLC | SELECT-KINGS HIGHWAY LLC - ATTN: CINDY HATZISAVVAS | SELECT STRATEGIES-BROKERAGE, LLC-MIDWEST, 202 S. MAIN ST., SUITE J, GRAHAM, NC, 27253-3366 | $32,727 |
| 41 | 1881 | 4930 CHRISTY BLVD STE 2 SAINT LOUIS, MO | Big Lots Stores, LLC | SELECT-KINGS HIGHWAY LLC - ATTN: LEASE ADMIN | C/O SELECT STRATEGIES - BROKERAGE, LLC, 400 TECHNE CENTER DR., STE 320, MILFORD, OH, 45150-3710 | $– |
| 42 | 4446 | 225 ORCHARD PLZ UKIAH, CA | Big Lots Stores-PNS, LLC | SHAMI ENTERPRISES LLC | 3647 RUTHERFORD WAY, SANTA ROSA, CA, 95404-7670 | $41,387 |
| 43 | 4695 | 6207 S WESTNEDGE AVE PORTAGE, MI | Big Lots Stores-PNS, LLC | SHOPPES GREENWOOD, LLC | C/O BEHZAD TABRIZI, 8611 GYPSY HILL TRL, RENO, NV, 89523-3878 | $205,075 |
| 44 | 4724 | 4835 E RAY RD PHOENIX, AZ | Big Lots Stores-PNS, LLC | SITE CENTERS CORP. | 3300 ENTERPRISE PARKWAY, ATTN: GENERAL COUNSEL, BEACHWOOD, OH, 44122 | $89,902 |
| 45 | 4733 | 912 COUNTY LINE RD DELANO, CA | Big Lots Stores-PNS, LLC | SOUTH STAR INVESTMENTS LLC | 237 ACADEMY AVE, SANGER, CA, 93657-2128 | $69,620 |
| 46 | 4507 | 2330 W BETHANY HOME RD PHOENIX, AZ | Big Lots Stores-PNS, LLC | SOUTHWESTERN INVESTMENTS, LLC | C/O WILSON PROPERTY SERVICES, INC., 8120 E CACTUS RD STE 300, SCOTTSDALE, AZ, 85260-5261 | $57,339 |
| 47 | 4767 | 1690 S MAIN ST WEST BEND, WI | Big Lots Stores-PNS, LLC | SPIRIT REALTY LP | C/O SPIRIT REALTY CAPITAL INC, 2727 N HARWOOD ST. STE 300, DALLAS, TX, 75201 | $43,750 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 48 | 1066 | 1417 N BELT HWY SAINT JOSEPH, MO | Big Lots Stores, LLC | ST. JOSEPH NORTHGATE LLC | C/O CHASE PROPERTIES, LTD., 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | $17,400 |
| 49 | 4244 | 2621 FASHION PL BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | SUNNYHILLS ASSOCIATES | C/O COATES & SOWARDS, INC., 1952 CAMDEN AVE, SAN JOSE, CA, 95124-2816 | $48,169 |
| 50 | 4244 - Storage | 2621 FASHION PL BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | SUNNYHILLS ASSOCIATES | C/O COATES & SOWARDS, INC., 1952 CAMDEN AVE, SAN JOSE, CA, 95124-2816 | $— |
| 51 | 4122 | 2525 S MOONEY BLVD VISALIA, CA | Big Lots Stores-PNS, LLC | SUSAN P. FRENCH REVOCABLE TRUST | C/O WELLS FARGO BANK, N.A., 8405 N. FRESNO STREET, SUITE 210, FRESNO, CA, 93720 | $67,649 |
| 52 | 5102 | 1440 NE 23RD ST POMPANO BEACH, FL | Big Lots Stores, LLC | SVAP POMPANO CITI CENTRE, L.P. | ATTN: GREG MOROSS, 302 DATURA STREET, SUITE 100, WEST PALM BEACH, FL, 33401 | $71,070 |
| 53 | 5329 | 13637 WASHINGTON ST KANSAS CITY, MO | Big Lots Stores, LLC | SV-STATE LINE, LLC | C/O GABE TOVAR, 4741 CENTRAL STREET, SUITE 195, KANSAS CITY, MO, 64112 | $24,042 |
