**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*., | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves the admission *pro hac vice* of David A. Hall of Barnes & Thornburg LLP to represent Jordan Manufacturing Company, Inc. in the above-captioned cases.

Dated:  September 13, 2024
            Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/  Kevin G. Collins*
Kevin G. Collins (DE No. 5149)
222 Delaware Ave., Suite 1200
Wilmington, DE  19801
(302) 300-3434
kevin.collins@btlaw.com

*Counsel to Jordan Manufacturing Company, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Michigan submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  September 13, 2024

*/s/  David A. Hall*
David A. Hall
BARNES & THORNBURG LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI  49503-2694
(616) 742-3954
david.hall@btlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.