# **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, I caused a copy of the **Motion and Order for Admission Pro Hac Vice** to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers Churchill
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Dated: September 13, 2024               */s/ Kevin G. Collins*
                                          Kevin G. Collins (DE No. 5149)