**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

**Big Lots, Inc.,**     **Chapter 11**
     **Case No. 24-11967-JKS**

     **Jointly Administered**

Debtor(s)

_____

## NOTICE OF GOVERNMENT ATTORNEY APPEARANCE AND GOVERNMENT ATTORNEY CERTIFICATION

NOTICE IS GIVEN that the undersigned counsel, Scott Andron, pursuant to Local Rule 9010-1(e)(i) and the below certification, Local Form 105a, hereby enters an appearance on behalf of Creditor, Broward County, Florida, c/o the Records, Taxes, and Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

Respectfully submitted this 13th day of September 2024,

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:    (954) 357-7600
Telecopier:    (954) 357-7641

By    /s/ Scott Andron
Scott Andron
Assistant County Attorney
Florida Bar No.112355
sandron@broward.org