# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　Debtors, | ) Chapter 11<br>)<br>) Case No. 24-11967 (JKS)<br>)<br>) (Jointly Administered)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jeffrey Rhodes, Esquire to represent Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC in the above-captioned cases.

Dated: September 13, 2024　　　　　　　　*/s/ Ericka F. Johnson*
Wilmington, Delaware　　　　　　　　　　Ericka F. Johnson (No. 5024)
　　　　　　　　　　　　　　　　　　　　BAYARD, P.A.
　　　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Email: ejohnson@bayardlaw.com

## ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission pro hac vice to this Court, am admitted to practice and in good standing as a member of the Bar of the States of Maryland and Virginia, the District of Columbia, the United States Court of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, and D.C. Circuits, the United States Supreme Court, the United States District Courts for the Districts of Maryland, the Eastern District of Virginia, Colorado and the District of Columbia, and the United States Bankruptcy Courts for the District of Maryland, Eastern District of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am familiar with this Court's Local Rules.  I further certify that, in accordance with the Revised Standing Order for District Court Fund effective December 21, 2023, the annual fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

Dated:  September 13, 2024    */s/ Jeffrey Rhodes*
Jeffrey Rhodes, Esquire
Tayman Lane Chaverri LLP
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 921-4080
Email: jrhodes@tlclawfirm.com