**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters his appearance as counsel for The J.M. Smucker Company and Hostess Brands, Inc. (together, "Smucker"), and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorney:

> Stephen B. Gerald, Esq.
> Whiteford, Taylor & Preston LLC
> 600 North King Street, Suite 300
> Wilmington, Delaware 19801
> Telephone: (302) 357-3282
> Facsimile: (410) 223-4178
> Email: sgerald@whitefordlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise filed or given with regard to the referenced case and the proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving Smucker or (ii) a waiver of Smucker's: (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) right to enforce any contractual provision with respect to arbitration; or (e) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: September 13, 2024  
Wilmington, Delaware

    */s/ Stephen B. Gerald*  
Stephen B. Gerald, (DE No. 5857)  
WHITEFORD, TAYLOR & PRESTON LLC  
600 North King Street, Suite 300  
Wilmington, Delaware 19801  
Telephone: (302) 357-3282  
Email: sgerald@whitefordlaw.com

*Counsel for The J.M. Smucker Company and Hostess Brands, Inc.*