## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BIG LOTS, INC., *et al.,* | )   Chapter 11 |
| | ) |
| | )   Case No. 24-11967 (JKS) |
| | ) |
| Debtors[1]. | )   (Jointly Administered) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

case on behalf of West American Construction Corp. and pursuant to Federal Rules of Bankruptcy

Procedure 2002, 9010(b), and §1109(b) of the Bankruptcy Code, hereby requests that any and all

notices given or required to be given in this case and all papers served or required to be served in

this case, be delivered to and served upon the person(s) listed below at the following address, email

address, telephone, and facsimile number:

> Michael I. Gottfried, Esq.
> Elkins Kalt Weintraub Reuben Gartside LLP
> 10345 W. Olympic Blvd.
> Los Angeles, CA 90064
> Telephone: (310) 746-4400
> Fax: (310) 746-4499
> Emails: mgottfried@elkinskalt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Rules specified above, but also includes, without limitation,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management,LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without limitation.

Dated: September 13, 2024

**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**

*/s/ Michael I. Gottfried*
Michael I. Gottfried
State Bar No. 146689
mgottfried@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
310.746.4400

*Attorneys for West American Construction Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 13, 2024, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ Michael I. Gottfried*
Michael I. Gottfried
