**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24- 11967 (JKS) |
| *Debtors.* | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of William P. Fennell, Esquire, of **Law Office of William P. Fennell, APLC**, 600 West Broadway, Suite 930, San Diego, California 92101, to represent RDS Logistics Group, a California corporation, in this action.

                                              */s/ Susan E. Kaufman*
                                              Susan E. Kaufman, (DSB# 3381)
                                              Law Office of Susan E. Kaufman, LLC
                                              919 North Market Street, Suite 460
                                              Wilmington, DE 19801
                                              (302) 472-7420 / (302) 792-7420 Fax
Dated: September 12, 2024               skaufman@skaufmanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

                                              */s/ William P. Fennell*
                                              William P. Fennell (CA SBN 164210)
                                              Law Office of William P. Fennell, APLC
                                              600 West Broadway, Suite 930
                                              San Diego, California 92101
                                              Tel: 619-325-1560
                                              william.fennell@fennelllaw.com

**ORDER GRANTING MOTION**
IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.