**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-11967 |
| BIG LOTS, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **SKY CROSSROADS, LLC, SKY IRONDEQUOIT, LLC and SKY NY HOLDINGS, LLC** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

**E-mail: jcarruth@wkpz.com**

Dated: September 13, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH
State Bar No. 24001846
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Direct: (713) 341-1158
jcarruth@wkpz.com

ATTORNEYS FOR
SKY CROSSROADS, LLC
SKY IRONDEQUOIT, LLC
SKY NY HOLDINGS, LLC

## CERTIFICATE OF SERVICE

On September 13, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

/s/ Jeff Carruth
JEFF CARRUTH