# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF ROUNDTRIPPING LTD.

**PLEASE TAKE NOTICE** that by and through its undersigned counsel at Gibbons P.C., Roundtripping Ltd. ("**Roundtripping**") hereby files this notice of the delivery of written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c), upon Big Lots Stores, LLC, as successor in interest to Big Lots Stores, Inc., and its affiliated debtors (collectively, the "**Debtors**") and Debtors' counsel, to reclaim certain assets (the "**Goods**") that are subject to reclamation. The Goods were manufactured and sold to the Big Lots Stores, LLC, as successor in interest to Big Lots Stores, Inc., in the ordinary course of Roundtripping's business and delivered to and received by the Debtors during the forty-five (45) day period prior to the filing of the above-captioned chapter 11 cases while the Debtors were insolvent. Roundtripping attaches as **EXHIBIT A** and incorporates herein by reference a copy of its formal reclamation demand dated September 13, 2024.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that as part of its demand for reclamation, Roundtripping is demanding that the Goods be segregated, identified, and not be commingled with any other goods.

**PLEASE TAKE NOTICE** that Roundtripping reserves all of its rights and remedies under Title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), the Uniform Commercial Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that Roundtripping has title to the Goods. Nothing herein shall be deemed or constitute a waiver of, and Roundtripping expressly reserves any and all rights, claims, remedies, interest, and defenses, whether at law or in equity, including but not limited to Roundtripping's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

Dated: September 13, 2024
Wilmington, DE

/s/ *Katharina Earle*
Katharina Earle (DE Bar No. 6348)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: kearle@gibbonslaw.com

-and-

Mark B. Conlan
**GIBBONS P.C.**
One Gateway Center,
Newark, NJ 07102
Telephone: (973) 596-4545
Facsimile: (973) 639-6356
E-mail: mconlan@gibbonslaw.com

*Counsel to Roundtripping Ltd.*

# EXHIBIT A



Mark Conlan
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4545 Fax: +1 973-639-6356
mconlan@gibbonslaw.com

September 13, 2024

Jonathan Ramsden
Chief Financial and Administrative Officer
**BIG LOTS, INC.**
4900 E. Dublin-Granville Road
Columbus, OH 43081

*With a copy via e-mail to:*

**DAVIS POLK & WARDWELL LLP**
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

    Re:    In re Big Lots, Inc., et al.
            Case No. 24-11967 (JKS)

Dear Mr. Ramsden:

      Gibbons P.C. is counsel to Roundtripping Ltd. ("**Roundtripping**") in connection with the above-referenced chapter 11 cases. As you know, on September 9, 2024 (the "**Petition Date**"), Big Lots, Inc. and its affiliates (the "**Debtors**") each filed voluntary petitions for relief under chapter 11, title 11, United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware.

      Roundtripping provided the Debtors with holiday goods produced overseas pursuant to various purchase orders. The goods were manufactured by Roundtripping and delivered to the Debtors in the ordinary course of business of Roundtripping and received by the Debtors within 45 days of the Petition Date (the "**Reclamation Period**"), while the Debtors were insolvent. The goods include all of the goods delivered on or after July 26, 2024 and before the Petition Date, including, without limitation, the deliveries listed in the summary chart attached hereto and incorporated by reference herein. Upon information and belief, the goods have been received by the Debtors but not paid for by the Debtors.

GIBBONS P.C.

September 13, 2024
Page 2

Demand is hereby made upon the Debtors pursuant to Section 2-702 of the Uniform Commercial Code, as codified by applicable state law, and Section 546(c) of the Bankruptcy Code, for the return of the goods received by any and all of the Debtors during the Reclamation Period and that any of the goods and all other products delivered to the Debtors under additional contracts or purchase orders be segregated, identified and not sold, dissipated or commingled with any other goods. This reclamation demand is made without waiving any other rights, remedies or claims Roundtripping has against the Debtors.

Please promptly confirm whether the Debtors will honor this reclamation demand and advise when and where Roundtripping may arrange for the immediate return of the Goods.

