**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| | § | |
| | § | **CASE NO. 24-11967(JKS)** |
| **BIG LOTS, INC., et al** | § | |
| Debtors. | § | **Jointly Administered** |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if

applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel

requests that all notices given or required to be given in this case and all other pleadings and

notices of all matters of which notice is required or permitted to be given under the Bankruptcy

Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this

case be given to and served upon the following:

**Parkridge Main LLC**

**and**

**Gratiot, LLC**

c/o Timothy T. Mitchell
Rashti and Mitchell, Attorneys at law
4422 Ridgeside Drive
Dallas, Texas 75244
Phone 972-661-9471
tim@rashtiandmitchell.com
dkrm@aol.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy

Code, if applicable, the foregoing request includes the notices and papers referred to in Rule

2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization

and objections thereto, notices of any orders, pleading, motions, applications, complaints,

demands, hearings, requests or petitions, disclosure statements, answering or reply papers,

memoranda and briefs in support of any of the foregoing and any other document brought before

this Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: September 13, 2024

**Respectfully submitted,**
**RASHTI AND MITCHELL**
**ATTORNEYS AT LAW**
/s/ Timothy T. Mitchell
Timothy T. Mitchell
Texas State Bar Number 14223000
tim@rashtiandmitchell.com
Alternate e-mail dkrm@aol.com
Donna Kaye Rashti
Texas State Bar Number 16553400
4422 Ridgeside Drive
Dallas, Texas 75244
Phone 972-661-9471
donna@rashtiandmitchell.com
**Attorneys for Parkridge Main LLC**
**and Gratiot, LLC**

## CERTIFICATE OF SERVICE

I Timothy T. Mitchell do hereby certify that a true and correct copy of the above Notice of Appearance and Request for Service of Papers has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 13th day of September, 2024.

/s/ Timothy T. Mitchell
Timothy T. Mitchell
Texas State Bar Number 14223000
**Attorneys for Parkridge Main LLC**
**and Gratiot, LLC**