**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., | ) | Case No. 24-11967 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Gordon J. Toering of Warner Norcross + Judd LLP and hereby enters his appearance for and on behalf of Perrigo Direct, Inc., a party in interest in the above-captioned case. All notices, motions, and pleadings regarding this matter should be served on the undersigned.

Dated:  September 16, 2024

*/s/ Gordon J. Toering*
Gordon J. Toering (P46409 Michigan)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Email:  gtoering@wnj.com

*Attorneys for Perrigo Direct, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16th day of September, 2024, a copy of the Notice of Appearance and Request for Notices was served electronically upon the registered CM/ECF participants as reflected on the Notice of Electronic Filing.

Dated this 16th day of September 2024.

                                                    */s/ Gordon J. Toering*
                                                    Gordon J. Toering
                                                    Attorneys for Perrigo Direct, Inc.

31136482