IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BIG LOTS, INC.,** *et al.*, | **Case No. 24-11967 (JKS)** |
| Debtors.[1] | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Dell Financial Services, L.L.C., creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

>Sabrina L. Streusand
>Streusand, Landon, Ozburn & Lemmon, LLP
>1801 S. MoPac Expressway, Suite 320
>Austin, TX 78746
>Telephone: (512) 236-9901
>Facsimile: (512) 236-9904
>streusand@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated:  September 16, 2024

        Respectfully submitted,

By:  /s/ *Sabrina L. Streusand*
     Sabrina L. Streusand
     Texas Bar No. 11701700
     Streusand, Landon Ozburn & Lemmon, LLP
     1801 S MoPac Expressway, Suite 320
     Austin, TX 78746
     Telephone: (512) 236-9901
     Facsimile: (512) 236-9904
     streusand@slollp.com

**ATTORNEYS FOR**
**DELL FINANCIAL SERVICES L.L.C.**

### CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 16th day of September 2024 upon all parties requesting service via ECF Notification.

     */s/ Sabrina L. Streusand*
     Sabrina L. Streusand