# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

## REQUEST FOR NOTICES

    PLEASE TAKE NOTICE that Kohner, Mann & Kailas, S.C. ("KMK") is counsel for Franco Manufacturing Co. Inc., a creditor or party in interest in the case of BIG LOTS, INC., *et al.*  KMK requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and KMK further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

    KMK further requests that the Debtor and Clerk of the United States Bankruptcy Court <u>place the following name and address on the master mailing matrix and any abbreviated service list</u> in the above captioned proceeding:

        Kohner, Mann & Kailas, S.C.
        Attn:  Samuel C. Wisotzkey
        Washington Building
        Barnabas Business Center
        4650 North Port Washington Road
        Milwaukee, WI  53212-1059

Dated: September 16, 2024.        KOHNER, MANN & KAILAS, S.C.
                                            Attorneys for Franco Manufacturing Co. Inc.

                                            By:      /s Samuel C. Wisotzkey
                                                      SAMUEL C. WISOTZKEY
                                            Washington Building
                                            Barnabas Business Center
                                            4650 North Port Washington Road
                                            Milwaukee, WI  53212-1059
                                            Telephone (414) 962-5110
                                            Facsimile   (414) 962-8725
                                            Email: swisotzkey@kmksc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2024, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

                By:   /s Samuel C. Wisotzkey
                    SAMUEL C. WISOTZKEY
                KOHNER, MANN & KAILAS, S.C.
                Washington Building
                Barnabas Business Center
                4650 North Port Washington Road
                Milwaukee, WI  53212-1059
                Telephone (414) 962-5110
                Facsimile   (414) 962-8725
                Attorneys for Attorneys for Franco Manufacturing Co. Inc.