IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of title 11 of the United States Code (the "Bankruptcy Code"), Gibbons P.C. ("Gibbons") hereby enters its appearance in the above captioned cases (the "Chapter 11 Cases") as counsel to Roundtripping Ltd. ("Roundtripping") and hereby requests that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Roundtripping through service upon Gibbons at the addresses set forth below:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

|  |  |
|---|---|
| Katharina Earle, Esq.<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, Delaware 19801-1671<br>Telephone: (302) 518-6300<br>E-mail: kearle@gibbonslaw.com | Mark Conlan Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4545<br>E-mail: mconlan@gibbonslaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, order, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the Chapter 11 Cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Roundtripping's rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Roundtripping is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This notice shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  September 17, 2024  **GIBBONS P.C.**
Wilmington, Delaware  <u>*/s/ Katharina Earle*          </u>
 Katharina Earle (No. 6348)
 300 Delaware Avenue, Suite 1015
 Wilmington, Delaware 19801-1671
 Tel: (302) 518-6300
 Fax: (302) 429-6294
 Email:  kearle@gibbonslaw.com

 *Counsel for Roundtripping Ltd..*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 17th day of September 2024, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was caused to be served via CM/ECF on all parties who have registered for electronic service in these cases.

Dated: September 17, 2024
Wilmington, Delaware

                                        */s/ Katharina Earle*
                                        Katharina Earle (No. 6348)
                                        Gibbons, P.C.