IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **BIG LOTS, INC., et al** | § | **Case No. 24-11967** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

COOKE COUNTY and WICHITA COUNTY
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 8188
Wichita Falls, Texas 76307
Phone: (940) 723-4323
Fax: (940) 723-8553
Email: wichitafalls@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

                                            Respectfully submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
P. O. BOX 8188
WICHITA FALLS, TX 76307
(940) 723-4323
(940) 723-8553

Attorneys for Claimants

By: _____
Mollie Lerew
Texas State Bar No. 24086631
Email: mlerew@pbfcm.com

Attorneys for Claimants

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** - 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax, or U.S. mail.

_____
Mollie Lerew