**BARCLAY DAMON LLP**
Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

Niclas A. Ferland
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Telephone: (203) 672-2667
Email: nferland@barclaydamon.com

Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

*Attorneys for Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In Re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

**REQUEST FOR SERVICE OF NOTICES**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

22331633.1

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002(g), request is hereby made that all papers, pleadings, motions, and applications served or required to be served in these cases be given to and served upon the following:

>Barclay Damon LLP
>Attn: Kevin M. Newman
>Barclay Damon Tower
>125 East Jefferson Street
>Syracuse, NY 13202
>Telephone: (315) 413-7115
>Email: knewman@barclaydamon.com
>
>Barclay Damon LLP
>Attn: Niclas A. Ferland
>545 Long Wharf Drive, Ninth Floor
>New Haven, CT 06511
>Telephone: (203) 672-2667
>Email: nferland@barclaydamon.com
>
>Barclay Damon LLP
>Attn: Scott L. Fleischer
>1270 Avenue of the Americas, Suite 501
>New York, NY 10020
>Telephone: (212) 784-5810
>Email: sfleischer@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, email or otherwise, which may affect the rights or interests, in any way of Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP in the above-captioned cases.

Dated:  September 17, 2024  **BARCLAY DAMON LLP**
New York, New York

By:    */s/Scott L. Fleischer*
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone:  (212) 784-5810
Email:  sfleischer@barclaydamon.com

Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone:  (315) 413-7115
Email:  knewman@barclaydamon.com

Niclas A. Ferland
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Telephone:  (203) 672-2667
Email:  nferland@barclaydamon.com

*Attorneys for Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2024, I caused a copy of the foregoing Request for Notice to be served upon the parties using the Court's CM/ECF system which reflets that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in these Chapter 11 cases.

                                               */s/Scott L. Fleischer*
                                               Scott L. Fleischer

22331633.1