IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Ryder Last Mile, Inc. f/k/a "MXD Group, Inc." ("Ryder"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, Ryder requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further requests to be added to any Master Service List maintained in this case:

> James S. Carr
> Kristin S. Elliott
> Katherine M. Cavins
> **KELLEY DRYE & WARREN LLP**
> 3 World Trade Center
> 175 Greenwich Street
> New York, New York 10007
> Tel: 212-808-7800
> Fax: 212-808-7897
> Email: kelliott@kelleydrye.com
>          kcavins@kelleydrye.com
>          kdwbankruptcydepartment@kelleydrye.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Ryder's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Ryder is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated:   New York, New York
         September 17, 2024

**KELLEY DRYE & WARREN LLP**

/s/ *James S. Carr*
James S. Carr
Kristin S. Elliott
Katherine M. Cavins
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email: jcarr@kelleydrye.com
          kelliott@kelleydrye.com
          kcavins@kelleydrye.com

*Counsel to Ryder Last Mile, Inc.*