**CERTIFICATE OF SERVICE**

       I hereby certify that on this September 17, 2024, a copy of the foregoing notice was served via CM/ECF on all parties registered to receive such notice in the above-captioned case.

                                             */s/ James S. Carr*
                                             James S. Carr