**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>BIG LOTS, INC.,<br><br>　　　　　　　Debtor. | CHAPTER 11<br><br>No. 24-11967 (JKS) |

### REQUEST FOR SERVICE OF NOTICE

Pursuant to Bankruptcy Rules 2002 and 901, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> HILLIS CLARK MARTIN & PETERSON, P.S.
> 999 Third Avenue, Suite 4600
> Seattle, WA 98104
> Tel: 206.470.7646
> Email: brian.free@hcmp.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, or otherwise, which may affect the rights or interests, in any way, of WRP Washington Plaza LLC; Wallace Properties–Kennewick LLC; and WRP Gateway LLC in the above captioned matter.

> HILLIS CLARK MARTIN & PETERSON, P.S.
> 999 Third Avenue, Suite 4600
> Seattle, WA 98104
> Tel: 206.470-7646
> Email: brian.free@hcmp.com
> Counsel to WRP Washington Plaza LLC; Wallace Properties–Kennewick LLC; and WRP Gateway LLC

Dated: September 16, 2024　　　　　　　By: */s/ Brian C. Free*
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Free

ND: NNNNN.001 4868-2713-8788v1