# EXHIBIT A

## LEASE ASSETS FOR AUCTION

1. #5415, 7743 SUDLEY RD, MANASSAS, VA