## **EXHIBIT B**

**LEASE ASSETS RECEIVING BIDS**

1. #4634, 17510 N 75TH AVE GLENDALE, AZ
2. #4667, 2840 E MAIN ST., STE 109, MESA, AZ
3. #4054, 1417 S BROADWAY, SANTA MARIA, CA
4. #4749, 1840 COUNTRYSIDE DR, TURLOCK, CA
5. #1659, 3426 KOHLER MEMORIAL DR, SHEBOYGAN, WI
6. #5147, 1470 PLEASANT VALLEY ROAD, MANCHESTER, CT
7. #5106, 56 TURNPIKE SQUARE, MILFORD, CT
8. #5169, 34940 EMERALD COAST PKWY, DESTIN, FL
9. #4635, 340 SUMMIT DRIVE, LOCKPORT, IL
10. #4735, 616 W JOHNSON ST, FOND DU LAC, WI
11. #5457, 3331 CORRIDOR MARKETPLACE, LAUREL, MD
12. #5175, 11989 REISTERSTOWN RD #A, REISTERSTOWN, MD
13. #4758, 1617 EGLIN ST, RAPID CITY, SD
14. #4767, 1690 S MAIN ST, WEST BEND, WI
15. #4764, 751 UPPER GLEN ST, STE 2, QUEENSBURY, NY
16. #5449, 713 E BALTIMORE AVE, CLIFTON HEIGHTS, PA
17. #5305, 5415 WASHINGTON AVE, MOUNT PLEASANT, WI
18. #5415, 7743 SUDLEY RD, MANASSAS, VA
19. #5463, 687 MAIN ST, THOMSON, GA
20. #5477, 339 SOUTH DR, NATCHITOCHES, LA