**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **BIG LOTS, INC.** | § | |
| | § | **CASE NO. 24-11967** |
| **Debtor(s).** | § | |

**TRAVIS COUNTY'S NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS**

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

                                                      **Respectfully submitted,**

                                                      **DELIA GARZA**
                                                      Travis County Attorney
                                                      P.O. Box 1748
                                                      Austin, TX  78767
                                                      (512) 854-9092 Telephone
                                                      (512) 854-9316 Telecopier

                                      By:    */s/ Jason A. Starks*
                                                      **JASON A. STARKS**
                                                      Assistant County Attorney
                                                      Texas Bar No. 24046903
                                                      Jason.Starks@traviscountytx.gov

1228239-1

## CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **18th** **day of September, 2024** and mailed by United States First Class Mail to any party listed below that is not registered.

                                          /s/ Jason A. Starks
                                          JASON A. STARKS

**DEBTOR**
Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081

**DEBTOR'S ATTORNEYS**
Daniel B. Butz
Robert J. Dehney
Andrew R. Remming
Sophie Rogers Churchill
Casey Sawyer
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
16th Floor
Wilmington, DE 19801

-and-

James I. McClammy
Jonah Peppiatt
Stephen D. Piraino
Brian M. Resnick
Adam L. Shpeen
Ethan Stern
Davis Polk & Wardwell, LLP
450 Lexington Ave.
New York, NY 10017
(served electronically)

**U.S. TRUSTEE**
United States Trustee
844 King Street, Ste. 2207
Wilmington, DE 19801
(served electronically)

1228239-1