**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors[1] | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jamie Kirk
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
jamie.kirk@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Jamie Kirk*
**JAMIE KIRK**
Assistant Attorney General
Texas State Bar No. 24076485

Office of the Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Telephone: (214) 290-8802
Facsimile: (214) 969-8813
jamie.kirk@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Scott Andron** sandron@broward.org, swulfekuhle@broward.org
- **Tara B. Annweiler** tannweiler@greerherz.com
- **Elizabeth Banda Calvo** ebcalvo@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Joseph Charles Barsalona II** jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com
- **Ryan J Bird** rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com
- **Wanda Borges** ecfcases@borgeslawllc.com
- **Daniel B. Butz** dbutz@mnat.com, rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **James S. Carr** KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com
- **Jeffery D. Carruth** jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com
- **Linda J. Casey** Linda.Casey@usdoj.gov
- **Kevin G. Collins** kevin.collins@btlaw.com, klytle@btlaw.com
- **Mark D. Collins** rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Mark B. Conlan** mconlan@gibbonslaw.com, nmitchell@gibbonslaw.com
- **Rocco Ignatius Debitetto** ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- **Robert J. Dehney** rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Monique Bair DiSabatino** monique.disabatino@saul.com, robyn.warren@saul.com
- **Christopher M. Donnelly** cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com, calirm@haslaw.com
- **James Drew** jdrew@otterbourg.com, awilliams@otterbourg.com
- **Katharina Earle** kearle@gibbonslaw.com, nmitchell@gibbonslaw.com
- **Justin Cory Falgowski** jfalgowski@burr.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email

- **William P. Fennell** william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;yosina.lissebeck@fennelllaw.com
- **Niclas A. Ferland** nferland@barclaydamon.com
- **Scott L. Fleischer** sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
- **Joseph D. Frank** jfrank@fgllp.com, csmith@fgllp.com;csucic@fgllp.com
- **Brian C. Free** brian.free@hcmp.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Stephen B Gerald** sgerald@whitefordlaw.com, trogers@whitefordlaw.com;clano@whitefordlaw.com
- **Ronald E Gold** rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
- **Michael I. Gottfried** MGottfried@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Hiram Abif Gutierrez** edinburgbankruptcy@pbfcm.com
- **Emily Margaret Hahn** ehahn@abernathy-law.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
- **Ericka Fredricks Johnson** ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com
- **Regina S. Kelbon** kelbon@blankrome.com
- **Jeremy C. Kleinman** jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **John Henry Knight** knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kroll Restructuring Administration LLC** info@ra.kroll.com
- **Carl N. Kunz** ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jeffrey Kurtzman** kurtzman@kurtzmansteady.com
- **Jacob S Lang** jslang@choate.com
- **Joseph H Lemkin** jlemkin@stark-stark.com
- **William J. Levant** wlevant@kaplaw.com
- **Jonathan D. Marshall** jmarshall@choate.com
- **J. Michael McCague** jmm@gmwpclaw.com
- **Brian J. McLaughlin** brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Timothy T Mitchell** dkrm@aol.com, donna@rashtiandmitchell.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Laura J. Monroe** lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Kevin M. Newman** knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Thomas Onder** tonder@stark-stark.com, ereid@stark-stark.com

- **Julie Anne Parsons** jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristhy M. Peguero** kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com
- **Dana S. Plon** dplon@sirlinlaw.com
- **David P. Primack** dprimack@mgmlaw.com, scarney@mdmc-law.com
- **Timothy M. Reardon** treardon@brouse.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Jeffrey Rhodes** jrhodes@tlclawfirm.com
- **John Jeffery Rich** jrich@madisoncountyal.gov
- **Beth E Rogers** Brogers@berlawoffice.com
- **Sophie Rogers Churchill** srchurchill@morrisnichols.com, rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Diane W. Sanders** austin.bankruptcy@publicans.com
- **Casey Sawyer** csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Erin Powers Severini** eseverini@fbtlaw.com
- **Michelle E. Shriro** mshriro@singerlevick.com, scotton@singerlevick.com
- **Chad B. Simon** csimon@otterbourg.com
- **Don Stecker** don.stecker@lgbs.com
- **Benjamin Joseph Steele** ecf@primeclerk.com
- **Sabrina L. Streusand** streusand@slollp.com, prentice@slollp.com
- **Brian A. Sullivan** bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Stanley B. Tarr** stanley.tarr@blankrome.com
- **Gregory A. Taylor** gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Gordon J. Toering** gtoering@wnj.com
- **John Kendrick Turner** john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **John Ventola** jventola@choate.com
- **Margaret A. Vesper** vesperm@ballardspahr.com
- **John R. Weaver** jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- **A.J. Webb** awebb@fbtlaw.com, awebb@ecf.courtdrive.com
- **Jennifer Wertz** jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;steso@jw.com

- **Jordan Williams** jordan.williams@blankrome.com
- **Samuel C. Wisotzkey** swisotzkey@kmksc.com, kmksc@kmksc.com

*/s/ Jamie Kirk*
**JAMIE KIRK**