**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al*., | )  Case No. 24-11967 (JKS) |
| | ) |
| | )  (Jointly Administered) |
| Debtors[1] | ) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Comptroller of Public Accounts, Revenue Accounting Division and the Texas Workforce Commission by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts.  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Jamie Kirk*
**JAMIE KIRK**
Assistant Attorney General
Texas State Bar No. 24076485

Office of the Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Telephone: (214) 290-8802
Facsimile: (214) 969-8813
jamie.kirk@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS AND TEXAS WORKFORCE
COMMISSION**

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Scott Andron** sandron@broward.org, swulfekuhle@broward.org
- **Tara B. Annweiler** tannweiler@greerherz.com
- **Elizabeth Banda Calvo** ebcalvo@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Joseph Charles Barsalona II** jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com
- **Ryan J Bird** rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com
- **Wanda Borges** ecfcases@borgeslawllc.com
- **Daniel B. Butz** dbutz@mnat.com, rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **James S. Carr** KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com
- **Jeffery D. Carruth** jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com
- **Linda J. Casey** Linda.Casey@usdoj.gov
- **Kevin G. Collins** kevin.collins@btlaw.com, klytle@btlaw.com
- **Mark D. Collins** rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Mark B. Conlan** mconlan@gibbonslaw.com, nmitchell@gibbonslaw.com
- **Rocco Ignatius Debitetto** ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- **Robert J. Dehney** rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Monique Bair DiSabatino** monique.disabatino@saul.com, robyn.warren@saul.com
- **Christopher M. Donnelly** cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com, calirm@haslaw.com
- **James Drew** jdrew@otterbourg.com, awilliams@otterbourg.com
- **Katharina Earle** kearle@gibbonslaw.com, nmitchell@gibbonslaw.com
- **Justin Cory Falgowski** jfalgowski@burr.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email

- **William P. Fennell** william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;yosina.lissebeck@fennelllaw.com
- **Niclas A. Ferland** nferland@barclaydamon.com
- **Scott L. Fleischer** sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
- **Joseph D. Frank** jfrank@fgllp.com, csmith@fgllp.com;csucic@fgllp.com
- **Brian C. Free** brian.free@hcmp.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Stephen B Gerald** sgerald@whitefordlaw.com, trogers@whitefordlaw.com;clano@whitefordlaw.com
- **Ronald E Gold** rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
- **Michael I. Gottfried** MGottfried@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Hiram Abif Gutierrez** edinburgbankruptcy@pbfcm.com
- **Emily Margaret Hahn** ehahn@abernathy-law.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
- **Ericka Fredricks Johnson** ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com
- **Regina S. Kelbon** kelbon@blankrome.com
- **Jeremy C. Kleinman** jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **John Henry Knight** knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kroll Restructuring Administration LLC** info@ra.kroll.com
- **Carl N. Kunz** ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jeffrey Kurtzman** kurtzman@kurtzmansteady.com
- **Jacob S Lang** jslang@choate.com
- **Joseph H Lemkin** jlemkin@stark-stark.com
- **William J. Levant** wlevant@kaplaw.com
- **Jonathan D. Marshall** jmarshall@choate.com
- **J. Michael McCague** jmm@gmwpclaw.com
- **Brian J. McLaughlin** brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Timothy T Mitchell** dkrm@aol.com, donna@rashtiandmitchell.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Laura J. Monroe** lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Kevin M. Newman** knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Thomas Onder** tonder@stark-stark.com, ereid@stark-stark.com

- **Julie Anne Parsons** jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristhy M. Peguero** kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com
- **Dana S. Plon** dplon@sirlinlaw.com
- **David P. Primack** dprimack@mgmlaw.com, scarney@mdmc-law.com
- **Timothy M. Reardon** treardon@brouse.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Jeffrey Rhodes** jrhodes@tlclawfirm.com
- **John Jeffery Rich** jrich@madisoncountyal.gov
- **Beth E Rogers** Brogers@berlawoffice.com
- **Sophie Rogers Churchill** srchurchill@morrisnichols.com, rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Diane W. Sanders** austin.bankruptcy@publicans.com
- **Casey Sawyer** csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Erin Powers Severini** eseverini@fbtlaw.com
- **Michelle E. Shriro** mshriro@singerlevick.com, scotton@singerlevick.com
- **Chad B. Simon** csimon@otterbourg.com
- **Don Stecker** don.stecker@lgbs.com
- **Benjamin Joseph Steele**  ecf@primeclerk.com
- **Sabrina L. Streusand** streusand@slollp.com, prentice@slollp.com
- **Brian A. Sullivan** bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Stanley B. Tarr** stanley.tarr@blankrome.com
- **Gregory A. Taylor** gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Gordon J. Toering** gtoering@wnj.com
- **John Kendrick Turner** john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **John Ventola** jventola@choate.com
- **Margaret A. Vesper** vesperm@ballardspahr.com
- **John R. Weaver** jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- **A.J. Webb** awebb@fbtlaw.com, awebb@ecf.courtdrive.com
- **Jennifer Wertz** jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;steso@jw.com

- **Jordan Williams** jordan.williams@blankrome.com
- **Samuel C. Wisotzkey** swisotzkey@kmksc.com, kmksc@kmksc.com

_/s/ Jamie Kirk_
JAMIE KIRK