**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>BIG LOTS, INC., et al.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.  24-11967-JKS<br><br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that Conopco, Inc. d/b/a Unilever, N.A. ("Unilever") hereby files this notice (the "Notice") of its delivery of written demand for reclamation pursuant to 11 U.S.C. § 546(c), Section 2-702 of the Uniform Commercial Code and/or other applicable law (the "Reclamation Demand") on Big Lots Stores, LLC ("Big Lots") and its affiliated debtors (collectively, the "Debtors") in order to reclaim all goods and products (the "Goods") sold in the ordinary course of business on credit to, and received by the Debtors within forty-five (45) days prior to the filing of the Debtors' bankruptcy petitions (the "Reclamation Period") on September 9, 2024 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the redacted Reclamation Demand is attached hereto as **Exhibit A** and is incorporated herein by reference. The Reclamation Demand identifies the Goods which Unilever shipped and delivered to one or more of the Debtors, in the ordinary course of business, within forty-five (45) days prior to the Petition Date with supporting documentation evidencing delivery of Goods.  The total invoice price of the Goods delivered and subject to this reclamation demand is $509,650.67.

**PLEASE TAKE FURTHER NOTICE** that Unilever reserves all of its rights with respect to the Goods as set forth in Exhibit "A", including, without limitation, any and all of its rights under Title 11 of the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC

United States Code (the "Bankruptcy Code") and any and all applicable non-bankruptcy law, including its rights under Sections 503(b)(1) and/or (9) of the Bankruptcy Code, and its right to assert that goods identified in Exhibit 1 of the Reclamation Demand were received by the Debtors after the Petition Date. By filing this Notice, Unilever does not consent to the entry of final orders by the Bankruptcy Court on non-core issues and claims, and does not waive any jurisdictional defenses.

**STARK & STARK**
A Professional Corporation

Dated:  September 18, 2024             By: /s/ *Joseph H. Lemkin*
                                                Joseph H. Lemkin
                                                P.O. Box 5315
                                                Princeton, NJ 08543
                                                Telephone:  609-791-7022
                                                Fax:  609-896-0629
                                                Email:  jlemkin@stark-stark.com

(6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2

4892-1289-6486, v. 1

# EXHIBIT A



A PROFESSIONAL CORPORATION

JOSEPH H. LEMKIN
DIRECT DIAL NUMBER
609-791-7022
DIRECT FAX NUMBER
609-895-7395
E-MAIL
jlemkin@stark-stark.com

MAILING:  PO BOX 5315  PRINCETON, NJ  08543-5315
609-896-9060 (PHONE)   609-896-0629 (FAX)
WWW.STARK-STARK.COM

September 18, 2024

***VIA OVERNIGHT COURIER***

Jonathan Ramsden, CFO & EVP
BIG LOTS, INC.
4900 E. Dublin Granville Road
Westerville, Ohio 43081

**Re:     Notice of Reclamation of Conopco, Inc. d/b/a Unilever NA
            Case No.: 24-11967**

Dear Mr. Ramsden:

This office represents Conopco, Inc. d/b/a Unilever NA ("Unilever") a creditor of Big Lots, Inc. (the "Debtor"). On September 9, 2024 (the "Petition Date") the Debtor and certain affiliated entities filed for chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. This indicates that the Debtor was insolvent within the meaning of§ 101(32) of the United States Bankruptcy Code.

Through this notice, Unilever is providing written notice of demand for reclamation of goods delivered by Unilever to Debtor and any of its affiliated debtors (collectively, the "Debtors")

In accordance with § 546 of the Bankruptcy Code and § 2-702 of the Uniform Commercial Code, Unilever hereby reclaims all goods sold on credit that the Debtors received (as that term is defined for purposes of §546(c)(l) of the Bankruptcy Code) within 45 days before the Petition Date. Unilever therefore demands the immediate return of all goods received by the Debtors since July 26, 2022, including the goods described in invoices attached hereto as **Exhibit 1** (the "Goods"). The value of the Goods totals at least $509,650.67.

Unilever reserves all of its rights with respect to the Goods, including (i) the right to be paid in the ordinary course of business as a post-petition creditor to the extent that the Goods were received by the Debtors on or after the Petition Date; (ii) the right to assert an administrative priority claim in accordance with 11 U.S.C. § 503(b)(9); (iii) the right to assert a "new value" defense to any preference demand in accordance with 11 U.S.C. § 547(c)(4); (iv)

the right to seek payment from any non-debtor parties that are co-obligators; (v) the right to assert any other rights under applicable law; (vi) the right to setoff; (vii) any portion which are subject to stoppage rights; (viii) the right to file additional demands or claims, including a proof of claim; and (ix) the right to amend this demand and any corresponding notice filed in the Debtors' bankruptcy proceedings.

Please contact the undersigned to arrange for the immediate return of the Goods. In the interim please protect and segregate the Goods subject to, and provide us with written acknowledgement of receipt of, this reclamation demand.  Unilever demands an inventory of the Goods which the Debtors have received, and confirmation that the Goods are still in the possession of the Debtors. The Goods shall not be used for any purpose whatsoever except as specifically authorized following a notice and hearing by the bankruptcy court. Absent such authority or an agreement by Unilever, the Debtors do not have the permission, consent, authorization, or right to use the Goods that are subject to Unilever's reclamation rights and this demand.

Unilever expressly reserves all of its rights under the Bankruptcy Code and any other applicable law.

Very truly yours,

**STARK & STARK**
A Professional Corporation

By: */s/ Joseph H. Lemkin*
       Joseph H. Lemkin

cc:   Adam Shpeen, Esq.   (adam.shpeen@davispolk.com)
       Robert J. Dehney, Esq. (rdehney@morrisnichols.com)
       Brian Resnick, Esq. (brian.resnick@davispolk.com)

2

EXHIBIT 1

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9425111009 |
| Inv Date: | 09/02/2024 |
| Customer P.O.: | 0095572918 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 09/04/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420517738
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 7.000 CS | 1001111034867 | DV BP ALMD+ MNGO BTR 12p 10.5z/298g | | | | 259.56 |
| 7.000 CS | 1001111034867 | Rollback Discount | | | | |
| 24.000 CS | 1001111033488 | Axe BW Hawaiian Thrill 4p 18z | | | | 235.20 |
| 24.000 CS | 1001111033488 | Rollback Discount | | | | |
| 151.000 CS | 1001111040264 | DMC Maitake Mandarin 4p 18z | | | | 1,908.64 |
| 151.000 CS | 1001111040264 | Rollback Discount | | | | |
| 33.000 CS | 1001111040813 | Dove Bar Dry Cracked Skin 24(2) 7.5z | | | | 1,734.48 |
| 33.000 CS | 1001111040813 | Rollback Discount | | | | |
| 42.000 CS | 4800121432 | HMN LT MAYO PET 12/15 FLOZ | | | | 745.92 |
| 42.000 CS | 4800121432 | Rollback Discount | | | | |
| 88.000 CS | 1004800126176 | HELLMANNS MAYO 12/48 OZ | | | | 432.96 |
| 88.000 CS | 1004800126176 | Everyday Low Price | | | | |
| 88.000 CS | 1004800126176 | Rollback Discount | | | | |
| 120.000 CS | 1004800135361 | HMN RL MAYO SQZ 12 11.5OZ | | | | 2,361.60 |
| 120.000 CS | 1004800135361 | Rollback Discount | | | | |

**Page 1 of 3**

# Unilever
## Foods & HPC
Duns #: 00137892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9425111009 |
| Inv Date: | 09/02/2024 |
| Customer P.O.: | 0095572918 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 09/04/2024
**Shipped Via:** KBX LOGISTICS, LLC
420517738
**Delivery Note:** 2A100 ALT CHANNELS
- HARD
**Sales Territory:**

