**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE, DEMAND FOR**
**NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Duane Morris LLP, acting by and through attorneys Marcus O. Colabianchi, Esq. and Drew S. McGehrin, Esq., hereby appears in the above-captioned case on behalf of HART ESTATE INVESTMENT COMPANY, a California general partnership ("Hart") pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) and § 1109(b) of the Bankruptcy Code, and requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the aforementioned attorneys pursuant to Bankruptcy Rule 2002(g) as follows:

| | |
|---|---|
| Drew S. McGehrin, Esq. | Marcus O. Colabianchi, Esq. |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 1201 N. Market Street, Suite 501 | Spear Tower |
| Wilmington, DE 19801 | One Market Plaza, Suite 2200 |
| Telephone: (302) 657-4900 | San Francisco, CA 94105-1127 |
| E-mail: dsmcgehrin@duanemorris.com | Telephone: (415) 957-3101 |
| | E-mail: mcolabianchi@duanemorris.com |

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, discovery, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which relate to the above-captioned case and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Hart's: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Hart is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,

Dated: September 18, 2024

*/s/ Drew S. McGehrin*
Drew S. McGehrin, Esq. (DE Bar No. 6508)
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
E-mail: dsmcgehrin@duanemorris.com

*Counsel to Hart Estate Investment Company, a California general partnership*