# **EXHIBIT E**

## **Tax Compliance Addendum**



June 26, 2024

Steve Hutkai
Big Lots Stores, LLC
4900 E Dublin Granville Road
Westerville, OH 43081

Dear Mr. Hutkai,

This addendum (the "Addendum"), dated as of June 26, 2024 (the "Effective Date"), is issued pursuant to, and incorporates herein, the Statement of Work dated March 29, 2024 (the "SOW") by and between Big Lots Stores, LLC ("you" or "Client") and the PwC US firm named therein. For purposes of this Addendum, the terms "we", "us" or "PwC" in the SOW and this Addendum mean PwC US Tax LLP. Any term not otherwise defined herein shall have the meaning ascribed to it in the SOW. To the extent that there is an express conflict or inconsistency between the SOW and the Addendum, the terms and conditions will govern in the following order: (i) this Addendum, and (ii) the SOW. Client and PwC hereby agree to amend the SOW to include the following provisions as of the Effective Date.

PwC will provide assistance in the preparation of the seven (7) additional state income tax returns listed in Exhibit 1. PwC's additional fee for the services will be $5,000.

Client shall not provide PwC with personal information.

All other terms and conditions of the Agreement shall remain in full force and effect.

\* \* \* \* \*

We are pleased to have the opportunity to provide services to you. If you have any questions about this Addendum, please discuss them with me at the number below. If this Addendum is in accordance with your understanding of our engagement, please sign and date the Addendum as provided and return it to the undersigned as requested.

Very truly yours,

PwC US Tax LLP

By: *Craig Keller*
    ———————————————————
    DocuSigned by: 2A8A678B318D426...

Craig Keller, Partner
+1 330-705-0237

Date:    6/26/2024

---

*PwC US Tax LLP, www.pwc.com/us*
*41 South High Street, Suite 2500, Columbus, OH 43215-3406, (T): 614-225-8700, (F): 614-224-1044*



Big Lots Stores, LLC
June 26, 2024

_____

BL Addendum Exhibit

**Big Lots Stores, LLC**

By:  *Steve Hutkai* (DocuSigned by: 0D00ADAF45F141E...)
_____

Name:  Steve Hutkai
_____

Title:  Vice President, Tax & Treasurer
_____

Date:  6/27/2024
_____



Big Lots Stores, LLC
June 26, 2024

**Exhibit I - Big Lots Stores, LLC (formerly Big Lots Stores, Inc.)**

**Addendum**

**Listing of Returns to be Prepared – State**

| Entity Name | Jurisdiction | Return Form | Paper or Electronic Filing | Filing Method | Return Type |
|---|---|---|---|---|---|
| Big Lots, Inc. and Subsidiaries | Texas | 05-158 | Paper | Consolidated | Income |
| Big Lots F&S, LLC | California | 568 | E-file | Separate | LLC |
| Big Lots Stores - PNS, LLC | California | 568 | E-file | Separate | LLC |
| Big Lots eCommerce, LLC | California | 568 | E-file | Separate | LLC |
| Great Basin, LLC | California | 568 | E-file | Separate | LLC |
| Big Lots Management, LLC | California | 568 | E-file | Separate | LLC |
| AVDC, LLC | California | 568 | E-file | Separate | LLC |