## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.* | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Rick A. Steinberg, Esquire, to represent Creditor, Ocean Network Express (North America) Inc.

Dated: September 19, 2024              */s/ Daniel C. Kerrick*
                                       Daniel C. Kerrick (DE Bar I.D. No. 5027)
                                       HOGAN McDANIEL
                                       1311 Delaware Avenue
                                       Wilmington, DE 19806
                                       dckerrick@dkhogan.com
                                       302-656-7540

### CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

                                       */s/ Rick A. Steinberg*
                                       Rick A. Steinberg (NJ Bar I.D. No. 031711989)
                                       Price Meese Shulman & D'Arminio, P.C.
                                       50 Tice Blvd, Suite 380
                                       Woodcliff Lake, NJ 07677
                                       201-391-3737
                                       rsteinberg@pricemeece.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.