## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.* | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors.[1] | ) | |
| _____ | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO:** ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), Ocean Network Express (North America) Inc., through its counsel, Price Meese Shulman & D'Arminio, P.C., hereby appears in the above-captioned case and requests that all notices and papers served or required to be served in the case be served upon the following:

Rick A. Steinberg, Esq.
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Email: rsteinberg@pricemeese.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above, but also includes, without limitation, a demand for any and all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail delivery, telephone, telecopier, or otherwise, which affects the Debtors or the property of the Debtors.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Dated: Woodcliff Lake, New Jersey
September 19, 2024

        **PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

        */s/ Rick A. Steinberg*
        Rick A. Steinberg (NJ Bar I.D. No. 031711989)
        50 Tice Boulevard, Suite 380
        Woodcliff Lake, New Jersey 07677
        Tel. (201) 391-3737
        Fax (201) 391-9360
        Email: rsteinberg@pricemeese.com
        Attorneys for Ocean Network Express
        (North America) Inc.