## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mark B. Conlan, Esq. of Gibbons P.C. to represent Roundtripping Ltd. in these cases.

Dated: September 17, 2024

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Tel: (302) 518-6300
Email: kearle@gibbonslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bars of NJ, NY, PA, MA & ID, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Mark B. Conlan*
Mark B. Conlan
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4545
Facsimile: (973) 639-6356
Email: mconlan@gibbonslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: September 19th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE