**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BIG LOTS, INC, *et al.*[1] | : | Case No. 24-11967 (JKS) |
| | : | |
| *Debtors* | : | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

Dana S. Plon, Esquire hereby enters her appearance for ARD West Whiteland LLC and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

/s/ *Dana S. Plon*
DANA S. PLON, ESQUIRE
Pennsylvania Identification No. 80361

Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

September 19, 2024

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Base, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0390); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43018.