**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| BIG LOTS, INC., *et al.,*[1] | Case No. 24-11967 (JKS) |
| Debtor. | (Jointly administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**PLEASE TAKE NOTICE THAT** the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A, pursuant to Section 1109(b) of title 11 of the United States Code, rules 2002, 3017 (a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby enters its appearance as attorneys for **EDIFIS USC, LLC** and **EDIFIS LJC, LTD**, (collectively "Edifis") with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> Eric J. Silver, Esq.
> Stearns Weaver Miller, et al.
> 150 West Flagler Street, Suite 2200
> Miami, Florida 33120
> Phone: 305.789.4175
> Email: esilver@stearnsweaver.com

Edifis hereby request that all notices required to be given be given to Edifis by due service upon its undersigned attorneys, Weaver Miller Weissler Alhadeff & Sitterson, P.A, at the address stated above.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

DATED:  September 19, 2024              Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
*/s/ Eric J. Silver*
Eric. J. Silver, Esq,
150 West Flagler Street, Suite 2200
Miami, Florida 33120
Phone: 305.789.4175
Email: esilver@stearnsweaver.com

*Counsel to Edifis, USC, LLC and Edifis LJC, LTD*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being filed electronically via the Court's CM/ECF website on September 19, 2024.  I further certify that the document will be served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case.

*/s/ Eric J. Silver*
ERIC J. SILVER, ESQ.