## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BIG LOTS, INC., *et al.* | : Case No. 24-11967 (JKS) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Kindly enter the appearance of Seth A. Niederman, Esquire and Michael G. Menkowitz, Esquire of Fox Rothschild LLP as counsel to Edgewater Park Urban Renewal, LLC in the above captioned matter. In accordance with Bankruptcy Rule 2002, counsel requests that all notices and papers served in this case be delivered to and served upon the following, and that the following be added to the general matrix and all special or limited matrices in this matter:

>Seth A. Niederman, Esquire
>Fox Rothschild LLP
>1201 N. Market Street, Suite 1200
>Wilmington, DE  19801
>Tel: 302-654-7444/Fax: 302-656-8920
>sniederman@foxrothschild.com

>and

>Michael G. Menkowitz, Esquire
>Fox Rothschild LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA  19103
>Tel: 215-299-2756/Fax: 215-299-2150
>mmenkowitz@foxrothschild.com

[Signature page to follow]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

162746171.1

FOX ROTHSCHILD LLP

<u>/s/  Seth A. Niederman</u>
Seth A. Niederman, Esquire (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Tel: 302-654-7444/Fax: 302-656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel: 215-299-2756/Fax: 215-299-2150
mmenkowitz@foxrothschild.com
Counsel to Edgewater Park Urban Renewal, LLC

Date:  September 19, 2024

162746171.1