**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., *et al*. | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of J. Ellsworth Summers, Jr., Esquire to represent CTO Realty Growth, Inc. in this action.

Dated:  September 19, 2024

**BURR & FORMAN LLP**

/s/  *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2300
Email: jfalgowski@burr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated:  September 19, 2024

/s/ *J. Ellsworth Summers, Jr.*
 J. Ellsworth Summers, Jr.
BURR & FORMAN LLP
50 North Laura Street, Suite 3000
Jacksonville, FL  32202
Telephone:  (904) 232-7203
Email:  esummers@burr.com,

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.