IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER GRANTING MOTION OF SOUTHPOINT PLAZA, L.L.C. AND GKKI, L.L.C. (I) TO COMPEL DEBTORS TO IMMEDIATELY ASSUME OR REJECT A LEASE OF NON-RESIDENTIAL REAL PROPERTY; (II) COMPEL PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b); AND (III) COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3)**

Upon consideration of the *Motion of Southpoint Plaza, L.L.C. and GKKI, L.L.C (I) to Compel Debtors to Immediately Assume or Reject a Lease of Non-Residential Real Property; (II) Compel Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Compel Debtors to Comply with Their Obligations Under 11 U.S.C. § 365(d)(3)* (the "Motion") seeking entry of an order, and any response thereto; and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Debtors shall indicate their intention to assume or reject the Lease[2] within three (3) days of entry of this Order.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin☐Granville Road, Columbus, OH 43081.

[2] Capitalized terms used herein shall bear the meaning ascribed to such terms in the Motion.

16944044/1

2

3.     The Debtors are compelled to immediately pay all post-petition administrative rent and additional rent due under the Lease for the period of September 9 to September 30 pursuant to 11 U.S.C. § 503(b).

4.     The Debtors are compelled to timely perform all obligations under the Lease as such obligations come due under the Lease pursuant to 11 U.S.C. 365(d)(3).

5.     This Court retains exclusive jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.