IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, [1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Motion of Southpoint Plaza, L.L.C. and GKKI, L.L.C. (I) to Compel Debtors to Immediately Assume or Reject a Lease of Non-Residential Real Property; (II) Compel Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Compel Debtors to Comply with Their Obligations Under 11 U.S.C. § 365(d)(3)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail or First-Class mail on the parties indicated on the attached service list.

                                              */s/ Carl N. Kunz, III*
                                              Carl N. Kunz, III (DE Bar No. 3201)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

16945261/1

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 3M Company | Attn: Colby Ring | Po Box 371227 | | Pittsburgh | PA | 15250-7227 | | CRING@MMM.COM |
| Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | 1700 Redbud Blvd | Ste 300 | McKinney | TX | 75069 | | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| All Courtesy Int'L Ltd | Attn: Jlie Zhu | Flat/Rm E9F Hollywood Centre | Tst Kowlong | Hong Kong | | 999077 | China | JULIE@CENTRESKY.COM.CN |
| Ameriwood Industries | Attn: Norman Braunstein - Ceo | 410 E First St. South | | Wright City | MO | 63390 | | NORMAN.BRAUNSTEIN@DOREL.COM |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue | 8th Floor | Wilmington | DE | 19801 | | GTaylor@ashbygeddes.com |
| Ashley Furniture | Attn: Todd Wanek | PO Box 190 | | ArCADia | WI | 54612-0190 | | TWANEK@ASHLEYFURNITURE.COM |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801-3034 | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | 125 East Jefferson Street | | Syracuse | NY | 13202 | | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | | nferland@barclaydamon.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | | sfleischer@barclaydamon.com |
| BARNES & THORNBURG LLP | Attn: David A. Hall | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503-2694 | | david.hall@btlaw.com |
| BARNES & THORNBURG LLP | Attn: Kevin G. Collins | 222 Delaware Avenue | Suite 1200 | Wilmington | DE | 19801 | | kevin.collins@btlaw.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | | ejohnson@bayardlaw.com |
| Big Avca Owner LLC | Attn: Drew Wides | C/O Blue Owl Real Estate Capital Llc | 30 North Lasalle, Suite 4140 | Chicago | IL | 60602 | | DREW.WIDES@BLUEOWL.COM |
| Big Lots, Inc. | Attn: President/General Counse | 4900 E. Dublin-Granville Road | | Columbus | OH | 43081 | | |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |
| Blank Rome, LLP | Attn: Attn: Regina Kelbon | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | regina.kelbon@blankrome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | 575 Underhill Blvd | Suite 118 | Syosset | NY | 11791 | | wlevant@kaplaw.com<br>schin@borgeslawllc.com |
| Boston Warehouse Corp | Attn: Alan Kanter | 59 Davis Ave | | Norwood | MA | 02062-3031 | | ALAN.KANTER@BWTC.COM |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | | treardon@brouse.com |
| Broward County | Attn: Andrew J. Meyers | 115 South Andrews Avenue | Governmental Center, Suite 423 | Fort Lauderdale | FL | 33301 | | sandron@broward.org |
| Building Air Services Hvac LLC | Attn: Steve Boose | 10460 68Th St North | | Pinellas Park | FL | 33782-2360 | | SBOOSE@COOLSYS.COM |
| Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | jhaithcock@burr.com |
| Carlington Industries Limited | Attn: Billy Yu - Principle | Room 1114 Sincere House 83 Argyle | | Hong Kong | | | Hong Kong | BILLY@CARLINGTON.COM.TW |
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | Two International Place | | Boston | MA | 02110 | | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | 450 Lexington Avenue | | New York | NY | 10017 | | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| Dell Financial Services LLC | Attn: Mark Hoeck | Po Box 5292 | | Carol Stream | IL | 60197-6547 | | MARK.HOECK@DELL.COM |
| Elite Comfort Solutions | Attn: Matt Wallace | | | Conover | NC | 28613 | | MWWallace@elite-cs.com |
| Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 | | mgottfried@elkinskalt.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard | 12th Floor | Beverly Hills | CA | 90212 | | bmoldo@ecjlaw.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Esi Cases And Accessories Inc | Attn: Maria Torres | 44 E 32Nd St  6Th Floor | | New York | NY | 10016-5508 | | JET@ESICELLULAR.COM |
| Everstar Merchandise Co | Attn: Andy Pan | Unit 12 13 11F Hatbour | | Kowloon | | CNTR TWR1 | China | PAN4190@HOTMAIL.COM |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | 1327 W. Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Fusion Furniture Inc. | Attn: Mark Weber - Ceo | Po Box 734183 | | Dallas | TX | 75373-4183 | | MWEBER@SOUTHERNMOTION.COM |
| Fxi Inc | Attn: Harold Early Ceo/ Kevin Blossom Gm | Po Box 747067 | | Atlanta | GA | 30374-7067 | | KBLOSSOM@FXI.COM, HEARLEY@FXI.COM |
| Gibbons P.C. | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801-1671 | | kearle@gibbonslaw.com |
| Gibbons P.C. | Attn: Mark Conlan | One Gateway Center | | Newark | NJ | 07102 | | mconlan@gibbonslaw.com |
| Giftree Crafts Co Ltd | Attn: Joe Peng | No 50 Fagang Development | | Shenzhen Guangdong | | | China | JOEPENG@GIFTREE.NET |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | 10575 North 114th Street | Suite 115 | Scottsdale | AZ | 85259 | | rbird@gilbertbirdlaw.com |
| Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | | tannweiler@greerherz.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | ridebitetto@hahnlaw.com |
| Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | 999 Third Avenue | Suite 4600 | Seattle | WA | 98104 | | brian.free@hcmp.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | jdoran@hinckleyallen.com |
| Hongkong Gms Intl Co Ltd | Attn: Carl Guo Owner | 8Th Flr Tianxin Bldg | | Nantong Jiangsu | | | China | Carl@futongtextiles.com |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | |
| Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | 1401 McKinney Street | Suite 1900 | Houston | TX | 77010 | | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com |
| Jonnet National Properties Corporation | Attn: J. Michael McCague | 408 Cedar Avenue | | Pittsburgh | PA | 15212 | | jmm@gmwpclaw.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | 910 Harvest Drive | PO Box 3037 | Blue Bell | PA | 19422 | | wlevant@kaplaw.com |
| Keeco, LLC/22155 | Attn: Steve Henderson Cmo President | Po Box 809207 | | Chicago | IL | 60680 | | shenderson@lkeeco.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Building, Barnabas Business Center | 4650 North Port Washington Road | Milwaukee | WI | 53212-1059 | | swisotzkey@kmksc.com |
| Kroll Restructuring Administration LLC | Attn: Herb Baer, Jessica Berman, Christine Porter | 55 East 52nd Street | 16th Floor | New York | NY | 10055 | | ProjectHilt@ra.kroll.com<br>serviceqa@ra.kroll.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | | kurtzman@kurtzmansteady.com |
| Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | 1007 N. Orange Street | Suite 420 | Wilmington | DE | 19801 | | jcarbino@leechtishman.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@lgbs.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | 100 Northside Square, Suite 700 | | Huntsville | AL | 35801 | | jrich@madisoncountyal.gov |
| Manning Gross + Massenburg LLP | Attn: David P. Primack | 1007 N. Orange Street | Suite 711 | Wilmington | DE | 19801 | | DPrimack@mgmlaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way | Suite 100 | Round Rock | TX | 78665 | | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | | jparsons@mvbalaw.com |
| Millennium Gifts Ltd | Attn: Peter Chuang Vp Sales | Hongfan Building Jiangnan | | Quanzhou Fujian | | | China | PETER@HONGFANGIFTS.COM |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | rmersky@monlaw.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | 1201 N. Market Street, 16th Floor | | Wilmington | DE | 19801 | | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com csawyer@morrisnichols.com |
| Ningbo Electrical Appliance Co., Lt | Attn: John Link | No 758 Kaifa East Zhouxiang | | Cixi Ningbo | | | China | john.link@gdhwd.com |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | Linda.Casey@usdoj.gov |
| Offit Kurman PA | Attn: Brian J McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | | brian.mclaughlin@offitkurman.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | 230 Park Ave Ste 29 | | New York | NY | 10169 | | csimon@otterbourg.com jdrew@otterbourg.com shautzinger@otterbourg.com |
| Pan Asian Creations Limited | Attn: Stephen Lee | 5F-6 No 294 Sec 1 Dunhua S Rd | Da-An Dist | Taipei | | | Taiwan | stephen@pan-asian.com.hk |
| Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | Court Plaza South, East Wing | 21 Main Street, Suite 200 | Hackensack | NJ | 07601 | | dsklar@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | 824 North Market Street, Suite 800 | | Wilmington | DE | 19801 | | jbarsalona@pashmanstein.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E. Border Street, Suite 640 | | Arlington | TX | 76010 | | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd., Suite 640, LB 40 | | Garland | TX | 75042 | | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | P.O. Box 8188 | | Wichita Falls | TX | 76307 | | wichitafalls@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | PO Box 9132 | | Amarillo | TX | 79105 | | amabkr@pbfcm.com acordova@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | PO Box 2916 | | McAllen | TX | 78502 | | edinburgbankruptcy@pbfcm.com |
| Polygroup Evergreen Limited | Attn: Ricky Tong | Unit 606, Fairmont House | | Hong Kong | | | China | RICKY.TONG@POLYGROUP.COM |
| Ppj LLC | Attn: Phil Mccarty - Ceo | 2 Carsha Drive | | Natick | MA | 01760-4658 | | PHIL.MCCARTY@CUSTOMATICBEDS.COM |
| Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | | tim@rashtiandmitchell.com dkrm@aol.com donna@rashtiandmitchell.com |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | knight@rlf.com collins@rlf.com javorsky@rlf.com |
| Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower | 7 Times Sq, Suite 2506 | New York | NY | 10036 | | SFox@riemerlaw.com |
| Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | River Ridge 9040 Roswell Rd | Suite 205 | Atlanta | GA | 30350 | | brogers@berlawoffice.com skuperberg@berlawoffice.com |
| Round Tripping Ltd | Attn: Sheryl Ting | 14/F Shui Centre 6-8 Harbour Rd. | | Wanshai | | | Hong Kong | SHERYL@FIRSTE.COM.HK |
| Saul Ewing LLP | Attn: Monique B. DiSabatino | 1201 North Market Street Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 | | monique.disabatino@saul.com |
| Saul Ewing LLP | Attn: Turner N Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | | turner.falk@saul.com |
