**Exhibit A to Post-Auction Notice**

**Successful and Backup Bidder List**

| LEASE ASSET(S) | LEASE COUNTERPARTY | SUCCESSFUL BIDDER | TYPE OF AGREEMENT | BACKUP BIDDER | PRICE | CURE |
|---|---|---|---|---|---|---|
| #4634, 17510 N 75th Ave., Glendale, AZ | Glendale Arrowhead, LLC | Glendale Arrowhead, LLC | Lease Termination | N/A | $56,674 | $56,674 |
| #4667, 2840 E Main St., STE 109, Mesa, AZ | RED MOUNTAIN ASSET FUND I, LLC | Burlington Coat Factory Warehouse Corporation | Assignment Agreement | N/A | $95,712 | $25,024 |
| #4754, 1085 Bellevue Rd, Atwater, CA | Ethan Conrad | Ethan Conrad[1] | Lease Termination | N/A | $28,661 | $28,661 |
| #4739, 951 W Pacheco Blvd, Los Banos, CA | Ethan Conrad | Ethan Conrad[1] | Lease Termination | N/A | $33,690 | $33,690 |
| #4283, 665 Fairfield Dr, Merced CA | Ethan Conrad | Ethan Conrad[1] | Lease Termination | N/A | $50,000 | $18,088 |
| # 1918, 8700 La Riviera Dr, Sacramento, CA | Ethan Conrad | Ethan Conrad[1] | Lease Termination | N/A | $36,161 | $36,161 |
| #4054, 1417 S Broadway, Santa Maria, CA | Mideb Nominees, Inc. | Burlington Coat Factory Warehouse Corporation | Assignment Agreement | N/A | $95,712 | $81,835 |
| #4749, 1840 Countryside Dr, Turlock, CA | NINE ISLAND 11, LLC | Burlington Coat Factory Warehouse Corporation | Assignment Agreement | N/A | $95,712 | $59,143 |
| #1659, 3426 Kohler Memorial Dr, Sheboygan, WI | Plankview Green Development, LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $64,000 | $14,000 |

---

[1] The bids received for these four (4) Lease Assets were received shortly after the bid deadline from the landlord. They were the only bids received for these Lease Assets. In the exercise of their business judgment, the Debtors have determined it is in the best interest of their estates and parties in interest to accept these bids and designate the landlord, Ethan Conrad, as the successful bidder for each of these Lease Assets.

| | | | | | | |
|---|---|---|---|---|---|---|
| #5147, 1470 Pleasant Valley Rd, Manchester, CT | Plaza at Buckland Hills, LLC | Burlington Coat Factory Warehouse Corporation | Assignment Agreement | N/A | $95,712 | $24,171 |
| #5169, 34940 Emerald Coast Pkwy, Destin, Fl | Paradise Isle Destin, LLC | Paradise Isle Destin, LLC | Lease Termination | N/A | $54,687 | $45,964 |
| #4635, 340 Summit Drive, Lockport IL | Gator Lockport LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $65,198 | $15,198 |
| #4735, 616 W Johnson St, Fond Du Lac, WI | NS Retail Holdings, LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $73,719 | $23,719 |
| #5457, 3331 Corridor Marketplace, Laurel, MD | Corridor Market Place, LLC | American Signature, Inc. | Assignment Agreement | N/A | $125,761 | $25,761 |
| #4767, 1690 S Main St, West Bend, WI | Spirit Realty LP | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $93,750 | $43,750 |
| #4764, 751 Upper Glen St, STE 2, Queensbury, NY | UPPER GLEN STREET ASSOCIATES, LLC | Ocean State Jobbers, Inc. | Assignment Agreement | N/A | $80,000 | $42,307 |
| #5449, 713 E Baltimore Ave, Clifton Heights, PA | Gator Clifton Partners, LTD | Burlington Coat Factory Warehouse Corporation | Assignment Agreement | N/A | $95,712 | $38,389 |
| #5305, 5415 Washington Ave, Mount Pleasant, WI | NH Lakeville LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $94,691 | $44,691 |
| #5415, 7743 Sudley Rd, Manassas, VA | Agree Central, LLC | Agree Central, LLC | Lease Termination | American Signature, Inc., $290,000. | $325,000 | $50,181 |
| #5463, 687 Main St, Thomson, GA | Thomson Plaza Shopping Center, LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $77,770 | $27,770 |
| #5477, 339 South Dr, Natchitoches, LA | River South Commons, LLC | Ollie's Bargain Outlet, Inc. | Assignment Agreement | N/A | $90,920 | $40,920 |