Craig T. Mierzwa
Simon PLC Attorneys & Counselors
363 W. Big Beaver Road, Suite 410
Troy, MI 48084
(248) 720-0290
(248) 720-0291 Fax
cmierzwa@simonattys.com
Attorneys for Creditor Norman Owczarkowski

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
_____X

In re:                                                                    Chapter 11
                                                                          Case No.: 24-11967
Big Lots, Inc.,
                                                                          REQUEST FOR SPECIAL NOTICE
            Debtor.
_____X

   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

   I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon me at the following email address: cmierzwa@simonattys.com or by mail to:

Craig T. Mierzwa, Esq.
Simon PLC Attorneys & Counselors
363 W. Big Beaver Road, Suite 410
Troy, MI 48084
(248) 720-0290


Dated: September 20, 2024                 /s/ *Craig T. Mierzwa*
                                          Craig T. Mierzwa