## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 12, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Landlord Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases [Docket No. 151]

Dated: September 18, 2024

*/s/ James Roy*
James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2024, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Exhibit A**

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|------|---------|------|-------|-------------|-------|-------------------|
| CMID_94164 | 1482 EAST 2ND STREET, LLC | LONG, MARSHA, C/O 1ST COMMERCIAL REALTY GROUP, INC., 2009 PORTERFIELD WAY, STE P | UPLAND | CA | 91786 | mlong@1st-comm.com | Overnight Mail and Email |
| CMID_94123 | 1520 NW LEARY WAY LLC | 2407 GIBSON ROAD, LLC, 6404 BLUE HERON CV. | MEMPHIS | TN | 38102 | Justin@Gofflandinc.com | Overnight Mail and Email |
| CMID_94098 | 21ST & MAIN PARTNERS, LLC | C/O NEWMARK MERRILL COMPANIES, 24025 PARK SORRENTO, SUITE 300 | CALABASAS | CA | 91302 | rbanning@newmarkmerrill.com | Overnight Mail and Email |
| CMID_94099 | 21ST & MAIN PARTNERS, LLC | ATTN: CARL CHANG, 30242 ESPERANZA | RANCHO SANTA MARGARITA | CA | 92688 | | Overnight Mail |
| CMID_93642 | 260 VOICE ROAD LLC | 228 PARK AVE S # 81420 | NEW YORK | NY | 10003 | IAN.DEUTSCH@ALDERPROP.COM | Overnight Mail and Email |
| CMID_93643 | 260 VOICE ROAD LLC | C/O PROPERTY MANAGEMENT OF NY, 47-05 METROPOLITAN AVE | RIDGEWOOD | NY | 11385 | IAN.DEUTSCH@ALDERPROP.COM | Overnight Mail and Email |
| CMID_93422 | 5R PARTNERS, LLC | C/O ENGSTROM PROPERTIES, INC, 837 JEFFERSON BLVD | WEST SACRAMENTO | CA | 95691 | | Overnight Mail |
| CMID_94155 | 621 W PRENTICE LLC & HAWTHHORNE APARTMENTS LLC | Peel, David, Attn: David Peel, 42 Tamarade Dr | Littleton | CO | 80127 | dpeel1@aol.com | Overnight Mail and Email |
| CMID_93702 | 8401 MICHIGAN RD, LLC | C/O CHANO REAL ESTATE PARTNERS, LLC, PO BOX 80016 | INDIANAPOLIS | IN | 46280 | katie@chanorep.com | Overnight Mail and Email |
| CMID_93742 | ABA INVESTMENTS, LLC | C/O GALLELLI REAL ESTATE, 3005 DOUGLAS BLVD., #200 | ROSEVILLE | CA | 95661 | | Overnight Mail |
| CMID_94508 | AGREE CENTRAL, LLC | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE | ROYAL OAK | MI | 48073 | dspehar@agreerealty.com | Overnight Mail and Email |
| CMID_94273 | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE | RO | MI | 48073 | dspehar@agreerealty.com | Overnight Mail and Email |
| CMID_94000 | AIM PROPERTY MANAGEMENT | ATTN: MARK PURDOM, 1212 K STREET | MODESTO | CA | 95354 | | Overnight Mail |
| CMID_93979 | ALJACKS LLC | AMANDA STEINBECK, C/O LUKO MANAGEMENT, 5862 BOLSA AVE STE 108 | HUNTINGTON BEACH | CA | 92649 | amanda@luko.com | Overnight Mail and Email |
| CMID_93765 | ANAHEIM HILLS SHOPPING VILLAGE, LLC | c/o REEF REAL ESTATE, 1620 5th AVENUE, STE 770 | SAN DIEGO | CA | 92101 | | Overnight Mail |
| CMID_93891 | ANDERSON WEST LLC | 8621 WILSHIRE BLVD., 2ND FLOOR | BEVERLY HILLS | CA | 90211 | | Overnight Mail |
| CMID_94003 | ARAPAHOE CROSSINGS, LP | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100 | CONSHOHOCKEN | PA | 19428 | | Overnight Mail |
| CMID_94046 | ARCTRUST | 1401 BROAD STREET | CLIFTON | NJ | 07013 | | Overnight Mail |
| CMID_94580 | B&B CASH GROCERY STORES INC | 927 US HIGHWAY 301 SOUTH | TAMPA | FL | 33619-4338 | | Overnight Mail |
| CMID_94393 | B&K ENTERPRISES, INC | 924 E. JUNEAU AVENUE, SUITE 622 | MILWAUKEE | WI | 53202 | ann@alfredbader.com | Overnight Mail and Email |
