UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | *   CASE NUMBER 24-11967 (JKS) |
| BIG LOTS, INC., ET. AL., | * |
| | *   CHAPTER 11 BANKRUPTCY |
| Debtor | * |
| | *   (Jointly Administered) |
| | * |
| | * |
| | * |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES

COMES NOW the undersigned attorney and files this Notice of Appearance of Counsel on behalf of Capital Plaza, Inc., a creditor in the above-styled bankruptcy, and hereby requests that he be copied with all mailings from the Court in this case due the aforementioned creditor.

This 20th day of September, 2024.

ALEXANDER & VANN, LLP

/s/ John Turner Holt
John Turner Holt
GA State Bar No. 364325
Attorney for Capital Plaza, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2024 I caused a copy of the foregoing Notice of Appearance to be served on all parties who are scheduled to receive notice through the Court's ECF system.

ALEXANDER & VANN, LLP

/s/ John Turner Holt
John Turner Holt
GA State Bar No. 364325
Attorney for Capital Plaza, Inc.

411 Gordon Avenue
Thomasville, Georgia  31792
(229) 226-2565