## Exhibit A

**Additional Closing Stores**

#99082670v2

**BIG LOTS, INC. Stores**
**Exhibit**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Store List** | | | | | | | | |
| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
| 1 | 1787 | WAYNESBURG | 110 GREENE PLZ | WAYNESBURG | PA | 15370 | 30,251 | 21,293 |
| 2 | 1809 | ASTON | 3472 CONCORD RD | ASTON | PA | 19014 | 26,728 | 19,709 |
| 3 | 370 | LAWRENCEVILLE | 7779 TYLERSVILLE RD | WEST CHESTER | OH | 30046 | 27,997 | 18,693 |
| 4 | 1582 | INDIANAPOLIS | 6225 ALLISONVILLE RD | INDIANAPOLIS | IN | 46220 | 25,148 | 18,286 |
| 5 | 4550 | COLLEGE STATION | 1913 TEXAS AVE S | COLLEGE STATION | TX | 77840 | 27,583 | 20,816 |
| 6 | 1732 | DES MOINES | 4365 MERLE HAY RD | DES MOINES | IA | 50310 | 31,424 | 22,985 |
| 7 | 1663 | PEARLAND | 2028 N MAIN ST | PEARLAND | TX | 77581 | 26,118 | 19,336 |
| 8 | 1990 | SHREVEPORT | 1293 SHREVEPORT BARKSDALE HWY | SHREVEPORT | LA | 71105 | 30,118 | 21,253 |
| 9 | 1227 | HOPKINSVILLE | 2601 FORT CAMPBELL BLVD | HOPKINSVILLE | KY | 42240 | 37,619 | 24,165 |
| 10 | 1436 | AMARILLO | 3510 E INTERSTATE 40 | AMARILLO | TX | 79103 | 36,695 | 27,339 |
| 11 | 4741 | NACOGDOCHES | 4919 NORTH ST, STE 101 | NACOGDOCHES | TX | 75965 | 35,226 | 24,505 |
| 12 | 1743 | JACKSONVILLE BEACH | 14333 BEACH BLVD STE 18 | JACKSONVILLE BEACH | FL | 32250 | 32,162 | 21,435 |
| 13 | 4646 | MARYSVILLE | 205 MARYSVILLE MALL | MARYSVILLE | WA | 98270 | 34,127 | 24,141 |
| 14 | 1972 | STILLWATER | 613 N PERKINS RD | STILLWATER | OK | 74075 | 30,782 | 22,548 |
| 15 | 4532 | MANSFIELD | 989 N WALNUT CREEK DR STE 151 | MANSFIELD | TX | 76063 | 26,971 | 19,544 |
| 16 | 5139 | NORTH CHARLESTON | 7620 RIVERS AVE STE 200 | NORTH CHARLESTON | SC | 29406 | 34,321 | 24,743 |
| 17 | 5164 | RALEIGH | 3340 CYPRESS PLANTATION DR | RALEIGH | NC | 27616 | 34,070 | 24,795 |
| 18 | 4256 | RIVERSIDE | 4022 MADISON ST | RIVERSIDE | CA | 92504 | 19,377 | 15,253 |
| 19 | 5117 | NOBLESVILLE | 1930 E. CONNOR ST | NOBLESVILLE | IN | 46060 | 31,198 | 21,622 |
| 20 | 1838 | TROY | 120 HOOSICK ST STE 12 | TROY | NY | 12180 | 38,535 | 27,331 |
| 21 | 4365 | LA VERNE | 1955 FOOTHILL BLVD | LA VERNE | CA | 91750 | 19,196 | 15,787 |
| 22 | 1876 | TOMBALL | 27816 STATE HWY 249 | TOMBALL | TX | 77375 | 29,513 | 19,441 |
| 23 | 4547 | SPRINGFIELD | 5790 MAIN ST | SPRINGFIELD | OR | 97478 | 29,876 | 22,855 |
