UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
PHONE (302) 573-6491 / FAX (302) 573-6497

| | |
|---|---|
| ANDREW R. VARA<br>UNITED STATES TRUSTEE | JOSEPH J. McMAHON, JR.<br>ASSISTANT U.S. TRUSTEE |

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR**:     **Big Lots, Inc.,** *et al.*

**CASE NO**:    **24-11967 (JKS)**

**DATE**:       **October 16, 2024**

**TIME**:       **10:00 a.m. (ET)**

**LOCATION**:   **J. Caleb Boggs Federal Building**
                **844 King Street**
                **3rd Floor, Room 3209**
                **Wilmington, DE 19801**
                *The 341 meeting will be held telephonically*

By: */s/ Linda Casey*
Linda Casey, Trial Attorney

Dated: September 23, 2024

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Robert J. Dehney, Esquire (Debtors' counsel)