**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) ) ) | Case No. 20-10343 (LSS) |
| Debtors. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

      I, Sally E. Veghte, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 23rd day of September 2024, I served a copy of the *Statement of Reservation of Rights of The Gerson Company Regarding Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* on the attached service list via electronic mail and via CM/ECF on all parties requesting notice.

                                                                                            */s/ Sally E. Veghte*
                                                                                             Sally E. Veghte (DE Bar No. 4762)

11073265.v1

## SERVICE LIST

**VIA EMAIL and CM/ECF:**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Tamara K. Mann, Esquire
Sophie Rogers Churchill, Esquire
Casey B. Sawyer, Esquire
**MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899


Brian M. Resnick, Esquire
Adam L. Shpeen , Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017


Office of the United States Trustee
Attn: Linda Casey, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

11073265.v1