**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Big Lots, Inc., *et al.,* | : | Case No. 24-11967 (JKS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| -------------------------------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Realty Income Corporation**, Attn: Demetri Lahanas, 11995 El Camino Real, San Diego, CA 92130, Phone: 858-284-5327, Email: dlahanas@realtyincome.com

2. **Blue Owl Real Estate Capital LLC**, Attn: Andrew Morris, 30 North LaSalle Street, Suite 4140, Chicago, IL 60602, Phone: 773-389-6503, Email: andrew.morris@blueowl.com

3. **America's Realty, LLC,** Attn: Robert Waugh, 11155 Red Run Blvd., Suite 320, Owings Mills, MD 21117, Phone: 410-653-7630, Fax: 410-653-5676, Email: bwaugh@amrealco.com

4. **Zest Garden Limited**, Attn: Tim Juang, 623 S. Doubleday Avenue, Ontario, CA 91761, Phone: 909-563-1600, Email: tim@zestgarden.com

5. **NCR Voyix Corporation (f/k/a NCR Corporation)**, Attn: Ashley Thompson, Law Dept., 864 Spring Street, NE, Atlanta, GA 30308, Phone: 770-212-5034, Email: ashley.thompson@ncrvoyix.com

6. **Twin Star International, Inc.**, Attn: Heather Brown, 750 Park of Commerce Blvd., Suite 400, Boca Raton, FL 33487, Phone: 561-252-5700, Email: hbrown@twinstarhome.com

7. **Everstar Merchandise Co., Limited**, Attn: Joe Lincoln, Unit 12-13, 11/F Harbour Center, Hok Cheung Street, Hung Hom, Hong Kong, Phone: 720-936-4981, Email: joelincoln@everstar.biz

ANDREW R. VARA
United States Trustee, Region 3

*/s/ Linda Casey* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2024

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert J. Dehney, Esq., Phone: (302) 658-9200