# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 247 |

## AMENDED CERTIFICATE OF SERVICE

I, Sally E. Veghte, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 23rd day of September 2024, I served a copy of the *Statement of Reservation of Rights of The Gerson Company Regarding Debtors' Sale Procedures Motion* on the attached service list via electronic mail and via CM/ECF on all parties requesting notice.

/s/ Sally E. Veghte
Sally E. Veghte (DE Bar No. 4762)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

11147881.v1

# SERVICE LIST

**VIA EMAIL and CM/ECF:**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Tamara K. Mann, Esquire
Sophie Rogers Churchill, Esquire
Casey B. Sawyer, Esquire
**MORRIS, NICHOLS, ARSHT**
 **& TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899


Brian M. Resnick, Esquire
Adam L. Shpeen , Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017


Office of the United States Trustee
Attn: Linda Casey, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801