# EXHIBIT A

**Post-Auction Notice Lease Assets**

| STORE |
|---|
| #4634, 17510 N 75th Ave., Glendale, AZ |
| #4667, 2840 E Main St., STE 109, Mesa, AZ |
| #4754, 1085 Bellevue Rd, Atwater, CA |
| #4739, 951 W Pacheco Blvd, Los Banos, CA |
| #4283, 665 Fairfield Dr, Merced CA |
| #1918, 8700 La Riviera Dr, Sacramento, CA |
| #4054, 1417 S Broadway, Santa Maria, CA |
| #4749, 1840 Countryside Dr, Turlock, CA |
| #1659, 3426 Kohler Memorial Dr, Sheboygan, WI |
| #5147, 1470 Pleasant Valley Rd, Manchester, CT |
| #5169, 34940 Emerald Coast Pkwy, Destin, Fl |
| #4635, 340 Summit Drive, Lockport IL |
| #4735, 616 W Johnson St, Fond Du Lac, WI |
| #5457, 3331 Corridor Marketplace, Laurel, MD |
| #4767, 1690 S Main St, West Bend, WI |
| #4764, 751 Upper Glen St, STE 2, Queensbury, NY |
| #5449, 713 E Baltimore Ave, Clifton Heights, PA |
| #5305, 5415 Washington Ave, Mount Pleasant, WI |
| #5415, 7743 Sudley Rd, Manassas, VA |
| #5463, 687 Main St, Thomson, GA |
| #5477, 339 South Dr, Natchitoches, LA |