**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Lyndel Anne Vargas of Cavazos Hendricks Poirot, P.C. to represent Wal-Mart Stores East, LP in the above-captioned case and any and all adversary proceedings.

Dated: September 23, 2024

            */s/ Mark Minuti*
            Mark Minuti (DE Bar No. 2659)
            **SAUL EWING LLP**
            1201 N. Market Street, Suite 2300
            P.O. Box 1266
            Wilmington, DE 19899-1266
            Telephone: (302) 421-6840
            Email: mark.minuti@saul.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/23/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

            */s/ Lyndel Anne Vargas*
            Lyndel Anne Vargas (Texas State Bar No. 24058913)
            **CAVAZOS HENDRICKS POIROT, P.C.**
            Founders Square
            900 Jackson Street, Suite 570
            Dallas, TX 75202
            Telephone: (214) 573-7344
            Fax: (214) 573-7399
            Email: LVargas@chfirm.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 24th, 2024**
**Wilmington, Delaware**

            **J. KATE STICKLES**
            **UNITED STATES BANKRUPTCY JUDGE**