# **EXHIBIT A**

# DO NOT DETACH



**Instrument Number: 202409190098224**
**Recorded Date: 09/19/2024 2:30:36 PM**



Daniel J. O'Connor Jr.
Franklin County Recorder
373 South High Street, 18th Floor
Columbus, OH 43215
(614) 525-3930
http://Recorder.FranklinCountyOhio.gov
Recorder@FranklinCountyOhio.gov

**Return To (EPN):**
Kegler Brown Hill & Ritter Co. LPA
65 E. State Street

Columbus, OH 43215

EPN

**Transaction Number:** T20240068477
**Document Type:** MECHANICS LIEN
**Document Page Count:** 5

**Submitted By (EPN):**
Kegler Brown Hill & Ritter Co. LPA
65 E STATE STREET

Columbus, OH 43215

EPN

| First Grantor: | First Grantee: |
|---|---|
| BIGOOH002 LLC | GEIGER BROTHERS INC |

| Fees: | | Instrument Number: 202409190098224 |
|---|---|---|
| Document Recording Fee: | $34.00 | Recorded Date: 09/19/2024 2:30:36 PM |
| Additional Pages Fee: | $24.00 | |
| **Total Fees:** | $58.00 | |
| **Amount Paid:** | $58.00 | |
| **Amount Due:** | $0.00 | |

**OFFICIAL RECORDING COVER PAGE**

# DO NOT DETACH

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

### AFFIDAVIT FOR MECHANIC'S LIEN
### (O.R.C. §1311.06)

STATE OF OHIO           :
                        :  SS.
COUNTY OF JACKSON       :

Now comes **Erik D. Massie**, having been first duly sworn, and states and affirms as follows:

1. That he is and at all times relevant hereto has been an officer and agent for **Geiger Brothers, Inc.** (hereinafter referred to as "**Company**") and as such has knowledge of the matters set forth herein.

2. The Company's address is **317 Ralph Street, Jackson, Ohio 45640**.

3. Pursuant to a contract with **Big Lots Stores, LLC** (hereinafter referred to as "**Contractor**"), whose mailing address is **4900 East Dublin Granville Road, Columbus, Ohio 43228**, **Company** provided to **Contractor** certain services, labor and materials for the improvement, renovation and/or alteration commonly known as **Big Lots**, and located at **300 Phillipi Road, Columbus, Ohio 43228**, which **BIGCOOH002, LLC** is or was the owner or part owner of said property, and of which **Big Lots Stores, LLC** is or was the lessee of said property. The property is further described on the attached Exhibit A and is incorporated into this lien by reference.

4. As a result of the services, labor and materials described in paragraph (3) above, **Company** is owed from **Contractor** a total of **$545,400.00** over and above all credits and legal set-offs.

5. The first date that the **Company** provided services, labor and materials pursuant to the contract described in paragraph (3) above, was **December 11, 2023**. The last date that the **Company** provided services, labor and materials pursuant to the contract described in paragraph (3) above, was **August 15, 2024**.

6. As a result of the matter set forth above, **Company** hereby claims a mechanic's lien upon the land and improvement described in paragraph (3) above and in Exhibit A attached hereto, of which **BIGCOOH002, LLC** is or was the owner or part owner of said property and of which **Big Lots Stores, LLC** is or was the lessee of said property.

Further Affiant sayeth not.

                                             **GEIGER BROTHERS, INC.**

                                             _____
By: **Erik D. Massie, President**

110300\000006\v1-9/18/24

Sworn to and subscribed in my presence this 19 day of September, 2024, by **Erik D. Massie**, President of **Geiger Brothers, Inc.**, for and on behalf of said corporation.

