4

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on this 24th day of September, 2024, a true and correct copy of the foregoing *Notice of Lien Perfection Pursuant to 11 U.S.C. § 546(b)(2)* was caused to be served via CM/ECF on all parties who have registered for electronic service in these cases and on the below listed parties via electronic mail and regular mail.

| | |
|---|---|
| Dated: September 24, 2024<br>Wilmington, Delaware | */s/ Katharina Earle*<br>Katharina Earle (No. 6348)<br>Gibbons, P.C. |

**Service List**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

**DAVIS POLK & WARDWELL LLP**
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
450 Lexington Avenue
New York, New York 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

**UNITED STATES TRUSTEE**
Linda Casey
844 King Street
Suite 2207
Wilmington, Delaware 19801
linda.casey@usdoj.gov

**OTTERBOURG, P.C.**
Chad B. Simon
James V. Drew
Sarah L. Hautzinger
230 Park Ave., Ste. 29
New York, New York 10169
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com

**BLANK ROME LLP**
Regina Stango Kelbon
Stanley B. Tarr
Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**CHOATE, HALL & STEWART LLP**
John F. Ventola
Jonathan D. Marshall
Jacob S. Lang
Two International Place
Boston, Massachusetts 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

**RICHARDS, LAYTON & FINGER, P.A.**
John H. Knight
920 N. King Street
Wilmington, Delaware 19801
knight@rlf.com