## **EXHIBIT A**



**Perkins Coie LLP**
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
T: +1.310.788.9900
F: +1.310.788.3399
perkinscoie.com

**AMIR GAMLIEL**
AGamliel@perkinscoie.com
D: +1.310.788.3276
F: +1.310.843.1246

September 18, 2024

**VIA FEDERAL EXPRESS**

Robert J. Dehney
Sophie Rogers Churchill
Casey Sawyer
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347

    Re:    **In re Big Lots, Inc.**
              **Delaware Bankruptcy Court Case No.: 24-11967 JKS**
              **RECLAMATION OF GOODS**

Dear Counsel:

We represent Topaz Distribution LLC ("*Topaz*") in connection with this bankruptcy case. In order to preserve the rights provided by section 546(c) of the Bankruptcy Code, Topaz hereby demands the reclamation and immediate return of all goods sold and delivered to Topaz and its debtor affiliates (collectively, the "*Debtors*") by Topaz within 45 days prior to the commencement of the Debtors' bankruptcy proceedings (the "*Goods*"), including without limitation those Goods identified on Schedule 1 annexed hereto.[1]

This reclamation demand should not be construed to limit Topaz' right to recover from, or exercise any other remedy against, any Debtor that has possession, custody, or control over the Goods, or is responsible for payment. Topaz expressly reserves its rights under section 503(b)(9) of the Bankruptcy Code to assert an administrative expense claim for the Goods delivered to the Debtors within 20 days prior to the petition date.

Topaz also reserves the rights to identify additional Goods, and to provide invoices and other supporting documents upon request. This letter should not be construed to create any obligations of Topaz to vendors with respect to the relevant Goods or associated reclamation rights.

---

[1] The invoices attached to Schedule 1 have been redacted to omit proprietary pricing information. Unredacted copies of the invoices can be made available to the Debtors upon request.



169090899.1

September 18, 2024
Page 2


Very truly yours,

Amir Gamliel

AG:cm

cc: Amir Ahdoot, Topaz Distribution, LLC

169090899.1

September 18, 2024
Page 3

# **SCHEDULE 1**

| PO # | PO Date Created | Invoice # | Total PO Amount | Confirmed Ship Date | Net 30 Due Date |
|---|---|---|---|---|---|
| 95483732 | 7/2/2024 | 31013 | $ 30,984.03 | 8/7/2024 | 9/6/2024 |
| 95483734 | 7/2/2024 | 31015 | $ 21,871.08 | 8/6/2024 | 9/5/2024 |
| 95504910 | 7/12/2024 | 31016 | $ 15,383.43 | 8/13/2024 | 9/12/2024 |
| 95504943 | 7/12/2024 | 31017 | $ 43,523.48 | 8/15/2024 | 9/14/2024 |
| 95504922 | 7/12/2024 | 31018 | $ 39,423.59 | 8/15/2024 | 9/14/2024 |
| 95504911 | 7/12/2024 | 31019 | $ 37,924.09 | 8/15/2024 | 9/14/2024 |
| 95504944 | 7/12/2024 | 31020 | $ 42,300.84 | 8/27/2024 | 9/26/2024 |
| | | | **$ 231,410.54** | | |



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.