IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on September 23, 2024, I caused one copy of the below listed pleadings to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail and/or U.S. First-Class Mail.

- **Declaration of Joseph Malfitano in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [D.I. 257]**

- **Declaration of Eric W. Kaup in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [D.I. 258]**

- **Declaration of Mark P. Naughton in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [D.I. 259]**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

{02054445;v1 }

Dated:  September 24, 2024 　　　　　　　　**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: GTaylor@ashbygeddes.com

*Counsel to Gordon Brothers Retail Partners, LLC*

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 30 Unsecured Creditors | 3M Company | Attn: Colby Ring | Po Box 371227 | | Pittsburgh | PA | 15250-7227 | CRING@MMM.COM |
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | 1700 Redbud Blvd | Ste 300 | McKinney | TX | 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Counsel to Capital Plaza, Inc. | ALEXANDER & VANN, LLP | Attn: John Turner Holt | 411 Gordon Avenue | | Thomasville | GA | 31792 | |
| Top 30 Unsecured Creditors | All Courtesy Int'L Ltd | Attn: Jlie Zhu | Flat/Rm E9F Hollywood Centre | Tst Kowlong | Hong Kong | | 999077 | JULIE@CENTRESKY.COM.CN |
| Top 30 Unsecured Creditors | Ameriwood Industries | Attn: Norman Braunstein - Ceo | 410 E First St. South | | Wright City | MO | 63390 | NORMAN.BRAUNSTEIN@DOREL.COM |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue | 8th Floor | Wilmington | DE | 19801 | GTaylor@ashbygeddes.com |
| Top 30 Unsecured Creditors | Ashley Furniture | Attn: Todd Wanek | PO Box 190 | | ArCADia | WI | 54612-0190 | TWANEK@ASHLEYFURNITURE.COM |
| Counsel to Brixmor Operating Partnership LP | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Kevin M. Newman | 125 East Jefferson Street | | Syracuse | NY | 13202 | knewman@barclaydamon.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | nferland@barclaydamon.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | sfleischer@barclaydamon.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: David A. Hall | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503-2694 | david.hall@btlaw.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: Kevin G. Collins | 222 Delaware Avenue | Suite 1200 | Wilmington | DE | 19801 | kevin.collins@btlaw.com |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | ejohnson@bayardlaw.com |
| Top 30 Unsecured Creditors | Big Avca Owner LLC | Attn: Drew Wides | C/O Blue Owl Real Estate Capital Llc | 30 North Lasalle, Suite 4140 | Chicago | IL | 60602 | DREW.WIDES@BLUEOWL.COM |
| Debtor | Big Lots, Inc. | Attn: President/General Counse | 4900 E. Dublin-Granville Road | | Columbus | OH | 43081 | |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | Attn: Attn: Regina Kelbon | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | regina.kelbon@blankrome.com |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | 575 Underhill Blvd | Suite 118 | Syosset | NY | 11791 | wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Top 30 Unsecured Creditors | Boston Warehouse Corp | Attn: Alan Kanter | 59 Davis Ave | | Norwood | MA | 02062-3031 | ALAN.KANTER@BWTC.COM |
| Counsel to DKR Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | treardon@brouse.com |
| Counsel to MBM Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | treardon@brouse.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to Burdkidz LLC and S.R. 170 Properties LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | treardon@brouse.com |
| Counsel to Scott Andron | Broward County | Attn: Andrew J. Meyers | 115 South Andrews Avenue | Governmental Center, Suite 423 | Fort Lauderdale | FL | 33301 | sandron@broward.org |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | schristianson@buchalter.com |
| Top 30 Unsecured Creditors | Building Air Services Hvac LLC | Attn: Steve Boose | 10460 68Th St North | | Pinellas Park | FL | 33782-2360 | SBOOSE@COOLSYS.COM |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | jfalgowski@burr.com |
| Counsel to CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street | Suite 3000 | Jacksonville | FL | 32202 | esummers@burr.com drobbins@burr.com |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | jhaithcock@burr.com |
| Top 30 Unsecured Creditors | Carlington Industries Limited | Attn: Billy Yu - Principle | Room 1114 Sincere House 83 Argyle | | Hong Kong | | | BILLY@CARLINGTON.COM.TW |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | Two International Place | | Boston | MA | 02110 | jventola@choate.com jmarshall@choate.com jslang@choate.com |
| Proposed Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | 450 Lexington Avenue | | New York | NY | 10017 | brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com ethan.stern@davispolk.com |
| Top 30 Unsecured Creditors | Dell Financial Services LLC | Attn: Mark Hoeck | Po Box 5292 | | Carol Stream | IL | 60197-6547 | MARK.HOECK@DELL.COM |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Drew S. McGehrin | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | dsmcgehrin@duanemorris.com |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Marcus O. Colabianchi | Spear Tower | One Market Plaza, Suite 2200 | San Francisco | CA | 94105-1127 | mcolabianchi@duanemorris.com |
| Top 30 Unsecured Creditors | Elite Comfort Solutions | Attn: Matt Wallace | | | Conover | NC | 28613 | MWWallace@elite-cs.com |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 | mgottfried@elkinskalt.com |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard | 12th Floor | Beverly Hills | CA | 90212 | bmoldo@ecjlaw.com |
| Top 30 Unsecured Creditors | Esi Cases And Accessories Inc | Attn: Maria Torres | 44 E 32Nd St  6Th Floor | | New York | NY | 10016-5508 | JET@ESICELLULAR.COM |
| Top 30 Unsecured Creditors | Everstar Merchandise Co | Attn: Andy Pan | Unit 12 13 11F Hatbour | | Kowloon | | CNTR TWR1 | PAN4190@HOTMAIL.COM |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Michael G. Menkowitz | 2000 Market Street | 20th Floor | Philadelphia | PA | 19103-3222 | mmenkowitz@foxrothschild.com |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Seth A. Niederman | 1201 N. Market Street | Suite 1200 | Wilmington | DE | 19801 | sniederman@foxrothschild.com |
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | 1327 W. Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel to Divisions Inc. | Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | awebb@fbtlaw.com jkleisinger@fbtlaw.com |
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | rgold@fbtlaw.com eseverini@fbtlaw.com jkleisinger@fbtlaw.com |
| Top 30 Unsecured Creditors | Fusion Furniture Inc. | Attn: Mark Weber - Ceo | Po Box 734183 | | Dallas | TX | 75373-4183 | MWEBER@SOUTHERNMOTION.COM |
| Top 30 Unsecured Creditors | Fxi Inc | Attn: Harold Early Ceo/ Kevin Blossom Gm | Po Box 747067 | | Atlanta | GA | 30374-7067 | KBLOSSOM@FXI.COM, HEARLEY@FXI.COM |
| Counsel to Roundtripping Ltd. and Geiger Brothers, Inc. | Gibbons P.C. | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801-1671 | kearle@gibbonslaw.com |
