IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 : Chapter 11
                                                                 :
BIG LOTS, INC., *et al.*,[1]                                     : Case No. 24-11967-JKS
                                                                 :
        Debtors.                                                 : (Jointly Administered)
---------------------------------------------------------------- x

## NOTICE OF RECLAMATION DEMAND
## OF RAYMOND STORAGE CONCEPTS, INC.

**PLEASE TAKE NOTICE** that Raymond Storage Concepts, Inc. ("**Raymond Storage**") hereby files this notice (the "**Notice**") of its delivery of its written demand for reclamation pursuant to § 546(c) of Title 11 of the United States Code (the "**Bankruptcy Code** and/or other applicable law (the "**Reclamation Demand**") on Big Lots, Inc. and its affiliated debtors (collectively, the "**Debtors**") in order to reclaim all goods and products (collectively, the "**Goods**") sold and delivered by Raymond Storage in the ordinary course of its business on credit to, and received by, one or more of the Debtors within forty-five (45) days prior to the commencement of the Debtors' chapter 11 cases (the "**Reclamation Period**") on September 9, 2024 (the "**Petition Date**") when the Debtors were insolvent.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Reclamation Demand is attached hereto as **Exhibit A** and is incorporated herein by this reference. The Reclamation Demand identifies the Goods which Raymond Storage sold and delivered to one or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

more of the Debtors in the ordinary course of business within forty-five (45) days prior to the Petition Date together with supporting documentation evidencing the delivery of the Goods. The total invoice price of the Goods subject to the Reclamation Demand is $63,702.20.

**PLEASE TAKE FURTHER NOTICE** that Raymond Storage hereby demands that to the extent the Debtors still possess or control the Goods, the Debtors segregate the Goods from any other property of the Debtors' respective bankruptcy estates pending further final order or judgment of a court of competent jurisdiction, after notice and a hearing, and to return the Goods to Raymond Storage as required by applicable law. Raymond Storage hereby asserts any claim relating to any right of reclamation and its rights, claims, and remedies in and to the Goods. Raymond Storage does not consent to the Debtors' use, sale, or lease of the Goods, or any proceeds of the Goods, or the imposition or the granting of a lien on the Goods, or any proceeds of the Goods, including for the purposes of §§ 363 and 364 of the Bankruptcy Code. Raymond Storage does not waive or otherwise relinquish any right by demanding reclamation of the Goods, or filing and serving this notice. Neither demanding reclamation of the Goods, nor the filing and serving of this notice, shall prejudice any right of Raymond Storage, such as any right to the allowance and payment of any amount pursuant to § 503 of the Bankruptcy Code. Raymond Storage reserves the right to amend or otherwise modify the Reclamation Demand, or any claim relating to any right of reclamation, or otherwise, such as by filing and serving another notice of reclamation or an adversary proceeding.

Dated: September 24, 2024  
Lisle, Illinois

SWANSON, MARTIN & BELL, LLP

By: /s/ *Charles S. Stahl, Jr.*  
Charles S. Stahl, Jr.  
2525 Cabot Drive, Suite 204  
Lisle, IL 60532  
T: 630-780-8472

2

F: 630-799-6901
Email: cstahl@smbtrials.com

# EXHIBIT A

# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
2525 CABOT DRIVE • SUITE 204
LISLE, ILLINOIS 60532
(630) 799-6900 • FAX (630) 799-6901

Writer's Direct Dial: (630) 780-8472

September 24, 2024

**VIA EMAIL**
**(to the addressee and all persons on the attached Service List)**

Big Lots, Inc.
Attn: Mr. Jonathan E. Ramsden
Executive Vice President
Chief Financial and Administrative Officer
4900 East Dublin Granville Road
Westerville, OH 43081
jramsden@biglots.com

Re: Big Lots, Inc., et al. (collectively, "**Debtors**")
Lead Case No. 24-11967 (the "**Ch. 11 Cases**")

Reclamation Demand of Raymond Storage Concepts, Inc. ("**Raymond Storage**")

Dear Mr. Ramsden:

We represent Raymond Storage in the Ch. 11 Cases. On September 9, 2024 (the "**Petition Date**"), Debtors commenced the Ch. 11 Cases in the United States Bankruptcy Court for the District of Delaware, thereby indicating Debtors were insolvent within the meaning of § 101(32) of the Bankruptcy Code as of the Petition Date.

