IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to the Official Committee of Unsecured Creditors (the "Committee"), and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), requesting that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:   (302) 652-3131
Facsimile:    (302) 652-3117
Email:          jalberto@coleschotz.com
                    snewman@coleschotz.com

**MCDERMOTT WILL & EMERY**

Darren Azman
Kristin K. Going
One Vanderbilt Avenue
New York, NY, 10017
Telephone:   (212) 547-5400
Facsimile:    (212) 547-5444
Email:          dazman@mwe.com
                    kgoing@mwe.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 24, 2024<br>Wilmington, Delaware | **COLE SCHOTZ, P.C.**<br><br>/s/ *Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone:   (302) 652-3131<br>Facsimile:    (302) 652-3117<br>Email:           jalberto@coleschotz.com<br>                     snewman@coleschotz.com<br><br>-and-<br><br>**MCDERMOTT WILL & EMERY**<br><br>Darren Azman (*pro hac vice* pending)<br>Kristin K. Going (*pro hac vice* pending)<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Telephone:   (212) 547-5400<br>Facsimile:    (212) 547-5444<br>Email:           dazman@mwe.com<br>                     kgoing@mwe.com<br><br>*Proposed Counsel to the Official*<br>*Committee of Unsecured Creditors* |