IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned counsel for **Twin Rivers Equity Partners, LLC ("Twin Rivers"),** requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Tara E. Nauful, Esq.
> Best Law, P.A.
> P.O. Box 2374
> Mount Pleasant, SC 29465
> tara@bestlawsc.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in

1

non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Twin Rivers is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

        **BEST LAW, PA**

        */s/ Tara E. Nauful*
        Tara E. Nauful, SC DCID 5864
        tara@bestlawsc.com
        P.O. Box 2374
        Mount Pleasant, SC 29465
        Phone: 843.793.4744

        Attorneys for Twin Rivers Equity Partners, LLC

September 25, 2024

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on September 25, 2024, I caused the foregoing **NOTICE OF APPEARANCE** to be served on all parties who are scheduled to receive notice through the Court's CM/ECF system.

**BEST LAW, PA**

*/s/ Tara E. Nauful*
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744

Attorneys for Twin Rivers Equity Partners, LLC

3