**EXHIBIT A**

AEP:
　　　Indiana - https://www.indianamichiganpower.com/account/bills/rates/IandMRatesTariffsIN.aspx
　　　Louisiana - https://www.swepco.com/account/bills/rates/SWEPCORatesTariffsLA.aspx
　　　Ohio - https://www.aepohio.com/account/bills/rates/AEPOhioRatesTariffsOH.aspx

　　　Oklahoma – https://www.psoklahoma.com/company/about/rates/

　　　Texas - https://www.aeptexas.com/company/about/rates/

　　　Virginia - https://www.appalachianpower.com/company/about/rates/va/

　　　West Virginia – https://www.appalachianpower.com/company/about/rates/wv

APS: http://www.aps.com/library/rates/sched-01.pdf

CEI, and Ohio Edison: https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html

Mon Power: https://www.firstenergycorp.com/customer_choice/west_virginia/west_virginia_tariffs.html

Met-Ed, Penelec, WPP and Penn Power: https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

Potomac Edison:
　　　Maryland - https://www.firstenergycorp.com/content/customer/customer_choice/maryland/maryland_tariffs.html

　　　West Virginia – https://www.firstenergycorp.com/customer_choice/west_virginia/west_virginia_tariffs.html

JCP&L: https://www.firstenergycorp.com/content/customer/customer_choice/new_jersey/new_jersey_tariffs.html

DEV: https://www.dominionenergy.com/virginia/rates-and-tariffs/business-rates

DESC: https://www.dominionenergy.com/south-carolina/rates-and-tariffs

PSNC: https://www.dominionenergy.com/north-carolina-electric/rates-and-tariffs

Georgia Power: https://www.georgiapower.com/business/prices-rates/business-tariffs.cshtml

PSEGLI: https://www.psegliny.com/aboutpseglongisland/ratesandtariffs

SDG&E: https://www.sdge.com/rates-and-regulations

SoCalGas: https://www2.socalgas.com/regulatory/tariffs/tariffs-rules.shtml

SCE: https://www.sce.com/regulatory/tariff-books

BGE:
    Electric – https://www.bge.com/MyAccount/MyBillUsage/Pages/ElectricServiceRatesTariffs.aspx
    Gas – https://www.bge.com/MyAccount/MyBillUsage/Pages/GasServiceRatesTariffs.aspx

ComEd:
    Tariffs: https://www.comed.com/customer-service/rates-pricing/rates-information/Pages/current-rates.aspx
    Regulations: http://www.ilga.gov/commission/jcar/admincode/083/08300280sections.html

PECO:
    Electric: https://www.peco.com/SiteCollectionDocuments/CurrentElecTariff.pdf
    Gas: https://www.peco.com/SiteCollectionDocuments/CurrentGasTariff.pdf

DPL:
- Delaware –
  - Electric: https://www.delmarva.com/MyAccount/MyBillUsage/Pages/DE/Electric/CurrentTariffs.aspx
  - Gas: https://www.delmarva.com/MyAccount/MyBillUsage/Pages/DE/Gas/CurrentTariffs.aspx
- Maryland – https://www.delmarva.com/MyAccount/MyBillUsage/Pages/MD/CurrentTariffsMD.aspx

ACE: https://www.atlanticcityelectric.com/MyAccount/MyBillUsage/Pages/Current-Tariffs.aspx

Pepco:
- Maryland: https://www.pepco.com/MyAccount/MyBillUsage/Pages/Maryland.aspx

TEC: http://www.tampaelectric.com/company/ourpowersystem/tariff/

Peoples Gas: https://www.peoplesgas.com/company/ournaturalgassystem/tariff/

Entergy AK: https://www.entergy-arkansas.com/your_business/business_tariffs/

Entergy LA: https://cdn.entergy-louisiana.com/userfiles/content/price/tariffs/ell_elec_terms-conditions.pdf

Entergy MS: https://www.entergy-mississippi.com/your_business/business_tariffs/

Entergy TX: https://www.entergy-texas.com/your_business/business_tariffs/

CL&P: https://www.eversource.com/content/nh/business/about/doing-business-with-us/builders-contractors/interconnections/connecticut-net-metering/connecticut-tariffs-rules

Yankee Gas: http://www.yankeegas.com/For_Your_Business/Current_Rates/List_and_Ap

3

plicability of Rates and Riders/

PSNH: http://www.psnh.com/Templates/Content.aspx?id=4294967779&terms=tariffs

EGMA: https://www.eversource.com/content/ema-c/residential/account-billing/manage-bill/about-your-bill/rates-tariffs/gas-tariffs-rules

NStar West: https://www.eversource.com/content/wma/business/my-account/billing-payments/about-your-bill/rates-tariffs/electric-tariffs-rules

NStar - East: https://www.eversource.com/content/general/about/about-us/doing-business-with-us/builders-contractors/interconnections/massachusetts-net-metering/massachusetts-tariffs-rules

BGC: http://gasrates.nationalgridus.com/ne/index-rates-afternov.jsp

MEC: http://www.nationalgridus.com/masselectric/non_html/rates_tariff.pdf

NEC: http://www.nationalgridus.com/Narragansett/non_html/rates_tariff.pdf

Kedli:   http://www2.nationalgridus.com/docs/esco/Revised_GTOP.pdf

NIMO: http://www.nationalgridus.com/niagaramohawk/business/rates/rates.asp

ORU - https://www.oru.com/en/ny-rates-tariffs

TEP:   https://www.tep.com/customer/rates/

UNS Electric:   https://www.uesaz.com/customer/rates/electric/

UNS Gas:   https://www.uesaz.com/gas-rates/

CERC:     http://www.centerpointenergy.com/en-us/corporate/about-us/rates-tariffs

OGE: https://www.oge.com/wps/portal/ord/business/pricing-options/rate-tarrifs/!ut/p/z0/04_Sj9CPykssy0xPLMnMz0vMAfIjo8zijTxczDy83A38LfyDTAwCnQyNjdxcPIz9DY31C7IdFQEfCntZ/

NYSEG: https://www.nyseg.com/w/electricity-pricing-and-tariffs

RG&E: https://www.rge.com/account/understandyourbill/pricing

FPL: http://www.fpl.com/customer/rates_and_bill/rules_tariffs.shtml

CMP: https://www.cmpco.com/w/terms-and-conditions

PSE&G: https://nj.pseg.com/aboutpseg/regulatorypage/electrictariffs