**CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on September 25, 2024, I caused a true and correct copy of the *Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance* to be served by email on:

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers
Case B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
16th Floor
Wilmington, Delaware 19801
rdehney@morrisnichols.com,
aremming@morrisnichols.com,
tmann@morrisnichols.com,
srchurchill@morrisnichols.com,
csawyer@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
brian.resnick@davispolk.com,
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com,
ethan.stern@davispolk.com
*Debtors' Counsel*

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jalberto@coleschotz.com,
snewman@coleschotz.com
*Creditor Committee Counsel*

1

Darren Azman
Kristin Going
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, New York 10017
dazman@mwe.com, kgoing@mwe.com
*Creditor Committee Counsel*

                                              */s/ William F. Taylor, Jr.*
                                              William F. Taylor, Jr. (#2936)