UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Case No.: 24-11967 (JKS) |
| | : | Chapter 11 |
| BIG LOTS INC., et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

REQUEST FOR SERVICE OF PAPERS AND TO BE ADDED TO BANKRUPTCY MATRIX

Notice is hereby given pursuant to Bankruptcy Rule 2002 that the undersigned counsel representing Dorsan Developments Limited c/o Levy Realty Advisors LLC ("Dorsan Developments"), requests that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to the statutory committee or their authorized agents and to creditors who file with the Court their requests that all notices be mailed to them) be given to and served at the following addresses:

> Raymond M. Patella
> Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
> 505 Morris Avenue
> Springfield, NJ  07081
> Phone: 973-379-4200
> Fax: 973-379-7872
> Email:  rpatella@lawjw.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal whether written or oral and whether transmitted or conveyed

1

by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or debtor in possession or the property of such debtor or the debtor's estates.

Notice is further given that Dorsan Developments intends that neither this Request for Service nor any former or later pleading, claim or suit shall waive (1) the right to have final order in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) the right to contest the authority of the Bankruptcy Court to enter final orders or judgments, or (5) any other rights, claims, actions, defenses, set-offs, or recoupments to which Dorsan Developments is or may be entitled under agreement in law or in equity.

Dated:  September 25, 2024

/s/ Raymond M. Patella
Raymond M. Patella
Javerbaum Wurgaft Hicks Kahn Wikstrom
& Sinins, P.C.
505 Morris Avenue
Springfield, NJ  07081
Email: rpatella@lawjw.com
Telephone: 973-379-4200
Attorneys for Dorsan Developments Limited
c/o Levy Realty Advisors LLC