# CERTIFICATE OF SERVICE

I, Joseph C. Barsalona II, hereby certify that on this 25th day of September, 2024 the foregoing *NORTHTOWNE PLAZA PROPERTIES, LTD.'S LIMITED OBJECTION TO THE NOTICE OF LIST OF ADDITIONAL CLOSING STORES PURSUANT TO THE INTERIM ORDER (I) AUTHORIZING DEBTORS TO ASSUME THE CONSULTING AGREEMENT, (II) AUTHORIZING STORE CLOSING SALES AND APPROVING RELATED PROCEDURES, AND (III) GRANTING RELATED RELIEF [D.I. 239]* was served on all parties registered to receive CM/ECF notifications in this matter and upon the parties identified in the attached service list.

**PASHMAN STEIN WALDER HAYDEN, P.**C

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
 Email:  jbarsalona@pashmanstein.com

*Counsel to Northtowne Plaza Properties, Ltd.*

7

## SERVICE LIST

**VIA EMAIL**

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr.<br>　　　Andrew R. Remming<br>　　　Daniel B. Butz<br>　　　Tamara K. Mann<br>　　　Sophie Rogers Churchill<br>Email: rdehney@morrisnichols.com<br>　　　aremming@morrisnichols.com<br>　　　dbutz@morrisnichols.com<br>　　　tmann@morrisnichols.com<br>　　　srchurchill@morrisnichols.com | **DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick<br>　　　Adam L. Shpeen<br>　　　Stephen D. Piraino<br>　　　Ethan Stern<br>Emaik: brian.resnick@davispolk.com<br>　　　adam.shpeen@davispolk.com<br>　　　stephen.piraino@davispolk.co<br>m ethan.stern@davispolk.com |