**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Alain Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served by the date and method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Declaration of Adam Rifkin in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [Docket No. 197]

- Notice of Filing of Exhibits Related to Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [Docket No. 198]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Notice of Hearing Regarding Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [Docket No. 199]

Dated: September 20, 2024

                                                  */s/ Alain Francoeur*
                                                  Alain Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 20, 2024, by Alain Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | 3M Company | Attn: Colby Ring<br>Po Box 371227<br>Pittsburgh PA 15250-7227 | CRING@MMM.COM | Email on September 17, 2024 |
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn<br>1700 Redbud Blvd<br>Ste 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | All Courtesy Int'L Ltd | Attn: Jlie Zhu<br>Flat/Rm E9F Hollywood Centre<br>Tst Kowlong<br>Hong Kong 999077 China | JULIE@CENTRESKY.COM.CN | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Ameriwood Industries | Attn: Norman Braunstein - Ceo<br>410 E First St. South<br>Wright City MO 63390 | NORMAN.BRAUNSTEIN@DOREL.COM | Email on September 17, 2024 |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | GTaylor@ashbygeddes.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Ashley Furniture | Attn: Todd Wanek<br>PO Box 190<br>ArCADia WI 54612-0190 | TWANEK@ASHLEYFURNITURE.COM | Email on September 17, 2024 |
| Counsel to Brixmor Operating Partnership LP | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email on September 17, 2024 |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Kevin M. Newman<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email on September 17, 2024 |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | nferland@barclaydamon.com | Email on September 17, 2024 |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email on September 17, 2024 |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: David A. Hall<br>171 Monroe Avenue NW<br>Suite 1000<br>Grand Rapids MI 49503-2694 | david.hall@btlaw.com | Email on September 17, 2024 |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com | Email on September 17, 2024 |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Big Avca Owner LLC | Attn: Drew Wides<br>C/O Blue Owl Real Estate Capital Llc<br>30 North Lasalle, Suite 4140<br>Chicago IL 60602 | DREW.WIDES@BLUEOWL.COM | Email on September 17, 2024 |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | Attn: Attn: Regina Kelbon<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | regina.kelbon@blankrome.com | Email on September 17, 2024 |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin<br>575 Underhill Blvd<br>Suite 118<br>Syosset NY 11791 | wlevant@kaplaw.com<br>schin@borgeslawllc.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Boston Warehouse Corp | Attn: Alan Kanter<br>59 Davis Ave<br>Norwood MA 02062-3031 | ALAN.KANTER@BWTC.COM | Email on September 17, 2024 |
| Counsel to DKR Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email on September 17, 2024 |
| Counsel to MBM Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email on September 17, 2024 |
| Counsel to Burdkidz LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email on September 17, 2024 |
| Counsel to Scott Andron | Broward County | Attn: Andrew J. Meyers<br>115 South Andrews Avenue<br>Governmental Center, Suite 423<br>Fort Lauderdale FL 33301 | sandron@broward.org | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Building Air Services Hvac LLC | Attn: Steve Boose<br>10460 68Th St North<br>Pinellas Park FL 33782-2360 | SBOOSE@COOLSYS.COM | Email on September 17, 2024 |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | Email on September 17, 2024 |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Carlington Industries Limited | Attn: Billy Yu - Principle<br>Room 1114 Sincere House 83 Argyle<br>Hong Kong Hong Kong | BILLY@CARLINGTON.COM.TW | Email on September 17, 2024 |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang<br>Two International Place<br>Boston MA 02110 | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Email on September 17, 2024 |
| Proposed Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern<br>450 Lexington Avenue<br>New York NY 10017 | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Dell Financial Services LLC | Attn: Mark Hoeck<br>Po Box 5292<br>Carol Stream IL 60197-6547 | MARK.HOECK@DELL.COM | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Elite Comfort Solutions | Attn: Matt Wallace<br>Conover NC 28613 | MWWallace@elite-cs.com | Email on September 17, 2024 |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles CA 90064 | mgottfried@elkinskalt.com | Email on September 17, 2024 |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard<br>12th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Esi Cases And Accessories Inc | Attn: Maria Torres<br>44 E 32Nd St 6Th Floor<br>New York NY 10016-5508 | JET@ESICELLULAR.COM | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Everstar Merchandise Co | Attn: Andy Pan<br>Unit 12 13 11F Hatbour<br>Kowloon CNTR TWR1 China | PAN4190@HOTMAIL.COM | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quaker Sales & Distribution, Inc | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman<br>1327 W. Washington Blvd<br>Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email on September 17, 2024 |
