UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  24-11967 |
| BIG LOTS, INC. | § | |
| DEBTOR(S), | § | CHAPTER  11 |

AMENDED
NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **CYPRESS-FAIRBANKS ISD** | **HARRIS CO ESD # 29** | **HARRIS CO ESD # 12** |
| **HARRIS CO ESD # 08** | **HARRIS CO ESD # 11** | **CITY OF HOUSTON** |
| **HOUSTON ISD** | **FORT BEND COUNTY** | **MONTGOMERY COUNTY** |
| **HOUSTON COMM COLL SYSTEM** | **CITY OF JEFFERSON** | |
| **HARRIS CO ESD # 48** | **HARRIS CO ESD # 09** | **CITY OF WEBSTER** |
| **CITY OF PASADENA** | **LONE STAR COLLEGE SYSTEM** | **ANGELINA COUNTY** |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __25th__ day of __Sept.__ ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ROBERT J. DEHNEY
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. MARKET ST. PO BOX 1347
WILMINGTON, DE 19899-1347

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
        PO Box 3064
        HOUSTON, TX 77253-3064
        Telephone:  (713) 844-3400
        Facsimile:   (713) 844-3503
        Email:        houston_bankruptcy@lgbs.com

By: /s/Tara L. Grundmeier
Tara L. Grundemeier
SBN: 24036691 TX