# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Big Lots Stores-PNS, LLC | § § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 24-11970 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

  Now comes Sherman ISD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Sherman ISD filed its secured claim on or about September 19, 2024, in the amount of $6,486.03, which claim is designated as claim number 911 on the claims register. Therefore, Sherman ISD hereby withdraws its claim 911.

## CERTIFICATE OF SERVICE

I hereby certify that on ___25th___ day of ____September____, 2024, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

            Respectfully submitted,
          Linebarger Goggan Blair & Sampson, LLP
          2777 N Stemmons Freeway Suite 1000
             Dallas, TX 75207
           (214) 880-0089 - *Telephone*
            (469) 221-5003 - *Fax*
         Email: Dallas.Bankruptcy@lgbs.com

         By: /s/ John K. Turner_____
           Sherrel K. Knighton, Attorney
           Texas Bar No. 00796900
           Lisa Large Evans, Attorney
           Texas Bar No. 24036379
           John K. Turner, Attorney
           Texas Bar No. 00788563