**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　　　　　Debtor. | **Chapter 11**<br>**(Jointly Administered)**<br><br>Case No. (BK)24-11967(JKS) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David Lapa, pursuant to Local Rule 9010-1(e)(iii), request admission, ***pro hac vice***, before the Honorable Judge Kate Stickles, to represent creditors, Creative Kids Far East Inc., CK Brands Limited, and Polyfect Toys Co. Ltd ("Creditors") with filing and prosecuting a proof of claim or a response to their claim on behalf of the Creditors in the above-captioned action.

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey and, if applicable, the bar of the U.S. District Court for the Eastern District of New York and U.S. District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/23/23. I further certify that the annual fee of $50.00 has been mailed out to the Clerk of Court for the District Court.

Dated: September 25, 2024

　　　　　　　　　　　　　　　　　　　　/s/ David Lapa_____
　　　　　　　　　　　　　　　　　　　　David Lapa (New York State Bar No. 5311501)
　　　　　　　　　　　　　　　　　　　　**MENASHE & LAPA LLP**
　　　　　　　　　　　　　　　　　　　　400 Rella Blvd, Suite 190
　　　　　　　　　　　　　　　　　　　　Suffern, New York 10901
　　　　　　　　　　　　　　　　　　　　Tel No: (845)520-9220
　　　　　　　　　　　　　　　　　　　　Email: office@melalaw.com; david@melalaw.com