**Exhibit A to Supplemental Post-Auction Notice**

**Successful and Backup Bidder List**

| LEASE ASSET(S) | LEASE COUNTERPARTY | SUCCESSFUL BIDDER | TYPE OF AGREEMENT | BACKUP BIDDER | PRICE | CURE |
|---|---|---|---|---|---|---|
| #5457, 3331 Corridor Marketplace, Laurel, MD | Corridor Market Place, LLC | Corridor Market Place, LLC | Assignment Agreement | American Signature, Inc. | $225,000 | $25,761[3] |

---

[3] As part of their bid, Corridor Market Place, LLC has agreed to waive this cure amount, along with all unpaid taxes and insurance amounts set to come due under the lease in the expected amount of approximately $85,000.