<u>**Exhibit A**</u>

**Proposed Interim Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | **Re: D.I. ___** |

## OMNIBUS ORDER (I) AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS *NUNC PRO TUNC* TO SEPTEMBER 9, 2024, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtor**"), pursuant to sections 105(a) and 365 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 6006, for entry of an order (this "**Order**"): (i) authorizing the Debtor to reject certain executory contracts and unexpired leases set forth on **Exhibit 1** attached hereto (the "**Specified Contracts**"), and (ii) granting related relief; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, the Specified Contracts are hereby rejected by the Debtors, effective as of the and such rejection shall constitute a breach of such Specific Contracts as of immediately before the Petition Date.

3.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall: (a) constitute an admission as to the validity or priority of any claim against the Debtors; (b) constitute a waiver of the Debtors' rights to dispute any claim or assert any defenses or counterclaims to such claim or against the applicable claim proponent; (c) prejudice the Debtors' rights to assert that any of the Specified Contracts (i) are not executory or within the meaning of section 365 of the Bankruptcy Code or (ii) have expired or have been terminated; or (d) prohibit the Debtors from seeking to reject any other executory contracts or leases.

4.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be effective immediately and enforceable upon its entry, including the rejection of the Specified Contracts granted herein, which shall be rejected by the Debtors.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# Exhibit 1

## Specified Contracts to be Rejected

| | Contract Counterparty | Contract Counterparty Address | Rejected Agreement |
|---|---|---|---|
| 1 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Cloud Services Subscription and Professional Services Agreement |
| 2 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 3 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Consulting Services Statement of Work |
| 4 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Change Request 2021 |
| 5 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Schedule 1-A to Cloud Services |
| 6 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 7 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 8 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Consulting Services Statement of Work |
| 9 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Change Request for Cloud Services Subscription and Professional Services |
| 10 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 11 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Cloud Services Subscription and Professional Services Agreement |
| 12 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Master Services Agreement |
| 13 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Statement of Work for Media Services |
| 14 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Change Order to Statement of Work |
| 15 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 16 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 17 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Master Services Agreement |
| 18 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 19 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Statement of Work |
| 20 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #2 to Statement of Work |
| 21 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #3 to Statement of Work |
| 22 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #4 to Statement of Work |
| 23 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Master Services Agreement |
| 24 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 25 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 26 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work - Display Media Engagement |
| 27 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Media Services |
| 28 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Data Sourcing |

| 29 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Append |
|----|-------------|-----------------------------------------------|------------------------------------------------|
| 30 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 31 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 32 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 33 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 34 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Master Services Agreement |
| 35 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 36 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 37 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 38 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Cloud Services Migration Agreement |
| 39 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 40 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work |
| 41 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Marketing Technology Assessment |
| 42 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Email Activation Services |
| 43 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Adobe Asset Implementation |
| 44 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Salesforce Interaction Studio Implementation |
| 45 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 46 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 47 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Analytics & Insights |
| 48 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Marketing Services |
| 49 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amended and Restated Letter of Authorization |
| 50 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work |
| 51 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Sourcing |

| 52 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Sourcing |
|---|---|---|---|
| 53 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Master Services Agreement |
| 54 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 55 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 56 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 57 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 58 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 59 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 60 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Letter of Authorization for Merkury Services |
| 61 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Data Transfer Consent |
| 62 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Analytics Support Services |
| 63 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for CDP Consulting Services |
| 64 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for CMS & DAM Consulting Services |
| 65 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Clean Room Analytics |
| 66 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Email Hygiene and Append Services |
| 67 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Marketing Technology Consulting |
| 68 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 69 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 70 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 71 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 72 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 73 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 74 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 75 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 76 | UL Information | 23 British American Boulevard Latham NY 12110 US | Master Services Agreement |
| 77 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Statement of Work |

| 78 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Master Services Agreement |
| 79 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Statement of Work |
| 80 | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155, Colorado Springs, CO 80921 US | Master Services Agreement |
| 81 | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155, Colorado Springs, CO 80921 US | ENTERPRISE SUBSCRIPTION ORDER FORM |
| 82 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE™ PLATFORM INSERTION ORDER |
| 83 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MYMOVE PLATFORM INSERTION ORDER (Dated 06/22/2021) |
| 84 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE™ PLATFORM INSERTION ORDER (Dated 02/01/2023) |
| 86 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE® PLATFORM INSERTION ORDER (Dated 02/01/2024) |
| 87 | Validity, Inc. | 100 Summer Street, Suite 2900, Boston, MA 02110 US | Validity Everest - Enterprise Order Form |