IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.,* [1]<br><br>          Debtors. | Chapter 11<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF CARL BRANDT, INC.

PLEASE TAKE NOTICE that Carl Brandt, Inc. ("Creditor"), by its undersigned attorney, hereby files this notice of the delivery of written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c), upon Big Lots Stores, LLC and its affiliated debtors (collectively, the "Debtors") and Debtors' counsel, to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were manufactured and sold to one or more of the Debtors in the ordinary course of Creditor's business and delivered to and received by the Debtors during the forty-five (45) day period prior to the filing of the above-captioned Chapter 11 cases while the Debtors were insolvent. Creditor attaches as **Exhibit 1** and incorporates herein by reference a copy of its formal reclamation demand dated September 25, 2024.

PLEASE TAKE FURTHER NOTICE that Creditor reserves all of its rights and remedies available under the United States Bankruptcy Code, the Uniform

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Commercial Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that Creditor has title to the Goods. Nothing herein shall be deemed or constitute a waiver of any other rights, and Creditor expressly reserves any and all rights, claims, remedies, interest, and defenses, whether at law or in equity, including but not limited to Creditor's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

Dated: September 26, 2024
Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

*Attorney for Carl Brandt, Inc.*