

Adam Hiller, Esquire
Direct Dial 302.442.7677
ahiller@adamhillerlaw.com

September 25, 2024

**VIA OVERNIGHT DELIVERY**
Big Lots Stores, LLC
and its affiliated debtors and debtors in possession
Attn: Officer, Director, or Managing Agent
4900 E. Dublin- Granville Road
Columbus, OH 43081

Robert J. Dehney, Esquire
Sophie Rogers Churchill, Esquire
Casey Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347

     Re:   **In re Big Lots, Inc.,** *et al.,*
             **Case Nos. 24-11967 (JKS) (Ch.11),** *et seq.*

Dear Sirs and Madams:

     This Firm represents Carl Brandt, Inc. ("Creditor") in connection with the above-referenced bankruptcy cases. In order to preserve the rights provided by § 546(c) of the Bankruptcy Code, Creditor hereby demands the reclamation and immediate return of all goods sold and delivered to Big Lots Stores, LLC and its debtor affiliates (collectively, the "Debtors") by Creditor within 45 days prior to the commencement of the Debtors' bankruptcy proceedings (the "Goods"), including without limitation those Goods identified in the invoices attached hereto as **Exhibit A**.

     This reclamation demand should not be construed to limit Creditor's right to recover from, or exercise any other remedy against, any one or more of the Debtors that has possession, custody, or control over the Goods, or is responsible for payment. Creditor expressly reserves its rights under § 503(b)(9) of the Bankruptcy

**EXHIBIT 1**



Code to assert an administrative expense claim for the Goods delivered to the Debtors within 20 days prior to the petition date.

Creditor also reserves the rights to identify additional Goods, and to provide invoices and other supporting documents upon request. This letter should not be construed to create any obligations of Creditor to vendors with respect to the relevant Goods or associated reclamation rights.

Very truly yours,

HILLER LAW, LLC

by: /s/

Adam Hiller

Attachment
cc:   Carl Brandt, Inc. (via electronic mail)

# CARL BRANDT, INC.

Seller reference

59317

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

# INVOICE

**Invoice No.:** 59317

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

**Invoice Date.:** August 07, 2024

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95378632 | | 3,830 | EA | 1.980/EA | 7,583.400 |
| SKU No.: 114002575 | | 383 | CTNS | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 1941882996 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| P/O No.: 95378632 | | 260 | EA | 1.980/EA | 514.800 |
| SKU No.: 114002576 | | 26 | CTNS | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 1941882996 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| Manufacturer Name & Address | | | | | |
| HANS FREITAG GMBH & CO.KG SIEMENSSTRASSE 11 VERDEN, NIEDERSACHSEN 27283, GERMANY, FEDERAL REPUBLIC OF | | | | | |
| **Total:** **(409 CTNS)** | | | **4,090** | | **8,098.200** |
| TOTAL (USD) DOLLARS : EIGHT THOUSAND NINETY-EIGHT AND CENTS TWENTY ONLY. | | | | | |

Consolidator(Full Name & Address)                    Container Stuffing Location(Full Name & Address )

Container No./Seal/Size:
CRXU6944449/CS324852/40H

Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
DC NAME & # APPLE VALLEY, CA - 00869
PO# 95378632
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-383
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # APPLE VALLEY, CA - 00869
PO# 95378632
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-26
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59317**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

## PACKING LIST

**Invoice No.:** 59317

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Invoice Date.:** August 07, 2024

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95378632 | 3,830 EA | 1,532.00 | 1,742.70 | 10.700 |
| SKU No.: 114002575 | 383 CTNS | | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :1941882996 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| P/O No.: 95378632 | 260 EA | 104.00 | 118.30 | 0.700 |
| SKU No.: 114002576 | 26 CTNS | | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :1941882996 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| **Total:** (409 CTNS) | 4,090 | 1,636.00 | 1,861.00 | 11.400 |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

