# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused copies of the foregoing Notice Of Reclamation Demand to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: September 26, 2024      /s/ **Adam Hiller**
       Wilmington, Delaware      Adam Hiller (DE No. 4105)
                                     HILLER LAW, LLC
                                     300 Delaware Avenue, Suite 210, #227
                                     Wilmington, Delaware 19801
                                     (302) 442-7677 telephone