Abernathy Roeder Boyd & Hullet PC
Attn: Paul Lopez, Larry Boyd, Emily Hahn
1700 Redbud Blvd
Ste 300
McKinney TX 75069

ALEXANDER & VANN, LLP
Attn: John Turner Holt
411 Gordon Avenue
Thomasville GA 31792

Ashby & Geddes, P.A.
Attn: Gregory A. Taylor
500 Delaware Avenue
8th Floor
Wilmington DE 19801

Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen,
Margaret A. Vesper
919 N. Market Street
11th Floor
Wilmington DE 19801-3034

Barclay Damon LLP
Attn: Kevin M. Newman
125 East Jefferson Street
Syracuse NY 13202

Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York NY 10020

Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven CT 06511

BARNES & THORNBURG LLP
Attn: David A. Hall
171 Monroe Avenue NW
Suite 1000
Grand Rapids MI 49503-2694

BARNES & THORNBURG LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington DE 19801

Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington DE 19801

Big Lots, Inc.
Attn: President/General Counse
4900 E. Dublin-Granville Road
Columbus OH 43081

Blank Rome LLP
Attn: Regina Stango Kelbon, Stanley B.
Tarr, Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington DE 19801

Blank Rome, LLP
Attn: Attn: Regina Kelbon
1201 N. Market Street, Suite 800
Wilmington DE 19801

Borges & Associates, LLC
Attn: Wanda Borges, Sue L Chin
575 Underhill Blvd
Suite 118
Syosset NY 11791

Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield OH 44406

Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield OH 44406

Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield OH 44406

Broward County
Attn: Andrew J. Meyers
115 South Andrews Avenue
Governmental Center, Suite 423
Fort Lauderdale FL 33301

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street
Suite 2900
San Francisco CA 94105-3493

Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington DE 19801

Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham AL 35203

Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L.
Robbins
50 North Laura Street
Suite 3000
Jacksonville FL 32202

Choate, Hall & Stewart LLP
Attn: John F. Ventola, Jonathan D.
Marshall, and Jacob S. Lang
Two International Place
Boston MA 02110

Davis Polk & Wardwell LLP
Attn: Brian M. Resnick, Adam L. Shpeen,
Stephen D. Piraino, Ethan Stern
450 Lexington Avenue
New York NY 10017

Duane Morris LLP
Attn: Drew S. McGehrin
1201 N. Market Street, Suite 501
Wilmington DE 19801

Duane Morris LLP
Attn: Marcus O. Colabianchi
Spear Tower
One Market Plaza, Suite 2200
San Francisco CA 94105-1127

Elkins Kalt Weintraub Reuben Gartside
LLP
Attn: Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles CA 90064

Ervin Cohen & Jessup LLP
Attn: Byron Z. Moldo
9401 Wilshire Boulevard
12th Floor
Beverly Hills CA 90212

Fox Rothschild LLP
Attn: Seth A. Niederman
1201 N. Market Street
Suite 1200
Wilmington DE 19801

Fox Rothschild LLP
Attn: Michael G. Menkowitz
2000 Market Street
20th Floor
Philadelphia PA 19103-3222

FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C.
Kleinnman
1327 W. Washington Blvd
Suite 5 G-H
Chicago IL 60607

Frost brown Todd LLP
Attn: A.J. Webb, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati OH 45202

Frost brown Todd LLP
Attn: Ronald E. Gold, Erin P. Severini, Joy
Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati OH 45202

Gibbons P.C.
Attn: Katharina Earle
300 Delaware Avenue, Suite 1015
Wilmington DE 19801-1671

Gibbons P.C.
Attn: Kyle P. McEvilly
One Gateway Center
Newark NJ 07102

Gibbons P.C.
Attn: Mark Conlan
One Gateway Center
Newark NJ 07102

Gilbert Bird Law Firm, PC
Attn: Ryan J. Bird
10575 North 114th Street
Suite 115
Scottsdale AZ 85259

Greer, Herz & Adams, LLP
Attn: Joseph R. Russo, Jr., Joe A.C.
Fulcher, Tara B. Annweiler, Marc D.
Young
One Moody Plaza
18th Floor

Hahn Loeser & Parks LLP
Attn: Rocco I. Debitetto
200 Public Square
Suite 2800
Cleveland OH 44114

Hillis Clark Martin & Peterson, P.S.
Attn: Brian C. Free
999 Third Avenue
Suite 4600
Seattle WA 98104

Hinckley, Allen & Snyder LLP
Attn: Jennifer V. Doran
28 State Street
Boston MA 02109

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington DC 20224

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jackson Walker LLP
Attn: Kristhy M. Peguero, Jennifer F.
Wertz, William Farmer
1401 McKinney Street
Suite 1900
Houston TX 77010

Jonnet National Properties Corporation
Attn: J. Michael McCague
408 Cedar Avenue
Pittsburgh PA 15212

Kaplin Stewart Meloff Reiter & Stein, PC
Attn: William J. Levant
910 Harvest Drive
PO Box 3037
Blue Bell PA 19422

