**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
SEPTEMBER 30, 2024, AT 11:00 A.M. (ET)**

> This proceeding will be conducted **in-person** in courtroom 6.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**MATTER GOING FORWARD**

1. Notice of Successful and Backup Bidder with Respect to the Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (D.I. 229, filed 9/19/24).

    Objection Deadline: September 26, 2024, at 4:00 p.m. (ET).

    Responses Received:

    a) Informal comments from Burlington Coat Factory Warehouse Corp.;

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

b)      Informal comments from Ollies Bargain Outlet, Inc.;

c)      Informal comments from Paradise Isle Destin, LLC;

d)      Informal comments from Ocean State Jobbers, Inc.;

e)      Informal comments from Agree Central, LLC; and

f)      Informal comments from American Signature, Inc.

Related Documents:

a)      Notice of Proposed Cure Amounts for Certain Unexpired Leases (D.I. 66, filed 9/9/24);

b)      Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief (D.I. 137, entered 9/11/24);

c)      Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases (D.I. 151, filed 9/12/24);

d)      Notice of Lease Sale Auction (D.I. 175, filed 9/16/24);

e)      Supplemental Notice of Lease Sale Auction and List of September Lease Assets (D.I. 196, filed 9/17/24);

f)      Notice of Abandonment, Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the September Wave Lease Sales (D.I. 251, filed 9/23/24);

g)      Notice of Filing of Proposed Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-Possession to Terminate or Assume, Assign and Sell Certain Non-Residential Real Property Leases (D.I. 252, filed 9/23/24);

h)      Notice of Supplemental Lease Sale Auction (D.I. 266, filed 9/24/24); and

i)      Notice of Successful and Backup Bidder with Respect to the Supplemental Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired leases (D.I. 286, filed 9/25/24).

Status: This matter is going forward. The Debtors intend to submit a revised proposed form of order addressing informal comments received in advance of the hearing.

Dated: September 26, 2024
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*