**EXHIBIT A**

CEC

**2024 Advance Estimated Tangible Personal Property**



**ORANGE COUNTY TAX COLLECTOR**
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0466604-6
**Assessed Value:** 192,416
**Millage Code:** 11 APK
**TPP Number:** REG-104296
**Address:** 775 S ORANGE BLOSSOM TRL APOPKA
**Exemptions:** Amendment 1

### AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 192,416 | 25,000 | 167,416 | | |
| LOCAL SCHOOL | 192,416 | 25,000 | 167,416 | | |
| GEN COUNTY | 192,416 | 25,000 | 167,416 | | |
| APOPKA | 192,416 | 25,000 | 167,416 | | |
| LIBRARY | 192,416 | 25,000 | 167,416 | | |
| SJWM | 192,416 | 25,000 | 167,416 | | |
| | | | Total Millage: | 16.2927  Subtotal: | $2,727.66 |

### NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Subtotal: | |

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$2,727.66** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**

*Payments not received by March 31st are delinquent.*

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0466604-6
775 S ORANGE BLOSSOM TRL APOPKA
REG-104296
STORE #1468
775 S ORANGE BLOSSOM TRL APOPKA

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$2,727.66** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**

CEC



**2024 Advance Estimated Tangible Personal Property**



**ORANGE COUNTY TAX COLLECTOR**
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0461193-5
**Assessed Value:** 149,368
**Millage Code:** 11 ORG
**TPP Number:** REG-078295
**Address:** 11672 E COLONIAL DR UNINCORPORATED
**Exemptions:** Amendment 1

## AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 149,368 | 25,000 | 124,368 | | |
| LOCAL SCHOOL | 149,368 | 25,000 | 124,368 | | |
| GEN COUNTY | 149,368 | 25,000 | 124,368 | | |
| CNTY FIRE | 149,368 | 25,000 | 124,368 | | |
| UTD | 149,368 | 25,000 | 124,368 | | |
| LIBRARY | 149,368 | 25,000 | 124,368 | | |
| SJWM | 149,368 | 25,000 | 124,368 | | |
| | | | Total Millage: | 16.1008 | Subtotal: $2,002.42 |

## NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Subtotal: | |

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$2,002.42** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**

*Payments not received by March 31st are delinquent.*

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0461193-5
11672 E COLONIAL DR UNINCORPORATED
REG-078295
STORE #536
11672 E COLONIAL DR UNINCORPORATED

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$2,002.42** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC

CEC

CEC



**ORANGE COUNTY TAX COLLECTOR**
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

2024 Advance Estimated Tangible Personal Property

Orange County Notice of Ad Valorem Taxes
& Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0449538-8
**Assessed Value:** 120,550
**Millage Code:** 65 WG
**TPP Number:** REG-003954
**Address:** 1013 S DILLARD ST WINTER GARDEN
**Exemptions:** Amendment 1

## AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 120,550 | 25,000 | 95,550 | | |
| LOCAL SCHOOL | 120,550 | 25,000 | 95,550 | | |
| GEN COUNTY | 120,550 | 25,000 | 95,550 | | |
| WINTER GDN | 120,550 | 25,000 | 95,550 | | |
| LIBRARY | 120,550 | 25,000 | 95,550 | | |
| SJWM | 120,550 | 25,000 | 95,550 | | |

Total Millage: 15.9528   Subtotal: $1,524.29

## NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |

Subtotal:

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$1,524.29** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**

*Payments not received by March 31st are delinquent.*

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0449538-8
1013 S DILLARD ST WINTER GARDEN
REG-003954
STORE #523
1013 S DILLARD ST WINTER GARDEN

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$1,524.29** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC

CEC

**2024 Advance Estimated Tangible Personal Property**



ORANGE COUNTY TAX COLLECTOR
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD

**Account Number:** 0640608-6
**Assessed Value:** 285,809
**Millage Code:** 8 ORL
**TPP Number:** REG-221635
**Address:** 1801 S SEMORAN BLVD ORLANDO 32822-0000
**Exemptions:** Amendment 1

### AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 285,809 | 25,000 | 260,809 | | |
| LOCAL SCHOOL | 285,809 | 25,000 | 260,809 | | |
| GEN COUNTY | 285,809 | 25,000 | 260,809 | | |
| ORLANDO | 285,809 | 25,000 | 260,809 | | |
| LIBRARY | 285,809 | 25,000 | 260,809 | | |
| SJWM | 285,809 | 25,000 | 260,809 | | |

Total Millage: 18.1028    Subtotal: $4,721.37

### NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |

Subtotal:

