**CERTIFICATE OF SERVICE**

I, R. Karl Hill, hereby certify that on this 26th day of September, 2024, the foregoing *OMNIBUS LIMITED OBJECTION TO (1) MOTION OF DEBTORS' FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO ASSUME THE SERVICES AGREEMENT, ET AL.; (2) MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; ET AL.; (3) MOTION OF DEBTORS FOR ENTRY OF ORDERS APPROVING BIDDING PROCEDURES FOR SALE OF DEBTORS ASSETS, ET AL.; AND (4) MOTION OF DEBTORS TO APPROVE DEBTOR IN POSSESSION FINANCING* was served on all parties registered to receive CM/ECF notifications in this matter and upon the parties identified below via email:

| | |
|---|---|
| Robert J. Dehney, Sr. | Brian M. Resnick |
| Andrew R. Remming | Adam L. Shpeen |
| Daniel B. Butz | Stephen D. Piraino |
| Tamara K. Mann | Ethan Stern |
| Sophie Rogers Churchill | Davis Polk & Wardwell LLP |
| Morris Nichols Arsht & Tunnell LLP | 450 Lexington Avenue |
| 1201 N. Market Stret, 16th Floor | New York, NY 10017 |
| Wilmington, DE 19801 | brian.resnick@davispolk.com |
| rdehney@morrisnichols.com | adam.shpeen@davispolk.com |
| aremming@morrisnichols.com | stephen.piraino@davispolk.com |
| dbutz@morrisnichols.com | ethan.stern@davispolk.com |
| tmann@morrisnichols.com | |
| srchurchill@morrisnichols.com | |

/s/ *R. Karl Hill*
R. KARL HILL (#2747)