# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF
## HOSTESS BRANDS, LLC

PLEASE TAKE NOTICE that, by and through its undersigned counsel, Hostess Brands, LLC ("Hostess"), a subsidiary of The J. M. Smucker Company, hereby files this notice of delivery of a written demand, pursuant to §§ 503 and 546 of title 11 of the United States Code, and applicable non-bankruptcy law on the above-captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of Hostess's business and delivered on credit terms to, and received by, the Debtors during the 45 days prior to the filing of the Debtors' bankruptcy petitions. Hostess believes that the Debtors were insolvent at the time they received delivery of the Goods. Hostess attaches as **Exhibit A** and incorporates by reference herein, a copy of its formal reclamation demand letter delivered to the Debtors on September 26, 2024. Hostess hereby reserves all other rights and interests with respect to the Goods.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

Date:  September 26, 2024	Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *Stephen B. Gerald*
Stephen B. Gerald (DE No. 5857)
600 North King Street, Suite 300
Wilmington, Delaware 19801-3700
Telephone: (302) 357-3282
Email:  sgerald@whitefordlaw.com

*Attorneys for Hostess Brands, LLC*
*and The J. M. Smucker Company*