# EXHIBIT A

# WHITEFORD, TAYLOR & PRESTON LLC

600 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

STEPHEN B. GERALD
DIRECT LINE (302) 357-3282
DIRECT FAX (410) 223-4178
SGerald@whitefordlaw.com

September 26, 2024

**VIA OVERNIGHT DELIVERY
AND EMAIL**
Brian M. Resnick
  (brian.resnick@davispolk.com)
Adam L. Shpeen (adam.shpeen@davispolk.com)
Stephen D. Piraino
  (stephen.piraino@davispolk.com)
Ethan Stern (ethan.stern@davispolk.com)
450 Lexington Avenue
New York, NY 10017

**VIA OVERNIGHT DELIVERY
AND EMAIL**
Robert J. Dehney, Sr.
  (rdehney@morrisnichols.com)
Andrew R. Remming
  (aremming@morrisnichols.com)
Daniel B. Butz (dbutz@morrisnichols.com)
Tamara K. Mann (tmann@morrisnichols.com)
Sophie Rogers Churchill
  (srchurchill@morrisnichols.com)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

> Re:    **In re: Big Lots, Inc.,** *et al.* **(Case No. 24-11967)**
> **Reclamation Demand of Hostess Brands, LLC, a subsidiary of**
> **The J. M. Smucker Company**

Dear counsel:

This firm represents Hostess Brand, LLC ("Hostess"), a subsidiary of The J. M. Smucker Company, with respect to amounts due and owing from one or more of the above-referenced debtors (the "Debtors") to Hostess.

During the forty-five days prior to the filing of the Debtors' chapter 11 petitions (the "Reclamation Period"), Hostess sold, and the Debtors received from Hostess, in the ordinary course of the parties' respective businesses, certain goods. The value of the outstanding invoices related to goods received by the Debtors during the Reclamation Period is **$124,313.31**. Enclosed herein is a list of the invoices that are the subject of this demand as well as copies of the respective invoices and proofs of delivery.

Pursuant to 11 U.S.C. § 546(c)(1) and applicable non-bankruptcy law, Hostess hereby demands reclamation of the goods received by the Debtors from Hostess during the Reclamation Period, as identified herein. Additional documentation in support of this reclamation demand will be made available upon request.

September 26, 2024
Page 2

      Further, Hostess demands an accounting and inventory from the Debtors of all the goods subject to reclamation by Hostess and that all such goods be segregated from other goods in the Debtors' possession. Please forward the accounting and inventory to my attention.

      Hostess reserves the right to amend or supplement its reclamation demand or to make additional demands or claims at law or in equity, including, but not limited to, an administrative expense claim under 11 U.S.C. § 503(b)(9), or any other provision of the Bankruptcy Code.

                    Very truly yours,

                    */s/ Stephen B. Gerald*

                    Stephen B. Gerald

Enclosures

Copy:

Big Lots, Inc. (via overnight delivery)
4900 E. Dublin-Granville Road
Columbus, OH 43081
Attn: Jonathan Ramsden, Chief Financial and Administrative Officer

**In re Big Lots, Inc.** *et al.*, **Case No. 24-11967**
**Hostess Reclamation Demand**

| Account | Customer | Invoice # | PO # | Invoice Date | Due Date | Invoice Amount |
|---------|----------|-----------|------|--------------|----------|----------------|
| 4000222 | BIG LOTS | 90493271 | 95516638 | 7/27/2024 | 8/26/2024 | $9,680.44 |
| 4000222 | BIG LOTS | 90493272 | 0095516642 | 7/27/2024 | 8/26/2024 | $8,561.44 |
| 4000222 | BIG LOTS | 90493382 | 0095516649 | 7/28/2024 | 8/27/2024 | $14,132.74 |
| 4000222 | BIG LOTS | 90493651 | 0095516643 | 7/30/2024 | 8/29/2024 | $12,925.11 |
| 4000222 | BIG LOTS | 90493966 | 0095530709 | 8/1/2024 | 8/31/2024 | $8,781.64 |
| 4000222 | BIG LOTS | 90493967 | 0095530725 | 8/1/2024 | 8/31/2024 | $14,160.28 |
| 4000222 | BIG LOTS | 90493492 | 0095516650 | 7/29/2024 | 8/28/2024 | $17,833.11 |
| 4000222 | BIG LOTS | 90493974 | 0095530734 | 7/31/2024 | 8/30/2024 | $17,509.25 |
| 4000222 | BIG LOTS | 90494346 | 0095530698 | 8/3/2024 | 9/2/2024 | $10,671.76 |
| 4000222 | BIG LOTS | 90494545 | 0095530731 | 8/5/2024 | 9/4/2024 | $10,057.54 |
| | | | | | **TOTAL** | **$124,313.31** |



**Hostess Brands**

HOSTESS BRANDS, LLC & SUBSIDIARIES
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:49:27

*Invoice*

| | | |
|---|---|---|
| **BILL TO :** 10000307 | **Invoice # / Invoice Date** | 90493271 / 07-27-2024 |
| BIG LOTS | **Bill of Lading #** | 80527215 |
| | **Hostess Order # / Date** | 10536378 / 07-17-2024 |
| 300 PHILLIPI RD | **Customer Reference # / Date** | 0095516638 / 07-17-2024 |
| COLUMBUS | **Payer #** | 4000222 |
| OH 43228-5311 | **Invoice Amount** | $ 9,680.44 |
| | **Conditions** | |
| **SHIP TO :** 20002496 | **GR. Weight** 4,019.95 lbs | **MAKE ALL CHECKS PAYABLE TO:** |
| BIG LOTS DC 869 | **TotalPalletQty** ▆ | HOSTESS BRANDS, LLC |
| AVDC INC | **Payment** ▆ | P.O. BOX 205103 |
| 18880 NAVAJO ROAD | **BillingDueDate** ▆ | Dallas, TX  75320-5103 |
| APPLE VALLEY | **Delivery** FOB-Shipping Point | |
| CA 92307 | **Special Notes** | |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |
| 20 | 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |
| 30 | 20888109010847 | 701370 | HST DBL CHOC MN DNT SS FSH 3 OZ 6CT | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |
| 40 | 20888109112350 | 702028 | HST GLZD DNT BG FSH 10.5OZ 6PK | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |
| 50 | 20888109010014 | 702249 | HST CHOC CP CK SS FSH 3.17 OZ 2CT | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |
| 60 | 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | ▆ | CS | ▆ | ▆ | ▆ |
| | | | Distressed Allowance | | | | | |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**Page 1 of 3**

For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693




# Hostess Brands

HOSTESS BRANDS, LLC & SUBSIDIARIES
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | Invoice # / Date | 90493271 / 07/27/2024 |
|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 70 | 20888109113746 | 703206 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 80 | 20888109010168 | 703279 | HST CIN RL SS FSH 6CT 6PK 4OZ | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 90 | 888109250249 | 705405 | HST BBYBNDT STRWBRYCHCK 2.5OZ SS 2CT FSH | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 100 | 888109253127 | 705783 | HST JMBO ICED HNY BUN SS  FSH 4OZ | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 110 | 888109256319 | 706401 | HST CHCDNT BG FSH 10.75OZ 9PK DRC PERF | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 120 | 20888109011424 | 800390 | HST APL PIE FSH SS 4.25 OZ 8CT 2PK | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 130 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 140 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 150 | 888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693

# Hostess Brands

**HOSTESS BRANDS LLC**
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | **Invoice # / Date** | 90493271 / 07/27/2024 |
|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 160 | 888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | ▉ | CS | ▉ | | ▉ |
| | | | Distressed Allowance | | | | ▉ | |
| | | | **Invoice Amount** | ▉ | | | | **$ 9,680.44** |

Goods Issue Date: 07/27  0   0:5

8   F

# MASTER BILL OF LADING

Page 1 of 1

Name: Hostess Brands,LLC
Address: 30800 W. 207th Street
EDGERTON KS 66021
USA
Telephone: 913-276-4139
Order(s): Refer below 'Seq of Stops'

**Bill of Lading Number: 887366915**

||||||||||||||||||||||

| | |
|---|---|
| **SHIP TO(CONSIGNEE)** | |
| Name: Refer attached underlying Bills of Lading | Carrier Name: NEW PRIME INC |
| Address: Trailer Information | Trailer Number: 191099   ME#: 887366915 |
| Telephone: Trailer# 191099 | TU Number: 21140492 |
| Barcode | Seal Number(s): 1ST-13193668 |
| Date 7/30/24 Time 1526 Initial BB | |
| Location | Gross Weight: 14,441 LB |

SCAC: PRIJ   Artl# 67IIIIO   Seal #

PRO Number: Refer Attached Underlying Bills of Lading 13193670

## STOP # 2

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]          Collect [ ]          3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

Refer Attached Underlying Bills of Lading

**Equipment Type : : REEFER**

Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shallsign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| Cases | ■ | Weight(LB) | 14,441 |
|---|---|---|---|
| CHEP Pallets | ■ | Cube(FT3) | 1,290 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80527215 | BIG LOTS DC 869 | APPLE VALLEY,CA | ■ | ■ |
| 80527983 | ■ | LEBEC,CA | ■ | ■ |
| GRAND TOTAL | | | | |

PO# 0095516638
Date Arrive 7-30-24
15:30
Seal #
Completed Date 7-30-24
16:34

Start Time
Seal Intact:                    Yes:[ ]   No:[ ]
Cases Rec'd:
Cases Short:            Receiver Signature
Cases Damaged:         Driver Signature

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Receiver Signature   ALL TOTALS SUBJECT TO COUNT AND INSPECTION
Date & Time
Add. Load Notes:

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

This is to certify that the above named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**All freight shipper load and**

**count unless noted**

Property described above is received in good order, except as noted.

7182320 6

**Hostess Brands/ 07/27/2024**

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □ 14706(c)(1)(A)and(B).

# BILL OF LADING

Page 1 of 2

ue Date: 07/27/2024,Time:00:55:00

**Bill of Lading Number: 80527215**

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80527215

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS DC 869
**Address:** AVDC INC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307
**Telephone:** 866-823-9501

| Carrier Name: | NEW PRIME INC | |
|---|---|---|
| Trailer Number: 191099 | **ME#:** 887366915 | |
| TU Number: | 21140492 | |
| Seal Number(s): 1ST-13193668 2ND-13193670 | | |
| Customer Order:0095516638 | | |
| Delivery Date: | 07/30/2024 | |

**Gross Weight: 4,720 LB**

**SCAC: PRIJ**

**PRO Number:**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]        Collect [ ]        3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

**Unless otherwise noted freight class FAK 70**

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| Cases | ▇ | Weight(LB) | 4,720 |
|---|---|---|---|
| CHEP Pallets | ▇ | Cube(FT3) | 389 |

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC | | CS |
| 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | | CS |
| 20888109010847 | 701370 | HST DBL CHOC MN DNT SS FSH 3 OZ 6CT | | CS |
| 20888109112350 | 702028 | HST GLZD DNT BG FSH 10.5OZ 6PK | | CS |
| 20888109010168 | 703279 | HST CIN RL SS FSH 6CT 6PK 4OZ | | CS |
| 00888109250249 | 705405 | HST BBYBNDT STRWBRYCHCK 2.5OZ SS 2CT FSH | | CS |
| 00888109256319 | 706401 | HST CHCDNT BG FSH 10.75OZ 9PK DRC PERF | | CS |
| 20888109010014 | 702249 | HST CHOC CP CK SS FSH 3.17 OZ 2CT | | CS |
| 20888109113746 | 703206 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | | CS |
| 00888109253127 | 705783 | HST JMBO ICED HNY BUN SS  FSH 4OZ | | CS |
| 20888109011424 | 800390 | HST APL PIE FSH SS 4.25 OZ 8CT 2PK | | CS |
| 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | | CS |
| 00888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | | CS |
| 00888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | | CS |
| **GRAND TOTAL** | | | | |

# BILL OF LADING

| SHIP FROM(ORIGIN) | |
|---|---|

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80527215

**Bill of Lading Number: 80527215**

**Carrier Name:** NEW PRIME INC
**Trailer Number:** 191099    **ME#:** 887366915
**TU Number:** 21140492
**Seal Number(s):** 1ST-13193668 2ND-13193670
**Customer Order:** 0095516638
**Delivery Date:** 07/30/2024
**Gross Weight:** 4,720 LB

| SHIP TO(CONSIGNEE) | |
|---|---|

**Name:** BIG LOTS DC 869
**Address:** AVDC INC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307
**Telephone:** 866-823-9501

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]    Collect [ ]    3rd Party [ ]

[ ] **Master Bill of Lading with attached underlying Bills of Lading**

**Unless otherwise noted freight class FAK 70**

**SCAC:** PRIJ
**PRO Number:**

**FOR FREIGHT COLLECT SHIPMENTS:** If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

**Seal Intact:**    Yes: [ ]    No: [ ]

**Receiver Signature**      **Date&Time**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**Hostess Brands/ 07/27/2024**

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

**CARRIER SIGNATURE/PICKUP DATE**

**NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C** [ ] **14706(c)(1)(A)and(B).**

**ss Brands**

**Hostess Brands, LLC**
**7905 Quivira Road**
**Lenexa, KS, 66215**

Print Date: 07.27.2024 at 00:55:01

**Hostess**

*Packing List*

| | | |
|---|---|---|
| Carrier: 3700270 | Load ID: 887366915 | Bill of Lading: 80527215 |
| SCAC: PRU | Trailer: 191099 | Shipment: 21140492 |
| Name: NEW PRIME INC | Seal: 1ST-13193668 | HB Order: 10536378 |
| | | Customer Order: 0095516638 |

Ship to    20002496
BIG LOTS DC 869
AVDC INC
18880 NAVAJO ROAD
APPLE VALLEY CA  92307

Ship from    DC-EDGERTON, KS
30800 W 207TH ST
EDGERTON KS  66021
USA

Telephone    866-823-9501

Fax

Telephone    913-276-4139

Fax

### HU Number - 108881092150136333

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 20 | 20888109110943 | 700936 | 810271560 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | L061521000 | ■ | 521.83 | 46.44 |

### HU Number - 108881092150136340

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 20 | 20888109110943 | 700936 | 810271560 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | L061521000 | ■ | 521.83 | 46.44 |

