# CERTIFICATE OF SERVICE

I, Stephen B. Gerald, do hereby certify that on the 26th day of September, 2024, I caused a copy of the foregoing *Notice of Reclamation Demand of Hostess Brands, LLC* to be served upon (i) the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding; and (ii) upon the following parties by electronic mail:

| | |
|---|---|
| Brian M. Resnick, Esq. | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq. |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Ethan Stern, Esq. | Tamara K. Mann, Esq. |
| Davis Polk & Wardwell LLP | Sophie Rogers Churchill, Esq. |
| 450 Lexington Avenue | Morris, Nichols, Arsht & Tunnell LLP |
| New York, NY 10017 | 1201 N. Market Street, 16th Floor |
| Email: brian.resnick@davispolk.com | Wilmington, DE 19801 |
| adam.shpeen@davispolk.com | Email: rdehney@morrisnichols.com |
| stephen.piraino@davispolk.com | aremming@morrisnichols.com |
| ethan.stern@davispolk.com | dbutz@morrisnichols.com |
| | tmann@morrisnichols.com |
| | srchurchill@morrisnichols.com |

*/s/ Stephen B. Gerald*
Stephen B. Gerald DE (No. 5857)