**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BIG LOTS, INC., *et al.* | : | Case No. 24-11967 (JKS) |
| Debtors. | : | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. PAASCH

Pursuant to Local Rule 9011 and the attached certification counsel moves the admission *pro hac vice* of Michael A. Paasch of the law firm of Dinsmore & Shohl to represent Orange County Florida Tax Collector Scott Randoph in the above-captioned Chapter 11 bankruptcy case and any related adversary proceedings.

Dated: September 26, 2024     /s/ *R. Karl Hill*
       Wilmington, Delaware     R. Karl Hill (#2747)
                               SEITZ VAN OGTROP & GREEN, P.A.
                               222 Delaware Avenue, Suite 1500
                               Wilmington, DE 19801
                               (302) 888-7604
                               khill@svglaw.com
                               *Counsel for Scott Randolph, Orange County Tax Collector*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of this case or any proceeding or action in this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the clerk of Court for District Court.

                               /s/ *Michael A. Paasch*
                               Michael A. Paasch
                               DINSMORE & SHOHL, LLP
                               225 East Robinson Street, Suite 600
                               Orlando, FL 32801
                               (407) 425-9044
                               michael.paasch@dinsmore.com

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.