**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC*., et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Zachary E. Mazur, Esq. of the Sarachek Law Firm to represent Dewan & Sons in the above-referenced bankruptcy cases.

Dated: September 26, 2024

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Northern District of Illinois, and the United States District Court for the Southern, Northern and Eastern Districts of New York; and that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 26, 2024

**SARACHEK LAW FIRM**

*/s/ Zachary E. Mazur*
Zachary E. Mazur (NY Bar No. 5706726)
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583
Telephone: 646 519-4396
Email: zachary@saracheklawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.