### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al., | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I, Mark D. Olivere, hereby certify that, on September 26, 2024, a true and correct copy of the *Limited Objection and Reservation of Rights of Upper Glen Street Associates, L.L.C. to Debtors' Proposed Cure Amounts for Certain Unexpired Leases* (the "**Objection**") was filed *via* the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, in addition, on the same day, I caused the Objection to be served on the parties listed on the attached service list *via* electronic mail.

Dated: September 26, 2024
    Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


*/s/ Mark D. Olivere*
Mark D. Olivere (No. 4291)
Kristi J. Doughty (No. 3826)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: olivere@chipmanbrown.com
        doughty@chipmanbrown.com

—and—

**LIPPES MATHIAS, LLP**
Joann Sternheimer, Esq.
Lippes Mathias, LLP
54 State Street
Albany, New York 12207
Telephone: (518) 462-0110
Email: jsternheimer@lippes.com

*Counsel to Upper Glen Street Associates, L.L.C.*

4861-6430-1033, v. 1

**SERVICE LIST**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
notice.biglots@davispolk.com

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
biglots.mnat@morrisnichols.com

Office of the United States Trustee for the
District of Delaware
Attn: Linda Casey
linda.casey@usdoj.gov

COLE SCHOTZ P.C.
Justin R. Alberto
Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
snewman@coleschotz.com

MCDERMOTT WILL & EMERY
Darren Azman
Kristin K. Going
One Vanderbilt Avenue
New York, NY, 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
kgoing@mwe.com