**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,<br><br>　　　　　　Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Matthew P. Austria, hereby certify that on the 26th day of September, 2024, I caused a true and correct copy of the foregoing *Limited Objection of Joffe Properties, LP, to Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases and Reservation of Rights* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in the above cases and, additionally, on the parties on the attached Service List via electronic mail.

Date: September 26, 2024　　　　　　　　　　**AUSTRIA LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew P. Austria*
　　　　　　　　　　　　　　　　　　　　　　Matthew P. Austria (No. 4827)

## SERVICE LIST

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn.: Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.,
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

Office of the United States Trustee for the District of Delaware
Attn: Linda Casey (linda.casey@usdoj.gov)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
jalberto@coleschotz.com
snewman@coleschotz.com

McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
Attn: Darren Azman, Esq.
Kristin K. Going, Esq.
dazman@mwe.com
kgoing@mwe.com