# CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that on September 26, 2024 a copy of the foregoing was filed electronically through the Court's CM/ECF system and served electronically on all parties registered to receive service of electronic notice, and was also served via First Class, U.S. Mail and electronic mail on the counsel listed below:

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn.: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Ethan Stern, Esq.<br>Email: notice.biglots@davispolk.com<br>proposed co-counsel to the Debtors | the Office of the United States Trustee for the District of Delaware<br>Attn: Linda Casey<br>Email: linda.casey@usdoj.gov |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor,<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq.<br>Email: biglots.mnat@morrisnichols.com<br>proposed co-counsel to the Debtors | Cole Schotz P.C.<br>Justin R. Alberto<br>Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>Email: snewman@coleschotz.com<br>Co-Counsel Official Committee of Unsecured Creditors |
| McDermott Will & Emery<br>Darren Azman<br>Kristin Going<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>Email: kgoing@mwe.com<br>Co-Counsel Official Committee of Unsecured Creditors | |