**EXHIBIT B**

|  |  |  | WORKOUT FOR LEGAL PRE-PETITION<br>THE PLAZA AT BUCKLAND HILLS - BIG LOTS<br>INTEREST & LATE FEES THROUGH 9/9/2024 |  |  | Run Date: | 9/13/2024 |
|---|---|---|---|---|---|---|---|
| Lease Information If payment not received when due:<br>Interest per month: 0.10%  Late Fee Percent: 0.00%  Or  Late Fee Amount: 250.00  Lease Expiration: 1/31/2027 |||||||||
| Date | | Income category | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
| 4/4/2024 | BRT | BASE RENT | -419.55 | -419.55 | | | | |
| | | Apr-24 | | -419.55 | -419.55 | 0.00 | 0.00 | -419.55 |
| 5/28/2024 | IPY | INSURANCE PRIOR YR | 1,767.35 | 1,767.35 | | | | |
| | | May-24 | | 1,767.35 | 1,347.80 | 1.35 | 250.00 | 1,599.15 |
| 6/3/2024 | UAC | UNAPPLIED CASH | -0.04 | -0.04 | | | | |
| | | Jun-24 | | -0.04 | 1,347.76 | 1.35 | 0.00 | 1,600.46 |
| 7/5/2024 | UAC | UNAPPLIED CASH | -0.02 | -0.02 | | | | |
| | | Jul-24 | | -0.02 | 1,347.74 | 1.35 | 0.00 | 1,601.79 |
| 8/5/2024 | UAC | UNAPPLIED CASH | -0.02 | -0.02 | | | | |
| | | Aug-24 | | -0.02 | 1,347.72 | 1.35 | 0.00 | 1,603.12 |
| 9/1/2024 | BRT | BASE RENT | 19,078.25 | 5,723.48 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 5,092.51 | 1,527.75 | | | | |
| | | Sep-24 | | 7,251.23 | 8,598.95 | 8.60 | 250.00 | 9,112.95 |
| | | Total | | 8,598.95 | | 14.00 | 500.00 | 9,112.95 |

| Future Charges Through Lease Expiration | | | Expiration: 1/31/2027 | Months Remaining: 28 | THE PLAZA AT BUCKLAND HILLS<br>BIG LOTS | | |
|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 2/1/2022 | BRT | BASE RENT | 19,078.25 | 28 | 534,191.00 | 0.00 | 534,191.00 |
| 2/1/2026 | CMF | FIXED CAM MONTHLY | 5,402.65 | 12 | 64,831.80 | 0.00 | 64,831.80 |
| 2/1/2025 | CMF | FIXED CAM MONTHLY | 5,245.29 | 12 | 62,943.48 | 0.00 | 62,943.48 |
| 2/1/2024 | CMF | FIXED CAM MONTHLY | 5,092.51 | 4 | 20,370.04 | 0.00 | 20,370.04 |
| | | Total Future Charges Through Lease Expiration | | | 682,336.32 | 0.00 | 682,336.32 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**THE PLAZA AT BUCKLAND HILLS - BIG LOTS**
**INTEREST & LATE FEES FROM 9/10/2024 THROUGH 9/30/2024**

Run Date: 9/13/2024

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | BRT | BASE RENT | 19,078.25 | 13,354.78 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 5,092.51 | 3,564.76 | | | | |
| | | **Sep-24** | | **16,919.53** | **16,919.53** | **16.92** | **250.00** | **17,186.45** |
| | | Total | | 16,919.53 | | 16.92 | 250.00 | 17,186.45 |

**Future Charges Through Lease Expiration**    Expiration: 1/31/2027    Months Remaining: 28    **THE PLAZA AT BUCKLAND HILLS BIG LOTS**

| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
|---|---|---|---|---|---|---|---|
| 2/1/2022 | BRT | BASE RENT | 19,078.25 | 28 | 534,191.00 | 0.00 | 534,191.00 |
| 2/1/2026 | CMF | FIXED CAM MONTHLY | 5,402.65 | 12 | 64,831.80 | 0.00 | 64,831.80 |
| 2/1/2025 | CMF | FIXED CAM MONTHLY | 5,245.29 | 12 | 62,943.48 | 0.00 | 62,943.48 |
| 2/1/2024 | CMF | FIXED CAM MONTHLY | 5,092.51 | 4 | 20,370.04 | 0.00 | 20,370.04 |
| | | Total Future Charges Through Lease Expiration | | | 682,336.32 | 0.00 | 682,336.32 |