**Certificate of Service**

    I certify that on September 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware and upon the parties listed below via electronic mail.

*Counsel to the Debtors*:

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq., Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
biglots.mnat@morrisnichols.com

*The Office of the United States Trustee for the District of Delaware*:

Linda Casey, Esq.
linda.casey@usdoj.gov

*Counsel to the Official Committee of Unsecured Creditors*:

Darren Azman, Esq.
Kristin Going, Esq.
McDermott Will & Emery LLP
dazman@mwe.com
Kgoing@mwe.com

Justin R. Alberto, Esq.
Cole Schotz P.C.
jalberto@coleschotz.com

                                                */s/ William E. Chipman, Jr.*
                                                William E. Chipman, Jr. (No. 3818)

301648610v2