UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

BIG LOTS, INC.                                          CASE NO: 24-11967-JKS

DEBTOR(S)                                               CHAPTER 11

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES

PLEASE TAKE NOTICE that **CLECO POWER LLC** by and through its undersigned counsel hereby appears in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices, pleadings, orders, motions, complaints, requests, applications, and other documents brought before the Court in this case, whether formal or informal, written or oral, be served upon the following:

> Richard A. Rozanski
> Richard A. Rozanski, APLC
> P.O. Box 13199
> Alexandria LA 71315-3199
> (318) 445-5600
> richard@rarlaw.net

> Respectfully submitted,
>
> **RICHARD A. ROZANSKI, APLC**
>
> By: /s/ Richard A. Rozanski
>      Richard A. Rozanski #22583
>      P.O. Box 13199
>      Alexandria, Louisiana 71315-3199
>      318/445-5600
> **ATTORNEYS FOR CLECO POWER LLC**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Appearance was filed electronically with the Clerk of Court using its CM/ECF System. Notice of this filing will be sent via U.S. mail, PACER, or email to all counsel by operation of the Court's CM/ECF System.

Alexandria, Louisiana this 26th day of September, 2024.

> /s/ Richard A. Rozanski
>      OF COUNSEL