## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC (**"*Kroll*"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 20, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A**, and (2) the Landlords Service List attached hereto as **Exhibit B**:

- Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [Docket No. 239]

*[Remainder of the page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: September 23, 2024

*/s/ Isa Kim*
Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 23, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 82389

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | 3M Company | Attn: Colby Ring<br>Po Box 371227<br>Pittsburgh PA 15250-7227 | CRING@MMM.COM | Email |
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn<br>1700 Redbud Blvd<br>Ste 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com | Email |
| Top 30 Unsecured Creditors | All Courtesy Int'L Ltd | Flat/Rm E9F Hollywood Centre | JULIE@CENTRESKY.COM.CN | Email |
| Top 30 Unsecured Creditors | Ameriwood Industries | Attn: Norman Braunstein - Ceo<br>410 E First St. South<br>Wright City MO 63390 | NORMAN.BRAUNSTEIN@DOREL.COM | Email |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19801 | GTaylor@ashbygeddes.com | Email |
| Top 30 Unsecured Creditors | Ashley Furniture | Attn: Todd Wanek<br>PO Box 190<br>ArCADia WI 54612-0190 | TWANEK@ASHLEYFURNITURE.COM | Email |
| Counsel to Brixmor Operating Partnership LP | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Kevin M. Newman<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | nferland@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: David A. Hall<br>171 Monroe Avenue NW<br>Suite 1000<br>Grand Rapids MI 49503-2694 | david.hall@btlaw.com | Email |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com | Email |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Top 30 Unsecured Creditors | Big Avca Owner LLC | Attn: Drew Wides<br>C/O Blue Owl Real Estate Capital Llc<br>30 North Lasalle, Suite 4140<br>Chicago IL 60602 | DREW.WIDES@BLUEOWL.COM | Email |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | Attn: Attn: Regina Kelbon<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | regina.kelbon@blankrome.com | Email |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin<br>575 Underhill Blvd<br>Suite 118<br>Syosset NY 11791 | wborges@borgeslawllc.com<br>schin@borgeslawllc.com | Email |
| Top 30 Unsecured Creditors | Boston Warehouse Corp | Attn: Alan Kanter<br>59 Davis Ave<br>Norwood MA 02062-3031 | ALAN.KANTER@BWTC.COM | Email |
| Counsel to DKR Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to MBM Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to Burdkidz LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to Scott Andron | Broward County | Attn: Andrew J. Meyers<br>115 South Andrews Avenue<br>Governmental Center, Suite 423<br>Fort Lauderdale FL 33301 | sandron@broward.org | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Top 30 Unsecured Creditors | Building Air Services Hvac LLC | Attn: Steve Boose<br>10460 68Th St North<br>Pinellas Park FL 33782-2360 | SBOOSE@COOLSYS.COM | Email |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel to CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street<br>Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email |
| Top 30 Unsecured Creditors | Carlington Industries Limited | Attn: Billy Yu - Principle<br>Room 1114 Sincere House 83 Argyle<br>Hong Kong Hong Kong | BILLY@CARLINGTON.COM.TW | Email |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang<br>Two International Place<br>Boston MA 02110 | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern<br>450 Lexington Avenue<br>New York NY 10017 | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com | Email |
