DRAFT

## Exhibit A

## Ordinary Course Professionals List



# Ordinary Course Professionals List

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Alston & Bird LLP | Legal Services | Unclaimed Property ASUS Audit & Compliance |
| Amin Wasserman Gurnani, LLP | Legal Services | 50 State Survey |
| Baker & Hostetler LLP | Legal Services | Trademarks, Intellectual Property, General Liability & Products Liability |
| Baker McKenzie | Legal Services | Trade |
| Benesch, Friedlander, Coplan & Aronoff LLP | Legal Services | Shipping, Trade |
| Bradley Arant Boult Cummings LLP | Legal Services | Commercial Litigation |
| Burns & Farrey, P.C. | Legal Services | General Liability |
| The Chartwell Law Offices, LLP | Legal Services | General Liability & Products Liability |
| Davids & Cohen | Legal Services | General Liability |
| Downey & Lenkov LLC | Legal Services | General Liability |
| Fish & Richardson P.C. | Legal Services | Intellectual Property |
| Galloway, Johnson, Tompkins, Burr & Smith | Legal Services | General Liability |
| Gibbs & Bruns LLP | Legal Services | Commercial Litigation |
| Gordon Rees Scully Mansukhani, LLP | Legal Services | General Liability & Products Liability |
| Greenberg Traurig, LLP | Legal Services | Corporate, International Employment |
| Haight Brown & Bonesteel LLP | Legal Services | General Liability & Products Liability, ADA |
| Hall & Evans, LLC | Legal Services | General Liability & Products Liability |
| Huth Reynolds LLP | Legal Services | Maritime Law |
| Ice Miller LLP | Legal Services | Worker's Compensation, Employment |

-2-

| | | |
|---|---|---|
| Kalbaugh Pfund & Messersmith, P.C. | Legal Services | General Liability & Products Liability |
| Kohrman Jackson & Krantz LLP | Legal Services | General Liability & Products Liability |
| Leak, Douglas & Morano, P.C. | Legal Services | General Liability & Products Liability |
| Lewis Thomason | Legal Services | General Liability & Products Liability |
| Mayer LLP | Legal Services | General Liability & Products Liability, Real Estate |
| MB Law Group LLP | Legal Services | General Liability & Products Liability |
| Michael Steel | Legal Services | Compliance |
| Mintzer Sarowitz Zeris & Willis, PLLC | Legal Services | General Liability & Products Liability, ADA |
| Moore & Van Allen PLLC | Legal Services | General Liability & Products Liability |
| Morgan, Lewis & Bockius LLP | Legal Services | Finance, Real Estate |
| Murphy Sanchez PLLC | Legal Services | General Liability & Products Liability |
| Norton Rose Fulbright US LLP | Legal Services | Compliance, Trade |
| Nuzzo & Roberts, LLC | Legal Services | General Liability & Products Liability |
| Quinn Law Firm | Legal Services | General Liability & Products Liability |
| Rendigs, Fry, Kiely and Dennis, LLP | Legal Services | General Liability & Products Liability |
| Rock Hutchinson, PLLP | Legal Services | Real Estate |
| SG Law | Legal Services | General Liability & Products Liability |
| SEA, Ltd. | Legal Services | Forensic Experts |
| Secrest Wardle | Legal Services | General Liability & Products Liability |
| Segal McCambridge Singer & Mahoney, Ltd. | Legal Services | General Liability & Products Liability |
| Steptoe & Johnson PLLC | Legal Services | Prop 65, Compliance |
| Thompson Hine LLP | Legal Services | Litigation Counsel |
| The Truitt Law Firm, LLC | Legal Services | General Liability & Products Liability |

| | | |
|---|---|---|
| Vorys, Sater, Seymour and Pease LLP | Legal Services | Governance, Employment, Immigration, Contract Review, Benefits, Corporate, SEC, Banking, Real Estate, Direct and Indirect Taxation |
| Young Moore and Henderson, P.A. | Legal Services | General Liability & Products Liability |
| Reed Smith LLP | Tax Consultation | Direct & Indirect Tax & Taxation Controversy |
| Avalara, Inc. | Tax Consultation | Product characterization (taxability) & SNAP eligibility |
| Experian PLC | Tax Consultation | F&D Credits & Ohio CAT |
| KPMG LLP | Tax Consultation | Taxation Advisors, Tax Compliance & Tax valuation studies |
| Vertex, Inc. | Tax Consultation | Indirect Tax & Unclaimed Funds Compliance |