## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BIG LOTS, INC., et al | § CHAPTER 11 |
| | § |
| | § CASE NO. 24-11967-(JKS) |
| Debtors. | § (Jointly Administered) |

### REQUEST OF CREDITOR PURUSANT TO BANKRUPTCY RULE 2002(g)
### PROVIDING ADDRESS FOR SERVICE OF NOTICES

To the Clerk:
To the Trustee:
Attorney for Debtor:

1. This request is filed pursuant to the Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor KAMS PARTNERS, LP, a Texas Limited Partnership (the "Creditor") and the Creditors attorney will receive all notices required to be mailed under Bankruptcy rule 2002 at the address contained herein.

2. In addition to notices currently being sent to the Creditor, please also send notices to such Creditors attorney at the following address.

> For the Creditor's Attorney
> The Ehrlich Law Firm
> c/o William Ehrlich
> 444 Executive Center Blvd, Suite 240
> El Paso, Texas 79902
> william@ehrlichlawfirm.com

3. All notices should be sent to both the Creditor and the Creditor's Attorney.

4. A copy of the request is being mailed this date, by first class mail, potage prepaid, to the person(s), if any, whose names and addresses appear in the lower left-hand corner.

Date: September 26, 2024

KAMS PARTNERS, LP
c/o William Ehrlich
THE EHRLICH LAW FIRM
444 Executive Center Blvd., Suite 240
El Paso, Texas 79902
william@ehrlichlawfirm.com

By: _____
William Ehrlich, Esquire
(915) 544-1500

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

United States Bankruptcy Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 169801