IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al., | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Related Docket No. 302** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Limited Objection and Reservation of Rights of Upper Glen Street Associates, L.L.C. to Debtors' Proposed Cure Amounts for Certain Unexpired Leases* at Docket No. 302.

Dated: September 27, 2024.
Wilmington, Delaware

Respectfully submitted,

**CHIPMAN BROWN CICERO & COLE, LLP**

   */s/ Mark D. Olivere*
Mark D. Olivere (No. 4291)
Kristi J. Doughty (No. 3826)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  olivere@chipmanbrown.com
           doughty@chipmanbrown.com
-and-

**LIPPES MATHIAS, LLP**
Joann Sternheimer, Esq.
Lippes Mathias, LLP
54 State Street
Albany, New York 12207
Telephone: (518) 462-0110
Email: jsternheimer@lippes.com

*Counsel to Upper Glen Street Associates, L.L.C.*