## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. No. 310** |

### CERTIFICATE OF SERVICE

I, Simon E. Fraser, hereby certify that on the 26th day of September, 2024, I caused to be served a true and correct copy of the *Reservation of Rights and Limited Objection of River South Commons, LLC in Response to Debtors' Notice of Successful and Backup Bidder with Respect to the Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* (D.I. No. 310) on all parties registered to receive electronic notice in the above-captioned cases via the Court's CM/ECF electronic notification system; and on the parties listed on the attached service list via e-mail.

Dated:  September 27, 2024

COZEN O'CONNOR

*/s/   Simon E. Fraser*
Simon E. Fraser (DE Bar No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: sfraser@cozen.com

*Counsel to River South Commons, LLC*

## Service List

**VIA EMAIL:**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market St. 16th FL
Wilmington, DE 19801
Biglots.mnat@morrisnichols.com

THE OFFICE OF THE U.S. TRUSTEE FOR
THE DISTRICT OF DE
Attn:  Linda Casey
Linda.casey@usdoj.gov

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esq.
Kristin Going, Esq.
MCDERMOTT WILL & EMERY
One Vanderbilt Ave
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Sarah A. Carnes, Esq.
COLE SCHOTZ P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
scarnes@coleschotz.com