**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                    Chapter 11

BIG LOTS, INC., *et al.*,                    Case No. 24-11967 (JKS)

                    Debtors.                    (Jointly Administered)

**REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010, request is

hereby made that all papers, pleadings, motions and applications served or required to be served in

this case be given to and served upon the following:

> RICHARD L. ZUCKER, ESQ.
> Lasser Hochman, LLC
> 75 Eisenhower Parkway
> Suite 120
> Roseland, New Jersey 07068
> 973-226-2700
> rzucker@lasserhochman.com
> Attorneys for Claremont Associates and Allegheny Plaza Associates
> I Limited Partnership

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices

and papers referred to in the Rules cited above, but also include, without limitation, orders and

notices of any application, motion, petition, pleading, request, complaint or demand, whether formal

or informal, whether written or oral, and whether conveyed by mail, telephone , telegraph, telex or

otherwise, which may affect the rights or interest, in any way, of Claremont Associates and/or

1

Allegheny Plaza Associates I Limited Partnership.

RICHARD L. ZUCKER, ESQ.
Lasser Hochman, LLC
75 Eisenhower Parkway
Suite 120
Roseland, New Jersey 07068
973-226-2700
rzucker@lasserhochman.com
Attorneys for Claremont Associates and Allegheny Plaza Associates I Limited Partnership


s/ Richard L. Zucker
_____
RICHARD L. ZUCKER, ESQ.

DATED:      September 27, 2024