**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| Big Lots, Inc., *et al.*, | ) | Case No. 24-11967 (JKS) |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Jennifer D. Raviele, Esq. of the law firm of Kelley Drye & Warren LLP to represent Aston Properties, Inc., Basser-Kaufman, Benderson Development Company LLC, Cloverleaf Realty, Inc., Delco Development Company of Hicksville, L.P., Kite Realty Group, L.P., NNN REIT, Inc., NewMark Merrill Companies, Inc., Voice Road L.P., Regency Centers, L.P., SITE Centers Corp. and TLM Realty Holdings LLC in the above-captioned cases.

Dated: September 27, 2024         */s/ Susan E. Kaufman*
                                  Susan E. Kaufman (DE Bar No. 3381)
                                  **Law Office Of Susan E. Kaufman, LLC**
                                  919 N. Market Street, Suite 460
                                  Wilmington, DE 19801
                                  Tel: (302) 472-7420 / Fax: (302) 792-7420
                                  Email: skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New York, Illinois and Michigan, United States District Courts for the Eastern and Southern Districts of New York and the Northern District of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

                                  */s/ Jennifer D. Raviele*
                                  **Kelley Drye & Warren LLP**
                                  333 West Wacker Drive
                                  Chicago, IL 60606
                                  Tel: (212) 808-7800 / Fax: (212) 808-7897
                                  Email: jraviele@kelleydrye.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.