## Schedule 2

| | |
|---|---|
| **Benefit Providers** | US Bank National Association |
| Anthem, Inc. | Wells Fargo Bank, N.A. |
| Metropolitan Life Insurance Company | **Equipment Lessors & Financing** |
| Nationwide Mutual Insurance Company | IBM Credit LLC |
| Optum Financial, Inc. | Mitsubishi HC Capital America |
| OptumRx | **Former Officers** |
| Sedgwick Claims Management | Ashley M. White |
| Sun Life and Health Insurance Company | **Insurance Premium Financing** |
| The Allstate Corporation | AFCO Credit Corporation |
| **Creditor Professionals** | AON Premium Finance, LLC |
| Berkeley Research Group, LLC | FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. |
| Choate, Hall & Stewart LLP | **Insurance Providers** |
| **Debtors** | ACE American Insurance Co. |
| AVDC, LLC | ACE Insurance |
| Big Lots eCommerce LLC | ACE Property and Casualty Insurance Company (Chubb) |
| Big Lots F&S, LLC | AIG Specialty Insurance Company |
| Big Lots Management, LLC | ALLIANZ GLOBAL RISKS US INS CO |
| Big Lots Stores - CSR, LLC | Allied World Assurance Company (AWAC) |
| Big Lots Stores - PNS, LLC | Allied World Assurance Company LTD (AWAC) |
| Big Lots Stores, LLC | Allied World National Assurance Company (AWAC) |
| Big Lots, Inc. | American International Reinsurance Co Ltd (AIRCo) |
| BLBO Tenant, LLC | American International Reinsurance Company LTD (AIG) |
| Broyhill LLC | Aon plc |
| Closeout Distribution, LLC | Aspen |
| Consolidated Property Holdings, LLC | AXA XL |
| CSC Distribution LLC | AXA XL (Indian Harbor) |
| Durant DC, LLC | AXA XL/XL Insurance America Inc. |
| GAFDC LLC | AXIS Insurance Co |
| Great Basin, LLC | AXIS SURPLUS INSURANCE COMPANY |
| INFDC, LLC | Beazley - Lloyd's Syndicate 2623/623 |
| PAFDC LLC | Beazley Insurance Company, Inc. |
| WAFDC, LLC | Berkshire Hathaway Specialty Insurance Co. |
| **Debtors' Bankruptcy Professionals** | Berkshire Hathaway Specialty Insurance Co. |
| AlixPartners, LLP | Chubb Bermuda Insurance Ltd. |
| Davis Polk & Wardwell | Chubb/Ace American Insurance Co. |
| Gordon Brothers Retail Partners, LLC | Continental Casualty Company |
| Guggenheim Securities, LLC | Edgewood Partners Insurance Center ("EPIC") |
| Kroll Restructuring Administration, LLC | Endurance American Insurance Company (Sompo) |
| Morris, Nichols, Arsht & Tunnell LLP | Everest Indemnity Insurance Company |
| **Depository Banks** | Federal Insurance Co |
| Bank of America, N.A. | Federal Insurance Co |
| Citizens Bank, N.A. | Federal Insurance Company |
| Fifth Third Bank, National Association | FEDERAL INSURANCE COMPANY/CHUBB |
| PNC Bank, National Association | Fidelis Bermuda |
| The Huntington National Bank | |
| Truist Bank | |

