# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 24, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees To Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions To Honor and Process Related Checks and Transfers [Docket No. 14]

- Interim Order Authorizing (I) Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 113]

*[Remainder of the page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: September 27, 2024

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 27, 2024, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 82454

**Exhibit A**

## Exhibit A
Notice Parties Service List
Served via email

| NAME | EMAIL |
|---|---|
| AKUME, ASEN | Address on File |
| BARGA, MATTHEW A | Address on File |
| BARR, BRENDAN | Address on File |
| BASS, DORIAN | Address on File |
| BIRCH, APRIL | Address on File |
| BLEMASTER, SCOTT | Address on File |
| BOOTHE, EDWIN | Address on File |
| BROWN, KURT | Address on File |
| CARUSO, JONATHAN | Address on File |
| CATTANO, VINCENT M | Address on File |
| CAUDILL, JAY | Address on File |
| CHRIST, EMILY S | Address on File |
| CLINTON, LAUREN | Address on File |
| COBURN, COLIN | Address on File |
| CONCEPCION, ALVIN | Address on File |
| CORBETT, AMANDA | Address on File |
| COX, KRISTEN | Address on File |
| COYLE, EDWARD M | Address on File |
| DICKINSON, BRAD W | Address on File |
| DICKSTEIN, ANDREW | Address on File |
| DILLARD, STACY | Address on File |
| DORSCHNER, DONALD L | Address on File |
| DYETT, CHRIS | Address on File |
| EYNON, CLYDE | Address on File |
| FITZGERALD, GERALD P | Address on File |
| FOWLER, JEFFERY | Address on File |
| FRENCH, MICHAEL | Address on File |
| GAITHER, KENNETH | Address on File |

## Exhibit A
Notice Parties Service List
Served via email

| NAME | EMAIL |
|---|---|
| GONZALEZ, AMY L | Address on File |
| GOURLEY, CRAIG | Address on File |
| GREEN, REBECCA K | Address on File |
| GRIESDORN, CORINNE | Address on File |
| GUERRERO, JUAN E | Address on File |
| HANSON, GLENN A | Address on File |
| HASSON, CHRISTOPHER L | Address on File |
| HEDGE, DEVON | Address on File |
| HEMBREE, ALLEN G | Address on File |
| HICKS, ERIN H H. | Address on File |
| HOLBEIN, JULIE | Address on File |
| HOLLOWAY, RODNEY | Address on File |
| HOOVER, JOHAN | Address on File |
| HOWARD, NANCY E | Address on File |
| HUSK, JACOB | Address on File |
| HUTKAI, STEVE | Address on File |
| HUTTON, SCOTT | Address on File |
| JACKSON, STEVEN T | Address on File |
| JENNINGS, MOLLY | Address on File |
| JUSTEN, DAWN | Address on File |
| KANE, NICHOLAS R | Address on File |
| KAUFMAN, LORRAINE M | Address on File |
| KELLEY, JAMES | Address on File |
| KLINE, LYNDA L | Address on File |
| KUEHL, KEVIN | Address on File |
| LIYANAPATHIRANA, CHINTHAKA | Address on File |
| LONGBOTTOM, NATHAN | Address on File |
| LYONS, STEPHANIE A | Address on File |

## Exhibit A
Notice Parties Service List
Served via email

| NAME | EMAIL |
|------|-------|
| MACKE, CHRIS | Address on File |
| MARKS, SETH | Address on File |
| MASON, DAVID | Address on File |
| MATOS, MARIA | Address on File |
| MEANS, CHRISTOPHER | Address on File |
| MEINEN, BERNADINE M | Address on File |
| MELLQUIST, MEGAN | Address on File |
| MORRIS, BRADLEY P | Address on File |
| MUKUNDACHAR, SATISH | Address on File |
| MUNDORF, JENNIFER | Address on File |
| NANBERG, JOSHUA H | Address on File |
| NORCROSS, MARK | Address on File |
| NULL, MICHAEL | Address on File |
| OLLHOFF, DOMINIC M | Address on File |
| ONEIL, NOREEN E | Address on File |
| PHASALKAR, RAGHAVENDRA | Address on File |
| PINCHUK, IAN | Address on File |
| RAMOS, MARCOS A | Address on File |
| RAMSDEN, JONATHAN | Address on File |
| RAVER, SCOTT | Address on File |
| RIFFLE, BRIAN A | Address on File |
| ROBEY, MICHAEL F | Address on File |
| ROBINS, RONALD | Address on File |
| ROLLINS, JOSEPH R | Address on File |
| ROUNTREE, ELISA | Address on File |
| RUESS, JENNIFER | Address on File |
| RUSH, MEGAN | Address on File |
| SANBORN, DAVE | Address on File |

Exhibit A
Notice Parties Service List
Served via email

| NAME | EMAIL |
|---|---|
| SCHLONSKY, MICHAEL A | Address on File |
| SCHROEDER, JAMES | Address on File |
| SCHWERIN, BROOKE | Address on File |
| SEEMANN, JASON | Address on File |
| SHINLEVER, KORY | Address on File |
| SISILLI, LEONARD J | Address on File |
| SWEARINGEN, CHRISTIE | Address on File |
| SWINDELL, ERIC W | Address on File |
| THOMAS, GEORGE | Address on File |
| THORN, BRUCE K | Address on File |
| TROSCLAIR, SHELLY L | Address on File |
| VANCE, JACQUELINE S | Address on File |
| WAGNER, CHARLES | Address on File |
| WEBER, TERESA | Address on File |
| WELT, MONICA | Address on File |
| WOURMS, BENJAMIN P | Address on File |
| YOKUM, DANIEL | Address on File |
| ZAMPINI, MICHAEL | Address on File |
| ZUCCALA, DOMINIC | Address on File |
| ZUEHLKE, JENIFER A | Address on File |