## Exhibit A

**Additional Closing Stores**

| Store List |
|---|

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 4589 | PLANO | 600 W 15TH ST | PLANO | TX | 75075 | 37,420 | 26,625 |
| 2 | 4485 | WEST JORDAN | 3931 W 9000 S | WEST JORDAN | UT | 84088 | 43,800 | 25,516 |
| 3 | 1038 | TYLER | 1421 S BECKHAM AVE | TYLER | TX | 75701 | 27,917 | 17,749 |
| 4 | 4007 | ESCONDIDO | 1625 E VALLEY PKWY | ESCONDIDO | CA | 92027 | 24,225 | 17,975 |
| 5 | 4690 | HUNTINGTON | 5636 US ROUTE 60 | HUNTINGTON | WV | 25705 | 42,219 | 26,445 |
| 6 | 1143 | HOT SPRINGS NATIONAL PARK | 207 AIRPORT RD | HOT SPRINGS NATIONAL PARK | AR | 71913 | 38,666 | 24,100 |
| 7 | 1543 | ROUND LAKE BEACH | 400 W ROLLINS RD | ROUND LAKE BEACH | IL | 60073 | 29,212 | 20,527 |
| 8 | 4030 | VENTURA | 299 BORCHARD DR | VENTURA | CA | 93003 | 22,972 | 17,818 |
| 9 | 5354 | BLUE ASH | 4154 HUNT RD | BLUE ASH | OH | 45236 | 35,702 | 24,091 |
| 10 | 5168 | DOUGLASVILLE | 2842 CHAPEL HILL RD | DOUGLASVILLE | GA | 30135 | 29,473 | 20,929 |
| 11 | 4713 | GLASSBORO | 811 N DELSEA DR | GLASSBORO | NJ | 08028 | 40,582 | 24,512 |
| 12 | 1986 | HOUSTON | 9795 WESTHEIMER RD | HOUSTON | TX | 77042 | 32,283 | 22,547 |
| 13 | 1854 | ESSEX JUNCTION | 70 PEARL ST | ESSEX JUNCTION | VT | 05452 | 38,076 | 24,701 |
| 14 | 552 | LONGWOOD | 250 N US HWY 17-92 | LONGWOOD | FL | 32750 | 29,952 | 22,275 |
| 15 | 1349 | MEMPHIS | 7950 GIACOSA PL | MEMPHIS | TN | 38133 | 29,443 | 18,363 |
| 16 | 4613 | FRANKLIN PARK | 10205 GRAND AVE | FRANKLIN PARK | IL | 60131 | 29,081 | 22,024 |
| 17 | 4514 | HENDERSON | 1221 W WARM SPRINGS RD | HENDERSON | NV | 89014 | 30,869 | 21,800 |
| 18 | 3 | AUGUSTA | 2708 PEACH ORCHARD RD | AUGUSTA | GA | 30906 | 38,360 | 26,501 |
| 19 | 1970 | SAINT PETERS | 5881 SUEMANDY RD | SAINT PETERS | MO | 63376 | 29,929 | 21,416 |
| 20 | 5326 | MILLVILLE | 101 BLUEBIRD LN | MILLVILLE | NJ | 08332 | 30,320 | 21,558 |
| 21 | 4543 | ROWLETT | 3601 LAKEVIEW PKWY | ROWLETT | TX | 75088 | 40,325 | 28,331 |
| 22 | 1949 | GARLAND | 3178 LAVON DR | GARLAND | TX | 75040 | 36,155 | 26,706 |
| 23 | 4687 | BAYSHORE | 1851 SUNRISE HWY | BAYSHORE | NY | 11706 | 43,195 | 26,676 |
| 24 | 5103 | PARKVILLE | 2525 CLEANLEIGH DR | PARKVILLE | MD | 21234 | 25,561 | 19,282 |
| 25 | 4569 | POCATELLO | 1000 Pocatello Creek Road | Pocatello | ID | 83201 | 37,658 | 24,628 |
| 26 | 827 | MEMPHIS | 4224 SUMMER AVE | MEMPHIS | TN | 38122 | 32,020 | 22,168 |
| 27 | 4686 | MONTEBELLO | 1445 N MONTEBELLO BLVD | MONTEBELLO | CA | 90640 | 45,170 | 28,860 |
| 28 | 5316 | DULUTH | 3950 VENTURE DR | DULUTH | GA | 30096 | 34,639 | 25,207 |
| 29 | 4665 | HANFORD | 150 SOUTH 11TH AVE. | HANFORD | CA | 93230 | 27,800 | 18,826 |
