## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 13, 137, 252 & 350** |

### NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER PURSUANT TO SECTION 363 AND 365 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS-IN-POSSESSION TO TERMINATE OR ASSUME, ASSIGN AND SELL CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* (the "**Lease Sale Procedures Motion**") (D.I. 13).

**PLEASE TAKE FURTHER NOTICE** that, on September 11, 2024, the Court entered the *Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (the "**Interim Lease Sale Procedures Order**") (D.I. 137).

**PLEASE TAKE FURTHER NOTICE** that, on September 18, 2024, and September 25, 2024, pursuant to the Lease Sale Procedures Order, the Debtors conducted virtual auctions (the "**Lease Auctions**") (D.I. 175, 196 & 266) for certain of the Debtors' unexpired real property leases (the "**Lease Assets**").

**PLEASE TAKE FURTHER NOTICE** that, on September 19, 2024, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* (D.I. 229), and on September 25, 2024, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Supplemental Auction of Certain of the Debtors' Lease Assets and Assumption and*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Assignment of Certain Unexpired Leases* (D.I. 286) (collectively, the "**Post-Auction Notices**"), announcing the successful bidders and backup bidders (each a "**Successful Bid**" to the "**Successful Bidders**") for the Lease Assets.

   **PLEASE TAKE FURTHER NOTICE** that on September 23, 2024, the Debtors filed the *Notice of Filing of Proposed Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-Possession To Terminate or Assume, Assign and Sell Certain Non-Residential Real Property Leases* (D.I. 252).

   **PELASE TAKE FURTHER NOTICE** that on September 27, 2024, the Debtors filed the *Notice of Filing of Revised Proposed Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-Possession to Terminate or Assume, Assign and Sell Certain Non-Residential Real Property Leases* (D.I. 350) (the "**First Revised Lease Sale Order**"), in response to comments received from Successful Bidders and other interested parties.

   **PLEASE TAKE FURTHER NOTICE** that the Debtors have further revised the Lease Sale Order (the "**Further Revised Lease Sale Order**") in response to additional comments received from interested parties.

   **PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the sale, assumption and assignment, termination, or other disposition of the Lease Assets to the Successful Bidders at the Lease Auctions, will be held before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **September 30, 2024 at 11:00 a.m**. (prevailing Eastern Time) (the "**Lease Sale Hearing**").

   **PLEASE TAKE FURTHER NOTICE** that, at the Lease Sale Hearing, the Debtors will seek approval of each Successful Bid pursuant to the Further Revised Lease Sale Order, substantially in the form attached hereto as **Exhibit 1**.  For the convenience of the Court and all parties in interest, a redline comparing the Further Revised Lease Sale Order to the First Revised Lease Sale Order is attached hereto as **Exhibit 2**.

*[Signature page follows]*

Dated: September 29, 2024
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-*and*-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*