# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN E. MITCHELL

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of John E. Mitchell of Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201 to represent Realty Income Corporation and Spirit Realty, L.P. in the above-captioned cases.

Dated: September 27, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:  chipman@chipmanbrown.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

### CERTIFICATION BY JOHN E. MITCHELL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: September 27, 2024

/s/ *John E. Mitchell*
John E. Mitchell
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone:  (214) 765-3600
Facsimile:   (214) 765-3602
Email: john.mitchell@katten.com

**Dated: September 30th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4859-2712-9834, v. 1