**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>BIG LOTS, INC.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.  24-11967 (JKS) |

**REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE, Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

>Turner Law APC
>600 B Street, Suite 1700
>San Diego, CA 92101
>Attn: John M. Turner, Esq.
>Telephone:  619-237-1212
>Email:  jmt@tmsdlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of 1600 Eastchase Parkway Leasing LLC in the above-captioned matter.

>Turner Law APC
>600 B Street, Suite 1700
>San Diego, CA 92101
>Attn: John M. Turner, Esq.
>Telephone: 619-237-1212
>Email: jmt@tmsdlaw.com
>Counsel to Dangood-RSM LP

Dated:  September 30, 2024　　　　　　　　　　By: /s/ *John M. Turner*
　　　　　　　　　　　　　　　　　　　　　　　　　　　John M. Turner

1