# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967(JKS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Levene, Neale, Bender, Yoo & Golubchik, L.L.P. ("LNBYG") hereby appears in the above-referenced chapter 11 cases as counsel for SquareTrade, Inc. and pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1, and 9006-1, requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned attorneys at the following addresses and facsimile numbers:

> Eve H. Karasik
> Jeffrey S. Kwong
> Levene, Neale, Bender, Yoo & Golubchik L.L.P.
> 2818 La Cienega Avenue
> Los Angeles, CA 90034
> Telephone: 310-229-1234
> Facsimile: 310-229-1244
> EHK@lnbyg.com; JSK@lnbyg.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case or the rights of Squaretrade.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Squaretrade, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Squaretrade is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Los Angeles, California

September 27, 2024        **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

                          */s/ Eve H. Karasik*
                          Eve H. Karasik (Cal. Bar No. 155356)
                          Jeffrey S. Kwong (Cal. Bar No. 288239)
                          2818 La Cienega Avenue
                          Los Angeles, CA 90034
                          Telephone: (310) 229-1234
                          Facsimile:  (310) 229-1244
                          EHK@LNBYG.com; JSK@LNBYG.COM
                          *Counsel for Squaretrade, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and not a party to the within action; my business address is 2818 La Cienega Avenue, Los Angeles, California 90034. I also certify that on September 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.



                                                    /s/ Lisa Masse
                                                    LISA MASSE