# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | ) Case No. 24-11967 (JKS) |
| Debtors, | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Homestar North America, LLC ("Homestar") and Prima Holdings International Limited ("Prima Holdings", collectively with Homestar, the "Creditors") in the case of the above-captioned debtors and debtors-in-possession (the "Debtors"). Creditors, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, requests (i) that all notices given or required to be given in

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158), Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:   mmueller@williamsmullen.com
           jmclemore@williamsmullen.com

*Counsel for Homestar North America, LLC*
*and Prima Holdings International Limited*

these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below and (ii) that the undersigned attorneys be added to the mailing matrix on file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

> Michael D. Mueller, Esquire
> Jennifer M. McLemore, Esquire
> WILLIAMS MULLEN
> 200 South 10th, Street, Suite 1600
> Richmond, Virginia 23219-3095
> Telephone:  (804) 420-6000
> Facsimile:  (804) 420-6507
> Email: mmueller@williamsmullen.com
>            jmclemore@williamsmullen.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of Creditors, including by requiring any act, delivery of any property, payment or other conduct by Creditors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Creditors (1) to have final orders in non-core matters entered only after de

novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to ask the United States District Court to issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

Date:  October 1, 2024                              WILLIAMS MULLEN

                                        By:      /s/ Michael D. Mueller
                                                 Michael D. Mueller, Esquire
                                                 Jennifer M. McLemore, Esquire
                                                 WILLIAMS MULLEN
                                                 200 South 10th, Street, Suite 1600
                                                 Richmond, Virginia 23219-3095
                                                 Telephone:  (804) 420-6000
                                                 Facsimile:  (804) 420-6507
                                                 Email: mmueller@williamsmullen.com
                                                                            jmclemore@williamsmullen.com

                                                 *Counsel for Homestar North America, LLC*
                                                 *and Prima Holdings International Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October 2024, I caused a copy of the foregoing to be served by electronic means through the Court's electronic case filing system.

/s/ Michael D. Mueller
Michael D. Mueller

106413330.1

4