# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-1196-JKS |
| | § | |
| BIG LOTS, INC., ET AL. | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE
## ON BEHALF OF CITY OF JEFFERSON

**YOU ARE HEREBY NOTIFIED** that Notice of Appearance filed on behalf of City of Jefferson is hereby **WITHDRAWN** as it was filed in error.

**Date: September 3, 2024**

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

*/s/ Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Facsimile

*Counsel*

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-1196-JKS |
| | § | |
| **BIG LOTS, INC., ET AL.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Notice of Withdrawal of Notice of Appearance on behalf of City of Jefferson** shall be served via the Electronic Case Filing System on September 3, 2024.

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier