# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Liberty Mutual Insurance Company ("Liberty Mutual") pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned cases be given to and served on the following:

| | |
|---|---|
| Frederick B. Rosner, Esq. | Scott A. Zuber, Esq. |
| Zhao (Ruby) Liu, Esq. | Terri Jane Freedman, Esq. |
| The Rosner Law Group LLC | Chiesa Shahinian & Giantomasi PC |
| 824 N. Market St., Suite 810 | 105 Eisenhower Parkway |
| Wilmington, DE 19801 | Roseland, NJ  07068 |
| Email: rosner@teamrosner.com | Email: szuber@csglaw.com |
| liu@teamronser.com | tfreedman@csglaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

{00039865. }

whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Liberty Mutual's (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Liberty Mutual may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Liberty Mutual expressly reserves.

Dated: October 2, 2024
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner, Esq.
Zhao (Ruby) Liu, Esq.
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
liu@teamronser.com

and

**CHIESA SHAHINIAN & GIANTOMASI PC**
Scott A. Zuber, Esq. (*pro hac vice* pending)
Terri Jane Freedman, Esq. (*pro hac vice* pending)
105 Eisenhower Parkway
Roseland, NJ 07068
Email: szuber@csglaw.com
tfreedman@csglaw.com

*Counsel for Liberty Mutual Insurance Company*