# **EXHIBIT A**

Dewan & Sons' Unpaid Goods

**DEWAN & SONS EXPORTS PVT LTD FY 2024-25**

| INV.NO. | PO NO | INV.DATE | INVOICE AMOUNT | DUE AMOUNT | IN TRANSIT AMOUNT | BL DATE | DELIVERY DATE OR ETA | CLAIM TYPE |
|---|---|---|---|---|---|---|---|---|
| 143/24 | 95152792 | 13-May-24 | $ 9,081.96 | $ 9,081.96 | | 23-May-24 | 5-Jul-24 | General Unsecured |
| 307/24 | 95193421 | 5-Jun-24 | $ 8,769.60 | $ 8,769.60 | | 18-Jun-24 | 1-Aug-24 | General Unsecured |
| 274/24 | 95320735 | 3-Jun-24 | $ 2,141.76 | $ 2,141.76 | | 18-Jun-24 | 5-Aug-24 | General Unsecured |
| 275/24 | 95320736 | 3-Jun-24 | $ 2,048.64 | $ 2,048.64 | | 20-Jun-24 | 5-Aug-24 | General Unsecured |
| 277/24 | 95195192 | 3-Jun-24 | $ 11,710.40 | $ 11,710.40 | | 20-Jun-24 | 5-Aug-24 | General Unsecured |
| 220/24 | 95195190 | 23-May-24 | $ 16,844.96 | $ 16,844.96 | | 17-Jun-24 | 6-Aug-24 | General Unsecured |
| 266/24 | 95193424 | 31-May-24 | $ 29,492.40 | $ 29,492.40 | | 22-Jun-24 | 10-Aug-24 | General Unsecured |
| 193/24 | 95195188 | 20-May-24 | $ 10,899.68 | $ 10,899.68 | | 4-Jun-24 | 11-Aug-24 | General Unsecured |
| 221/24 | 95347348 | 23-May-24 | $ 1,676.16 | $ 1,676.16 | | 3-Jun-24 | 11-Aug-24 | General Unsecured |
| 241/24 | 95193416 | 28-May-24 | $ 12,639.60 | $ 12,639.60 | | 28-Jun-24 | 12-Aug-24 | General Unsecured |
| 201/24 | 95347350 | 21-May-24 | $ 1,489.92 | $ 1,489.92 | | 5-Jun-24 | 13-Aug-24 | General Unsecured |
| 202/24 | 95193422 | 21-May-24 | $ 7,516.80 | $ 7,516.80 | | 5-Jun-24 | 13-Aug-24 | General Unsecured |
| 341/24 | 95252802 | 11-Jun-24 | $ 20,507.00 | $ 20,507.00 | | 22-Jun-24 | 14-Aug-24 | General Unsecured |
| 342/24 | 95299494 | 11-Jun-24 | $ 16,337.00 | $ 16,337.00 | | 22-Jun-24 | 14-Aug-24 | General Unsecured |
| 361/24 | 95193421 | 14-Jun-24 | $ 8,925.84 | $ 8,925.84 | | 5-Jul-24 | 15-Aug-24 | General Unsecured |
