# **EXHIBIT B**

Attic Products' Unpaid Goods

**ATTIC PRODUCTS SHIPMENTS TO BIG LOTS**

| Consignor | Original Claim | Buyer Order No | Invoice No | FCR Issue Date | Invoice Total (USD) | ETA / Date of Delivery of Goods on Destination Port | Payment Due Date | Category |
|---|---|---|---|---|---|---|---|---|
| Durant DC, LLC | 1298 | 95217767 | AJ-480/24 | 4-Jul-24 | $ 30,975.00 | 5-Aug-24 | 3-Sep-24 | General Unsecured |
| Clouseout Distribution, LLC | 1284 | 95217766 | AJ-681/24 | 9-Jul-24 | $ 30,975.00 | 21-Aug-24 | 8-Sep-24 | 503(b)(9) |
| Big Lots Stores, LLC | 1312 | 95217768 | AJ-682/24 | 4-Jul-24 | $ 20,650.00 | 11-Sep-24 | 3-Sep-24 | Post-Petition Delivery |
| Durant DC, LLC | 1298 | 95320746 | AJ-918/24 | 22-Jul-24 | $ 5,654.88 | 11-Sep-24 | 21-Sep-24 | Post-Petition Delivery |
| AVDC, LLC | 1307 | 95320743 | AJ-1054/24 | 10-Aug-24 | $ 49,920.00 | 13-Sep-24 | 9-Oct-24 | Post-Petition Delivery |
| Clouseout Distribution, LLC | 1284 | 95320745 | AJ-1056/24 | FCR awaited | $ 49,920.00 | 29-Sep-24 |  | Post-Petition Delivery |
| Big Lots Stores, LLC | 1312 | 95320747 | AJ-1057/24 | FCR awaited | $ 49,920.00 | 29-Sep-24 |  | Post-Petition Delivery |
| Durant DC, LLC | 1298 | 95322264 | AJ-1058/24 | FCR awaited | $ 49,920.00 | 4-Oct-24 |  | Post-Petition Delivery |
| AVDC, LLC | n/a | 95322261 | AJ-1229/24 | 22-Jul-24 | $ 2,928.42 | 10-Oct-24 | 21-Sep-24 | Post-Petition Delivery |
| CSC Distribution, LLC | n/a | 95322262 | AJ-1230/24 | FCR awaited | $ 49,920.00 | 25-Oct-24 |  | Post-Petition Delivery |
| Clouseout Distribution, LLC | n/a | 95322263 | AJ-1231/24 | 31-Jul-24 | $ 5,149.98 | Shipment, Details not ava | 26-Sep-24 | Post-Petition Delivery |
| Big Lots Stores, LLC | n/a | 95322265 | AJ-1232/24 | 31-Jul-24 | $ 2,827.44 | Shipment, Details not ava | 26-Sep-24 | Post-Petition Delivery |
|  |  |  |  | Total General Unsecured | $ 30,975.00 |  |  |  |
|  |  |  |  | Total 503b9 | $ 30,975.00 |  |  |  |
|  |  |  |  | Total Postpetition Deliveries | $ 286,810.72 |  |  |  |
|  |  |  |  | **Total** | **$ 348,760.72** |  |  |  |