**Exhibit 1**
**Leases**

### 260 Voice Road, LLC

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 1789 | Voice Road Plaza | Carle Place, NY | Voice Road Limited Partnership |

### Aston Properties

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 5234 | Dominion Square | Culpepper, VA | Dominion Square-Culpepper, LLC |
| 1152 | Gateway Plaza | Front Royal, VA | Gateway Plaza – Front Royal, LLC |
| 5276 | Innes Street Station | Salisbury, NC | MFW Associates |

### Basser-Kaufman

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 1783 | The Commons at Derby | Derby, CT | Basser-Kaufman of Derby, LLC |
| 1744 | West Babylon Shopping Center | West Babylon, NY | Basser-Kaufman 228, LLC |
|  | West Babylon Town Center – Storage Facility | West Babylon, NY | Basser-Kaufman 228, LLC |

### Benderson Development, LLC

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 1597 | Delaware Commons | Buffalo, NY | Del-Linden, LLC |
| 548 | Gateway Plaza | Leesburg, FL | Leesburg Vanguard, L.P. |
| 1769 | Niagara Square | Niagara Falls, NY | Ben-Mill Associates, Inc. |

### Cloverleaf Realty, Inc.

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 1017 | Portage Commons | Portage, IN | Portage Center, LLC |

### Delco Development Co. of Hicksville, LP

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 5236 | Delco Plaza Shopping Center | Hicksville, NY | Delco Development Co. of Hicksville, LP |

### Kite Realty Group

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 4639 | Centennial Center | Las Vegas, NV | KRG Las Vegas Centennial Center, LLC |
| 1964 | New Forest Crossing | Houston, TX | KRG Houston New Forest, LLC |
| 4573 | Northpointe Plaza | Spokane, WA | KRG Spokane Northpointe, LLC / RPAI US Management, LLC |

**NNN REIT, Inc.**

| Store No. | Property Address | Location | Landlord |
|---|---|---|---|
| | 340 Seville St | Florence, AL | |
| | 550 Mount Pleasant | Dover, NJ | |
| | 8563 Watson Rd | Webster Groves, MO | HD-Webster Groves Limited Partnership, L.L.P. |

**NewMark Merrill Companies, Inc.**

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 4246 | Grocery Outlet / Big Lots Whittier | Whittier, CA | |
| | Arlington Square Shopping Center | Riverside, CA | |
| 4685 | Horizon Park | Longmont, CO | |

**Regency Centers, L.P.**

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 4258 | Concord Shopping Plaza | Miami, FL | GRI-EQY (Concord), LLC |

**SITE Centers Corp.**

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 4724 | Ahwatukee Foothills Town Center (III) | Phoenix, AZ | DT Ahwatukee Foothills LLC |
| 4720 | Route 22 Retail Center | Union, NJ | DT Route 22 Retail LLC |

**TLM Realty**

| Store No. | Property Address / Name | Location | Landlord |
|---|---|---|---|
| 5469 | 4010 W. Owen K Garriott Rd | Enid, OK | New Enid, OK Retail LLC |
| 5333 | Capitol Commons | Dover, DE | Dover, DE Retail LLC |
| 5354 | Cincinnati MSA | Blue Ash, OH | Blue Ash, OH Realty, LLC |
| 5373 | Colony Court Shopping Center | Zanesville, OH | Zanesville, OH Retail LLC |
| 5458 | Kamm's Corner | Cleveland, OH | Cleveland, OH Center LLC |