# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| BIG LOTS, INC., *et al.,*[1] | Case No. 24-11967-JKS |
| Debtors. | (Jointly Administered) |
| | **RE: Docket No. 16, 134, and 347** |

**DECLARATION OF ALEC MAHER IN SUPPORT OF OBJECTION OF CACTUS CROSSING, LLC TO MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO ASSUME THE SERVICES AGREEMENT (II) AUTHORIZING STORE CLOSING SALES AND APPROVING RELATED PROCEDURES, AND (III) GRANTING RELATED RELIEF**

I, Alec Maher, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1.    I am the Property Manager for Cactus Crossing, LLC and specifically manage the real property located at 6660 West Cactus Road, Glendale, Arizona 85304 (the "Property").

2.    I submit this declaration (the "Declaration") on behalf of Cactus Crossing, LLC in support of *Objection of Cactus Cross, LLC to Motion of Debtors for the Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief.*

3.    The facts set forth in my Declaration are based upon my personal knowledge, information, and belief, and records kept in the ordinary course of business that were reviewed prior to executing my Declaration.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots Ecommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4.   I am over the age of 18 and, if called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

5.   Cactus Crossing, LLC ("Landlord") and Big Lots Stores, Inc. ("Tenant") are parties to a lease of the Property ("Lease").

6.    Pursuant to the Lease, Tenant was required to pay $21,338.64 in monthly rent, $3,355 for CAM charges, $458.00 for insurance charges, and $855.16 for sales taxes (collectively, "Rent") on September 1, 2024.

7.   Tenant failed to timely pay the Rent.

8.   As a result of Tenant's failure to timely pay the Rent, Tenant was in default under the terms of the Lease.

9.   Tenant also failed to pay Rent on October 1, 2024.

10.  There is no security deposit.

11.  I have reviewed the attached Occupant Ledger detailing Tenant's payment history dating back to November 30, 2020 and it is accurate to the best of my knowledge, information and belief. **Exhibit 1**, Occupant Ledger.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated: October 2, 2024

DocuSigned by:

Alec Maher

2C89CC3F9FC84A0...

_____

Alec Maher

Docusign Envelope ID: 1724B694-BCCD-457B-884E-91E5707AFC52

# EXHIBIT 1

**10/1/2024**                          **Property Accounting Services, LLC**                          **3:56:41PM**
**User:    CACTUS**                                                                                   **Page 1 of 9**

## OCCUPANT LEDGER

| | | |
|---|---|---|
| Unit Reference Number : | 642-60A110 | Occupant Name/Type :  Big Lots Stores, Inc. (#1911) / CURRENT |
| Property Name         : | Cactus Crossing | Tenant Id        :    190750001712         Bldg:                Floor:    0 |
| Co. Name                | Big Lots Stores, Inc. (#1911) | Phone Number |
| Address1              : | 6660 W Cactus Road | Cell Number |
| Address2              : | #A110 | Fax Number |
| City, State, Zip        | Glendale, AZ  85308 | Unit Number        A110 |
| D/B/A Name              | | |
| Email Address         : | DJemison@biglots.com | |

### Forwarding Address

| | | |
|---|---|---|
| Name | | Correspondence Email |
| Address1   : | | Billing Email |
| Address2   : | | |
| City, State, Zip | | |

| | | |
|---|---|---|
| Open Items | 63,737.41 | |
| Open Credits   : | 0.00 | |
| | | |
| Current Balance  : | 63,737.41 | |

| | | | |
|---|---|---|---|
| Contact | | Percentage Lease | No |
| Security Deposit  : | 0.00 | Percentage | 0.00 |
| Other Deposit  : | 0.00 | Base Sales Amount    : | 0.00 |
| Square Feet (GLA)  : | 37546 | Billing Month        0 | |
| Usable Square Feet  : | 37546 | Annual Sales Amount    : | 0.00 |
| Gross Square Feet  : | 37546 | | |
| Prorata Square Feet | 37546 | | |

Parking Information
Number of Reserved Parking Spaces                  0
Storage Space                    Yes

| | | |
|---|---|---|
| Lease Expiration Date | 1/31/2028 | **BILL TO** |
| Move In Date | | |
| Lease Effective Date | 6/28/2002 | |
| Option Date | | |

| | |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

| | | | |
|---|---|---|---|
| Account Status | OK | Number of NSF Checks | 0 |
| | | Date of Last NSF Check | |
| | | Amount of Last NSF Check | 0.00 |

| | | |
|---|---|---|
| Renew Effective Date | | Notice Given Date |
| Renew Expiration Date | | Intended Move-Out Date |
| Month To Month | n | |

