**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that, on this 2nd day of October, 2024, I caused copies of the foregoing *Limited Objection of Cactus Crossing, LLC to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* to be served upon all interested parties via CM/ECF and the parties listed below by electronic mail.

| | |
|---|---|
| Robert J. Dehney, Sr., Esq. | Brian M. Resnick, Esq. |
| Andrew R. Remming, Esq. | Adam L. Shpeen, Esq. |
| Daniel B. Butz, Esq. | Stephen D. Piraino, Esq. |
| Tamara K. Mann, Esq. | Ethan Stern, Esq. |
| Sophie Rogers Churchill, Esq. | DAVIS POLK & WARDWELL LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 450 Lexington Avenue |
| 1201 N. Market Street, 16th Floor | New York, NY 10017 |
| Wilmington, DE 19801 | brian.resnick@davispolk.com |
| rdehney@morrisnichols.com | adam.shpeen@davispolk.com |
| aremming@morrisnichols.com | stephen.piraino@davispolk.com |
| dbutz@morrisnichols.com | ethan.stern@davispolk.com |
| tmann@morrisnichols.com | |
| srchurchill@morrisnichols.com | |

    */s/ Christopher P. Simon*
    Christopher P. Simon (No. 3697)