**CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on this 2nd day of October 2, 2024 the foregoing *LIMITED OBJECTION OF NORTHTOWNE PLAZA PROPERTIES, LTD. TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS, PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, AND 552, (I) AUTHORIZING DEBTORS TO (A) OBTAIN SENIOR SECURED SUPERPRIORITY POST-PETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) PROVIDING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF [D.I. 19 & 20]* was served on all parties registered to receive CM/ECF notifications in this matter.

**PASHMAN STEIN WALDER HAYDEN, P.C**

/s/ Joseph C. Barsalona II
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com

*Counsel to Northtowne Plaza Properties, Ltd.*