# EXHIBIT A

**JETRICH CANADA LTD**
**3270 ORLANDO DRIVE**
**MISSISSAUGA, ONTARIO L4V1C6**

Via Overnight Mail To:
Big Lots, Inc.
4900 E. Dublin-Granville Rd
Columbus, OH 43081
Attn.: Legal Department

September 17th, 2024

                Re: Big Lots, Inc., et al[1]. ("Big Lots")
                Case No.: 24-11967
                Reclamation Demand

Dear Sir/Madam:

      Pursuant to Section 546(c) of the United States Bankruptcy Code, Jetrich Canada, Ltd. ("Jetrich") hereby demands reclamation of all of its product received by Big Lots within the applicable statutory period, including, but not limited to, all of the products which were delivered in connection with all of the invoices identified in Schedule 1. Copies of the invoices set forth in Schedule 1 also accompany this Demand. The total for all of the products claimed pursuant to this Demand is $271,832. This Demand is given for notice purposes only in order to set forth our reclamation claim and Jetrich therefore reserves the right to amend and supplement this Demand or to file additional demands.

                                        Sincerely,
                                        Jetrich Canada Ltd.

                                        by: _____
                                        Arthur Courbanou, CEO

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.