## **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, hereby certify that on the 2nd day of October 2024, a true and correct copy of the *Joinder and Objection of The Grove Shops LLC to the Motions of the Debtors to Approve (I) Store Closing Procedures and (II) Post Petition Financing* was served on all parties registered to receive CM/ECF notifications in this matter and via electronic mail on the parties listed below.

| | |
|---|---|
| Robert J. Dehney, Sr., Esq. | Brian M. Resnick, Esq. |
| Andrew R. Remming, Esq. | Adam L. Shpeen, Esq. |
| Daniel B. Butz, Esq. | Stephen D. Piraino, Esq. Ethan Stern, Esq. |
| Tamara K. Mann, Esq. | DAVIS POLK & WARDWELL LLP |
| Sophie Rogers Churchill, Esq. | 450 Lexington Avenue |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | New York, New York 10017 |
| 1201 N. Market Street, 16th Floor | Email:  brian.resnick@davispolk.com |
| Wilmington, Delaware 19801 | adam.shpeen@davispolk.com |
| Email:  rdehney@morrisnichols.com | stephen.piraino@davispolk.com |
| aremming@morrisnichols.com | ethan.stern@davispolk.com |
| dbutz@morrisnichols.com | |
| tmann@morrisnichols.com | |
| srchurchill@morrisnichols.com | |

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)