**CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on October 2, 2024, I caused to be served the foregoing *Limited Objection and Reservation of Rights of Landlord Columbia Park Retail Owner, LLC to Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the following:

Dated: October 2, 2024

                                                                                     *Michael J. Joyce*
                                                                                     Michael J. Joyce

Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, Ohio 43081
Ronald A. Robins

DAVIS POLK & WARDWELL LLP 450
Lexington Ave
New York, NY 10017
Attn: Brian M. Resnick,
Adam L. Shpeen,
Stephen D. Piraino
 Ethan Stern

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr.,
Andrew R. Remming,
Daniel B. Butz,
 Tamara K. Mann,
Casey B. Sawyer

GORDON BROTHERS RETAIL PARTNERS, LLC
101 Huntington Avenue, Suite 1100\
 Boston, MA 02199
Attn: Andy Stone and David Braun