**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 399** |

<u>**CERTIFICATE OF SERVICE**</u>

I, Kevin J. Mangan, hereby certify that on October 2, 2024, I caused a copy of the following documents to be served upon the parties on the attached Service List via electronic mail.

- *Notice of Reclamation Demand of Jetrich Canada Ltd.* [Docket No. 399]

Dated: October 3, 2024
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Kevin J. Mangan*
Kevin J. Mangan (Del. Bar No. 3810)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Email:  kevin.mangan@wbd-us.com

*Counsel to Jetrich Canada, Ltd.*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**<u>SERVICE LIST</u>**

| ***<u>Proposed Counsel to the Debtors</u>*** | ***<u>Proposed Counsel to the Debtors</u>*** |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@morrisnichols.com<br>     aremming@morrisnichols.com<br>     dbutz@morrisnichols.com<br>     tmann@morrisnichols.com<br>     csawyer@morrisnichols.com | DAVIS POLK & WARDWELL LLP<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: brian.resnick@davispolk.com<br>     adam.shpeen@davispolk.com<br>     stephen.piraino@davispolk.com<br>     ethan.stern@davispolk.com |