## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Law Office of Gilbert A. Lazarus, PLLC and Womble Bond Dickinson (US) LLP hereby enter their appearance as counsel to Jetrich Canada Ltd. ("Jetrich"), in the chapter 11 bankruptcy cases (the "Bankruptcy Cases") of the above-captioned debtors (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in these Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in these Bankruptcy Cases:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| **LAW OFFICE OF**<br>**GILBERT A. LAZSARUS, PLLC**<br><br>Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY 11375<br>Telephone: (917) 417-3795<br>Email: gillazarus@gmail.com | **WOMBLE BOND DICKINSON (US) LLP**<br><br>Kevin J. Mangan<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: kevin.mangan@wbd-us.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the right of Jetrich to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by Jetrich or consent by Jetrich to final adjudication in the Bankruptcy Court of such matters); (b) the right of Jetrich to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of Jetrich to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Jetrich may be entitled to under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 3, 2024

| **LAW OFFICE OF GILBERT A. LAZARUS, PLLC** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY 11375<br>Telephone: (917) 417-3795<br>Email: gillazarus@gmail.com<br><br><br>*Counsel for Jetrich Canada Ltd.* | */s/ Kevin J. Mangan*<br>Kevin J. Mangan (DE Bar No. 3810)<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: kevin.mangan@wbd-us.com<br><br>*Co-Counsel for Jetrich Canada Ltd.* |