IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as co-counsel in the above-captioned case for and on behalf of CORTA Stevens Point, LLC, for all purposes in connection with this case. The undersigned counsel hereby request service of any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, and request that the name and address of the undersigned counsel be added to all mailing matrices in this case. Service may be made and directed as follows:

| | |
|---|---|
| Michael P. Richman, Esq.<br>RICHMAN & RICHMAN LLC<br>122 W. Washington Avenue, Suite 850<br>Madison, WI 53703<br>Telephone: (608) 630-8990<br>mrichman@randr.law | Kevin S. Mann, Esq.<br>CROSS & SIMON, LLC<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>kmann@crosslaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein, and for the purposes of CM/ECF.

This Notice of Appearance and Request for Service of Papers is without prejudice to CORTA Stevens Point, LLC's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit CORTA Stevens Point, LLC to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation CORTA Stevens Point, LLC's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which CORTA Stevens Point, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CORTA Stevens Point, LLC expressly reserves.

Dated: October 3, 2024					CROSS & SIMON, LLC

								 /s/ Kevin S. Mann
								Kevin S. Mann (No. 4576)
								1105 N. Market Street, Suite 901
								Wilmington, DE 19801
								Telephone: (302) 777-4200
								kmann@crosslaw.com

								- and –


Michael P. Richman, Esq.
RICHMAN & RICHMAN LLC
122 W. Washington Avenue, Suite 850
Madison, WI 53703
(608) 630-8990
mrichman@randr.law

*Counsel to CORTA Stevens Point, LLC*