IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| Debtors. | ) (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

    1.    The names and addresses of the Utilities represented by the Firm are:

        A.    American Electric Power
                Attn: Jason Reid
                1 Riverside Plaza, 13th Floor
                Columbus, Ohio 43215

        B.    Arizona Public Service Company
                Attn: Christopher Papesh
                Building M - M.S 3209
                2043 W. Cheryl Drive
                Phoenix, Arizona 85021-1915

C. The Cleveland Electric Illuminating Company
Ohio Edison Company
Potomac Edison Company
West Penn Power Company
Pennsylvania Electric Company
Monongahela Power Company
Metropolitan Edison Company
Pennsylvania Power Company
Jersey Central Power & Light Company
Toledo Edison Company
Attn: Kathy M. Hofacre
FirstEnergy Corp.
76 S. Main St., A-GO-15
Akron, Ohio 44308

D. Virginia Electric and Power Company d/b/a
Dominion Energy Virginia
Attn: Sherry Ward
600 East Canal Street, 16th floor
Richmond, Virginia 23219

E. Dominion Energy South Carolina, Inc.
Attn: Jay Bressler, Esq.
220 Operation Way
Cayce, South Carolina 29033

F. Georgia Power Company
Attn: Daundra Fletcher
2500 Patrick Henry Parkway
McDonough, GA 30253

G. PSEG Long Island
Attn: Brianna Maye, Back Office Collections
15 Park Drive
Melville, New York 11747

H. Salt River Project
Anthony Beck, Customer Credit Services PAB21T
1600 N. Priest Drive
Tempe, Arizona 85072-2025

I. San Diego Gas & Electric Company
Attn: Kelli S. Davenport, Bankruptcy Specialist
8326 Century Park Court
San Diego, CA 92123

J. Southern California Gas Company
Attn: Cranston J. Williams, Esq.
Office of the General Counsel
555 W. Fifth Street, GT14G1
Los Angeles, CA 90013-1034

K. Southern California Edison Company
Attn: Jeffrey S. Renzi, Esq.
Director and Managing Attorney
Southern California Edison Company, Law Department
2244 Walnut Grove Avenue
Rosemead, California 91770

L. Baltimore Gas and Electric Company
Commonwealth Edison Company
PECO Energy Company
Atlantic City Electric Company
Delmarva Power & Light Company
The Potomac Electric Power Company
Attn: Lynn R. Zack, Esq.
Assistant General Counsel
Exelon Corporation
2301 Market Street, S23-1
Philadelphia, Pennsylvania 19103

M. Tampa Electric Company
Peoples Gas System, Inc.
Attn: Barbara Taulton FRP, CAP, Florida Registered Paralegal
Tampa Electric Company
702 N. Franklin Street
Tampa, Florida 33602

N. Entergy Arkansas, LLC
Entergy Louisiana, LLC
Entergy Mississippi, LLC
Entergy Texas, Inc.
Attn: Jon Majewski
Entergy Credit Department
Building 1, L-JEF-359, 4809 Jefferson Hwy.
Jefferson, Louisiana 70121

O. The Connecticut Light & Power Company
Yankee Gas Services Company
Public Service Company of New Hampshire
Eversource Gas of Massachusetts
NStar Electric Company, Western Massachusetts
NStar East Electric Company
Attn: Honor S. Heath, Esq.
Eversource Energy
107 Selden Street
Berlin, Connecticut 06037

P. Boston Gas Company
KeySpan Energy Delivery Long Island
Massachusetts Electric Company
Niagara Mohawk Power Corporation
Attn: Vicki Piazza, D-1
National Grid
300 Erie Boulevard West
Syracuse, NY 13202

Q. Orange & Rockland Utilities, Inc.
Attn: Jennifer Woehrle
390 W. Route 59
Spring Valley, New York 10977

R. The East Ohio Gas Company d/b/a Enbridge Gas Ohio
Attn: Casey Corcoran
Supervisor, Customer Contact Operations
1201 E 55th Street
Cleveland, Ohio 44103

S. Tucson Electric Power Company
UNS Electric, Inc.
UNS Gas, Inc.
Attn: Adam D. Melton, Esq.
Senior Attorney - Litigation
88 E. Broadway Blvd.
Tucson, Arizona 85701

T. Oklahoma Gas and Electric Company
Attn: Jennifer Castillo, Esq.
Sr. Attorney | OGE Legal Department
321 N. Harvey Ave.
MC 1208
Oklahoma City, OK 73102

U. Symmetry Energy Solutions, LLC
Attn: JoAnn Gonzales, Credit Manager
9811 Katy Freeway, Suite 1400
Houston, Texas 77047

V. Constellation NewEnergy, Inc.
Constellation NewEnergy - Gas Division, LLC
Attn: Mark J. Packel
Assistant General Counsel

W. CenterPoint Energy Resources Corp.
Jeanneta Johnson
CenterPoint Energy, Inc.
1111 Louisiana St.
Houston, TX 77002

X. New York State Electric and Gas Corporation
Attn: Kelly Potter
James A. Carrigg Center
Bankruptcy Department
18 Link Drive
Binghamton, NY 13904

Y. Rochester Gas and Electric Corporation
Attn: Shannon Lawson
180 South Clinton Avenue
Rochester, New York 14607

    Z.    Central Maine Power Company
          Attn:  Timothy D. Connolly, Esq.
          162 Canco Road
          Portland, Maine  04103

    AA.   Florida Power & Light Company
          Attn:  Knecole Stroman
          Revenue Recovery Department RRD/LFO
          4200 W Flagler St
          Coral Gables, Florida 33134

    BB.   Public Service Electric and Gas Company
          Attn:  Matthew Cooney, Bankruptcy Department
          80 Park Plaza, T5D
          Newark, New Jersey 07102

    CC.   Public Service Company of North Carolina
          Incorporated
          Attn: Victor Flake
          PSNC Credit & Collections
          PO Box 935
          Lowell, NC  28098

    2.    The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

    (a)  The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage:  American Electric Power, Arizona Public Service Company, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company), Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company, The Cleveland Electric Illuminating Company, Virginia

Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Public Service Company of North Carolina Incorporated, Georgia Power Company, PSEG Long Island, San Diego Gas and Electric Company, Southern California Gas Company, Southern California Edison Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Tampa Electric Company, Peoples Gas System, Inc., Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., The Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, NStar East Electric, Boston Gas Company, KeySpan Energy Delivery Long Island, Massachusetts Electric Company, Niagara Mohawk Power Corporation, Orange & Rockland Utilities, Inc., The East Ohio Gas Company d/b/a Enbridge Gas Ohio, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., Oklahoma Gas and Electric Company, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Central Maine Power Company and Public Service Electric and Gas Company.

(b) Baltimore Gas and Electric Company held prepetition cash deposits that wholly secured prepetition debt.

(c) The following Utilities hold a surety bond that they will make a claim upon for payment of the prepetition debt once that amount is finalized: Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Salt River Project, Tampa Electric Company, Symmetry Energy Solutions, LLC and Florida Power & Light Company.

(d) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance* (Docket No. 272) filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in September 2024. The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com