IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), K&L Gates LLP hereby enters its appearance on behalf of Donlen Corporation ("Donlen") and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Email: David.catuogno@klgates.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158), Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin, Granville Road, Columbus, OH 43081.

17186215.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Donlen's: (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which Donlen is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

17186215.1

Dated:  October 4, 2024  **K&L Gates LLP**

      /s/ David S. Catuogno
David S. Catuogno, Esq.
(N.J.D.C. No. DSC-1397)
(NJ Bar #040511990)
K&L Gates LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4023
Facsimile:   (973) 848-4001
Email: david.catuogno@klgates.com

*Attorneys for Donlen Corporation*

17186215.1

## **CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, District of Delaware, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: October 4, 2024

By: /s/ David S. Catuogno
David S. Catuogno, Esq.
David.catuogno@klgates.com

17186215.1

**SERVICE LIST**

<u>Attorney for the Debtor</u>
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street,16th Floor
Wilmington, DE 19801
**Via ECF**

James I. McClammy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
**Via ECF**

<u>U.S. Trustee</u>
Office of the United States **Trustee**
J. Caleb Boggs Federal Building,
844 King Street, Suite 2207,
Lockbox 35
Wilmington, DE 19801
**Via ECF**

<u>Attorney for U.S. Trustee</u>
Linda J. Casey
Office of United States **Trustee**
844 King Street, Suite 2207
Wilmington, DE 19801
**Via ECF**

<u>Claims Agent</u>
Kroll Restructuring Administration LLC
f/k/a Prime Clerk LLC
55 East 52nd Street,17th Floor
New York, NY 10055
**Via ECF**

17186215.1