## CERTIFICATE OF SERVICE

       I, Stephen B. Gerald, do hereby certify that on the 4th day of October, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

                                          */s/ Stephen B. Gerald*
                                          Stephen B. Gerald (DE No. 5857)