UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X

IN RE:

BIG LOTS, INC., *ET AL*,

CHAPTER 11

CASE NO. 24-11967 (JKS)

Hearing Date: November 4, 2024
At 10:00 AM

Objection Deadline: October 25, 2024 at 4:00 PM

DEBTORS.

------------------------------------------------------------------X

## NOTICE OF HEARING AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on October 3, 2024, Judith Owczarkowski, as administratrix for the Estate of Norman Owczarkowski, by and through the undersigned counsel, filed a *Motion For Relief From The Automatic Stay* ("the Motion").

You are required to file a response to the Motion, if any, on or before October 25, 2024 at 4:00 P.M. At the same time, you must also serve a copy of the response upon the following:

James Huggett, Esq.
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on November 4, 2024 at 10:00 A.M. before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to timely file and serve a response to the Motion as set forth herein, the Court may take action upon the Motion as it deems appropriate, without further notice to you or another opportunity for you to be heard on the Motion.

Dated: October 4, 2024

                                      MARGOLIS EDELSTEIN
                                      */s/ James Huggett*
                                      300 Delaware Avenue, Suite 800
                                      Wilmington, DE 19801
                                      (302) 888-1112
                                      jhuggett@margolisedelstein.com

                                      *Attorneys for Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski*