**UNITED STATES BANKRUPTCY COURT**
**IN THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

**IN RE:**

**Chapter 11**

**Case No. 24-11967 (JKS)**

**BIG LOTS, INC.,** *et al*,

       **Debtors.**

---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, I caused a copy of Judith Owczarkowski, as administratrix for the Estate of Norman Owczarkowski's Annexed Notice of Hearing and Motion for Relief from Stay to be filed with the Court using the CM/ECF system thereby causing Notice of Electronic Filing of the same to be served by e-mail, pursuant to Fed. R. Bankr. P. 9036 and DDE 9036-2, and that the foregoing is also being served on the parties listed below via regular U.S. Mail:

| | |
|---|---|
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street 16th Floor<br>Wilmington, DE 19801 | Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: 212.450.4000 |

       MARGOLIS EDELSTEIN
       */s/ James Huggett*
       300 Delaware Avenue, Suite 800
       Wilmington, DE 19801
       (302) 888-1112
       jhuggett@margolisedelstein.com

       *Attorneys for Judith Owczarkowski, as*
       *administratrix for the Estate of Norman*
       *Owczarkowski*