# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*[1]<br><br>                       Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorney set forth below enters his appearance[2] as counsel for Dell Financial Services, L.L.C. ("Dell") pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010. The undersigned requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002, 3017, or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints, and demands, be given to and served upon the following:

> Matthew P. Austria
> Austria Legal, LLC
> 1007 N. Orange Street, 4th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 521-5197
> Fax: (302) 291-1722
> Email: maustria@austriallc.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Sabrina L. Streusand of Streusand, Landon, Ozburn & Lemmon, LLP previously entered her appearance on behalf of Dell Financial Services, L.L.C. and shall continue as co-counsel in this matter.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Dell's right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) Dell's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Dell's right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this case or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Dell is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Dell expressly reserves.

Dated: October 4, 2024

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Facsimile: (302) 291-1722
Email: maustria@austriallc.com

*Counsel for Dell Financial Services, L.L.C.*