## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance for Bellevue Holdings, LLC ("Bellevue Holdings"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. 101, *et seq.*, Rule 9010(b) of the Federal Rules of Bankruptcy Procedure in the above-captioned, jointly administered bankruptcy cases.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware, the undersigned requests that all notices and all other papers required to be served in this case be served upon the following persons and that the following persons be added to the mailing matrix in this case:

| | |
|---|---|
| Karen M. Grivner | Kevin H. Morse |
| CLARK HILL PLC | CLARK HILL PLC |
| 824 N. Market Street, Suite 710 | 130 E. Randolph Street, Suite 3900 |
| Wilmington, Delaware 19801 | Chicago, Illinois 60601 |
| Telephone: (302) 250-4750 | Telephone: (312) 985-5900 |
| Facsimile: (302) 421-9439 | Facsimile: (312) 985-5999 |
| kgrivner@clarkhill.com | kmorse@clarkhill.com |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Audrey L. Hornisher
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
ahornisher@clarkhill.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service, nor any subsequent appearance, pleading, claim or suit, is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of Bellevue Holdings including, without limitation: (a) the right to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) the  right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (d) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the district court, or (e) any other rights, claims, actions,  defenses, setoffs, or recoupment to which Bellevue Holdings is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Bellevue Holdings expressly states otherwise, Bellevue Holdings does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: October 4, 2024

CLARK HILL PLC

By: /s/ *Karen M. Grivner*
    Karen M. Grivner (Bar No. 4372)
    824 N. Market Street, Suite 710
    Wilmington, Delaware 19801
    Tel: (302) 250-4750
    Fax: (302) 421-9439
    Email: kgrivner@clarkhill.com

    Kevin H. Morse (IL Bar No. 6297244)
    130 E. Randolph Street, Suite 3900
    Chicago, Illinois 60601
    Tel: (312) 985-5900
    Fax: (312) 985-5999
    Email: kmorse@clarkhill.com

    -and-

    Audrey L. Hornisher (TX Bar No. 24094369)
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    Tel: (214) 651-4300
    Fax: (214) 214-651-4330
    Email: ahornisher@clarkhill.com

    *Attorneys for Bellevue Holdings, LLC*

279125520