## Exhibit A

**Additional Closing Stores**

# BIG LOTS, INC. Stores

**Exhibit**

## Store List

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 525 | SAINT PETERSBURG | 1055 62ND AVE N | SAINT PETERSBURG | FL | 33702 | 34,901 | 24,656 |
| 2 | 527 | CLEARWATER | 1492 S BELCHER RD | CLEARWATER | FL | 33764 | 22,090 | 15,957 |
| 3 | 1606 | METHUEN | 40 JACKSON ST | METHUEN | MA | 01844 | 30,000 | 22,148 |
| 4 | 452 | HANNIBAL | 230 HUCK FINN SHOPPING CTR | HANNIBAL | MO | 63401 | 30,451 | 19,694 |
| 5 | 5356 | COLUMBUS | 1451 W 5TH AVE | COLUMBUS | OH | 43212 | 38,457 | 25,316 |
| 6 | 1362 | TULSA | 8939 S MEMORIAL DR | TULSA | OK | 74133 | 30,180 | 23,037 |
| 7 | 1517 | LYNN | 126 BOSTON ST | LYNN | MA | 01904 | 27,739 | 18,621 |
| 8 | 5150 | NORTH AUGUSTA | 406 E. MARTINTOWN RD | NORTH AUGUSTA | SC | 29841 | 31,825 | 24,236 |
| 9 | 1758 | BATON ROUGE | 6900 SIEGEN LN | BATON ROUGE | LA | 70809 | 33,507 | 24,952 |
| 10 | 1140 | NORTH VERSAILLES | 1701 LINCOLN HWY STE 10 | NORTH VERSAILLES | PA | 15137 | 34,666 | 23,793 |
| 11 | 4750 | PORTLAND | 1239 U.S. 181 | PORTLAND | TX | 78374 | 25,673 | 18,950 |
| 12 | 4488 | BELMONT | 96 DANIEL WEBSTER HWY | BELMONT | NH | 03220 | 32,887 | 21,675 |
| 13 | 5264 | LEES SUMMIT | 901 EAST LANGSFORD RD. | LEES SUMMIT | MO | 64063 | 38,203 | 27,678 |
| 14 | 5435 | WISE | 121 PLAZA RD SW | WISE | VA | 24293 | 30,512 | 22,065 |
| 15 | 1450 | HOUSTON | 6138 HWY 6 N | HOUSTON | TX | 77084 | 29,829 | 21,312 |
| 16 | 4291 | YUCAIPA | 34601 YUCAIPA BLVD | YUCAIPA | CA | 92399 | 16,031 | 11,632 |
| 17 | 5256 | BENTON HARBOR | 1950 PIPESTONE RD. | BENTON HARBOR | MI | 49022 | 29,609 | 21,721 |
| 18 | 1878 | THE COLONY | 5000 MAIN ST | THE COLONY | TX | 75056 | 30,724 | 20,886 |
| 19 | 5418 | MOUNT VERNON | 1550 COSHOCTON AVE | MOUNT VERNON | OH | 43050 | 34,665 | 23,183 |
| 20 | 1399 | SAGINAW | 2580 TITTABAWASSEE RD | SAGINAW | MI | 48604 | 27,185 | 20,511 |
| 21 | 5452 | ROSSFORD | 9880 OLDE US 20 | ROSSFORD | OH | 43460 | 37,977 | 24,637 |
| 22 | 5308 | CAPITOL HEIGHTS | 1731 RITCHIE STATION COURT | CAPITOL HEIGHTS | MD | 20743 | 30,323 | 22,157 |
| 23 | 4126 | NATIONAL CITY | 1410 E PLAZA BLVD | NATIONAL CITY | CA | 91950 | 28,213 | 20,190 |
| 24 | 4511 | LINCOLN | 220 N 66TH ST STE 320A | LINCOLN | NE | 68505 | 25,121 | 17,910 |
| 25 | 5104 | HATTIESBURG | 4600 HARDY ST STE 34 | HATTIESBURG | MS | 39402 | 36,327 | 26,118 |
| 26 | 480 | PHENIX CITY | 1109 280 BYP | PHENIX CITY | AL | 36867 | 29,627 | 21,786 |
| 27 | 5409 | CINCINNATI | 4585 EASTGATE BOULEVARD | CINCINNATI | OH | 45245 | 42,004 | 27,007 |
| 28 | 5223 | DOVER | 550 MOUNT PLEASANT AVE | DOVER | NJ | 07801 | 29,920 | 21,124 |
| 29 | 4597 | ROCHESTER | 96 MILTON RD | ROCHESTER | NH | 03868 | 31,240 | 21,967 |
| 30 | 5105 | AVON | 10321 EAST U.S. ROUTE 36 | AVON | IN | 46123 | 35,120 | 27,165 |
| 31 | 5222 | JERSEY CITY | 725 US RT 440 | JERSEY CITY | NJ | 07304 | 30,768 | 21,756 |
| 32 | 4742 | ROCKWALL | 2855 RIDGE RD | ROCKWALL | TX | 75032 | 36,857 | 25,695 |
| 33 | 1396 | WAPPINGERS FALLS | 1574 ROUTE 9 | WAPPINGERS FALLS | NY | 12590 | 26,481 | 19,411 |
| 34 | 4641 | CONVERSE | 8318 FM 78 | CONVERSE | TX | 78109 | 30,270 | 21,233 |
| 35 | 1020 | IRONDEQUOIT | 525 TITUS AVE STE 15 | IRONDEQUOIT | NY | 14617 | 26,784 | 18,391 |
| 36 | 132 | LAFAYETTE | 2050 S 22ND ST | LAFAYETTE | IN | 47905 | 32,861 | 23,461 |
| 37 | 1180 | MARRERO | 5005 LAPALCO BLVD | MARRERO | LA | 70072 | 31,668 | 22,744 |
| 38 | 5300 | GERMANTOWN | 20926 FREDERICK RD | GERMANTOWN | MD | 20876 | 25,589 | 18,435 |
| 39 | 5116 | CATONSVILLE | 5820 BALTIMORE NATIONAL PIKE | CATONSVILLE | MD | 21228 | 28,441 | 21,675 |
| 40 | 1859 | ROUND ROCK | 1201 S INTERSTATE 35 STE 200 | ROUND ROCK | TX | 78664 | 30,000 | 21,474 |
| 41 | 5350 | CHERRY HILL | 949 CHURCH RD | CHERRY HILL | NJ | 08002 | 46,874 | 27,921 |
| 42 | 4277 | LANCASTER | 1070 W AVENUE K STE A | LANCASTER | CA | 93534 | 30,207 | 20,013 |
| 43 | 1694 | BRUNSWICK | 8 GURNET RD STE 8 | BRUNSWICK | ME | 04011 | 42,515 | 28,318 |
| 44 | 1795 | WICHITA | 4165 E HARRY ST | WICHITA | KS | 67218 | 31,200 | 21,361 |
| 45 | 554 | SAINT PETERSBURG | 950 58TH ST N | SAINT PETERSBURG | FL | 33710 | 32,832 | 21,099 |
| 46 | 4563 | CARSON CITY | 4215 S CARSON ST | CARSON CITY | NV | 89701 | 34,549 | 25,517 |