**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for Cambridge Investment Inc., ("Cambridge") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| David W. Gaffey, Esq. | Richard W. Riley, Esq. |
| **Whiteford, Taylor & Preston LLP** | **Whiteford, Taylor & Preston LLC** |
| 3190 Fairview Park Drive, Suite 800 | 600 North King Street, Suite 300 |
| Falls Church, Virginia 22042-4510 | Wilmington, Delaware 19801 |
| Telephone: (703) 280-9260 | Telephone: (302) 353-4144 |
| Facsimile: (703) 280-9139 | Facsimile: (302) 661-7950 |
| Email: dgaffey@whitefordlaw.com | Email: rriley@whitefordlaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of Cambridge including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any cases, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cambridge is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Cambridge expressly state otherwise, Cambridge does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: October 7, 2024
Wilmington, Delaware

                                           */s/ Richard W. Riley*
Richard W. Riley (DE No. 4052)
**Whiteford, Taylor & Preston LLC**[2]
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: rriley@whitefordlaw.com

- and -

David W. Gaffey, Esq.
**Whiteford, Taylor & Preston LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com

*Attorneys for Cambridge Investment Inc.*

---

[2] Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.