## **CERTIFICATE OF SERVICE**

      I, Richard W. Riley, do hereby certify that on the 7th day of October, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

                                                             */s/ Richard W. Riley*
                                                             Richard W. Riley (DE No. 4052)