**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of David W. Gaffey, Esquire of Whiteford, Taylor & Preston LLP to represent Cambridge Investment Inc., in the above-captioned bankruptcy cases and any associated adversary proceedings.

Dated: October 7, 2024
    Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley, Esq. (No. 4052)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: rriley@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bars of the Commonwealths of Virginia and Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Date: October 7, 2024

*/s/ David W. Gaffey*
David W. Gaffey, Esq.
Whiteford, Taylor & Preston LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Main: (703) 280-9260
Email: dgaffey@whitefordlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.