IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*<br><br>                        Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Sabrina L. Streusand, an attorney with Streusand, Landon, Ozburn & Lemmon, LLP to represent Dell Financial Services, L.L.C. in this action.

Date: October 4, 2024

                                          */s/ Matthew P. Austria*
                                          Matthew P. Austria (DE #4827)
                                          Austria Legal, LLC
                                          1007 N. Orange Street, 4th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 521-5197
                                          Email: maustria@austriallc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: October 4, 2024

                                          */s/ Sabrina L. Streusand*
                                          Sabrina L. Streusand
                                          Streusand, Landon, Ozburn & Lemmon, LLP
                                          1801 S. Mopac Expressway, Suite 320
                                          Austin, Texas 78746
                                          Telephone: (512) 236-9900
                                          Email: streusand@slollp.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 7th, 2024**
**Wilmington, Delaware**

                                          J. KATE STICKLES
                                          UNITED STATES BANKRUPTCY JUDGE