**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kendall A. Camuti, Esq. of McNees Wallace & Nurick LLC to represent Triple Bar Ridgeview Hanover, LLC, in this action.

Dated: October 7, 2024

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
ROBINSON & COLE LLP
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1705
Fax: (302) 516-1699
jedmonson@rc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: October 7, 2024

*/s/ Kendall A. Camuti*
Kendall A. Camuti, Esq.
**McNees Wallace & Nurick LLC**
8490 Progress Drive, Suite 225
Frederick, MD 21701
Tel: (301) 241-2017
Email: KCamuti@mcneeslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.