# EXHIBIT A

(Subscription Agreement)

Dell Customer Communication - Confidential

# Dell Financial Services



## SUBSCRIPTION AGREEMENT No. 613856-86711

BIG LOTS, INC.
4900 E. Dublin-Granville Rd.
Columbus, OH 43081

DFS: Dell Financial Services L.L.C.
One Dell Way
Round Rock, TX 78682

**1. SUBSCRIPTION:** Customer has or will provide one or more purchase orders (a "Supply Contract") with a Supplier to acquire certain Products, which may be equipment, software, services or other rights. DFS agrees to provide to Customer and Customer agrees to acquire from DFS the use and possession of the Products set out in the applicable Payment Schedule (each, a "Schedule"). Each Schedule will incorporate this Subscription Agreement (this "Agreement"). When signed by Customer and DFS, the Schedule, together with this Agreement, will be a non-cancelable contract (each, a "Subscription"). Capitalized terms used herein and not defined will have the meanings set forth in the applicable Schedule.

**2. ACCEPTANCE OF PRODUCTS; EXECUTION OF SCHEDULE.** Subject to any right of return under the Supply Contract, the irrevocable "Acceptance Date" will be the date the Products are delivered to the Customer. After delivery, DFS will send a Schedule to the Customer. If the Schedule has no material errors, Customer agrees to sign and return that Schedule by the later of the Acceptance Date or 10 days after Customer receives the Schedule.

**3. CUSTOMER AFFILIATES.**

a. Schedules may be entered into hereunder by affiliates of the undersigned, Big Lots, Inc. (the "Guarantor"), which are listed in attached Exhibit A hereto (collectively "Affiliates"). Exhibit A may be amended in writing from time to time to add or delete Affiliates. Each Affiliate that executes a Schedule shall be considered the "Customer" under this Agreement and each Schedule to which it is a party. Each Schedule, together with this Agreement, is a separate agreement between each Affiliate and DFS, and only that Affiliate will be liable for obligations under its Schedule. For the avoidance of doubt no Affiliate shall be obligated, or have any liability with respect to, the obligations of any other Affiliate under any other Schedule or Agreement

b. The Guarantor (a) hereby unconditionally and irrevocably guarantees the prompt payment of all obligations of each Affiliate under each Schedule, regardless of any circumstance which might otherwise be a defense available to, or a discharge of, the Guarantor or the Affiliate; (b) agrees that this is a continuing guaranty of payment and not of collection, and that DFS may proceed directly against the Guarantor without first proceeding against the Affiliate or the Products; (c) waives all defenses and notices, including those of protest, presentment and demand, notice of acceptance hereof and all other notices of any kind; and (d) agrees that any renewal, extension or other modification of the terms of the Schedule will not release it from its guaranty obligations hereunder. DFS may, without affecting the Guarantor's liability hereunder, compromise or release any rights against the Affiliate or the Products. This guaranty may be enforced by any assignee or successor of DFS.

**4. SUBSCRIPTION FEES; TAXES; PAYMENT OBLIGATION.** (a) The Fee amounts and payment dates for each Subscription will be specified in the related Schedule. Customer agrees to pay a prorated portion of Fees for the period from the Acceptance Date to the Commencement Date. All amounts due under any Subscriptions are payable in US dollars using the payment instructions provided by DFS. (b) In addition to Fees, Customer will pay all government charges, except taxes based on DFS's income, associated with a Subscription. Customer may choose to pay property tax through a charge that DFS will estimate based on existing property tax rates. This charge will be due each time a Fee is due. (c) Customer's obligation to pay all amounts when due and to otherwise perform as required under this Agreement and each Schedule are absolute and unconditional, and Customer will not withhold payment for any reason whatsoever including any claims by Customer against DFS, Supplier or manufacturer of the Products, total or partial loss of the Products or their use or possession, or otherwise, or the bankruptcy of any person.

