# EXHIBIT B
(License Agreement)

ORIGINAL
Assigned to Dell Equipment Funding L.P.



Agreement Number  TBD

## PAYMENT PLAN AGREEMENT

Customer:        **BIG LOTS, INC.**

Address:         150 Phillipi Rd

                 Columbus, OH 43228

Billing Contact:         Accounts Payable

Billing Address line 1:  300 Phillipi Rd

Billing Address line 2:

City/State/ZIP code:     Columbus, OH 43228

Software Licensor: VMware Inc., 3401 Hillview Avenue, Palo Alto, CA 94304

Vendor:  **VMWare Inc - OEM**

Products Included: Software and services as described in  **VMware Quote # Q-E00288331**

This Payment Plan Agreement ("PPA") is made effective as of  04/29/2022      between the Customer named above ("Customer") and Dell Financial Services L.L.C. ("Payee") pursuant to the following: Customer and the Software Licensor and/or Vendor have entered into a License Agreement and/or any Sale Agreement applicable (such agreement and any addenda, amendments, and schedules attached thereto, are collectively referred to as the "Agreement"), in connection with the licensing of certain software products ("Licensed Software"), and services to Customer. Pursuant to the Agreement, Customer is obligated to pay Vendor the total fees described below "Fees"). Payee and Customer have agreed that instead of Customer paying the Fees as described in the Agreement, Customer shall pay Payee installment payments ("Payment Amounts") as set forth in the Payment Schedule below and Payee shall pay the Vendor on Customer's behalf.

1. FEES: The Fees set forth in the Agreement consist of $ 638,967.97                in Licensed Software and services. Customer hereby agrees to pay the Payment Amounts to Payee on an installment basis in accordance with the Payment Schedule set forth below.

2. PAYMENT SCHEDULE: Customer shall pay the Payment Amounts in accordance with the schedule ("Payment Schedule") listed below, stated right after "6. MISCELLANEOUS", with each Payment Amount due and payable on the date indicated ("Due Date"). Customer shall remit Payment Amounts to the address noted in the invoice from Payee.

3. OBLIGATIONS ABSOLUTE: Customer acknowledges that upon receipt of the Licensed Software it shall be conclusively deemed accepted, and upon Customer's execution of this PPA, Customer acknowledges that (i) it has selected the Software based on its own judgment and (ii) Payee is entering into this PPA as an accommodation to Customer, and the Agreement, including all obligations, rights and remedies hereunder are separate and distinct from this PPA and any remedies which Customer may have, at law or in equity,  against Vendor or Software Licensor shall be made independently and without regard to this PPA and Customer's obligations hereunder, and (iii) Customer's obligation to remit Payment Amounts to Payee, in accordance with the Payment Schedule set forth above shall be absolute, unconditional, non-cancelable, and nonrefundable, and shall not be subject to any abatement, set-off, claim, counterclaim, adjustment, reduction, or defense that Customer may have arising out of or relating to the Agreement, the Licensed Software or otherwise for any reason whatsoever, including, but not limited to termination of the Agreement or any change in, update to or transfer of the Licensed Software. If full payment of each Payment Amount and other amounts due and payable is not received by Payee within 10 days of the Due Date set forth above, Customer agrees to pay to Payee interest on the overdue amount at the lesser of 1.5% per month or the maximum rate allowed by applicable law.

4. ASSIGNMENT; WAIVER OF DEFENSES: Customer hereby consents to Payee's assignment of Payee's rights and interests in and to all or a portion of the Payment Amounts set forth above to a third party ("Assignee"). Customer shall not transfer or assign any of Customer's rights or obligations under this PPA without Payee's prior written consent. Customer agrees that neither Payee nor any Assignee shall assume any of Vendor's or Software Licensor's obligations to Customer under the Agreement, and further, expressly waives, as against Payee and any Assignee, any rights Customer may have or claim related to any matter whatsoever including, without limitation, the design or condition of the Licensed Software , its merchantability or its fitness or capacity or durability for any particular purpose, the quality of the material or workmanship of the Licensed Software or conformity of the Licensed Software to the provisions and specifications of any purchase order or orders relating thereto, and Customer expressly disclaims the same, and, as to Payee and any Assignee, Customer accepts the Licensed Software "AS IS".  Payee and any Assignee shall have no liability to Customer for any claim, loss or damage caused or alleged to be caused directly, indirectly, incidentally or consequentially by the Licensed Software, or by any inadequacy thereof or deficiency or defect therein, by any incident whatsoever in connection therewith, arising in strict liability,

