**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*[1]<br><br>　　　　　　　　Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No.**_____ |

**ORDER GRANTING DELL FINANCIAL SERVICES L.L.C. RELIEF**
**FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

UPON CONSIDERATION of the *Motion of Dell Financial Services L.L.C.* (the "Movant") *for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d), or in the Alternative, for Adequate Protection Payments* (the "Motion") and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the parties in interest as described in the Certificate of Service is adequate under the circumstances; and the Court having determined that cause exists pursuant to 11 U.S.C. § 362(d)(1) to grant Movant relief from the automatic stay as requested, and for the reasons set forth in the Motion[2]; it is hereby Ordered that:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is hereby terminated, with respect to the Debtor's interest in the Subscription Agreement. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law in connection with the Subscription Agreement and/or against the Equipment, including, but not limited to, termination of the Subscription Agreement.

3. The Debtors are directed to: a) de-install and cease use of software or other services provided with the Equipment; b) remove all data from the Equipment, and c) consolidate and turn over the Equipment at a place designated by Movant.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order, including without limitation any request by Movant for further relief to which it may be entitled.

5. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).