# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,[1]<br><br>　　　　　　　　　Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 25, 2024 4:00 p.m. ET**<br>**Hearing Date: November 4, 2024 at 10:00 a.m. ET** |

### NOTICE OF MOTION OF DELL FINANCIAL SERVICES L.L.C. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d), OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION PAYMENTS

**PLEASE TAKE NOTICE** that on October 7, 2024, Dell Financial Services L.L.C. ("<u>Movant</u>") filed the attached Motion ("the <u>Motion</u>") for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d), or in the Alternative, for Adequate Protection Payments, with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **October 25, 2024 at 4:00 p.m. (ET)** (**the "<u>Objection Deadline</u>"**) with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19801 and served on the undersigned counsel to the Movant so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **November 4, 2024 at 10:00 a.m. (ET)** (**the "<u>Hearing Date</u>"**) before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street,

---

1 The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin- Granville Road, Columbus, OH 43081.

5th Floor, Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 7, 2024
Wilmington, Delaware

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Fax: (302) 291-1722
Email: maustria@austriallc.com

*Counsel for Dell Financial Services L.L.C.*