**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*<br><br>                Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### <u>CERTIFICATE OF SERVICE</u>

I, Matthew P. Austria, hereby certify that on the 7th day of October, 2024, I caused a true and correct copy of the foregoing *Motion of Dell Financial Services L.L.C. for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d), or in the Alternative, for Adequate Protection Payments* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in the above case and, additionally, on the parties on the attached Service List via First Class Mail and electronic mail where indicated.

Date: October 7, 2024

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (No. 4827)

## SERVICE LIST

Morris, Nichols, Arsht & Tunnell LLP
Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Sophie Rogers Churchill
Casey B. Sawyer
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Davis Polk & Wardwell LLP
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
450 Lexington Avenue New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

**COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION**

Cole Schotz, P.C.
Justin R. Alberto
Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

McDermott Will & Emery
Darren Azman
Kristin K. Going
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

**COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

Blank Rome, LLP
Regina Stango Kelbon
Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

Choate, Hall & Stewart LLP
John F. Ventola
Jonathan D. Marshall
Jacob S. Lang
Two International Place
Boston, MA 02110

**COUNSEL TO THE DIP ABL AGENT**
**AND PREPETITION ABL AGENT**


Otterbourg, P.C.
Chad B. Simon
James v. Drew
Sarah L. Hautzinger
230 Park Ave, Ste 29
New York, NY 10169

Richards, Layton & Finger, P.A.
John H. Knight
920 N. King Street
Wilmington, Delaware 19801

**COUNSEL TO THE DIP TERM AGENT**
**AND PREPETITION TERM LOAN AGENT**


Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
linda.casey@usdoj.gov

**OFFICE OF THE UNITED STATES TRUSTEE**