To whom it may concern,

Big Lots INC. et al, Debtors

I Betty Berens do not agree with any decision to deem the stocks, that I acquired from the Big Lots Corporation, to be worthless. I also do not agree that such stocks should not be paid to myself or anyone else who has acquired them. I gave thirty-four years of my life to the company, to lose my job unrightfully. I was a dedicated, hard working employee who lost a lot upon the "restructuring" of the company. I feel I should not lose this as well.

Thank you,
Betty S. Berens

B.L. Berens
14733 Hofacker Rd.
Newark, Ohio 43055

RECEIVED 2024 OCT -7 AM 10:41 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE