# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al. | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO:** ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), Milelli Realty-Lehigh Street, L.L.C. through its counsel, McCarter & English, LLP., hereby appears in the above-captioned case and requests that all notices and papers served or required to be served in the case be served upon the following:

| | |
|---|---|
| Shannon D. Humiston, LLP | Jeffrey T. Testa, Esq. |
| Renaissance Centre | McCARTER & ENGLISH, LLP |
| 405 N. King Street, 8th Floor | Four Gateway Center |
| Wilmington, DE 19801 | 100 Mulberry Street |
| Tel.: (302) 984-6300 | Newark, NJ 07102 |
| Fax: (302) 984-6399 | Telephone: (973) 639-7939 |
| shumiston@mccarter.com | Facsimile: (973) 624-7070 |
| | jtesta@mccarter.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above, but also includes, without limitation, a demand for any and all orders and notices of any application, motion, petition,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

ME1 50554039v.1

pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail delivery, telephone, telecopier, or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Milelli is or may be entitled.

Date:   October 7, 2024
        Wilmington, Delaware

**MCCARTER & ENGLISH, LLP**

By: */s/ Shannon D. Humiston*
Shannon D. Humiston (DE# 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6300
Fax: (302) 984-6399
Email: shumiston@mccarter.com

- and –

Jeffrey T. Testa
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Email: jtesta@mccarter.com

*Attorneys for Milelli Realty-Lehigh Street, L.L.C.*