# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:** To Be Provided in a Future Notice<br><br>**Re: D.I. 13, 137 & 442** |

## NOTICE OF PROPOSED CURE AMOUNTS FOR CERTAIN UNEXPIRED LEASES

**ATTENTION: LANDLORDS RECEIVING THIS NOTICE PLEASE CAREFULLY REVIEW THIS NOTICE AND THE ATTACHED EXHIBIT**

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* (D.I. 13) (the "Lease Sale Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Lease Sale Procedures Motion, the Debtors are seeking approval of procedures to initiate a multi-step sale process to maximize the value of the Debtors' Lease Assets and/or renegotiate valuable leases.

**PLEASE TAKE FURTHER NOTICE** that on September 11, 2024, the Court entered the *Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 137), granting the Lease Sale Procedures Motion on an interim basis with respect to the "First Wave" (as such term is used in the Lease Sale Procedures Motion).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized terms not defined herein have the meanings ascribed to them in the Lease Sale Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Certification of Counsel Regarding Second Interim Order (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* (D.I. 442), the Debtors are seeking entry of a second interim order approving the Lease Sale Procedures Motion on an interim basis with respect to the "Second Wave" leases.

**PLEASE TAKE FURTHER NOTICE** that, a list of unexpired leases and proposed cure amounts for the "Second Wave" are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT DEADLINES RELATED TO THE LEASE SALE PROCEDURES MOTION AND THE ATTACHED LEASES AND CURE AMOUNTS WILL BE SERVED AS SOON AS INTERIM RELIEF WITH RESPECT TO THE SECOND WAVE OF LEASES IS GRANTED BY THE COURT.**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 8, 2024
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*