## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 287** |

**NOTICE OF REVISED PROPOSED ORDER (I) APPROVING (A) THE PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' *DE MINIMIS* ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) THE FORM AND MANNER OF NOTICE OF *DE MINIMIS* ASSET SALES, AND (II) GRANTING RELATED RELIEF**

   **PLEASE TAKE NOTICE** that, On September 25, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Approving (A), the Procedures for the Sale of Certain of the Debtors'* De Minimis *Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) the Form and Manner of Notice of* De Minimis *Asset Sales, and (II) Granting Related Relief* (the "**Motion**")[2] (D.I. 287).  A proposed form of order granting the Motion (the "**Proposed Order**") was attached to the Motion.

   **PLEASE TAKE FURTHER NOTICE** that, following the filing of the Motion, the Debtors revised the Proposed Order to incorporate comments from the Office of the United States Trustee (the "**U.S. Trustee**"), the Official Committee of Unsecured Creditors (the "**Committee**"), the Chubb Companies, the DIP Agents, and certain landlords (collectively, the "**Responding Parties**").  The revised form of order granting the relief requested in the Motion (the "**Revised Proposed Order**") is attached hereto as **<u>Exhibit A</u>**.  The Debtors intend to seek entry of this order at the hearing scheduled for October 9, 2024, at 1:00 p.m. (ET).

   **PLEASE TAKE FURTHER NOTICE** that a redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **<u>Exhibit B</u>**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

Dated: October 9, 2024
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and
Debtors in Possession*