| 54 | 4681 | 1414 72ND ST TACOMA, WA | AVDC, LLC | TAHOMA VISTA VENTURE LLC | 2940 FARIVIEW AVENUE E, SEATTLE, WA, 98102-3016 | $50,737 |
| 55 | 4625 | 4727 EAST BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | TATUM VENTURE, LLC, DBA TATUM VENTURE ARIZONA LLC | C/O WEST VALLEY PROPERTIES, INC, 2929 E. CAMELBACK ROAD, SUITE 124, PHOENIX, AZ, 85016 | $28,666 |
| 56 | 4625 | 4727 EAST BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | WEST VALLEY PROPERTIES, INC | ATTN: PROPERTY MANAGER, 280 SECOND STREET SUITE 230, LOS ALTOS, CA, 94022 | $— |
| 57 | 4386 | 2238 N BELLFLOWER BLVD LONG BEACH, CA | Big Lots Stores-PNS, LLC | THE NORTH LOS ALTOS SHOPPING CENTER | C/O DOWNTOWN MANAGEMENT CO. INC, 541 S SPRING ST., SUITE 204, Los Angeles, CA, 90013 | $67,975 |
| 58 | 5463 | 687 MAIN ST THOMSON, GA | Big Lots Stores, LLC | THOMSON PLAZA SHOPPING CENTER, LLC | C/O GARRETT & GARRETT, P.O. BOX 36, FOUNTAIN INN, SC, 29644 | $27,770 |
| 59 | 4768 | 111 RANCH DR MILPITAS, CA | Big Lots Stores-PNS, LLC | TMS MCCARTHY LP | 20211 PATIO DR., STE 145, CASTRO VALLEY, CA, 94546 | $43,390 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 60 | 1938 | 27411 YNEZ RD TEMECULA, CA | Big Lots Stores, LLC | TOWER PLAZA, INC | C/O AERO MANAGEMENT, 3435 WILSHIRE BLVD, SUITE 2755, LOS ANGELES, CA, 90010-1901 | $56,374 |
| 61 | 4764 | 751 UPPER GLEN ST, STE 2 QUEENSBURY, NY | Big Lots Stores-PNS, LLC | UPPER GLEN STREET ASSOCIATES, LLC | C/O NIGRO COMPANIES, 20 CORPORATE WOODS BLVD., ALBANY, NY, 12211 | $42,307 |
| 62 | 4692 | 1650 BIRCHWOOD AVE BELLINGHAM, WA | AVDC, LLC | VALUE INVESTMENT GROUP INC | 8012 SOUTH TACOMA WAY STE 28, LAKEWOOD, WA, 98499-4594 | $26,214 |
| 63 | 1678 | 11230 S ORANGE BLOSSOM TRL ORLANDO, FL | Big Lots Stores, LLC | WATERBRIDGE ORANGE BLOSSOM, LLC | C/O STILES PROPERTY MANAGEMENT , 1900 SUMMIT TOWER BLVD., SUITE 240, ORLANDO, FL, 32810 | $64,749 |
| 64 | 5394 | 21697 STATE ROAD 7 BOCA RATON, FL | Big Lots Stores, LLC | WEST BOCA CENTER LLC | C/O SOUTHERN MANAGEMENT AND DEVELOPMENT LP, 2300 NW CORPORATE BLVD, STE 135, BOCA RATON, FL, 33431 | $73,393 |
| 65 | 5431 | 1189 SIMI TOWN CENTER WAY SIMI VALLEY, CA | Big Lots Stores, LLC | Y&C LONG BEACH | PO BOX 69344, WEST HOLLYWOOD, CA, 90069 | $76,583 |
| 66 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores-PNS, LLC | YEE HOP REALTY, LIMITED | P.O. BOX 1759, HONOLULU, HI, 96806 | $34,743 |
| 67 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores-PNS, LLC | YEE HOP REALTY, LIMITED | ATTN: STEVEN MICHAEL CHUN, 135 N. KING STREET, HONOLULU, HI, 96817 | $– |
| 68 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores-PNS, LLC | YEE HOP REALTY, LIMITED ATTN:JOHN BENAZZI | C/O DAVIS WRIGHT TREMAINE LLP, 1300 SW FIFTH AVE., SUITE 2400, PORTLAND, OR, 97201 | $– |