Both Roundtripping and its undersigned counsel are also cognizant of the automatic stay provisions of Section 362 of the Bankruptcy Code. No action will be taken by or on behalf of Roundtripping to repossess the goods, without first obtaining relief from the automatic stay. The purpose of this letter is to perfect and preserve Roundtripping's rights under Section 2-702 of the Uniform Commercial Code, Section 546(c) of the Bankruptcy Code and other applicable federal or state law.

Nothing contained herein shall constitute a waiver of, and Roundtripping expressly reserves, any and all rights, claims, remedies, interests and defenses, whether at law or in equity, including but not limited to Roundtripping's right to an allowed administrative claim under Section 503(b)(9) of the Bankruptcy Code and all other rights under applicable federal or state law. Roundtripping reserves its right to amend or otherwise supplement this demand. Roundtripping notes that additional goods may have been received by the Debtors after the Petition Date.

Additionally, Roundtripping estimates that it currently has goods valued in excess of $3.5 million USD "on the water" and inbound to U.S. ports for delivery to the Debtors' distribution centers. Roundtripping looks forward to hearing from the Debtors with respect to their intentions with respect to those goods in transit.

Please contact me if you have any questions or issues related to the foregoing.

Sincerely,

*Mark Conlan*

Mark Conlan
Director

MC:

Cc:   Katharina Earle
      Audree Wang

| Category | INV# | PO# | CNTR | FCR | Actual Arrival Date (of vessel at port) | Cargo Release Date at Port (goods pass) | Arrival to DC (customer warehouse) | Reclamation Claim |
|---|---|---|---|---|---|---|---|---|
| Xmas | RT-240165 | 95184479 | APHU4621086, TCLU3767530 | CNS-SGN-2401587 | 7/28 | 7/29 | 8/9 | $ 100,605.22 |
| Xmas | RT-240125 | 95181557 | TRLU9482127 | CNS-SGN-2401426 | 8/11 | 8/11 | 8/16 | $ 41,580.00 |
| Xmas | RT-240126 | 95181560 | KKTU7729316, TRLU9482127 | CNS-SGN-2401425 | 8/11 | 8/11 | 8/16 | $ 33,480.00 |
| Halloween | RT-240009 | 95108439 | TEMU7686433 | CNS-SZP-2400931 | 7/27 | 7/27 | 8/21 | $ 10,426.70 |
| Halloween | RT-240087 | 95112281 | TEMU7686433 | CNS-SZP-2400932 | 7/27 | 7/27 | 8/21 | $ 5,446.80 |
| Xmas | RT-240135 | 95183202 | DFSU4395962, FCIU8704705 | CNS-SGN-2401477 | 7/27 | 7/27 | 7/31, 8/1 | $ 178,497.05 |
| Xmas | RT-240152 | 95180674 | APZU4762528 | CNS-HPH-2400110 | 8/24 | 8/24 | 9/4 | $ 62,623.96 |
| Xmas | RT-240149 | 95179959 | CSLU1884188, CSLU5166050 | CNS-HPH-2400127 | 8/11 | 8/11 | 8/14 | $ 105,088.18 |
| Xmas | RT-240147 | 95179966 | CAIU3845718, TLLU8208471 | CNS-HPH-2400105 | 8/14 | 8/14 | 8/22, 8/20 | $ 100,959.78 |
| Xmas | RT-240130 | 95181565 | MEDU6731622 | CNS-SGN-2401576 | 8/3 | 8/3 | 8/14 | $ 24,480.00 |
| Xmas | RT-240103 | 95209793 | CMAU4962368, DRYU4078231 | CNS-SZP-2401150 | 8/4 | 8/4 | 8/14 | $ 64,866.50 |
| Xmas | RT-240171 | 95217993 | APHU7359719, CAAU6232321, CMAU6431083, TCNU2948607, TGBU6561236, TLLU8805353 | CNS-SZP-2401167 | 8/4 | | 8/13, 8/13, 8/13, 8/16, 8/15 | $ 126,628.70 |
| Xmas | RT-240171 | 95223591 | APHU7359719, CAAU6232321, CMAU6431083, TCNU2948607, TGBU6561236, TLLU8805353 | CNS-SZP-2401167 | 8/4 | | 8/13, 8/13, 8/13, 8/16, 8/15 | $ 34,498.10 |