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 72.000 CS | 1005508600021 | LBP SH Lavender 4p 13.5z | | | | 725.76 |
| 72.000 CS | 1005508600021 | Rollback Discount | | | | |
| 100.000 CS | 1005508600038 | LBP SH Muru Muru Butter 4p 13.5z | | | | 1,008.00 |
| 100.000 CS | 1005508600038 | Rollback Discount | | | | |
| 100.000 CS | 1005508008546 | LBP SH SF SunKissMandarin 4p 13.5z/400mL | | | | 1,008.00 |
| 100.000 CS | 1005508008546 | Rollback Discount | | | | |
| 150.000 CS | 1007940466089 | Axe BS Phoenix 12p 0.57z/17mL | | | | 1,620.00 |
| 150.000 CS | 1007940466089 | Rollback Discount | | | | |
| 150.000 CS | 1007940498813 | DGR UNLMTD Super Prem APA-Fresh 12p 3.8z | | | | 3,204.00 |
| 150.000 CS | 1007940498813 | Rollback Discount | | | | 142.43- |

**Page 2 of 3**

**Unilever**
**Foods & HPC**
Duns #: 00137892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9425111009 |
| Inv Date: | 09/02/2024 |
| Customer P.O.: | 0095572918 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 09/04/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420517738
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

Eligible for a 1% CD of $ 151.02 if cash in bank by 09/16/24

Based on Receipt of Goods Per Shipment

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 1,037.000 | 1,037.000 | 8,265.153 | | 15,101.69 |

Page 3 of 3

**Unilever**
**Foods & HPC**
Duns #: 00137892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9425158251 |
| Inv Date: | 09/03/2024 |
| Customer P.O.: | 0095572921 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

| | |
|---|---|
| **Shipped From:** | New Lenox IL |
| **Est Delivery Date:** | 09/04/2024 |
| **Shipped Via:** | JB HUNT TRANSPORT BROKERAGE |
| **Delivery Note:** | 420517697 |
| **Sales Territory:** | 2A100 ALT CHANNELS - HARD |

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 64.000 CS | 1001111033488 | Axe BW Hawaiian Thrill 4p 18z | | | | 627.20 |
| 64.000 CS | 1001111033488 | Rollback Discount | | | | |
| 450.000 CS | 1001111040325 | DMC BW Sensitive Calm 4p 16.9z | | | | 7,110.00 |
| 450.000 CS | 1001111040325 | Rollback Discount | | | | |
| 100.000 CS | 1005508600021 | LBP SH Lavender 4p 13.5z | | | | 1,008.00 |
| 100.000 CS | 1005508600021 | Rollback Discount | | | | |
| 279.000 CS | 1007940047129 | DV Gel Curls 6p 8z | | | | 4,670.46 |
| 279.000 CS | 1007940047129 | Rollback Discount | | | | |
| 100.000 CS | 1007940048514 | Axe DSpray Phoenix 12p 4z | | | | 3,228.00 |
| 100.000 CS | 1007940048514 | Rollback Discount | | | | |
| 100.000 CS | 1007940049877 | DGR UNLMTD Super Prem APA-NTRL 12p 3.8z | | | | 2,136.00 |
| 100.000 CS | 1007940049877 | Rollback Discount | | | | |
| 100.000 CS | 1007940049878 | DGR UNLMTD Super Prem APA-Marine12p 3.8z | | | | 2,136.00 |

**Page 1 of 2**

**Unilever**
**Foods & HPC**
Duns #: 00137892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

Unilever

| INVOICE | |
|---|---|
| Invoice #: | 9425158251 |
| Inv Date: | 09/03/2024 |
| Customer P.O.: | 0095572921 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 09/04/2024
**Shipped Via:** JB HUNT TRANSPORT BROKERAGE
**Delivery Note:** 420517697
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 100.000 CS | 1007940498783 | Rollback Discount | | | | 2,136.00 |
| 100.000 CS | 1007940498813 | DGR UNLMTD Super Prem APA-Fresh 12p 3.8z | | | | |
| 100.000 CS | 1007940498813 | Rollback Discount | | | | 135.02- |

Eligible for a 1% CD of $ 229.17 if cash in bank by 09/17/24

Based on Receipt of Goods Per Shipment

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 1,293.000 | 1,293.000 | 5,780.520 | | 22,916.64 |

**Page 2 of 2**

# Unilever
## Foods & HPC
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 72.000 CS | 1004100002538 | N+S ALFREDO 4.4OZ | | | | 864.00 |
| 72.000 CS | 1004100002538 | Everyday Low Price | | | | |
| 132.000 CS | 1004100022668 | R+S CHICKEN 12 5.6z | | | | 1,584.00 |
| 132.000 CS | 1004100022668 | Everyday Low Price | | | | |
| 108.000 CS | 1004100040976 | Lipton Recipe Secrets Onion 12(2) 2z | | | | 1,555.20 |
| 108.000 CS | 1004100040976 | Everyday Low Price | | | | |
| 26.000 CS | 22400640167 | TRES TWO HS ULTRA HOLD 6p 11z | | | | 787.80 |
| 26.000 CS | 22400640167 | Everyday Low Price | | | | |
| 56.000 CS | 1030521013441 | VICL SL CB DP CNDTNNG 6 10z | | | | 977.76 |
| 56.000 CS | 1030521013441 | Everyday Low Price | | | | |
| 56.000 CS | 4800121347 | HMN REAL MAYO PET 15/30 FLOZ | | | | 4,116.00 |
| 56.000 CS | 4800121347 | Everyday Low Price | | | | |
| 30.000 CS | 1030521308400 | VICL ADV Repair Fragrance Free 6p 10z | | | | 523.80 |
| 30.000 CS | 1030521308400 | Everyday Low Price | | | | |
| 200.000 CS | 7007940026280 | DEG EXB TWIN PACK 6/2 2.7Z | | | | 6,276.00 |

**Page 1 of 11**



Unilever

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 200.000 CS | 7007940026805 | Everyday Low Price | | | | 5,020.80 |
| 160.000 CS | 7007940267008 | DEG CR TWIN PACK 6/2 2.7Z | | | | |
| 160.000 CS | 7007940267008 | Everyday Low Price | | | | 625.20 |
| 30.000 CS | 1002240068427 | TRES CD 24-HR Healthy VOL W/Pump 4p 39z | | | | |
| 30.000 CS | 1002240068427 | Everyday Low Price | | | | 120.72 |
| 4.000 CS | 7007940257306 | DEG AP PWD2PKIS TWIN 6/2 2.6Z | | | | |
| 4.000 CS | 7007940257306 | Everyday Low Price | | | | 1,098.72 |
| 42.000 CS | 1007940500905 | DVE AP FRS IS AP/IS 12 1.6Z | | | | |
| 42.000 CS | 1007940500905 | Everyday Low Price | | | | 864.00 |
| 72.000 CS | 1004100022781 | R+S CHEDDAR BROCCOLI 12 5.7z | | | | |
| 72.000 CS | 1004100022781 | Everyday Low Price | | | | 625.20 |
| 30.000 CS | 1002240068410 | TRES CD MOIST Rich W/Pump 4p 39z | | | | |
| 30.000 CS | 1002240068410 | Everyday Low Price | | | | 1,609.92 |
| 72.000 CS | 1007940053111 | DV SH Int Rep 4p 25.4z w/pump | | | | |

**Page 2 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

Remit To: 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Shipped From: Jacksonville FL
Est Delivery Date: 08/20/2024
Shipped Via: KBX LOGISTICS, LLC
Delivery Note: 420188933
Sales Territory: 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