| Sealy Inc | Attn: Steve Rusing - President | Po Box 931855 | | Atlanta | GA | 31193-1855 | | STEVE.RUSING@TEMPURSEALY.COM |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | secbankruptcy@sec.gov |
| Serta Inc | Attn: Mark Genender - Chairman | 2600 Forbs Ave | | Hoffman Estates | IL | 60192-3723 | | MGENENDER@SERTASIMMONS.COM |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | mshriro@singerlevick.com |
| Singsong International Trade Co Lim | Attn: Sunny Zhang | Room 1405A 14/F Lucky Centre | | | | | China | SUNNY@SINGSONG.COM.CN |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | | dplon@sirlinlaw.com |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | |
| State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | AGINFO@AZAG.GOV |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | |
| State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | BANKRUPTCY@COAG.GOV |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10Th Floor | Denver | CO | 80203 | | |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | ATTORNEY.GENERAL@STATE.DE.US |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | |
| State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, Sw | | Atlanta | GA | 30334-1300 | | |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | | HAWAIIAG@HAWAII.GOV |
| State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | |
| State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5Th Floor | Indianapolis | IN | 46204 | | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | WEBTEAM@AG.IOWA.GOV |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 Sw 10Th Ave., 2Nd Floor | | Topeka | KS | 66612-1597 | | |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | |
| State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333-0000 | | |
| State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | OAG@OAG.STATE.MD.US |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | | |
| State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7Th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | MIAG@MICHIGAN.GOV |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | | |
| State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | Po Box 201401 | Helena | MT | 59620-1401 | | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | AGO.INFO.HELP@NEBRASKA.GOV |
| State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301-0000 | | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | |
| State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | |
| State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | NDAG@ND.GOV |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14Th Floor | | Columbus | OH | 43215 | | |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 Ne 21St Street | | Oklahoma City | OK | 73105 | | |
| State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street Ne | | Salem | OR | 97301 | | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16Th Floor | Harrisburg | PA | 17120 | | |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903-0000 | | |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | Po Box 142320 | | Salt Lake City | UT | 84114-2320 | | bankruptcy@agutah.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | | AGO.BANKRUPTCIES@VERMONT.GOV |
| State of Virginia Attorney General | Attn: Bankruptcy Department | Financial Recovery Section | Post Office Box 610 | Richmond | VA | 23218-0610 | | |
| State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. Se | P.O. Box 40100 | Olympia | WA | 98504-0100 | | |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | 17 West Main Street, Post Office Box 7857 | Madison | WI | 53707 | | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24Th Street | Cheyenne | WY | 82002 | | |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | | streusand@slollp.com |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | | jrhodes@tlclawfirm.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | | brost@tspclaw.com |
| Topmost Design Co Ltd | Attn: Lindbergh Lin | 3Fl-19, No.3 Tien Mou Rd | | Taipei | | | Taiwan | LINDBERGH@ELUCEO.COM.TW |
| Twin Star International | Attn: Heather Brown | 1690 S Congress Ave Ste 210 | | Delray Beach | FL | 33445-6330 | | HBROWN@TWINSTARHOME.COM |
| U.S. Attorney for Delaware | Attn: David C. Weiss | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov |
| UB Greensfelder LLP | Attn: Randall F. Scherck | 10 S. Broadway | Suite 2000 | St. Louis | MO | 63102 | | rscherck@ubglaw.com |
| United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | | |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 150 Ottawa Avenue, NW, Suite 1500 | | Grand Rapids | MI | 49503 | | gtoering@wnj.com |
| Washington DC Attorney General | Attn: Bankruptcy Department | 441 4Th Street, Nw | | Washington | DC | 20001 | | OAG@DC.GOV |
| Werb & Sullivan | Attn: Brian A. Sullivan | 1225 N King Street | Suite 600 | Wilmington | DE | 19801 | | bsullivan@werbsullivan.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 24 Greenway Plaza, Suite 2050 | | Houston | TX | 77046 | | jcarruth@wkpz.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | 600 North King Street, Suite 300 | | Wilmington | DE | 19801 | | sgerald@whitefordlaw.com |
| Zest Garden Limited | Attn: Nina Truong - President | 10F No 143 Shih Shang Rd | | Taipei | | | Taiwan | NINA@CONCORDCITYA.COM |
| Zhejiang Hengtai Crafts | Attn: Cain Wang | Hehua Rd Baihuashan Industrial Are | | Yiwu Zhejiang | | | China | CAIN@CHRISTMASCN.COM |