| CMID_93287 | BACELINE WEST STATE PLAZA LLC | 511 N BROADWAY | DENVER | CO | 80203-3405 | billing@bacelinegroup.com | Overnight Mail and Email |
| CMID_94551 | BCS HOPPER LLC | PO BOX 1628 | ROGERS | AR | 72757-1628 | | Overnight Mail |
| CMID_93871 | BIAGINI PROPERTIES, INC | ATTN: IRENE T. BORJA, 333 W. EL CAMINO REAL, STE 240 | SUNNYVALE | CA | 94084 | IRENE@BIAGINIPROPERTIES.COM | Overnight Mail and Email |
| CMID_93429 | BLANDING VILLAGE I LLC | 921 SW 15 AVENUE UNIT 1 | FORT LAUDERDALE | FL | 33312-7230 | BRANDI.DERMODY@LATPURSER.COM | Overnight Mail and Email |
| CMID_93895 | BOP TELLER, LLC | C/O TWIST REALTY LP, ATTN: ALLISON TWIST, 6136 FRISCO SQUARE BLVD STE 400-441 | FRISCO | TX | 75034-3246 | randytwist@twistrealty.net | Overnight Mail and Email |
| CMID_93231 | BRIXMOR COCONUT CREEK OWNER, LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 200 Ridge Pike, Suite 100 | CONSHOHOCKEN | PA | 19428 | | Overnight Mail |
| CMID_94151 | BRIXMOR GA WASHTENAW FOUNTAIN, LLC | ATTN: VP - REGIONAL LEGAL SERVICES, C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100 | CONSHOHOCKEN | PA | 19428 | | Overnight Mail |
| CMID_94186 | BVA LP SPE LLC | GROHMAN, JACOB, C/O BIG V PROPERTIES LLC, 176 NORTH MAIN ST. STE 210 | FLORIDA | NY | 10921 | JGROHMAN@BIGV.COM | Overnight Mail and Email |
| CMID_93904 | CALIFORNIA PROPERTY OWNER I, LLC | BENNISON, PATRICK C, c/o BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, SUITE 100 | CONSHOHOCKEN | PA | 19428 | | Overnight Mail |

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|------|---------|------|-------|-------------|-------|-------------------|
| CMID_93734 | CANYON CENTER II, INC. | C/O FCM MANAGEMENT CO., LLC, 16641 SHERMAN WAY., SUITE 140 | VAN NUYS | CA | 91406 | | Overnight Mail |
| CMID_94533 | CANYON SPRINGS MARKETPLACE NORTH CORP | 2025 PIIJONEER COURT | SAN MATEO | CA | 94403-1719 | | Overnight Mail |
| CMID_94187 | CARRINGTON CAPITAL LLC | C/O THE CARRINGTON COMPANY, 707 H STREET | EUREKA | CA | 95501 | | Overnight Mail |
| CMID_94088 | CASITAS OCEANSIDE THREE, LP | ATTN: RETAIL COUNSEL, 1775 HANCOCK ST., #200 | SAN DIEGO | CA | 92110 | | Overnight Mail |
| CMID_93618 | CENTEREACH MALL ASSOCIATES 605, LLC. | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010 | JERICHO | NY | 11753 | zcotler@kimcorealty.com | Overnight Mail and Email |
| CMID_93952 | CENTRAL VERMONT SHOPPING CENTER, LLC | 69 COLLEGE STREET, P. O. BOX 6 | BURLINGTON | VT | 05402-0006 | | Overnight Mail |
| CMID_94139 | CGMA DENNIS PORT LLC | C/O CARPIONATO GROUP, 1414 ATWOOD AVENUE | JOHNSTON | RI | 02919 | | Overnight Mail |
| CMID_93845 | CHUB ASSOCIATES | c/o Pacific West Asset Management Corp, PO Box 19068 | Irvine | CA | 92623 | | Overnight Mail |
| CMID_94554 | CORRIDOR MARKET PLACE, LLC | MCKISSICK, TODD, C/O AJ & C GARFUNKEL, 400 MALL BLVD., STE M | SAVANNAH | GA | 31406 | | Overnight Mail |
| CMID_93733 | COUNTRY KHATON | ATTN: HARVEY RUDMAN, P.O. BOX 725 | LAFAYETTE | CA | 94549 | dealprop@aol.com | Overnight Mail and Email |
| CMID_93999 | COVINGTON GROUP, LLC | c/o: ASHTON DEVELOPMENT COMPANY, LLC, 1201 MONSTER ROAD S.W., SUITE 350 | RENTON | WA | 98057 | | Overnight Mail |
| CMID_93273 | CRP/CHI MERRILLVILLE II OWNER, LLC | C/O CROW HOLDINGS INDUSTRIAL, 3889 MAPLE AVENUE, SUITE 300 | DALLAS | TX | 75219 | | Overnight Mail |