| 24 | 1830 | ALIQUIPPA | 3113 GREEN GARDEN RD | ALIQUIPPA | PA | 15001 | 39,241 | 25,953 |
| 25 | 5488 | COVINGTON | 975 C HIGHWAY 51 S | COVINGTON | TN | 38019 | 34,300 | 24,525 |
| 26 | 4533 | GOODYEAR | 409 N LITCHFIELD RD | GOODYEAR | AZ | 85338 | 28,178 | 20,188 |
| 27 | 1662 | KATY | 923 S MASON RD | KATY | TX | 77450 | 29,302 | 19,944 |
| 28 | 5221 | BINGHAMTON | 10 GLENWOOD AVE. | BINGHAMTON | NY | 13905 | 29,053 | 21,178 |
| 29 | 5212 | HANOVER | 2659 ANNAPOLIS RD. | HANOVER | MD | 21076 | 31,851 | 22,922 |
| 30 | 4025 | ARCADIA | 610 LAS TUNAS DR | ARCADIA | CA | 91007 | 23,431 | 16,477 |
| 31 | 1571 | DANVERS | 10 NEWBURY ST STE 5 | DANVERS | MA | 01923 | 32,308 | 21,808 |
| 32 | 5359 | SNELLVILLE | 2059 SCENIC HWY N | SNELLVILLE | GA | 30078 | 35,389 | 23,335 |
| 33 | 5271 | TAYLOR | 23351 EUREKA RD. | TAYLOR | MI | 48180 | 42,616 | 29,652 |
| 34 | 4517 | WHEAT RIDGE | 4260 WADSWORTH BLVD | WHEAT RIDGE | CO | 80033 | 35,070 | 24,014 |
| 35 | 4606 | FORT WORTH | 1255 TOWN SQUARE DR | FORT WORTH | TX | 76116 | 30,356 | 21,952 |
| 36 | 5145 | AURORA | 7155 MARKET PLACE DR | AURORA | OH | 44202 | 27,148 | 20,279 |
| 37 | 4746 | COUNTRY CLUB HILLS | 4050 183RD ST | COUNTRY CLUB HILLS | IL | 60478 | 36,914 | 24,833 |
| 38 | 4480 | SPOKANE VALLEY | 14024 E SPRAGUE AVE | SPOKANE VALLEY | WA | 99216 | 26,198 | 18,800 |
| 39 | 5277 | DELRAY BEACH | 4801 LINTON BLVD STE 15A | DELRAY BEACH | FL | 33445 | 28,604 | 20,082 |
| 40 | 4694 | FORT WORTH | 5800 OVERTON RIDGE BLVD | FORT WORTH | TX | 76132 | 37,385 | 25,910 |
| 41 | 1224 | SAN ANTONIO | 6900 SAN PEDRO AVE STE 119 | SAN ANTONIO | TX | 78216 | 31,278 | 23,321 |
| 42 | 1960 | MONROEVILLE | 4047 WILLIAM PENN HWY | MONROEVILLE | PA | 15146 | 44,248 | 27,266 |
| 43 | 4118 | INGLEWOOD | 3003 W MANCHESTER BLVD | INGLEWOOD | CA | 90305 | 21,176 | 19,194 |
| 44 | 4756 | CORPUS CHRISTI | 4101 INTERSTATE HWY 69 ACCESS RD | CORPUS CHRISTI | TX | 78410 | 30,350 | 21,920 |
| 45 | 822 | EAU CLAIRE | 3004 E HAMILTON AVE | EAU CLAIRE | WI | 54701 | 31,527 | 20,931 |
| 46 | 4262 | PEMBROKE PINES | 7930 PINES BLVD | PEMBROKE PINES | FL | 33024 | 33,485 | 23,935 |
| 47 | 5364 | MAYS LANDING | 4215 E. BLACK HORSE PIKE, UNIT 31 | MAYS LANDING | NJ | 08330 | 34,009 | 22,544 |
| 48 | 4476 | BELLFLOWER | 14339 CLARK AVE | BELLFLOWER | CA | 90706 | 25,770 | 18,750 |
| 49 | 4699 | ALHAMBRA | 2500 W COMMONWEALTH AVE | ALHAMBRA | CA | 91803 | 48,709 | 27,127 |