_____
NOTARY PUBLIC

MADISON SPOHN
Notary Public
State of Ohio
My Comm. Expires
June 7, 2026

This instrument prepared by:   Donald W. Gregory, Esq.
KEGLER BROWN HILL + RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614) 462-5400
Facsimile: (614) 464-2634

110300\000006\v1-9/18/24

## EXHIBIT A

Parcel 2 – 142.726 Acres

Land situated in the City of Columbus, County of Franklin, State of Ohio, being a part of Virginia Military Survey No. 1482, and being a part of land as described in deed to Consolidated Stores International Corporation (now known as Big Lots Stores, Inc., as recorded in Instrument No. 200407120161032) recorded in Official Record 8778, Page 117, records of Franklin County, described as follows:

COMMENCING at FCGS Monument No. 5062, a 2" aluminum cap in concrete in a monument box found at the intersection of the centerline of Janitrol Road (a variable-width public right-of-way, originally dedicated as shown on Plat Book 25, Page 2A) with the centerline of Phillipi Road (a variable-width public right-of-way), said 2" aluminum cap in concrete in a monument box is found North 03°25'34" West, along the centerline of said Phillipi Road, a distance of 1,755.00 feet from FCGS Monument No. 1380, a 2" aluminum cap in concrete in a monument box found at the intersection of Surface Road (a 60-foot-wide public right-of-way, originally dedicated as shown on Plat Book 24, Page 78); THENCE North 03°25'34" West, along the centerline of said Phillipi Road, a distance of 896.59 feet; THENCE North 86°34'30" East, a distance of 70.01 feet to a mag nail set at the POINT OF BEGINNING of the land being described:

THENCE the following seven (7) courses and distances along the line of land as described in a deed to Consolidated Stores Corporation recorded in Official Record 7054, Page B18:

1) North 86°34'30" East, a distance of 142.89 feet to the mag nail set
2) North 11°34'26" East, a distance of 172.29 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;
3) Along a curve to the right, having a radius of 70.00 feet, through a central angle of 74°29'56", an arc distance of 91.02 feet, said curve having a chord which bears North 48°49'18" East a distance of 84.74 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;
4) North 86°04'11" East, a distance of 1,117.20 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;
5) Along a curve to the right, having a radius of 120.00 feet, through a central angle of 90°30'13", an arc distance of 189.55 feet, said curve having a chord which bears South 48°40'41" East a distance of 170.45 feet to a mag nail set;
6) South 03°25'34" East, a distance of 1,081.50 feet to a mag nail set;
7) North 86°34'26" East, a distance of 864.50 feet to a mag nail set;

THENCE North 86°34'26" East, along the southerly line of land as described in a deed to Consolidated Stores Corporation recorded in Official Record 7142, Page C09, a distance of 242.14 feet to a mag nail set;

THENCE South 03°29'44" East, along the westerly line of said Consolidated Stores Corporation land, a distance of 1,100.48 feet to a 5/8-inch iron rod found;

110300\000006\v1-9/18/24

THENCE South 03°35'41" East, along the westerly line of land as described in a deed to 3720 Columbus LLC recorded in Instrument No. 201904110041089, a distance of 807.53 feet to the center of Dry Run Creek, pass at 757.53 feet, a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set for reference;

THENCE North 80°32'29" West, along the center of Dry Run Creek and the northerly line of land as described in a deed to DPM Columbus Super Center LLC recorded in Instrument No. 201611170158495, a distance of 136.00 feet;

THENCE South 86°32'47" West, along the northerly line of said DPM Columbus Super Center LLC land, a distance of 790.00 feet to a 3/4-inch iron rod found, pass at 100.00 feet a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set for reference;

THENCE the following seven (7) courses and distances along the northerly line of land as described in a deed to WF Automotive of Columbus Realty, LLC recorded in Instrument No. 201807200096746:

1) North 03°46'18" West, a distance of 279.10 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" found;
2) South 86°35'24" West, a distance of 266.06 feet to a mag nail set;
3) South 03°24'36" East, a distance of 35.00 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" found;
4) South 86°35'24" West, a distance of 43.70 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" found;
5) North 03°24'36" West, a distance of 35.00 feet to a mag nail set;
6) South 86°35'24" West, a distance of 260.30 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" found;
7) South 03°30'59" East, a distance of 18.00 feet to a point referenced by a 1/2-inch iron rod in concrete monument found North 03°30'59" West at a distance of 5.00 feet;

THENCE South 87°34'11" West, along the northerly line of land as described in deed to Ohio Management and Consulting Services, Inc. recorded in Instrument No. 201702100020265 and as described in deed to Star on Broad, Limited Liability Company recorded in Instrument No. 201912030162244, a distance of 1,128.93 feet to a mag nail set;