| Counsel to Geiger Brothers, Inc. | Gibbons P.C. | Attn: Kyle P. McEvilly | One Gateway Center | | Newark | NJ | 07102 | kmcevilly@gibbonslaw.com |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Mark Conlan | One Gateway Center | | Newark | NJ | 07102 | mconlan@gibbonslaw.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 30 Unsecured Creditors | Giftree Crafts Co Ltd | Attn: Joe Peng | No 50 Fagang Development | | Shenzhen Guangdong | | | JOEPENG@GIFTREE.NET |
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | 10575 North 114th Street | Suite 115 | Scottsdale | AZ | 85259 | rbird@gilbertbirdlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | tannweiler@greerherz.com |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | ridebitetto@hahnlaw.com |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | 999 Third Avenue | Suite 4600 | Seattle | WA | 98104 | brian.free@hcmp.com |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | jdoran@hinckleyallen.com |
| Top 30 Unsecured Creditors | Hongkong Gms Intl Co Ltd | Attn: Carl Guo Owner | 8Th Flr Tianxin Bldg | | Nantong Jiangsu | | | Carl@futongtextiles.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | 1401 McKinney Street | Suite 1900 | Houston | TX | 77010 | kpeguero@jw.com jwertz@jw.com wfarmer@jw.com |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | Attn: J. Michael McCague | 408 Cedar Avenue | | Pittsburgh | PA | 15212 | jmm@gmwpclaw.com |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | 910 Harvest Drive | PO Box 3037 | Blue Bell | PA | 19422 | wlevant@kaplaw.com |
| Top 30 Unsecured Creditors | Keeco, LLC/22155 | Attn: Steve Henderson Cmo President | Po Box 809207 | | Chicago | IL | 60680 | shenderson@lkeeco.com |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | jcarr@kelleydrye.com kelliott@kelleydrye.com kcavins@kelleydrye.com |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Building, Barnabas Business Center | 4650 North Port Washington Road | Milwaukee | WI | 53212-1059 | swisotzkey@kmksc.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer, Jessica Berman, Christine Porter | 55 East 52nd Street | 16th Floor | New York | NY | 10055 | ProjectHilt@ra.kroll.com serviceqa@ra.kroll.com |
| Counsel to City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | kurtzman@kurtzmansteady.com |
| Counsel to Big Milf2 Owner, LLC ("BMO") | Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | 1007 N. Orange Street | Suite 420 | Wilmington | DE | 19801 | jcarbino@leechtishman.com |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | austin.bankruptcy@lgbs.com |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | sanantonio.bankruptcy@lgbs.com |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | houston_bankruptcy@lgbs.com |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | Attn: J. Jeffery Rich | 100 Northside Square, Suite 700 | | Huntsville | AL | 35801 | jrich@madisoncountyal.gov |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | Attn: David P. Primack | 1007 N. Orange Street | Suite 711 | Wilmington | DE | 19801 | DPrimack@mgmlaw.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way | Suite 100 | Round Rock | TX | 78665 | jparsons@mvbalaw.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com |
| Top 30 Unsecured Creditors | Millennium Gifts Ltd | Attn: Peter Chuang Vp Sales | Hongfan Building Jiangnan | | Quanzhou Fujian | | | PETER@HONGFANGIFTS.COM |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | rmersky@monlaw.com |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com |
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | 1201 N. Market Street, 16th Floor | | Wilmington | DE | 19801 | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com csawyer@morrisnichols.com |
| Top 30 Unsecured Creditors | Ningbo Electrical Appliance Co., Lt | Attn: John Link | No 758 Kaifa East Zhouxiang | | Cixi Ningbo | | | john.link@gdhwd.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | Linda.Casey@usdoj.gov |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | Attn: Brian J McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | brian.mclaughlin@offitkurman.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent,1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | 230 Park Ave Ste 29 | | New York | NY | 10169 | csimon@otterbourg.com jdrew@otterbourg.com shautzinger@otterbourg.com |
| Top 30 Unsecured Creditors | Pan Asian Creations Limited | Attn: Stephen Lee | 5F-6 No 294 Sec 1 Dunhua S Rd | Da-An Dist | Taipei | | | stephen@pan-asian.com.hk |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | Court Plaza South, East Wing | 21 Main Street, Suite 200 | Hackensack | NJ | 07601 | dsklar@pashmanstein.com |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | 824 North Market Street, Suite 800 | | Wilmington | DE | 19801 | jbarsalona@pashmanstein.com |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E. Border Street, Suite 640 | | Arlington | TX | 76010 | ebcalvo@pbfcm.com |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | lmbkr@pbfcm.com |
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd., Suite 640, LB 40 | | Garland | TX | 75042 | lreece@pbfcm.com |
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | P.O. Box 8188 | | Wichita Falls | TX | 76307 | wichitafalls@pbfcm.com |
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | PO Box 9132 | | Amarillo | TX | 79105 | amabkr@pbfcm.com acordova@pbfcm.com |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | PO Box 2916 | | McAllen | TX | 78502 | edinburgbankruptcy@pbfcm.com |
| Top 30 Unsecured Creditors | Polygroup Evergreen Limited | Attn: Ricky Tong | Unit 606, Fairmont House | | Hong Kong | | | RICKY.TONG@POLYGROUP.COM |
| Top 30 Unsecured Creditors | Ppj LLC | Attn: Phil Mccarty - Ceo | 2 Carsha Drive | | Natick | MA | 01760-4658 | PHIL.MCCARTY@CUSTOMATICBEDS.COM |
| Counsel to Ocean Network Express (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | 50 Tice Boulevard, Suite 380 | | Woodcliff Lake | NJ | 07677 | rsteinberg@pricemeese.com |
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | tim@rashtiandmitchell.com dkrm@aol.com donna@rashtiandmitchell.com |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | knight@rlf.com collins@rlf.com javorsky@rlf.com |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower | 7 Times Sq, Suite 2506 | New York | NY | 10036 | SFox@riemerlaw.com |
| Counsel to Serta, Inc. | Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | River Ridge 9040 Roswell Rd | Suite 205 | Atlanta | GA | 30350 | brogers@berlawoffice.com skuperberg@berlawoffice.com |
| Top 30 Unsecured Creditors | Round Tripping Ltd | Attn: Sheryl Ting | 14/F Shui Centre 6-8 Harbour Rd. | | Wanshai | | | SHERYL@FIRSTE.COM.HK |
| Counsel to Logo Brands, Inc. | Saul Ewing LLP | Attn: Lucian B. Murley | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | luke.murley@saul.com |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Monique B. DiSabatino | 1201 North Market Street Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 | monique.disabatino@saul.com |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Turner N Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | turner.falk@saul.com |
| Top 30 Unsecured Creditors | Sealy Inc | Attn: Steve Rusing - President | Po Box 931855 | | Atlanta | GA | 31193-1855 | STEVE.RUSING@TEMPURSEALY.COM |