Raymond Storage hereby provides written notice of its demand for reclamation of goods sold and delivered by Raymond Storage to one or more of the Debtors (the "**Goods**"). Pursuant to § 546(c) of the Bankruptcy Code, Raymond Storage hereby reclaims all Goods sold on credit in the ordinary course of its business and delivered to and received by one or more of the Debtors within forty-five (45) days of the Petition Date on or about August 5, 2024. The Goods are described in the invoice and supporting documentation attached hereto as **Exhibit 1**. The value of the Goods totals at least $63,702.20.

330 NORTH WABASH • SUITE 3300 • CHICAGO, ILLINOIS 60611 • (312) 321-9100 • FAX (312) 321-0990
1860 WEST WINCHESTER ROAD • SUITE 201 • LIBERTYVILLE, ILLINOIS 60048 • (847) 949-0025 • FAX (847) 247-0555
103 WEST VANDALIA STREET • SUITE 215 • EDWARDSVILLE, ILLINOIS 62025 • (618) 208-0741 • FAX (614) 241-7106
800 MARKET STREET • SUITE 2100 • ST. LOUIS, MISSOURI 63101 • (314) 241-7100 • FAX (314) 241-7106

## SWANSON, MARTIN & BELL, LLP

Big Lots, Inc. (and all persons on the attached Service List via email)
Attn: Mr. Jonathan E. Ramsden
September 24, 2024
Page 2

Raymond Storage reserves all of its rights with respect to the Goods, including, but not necessarily limited to (1) the right to be paid in the ordinary course of business as a post-petition creditor to the extent the Goods were received by any of the Debtors on or after the Petition Date; (2) the right to assert an administrative priority claim pursuant to § 503(b)(9) of the Bankruptcy Code if and as applicable; (3) the right to assert a "new value" defense to any preference demand asserted against it in the Ch. 11 Cases; (4) the right to seek payment from any non-debtor parties that have the use and benefit of the Goods; (5) the right to setoff under applicable law; (6) the right to file additional demands or claims, including a proof of claim, in the Ch. 11 Cases; and (7) the right to amend this demand and any corresponding notice filed in the Ch. 11 Cases.

Please contact the undersigned to arrange for the immediate return of the Goods. The Goods shall not be used for any purpose whatsoever except as specifically authorized by the court presiding in the Ch. 11 Cases after notice to Raymond Storage and a hearing. Absent such authority or Raymond Storage's written consent in its sole discretion, Debtors do not have Raymond Storage's permission, consent, or authorization to use the Goods that are subject to this reclamation demand because any such use would cause the Goods to depreciate in value.

Raymond Storage expressly reserves all of its rights under the Bankruptcy Code and applicable law.

Very truly yours,

SWANSON MARTIN & BELL, LLP

By: _____
Charles S. Stahl, Jr.

Attachment: Exhibits 1

## Service List (Debtors' Proposed Counsel)

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
*Morris, Nichols, Arsht & Tunnell LLP*
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
*Davis Polk & Wardwell LLP*
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

# EXHIBIT 1

# RAYMOND STORAGE CONCEPTS

| 5480 Creek Road, Cincinnati, OH 45242 | 4333 Directors Boulevard, Groveport, OH 43125 | 11921 Carrier Court, Louisville, KY 40299 |
|---|---|---|
| Tel: (513) 891-7290 | Tel: (614) 275-3494 | Tel: (502) 491-2237 |
| Fax: (513) 891-7299 | Fax: (614) 275-3493 | Fax: (502) 499-0240 |

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| BIGLOTS | 438441 | 200 | 2MQ | I N V O I C E | 08-15-24 | 20708982 | 1 |

Sold To: 002
Big Lots Inc
450 Phillipi Rd
DC 890 Maintenance
Columbus OH 43228

Ship To:
Big Lots Inc
500 Phillipi Rd
DC 890 Maintenance
Columbus OH 43228
Ship Via B/W

| Entered By | Customer Purchase Order | Customer Contact | Ord Date |
|---|---|---|---|
| kristym | 461673948 | DWIGHT COLLIER | 08-09-24 |

| Model | Serial Number | Equip ID | Customer Job # 333-2022 | Customer Phone # 1 (614) 278-6800 |
|---|---|---|---|---|

| Ord | Ship | B/O Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|
| | 1 | id# 425-0086248<br>model-425-C35STT<br>STAND-UP COUNTERBALANCE TRUCK | SELL PRICE<br>serial#-425-24-0086248 | | | 30,157.10 |
| | 1 | id# 425-0086264<br>model-425-C35STT<br>STAND-UP COUNTERBALANCE TRUCK | SELL PRICE<br>serial#-425-24-0086264 | | | 30,157.10 |
| | 1 | id# 425-0086246<br>model-425-C35STT<br>STAND-UP COUNTERBALANCE TRUCK | SELL PRICE<br>serial#-425-24-0086246 | | | 30,157.10 |
| | 1 | id# 425-0086249<br>model-425-C35STT<br>STAND-UP COUNTERBALANCE TRUCK | SELL PRICE<br>serial#-425-24-0086249 | | | 30,157.10 |
| | 4 | INSTALLATION NEW EQUIPMENT | | 800.00 | | 3,200.00 |
| | 4 | SHIPPING & HANDLING | | 894.00 | | 3,576.00 |
| | 1 | 50 PERCENT DEPOSIT- INV# 20682074 | | 60,314.20- | | 60,314.20- |