| Counsel to Divisions Inc. | Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email on September 17, 2024 |
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Fusion Furniture Inc. | Attn: Mark Weber - Ceo<br>Po Box 734183<br>Dallas TX 75373-4183 | MWEBER@SOUTHERNMOTION.COM | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Fxi Inc | Attn: Harold Early Ceo/ Kevin Blossom Gm<br>Po Box 747067<br>Atlanta GA 30374-7067 | KBLOSSOM@FXI.COM<br>HEARLEY@FXI.COM | Email on September 17, 2024 |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1671 | kearle@gibbonslaw.com | Email on September 17, 2024 |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Mark Conlan<br>One Gateway Center<br>Newark NJ 07102 | mconlan@gibbonslaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Giftree Crafts Co Ltd | Attn: Joe Peng<br>No 50 Fagang Development<br>Shenzhen Guangdong China | JOEPENG@GIFTREE.NET | Email on September 17, 2024 |
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird<br>10575 North 114th Street<br>Suite 115<br>Scottsdale AZ 85259 | rbird@gilbertbirdlaw.com | Email on September 17, 2024 |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email on September 17, 2024 |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | ridebitetto@hahnlaw.com | Email on September 17, 2024 |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free<br>999 Third Avenue<br>Suite 4600<br>Seattle WA 98104 | brian.free@hcmp.com | Email on September 17, 2024 |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Hongkong Gms Intl Co Ltd | Attn: Carl Guo Owner<br>8Th Flr Tianxin Bldg<br>Nantong Jiangsu China | Carl@futongtextiles.com | Email on September 17, 2024 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail on September 18, 2024 |
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com | Email on September 17, 2024 |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | Attn: J. Michael McCague<br>408 Cedar Avenue<br>Pittsburgh PA 15212 | jmm@gmwpclaw.com | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Keeco, LLC/22155 | Attn: Steve Henderson Cmo President<br>Po Box 809207<br>Chicago IL 60680 | shenderson@lkeeco.com | Email on September 17, 2024 |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com | Email on September 17, 2024 |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email on September 17, 2024 |
| Counsel to City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email on September 17, 2024 |
| Counsel to Big Milf2 Owner, LLC ("BMO") | Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino<br>1007 N. Orange Street<br>Suite 420<br>Wilmington DE 19801 | jcarbino@leechtishman.com | Email on September 17, 2024 |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email on September 17, 2024 |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email on September 17, 2024 |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email on September 17, 2024 |
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email on September 17, 2024 |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email on September 17, 2024 |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | Attn: J. Jeffery Rich<br>100 Northside Square, Suite 700<br>Huntsville AL 35801 | jrich@madisoncountyal.gov | Email on September 17, 2024 |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | Attn: David P. Primack<br>1007 N. Orange Street<br>Suite 711<br>Wilmington DE 19801 | DPrimack@mgmlaw.com | Email on September 17, 2024 |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way<br>Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email on September 17, 2024 and First Class Mail on September 18, 2024 |
| Top 30 Unsecured Creditors | Millennium Gifts Ltd | Attn: Peter Chuang Vp Sales<br>Hongfan Building Jiangnan<br>Quanzhou Fujian China | PETER@HONGFANGIFTS.COM | Email on September 17, 2024 |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email on September 17, 2024 |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email on September 17, 2024 |
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,<br>1201 N. Market Street, 16th Floor<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Ningbo Electrical Appliance Co., Lt | Attn: John Link<br>No 758 Kaifa East Zhouxiang<br>Cixi Ningbo China | john.link@gdhwd.com | Email on September 17, 2024 |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Linda Casey<br>844 King Street<br>Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | Email on September 17, 2024 |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | Attn: Brian J McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington DE 19801 | brian.mclaughlin@offitkurman.com | Email on September 17, 2024 |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent,1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger<br>230 Park Ave Ste 29<br>New York NY 10169 | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Pan Asian Creations Limited | Attn: Stephen Lee<br>5F-6 No 294 Sec 1 Dunhua S Rd<br>Da-An Dist<br>Taipei Taiwan | stephen@pan-asian.com.hk | Email on September 17, 2024 |
| Counsel to Northtowne Plaza Properties, Ltd. | Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack NJ 07601 | dsklar@pashmanstein.com | Email on September 17, 2024 |