### Carton Marks And Number

BIG LOTS
STORES
DC NAME & # APPLE VALLEY, CA - 00869
PO# 95378632
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-383
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # APPLE VALLEY, CA - 00869
PO# 95378632
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-26
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59318**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

## INVOICE

**Invoice No.:** 59318

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Invoice Date.:** August 07, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95378633 | | 3,650 | EA | 1.980/EA | 7,227.000 |
| SKU No.: 114002575 | | 365 | CTNS | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| P/O No.: 95378633 | | 30 | EA | 1.980/EA | 59.400 |
| SKU No.: 114002576 | | 3 | CTNS | | |
| HANS FREITAG NOBLESSE COOKIES AND WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| **Manufacturer Name & Address** | | | | | |
| HANS FREITAG GMBH & CO.KG SIEMENSSTRASSE 11 VERDEN, NIEDERSACHSEN 27283, GERMANY, FEDERAL REPUBLIC OF | | | | | |
| **Total:** (368 CTNS) | | 3,680 | | | 7,286.400 |
| TOTAL (USD) DOLLARS : SEVEN THOUSAND TWO HUNDRED EIGHTY-SIX AND CENTS FORTY ONLY. | | | | | |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

DC NAME & # MONTGOMERY, AL - 00870
PO# 95378633
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-365
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # MONTGOMERY, AL - 00870
PO# 95378633
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES AND WAFERS
DEPT#
NW
GW
1-3
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

59318

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

## PACKING LIST

**Invoice No.:** 59318

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

**Invoice Date.:** August 07, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95378633 | 3,650 EA | 1,460.00 | 1,660.75 | 10.200 |
| **SKU No.:** 114002575 | 365 CTNS | | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | |
| **HTS Code.:** 1905320049 | | | | |
| **Manufacturer FDA Registration No. :** 136569399 | | | | |
| **FDA Product Code:** 03JGT07 | **SID Code:** N/A | | | |
| **Lot No. :** 07072025 | | | | |
| **P/O No.:** 95378633 | 30 EA | 12.00 | 16.70 | 0.080 |
| **SKU No.:** 114002576 | 3 CTNS | | | |
| HANS FREITAG NOBLESSE COOKIES AND WAFERS | No. of Pallet: | | | |
| **HTS Code.:** 1905320049 | | | | |
| **Manufacturer FDA Registration No. :** 136569399 | | | | |
| **FDA Product Code:** 03JGT07 | **SID Code:** N/A | | | |
| **Lot No. :** 07072025 | | | | |
| **Total:** (368 CTNS) | 3,680 | 1,472.00 | 1,677.45 | 10.280 |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

DC NAME & # MONTGOMERY, AL - 00870
PO# 95378633
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-365
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # MONTGOMERY, AL - 00870
PO# 95378633
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES AND WAFERS
DEPT#
NW
GW
1-3
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

59319

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

## INVOICE

**Invoice No.:** 59319

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Invoice Date.:** August 07, 2024

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Vendor FDA Registration Number :**  1941882996

**Container Number (Factory Load) :** CRXU6944449

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95378634 | | 3,840 | EA | 1.980/EA | 7,603.200 |
| SKU No.: 114002575 | | 384 | CTNS | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| P/O No.: 95378634 | | 1,740 | EA | 1.980/EA | 3,445.200 |
| SKU No.: 114002576 | | 174 | CTNS | | |
| HANS FREITAG NOBLESSE COOKIES AND WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| **Manufacturer Name & Address** HANS FREITAG GMBH & CO.KG SIEMENSSTRASSE 11 VERDEN, NIEDERSACHSEN 27283, GERMANY, FEDERAL REPUBLIC OF | | | | | |
| Total: **(558 CTNS)** | | | 5,580 | | 11,048.400 |

TOTAL (USD) DOLLARS : ELEVEN THOUSAND FORTY-EIGHT AND CENTS FORTY ONLY.