Kelley Drye & Warren LLP
Attn: James S. Carr, Kristin S. Elliott, and
Katherine M. Cavins
3 World Trade Center
175 Greenwich Street
New York NY 10007

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building, Barnabas Business
Center
4650 North Port Washington Road
Milwaukee WI 53212-1059

Kroll Restructuring Administration LLC
Attn: Herb Baer, Jessica Berman, Christine
Porter
55 East 52nd Street
16th Floor
New York NY 10055

Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate NJ 08402

Leech Tishman Fuscaldo & Lampl
Attn: Jeffrey M. Carbino
1007 N. Orange Street
Suite 420
Wilmington DE 19801

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street
Suite 2200
San Antonio TX 78205

Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas TX 75207

Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas TX 75207

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin TX 78760-7428

Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston TX 77253-3064

Madison County, Alabama
Attn: J. Jeffery Rich
100 Northside Square, Suite 700
Huntsville AL 35801

Manning Gross + Massenburg LLP
Attn: David P. Primack
1007 N. Orange Street
Suite 711
Wilmington DE 19801

McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way
Suite 100
Round Rock TX 78665

McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
PO Box 1269
Round Rock TX 78680-1269

Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington DE 19801

Offit Kurman PA
Attn: Brian J McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington DE 19801

Pashman Stein Walder Hayden, P.C
Attn: David E. Sklar
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack NJ 07601

Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock TX 79408

Perdue, Brandon, Fielder, Collins, and
Mott, LLP
Attn: Alysia Cordova
PO Box 9132
Amarillo TX 79105

Richards, Layton & Finger, P.A.
Attn: John H. Knight, Mark D. Collins,
Zachary J. Javorsky
One Rodney Square
920 N. King Street
Wilmington DE 19801

Saul Ewing LLP
Attn: Monique B. DiSabatino
1201 North Market Street Suite 2300
PO Box 1266
Wilmington DE 19899

Securities & Exchange Commission - NY
Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York NY 10281-1022

Simon PLC Attorneys & Counselors
Attn: Craig T. Mierzwa
363 W. Big Beaver Road
Suite 410
Troy MI 48084

Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia PA 19109

Morris James LLP
Attn: Carl N. Kunz III and Christopher M.
Donnelly
500 Delaware Avenue
Suite 1500
Wilmington DE 19801

Otterbourg, P.C
Attn: Chad Simon, James V. Drew,
and Sarah L. Hautzinger
230 Park Ave Ste 29
New York NY 10169

Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
Attn: Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland TX 75042

Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
Attn: Mollie Lerew
P.O. Box 8188
Wichita Falls TX 76307

Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake NJ 07677

Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower
7 Times Sq, Suite 2506
New York NY 10036

Saul Ewing LLP
Attn: Lucian B. Murley
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington DE 19899

Securities & Exchange Commission -
Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia PA 19103

Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison TX 75001

Stark & Stark, P.C.
Attn: Joseph H. Lemkin, Thomas S. Onder,
Joseph H. Lemkin
PO Box 5315
Princeton NJ 08543

Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Sr, Andrew R.
Remming, Daniel B. Butz, Tamara K.
Mann, Casey B. Sawyer,
1201 N. Market Street, 16th Floor
Wilmington DE 19801

Pashman Stein Walder Hayden, P.C
Attn: Joseph C. Barsalona II
824 North Market Street, Suite 800
Wilmington DE 19801

Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington TX 76010

Perdue, Brandon, Fielder, Collins, and
Mott, LLP
Attn: Hiram Gutierrez
PO Box 2916
McAllen TX 78502

Rashti and Mitchell, Attorneys at law
Attn: Timothy T. Mitchell, Donna Kaye
Rashti
4422 Ridgeside Drive
Dallas TX 75244

Rogers Law Offices
Attn: Beth E. Rogers Scott Kuperberg
River Ridge 9040 Roswell Rd
Suite 205
Atlanta GA 30350

Saul Ewing LLP
Attn: Turner N Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia PA 19102

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford CT 06103-1919

Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia PA 19109

Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A
Attn: Eric J. Silver
150 West Flagler Street
Suite 2200
Miami FL 33120

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin TX 78746

Texas Attorney General's Office
Attn: Jamie Kirk
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas TX 75251

UB Greensfelder LLP
Attn: Randall F. Scherck
10 S. Broadway
Suite 2000
St. Louis MO 63102

Weycer, Kaplan, Pulaski & Zuber, P.C.
Attn: Jeff Carruth
24 Greenway Plaza, Suite 2050
Houston TX 77046

Darren Azman
Kristin K. Going
Mcdermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017

Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington DC 20036

Travis County
Attn: Jason A. Starks
P.O. Box 1748
Austin TX 78767

Warner Norcross + Judd LLP
Attn: Gordon J. Toering
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids MI 49503

Whiteford, Taylor & Preston LLC
Attn: Stephen B. Gerald
600 North King Street, Suite 300
Wilmington DE 19801

Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase MD 20815

U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington DC 20549

Werb & Sullivan
Attn: Brian A. Sullivan
1225  N King Street
Suite 600
Wilmington DE 19801

Justin R. Alberto
Stacy L. Newman
Cole Schotz PC
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801