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$4,721.37** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**    *Payments not received by March 31st are delinquent.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0640608-6
1801 S SEMORAN BLVD ORLANDO 32822-0000
REG-221635

1801 S SEMORAN BLVD ORLANDO 32822-0000

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$4,721.37** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC

CEC

**2024 Advance Estimated Tangible Personal Property**



ORANGE COUNTY TAX COLLECTOR
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0552417-8
**Assessed Value:** 159,405
**Millage Code:** 65 ORG
**TPP Number:** REG-189532
**Address:** 751 GOOD HOMES RD UNINCORPORATED
**Exemptions:** Amendment 1

### AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 159,405 | 25,000 | 134,405 | | |
| LOCAL SCHOOL | 159,405 | 25,000 | 134,405 | | |
| GEN COUNTY | 159,405 | 25,000 | 134,405 | | |
| CNTY FIRE | 159,405 | 25,000 | 134,405 | | |
| UTD | 159,405 | 25,000 | 134,405 | | |
| LIBRARY | 159,405 | 25,000 | 134,405 | | |
| SJWM | 159,405 | 25,000 | 134,405 | | |
| | | | Total Millage: | 16.1008   Subtotal: | $2,164.03 |

### NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Subtotal: | |

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$2,164.03** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**   *Payments not received by March 31st are delinquent.*

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0552417-8
751 GOOD HOMES RD UNINCORPORATED
REG-189532
STORE #5251
751 GOOD HOMES RD UNINCORPORATED

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$2,164.03** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC

CEC

**2024 Advance Estimated Tangible Personal Property**



ORANGE COUNTY TAX COLLECTOR
# SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0529435-0
**Assessed Value:** 196,207
**Millage Code:** 8 ORL
**TPP Number:** REG-170872
**Address:** 2544 E COLONIAL DR ORLANDO
**Exemptions:** Amendment 1

## AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 196,207 | 25,000 | 171,207 | | |
| LOCAL SCHOOL | 196,207 | 25,000 | 171,207 | | |
| GEN COUNTY | 196,207 | 25,000 | 171,207 | | |
| ORLANDO | 196,207 | 25,000 | 171,207 | | |
| LIBRARY | 196,207 | 25,000 | 171,207 | | |
| SJWM | 196,207 | 25,000 | 171,207 | | |
| | | | Total Millage: | 18.1028    Subtotal: | $3,099.33 |

## NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Subtotal: |

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$3,099.33** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at octaxcol.com.*    *Payments not received by March 31st are delinquent.*

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0529435-0
2544 E COLONIAL DR ORLANDO
REG-170872
STORE #5091
2544 E COLONIAL DR ORLANDO

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$3,099.33** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC

CEC

**2024 Advance Estimated Tangible Personal Property**



ORANGE COUNTY TAX COLLECTOR
## SCOTT RANDOLPH
INDEPENDENTLY ELECTED TO SERVE YOU

## Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Account Number:** 0471148-7
**Assessed Value:** 179,168
**Millage Code:** 10 ORG
**TPP Number:** REG-118327
**Address:** 11230 S ORANGE BLOSSOM TRL UNINCORPORAT
**Exemptions:** Amendment 1

### AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 179,168 | 25,000 | 154,168 | | |
| LOCAL SCHOOL | 179,168 | 25,000 | 154,168 | | |
| GEN COUNTY | 179,168 | 25,000 | 154,168 | | |
| CNTY FIRE | 179,168 | 25,000 | 154,168 | | |
| UTD | 179,168 | 25,000 | 154,168 | | |
| LIBRARY | 179,168 | 25,000 | 154,168 | | |
| SFWM | 179,168 | 25,000 | 154,168 | | |
| | | | Total Millage: | 16.1516    Subtotal: | $2,490.06 |

### NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | Subtotal: | |

| Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments | **$2,490.06** |
|---|---|

*Pay Online, Opt-in to E-Billing and Print your Receipt at* **octaxcol.com.**          *Payments not received by March 31st are delinquent.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT

0471148-7
11230 S ORANGE BLOSSOM TRL UNINCORPORATED
REG-118327
STORE #1678
11230 S ORANGE BLOSSOM TRL UNINCORPORATED

| ONLY PAY ONE AMOUNT | |
|---|---|
| **If Paid By** | **Amount Due** |
| **Due Upon Receipt** | **$2,490.06** |
| | |
| | |
| | |
| | |

BIG LOTS
BIG LOTS STORES INC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**PO Box 545100**
**Orlando FL 32854-5100**

**2024 Advance Estimated Tangible Personal Property**



CEC