### HU Number - 108881092150152869

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110332 | 700455 | 810204261 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC | L061621000 | ■ | 487.14 | 46.44 |

### HU Number - 108881095004750556

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 150 | 00888109253721 | 800919 | 810608660 | HST BLUBRY MEG MFN SS FSH 5OZ | L062086000 | ■ | 321.31 | 36.2 |

### HU Number - 108881094011234387

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 110 | 00888109256319 | 706401 | 810177652 | HST CHCDNT BG FSH 10.75OZ 9PK DRC PERF | L062121000 | ■ | 7.35 | 0.85 |
| 30 | 20888109010847 | 701370 | 810177554 | HST DBL CHOC MN DNT SS FSH 3 OZ 6CT | L061221000 | ■ | 82.59 | 6.29 |
| 40 | 20888109112350 | 702028 | 810244921 | HST GLZD DNT BG FSH 10.5OZ 6PK | L062024000 | ■ | 20.45 | 2.44 |
| 80 | 20888109010168 | 703279 | 810177657 | HST CIN RL SS FSH 6CT 6PK 4OZ | L062025200 | ■ | 32.66 | 2.83 |
| 90 | 00888109250249 | 705405 | 810574041 | HST BBYBNDT STRWBRYCHCK 2.5OZ SS 2CT FSH | L061923000 | ■ | 261.5 | 24.05 |

### HU Number - 108881094011234547

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 100 | 00888109253127 | 705783 | 810606229 | HST JMBO ICED HNY BUN SS  FSH 4OZ | L061725200 | ■ | 18.9 | 2.12 |

Page 1 of 2

Special Instructions:

**Brands**

**Hostess**

Hostess Brands, LLC
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 07.27.2024 at 00:55:01

*Packing List*

| Carrier: | 3700270 | Load ID: | 887366915 | Bill of Lading: | 80527215 |
|---|---|---|---|---|---|
| SCAC: | PRU | Trailer: | 191099 | Shipment: | 21140492 |
| Name: | NEW PRIME INC | Seal: | 1ST-13193668 | HB Order: | 10536378 |
| | | | | Customer Order: | 0095516638 |

**HU Number - 108881094011234547**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 120 | 20888109011424 | 800390 | 810177706 | HST APL PIE FSH SS 4.25 OZ 8CT 2PK | L062482000 | ■ | 25.98 | 1.13 |
| 50 | 20888109010014 | 702249 | 810177669 | HST CHOC CP CK SS FSH 3.17 OZ 2CT | L061921000 | | 18.19 | 1.7 |
| 50 | 20888109010014 | 702249 | 810177669 | HST CHOC CP CK SS FSH 3.17 OZ 2CT | L062021000 | | 18.19 | 1.7 |
| 70 | 20888109113746 | 703206 | 810430799 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | L062525200 | ■ | 25.28 | 1.73 |

**HU Number - 108881092422593352**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 60 | 20888109113098 | 702583 | 810404266 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | L061924000 | ■ | 261.48 | 40.01 |

**HU Number - 108881095004748263**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 160 | 00888109253783 | 800921 | 810608990 | HST BANANA MEG MFN SS FSH 5OZ | L062086000 | ■ | 321.31 | 36.2 |

**HU Number - 112840000678663**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 130 | 20888109110448 | 800411 | 810220487 | HST APL PIE MP FSH 12OZ 12CT | L062482000 | ■ | 536.94 | 45.98 |

**HU Number - 112840000680284**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 140 | 20888109110455 | 800412 | 810213501 | HST CHRY PIE MP FSH 12OZ 12CT | L062582000 | ■ | 537 | 45.98 |

# Hostess Brands

**HOSTESS BRANDS, LLC & SUBSIDIARIES**
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:48:38

*Invoice*

| | |
|---|---|
| **BILL TO :** 10000307<br>BIG LOTS<br><br>300 PHILLIPI RD<br>COLUMBUS<br>OH 43228-5311 | **Invoice # / Invoice Date** 90493272 / 07-27-2024<br>**Bill of Lading #** 80527216<br>**Hostess Order # / Date** 10536379 / 07-17-2024<br>**Customer Reference # / Date** 0095516642 / 07-17-2024<br>**Payer #** 4000222<br>**Invoice Amount** $ 8,561.44 |

**SHIP TO :** 20000512
BIG LOTS PIC N SAVE 870

2855 SELMA HWY
MONTGOMERY
AL 36108-5035

**Conditions**
**GR. Weight** 3,590.89 lbs
**TotalPalletQty**
**Payment**
**BillingDueDate**
**Delivery** FOB-Shipping Point
**Special Notes**

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110066 | 700006 | HST HO HO MP FSH 10OZ 10CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 20 | 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 30 | 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 40 | 20888109110783 | 702180 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 50 | 20888109010052 | 702215 | HST CHOC ZNGR SS FSH 3.81OZ 3CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 60 | 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**
**THANK YOU FOR YOUR BUSINESS!**      **Page 1 of 3**
**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com or 816-701-4693**



Hostess Brands

HOSTESS BRANDS LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

Print Date: 09/20/2024 at 09:48:38

*Invoice*

| BILL TO : | 10000307 | | Invoice # / Date | 90493272 / 07/27/2024 |
|-----------|----------|--|------------------|------------------------|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 20888109113104 | 702586 | HST CH CHP MN MFN MP FSH 8.25 OZ 20CT <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 80 | 20888109011899 | 702599 | HST CHOC DNT SS FSH  3OZ 6CT 2CADDY WUPC <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 90 | 888109116040 | 705342 | HST CHOC DNGDNG FAM FSH 20.31OZ 16CT6PK <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 100 | 888109256609 | 706415 | HST STRWBRY CP CK MP FSH 12.7OZ 8CT <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 110 | 888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 120 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 130 | 888109253684 | 800917 | HST DBL CHOC MEG MFN SS FSH 5OZ <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 140 | 888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 150 | 888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ <br> Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693**

# Hostess Brands

**HOSTESS BRANDS, LLC**
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | **Invoice # / Date** | 90493272 / 07/27/2024 |
|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
|      |      |          |             |     |     |       |            |             |
|      |      |          | **Invoice Amount** | ▮ |  |  |  | **$ 8,561.44** |

# MASTER BILL OF LADING

Goods Issue Date: 07/27/2024, Time:10.02:46     Page 1 of 1

Bill of Lading Number: 887337955



## SHIP FROM(ORIGIN)

Name: Hostess Brands,LLC
Address: 30800 W, 207th Street
EDGERTON KS 66021
USA
Telephone: 913-276-4139
Order(s): Refer below 'Seq of Stops'

## SHIP TO(CONSIGNEE)

Name: Refer attached underlying Bills of Lading
Address:
Telephone:

SCAC: BTAN
PRO Number: Refer Attached Underlying Bills of Lading

Carrier Name: BUTLER TRANSPORT INC
Trailer Number: (29043)    ME#: 887337955
IU Number: 21140404
Seal Number(s): 18ET(13193638)

Gross Weight: 14,112 LB

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]     Collect []     3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

## SPECIAL INSTRUCTIONS:

Refer Attached Underlying Bills of Lading
Equipment Type : : REEFER
Set and maintain refrigerated trailer temperature at 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| | | | |
|---|---|---|---|
| Cases | | Weight(LB) | 14,112 |
| CHEP Pallets | | Cube(FT3) | 1,268 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80527216 | BIG LOTS PIC N SAVE 870 | MONTGOMERY.AL | | |
| 80527973 | | JACKSON,GA | | |
| GRAND TOTAL | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:     Yes: []     No: [ ]

Receiver Signature     Date&Time

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

## All freight shipper load and count unless noted

Carrier acknowledges the receipt of packages and required placards Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

Hostess Brands/ 07/27/2024

CARRIER SIGNATURE/PICKUP DATE

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A)and(B).

# BILL OF LADING

Goods Issue Date: 07/27/2024,Time:10.02:53

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4130
**Order(s):** 80527216

*6719954*

**Bill of Lading Number:** 80527216

**Carrier Name:** BUTLER TRANSPORT INC
**Trailer Number:** 29043 **MEN:** 887337955
**IU Number:** 21140404
**Seal Number(s):** 1ST-13193638 2ND-13193646
**Customer Order:** 0095516642
**Delivery Date:** 07/30/2024
**Gross Weight:** 4,221 LB

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 870
**Address:** 2855 SELMA HWY
MONTGOMERY AL 36108-5035
USA
**Telephone:** 614-278-6748

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]       Collect [ ]       3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SCAC:** BTAN
**PRO Number:**

ARRIVAL TIME __11:42 AM__
APPOINTMENT TIME __12:10 AM__
OFFICER INITIALS __CM__
SPECIAL INSTRUCTIONS: NUMBER __29043__
: __DOOR 33__
**Equipment Type: :** REEFER
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| | | |
|---|---|---|
| Cases | Weight(LB) | 4,221 |
| CHEP Pallets | Cube(FT3) | 368 |

| GTIN | Material | Description | Quantity | UOM |
|------|----------|-------------|----------|-----|
| 20888109110066 | 700006 | HST HO HO MP FSH 10OZ 10CT | | CS |
| 20888109110783 | 702180 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT | | CS |
| 20888109010052 | 702215 | HST CHOC ZNGR SS FSH 3.81OZ 3CT | | CS |
| 20888109011899 | 702599 | HST CHOC DNT SS FSH 3OZ 6CT 2CADDY WUPC | | CS |
| 00888109116040 | 705342 | HST CHOC DNGDNG FAM FSH 20.31OZ 16CT6PK | | CS |
| 00888109256609 | 706415 | HST STRWBRY CP CK MP FSH 12.7OZ 8CT | | CS |
| 00888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT | | CS |
| 00888109253684 | 800917 | HST DBL CHOC MEG MFN SS FSH 5OZ | | CS |
| 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC | | CS |
| 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 1G MP DRC | | CS |
| 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 20888109113104 | 702586 | HST CH CHP MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| 00888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | | CS |
| 00888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | | CS |
| GRAND TOTAL | | | | CS |

# BILL OF LADING

Goods Issue Date: 07/27/2024, Time:10.02:53

Page 2 of 2

## SHIP FROM (ORIGIN)

Name: Hostess Brands,LLC
Address: 30800 W. 207th Street
EDGERTON KS 66021
USA
Telephone: 913-276-4130
Order(s): 80527216

Bill of Lading Number: 80527216

Carrier Name: BUTLER TRANSPORT INC
Trailer Number: 29043   ME#: 887337955
IU Number: 21140404
Seal Number(s): 1ST-13193638 2ND-13193646
Customer Order:0095516642
Delivery Date: 07/30/2024
Gross Weight: 4,221 LB

## SHIP TO (CONSIGNEE)

Name: BIG LOTS PIC N SAVE 870
Address: 2855 SELMA HWY
MONTGOMERY AL 36108-5035
USA
Telephone:614-278-6748

SCAC: BTAN

PRO Number:

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

## SPECIAL INSTRUCTIONS:

:

Equipment Type : : REEFER

Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

PO# 9551 6642   SEAL# 13193646
Date Arrived: 7-30-24   Completed date: 7-30-24
Start Time: 11:42Am   Completed Time: 5:04pm
Cases Received: ▮▮▮   Drop: Yes☐   No☐
Case Short: 0   Receiver Signature S Porter
Cases Damaged: 0   Driver Signature

All Totals are subject to Count and Inspection

Additional Load Notes:

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:          Yes: [ ]          No: [ ]

_____          _____
Receiver Signature          Date&Time

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

Hostess Brands/ 07/27/2024

All freight shipper load and count unless noted

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

CARRIER SIGNATURE/PICKUP DATE

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C ☐ 14706(c)(1)(A)and(B).

Goods Issue Date: 07/27/2024, Time: 10:02:46

# MASTER BILL OF LADING

Page 1 of 1

Bill of Lading Number: 887337955

### SHIP FROM (ORIGIN)

Name: Hostess Brands, LLC
Address: 30800 W. 207th Street
EDGERTON KS 66021
USA
Telephone: 913-276-4139
Order(s): Refer below 'Seq of Stops'

### SHIP TO (CONSIGNEE)

Name: Refer attached underlying Bills of Lading
Address:
Telephone:

| | |
|---|---|
| Carrier Name: | BUTLER TRANSPORT INC |
| Trailer Number: 29043 | ME#: 887337955 |
| TU Number: 21140404 | |
| Seal Number(s): 1ST-13193638 | |

Gross Weight: 14,112 LB

SCAC: BTAX
PRO Number: Refer Attached Underlying Bills of Lading

**Freight Charge Terms:** (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]          Collect [ ]          3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

### SPECIAL INSTRUCTIONS:

Refer Attached Underlying Bills of Lading

Equipment Type : : REEFER

Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| Cases | | Weight(LB) | 14,112 |
|---|---|---|---|
| CHEP Pallets | | Cube(FT3) | 1,268 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80527216 | BIG LOTS PIC N SAVE 870 | MONTGOMERY, AL | | |
| 80527973 | | JACKSON, GA | | |
| GRAND TOTAL | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

Seal Intact:          Yes: [ ]          No: [ ]

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Receiver Signature          Date & Time

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

Hostess Brands/ 07/27/2024

All freight shipper load and count unless noted

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

CARRIER SIGNATURE/PICKUP DATE

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □ 14706(c)(1)(A) and (B).