| Top 30 Unsecured Creditors | Dell Financial Services LLC | Attn: Mark Hoeck<br>Po Box 5292<br>Carol Stream IL 60197-6547 | MARK.HOECK@DELL.COM | Email |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Drew S. McGehrin<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801 | dsmcgehrin@duanemorris.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Marcus O. Colabianchi<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco CA 94105-1127 | mcolabianchi@duanemorris.com | Email |
| Top 30 Unsecured Creditors | Elite Comfort Solutions | Attn: Matt Wallace<br>Conover NC 28613 | MWWallace@elite-cs.com | Email |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles CA 90064 | mgottfried@elkinskalt.com | Email |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard<br>12th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Top 30 Unsecured Creditors | Esi Cases And Accessories Inc | Attn: Maria Torres<br>44 E 32Nd St 6Th Floor<br>New York NY 10016-5508 | JET@ESICELLULAR.COM | Email |
| Top 30 Unsecured Creditors | Everstar Merchandise Co | Attn: Andy Pan<br>Unit 12 13 11F Hatbour<br>Kowloon CNTR TWR1 China | PAN4190@HOTMAIL.COM | Email |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Michael G. Menkowitz<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103-3222 | mmenkowitz@foxrothschild.com | Email |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Seth A. Niederman<br>1201 N. Market Street<br>Suite 1200<br>Wilmington DE 19801 | sniederman@foxrothschild.com | Email |
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman<br>1327 W. Washington Blvd<br>Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Counsel to Divisions Inc. | Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Top 30 Unsecured Creditors | Fusion Furniture Inc. | Attn: Mark Weber - Ceo<br>Po Box 734183<br>Dallas TX 75373-4183 | MWEBER@SOUTHERNMOTION.COM | Email |
| Top 30 Unsecured Creditors | Fxi Inc | Attn: Harold Early Ceo/ Kevin Blossom Gm<br>Po Box 747067<br>Atlanta GA 30374-7067 | KBLOSSOM@FXI.COM, HEARLEY@FXI.COM | Email |
| Counsel to Roundtripping Ltd. and Geiger Brothers, Inc. | Gibbons P.C. | Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1671 | kearle@gibbonslaw.com | Email |
| Counsel to Geiger Brothers, Inc. | Gibbons P.C. | Attn: Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | kmcevilly@gibbonslaw.com | Email |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Mark Conlan<br>One Gateway Center<br>Newark NJ 07102 | mconlan@gibbonslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | Giftree Crafts Co Ltd | Attn: Joe Peng<br>No 50 Fagang Development<br>Shenzhen Guangdong China | JOEPENG@GIFTREE.NET | Email |
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird<br>10575 North 114th Street<br>Suite 115<br>Scottsdale AZ 85259 | rbird@gilbertbirdlaw.com | Email |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | ridebitetto@hahnlaw.com | Email |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free<br>999 Third Avenue<br>Suite 4600<br>Seattle WA 98104 | brian.free@hcmp.com | Email |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| Top 30 Unsecured Creditors | Hongkong Gms Intl Co Ltd | Attn: Carl Guo Owner<br>8Th Flr Tianxin Bldg<br>Nantong Jiangsu China | Carl@futongtextiles.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com | Email |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | Attn: J. Michael McCague<br>408 Cedar Avenue<br>Pittsburgh PA 15212 | jmm@gmwpclaw.com | Email |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William I. Levant<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Email |