**Schedule 2**

| | |
|---|---|
| Great American Spirit Ins. Company | State of New York |
| HDI Specialty Insurance Company | **United States of America** |
| Hiscox Insurance Company | Visa - Interchange |
| Hub International Limited | Williams, James |
| Hudson Insurance Company | **Litigation Parties' Opposing Counsel** |
| KINSALE INSURANCE CO | Anderson Law Firm, PC |
| LEXINGTON INSURANCE COMPANY | Arnold & Porter Kaye Scholer LLP |
| Liberty Excess & Surplus Lines Inc./Ironshore | Blackstone Law |
| LLOYDS OF LONDON | Dana & Dana |
| LLOYDS OF LONDON | Office of General Counsel, Office of the U.S. Trade Representative |
| LLOYDS OF LONDON - Inigo | |
| LLOYDS OF LONDON - RB JONES | Philips & Associates |
| LLOYDS OF LONDON- Faraday | State of New Jersey |
| LLOYDS OF LONDON- HDI | State of New York |
| LLOYDS OF LONDON/HSCOX | State of Tennessee |
| LLOYDS OF LONDON-Canopius | United States of America |
| LLOYDS OF LONDON-Kiln | Watts Guerra LLP |
| Marsh LLC | **Ordinary Course Professionals** |
| National Union Fire Insurance Co of Pittsburgh, PA | ALSTON & BIRD LLP |
| National Union Fire Insurance Company of PA (AIG) | AVALARA INC |
| NDIAN HARBOR INSURANCE CO/AXA XL | BAKER & HOSTETLER LLP |
| Obsidian Specialty Insurance | BAKER MCKENZIE |
| RSUI Indemnity Company | BENESCH FRIEDLANDER COPLAN & |
| SHELTER REINSURANCE | BRADLEY ARANT BOULT CUMMINGS |
| Starr Indemnity & Liability Company | BURNS & FARREY PC |
| Starr Specialty Insurance Company | DELOITTE & TOUCHE LLP |
| STARR SURPLUS LINES INS CO | DELOITTE TAX LLP |
| STARSTONE SPECIALTY INS CO (CORE) | FISH & RICHARDSON PC |
| STEADFAST INSURANCE COMPANY/Zurich | GIBBS & BRUNS LLP |
| The Ohio Casualty Insurance Company (Liberty) | GORDON REES SCULLY & MANSUKHANI LLP |
| Travelers Casualty and Surety Company of America | GREENBERG TRAURIG LLP |
| Twin City Fire Insurance Company (The Hartford) | ICE MILLER LLP |
| XL Insurance America, Inc. | KPMG LLP |
| Zurich | MOORE & VAN ALLEN PLLC |
| Zurich American Insurance Company | MORGAN LEWIS & BOCKIUS LLP |
| **Letter of Credit Providers** | NORTON ROSE FULBRIGHT US LLP |
| PNC Bank, National Association | PRICEWATERHOUSECOOPERS LLP |
| **Litigation Parties** | REED SMITH LLP |
| Allstate Insurance Company OBO Wiseltier, Emelia | STEPTOE & JOHNSON PLLC |
| Austin, Robert | THOMPSON HINE LLP |
| Carlin, Nicholas EEOC | VERTEX INC |
| Imagesound Inc. | VORYS SATER SEYMOUR PEASE LLP |
| People of the State of California | **Other Governmental Authorities/Agencies** |
| Phillips, Abigail | Customs & Border Patrol |
| State of New Jersey | **Potential Purchasers/Investors** |
| | Nexus Capital Management LP |