| 30 | 4671 | EAST HAVEN | 610 LAS TUNAS DR | ARCADIA | CA | 06512 | 30,151 | 22,228 |
| 31 | 4697 | BEAUMONT | 5910 EASTEX FWY | BEAUMONT | TX | 77708 | 43,404 | 28,778 |
| 32 | 4574 | SONORA | 1141 SANGUINETTI RD. | SONORA | CA | 95370 | 27,746 | 19,626 |
| 33 | 1643 | MATTHEWS | 10416 E INDEPENDENCE BLVD STE 500 | MATTHEWS | NC | 28105 | 40,989 | 27,935 |
| 34 | 4711 | GRANDVILLE | 4655 CANAL AVE SW | GRANDVILLE | MI | 49418 | 30,410 | 22,215 |
| 35 | 4049 | LA CANADA FLINTRIDGE | 2243 FOOTHILL BLVD | LA CANADA FLINTRIDGE | CA | 91011 | 22,247 | 17,967 |
| 36 | 1992 | GENEVA | 785 CANANDAIGUA RD | GENEVA | NY | 14456 | 30,031 | 21,269 |
| 37 | 1706 | UNION CITY | 6851 SHANNON PKWY | UNION CITY | GA | 30291 | 25,529 | 18,704 |
| 38 | 1200 | SOUTH BEND | 1911 E IRELAND RD | SOUTH BEND | IN | 46614 | 50,664 | 28,886 |
| 39 | 1681 | MUNCIE | 1795 W MCGALLIARD RD STE 2 | MUNCIE | IN | 47304 | 37,652 | 24,618 |
| 40 | 1386 | CHALMETTE | 8700 W JUDGE PEREZ DR | CHALMETTE | LA | 70043 | 29,271 | 21,929 |
| 41 | 1704 | STERLING | 300 ENTERPRISE ST | STERLING | VA | 20164 | 35,545 | 25,826 |
| 42 | 4504 | SURPRISE | 14537 W GRAND AVE STE 200 | SURPRISE | AZ | 85374 | 26,897 | 19,575 |
| 43 | 5233 | BIRMINGHAM | 3003 W MANCHESTER BLVD | INGLEWOOD | CA | 35235 | 28,231 | 20,222 |
| 44 | 4757 | KINGSTON | 1375 ULSTER AVE | KINGSTON | NY | 12401 | 47,713 | 30,876 |
| 45 | 1490 | DAVENPORT | 3562 N BRADY ST | DAVENPORT | IA | 52806 | 38,996 | 25,756 |
| 46 | 4620 | MESA | 1110 W SOUTHERN AVE STE 1 | MESA | AZ | 85210 | 29,963 | 22,036 |
| 47 | 4225 | MIAMI | 2100 SW 27TH AVE | MIAMI | FL | 33145 | 19,136 | 15,659 |
| 48 | 5216 | NASHVILLE | 5702 NOLENSVILLE RD | NASHVILLE | TN | 37211 | 32,400 | 23,097 |
| 49 | 4602 | ROSEVILLE | 10251 FAIRWAY DR. | ROSEVILLE | CA | 95678 | 32,895 | 23,904 |
| 50 | 4551 | LAKE ELSINORE | 32241 MISSION TRL UNIT C | LAKE ELSINORE | CA | 92530 | 29,968 | 24,079 |
| 51 | 1377 | MIDDLETOWN | 400 ROUTE 211 E STE 28 | MIDDLETOWN | NY | 10940 | 47,870 | 29,284 |
| 52 | 1994 | KANSAS CITY | 4826 N OAK TRFY | KANSAS CITY | MO | 64118 | 33,578 | 24,566 |
| 53 | 4716 | MOUNT PLEASANT | 4080 E BLUE GRASS RD | MOUNT PLEASANT | MI | 48858 | 37,250 | 24,907 |
| 54 | 5230 | VERO BEACH | 6420 20TH ST | VERO BEACH | FL | 32966 | 33,208 | 23,619 |
| 55 | 5236 | HICKSVILLE | 275 S. BROADWAY | HICKSVILLE | NY | 11801 | 42,774 | 29,368 |
| 56 | 5469 | ENID | 4010 W OWEN K GARRIOTT RD, STE 300 | ENID | OK | 73703 | 41,708 | 28,805 |
| 57 | 4556 | BEND | 2600 NE HIGHWAY 20 | BEND | OR | 97701 | 31,899 | 20,608 |
| 58 | 1911 | GLENDALE | 6660 W CACTUS RD STE A110 | GLENDALE | AZ | 85304 | 35,793 | 25,257 |