| 354/24 | 95193419 | 12-Jun-24 | $ 4,675.44 | $ 4,675.44 | | 20-Jun-24 | 18-Aug-24 | General Unsecured |
| 276/24 | 95347349 | 3-Jun-24 | $ 807.04 | $ 807.04 | | 20-Jun-24 | 20-Aug-24 | 503(b)(9) |
| 306/24 | 95193419 | 5-Jun-24 | $ 4,593.60 | $ 4,593.60 | | 20-Jun-24 | 20-Aug-24 | 503(b)(9) |
| 366/24 | 95252802 | 15-Jun-24 | $ 6,699.00 | $ 6,699.00 | | 28-Jun-24 | 20-Aug-24 | 503(b)(9) |
| 72/24 | 95152797 | 27-Apr-24 | $ 5,776.92 | $ 5,776.92 | | 10-May-24 | 21-Aug-24 | 503(b)(9) |
| 194/24 | 95195191 | 20-May-24 | $ 6,305.60 | $ 6,305.60 | | 4-Jun-24 | 22-Aug-24 | 503(b)(9) |
| 398/24 | 95252804 | 21-Jun-24 | $ 19,062.00 | $ 19,062.00 | | 5-Jul-24 | 26-Aug-24 | 503(b)(9) |
| 403/24 | 95299496 | 22-Jun-24 | $ 19,964.00 | $ 19,964.00 | | 5-Jul-24 | 28-Aug-24 | 503(b)(9) |
| 404/24 | 95252804 | 22-Jun-24 | $ 16,424.00 | $ 16,424.00 | | 5-Jul-24 | 28-Aug-24 | 503(b)(9) |
| 401/24 | 95299495 | 22-Jun-24 | $ 23,591.00 | $ 23,591.00 | | 10-Jul-24 | 4-Sep-24 | 503(b)(9) |
| 402/24 | 95299498 | 22-Jun-24 | $ 23,250.00 | $ 23,250.00 | | 5-Jul-24 | 4-Sep-24 | 503(b)(9) |
| 339/24 | 95252805 | 11-Jun-24 | $ 23,085.00 | $ 23,085.00 | | 22-Jun-24 | 8-Sep-24 | 503(b)(9) |
| 340/24 | 95299497 | 11-Jun-24 | $ 14,415.00 | $ 14,415.00 | | 22-Jun-24 | 8-Sep-24 | 503(b)(9) |
| 451/24 | 95301011 | 3-Jul-24 | $ 8,298.00 | $ 8,298.00 | | 22-Jul-24 | 8-Sep-24 | 503(b)(9) |
| 397/24 | 95259318 | 21-Jun-24 | $ 15,740.40 | $ 15,740.40 | | 5-Jul-24 | 9-Sep-24 | 503(b)(9) |
| 384/24 | 95268213 | 19-Jun-24 | $ 14,850.00 | $ 14,850.00 | | 5-Jul-24 | 12-Sep-24 | Post-Petition Delivery |
| 385/24 | 95259318 | 19-Jun-24 | $ 18,876.00 | $ 18,876.00 | | 5-Jul-24 | 12-Sep-24 | Post-Petition Delivery |
| 690/24 | 95268210 | 29-Jul-24 | $ 12,339.00 | $ 12,339.00 | | 9-Aug-24 | 20-Sep-24 | Post-Petition Delivery |