**Property Accounting Services, LLC**

## OCCUPANT LEDGER

| | | | | | |
|---|---|---|---|---|---|
| Unit Reference Number | : | 642-60A110 | Occupant Name/Type : | Big Lots Stores, Inc. (#1911) / CURRENT | |
| Lease Term | | | **Commission Information** | | |
| Lease Type | | | Standard | : | Yes |
| Base Year | : | 0 | Amount | : | 0.00 |
| Base Year Rent | | 0.00 | Agent Name | : | |

### Concession Information

| | | **Term** | | **Amount** | |
|---|---|---|---|---|---|
| Free Rent | : | No | 0 | 0.00 | |
| Lease Buyout | : | No | 0 | 0.00 | |
| Moving Expenses | : | No | | 0.00 | |
| Other | | No | | 0.00 | |

### Tenant Improvement Allowances

| | | |
|---|---|---|
| Standard Allowance Per Square Feet | : | 0.00 |
| Excess Allowance Per Square Feet | | 0.00 |

Concession Comments    :

| | | | |
|---|---|---|---|
| S.I.C. Code | : | | |
| Business Class | : | | |
| National Tenant ID | : | | |
| Insurance Certificate | : | No | Insurance Certificate Expires |

10/1/2024                          **Property Accounting Services, LLC**                          3:56:42PM
User:    CACTUS                                                                                  Page 3 of 9

## OCCUPANT LEDGER

Unit Reference Number   :   642-60A110                    Occupant Name/Type :   Big Lots Stores, Inc. (#1911) / CURRENT

### CHARGE SCHEDULE

| Charge Code | Charge Description | Charge Frequency | Start Date | Stop Date | Charge Amount |
|---|---|---|---|---|---|
| RNT | Monthly Rent | M | 1/1/2021 | 1/31/2023 | 19,398.77 |
| RNT | Monthly Rent | M | 2/1/2023 | 1/31/2028 | 21,338.64 |
| CAM | CAM Recovery | M | 1/1/2021 | 1/31/2022 | 3,107.66 |
| CAM | CAM Recovery-Adj 01/22 | M | 2/1/2022 | 2/28/2022 | 303.00 |
| CAM | CAM Recovery | M | 2/1/2022 | 12/31/2022 | 3,411.00 |
| CAM | CAM Recovery | M | 1/1/2023 | 12/31/2023 | 4,890.00 |
| CAM | CAM Recovery | M | 1/1/2024 | 12/31/2024 | 3,355.00 |
| INS | Insurance Recovery | M | 1/1/2021 | 1/31/2022 | 713.00 |
| INS | Insurance Recovery-Adj 01/22 | M | 2/1/2022 | 2/28/2022 | -322.00 |
| INS | Insurance Recovery | M | 2/1/2022 | 12/31/2022 | 391.00 |
| INS | Insurance Recovery | M | 1/1/2023 | 12/31/2023 | 429.00 |
| INS | Insurance Recovery | M | 1/1/2024 | 12/31/2024 | 458.00 |
| RET | Real Estate Tax-2nd Half 2020 | M | 6/1/2021 | 6/30/2021 | 24,742.91 |
| RET | Real Estate Tax-1st Half 2021 | M | 11/1/2021 | 11/30/2021 | 24,460.13 |
| RET | Real Estate Tax-2nd Half 2021 | M | 4/1/2022 | 4/30/2022 | 24,460.13 |
| RET | Real Estate Tax-1st Half 2022 | M | 11/1/2022 | 11/30/2022 | 22,659.00 |
| RET | Real Estate Tax-2nd Half 2022 | M | 7/1/2023 | 7/31/2023 | 22,659.00 |
| RET | Real Estate Tax-1st Half 2023 | M | 12/1/2023 | 12/31/2023 | 22,247.62 |
| RET | Real Estate Tax-2nd Half 2023 | M | 4/1/2024 | 4/30/2024 | 22,247.62 |
| PYR | Prior Year Recovery-2020 | M | 6/1/2021 | 6/30/2021 | -5,878.89 |
| PYR | Prior Year Recovery-2022 (CAP) | M | 12/1/2023 | 12/31/2023 | -5,835.53 |
| PYR | Prior Year Recovery-2021 (CAP) | M | 12/1/2023 | 12/31/2023 | -6,413.62 |
| PYR | Prior Year Recovery-Adj 2022 | M | 4/2/2024 | 4/2/2024 | -5,727.76 |