**5. USE; LOCATION.** Customer may only use the Products for business purposes and will comply with all applicable laws. Customer may permanently move Products from the location specified in the Schedule to any location in the same country (including, without limitation, to a location owned by another Affiliate) if the Customer notifies DFS by the following May 31st or November 30th. Customer may also temporarily move other Products to other locations, including outside of the country, if Customer complies with all applicable laws.

**6. RETURN.** At the expiration or earlier cancellation or termination of the Subscription, and except for Products purchased pursuant to a purchase option under the Subscription, Customer agrees to (a) remove all data from the Products; (b) return the Products at a place reasonably designated by DFS; and (c) cease its use and/or receipt of any software or services provided with or as part of the Products. Customer will pay all costs associated with the return of the Products and will promptly pay DFS for all missing, incomplete, or damaged Products. Upon the return of any Product to DFS, any alteration will become the property of DFS, free and clear of all third-party rights or claims.

**7. INSURANCE, RISK OF LOSS.** (a) At all times, Customer will have a commercially reasonable amount of casualty-loss and liability insurance covering the Products. Customer may self-insure with DFS's consent. Customer will provide evidence of such insurance or self-insurance policy as reasonably requested by DFS. Customer will provide DFS ten (10) days prior written notice of any material change to or cancellation of the insurance policies. (b) Customer assumes the risk of loss of the Products upon delivery and until returned to DFS or purchased by Customer. If any Products are lost, stolen, or damaged beyond repair, Customer will promptly notify DFS, and pay to DFS the Total Subscription Value, or TSV, for such Products. The TSV of any Product is an amount equal to the sum of (i) all

Dell Customer Communication - Confidential

Fees and other amounts then due, plus (ii) the present value of all future Fees to become due, plus (iii) the present value of the estimated in place fair market value of the Product at the end of the Subscription as reasonably determined by DFS. DFS will calculate the present value under (ii) and (iii) using the H.15 federal funds rate as of the Commencement Date.

**8. OWNERSHIP; ALTERATIONS.** By paying the amount due under the Supply Contract, DFS will take title to all Products which are tangible personal property. DFS will remain the owner of such Products even if they are attached to other property. Customer agrees to keep, at its expense, the Products free of liens and encumbrances or anyone other than DFS. If allowed under the Supply Contract, Customer may alter a Product so long as that alteration does not materially decrease the value of the Product.

**9. DISCLAIMER AND INDEMNIFICATION.** Customer agrees that it has selected the Products. If any Product is unsatisfactory for any reason, Customer agrees to make its claim solely against the Supplier. Customer is responsible for all damages caused by or related to this Subscription or the Products. Upon DFS's request Customer will reimburse and defend DFS against any such claim of damages. DFS MAKES NO WARRANTY, EXPRESS, IMPLIED, OR OTHERWISE, REGARDING ANY PRODUCT INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF DESIGN, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. CUSTOMER AGREES THAT DFS WILL NOT BE LIABLE FOR ANY DAMAGES RELATED TO THE SALE OR USE OF ANY PRODUCTS.

**10. DEFAULT.** Customer will be in Default if (a) it fails to pay any amount due within 30 days of its due date or (b) it makes a material misrepresentation related to this Agreement or any Subscription or (c) if it is in material breach of this Agreement, a Subscription, or any other agreement with DFS and Customer fails to fix that breach within 30 days.

**10. REMEDIES.** (a) Upon a Default under a Subscription, all of Customer's rights, but not its obligations, will be automatically cancelled without notice and DFS may, in its sole discretion, exercise one or more of the following remedies: (i) require Customer to return, or cease use of, any or all Products as provided in Section 5; (ii) declare immediately due as a pre-estimate of liquidated damages for loss of bargain and not as a penalty, the TSV of the Products, less any net proceeds paid to DFS upon disposition of the Products; or (iii) exercise any other remedy available to DFS in law or in equity by appropriate court action or otherwise. (b) Customer will pay on demand all costs incurred by DFS in connection with any Default, including reasonable legal fees and expenses.