**Dell Financial Services™**

Agreement Number  TBD

negligence or otherwise. Customer acknowledges that Customer ordered the Licensed Software from Vendor, and that Customer may have rights under the Agreement and may be entitled to the benefit of warranties provided by Vendor or Software Licensor, and that Customer has received an accurate and complete description of any such rights including any disclaimers or limitations on them or of the remedies thereunder, and Customer shall make any claims under the Agreement solely and directly against Vendor or Software Licensor, but shall nevertheless pay Payee and any Assignee all amounts due and payable under this PPA.

5. DEFAULT, RIGHTS AND REMEDIES: In the event (a) Customer fails to pay, when due, *any* Payment Amount on the Due Date set forth above, and such failure shall continue for a period of fifteen (15) days; (b) Customer materially breaches any other contract with Payee or (c) Customer materially breaches or terminates the Agreement (any of (a), (b) or (c) above,  a "Default"), then any and all Payment Amounts and all other amounts due hereunder and scheduled to become due hereunder shall become Immediately due and payable by Customer, without demand or notice, and Vendor or Software Licensor may terminate (upon notification by Payee of Default) all of Customer's rights to use of the Licensed Software and related services. After the occurrence of a Default hereunder by Customer, Customer agrees to immediately cease using the Licensed Software, to de-install and delete all copies of Licensed Software from any computer systems owned or controlled by Customer or used for Customer's benefit. Customer further agrees to provide a certificate signed by a Customer officer who is responsible for Customer's information systems attesting to such cessation of use and maintenance, de-installation and deletion of Licensed Software. In the event Payee shall institute any action for the enforcement of the collection of the Payment Amounts, there shall be' immediately due from Customer, in addition to the unpaid Payment Amounts, all costs and expenses of such action, including reasonable attorneys' fees. No failure or delay on the part of Payee to exercise any right or remedy hereunder shall operate as a waiver thereof. All remedies are cumulative and not exclusive.

6. MISCELLANEOUS: This PPA constitutes the entire agreement regarding the subject matter herein between Customer and Payee and shall supersede any inconsistent terms set forth in the Agreement and all prior oral and written understandings.  No term or provision of this PPA may be amended except by a written instrument signed by both Payee and Customer; provided that the parties agree that this PPA may be amended by written notice from Payee to Customer to adjust the related Payment Amount (any increase up to 15% or any decrease) caused by any change to the Sale Agreement. No part of this PPA is intended to permit or provide for payment of any amount in excess of lawful amounts. In the event any unlawful excess is collected, Payee shall apply such excess as credit or otherwise refund it to Customer, and the rate or amount involved will automatically be reduced to the maximum lawful rate or amount.  To the extent (if any) that this PPA constitutes chattel paper under the Uniform Commercial Code, the authoritative copy of this PPA shall be the copy designated by Payee from time to time, as the copy available for access and review by Customer and Payee.  All other copies are copies of the authoritative copy. In the event of inadvertent destruction of the authoritative copy, the authoritative copy may be restored from a backup, and the restored copy shall become the authoritative copy.  This PPA shall be governed by the laws of Texas and shall be deemed executed in this state as of the effective date set forth above.  Any legal action related to this PPA must be brought in Williamson County, Texas. **EACH PARTY WAIVES ANY OBJECTION TO SUCH JURISDICTION AS WELL AS ITS RIGHT TO A TRIAL BY JURY.**

| $ 219,040.49 | due | 7/1/2022 | $ 219,040.49 | due | 7/1/2023 | $ 219,040.49 | due | 7/1/2024 |

( not   including applicable tax)
Customer shall remit Payment Amounts to the address noted in the invoice from Payee.

Customer:   BIG LOTS, INC.

By   *Chinthaka Liyanapathirana*  4/29/2022

Name:   Chinthaka Liyanapathirana

Title:   VP, Infrastructure & Services

Payee:   Dell Financial Services L.L.C.