| Category | INV# | PO# | CNTR | FCR | Actual Arrival Date (of vessel at port) | Cargo Release Date at Port (goods pass) | Arrival to DC (customer warehouse) | Reclamation Claim |
|---|---|---|---|---|---|---|---|---|
| Xmas | RT-240136 | 95183199 | CMAU9319987, TCKU7339640 | CNS-SGN-2401634 | 8/11 | 8/11 | 8/23 | $ 198,173.78 |
| Halloween | RT-240010 | 95108436 | CMAU4485244 - | CNS-SZP-2401136 | 8/5 | 8/5 | 8/10 | $ 12,438.20 |
| Halloween | RT-240083 | 95111460 | TCKU6216240 - CFS | CNS-SZP-2401197 | 8/5 | 8/5 | 8/14 | $ 3,607.20 |
| Halloween | RT-240088 | 95112278 | TCKU6216240 - CFS | CNS-SZP-2401198 | 8/5 | 8/5 | 8/14 | $ 9,531.90 |
| Xmas | RT-240148 | 95179954 | CMAU2468994, CXDU1748615 | CNS-HPH-2400107 | 8/19 | 8/19 | 8/22 | $ 112,475.66 |
| Xmas | RT-240158 | 95184472 | CMAU3799960, CMAU6201814, FSCU4776603, GIPU4405986 | CNS-SGN-2401471 | 8/13 | 8/13 | 8/16<br>8/15<br>8/15<br>8/17 | $ 324,297.20 |
| Xmas | RT-240102 | 95209796 | CMAU4240508, SELU4137522 | CNS-SZP-2401290 | 7/30 | 7/30 | 8/27 | $ 67,302.50 |
| Xmas | RT-240161 | 95183231 | FSCU5024827, OOCU4727262, OOLU4402134 | CNS-SGN-2401625 | 8/11 | 8/11 | 8/16<br>8/16<br>8/17 | $ 213,756.72 |
| Xmas | RT-240168 | 95217996 | APZU4289014, APZU4579040, APZU4622568, APZU4636509, APZU4736869, CMAU8185590, CMAU9071015, CMAU9077728, CMAU9140369, FSCU4754271 | CNS-SZP-2401065 | 8/10 | 8/10 | 8/13<br>8/13<br>8/14<br>8/14<br>8/14<br>8/14<br>8/14<br>8/14<br>8/14<br>8/15 | $ 178,020.45 |