Bill-To: BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

Ship-To: BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 72.000 CS | 1007940053111 | Everyday Low Price | | | | 1,955.52 |
| 112.000 CS | 1030521307007 | VICL Essential Healing 6p 10z | | | | |
| 112.000 CS | 1030521307007 | Everyday Low Price | | | | |
| 40.000 CS | 1030521793046 | Ponds DSC The Caring Classic 12 10.1z | | | | 3,216.00 |
| 40.000 CS | 1030521793046 | Everyday Low Price | | | | |
| 31.000 CS | 1007940050207 | AXE BS PHOENIX 12X113G | | | | 1,633.08 |
| 31.000 CS | 1007940050207 | Everyday Low Price | | | | |
| 126.000 CS | 7007940257405 | DEG AP SHC2PKIS TWIN 6/2 2.6Z | | | | 3,802.68 |
| 126.000 CS | 7007940257405 | Everyday Low Price | | | | |
| 34.000 CS | 1007940260946 | Axe IS Apollo 12ct 2.7z | | | | 1,448.40 |
| 34.000 CS | 1007940260946 | Everyday Low Price | | | | |
| 42.000 CS | 1030521041397 | VICL Mens EXT STRNGTH BDY/Face LTN 6 10z | | | | 733.32 |
| 42.000 CS | 1030521041397 | Everyday Low Price | | | | |
| 60.000 CS | 1002240069363 | TRES SH MOIST Rich W/Pump 4p 39z | | | | 1,250.40 |



**Page 3 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 60.000 CS | 1002240066363 | Everyday Low Price | | | | 3,836.70 |
| 105.000 CS | 1001111312392 | Dove Bar Sensitive Skin 6(6) x3.17oz | | | | |
| 105.000 CS | 1001111312392 | Everyday Low Price | | | | 1,489.32 |
| 42.000 CS | 7007940519107 | Dove IS Original Clean 6p Twin 2.6z | | | | |
| 42.000 CS | 7007940519107 | Everyday Low Price | | | | 863.10 |
| 35.000 CS | 1001111006352 | DV BW Cool MSTR 3p 34z W/Pump | | | | |
| 35.000 CS | 1001111006352 | Everyday Low Price | | | | 1,921.68 |
| 34.000 CS | 1007940302097 | Dove Men+ Care IS Clean Comfort 6(2) 2.7z | | | | |
| 34.000 CS | 1007940302097 | Everyday Low Price | | | | 1,609.92 |
| 72.000 CS | 1007940053128 | DV CD Int Rep 4p 25.4z w/pump | | | | |
| 72.000 CS | 1007940053128 | Everyday Low Price | | | | 1,726.20 |
| 70.000 CS | 1001111006376 | DV BW Deep MSTR 3p 34z W/Pump | | | | |
| 70.000 CS | 1001111006376 | Everyday Low Price | | | | 2,126.40 |
| 40.000 CS | 1007940343687 | DFM APA Adventure 12p 3.8z | | | | |
| 40.000 CS | 1007940343687 | Everyday Low Price | | | | |

Page 4 of 11



**Unilever**
**Foods & HPC**
**Duns #: 00137892**

Remit To: 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your
account, please indicate the invoice number,
exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS
- HARD

Claims for damage and shortage must be made
on receipt of goods and be supported by Delivery
Receipt or Freight Bill with exceptions noted by
carrier. All other Claims Must be supported by
proper explanation/reason on remittance.
Authorization to return merchandise must be
received from the Unilever sales representative.

Bill-To: BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

Ship-To: BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 30.000 CS | 1001111471860 | CRS BAR Daily 12(3) 9.45z | | | | 950.40 |
| 30.000 CS | 1001111471860 | Everyday Low Price | | | | |
| 144.000 CS | 1004800135407 | HMN REAL MAYO 12 20OZ | | | | 8,138.88 |
| 144.000 CS | 1004800135407 | Everyday Low Price | | | | |
| 40.000 CS | 1007940034218 5 | Dove APA Cool Essentials 12p 3.8z | | | | 2,923.20 |
| 40.000 CS | 1007940034218 5 | Everyday Low Price | | | | |
| 28.000 CS | 1002240039377 0 | TRES CD CLR REVIT 6p 28z | | | | 754.32 |
| 28.000 CS | 1002240039377 0 | Everyday Low Price | | | | |
| 9.000 CS | 1007940025160 9 | DEG AP SHC IS 12 1.6Z | | | | 204.12 |
| 9.000 CS | 1007940025160 9 | Everyday Low Price | | | | |
| 140.000 CS | 1001111100638 3 | DV BW SS 3p 34z W/Pump | | | | 3,452.40 |
| 140.000 CS | 1001111100638 3 | Everyday Low Price | | | | |
| 106.000 CS | 1002240001356 2 | TRES SH/CD Moisture Rich 3(2) 28z | | | | 2,680.74 |
| 106.000 CS | 1002240001356 2 | Everyday Low Price | | | | |
| 120.000 CS | 1002240039373 2 | TRES CD FLCRL CRL MOIST 6p 28z | | | | 3,232.80 |

**Page 5 of 11**

**Unilever**
**Foods & HPC**
Duns #: 001378892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 120.000 CS | 1002240039732 | Everyday Low Price | | | | |
| 40.000 CS | 10079400342192 | Dove APA Beauty Finish 12p 3.8z | | | | 2,923.20 |
| 40.000 CS | 10079400342192 | Everyday Low Price | | | | |
| 60.000 CS | 1001111519081 | Dove Bar CM 6(6) 19.02z | | | | 2,192.40 |
| 60.000 CS | 1001111519081 | Everyday Low Price | | | | |
| 6.000 CS | 10305210040721 | Ponds Crema S 1.7z 24p | | | | 184.32 |
| 6.000 CS | 10305210040721 | Everyday Low Price | | | | |
| 36.000 CS | 10079400587197 | DFW IS Black + White 12p 2.6z | | | | 1,637.28 |
| 36.000 CS | 10079400587197 | Everyday Low Price | | | | |
| 40.000 CS | 10079400670257 | DFW APA UC Black+White Pure CLN 12p 3.8z | | | | 2,136.00 |
| 40.000 CS | 10079400670257 | Everyday Low Price | | | | |
| 138.000 CS | 1001111006413 | Dove BW Shea Butter 3p 34z W/Pump | | | | 3,403.08 |
| 138.000 CS | 1001111006413 | Everyday Low Price | | | | |
| 144.000 CS | 10305210324722 | Qtips Swabs 12p 375ct | | | | 4,648.32 |

Page 6 of 11

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 144.000 CS | 10305210324722 | Everyday Low Price | | | | 2,126.40 |
| 40.000 CS | 10079400670271 | DFM APA UC Black+ White Fresh 12p 3.8z | | | | |
| 40.000 CS | 10079400670271 | Everyday Low Price | | | | 2,219.52 |
| 34.000 CS | 10079400448214 | DMC IS Stain Defense Cool 12p 2.7z | | | | |
| 34.000 CS | 10079400448214 | Everyday Low Price | | | | 1,443.84 |
| 64.000 CS | 10079400716016 | DV SH/CD Intensive Repair 4(2) 12z | | | | |
| 64.000 CS | 10079400716016 | Everyday Low Price | | | | 959.04 |
| 36.000 CS | 10079400451856 | DV M SH Fresh Clean 4p 25.4z Pump | | | | |
| 36.000 CS | 10079400451856 | Everyday Low Price | | | | 721.92 |
| 32.000 CS | 10079400460957 | DV SH/CD Daily Moisture 4(2) 12z | | | | |
| 32.000 CS | 10079400460957 | Everyday Low Price | | | | 870.80 |
| 35.000 CS | 10011111008868 | Axe BW Apollo 4p 32z/946mL W/Pump | | | | |
| 35.000 CS | 10011111008868 | Everyday Low Price | | | | 626.40 |
| 15.000 CS | 10305210221274 | Qtips Purse Pack 36 30ct | | | | |
| 15.000 CS | 10305210221274 | Everyday Low Price | | | | |