| CMID_93986 | DANGOOD-RSM, LP | C/O SOUTHERN CALIFORNIA REAL ESTATE SERV, 15901 RED HILL AVE, SUITE 205 | TUSTIN | CA | 92780 | | Overnight Mail |
| CMID_94550 | DELTA SILVER, LLC | TAYLOR, TY, C/O THE DELTA INTERESTS, LLC, 2 BENNETT STREET | GREENVILLE | SC | 29602 | ty@jordantrotter.com | Overnight Mail and Email |
| CMID_94002 | DESERT SKY ESPLANADE, LLC | C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD, SUITE 110 | PHOENIX | AZ | 85014 | thickey@thepmacorp.com | Overnight Mail and Email |
| CMID_93536 | DORSAN DEVELOPMENTS LIMITED | C/O LEVY REALTY ADVISORS, INC., 4901 NW 17TH WAY, STE 103 | FORT LAUDERDALE | FL | 33309 | | Overnight Mail |
| CMID_93408 | DURHAM PLAZA SHOPPING CENTER, LLC | GAR YUAN, 550 7TH AVE FL 15 | NEW YORK | NY | 10018-3250 | gar@nassimirealty.com | Overnight Mail and Email |
| CMID_94172 | ETHAN CONRAD | Address on File | | | | Email on File | Overnight Mail and Email |
| CMID_93883 | ETHAN CONRAD PROPERTIES | 1300 NATIONAL DRIVE STE 100 | SACRAMENTO | CA | 95834-1981 | accountsreceivable@ethanconradprop.com | Overnight Mail and Email |
| CMID_93735 | ETHAN CONRAD PROPERTIES INC | 1300 NATIONAL DR STE 100 | SACRAMENTO | CA | 95834-1981 | jasmin@ethanconradprop.com | Overnight Mail and Email |
| CMID_93868 | EUCLID SHOPPING CENTER LLC | 508 WEST 30TH STREET, ATTN: LESLIE KERR | NEWPORT BEACH | CA | 92663-3714 | | Overnight Mail |
| CMID_94004 | EXPRESSWAY PARTNERS, LLC | C/O DOERKEN PROPERTIES, INC, 445 SOUTH DOUGLAS STREET, SUITE 100 | EL SEGUNDO | CA | 90245 | sknapp@dpiretail.com | Overnight Mail and Email |
| CMID_93902 | FH ONE INC | 1505 BRIDGEWAY STE 125 | SAUSALITO | CA | 94965-1967 | billing@fhone.net | Overnight Mail and Email |
| CMID_93794 | FIRST MAIN PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100 | EL SEGUNDO | CA | 90245 | ybaltazar@dpiretail.com | Overnight Mail and Email |
| CMID_93948 | FISHER'S LANDING TENANTS-IN-COMMON | C/O HSP PROPERTIES, 915 W 11TH STREET | VANCOUVER | WA | 98660 | | Overnight Mail |
| CMID_93809 | FRANCO PROPERTY MANAGEMENT | 3961 S SEPULVEDA BOULEVARD, SUITE 202 | CULVER CITY | CA | 90231 | | Overnight Mail |
| CMID_94546 | GATOR CLIFTON PARTNERS, LTD. | LEVIN-SAGER, LISA, ATTN: LISA LEVIN-SAGER, 7850 NW 146TH ST, 3RD FLOOR | MIAMI LAKES | FL | 33016 | LSAGER@GATORINV.COM | Overnight Mail and Email |
| CMID_94047 | GATOR LOCKPORT LLC | 7850 NW 146TH STREET 4TH FLOOR | MIAMI LAKES | FL | 33016-1564 | acctsreceivable@gatorinv.com | Overnight Mail and Email |
| CMID_93324 | GC AMBASSADOR ROW LLC | 788 W SAM HOUSTON PARKWAY NORTH SUITE 206, C/O GULF COAST COMMERCIAL GROUP | HOUSTON | TX | 77024 | catherine.rankin@gulfcoastcg.com | Overnight Mail and Email |
| CMID_93325 | GC AMBASSADOR ROW LLC | 3501 SW FAIRLAWN RD STE 200 | TOPEKA | KS | 66614-3975 | | Overnight Mail |

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| CMID_94280 | GGCAL RSC LLC | 3904 BOSTON STREET STE 402 | BALTIMORE | MD | 21224 | GGCRSC@ggcommercial.com | Overnight Mail and Email |
| CMID_94135 | GILROY VILLAGE SHOPPING CENTER LLC | 1952 CAMDEN AVE STE 104 | SAN JOSE | CA | 95124-2816 | | Overnight Mail |
| CMID_94218 | HAUCK HOLDINGS ALEXANDRIA, LLC | C/O HAUCK HOLDINGS LTD, 4334 GLENDALE-MILFORD RD | CINCINNATI | OH | 45242-3706 | | Overnight Mail |
| CMID_93395 | HBL CREST HILL LLC | C/O GS MANAGEMENT COMPANY, 5674 SONOMA DRIVE | PLEASANTON | CA | 94566 | cmachado@gsmanagement.com | Overnight Mail and Email |