THENCE the following eleven (11) courses and distances along the easterly right-of-way of said Phillipi Road as described in a deed to the City of Columbus recorded in Official Record 28885, Page C05:

1) North 03°25'34" West, a distance of 206.59 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;
2) North 35°14'01" East, a distance of 32.02 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;
3) North 03°25'34" West, a distance of 100.00 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

4) North 42°05'09" West, a distance of 32.02 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

5) North 03°25'34" West, a distance of 1,250.00 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

6) North 35°14'01" East, a distance of 32.02 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

7) North 03°25'34" West, a distance of 100.00 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

8) North 42°05'09" West, a distance of 32.02 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

9) North 03°25'34" West, a distance of 725.00 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

10) North 35°14'01" East, a distance of 32.02 feet to a 5/8-inch iron rod with cap labeled "NCG PS 8460 8668" set;

11) North 03°25'34" West, a distance of 63.94 feet to the mag nail set at the POINT OF BEGINNING and containing 142.726 acres or 6,217,131 square feet of land, more or less, but subject to all legal highways and easement of record as determined by a survey performed by David W. Grant, Ohio Professional Surveyor No. 8460, for and on behalf of North Coast Geomatics in May of 2020.

The Basis of Bearing for this survey is Grid North of the Ohio State Plane Coordinate System, South Zone (FIPS Zone 3402), on the North American Datum of 1983(2011) (Epoch 2010.000) using geoid model GEOID12B, with a combined scale factor of 1.00004946146664. A GNSS Real Time Kinematic Network survey was used to establish a bearing of North 03°25'34" West for the centerline of Phillipi Road, and a Northing of 714,727.39 and Easting of 1,797,253.90 (U.S. Survey Feet) for FCGS Monument No. 5062, a 2" aluminum cap in concrete found in a monument box at the intersection of the centerline of Janitrol Road and the centerline of Phillipi Road.

# GEIGER BROTHERS

|  |  |
|---|---|
|  | **INVOICE** |
|  | **342405** |
| Date | 6/24/2024 |
| Payment Terms | Net 30 |
| Due Date | 7/24/2024 |
| Job No | 3424 |
| Customer Job No |  |
| Customer PO | 461911577 |

317 Ralph Street, P.O. Box 469
Jackson, OH  45640

Bill To:  BIG LOTS STORES, LLC
4900 E. DUBLIN GRANVILLE RD

COLUMBUS, OH 43081-7651

Re: BIG LOTS ROOF DRAINAGE

| Date | Quantity | Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|
|  | 1.00 | 50% BILL ON PHASE 2 PO 461911577 | LS | 303,000.00 | 303,000.00 |

|  |  |
|---|---|
| Subtotal: | 303,000.00 |
| Sales Tax: | 0.00 |
| **Total Amount Due:** | **303,000.00** |

**A Service Fee of 3.5% will be added to invoices to cover any credit card or third-party merchant processing fees.**
**Thank you for choosing Geiger Brothers, Inc. If you have any questions regarding**
**this invoice please feel free to contact our office at 740.286.0800**

# GEIGER BROTHERS

**INVOICE**
**342406**

317 Ralph Street, P.O. Box 469
Jackson, OH  45640

| | |
|---|---|
| Date | 7/10/2024 |
| Payment Terms | Net 30 |
| Due Date | 8/9/2024 |
| Job No | 3424 |
| Customer Job No | |
| Customer PO | 461911577 |

Bill To:  BIG LOTS STORES, LLC
4900 E. DUBLIN GRANVILLE RD

COLUMBUS, OH 43081-7651

Re:  BIG LOTS ROOF DRAINAGE

| Date | Quantity | Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | 1.00 | 40% BILL ON PHASE 2 PO 461967466 | LS | 242,400.00 | 242,400.00 |

| | |
|---|---|
| Subtotal: | 242,400.00 |
| Sales Tax: | 0.00 |
| **Total Amount Due:** | **242,400.00** |

**A Service Fee of 3.5% will be added to invoices to cover any credit card or third-party merchant processing fees.**
**Thank you for choosing Geiger Brothers, Inc. If you have any questions regarding**
**this invoice please feel free to contact our office at 740.286.0800**