**In re: Big Lots, Inc.,** *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | secbankruptcy@sec.gov |
| Top 30 Unsecured Creditors | Serta Inc | Attn: Mark Genender - Chairman | 2600 Forbs Ave | | Hoffman Estates | IL | 60192-3723 | MGENENDER@SERTASIMMONS.COM |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to Norman Owczarkowski | Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | 363 W. Big Beaver Road | Suite 410 | Troy | MI | 48084 | cmierzwa@simonattys.com |
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | mshriro@singerlevick.com |
| Top 30 Unsecured Creditors | Singsong International Trade Co Lim | Attn: Sunny Zhang | Room 1405A 14/F Lucky Centre | | | | | SUNNY@SINGSONG.COM.CN |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, and The View at Marlton LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | dplon@sirlinlaw.com |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | dplon@sirlinlaw.com |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | jlemkin@stark-stark.com tonder@stark-stark.com jlemkin@stark-stark.com |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | AGINFO@AZAG.GOV |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | BANKRUPTCY@COAG.GOV |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10Th Floor | Denver | CO | 80203 | |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV brendan.flynn@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, Sw | | Atlanta | GA | 30334-1300 | |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | HAWAIIAG@HAWAII.GOV |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5Th Floor | Indianapolis | IN | 46204 | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | WEBTEAM@AG.IOWA.GOV |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 Sw 10Th Ave., 2Nd Floor | | Topeka | KS | 66612-1597 | |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333-0000 | |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | OAG@OAG.STATE.MD.US |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7Th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | MIAG@MICHIGAN.GOV AG-COD@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | Bankruptcy.Notices@ag.state.mn.us |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | Po Box 201401 | Helena | MT | 59620-1401 | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | aserrato@nmdoj.gov aswenson@nmdoj.gov |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | NDAG@ND.GOV |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14Th Floor | | Columbus | OH | 43215 | Mahisha.Sanson@OhioAGO.gov |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 Ne 21St Street | | Oklahoma City | OK | 73105 | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street Ne | | Salem | OR | 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US justin.leonard@doj.oregon.gov |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16Th Floor | Harrisburg | PA | 17120 | |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903-0000 | |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | P.O. Box 20207 | | Nashville | TN | 37202-0207 | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | Po Box 142320 | | Salt Lake City | UT | 84114-2320 | bankruptcy@agutah.gov |