(4) RAYMOND 425-C35TT STAND-UP
COUNTERBALANCE TRUCKS

PLEASE REMIT PAYMENT TO:  5480 CREEK RD
CINCINNATI, OH 45242

Total Invoice Due By: Continued

THANK YOU FOR CHOOSING RAYMOND STORAGE CONCEPTS,
INC. FOR ALL YOUR MATERIAL HANDLING NEEDS.

# RAYMOND STORAGE CONCEPTS

| 5480 Creek Road, Cincinnati, OH 45242 | 4333 Directors Boulevard, Groveport, OH 43125 | 11921 Carrier Court, Louisville, KY 40299 |
|---|---|---|
| Tel: (513) 891-7290 | Tel: (614) 275-3494 | Tel: (502) 491-2237 |
| Fax: (513) 891-7299 | Fax: (614) 275-3493 | Fax: (502) 499-0240 |

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| BIGLOTS | 438441 | 200 | 2MQ | I N V O I C E | 08-15-24 | 20708982 | 2 |

Sold To:  002
Big Lots Inc
450 Phillipi Rd
DC 890 Maintenance
Columbus OH 43228

Ship To:
Big Lots Inc
500 Phillipi Rd
DC 890 Maintenance
Columbus                        OH 43228
Ship Via B/W

| Entered By | Customer Purchase Order | Customer Contact | Ord Date |
|---|---|---|---|
| kristym | 461673948 | DWIGHT COLLIER | 08-09-24 |

| Model | Serial Number | Equip ID | Customer Job # | Customer Phone # |
|---|---|---|---|---|
| | | | 333-2022 | 1 (614) 278-6800 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | | 50 PERCENT DEPOSIT- INV# 20682074 NEW TRUCK INSTALLATION | 1,600.00- | | 1,600.00- |
| | 1 | | | 50 PERCENT DEPOSIT- INV# 2068207 FREIGHT | 1,788.00- | | 1,788.00- |

                                          Sub Total                63,702.20

             NR       Sales Tax Number -                                0.00

PLEASE REMIT PAYMENT TO: 5480 CREEK RD
CINCINNATI, OH 45242

Total Invoice Due By: 10/14/24         63,702.20

THANK YOU FOR CHOOSING RAYMOND STORAGE CONCEPTS,
INC. FOR ALL YOUR MATERIAL HANDLING NEEDS.



**RAYMOND STORAGE CONCEPTS**

| 5480 Creek Road<br>Cincinnati, OH 45242<br>Tel: (513) 891-7290<br>Fax: (513) 891-7299 | 4333 Directors Boulevard<br>Groveport, OH 43125<br>Tel: (614) 275-3494<br>Fax: (614) 275-3493 | 11921 Carrier Court<br>Louisville, KY 40299<br>Tel: (502) 491-2237<br>Fax: (502) 499-0240 |
|---|---|---|

BIG LOTS
500 PHILLIPI RD

COLUMBUS, OH 43228

| | | |
|---|---|---|
| Branch | 200 | Workorder 513869 |
| Unit | | |
| Cust # | SALES200 | (cust) |
| Mfr | Model | Serial Number |
| RA | 4250 | 425-24-0086249 |

Meters  1   0   0   0   0                  8/5/2024 5:21:52 PM    [X] Active

**Repair Work Order**

**Seg 000 Gen**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | unloaded the truck installed the battery |
| | | moved and remounted the battery connector |
| | | fabricated a new pos battery cable from the battery connector to TP1 |
| | | performed ops checks |
| | | ready for service |
| 3.00 | | INSTALL/STANDUP/LAYDOWN |

[X] OK   [A] Adjustments Made   [O] Repair Needed   [R] Repair Made   [NA] Not Applicable   [X] Active