| Counsel to Northtowne Plaza Properties, Ltd. | Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II<br>824 North Market Street, Suite 800<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email on September 17, 2024 |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo<br>500 E. Border Street, Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email on September 17, 2024 |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email on September 17, 2024 |
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland TX 75042 | lreece@pbfcm.com | Email on September 17, 2024 |
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew<br>P.O. Box 8188<br>Wichita Falls TX 76307 | wichitafalls@pbfcm.com | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova<br>PO Box 9132<br>Amarillo TX 79105 | amabkr@pbfcm.com<br>acordova@pbfcm.com | Email on September 17, 2024 |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez<br>PO Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Polygroup Evergreen Limited | Attn: Ricky Tong<br>Unit 606, Fairmont House<br>Hong Kong China | RICKY.TONG@POLYGROUP.COM | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Ppj LLC | Attn: Phil Mccarty - Ceo<br>2 Carsha Drive<br>Natick MA 01760-4658 | PHIL.MCCARTY@CUSTOMATICBEDS.COM | Email on September 17, 2024 |
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti<br>4422 Ridgeside Drive<br>Dallas TX 75244 | tim@rashtiandmitchell.com<br>dkrm@aol.com<br>donna@rashtiandmitchell.com | Email on September 17, 2024 |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | knight@rlf.com<br>collins@rlf.com<br>javorsky@rlf.com | Email on September 17, 2024 |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower<br>7 Times Sq, Suite 2506<br>New York NY 10036 | SFox@riemerlaw.com | Email on September 17, 2024 |
| Counsel to Serta, Inc. | Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg<br>River Ridge 9040 Roswell Rd<br>Suite 205<br>Atlanta GA 30350 | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Round Tripping Ltd | Attn: Sheryl Ting<br>14/F Shui Centre 6-8 Harbour Rd.<br>Wanshai Hong Kong | SHERYL@FIRSTE.COM.HK | Email on September 17, 2024 |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Monique B. DiSabatino<br>1201 North Market Street Suite 2300<br>PO Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com | Email on September 17, 2024 |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Turner N Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Sealy Inc | Attn: Steve Rusing - President<br>Po Box 931855<br>Atlanta GA 31193-1855 | STEVE.RUSING@TEMPURSEALY.COM | Email on September 17, 2024 |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email on September 17, 2024 |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Serta Inc | Attn: Mark Genender - Chairman<br>2600 Forbs Ave<br>Hoffman Estates IL 60192-3723 | MGENENDER@SERTASIMMONS.COM | Email on September 17, 2024 |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email on September 17, 2024 |
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Singsong International Trade Co Lim | Attn: Sunny Zhang<br>Room 1405A 14/F Lucky Centre<br>China | SUNNY@SINGSONG.COM.CN | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Meadowbrook V, LP | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email on September 17, 2024 |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email on September 17, 2024 |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email on September 17, 2024 |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail on September 18, 2024 |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email on September 17, 2024 |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | AGINFO@AZAG.GOV | Email on September 17, 2024 |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail on September 18, 2024 |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email on September 17, 2024 |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver CO 80203 | | First Class Mail on September 18, 2024 |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email on September 17, 2024 |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email on September 17, 2024 |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail on September 18, 2024 |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta GA 30334-1300 | | First Class Mail on September 18, 2024 |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | HAWAIIAG@HAWAII.GOV | Email on September 17, 2024 |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail on September 18, 2024 |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email on September 17, 2024 |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5Th Floor<br>Indianapolis IN 46204 | INFO@ATG.IN.GOV | Email on September 17, 2024 |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | WEBTEAM@AG.IOWA.GOV | Email on September 17, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka KS 66612-1597 | | First Class Mail on September 18, 2024 |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail on September 18, 2024 |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | First Class Mail on September 18, 2024 |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333-0000 | | First Class Mail on September 18, 2024 |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | OAG@OAG.STATE.MD.US | Email on