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

DC NAME & # TREMONT, PA - 00874
PO# 95378634
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-384
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # TREMONT, PA - 00874
PO# 95378634
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES AND WAFERS
DEPT#
NW
GW
1-174
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

59319

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

---

## PACKING LIST

---

**Invoice No.:** 59319

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Invoice Date.:** August 07, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95378634 | 3,840 | EA | 1,536.00 | 1,747.20 | 10.800 |
| **SKU No.:** 114002575 | 384 | CTNS | | | |
| HANS FREITAG DESIREE WAFERS | **No. of Pallet:** | | | | |
| **HTS Code.:** 1905320049 | | | | | |
| **Manufacturer FDA Registration No. :** 136569399 | | | | | |
| **FDA Product Code:** 03JGT07 | **SID Code:** N/A | | | | |
| **Lot No. :** 07072025 | | | | | |
| **P/O No.:** 95378634 | 1,740 | EA | 696.00 | 791.70 | 4.900 |
| **SKU No.:** 114002576 | 174 | CTNS | | | |
| HANS FREITAG NOBLESSE COOKIES AND WAFERS | **No. of Pallet:** | | | | |
| **HTS Code.:** 1905320049 | | | | | |
| **Manufacturer FDA Registration No. :** 136569399 | | | | | |
| **FDA Product Code:** 03JGT07 | **SID Code:** N/A | | | | |
| **Lot No. :** 07072025 | | | | | |
| **Total:** **(558 CTNS)** | 5,580 | | 2,232.00 | 2,538.90 | 15.700 |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

### Carton Marks And Number

BIG LOTS
STORES

DC NAME & # TREMONT, PA - 00874
PO# 95378634
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-384
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # TREMONT, PA - 00874
PO# 95378634
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES AND WAFERS
DEPT#
NW
GW
1-174
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59320**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

---

## INVOICE

**Invoice No.:** 59320

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

**Invoice Date.:** August 07, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95378635 | | 3,200 | EA | 1.980/EA | 6,336.000 |
| SKU No.: 114002575 | | 320 | CTNS | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| P/O No.: 95378635 | | 670 | EA | 1.980/EA | 1,326.600 |
| SKU No.: 114002576 | | 67 | CTNS | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| **Manufacturer Name & Address** HANS FREITAG GMBH & CO.KG SIEMENSSTRASSE 11 VERDEN, NIEDERSACHSEN 27283, GERMANY, FEDERAL REPUBLIC OF | | | | | |
| **Total:** (387 CTNS) | | 3,870 | | | 7,662.600 |

TOTAL (USD) DOLLARS : SEVEN THOUSAND SIX HUNDRED SIXTY-TWO AND CENTS SIXTY ONLY.

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

27283 GERMANY, FEDERAL REPUBLIC OF

27283 GERMANY, FEDERAL REPUBLIC OF

Container No./Seal/Size:
CRXU6944449/CS324852/40H

Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

### Carton Marks And Number

BIG LOTS
STORES

DC NAME & # DURANT, OK - 00879
PO# 95378635
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-320
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # DURANT, OK - 00879
PO# 95378635
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-67
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59320**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

---

## PACKING LIST

---

**Invoice No.:** 59320

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

**Invoice Date.:** August 07, 2024

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95378635 | 3,200 EA | 1,280.00 | 1,456.00 | 9.000 |
| SKU No.: 114002575 | 320 CTNS | | | |
| HANS FREITAG DESIREE WAFERS | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :136569399 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| P/O No.: 95378635 | 670 EA | 268.00 | 304.90 | 1.900 |
| SKU No.: 114002576 | 67 CTNS | | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :136569399 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| **Total:**   (387 CTNS) | 3,870 | 1,548.00 | 1,760.90 | 10.900 |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

DC NAME & # DURANT, OK - 00879
PO# 95378635
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE WAFERS
DEPT#
NW
GW
1-320
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # DURANT, OK - 00879
PO# 95378635
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-67
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59321**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