Case 24-11967-JKS   Doc 295-1   Filed 09/26/24   Page 20 of 68

# BILL OF LADING

Goods Issue Date: 07/27/2024, Time:10.02:53

Page 1 of 2

**Bill of Lading Number:** 80527216

### SHIP FROM (ORIGIN)

| | |
|---|---|
| Name: | Hostess Brands,LLC |
| Address: | 30800 W. 207th Street |
| | EDGERTON KS 66021 |
| | USA |
| Telephone: | 913-276-4139 |
| Order(s): | 80527216 |

### SHIP TO (CONSIGNEE)

| | |
|---|---|
| Name: | BIG LOTS PIC N SAVE 870 |
| Address: | 2855 SELMA HWY |
| | MONTGOMERY AL  36108-5035 |
| | USA |
| Telephone: | 614-278-6748 |

| | |
|---|---|
| Carrier Name: | BUTLER TRANSPORT INC |
| Trailer Number: | 29043   ME#:  887337955 |
| IU Number: | 21140404 |
| Seal Number(s): | 1ST-13193638 2ND-13193646 |
| Customer Order: | 0095516642 |
| Delivery Date: | 07/30/2024 |

**Gross Weight:** 4,221 LB

SCAC: BTAK

PRO Number:

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRUCTIONS:**

:

Equipment Type : : REEFER

Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

 Cases

 CHEP Pallets

 Weight(LB)          4,221

Cube(FT3)          368

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109110066 | 700006 | HST HO HO MP FSH 10OZ 10CT | | CS |
| 20888109110783 | 702180 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT | | CS |
| 20888109010052 | 702215 | HST CHOC ZNGR SS FSH 3.81OZ 3CT | | CS |
| 20888109011899 | 702599 | HST CHOC DNT SS FSH  3OZ 6CT 2CADDY WUPC | | CS |
| 00888109116040 | 705342 | HST CHOC DNGDNG FAM FSH 20.31OZ 16CT6PK | | CS |
| 00888109256609 | 706415 | HST STRWBRY CP CK MP FSH 12.7OZ 8CT | | CS |
| 00888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT | | CS |
| 00888109253684 | 800917 | HST DBL CHOC MEG MFN SS FSH 5OZ | | CS |
| 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ  8CT 15 DRC | | CS |
| 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 1G MP DRC | | CS |
| 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 20888109113104 | 702586 | HST CH CHP MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| 00888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | | CS |
| 00888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | | CS |
| GRAND TOTAL | | | | CS |

# BILL OF LADING

**Page 2 of 2**

Goods Issue Date: 07/27/2024, Time: 10:02:53

## SHIP FROM (ORIGIN)

Name:   Hostess Brands, LLC
Address:   30800 W. 207th Street
     EDGERTON KS 66021
     USA
Telephone: 913-276-4130
Order(s):   80527216

## SHIP TO (CONSIGNEE)

Name:   BIG LOTS PIC N SAVE 870
Address:   2855 SELMA HWY
     MONTGOMERY AL 36108-5035
     USA
Telephone: 614-278-6748

**Bill of Lading Number: 80527216**

| Field | Value |
|---|---|
| Carrier Name: | BUTLER TRANSPORT INC |
| Trailer Number: 29043 | ME#: 887337955 |
| IU Number: | 21140404 |
| Seal Number(s): 1ST-13193638 2ND-13193646 | |
| Customer Order: 0095516642 | |
| Delivery Date: | 07/30/2024 |

Gross Weight: 4,221 LB

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]     Collect [ ]     3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

SCAC: BTAN

PRO Number:

**SPECIAL INSTRUCTIONS:**
:
Equipment Type : : REEFER
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:     Yes: [ ]     No: [ ]

Receiver Signature      Date&Time

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

Hostess Brands/ 07/27/2024

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C [ ]   14706(c)(1)(A) and (B).

**Hostess Brands**

HOSTESS BRANDS, LLC & SUBSIDIARIES
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:50:17

*Invoice*

| BILL TO : | 10000307 | | |
|---|---|---|---|
| | BIG LOTS | | |
| | 300 PHILLIPI RD | | |
| | COLUMBUS | | |
| | OH 43228-5311 | | |

**Invoice # / Invoice Date** 90493382 / 07-28-2024
**Bill of Lading #** 80527218
**Hostess Order # / Date** 10536381 / 07-17-2024
**Customer Reference # / Date** 0095516649 / 07-17-2024
**Payer #** 4000222
**Invoice Amount** $ 14,132.74
**Conditions**

SHIP TO :  20000516
BIG LOTS PIC N SAVE 879

2306 ENTERPRISE DR
DURANT
OK 74701-1964

**GR. Weight** 6,210.26 lbs
**TotalPalletQty**
**Payment**
**BillingDueDate**
**Delivery** FOB-Shipping Point
**Special Notes**

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 20 | 20888109110424 | 700516 | HST CRNCH DNT SS FSH 4OZ 6CT 2CADDY<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 30 | 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 40 | 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 50 | 20888109112312 | 702020 | HST CHOC DNT BG FSH 10.75OZ 6PK<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 60 | 20888109112343 | 702026 | HST CRNCH DNT BG FSH 9.5OZ 6PK<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

Page 1 of 3

For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693





HOSTESS BRANDS LLC & Distribution
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | Invoice # / Date | 90493382 / 07/28/2024 |
|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 70 | 20888109011134 | 702374 | HST VAN ZNGR SS FSH 3.81OZ 3CADDY CASE<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 80 | 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 90 | 20888109011882 | 702597 | HST PWD SGR DNT SS FSH 3OZ 6CT 2CADDY WU<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 100 | 20888109113852 | 703351 | HST BDAY CP CK MP FSH 13.1 OZ 8CT<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 110 | 20888109012360 | 703781 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 120 | 20888109115252 | 704988 | HST BBY BNDT CK LMN DRZL MP FSH 10OZ 8CT<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 130 | 888109257439 | 706544 | HST HNYBN DNT BG FSH 10.5OZ 6PK<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 140 | 20888109011400 | 800381 | HST CHRY PIE FSH SS 4.25 OZ 8CT<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 150 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT<br>Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |

# Hostess Brands

**HOSTESS BRANDS LLC & Subsidiaries**
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

**BILL TO :** 10000307

**Invoice # / Date** 90493382 / 07/28/2024

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 160 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 170 | 888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 180 | 888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ■ | | | | **$ 14,132.74** |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com or 816-701-4693**

# BILL OF LADING

Goods Issue Date: 07/28/2024,Time;21:35:34

Page 1 of 2

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80527218

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 879
**Address:** 2306 ENTERPRISE DR
DURANT OK 74701-1964
USA
**Telephone:** 580-931-2118

*Deiver*

**SCAC:** RDTF
**PRO Number:** 78281764

**Bill of Lading Number: 80527218**

**Carrier Name:** ROADTEX TRANSPORTATION
**Trailer Number:** ~~5239~~ ME#: 887181198
**TU Number:** 21139841
**Seal Number(s):**
**Customer Order:**0095516649
**Delivery Date:** 07/29/2024
**Gross Weight: 7,190 LB**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

## SPECIAL INSTRUCTIONS:
:
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

| Cases | | Weight(LB) | 7,190 |
|---|---|---|---|
| CHEP Pallets | | Cube(FT3) | 582 |

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC | | CS |
| 20888109110424 | 700516 | HST CRNCH DNT SS FSH 4OZ 6CT 2CADDY | | CS |
| 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | | CS |
| 20888109112312 | 702020 | HST CHOC DNT BG FSH 10.75OZ 6PK | | CS |
| 20888109112343 | 702026 | HST CRNCH DNT BG FSH 9.5OZ 6PK | | CS |
| 20888109011134 | 702374 | HST VAN ZNGR SS  FSH 3.81OZ 3CADDY CASE | | CS |
| 20888109011882 | 702597 | HST PWD SGR DNT SS FSH 3OZ 6CT 2CADDY WU | | CS |
| 20888109113852 | 703351 | HST BDAY CP CK MP FSH 13.1 OZ 8CT | | CS |
| 20888109012360 | 703781 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | | CS |
| 20888109115252 | 704988 | HST BBY BNDT CK LMN DRZL MP FSH 10OZ 8CT | | CS |
| 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | | CS |
| 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | | CS |
| 00888109257439 | 706544 | HST HNYBN DNT BG FSH 10.5OZ 6PK | | CS |
| 20888109011400 | 800381 | HST CHRY PIE FSH SS 4.25 OZ 8CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | | CS |
| 00888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | | CS |

Goods Issue Date: 07/28/2024,Time:21:35:34

# BILL OF LADING

Page 2 of 2

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80527218

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 879
**Address:** 2306 ENTERPRISE DR
DURANT OK 74701-1964
USA
**Telephone:**580-931-2118

**SCAC: RDTF**

**PRO Number:** 78281764

**Bill of Lading Number: 80527218**

**Carrier Name:** ROADTEX TRANSPORTATION
**Trailer Number:** 5 235 ME#: 887181198
**TU Number:** 21139841
**Seal Number(s):**
**Customer Order:**0095516649
**Delivery Date:** 07/29/2024

**Gross Weight: 7,190 LB**

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type :  : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| GTIN | Material | Description | Quantity | UOM |
|------|----------|-------------|----------|-----|
| 00888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | ■ | CS |
| **GRAND TOTAL** | | | | CS |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:          Yes: [ ]          No: [ ]

**Receiver Signature          Date&Time**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**Hostess Brands/ 07/28/2024**

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Properly described above is received in good order, except as noted.

**CARRIER SIGNATURE/PICKUP DATE**

**NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □   14706(c)(1)(A)and(B).**



# Hostess Brands

**Hostess Brands, LLC**
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 07.28.2024 at 21:35:35

*Packing List*

| | | | | | |
|---|---|---|---|---|---|
| **Carrier:** | 3700179 | **Load ID:** | 887181198 | **Bill of Lading:** | 80527218 |
| **SCAC:** | RDTF | **Trailer:** | 9820 | **Shipment:** | 21139841 |
| **Name:** | ROADTEX TRANSPORTATION | **Seal:** | | **HB Order:** | 10536381 |
| | | | | **Customer Order:** | 0095516649 |

| | | | |
|---|---|---|---|
| **Ship to** | 20000516<br>BIG LOTS PIC N SAVE 879<br>2306 ENTERPRISE DR<br>DURANT OK  74701-1964<br>USA | **Ship from** | DC-EDGERTON, KS<br>30800 W 207TH ST<br>EDGERTON KS  66021<br>USA |
| **Telephone** | 580-931-2118 | **Telephone** | 913-276-4139 |
| **Fax** | | **Fax** | |

### HU Number - 108881092422550324

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 40 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | L061024000 | ■ | 503.5 | 46.65 |

### HU Number - 108881092150152548

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110332 | 700455 | 810204261 | HST CHOC CP CK MP FSH 12.7OZ  8CT 15 DRC | L061621000 | ■ | 487.14 | 46.44 |

### HU Number - 108881095004750525

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 170 | 00888109253721 | 800919 | 810608660 | HST BLUBRY MEG MFN SS FSH 5OZ | L062086000 | ■ | 321.31 | 36.2 |

### HU Number - 108881095004780799

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 180 | 00888109253783 | 800921 | 810608990 | HST BANANA MEG MFN SS FSH 5OZ | L062086000 | ■ | 321.31 | 36.2 |

### HU Number - 108881094011237302

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 100 | 20888109113852 | 703351 | 810435118 | HST BDAY CP CK MP FSH 13.1 OZ 8CT | L061821000 | | 19.29 | 1.52 |
| 110 | 20888109012360 | 703781 | 810251785 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | L062525200 | | 39.98 | 2.33 |
| 120 | 20888109115252 | 704988 | 810541191 | HST BBY BNDT CK LMN DRZL MP FSH 10OZ 8CT | L061923000 | | 27.98 | 3.07 |
| 20 | 20888109110424 | 700516 | 810204265 | HST CRNCH DNT SS FSH 4OZ 6CT 2CADDY | L061421000 | | 48.48 | 3.04 |
| 40 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | L061024000 | | 47.2 | 4.38 |
| 40 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | L061124000 | | 62.94 | 5.83 |
| 50 | 20888109112312 | 702020 | | HST CHOC DNT BG FSH 10.75OZ 6PK | L062021000 | ■ | 5.21 | 0.6 |

**Special Instructions:**
:



# Hostess Brands

**Hostess Brands, LLC**
**7905 Quivira Road**
Lenexa, KS, 66215

*Packing List*

| | | | |
|---|---|---|---|
| **Carrier:** | 3700179 | **Load ID:** | 887181198 |
| **SCAC:** | RDTF | **Trailer:** | 9820 |
| **Name:** | ROADTEX TRANSPORTATION | **Seal:** | |

| | |
|---|---|
| **Bill of Lading:** | 80527218 |
| **Shipment:** | 21139841 |
| **HB Order:** | 10536381 |
| **Customer Order:** | 0095516649 |

### HU Number - 108881094011237302

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 50 | 20888109112312 | 702020 | | HST CHOC DNT BG FSH 10.75OZ 6PK | L062121000 | ■ | 31.25 | 3.67 |
| 60 | 20888109112343 | 702026 | 810288357 | HST CRNCH DNT BG FSH 9.5OZ 6PK | L062025300 | ■ | 14.19 | 1.84 |
| 60 | 20888109112343 | 702026 | 810288357 | HST CRNCH DNT BG FSH 9.5OZ 6PK | L062125300 | ■ | 23.65 | 3.07 |
| 70 | 20888109011134 | 702374 | 810177687 | HST VAN ZNGR SS  FSH 3.81OZ 3CADDY CASE | L061224000 | ■ | 21.85 | 1.55 |
| 90 | 20888109011882 | 702597 | 810177556 | HST PWD SGR DNT SS FSH 3OZ 6CT 2CADDY WU | L061221000 | ■ | 9.44 | 0.78 |

### HU Number - 108881092150134995

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 30 | 20888109110943 | 700936 | 810271560 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | L061521000 | ■ | 521.83 | 46.44 |

### HU Number - 108881092150135145

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 30 | 20888109110943 | 700936 | 810271560 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | L061521000 | ■ | 521.83 | 46.44 |

### HU Number - 108881092150135152

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 30 | 20888109110943 | 700936 | 810271560 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | L061521000 | ■ | 521.83 | 46.44 |

### HU Number - 108881092422593246

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 80 | 20888109113098 | 702583 | 810404266 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | L061924000 | ■ | 261.48 | 40.01 |

### HU Number - 108881092422593376

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 80 | 20888109113098 | 702583 | 810404266 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | L061924000 | ■ | 261.48 | 40.01 |

### HU Number - 112840000679783

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 140 | 20888109011400 | 800381 | 810177707 | HST CHRY PIE FSH SS 4.25 OZ 8CT | L062582000 | ■ | 744.2 | 32.84 |

### HU Number - 112840000678311

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 150 | 20888109110448 | 800411 | 810220487 | HST APL PIE MP FSH 12OZ 12CT | L062482000 | ■ | 536.94 | 45.98 |