| Top 30 Unsecured Creditors | Keeco, LLC/22155 | Attn: Steve Henderson Cmo President<br>Po Box 809207<br>Chicago IL 60680 | shenderson@lkeeco.com | Email |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com | Email |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email |
| Counsel to  City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Big Milf2 Owner, LLC ("BMO") | Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino<br>1007 N. Orange Street<br>Suite 420<br>Wilmington DE 19801 | jcarbino@leechtishman.com | Email |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | Attn: J. Jeffery Rich<br>100 Northside Square, Suite 700<br>Huntsville AL 35801 | jrich@madisoncountyal.gov | Email |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | Attn: David P. Primack<br>1007 N. Orange Street<br>Suite 711<br>Wilmington DE 19801 | DPrimack@mgmlaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way<br>Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Millennium Gifts Ltd | Attn: Peter Chuang Vp Sales<br>Hongfan Building Jiangnan<br>Quanzhou Fujian China | PETER@HONGFANGIFTS.COM | Email |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, 1201 N. Market Street, 16th Floor Wilmington DE 19801 | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com csawyer@morrisnichols.com | Email |
| Top 30 Unsecured Creditors | Ningbo Electrical Appliance Co., Lt | Attn: John Link No 758 Kaifa East Zhouxiang Cixi Ningbo China | john.link@gdhwd.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Linda Casey 844 King Street Suite 2207 Wilmington DE 19801 | Linda.Casey@usdoj.gov | Email |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | Attn: Brian J McLaughlin 222 Delaware Avenue Suite 1105 Wilmington DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent,1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger 230 Park Ave Ste 29 New York NY 10169 | csimon@otterbourg.com jdrew@otterbourg.com shautzinger@otterbourg.com | Email |
| Top 30 Unsecured Creditors | Pan Asian Creations Limited | Attn: Stephen Lee 5F-6 No 294 Sec 1 Dunhua S Rd Da-An Dist Taipei Taiwan | stephen@pan-asian.com.hk | Email |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar Court Plaza South, East Wing 21 Main Street, Suite 200 Hackensack NJ 07601 | dsklar@pashmanstein.com | Email |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II 824 North Market Street, Suite 800 Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo 500 E. Border Street, Suite 640 Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe P.O. Box 817 Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece 1919 S. Shiloh Rd., Suite 640, LB 40 Garland TX 75042 | lreece@pbfcm.com | Email |
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew P.O. Box 8188 Wichita Falls TX 76307 | wichitafalls@pbfcm.com | Email |
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova PO Box 9132 Amarillo TX 79105 | amabkr@pbfcm.com acordova@pbfcm.com | Email |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez PO Box 2916 McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Top 30 Unsecured Creditors | Polygroup Evergreen Limited | Attn: Ricky Tong Unit 606, Fairmont House Hong Kong China | RICKY.TONG@POLYGROUP.COM | Email |
| Top 30 Unsecured Creditors | Ppj LLC | Attn: Phil Mccarty - Ceo 2 Carsha Drive Natick MA 01760-4658 | PHIL.MCCARTY@CUSTOMATICBEDS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ocean Network Express (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg<br>50 Tice Boulevard, Suite 380<br>Woodcliff Lake NJ 07677 | rsteinberg@pricemeese.com | Email |