## Schedule 2

| Real Estate Lessors/Landlords | |
|---|---|
| ALBERTSON'S INC. | HAP PROPERTY OWNER, LP |
| ALBERTSON'S LLC | HONIGMAN LLP |
| ALBERTSON'S, INC. | JONES LANG LASALLE AMERICAS, INC. |
| ARAPAHOE CROSSINGS, LP | JUSTWATER, LLC |
| ARC ASANDSC001, LLC | KIMCO |
| ARC NWNCHSC001, LLC | **KIMCO CORAL SPRINGS 623 LLC** |
| BETHEL GARP, LLC | KIR TAMPA 003, LLC |
| BOROUGH OF CHAMBERSBURG | **KIRKLAND & ELLIS LLP** |
| BRE RETAIL RESIDUAL OWNER 1 LLC | **KITE REALTY GROUP, L.P.** |
| BRE RETAIL NP MEMPHIS COMMONS OWNER LLC | KROGER LIMITED PARTNERSHIP I |
| BRE RETAIL NP OWNER 1 LLC | K-VA-T FOOD STORES INC |
| BRE RETAIL RESIDUAL NC OWNER L.P. | **LIT Industrial Limited Partnership** |
| BRE RETAIL RESIDUAL OWNER 1 LLC - ATTN: G. C. | M&T BANK |
| BRE RETAIL RESIDUAL OWNER 1 LLC - REGIONAL COUNSEL | **MAIN/OST LTD.** |
| BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | **MILLAN ENTERPRISES** |
| BRIXMOR COCONUT CREEK OWNER, LLC | **MILLAN HOLDINGS, LLC** |
| BRIXMOR GA APOLLO II TX LP | **MORSE ROAD COMPANY-I, LLC** |
| BRIXMOR GA PANAMA CITY, LLC | **NETSTREIT LP** |
| BRIXMOR GA WASHTENAW FOUNTAIN, LLC | OAKWOOD PLAZA LTD. PTSHIP |
| BRIXMOR HOLDINGS 12 SPE, ATTN:GENERAL COUNSEL | OXFORD DEVELOPMENT COMPANY |
| BRIXMOR HOLDINGS 12 SPE, LLC | **PALMS CROSSING TOWN CENTER, LLC** |
| BRIXMOR LEHIGH SC LLC | PMRE LLC |
| BRIXMOR MIRACLE MILE LLC | **PROTECTIVE LIFE INSURANCE COMPANY** |
| BRIXMOR PROPERTY GROUP | RALEIGH ENTERPRISES, LLC |
| BRIXMOR SPE 4 LLC | **REALTY INCOME PROPERTIES 16, LLC** |
| BRIXMOR WATSON GLEN, LLC | **REALTY INCOME PROPERTIES 21, LLC** |
| BRIXMOR/IA CAYUGA PLAZA LLC | **REALTY INCOME PROPERTIES 23, LLC** |
| BRIXMOR/IA RUTLAND PLAZA, LLC | **REALTY INCOME PROPERTIES 30, LLC** |
| CARRINGTON CAPITAL INVESTMENTS IV LLC | **REALTY INCOME PROPERTIES 4, LLC** |
| CARRINGTON CAPITAL LLC | **ROBINSON, BRADSHAW & HINSON, P.A.** |
| **Columbia Group Ltd.** | RPT REALTY LP |
| DDR CAROLINA PAVILION LP | **RPT SPRING MEADOWS LLC** |
| **DELHAIZE US HOLDING INC** | SAFEWAY INC. |
| FLAGLER S.C., LLC | **SAFEWAY INC. ATTN: REAL ESTATE LAW** |
| FOOD LION, LLC | SAFEWAY, INC. |
| **FORUM HOLDINGS, LLC** | SITE CENTERS CORP. |
| **FOUNDRY COMMERCIAL** | **SPIRIT REALTY LP** |
| **FRANKLIN SQUARE LP** | SUPERVALU INC |
| **GDC INVESTMENT COMPANY** | **TEJAS CORPORATION** |
| **GREENWOOD 153 LLC** | **TETON VENTURE, LLC** |
| **GRI-EQY (CONCORD) LLC** | THE KROGER COMPANY |
| | THE STOP & SHOP SUPERMARKET CO., LLC |
| | **TRU 2005 RE I, LLC** |
| | URBAN EDGE PROPERTIES |
| | **VENTURE PARTNERS LLC** |