**DEWAN & SONS EXPORTS PVT LTD FY 2024-25**

| INV.NO. | PO NO | INV.DATE | INVOICE AMOUNT | DUE AMOUNT | IN TRANSIT AMOUNT | BL DATE | DELIVERY DATE OR ETA | CLAIM TYPE |
|---|---|---|---|---|---|---|---|---|
| 691/24 | 95399572 | 29-Jul-24 | $ 4,956.00 | $ 4,956.00 | | | 20-Sep-24 | Post-Petition Delivery |
| 692/24 | 95399832 | 29-Jul-24 | $ 3,333.00 | $ 3,333.00 | | 9-Aug-24 | 20-Sep-24 | Post-Petition Delivery |
| 693/24 | 95259315 | 29-Jul-24 | $ 26,024.80 | $ 26,024.80 | | 9-Aug-24 | 20-Sep-24 | Post-Petition Delivery |
| 694/24 | 95415351 | 29-Jul-24 | $ 21,994.50 | $ 21,994.50 | | 9-Aug-24 | 20-Sep-24 | Post-Petition Delivery |
| 530/24 | 95415351 | 12-Jul-24 | $ 9,863.00 | $ 9,863.00 | | 1-Aug-24 | 22-Sep-24 | Post-Petition Delivery |
| 552/24 | 95348487 | 16-Jul-24 | $ 3,802.00 | $ 3,802.00 | | 1-Aug-24 | 22-Sep-24 | Post-Petition Delivery |
| 450/24 | 95301010 | 3-Jul-24 | $ 8,298.00 | $ 8,298.00 | | 2-Aug-24 | 23-Sep-24 | Post-Petition Delivery |
| 346/24 | 95193422 | 11-Jun-24 | $ 7,650.72 | $ 7,650.72 | | 11-Jul-24 | 25-Sep-24 | Post-Petition Delivery |
| 477/24 | 95399575 | 4-Jul-24 | $ 7,084.00 | $ 7,084.00 | | 11-Jul-24 | 25-Sep-24 | Post-Petition Delivery |
| 485/24 | 95320748 | 5-Jul-24 | $ 6,084.45 | $ 6,084.45 | | | 25-Sep-24 | Post-Petition Delivery |
| 518/24 | 95320750 | 11-Jul-24 | $ 7,067.70 | $ 7,067.70 | | 2-Aug-24 | 25-Sep-24 | Post-Petition Delivery |
| 635/24 | 95348489 | 23-Jul-24 | $ 4,486.36 | $ 4,486.36 | | 9-Aug-24 | 25-Sep-24 | Post-Petition Delivery |
| 528/24 | 95399837 | 11-Jul-24 | $ 5,719.60 | $ 5,719.60 | | 9-Aug-24 | 29-Sep-24 | Post-Petition Delivery |
| 519/24 | 95320752 | 11-Jul-24 | $ 5,691.60 | $ 5,691.60 | | 9-Aug-24 | 1-Oct-24 | Post-Petition Delivery |
| 553/24 | 95415355 | 16-Jul-24 | $ 1,977.04 | $ 1,977.04 | | 9-Aug-24 | 1-Oct-24 | Post-Petition Delivery |
| 634/24 | 95348488 | 23-Jul-24 | $ 3,573.88 | $ 3,573.88 | | 9-Aug-24 | 1-Oct-24 | Post-Petition Delivery |
| 659/24 | 95415352 | 25-Jul-24 | $ 8,400.00 | $ 8,400.00 | | 13-Aug-24 | 1-Oct-24 | Post-Petition Delivery |
| 714/24 | 95415354 | 30-Jul-24 | $ 20,529.00 | $ 20,529.00 | | 20-Aug-24 | 1-Oct-24 | Post-Petition Delivery |
| 713/24 | 95415351 | 30-Jul-24 | $ 21,018.00 | $ 21,018.00 | | 13-Aug-24 | 5-Oct-24 | Post-Petition Delivery |
| 517/24 | 95320749 | 11-Jul-24 | $ 5,547.60 | $ 5,547.60 | | 2-Aug-24 | 11-Oct-24 | Post-Petition Delivery |
| 486/24 | 95320751 | 5-Jul-24 | $ 4,625.10 | $ 4,625.10 | | 26-Jul-24 | 12-Oct-24 | Post-Petition Delivery |
| 487/24 | 95399836 | 5-Jul-24 | $ 4,376.60 | $ 4,376.60 | | 29-Jul-24 | 12-Oct-24 | Post-Petition Delivery |
| 529/24 | 95415354 | 11-Jul-24 | $ 9,360.00 | $ 9,360.00 | | | 13-Nov-24 | Post-Petition Delivery |
| 660/24 | 95268210 | 25-Jul-24 | $ 20,682.50 | $ 20,682.50 | | 9-Aug-24 | 13-Nov-24 | Post-Petition Delivery |
| 213/24 | 95252806 | 3-Aug-24 | $ 34,593.00 | | $ 34,593.00 | | 30-Sep-24 | Post-Petition Delivery |
| 214/24 | 95268214 | 3-Aug-24 | $ 10,017.00 | | $ 10,017.00 | | 30-Sep-24 | Post-Petition Delivery |
| 215/24 | 95399576 | 3-Aug-24 | $ 6,468.00 | | $ 6,468.00 | | 30-Sep-24 | Post-Petition Delivery |
| 216/24 | 95259320 | 3-Aug-24 | $ 34,327.20 | | $ 34,327.20 | | 30-Sep-24 | Post-Petition Delivery |
| 217/24 | 95415355 | 3-Aug-24 | $ 9,435.00 | | $ 9,435.00 | | 30-Sep-24 | Post-Petition Delivery |
| 218/24 | 95415355 | 3-Aug-24 | $ 40,369.50 | | $ 40,369.50 | | 30-Sep-24 | Post-Petition Delivery |
| 219/24 | 95415355 | 3-Aug-24 | $ 20,475.00 | | $ 20,475.00 | | 30-Sep-24 | Post-Petition Delivery |
| 222/24 | 95252803 | 3-Aug-24 | $ 23,990.00 | | $ 23,990.00 | | 3-Oct-24 | Post-Petition Delivery |
| 223/24 | 95399573 | 3-Aug-24 | $ 7,308.00 | | $ 7,308.00 | | 3-Oct-24 | Post-Petition Delivery |