**This Tenant has no Lease Options**

10/1/2024
User:    CACTUS

**Property Accounting Services, LLC**

3:56:42PM
Page 4 of 9

| OCCUPANT LEDGER |
| :---: |

Unit Reference Number    :    642-60A110

Occupant Name/Type :    Big Lots Stores, Inc. (#1911) / CURRENT

| **Chronological History** |
| :---: |

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---|---|
| 11/30/2020 | OCR | Payment to Open Credit | -3,127.61 | -3,127.61 |
| 11/30/2020 | STX | Sales Tax | -106.34 | -3,233.95 |
| 12/28/2020 | OCR | Payment to Open Credit | -23,219.43 | -26,453.38 |
| 12/28/2020 | STX | Sales Tax | -789.46 | -27,242.84 |
| 01/01/2021 | CAM | CAM Recovery | 3,107.66 | -24,135.18 |
| 01/01/2021 | INS | Insurance Recovery | 713.00 | -23,422.18 |
| 01/01/2021 | RNT | Monthly Rent | 19,398.77 | -4,023.41 |
| 01/01/2021 | STX | Sales Tax | 789.46 | -3,233.95 |
| 01/27/2021 | CAM | Pymt. Batch 504 Check CWWIRE | -3,820.66 | -7,054.61 |
| 01/27/2021 | OCR | Pymt. Batch 504 Check CWWIRE | -1,523.48 | -8,578.09 |
| 01/27/2021 | RNT | Pymt. Batch 504 Check CWWIRE | -20,188.23 | -28,766.32 |
| 01/27/2021 | STX | Pymt. Batch 504 Check CWWIRE | -51.80 | -28,818.12 |
| 02/01/2021 | CAM | CAM Recovery | 3,107.66 | -25,710.46 |
| 02/01/2021 | INS | Insurance Recovery | 713.00 | -24,997.46 |
| 02/01/2021 | RNT | Monthly Rent | 19,398.77 | -5,598.69 |
| 02/01/2021 | STX | Sales Tax | 789.46 | -4,809.23 |
| 02/17/2021 | STX | Sales Tax | 841.26 | -3,967.97 |
| 02/17/2021 | CAM | Pymt. Batch 703 Check CW0217 | -24,008.89 | -27,976.86 |
| 02/17/2021 | RET | Real Estate Tax-1st Half 2020 | 24,742.91 | -3,233.95 |
| 03/01/2021 | CAM | CAM Recovery | 3,107.66 | -126.29 |
| 03/01/2021 | INS | Insurance Recovery | 713.00 | 586.71 |
| 03/01/2021 | RNT | Monthly Rent | 19,398.77 | 19,985.48 |
| 03/01/2021 | STX | Sales Tax | 789.46 | 20,774.94 |
| 03/22/2021 | CAM | Pymt. Batch 918 Check 032221 | -24,008.89 | -3,233.95 |
| 03/29/2021 | OCR | Pymt. Batch 013 Check 032921 | -24,008.89 | -27,242.84 |
| 04/01/2021 | CAM | CAM Recovery | 3,107.66 | -24,135.18 |
| 04/01/2021 | INS | Insurance Recovery | 713.00 | -23,422.18 |
| 04/01/2021 | RNT | Monthly Rent | 19,398.77 | -4,023.41 |
| 04/01/2021 | STX | Sales Tax | 789.46 | -3,233.95 |
| 05/01/2021 | CAM | CAM Recovery | 3,107.66 | -126.29 |
| 05/01/2021 | INS | Insurance Recovery | 713.00 | 586.71 |
| 05/01/2021 | RNT | Monthly Rent | 19,398.77 | 19,985.48 |
| 05/01/2021 | STX | Sales Tax | 789.46 | 20,774.94 |
| 05/03/2021 | CAM | Pymt. Batch 271 Check 050321 | -24,008.89 | -3,233.95 |
| 06/01/2021 | CAM | CAM Recovery | 3,107.66 | -126.29 |
| 06/01/2021 | INS | Insurance Recovery | 713.00 | 586.71 |
| 06/01/2021 | RNT | Monthly Rent | 19,398.77 | 19,985.48 |
| 06/01/2021 | STX | Sales Tax | 1,430.84 | 21,416.32 |
| 06/01/2021 | CAM | Pymt. Batch 479 Check 060121 | -24,008.89 | -2,592.57 |
| 06/01/2021 | PYR | Prior Year Recovery-2020 | -5,878.89 | -8,471.46 |
| 06/01/2021 | RET | Real Estate Tax-2nd Half 2020 | 24,742.91 | 16,271.45 |
| 06/14/2021 | RET | Pymt. Batch 516 Check 061421 | -19,104.20 | -2,832.75 |
| 06/28/2021 | OCR | Pymt. Batch 560 Check 062821 | -24,008.89 | -26,841.64 |
| 07/01/2021 | CAM | CAM Recovery | 3,107.66 | -23,733.98 |
| 07/01/2021 | INS | Insurance Recovery | 713.00 | -23,020.98 |