**11. ASSIGNMENT.** Customer may not assign this Agreement or any Subscription, nor may customer sublease any Product(s), without the prior written consent of DFS (such consent not to be unreasonably withheld); provided that consent from DFS shall not be required for any assignment or sublease to any Affiliate. DFS may assess an administrative fee for any approved assignment or sublease. DFS may at any time and without notice, but subject to the rights of Customer, transfer, assign, or grant a security interest in any Product, this Agreement, any Schedule, or any related rights and obligations, in whole or in part. Subject to the above, this Agreement and each Schedule will be binding upon and inure to the benefit of DFS, Customer and their successors and assigns.

**12. LAW AND VENUE.** THIS AGREEMENT AND EACH SUBSCRIPTION WILL BE GOVERNED BY TEXAS LAW. CUSTOMER CONSENTS TO THE JURISDICTION OF ANY FEDERAL COURT LOCATED IN TRAVIS COUNTY, TEXAS AND WAIVES ANY OBJECTION TO VENUE.

**13. MISCELLANEOUS.** (a) If the Schedule is not signed and returned by Customer under the terms of Section 2, then DFS may require the Customer to purchase the Products by paying the Total Acquisition Cost on the Schedule plus interest at the Overdue Rate. (b) Customer agrees to pay an Overdue Rate of 1% per month on any amounts not paid within 15 days of when due. (c) The parties agree that if any provision of this Agreement, or any Schedule or Subscription is found to be unenforceable, that finding will not affect the enforceability of the remainder of the applicable document or any related document, and the parties will use their best efforts to replace such provision with an enforceable provision approximating the original intent of the parties. (d) Customer grants to DFS a security interest in the Products and all related proceeds and authorizes DFS to file any related financing statements. (e) In the event DFS receives anything of value under a Subscription that is deemed interest which would exceed the maximum amount of interest allowed under the law, Customer's obligation to pay any such amounts will be limited to the maximum amount so allowed. (f) This Agreement and the Schedules under it contain the entire agreement between the parties. (g) This Agreement and any Schedule may only be amended in a document signed by both parties, except that a Schedule may be changed by written notice from DFS to Customer provided such notice is (1) to reflect a credit from Supplier for returned Product (2) to correct a Product's identification number or (3) to adjust the related Fees on the Schedule (any increase up to 15% or any decrease) caused by any change made by Customer in its' order with the Supplier. (h) This Agreement and any Schedule may be signed in any number of counterparts. (i) To the extent a Subscription would be chattel paper (1) the authoritative copy of a Subscription will be the copy in DFS's possession or control and designated by DFS as the copy available for access and review and (2) no security interest may be created through the control or possession of a counterpart of a Subscription other than the authoritative copy in DFS's possession or control. If the authoritative copy is destroyed, DFS may restore the authoritative copy from a backup, and the restored copy will become the authoritative copy. (j) The parties agree that predominant purpose of each Subscription is Customer's use and possession of the related Property.

**ACCEPTED BY:**

| **Dell Financial Services L.L.C. (DFS)** | **BIG LOTS, INC.** |
|---|---|
| By: _____ | By: _____ |
| Name: Kim Vodicka, Vice President | Name: BRYCE K. THORN |
| Title: REVIEWED<br>By Regina Gonzalez at 3:03 pm, May 02, 2023 | Title: PRESIDENT & CEO |



Dell Customer Communication - Confidential

## EXHIBIT A

### TO THE MASTER SUBSCRIPTION AGREEMENT NO. 613856-86711

### BETWEEN BIG LOTS, INC.

### AND DELL FINANCIAL SERVICES L.L.C.

### LIST OF AFFILIATES

The following entities are approved Affiliates under the Agreement, as amended.

| NAME | ADDRESS | TAX ID NUMBER |
|------|---------|---------------|
| Big Lots Stores, LLC | 4900 E. Dublin-Granville Rd., Columbus, OH 43081 | ████9097 |
| Big Lots Stores – PNS, LLC | 4900 E. Dublin-Granville Rd., Columbus, OH 43081 | ████5262 |
| Big Lots Stores – CSR, LLC | 4900 E. Dublin-Granville Rd., Columbus, OH 43081 | ████6182 |
| Closeout Distribution, LLC | 4900 E. Dublin-Granville Rd., Columbus, OH 43081 | ████3785 |
| AVDC, LLC | 4900 E. Dublin-Granville Rd., Columbus, OH 43081 | ████3400 |