By   _____

Name:   **Josh Plunkett**
Senior Manager, Operations
**Dell Technologies** | Financial Services

Title:   _____

**REVIEWED**
By Mario_Dumitru at 11:32 pm, Apr 29, 2022

# Billing Statement

Welcome to Dell Financial Services (DFS). We look forward to establishing a long-lasting relationship with you and your team. To ensure your account is setup properly in our systems please provide the information below, working with your Accounts Payable team as needed. Once ready, return it to your DFS Sales Representative or send it to DFS_Customer_Setup@Dell.com. If you have any questions about the form, contact your representative. Thank you.

## I.  Preparing Your A/P System to Remit DFS Payments:

Below is the most commonly requested information by our customers to assist them in setting up their systems to successfully remit DFS payments. If you require any other information, please contact your representative.

| ACH Instructions (preferred) | JPMorgan Chase Bank, N.A.<br>1 Chase Manhattan Plaza<br>New York, NY 10081 | DFS Accounts Only<br>ABA # ███████<br>Account # ███████<br>MUST INCLUDE CONTRACT & SCHEDULE NUMBER OR INVOICE NUMBER<br>CTX+ format should be first choice if it is an option<br>Email remittance to ███████ |
|---|---|---|
| Wire Transfer Instructions | JPMorgan Chase Bank, N.A.<br>1 Chase Manhattan Plaza<br>New York, NY 10081 | DFS Accounts Only<br>ABA # ███████<br>Account # ███████<br>MUST INCLUDE CONTRACT & SCHEDULE NUMBER OR INVOICE NUMBER<br>Email remittance to ███████<br>JPM Swift Code for international wires only: ███████ |
| Payee Information | Dell Financial Services L.L.C. Payment Processing Center<br>Federal Tax ID# ███████ | PO Box 6549<br>Carol Stream, IL 60197-6549 |

## II.  Invoicing/Billing Contact Information:

Company Name:
Federal Tax ID:
AP Address:
City, State, ZIP:
AP Contact Name:                                        AP Phone Number:
AP Email Address:

## III.  Invoice Preferences (choose one from each category):

Invoice Options:     ☐ **Contract Level** (one invoice per contract)     ☐ **Consolidated** (one invoice for all contracts)

Invoice Format:     ☐ **Detail** (asset level)     ☐ **Summary**

Delivery Format:     ☐ **Paper** (USPS)     ☐ **PDF** (paper copy is not mailed)     ☐ **Electronic CSV** (converted to Excel)
                            **3rd Party Invoicing Tool, Ariba/SAP** (enter tool name):

Email address for PDF or Electronic Invoices:                     Fiscal Year is from _____ to _____
Do you need separate invoices for miscellaneous billings?     ☐ Yes     ☐ No
Do you require a PO Number on the invoice to process payment?     ☐ Yes     ☐ No
Do you use a different PO Number for payment versus procurement?     ☐ Yes     ☐ No
**Note:** the typical invoice processing time is 30 days. If you require more time, please contact your DFS Sales Representative.

## IV.  Taxes:

Is your company/entity sales/use tax exempt?     ☐ Yes     ☐ No
If yes, please provide your tax exemption or direct pay certificate to both DFS and the product vendor. Certificates intended for Leases should be issued to Dell Financial Services L.L.C., and those for Loans should be issued to the product vendor. Where required, sales/use taxes will be assessed and invoiced to DFS by the vendor.

## V.  Miscellaneous:

If there are any other invoicing instructions or billing addresses please indicate below.

Dell
Financial
Services



May 4, 2022

BIG LOTS, INC.
300 PHILLIPI RD
COLUMBUS, OH 43228
Re: Contract 011-9012176-001


Dear BIG LOTS, INC.,

Please accept this as notification that the contract number 011-9012176-001 signed
on 04/29/2022 between BIG LOTS, INC. and Dell Financial Services, LLC has been
revised as follows:

Payment structure has been updated from:

$219,040.49 due 07/01/2022
$219,040.49 due 07/01/2023
$219,040.49 due 07/01/2024

To

$200,886.99 due 07/01/2022
$219,040.49 due 07/01/2023
$219,040.49 due 07/01/2024


Please allow this letter to serve as notification of the corrections.  All other terms &
conditions of lease contract remain the same.  A copy of this notification will be placed
in our leasing files for our records.

If you should have any questions or concerns, please feel free to contact me.

Sincerely,

**Adrian Iordache**
DFS_Special_Operations@Dell.com

Internal Use - Confidential