| Category | INV# | PO# | CNTR | FCR | Actual Arrival Date (of vessel at port) | Cargo Release Date at Port (goods pass) | Arrival to DC (customer warehouse) | Reclamation Claim |
|---|---|---|---|---|---|---|---|---|
| Xmas | RT-240168 | 95223600 | APZU4289014, APZU4579040, APZU4622568, APZU4636509, APZU4736869, CMAU8185590, CMAU9071015, CMAU9077728, CMAU9140369, FSCU4754271 | CNS-SZP-2401065 | 8/10 | 8/10 | 8/13 8/13 8/14 8/14 8/14 8/14 8/14 8/14 8/14 8/15 | $ 50,852.10 |
| Xmas | RT-240107 | 95209801 | TCKU6222963 | CNS-SZP-2401151 | 8/4 | 8/4 | 9/2 | $ 29,105.30 |
| Xmas | RT-240170 | 95217998 | CAIU7299410, GCXU5026227, HDMU6717496, HMMU6078602, HMMU6240230, HMMU6254790 | CNS-SZP-2401152 | 8/8 | 8/8 | 9/3 | $ 113,243.50 |
| Xmas | RT-240170 | 95223614 | CAIU7299410, GCXU5026227, HDMU6717496, HMMU6078602, HMMU6240230, HMMU6254790 | CNS-SZP-2401152 | 8/8 | 8/8 | 8/22 8/22 8/23 8/26 8/26 9/3 | $ 29,326.70 |
| Halloween | RT-240006 | 95108440 | KOCU5025899 - CFS | CNS-SZP-2400933 | 8/29 | 8/29 |  | $ 12,802.70 |
| Halloween | RT-240079 | 95111466 | KOCU5025899 - CFS | CNS-SZP-2400934 | 8/29 | 8/29 |  | $ 2,916.00 |
| Halloween | RT-240081 | 95111462 | FFAU2669894 - CFS | CNS-SZP-2401019 | 8/31 | 8/31 | 9/5 | $ 3,866.40 |
| Halloween | RT-240086 | 95112280 | TRHU5429595 - CFS | CNS-SZP-2401017 | 8/31 | 8/31 | 9/5 | $ 11,364.30 |
| Xmas | RT-240177 | 95232461 | KOCU5028671 - CFS | CNS-SZP-2401134 | 8/7 | 8/7 | 8/30 | $ 1,958.80 |
| Xmas | RT-240183 | 95218028 | MAGU5641470, OOLU7873483 | CNS-SZP-2401382 | 8/19 | 8/19 | 9/4 | $ 25,593.60 |
| Xmas | RT-240183 | 95232466 | MAGU5641470, OOLU7873483 | CNS-SZP-2401382 | 8/19 | 8/19 | 9/4 9/5 | $ 14,710.80 |
| Xmas | RT-240183 | 95248100 | MAGU5641470, OOLU7873483 | CNS-SZP-2401382 | 8/19 | 8/19 | 9/5 | $ 40,983.60 |

| Category | INV# | PO# | CNTR | FCR | Actual Arrival Date (of vessel at port) | Cargo Release Date at Port (goods pass) | Arrival to DC (customer warehouse) | Reclamation Claim |
|---|---|---|---|---|---|---|---|---|
| Halloween | RT-240007 | 95108437 | NYKU4638590 - CFS | CNS-SZP-2400936 | 8/19 | 8/19 | 8/21 | $ 13,420.00 |
| Xmas | RT-240099 | 95209797 | DRYU4098080, SELU4149164, TGHU5070456, TGHU5145658 | CNS-SZP-2401234 | 8/7 | 8/7 | 9/3 9/2 8/30 8/30 | $ 121,783.10 |
| Xmas | RT-240104 | 95209802 | APZU4473973, APZU4747626, CMAU8256267, CMAU8297332 | CNS-SZP-2401235 | 8/7 | 8/7 | 8/30 8/30 8/30 9/4 | $ 113,834.20 |
| Xmas | RT-240173 | 95232462 | SELU4144619 - CFS | CNS-SZP-2401135 | 8/27 | 8/27 | 8/30 | $ 10,124.40 |
| Halloween | RT-240080 | 95111461 | ONEU0827063 - CFS | CNS-SZP-2400974 | 8/24 | 8/24 | 8/27 | $ 2,332.80 |
| Xmas | RT-240150 | 95179965 | OOLU4378995 | CNS-HPH-2400157 | 8/24 | 8/24 | 9/5 | $ 54,551.10 |
| Xmas | RT-240155 | 95180673 | OOLU9309699 | CNS-HPH-2400156 | 8/24 | 8/24 | 9/5 | $ 35,894.60 |
| Xmas | RT-240156 | 95179967 | CSNU7058494 | CNS-HPH-2400164 | 8/31 | 8/31 | 9/1 | $ 42,955.36 |
| Xmas | RT-243606 | 95232463 | GESU6243403 - CFS | CNS-SZP-2401701 | 9/5 | 9/5 | 9/8 | $ 6,120.00 |

**Total Roundtripping Reclamation Demand** $ 2,746,532.96