**Page 7 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 40.000 CS | 1030521019??22 | QTIP SWABS 12 750ct | | | | 2,102.40 |
| 40.000 CS | 1030521019??22 | Everyday Low Price | | | | |
| 37.000 CS | 1001111020600 | DMC BW Extra Fresh 4p 30z/887mL | | | | 1,147.00 |
| 37.000 CS | 1001111020600 | Everyday Low Price | | | | |
| 74.000 CS | 1001111020617 | DMC BW Clean Comfort 4p 30z/887mL | | | | 2,294.00 |
| 74.000 CS | 1001111020617 | Everyday Low Price | | | | |
| 192.000 CS | 1001111044309 | CRS BW Daily Silk 4(2) 20z | | | | 6,028.80 |
| 192.000 CS | 1001111044309 | Everyday Low Price | | | | |
| 56.000 CS | 1001111041438 | CRS BW Daily Silk 4p 20z | | | | 1,034.88 |
| 56.000 CS | 1001111041438 | Everyday Low Price | | | | |
| 168.000 CS | 1001111041407 | CRS BW Black Orchid Patchouli Oil 4p 20z | | | | 3,104.64 |
| 168.000 CS | 1001111041407 | Everyday Low Price | | | | |
| 40.000 CS | 1007940486353 | DFW APA ADV LAV+ WATERLILY 12p 3.8z | | | | 2,136.00 |
| 40.000 CS | 1007940486353 | Everyday Low Price | | | | |

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

INVOICE
Invoice #:          9424574419
Inv Date:           08/19/2024
Customer P.O.:      0095538952
Purchase Order Date: 07/29/2024
Customer Account:   0030341802

To assure prompt crediting of your
account, please indicate the invoice number,
exactly as shown, on your remittance.

Claims for damage and shortage must be made
on receipt of goods and be supported by Delivery
Receipt or Freight Bill with exceptions noted by
carrier. All other Claims Must be supported by
proper explanation/reason on remittance.
Authorization to return merchandise must be
received from the Unilever sales representative.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 39.000 CS | 1002240000202054 | TRES Two Aero HS UNS 6p 11oz | | | | 1,181.70 |
| 39.000 CS | 1002240000202054 | Everyday Low Price | | | | |
| 104.000 CS | 1002240000011933 | TRES SHCD KRTIN SMTH RGMN PK 3(2) 28z | | | | 2,630.16 |
| 104.000 CS | 1002240001011933 | Everyday Low Price | | | | |
| 34.000 CS | 1007940223606 | Dove Men+ Care IS Extra Fresh 12 1.7z | | | | 1,403.52 |
| 34.000 CS | 1007940223606 | Everyday Low Price | | | | |
| 64.000 CS | 1007940469103 | Dove SH CD Coconut + Hydration 4(2) 12z | | | | 1,443.84 |
| 64.000 CS | 1007940469103 | Everyday Low Price | | | | |
| 39.000 CS | 1002240009862 | TRES HS Total Volume 6p 11z | | | | 1,181.70 |
| 39.000 CS | 1002240009862 | Everyday Low Price | | | | |
| 168.000 CS | 1001111041445 | CRS BW Peony Almond Blossom 4p 20z | | | | 3,104.64 |
| 168.000 CS | 1001111041445 | Everyday Low Price | | | | |
| 59.000 CS | 1001111016962 | Dove Mens BW Blue ECALYPTS 4p 18z/532ml | | | | 1,177.64 |

**Page 9 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424574419 |
| Inv Date: | 08/19/2024 |
| Customer P.O.: | 0095538952 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 59.000 CS | 1001111016962 | Everyday Low Price | | | | 1,167.36 |
| 96.000 CS | 1007704303098 | STIVES BW Oat + Shea Butter 4p 22z/650mL | | | | |
| 96.000 CS | 1007704303098 | Everyday Low Price | | | | 1,167.36 |
| 96.000 CS | 1007704303050 | Stives BW Sea SLT PCIFC KLP 4p 22z/650mL | | | | |
| 96.000 CS | 1007704303050 | Everyday Low Price | | | | 719.28 |
| 27.000 CS | 1007940462012 | DV M 2n1 Thick to Strong 4p 25.4z Pump | | | | |
| 27.000 CS | 1007940462012 | Everyday Low Price | | | | 1,704.60 |
| 30.000 CS | 1001111005591 | Dove Bar White 6(10) 90G/3.17z Pack | | | | |
| 30.000 CS | 1001111005591 | Everyday Low Price | | | | 3,409.20 |
| 60.000 CS | 1001111008721 | DV Bar Sensitive Skin 6(10) 90G/3.17z | | | | |
| 60.000 CS | 1001111008721 | Everyday Low Price | | | | 2,740.50 |
| 75.000 CS | 1001111250717 | Dove Bar Shea Butter 6 (6) 19.02z | | | | |
| 75.000 CS | 1001111250717 | Everyday Low Price | | | | |

**Page 10 of 11**

## Unilever
### Foods & HPC
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9424574419 |
| **Inv Date:** | 08/19/2024 |
| **Customer P.O.:** | 0095538952 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Jacksonville FL
**Est Delivery Date:** 08/20/2024
**Shipped Via:** KBX LOGISTICS, LLC
**Delivery Note:** 420188933
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - MONTGOMERY

2855 SELMA HIGHWAY
MONTGOMERY AL 36108

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 26.000 CS | 1001111403892 | DV Bar EXF 6(6) 19.02z | | | | 950.04 |
| 26.000 CS | 1001111403892 | Everyday Low Price | | | | |
| 30.000 CS | 1001111030401 | DV Bar Mango + ALMD BTTR 6(6) 19.02z | | | | 1,096.20 |
| 30.000 CS | 1001111030401 | Everyday Low Price | | | | |
| 132.000 CS | 1002240001623 | TRES HS Non AERO Extra Hold 6p 10z | | | | 3,999.60 |
| 132.000 CS | 1002240001623 | Everyday Low Price | | | | 532.33- |

Eligible for a 1% CD of $ 1,490.84 if cash in bank by 09/03/24

Based on Receipt of Goods Per Shipment

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 4,956.000 | 4,956.000 | 36,748.539 | | 149,083.95 |

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9425121769 |
| Inv Date: | 09/02/2024 |
| Customer P.O.: | 0095572919 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Shipped From:** Newville PA
**Est Delivery Date:** 09/04/2024
**Shipped Via:** SWFT-SWIFT TRANSPORTATION CO I

**Delivery Note:** 420517841
**Sales Territory:** 2A100 ALT CHANNELS

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 320.000 CS | 1001111108431 | Dove Bar Cool Moisture 48(1)3.17z | | | | 13,977.60 |
| 320.000 CS | 1001111108431 | Rollback Discount | | | | |
| 21.000 CS | 1001111034867 | DV BP ALMD+ MNGO BTR 12p 10.5z/298g | | | | 778.68 |
| 21.000 CS | 1001111034867 | Rollback Discount | | | | |
| 600.000 CS | 1001111033488 | Axe BW Hawaiian Thrill 4p 18z | | | | 5,880.00 |
| 600.000 CS | 1001111033488 | Rollback Discount | | | | |
| 600.000 CS | 1001111040264 | DMC Maitake Mandarin 4p 18z | | | | 7,584.00 |
| 600.000 CS | 1001111040264 | Rollback Discount | | | | |
| 245.000 CS | 1001111040325 | DMC BW Sensitive Calm 4p 16.9z | | | | 3,871.00 |
| 245.000 CS | 1001111040325 | Rollback Discount | | | | |
| 345.000 CS | 1004800101181 3 | SK Everything Sauce Chile Lime 6p 8.3z | | | | 3,974.40 |
| 345.000 CS | 1004800101181 3 | Rollback Discount | | | | |
| 100.000 CS | 1005508600003 8 | LBP SH Muru Muru Butter 4p 13.5z | | | | 1,008.00 |
| 100.000 CS | 1005508600003 8 | Rollback Discount | | | | |

**Page 1 of 3**

**Unilever**
**Foods & HPC**
Duns #: 001378892

Remit To: 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

*Unilever*

| INVOICE | |
|---|---|
| Invoice #: | 9425121769 |
| Inv Date: | 09/02/2024 |
| Customer P.O.: | 0095572919 |
| Purchase Order Date: | 08/15/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Shipped From:** Newville PA
**Est Delivery Date:** 09/04/2024
**Shipped Via:** SWFT-SWIFT TRANSPORTATION CO I