| CMID_94086 | H-C NILES DEVELOPERS L.L.C. | C/O NEXT PROPERTY MANAGEMENT, INC, 5215 OLD ORCHARD ROAD SUITE 880 | SKOKIE | IL | 60077 | kpinta@nextrealty.com | Overnight Mail and Email |
| CMID_94006 | HCL 3rd & Bell LLC | C/O HAAGEN COMPANY, 12302 EXPOSITION BLVD | LOS ANGELES | CA | 90064 | accounting@haagenco.com | Overnight Mail and Email |
| CMID_94059 | HH-LAVEEN, LLC | C/O HINKSON COMPANY, 5050 N. 40TH STREET SUITE 350 | PHOENIX | AZ | 85018 | Courtney@HinksonCo.com | Overnight Mail and Email |
| CMID_94241 | HIGHLAND MANAGEMENT COMPANY | ATTN: DAVID MARTIN, 310 YORKTOWN PLAZA | ELKINS PARK | PA | 19027 | jrisler@hdggroup.com | Overnight Mail and Email |
| CMID_94509 | HONIGMAN LLP | ATTN: LOWELL D. SALESIN, ESQ, 39400 WOODWARD AVE, SUITE 101 | BLOOMFIELD HILLS | MI | 48304 | lsalesin@honigman.com | Overnight Mail and Email |
| CMID_93864 | INTERNATIONAL HOLDINGS PROPERTY GROUP LLC | C/O A STREET PARTNERS, 15031 PARKWAY LOOP, STE A | TUSTIN | CA | 92780 | scott@astreetpartners.com | Overnight Mail and Email |
| CMID_94547 | ISRAM PRADO, LLC | VALEA, ALICIA, C/O ISRAM REALTY GROUP, 506 SOUTH DIXIE HIGHWAY | HALLANDALE | FL | 33009 | avalea@isramrealty.com | Overnight Mail and Email |
| CMID_93953 | JBK VENTURES, LLC | C/O MJR DEVELOPMENT, 6725 116TH AVE. NE, SUITE 100 | KIRKLAND | WA | 98033 | mikem@mjrdevelopment.com | Overnight Mail and Email |
| CMID_93807 | JEFFREY T. OBERMAN, ESQ. | Address on File | | | | | Overnight Mail |
| CMID_93875 | JENSEN F. CHENG AND JADE CHENG | C/O JENSEN AND JADE CHENG TRUST, PO BOX 20188 | CASTRO VALLEY | CA | 94546 | | Overnight Mail |
| CMID_94061 | JENSEN F. CHENG AND JADE CHENG | Address on File | | | | Email on File | Overnight Mail and Email |
| CMID_93850 | JOFFE PROPERTIES LP | C/O HILLARY REINIS, 860 SPRUCE STREET | BERKELEY | CA | 94707 | HillaryR7@aol.com | Overnight Mail and Email |
| CMID_94012 | KINTON LAND AND BISON LLC | 18485 SW SCHOLLS FERRY RD | BEAVERTON | OR | 97007-8860 | desi@bartholemy.biz | Overnight Mail and Email |
| CMID_94143 | KLP BURIEN TOWN PLAZA LLC | C/O INCITY PROPERTIES, 1421 34TH AVENUE, SUITE 300 | SEATTLE | WA | 98112 | COMMERCIAL@INCITYINC.COM | Overnight Mail and Email |
| CMID_93801 | LAKE MURRAY CENTER, LLC | HUSS, ASHLEY, C/O CEG MANAGEMENT, 3709 CONVOY ST | SAN DIEGO | CA | 92111 | ahuss@cegmanagement.com | Overnight Mail and Email |
| CMID_94091 | LANSING MART ASSOCIATES, LLC | Cohon , Rob, C/O GERSHENSON REALTY & INVESTMENT, LLC, 31500 NORTHWESTERN HWY, STE 100 | FARMINGTON HILLS | MI | 48334 | rob@gershensonrealty.com | Overnight Mail and Email |
| CMID_94060 | LARSEN LAND & DEVELOPMENT CO. LC | 358 SOUTH PAINTBRUSH LANE | LOGAN | UT | 84321-6777 | kris@als.com | Overnight Mail and Email |
| CMID_94007 | LAW OFFICES OF TRUDI J LESSER | ATTN: TRUDI J LESSER, ESQ, 400 CONTINENTAL BLVD, 6TH FLOOR | EL SEGUNDO | CA | 90245 | trudi@tjlawyer.com | Overnight Mail and Email |
| CMID_94274 | LOWELL D. SALESIN, ESQ. | Address on File | | | | | Overnight Mail |
| CMID_94092 | LOWELL D. SALESIN, HONIGMAN MILLER SCHWARTZ AND COHN LLP | Salle, Alan, 39400 WOODWARD AVENUE, SUITE 101 | BLOOMFIELD HILLS | MI | 48304 | | Overnight Mail |
| CMID_94001 | MAPES RANCH INVESTMENTS, LLC | ATTN: BILL LYONS JR, 10555 MAZE BLVD | MODESTO | CA | 95358 | | Overnight Mail |
| CMID_93872 | MARDESICH COMPANY CAMDEN, LLC | ATTN: CONNIE MARDESICH, 11208 STAUFFER LANE | CUPERTINO | CA | 95014 | MardesichCompanies@Comcast.Net | Overnight Mail and Email |