**In re: Big Lots, Inc.,** *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | Financial Recovery Section | Post Office Box 610 | Richmond | VA | 23218-0610 | |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. Se | P.O. Box 40100 | Olympia | WA | 98504-0100 | |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | 17 West Main Street, Post Office Box 7857 | Madison | WI | 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24Th Street | Cheyenne | WY | 82002 | |
| Counsel to Edifis, USC, LLC and Edifis LJC, LTD | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | 150 West Flagler Street | Suite 2200 | Miami | FL | 33120 | esilver@stearnsweaver.com |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | streusand@slollp.com |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | jrhodes@tlclawfirm.com |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | brost@tspclaw.com |
| Counsel to Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Jamie Kirk | Bankruptcy & Collections Division | 12221 Merit Drive, Suite 825 | Dallas | TX | 75251 | jamie.kirk@oag.texas.gov |
| Top 30 Unsecured Creditors | Topmost Design Co Ltd | Attn: Lindbergh Lin | 3Fl-19, No.3 Tien Mou Rd | | Taipei | | | LINDBERGH@ELUCEO.COM.TW |
| Counsel to Travis County | Travis County | Attn: Jason A. Starks | P.O. Box 1748 | | Austin | TX | 78767 | Jason.Starks@traviscountytx.gov |
| Top 30 Unsecured Creditors | Twin Star International | Attn: Heather Brown | 1690 S Congress Ave Ste 210 | | Delray Beach | FL | 33445-6330 | HBROWN@TWINSTARHOME.COM |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | secbankruptcy@sec.gov |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | Attn: Randall F. Scherck | 10 S. Broadway | Suite 2000 | St. Louis | MO | 63102 | rscherck@ubglaw.com |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 150 Ottawa Avenue, NW, Suite 1500 | | Grand Rapids | MI | 49503 | gtoering@wnj.com |
| Washington Dc Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4Th Street, Nw | | Washington | DC | 20001 | OAG@DC.GOV |
| Counsel to Serta, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan | 1225 N King Street | Suite 600 | Wilmington | DE | 19801 | bsullivan@werbsullivan.com |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 24 Greenway Plaza, Suite 2050 | | Houston | TX | 77046 | jcarruth@wkpz.com |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | 600 North King Street, Suite 300 | | Wilmington | DE | 19801 | sgerald@whitefordlaw.com |
| Top 30 Unsecured Creditors | Zest Garden Limited | Attn: Nina Truong - President | 10F No 143 Shih Shang Rd | | Taipei | | | NINA@CONCORDCITYA.COM |
| Top 30 Unsecured Creditors | Zhejiang Hengtai Crafts | Attn: Cain Wang | Hehua Rd Baihuashan Industrial Are | | Yiwu Zhejiang | | | CAIN@CHRISTMASCN.COM |