Authorized Signature: ralph gates

Thank You for your business; your technician was:
CHANDLER NEWTON

Phone  614-275-3494
Cust PO  POW# 333-2022



**RAYMOND STORAGE CONCEPTS**

5480 Creek Road
Cincinnati, OH 45242
Tel: (513) 891-7290
Fax: (513) 891-7299

4333 Directors Boulevard
Groveport, OH 43125
Tel: (614) 275-3494
Fax: (614) 275-3493

11921 Carrier Court
Louisville, KY 40299
Tel: (502) 491-2237
Fax: (502) 499-0240

BIG LOTS
500 PHILLIPI RD

COLUMBUS, OH 43228

| | | |
|---|---|---|
| Branch | 200 | Workorder 513866 |
| Unit | | |
| Cust # | SALES200 | (cust) |
| Mfr | Model | Serial Number |
| RA | 4250 | 425-24-0086248 |

Meters  1   0   0   0   0

8/5/2024 5:21:47 PM     X Active

**Repair Work Order**

**Seg 000 Gen**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | unloaded the truck installed the battery |
| | | moved and remounted the battery connector |
| | | fabricated a new pos battery cable from the battery connector to TP1 |
| | | performed ops checks |
| | | ready for service |
| 3.00 | | INSTALL/STANDUP/LAYDOWN |

**Seg 040 Gen TRIP CHARGE**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | ntc |
| | | TRIP CHARGE |
| | | TRIP CHARGE |

X OK    A Adjustments Made    O Repair Needed    R Repair Made    NA Not Applicable    X Active

Authorized Signature: ralph gates

*(signature: Ralph Gates)*

Thank You for your business; your technician was:
CHANDLER NEWTON
Phone    614-275-3494
Cust PO    POW# 333-2022



**RAYMOND STORAGE CONCEPTS**

5480 Creek Road
Cincinnati, OH 45242
Tel: (513) 891-7290
Fax: (513) 891-7299

4333 Directors Boulevard
Groveport, OH 43125
Tel: (614) 275-3494
Fax: (614) 275-3493

11921 Carrier Court
Louisville, KY 40299
Tel: (502) 491-2237
Fax: (502) 499-0240

BIG LOTS
500 PHILLIPI RD

COLUMBUS, OH 43228

| | | |
|---|---|---|
| Branch Unit | 200 | Workorder 513867 |
| Cust # | SALES200 | (cust) |
| Mfr | Model | Serial Number |
| RA | 4250 | 425-24-0086264 |

Meters  1  0  0  0  0           8/5/2024 5:21:50 PM     X Active

**Repair Work Order**

**Seg 000 Gen**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | unloaded the truck installed the battery |
| | | moved and remounted the battery connector |
| | | fabricated a new pos battery cable from the battery connector to TP1 |
| | | performed ops checks |
| | | ready for service |
| 3.00 | | INSTALL/STANDUP/LAYDOWN |

**Seg 040 Gen TRIP CHARGE**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | ntc |

X OK    A Adjustments Made    O Repair Needed    R Repair Made    NA Not Applicable    X Active

Authorized Signature: ralph gates

Thank You for your business; your technician was:
CHANDLER NEWTON
Phone  614-275-3494
Cust PO  POW# 333-2022



**RAYMOND STORAGE CONCEPTS**

5480 Creek Road
Cincinnati, OH 45242
Tel: (513) 891-7290
Fax: (513) 891-7299

4333 Directors Boulevard
Groveport, OH 43125
Tel: (614) 275-3494
Fax: (614) 275-3493

11921 Carrier Court
Louisville, KY 40299
Tel: (502) 491-2237
Fax: (502) 499-0240

BIG LOTS
500 PHILLIPI RD

COLUMBUS, OH 43228

| | | |
|---|---|---|
| Branch | 200 | Workorder 513868 |
| Unit | | |
| Cust # | SALES200 | (cust) |
| Mfr | Model | Serial Number |
| RA | 4250 | 425-24-0086246 |

Meters  1   0   0   0   0        8/5/2024 5:21:51 PM     [X] Active

**Repair Work Order**

**Seg 000 Gen**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | unloaded the truck installed the battery |
| | | moved and remounted the battery connector |
| | | fabricated a new pos battery cable from the battery connector to TP1 |
| | | performed ops checks |
| | | ready for service |
| 3.00 | | INSTALL/STANDUP/LAYDOWN |

**Seg 040 Gen TRIP CHARGE**

| Qty | Parts Used | Work Description |
|---|---|---|
| | | ntc |

[X] OK   [A] Adjustments Made   [O] Repair Needed   [R] Repair Made   [NA] Not Applicable   [X] Active

Authorized Signature: ralph gates

Thank You for your business; your technician was:
CHANDLER NEWTON
Phone   614-275-3494
Cust PO   POW# 333-2022