September 17, 2024 |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | | First Class Mail on September 18, 2024 |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7Th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | MIAG@MICHIGAN.GOV | Email on September 17, 2024 |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail on September 18, 2024 |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail on September 18, 2024 |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email on September 17, 2024 |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>Po Box 201401<br>Helena MT 59620-1401 | CONTACTDOJ@MT.GOV | Email on September 17, 2024 |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2Nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email on September 17, 2024 |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AGINFO@AG.NV.GOV | Email on September 17, 2024 |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email on September 17, 2024 |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email on September 17, 2024 |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail on September 18, 2024 |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail on September 18, 2024 |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail on September 18, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | NDAG@ND.GOV | Email on September 17, 2024 |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14Th Floor<br>Columbus OH 43215 | | First Class Mail on September 18, 2024 |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | | First Class Mail on September 18, 2024 |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street Ne<br>Salem OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email on September 17, 2024 |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16Th Floor<br>Harrisburg PA 17120 | | First Class Mail on September 18, 2024 |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903-0000 | | First Class Mail on September 18, 2024 |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail on September 18, 2024 |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email on September 17, 2024 |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler<br>P.O. Box 20207<br>Nashville TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | Email on September 17, 2024 |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email on September 17, 2024 |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | bankruptcy@agutah.gov | Email on September 17, 2024 |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email on September 17, 2024 |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | First Class Mail on September 18, 2024 |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. Se<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail on September 18, 2024 |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | CONSUMER@WVAGO.GOV | Email on September 17, 2024 |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>17 West Main Street, Post Office Box 7857<br>Madison WI 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | Email on September 17, 2024 |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24Th Street<br>Cheyenne WY 82002 | | First Class Mail on September 18, 2024 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email on September 17, 2024 |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email on September 17, 2024 |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | brost@tspclaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Topmost Design Co Ltd | Attn: Lindbergh Lin<br>3Fl-19, No.3 Tien Mou Rd<br>Taipei Taiwan | LINDBERGH@ELUCEO.COM.TW | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Twin Star International | Attn: Heather Brown<br>1690 S Congress Ave Ste 210<br>Delray Beach FL 33445-6330 | HBROWN@TWINSTARHOME.COM | Email on September 17, 2024 |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail on September 18, 2024 |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email on September 17, 2024 |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | Attn: Randall F. Scherck<br>10 S. Broadway<br>Suite 2000<br>St. Louis MO 63102 | rscherck@ubglaw.com | Email on September 17, 2024 |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail on September 18, 2024 |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email on September 17, 2024 |
| Washington Dc Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4Th Street, Nw<br>Washington DC 20001 | OAG@DC.GOV | Email on September 17, 2024 |
| Counsel to Serta, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan<br>1225 N King Street<br>Suite 600<br>Wilmington DE 19801 | bsullivan@werbsullivan.com | Email on September 17, 2024 |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth<br>24 Greenway Plaza, Suite 2050<br>Houston TX 77046 | jcarruth@wkpz.com | Email on September 17, 2024 |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>600 North King Street, Suite 300<br>Wilmington DE 19801 | sgerald@whitefordlaw.com | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Zest Garden Limited | Attn: Nina Truong - President<br>10F No 143 Shih Shang Rd<br>Taipei Taiwan | NINA@CONCORDCITYA.COM | Email on September 17, 2024 |
| Top 30 Unsecured Creditors | Zhejiang Hengtai Crafts | Attn: Cain Wang<br>Hehua Rd Baihuashan Industrial Are<br>Yiwu Zhejiang China | CAIN@CHRISTMASCN.COM | Email on September 17, 2024 |