---

## INVOICE

---

**Invoice No.:** 59321

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB BREMERHAVEN

**Country of Origin:** GERMANY

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Ship on or about:** August 09, 2024

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

**Invoice Date.:** August 07, 2024

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** BREMERHAVEN

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95378636 | | 3,710 | EA | 1.980/EA | 7,345.800 |
| SKU No.: 114002575 | | 371 | CTNS | | |
| HANS FREITAG DESIREE | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| P/O No.: 95378636 | | 970 | EA | 1.980/EA | 1,920.600 |
| SKU No.: 114002576 | | 97 | CTNS | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | | |
| HTS Code.: 1905320049 | | | | | |
| Manufacturer FDA Registration No. : 136569399 | | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | | |
| Lot No. : 07072025 | | | | | |
| **Manufacturer Name & Address** HANS FREITAG GMBH & CO.KG SIEMENSSTRASSE 11 VERDEN, NIEDERSACHSEN 27283, GERMANY, FEDERAL REPUBLIC OF | | | | | |
| **Total:** (468 CTNS) | | **4,680** | | | **9,266.400** |
| TOTAL (USD) DOLLARS : NINE THOUSAND TWO HUNDRED SIXTY-SIX AND CENTS FORTY ONLY. | | | | | |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN

27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

DC NAME & # COLUMBUS, OH - 00890
PO# 95378636
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE
DEPT#
NW
GW
1-371
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # COLUMBUS, OH - 00890
PO# 95378636
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-97
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

# CARL BRANDT, INC.

Seller reference

**59321**

140 SHERMAN STREET, FAIRFIELD, CT, CONNECTICUT, 06824, USA

---

## PACKING LIST

---

**Invoice No.:** 59321

**Invoice Date.:** August 07, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB BREMERHAVEN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** GERMANY

**L/C Number:** TT

**Vessel / Voyage:** GERHARD SCHULTE / 432W

**Port of Loading:** BREMERHAVEN

**Ship on or about:** August 09, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Vendor FDA Registration Number :** 1941882996

**Container Number (Factory Load) :** CRXU6944449

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95378636 | 3,710  EA | 1,484.00 | 1,688.10 | 10.400 |
| SKU No.: 114002575 | 371  CTNS | | | |
| HANS FREITAG DESIREE | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :136569399 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| P/O No.: 95378636 | 970  EA | 388.00 | 441.40 | 2.700 |
| SKU No.: 114002576 | 97  CTNS | | | |
| HANS FREITAG NOBLESSE COOKIES & WAFERS | No. of Pallet: | | | |
| HTS Code.: 1905320049 | | | | |
| Manufacturer FDA Registration No. :136569399 | | | | |
| FDA Product Code: 03JGT07 | SID Code: N/A | | | |
| Lot No. : 07072025 | | | | |
| **Total:**     (468 CTNS) | 4,680 | 1,872.00 | 2,129.50 | 13.100 |

**Consolidator(Full Name & Address)**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

**Container Stuffing Location(Full Name & Address )**
HANS FREITAG GMBH & CO.KG
SIEMENSSTRASSE 11
VERDEN , NIEDERSACHSEN
27283 GERMANY, FEDERAL REPUBLIC OF
Container No./Seal/Size:
CRXU6944449/CS324852/40H

We certify that there is no wood packing material in the shipment.

## Carton Marks And Number

BIG LOTS
STORES

DC NAME & # COLUMBUS, OH - 00890
PO# 95378636
SKU# 114002575
DESCRIPTION: HANS FREITAG DESIREE
DEPT#
NW
GW
1-371
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY

DC NAME & # COLUMBUS, OH - 00890
PO# 95378636
SKU# 114002576
DESCRIPTION: HANS FREITAG NOBLESSE COOKIES & WAFERS
DEPT#
NW
GW
1-97
CARTON_OF_
BEST BY DATE
COUNTRY OF ORIGIN: GERMANY