### HU Number - 112840000680291

# Hostess Brands



Hostess Brands, LLC
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 07.28.2024 at 21:35:35

*Packing List*

| | | | | | |
|---|---|---|---|---|---|
| Carrier: | 3700179 | Load ID: | 887181198 | Bill of Lading: | 80527218 |
| SCAC: | RDTF | Trailer: | 9820 | Shipment: | 21139841 |
| Name: | ROADTEX TRANSPORTATION | Seal: | | HB Order: | 10536381 |
| | | | | Customer Order: | 0095516649 |

**HU Number - 112840000680291**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
| 160 | 20888109110455 | 800412 | 810213501 | HST CHRY PIE MP FSH 12OZ 12CT | L062582000 | ■ | 537 | 45.98 |

**HU Number - 108881095004801364**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 130 | 00888109257439 | 706544 | 810755449 | HST HNYBN DNT BG FSH 10.5OZ 6PK | L062525300 | ■ | 318.94 | 40.65 |

# Hostess Brands

**HOSTESS BRANDS, LLC & SUBSIDIARIES**
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:51:04

*Invoice*

| | | |
|---|---|---|
| **BILL TO :** | 10000307 | |
| | BIG LOTS | |
| | 300 PHILLIPI RD | |
| | COLUMBUS | |
| | OH 43228-5311 | |
| **SHIP TO :** | 20000514 | |
| | BIG LOTS PIC N SAVE 890 | |
| | 500 PHILLIPI RD | |
| | COLUMBUS | |
| | OH 43228-9006 | |

| | |
|---|---|
| **Invoice # / Invoice Date** | 90493492 / 07-29-2024 |
| **Bill of Lading #** | 80527219 |
| **Hostess Order # / Date** | 10536382 / 07-17-2024 |
| **Customer Reference # / Date** | 0095516650 / 07-17-2024 |
| **Payer #** | 4000222 |
| **Invoice Amount** | $ 17,833.11 |
| **Conditions** | |
| **GR. Weight** | 7,506.43 lbs |
| **TotalPalletQty** | |
| **Payment** | |
| **BillingDueDate** | |
| **Delivery** | FOB-Shipping Point |
| **Special Notes** | |

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX  75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110066 | 700006 | HST HO HO MP FSH 10OZ 10CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 20 | 20888109150024 | 700014 | HST CHOC DNT BG FSH 10.75OZ 9PK | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 30 | 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ  8CT 15 DRC | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 40 | 20888109110639 | 700713 | HST COF CK MP FSH 11.60OZ 8CT 15MP DRC | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 50 | 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 60 | 20888109011226 | 702373 | HST RASP ZNGR SS  FSH 4.02OZ 3CADDY CASE | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |




*Invoice*

| BILL TO : | 10000307 | | | | | Invoice # / Date | 90493492 / 07/29/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 80 | 20888109012360 | 703781 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 90 | 888109250164 | 705400 | HST BBYBNDT LMN DRZL 2.50OZ SS 2CT FSH | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 100 | 888109250249 | 705405 | HST BBYBNDT STRWBRYCHCK 2.5OZ SS 2CT FSH | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 110 | 888109252250 | 705654 | HST RASP ZNGR MP FSH 13.40OZ 10CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 120 | 888109254698 | 706047 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 130 | 888109255923 | 706322 | HST GLZD DNT MP FSH 16OZ 8CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 140 | 888109257439 | 706544 | HST HNYBN DNT BG FSH 10.5OZ 6PK | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 150 | 888109257705 | 706578 | HST STRWBRY CPCK SS FSH 3.17 OZ 2CT 3CDY | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693**

**Hostess Brands**

HOSTESS BRANDS, LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | | | **Invoice # / Date** | | 90493492 / 07/29/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 160 | 20888109011400 | 800381 | HST CHRY PIE FSH SS 4.25 OZ 8CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 170 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 180 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 190 | 888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ■ | | | | **$ 17,833.11** |

## DELIVERY RECEIPT

# Roadtex

Phone: (908) 686-8200      Fax: (908) 686-6042

**BILL TO**
ROADTEX TRANSPORTATION
MANAGEMENT CORPORATION
13 JENSEN DRIVE
SUITE 3
SOMERSET, NJ 08873

| PRO NUMBER | |
|---|---|
| 78281801 | |
| BILL OF LADING NUMBER | |
| 80527219 | |
| DATE | PAGE NO. |
| 07/29/2024 | 1 |
| PO NUMBER | |

| CONSIGNEE | SHIPPER |
|---|---|
| BIG LOTS / COLUMBUS #890<br>500 PHILLIPI RD<br>TMSAppointments@biglots.com<br>COLUMBUS, OH 43228<br><br>ID: BIGLCS02 PHONE: 614-278-4618 | HOSTESS EDGERTON<br>30800 W 207TH ST<br>EDGERTON, KS 66021<br><br>ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | **APPOINTMENT REQUIRED/CONFIRMED 08/07/2024 04:00 PM 6713798**<br>**DEL ON OR BY 8/05**<br>Miscellaneous Reference: HOST<br>Miscellaneous Reference: HOSTES<br>Consignee's Order Number: 0095516650<br>Consignee's Order Number: 0080527219<br>Miscellaneous Reference: 0010536382<br>Shipper's Identifying Number: 0080527219<br>CASES BAKED GOODS<br>Deliver No Later Than Date: 7/30/2024<br>11:59:00 PM<br>Deliver Not Before Date: 7/30/2024 12:01:00 | | | | |
| | | | | 70 | | |

**CONTINUED ON NEXT PAGE**

ROADTEX TRANSPORTATION
MANAGEMENT CORPORATION
13 JENSEN DRIVE
SUITE 3
SOMERSET, NJ 08873

| IN TIME | CASH | CHECK# | CHARGE PER | DELIVERY EXCEPTION CODE |
|---|---|---|---|---|
| 12:28 | | | | |
| OUT TIME | LOADER | PIECES LOADED | DELIVERING DRIVER | DELIVERY DATE | NUMBER PIECES |
| 4:50 | SIGNATURE | | PRINT NAME | | |

Shipment is Subject to RDTX 900-A Rules Tariff

Appointment # 6713798
Trailer # 417145 - SP

---

## DELIVERY RECEIPT

# Roadtex

Phone: (908) 686-8200      Fax: (908) 686-6042

**BILL TO**
ROADTEX TRANSPORTATION
MANAGEMENT CORPORATION
13 JENSEN DRIVE
SUITE 3
SOMERSET, NJ 08873

| PRO NUMBER | |
|---|---|
| 78281801 | |
| BILL OF LADING NUMBER | |
| 80527219 | |
| DATE | PAGE NO. |
| 07/29/2024 | 1 |
| PO NUMBER | |

| CONSIGNEE | SHIPPER |
|---|---|
| BIG LOTS / COLUMBUS #890<br>500 PHILLIPI RD<br>TMSAppointments@biglots.com<br>COLUMBUS, OH 43228<br><br>ID: BIGLCS02 PHONE: 614-278-4618 | HOSTESS EDGERTON<br>30800 W 207TH ST<br>EDGERTON, KS 66021<br><br>ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | **APPOINTMENT REQUIRED/CONFIRMED 08/07/2024 04:00 PM 6713798**<br>**DEL ON OR BY 8/05**<br>Miscellaneous Reference: HOST<br>Miscellaneous Reference: HOSTES<br>Consignee's Order Number: 0095516650<br>Consignee's Order Number: 0080527219<br>Miscellaneous Reference: 0010536382<br>Shipper's Identifying Number: 0080527219<br>CASES BAKED GOODS<br>Deliver No Later Than Date: 7/30/2024<br>11:59:00 PM<br>Deliver Not Before Date: 7/30/2024 12:01:00 | | | | |
| | | | | 70 | | |

**CONTINUED ON NEXT PAGE**

ROADTEX TRANSPORTATION
MANAGEMENT CORPORATION
13 JENSEN DRIVE
SUITE 3
SOMERSET, NJ 08873

| IN TIME | CASH | CHECK# | CHARGE PER | DELIVERY EXCEPTION CODE |
|---|---|---|---|---|
| 12:28 | | | | |
| OUT TIME | LOADER | PIECES LOADED | DELIVERING DRIVER | DELIVERY DATE | NUMBER PIECES |
| | SIGNATURE | | PRINT NAME | | |

Shipment is Subject to RDTX 900-A Rules Tariff

# Hostess Brands

*Invoice*

| | | |
|---|---|---|
| **BILL TO :** | 10000307 | |
| | BIG LOTS | |
| | 300 PHILLIPI RD | |
| | COLUMBUS | |
| | OH 43228-5311 | |
| **SHIP TO :** | 20000515 | |
| | BIG LOTS PIC N SAVE 874 | |
| | 50 RAUSCH CREEK RD | |
| | TREMONT | |
| | PA 17981-1734 | |

| | |
|---|---|
| **Invoice # / Invoice Date** | 90493651 / 07-30-2024 |
| **Bill of Lading #** | 80527217 |
| **Hostess Order # / Date** | 10536380 / 07-17-2024 |
| **Customer Reference # / Date** | 0095516643 / 07-17-2024 |
| **Payer #** | 4000222 |
| **Invoice Amount** | $ 12,925.11 |
| **Conditions** | |
| **GR. Weight** | 5,691.50 lbs |
| **TotalPalletQty** | |
| **Payment** | |
| **BillingDueDate** | |
| **Delivery** | FOB-Shipping Point |
| **Special Notes** | |

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110332 | 700455 | HST CHOC CP CK MP FSH 12.7OZ 8CT 15 DRC  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 20 | 20888109110943 | 700936 | HST TWNK MP FSH 13.58OZ 10CT 16 MP DRC  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 30 | 20888109112336 | 702022 | HST PWD SGR DNT BG FSH 10OZ 6PK  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 40 | 20888109010083 | 702226 | HST RASP ZNGR SS FSH 4.02OZ 3CT  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 50 | 20888109010076 | 702241 | HST ORNG CP CK SS FSH 3.38OZ 2CT  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |
| 60 | 20888109011141 | 702370 | HST COF CK SS FSH 2.89OZ 3CADDY CASE  Distressed Allowance | ▮ | CS | ▮ | ▮ | ▮ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**Page 1 of 3**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com or 816-701-4693**



# Hostess Brands

HOSTESS BRANDS, LLC & Subsidiaries 9/25/24    Print Date: 09/20/2024 at 09:51:48

7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | | | Invoice # / Date | | 90493651 / 07/30/2024 | |
|---|---|---|---|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 70 | 20888109113098 | 702583 | HST BLUBRY MN MFN MP FSH 8.25 OZ 20CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 80 | 20888109113777 | 703212 | HST GLZD BLUEBERRY DNT MP FSH 16OZ8CT BOX <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 90 | 888109252342 | 705670 | HST CHOC DNG DNG SS FSH 2.55OZ 2CT WUPC <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 100 | 888109253059 | 705780 | HST JMBO GLZ HNYBUN SS 3CT CS FSH 4OZ <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 110 | 888109253165 | 705785 | HST JMBO ICED HNY BUN SS 3CT CS 4OZ <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 120 | 888109257002 | 706475 | HST LG 2024 COR BD SHP 45CT FSH | ■ | CS | ■ | ■ | ■ |
| 130 | 888109257439 | 706544 | HST HNYBN DNT BG FSH 10.5OZ 6PK <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 140 | 20888109011394 | 800383 | HST APL PIE FSH SS 4.25 OZ 8CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 150 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693**

# Hostess Brands

*Invoice*

| **BILL TO :** | 10000307 | | **Invoice # / Date** | 90493651 / 07/30/2024 |
|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 160 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 170 | 888109253721 | 800919 | HST BLUBRY MEG MFN SS FSH 5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 180 | 888109253783 | 800921 | HST BANANA MEG MFN SS FSH 5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ■ | | | | **$ 12,925.11** |

# MASTER BILL OF LADING

Goods Issue Date: 07/30/2024 Time:12:49:53

Page 1 of 1

Bill of Lading Number: 887336037

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** Refer below "Seq of Stops"

**Carrier Name:** COYOTE LOGISTICS LLC
**Trailer Number:** 3553519   **ME#:** 887336037
**TU Number:** 21140657
**Seal Number(s):** 1ST 13193302

**Gross Weight: 21,073 LB**

## SHIP TO(CONSIGNEE)

**Name:** Refer attached underlying Bills of Lading
**Address:**
**Telephone:**

STOP # 1

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]        Collect [ ]        3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

**SCAC: CLLQ**
**PRO Number:** 31700000

MultiStop
85
Hurricane
317 517
8976

## SPECIAL INSTRUCTIONS:

Refer Attached Underlying Bills of Lading

**Equipment Type : : DRY VAN**

Set and maintain refrigerated trailer temperature at :

Reefer
70°
Continuous

Dave Mielke, Sr Director

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

| | Weight(LB) | |
|---|---|---|
| Cases | | 21,073 |
| CHEP Pallets | Cube(FT3) | 1,701 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80527217 | BIG LOTS PIC N SAVE 874 | TREMONT,PA | | |
| 80527984 | | BETHEL,PA | | |
| **GRAND TOTAL** | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

**Seal Intact:**          Yes: [ ]          No: [ ]

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

**Receiver Signature**          **Date&Time**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S.DOT.

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hostess Brands/ 07/30/2024

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □  14706(c)(1)(A)and(B).