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti<br>4422 Ridgeside Drive<br>Dallas TX 75244 | tim@rashtiandmitchell.com<br>dkrm@aol.com<br>donna@rashtiandmitchell.com | Email |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | knight@rlf.com<br>collins@rlf.com<br>javorsky@rlf.com | Email |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower<br>7 Times Sq, Suite 2506<br>New York NY 10036 | SFox@riemerlaw.com | Email |
| Counsel to Serta, Inc. | Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg<br>River Ridge 9040 Roswell Rd<br>Suite 205<br>Atlanta GA 30350 | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com | Email |
| Top 30 Unsecured Creditors | Round Tripping Ltd | Attn: Sheryl Ting<br>14/F Shui Centre 6-8 Harbour Rd.<br>Wanshai Hong Kong | SHERYL@FIRSTE.COM.HK | Email |
| Counsel to Logo Brands, Inc. | Saul Ewing LLP | Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Monique B. DiSabatino<br>1201 North Market Street Suite 2300<br>PO Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com | Email |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Turner N Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email |
| Top 30 Unsecured Creditors | Sealy Inc | Attn: Steve Rusing - President<br>Po Box 931855<br>Atlanta GA 31193-1855 | STEVE.RUSING@TEMPURSEALY.COM | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Top 30 Unsecured Creditors | Serta Inc | Attn: Mark Genender - Chairman<br>2600 Forbs Ave<br>Hoffman Estates IL 60192-3723 | MGENENDER@SERTASIMMONS.COM | Email |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Norman Owczarkowski | Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa<br>363 W. Big Beaver Road<br>Suite 410<br>Troy MI 48084 | cmierzwa@simonattys.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Top 30 Unsecured Creditors | Singsong International Trade Co Lim | Attn: Sunny Zhang<br>Room 1405A 14/F Lucky Centre<br>China | SUNNY@SINGSONG.COM.CN | Email |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, and The View at Marlton LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver CO 80203 | | First Class Mail |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV<br>brendan.flynn@ct.gov | Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta GA 30334-1300 | | First Class Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | HAWAIIAG@HAWAII.GOV | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5Th Floor<br>Indianapolis IN 46204 | INFO@ATG.IN.GOV | Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | First Class Mail |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333-0000 | | First Class Mail |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | | First Class Mail |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7Th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | MIAG@MICHIGAN.GOV<br>AG-COD@michigan.gov | Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Bankruptcy.Notices@ag.state.mn.us | First Class Mail and Email |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>Po Box 201401<br>Helena MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AGINFO@AG.NV.GOV | Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US<br>Jeff.Koziar@law.njoag.gov | Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | aserrato@nmdoj.gov<br>aswenson@nmdoj.gov | First Class Mail and Email |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | NDAG@ND.GOV | Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14Th Floor<br>Columbus OH 43215 | Mahisha.Sanson@OhioAGO.gov | First Class Mail and Email |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | consumerprotection@oag.ok.gov | First Class Mail and Email |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street Ne<br>Salem OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>justin.leonard@doj.oregon.gov | Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16Th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903-0000 | | First Class Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler<br>P.O. Box 20207<br>Nashville TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | bankruptcy@agutah.