Page 3

## Schedule 2

| | |
|---|---|
| **WAL-MART EAST, LP** | ARIZONA DEPARTMENT OF REVENUE - PHOENIX, AZ |
| WEGMANS FOOD MARKETS, INC. | ARKANSAS INSURANCE DEPARTMENT - LITTLE ROCK, AR |
| **WEINGARTEN NOSTAT LLC** | BEXAR COUNTY TAX ASSESSOR-COLLECTOR - SAN ANTONIO, TX |
| **WEST POINT PARTNERS** | BOARD OF EQUALIZATION - SACRAMENTO, CA |
| **WHITE OAKS PLAZA LLC** | **BOROUGH OF CHAMBERSBURG - CHAMBERSBURG, PA** |
| **WRI FREEDOM CENTRE, L.P.** | BROWARD COUNTY TAX COLLECTOR - FORT LAUDERDALE, FL |
| **WRI SEMINOLE MARKETPLACE, LLC** | CALIFORNIA TRAVEL AND TOURISM - SACRAMENTO, CA |
| **WRI TRAUTMANN, L.P.** | CHARTER TOWNSHIP OF CLINTON - CLINTON TOWNSHIP, MI |
| **Secured Lenders** | CITY AND COUNTY OF SAN FRANCISCO - SAN FRANCISCO, CA |
| 1903 Partners, LLC | CITY OF BATON ROUGE - BATON ROUGE, LA |
| 1903P Loan Agent, LLC | CITY OF BECKLEY - BECKLEY, WV |
| Banc of America Leasing & Capital, LLC | CITY OF BIRMINGHAM - BIRMINGHAM, AL |
| Bank of America, N.A. | CITY OF CHARLESTON - CHARLESTON, SC |
| Fifth Third Bank, National Association | CITY OF CHARLESTON - CHARLESTON, WV |
| Huntington National Bank | CITY OF CHARLOTTE - CHARLOTTE, NC |
| MUFG Bank, Ltd. | CITY OF CLOVIS - CLOVIS, NM |
| PNC Bank, National Association | CITY OF COLUMBIA - COLUMBIA, SC |
| Truist Bank | CITY OF CONCORD - CONCORD, CA |
| U.S. Bank National Association | CITY OF CONCORD - CONCORD, NC |
| Wells Fargo Bank, National Association | **CITY OF DALLAS - DALLAS, TX** |
| WhiteHawk Finance LLC | CITY OF DUBLIN - DUBLIN, CA |
| **Shareholders** | CITY OF FLORENCE - FLORENCE, KY |
| BlackRock, Inc. | CITY OF FRANKLIN - FRANKLIN, TN |
| FMR LLC | CITY OF FRANKLIN - NASHVILLE, TN |
| Liechtensteinische Landesbank Aktiengesellschaft | CITY OF FRESNO - FRESNO, CA |
| The Vanguard Group, Inc. | CITY OF GLENDALE - GLENDALE, AZ |
| **Suppliers and Vendors** | CITY OF HALLANDALE BEACH - HALLANDALE, FL |
| ASHLEY FURNITURE | CITY OF HOLLYWOOD - HOLLYWOOD, FL |
| DATA 2 LOGISTICS | CITY OF HOUSTON - HOUSTON, TX |
| ENGIE INSIGHT | CITY OF HUNTINGTON BEACH - HUNTINGTON BEACH, CA |
| GEODIS USA LLC | CITY OF HUNTSVILLE - HUNTSVILLE, AL |
| MEDIA STORM LLC | CITY OF JACKSONVILLE - JACKSONVILLE, NC |
| PROCTER & GAMBLE | CITY OF JOHNSON CITY - JOHNSON CITY, TN |
| SEALY INC | CITY OF KANSAS CITY - KANSAS CITY, KS |
| SERTA INC | CITY OF KANSAS CITY - KANSAS CITY, MO |
| **Sureties** | CITY OF LAKELAND - LAKELAND, FL |
| American Alternative Insurance Corporation | CITY OF LONG BEACH - LONG BEACH, CA |
| Liberty Mutual Insurance Company | CITY OF MEMPHIS, TENNESSEE - MEMPHIS, TN |
| **Surety Bond Brokers** | |
| Geodis SA | |
| **Taxing Authorities** | |
| ALABAMA DEPARTMENT OF REVENUE - MONTGOMERY, AL | |
| ARIZONA CORPORATION COMMISSION - PHOENIX, AZ | |