**DEWAN & SONS EXPORTS PVT LTD FY 2024-25**

| INV.NO. | PO NO | INV.DATE | INVOICE AMOUNT | DUE AMOUNT | IN TRANSIT AMOUNT | BL DATE | DELIVERY DATE OR ETA | CLAIM TYPE |
|---|---|---|---|---|---|---|---|---|
| 224/24 | 95268211 | 3-Aug-24 | $ 12,015.00 | | $ 12,015.00 | | 3-Oct-24 | Post-Petition Delivery |
| 225/24 | 95399833 | 3-Aug-24 | $ 4,092.20 | | $ 4,092.20 | | 3-Oct-24 | Post-Petition Delivery |
| 226/24 | 95259316 | 3-Aug-24 | $ 36,865.60 | | $ 36,865.60 | | 3-Oct-24 | Post-Petition Delivery |
| 227/24 | 95415352 | 3-Aug-24 | $ 9,756.00 | | $ 9,756.00 | | 3-Oct-24 | Post-Petition Delivery |
| 240/24 | 95252806 | 12-Aug-24 | $ 10,559.70 | | $ 10,559.70 | | 20-Sep-24 | Post-Petition Delivery |
| 242/24 | 95399576 | 12-Aug-24 | $ 2,746.80 | | $ 2,746.80 | | 20-Sep-24 | Post-Petition Delivery |
| 243/24 | 95259320 | 12-Aug-24 | $ 15,147.00 | | $ 15,147.00 | | 20-Sep-24 | Post-Petition Delivery |
| 244/24 | 95415354 | 12-Aug-24 | $ 18,285.15 | | $ 18,285.15 | | 24-Oct-24 | Post-Petition Delivery |
| 251/24 | 95415353 | 14-Aug-24 | $ 43,519.50 | | $ 43,519.50 | | 8-Oct-24 | Post-Petition Delivery |
| 252/24 | 95268212 | 14-Aug-24 | $ 10,098.00 | | $ 10,098.00 | | 8-Oct-24 | Post-Petition Delivery |
| 253/24 | 95399574 | 14-Aug-24 | $ 6,468.00 | | $ 6,468.00 | | 8-Oct-24 | Post-Petition Delivery |
| 254/24 | 95399834 | 14-Aug-24 | $ 3,728.00 | | $ 3,728.00 | | 8-Oct-24 | Post-Petition Delivery |
| 255/24 | 95259317 | 14-Aug-24 | $ 30,388.80 | | $ 30,388.80 | | 8-Oct-24 | Post-Petition Delivery |
| 261/24 | 95415353 | 17-Aug-24 | $ 24,073.00 | | $ 24,073.00 | | 8-Oct-24 | Post-Petition Delivery |
| 265/24 | 95252803 | 20-Aug-24 | $ 9,810.00 | | $ 9,810.00 | | 14-Oct-24 | Post-Petition Delivery |
| 267/24 | 95268211 | 20-Aug-24 | $ 5,670.00 | | $ 5,670.00 | | 14-Oct-24 | Post-Petition Delivery |
| 268/24 | 95259316 | 20-Aug-24 | $ 6,751.20 | | $ 6,751.20 | | 14-Oct-24 | Post-Petition Delivery |
| 269/24 | 95415352 | 20-Aug-24 | $ 13,181.00 | | $ 13,181.00 | | 14-Oct-24 | Post-Petition Delivery |
| **287/24** | 95415355 | 26-Aug-24 | $ 7,475.00 | | $ 7,475.00 | | 20-Sep-24 | Post-Petition Delivery |
| **295/24** | 95446443 | 29-Aug-24 | $ 11,616.80 | | $ 11,616.80 | | (none yet) | Post-Petition Delivery |
| **302/24** | 95543130 | 31-Aug-24 | $ 1,648.80 | | $ 1,648.80 | | (none yet) | Post-Petition Delivery |
| **308/24** | 95415351 | 2-Sep-24 | $ 2,359.80 | | $ 2,359.80 | | (none yet) | Post-Petition Delivery |
| **312/24** | 95415352 | 2-Sep-24 | $ 15,361.65 | | $ 15,361.65 | | 22-Oct-24 | Post-Petition Delivery |
| **313/24** | 95259316 | 2-Sep-24 | $ 7,490.70 | | $ 7,490.70 | | 22-Oct-24 | Post-Petition Delivery |
| **314/24** | 95399833 | 2-Sep-24 | $ 1,507.32 | | $ 1,507.32 | | 22-Oct-24 | Post-Petition Delivery |
| **320/24** | 95543127 | 5-Sep-24 | $ 907.20 | | $ 907.20 | | (none yet) | Post-Petition Delivery |
| | | | Invoice Amount | Due | In Transit | | | |
| | | TOTAL | $ 1,119,484.09 | $ 620,979.17 | $ 498,504.92 | | | |
| | | GENERAL UNSECURED | $ 164,757.16 | $ 164,757.16 | $ - | | | |
| | | 503(b)(9) | $ 188,011.56 | $ 188,011.56 | $ - | | | |
| | | Post-Petition Delivery | $ 766,715.37 | $ 268,210.45 | $ 498,504.92 | | | |