Docusign Envelope ID: 1724B694-BCCD-457B-884E-91F5707AFCF2

### Property Accounting Services, LLC

## OCCUPANT LEDGER

Unit Reference Number    :    642-60A110                    Occupant Name/Type :   Big Lots Stores, Inc. (#1911) / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|-------------|--------------------|--------|---------|
| 07/01/2021 | RNT | Monthly Rent | 19,398.77 | -3,622.21 |
| 07/01/2021 | STX | Sales Tax | 789.46 | -2,832.75 |
| 08/01/2021 | CAM | CAM Recovery | 3,107.66 | 274.91 |
| 08/01/2021 | INS | Insurance Recovery | 713.00 | 987.91 |
| 08/01/2021 | RNT | Monthly Rent | 19,398.77 | 20,386.68 |
| 08/01/2021 | STX | Sales Tax | 789.46 | 21,176.14 |
| 08/02/2021 | CAM | Pymt. Batch 900 Check 080221 | -24,008.89 | -2,832.75 |
| 08/30/2021 | OCR | Pymt. Batch 039 Check 083021 | -24,008.89 | -26,841.64 |
| 09/01/2021 | CAM | CAM Recovery | 3,107.66 | -23,733.98 |
| 09/01/2021 | INS | Insurance Recovery | 713.00 | -23,020.98 |
| 09/01/2021 | RNT | Monthly Rent | 19,398.77 | -3,622.21 |
| 09/01/2021 | STX | Sales Tax | 789.46 | -2,832.75 |
| 09/27/2021 | OCR | Pymt. Batch 281 Check 092721 | -24,008.89 | -26,841.64 |
| 10/01/2021 | CAM | CAM Recovery | 3,107.66 | -23,733.98 |
| 10/01/2021 | INS | Insurance Recovery | 713.00 | -23,020.98 |
| 10/01/2021 | RNT | Monthly Rent | 19,398.77 | -3,622.21 |
| 10/01/2021 | STX | Sales Tax | 789.46 | -2,832.75 |
| 11/01/2021 | CAM | CAM Recovery | 3,107.66 | 274.91 |
| 11/01/2021 | INS | Insurance Recovery | 713.00 | 987.91 |
| 11/01/2021 | RNT | Monthly Rent | 19,398.77 | 20,386.68 |
| 11/01/2021 | STX | Sales Tax | 1,621.11 | 22,007.79 |
| 11/01/2021 | CAM | Pymt. Batch 610 Check 110121 | -49,300.66 | -27,292.87 |
| 11/01/2021 | RET | Real Estate Tax-1st Half 2021 | 24,460.13 | -2,832.74 |
| 11/30/2021 | OCR | Pymt. Batch 762 Check 113021 | -23,219.43 | -26,052.17 |
| 11/30/2021 | STX | Pymt. Batch 762 Check 113021 | -0.01 | -26,052.18 |
| 11/30/2021 | STX | Pymt. Batch 762 Check 113021 | -789.45 | -26,841.63 |
| 12/01/2021 | CAM | CAM Recovery | 3,107.66 | -23,733.97 |
| 12/01/2021 | INS | Insurance Recovery | 713.00 | -23,020.97 |
| 12/01/2021 | RNT | Monthly Rent | 19,398.77 | -3,622.20 |
| 12/01/2021 | STX | Sales Tax | 789.46 | -2,832.74 |
| 12/27/2021 | OCR | Pymt. Batch 984 Check 122721 | -24,008.89 | -26,841.63 |
| 01/01/2022 | CAM | CAM Recovery | 3,107.66 | -23,733.97 |
| 01/01/2022 | INS | Insurance Recovery | 713.00 | -23,020.97 |
| 01/01/2022 | RNT | Monthly Rent | 19,398.77 | -3,622.20 |
| 01/01/2022 | STX | Sales Tax | 789.46 | -2,832.74 |
| 01/31/2022 | OCR | Pymt. Batch 219 Check 013122 | -24,008.89 | -26,841.63 |
| 02/01/2022 | CAM | CAM Recovery-Adj 01/22 | 303.00 | -26,538.63 |
| 02/01/2022 | CAM | CAM Recovery | 3,411.00 | -23,127.63 |
| 02/01/2022 | INS | Insurance Recovery | 391.00 | -22,736.63 |
| 02/01/2022 | RNT | Monthly Rent | 19,398.77 | -3,337.86 |
| 02/01/2022 | STX | Sales Tax | 788.18 | -2,549.68 |
| 02/01/2022 | INS | Insurance Recovery-Adj 01/22 | -322.00 | -2,871.68 |
| 02/28/2022 | OCR | Pymt. Batch 457 Check 022822 | -24,008.89 | -26,880.57 |
| 03/01/2022 | CAM | CAM Recovery | 3,411.00 | -23,469.57 |
| 03/01/2022 | INS | Insurance Recovery | 391.00 | -23,078.57 |