# Dell Financial Services



## CERTIFICATION OF SIGNATURE AUTHORITY

**Customer Name: BIG LOTS, INC.**
**Agreement Description: Master Subscription Agreement**

**DFS:** Dell Financial Services L.L.C.

On behalf of the Customer. I certify that each of the people listed below are representatives of the Customer and each is authorized to enter into any of the above noted Agreements and any related documents with DFS. I also certify that this authority shall remain in effect until Customer notifies DFS otherwise. Such notice will not affect any Agreement signed prior to this notice.

| NAME OF AUTHORIZED SIGNATORY | TITLE OF AUTHORIZED SIGNATORY | SIGNATURE OF AUTHORIZED SIGNATORY |
|---|---|---|
| Bruce K. Thorn | President and CEO | |
| Jonathan Ramsden | EVP, CFO & CAO | |

By _____

Name ___Steve Hulkai_____

Title ___VP, Tax & Treasurer___

Date ___5/2/23___

**Dell Financial Services**

# Billing and Schedule Information

Welcome to Dell Financial Services (DFS). We look forward to establishing a long-lasting relationship with you and your team. To ensure your account is setup properly in our systems please provide the information below, working with your Accounts Payable team as needed. Once ready, return it to your DFS Sales Representative or send it to DFS_Customer_Setup@Dell.com. If you have any questions about the form, contact your representative. Thank you.

## I.  Preparing Your A/P System to Remit DFS Payments:

Below is the most commonly requested information by our customers to assist them in setting up their systems to successfully remit DFS payments. If you require any other information, please contact your representative.

| ACH Instructions (preferred) | JPMorgan Chase Bank, N.A.<br>1 Chase Manhattan Plaza<br>New York, NY 10081 | DFS Accounts Only<br>ABA #█████<br>Account #█████<br>MUST INCLUDE CONTRACT & SCHEDULE NUMBER OR INVOICE NUMBER<br>CTX+ format should be first choice if it is an option<br>Email remittance to █████ |
|---|---|---|
| Wire Transfer Instructions | JPMorgan Chase Bank, N.A.<br>1 Chase Manhattan Plaza<br>New York, NY 10081 | DFS Accounts Only<br>ABA #█████<br>Account #█████<br>MUST INCLUDE CONTRACT & SCHEDULE NUMBER OR INVOICE NUMBER<br>Email remittance to █████<br>JPM Swift Code for international wires only: █████ |
| Payee Information | Dell Financial Services L.L.C., Payment Processing Center<br>Federal Tax ID#█████ | PO Box 6549<br>Carol Stream, IL 60197-6549 |

## II.  Your Company Information

Company Name: BIG LOTS STORES, LLC

Physical Address (primary location): 4900 E Dublin Granville Rd.

City, State, Zip: Columbus, OH 43081-7651

Federal Tax ID: ████6811

## III.  Schedules:

Name of recipient(s) to receive monthly schedules **for reconciliation:**

Attention: Clyde Eynon + Jacqueline Tanguay          Email Address: ceynon@biglots.com & JTanguay@biglots.c

Name of individual(s) that **will sign** schedules (this individual should be named as an authorized signatory on the Incumbency or Secretary Clerk Certificate)

Attention: Bruce K. Thorn          Title: President & CEO

Telephone Number: 614-278-6803          Email Address: BThorn@biglots.com

Would you prefer to sign your documents electronically?  ☒ Yes      ☐ No (not available to Public entities)

Do any of the following criteria need to appear on your schedule?*
☒ Cost Center      ☒ Equipment Type      ☒ Equipment Location      ☒ PO Number
*Invoices will follow the format of the schedule and include a breakout of the items above if requested.