**Delivery Note:** 420517841
**Sales Territory:** 2A100 ALT CHANNELS

Bill-To: BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

Ship-To: BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 100.000 CS | 1005508608546 | LBP SH SF SunKissMandarin 4p 13.5z/400mL | | | | 1,008.00 |
| 100.000 CS | 1005508608546 | Rollback Discount | | | | |
| 150.000 CS | 1007940466089 | Axe BS Phoenix 12p 0.57z/17mL | | | | 1,620.00 |
| 150.000 CS | 1007940466089 | Rollback Discount | | | | |
| 150.000 CS | 1007940498783 | DGR UNLMTD Super Prem APA-Marine12p 3.8z | | | | 3,204.00 |
| 150.000 CS | 1007940498783 | Rollback Discount | | | | |
| 209.000 CS | 1007940498790 | DGR UNLMTD Super Prem APA-Bold 12p 3.8z | | | | 4,464.24 |
| 209.000 CS | 1007940498790 | Rollback Discount | | | | |
| 150.000 CS | 1007940498813 | DGR UNLMTD Super Prem APA-Fresh 12p 3.8z | | | | 3,204.00 |
| 150.000 CS | 1007940498813 | Rollback Discount | | | | 312.29- |

**Page 2 of 3**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9425121769 |
| **Inv Date:** | 09/02/2024 |
| **Customer P.O.:** | 0095572919 |
| **Purchase Order Date:** | 08/15/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 09/04/2024
**Shipped Via:** SWFT-SWIFT TRANSPORTATION CO 1

**Delivery Note:** 420517841
**Sales Territory:** 2A100 ALT CHANNELS

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

Eligible for a 1% CD of $ 502.62 if cash in bank by 09/16/24

Based on Receipt of Goods Per Shipment

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 2,990.000 | 2,990.000 | 15,764.976 | | 50,261.63 |

Page 3 of 3

# Unilever
## Foods & HPC
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC
300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS
500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 48.000 CS | 1004100002538 | N+S ALFREDO 4.4OZ | | | | 576.00 |
| 48.000 CS | 1004100002538 | Everyday Low Price | | | | |
| 108.000 CS | 1004100022668 | R+S CHICKEN 12 5.6z | | | | 1,296.00 |
| 108.000 CS | 1004100022668 | Everyday Low Price | | | | |
| 72.000 CS | 1004100022460 | N+S CHICKEN 4.3OZ | | | | 864.00 |
| 72.000 CS | 1004100022460 | Everyday Low Price | | | | |
| 84.000 CS | 1004100040976 | Lipton Recipe Secrets Onion 12(2) 2z | | | | 1,209.60 |
| 84.000 CS | 1004100040976 | Everyday Low Price | | | | |
| 78.000 CS | 2240640167 | TRES TWO HS ULTRA HOLD 6p 11z | | | | 2,363.40 |
| 78.000 CS | 2240640167 | Everyday Low Price | | | | |
| 156.000 CS | 2240640150 | TRES TWO HS EXTRA HOLD 6p 11z | | | | 4,726.80 |
| 156.000 CS | 2240640150 | Everyday Low Price | | | | |
| 56.000 CS | 4800121347 | HMN REAL MAYO PET 15/30 FLOZ | | | | 4,116.00 |
| 56.000 CS | 4800121347 | Everyday Low Price | | | | |
| 30.000 CS | 1030521308400 5 | VICL ADV Repair Fragrance Free 6p 10z | | | | 523.80 |

**Page 1 of 11**

**Unilever**
**Foods & HPC**
Duns #: 00137892

Unilever

Remit To: 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Shipped From: New Lenox IL
Est Delivery Date: 08/19/2024
Shipped Via: SCNN-SCHNEIDER NATIONAL INC
Delivery Note: 420188965
Sales Territory: 2A100 ALT CHANNELS - HARD

Bill-To: BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

Ship-To: BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 30.000 CS | 1030521308400S | Everyday Low Price | | | | |
| 80.000 CS | 7007940026280S | DEG EXB TWIN PACK 6/2 2.7Z | | | | 2,510.40 |
| 80.000 CS | 7007940026280S | Everyday Low Price | | | | |
| 80.000 CS | 7007940026700B | DEG CR TWIN PACK 6/2 2.7Z | | | | 2,510.40 |
| 80.000 CS | 7007940026700B | Everyday Low Price | | | | |
| 28.000 CS | 1030521051441B | Ponds Rejuveness 24p 50g | | | | 860.16 |
| 28.000 CS | 1030521051441B | Everyday Low Price | | | | |
| 30.000 CS | 1002240068427 | TRES CD 24-HR Healthy VOL W/Pump 4p 39z | | | | 625.20 |
| 30.000 CS | 1002240068427 | Everyday Low Price | | | | |
| 68.000 CS | 1007940008633I | DFM IS Sport 6(2) 2.7z | | | | 2,133.84 |
| 68.000 CS | 1007940008633I | Everyday Low Price | | | | |
| 84.000 CS | 7007940025730G | DEG AP PWD2PKIS TWIN 6/2 2.6Z | | | | 2,535.12 |
| 84.000 CS | 7007940025730G | Everyday Low Price | | | | |
| 72.000 CS | 1004100002278I | R+S CHEDDAR BROCCOLI 12 5.7z | | | | 864.00 |

Page 2 of 11

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 72.000 CS | 1004100022781 | Everyday Low Price | | | | 1,637.28 |
| 36.000 CS | 10079400017434 | DFW IS Sexy Intrigue 12p 2.6z | | | | |
| 36.000 CS | 10079400017434 | Everyday Low Price | | | | 625.20 |
| 30.000 CS | 1002240068410 | TRES CD MOIST Rich W/Pump 4p 39z | | | | |
| 30.000 CS | 1002240068410 | Everyday Low Price | | | | 2,414.88 |
| 108.000 CS | 10079400053111 | DV SH Int Rep 4p 25.4z w/pump | | | | |
| 108.000 CS | 10079400053111 | Everyday Low Price | | | | |
| 20.000 CS | 10305211793046 | Ponds DSC The Caring Classic 12 10.1z | | | | 1,608.00 |
| 20.000 CS | 10305211793046 | Everyday Low Price | | | | |
| 126.000 CS | 70079400257405 | DEG AP SHC2PKIS TWIN 6/2 2.6Z | | | | 3,802.68 |
| 126.000 CS | 70079400257405 | Everyday Low Price | | | | |
| 60.000 CS | 1002240069363 | TRES SH MOIST Rich W/Pump 4p 39z | | | | 1,250.40 |
| 60.000 CS | 1002240069363 | Everyday Low Price | | | | |
| 36.000 CS | 10079400118025 | DFW IS MotionSense Shower Clean 12p 2.6z | | | | 1,637.28 |
| 36.000 CS | 10079400118025 | Everyday Low Price | | | | |

**Page 3 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 0095538954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420189965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 90.000 CS | 1001111312392 | Dove Bar Sensitive Skin 6(6) x3.17oz | | | | 3,288.60 |
| 90.000 CS | 1001111312392 | Everyday Low Price | | | | |
| 28.000 CS | 1007940260939 | AXE BS APOLLO 12X4OZ | | | | 1,475.04 |
| 28.000 CS | 1007940260939 | Everyday Low Price | | | | |
| 42.000 CS | 7007940519107 | Dove IS Original Clean 6p Twin 2.6z | | | | 1,489.32 |
| 42.000 CS | 7007940519107 | Everyday Low Price | | | | |
| 60.000 CS | 1002240666775 | TRES SH 24-HR Healthy VOL W/Pump 4p 39z | | | | 1,250.40 |
| 60.000 CS | 1002240666775 | Everyday Low Price | | | | |
| 35.000 CS | 1001111006352 | DV BW Cool MSTR 3p 34z W/Pump | | | | 863.10 |
| 35.000 CS | 1001111006352 | Everyday Low Price | | | | |
| 108.000 CS | 1007940053128 | DV CD Int Rep 4p 25.4z w/pump | | | | 2,414.88 |
| 108.000 CS | 1007940053128 | Everyday Low Price | | | | |
| 40.000 CS | 1007940343687 | DFM APA Adventure 12p 3.8z | | | | 2,126.40 |
| 40.000 CS | 1007940343687 | Everyday Low Price | | | | |