| CMID_93910 | MCCORDUCK PROPERTIES | 1615 BONANZA ST STE 401 | WALNUT CREEK | CA | 94596-4532 | | Overnight Mail |
| CMID_93808 | MIDEB NOMINEES, INC. LEVIN&OBERMAN II | C/O DOWNTOWN MANAGEMENT CO., INC., 541 S SPRING ST., SUITE 204 | LOS ANGELES | CA | 90013 | | Overnight Mail |

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|------|---------|------|-------|-------------|-------|-------------------|
| CMID_94214 | MILFORD ASSOCIATES | d/b/a TURNPIKE SQUARE ASSOCIATES LP, 641 SHUNPIKE ROAD | CHATHAM | NJ | 07928 | | Overnight Mail |
| CMID_94179 | MILLER STARR REGALIA | DI GERONIMO, MICHAEL E., 1331 N. CALIFORNIA BLVD., 5TH FL, ATTN: MICHAEL E DI GERONIMO | WALNUT CREEK | CA | 94596 | Michael.digeronimo@msrlegal.com | Overnight Mail and Email |
| CMID_93823 | MMDD SACRAMENTO PROJECT | VALLEY HI SHOPPING CENTER, 1321 ECHO VALLEY DR | SAN JOSE | CA | 95120 | | Overnight Mail |
| CMID_93844 | NASUE LLC | C/O KIN PROPERTIES INC, 185 SPANISH RIVER BLVD., STE 100 | BOCA RATON | FL | 33431 | | Overnight Mail |
| CMID_117499 | NATIONAL DISTRIBUTION CENTERS, LLC | TRIAD1828 CENTRE, ATTN: CHIEF LEGAL OFFICER 2 COOPER ST, 10TH FLOOR | CAMDEN | NJ | 08102 | | Overnight Mail |
| CMID_94552 | NEWBERRY CENTER, LLC | GARRETT, HUNTER, C/O HUNTER GARRETT, 101 EAST WASHINGTON ST., STE 400 | GREENVILLE | SC | 29601 | huntergarrett@naiearlefurman.com | Overnight Mail and Email |
| CMID_94394 | NH LAKEVILLE LLC | C/O METRO EQUITY MANAGEMENT, 7920 LAKEVILLE BLVD | LAKEVILLE | MN | 55044 | MARK@METROEQUITYLLC.COM | Overnight Mail and Email |
| CMID_94167 | NINE ISLAND 11, LLC | C/O THE VIEIRA COMPANY, 227 N. SANTA CREZ AVE., STE B | LOS GATOS | CA | 95030 | | Overnight Mail |
| CMID_93226 | NOBLE MANAGEMENT COMPANY | 4280 PROFESSIONAL CENTER DRIVE, SUITE 100 | PALM BEACH GARDENS | FL | 33410-4280 | | Overnight Mail |
| CMID_94165 | NOEL WATERFALL, LLC | C/O SRG 2 PARTNERS LLC, 237 MAMARONECK AVENUE | WHITE PLAINS | NY | 10605 | | Overnight Mail |
| CMID_93941 | NORMAN D SLOAN, ESQ | GIPSON HOFFMAN & PANCIONE, 1901 AVENUE OF THE STARS, STE 1100 | LOS ANGELES | CA | 90067-6002 | | Overnight Mail |
| CMID_93760 | NORTH FIRST STREET PROPERTIES | 1122 WILLOW ST STE 200 | SAN JOSE | CA | 95125-3103 | BCLAASSEN@BSM-GROUP.COM | Overnight Mail and Email |
| CMID_94363 | NORTH POINTE CENTRE, LLP | C/O SCI REAL ESTATE, 5429 N. 118TH COURT | MILWAUKEE | WI | 53225 | | Overnight Mail |
| CMID_94152 | NS RETAIL HOLDINGS, LLC | CHAPMAN, RICHELLE, C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE., STE 1150 | DALLAS | TX | 75201 | rchapman@netstreit.com | Overnight Mail and Email |
| CMID_93877 | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200 | CHARLOTTE | NC | 28287 | | Overnight Mail |
| CMID_93878 | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORP-FL REGION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010 | JERICHO | NY | 11753 | | Overnight Mail |
| CMID_93918 | OLIVE TOWN CENTER LLC | 1401 19TH ST STE 400 | BAKERSFIELD | CA | 93301-4400 | | Overnight Mail |
| CMID_94103 | ONTARIO GATEWAY SJT RETAIL | 730 EL CAMINBO WAY STE 200 | TUSTIN | CA | 92780-7733 | | Overnight Mail |
| CMID_94067 | OPG 201, LLC | 3200 W CLUBHOUSE DR STE 250 | LEHI | UT | 84043-6347 | KHolman@OverlandCorp.com | Overnight Mail and Email |
| CMID_94133 | ORION KCPM LLC | 200 SOUTH BISCAYNE BLVD 7TH FLOOR | MIAMI | FL | 33131-2333 | | Overnight Mail |