# BILL OF LADING

Goods Issue Date: 07/30/2024, Time:12:50:00

Bill of Lading Number: 80527217

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80527217

**Carrier Name:** COYOTE LOGISTICS LLC
**Trailer Number:** 3533519 **ME#:** 887336037
**TU Number:** 21140857
**Seal Number(s):** 1ST 13193302 2ND 13193345
**Customer Order:** 0095516643
**Delivery Date:** 08/01/2024
**Gross Weight:** 6,601 LB

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 874
**Address:** 50 RAUSCH CREEK RD
TREMONT PA 17981-1734
USA
**Telephone:** 570-695-2831

**SCAC: CLLQ**
**PRO Number:** 31700000

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]       Collect [ ]       3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type :** : DRY VAN
Set and maintain refrigerated trailer temperature at :

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| GRAND TOTAL | | | | 636 | CS |
|---|---|---|---|---|---|

PO# 955116643    Seal# 1319 3345
Gate Arrived: _____   Completed Date: 8-7-24
Start Time: 4:25        Complete Time: 5:10
Cases Recd: _____     Door: ___ Y ___ X N
Cases Short: _____    Receiver Signature: L Daniels
Cases Damaged: _____  Driver Signature: _____

ALL TOTALS SUBJECT TO COUNT AND INSPECTION

Addt'l Load Notes:

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:
Yes: [ ]       No: [ ]

Receiver Signature _____
Date&Time _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hostess Brands/ 07/30/2024

CARRIER SIGNATURE/PICKUP DATE

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. _____

# Hostess Brands

## Hostess

**Print Date:** 09/20/2024 at 09:53:20

*Invoice*

| BILL TO : | 10000307 | | |
|---|---|---|---|
| | BIG LOTS | | |
| | 300 PHILLIPI RD | | |
| | COLUMBUS | | |
| | OH 43228-5311 | | |

| | | |
|---|---|---|
| **Invoice # / Invoice Date** | 90493966 / 08-01-2024 |
| **Bill of Lading #** | 80528557 |
| **Hostess Order # / Date** | 10537768 / 07-26-2024 |
| **Customer Reference # / Date** | 0095530709 / 07-25-2024 |
| **Payer #** | 4000222 |
| **Invoice Amount** | $ 8,781.64 |
| **Conditions** | |
| **GR. Weight** | 2,967.35 lbs |
| **TotalPalletQty** | |
| **Payment** | |
| **BillingDueDate** | |
| **Delivery** | FOB-Shipping Point |
| **Special Notes** | |

SHIP TO :  20000512
BIG LOTS PIC N SAVE 870

2855 SELMA HWY
MONTGOMERY
AL 36108-5035

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX  75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109112343 | 702026 | HST CRNCH DNT BG FSH 9.5OZ 6PK | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 20 | 20888109012124 | 703253 | HST BDAY CUPCK SS FSH 3.27 OZ 2CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 30 | 20888109010168 | 703279 | HST CIN RL SS FSH 6CT 6PK 4OZ | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 40 | 20888109012919 | 704611 | HST GLZD JUMBO DNT SS FSH 4OZ 2CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 50 | 888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 60 | 888109251758 | 705613 | HST BOUNCERS CINDONETS SS FSH 2.57OZ 6CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**Page 1 of 2**

For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693




**HOSTESS BRANDS LLC & Subsidiaries**
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| **BILL TO :** | 10000307 | | **Invoice # / Date** | | 90493966 / 08/01/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 888109252274 | 705660 | HST CHOC DNG DNG MP FSH 12.70OZ 10CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 80 | 888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 90 | 888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 100 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 110 | 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ▮ | | | | **$ 8,781.64** |

**DELIVERY RECEIPT**

# Roadtex

Phone: (908) 686-8200    Fax: (908) 686-6042

| BILL TO | PRO NUMBER |
| --- | --- |
| ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873 | 78281812 |

| | BILL OF LADING NUMBER |
| --- | --- |
| | 80528557 |

| DATE | PAGE NO. |
| --- | --- |
| 08/01/2024 | 2 |

PO NUMBER

| CONSIGNEE | SHIPPER |
| --- | --- |
| BIG LOTS / CONSOLID STORE #870 2855 SELMA HIGHWAY MONTGOMERY, AL 36108 | HOSTESS EDGERTON 30800 W 207TH ST EDGERTON, KS 66021 |
| ID: CONSMY01 PHONE: 334-286-7050 | ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE | CHARGES |
| --- | --- | --- | --- | --- | --- | --- |
| | | AM Deliver No Later Than Date: 8/5/2024 11:59:00 PM TEMPERATURE CONTROL 50-65 DEGREES | | | | |

| | TOTALS | | 3,457 | | |
| --- | --- | --- | --- | --- | --- |

ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873

| IN TIME 3:50 | CASH | CHECK# | CHARGE PER | DELIVERY EXCEPTION CODE |
| --- | --- | --- | --- | --- |
| OUT TIME 7:40 | LOADER | PIECES LOADED | DELIVERING DRIVER | DELIVERY DATE    NUMBER PIECES |
| | SIGNATURE | | PRINT NAME | |

Shipment is Subject to RDTX 900-A Rules Tariff

---

**DELIVERY RECEIPT**

# Roadtex

Phone: (908) 686-8200    Fax: (908) 686-6042

| BILL TO | PRO NUMBER |
| --- | --- |
| ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873 | 78281812 |

| | BILL OF LADING NUMBER |
| --- | --- |
| | 80528557 |

| DATE | PAGE NO. |
| --- | --- |
| 08/01/2024 | 2 |

PO NUMBER

| CONSIGNEE | SHIPPER |
| --- | --- |
| BIG LOTS / CONSOLID STORE #870 2855 SELMA HIGHWAY MONTGOMERY, AL 36108 | HOSTESS EDGERTON 30800 W 207TH ST EDGERTON, KS 66021 |
| ID: CONSMY01 PHONE: 334-286-7050 | ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE |
| --- | --- | --- | --- | --- | --- |
| | | AM Deliver No Later Than Date: 8 11:59:00 PM TEMPERATURE CONTROL 50-65 DEG | | | |

PO#: 95530109    SEAL#: NS
Date Arrived: 8-6-24    Completed Date: 8-6-24
Start Time: 15:50    Completed Time: 7:40pm
Cases Received: _____    Drop: _____ Y _____ N
Cases Short: _____    Receiver Signiture: S Postunb
Cases Damaged: _____    Driver Signiture:

ALL TOTALS SUBJECT TO COUNT AND INSPECTION

Additional Load Notes: SUBJECT TO COUNT

| | TOTALS | | | | |
| --- | --- | --- | --- | --- | --- |

ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873

| IN TIME | CASH | |
| --- | --- | --- |
| OUT TIME | LOAD | |
| | SIGNATURE | PRINT NAME |

Shipment is Subject to RDTX 900-A Rules Tariff

# Hostess Brands

*Invoice*

| BILL TO : | 10000307 | | | Invoice # / Invoice Date | 90493967 / 08-01-2024 |
|---|---|---|---|---|---|
| | BIG LOTS | | | Bill of Lading # | 80528558 |
| | | | | Hostess Order # / Date | 10537769 / 07-26-2024 |
| | 300 PHILLIPI RD | | | Customer Reference # / Date | 0095530725 / 07-25-2024 |
| | COLUMBUS | | | Payer # | 4000222 |
| | OH 43228-5311 | | | Invoice Amount | $ 14,160.28 |
| SHIP TO : | 20000515 | | | Conditions | |
| | BIG LOTS PIC N SAVE 874 | | | GR. Weight | 5,155.37 lbs |
| | | | | TotalPalletQty | |
| | 50 RAUSCH CREEK RD | | | Payment | |
| | TREMONT | | | BillingDueDate | |
| | PA 17981-1734 | | | Delivery | FOB-Shipping Point |
| | | | | Special Notes | |

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109112336 | 702022 | HST PWD SGR DNT BG FSH 10OZ 6PK | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 20 | 20888109110783 | 702180 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 30 | 20888109010113 | 702222 | HST VAN ZNGR SS FSH 3.81OZ 3CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 40 | 20888109010083 | 702226 | HST RASP ZNGR SS FSH 4.02OZ 3CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 50 | 20888109011134 | 702374 | HST VAN ZNGR SS FSH 3.81OZ 3CADDY CASE | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 60 | 20888109012360 | 703781 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

Page 1 of 3

For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com or 816-701-4693



*Invoice*

| BILL TO : | 10000307 | | | | | Invoice # / Date | | 90493967 / 08/01/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 80 | 888109252250 | 705654 | HST RASP ZNGR MP FSH 13.40OZ 10CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 90 | 888109253127 | 705783 | HST JMBO ICED HNY BUN SS  FSH 4OZ<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 100 | 888109253882 | 705884 | HST CHOC CRML KAZBAR MP FSH 10OZ 8CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 110 | 888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 120 | 888109254698 | 706047 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 130 | 888109255923 | 706322 | HST GLZD DNT MP FSH 16OZ 8CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 140 | 888109255985 | 706340 | HST PWDSGR DNT BG FSH 10OZ 9PK DRC PERF<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 150 | 888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |



*Invoice*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BILL TO :** | 10000307 | | | **Invoice # / Date** | | 90493967 / 08/01/2024 | | |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 160 | 888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 170 | 20888109011417 | 800391 | HST CHRY PIE FSH SS 4.25 OZ 8CT 2PK | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 180 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 190 | 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| 200 | 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | ▮ | CS | ▮ | ▮ | ▮ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ▮ | | | | **$ 14,160.28** |

# BILL OF LADING

Goods Issue Date: 08/01/2024,Time:00:18:49         **Page 1 of 2**

### SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
         EDGERTON KS 66021
         USA
**Telephone:** 913-276-4139
**Order(s):** 80528558

### SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 874
**Address:** 50 RAUSCH CREEK RD
         TREMONT PA 17981-1734
         USA
**Telephone:** 570-695-2831

**SCAC: RDTF**
**PRO Number: 78281820**

### Bill of Lading Number: 80528558

| Carrier Name: | ROADTEX TRANSPORTATION |
|---|---|
| Trailer Number: 5324 | ME#: 887670153 |
| TU Number: | 21141316 |
| Seal Number(s): | |
| Customer Order:0095530725 | |
| Delivery Date: | 08/05/2024 |

**Gross Weight: 5,925 LB**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]      Collect [ ]      3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

**Unless otherwise noted freight class FAK 70**

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

### SPECIAL INSTRUCTIONS:
:
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

| Cases |  | Weight(LB) | 5,925 |
|---|---|---|---|
| CHEP Pallets | | Cube(FT3) | 476 |

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | | CS |
| 20888109112336 | 702022 | HST PWD SGR DNT BG FSH 10OZ 6PK | | CS |
| 20888109110783 | 702180 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT | | CS |
| 20888109010113 | 702222 | HST VAN ZNGR SS FSH 3.81OZ 3CT | | CS |
| 20888109010083 | 702226 | HST RASP ZNGR SS FSH 4.02OZ 3CT | | CS |
| 20888109011134 | 702374 | HST VAN ZNGR SS FSH 3.81OZ 3CADDY CASE | | CS |
| 20888109012360 | 703781 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | | CS |
| 00888109252250 | 705654 | HST RASP ZNGR MP FSH 13.40OZ 10CT | | CS |
| 00888109253882 | 705884 | HST CHOC CRML KAZBAR MP FSH 10OZ 8CT | | CS |
| 00888109255985 | 706340 | HST PWDSGR DNT BG FSH 10OZ 9PK DRC PERF | | CS |
| 20888109011417 | 800391 | HST CHRY PIE FSH SS 4.25 OZ 8CT 2PK | | CS |
| 00888109253127 | 705783 | HST JMBO ICED HNY BUN SS FSH 4OZ | | CS |
| 00888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | | CS |
| 00888109254698 | 706047 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK | | CS |
| 00888109255923 | 706322 | HST GLZD DNT MP FSH 16OZ 8CT | | CS |
| 00888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | | CS |

# BILL OF LADING

Goods Issue Date: 08/01/2024,Time:00:18:49                                    **Page 2 of 2**

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80528558

## SHIP TO(CONSIGNEE)

**Name:** BIG LOTS PIC N SAVE 874
**Address:** 50 RAUSCH CREEK RD
TREMONT PA 17981-1734
USA
**Telephone:** 570-695-2831

**SCAC: RDTF**
**PRO Number:** 78281820

### SPECIAL INSTRUCTIONS:
:
**Equipment Type : :** REEFER
Set and maintain refrigerated trailer temperature at : 70 F

**Bill of Lading Number: 80528558**

| | |
|---|---|
| Carrier Name: | ROADTEX TRANSPORTATION |
| Trailer Number: 5324 | ME#: 887670153 |
| TU Number: | 21141316 |
| Seal Number(s): | |
| Customer Order:0095530725 | |
| Delivery Date: 08/05/2024 | |

**Gross Weight: 5,925 LB**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

**Prepaid [X]**          **Collect [ ]**          **3rd Party [ ]**

**[ ] Master Bill of Lading with attached underlying Bills of Lading**

**Unless otherwise noted freight class FAK 70**

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 00888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | | CS |
| 00888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| 20888109110455 | 800412 | HST CHRY PIE MP FSH 12OZ 12CT | | CS |
| **GRAND TOTAL** | | | | CS |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

**Seal Intact:**          **Yes: [ ]**     **No: [ ]**

_____     _____
**Receiver Signature**          **Date&Time**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**Hostess Brands/ 08/01/2024**

**All freight shipper load and**

**count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

**CARRIER SIGNATURE/PICKUP DATE**

**NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C   14706(c)(1)(A)and(B).**



# Hostess Brands

**Hostess Brands, LLC**
**7905 Quivira Road**
Lenexa, KS, 66215

Print Date: 08.01.2024 at 00:18:50

*Packing List*

| | | | | | | |
|---|---|---|---|---|---|---|
| Carrier: | 3700179 | Load ID: | 887670153 | | Bill of Lading: | 80528558 |
| SCAC: | RDTF | Trailer: | 5324 | | Shipment: | 21141316 |
| Name: | ROADTEX TRANSPORTATION | Seal: | | | HB Order: | 10537769 |
| | | | | | Customer Order: | 0095530725 |

| | | | |
|---|---|---|---|
| Ship to | 20000515 | Ship from | DC-EDGERTON, KS |
| | BIG LOTS PIC N SAVE 874 | | 30800 W 207TH ST |
| | 50 RAUSCH CREEK RD | | EDGERTON KS 66021 |
| | TREMONT PA 17981-1734 | | USA |
| | USA | | |
| Telephone | 570-695-2831 | Telephone | 913-276-4139 |
| Fax | | Fax | |

### HU Number - 108881092422587399

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 200 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | L061824000 | ■ | 503.5 | 46.65 |

### HU Number - 108881092306146667

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 160 | 00888109253868 | 706724 | 810670254 | HST CHOC KAZBAR MP FSH 10OZ 8CT | L062723000 | ■ | 424.62 | 39.48 |