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | First Class Mail |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. Se<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | CONSUMER@WVAGO.GOV | Email |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>17 West Main Street, Post Office Box 7857<br>Madison WI 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | Email |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24Th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Edifis, USC, LLC and Edifis LIC, LTD | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver<br>150 West Flagler Street<br>Suite 2200<br>Miami FL 33120 | esilver@stearnsweaver.com | Email |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | brost@tspclaw.com | Email |
| Counsel to Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Jamie Kirk<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |
| Top 30 Unsecured Creditors | Topmost Design Co Ltd | Attn: Lindbergh Lin<br>3Fl-19, No.3 Tien Mou Rd<br>Taipei Taiwan | LINDBERGH@ELUCEO.COM.TW | Email |
| Counsel to Travis County | Travis County | Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Top 30 Unsecured Creditors | Twin Star International | Attn: Heather Brown<br>1690 S Congress Ave Ste 210<br>Delray Beach FL 33445-6330 | HBROWN@TWINSTARHOME.COM | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankrupcy@sec.gov | Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | Attn: Randall F. Scherck<br>10 S. Broadway<br>Suite 2000<br>St. Louis MO 63102 | rscherck@ubglaw.com | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email |
| Washington Dc Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4Th Street, Nw<br>Washington DC 20001 | OAG@DC.GOV | Email |
| Counsel to Serta, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan<br>1225  N King Street<br>Suite 600<br>Wilmington DE 19801 | bsullivan@werbsullivan.com | Email |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth<br>24 Greenway Plaza, Suite 2050<br>Houston TX 77046 | jcarruth@wkpz.com | Email |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>600 North King Street, Suite 300<br>Wilmington DE 19801 | sgerald@whitefordlaw.com | Email |
| Top 30 Unsecured Creditors | Zest Garden Limited | Attn: Nina Truong - President<br>10F No 143 Shih Shang Rd<br>Taipei Taiwan | NINA@CONCORDCITYA.COM | Email |
| Top 30 Unsecured Creditors | Zhejiang Hengtai Crafts | Attn: Cain Wang<br>Hehua Rd Baihuashan Industrial Are<br>Yiwu Zhejiang China | CAIN@CHRISTMASCN.COM | Email |

**Exhibit B**

Exhibit B
Landlords Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 29305661 | 120 HOOSICK STREET HOLDINGS LLC | CHENG, RAYMOND | 139 FRONT STREET | | | FALL RIVER | MA | 02721 | Hahajiang520@live.com, Management@jzreal.com | Email, First Class Mail, and Overnight Mail |
| 29299658 | 44TH AND WADSWORTH LLC | C/O WESTAR REAL PROPERTY SERVICES, INC | 5125 S KIPLING PKWY STE 300 | | | LITTLETON | CO | 80127-1736 | Mark@WestarDenver.com, PHYLLIS@WESTARDENVER.COM | Email, First Class Mail, and Overnight Mail |
| 29299800 | ARC NWNCHS001, LLC | C/O HIFFMAN NATIONAL, LLC; ATTN: SHAWN BROWN | 1 OAKBROOK TER STE 400 | | | OAKBROOK TERRACE | IL | 60181-4449 | sbrown@hiffman.com | and Overnight Mail |