## Schedule 2

| | |
|---|---|
| CITY OF MOBILE - MOBILE, AL | **HARRIS COUNTY M.U.D. # 102 - FRIENDSWOOD, TX** |
| CITY OF NEW ORLEANS - NEW ORLEANS, LA | HARRIS COUNTY MUD #285 - HOUSTON, TX |
| CITY OF NEWNAN - NEWNAN, GA | **HARRIS COUNTY MUD #81 (HARRIS) - HOUSTON, TX** |
| CITY OF OXNARD - OXNARD, CA | **INTERNAL REVENUE SERVICE - LONG BEACH, CA** |
| CITY OF PLACERVILLE - PLACERVILLE, CA | **INTERNAL REVENUE SERVICE - OGDEN, UT** |
| **CITY OF PORTLAND - PORTLAND, OR** | **INTERNAL REVENUE SERVICE - WASHINGTON, DC** |
| CITY OF SACRAMENTO - SACRAMENTO, CA | LA DEPT OF REVENUE&TAXATION - BATON ROUGE, LA |
| CITY OF SAINT LOUIS - SAINT LOUIS, MO | PRICEWATERHOUSECOOPER LLP - COLUMBUS, OH |
| CITY OF SAN DIEGO - SAN DIEGO, CA | SC DEPARTMENT OF REVENUE - COLUMBIA, SC |
| **CITY OF SANTA CLARA - SANTA CLARA, CA** | **STATE OF NEW JERSEY - NEWARK, NJ** |
| CITY OF TAMPA - TAMPA, FL | **STATE OF NEW JERSEY - TRENTON, NJ** |
| CITY OF TUCSON - TUCSON, AZ | **Temporary Labor/Staffing Agencies** |
| **CITY OF VICKSBURG - VICKSBURG, MS** | ADECCO EMPLOYMENT SERVICES |
| CITY OF VIRGINIA BEACH TREAS - VIRGINIA BEACH, VA | AKKODIS |
| CLARK COUNTY ASSESSOR - LAS VEGAS, NV | CHEP USA |
| COLORADO DEPT OF REVENUE - DENVER, CO | COMPASS GROUP |
| COLORADO DEPT OF REVENUE - LAKEWOOD, CO | INFOSYS LIMITED |
| COMAL COUNTY TAX ASSESSOR-COLLECTOR - SAN ANTONIO, TX | PRIDESTAFF |
| COMMONWEALTH OF MASSACHUSETTS - BOSTON, MA | VERTIV CORPORATION |
| COMMONWEALTH OF MASSACHUSETTS - DANVERS, MA | **Utility Providers** |
| COMMONWEALTH OF PENNSYLVANIA - HARRISBURG, PA | AEP - Appalachian Power |
| COMMONWEALTH OF PENNSYLVANIA - PHILADELPHIA, PA | AES Indiana |
| COMMONWEALTH OF VIRGINIA - RICHMOND, VA | AES Ohio |
| COUNTY OF LOS ANGELES - LOS ANGELES, CA | Alabama Power |
| COUNTY OF LOS ANGELES - NORWALK, CA | Alliant Energy/IPL |
| COUNTY OF LOS ANGELES - SOUTH GATE, CA | Alliant Energy/WPL |
| COUNTY OF LOUDOUN - LEESBURG, VA | Ameren Illinois |
| COUNTY OF ORANGE - SANTA ANA, CA | Ameren Missouri |
| COUNTY OF SACRAMENTO - RANCH CORDOVA, CA | American Electric Power/24002 |
| COUNTY OF SACRAMENTO - SACRAMENTO, CA | American Electric Power/24418 |
| COUNTY OF SACRAMENTO EMD - MATHER, CA | AmeriGas - 9220 |
| COUNTY OF SAN BERNARDINO - SAN BERNARDINO, CA | AmeriGas - 9335 |
| COUNTY OF SAN DIEGO - SAN DIEGO, CA | Appalachian Power |
| COUNTY OF SANTA CLARA - SAN JOSE, CA | APS |
| DADE COUNTY TAX COLLECTOR - MIAMI, FL | **AQUA IL** |
| DARLINGTON COUNTY TREASURER - DARLINGTON, SC | Aqua Indiana, Inc. |
| DELAWARE DIVISION OF REVENUE - WILMINGTON, DE | Aqua New Jersey/70279 |
| | Aqua OH |
| | Aqua Pennsylvania/70279 |
| | Arkansas Oklahoma Gas Corp (AOG) |
| | AT&T |