10/1/2024
User:   CACTUS

**Property Accounting Services, LLC**

3:56:42PM
Page 6 of 9

## OCCUPANT LEDGER

Unit Reference Number   :      642-60A110

Occupant Name/Type :   Big Lots Stores, Inc. (#1911) / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|-------------|--------------------|--------|---------|
| 03/01/2022 | RNT | Monthly Rent | 19,398.77 | -3,679.80 |
| 03/01/2022 | STX | Sales Tax | 788.83 | -2,890.97 |
| 04/01/2022 | CAM | CAM Recovery | 3,411.00 | 520.03 |
| 04/01/2022 | INS | Insurance Recovery | 391.00 | 911.03 |
| 04/01/2022 | RNT | Monthly Rent | 19,398.77 | 20,309.80 |
| 04/01/2022 | STX | Sales Tax | 1,620.47 | 21,930.27 |
| 04/01/2022 | CAM | Pymt. Batch 809 Check 040122 | -24,008.89 | -2,078.62 |
| 04/01/2022 | RET | Real Estate Tax-2nd Half 2021 | 24,460.13 | 22,381.51 |
| 05/01/2022 | CAM | CAM Recovery | 3,411.00 | 25,792.51 |
| 05/01/2022 | INS | Insurance Recovery | 391.00 | 26,183.51 |
| 05/01/2022 | RNT | Monthly Rent | 19,398.77 | 45,582.28 |
| 05/01/2022 | STX | Sales Tax | 788.83 | 46,371.11 |
| 05/02/2022 | CAM | Pymt. Batch 044 Check 050222 | -24,008.89 | 22,362.22 |
| 05/12/2022 | RET | Pymt. Batch 099 Check 050922 | -25,291.77 | -2,929.55 |
| 05/31/2022 | OCR | Pymt. Batch 196 Check 053122 | -24,008.89 | -26,938.44 |
| 06/01/2022 | CAM | CAM Recovery | 3,411.00 | -23,527.44 |
| 06/01/2022 | INS | Insurance Recovery | 391.00 | -23,136.44 |
| 06/01/2022 | RNT | Monthly Rent | 19,398.77 | -3,737.67 |
| 06/01/2022 | STX | Sales Tax | 788.83 | -2,948.84 |
| 06/27/2022 | OCR | Pymt. Batch 422 Check 062722 | -21,079.34 | -24,028.18 |
| 07/01/2022 | CAM | CAM Recovery | 3,411.00 | -20,617.18 |
| 07/01/2022 | INS | Insurance Recovery | 391.00 | -20,226.18 |
| 07/01/2022 | RNT | Monthly Rent | 19,398.77 | -827.41 |
| 07/01/2022 | STX | Sales Tax | 788.83 | -38.58 |
| 08/01/2022 | CAM | CAM Recovery | 3,411.00 | 3,372.42 |
| 08/01/2022 | INS | Insurance Recovery | 391.00 | 3,763.42 |
| 08/01/2022 | RNT | Monthly Rent | 19,398.77 | 23,162.19 |
| 08/01/2022 | STX | Sales Tax | 788.83 | 23,951.02 |
| 08/01/2022 | CAM | Pymt. Batch 727 Check 080122 | -24,008.89 | -57.87 |
| 08/29/2022 | OCR | Pymt. Batch 973 Check 082922 | -24,008.89 | -24,066.76 |
| 09/01/2022 | CAM | CAM Recovery | 3,411.00 | -20,655.76 |
| 09/01/2022 | INS | Insurance Recovery | 391.00 | -20,264.76 |
| 09/01/2022 | RNT | Monthly Rent | 19,398.77 | -865.99 |
| 09/01/2022 | STX | Sales Tax | 788.83 | -77.16 |
| 09/26/2022 | OCR | Pymt. Batch 221 Check 092622 | -24,008.89 | -24,086.05 |
| 10/01/2022 | CAM | CAM Recovery | 3,411.00 | -20,675.05 |
| 10/01/2022 | INS | Insurance Recovery | 391.00 | -20,284.05 |
| 10/01/2022 | RNT | Monthly Rent | 19,398.77 | -885.28 |
| 10/01/2022 | STX | Sales Tax | 788.83 | -96.45 |
| 10/31/2022 | OCR | Pymt. Batch 507 Check 103122 | -24,008.89 | -24,105.34 |
| 11/01/2022 | CAM | CAM Recovery | 3,411.00 | -20,694.34 |
| 11/01/2022 | INS | Insurance Recovery | 391.00 | -20,303.34 |
| 11/01/2022 | RNT | Monthly Rent | 19,398.77 | -904.57 |
| 11/01/2022 | STX | Sales Tax | 1,559.23 | 654.66 |
| 11/01/2022 | RET | Real Estate Tax-1st Half 2022 | 22,659.00 | 23,313.66 |