## IV.  Purchase Orders:

Your PO should be issued to Dell Financial Services L.L.C.

If you are unable to issue purchase orders to DFS please specify how the PO will be issued:

Do you utilize blanket PO's?          ☒ Yes      ☐ No

Do you use a different PO for payment versus procurement?          ☐ Yes      ☒ No

Is PO fulfillment required for scheduling?          ☐ Yes      ☒ No

DFS will consolidate shipped orders and place on a schedule for your review. If you have any special consolidation requirements, please contact your DFS Sales representative.

Is board approval necessary?          ☐ Yes      ☒ No          If yes, when are meetings held? _____

Fiscal Year is from _____ to _____

## V.   Invoicing/Billing Contact Information:

Accounts Payable (AP) Contact Name: Big Lots Accounts Payable (jointly managed mailbox)

Does this billing address match the primary location above?   [X] Yes (if yes, please skip and proceed to Invoice Preference)   [ ] No

| AP Address: | 4900 E. Dublin Granville Rd. |
| City, State, Zip: | Columbus, OH 43081-7651 |
| County: | Franklin |

AP Email Address: accountspayabledepartment@biglots.com   AP Direct Telephone Number: N/A

Email Address for PDF or Electronic Invoices (if different than AP contact):  wfexpenseinvoice@biglots.com

## VI.   Invoice Preferences (choose one from each category):

Invoice Options:   [ ] **Contract Level** (one invoice per contract)   [X] **Consolidated** (one invoice for all contracts that have the same due date)

Invoice Format:   [X] **Detail** (asset level)   [ ] **Summary**

Delivery Format:   [ ] **Paper** (USPS)   [X] **PDF** (paper copy is not mailed)   [X] **Electronic CSV** (converted to Excel)
[ ] **3rd Party Invoicing Tool, Ariba/SAP** (enter tool name):

Do you need separate invoices for miscellaneous billings?   [X] Yes   [ ] No
Do you require a PO number on the invoice to process payment?   [ ] Yes   [X] No

**Note:** the typical invoice processing time is 30 days. If you require more time, please contact your DFS Sales Representative.

## VII.   Taxes and Fees:

Is your company/entity tax exempt?   [ ] Yes   [X] No
If not exempt, do you intend to finance upfront tax (if applicable) on the schedules (contracts)?   [ ] Yes   [X] No
Personal Property Tax (PPT):   [ ] Rebill Annually   [ ] Monthly Property Management Fee
California Environmental Fee: Do you intend to finance the California Environmental Fee, if applicable?   [ ] Yes   [X] No
Do you intend to finance shipping by adding shipping costs for the products to your schedule?   [X] Yes   [ ] No

## VIII.   Additional Tax Information:

**Sales/Use Tax Exemption:** Please provide your tax exemption or direct pay certificate to both DFS and the product vendor. Certificates intended for Leases should be issued to Dell Financial Services L.L.C., and those for Loans should be issued to the product vendor. Where required, sales/use taxes will be assessed and invoiced to DFS by the vendor.

**Note:** If tax exempt, a valid Tax Exemption or Direct Pay Certificate must be provided for each state in which the products are located.

**Tax Exempt Certificate Requirements:**
• Address to Dell Financial Services
• Should coincide with the date the schedule is signed
• List a description of the items; computer hardware/software is generally sufficient
• Signed by an authorized employee/owner

**The following are not acceptable forms of Tax Exemption Certificates:**
• IRS letter declaring the company as a non-profit (501-C) entity*
• CA letter exempting a company from Franchise and Income Tax
• W-9 form
• State registration certificates
  *Mississippi is the only state that accepts the IRS letter as an acceptable exemption certificate

**Business Personal Property Tax:** Tangible business personal property is taxable in most states. In general, the definition of tangible property is personal property that can be seen, weighed, measured, felt, or otherwise perceived by the senses but does not include a document that constitutes evidence of a valuable interest, claim, or right and has negligible or no intrinsic value.