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 30.000 CS | 1001111471860 | CRS BAR Daily 12(3) 9.45z | | | | 950.40 |
| 30.000 CS | 1001111471860 | Everyday Low Price | | | | |
| 131.000 CS | 1004800135457 | HMN REAL MAYO 12 20OZ | | | | 7,404.12 |
| 131.000 CS | 1004800135457 | Everyday Low Price | | | | |
| 28.000 CS | 1002240039370 | TRES CD CLR REVIT 6p 28z | | | | 754.32 |
| 28.000 CS | 1002240039370 | Everyday Low Price | | | | |
| 140.000 CS | 1001111006383 | DV BW SS 3p 34z W/Pump | | | | 3,452.40 |
| 140.000 CS | 1001111006383 | Everyday Low Price | | | | |
| 106.000 CS | 1002240001362 | TRES SH/CD Moisture Rich 3(2) 28z | | | | 2,680.74 |
| 106.000 CS | 1002240001362 | Everyday Low Price | | | | |
| 40.000 CS | 1007940034192 | Dove APA Beauty Finish 12p 3.8z | | | | 2,923.20 |
| 40.000 CS | 1007940034192 | Everyday Low Price | | | | |
| 45.000 CS | 1001111519081 | Dove Bar CM 6(6) 19.02z | | | | 1,644.30 |
| 45.000 CS | 1001111519081 | Everyday Low Price | | | | |
| 8.000 CS | 1030521004072 | Ponds Crema S 1.7z 24p | | | | 245.76 |

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9424529889 |
| **Inv Date:** | 08/18/2024 |
| **Customer P.O.:** | 009553954 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 8.000 CS | 10305210040721 | Everyday Low Price | | | | 324.00 |
| 15.000 CS | 1007940067888 | DV SH Dryness + Itch Relief 6p 12z | | | | 1,457.28 |
| 12.000 CS | 1007940465839 | DFW Clinical 5in1 Protection 24p 1.7z | | | | |
| 12.000 CS | 1007940465839 | Everyday Low Price | | | | 1,637.28 |
| 36.000 CS | 1007940587197 | DFW IS Black + White 12p 2.6z | | | | |
| 36.000 CS | 1007940587197 | Everyday Low Price | | | | |
| 40.000 CS | 1007940670257 | DFW APA UC Black+ White Pure CLN 12p 3.8z | | | | 2,136.00 |
| 40.000 CS | 1007940670257 | Everyday Low Price | | | | |
| 138.000 CS | 1001111006413 | Dove BW Shea Butter 3p 34z W/Pump | | | | 3,403.08 |
| 138.000 CS | 1001111006413 | Everyday Low Price | | | | |
| 144.000 CS | 10305210324722 | Qtips Swabs 12p 375ct | | | | 4,648.32 |
| 144.000 CS | 10305210324722 | Everyday Low Price | | | | |
| 36.000 CS | 1007940352979 | Dove ADV Cool Essentials 12p 2.6z | | | | 2,207.52 |
| 36.000 CS | 1007940352979 | Everyday Low Price | | | | |

**Page 6 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553854 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 34.000 CS | 1007940046165 | Axe IS Phoenix 12p 1.7z | | | | 779.28 |
| 34.000 CS | 1007940046165 | Everyday Low Price | | | | |
| 20.000 CS | 10764302017704 | SM JBCO LV IN CD STRNGTH+ RST 12p 11.5fiz | | | | 1,766.40 |
| 20.000 CS | 10764302017704 | Everyday Low Price | | | | |
| 32.000 CS | 10079400716016 | DV SH/CD Intensive Repair 4(2) 12z | | | | 721.92 |
| 32.000 CS | 10079400716016 | Everyday Low Price | | | | |
| 36.000 CS | 10079400451856 | DV M SH Fresh Clean 4p 25.4z Pump | | | | 959.04 |
| 36.000 CS | 10079400451856 | Everyday Low Price | | | | |
| 40.000 CS | 10079400460957 | DV SH/CD Daily Moisture 4(2) 12z | | | | 902.40 |
| 40.000 CS | 10079400460957 | Everyday Low Price | | | | |
| 35.000 CS | 10011111008868 | Axe BW Apollo 4p 32z/946mL W/Pump | | | | 870.80 |
| 35.000 CS | 10011111008868 | Everyday Low Price | | | | |
| 183.000 CS | 10079400461701 | AXE SH 2n1 Phoenix 4p 16z/473 mL | | | | 2,745.00 |
| 183.000 CS | 10079400461701 | Everyday Low Price | | | | |

**Page 7 of 11**

## Unilever
### Foods & HPC
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 15.000 CS | 10305210221274 | Qtips Purse Pack 36 30ct | | | | 626.40 |
| 15.000 CS | 10305210221274 | Everyday Low Price | | | | |
| 40.000 CS | 10305210197722 | QTIP SWABS 12 750ct | | | | 2,102.40 |
| 40.000 CS | 10305210197722 | Everyday Low Price | | | | |
| 74.000 CS | 10011111020617 | DMC BW Clean Comfort 4p 30z/887mL | | | | 2,294.00 |
| 74.000 CS | 10011111020617 | Everyday Low Price | | | | |
| 36.000 CS | 10079400462210 | Dove DS Cucumber + Green Tea 12p 2.6z | | | | 2,246.40 |
| 36.000 CS | 10079400462210 | Everyday Low Price | | | | |
| 96.000 CS | 10011111044309 | CRS BW Daily Silk 4(2) 20z | | | | 3,014.40 |
| 96.000 CS | 10011111044309 | Everyday Low Price | | | | |
| 224.000 CS | 10011111041438 | CRS BW Daily Silk 4p 20z | | | | 4,139.52 |
| 224.000 CS | 10011111041438 | Everyday Low Price | | | | |
| 56.000 CS | 10011111041407 | CRS BW Black Orchid Patchouli Oil 4p 20z | | | | 1,034.88 |
| 56.000 CS | 10011111041407 | Everyday Low Price | | | | |
| 78.000 CS | 10022400022054 | TRES Two Aero HS UNS 6p 11oz | | | | 2,363.40 |

**Page 8 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 0095538954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC
300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS
500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 78.000 CS | 1002240000002054 | Everyday Low Price | | | | 2,630.16 |
| 104.000 CS | 1002240001011933 | TRES SHCD KRTIN SMTH RGMN PK 3(2) 28z | | | | |
| 104.000 CS | 1002240011933 | Everyday Low Price | | | | 2,914.56 |
| 33.000 CS | 1076430290619 | SM CH Frizz-Free Curl Mousse 12p 7.5z | | | | |
| 33.000 CS | 1076430290619 | Everyday Low Price | | | | 1,181.70 |
| 39.000 CS | 1002240009862 | TRES HS Total Volume 6p 11z | | | | |
| 39.000 CS | 1002240009862 | Everyday Low Price | | | | 3,104.64 |
| 168.000 CS | 1001111041445 | CRS BW Peony Almond Blossom 4p 20z | | | | |
| 168.000 CS | 1001111041445 | Everyday Low Price | | | | 2,334.72 |
| 192.000 CS | 1007704303098 | STIVES BW Oat + Shea Butter 4p 22z/650mL | | | | |
| 192.000 CS | 1007704303098 | Everyday Low Price | | | | 1,751.04 |
| 144.000 CS | 1007704303050 | Stives BW Sea SLT PCIFC KLP 4p 22z/650mL | | | | |
| 144.000 CS | 1007704303050 | Everyday Low Price | | | | |