| CMID_93954 | PACIFIC RESOURCES ASSOCIATES LLC | 15350 SW SEQUOIA PARKWAY, SUITE 300 | PORTLAND | OR | 97224 | | Overnight Mail |
| CMID_94272 | PARADISE ISLE DESTIN LLC | C/O STOLTZ MANAGEMENT OF DE, INC, 725 CONSHOHOCKEN STATE ROAD | BALA CYNWYD | PA | 19004-2122 | mwroblewski@stoltzusa.com | Overnight Mail and Email |
| CMID_93805 | PARKRIDGE MAIN LLC | C/O ARIZONA PARTNERS RETAIL INVESTMENT, 8300 NORTH HAYDEN ROAD, SUITE A 200 | SCOTTSDALE | AZ | 85258 | | Overnight Mail |
| CMID_93824 | PASAN LLC | C/O KIN PROPERTIES, TENANT #7029, 185 NW SPANISH RIVER BLVD., SUITE 100 | BOCA RATON | FL | 33431-4230 | clambert@kinproperties.com | Overnight Mail and Email |
| CMID_93519 | PAX RIVER VILLAGE CENTER, LLC | ARENA , MARK, C/O ARC MANAGEMENT LLC, 8150 LEESBURG PIKE, SUITE 1100 | VIENNA | VA | 22182 | marena@arcrealty.com | Overnight Mail and Email |
| CMID_93889 | PERO & ANKA MARGARETIC | 355-A MAIN STREET | LOS ALTOS | CA | 94022 | | Overnight Mail |
| CMID_93782 | PETER P BOLLINGER INVESTMENT COMPANY | C/O INTER-CAL REAL ESTATE CORPORATION, 540 FULTON AVE | SACRAMENTO | CA | 95825 | | Overnight Mail |
| CMID_93523 | PGP SAVANNAH OPERATIONS LLC | 5105 PAULSEN ST STE 200A | SAVANNAH | GA | 31405-4602 | | Overnight Mail |
| CMID_93853 | PHOENIX DOBSON LLC | 141 N. BRISTOL AVE | LOS ANGELES | CA | 90049-2601 | phoenixdobson-accounting@outlook.com | Overnight Mail and Email |
| CMID_93557 | PLANKVIEW GREEN DEVELOPMENT, LLC | W5073 COUNTY ROAD O | PLYMOUTH | WI | 53073-3600 | canderson@vanhornre.com | Overnight Mail and Email |
| CMID_94252 | PLAZA AT BUCKLAND HILLS, LLC | C/O WASHINGTON PRIME GROUP, 4900 E DUBLIN GRANVILLE RD, 4TH FLOOR | COLUMBUS | OH | 43081 | | Overnight Mail |

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|------|---------|------|-------|-------------|-------|-------------------|
| CMID_93946 | PLAZA ON THE GREEN, LLC | C/O RRI MANAGEMENT SERVICES, 7800 S ELATI ST STE 330 | LITTLETON | CO | 80120 | | Overnight Mail |
| CMID_94053 | PORT ANGELES PLAZA ASSOCIATES, LLC | C/O EILAT MANAGEMENT CO., 650 SOUTH ORCAS STREET SUITE 210 | SEATTLE | WA | 98108 | | Overnight Mail |
| CMID_94180 | PS LOMPOC LLC | 4500 PARK GRANADA, SUITE 202 | CALABASAS | CA | 91302 | | Overnight Mail |
| CMID_94010 | PTR INVESTMENTS LLC | ATTN: PHONG LA, 5980 NEWPARK MALL RD., SUITE A | NEWARK | CA | 94560 | phongla@gmail.com | Overnight Mail and Email |
| CMID_94011 | PTR INVESTMENTS LLC | 33390 TRANSIT AVE. | UNION CITY | CA | 94587 | sue_la@hotmail.com | Overnight Mail and Email |
| CMID_93497 | R.K. HALLANDALE LP & 17070 COLLINS AVE SC, LTD | C/O RK CENTERS, 50 CABOT STREET, STE 200 | NEEDHAM | MA | 02494-2844 | | Overnight Mail |
| CMID_93272 | RAR2 BETHEL INDUSTRIAL LLC | 222 SOUTH RIVERSIDE PLAZA 26TH FL | CHICAGO | IL | 60606-5808 | | Overnight Mail |
| CMID_94579 | REALTY INCOME PROPERTIES 16, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130 | propertymanagement@realtyincome.com | Overnight Mail and Email |
| CMID_94119 | REALTY INCOME PROPERTIES 23, LLC | CLAUDIA TAMAYO, C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130 | ctamayo@realtyincome.com | Overnight Mail and Email |
| CMID_94557 | REALTY INCOME PROPERTIES 30, LLC | HODSDON, MARISSA, ATTN: MARISSA HODSDON, 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130-2539 | MHODSDON@REALTYINCOME.COM | Overnight Mail and Email |
| CMID_94022 | REAM'S FOOD STORES | 8619 S HIGHLAND DR | SANDY | UT | 84093 | | Overnight Mail |