### HU Number - 112840000681076

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 180 | 20888109110448 | 800411 | 810220487 | HST APL PIE MP FSH 12OZ 12CT | L062982000 | ■ | 536.94 | 45.98 |

### HU Number - 112840000681267

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 190 | 20888109110455 | 800412 | 810213501 | HST CHRY PIE MP FSH 12OZ 12CT | L062982000 | ■ | 537 | 45.98 |

### HU Number - 108881094010571476

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109112336 | 702022 | | HST PWD SGR DNT BG FSH 10OZ 6PK | L070121000 | ■ | 54.14 | 6.75 |
| 100 | 00888109253882 | 705884 | 810655066 | HST CHOC CRML KAZBAR MP FSH 10OZ 8CT | L062423000 | | 21.66 | 2.01 |
| 140 | 00888109255985 | 706340 | 810177656 | HST PWDSGR DNT BG FSH 10OZ 9PK DRC PERF | L062821000 | | 7.26 | 0.85 |
| 170 | 20888109011417 | 800391 | 810177707 | HST CHRY PIE FSH SS 4.25 OZ 8CT 2PK | L070182000 | | 46.77 | 2.05 |
| 20 | 20888109110783 | 702180 | 810248424 | HST GOLDEN CP CK MP FSH 12.7OZ 8CT | L062621000 | | 6.28 | 0.49 |
| 30 | 20888109010113 | 702222 | 810177687 | HST VAN ZNGR SS FSH 3.81OZ 3CT | L062224000 | | 72.19 | 5.26 |
| 40 | 20888109010083 | 702226 | 810177682 | HST RASP ZNGR SS  FSH 4.02OZ 3CT | L062124000 | | 64.79 | 4.48 |
| 50 | 20888109011134 | 702374 | 810177687 | HST VAN ZNGR SS  FSH 3.81OZ 3CADDY CASE | L062224000 | | 16.38 | 1.17 |

**Special Instructions:**
:

Page 1 of 2

# Hostess Brands



Hostess Brands, LLC
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 08.01.2024 at 00:18:50

*Packing List*

| | | |
|---|---|---|
| **Carrier:** 3700179 | **Load ID:** 887670153 | **Bill of Lading:** 80528558 |
| **SCAC:** RDTF | **Trailer:** 5324 | **Shipment:** 21141316 |
| **Name:** ROADTEX TRANSPORTATION | **Seal:** | **HB Order:** 10537769 |
| | | **Customer Order:** 0095530725 |

### HU Number - 108881094010571476

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 60 | 20888109012360 | 703781 | 810251785 | HST ICED BRY&CHZ DANISH FSH SS6CT 6PK5OZ | L070225200 | ■ | 106.6 | 6.25 |
| 80 | 00888109252250 | 705654 | 810261121 | HST RASP ZNGR MP FSH 13.40OZ 10CT | L062124000 | ■ | 43.49 | 3.74 |

### HU Number - 108881094010571469

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 40 | 20888109010083 | 702226 | 810177682 | HST RASP ZNGR SS  FSH 4.02OZ 3CT | L062124000 | ■ | 388.71 | 27.02 |
| 90 | 00888109253127 | 705783 | 810606229 | HST JMBO ICED HNY BUN SS  FSH 4OZ | L062425200 | ■ | 132.3 | 14.9 |

### HU Number - 108881092306138242

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 110 | 00888109254292 | 705946 | 810672676 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | L062423000 | ■ | 619.09 | 37.86 |

### HU Number - 108881092306143512

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 150 | 00888109256135 | 706372 | 810755448 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | L062623000 | ■ | 366.59 | 42.66 |

### HU Number - 108881092306143536

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 150 | 00888109256135 | 706372 | 810755448 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | L062623000 | ■ | 366.59 | 42.66 |

### HU Number - 108881092306147190

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 70 | 00888109250430 | 705430 | 810596488 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | L062723000 | ■ | 388.81 | 41.78 |

### HU Number - 108881094010571544

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 120 | 00888109254698 | 706047 | 810670255 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK | L070124000 | ■ | 292.5 | 42.52 |
| 130 | 00888109255923 | 706322 | 810715573 | HST GLZD DNT MP FSH 16OZ 8CT | L062425200 | ■ | 64.67 | 5.05 |
| 90 | 00888109253127 | 705783 | 810606229 | HST JMBO ICED HNY BUN SS  FSH 4OZ | L062425200 | ■ | 94.5 | 10.67 |

# Hostess Brands

**HOSTESS BRANDS, LLC & SUBSIDIARIES**
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:52:34

*Invoice*

| | | |
|---|---|---|
| **BILL TO :** 10000307 | **Invoice # / Invoice Date** | 90493974 / 07-31-2024 |
| BIG LOTS | **Bill of Lading #** | 80528560 |
| | **Hostess Order # / Date** | 10537630 / 07-25-2024 |
| 300 PHILLIPI RD | **Customer Reference # / Date** | 0095530734 / 07-25-2024 |
| COLUMBUS | **Payer #** | 4000222 |
| OH 43228-5311 | **Invoice Amount** | $ 17,509.25 |
| | **Conditions** | |
| **SHIP TO :** 20000514 | **GR. Weight** 5,982.18 lbs | **MAKE ALL CHECKS PAYABLE TO:** |
| BIG LOTS PIC N SAVE 890 | **TotalPalletQty** | HOSTESS BRANDS, LLC |
| | **Payment** | P.O. BOX 205103 |
| 500 PHILLIPI RD | **BillingDueDate** | Dallas, TX  75320-5103 |
| COLUMBUS | **Delivery** FOB-Shipping Point | |
| OH 43228-9006 | **Special Notes** | |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109110349 | 700456 | HST HO HO MP FSH 10OZ 10CT 22 MP DRC<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 20 | 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 30 | 20888109010847 | 701370 | HST DBL CHOC MN DNT SS FSH 3 OZ 6CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 40 | 20888109010113 | 702222 | HST VAN ZNGR SS FSH 3.81OZ 3CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 50 | 20888109010076 | 702241 | HST ORNG CP CK SS  FSH 3.38OZ 2CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 60 | 20888109114026 | 703590 | HST SNK PWDSGR DNT MP FSH 12OZ 8CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**Page 1 of 3**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693**





HOSTESS BRANDS LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

Print Date: 09/20/2024 at 09:52:34

*Invoice*

| BILL TO : | 10000307 | | | Invoice # / Date | | 90493974 / 07/31/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 80 | 888109251048 | 705524 | HST BOUNCERS GLZ TWNK SS FSH 2.3OZ 6CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 90 | 888109253127 | 705783 | HST JMBO ICED HNY BUN SS  FSH 4OZ <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 100 | 888109253325 | 705840 | HST TWNK MP FSH 13.58OZ 10CT <br> Distressed Allowance | ▌ | CS | ■ | ■ | ■ |
| 110 | 888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 120 | 888109254643 | 706031 | HST OLD FSHND DNT BG FSH 10.5OZ 9PK <br> Distressed Allowance | ▌ | CS | ■ | ■ | ■ |
| 130 | 888109254698 | 706047 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 140 | 888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT <br> Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 150 | 888109256319 | 706401 | HST CHCDNT BG FSH 10.75OZ 9PK DRC PERF <br> Distressed Allowance | ▌ | CS | ■ | ■ | ■ |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**

**THANK YOU FOR YOUR BUSINESS!**

**For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693**

Hostess Brands

HOSTESS BRANDS, LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

Print Date: 09/20/2024 at 09:52:34

*Invoice*

| BILL TO : | 10000307 | | | **Invoice # / Date** | 90493974 / 07/31/2024 |
|---|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 160 | 888109254261 | 706721 | HST SS KAZBAR CHOC 2.75OZ FSH | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 170 | 888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 180 | 888109258184 | 706730 | HST CHRY TWNK SS FSH 2.7OZ 2CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| 190 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | ■ | CS | ■ | ■ | ■ |
| | | | Distressed Allowance | | | | | |
| | | | **Invoice Amount** | ■ | | | | **$ 17,509.25** |

**PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!**
**THANK YOU FOR YOUR BUSINESS!**
For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693

Page 3 of 3

## Roadtex

**DELIVERY RECEIPT**

Phone: (908) 686-8200     Fax: (908) 686-6042

| BILL TO | PRO NUMBER |
|---|---|
| ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873 | 78281821 |

| | BILL OF LADING NUMBER |
|---|---|
| | 80528560 |

| DATE | PAGE NO. |
|---|---|
| 08/01/2024 | 1 |

PO NUMBER

| CONSIGNEE | SHIPPER |
|---|---|
| BIG LOTS / COLUMBUS #890 500 PHILLIPI RD TMSAppointments@biglots.com COLUMBUS, OH 43228  ID: BIGLCS02 PHONE: 614-278-4618 | HOSTESS EDGERTON 30800 W 207TH ST EDGERTON, KS 66021  ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | APPOINTMENT REQUIRED/CONFIRMED 08/07/2024 04:00 PM 6 DEL ON OR BY 8/05 Miscellaneous Reference: HOST Miscellaneous Reference: HOSTES Consignee's Order Number: 0095530734 Consignee's Order Number: 0080528560 Miscellaneous Reference: 0010537630 Shipper's Identifying Number: 0080528560 CASES BAKED GOODS Requested Ship Date/Pick-up Date: 8/1/2024 5:00:00 AM Deliver Not Before Date: 8/5/2024 12:01:00 | 713798 | 70 | | |

**CONTINUED ON NEXT PAGE**

ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873

| IN TIME | CASH | CHECK# | CHARGE PER | DELIVERY EXCEPTION CODE |
|---|---|---|---|---|
| 12:78 | | | | |
| OUT TIME | LOADER | PIECES LOADED | DELIVERING DRIVER | DELIVERY DATE | NUMBER PIECES |
| 4:50 | SIGNATURE | | PRINT NAME | | |

Shipment is Subject to RDTX 900-A Rules Tariff

---



## Roadtex

**DELIVERY RECEIPT**

Phone: (908) 686-8200     Fax: (908) 686-6042

| BILL TO | PRO NUMBER |
|---|---|
| ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873 | 78281821 |

| | BILL OF LADING NUMBER |
|---|---|
| | 80528560 |

| DATE | PAGE NO. |
|---|---|
| 08/01/2024 | 1 |

PO NUMBER

| CONSIGNEE | SHIPPER |
|---|---|
| BIG LOTS / COLUMBUS #890 500 PHILLIPI RD TMSAppointments@biglots.com COLUMBUS, OH 43228  ID: BIGLCS02 PHONE: 614-278-4618 | HOSTESS EDGERTON 30800 W 207TH ST EDGERTON, KS 66021  ID: HOSTEDE1 |

| PLT | PIECES | COMMODITY DESCRIPTION | WEIGHT IN LBS. | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | APPOINTMENT REQUIRED/CONFIRMED 08/07/2024 04:00 PM 6 DEL ON OR BY 8/05 Miscellaneous Reference: HOST Miscellaneous Reference: HOSTES Consignee's Order Number: 0095530734 Consignee's Order Number: 0080528560 Miscellaneous Reference: 0010537630 Shipper's Identifying Number: 0080528560 CASES BAKED GOODS Requested Ship Date/Pick-up Date: 8/1/2024 5:00:00 AM Deliver Not Before Date: 8/5/2024 12:01:00 | 713798 67,892 | 70 | | |

**CONTINUED ON NEXT PAGE**

ROADTEX TRANSPORTATION MANAGEMENT CORPORATION 13 JENSEN DRIVE SUITE 3 SOMERSET, NJ 08873

| IN TIME | CASH | CHECK# | CHARGE PER | DELIVERY EXCEPTION CODE |
|---|---|---|---|---|
| 12:78 | | | | |
| OUT TIME | LOADER | PIECES LOADED | DELIVERING DRIVER | DELIVERY DATE | NUMBER PIECES |
| | SIGNATURE | | PRINT NAME | | |

Shipment is Subject to RDTX 900-A Rules Tariff

# Hostess Brands

**Print Date:** 09/20/2024 at 09:55:16

*Invoice*

| | |
|---|---|
| **BILL TO :** 10000307 | |
| BIG LOTS | |
| 300 PHILLIPI RD | |
| COLUMBUS | |
| OH 43228-5311 | |
| **SHIP TO :** 20002496 | |
| BIG LOTS DC 869 | |
| AVDC INC | |
| 18880 NAVAJO ROAD | |
| APPLE VALLEY | |
| CA 92307 | |

| | |
|---|---|
| **Invoice # / Invoice Date** | 90494346 / 08-03-2024 |
| **Bill of Lading #** | 80528556 |
| **Hostess Order # / Date** | 10537767 / 07-26-2024 |
| **Customer Reference # / Date** | 0095530698 / 07-25-2024 |
| **Payer #** | 4000222 |
| **Invoice Amount** | $ 10,671.76 |
| **Conditions** | |
| **GR. Weight** | 3,437.63 lbs |
| **TotalPalletQty** | |
| **Payment** | |
| **BillingDueDate** | |
| **Delivery** | FOB-Shipping Point |
| **Special Notes** | |

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109112343 | 702026 | HST CRNCH DNT BG FSH 9.5OZ 6PK | █ | CS | █ | █ | █ |
| | | | Distressed Allowance | | | | | |
| 20 | 20888109113746 | 703206 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | █ | CS | █ | █ | █ |
| | | | Distressed Allowance | | | | | |
| 30 | 20888109010168 | 703279 | HST CIN RL SS FSH 6CT 6PK 4OZ | █ | CS | █ | █ | █ |
| | | | Distressed Allowance | | | | | |
| 40 | 888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | █ | CS | █ | █ | █ |
| | | | Distressed Allowance | | | | | |
| 50 | 888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | █ | CS | █ | █ | █ |
| | | | Distressed Allowance | | | | | |
| 60 | 888109254698 | 706047 | HST OLD FSHND DNT BG FSH 10.5OZ 6PK | █ | CS | █ | | █ |