| 29299802 | ARC NWNCHSC001, LLC | ATTN: GENERAL COUNSEL | 405 PARK AVENUE, 15TH FLOOR | | | NEW YORK | NY | 10022 | cszarzynski@hiffman.com | Email, First Class Mail, and Overnight Mail |
| 29299801 | ARC NWNCHSC001, LLC | ATTN:ROBERT DOZIER & STEPHEN SEITZ | 2000 MCKINNEY AVENUE, SUITE 1000 | | | DALLAS | TX | 75201 | cszarzynski@hiffman.com | Email, First Class Mail, and Overnight Mail |
| 29299626 | ARLINGTON SQUARE L.P. | C/O NEWMARK MERRILL COMPANIES | 24025 PARK SORRENTO STE 300 | | | CALABASAS | CA | 91302-4001 | bpearl@newmarkmerrill.com | Email, First Class Mail, and Overnight Mail |
| 29305782 | BELLFLOWER PARK, LP | C/O SHARP CAPITAL | 333 S. BEVERLY DRIVE, SUITE 105 | | | BEVERLY HILL | CA | 90212 | david@sharpcg.com | Email, First Class Mail, and Overnight Mail |
| 29305995 | BIG TAMI OWNER LLC | WIDES, DREW | C/O BLUE OWL REAL ESTATE CAPITAL LLC | 30 NORTH LASALLE, SUITE 4140 | | CHICAGO | IL | 60602 | jared.sheiker@blueowl.com, drew.wides@blueowl.com | Email, First Class Mail, and Overnight Mail |
| 29305353 | C/O HUBBBLE REALTY | WRAY , RONDA | C/O HUBBELL REALTY COMPANY | 6900 WESTOWN PARKWAY | | WEST DES MOINES | IA | 50266 | ronda.wray@hubbellrealty.com | Email, First Class Mail, and Overnight Mail |
| 29299792 | CAMBRIDGE INVESTMENTS, INC | P.O. BOX 549 | 1100 S. 9TH STREET SUITE 218 | | | NOBLESVILLE | IN | 46061 | Howard@lukekenley.com | Email, First Class Mail, and Overnight Mail |
| 29305549 | CCG AMARILLO, LP | ATTN: CINDY VESTAL | 3625 N HALL ST STE 750 | | | DALLAS | TX | 75219 | CVESTAL@COMPONENTCAPITALGROUP.COM | Email, First Class Mail, and Overnight Mail |
| 29299741 | CFT NV DEVELOPMENTS, LLC | KUO, ANASTASIA | LAKE FOREST TOWN CENTER ASSOCIATES LP | 1120 N TOWN CENTER DRIVE, SUITE 150 | | LAS VEGAS | NV | 89144 | ANASTASIA.KUO@PANDARG.COM | Email, First Class Mail, and Overnight Mail |
| 29299766 | CIELO PASO PARKE GREEN, LP | ARAGON, STEPHANIE | C/O MIMCO, LLC | 6500 MONTANA AVENUE | | EL PASO | TX | 79925 | MSauls@mimcoproperties.com, saragon@mimcoproperties.com | Email, First Class Mail, and Overnight Mail |
| 29299736 | CITY VIEW TOWNE CROSSING SHOPPING CENTER | BURNHAM, GREG | C/O GLAZER PROPERTIES | 270 COMMERCE DRIVE | | ROCHESTER | NY | 14623 | gburnham@glazer.com | Email, First Class Mail, and Overnight Mail |
| 29299400 | CORE PARK PLAZA LLC | ANGEL , ROBBIE | 125 W SUNBRIDGE | SUITE A | | FAYETTEVILLE | AR | 72703 | drew@core-equitypartners.com, Robbie@core-equitypartners.com | Email, First Class Mail, and Overnight Mail |
| 29299858 | DELRAY REALTY ASSOCIATES, LLC | C/O MYRON D. VOGEL | 17927 LAKE ESTATES DRIVE | | | BOCA RATON | FL | 33496 | mdvesq41@gmail.com | Email, First Class Mail, and Overnight Mail |
| 29299673 | EDIFIS USC, LLC | BRYER, PAM | C/O EDIFIS GROUP | 5301 KATY FWY STE 200 | | HOUSTON | TX | 77007-3866 | pam@edifisgroup.com | Email, First Class Mail, and Overnight Mail |
| 29305704 | FC ROBSON PROPERTIES LLC | DOOLY, ANNA | ROBSON PROPERTIES | 310 S MISSOURI P.O. BOX 986 | | CLAREMORE | OK | 74017 | adooly@robsonprop.com, rmosier@robsonprop.com | Email, First Class Mail, and Overnight Mail |
| 29299813 | FINMARC RALEIGH LLC | C/O FINMARC MANAGEMENT, INC. | 7200 WISCONSIN AVE, SUITE 1100 | | | BETHESDA | MD | 20814 | mbadger@finmarc.com, tpugh@finmarc.com | Email, First Class Mail, and Overnight Mail |
| 29305802 | GOODYEAR RETAIL I, LLC | ATTN: GARY OTTO | 520 NEWPORT CENTER DRIVE, SUITE 780 | | | NEWPORT BEACH | CA | 92660 | MGarner@athena-pm.com | Email, First Class Mail, and Overnight Mail |