**Schedule 2**

| | |
|---|---|
| AT&T MOBILITY | City of Live Oak FL |
| **Atlantic City Electric** | City of Marysville, WA |
| **Atmos Energy/630872/740353** | City of Millington, TN |
| Avista Utilities | City of Millville, NJ |
| Berkshire Gas Company | City of Oklahoma City, OK |
| BGE | City of Richmond, VA |
| Black Hills Energy | City of Rochester, NH |
| California American Water Company | **City of Rock Hill, SC** |
| California Water Service-Bakersfield | City of Rome, GA |
| California Water Service-Chico | City of Salina, KS |
| California Water Service-Livermore | City of Santa Clara, CA |
| California Water Service-Rancho Domingue | **City of Seattle/Seattle City Light** |
| California Water Service-Salinas | City of Surprise, AZ |
| California Water Service-Stockton | City of Tampa Utilities |
| Cascade Natural Gas | City of Toledo-Dept of Public Utilities |
| CenterPoint Energy Minnegasco/4671 | City of Tucson, AZ |
| CenterPoint Energy/1325/4981/2628 | City of Turlock, CA |
| CenterPoint Energy/1423 | **City of Vicksburg, MS** |
| CenterPoint Energy/2006 | City of Wilmington, DE |
| CenterPoint Energy/4849 | Clay County Utility Authority,FL |
| Central Hudson Gas & Electric Co | Cleco Power LLC |
| Central Maine Power (CMP) | **Cloverland Electric Cooperative/Dafter** |
| **Chattanooga Gas Company/5408** | Columbia County Water Utility |
| Chesapeake Utilities | Columbia Gas of Maryland - GTS |
| Citizens Energy Group/7056 | Columbia Gas of Ohio |
| City of Clovis, CA | **Columbia Gas of Pennsylvania** |
| City of Clovis, NM | Columbia Gas of Virginia |
| City of Colorado Springs, CO | Columbus Water Works |
| City of Columbia, MO | Connecticut Natural Gas Corp (CNG) |
| City of Concord, NC | Constellation NewEnergy Gas Div LLC/5473 |
| City of Conway, SC | Constellation NewEnergy/4640 |
| City of Dallas, TX | Consumers Energy |
| City of Dublin, GA | Corning Natural Gas |
| City of Florence, SC | **CoServ** |
| City of Fort Lauderdale, FL | CPS Energy |
| City of Fort Myers, FL | **Dekalb County/71224/105942** |
| City of Franklin, TN | DELMARVA POWER DE/MD/VA/17000/13609 |
| City of Fresno, CA | **Delta Natural Gas Co Inc** |
| City of Gainesville, GA | **Direct Energy/643249/660749** |
| City of Glendale, AZ/500 | Direct Energy/70220 |
| City of Grand Rapids, MI | **Dominion Energy South Carolina** |
| City of Greensboro, NC/1170 | Dominion Energy/27031 |
| City of Hallandale Beach, FL | DTE Energy/630795/740786 |
| City of Hollywood, FL | Duke Energy/1094 |
| City of Jacksonville, NC | Duke Energy/1326/1327 |

## Schedule 2

| | |
|---|---|
| Duquesne Light Company | Keter Environmental Services |
| **Easton Utilities - 1189** | Lakeland Electric/City of Lakeland,FL |
| **EBMUD-East Bay Municipal Utility Dist** | LEVEL 3 COMMUNICATIONS |
| El Paso Electric/650801 | Lexington-Fayette Urban County Govt |
| Electric City Utilities | LG&E - Louisville Gas & Electric |
| Elizabethtown Gas/6031 | **Liberty Utilities - NH** |
| **Elkton Gas** | **Liberty Utilities AZ** |
| **Energy West - Montana** | Liberty Utilities Georgia |
| Engie Power & Gas LLC/411330 | **Liberty Utilities New York/75463** |
| Engie Resources/9001025/841680 | **Liberty Utilities/219094** |
| Entergy Arkansas, Inc./8101 | **Liberty Utility CA/60144** |
| Entergy Gulf States LA, LLC/8103 | **Liberty Utility Missouri/75660** |
| Entergy Louisiana, Inc./8108 | Los Angeles Dept of Water & Power/30808 |
| Entergy Mississippi, Inc./8105 | **Maine Natural Gas, ME** |
| Entergy Texas, Inc./8104 | Memphis Light, Gas & Water Division |
| Eversource Energy 660753/56007 | Met-Ed/3687 |
| Eversource Energy/56002 | MidAmerican Energy Company |
| Eversource Energy/56003 | Mississippi Power |
| Eversource Energy/56004 | Missouri American Water |
| Eversource Energy/56005 | Modesto Irrigation District |
| Eversource/55215 | MonPower/Monongahela Power |
| Florida City Gas/22614 | **Montgomery Water Works** |
| Florida Public Utilities/825925 | Mountaineer Gas/580211 |
| FPL - Florida Power & Light Company | Nashville Electric Service |
| FPL Northwest FL | **National Fuel Resources/9072/371810** |
| Georgia Natural Gas/71245 | National Fuel/371835 |
| Georgia Power | National Grid - New York/371376 |
| Golden State Water Co. | National Grid - Pittsburgh/371338 |
| **Green Mountain Power Corporation** | National Grid - Pittsburgh/371382 |
| GreyStone Power Corporation (elec) | National Grid/371396 |
| Guardian/007912 | **New Jersey American Water Company/371331** |
| Harris County MUD 102 | New Mexico Gas Company |
| Harris County MUD 81 | Newport News Waterworks |
| Hope Gas Inc | Nicor Gas/2020/0632/5407 |
| Illinois American Water | NIPSCO - Northern Indiana Public Serv Co |
| Indiana American Water | NJNG |
| Indiana Michigan Power | NorthWestern Energy, MT |
| Intermountain Gas Company | NV Energy/30073 North Nevada |
| Iowa American Water Company | **NV Energy/30150 South Nevada** |
| JEA | NW Natural |
| Jefferson Parish, LA | NYSEG-New York State Electric & Gas |
| Jersey Central Power & Light | OG&E -Oklahoma Gas & Electric Service |
| Kansas Gas Service | Ohio Edison |
| Kentucky American Water Company | Omaha Public Power District |
| **Kentucky Power Co/371496/371420** | Orange County Utilities |