**Property Accounting Services, LLC**

## OCCUPANT LEDGER

Unit Reference Number   :   642-60A110

Occupant Name/Type :   Big Lots Stores, Inc. (#1911) / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|------------|--------------------|--------|---------|
| 11/07/2022 | RET | Pymt. Batch 584 Check 110722 | -23,429.41 | -115.75 |
| 11/28/2022 | OCR | Pymt. Batch 747 Check 112822 | -24,008.89 | -24,124.64 |
| 12/01/2022 | CAM | CAM Recovery | 3,411.00 | -20,713.64 |
| 12/01/2022 | INS | Insurance Recovery | 391.00 | -20,322.64 |
| 12/01/2022 | RNT | Monthly Rent | 19,398.77 | -923.87 |
| 12/01/2022 | STX | Sales Tax | 788.83 | -135.04 |
| 12/27/2022 | OCR | Pymt. Batch 015 Check 122722 | -23,873.82 | -24,008.86 |
| 01/01/2023 | CAM | CAM Recovery | 4,890.00 | -19,118.86 |
| 01/01/2023 | INS | Insurance Recovery | 429.00 | -18,689.86 |
| 01/01/2023 | RNT | Monthly Rent | 19,398.77 | 708.91 |
| 01/01/2023 | STX | Sales Tax | 840.40 | 1,549.31 |
| 01/30/2023 | OCR | Pymt. Batch 297 Check 013023 | -25,995.41 | -24,446.10 |
| 02/01/2023 | CAM | CAM Recovery | 4,890.00 | -19,556.10 |
| 02/01/2023 | INS | Insurance Recovery | 429.00 | -19,127.10 |
| 02/01/2023 | RNT | Monthly Rent | 21,338.64 | 2,211.54 |
| 02/01/2023 | STX | Sales Tax | 906.36 | 3,117.90 |
| 02/27/2023 | OCR | Pymt. Batch 534 Check 022723 | -25,995.41 | -22,877.51 |
| 03/01/2023 | CAM | CAM Recovery | 4,890.00 | -17,987.51 |
| 03/01/2023 | INS | Insurance Recovery | 429.00 | -17,558.51 |
| 03/01/2023 | RNT | Monthly Rent | 21,338.64 | 3,780.13 |
| 03/01/2023 | STX | Sales Tax | 906.36 | 4,686.49 |
| 03/27/2023 | OCR | Pymt. Batch 802 Check 032723 | -25,995.41 | -21,308.92 |
| 04/01/2023 | CAM | CAM Recovery | 4,890.00 | -16,418.92 |
| 04/01/2023 | INS | Insurance Recovery | 429.00 | -15,989.92 |
| 04/01/2023 | RNT | Monthly Rent | 21,338.64 | 5,348.72 |
| 04/01/2023 | STX | Sales Tax | 906.36 | 6,255.08 |
| 05/01/2023 | CAM | CAM Recovery | 4,890.00 | 11,145.08 |
| 05/01/2023 | INS | Insurance Recovery | 429.00 | 11,574.08 |
| 05/01/2023 | RNT | Monthly Rent | 21,338.64 | 32,912.72 |
| 05/01/2023 | STX | Sales Tax | 906.36 | 33,819.08 |
| 05/01/2023 | CAM | Pymt. Batch 148 Check 050123 | -25,995.41 | 7,823.67 |
| 05/30/2023 | OCR | Pymt. Batch 353 Check 053023 | -25,995.41 | -18,171.74 |
| 06/01/2023 | CAM | CAM Recovery | 4,890.00 | -13,281.74 |
| 06/01/2023 | INS | Insurance Recovery | 429.00 | -12,852.74 |
| 06/01/2023 | RNT | Monthly Rent | 21,338.64 | 8,485.90 |
| 06/01/2023 | STX | Sales Tax | 906.36 | 9,392.26 |
| 06/27/2023 | OCR | Pymt. Batch 611 Check 062723 | -25,995.41 | -16,603.15 |
| 07/01/2023 | CAM | CAM Recovery | 4,890.00 | -11,713.15 |
| 07/01/2023 | INS | Insurance Recovery | 429.00 | -11,284.15 |
| 07/01/2023 | RNT | Monthly Rent | 21,338.64 | 10,054.49 |
| 07/01/2023 | STX | Sales Tax | 1,676.77 | 11,731.26 |
| 07/01/2023 | RET | Real Estate Tax-2nd Half 2022 | 22,659.00 | 34,390.26 |
| 07/10/2023 | RET | Pymt. Batch 760 Check 071023 | -23,429.41 | 10,960.85 |
| 07/31/2023 | OCR | Pymt. Batch 849 Check 073123 | -25,995.41 | -15,034.56 |
| 08/01/2023 | CAM | CAM Recovery | 4,890.00 | -10,144.56 |