Dell
Financial
Services

*Assigned To Dell Equipment Funding L.P.*

Dell Customer Communication - Confidential

# Dell Financial Services



### PAYMENT SCHEDULE NO. 001-6859002-004

This Schedule is subject to Subscription Agreement No. 613856-86711

The Product description and location can be found in the attached Exhibit A.

Supplier: Dell Marketing L.P. One Dell Way Round Rock TX 78682

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 3000151403756 3000151404092 | 7 @ $6,666.72 53 @ $19,042.57 | 60 | TBD | $912,000.32 |

Fees are payable monthly in arrears

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes (if financed) which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

**ACCEPTED BY:**

**Dell Financial Services L.L.C. (DFS)**

By: _____

Name: _____
Wendy Keith, Sr. Operations Manager

Title:  **REVIEWED**
By Edrillan_Pasion at 10:03 am, Jun 02, 2023

**BIG LOTS STORES - PNS, LLC**

By: _____

Name: BRUCE . K . THORN

Title: PRESIDENT & CEO





# Dell Financial Services

**May 25, 2023**

BIG LOTS STORES – PNS, LLC
4900 E. Dublin Granville Rd.,
Columbus, OH 43081-7651

Re: Notification of change for PAYMENT SCHEDULE NO. 001-6859002-004 under SUBSCRIPTION AGREEMENT No. 613856-86711

Dear Customer:

Please accept this as a notification that the referenced PAYMENT SCHEDULE NO. 001-6859002-004  has been revised as follows:

Contract No: **001-6859002-004**

| DETAIL | FROM | TO |
|---|---|---|
| Customer Purchase Order No. | 3000151403756<br>3000151404092 | 461822212-3<br>461822213-3 |
| Commencement Date | TBD | June 15, 2023 |

No Action is required from you. Please allow this letter to serve as notification of the corrections identified above. All other terms & conditions of the PAYMENT SCHEDULE NO. 001-6859002-004  remain the same. A copy of this notification will be saved in our records.

If you should have any questions or concerns, please feel free to contact me.

Sincerely,

**DFS OPERATIONS**

Dell Customer Communication - Confidential

# Dell Financial Services

ORIGINAL
Assigned to Dell Equipment Funding L.P.



## PAYMENT SCHEDULE NO. 001-6859002-006

This Schedule is subject to Subscription Agreement No. 613856-86711.

The Product description and location can be found in the attached Exhibit A.

Supplier: NCR CORPORATION, 3097 Satellite Blvd #100, DULUTH, GA, 30096

| Customer Purchase Order No. 461807452 461814006 | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| | $1,048,083.57 | 36 | July 15, 2023 | $2,829,675.60 |

Fees are payable annually in advance

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes which the Customer is responsible for.  Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

**ACCEPTED BY:**

**Dell Financial Services L.L.C. (DFS)**

By: _____

Name: _____

Title: **Josh Plunkett**
Senior Manager, Operations
**Dell Technologies** | Financial Services

REVIEWED
By Stefania, Sherem at 6:59 pm, Jul 27, 2023

**Big Lots Stores, LLC**

By: _____

Name: Bruce K. Thorn

Title: President & CEO

Exhibit A









Dell Customer Communication - Confidential

# Dell Financial Services

ORIGINAL
Assigned to Dell Equipment Funding L.P.



### PAYMENT SCHEDULE NO. 001-6859002-007

This Schedule is subject to Subscription Agreement No. 613856-86711.

The Product description and location can be found in the attached Exhibit A.

Supplier: DIRECT SOURCE, INC., 8176 Mallory Court, CHANHASSEN, MN, 55317

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 461817008 | $67,279.31 | 36 | August 15, 2023 | $181,644.36 |

Fees are payable annually in advance

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

ACCEPTED BY:

Dell Financial Services L.L.C. (DFS)

By:

Name:

Title: **Josh Plunkett**
Senior Manager, Operations
**Dell Technologies** | Financial Services

REVIEWED
By Stefanie, Oherson at 4:24 pm, Jul 27, 2023

Big Lots Stores, LLC

By:

Name: BRUCE K. THORN

Title: PRESIDENT & CEO



Exhibit A

Dell Customer Communication - Confidential

## Dell Financial Services



May 5, 2023

AVDC, LLC
4900 E Dublin Granville Rd
Columbus, OH 43081-7651

Re: Notification of change for PAYMENT SCHEDULE NO. 001-6859002-001 under SUBSCRIPTION AGREEMENT No. 613856-86711

Dear Customer:

Please accept this as a notification that the referenced PAYMENT SCHEDULE NO. 001-6859002-001 has been revised as follows:

| DETAIL | FROM | TO |
|---|---|---|
| Commencement Date | TBD | 5/15/2023 |
| Customer Purchase Order No. | 3000151404285 | 461822213-5 |

No Action is required from you. Please allow this letter to serve as notification of the corrections identified above. All other terms & conditions of the Subscription Agreement remain the same. A copy of this notification will be saved in our records.

If you should have any questions or concerns, please feel free to contact me.

Sincerely,

**DFS Operations**

Dell Customer Communication - Confidential

# Dell Financial Services



### PAYMENT SCHEDULE NO. 001-6859002-001

This Schedule is subject to Subscription Agreement No. 613856-86711

The Product description and location can be found in the attached Exhibit A.

Supplier: Dell Marketing L.P. One Dell Way Round Rock TX 78682

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 3000151404285 | 7 @ $111.77 53 @ $ 319.24 | 60 | TBD | $15,289.44 |

Fees are payable monthly in arrears

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes (if financed) which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

**ACCEPTED BY:**

| Dell Financial | | AVDC, LLC | |
|---|---|---|---|
| By: | _Josh HA_ | By: | |
| Name: | **Josh Plunkett** Senior Manager, Operations | Name: | BRUCE. K. THORN |
| Title: | | Title: | PRESIDENT & CEO |

REVIEWED
By Kimberly Rodriguez at 9:39 am, Sep 10, 2024

Office of the General Counsel

Dell Customer Communication - Confidential

*Assigned To Dell Equipment Funding L.P.*

## Dell Financial Services



### PAYMENT SCHEDULE NO. 001-6859002-005

This Schedule is subject to Subscription Agreement No. 613856-86711

The Product description and location can be found in the attached Exhibit A.

Supplier: Dell Marketing L.P. One Dell Way Round Rock TX 78682

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 3000151403896 3000151401684 3000149929119 | 7 @ $19,199.82 53 @ $54,841.62 | 60 | TBD | $2,626,514.41 |

Fees are payable monthly in arrears

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes (if financed) which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

### ACCEPTED BY:

**Dell Financial Services L.L.C. (DFS)**

By: _____

Name: ___ Wendy Keith, Sr. Operations Manager

**REVIEWED**
By Jocelyn Dematangal at 10:56 am, May 30, 2023

Title: _____

**Big Lots Stores, LLC**

By: _____

Name: BRUCE·K·THORN

Title: PRESIDENT & CEO



# Dell Financial Services



## CERTIFICATION OF SIGNATURE AUTHORITY

**Customer Name: BIG LOTS, INC.**
**Agreement Description: Master Subscription Agreement**

**DFS:** Dell Financial Services L.L.C.

On behalf of the Customer, I certify that each of the people listed below are representatives of the Customer and each is authorized to enter into any of the above noted Agreements and any related documents with DFS. I also certify that this authority shall remain in effect until Customer notifies DFS otherwise. Such notice will not affect any Agreement signed prior to this notice.

| NAME OF AUTHORIZED SIGNATORY | TITLE OF AUTHORIZED SIGNATORY | SIGNATURE OF AUTHORIZED SIGNATORY |
|---|---|---|
| Bruce K. Thorn | President and CEO | |
| Jonathan Ramsden | EVP, CFO & CAO | |

By _____

Name ____Steve Hulkai____

Title ____VP, Tax & Treasurer____

Date ____5/2/23____

# Dell Financial Services



**May 25, 2023**

BIG LOTS STORES, LLC
4900 E. Dublin Granville Rd.,
Columbus, OH 43081-7651

Re: Notification of change for PAYMENT SCHEDULE NO. 001-6859002-005 under SUBSCRIPTION AGREEMENT No. 613856-86711