**Page 9 of 11**



**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424529889 |
| Inv Date: | 08/18/2024 |
| Customer P.O.: | 009553954 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 36.000 CS | 1007940046Z012 | DV M 2n1 Thick to Strong 4p 25.4z Pump | | | | 959.04 |
| 36.000 CS | 1007940046Z012 | Everyday Low Price | | | | |
| 45.000 CS | 1001111005591 | Dove Bar White 6(10) 90G/3.17z Pack | | | | 2,556.90 |
| 45.000 CS | 1001111005591 | Everyday Low Price | | | | |
| 30.000 CS | 1001111008721 | DV Bar Sensitive Skin 6(10) 90G/3.17z | | | | 1,704.60 |
| 30.000 CS | 1001111008721 | Everyday Low Price | | | | |
| 26.000 CS | 1001111403892 | DV Bar EXF 6(6) 19.02z | | | | 950.04 |
| 26.000 CS | 1001111403892 | Everyday Low Price | | | | |
| 15.000 CS | 1001111030401 | DV Bar Mango + ALMD BTTR 6(6) 19.02z | | | | 548.10 |
| 15.000 CS | 1001111030401 | Everyday Low Price | | | | |
| 132.000 CS | 1002240013623 | TRES HS Non AERO Extra Hold 6p 10z | | | | 3,999.60 |
| 132.000 CS | 1002240013623 | Everyday Low Price | | | | 502.66- |

**Page 10 of 11**

## Unilever
## Foods & HPC
**Duns #: 00137889 2**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9424529889 |
| **Inv Date:** | 08/18/2024 |
| **Customer P.O.:** | 009553895 4 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** New Lenox IL
**Est Delivery Date:** 08/19/2024
**Shipped Via:** SCNN-SCHNEIDER NATIONAL INC
**Delivery Note:** 420188965
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - COLUMBUS

500 PHILLIPI ROAD
COLUMBUS OH 43228

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

Eligible for a 1% CD of $ 1,401.66 if cash in bank by 09/03/24

Based on Receipt of Goods Per Shipment

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 4,805.000 | 4,805.000 | 34,633.972 | | 140,165.58 |

**Page 11 of 11**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9424627917 |
| **Inv Date:** | 08/21/2024 |
| **Customer P.O.:** | 0095538953 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 144.000 CS | 1004100002538 | N+ S ALFREDO 4.4OZ | | | | 1,728.00 |
| 144.000 CS | 1004100002538 | Everyday Low Price | | | | |
| 132.000 CS | 1004100002668 | R+ S CHICKEN 12 5.6z | | | | 1,584.00 |
| 132.000 CS | 1004100002668 | Everyday Low Price | | | | |
| 108.000 CS | 1004100002460 | N+ S CHICKEN 4.3OZ | | | | 1,296.00 |
| 108.000 CS | 1004100002460 | Everyday Low Price | | | | |
| 96.000 CS | 1004100004976 | Lipton Recipe Secrets Onion 12(2) 2z | | | | 1,382.40 |
| 96.000 CS | 1004100004976 | Everyday Low Price | | | | |
| 70.000 CS | 1002240062347 | TRES GEL EXTRA HOLD 6p 9z | | | | 2,121.00 |
| 70.000 CS | 1002240062347 | Everyday Low Price | | | | |
| 112.000 CS | 1030521013413 | VICL SL CB DP CNDTNNG 6 10z | | | | 1,955.52 |
| 112.000 CS | 1030521013413 | Everyday Low Price | | | | |
| 112.000 CS | 480012347 | HMN REAL MAYO PET 15/30 FLOZ | | | | 8,232.00 |
| 112.000 CS | 480012347 | Everyday Low Price | | | | |
| 30.000 CS | 1030521308400 | VICL ADV Repair Fragrance Free 6p 10z | | | | 523.80 |

**Page 1 of 8**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424627917 |
| Inv Date: | 08/21/2024 |
| Customer P.O.: | 0095538953 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 30.000 CS | 1030521308400S | Everyday Low Price | | | | 3,765.60 |
| 120.000 CS | 7007940026280S | DEG EXB TWIN PACK 6/2 2.7Z | | | | |
| 120.000 CS | 7007940026280S | Everyday Low Price | | | | 6,276.00 |
| 200.000 CS | 7007940026700S | DEG CR TWIN PACK 6/2 2.7Z | | | | |
| 200.000 CS | 7007940026700S | Everyday Low Price | | | | 625.20 |
| 30.000 CS | 1002240068427 | TRES CD 24-HR Healthy VOL W/Pump 4p 39z | | | | |
| 30.000 CS | 1002240068427 | Everyday Low Price | | | | 5,070.24 |
| 168.000 CS | 7007940025730S | DEG AP PWD2PKIS TWIN 6/2 2.6Z | | | | |
| 168.000 CS | 7007940025730S | Everyday Low Price | | | | 1,921.68 |
| 34.000 CS | 1007940022336l | DMC IS Extra Fresh 6(2) 2.7z Twin | | | | |
| 34.000 CS | 1007940022336l | Everyday Low Price | | | | 1,098.72 |
| 42.000 CS | 1007940050090S | DVE AP FRS IS AP/IS 12 1.6Z | | | | |
| 42.000 CS | 1007940050090S | Everyday Low Price | | | | 1,440.00 |
| 120.000 CS | 1004100002278l | R+S CHEDDAR BROCCOLI 12 5.7z | | | | |

**Page 2 of 8**

**Unilever**
**Foods & HPC**
Duns #: 00137892

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424627917 |
| Inv Date: | 08/21/2024 |
| Customer P.O.: | 0095538953 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 120.000 CS | 1004100002781 | Everyday Low Price | | | | |
| 37.000 CS | 1002240068519 | TRES CD Smooth SLKY W/Pump 4p 39z | | | | 771.08 |
| 37.000 CS | 1002240068519 | Everyday Low Price | | | | |
| 108.000 CS | 1007940053111 | DV SH Int Rep 4p 25.4z w/pump | | | | 2,414.88 |
| 108.000 CS | 1007940053111 | Everyday Low Price | | | | |
| 20.000 CS | 1030521179304 6 | Ponds DSC The Caring Classic 12 10.1z | | | | 1,608.00 |
| 20.000 CS | 1030521179304 6 | Everyday Low Price | | | | |
| 168.000 CS | 7007940025740 5 | DEG AP SHC2PKIS TWIN 6/2 2.6Z | | | | 5,070.24 |
| 168.000 CS | 7007940025740 5 | Everyday Low Price | | | | |
| 34.000 CS | 1007940026094 6 | Axe IS Apollo 12ct 2.7z | | | | 1,448.40 |
| 34.000 CS | 1007940026094 6 | Everyday Low Price | | | | |
| 60.000 CS | 1002240066936 3 | TRES SH MOIST Rich W/Pump 4p 39z | | | | 1,250.40 |
| 60.000 CS | 1002240066936 3 | Everyday Low Price | | | | |
| 31.000 CS | 1007940026093 9 | AXE BS APOLLO 12X4OZ | | | | 1,633.08 |
| 31.000 CS | 1007940026093 9 | Everyday Low Price | | | | |

**Page 3 of 8**

**Unilever**
**Foods & HPC**
**Duns #: 00137892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424627917 |
| Inv Date: | 08/21/2024 |
| Customer P.O.: | 0095538953 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 126.000 CS | 7007940051907 | Dove IS Original Clean 6p Twin 2.6z | | | | 4,467.96 |
| 126.000 CS | 7007940051907 | Everyday Low Price | | | | |
| 60.000 CS | 1002240066775 | TRES SH 24-HR Healthy VOL W/Pump 4p 39z | | | | 1,250.40 |
| 60.000 CS | 1002240066775 | Everyday Low Price | | | | |
| 35.000 CS | 1001111006352 | DV BW Cool MSTR 3p 34z W/Pump | | | | 863.10 |
| 35.000 CS | 1001111006352 | Everyday Low Price | | | | |
| 108.000 CS | 1007940053128 | DV CD Int Rep 4p 25.4z w/pump | | | | 2,414.88 |
| 108.000 CS | 1007940053128 | Everyday Low Price | | | | |
| 40.000 CS | 1007940343687 | DFM APA Adventure 12p 3.8z | | | | 2,126.40 |
| 40.000 CS | 1007940343687 | Everyday Low Price | | | | |
| 84.000 CS | 1007940251609 | DEG AP SHC IS 12 1.6Z | | | | 1,905.12 |
| 84.000 CS | 1007940251609 | Everyday Low Price | | | | |
| 212.000 CS | 1002240013562 | TRES SH/CD Moisture Rich 3(2) 28z | | | | 5,361.48 |
| 212.000 CS | 1002240013562 | Everyday Low Price | | | | |