| CMID_94081 | RED MOUNTAIN ASSET FUND I, LLC | C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD SUITE 125 | PHOENIX | AZ | 85014 | bcoley@thepmacorp.com | Overnight Mail and Email |
| CMID_93967 | RI-ATASCADERO, LLC | C/O READ MANAGEMENT, LLC, 2025 FOURTH STREET | BERKELEY | CA | 94710 | | Overnight Mail |
| CMID_94576 | RIVER SOUTH COMMONS, LLC | WINGO, JOHN, 319 SOUTH DRIVE | NATCHITOCHES | LA | 71457 | jwingo@wingowealth.com | Overnight Mail and Email |
| CMID_93929 | ROIC WASHINGTON, LLC | Nickelson, Eric, C/O RETAIL OPPORTUNITY INVESTMENTS CORP., 15600 NE 8TH ST., SUITE K-15 | BELLEVUE | WA | 98008 | enickelson@roireit.net | Overnight Mail and Email |
| CMID_94176 | RUSHMORE CROSSING ASSOCIATES, LLC | WILSON, R. CARSON, C/O FIDELIS REALTY PARTNERS, LTD., 4500 BISSONNET STREET, SUITE 200 | BELLAIRE | TX | 77401 | cwilson@frpltd.com | Overnight Mail and Email |
| CMID_93889 | RUSSELL BRUZZONE | 899 HOPE LN | LAFAYETTE | CA | 94549-5131 | diane.bruzzone@bankofthewest.com | Overnight Mail and Email |
| CMID_94032 | RYBA REAL ESTATE, INC | C/O THE SUMMIT TEAM, 17165 NEWHOPE STREET SUITE H | FOUNTAIN VALLEY | CA | 92708 | | Overnight Mail |
| CMID_94121 | SAFEWAY INC | C/O ALBERTSONS COMPANIES, 250 E. PARKCENTER BLVD | BOISE | ID | 83706 | | Overnight Mail |
| CMID_94122 | SAFEWAY INC. | 11555 DUBLIN CANYON RD, ATTN: RE LAW (ABS #3112, RENTON, WA) | PLEASANTON | CA | 94588 | | Overnight Mail |
| CMID_94124 | SAFEWAY INC. | C/O ALBERTSONS CO., ATTN: R/E LAW, 250 E PARKCENTER BLVD | BOISE | ID | 83706 | | Overnight Mail |
| CMID_94125 | SAFEWAY INC. | 11555 DUBLIN CANYON ROAD, ATTN: RE LAW (ABS ST #478, EVERETT, WA) | PLEASANTON | CA | 94588 | | Overnight Mail |
| CMID_93942 | SCOTTSDALE FIESTA RETAIL CENTER, LLC | C/O CRESCENT COMMERCIAL REAL ESTATE, LLC, 3324 EAST RAY ROAD, #327 | HIGLEY | AZ | 85236 | jthompson@crescentcommercialre.com | Overnight Mail and Email |
| CMID_93716 | SELECT-KINGS HIGHWAY LLC - ATTN: CINDY HATZISAVVAS | SELECT STRATEGIES-BROKERAGE, LLC-MIDWEST, 202 S. MAIN ST., SUITE J | GRAHAM | NC | 27253-3366 | brian@selectstrat.com | Overnight Mail and Email |
| CMID_93717 | SELECT-KINGS HIGHWAY LLC - ATTN: LEASE ADMIN | C/O SELECT STRATEGIES - BROKERAGE, LLC, 400 TECHNE CENTER DR., STE 320 | MILFORD | OH | 45150-3710 | brian@selectstrat.com | Overnight Mail and Email |
| CMID_93907 | SHAMI ENTERPRISES LLC | 3647 RUTHERFORD WAY | SANTA ROSA | CA | 95404-7670 | | Overnight Mail |
| CMID_94110 | SHOPPES GREENWOOD, LLC | C/O BEHZAD TABRIZI, 8611 GYPSY HILL TRL | RENO | NV | 89523-3878 | B.TABRIZI@COMCAST.NET | Overnight Mail and Email |
| CMID_94142 | SITE CENTERS CORP. | TREADWELL, REED, 3300 ENTERPRISE PARKWAY, ATTN: GENERAL COUNSEL | BEACHWOOD | OH | 44122 | rtreadwell@sitecenters.com | Overnight Mail and Email |
| CMID_94150 | SOUTH STAR INVESTMENTS LLC | 237 ACADEMY AVE | SANGER | CA | 93657-2128 | | Overnight Mail |

Exhibit A
Landlord Notice Parties Service List
Served as set forth below

| CMID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|------|---------|------|-------|-------------|-------|-------------------|
| CMID_93940 | SOUTHWESTERN INVESTMENTS, LLC | C/O WILSON PROPERTY SERVICES, INC., 8120 E CACTUS RD STE 300 | SCOTTSDALE | AZ | 85260-5261 | CZINSER@WILSONPS.NET | Overnight Mail and Email |
| CMID_94184 | SPIRIT REALTY LP | C/O SPIRIT REALTY CAPITAL INC, 2727 N HARWOOD ST. STE 300 | DALLAS | TX | 75201 | | Overnight Mail |