HOSTESS BRANDS, LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

Print Date: 09/20/2024 at 09:55:16

*Invoice*

| BILL TO : | 10000307 | | | Invoice # / Date | | 90494346 / 08/03/2024 |
|---|---|---|---|---|---|---|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 70 | 888109256043 | 706361 | HST MELTAMORS DBL CHOC 2.33OZ SS 2CT FSH<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| 80 | 888109256074 | 706362 | HST MELTAMORS CHOCCRML 2.33OZ SS 2CT FSH<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| 90 | 888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| 100 | 888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| 110 | 20888109011424 | 800390 | HST APL PIE FSH SS 4.25 OZ 8CT 2PK<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| 120 | 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC<br>Distressed Allowance | ▉ | CS | ▉ | ▉ | ▉ |
| | | | **Invoice Amount** | ▉ | | | | **$ 10,671.76** |

# MASTER BILL OF LADING

Page 1 of 1

Goods Issue Date: 08/03/2024,Time:05:43:42

## SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** Refer below 'Seq of Stops'

Bill of Lading Number: 887666514

**Carrier Name:** NEW PRIME INC
**Trailer Number:** 201792    **ME#:** 887666514
**TU Number:** 21141452
**Seal Number(s):** 1ST-13903847

**Gross Weight:** 12,578 LB

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]        Collect [ ]        3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

## SHIP TO(CONSIGNEE)

**Name:** Refer attached underlying Bills of Lading
**Address:**
**Telephone:**

**SCAC: PRIJ**
**PRO Number:** Refer Attached Underlying Bills of Lading
Flat / Reef / Tank Trip #
Shipper / Receiver City State
Appointment Date & Time
Arrival Date & Time
Load / Unload Date & Time

Intact: Y / N        Tarp: Y / N

**SPECIAL INSTRUCTIONS:**
Refer Attached Underlying Bills of Lading
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dove Mielke, Sr Director*

| | | Weight(LB) | 12,578 |
|---|---|---|---|
| Cases | | | |
| CHEP Pallets | | Cube(FT3) | 1,013 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80528556 | BIG LOTS DC 869 | APPLE VALLEY,CA | | |
| 80528700 | | LOS ANGELES,CA | | |
| GRAND TOTAL | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

Seal Intact:        Yes: [ ]        No: [ ]

**Receiver Signature**        **Date&Time**

This is to certify that the above named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

All freight shipper load and count unless noted

**Hostess Brands/ 08/03/2024**

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C [ ]    14706(c)(1)(A)and(B).

# BILL OF LADING

**Goods Issue Date:** 08/03/2024, Time:05:43:50

**Page 1 of 2**

**SHIP FROM(ORIGIN)**

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 6602
USA
**Telephone:** 913-276-4139
**Order(s):** 80528556

**Trailer Information**
Trailer# _201792_
Barcode _N/A_
Date _8/6/24_ Time _7:11 AM_ Initial _MB_
Location _RECISG_
Apt# _(071415)_ Seal# _13903617_

**Bill of Lading Number:** 80528556

**Carrier Name:** NEW PRIME INC

**SHIP TO(CONSIGNEE)**

**Name:** BIG LOTS DC 869
**Address:** AVDC INC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307
**Telephone:** 866-823-9501

Shipper / Receiver City State _Apple Valley CA_

**SCAC:** PRIJ
**PRO Number:**

Appointment Date & Time _8-6-24 8:00 am_
Arrival Date & Time _8-6-24 7:04 Am_
Load / Unload Date & Time _8-6-24 8:41 Am_
(Time is paperwork in hand before securing of loading)
Seal # In _13903847_
Seal # Out _13903868_
PO # _9553069B_

**Trailer Number:** 201792   **ME#:** 887666514
**ITU Number:** 21141452
**Seal Number(s):** 1ST-13903847 2ND-13903858
**Customer Order:** 0095530698
**Delivery Date:** 08/06/2024
**Gross Weight:** 3,998 LB

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**
Prepaid [X]      Collect [ ]      3rd Party [ ]
[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type :** : REEFER
Set and maintain refrigerated trailer : 70 F

Date Added _8-6-24_   Completed Date _____
_7:20_   Complete Time _8:26_ : 70 F
Cases Short: ____   Inland: Y/N   Temp: Y/N

**FOR FREIGHT COLLECT SHIPMENTS:** If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Cases Damaged: ____   Receiver Signature: _GARCIA_

_Dove Mielke, Sr Director_

| Cases | | Weight(LB) | 3,998 |
|---|---|---|---|
| CHEP Pallets | | Cube(FT3) | 336 |

ALL TOTALS SUBJECT TO COUNT AND INSPECTION

Addl. Load Notes: _0650461B7_

| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109111056 | 700947 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | | CS |
| 20888109113746 | 703206 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | | CS |
| 00888109256043 | 706361 | HST MELTAMORS DBL CHOC 2.33OZ SS 2CT FSH | | CS |
| 00888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | | CS |
| 20888109011424 | 800390 | HST APL PIE FSH SS 4.25 OZ 8CT-2PK | | CS |
| 20888109112343 | 702026 | HST CRNCH DNT BG FSH 9.5OZ 6PK | | CS |
| 20888109010168 | 703279 | HST CIN RL SS FSH 6CT 6PK 4OZ | | CS |
| 00888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | | CS |
| 00888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | | CS |
| 00888109256074 | 706362 | HST MELTAMORS CHOCCRML 2.33OZ SS 2CT FSH | | CS |
| 00888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | | CS |
| **GRAND TOTAL** | | | | CS |
| | | | | CS |

| Goods Issue Date: 08/03/2024,Time:05:43:50 | **BILL OF LADING** | Page 2 of 2 |
|---|---|---|

### SHIP FROM(ORIGIN)

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80528556

**Bill of Lading Number: 80528556**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**Carrier Name:** NEW PRIME INC
**Trailer Number:** 201792   **ME#:** 887666514
**TU Number:** 21141452
**Seal Number(s):** 1ST-13903847 2ND-13903858
**Customer Order:** 0095530698
**Delivery Date:** 08/06/2024
**Gross Weight:** 3,998 LB

### SHIP TO(CONSIGNEE)

**Name:** BIG LOTS DC 869
**Address:** AVDC INC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307
**Telephone:** 866-823-9501

**SCAC: PRIJ**
**PRO Number:**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRUCTIONS:**
:
**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

**Seal Intact:**          Yes: [ ]          No: [ ]

**Receiver Signature**          **Date&Time**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**Hostess Brands/ 08/03/2024**

**All freight shipper load and count unless noted**

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

**CARRIER SIGNATURE/PICKUP DATE**

**NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □ 14706(c)(1)(A)and(B).**

# Hostess Brands

**Hostess Brands, LLC**
**7905 Quivira Road**
**Lenexa, KS, 66215**

Print Date: 08.03.2024 at 05:43:52

*Packing List*

| Carrier: | 3700270 | Load ID: | 887666514 | Bill of Lading: | 80528556 |
|---|---|---|---|---|---|
| SCAC: | PRU | Trailer: | 201792 | Shipment: | 21141452 |
| Name: | NEW PRIME INC | Seal: | 1ST-13903847 | HB Order: | 10537767 |
| | | | | Customer Order: | 0095530698 |

| Ship to | 20002496 | Ship from | DC-EDGERTON, KS |
|---|---|---|---|
| | BIG LOTS DC 869 | | 30800 W 207TH ST |
| | AVDC INC | | EDGERTON KS 66021 |
| | 18880 NAVAJO ROAD | | USA |
| | APPLE VALLEY CA 92307 | | |

| Telephone | 866-823-9501 | Telephone | 913-276-4139 |
|---|---|---|---|
| Fax | | Fax | |

**HU Number - 10888109230613 7627**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 50 | 00888109254292 | 705946 | 810672676 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | L062423000 | ■ | 619.09 | 37.86 |

**HU Number - 10888109230614 6636**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 40 | 00888109250430 | 705430 | 810596488 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | L062723000 | ■ | 388.81 | 41.78 |

**HU Number - 10888109230614 3666**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 90 | 00888109256135 | 706372 | 810755448 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | L062623000 | ■ | 366.59 | 42.66 |

**HU Number - 10888109209954 9003**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 30 | 20888109010168 | 703279 | 810177657 | HST CIN RL SS FSH 6CT 6PK 4OZ | L062825200 | ■ | 457.28 | 39.31 |

**HU Number - 10888109500480 0954**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109112343 | 702026 | 810288357 | HST CRNCH DNT BG FSH 9.5OZ 6PK | L062825300 | ■ | 354.81 | 45.91 |

**HU Number - 10888109003706 1471**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 80 | 00888109256074 | 706362 | 810755447 | HST MELTAMORS CHOCCRML 2.33OZ SS 2CT FSH | L062423000 | ■ | 351.1 | 40.08 |

**HU Number - 10888109401057 2251**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 100 | 00888109253868 | 706724 | 810670254 | HST CHOC KAZBAR MP FSH 10OZ 8CT | L062623000 | ■ | 64.99 | 6.04 |
| 110 | 20888109011424 | 800390 | 810177706 | HST APL PIE FSH SS 4.25 OZ 8CT 2PK | L070182000 | | 31.18 | 1.38 |
| 120 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ | L061824000 | | 47.2 | 4.38 |

**Special Instructions:**
:

# Hostess Brands



Hostess Brands, LLC
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 08.03.2024 at 05:43:5_

### Packing List

| Carrier: | 3700270 | Load ID: | 887666514 | Bill of Lading: | 80528556 |
|---|---|---|---|---|---|
| SCAC: | PRU | Trailer: | 201792 | Shipment: | 21141452 |
| Name: | NEW PRIME INC | Seal: | 1ST-13903847 | HB Order: | 10537767 |
| | | | | Customer Order: | 0095530698 |

### HU Number - 108881094010572251

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| | | | | 16CT DRC | | | | |
| 20 | 20888109113746 | 703206 | 810430799 | HST CHRYCHSE DNSH BC MP FSH 16.5 OZ 6CT | L070125200 | ▮ | 33.71 | 2.33 |
| 70 | 00888109256043 | 706361 | 810755446 | HST MELTAMORS DBL CHOC 2.33OZ SS 2CT FSH | L062623000 | ▮ | 286.74 | 32.74 |

### HU Number - 108881094010572244

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 120 | 20888109111056 | 700947 | 810269045 | HST CHOC DNG DNG MP FSH 12.70OZ 16CT DRC | L061824000 | ▮ | 377.62 | 35 |
| 70 | 00888109256043 | 706361 | 810755446 | HST MELTAMORS DBL CHOC 2.33OZ SS 2CT FSH | L062623000 | ▮ | 58.52 | 6.67 |

**Hostess Brands**

HOSTESS BRANDS, LLC & SUBSIDIARIES
7905 Quivira Road
Lenexa, KS 66215

**Print Date:** 09/20/2024 at 09:56:00

*Invoice*

| | |
|---|---|
| BILL TO : 10000307<br>BIG LOTS<br><br>300 PHILLIPI RD<br>COLUMBUS<br>OH 43228-5311 | **Invoice # / Invoice Date** 90494545 / 08-05-2024<br>**Bill of Lading #** 80528559<br>**Hostess Order # / Date** 10537770 / 07-26-2024<br>**Customer Reference # / Date** 0095530731 / 07-25-2024<br>**Payer #** 4000222<br>**Invoice Amount** $ 10,057.54 |

SHIP TO : 20000516
BIG LOTS PIC N SAVE 879

2306 ENTERPRISE DR
DURANT
OK 74701-1964

**Conditions**

**GR. Weight** 3,369.82 lbs
**TotalPalletQty**
**Payment**
**BillingDueDate**
**Delivery** FOB-Shipping Point
**Special Notes**

**MAKE ALL CHECKS PAYABLE TO:**
HOSTESS BRANDS, LLC
P.O. BOX 205103
Dallas, TX 75320-5103

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109050058 | 701332 | HST CRNCH DNT SS FSH 4OZ 6CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 20 | 20888109112312 | 702020 | HST CHOC DNT BG FSH 10.75OZ 6PK<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 30 | 20888109010045 | 702206 | HST COF CK SS FSH 2.89OZ 2CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 40 | 20888109010625 | 702363 | HST ORNG CP CK SS FSH 3.38OZ 2CT 3CADDY<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 50 | 20888109011226 | 702373 | HST RASP ZNGR SS FSH 4.02OZ 3CADDY CASE<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 60 | 20888109113777 | 703212 | HST GLZD BLUBERRY DNT MP FSH 16OZ8CT BOX<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |



HOSTESS BRANDS LLC & SUBSIDIARIES
7905 Quivira Road
Lenexa, KS 66215

Print Date: 09/20/2024 at 09:56:00

*Invoice*

| | | |
|---|---|---|
| **BILL TO :** | 10000307 | **Invoice # / Date** 90494545 / 08/05/2024 |

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| 70 | 888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 80 | 888109253080 | 705781 | HST JMBO GLZ HNY BUN SS FSH 4OZ<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 90 | 888109253349 | 705842 | HST BAN TWNK MP FSH 13.58OZ 10CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 100 | 888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 110 | 888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 120 | 888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT<br>Distressed Allowance | ▮ | CS | ■ | ■ | ■ |
| 130 | 888109253868 | 706724 | HST CHOC KAZBAR MP FSH 1OOZ 8CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 140 | 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |
| 150 | 20888109011394 | 800383 | HST APL PIE FSH SS 4.25 OZ 8CT<br>Distressed Allowance | ■ | CS | ■ | ■ | ■ |

# Hostess Brands

HOSTESS BRANDS, LLC & Subsidiaries
7905 Quivira Road
Lenexa, KS 66215

*Invoice*

| BILL TO : | 10000307 | | Invoice # / Date | 90494545 / 08/05/2024 |
|-----------|----------|--|------------------|------------------------|

| Item | GTIN | Material | Description | Qty | UOM | Price | Adjustment | Total value |
|------|------|----------|-------------|-----|-----|-------|------------|-------------|
| | | | | | | | | |

| | Invoice Amount | | | ■ | | | | $ 10,057.54 |

PLEASE INCLUDE INVOICE NUMBER AND PAYER NUMBER ON REMITTANCE ADVICE!
THANK YOU FOR YOUR BUSINESS!
For Billing Inquiries Contact: Accounts_Receivable@hostessbrandsllc.com  or  816-701-4693