| 29299532 | GREEN GARDEN PLAZA 1989 L.P. | C/O GLIMCHER GROUP INC | 500 GRANT STREET, SUITE 2000 | | | PITTSBURGH | PA | 15219-2515 | rglimcher@glimchergroup.com, mkozy@glimchergroup.com | Email, First Class Mail, and Overnight Mail |
| 29306039 | HAMILTON COMMONS TEI EQUITIES LLC | ADAM WOLOSKY | C/O METRO COMMERCIAL MANAGEMENT SERVICES, INC. | ATTN: ADAM WOLOSKY, PROPERTY MANAGER | 307 FELLOWSHIP ROAD, SUITE 300 | MOUNT LAUREL | NJ | 08054 | aziff@timeequities.com, awolosky@metrocommercial.com | Email, First Class Mail, and Overnight Mail |
| 29319545 | Hanasab, Robert | | | | | | | | Email on file | Email |
| 29319544 | Hanasab, Robert | | | | | | | | Email on file | Email |
| 29305970 | HAUPPAUGE PROPERTIES, LLC | 1975 HEMPSTEAD TPKE STE 309 | | | | EAST MEADOW | NY | 11554 | Spencer@upcli.com | Email, First Class Mail, and Overnight Mail |
| 29299898 | HAUPPAUGE PROPERTIES, LLC | KENNY, LISA | 1975 HEMPSTEAD TPKE STE 309 | | | EAST MEADOW | NY | 11554-1703 | CHICKS@USPGINC.COM, LISA@UPCLI.COM | Email, First Class Mail, and Overnight Mail |
| 29299499 | HAYMARKET INVESTORS LLC | WRAY , RONDA | C/O HUBBELL REALTY COMPANY | 6900 WESTOWN PARKWAY | | WEST DES MOINES | IA | 50266 | ronda.wray@hubbellrealty.com | Email, First Class Mail, and Overnight Mail |
| 29305354 | HHH COMPANIES | DONALD ROSENTHAL | C/O HHH MANAGEMENT, INC | P.O. BOX 273760 | | BOCA RATON | FL | 33427-3760 | drosenthal@hhhcompanies.com | Email, First Class Mail, and Overnight Mail |
| 29305842 | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS | 6365 HALCYON WAY STE 970 | | | ALPHARETTA | GA | 30005 | sanjiv@rhinoig.com | Email, First Class Mail, and Overnight Mail |
| 29305695 | JONNET DEVELOPMENT CORPORATION | 4075 WILLIAM PENN HIGHWAY | | | | MONROEVILLE | PA | 15146 | gjonnet@hotmail.com | Email, First Class Mail, and Overnight Mail |
| 29305404 | LAWRENCEVILLE COMMERCIAL PROPERTIES, LLC | 5801 CONGRESS AVENUE | SUITE 219 | | | BOCA RATON | FL | 33487 | stevea@wbsproperties.com | Email, First Class Mail, and Overnight Mail |
| 29305943 | MARKETPLACE ASSOCIATES, LLC | 181 S. FRANKLIN AVENUE | SUITE 701 | | | VALLEY STREAM | NY | 11581 | rubinrealty@aol.com | Email, First Class Mail, and Overnight Mail |
| 29305843 | MARYSVILLE TOWN CENTER | ATTN: PROPERTY MANAGER | 655 REDWOOD HWY STE 177 | | | MILL VALLEY | CA | 94941 | sanjiv@rhinoig.com | Email, First Class Mail, and Overnight Mail |
| 29299463 | MDG STRATEGIC ACQUISITION LLC | KRISTINA DESCOTEAUX | C/O DARTMOUTH PROPERTY MANAGEMENT LLC | 1330 AVE OF THE AMERICAS, SUITE 700B | | NEW YORK | NY | 10019 | uri@toprockholdings.com, kdescoteaux@dartco.com | Email, First Class Mail, and Overnight Mail |
| 29299337 | MERICLE PROPERTIES, LLC | MERICLE, GREG | 4751 - 600TH ST | | | MENOMONIE | WI | 54751 | MericlePropertiesLLC@gmail.com | Email, First Class Mail, and Overnight Mail |
| 29299762 | NACOGDOCHES MP LTD | 8226 DOUGLAS AVE STE 709 | | | | DALLAS | TX | 75225-5929 | joe@merritt-capital.com | Email, First Class Mail, and Overnight Mail |
| 29299231 | NEWMARK MERRILL | BRAD PEARL | C/O NEWMARK MERRILL COMPANIES | 24025 PARK SORRENTO STE 300 | | CALABASAS | CA | 91302-4001 | bpearl@newmarkmerrill.com | Email, First Class Mail, and Overnight Mail |



Exhibit B
Landlords Service List
Served as set forth below

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29299398 | NORTHTOWNE PLAZA PROPERTIES LT | 7515 GREENVILLE AVE SUITE 504 | | | | DALLAS | TX | 75231-3868 | diane.yarbrough@gto-properties.com, diane.yarbrough@got-properties.com | Email, First Class Mail, and Overnight Mail |
| 29305625 | PABLO STATION, LLC | C/O HHH MANAGEMENT, INC | P.O. BOX 273760 | | | BOCA RATON | FL | 33427-3760 | drosenthal@hhhcompanies.com | Email, First Class Mail, and Overnight Mail |