**Schedule 2**

| | |
|---|---|
| Pacific Gas & Electric | Summit Utilities Arkansas Inc |
| Pacific Power-Rocky Mountain Power | **Summit Utilities Oklahoma Inc** |
| PECO/37629 | **Susquehanna Township Authority PA** |
| Penelec/3687 | Symmetry Energy Solution LLC |
| Penn Power | Teco Tampa Electric Company |
| Pennsylvania American Water | Teco: Peoples Gas |
| **Peoples/644760** | Tennessee American Water Company |
| PEPCO (Potomac Electric Power Company) | Texas Gas Service |
| Philadelphia Gas Works | The Illuminating Company |
| Piedmont Natural Gas | The United Illuminating Company |
| PNM | Toledo Edison |
| Portland General Electric (PGE) | Town of Babylon, NY |
| **POTOMAC EDISON** | Township of Falls Authority |
| PPL Electric Utilities/419054 | Tucson Electric Power Company |
| PPL Electric Utilities/Allentown | Turlock Irrigation District |
| PSE&G-Public Service Elec & Gas Co | TXU Energy/650638 |
| Public Service Company of Oklahoma | TXU Energy/650700 |
| Puget Sound Energy | **UBS-Utility Billing Services** |
| Republic Services #046 | UGI Energy Services LLC |
| RG&E - Rochester Gas & Electric | UGI Utilities Inc |
| Rhode Island Energy | United Power |
| **Roseburg Urban Sanitary Authority** | **UNS Electric Inc** |
| Sacramento County Utilities | UNS Gas Inc |
| San Diego Gas & Electric | Veolia Water New Jersey |
| **San Gabriel Valley Water Company** | Veolia Water Pennsylvania |
| **San Jose Water Company** | **Veolia Water Toms River** |
| Santee Cooper | VERIZON WIRELESS |
| Semco Energy Gas Company | Vermont Gas Systems, Inc. |
| SMECO (Southern Maryland Electric Coop) | **Virginia American Water Company** |
| SMUD | Virginia Natural Gas/5409 |
| South Jersey Gas Company | **Washington Gas/37747** |
| Southern California Edison | Waste Management - 4648 |
| **Southern California Gas (The Gas Co.)** | Waste Management National Services, Inc. |
| Southern Connecticut Gas (SCG) | **Water Service Corp of Kentucky** |
| Southwest Gas | WE Energies/Wisconsin Electric/Gas |
| Southwestern Electric Power | West Penn Power |
| Spire/Birmingham | West Virginia American Water Company |
| Spire/St Louis | Xcel Energy |
| Sprague Operating Resources LLC/536469 | **Ypsilanti Community Utilities Authority** |
| Sprague Operating Resources LLC/782532 | **Master Servie List Parties** |
| SRP - Salt River Project/2951 | **3M Company** |
| Suburban Propane-1136 | **American National Insurance Company** |
| Suburban Propane-1217 | **Ballard Spahr LLP** |
| **Summit Natural Gas of Maine Inc** | **Barclay Damon LLP** |
| Summit Natural Gas of Missouri Inc | **BARNES & THORNBURG LLP** |