10/1/2024                                Property Accounting Services, LLC                                3:56:42PM
User:   CACTUS                                                                                            Page 8 of 9

## OCCUPANT LEDGER

Unit Reference Number   :        642-60A110                    Occupant Name/Type :   Big Lots Stores, Inc. (#1911) / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|------|------|------|------|
| 08/01/2023 | INS | Insurance Recovery | 429.00 | -9,715.56 |
| 08/01/2023 | RNT | Monthly Rent | 21,338.64 | 11,623.08 |
| 08/01/2023 | STX | Sales Tax | 906.36 | 12,529.44 |
| 08/28/2023 | OCR | Pymt. Batch 121 Check 082823 | -25,995.41 | -13,465.97 |
| 09/01/2023 | CAM | CAM Recovery | 4,890.00 | -8,575.97 |
| 09/01/2023 | INS | Insurance Recovery | 429.00 | -8,146.97 |
| 09/01/2023 | RNT | Monthly Rent | 21,338.64 | 13,191.67 |
| 09/01/2023 | STX | Sales Tax | 906.36 | 14,098.03 |
| 09/25/2023 | OCR | Pymt. Batch 370 Check 092523 | -25,995.41 | -11,897.38 |
| 10/01/2023 | CAM | CAM Recovery | 4,890.00 | -7,007.38 |
| 10/01/2023 | INS | Insurance Recovery | 429.00 | -6,578.38 |
| 10/01/2023 | RNT | Monthly Rent | 21,338.64 | 14,760.26 |
| 10/01/2023 | STX | Sales Tax | 906.36 | 15,666.62 |
| 10/30/2023 | OCR | Pymt. Batch 697 Check 103023 | -25,995.41 | -10,328.79 |
| 11/01/2023 | CAM | CAM Recovery | 4,890.00 | -5,438.79 |
| 11/01/2023 | INS | Insurance Recovery | 429.00 | -5,009.79 |
| 11/01/2023 | RNT | Monthly Rent | 21,338.64 | 16,328.85 |
| 11/01/2023 | STX | Sales Tax | 906.36 | 17,235.21 |
| 11/27/2023 | OCR | Pymt. Batch 952 Check 112723 | -43,504.93 | -26,269.72 |
| 12/01/2023 | CAM | CAM Recovery | 4,890.00 | -21,379.72 |
| 12/01/2023 | INS | Insurance Recovery | 429.00 | -20,950.72 |
| 12/01/2023 | RNT | Monthly Rent | 21,338.64 | 387.92 |
| 12/01/2023 | STX | Sales Tax | 1,246.31 | 1,634.23 |
| 12/01/2023 | PYR | Prior Year Recovery-2021 (CAP) | -6,413.62 | -4,779.39 |
| 12/01/2023 | PYR | Prior Year Recovery-2022 (CAP) | -5,835.53 | -10,614.92 |
| 12/01/2023 | RET | Real Estate Tax-1st Half 2023 | 22,247.62 | 11,632.70 |
| 12/26/2023 | OCR | Pymt. Batch 234 Check 122623 | -25,995.41 | -14,362.71 |
| 01/01/2024 | CAM | CAM Recovery | 3,355.00 | -11,007.71 |
| 01/01/2024 | INS | Insurance Recovery | 458.00 | -10,549.71 |
| 01/01/2024 | RNT | Monthly Rent | 21,338.64 | 10,788.93 |
| 01/01/2024 | STX | Sales Tax | 855.16 | 11,644.09 |
| 02/01/2024 | CAM | CAM Recovery | 3,355.00 | 14,999.09 |
| 02/01/2024 | INS | Insurance Recovery | 458.00 | 15,457.09 |
| 02/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,795.73 |
| 02/01/2024 | STX | Sales Tax | 855.16 | 37,650.89 |
| 02/05/2024 | CAM | Pymt. Batch 647 Check 020524 | -25,995.41 | 11,655.48 |
| 03/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,010.48 |
| 03/01/2024 | INS | Insurance Recovery | 458.00 | 15,468.48 |
| 03/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,807.12 |
| 03/01/2024 | STX | Sales Tax | 855.16 | 37,662.28 |
| 03/04/2024 | CAM | Pymt. Batch 940 Check A030424 | -25,995.41 | 11,666.87 |
| 04/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,021.87 |
| 04/01/2024 | INS | Insurance Recovery | 458.00 | 15,479.87 |
| 04/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,818.51 |
| 04/01/2024 | STX | Sales Tax | 1,611.57 | 38,430.08 |