Dear Customer:

Please accept this as a notification that the referenced PAYMENT SCHEDULE NO. 001-6859002-005 has been revised as follows:

Contract No: **001-6859002-005**

| DETAIL | FROM | TO |
|---|---|---|
| Customer Purchase Order No. | 3000151403896<br>3000151401684<br>3000149929119 | 461825437<br>461822212-1<br>461822213-1 |
| Commencement Date | TBD | June 15, 2023 |

No Action is required from you. Please allow this letter to serve as notification of the corrections identified above. All other terms & conditions of the PAYMENT SCHEDULE NO. 001-6859002-005 remain the same. A copy of this notification will be saved in our records.

If you should have any questions or concerns, please feel free to contact me.

Sincerely,

**DFS OPERATIONS**

Dell Customer Communication - Confidential

**Dell Financial Services**



**May 5, 2023**

Closeout Distribution, LLC
4900 E Dublin Granville Rd
Columbus, OH 43081-7651

Re: Notification for Subscription Agreement  between Dell Financial Services L.L.C. and Closeout Distribution, LLC

Dear Customer:

Please accept this as a notification that the Commencement date change  from TBD to May 15,2023. for this Subscription Agreement Payment Schedule

No Action is required from you. Please allow this letter to serve as notification of the corrections identified above. All other terms & conditions of the Subscription Agreement  remain the same. A copy of this notification will be saved in our records.

If you should have any questions or concerns, please feel free to contact me.

Sincerely,

**DFS Operations**

Dell Customer Communication - Confidential

# Dell Financial Services



**PAYMENT SCHEDULE NO. 001-6859002-002**

This Schedule is subject to Subscription Agreement No. 613856-86711

The Product description and location can be found in the attached Exhibit A.

Supplier: Dell Marketing L.P. One Dell Way Round Rock TX 78682

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 3000151404220 | 7 @ $18.72 53 @ $ 53.46 | 60 | TBD | $2,560.49 |

Fees are payable monthly in arrears

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes (if financed) which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

**ACCEPTED BY:**

| Dell Financial Services L.L.C. (DFS) | Closeout Distribution, LLC |
|---|---|
| By: _Wendy Keith_ | By: _[signature]_ |
| Name: Wendy Keith, Sr. Operations Manager | Name: BRUCE. K. THORN |
| Title: **REVIEWED** By Kimberly Rodriguez at 9:17 am, Sep 10, 2024 | Title: PRESIDENT & CEO |



Dell Customer Communication - Confidential

# Dell Financial Services



**PAYMENT SCHEDULE NO. 001-6859002-003**

This Schedule is subject to Subscription Agreement No. 613856-86711

The Product description and location can be found in the attached Exhibit A.

Supplier: Dell Marketing L.P. One Dell Way Round Rock TX 78682

| Customer Purchase Order No. | Fees | Term in months | Commencement Date | Total Product Acquisition Cost |
|---|---|---|---|---|
| 3000151403630 3000151403971 | 7 @ $1,173.21 53 @ $3,351.11 | 60 | TBD | $160,493.55 |

Fees are payable monthly in arrears

At the end of the Term, Customer may return the Products that are personal property or purchase them for $1.00.

DFS may extend the Commencement Date to the first of the month following the day the Customer returns this Schedule. Total Product Acquisition Cost includes shipping and taxes (if financed) which the Customer is responsible for. Any Product sale by DFS is made AS IS-WHERE IS, WITHOUT WARRANTY OR RECOURSE, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF DESIGN, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.

By signing below, each party agrees to be bound by the Subscription Agreement, this Schedule and the attached Exhibit A.

**ACCEPTED BY:**

| **Dell Financial Services L.L.C. (DFS)** | **BIG LOTS STORES - CSR, LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: BRUCE . K - THORN |
| Title: _____ | Title: PRESIDENT & CEO |