**Page 4 of 8**

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

**INVOICE**
**Invoice #:** 9424627917
**Inv Date:** 08/21/2024
**Customer P.O.:** 0095538953
**Purchase Order Date:** 07/29/2024
**Customer Account:** 0030341802

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier

**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 135.000 CS | 1001111519081 | Dove Bar CM 6(6) 19.02z | | | | 4,932.90 |
| 135.000 CS | 1001111519081 | Everyday Low Price | | | | |
| 47.000 CS | 1007940078888 | DV SH Dryness + Itch Relief 6p 12z | | | | 1,015.20 |
| 40.000 CS | 1007940670257 | DFW APA UC Black+ White Pure CLN 12p 3.8z | | | | 2,136.00 |
| 40.000 CS | 1007940670257 | Everyday Low Price | | | | |
| 46.000 CS | 1001111006413 | Dove BW Shea Butter 3p 34z W/Pump | | | | 1,134.36 |
| 46.000 CS | 1001111006413 | Everyday Low Price | | | | |
| 216.000 CS | 10305210324722 | Qtips Swabs 12p 375ct | | | | 6,972.48 |
| 216.000 CS | 10305210324722 | Everyday Low Price | | | | |
| 34.000 CS | 1007940461695 | Axe IS Phoenix 12p 1.7z | | | | 779.28 |
| 34.000 CS | 1007940461695 | Everyday Low Price | | | | |
| 20.000 CS | 10764302017704 | SM JBCO LV IN CD STRNGTH+ RST 12p 11.5flz | | | | 1,766.40 |
| 20.000 CS | 10764302017704 | Everyday Low Price | | | | |



**Unilever**
**Foods & HPC**
Duns #: 001378892

Remit To: 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| Invoice #: | 9424627917 |
| Inv Date: | 08/21/2024 |
| Customer P.O.: | 0095538953 |
| Purchase Order Date: | 07/29/2024 |
| Customer Account: | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance. Authorization to return merchandise must be received from the Unilever sales representative.

Bill-To: BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

Ship-To: BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

Shipped From: Newville PA
Est Delivery Date: 08/22/2024
Shipped Via: Schneider National Carrier
Delivery Note: 420172197
Sales Territory: 2A100 ALT CHANNELS - HARD

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 160.000 CS | 1007940046O957 | DV SH/CD Daily Moisture 4(2) 12z | | | | 3,609.60 |
| 160.000 CS | 1007940046O957 | Everyday Low Price | | | | |
| 75.000 CS | 10305210221274 | Qtips Purse Pack 36 30ct | | | | 3,132.00 |
| 75.000 CS | 10305210221274 | Everyday Low Price | | | | |
| 37.000 CS | 10011111020600 | DMC BW Extra Fresh 4p 30z/887mL | | | | 1,147.00 |
| 37.000 CS | 10011111020600 | Everyday Low Price | | | | |
| 192.000 CS | 10011111044309 | CRS BW Daily Silk 4(2) 20z | | | | 6,028.80 |
| 192.000 CS | 10011111044309 | Everyday Low Price | | | | |
| 168.000 CS | 10011111041438 | CRS BW Daily Silk 4p 20z | | | | 3,104.64 |
| 168.000 CS | 10011111041438 | Everyday Low Price | | | | |
| 56.000 CS | 10011111041407 | CRS BW Black Orchid Patchouli Oil 4p 20z | | | | 1,034.88 |
| 56.000 CS | 10011111041407 | Everyday Low Price | | | | |
| 66.000 CS | 10764302290619 | SM CH Frizz-Free Curl Mousse 12p 7.5z | | | | 5,829.12 |
| 66.000 CS | 10764302290619 | Everyday Low Price | | | | |
| 39.000 CS | 10022400009862 | TRES HS Total Volume 6p 11z | | | | 1,181.70 |

Page 6 of 8

**Unilever**
**Foods & HPC**
**Duns #: 001378892**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

| INVOICE | |
|---|---|
| **Invoice #:** | 9424627917 |
| **Inv Date:** | 08/21/2024 |
| **Customer P.O.:** | 0095538953 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| Quantity | Material | Description | UOM Price | Gross Amount | Off-Inv | Net Amount |
|---|---|---|---|---|---|---|
| 39.000 CS | 1002240009862 | Everyday Low Price | | | | 3,104.64 |
| 168.000 CS | 1001111041445 | CRS BW Peony Almond Blossom 4p 20z | | | | |
| 168.000 CS | 1001111041445 | Everyday Low Price | | | | 2,918.40 |
| 240.000 CS | 1007704303098 | STIVES BW Oat + Shea Butter 4p 22z/650mL | | | | |
| 240.000 CS | 1007704303098 | Everyday Low Price | | | | 2,334.72 |
| 192.000 CS | 1007704303050 | Stives BW Sea SLT PCIFC KLP 4p 22z/650mL | | | | |
| 192.000 CS | 1007704303050 | Everyday Low Price | | | | 1,918.08 |
| 72.000 CS | 1007940462012 | DV M 2n1 Thick to Strong 4p 25.4z Pump | | | | |
| 72.000 CS | 1007940462012 | Everyday Low Price | | | | 5,966.10 |
| 105.000 CS | 1001111005591 | Dove Bar White 6(10) 90G/3.17z Pack | | | | |
| 105.000 CS | 1001111005591 | Everyday Low Price | | | | 950.04 |
| 26.000 CS | 1001111403892 | DV Bar EXF 6(6) 19.02z | | | | |
| 26.000 CS | 1001111403892 | Everyday Low Price | | | | 480.74- |

**Unilever**
**Foods & HPC**
**Duns #: 001378842**

**Remit To:** 88069 EXPEDITE WAY
CHICAGO IL 60695-0001

Unilever

**Bill-To:** BIG LOTS STORES INC

300 PHILLIPI ROAD
P.O. BOX DEPT 922
COLUMBUS OH 43228

**Ship-To:** BIG LOTS - TREMONT

50 RAUSCH CREEK ROAD
TREMONT PA 17981

**Payment Terms: 1% 14 N 15 Check Cash in Bank**
Funds in Bank/Based on Receipt of Goods except in HI

| INVOICE | |
|---|---|
| **Invoice #:** | 9424627917 |
| **Inv Date:** | 08/21/2024 |
| **Customer P.O.:** | 0095538953 |
| **Purchase Order Date:** | 07/29/2024 |
| **Customer Account:** | 0030341802 |

To assure prompt crediting of your account, please indicate the invoice number, exactly as shown, on your remittance.

**Shipped From:** Newville PA
**Est Delivery Date:** 08/22/2024
**Shipped Via:** Schneider National Carrier
**Delivery Note:** 420172197
**Sales Territory:** 2A100 ALT CHANNELS - HARD

Claims for damage and shortage must be made on receipt of goods and be supported by Delivery Receipt or Freight Bill with exceptions noted by carrier. All other Claims Must be supported by proper explanation/reason on remittance.
Authorization to return merchandise must be received from the Unilever sales representative.

Eligible for a 1% CD of $ 1,321.21 if cash in bank by 09/04/24

Based on Receipt of Goods Per Shipment

| Total Quantity | Total Cases | Total Weight(LB) | Gross $ Amount | Total $ Amount |
|---|---|---|---|---|
| 4,775.000 | 4,775.000 | 33,053.522 | | 132,121.18 |

**Page 8 of 8**