| CMID_93305 | ST. JOSEPH NORTHGATE LLC | C/O CHASE PROPERTIES, LTD., 3333 RICHMOND ROAD, SUITE 320 | BEACHWOOD | OH | 44122 | | Overnight Mail |
| CMID_93865 | SUNNYHILLS ASSOCIATES | KEVIN COATES, C/O COATES & SOWARDS, INC., 1952 CAMDEN AVE | SAN JOSE | CA | 95124-2816 | kevin@coatesandsowards.com | Overnight Mail and Email |
| CMID_93827 | SUSAN P. FRENCH REVOCABLE TRUST | Address on File | | | | Email on File | Overnight Mail and Email |
| CMID_94210 | SVAP POMPANO CITI CENTRE, L.P. | ATTN: GREG MOROSS, 302 DATURA STREET, SUITE 100 | WEST PALM BEACH | FL | 33401 | | Overnight Mail |
| CMID_94414 | SV-STATE LINE, LLC | C/O GABE TOVAR, 4741 CENTRAL STREET, SUITE 195 | KANSAS CITY | MO | 64112 | GBTOVAR@GMAIL.COM | Overnight Mail and Email |
| CMID_94095 | TAHOMA VISTA VENTURE LLC | SKOGEN, REESE, 2940 FARIVIEW AVENUE E | SEATTLE | WA | 98102-3016 | REESE@FWPMGMT.COM | Overnight Mail and Email |
| CMID_94038 | TATUM VENTURE, LLC, DBA TATUM VENTURE ARIZONA LLC | C/O WEST VALLEY PROPERTIES, INC, 2929 E. CAMELBACK ROAD, SUITE 124 | PHOENIX | AZ | 85016 | | Overnight Mail |
| CMID_93897 | THE NORTH LOS ALTOS SHOPPING CENTER | C/O DOWNTOWN MANAGEMENT CO. INC, 541 S SPRING ST., SUITE 204 | Los Angeles | CA | 90013 | | Overnight Mail |
| CMID_94561 | THOMSON PLAZA SHOPPING CENTER, LLC | GARRETT, OAKLEY, C/O GARRETT & GARRETT, P.O. BOX 36 | FOUNTAIN INN | SC | 29644 | oakley@garrettprops.com | Overnight Mail and Email |
| CMID_94185 | TMS MCCARTHY LP | FANTAZIA, JOAN, 20211 PATIO DR., STE 145 | CASTRO VALLEY | CA | 94546 | fantazia@crosspointrealty.com | Overnight Mail and Email |
| CMID_93743 | TOWER PLAZA, INC | C/O AERO MANAGEMENT, 3435 WILSHIRE BLVD, SUITE 2755 | LOS ANGELES | CA | 90010-1901 | | Overnight Mail |
| CMID_94181 | UPPER GLEN STREET ASSOCIATES, LLC | NIGRO, JOHN, C/O NIGRO COMPANIES, 20 CORPORATE WOODS BLVD. | ALBANY | NY | 12211 | JJNIGRO@NIGROCOS.COM | Overnight Mail and Email |
| CMID_94107 | VALUE INVESTMENT GROUP INC | 8012 SOUTH TACOMA WAY STE 28 | LAKEWOOD | WA | 98499-4594 | | Overnight Mail |
| CMID_93567 | WATERBRIDGE ORANGE BLOSSOM, LLC | C/O STILES PROPERTY MANAGEMENT, 1900 SUMMIT TOWER BLVD., SUITE 240 | ORLANDO | FL | 32810 | Stephanie.Bean@Stiles.com | Overnight Mail and Email |
| CMID_94484 | WEST BOCA CENTER LLC | C/O SOUTHERN MANAGEMENT AND DEVELOPMENT LP, 2300 NW CORPORATE BLVD, STE 135 | BOCA RATON | FL | 33431 | Lillyv@smdproperty.com | Overnight Mail and Email |
| CMID_94039 | WEST VALLEY PROPERTIES, INC | ATTN: PROPERTY MANAGER, 280 SECOND STREET SUITE 230 | LOS ALTOS | CA | 94022 | | Overnight Mail |
| CMID_94166 | WESTERMAN BALL EDERER MILLER | SHARFSTEIN, PHILIP L., ZUCKER & SHARFSTEIN, LLP, 1201 RXR PLAZA | UNIONDALE | NY | 11556 | | Overnight Mail |
| CMID_94528 | Y&C LONG BEACH | PO BOX 69344 | WEST HOLLYWOOD | CA | 90069 | cobby@capitalinsightholdings.com | Overnight Mail and Email |
| CMID_94070 | YEE HOP REALTY, LIMITED | P.O. BOX 1759 | HONOLULU | HI | 96806 | commercialent@hotmail.com | Overnight Mail and Email |
| CMID_94071 | YEE HOP REALTY, LIMITED | ATTN: STEVEN MICHAEL CHUN, 135 N. KING STREET | HONOLULU | HI | 96817 | | Overnight Mail |
| CMID_94072 | YEE HOP REALTY, LIMITED ATTN:JOHN BENAZZI | C/O DAVIS WRIGHT TREMAINE LLP, 1300 SW FIFTH AVE., SUITE 2400 | PORTLAND | OR | 97201 | | Overnight Mail |
| CMID_93905 | ZUNI ALBUQUERQUE 2005 | C/O RAY STONE INC, 550 HOWE AVE, SUITE 100 | SACRAMENTO | CA | 95825 | | Overnight Mail |