Page 3 of 3

ds Issue Date: 08/05/2024,Time:15:32:50

# BILL OF LADING

Page 1 of 2

**SHIP FROM(ORIGIN)**

| | |
|---|---|
| **Name:** | Hostess Brands,LLC |
| **Address:** | 30800 W. 207th Street |
| | EDGERTON KS 66021 |
| | USA |
| **Telephone:** | 913-276-4139 |
| **Order(s):** | 80528559 |

**Bill of Lading Number: 80528559**

**SHIP TO(CONSIGNEE)**

| | |
|---|---|
| **Name:** | BIG LOTS PIC N SAVE 879 |
| **Address:** | 2306 ENTERPRISE DR |
| | DURANT OK 74701-1964 |
| | USA |
| **Telephone:** | 580-931-2118 |

| | |
|---|---|
| **Carrier Name:** | OLYMPIA TRANSPORTATION SERVICES |
| **Trailer Number:** 026319 | **ME#:** 887661609 |
| **TU Number:** | 21141263 |
| **Seal Number(s):** | 13903399 |
| **Customer Order:** | 0095530731 |
| **Delivery Date:** | 08/05/2024 |
| **Gross Weight:** 3,860 LB | |

**SCAC: OTSD**

**PRO Number:**

**Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)**

Prepaid [X]          Collect [ ]          3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

**SPECIAL INSTRUCTIONS:**

**Equipment Type:** REEFER

Set and maintain refrigerated trailer temperature at : 70 F

| | | |
|---|---|---|
| **Cases** | **Weight(LB)** | 3,860 |
| **CHEP Pallets** | **Cube(FT3)** | 303 |

| GTIN | Material | Description | Quantity | | UOM |
|---|---|---|---|---|---|
| 20888109050058 | 701332 | HST CRNCH DNT SS FSH 4OZ 6CT | | | CS |
| 20888109010045 | 702206 | HST COF CK SS FSH 2.89OZ 2CT | | | CS |
| 20888109010625 | 702363 | HST ORNG CP CK SS  FSH 3.38OZ 2CT 3CADDY | | | CS |
| 20888109011226 | 702373 | HST RASP ZNGR SS  FSH 4.02OZ 3CADDY CASE | | | CS |
| 20888109113777 | 703212 | HST GLZD BLUBERRY DNT MP FSH 16OZ8CT BOX | | | CS |
| 00888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | | | CS |
| 00888109253080 | 705781 | HST JMBO GLZ HNY BUN SS FSH 4OZ | | | CS |
| 00888109253349 | 705842 | HST BAN TWNK MP FSH 13.58OZ 10CT | | | CS |
| 00888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT | | | CS |
| 20888109011394 | 800383 | HST APL PIE FSH SS 4.25 OZ 8CT | | | CS |
| 20888109112312 | 702020 | HST CHOC DNT BG FSH 10.75OZ 6PK | | | CS |
| 00888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | | | CS |
| 00888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | | | CS |
| 00888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | | CS |
| **GRAND TOTAL** | | | | | CS |

Сканировано с CamScanner

Goods Issue Date: 08/05/2024 Time: 15:32:39

# MASTER BILL OF LADING    Page 1 of 1

**SHIP FROM(ORIGIN)**

Name: Hostess Brands LLC
Address: 30800 W 70th Street
EDGERTON KS 66021
USA
Telephone: 913-276-4139
Order(s): Refer below 'Seq of Stops'

**SHIP TO(CONSIGNEE)**

Name: Refer attached underlying Bills of Lading
Address:
Telephone:

Total-
8-06-24

**SCAC: OTSD**
PRO Number: Refer Attached Underlying Bills of Lading    Manto0

**SPECIAL INSTRUCTIONS:**
Refer Attached Underlying Bills of Lading

**Equipment Type : : REEFER**

Set and maintain refrigerated trailer temperature at : 70 F

Bill of Lading Number: 887661609

Carrier Name:    OLYMPIA TRANSPORTATION SERVICES
Trailer Number: 026319    ME#: 887661609
TU Number:    21141263
Seal Number(s): 13903399

Gross Weight: 14,025 LB

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]    Collect [ ]    3rd Party [ ]

[X] Master Bill of Lading with attached underlying Bills of Lading

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shallsign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| **Cases** | | **Weight(LB)** | 14,025 |
| **CHEP Pallets** | | **Cube(FT3)** | 1,150 |

| Seq of Stops | Customer Name | City and State | # of Cases | # of Pallets |
|---|---|---|---|---|
| 80528559 | BIG LOTS PIC N SAVE 879 | DURANT,OK | | |
| 80528345 | | TYLER,TX | | |
| **GRAND TOTAL** | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S DOT.

**All freight shipper load and count unless noted**

**Hostess Brands/ 08/05/2024**

Seal Intact:    Yes: [ ]    No: [ ]

Receiver Signature    Date&Time

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □    14706(c)(1)(A)and(B).

Сканировано с CamScanner

ods Issue Date: 08/05/2024 Time:15:32:50

# BILL OF LADING

Page 1 of 2

**SHIP FROM(ORIGIN)**

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80528559

Bill of Lading Number: 80528559

**Carrier Name:** OLYMPIA TRANSPORTATION SERVICES
**Trailer Number:** 026319        **ME#:** 887661609
**TU Number:** 21141263

**SHIP TO(CONSIGNEE)**

**Name:** BIG LOTS PIC N SAVE 879
**Address:** 2306 ENTERPRISE DR
DURANT OK 74701-1964
USA
**Telephone:**580-931-2118

**Seal Number(s):** 13903399
**Customer Order:**0095530731
**Delivery Date:** 08/05/2024
**Gross Weight: 3,860 LB**

**SCAC: OTSD**
**PRO Number:**

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]        Collect [ ]        3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

**SPECIAL INSTRU**
**Equipment Type:** REEFER
Set and maintain refrigerated trailer temperature at : 70 F

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

| Cases | | Weight(LB) | 3,860 |
| CHEP Pallets | | Cube(FT3) | 303 |



| GTIN | Material | Description | Quantity | UOM |
|---|---|---|---|---|
| 20888109050058 | 701332 | HST CRNCH DNT SS FSH 4OZ 6CT | | CS |
| 20888109010045 | 702206 | HST COF CK SS FSH 2.89OZ 2CT | | CS |
| 20888109010625 | 702363 | HST ORNG CP CK SS_FSH 3.38OZ 2CT 3CADDY | | CS |
| 20888109011226 | 702373 | HST RASP ZNGR SS_FSH 4.02OZ 3CADDY CASE | | CS |
| 20888109113777 | 703212 | HST GLZD BLUBERRY DNT MP FSH 16OZ8CT BOX | | CS |
| 00888109250430 | 705430 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | | CS |
| 00888109253080 | 705781 | HST JMBO GLZ HNY BUN SS FSH 4OZ | | CS |
| 00888109253349 | 705842 | HST BAN TWNK MP FSH 13.58OZ 10CT | | CS |
| 00888109257644 | 706573 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT | | CS |
| 20888109011394 | 800383 | HST APL PIE FSH SS 4.25 OZ 8CT | | CS |
| 20888109112312 | 702020 | HST CHOC DNT BG FSH 10.75OZ 6PK | | CS |
| 00888109254292 | 705946 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | | CS |
| 00888109256135 | 706372 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | | CS |
| 00888109253868 | 706724 | HST CHOC KAZBAR MP FSH 10OZ 8CT | | CS |
| 20888109110448 | 800411 | HST APL PIE MP FSH 12OZ 12CT | | CS |
| **GRAND TOTAL** | | | | CS |

Сканировано с CamScanner

# BILL OF LADING

ds Issue Date: 08/05/2024, Time:15:32:50

Page 2 of 2

**SHIP FROM(ORIGIN)**

**Name:** Hostess Brands,LLC
**Address:** 30800 W. 207th Street
EDGERTON KS 66021
USA
**Telephone:** 913-276-4139
**Order(s):** 80528559

**SHIP TO(CONSIGNEE)**

**Name:** BIG LOTS PIC N SAVE 879
**Address:** 2306 ENTERPRISE DR
DURANT OK 74701-1964
USA
**Telephone:** 580-931-2118

**SCAC: OTSD**

**PRO Number:**

**SPECIAL INSTRUCTIONS:**

:

**Equipment Type : : REEFER**
Set and maintain refrigerated trailer temperature at : 70 F

**Bill of Lading Number: 80528559**

**Carrier Name:** OLYMPIA TRANSPORTATION SERVICES
**Trailer Number:** 026319    **ME#:** 887661609
**TU Number:** 21141263
**Seal Number(s):** 13903399
**Customer Order:** 0095530731
**Delivery Date:** 08/05/2024
**Gross Weight: 3,860 LB**

Freight Charge Terms: (Freight Charges are Prepaid unless marked otherwise)

Prepaid [X]         Collect [ ]         3rd Party [ ]

[ ] Master Bill of Lading with attached underlying Bills of Lading

Unless otherwise noted freight class FAK 70

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

*Dave Mielke, Sr Director*

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are applicable to the shipper, on request, and to all applicable state and federal regulations.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to applicable regulations of the U.S. DOT.

**Hostess Brands/ 08/05/2024**

**All freight shipper load and count unless noted**

**Seal Intact:**              Yes: [ ]         No: [ ]

**Receiver Signature**              Date&Time

Carrier acknowledges the receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the US DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

**CARRIER SIGNATURE/PICKUP DATE**

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C □   14706(c)(1)(A)and(B).

Сканировано с CamScanner



**ess Brands**

**Hostess Brands, LLC**
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 08 05 2024 at 15 32 52

**Packing List**

| | | | | | | |
|---|---|---|---|---|---|---|
| Carrier: | 3701094 | Load ID: | 887661609 | | Bill of Lading: | 80528559 |
| SCAC: | OTJD | Trailer: | 026319 | | Shipment: | 21141263 |
| Name: | OLYMPIA TRANSPORTATION | Seal: | 13903399 | | HB Order: | 10537770 |
| | | | | | Customer Order: | 0095530731 |

**Ship to** 20000516
BIG LOTS PIC N SAVE 879
2306 ENTERPRISE DR
DURANT OK 74701-1964
USA

**Ship from** DC-EDGERTON, KS
30800 W 207TH ST
EDGERTON KS 66021
USA

Telephone   580-931-2118

Fax

Telephone   913-276-4139

Fax

MU Number - 10888109230613750

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 100 | 00888109254292 | 705946 | 810672676 | HST SS KAZBAR CHOC CARAMEL 2.75OZ FSH | L062423000 | | 619.09 | 37.86 |

MU Number - 10888109230614664?

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 130 | 00888109253868 | 706724 | 810670254 | HST CHOC KAZBAR MP FSH 100Z 8CT | L062723000 | | 424.62 | 39.48 |

MU Number - 11284000068096?

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 140 | 20888109110448 | 800411 | 810220487 | HST APL PIE MP FSH 120Z 12CT | L062982000 | | 536.94 | 45.98 |

MU Number - 10888109401057539?

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 10 | 20888109050058 | 701332 | 810177705 | HST CRNCH DNT SS FSH 4OZ 6CT | L062121000 | | 87.95 | 5.23 |
| 120 | 00888109257644 | 706573 | 810760532 | HST CHOC LOVER TWNK SS FSH 2.7OZ 2CT | L062021000 | | 23.23 | 2.01 |
| 150 | 20888109011394 | 800383 | | HST APL PIE FSH SS 4.25 OZ 8CT | L070182000 | | 186.05 | 8.19 |
| 30 | 20888109010045 | 702206 | 810588224 | HST COF CK SS FSH 2.89OZ 2CT | L061821000 | | 31.94 | 2.01 |
| 40 | 20888109010625 | 702363 | 810177680 | HST ORNG CP CK SS FSH 3.38OZ 2CT 3CADDY | L062721000 | | 15.24 | 1.66 |
| 50 | 20888109011226 | 702373 | 810177682 | HST RASP ZNGR SS FSH 4.02OZ 3CADDY CASE | L062124000 | | 22.82 | 1.55 |
| 60 | 20888109113777 | 703212 | 810434211 | HST GLZD BLUBERRY DNT MP FSH 16OZ8CT BOX | L062525200 | | 71.85 | 5.62 |
| 70 | 00888109250430 | 705430 | 810596488 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ SCT | L062723000 | | 155.52 | 16.7 |
| 80 | 00888109253080 | 705781 | 810607636 | HST JMBO GLZ HNY BUN SS FSH 4OZ | L062725200 | | 37.8 | 4.27 |
| 90 | 00888109253349 | 705842 | 810192298 | HST BAN TWNK MP FSH 13.58OZ 10CT | L0619210 | | 34.04 | 3.21 |

Special Instructions:

Page 1 of 2



**ess Brands** — Hostess Brands, LLC
7905 Quivira Road
Lenexa, KS, 66215

Print Date: 08.05.2024 at 15:32:52

*Packing List*

| Carrier: | 3701094 | Load ID: | 887661609 | Bill of Lading: | 80528559 |
| SCAC: | OTSD | Trailer: | 026319 | Shipment: | 21141263 |
| Name: | OLYMPIA TRANSPORTATION | Seal: | 13903399 | HB Order: | 10537770 |
| | | | | Customer Order: | 0095530731 |

**HU Number - 10888109230614359B**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 110 | 00888109256135 | 706372 | 810755448 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | L062623000 | | 366.59 | 42.66 |

**HU Number - 10888109230614364Z**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 110 | 00888109256135 | 706372 | 810755448 | HST MELTAMORS DBL CHOC MP FSH 9.31OZ 8CT | L062623000 | | 366.59 | 42.66 |

**HU Number - 10888109401057476Z**

| Item | GTIN # | HB Mat # | Cust Mat # | Item Description | Batch | Shipped Qty | Weight (LB) | Cube (FT3) |
|---|---|---|---|---|---|---|---|---|
| 20 | 20888109112312 | 702020 | | HST CHOC DNT BG FSH 10.75OZ 6PK | L070221000 | | 156.27 | 18.36 |
| 70 | 00888109250430 | 705430 | 810596488 | HST BOUNCERS GLZ TWNK MP FSH 8.62OZ 5CT | L062723000 | | 233.28 | 25.04 |



Page 2 of 2

Сканировано с CamScanner