| 29305767 | PACIFIC REALTY ASSOCIATES, L.P. | 15350 SW SEQUOIA PRWY, SUITE 300 | TENANT NO 5PTR5528 BIGL4365 | | | PORTLAND | OR | 97224 | MarkO@PacTrust.com, jayd@pactrust.com | Email, First Class Mail, and Overnight Mail |
| 29305575 | PARAGON WINDERMERE, LLC | ATTN: SAMANTHA DURHAM | 8700 NORTH ST STE 310 | | | FISHERS | IN | 36038 | rblock@paragoncorpenties.com, SDurham@paragoncorpanies.com | Email, First Class Mail, and Overnight Mail |
| 29299483 | PEARLAND HWY 35 LP | MAZEWSKI , SUSAN | C/O WULFE MANAGEMENT SERVICES INC | 1800 POST OAK BLVD. SUITE 400 | | HOUSTON | TX | 77056 | csondock@spiegelrealty.com, smazewski@wulfe.com | Email, First Class Mail, and Overnight Mail |
| 29306111 | PMRE LLC | 702 PADDINGTON | | | | GREENVILLE | NC | 27858-5628 | paulp3571@yahoo.com, MDHNCS@GMAIL.COM | Email, First Class Mail, and Overnight Mail |
| 29299671 | POLEN DEVELOPMENT LLC | PO BOX 71751 | | | | SPRINGFIELD | OR | 97475-0214 | polendevelopment@hotmail.com, polendevelopment@hotmail.com | Email, First Class Mail, and Overnight Mail |
| 29305785 | PSM PROPERTIES LLC | 5133 HIGHLAND DR SE | | | | AUBURN | WA | 98092-8731 | r.matto@outlook.com | Email, First Class Mail, and Overnight Mail |
| 29299066 | RPI RIDGMAR TOWN SQUARE, LTD | C/O RETAIL PLAZAS, INC | 2929 CARLISLE ST., STE 170 | | | DALLAS | TX | 75204-4067 | kmead@retailplazas.com | Email, First Class Mail, and Overnight Mail |
| 29305897 | SHOPS AT COOPERS GROVE, LLC | GOODMAN, JOE | 2036 SE 27TH TERRACE | | | CAPE CORAL | FL | 33904 | acquisitonanddevelopment@hotmail.com, jgoodman@terracorerealestate.com | Email, First Class Mail, and Overnight Mail |
| 29305706 | SHREVE CITY LLC | 4801 HARBOR DR | | | | FLOWER MOUND | TX | 75022-5489 | bo@trimarsh.com | Email, First Class Mail, and Overnight Mail |
| 29299551 | TOMBALL PLAZA, LLC | C/O JBL ASSET MANAGEMENT LLC | 2028 HARRISON ST., STE 202 | | | HOLLYWOOD | FL | 33020 | mwang@jblmgmt.com | Email, First Class Mail, and Overnight Mail |
| 29299835 | TRIPLE BAR COLUMBIA MARKETPLACE, LLC | C/O J.C. BAR PROPERTIES, INC. | 224 SAINT CHARLES WAY, SUITE 290 | | | YORK | PA | 17402 | rg3@jcbarprp.com, helen@jcbarprop.com | Email, First Class Mail, and Overnight Mail |
| 29305359 | VILLAGE GREEN REALTY | JOE LIEBERMAN | C/O RODGERS BRISTOL L.P. | 12 PENNS TRAIL, STE103 | | NEWTOWN | PA | 18940-1892 | JOE99CENTS@AOL.COM | Email, First Class Mail, and Overnight Mail |
| 29305653 | VILLAGE GREEN REALTY L.P. | C/O RODGERS BRISTOL L.P. | 12 PENNS TRAIL, STE103 | | | NEWTOWN | PA | 18940-1892 | JOE99CENTS@AOL.COM | Email, First Class Mail, and Overnight Mail |
| 29305754 | VILLAGE SHOPPERS ASSOCIATES | C/O ROSS REALTY INVESTMENTS | 3325 SOUTH UNIVERSITY DR., STE 210 | | | DAVIE | FL | 33328-2020 | bsherman@ross-realty.com | Email, First Class Mail, and Overnight Mail |
| 29305801 | WALNUT CREEK PLAZA, LLC | ATTN: SYNERGY ADVANTAGE, LLC | 2012 E. RANDOL MILL ROAD, SUITE 211 | | | ARLINGTON | TX | 76011 | nick@clearforkproperties.com, rmirzadeh@srmventures.com | Email, First Class Mail, and Overnight Mail |
| 29299515 | WAYNESBURG ASSOCIATES GENERAL PTNRSHP | C/O PENNMARK MANAGEMENT COMPANY, INC. | 1000 GERMANTOWN PIKE, SUITE A2 | | | PLYMOUTH MEETING | PA | 19462 | sichelstiel@pennmarkproperties.com, slloam@pennmarkproperties.com | Email, First Class Mail, and Overnight Mail |
| 29299482 | WESTERN PROPERTIES COMPANY | 9668 WESTHEIMER #220 | | | | HOUSTON | TX | 77063-3241 | luke@bpirealty.com, WEST1@WT.NET | Email, First Class Mail, and Overnight Mail |

In re: Big Lots, Inc., et al.
Case No. 24-11967 (JKS)

Page 2 of 2