## Schedule 2

| | |
|---|---|
| **Blank Rome LLP** | **State of Arkansas Attorney General** |
| **Brixmor Operating Partnership LP** | **State of California Attorney General** |
| **Broward County** | **State of Colorado Attorney General** |
| **Building Air Services Hvac LLC** | **State of Connecticut Attorney General** |
| **Burlington Coat Factory Warehouse Corporation** | **State of Delaware Attorney General** |
| **Burr & Forman LLP** | **State of Florida Attorney General** |
| **Comenity Capital Bank** | **State of Georgia Attorney General** |
| **Unilever United States** | **State of Hawaii Attorney General** |
| **Conopco, Inc** | **State of Idaho Attorney General** |
| **Dell Financial Services LLC** | **State of Illinois Attorney General** |
| **Divisions Inc.** | **State of Indiana Attorney General** |
| **DLC Management Corporation** | **State of Iowa Attorney General** |
| **Elite Comfort Solutions** | **State of Kansas Attorney General** |
| **FGX International, Inc.** | **State of Kentucky Attorney General** |
| **Frost brown Todd LLP** | **State of Louisiana Attorney General** |
| **Fxi Inc** | **State of Maine Attorney General** |
| **Galveston County** | **State of Maryland Attorney General** |
| **Gibbons P.C.** | **State of Massachusetts Attorney General** |
| **Hahn Loeser & Parks LLP** | **State of Michigan Attorney General** |
| **Hinckley, Allen & Snyder LLP** | **State of Minnesota Attorney General** |
| **Hostess Brands, Inc.** | **State of Mississippi Attorney General** |
| **Internal Revenue Service** | **State of Missouri Attorney General** |
| **IRS Insolvency Section** | **State of Montana Attorney General** |
| **Jackson Walker LLP** | **State of Nebraska Attorney General** |
| **Kelley Drye & Warren LLP** | **State of Nevada Attorney General** |
| **Kimco Realty Corporation** | **State of New Hampshire Attorney General** |
| **Kroll Restructuring Administration LLC** | **State of New Jersey Attorney General** |
| **Nissin Foods (USA) Co., Inc.** | **State of New Mexico Attorney General** |
| **Office of the United States Trustee for the District of Delaware** | **State of New York Attorney General** |
| **Offit Kurman PA** | **State of North Carolina Attorney General** |
| **Pashman Stein Walder Hayden, P.C** | **State of North Dakota Attorney General** |
| **PepsiCo Sales, Inc** | **State of Ohio Attorney General** |
| **PepsiCo, Inc.** | **State of Oklahoma Attorney General** |
| **Quacker Sales & Distribution, Inc** | **State of Oregon Attorney General** |
| **Richards, Layton & Finger, P.A.** | **State of Pennsylvania Attorney General** |
| **Rolling Frito-Lay Sales, LP** | **State of Rhode Island Attorney General** |
| **Ryder Last Mile, Inc.** | **State of Tennessee Attorney General** |
| **Saul Ewing LLP** | **State of Texas Attorney General** |
| **Securities & Exchange Commission - NY Office** | **State of Utah Attorney General** |
| **Securities & Exchange Commission - Philadelphia Office** | **State of Vermont Attorney General** |
| **Shipman & Goodwin LLP** | **State of Virginia Attorney General** |
| **State of Alabama Attorney General** | **State of Washington Attorney General** |
| **State of Alaska Attorney General** | **State of West Virginia Attorney General** |
| **State of Arizona Attorney General** | **State of Wisconsin Attorney General** |
| | **State of Wyoming Attorney General** |

## Schedule 2

| |
|---|
| **Tarant County** |
| **Tempur Sealy International, Inc. and its affiliates** |
| **The J.M. Smucker Company** |
| **U.S. Securities and Exchange Commission - Headquarters** |
| **United States of America Attorney General** |
| **Warner Norcross + Judd LLP** |
| **Whiteford, Taylor & Preston LLC** |
| **Official Committee of Unsecured Creditors - Members and Professionals** |
| **Realty Income Corporation** |
| **Blue Owl Real Estate Capital LLC** |
| **NCR Voyix Corporation (f/k/a NCR Corporation)** |
| **McDermott Will & Emery LLP** |
| **Cole Schotz P.C.** |