Docusign Envelope ID: 1724B694-BCCD-4E78-881E-21F67B7AFCE2

**Property Accounting Services, LLC**

## OCCUPANT LEDGER

Unit Reference Number    :        642-60A110          Occupant Name/Type :    Big Lots Stores, Inc. (#1911) / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|-------------|--------------------|--------|---------|
| 04/01/2024 | RET | Real Estate Tax-2nd Half 2023 | 22,247.62 | 60,677.70 |
| 04/02/2024 | STX | Sales Tax on PYR Adj | -194.74 | 60,482.96 |
| 04/02/2024 | PYR | Prior Year Recovery-Adj 2022 | -5,727.76 | 54,755.20 |
| 04/04/2024 | RNT | Pymt. Batch 198 Check A040424 | -20,072.91 | 34,682.29 |
| 04/09/2024 | RET | Pymt. Batch 275 Check A040924 | -23,004.04 | 11,678.25 |
| 05/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,033.25 |
| 05/01/2024 | INS | Insurance Recovery | 458.00 | 15,491.25 |
| 05/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,829.89 |
| 05/01/2024 | STX | Sales Tax | 855.16 | 37,685.05 |
| 05/06/2024 | CAM | Pymt. Batch 581 Check A050624 | -25,995.41 | 11,689.64 |
| 06/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,044.64 |
| 06/01/2024 | INS | Insurance Recovery | 458.00 | 15,502.64 |
| 06/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,841.28 |
| 06/01/2024 | STX | Sales Tax | 855.16 | 37,696.44 |
| 06/03/2024 | CAM | Pymt. Batch 781 Check A060324 | -25,995.41 | 11,701.03 |
| 07/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,056.03 |
| 07/01/2024 | INS | Insurance Recovery | 458.00 | 15,514.03 |
| 07/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,852.67 |
| 07/01/2024 | STX | Sales Tax | 855.16 | 37,707.83 |
| 07/05/2024 | CAM | Pymt. Batch 091 Check A070524 | -25,995.41 | 11,712.42 |
| 08/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,067.42 |
| 08/01/2024 | INS | Insurance Recovery | 458.00 | 15,525.42 |
| 08/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,864.06 |
| 08/01/2024 | STX | Sales Tax | 855.16 | 37,719.22 |
| 08/05/2024 | CAM | Pymt. Batch 395 Check A080524 | -25,995.41 | 11,723.81 |
| 09/01/2024 | CAM | CAM Recovery | 3,355.00 | 15,078.81 |
| 09/01/2024 | INS | Insurance Recovery | 458.00 | 15,536.81 |
| 09/01/2024 | RNT | Monthly Rent | 21,338.64 | 36,875.45 |
| 09/01/2024 | STX | Sales Tax | 855.16 | 37,730.61 |
| 10/01/2024 | CAM | CAM Recovery | 3,355.00 | 41,085.61 |
| 10/01/2024 | INS | Insurance Recovery | 458.00 | 41,543.61 |
| 10/01/2024 | RNT | Monthly Rent | 21,338.64 | 62,882.25 |
| 10/01/2024 | STX | Sales Tax | 855.16 | 63,737.41 |

There are no comments for this occupant.