## Exhibit B

**Martini Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) |
|  | ) Case No. 24-11967 (JKS) |
| Debtors.[1] | ) |
|  | ) (Jointly Administered) |
|  | ) |

**DECLARATION OF NATALIE MARTINI IN SUPPORT**
**OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR**
**EFFECTIVE AS OF THE PETITION DATE**

I, Natalie Martini, under penalty of perjury, declare as follows:

1.      I am a partner at Deloitte & Touche LLP ("**Deloitte & Touche**"), which has an office at 111 S. Wacker Dr. Suite 2100, Chicago, Illinois 60606.  I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte & Touche, as independent auditor to the debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), in support of the *Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date*, which was filed contemporaneously herewith (the "**Application**").[2]

---

[1]      The debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2.      The Debtors seek to retain Deloitte & Touche to provide independent audit services pursuant to the terms and conditions set forth in that certain engagement letter, dated May 24, 2024 (the "**Engagement Letter**"), between Deloitte & Touche and the Debtors, a copy of which is attached hereto as **Exhibit 1**.

3.      The statements set forth in this Declaration are based upon my personal knowledge, information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

## DELOITTE & TOUCHE'S QUALIFICATIONS

4.      Deloitte & Touche is a public accounting firm with offices across the United States. Deloitte & Touche has significant experience in providing audit services in large and complex chapter 11 cases on behalf of debtors throughout the United States, including numerous large chapter 11 cases in this district.  Such experience renders Deloitte & Touche well-qualified and able to provide services to the Debtors.  Deloitte & Touche's services fulfill an important need and are not provided by any of the Debtors other professionals.

5.      In addition, since approximately October 1989, Deloitte & Touche has provided certain professional services to the Debtors.  In providing such prepetition professional services to the Debtors, Deloitte & Touche is familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters.  Having worked with the Debtors' management, Deloitte & Touche has developed relevant experience and knowledge regarding the Debtors that will assist it in providing effective and efficient services for the Debtors. Accordingly, Deloitte & Touche is both well-qualified and able to provide the services for the Debtors in an efficient and timely manner.

**DISINTERESTEDNESS**

A. *Background Information*

6.          Deloitte Touche Tohmatsu Limited ("DTTL") is a UK private company limited by guarantee.  DTTL itself does not provide services to clients.  Each of the member firms of DTTL (each a "**DTTL Member Firm**") is a legally separate and distinct entity.  The DTTL Member Firms are primarily organized on an individual country or regional basis, and operate within the legal and regulatory framework of their particular jurisdiction(s).  The DTTL Member Firm structure reflects the fact that the DTTL Member Firms are not affiliates, subsidiaries or branch offices of each other or of a global parent.  Rather, they are separate and independent firms that have come together to practice under a common brand and shared methodologies, client service standards, and other professional protocols and guidelines.  DTTL Member Firm partners and/or principals are generally the sole owners of their respective DTTL Member Firms.  There is no overlap with respect to a partner's or principal's ownership in its respective DTTL Member Firm and any other DTTL Member Firm.  Profits are not shared between or among the DTTL Member Firms.

7.          In the United States, Deloitte LLP is a DTTL Member Firm.  Like DTTL, Deloitte LLP does not provide services to clients.  Rather, Deloitte LLP has operating affiliates that perform services for clients, including Deloitte & Touche, Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"), Deloitte Consulting LLP ("**Deloitte Consulting**"), Deloitte Tax LLP ("**Deloitte Tax**"), and Deloitte Transactions and Business Analytics LLP ("**DTBA**") (Deloitte LLP and each of the foregoing, and together with their respective direct and indirect subsidiaries, the "**Deloitte U.S. Entities**").  The partners and/or principals of each operating affiliate of Deloitte LLP are owners of their respective affiliate along with, directly or indirectly, Deloitte LLP.  Generally, each affiliate's respective partners and principals are also partners and principals, as applicable, of Deloitte LLP.

### B. *Conflicts Check Process*

8.        Subject to the foregoing, except as set forth herein and in the attachments hereto, to the best of my information, knowledge, and belief based on reasonable inquiry: (a) neither I, Deloitte & Touche, nor any partner, principal, or managing director of Deloitte & Touche that is anticipated to provide the services for which Deloitte & Touche is to be retained (the "**Deloitte & Touche Engagement Partners/Principals/Managing Directors**") holds any interest adverse to the Debtors with respect to the matters on which Deloitte & Touche is to be retained in their Chapter 11 Cases; and (b) Deloitte & Touche has no relationship to the Debtors, their significant creditors, certain other parties-in-interest, or to the attorneys that are known to be assisting the Debtors in their Chapter 11 Cases, except as stated herein or in any attachment hereto.

9.        In connection with Deloitte & Touche's retention by the Debtors in their Chapter 11 Cases, Deloitte & Touche undertook searches to determine, and to disclose, whether it or its affiliates, is or has been employed by or has other relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or any of the Debtors' significant creditors, customers, equity security holders, professionals, or other entities with significant relationships with the Debtors (the "**Potential Parties-in-Interest**"), whose specific names were provided to Deloitte & Touche by the Debtors, listed on **Schedule 1** attached hereto.  To check upon and disclose possible relationships with significant Potential Parties-in-Interest in these Chapter 11 Cases, Deloitte & Touche researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or significant Potential Parties-in-Interest.

10.        As described herein, for the most part, the conflicts searches conducted by Deloitte & Touche involves checking client and other databases of the Deloitte U.S. Entities.  Given the separateness of the various DTTL Member Firm as described above, the Deloitte U.S. Entities do

not have the capability to directly check the client or other databases of any of the non-U.S. DTTL Member Firms or their respective affiliates or subsidiaries. However, notwithstanding the separateness of the DTTL Member Firms, the Deloitte U.S. Entities' checking procedures in bankruptcy cases do result in the gathering of certain information related to the DTTL Member Firms, as described below.

11.     When any of Deloitte LLP's operating affiliates, such as Deloitte & Touche, is to be the subject of an application to be retained in a chapter 11 case, a process commences regarding checking connections to the debtor, its affiliates and the debtor's parties in interest (as provided by the debtors). With the assistance of the Deloitte U.S. Entities' conflicts team (the "**Conflicts Team**"), a series of conflicts checking procedures are undertaken, including checking a number of Deloitte U.S. Entities' databases for their connections. Additionally, the Conflicts Team performs procedures to identify certain relationships of other DTTL Member Firms, as described below:

    a)  With respect to the debtor and debtor affiliates, the Conflicts Team will:

        i)  Initiate cross border check requests to the DTTL Member Firm(s) where the debtor or debtor affiliate is domiciled (i.e., the country of incorporation or the entity's headquarters, as the case may be) based upon information provided by the debtors and research by the Conflicts Team of publicly available information. The DTTL Member Firm(s) will then search applicable local databases to identify client or non-client relationships in their jurisdiction (such as lender, vendors, business relationship entities or third parties associated with a client engagement).

        ii)  Perform a search of the cross border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms, which are submitted when a DTTL Member Firm seeks to commence an engagement with or involving a U.S. entity.3  This search is conducted to identify whether those prospective engagements involved the debtor or its affiliates domiciled in the U.S. as the engaging client or non-client relationship (such as business relationship entities or third parties associated with a client engagement).

        iii) Perform a search of the database system associated with audit and other related independence requirements (the "**Independence Database**") to identify possible

---

³     These cross-border conflict check requests are pursuant to a policy adopted by DTTL Member Firms.

connections with debtor and debtor affiliates with respect to whom such requirements are actually or potentially implicated. Each DTTL Member Firm is required to input its respective audit and attest clients into the Independence Database, and all DTTL Member Firms have access to the Independence Database.[4] Each entity in the Independence Database has a designated partner who is responsible for approving and monitoring services for entities included in its corporate tree. The Independence Database includes audit and attest clients of the various DTTL Member Firms, as well as certain other non-clients thereof.

b) With respect to the debtor's parties in interest, the Conflicts Team will:

    i) Perform a search of the cross-border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms (described above) to identify whether those prospective engagements involved a U.S.-domiciled party in interest as a direct attest or litigation client or business relationship entity.

    ii) Perform a search of the Independence Database to determine whether a party in interest is identified therein.

12.    Deloitte & Touche and/or its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties-in-Interest. Accordingly, Deloitte & Touche and/or its affiliates have or may have provided professional services, may currently provide professional services, and/or may in the future provide professional services in matters unrelated to the Chapter 11 Cases to certain of the Potential Parties-in-Interest. Additionally, certain of these Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to Deloitte & Touche and/or its affiliates and the Deloitte & Touche Engagement Partners/Principals/Managing Directors in matters unrelated to the Chapter 11 Cases. A listing of parties with such connections to Deloitte & Touche and/or its affiliates is attached to this Declaration as **Schedule 2**.

13.    With respect to Deloitte & Touche's conflicts checks conducted in these Chapter 11

---

[4]    Inputting audit and attest clients into the Independence Database is a policy followed by DTTL Member Firms so that such relationships are tracked in connection with such firms' independence requirements.

Cases, if a database query identified a potential connection between a Potential Party-in-Interest and a Deloitte U.S. Entity or DTTL Member Firm, an email was sent to certain of the Deloitte U.S. Entity's and/or DTTL Member Firm's individuals, as applicable, associated with such Potential Party-in-Interest to confirm whether or not the relationship with such Potential Party-in-Interest related or currently relates to the Chapter 11 Cases. Responses to these emails were consolidated and subsequently reviewed. As stated in this Declaration, these processes result in the disclosures that are set forth herein, including the disclosure of certain connections with Potential Parties-in-Interest that do not relate to the Chapter 11 Cases. The identified potential connections to the Potential Parties-in-Interest are included on **Schedule 2** appended hereto, and such connections do not relate to the Chapter 11 Cases.

14. Deloitte & Touche believes that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which Deloitte & Touche's retention is being sought by the Debtors in these Chapter 11 Cases. Furthermore, such relationships do not impair Deloitte & Touche's disinterestedness, and Deloitte & Touche does not represent an adverse interest in connection with these Chapter 11 Cases.

15. To the best of my knowledge, based on the internal search discussed above, Deloitte & Touche has determined that certain relationships should be disclosed as follows:

(a) Deloitte & Touche and/or its affiliates provide services in matters unrelated to these Chapter 11 Cases to certain of the Debtors' largest unsecured creditors and other Potential Parties-in-Interest or their affiliates listed on **Schedule 2**.

(b) Law firms identified on **Schedule 2**, including Alston & Bird LLP; Arnold & Porter Kaye Scholer LLP; Baker & Hostetler LLP; Maker McKenzie LLP; Benesch, Friedlander, Coplan & Aronoff LLP; Bradley Arant Boult Cummings LLP; Choate, Hall & Stewart LLP; Davis Polk & Wardwell LLP; Fish & Richardson P.C.; Gordon Rees Scully & Mansukani LLP; Greenberg Traurig LLP; Ice Miller LLP; Jacoby & Meyers Attorney LLP; Kirkland & Ellis LLP; Law Office of Greg K. Smith; Law Offices of William W. Green & Associates; Law Offices of Michael Steel; Mayer LLP; Moore & Van

Allen PLLC; Morgan & Morgan; Morgan Lewis & Bockius LLP; Morris, Nichols, Arsht & Tunnell LLP; Norton Rose Fulbright US LLP; Otterbourg P.C.; Reed Smith LLP; Simon & Simon, PC; Steptoe & Johnson PLLC; have provided, currently provide, and may in the future provide legal services to Deloitte & Touche or its affiliates in matters unrelated to these Chapter 11 Cases, and/or Deloitte & Touche or its affiliates have provided, currently provide and may in the future provide services to such firms or their clients.

(c)     In the ordinary course of its business, Deloitte & Touche and its affiliates have business relationships in unrelated matters with its principal competitors, which together with their affiliates may be Potential Parties-in-Interest in these Chapter 11 Cases. For example, from time to time, Deloitte & Touche and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

(d)     Certain financial institutions or their respective affiliates listed on **Schedule 2** including Allianz Global Risks US Ins. Co.; Bank of America Leasing & Capital, LLC; Bank of America, N.A.; Citizens Bank, N.A.; Fifth Third Bank, National Association; M&T Bank; National Union Fire Insurance Co. of Pittsburgh, PA; PNC Bank, National Association (i) are lenders to an affiliate of Deloitte & Touche (Deloitte & Touche is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various partners and principals, respectively, of Deloitte & Touche and its affiliates. In addition, certain financial institutions or their respective affiliates (including The Vanguard Group, Inc.) provide asset management services for, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte & Touche.

(e)     Deloitte & Touche and/or its affiliates have provided and may continue to provide professional services to BlackRock, Inc., FMR LLC, and The Vanguard Group, Inc. and/or their respective affiliates, significant equity holders of the Debtors, in matters unrelated to these Chapter 11 Cases.

(f)     Deloitte & Touche and/or its affiliates have provided and may continue to provide professional services to Nexus Capital Management LP and/or its affiliates, a potential purchaser and/or investor of the Debtors, in matters unrelated to these Chapter 11 Cases.

(g)     Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to these Chapter 11 Cases.

(h)     Deloitte & Touche has provided and continues to provide audit services to certain Potential Parties-in-Interest and/or their affiliates in matters unrelated to these Chapter 11 Cases. In its capacity as independent auditor, Deloitte & Touche also provides such clients with ordinary course auditing

services and conducts typical audit procedures that may arise from such Potential Parties-in-Interests' business arrangements with the Debtors.

(i)  Deloitte Consulting and certain of its affiliates have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these Chapter 11 Cases.

16.  Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte & Touche or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in these Chapter 11 Cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, and the attorneys therefor assigned to these Chapter 11 Cases.

17.  Despite the efforts described above to identify and disclose Deloitte & Touche's connections with the Potential Parties-in-Interest in the Chapter 11 Cases, because Deloitte & Touche is a nationwide firm with thousands of personnel, and because the Debtors are a large enterprise, Deloitte & Touche is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Deloitte & Touche discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

18.  Except as may be disclosed herein, to the best of my knowledge, information, and belief, Deloitte & Touche and the Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## SCOPE OF SERVICES[5]

19.     As set forth more fully in the Engagement Letter, Deloitte & Touche has agreed to provide certain independent audit and review services to the Debtors in accordance with the terms and conditions of the Engagement Letter.   Specifically, Deloitte & Touche will perform an integrated audit in accordance with the standards of the Public Company Accounting Oversight Board (PCAOB) (United States) (the "**PCAOB Standards**") and express an opinion on (1) the fairness of the presentation of Debtor Big Lots, Inc. (the "**Company**") consolidated financial statements for the year ending February 1, 2025, in conformity with accounting principles generally accepted in the United States of America, in all material respects, and (2) the effectiveness of the Company's internal control over financial reporting as of February 1, 2025, based on the criteria established in Internal Control — Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission. Deloitte & Touche will also perform a review of the Company's condensed consolidated interim financial information in accordance with the PCAOB Standards for each of the quarters in the year ending February 1, 2025, prepared for submission to the Securities and Exchange Commission.

20.     Further, pursuant to the Engagement Letter, Deloitte & Touche may provide audit services and conduct procedures associated with the base audit services described above that are beyond the scope of procedures that were anticipated to be performed at the time the Engagement Letter was signed (collectively, the "**Out-of-Scope Services**").

21.     In addition to the foregoing, Deloitte & Touche, at the request of the Debtors, may provide additional services deemed appropriate and necessary to benefit the Debtors' estates. Should Deloitte & Touche agree in its discretion to undertake any such matter, Deloitte & Touche

---

[5]     The summary of the Engagement Letter provided for herein is for convenience only.  To the extent that the summary contained herein conflicts with the Engagement Letter, the Engagement Letter shall control in all respects.

and the Debtors may enter into additional engagement letters, as is necessary, and file, for disclosure purposes, such additional engagement letters with the Court. Unless required by the Court, the Debtors and Deloitte & Touche do not intend to seek separate retention orders with regard to any additional engagement letters.  Instead, any additional engagement letters will be appended to a notice that will be filed with the Court and served on the applicable notice parties, and, absent any objections filed within ten days after the filing and service of such notice, such additional engagement agreement(s) will be performed by Deloitte & Touche pursuant to the Proposed Order.

22.    Deloitte & Touche respectfully requests that its retention be made effective as of the Petition Date so that Deloitte & Touche may be compensated for the professional services it has provided before the Application is heard by the Court.  Deloitte & Touche has provided services to the Debtors in advance of approval of the Application in anticipation that its retention would be approved effective as of the Petition Date.  Deloitte & Touche submits that these circumstances are of a nature warranting retroactive approval.

## PROFESSIONAL COMPENSATION

23.    Deloitte & Touche's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangements, set forth in the Engagement Letter.  Pursuant to the Engagement Letter, with respect to the audit services performed thereunder, the parties agreed that Deloitte & Touche will bill the Debtors a fixed fee for such services, including the Out-of-Scope Services, in the amount of $1,500,000, in accordance with an agreed-upon billing schedule, as follows:

| Invoice Date | Amount |
|---|---|
| May 31, 2024 | $375,000 |
| August 31, 2024 | $375,000 |
| November 30, 2024 | $375,000 |
| February 28, 2025 | $375,000 |
| April 2025 | Final Expenses |
| **Total** | **$1,500,000** |

24.     In addition to the fees set forth above, actual, reasonable, and necessary expenses including, but not limited to, expenses incurred on account of travel and lodging, report production, delivery services, and other expenses incurred in providing Deloitte & Touche's services, and other expenses incurred in providing Deloitte & Touche's services will be included in the total amount billed.

25.     Deloitte & Touche intends to file an interim and a final fee application for the allowance of compensation for the services rendered and reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court and/or any applicable U.S. Trustee Guidelines.

26.     Deloitte & Touche requests that the invoices, after appropriate review, be paid in a manner consistent with the payment of other retained professionals in this matter.  I understand that all payments rendered pursuant to Deloitte & Touche's retention by the Debtors must be approved by an order of this Court and based upon the filing by Deloitte & Touche of an appropriate final application for allowance of compensation and reimbursement of expenses.

27.     Deloitte & Touche provided prepetition services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte & Touche approximately $125,000 on account of invoices issued by Deloitte & Touche for services performed and/or to be performed.  As of the Petition Date, no amounts were outstanding with respect to invoices issued by Deloitte & Touche.

28.     Some services incidental to the tasks to be performed by Deloitte & Touche in these Chapter 11 Cases may be performed by personnel now employed by or associated with affiliates of Deloitte & Touche, such as DTBA, Deloitte FAS, Deloitte Tax, and Deloitte Consulting, and/or their respective subsidiaries, including subsidiaries located outside of the United States.

29.     In particular, Deloitte & Touche may also subcontract a portion of attest services to its indirect subsidiary, Deloitte & Touche Assurance & Enterprise Risk Services India Private Limited ("**Deloitte & Touche India**").  In such case, a specifically assigned team of personnel from Deloitte & Touche India assists in such services under the supervision, and with the input, of personnel of Deloitte & Touche.  The hourly rates charged to the clients by Deloitte & Touche for services performed by Deloitte & Touche India personnel are comparable to the rates charged for similar services by Deloitte & Touche but do not directly correlate with the hourly rates attributed to such services by Deloitte & Touche India.  The connections of Deloitte & Touche India (along with the connections of Deloitte & Touche and its other affiliates) to parties in interest in these Chapter 11 Cases are set forth on **Schedule 2** attached hereto.

30.     Deloitte & Touche has received no promises regarding compensation in these Chapter 11 Cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration.  Deloitte & Touche has no agreement with any non-affiliated or unrelated entity to share any compensation earned in these Chapter 11 Cases.

## EFFORTS TO AVOID DUPLICATION OF SERVICES

31.     Deloitte & Touche understands that the Debtors have retained and may retain additional professionals during the term of the Engagement Letter, and Deloitte & Touche agrees to work cooperatively with the Debtors to avoid unnecessary duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Date:  October 9, 2024

*/s/ Natalie Martini*
Natalie Martini
Partner
Deloitte & Touche LLP

## Schedule 1

### Potential Parties-in-Interest List

AVDC, LLC
Big Lots eCommerce LLC
Big Lots F&S, LLC
Big Lots Management, LLC
Big Lots Stores - CSR, LLC
Big Lots Stores - PNS, LLC
Big Lots Stores, LLC
Big Lots, Inc.
BLBO Tenant, LLC
Broyhill LLC
Closeout Distribution, LLC
Consolidated Property Holdings, LLC
CSC Distribution LLC
Durant DC, LLC
GAFDC LLC
Great Basin, LLC
INFDC, LLC
PAFDC LLC

AlixPartners, LLP
Davis Polk & Wardwell
Gordon Brothers Retail Partners, LLC
Guggenheim Securities, LLC
Kroll Restructuring Administration, LLC
Morris, Nichols, Arsht & Tunnell LLP
A&G Real Estate Partners

0117 - Waste Pro - Pembroke Pines
1100 JEFFERSON PARTNERS LLC
1100 W ARGYLE ST LLC
1111 Hill Rd Llc
1150 Union Street Corporation
118 - Waste Pro - Pembroke Pines
120 Hoosick Street Holdings Llc
1235 Farmington Avenue Br, Llc
1255 Sunrise Realty, Llc
12550 Lc
1370 North 21st. Ltd.
1482 East 2nd Street, Llc
15 Hollingsworth St Realty Trust
150 South 11th Ave Llc
1520 Nw Leary Way Llc

153 Hemingway Investments, Llc
1600 Eastchase Parkway Llc
17070 Collins Ave Sc, Ltd
174 Stonebrook Llc
1903 Partners, LLC
1903P Loan Agent, LLC
1980 Ridge Rd Co Llc
2 North Street Corporation
200 Lincoln Retail, Llc
201 Lincoln Retail, Llc
21st & Main Partners, Llc
22nd & Main Partners, Llc
2353 North Park Drive Llc
2413 Brewerton Road Plaza Llc
250 Three Springs Lp
2501 Gallia Llc
260 Voice Road Llc
301-321 E Battlefield Llc
3045 E Texas Street Llc
3320 Agency Llc
3320 Secor Llc
3615 W 104th St. L.P.
3737 Gus Thomasson, Ltd.
3801 Washington Blvd. Co. Llc
400 Rollins Road Llc
41 West 28th Street Corp.
4101 Transit Realty Llc
4139llnew
415 Orchard Associates, Llc
440 Group. Ltd
44th And Wadsworth Llc
45 Development Group, Llc
452 Llc
4610 Frederica Street Llc
465coorsalbq Llc
5 Point Church
501 Prairie View Llc
511 Sr7 Owner, Llc
525 Tx Ref Kilgore Llc
5520 Madison Ave. Llc
553 Mast Road Llc
5620 Nolensville Pike, Llc
5897 Associates, Llc
59 West Investors Llc

5r Partners, Llc

621 W Prentice Llc & Hawthhorne Apartments Llc

644 Market Street Tiffin Oh, Llc

7023 Broward, Llc

820-900 Washington Street Llc

8401 Michigan Rd, Llc

8401 Michigan Road Llc

8501 Midlo Pike Llc

A & D Milford Llc

A I Longview Llc

A10 Revolving Asset Financing I, Llc

A2z Real Estate, Inc.

Aam - Green Bay Plaza, Llc

Aaron Becker Trial Attorney

Aaron G. Durden & Co., LPA

Aba Investments, Llc

ABCWUA

ABCWUA

Abell & Assoc, LLC

Abilene Clack Street, Llc

Abilene-Taylor County Public (Abilene, Tx)

Abmar Gk Us Inc

Abnet Realty Company

Abramson Labor Group

ACC Water Business

Account Recovery Services (Oxnard, Ca)

Ace American Insurance Co. (Chubb)

Ace American Insurance Co. (Chubb)

ACE Insurance

ACE Insurance

ACE Property and Casualty Insurance Company (Chubb)

ACE Property and Casualty Insurance Company (Chubb)

Acv-Argo Cda, Llc

Ada City Utilities OK

Ada County Treasurer (Boise, Id)

Adams County Health Dept (Commerce City, Co)

Adams County Health Dept (Quincy, Il)

Adams County Tax Collector (Natchez, Ms)

Adams, Annette

Adamson Ahdoot

ADECCO EMPLOYMENT SERVICES

ADECCO EMPLOYMENT SERVICES

Aej Rutland, Llc

Aelep Choctaw, Llc

AEP - Appalachian Power
AEP/24406-Wheeling Power
AES Indiana
AES Indiana
AES Ohio
AES Ohio

AFCO Credit Corporation
AFCO Credit Corporation
Agree Cedar Park Tx, Llc
Agree Central, Llc
Agree Fuquay-Varina, Llc
Agree Limited Partnership
Agree Realty Corporation
Agree Realty Corporation
Agricultural Commissioners Ofc (Santa Rosa, Ca)
Agricultural Commissioners Ofc (Santa Rosa, Ca)
Aguilera, Isabel
AIG Specialty Insurance Company
AIG Specialty Insurance Company

Aiken County Sc (Aiken, Sc)
Aim Property Management
Akapyan, Nona
AKKODIS
AKKODIS

Alabama Department Of Revenue
Alabama Department Of Revenue
Alabama Dept Of Agriculture
Alabama Dept Of Agriculture
Alabama Group Ltd
Alabama Power
Alabama Power

Alabama State Treasurer (Unclaimed)
Alabama State Treasurer (Unclaimed)
Alabama Tax Business License
Alabama Tax Business License
Alachua County Environmental (Gainesville, Fl)
Alachua County Environmental (Gainesville, Fl)
Alachua County Tax Collector (Jacksonville,  Fl)
Alachua County Tax Collector (Jacksonville,  Fl)
Alamance County Tax Collector (Graham,  Nc)
Alameda County Clerk Recorder (Oakland, Ca)
Alameda County Clerk Recorder (Oakland, Ca)
Alameda County Tax Collector (Hayward, Ca)
Alameda County Tax Collector (Hayward, Ca)

Alameda Properties, Llc
Alaska Dept Of Revenue
Alaska Dept Of Revenue
Alatex, A Joint Venture
Albany Dougherty Tax Dept
Albany Utilities - GA
Albemarle County Service Authority
Albemarle County Tax Collector (Merrifield,  Va)
Alberta Recycling Mgmt Authority (Edmonton, Ab)
Alberta Recycling Mgmt Authority (Edmonton, Ab)
Albertson's Inc.
Albertson's Inc.
Albertson's Llc
Albertson's Llc
Aldrich Management Co Llo
Alea Properties Llc
Alief Independent School District (Alief, Tx)
Alief Independent School District (Alief, Tx)
Aljacks Llc
Allegany County Tax (Cumberland, Md)
Alleghany County Va Commissioner (Covington, Va)
Alleghany County Va Commissioner (Covington, Va)
Allegheny Plaza Associates
Allen County Health Department (Lima, Oh)
Allen County Public Health
Allen County Treasurer (Fort Wayne,  In)
Allen G. Hembree
Allen Road Retail Business Center Llc
Alliant Energy (IPL)
Alliant Energy (IPL)
Alliant Energy (WPL)
Alliant Energy (WPL)
Allianz Global Risks Us Ins Co
Allianz Global Risks Us Ins Co
Allied Data Solutions Ads (Columbus, Oh)
Allied World Assurance Company (AWAC)
Allied World Assurance Company (AWAC)
Allied World Assurance Company LTD (AWAC)
Allied World Assurance Company LTD (AWAC)
Allied World National Assurance Company (AWAC)
Allstate Insurance Company (OBO Wiseltier, Emelia)
Allstate Insurance Company (OBO Wiseltier, Emelia)
Alpena Power Company
ALSTON & BIRD LLP

ALSTON & BIRD LLP

Alta Center, Llc

Altoona Area School Dist Tax (Altoona, Pa)

Altoona Water Authority

Alvarez, Maria E.

Alvin C. Concepcion

Amanda J. Corbett

Amanda R. Jami

Amaro Law Firm

Amerco Real Estate Company

Amerco Real Estate Company

Ameren Illinois Company

Ameren Illinois Company

Ameren Missouri Company

Ameren Missouri Company

American Alternative Insurance Corporation

American Alternative Insurance Corporation

American Appraisal Associates (Milwaukee, Wi)

American Appraisal Associates (Milwaukee, Wi)

American Electric Power (24002)

American Electric Power (24002)

American Electric Power (24418)

American Electric Power (24418)

American Fork City

American Fork City (American Fork, Ut)

American International Reinsurance Co Ltd (AIRCo)

American International Reinsurance Co Ltd (AIRCo)

American International Reinsurance Company LTD (AIG)

American International Reinsurance Company LTD (AIG)

AmeriGas (9220)

AmeriGas (9220)

AmeriGas (9335)

AmeriGas (9335)

Amherst County Service Authority

Amicre, Llc

AMIN TALATI WASSERMAN LLP

AML IP, LLC

Amy L. Nelson

Amy R. Stern

Anaheim Hills Shopping Village, Llc

Andalusia Utilities

Anderson City Utilities, IN

Anderson County Clerk (Clinton, Tn)

Anderson County Treasurer (Anderson,  Sc)

Anderson Law Firm, PC
Anderson West Llc
Andrade, Maria
Andrade, Maria
Andrea Cook & Associates
Andrej Mueller
Andrew Kaplan, Esquire
Andrew Kaplan, Esquire
Anne Arundel County (Annapolis, Md)
Anne Arundel County (Annapolis, Md)
Anne Arundel County Water and Wastewater
Anne Arundel County Water and Wastewater
Anniston Investors Llc
Anniston Water Works
Anthem, Inc.
Anthem, Inc.
Anthony P. Cappiello, Jr.
Aon plc
Aon plc
AON Premium Finance, LLC
AON Premium Finance, LLC
Aponte, Angel (Minor)
Apopka Regional, Llc
Appalachian Electric Cooperative
Appalachian Natural Gas Distribution Co.
Appalachian Power
Apple Valley Square Center Llc
APS
APS
AQUA IL
AQUA IL
Aqua Indiana, Inc.
Aqua Indiana, Inc.
Aqua New Jersey Inc. (70279)
Aqua New Jersey Inc. (70279)
Aqua Ohio Inc.
Aqua Ohio Inc.
Aqua Pennsylvania Inc. (70279)
Aqua Pennsylvania Inc. (70279)
Aquarion Water Company of CT
Aquarion Water Company of CT
Ar Brickyard Llc
Ar- Moundsville Plaza, Llc
Arapahoe County Tax Collector (Littleton,  Co)

Arapahoe County Tax Collector (Littleton,  Co)

Arapahoe Crossings, Lp

Arapahoe Crossings, Lp

Arc Asandsc001, Llc

Arc Nwnchs001, Llc

Arc Nwnchsc001, Llc

Archer Central Building Llc

ArchimedesRx

Arctrust

Ard Mac Commons, Llc

Ardena Lr Llc

Arias, Aixa

Arizona Business Gazette (Phoenix, Az)

Arizona Corporation Commission

Arizona Corporation Commission

Arizona Department Of Economic

Arizona Department Of Economic

Arizona Department Of Revenue

Arizona Department Of Revenue

Arkansas Dept Of Finance & Administration

Arkansas Dept Of Finance & Administration

Arkansas Dept Of Health

Arkansas Dept Of Health

Arkansas Insurance Department

Arkansas Insurance Department

Arkansas Oklahoma Gas Corp (AOG)

Arkansas Secretary Of State

Arkansas Secretary Of State

Arkansas State Plant Bd (Little Rock, Ar)

Arkansas State Plant Bd (Little Rock, Ar)

Arlington Square L.P.

Arlington Utilities

Arlington Utilities

Armond, Darion

Armstrong Reshawn - Tallahassee, Fl

Arnold & Porter Kaye Scholer LLP

Arnold & Porter Kaye Scholer LLP

Ar-Otter Creek Llc

Arroyo Law, Inc.

Artesian Water Company, Inc.

Ascension Parish Tax Collector (Gonzales, La)

Ashe County Tax Collector (Hermitage,  Pa)

Asheboro Marketplace, Llc

Ashley Furniture

Ashley Furniture
Ashley M. White

Ashton Woods Limited Partnership

Ashton Woods Limited Partnership

Aspen Insurance Holdings Limited

Aspen Insurance Holdings Limited

Assessment & Taxation Portland, Or

Assessment & Taxation Portland, Or

Assessor Collector - Columbus, Ms

Assessor Collector Of Taxes (Beaumont, Tx)

Assessor Collector Of Taxes (Beaumont, Tx)

Astabula County Health Department

Aston Township - Aston, Pa

Aston Township (Pittsburgh, Pa)

Astro Realty Llc

AT&T

AT&T

AT&T Mobility

AT&T Mobility

Athens City Tax Collector

Athens City-County Health Department

Athens Clark County Dept Of - Athens, Ga

Athens Investors, Llc

Athens Shopping Plaza Llc
Athens Utilities Board (TN)

Atkins, Jerald

Atlantic City Electric

Atlantic City Electric

Atlantic County Division (Northfield, Nj)

Atlantic Properties, Llc

Atmf Ix, Llc
Atmos Energy (630872/740353)

Atmos Energy (630872/740353)

Attleboro Crossing Associates, Llc

Attorney-In-Charge, International Trade Field Office
Auburn Assoc. Llc
Auburn Water District (MA)

Auditor Of State - Little Rock, Ar

Auditor Of State - Little Rock, Ar
Audrey Kallander

Auglaize County Auditor (Wapakoneta, Oh)

Auglaize County Health Dept (Wapakoneta, Oh)

August America, Llc
Augusta (Utilities Department)

Augusta License & Inspection (Augusta, Ga)

Augusta Municipal Tax Collector

Aurora Utilities (IN)

Aurora Water (City of Aurora, CO)

Aurora Water (City of Aurora, CO)

Austell City Tax Collector

Austell Natural Gas System

Austin, Robert

Austin/Travis County Health & - Austin, Tx

Austin/Travis County Health & - Austin, Tx

Autauga County Health Dept (Prattville, Al)

Autauga County Tax Collector (Prattville, Al)

AVALARA INC

AVALARA INC

Avery Retail Medium C Llc

Avg Partners I Llc

AVI FOODSYSTEMS INC

AVI FOODSYSTEMS INC

Aviana Company Ltd

Avila-Berning, Dawn

Avista Utilities

Avon Square Associates, Llc

AVRIEL RALYS

Avtex Collins Corner Associates, Llc

AW Billing Service LLC

AWAC/Allied World Assurance Co.

AXA XL

AXA XL

AXA XL (Indian Harbor)

AXA XL (Indian Harbor)

AXA XL/XL Insurance America Inc.

AXA XL/XL Insurance America Inc.

AXIS Insurance Co

AXIS Insurance Co

Axis Surplus Insurance Company

Axis Surplus Insurance Company

B & B Cash Grocery Stores, Inc

B & S Property Holding Llc

B& B Cash Grocery Stores, Inc.

B&B Cash Grocery Stores Inc

B&B Kings Row Holdings Llc

B&C Properties Of Dunn Llc

B&D Law Group APLC

B&E Squared, Llc

B&K Enterprises, Inc

B.H. Chapman

B.H.G.S Dca - West Sacramento, Ca

B.M.R.S. Property Llc

B33 Great Northern Ii Llc

BAC WEST, LLC

Baceline West State Plaza Llc

Baderco Llc

Bailey Cavalieri, LLC

Baker & Baker Real Estate Developer'sllc

BAKER & HOSTETLER LLP

BAKER & HOSTETLER LLP

BAKER MCKENZIE

BAKER MCKENZIE

Baldwin Co Sales & Use Tax Dep - Bay Minette, Al

Baldwin Co Sales & Use Tax Dep - Bay Minette, Al

Baldwin County - Robertsdale, Al

Baldwin County - Robertsdale, Al

Baldwin County Judge Of Probate - Bay Minette, Al

Baldwin County Judge Of Probate - Bay Minette, Al

Baldwin County Revenue Comm (Bay Minette, Al)

Baldwin County Revenue Comm (Bay Minette, Al)

Baldwin County Tax Commission (Atlanta, Ga)

Baldwin County Tax Commission (Atlanta, Ga)

Baldwin EMC

Baldwin, Andrea

Baltimore County Maryland

Baltimore County Tax Collector

BAM MARKETING SERVICES LTD

Banc of America Leasing & Capital, LLC

Banc of America Leasing & Capital, LLC

Banckentucky, Inc

Bank of America, N.A.

Bank of America, N.A.

Bank of America, N.A.

Bank of America, N.A.

Banks County Commissioners (Homer, Ga)

Banner Attorneys

Bannock County Treasurer (Pocatello, Id)

Barbara Erwin And Ron Tomlinson

Barberton City Htl Dept - Barberton, Oh

Barlett & Grippe, LLC

Barnes, Katherine

Barnes, Ronald

Baros, Athanasia

Barren County Health Dept (Glasgow, Ky)

Barren County Tax Collector (Glasgow, Ky)

Barren River District Health (Bowling Green, Ky)

Bartholomew County Health Dept (Columbus, In)

Bartholomew County Treasurer (Columbus,  In)

Bartow County Tax Commissioner (Cartersville,  Ga)

Basaldua, Tim

Basser Kaufman 228 Llc

Basser-Kaufman Of Derby #1783

Battlecreek City Treasurer (Battle Creek, Mi)

Battleground Acquisitions, Llc

Baxter County Collector (Mountain Home, Ar)

Bay County Tax Collector (Panama City,  Fl)

Bay County Tax Collector (Panama City,  Fl)

Bay Valley Shopping Center Llc

Bayird Properties Llc

Bayless, Angela

Bayshore Plaza Shopping Center, Llc

Bazar And Associates

BB Law Group

Bcs Hopper Llc

Bdb Midtown, Llc

Bdpm Group Llc

Beacon Plaza Llc

Bear Creek Partners I Llc

Bear Creek Partners I Llc

Bear Pointe Ventures, Llc

Beatty, Tyeesha

Beauclerc Sdc, Llc

Beaufort County (Beaufort, Sc)

Beaufort County Emergency (Beaufort, Sc)

Beaufort County Treasurer (Atlanta,  Ga)

Beaufort-Jasper Water & Sewer Authority

Beaumont - Cherry Valley Water District

Beaver, Mary

Beazley (Lloyd's Syndicate 2623/623)

Beazley (Lloyd's Syndicate 2623/623)

Beazley Insurance Company, Inc.

Beazley Insurance Company, Inc.

Beckley Water Company (WV)

Beckley-Raleigh County Board Of (Beckley, Wv)

Bedford City Utilities IN

Beer & Wine Services Inc (Calistoga, Ca)

Beeson, Wendy

Belfield, Rashida

Beliveau, Natasha

Bell County Environmental (Pineville, Ky)

Bell County Public Health (Temple, Oh)

Bell County Sheriff (Pineville, Ky)

Bell Road Associates, Llc
Bell, Namari (MJ)

Bellevia, Christine

Bellevue City Tax Collector - Bellevue,  Ky

Bellevue Plaza

Bellflower Park, Lp
Bellomo, Andrew

Bellomo, Donna

Bellucci Law, APC
Belmont County Health Dept (Saint Clairsville, Oh)

Belmont County Health Dept (Saint Clairsville, Oh)

Belmont County Treasurer (Saint Clairsville, Oh)

Belmont County Treasurer (Saint Clairsville, Oh)
Belmont County Water & Sewer District

Belmont County Water & Sewer District

BEMC

Benbaroukh, Llc

Benbrook Real Estate, Llc

Benchmark Hamburg Plaza Assoc
BENESCH FRIEDLANDER COPLAN &

BENESCH FRIEDLANDER COPLAN &

Benessere Partners Lp

Bennett Investment (Msp) Llc
Benton Charter Township (MI)

Benton County (Bentonville, Ar)

Benton County Tax Collector - Kennewick,  Wa

Benton Franklin Distric Health - Kennewick, Wa
Benton PUD

Benton Township Treasurer (Berrien) - Benton Harbor,  Mi
Benton Utilities

Beretania Property Investments, Llc
Bergstein, Cecilia

Berke, Berke & Berke
Berkeley County Health Dept - Martinsburg, Wv
Berkeley County Public Service - Sewer

Berkeley County Water & Sanitation

Berkeley Electric Cooperative

Berkeley Research Group, LLC

Berkeley Research Group, LLC

Berkheimer Associates (Exton, Pa)

Berkheimer Hab Misc - Lehigh Valley, Pa

Berks E I T Bureau (Wyomissing, Pa)

Berkshire Gas Company

Berkshire Gas Company

Berkshire Hathaway Specialty Insurance Co.

Berkshire Hathaway Specialty Insurance Co.

Berks-Montgomery Municipal Authority

Berlin Newington Associates

Bernalillo County Tax Collector (Albuquerque,  Nm)

Bessemer Utilities

Betancourt, Rudolph

Bethel Garp, Llc

Bexar County Clerk (San Antonio, Tx)

Bexar County Tax Assessor-Collector (San Antonio,  Tx)

BFSC GROUP, LP

BGE

BGE

BIAGINI PROPERTIES, INC

Bibiyan Law Group

BIG AVCA OWNER LLC

BIG BCLA OWNER LLC

BIG CSCO OWNER LLC

BIG DETX OWNER LLC

BIG FBTX OWNER LLC

BIG FRCA OWNER LLC

BIG HOLDINGS 1 LLC

BIG HOLDINGS 1 LLC

BIG LACA OWNER LLC

BIG LCNM OWNER LLC

BIG LOCA OWNER LLC

BIG MIFL2 OWNER LLC

Big Sandy RECC (KY)

BIG SATX OWNER LLC

BIG SCORE INVESTOR, LLC

BIG TAMI OWNER LLC

BIG VICA OWNER LLC

BIG YVCA OWNER LLC

Bill English Probate Judge (Opelika, Al)

Billerica Health Department (Billerica, Ma)

Bismark Burleigh Public Health (Bismark, Nd)

Black Hawk County Health (Waterloo, Ia)

Black Hills Energy

Black Hills Energy

Blackburn Romey
BlackRock, Inc.

BlackRock, Inc.

Blackstone Law

BLANDING VILLAGE I LLC
Blanton, Karen

Blevins, Cona

BLM VICTORVILLE

BLOOMINGTON WHITEHALL INVESTMENT LLC

Blount County Clerk ( Maryville, Tn)

Blount County Trustee (Maryville,  Tn)

BLUE ASH OH CENTER LLC

Blue Diamond Crossing Llc

Blue Ridge Energy (NC)

Blue Springs Developers, Inc

Bluegrass Partners Llc

Bluegrass Partners Llc

Blum Boulders Associates 1, Llc

Blum Boulders Associates I, Llc

Bma Beachwood, Llc

Board Of County Commissioners (Miami, Fl)

Board Of County Commissioners (Miami, Fl)

Board Of Equalization - Sacramento, Ca

Board Of Equalization - Sacramento, Ca
Board of Water Works of Pueblo, CO

Boatman, Mark

Bob Bassel
Bogle, Gerald

Bonita Springs Utilities, Inc

Boniuk Interests Ltd.

Bonneville County Treasurer (Idaho Falls, Id)

Booher & Associates - Lewistown, Pa

Boone County Collector Of Revenue (Columbia,  Mo)

Boone County Tax Collector - Harrison,  Ar

Boone County Treasurer - Indianapolis, In

Boone Investment Group Llc
Boone, Jeanne

Bop Teller, Llc
BOREN BROTHERS WASTE SERVICES

Borough of Boyertown, PA

Borough Of Chambersburg

Borough Of Chambersburg - Chambersburg, Pa
Borough of Chambersburg, PA

Borough Of Clifton Heights (Clifton Heights, Pa)

Borough Of Dunmore - Dunmore, Pa

Borough of Ephrata, PA

Borough of Glassboro, NJ

Borough of Lansdale, PA

Borough Of Paramus - Paramus, Nj

Borough Of West Hazleton - Hazleton, Pa

Bossier City Utilities Dept. LA

Bossier Parish Tax Collector - Benton,  La

Boston, Sonja

Boughter Sinak, LLC

Boulder County Public Health - Boulder, Co

Boulder County Public Health - Boulder, Co

Bouyer, Anthony

Bowie City Tax Collector (Prince Georges) - Bowie,  Md

Bowie, T'ron

Bowling Green Municipal Utilities

Boyle County Sheriff - Danville, Ky

BRADLEY ARANT BOULT CUMMINGS

BRADLEY ARANT BOULT CUMMINGS

Bradley County Trustees Office - Cleveland, Tn

Brandon J. Broderick, LLC

Bravo Law Firm

Brazoria County Clerk - Angleton, Tx

Brazoria County Tax Assessor-Collector - Lake Jackson,  Tx

Brazos County Clerk - Bryan, Tx

Brazos County Tax Office - Bryan, Tx

Brc North Hills, Llc

Bre Retail  Residual Owner 1 Llc

Bre Retail  Residual Owner 1 Llc

Bre Retail Np Memphis Commons Owner Llc

Bre Retail Np Memphis Commons Owner Llc

Bre Retail Np Owner 1 Llc

Bre Retail Np Owner 1 Llc

Bre Retail Residual Nc Owner L.P.

Bre Retail Residual Nc Owner L.P.

Bre Retail Residual Owner 1 Llc (Attn: G. C.)

Bre Retail Residual Owner 1 Llc (Attn: G. C.)

Bre Retail Residual Owner 1 Llc (Regional Counsel)

Bre Retail Residual Owner 1 Llc (Regional Counsel)

Bre Retail Residual Shoppes At Valley Forge Owner Llc

Bre Retail Residual Shoppes At Valley Forge Owner Llc

Breezewood Shopping Center, Inc.

Bremerton-Kitsap County - Bremerton, Wa

Brenda Rigsby

Brent M. Lowman, Esq., CPA
Brevard County Tax Collector - Titusville,  Fl

Brf Iii Wilmington Llc

Brice Shannon Llc

Brice Square, Llc
Brick Township Municipal Utilities

Bricktown Plaza Associates

Bridgeport Plaza Associates Llc
BrightRidge

BrightRidge

Brinsfield Sol Jr - Montgomery, Al

Bristol City Tax Collector - Bristol,  Tn
Bristol Tennessee Essential Services

Brixmor Coconut Creek Owner, Llc

Brixmor Coconut Creek Owner, Llc

Brixmor Ga Apollo Ii Tx Lp

Brixmor Ga Apollo Ii Tx Lp

Brixmor Ga Panama City, Llc

Brixmor Ga Panama City, Llc

Brixmor Ga Washtenaw Fountain, Llc

Brixmor Ga Washtenaw Fountain, Llc

Brixmor Holdings 12 Spe, Attn:General Counsel

Brixmor Holdings 12 Spe, Llc

Brixmor Lehigh Sc Llc

Brixmor Miracle Mile Llc

Brixmor Property Group

Brixmor Spe 4 Llc

Brixmor Watson Glen, Llc

Brixmor/Ia Cayuga Plaza Llc

Brixmor/Ia Rutland Plaza, Llc

Brixton Fork Tic, Llc
Broad River Water Authority

Broadway Square Company

Brodsky & Smith LLP
Brooke T. Schwerin

Brookwood Capital Group Llc

Brothers Realty And Property Management Llc

Broward County Tax Collector - Fort Lauderdale, Fl

Brown Co Appraisal District - Brownwood, Tx

Brown County Health Dept - Green Bay, Wi

Brown County Treasurer - Green Bay, Wi
Brown, Alisha

Brown, Sylvia

Brownsville Public Utilities Board

Bruce K. Thorn

Brunswick & Topsham Water District

Brunswick County NC Public Utilities

Brunswick County Tax Collector - Charlotte,  Nc

Brunswick Limited Partnership

Brunswick Property Management Llc

Brunswick Sewer District

Brunswick-Glynn County Joint

Brusmak Clement & Harrison Pc - Dallas, Tx

Bryan County Tax Collector - Durant,  Ok

BRYCE DOWNEY & LENKOV LLC

Bryson Woulfe, PC, Attorneys at Law

Buchanan County Collector Of - Saint Joseph, Mo

Buckeye Water District, OH

Bucyrus City Health Department (Bucyrus, Oh)

Budd Family Lp

Budget Heating & Air Conditioning Inc.

Buffalo Trace Dist Health Dept - Maysville, Ky

Buitrago & Associates

Bullitt County Health Dept - Shepherdsville, Ky

Bulloch County Tax Commissioner - Statesboro,  Ga

Buncombe County Tax Collector - Asheville, Nc

Burdkidz L.L.C.

Bureau Of Alcohol Tobacco And - Pittsburgh, Pa

Bureau Of Home Furnishings - Sacramento, Ca

Bureau Of Plant Industry - Lincoln, Ne

Bureau Of Revenue And Taxation - Gretna, La

Bureau Of Revenue Collections (Baltimore, Md)

Burhanan, Jr., Charles

Burke County Tax Collector (Charlotte,  Nc)

Burleson Shopping Center, Lp

Burlington City Tax Collector - Burlington,  Nc

Burlington Municipal Waterworks,IA

BURNS & FARREY PC

Burns, Peggy

Burton Andrade, Sandra

Bush, Faith

Bustos, Enriqueta

Butler Area Sewer Authority

Butler County Collector - Poplar Bluff, Mo

Butler County Water & Sewer Department

Butler Norris & Gold

Butte County Clerk - Oroville, Ca

Butte County Tax Collector - Oroville, Ca

Bva Lp Spe Llc

Bva Spradlin Llc

Bva Westside Spe Llc

Bvb-Nc, Llc

Bvc Cedar Crest Llc

Byrd & Gonzalez P.A.

Byzantine, Inc.

Bza Berne Square Llc

C & F Land Co.

C.N.A

Ca New Plan Sarasota, Lp (Attn: Sales Audit Dept.)

Cabarrus County Tax Collector - Charlotte,  Nc

Cabell County Sheriff - Huntington, Wv

Cabell-Huntington Health Dept - Huntington, Wv

Cache County Assessor - Logan, Ut

Cache Road Square Lp

Cactus Crossing, Llc

Caddo Parish Sheriff's Office - Shreveport, La

Calcasieu Parish Tax Collector - Lake Charles,  La

Caldwell County Register Of Deeds - Lenoir, Nc

Caldwell County Tax Collector - Lenoir,  Nc

Caledonia Township Treasurer - Corunna, Mi

Calhoun County License - Anniston, Al

California American Water Company

California Dept Of Public Health - Sacramento, Ca

California Property Owner I, Llc

California Secretary Of State - Sacramento, Ca

California Travel And Tourism - Sacramento, Ca

California Water Service-Bakersfield

California Water Service-Chico

California Water Service-Livermore

California Water Service-Rancho Domingue

California Water Service-Salinas

California Water Service-Stockton

Calloway County Health Dept - Murray, Ky

Calloway County Tax Collector - Murray,  Ky

Calrecycle - Sacramento, Ca

CalSafe Research Center, Inc.

Calstrat Law Group, APC

Calvert County Government, MD

Calvert County Health Dept - Prince Frederick, Md

Calvert County Tax Collector - Prince Frederick,  Md

Camacho Venture, Llc

Cambria Township Sewer Authority

Cambridge Investments, Inc

Camden County Treasurer - Blackwood, Nj

Campbell County Fiscal Court - Cincinnati, Oh

Campbell County Tax Collector - Jacksboro,  Tn

Campbell County Tax Collector - Newport,  Ky

Campbell County Utilities/Ccusa

Campbellsville Ind School - Campbellsville, Ky

Campbellsville Municipal Wtr Swr/KY

Canadian County Treasurer - El Reno, Ok

Canadian Four State Holdings Ltd.

Canadian/Ref/Tax - Brantford, On

Cancel, Mercedes

Cantor, Wolff, Nicastro & Hall

Canyon Center Ii, Inc.

Canyon County Tax Collector - Caldwell, Id

Canyon Grande Properties Lp

Canyon Springs Marketplace North Corporation

Cape Fear Public Utility Authority

Cape Giradeau County Collector - Jackson, Mo

Cape Girardeau County Public - Cape Girardeau, Mo

Cape May Co Dept Of Health - Cape May Court House, Nj

Cape May Grocery Owners Llc

Capital City Properties Llc

Capital City Trust

Capital Plaza Inc

Capstone Plaza 44 Llc

Carbajal, Wendy

Carbon Plaza Shopping Center, Llc

Cargus, Lakendra

Carlin, Nicholas EEOC

Carlisle Commerce Center, Ltd.

Carlson, Corinne

Carmichael Water District, CA

Carnaby Square Shopping Center

Carnegie Properties, Inc.

Carney, Camile

Caro Community Schools - Caro, Mi

Carrillo, Francyne

Carrington Capital Investments Iv Llc

Carrington Capital Llc

Carroll County Health Dept Bur - Westminster, Md

Carroll County Tax Collector - Westminster,  Md

Carroll EMC

Carrollton-Farmers Branch Isd Tax Office - Dallas,  Tx

Carrollton-White Marsh, Llc

Carson City Treasurer - Carson City, Nv

Carson City Utilities

Carson Southgate, Llc

Carter County Treasurer - Ardmore, Ok

Carter County Trustee - Elizabethton,  Tn

Carter, Teresa

Carteret County Tax Collector - Beaufort, Nc

Cartwright, Angela

Cascade County Treasurer - Great Falls,  Mt

Cascade Natural Gas

Caseyville Township Sewer System (IL)

Cash, Krugler and Fredericks, LLC

Cashier Fld California Dept Of - Sacramento, Ca

Casitas Oceanside Three, Lp

Casper County Health Dept - Casper, Wy

Cass County Collector - Harrisonville, Mo

Cass County Health Dept - Logansport, In

Cassel, Paul

Catawba County Tax Collector - Charlotte,  Nc

Cathedral City - Cathedral City, Ca

Catoosa County Tax Commissioner - Ringgold,  Ga

Cc Fund 1 Big Lots Llc

Cca-Municipal Income Tax - Cleveland, Oh

Ccdb-Fire Prevention Bureau - Las Vegas, Nv

Ccg Amarillo, Lp

Cdfa - Sacramento, Ca

Cecil County Health Department - Elkton, Md

Cecil County Treasurers Office - Elkton, Md

Cedar City - Cedar City, Ut

Cedar-Pc Plaza, Llc

Cedar-Timpany, Llc (Brenda J. Walker)

Cei Florida Inc - Debary, Fl

Celebration Church

Cellville City Clerk - Belleville, Il

Center for Advanced Public Awareness

Centereach Mall Associates 605, Llc.

Center-Lynchburg Associates Lp

CenterPoint Energy (1325/4981/2628)

CenterPoint Energy (1423)

CenterPoint Energy (2006)

CenterPoint Energy (4849)

CenterPoint Energy (Minnegasco/4671)

Center-Roanoke Associates
Central Connecticut Health Dis - Rocky Hill, Ct
Central District Health Dept - Boise, Id
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Central Tax Bureau - Bridgeville, Pa
Central Tax Bureau Of Pa - Burgettstown, Pa
Central Tax Bureau Of Pa - Mckees Rocks, Pa
Central Tax Bureau Of Pa Inc - Youngwood, Pa
Central Vermont Shopping Center, Llc
Centre Point Investors, Llc
Century Park Law Group, LLP
Ceres Marketplace Investors Llc
Cf Partners Llc
Cft Nv Developments, Llc
Cgb Properties Ltd
Cgb Properties, Llc
Cgcmt 2006-C4 - 5522 Shaffer Rd Llc
Cgma Dennis Port Llc
Chalik & Chalik, PA
Chalmette Mall, Lp
Chambers, Elizabeth
Chambers, Felicia
Champaign Health District - Urbana, Oh
Champion Hills
Chanfrau & Chanfrau
Chanman, Janelle
Chapman & Bowling, LLC
Chapman Commons, Llc
Chapman, Lee
Chappell, Debra
Charles County Government
Charles County Health Dept - White Plains, Md
Charles County Tax Collector - La Plata,  Md
Charles H. Buckingham
Charleston Co Treasurer - Charlotte, Nc
Charleston Sanitary & City of Charleston
Charleston Water System
Charlotte County Board Of - Port Charlotte, Fl
Charlotte County Utilities
Charter Township Of Clinton - Clinton Township, Mi
Charter Township of Madison, MI
Charter Township Of Meridian (Ingham) - Okemos,  Mi
Charter Township of Port Huron, MI

Charter Township Of Union - Mt Pleasant, Mi
Charter Township of Union, MI

Charter Twp Of Shelby - Detroit, Mi
CHARTWELL LAW OFFICES LLP

Chattanooga City Treasurer - Chattanooga, Tn
Chattanooga Gas Company (5408)

Chaves County Treasurer - Roswell, Nm
Chavez, Dana
Chavez, Juan P.

Chelan County Public Utility District

Chelan County Treasurer - Wenatchee, Wa
CHEP USA

Cherokee County Tax Collector - Murphy,  Nc

Cherokee County Tax Comm - Canton, Ga

Cherokee County Treasurer - Atlanta,  Ga

Cherokee Plaza Investors, Llc

Chesapeake City Tax Collector - Chesapeake,  Va
Chesapeake Utilities

Chester C Kerstein

Chester County Treasurer - Chester,  Sc
Chester Metropolitan District

Chester Water Authority, PA

Chesterfield County - Chesterfield, Va

Chesterfield County Tax Collector - Chesterfield,  Va

Chesterfield County Treasurer - Charlotte, Nc

Chesterfield Township - Chesterfield, Mi
Chesterfield Township, MI

Cheyenne Board of Public Utilities

Chicago Dept Of Revenue - Chicago, Il

Chico Enterprise Record - Chico, Ca

Child & Jackson
Chili Mzl Llc
Chilin, Nelson

Chillicothe Utilities Dept, OH

Chinthaka Liyanapathirana

Choate, Hall & Stewart LLP

Christian County Tax Collector - Hopkinsville,  Ky
Christian, Kelly

Christopher J. McCormick

Christopher L. George, PC
Christopher M. Macke

Christopher R. Means

Chub Associates
Chubb Bermuda Insurance Ltd.

Chute O'Malley Knobloch & Turcy, LLC
Cicero 8148 Llc
Cielo Paso Parke Green, Lp
Cincinnati Income Tax Bureau - Cincinnati, Oh
Circle 8 Properties
Circleville Shopping Center, Llc
Circuit Court Clerk - Culpepper, Va
Circuit Court For Charles Cnty - La Plata, Md
Citizens Bank, N.A.
Citizens Energy Group (7056)
Citizens Gas Fuel Co MI
City  Of Gaylord - Gaylord, Mi
City And County Of Denver - Dallas, Tx
City And County Of San Francisco - San Francisco, Ca
City Auditor - West Fargo, Nd
City Collector - Kansas City, Mo
City County Tax Commissioner - Macon, Ga
City Finance Director
City Hall - Waynesboro, Ga
City Income Tax Bureau - Allegheny College, Pa
City Of  Canada Flintridge - La Canada Flintridge, Ca
City Of Abilene - Abilene, Tx
City of Abilene, TX
City Of Adamsville - Adamsville, Al
City of Adrian, MI
City Of Aiken - Aiken, Sc
City of Aiken, SC
City Of Alamogordo - Alamogordo, Nm
City of Alamogordo, NM
City of Albemarle, NC
City of Albert Lea, MN
City Of Alcoa - Alcoa, Tn
City of Alcoa Utilities, TN
City Of Alexandria - Alexandria, La
City of Alhambra, CA
City Of Allen - Allen, Tx
City Of Allentown - Allentown, Pa
City of Alliance Water Utility, OH
City Of Alpharetta - Alpharetta, Ga
City Of Alpharetta - Atlanta, Ga
City of Amarillo (Utility Billing Dept)
City Of Amarillo Health Dept. - Amarillo, Tx
City Of Anaheim - Anaheim, Ca
City of Anaheim, CA

City Of Andalusia - Andalusia, Al

City Of Anderson - Anderson, Ca

City Of Anniston - Anniston, Al

City Of Antioch - Antioch, Ca

City of Apopka, FL

City Of Appleton - Appleton, Wi

City Of Arcadia - Arcadia, Ca

City of Arcadia, CA

City of Ardmore, OK

City Of Arlington Health Dept - Arlington, Tx

City Of Arnold - Arnold, Mo

City of Asheboro, NC

City Of Ashland - Ashland,  Ky

City of Ashland, KY

City Of Atascadero - Atascadero, Ca

City Of Athens - Athens, Al

City Of Athens Sales Tax Div - Hartselle, Al

City of Athens Utilities

City of Athens, OH (Water Dept.)

City of Athens, TN

City Of Attleboro - Attleboro, Ct

City Of Attleboro - Attleboro, Ma

City Of Attleboro - Woburn, Ma

City of Attleboro, MA

City Of Atwater - Fresno, Ca

City Of Auburn - Auburn, Al

City Of Auburn - Auburn, Me

City Of Auburndale - Auburndale, Fl

City Of Austell - Austell, Ga

City of Austin, TX

City Of Avon Park - Avon Park, Fl

City of Avon Park, FL

City Of Azusa - Azusa, Ca

City Of Baker - Baker, La

City of Bakersfield, CA

City Of Ballwin - Ballwin, Mo

City Of Banning - Banning, Ca

City of Barberton, OH

City Of Barstow - Barstow, Ca

City of Bartlesville, OK

City Of Baton Rouge - Baton Rouge, La

City of Battle Creek, MI

City Of Baytown - Baytown, Tx

City of Baytown, TX

City Of Beaufort - Beaufort, Sc

City Of Beaumont - Beaumont, Ca
City of Beaumont, CA
City of Beaumont, TX

City Of Beaverton - Beaverton, Or

City Of Beckley - Beckley, Wv
City of Bedford, TX

City of Bellefontaine (Utilities Dept)

City Of Bellflower - Bellflower, Ca
City of Belmont, NC

City Of Bessemer - Bessemer, Al

City Of Bethlehem - Bethlehem, Pa

City Of Biddeford - Brattleboro, Vt
City of Big Rapids, MI

City of Billings, MT (30958)

City Of Birmingham - Birmingham, Al
City of Blaine, MN

City Of Bloomington - Bloomington, Il
City of Bloomington Utilities, IN

City Of Boaz - Boaz, Al

City Of Bonita Springs - Bonita Springs, Fl

City Of Bossier - Bossier City, La

City Of Boulder - Boulder, Co

City Of Boynton Beach - Boynton Beach, Fl
City of Boynton Beach, FL

City of Bradenton, FL

City of Bradford Refuse Collection

City of Bradford, PA

City Of Brandenburg - Brandenburg, Ky
City of Brandenburg, KY

City Of Branson - Branson, Mo
City of Bridgeport, WV

City Of Bristol - Bristol, Tn
City of Bristol, TN

City of Broken Arrow, OK

City Of Brook Park - Brook Park, Oh

City Of Brooklyn Center - Minneapolis, Mn
City of Brooksville, FL

City Of Brownsville - Brownsville, Tx

City Of Brownwood - Brownwood, Tx
City of Brownwood, TX

City Of Brunswick - Brunswick, Ga

City Of Buena Park - Buena Park, Ca
City of Buena Park, CA

City Of Buffalo - Buffalo, Ny

City Of Buford - Buford, Ga
City of Buford, GA

City Of Bullhead City - Bullhead City, Az
City of Bullhead City, AZ

City Of Burien - Burien, Wa

City Of Burleson - Burleson, Tx
City of Burleson, TX

City Of Burton - Burton, Mi
City of Burton, MI

City Of Byron - Byron, Ga

City Of Calexico - Calexico, Ca

City Of Calhoun - Calhoun, Ga

City Of Callaway - Callaway, Fl
City of Callaway, FL

City Of Calumet City - Calumet City, Il
City of Calumet City, IL

City Of Camarillo - Camarillo, Ca
City of Cambridge, OH (Utilities Dept)

City Of Camden - Camden, Sc
City of Camden, SC

City Of Campbell - Campbell, Ca

City Of Campbellsville - Campbellsville, Ky

City Of Cape Girardeau - Cape Girardeau, Mo
City of Carlsbad (Utility Billing Division)

City Of Carrollton - Carrollton, Tx
City of Carrollton, TX

City of Cartersville, GA

City of Casa Grande, AZ

City Of Casselberry - Casselberry, Fl
City of Centralia, IL

City Of Ceres - Ceres, Ca

City Of Chandler - Chandler, Az
City of Chardon, OH

City Of Charleston - Charleston, Sc

City Of Charleston - Charleston, Wv

City Of Charleston - Charleston, Wv

City Of Charlotte - Charlotte, Nc

City Of Charlottesville Treas - Charlottesville, Va
City of Charlottesville, VA

City Of Chattanooga - Chattanooga, Tn
City of Chattanooga, TN

City Of Chesterfield - Chesterfield, Mo
City of Cheyenne, WY

City Of Chico - Los Angeles, Ca
City of Chico, CA

City Of Chino - Chino, Ca

City Of Chino Hills - Chino Hills, Ca
City of Chino, CA

City of Circleville, OH

City Of Citrus Heights - Citrus Heights, Ca

City Of Clarksville - Saint Louis, Mo

City Of Clearwater - Clearwater, Fl
City of Clearwater, FL

City Of Cleburne - Cleburne, Tx
City of Cleburne, TX

City Of Clewiston - Clewiston, Fl
City of Clewiston, FL

City of Clifton/Sewer Dept

City Of Clinton - Clinton, Ms
City Of Clinton - Clinton, Tn
City of Clinton, MS

City Of Clovis - Clovis, Nm
City of Clovis, CA
City of Clovis, NM

City Of Coal Run Village - Pikeville, Ky
City of Cocoa, FL

City of Coconut Creek, FL

City of Coeur d Alene, ID

City Of Coldwater Tax - Coldwater, Mi
City of Colorado Springs, CO

City Of Columbia - Columbia, Sc
City of Columbia, MO

City of Columbia, SC (Water)

City Of Columbus - Columbus, Oh

City Of Concord - Concord, Ca

City Of Concord - Concord, Nc

City Of Concord Tax Collector - Charlotte, Nc
City of Concord, NC

City of Conroe - Dept 2026

City of Conway, SC

City Of Conyers - Conyers, Ga
City of Cookeville, TN

City Of Coral Springs - Coral Springs, Fl

City Of Corinth Tax Dept - Corinth, Ms

City Of Cornelia - Cornelia, Ga
City of Cornelia, GA

City Of Corona - Corona, Ca

City of Corona, CA

City of Corpus Christi/659880

City Of Corsicana - Corsicana, Tx

City Of Corsicana Tax Office - Corsicana, Tx
City of Corsicana, TX

City of Country Club Hills, IL

City Of Covington - Covington, Ga

City Of Covington - Covington, Ky

City Of Covington - Covington, La

City of Covington, GA

City of Covington, LA

City of Covington, TN

City Of Crest Hill - Crest Hill, Il
City of Crest Hill, IL

City Of Crestview - Crestview, Fl
City of Crestview, FL

City of Crossville, TN

City Of Crystal Lake - Crystal Lake, Il
City of Crystal River

City Of Crystal River - Crystal River, Fl

City Of Cudahy - Cudahy, Ca

City Of Cudahy - Cudahy, Wi
City of Cullman Water Sewer & Sanitation

City Of Culver City - Fresno, Ca

City Of Cumberland - Cumberland, Md
City of Cumberland, MD

City Of Cumming - Cumming, Ga
City of Cumming, GA

City Of Cuyahoga Falls - Cuyahoga Falls, Oh
City of Cuyahoga Falls, OH

City Of Cynthiana - Cynthiana, Ky

City Of Dade City - Dade City, Fl
City of Dade City, FL

City Of Dallas - Dallas, Ga

City Of Dallas - Dallas, Tx
City of Dallas, TX

City Of Dalton - Dalton, Ga

City Of Danville - Danville,  Va
City of Danville, IL

City of Danville, KY

City of Danville, VA

City Of Davenport - Davenport, Ia
City of Davenport, IA

City of Daytona Beach, FL

City Of De Pere - De Pere, Wi
City of Dearborn, MI

City Of Decatur - Birmingham, Al

City Of Decatur - Decatur, Al
City of Decatur, IL

City of Defiance, OH

City of Deland, FL

City of Delano, CA

City of Delaware, OH

City Of Delray Beach - Delray Beach, Fl

City Of Denham Springs - Denham Springs, La
City of Denham Springs, LA

City Of Denton - Dallas, Tx
City of Denton, TX

City Of Denver - Dallas, Tx

City Of Des Plaines - Des Plaines, Il
City of DeSoto, TX (Utilities)

City Of Destin - Destin, Fl

City Of D'iberville - Diberville, Ms
City of Diberville, MS

City Of Dothan - Dothan, Al

City Of Douglas - Douglas, Ga
City of Douglasville, GA

City Of Dover Dept Of Inspect - Dover, De
City of Dover Utility

City Of Dublin - Dublin, Ca

City Of Dublin Occupational Tax - Dublin, Ga
City of Dublin, GA

City Of Duluth - Duluth, Ga
City of Dunkirk Water Department - NY

City Of Dunn - Dun, Nc
City of Dunn, NC

City Of Durham - Durham, Nc
City of Durham, NC (Sewer/Water)

City Of Easley - Easley, Sc
City of Eastpointe, MI

City of Eau Claire, WI

City Of Eden - Eden, Nc
City of Edinburg, TX

City Of Edmond - Edmond, Ok
City of Edmond, OK

City Of El Centro - El Centro, Ca

City Of El Dorado - El Dorado, Ar

City Of El Paso - El Paso, Tx

City Of Elizabeth City - Elizabeth City, Nc
City of Elizabeth City, NC

City Of Elizabethton - Elizabethton, Tn
City of Elizabethton, TN (Water/Sewer)

City Of Elizabethtown - Elizabethtown, Ky

City Of Elk Grove - Elk Grove, Ca

City Of Elkhart
City of Elyria - Stormwater
City of Elyria (Elyria Public Utilities)

City of Enid, OK

City Of Erie - Bureau Of Reven - Baldwin, Pa
City Of Erie Bureau Of Revenue - Erie, Pa
City Of Escondido - Escondido, Ca
City of Escondido, CA

City Of Euless - Euless, Tx
City of Eustis, FL

City Of Everett - Everett, Wa
City of Everett Utilities, WA

City Of Fairfield - Fairfield, Oh
City of Fairmont, WV

City Of Fairview Heights - Fairview Heights, Il

City Of Fargo North Dakota - Fargo, Nd
City of Farmers Branch, TX

City of Farmington, NM

City of Fayetteville, AR

City Of Ferguson - Saint Louis, Mo
City of Findlay, OH

City Of Fitchburg - Fitchburg, Ma

City Of Fitchburg - Medford, Ma

City Of Fitchburg Board Of Health, - Fitchburg, Ma
City of Fitchburg, MA

City Of Flagstaff - Flagstaff, Az

City Of Flagstaff Sales Tax - Flagstaff, Az

City Of Flint - Flint, Mi

City Of Florence - Florence, Ky
City of Florence, SC

City of Foley, AL

City Of Folsom - Folsom, Ca

City Of Folsom - Fresno, Ca
City of Fond Du Lac, WI

City Of Fontana - Fontana, Ca
City of Fontana, CA

City Of Fort Collins-Mfi - Fort Collins, Co
City of Fort Lauderdale, FL

City Of Fort Meyers - Fort Myers, Fl
City of Fort Myers, FL
City of Fort Oglethorpe, GA

City Of Fort Pierce - Fort Pierce, Fl
City Of Fort Smith - Fort Smith, Ar
City of Fort Walton Beach, FL

City Of Fort Worth - Fort Worth, Tx
City Of Frankfort - Frankfort, Ky
City Of Franklin - Franklin, Tn
City Of Franklin - Nashville, Tn
City Of Franklin Tax - Franklin, Tn
City Of Franklin Va Commissioner - Franklin, Va
City of Franklin, TN

City Of Frederick - Frederick, Md
City Of Fredericksburg Treasur - Baltimore, Md
City Of Fremont - Fremont, Ca
City Of Fresno - Fresno, Ca
City of Fresno, CA
City of Frisco, TX

City Of Fullerton - Fullerton, Ca
City Of Gadsden - Gadsden, Al
City Of Gainesville - Gainesville, Tx
City of Gainesville, GA

City Of Galax - Galax, Va
City of Galax, VA
City of Galesburg, IL
City of Gallipolis, OH

City Of Gallup - Gallup, Nm
City of Gallup, NM
City of Galveston, TX

City Of Garden City - Garden City, Id
City of Garden City, ID

City Of Gardena - Gardena, Ca
City Of Gardner - Gardner, Ma
City Of Gardner Bd Of Health - Gardner, Ma
City Of Garland - Garland,  Tx
City Of Garland Health Dept - Garland, Tx
City of Garland Utility Services

City Of Gastonia - Gastonia, Nc
City of Gastonia, NC

City Of Georgetown - Georgetown, Ky
City Of Georgetown - Georgetown, Sc
City Of Gilroy - Gilroy, Ca
City of Gilroy (Utility Billing)

City Of Glasgow - Glasgow, Ky

City Of Glendale - Glendale, Az

City of Glendale, AZ/500

City of Goldsboro, NC

City Of Gonzales - Gonzales, La

City Of Goose Creek - Goose Creek, Sc

City of Goose Creek, SC

City of Granbury - TX

City Of Grand Junction - Grand Junction, Co

City of Grand Rapids, MI

City Of Grandville - Grandville, Mi

City of Grandville, MI

City Of Grants Pass - Grants Pass, Or

City Of Greeley - Greeley, Co

City Of Greenbelt - Greenbelt, Md

City of Greensboro, NC (1170)

City Of Greenville - Greenville, Nc

City Of Greenville - Greenville, Tx

City Of Greenwood City Tax - Greenwood, Ms

City of Greenwood, SC

City Of Greer - Greer, Sc

City of Griffin, GA

City of Groves, TX

City Of Gulfport - Gulfport, Ms

City of Gulfport Water and Sewer - MS

City Of Guntersville - Guntersville, Al

City of Haines City, FL

City Of Hallandale Beach - Hallandale, Fl

City of Hallandale Beach, FL

City of Hammond, LA

City Of Hanford - Hanford, Ca

City of Hanford, CA

City Of Harlan - Harlan, Ky

City Of Harlingen - Harlingen, Tx

City of Harlingen, TX

City Of Harrison Ohio Tax - Harrison, Oh

City of Harrison, AR

City Of Harrisonburg - Harrisonburg, Va

City of Harrisonburg, VA

City Of Hartsville - Hartsville, Sc

City of Hartsville, SC

City Of Hattiesburg City Clerks Off - Hattiesburg, Ms

City of Hattiesburg, MS (1897)

City Of Hawthorne - Fresno, Ca

City Of Hayward - Hayward, Ca

City Of Hazard - Hazard, Ky
City of Hazard Utilities, KY

City of Heath Utilities Department - OH

City of Helena, MT

City Of Hemet - Hemet, Ca

City Of Henderson - Henderson, Nv
City of Henderson, KY

City Of Hendersonville - Charlotte, Nc

City Of Hendersonville - Hendersonville, Tn
City of Hermiston, OR

City of Hermitage, PA

City Of Hialeah - Miami, Fl

City Of Hialeah - Orlando, Fl
City of Hickory, NC

City of High Point, NC

City Of Highland - Highland, Ca

City Of Hilliard - Hilliard, Oh

City Of Hillsdale - Hillsdale, Mi
City of Hinesville, GA

City Of Hobbs - Hobbs, Nm
City of Hobbs, NM

City Of Hollywood - Hollywood, Fl
City of Hollywood, FL

City Of Homestead - Homestead, Fl

City Of Hoover - Birmingham, Al

City Of Hopkinsville - Hopkinsville, Ky

City Of Houston - Houston, Tx

City Of Houston Health & Human - Houston, Tx
City of Houston, TX (Water/Wastewater)

City Of Huber Heights - Dayton, Oh
City of Huber Heights, OH

City Of Huntington Beach - Huntington Beach, Ca

City Of Huntsville - Huntsville, Al
City of Idaho Falls, ID

City Of Independence Health Dept - Independence, Mo
City of Independence Utilities

City Of Indio - Indio, Ca

City Of Inglewood - Inglewood, Ca
City of Inglewood, CA

City Of Inverness - Inverness, Fl
City of Inverness, FL

City Of Irving - Irving, Tx
City of Irving,TX (152288/840898)

City Of Jackson - Jackson, Tn
City of Jackson Utility Billing, MI
City of Jackson, TN

City Of Jacksonville - Jacksonville, Nc
City of Jacksonville, NC
City of Jamestown (Board of Public Utility)

City Of Janesville - Janesville, Wi
City of Jasper, AL

City Of Jefferson - Jefferson City, Mo

City Of Johnson City - Johnson City,  Tn

City Of Jonesboro City Coll - Jonesboro, Ar

City Of Joplin - Joplin, Mo

City Of Joplin Health Dept - Joplin, Mo
City of Joplin, MO

City Of Kankakee - Kankakee, Il
City of Kannapolis, NC

City Of Kansas City - Kansas City, Ks
City Of Kansas City - Kansas City, Mo

City Of Kennewick - Kennewick, Wa
City of Kennewick, WA

City of Kent, WA

CITY OF KENTWOOD TREASURER

City of Kentwood, MI

City Of Kentwood-Tax - Kentwood, Mi

City Of Kilgore - Kilgore, Tx
City of Kilgore, TX

City of Killeen, TX

City Of Kingman - Kingman, Az
City of Kingman, AZ

City of Kingsport, TN

City of Kinston, NC

City Of La Crosse Treasurer - La Crosse, Wi
City of La Habra, CA

City Of La Mesa Business Licen - La Mesa, Ca

City Of La Verne - La Verne, Ca
City of La Verne, CA

City Of Lacey - Lacey, Wa
City of Lacey, WA

City Of Lafayette - Lafayette, La
City of Lafayette, IN

City Of Lafollette  Tax - La Follette, Tn
City of LaGrange, GA

City of Lake Charles (Water Division)

City of Lake City, FL

City of Lake Jackson, TX

City Of Lake Wales - Lake Wales, Fl

City Of Lake Worth - Lake Worth, Tx
City of Lake Worth, TX

City Of Lakeland - Lakeland, Fl

City Of Lakewood - Denver, Co

City Of Lakewood - Lakewood, Wa

City Of Lakewood Finance Dept - Lakewood, Ca

City Of Lancaster - Fresno, Ca

City Of Lancaster - Lancaster, Sc
City of Lancaster, PA
City of Lancaster, SC

City Of Lapeer Treasurer - Lapeer, Mi
City of Lapeer, MI

City Of Laredo - Laredo,  Tx

City Of Laredo Health Dept - Laredo, Tx
City of Laredo Utilities

City of Las Cruces, NM

City Of Las Vegas - Los Angeles, Ca
City of Las Vegas (Sewer)

City Of Lauderdale Lakes - Fort Lauderdale, Fl

City Of Lauderhill - Lauderhill, Fl
City of Laurel, MS (Public Utility)

City Of Laurinburg - Laurinburg, Nc
City of Laurinburg, NC

City Of Lavista - La Vista, Ne

City Of Lawrenceburg - Lawrenceburg, Tn
City of Lawrenceville, GA

City Of Lawrenceville/Tax - Lawrenceville, Ga

City Of Lawton - Lawton, Ok
City of Lawton, OK

City Of Layton - Layton, Ut

City Of Leadington - Leadington, Mo

City Of Lebanon - Lebanon, Oh

City Of Lebanon - Lebanon, Tn
City of Lebanon, MO
City of Lebanon, OH
City of Lebanon, PA
City of Lebanon, TN

City Of Lees Summit - Lee's Summit, Mo

City Of Leesburg - Leesburg, Fl
City of Leesburg, FL
City of Lenoir, NC
City of Lewiston, ID

City Of Lewisville - Lewisville, Tx
City of Lewisville (731962)
City of Lima (Utilities, OH)

City Of Lincoln Park - Lincoln Park, Mi
City of Lincolnton, NC
City of Live Oak FL
City of Livermore, CA

City Of Livonia - Livonia, Mi

City Of Lodi - Fresno, Ca
City of Lodi, CA
City of Logan, UT

City Of Lomita - Lomita, Ca
City of Lompoc, CA

City Of Long Beach - Long Beach, Ca
City of Long Beach, CA

City Of Longmont - Longmont, Co
City of Longmont, CO

City Of Longview - Longview, Wa
City of Longview, TX
City of Longwood, FL

City Of Lorain Health Dept - Lorain, Oh
City of Lorain, OH (Water)

City Of Los Angeles - Los Angeles, Ca
City Of Los Angeles - Pasadena, Ca
City Of Los Angeles Ofc Of - Los Angeles, Ca
City Of Los Banos - Los Banos, Ca
City of Los Banos, CA

City Of Louisville - Louisville, Co
City Of Loveland Sales Tax Adm - Loveland, Co
City Of Lubbock - Lubbock, Tx
City of Lubbock (Utilities, TX)
City of Lufkin, TX

City Of Lumberton - Lumberton, Nc
City of Lumberton, NC

City Of Lynchburg - Lynchburg, Va
City of Lynchburg, VA

City Of Lynn - Lynn, Ma
City of Lynnwood, WA

City Of Madera - Madera, Ca
City of Madera, CA

City Of Madison Heights - Madison Heights, Mi
City of Madison Heights, MI

City Of Madison Inspect Unit - Madison, Wi
City Of Madison Treasurer - Madison, Wi

City Of Madisonville - Madisonville, Ky

City Of Mansfield - Mansfield, Oh
City of Manteca, CA

City Of Maplewood - Saint Louis, Mo
City of Marianna, FL
City of Marietta, OH

City Of Marion - Marion, Nc
City of Marion, NC

City Of Marquette - Marquette, Mi
City of Marshall, TX

City Of Martin Business License - Martin, Tn
City of Marysville, OH
City of Marysville, WA
City of Mattoon, IL
City of Maysville (Utility Department)

City Of Mc Minnville - Mc Minnville, Tn
City Of Mcallen - Mcallen,  Tx
City Of Mcallen Health Dept - Mcallen, Tx
City Of Mcallen Tax Office - Mcallen, Tx
City Of Mckinney - Mckinney, Tx
City Of Mckinney Code Svc/Food - Mckinney, Tx
City of McKinney, TX
City of Medford, OR
City of Melbourne, FL

City Of Memphis, Tennessee - Memphis, Tn
City Of Merced - Merced, Ca
City of Merced, CA
City of Meridian, ID

City Of Mesa - Mesa, Az
City of Mesa, AZ

City Of Mesquite - Mesquite,  Tx
City of Mesquite, TX (850287)

City Of Mesquite-Health Dept - Mesquite, Tx
City Of Methuen - Methuen, Ma
City of Methuen - W&S

City Of Miami - Miami, Fl

City Of Miami Gardens - Miami Gardens, Fl
City of Miamisburg, OH

City Of Middlesborough - Middlesboro, Ky

City Of Middletown - Middletown, Ct

City Of Middletown - Middletown, Oh
City of Middletown, OH

City Of Midland - Midland, Tx
City of Midland, TX

City Of Milford - Cincinnati, Oh
City Of Milford - Milford, De
City Of Milford Health Dept - Milford, Ct
City of Milford, DE
City of Milford, OH

City Of Milledgeville - Milledgeville, Ga
City of Milledgeville GA
City of Millington, TN
City of Millville, NJ

City Of Milpitas - Milpitas, Ca
City of Milpitas, CA

City Of Milton - Milton, Fl
City of Milton, FL

City Of Milwaukee - Milwaukee, Wi
City Of Mobile - Birmingham, Al
City Of Mobile - Mobile, Al
City Of Modesto - Modesto, Ca
City of Modesto CA

City Of Moline - Moline, Il
City of Moline, IL

City Of Monroe - Monroe, Ga
City of Monroe (725)
City of Monroe, NC

City Of Montebello - Fresno, Ca
City Of Montgomery - Birmingham, Al
City Of Montgomery - Montgomery, Al
City Of Monticello - Monticello, Ky
City of Morganton, NC
City of Moses Lake, WA
City of Moundsville, WV (Municipal Fee)
City of Mount Airy, NC

City Of Mount Pleasant - Mount Pleasant, Tx
City of Mount Pleasant, TX

City Of Mount Sterling - Mount Sterling, Ky
City of Mountain Home, AR
City of Mt. Vernon, IL

City Of Murray - Murray, Ky
City Of Murrieta - Murrieta, Ca
City Of Muscle Shoals - Muscle Shoals, Al
City Of Muskegon - Chicago, Il

City Of Muskegon - Muskegon, Mi
City of Muskegon, MI

City Of Muskogee - Muskogee, Ok
City of Muskogee, OK

City Of Myrtle Beach - Myrtle Beach, Sc
City of Myrtle Beach, SC

City Of Nacogdoches - Nacogdoches, Tx
City of Naples, FL

City Of Nashua - Nashua, Nh

City Of Natchez - Natchez, Ms
City of Natchitoches, LA

City Of New Bern Tax Collector - Charlotte, Nc
City of New Bern, NC

City Of New Braunfels - New Bruanfels, Tx

City Of New Iberia - New Iberia, La

City Of New Orleans - New Orleans, La

City Of New Philadelphia - New Philadelphia, Oh
City of New Port Richey, FL

City Of Newark - Newark, Ca

City Of Newberry - Newberry, Sc
City of Newberry, SC

City Of Newnan - Newnan, Ga

City Of Newport - Newport, Ky

City Of Newport - Newport, Tn

City Of Newport News - Newport News, Va
City of Newton, NC

City Of Nicholasville - Nicholasville, Ky

City Of Niles - Niles, Oh
City of Niles, OH

City of Noblesville (Utilities)

City Of Nogales - Nogales, Az

City Of Norman - Norman, Ok

City Of North Augusta - North Augusta, Sc
City of North Augusta, SC

City Of North Bend - North Bend, Or

City Of North Charleston - North Charleston, Sc
City of North Las Vegas, NV (Finance Dep)

City Of North Little Rock - North Little Rock, Ar

City Of North Myrtle Beach - North Myrtle Beach, Sc
City of North Myrtle Beach, SC

City Of North Richland Hills - North Richland Hills, Tx

City Of Northampton - Northampton, Ma

City Of Northampton - Woburn, Ma
City of Northampton, MA

City Of Northglenn - Denver, Co

City Of Northglenn - Northglenn, Co

City of Northport AL

City of Norton, VA

City of Norwalk, OH

City Of Novato - Novato, Ca

City Of Novi - Detroit, Mi

City of Oak Ridge, TN

City Of Oakbrook Terrace - Oakbrook Terrace, Il

City Of Oakland - San Francisco, Ca

City of Ocala, FL

City Of Ocean Springs Mississi - Ocean Springs, Ms

City of Ocean Springs, MS

City of Odessa, TX

City of O'Fallon, IL

City of Oklahoma City, OK

City of Olathe, KS

City of Olean, NY

City of Olympia, WA

City Of Ontario - Ontario, Ca

City Of Orangeburg - Orangeburg, Sc

City of Oregon, OH

City Of Ormond Beach - Ormond Beach, Fl

City of Ormond Beach, FL

City Of Oroville - Oroville, Ca

City of Oswego, NY

City Of Owensboro - Owensboro, Ky

City Of Oxnard - Oxnard, Ca

City Of Paducah - Louisville, Ky

City Of Paintsville - Paintsville, Ky

City Of Palatka - Palatka, Fl

City Of Palm Bay - Palm Bay, Fl

City Of Palmdale - Palmdale, Ca

City of Panama City, FL

City Of Papagould - Paragould, Ar

City Of Paramount - Paramount, Ca

City of Paris, TX

City of Park Hills Water Dept, MO

City Of Parma Div Of Tax - Cleveland, Oh

City Of Parma Heights - Parma Heights, Oh

City Of Pasadena - Pasadena, Ca

City Of Pasadena Health Dept - Pasadena, Tx

City Of Pearl - Pearl, Ms

City of Pearl, MS

City of Pearland (Water Department)

City Of Pelham - Pelham, Al

City Of Pembroke Pines - Pembroke Pines, Fl

City of Pembroke Pines, FL

City of Pensacola, FL

City Of Peoria - Peoria, Il
City of Peru, IL

City Of Petoskey - Petoskey, Mi
City of Petoskey, MI

City Of Philadelphia - Philadelphia, Pa

City Of Phoenix - Phoenix, Az
City of Phoenix, AZ (29100)

City Of Pickerington - Pickerington, Oh
City of Pikeville, KY

City Of Pine Bluff - Pine Bluff, Ar
City of Pinehurst,TX

City Of Pinelles Park - Pinellas Park, Fl
City of Piqua, OH

City Of Pittsburg - Pittsburg, Ks
City of Pittsburg, KS

City Of Pittsfield - Pittsfield, Ma

City Of Placentia - Placentia, Ca

City Of Placerville - Placerville, Ca

City Of Plano - Plano, Tx

City Of Plant City - Plant City, Fl
City of Plant City, FL

City Of Plantation - Fort Lauderdale, Fl
City of Plantation, FL

City of Plattsburgh, NY

City of Pocatello, ID

City Of Pompano Beach - Pompano Beach, Fl
City of Pompano Beach, FL

City Of Pontiac - Detroit, Mi

City Of Pontiac - Eaton Rapids, Mi

City Of Pontiac Business Licensing - Pontiac, Mi

City Of Poplar Bluff - Poplar Bluff, Mo
City of Port Angeles, WA

City Of Port Hueneme - Fresno, Ca
City of Port Hueneme, CA

City Of Port Orange - Port Orange, Fl
City of Port Orange, FL

City Of Port Orchard - Port Orchard, Wa

City Of Portage - Portage, Mi
City of Portage, MI

City Of Portland - Portland, Or

City Of Portland Treasury - Lewiston, Me
City of Portland, TX

City of Portsmouth, OH

City Of Poway - Poway, Ca
City Of Prattville - Prattville, Al
City Of Prescott - Prescott, Az
City of Prescott, AZ

City Of Prestonburg - Prestonburg, Ky
City Of Pueblo - Pueblo, Co
City Of Puyallup - Seahurst, Wa
City of Puyallup - Utilities

City Of Rainbow City - Rainbow City, Al
City of Raleigh, NC

City Of Rancho Cucamonga - Rancho Cucamonga, Ca
City of Redding, CA (496081)

City Of Redlands - Fresno, Ca
City Of Redlands - Redlands, Ca
City of Redlands, CA (6903)

City Of Redwood City - Redwood City, Ca
City of Reedley, CA

City Of Reno - Reno, Nv
City Of Revere - Revere, Ma
City Of Revere Board Of Health - Revere, Ma
City of Revere, MA

City Of Rialto - Rialto, Ca
City of Richardson, TX
City of Richland, WA

City Of Richmond Finance Dept - Richmond, Ky
City of Richmond, VA
City of Rio Rancho (Water and Wastewater)

City Of Riverdale - Riverdale, Ga

City Of Roanoke - Roanoke, Va
City Of Roanoke Rapids - Roanoke Rapids, Nc
City Of Roanoke Treasurer - Roanoke, Va
City of Rochester, NH

City Of Rock Hill - Rock Hill, Sc
City of Rock Hill, SC

City Of Rockingham Tax Dept - Rockingham, Nc
City of Rockwall, TX
City of Rocky Mount

City Of Rocky Mount - Rocky Mount, Nc
City Of Rogers City Clerks Ofc - Rogers, Ar
City of Rohnert Park, CA
City of Rome, GA
City of Roseburg, OR
City of Roseville, CA
City Of Roswell - Dallas, Tx

City Of Roswell - Roswell, Ga

City Of Roswell - Roswell, Nm
City of Roswell, NM (Water Dept)

City of Round Rock, TX

City Of Rowlett - Rowlett, Tx
City of Rowlett, TX

City of Roxboro, NC

City of Rutland, VT

City Of Sacramento - Sacramento, Ca
City of Sacramento, CA (Dept of Utilities)

City Of Saginaw - Saginaw, Mi

City Of Saint Louis - Saint Louis, Mo

City Of Salem - Income Tax - Salem, Oh

City Of Salem Treasurer - Salem, Va
City of Salem, OR

City of Salem, VA

City of Salina, KS

City Of Salisbury - Salisbury, Md

City Of San Angelo - San Angelo, Tx
City of San Angelo (Utility Billing)

City of San Bernardino, CA (Water)

City Of San Clemente - San Clemente, Ca

City Of San Diego - San Diego, Ca

City Of San Jose - San Francisco, Ca

City Of San Jose - San Jose, Ca

City Of San Juan Capistrano - San Juan Capistrano, Ca

City Of San Marcos - San Marcos, Ca

City Of San Pablo - San Pablo, Ca

City Of Sandy Springs Revenue - Sandy Springs, Ga

City Of Sanford - Sanford, Nc
City of Sanford, FL

City of Sanford, NC

City of Santa Ana, CA

City Of Santa Clara - Santa Clara, Ca
City of Santa Clara, CA

City Of Santa Fe Springs - Santa Fe Springs, Ca
City of Santa Fe, NM

City of Santa Maria, CA

City of Santa Rosa, CA (Tax Bills)

City of Santa Rosa, CA (Water & Sewer)

City Of Saraland - Saraland, Al

City Of Sarasota - Sarasota, Fl
City of Sarasota, FL

City of Sault Ste. Marie, MI

City Of Savannah - Savannah, Ga
City of Savannah, GA

City Of Scottsdale - Scottsdale, Az
City of Seaford, DE

City Of Searcy - Searcy, Ar
City of Searcy (Sanitation Dept)

City of Seattle/Seattle City (Light)

City Of Sedalia - Sedalia, Mo
City of Sedalia, MO

City Of Selma - Selma, Al

City Of Seminole - Seminole, Fl

City Of Seneca - Seneca, Sc

City Of Sevierville Tax - Sevierville, Tn
City of Sevierville, TN

City of Seymour SMSU

City Of Shawnee - Shawnee, Ks
City of Shawnee, OK

City Of Sheboygan - Sheboygan, Wi
City of Shelby, NC

City Of Shelbyville - Shelbyville, Ky

City Of Shelbyville - Shelbyville, Tn

City Of Shepherdsville Ky - Shepherdsville, Ky
City of Sherman, TX

City Of Show Low - Show Low, Az

City Of Shreveport - Shreveport, La
City of Shreveport, LA (30065)

City Of Sierra Vista - Sierra Vista, Az
City of Sierra Vista AZ

City Of Sikeston - Sikeston, Mo
City of Simi Valley, CA

City Of Sioux Falls - Sioux Falls, Sd

City Of Slidell - Slidell, La
City of Slidell, LA

City Of Smyrna - Smyrna,  Ga
City of Smyrna, GA

City Of Snellville - Snellville,  Ga
City of Snellville (Sanitation Dept)

City Of Somers Point - Somers Point, Nj

City Of South Ogden - Bountiful, Oh

City Of South Pasadena - South Pasadena, Ca
City of Southaven, MS

City of Southfield, MI

City Of Southhaven - Southaven, Ms

City Of Sparks - Sparks, Nv

City Of Spokane - Spokane, Wa
City of Spokane, WA

City Of Springdale - Springdale, Ar

City Of Springfield - Springfield, Ma

City Of Springfield - Springfield, Tn

City Of Springfield - Woburn, Ma

City Of Springfield Dept Of - Springfield, Mo
City of Springfield, OH

City Of St Cloud - St Cloud, Fl

City Of St Cloud - St Cloud, Mn

City Of St Joseph - St Joseph, Mo

City Of St Louis Park - St Louis Park, Mn

City Of St Matthews - Louisville, Ky

City Of St Peters - Saint Peters, Mo
City of St. Augustine, FL

City of St. Joseph, MO

City of St. Marys, OH

City of St. Petersburg, FL

City Of Starkville - Starkville, Ms
City of Statesboro, GA

City Of Statesville - Statesville, Nc
City of Statesville, NC

City Of Staunton Virginia - Staunton, Va
City of Stephenville, TX

City Of Sterling Heights - Detroit, Mi
City of Stillwater, OK

City Of Stockbridge - Stockbridge, Ga

City Of Stonecrest - Livonia, Ga

City Of Stuart - Stuart, Fl
City of Stuart, FL

City Of Sugar Hill - Sugar Hill, Ga

City Of Sugar Land - Sugar Lane, Tx
City of Sumter, SC

City Of Sunrise - Sunrise, Fl

City Of Surprise - Surprise, Az
City of Surprise, AZ

City Of Sylacauga - Sylacauga, Al
City of Tacoma (Public Utilities)

City Of Tallahassee - Tallahassee, Fl
City of Tallahassee, FL

City Of Tampa - Tampa, Fl
City of Tampa Utilities

City Of Tarpon Springs - Tarpon Springs, Fl
City of Tarpon Springs, FL

City of Taylor, MI (Water Dept)

City Of Temecula - Temecula, Ca

City Of Tempe - Tempe, Az

City Of Tempe Tax - Phoenix, Az
City of Tempe, AZ

City of Temple, TX

City of Terre Haute (Sewer)

City Of Terrell - Terrell, Tx
City of Terrell, TX

City Of Texarkana Texas - Texarkana, Tx

City Of Thomasville Tax Dept - Thomasville, Ga
City of Thomasville, GA

City Of Thomson - Thomson, Ga
City of Thomson, GA

City Of Thornton - Thornton, Co

City Of Tiffin - Tiffin, Oh
City of Tiffin, OH

City Of Tifton - Tifton, Ga
City of Tifton, GA

City of Toledo (Dept of Public Utilities)

City of Tomball, TX

City of Topeka, KS

City Of Torrance - Torrance, Ca
City of Tracy, CA

City Of Trotwood - Trotwood, Oh

City Of Troy - Troy, Al
City of Troy, AL

City of Troy, NY

City Of Tucson - Tucson, Az
City of Tucson, AZ

City Of Tulare - Tulare, Ca
City of Tulare, CA

City of Tulsa (Utilities)

City Of Tulsa Dept Of Finance - Tulsa, Ok

City Of Tupelo - Tupelo, Ms

City Of Turlock - Turlock, Ca
City of Turlock, CA

City Of Tustin - Tustin, Ca
City of Tyler, TX

City of Ukiah, CA

City Of Union City - Union City, Ga
City Of Union City - Union City, Tn
City of Union City, GA
City of Union City, TN

City Of Upland - Fresno, Ca
City of Upland, CA (Waste)
City of Upland, CA (Water/Sewer)
City of Vacaville, CA
City of Valdosta, GA
City Of Vallejo - Vallejo, Ca
City of Van Wert Water Department, OH
City Of Vancouver Washington - Vancouver, Wa
City of Vancouver, WA (35195)
City Of Venice - Venice, Fl
City of Venice, FL
City Of Ventura - Ventura, Ca
City Of Vicksburg - Vicksburg, Ms
City of Vicksburg, MS
City of Victoria,TX
City Of Victorville - Victorville, Ca
City of Victorville, CA - Water
City of Vidalia, GA
City Of Vienna - Vienna, Wv
City of Vienna, WV
City Of Virginia Beach Treas - Virginia Beach, Va
City Of Visalia - Visalia, Ca
City Of Vista - Vista, Ca
City of Waco Water Office
City Of Warner Robins - Warner Robins, Ga
City of Warner Robins, GA
City of Warren, OH
City of Warsaw (Wastewater Payment Office)
City Of Warwick - Warwick, Ri
City Of Warwick-Tax - Boston, Ma
City of Washington, MO
City Of Waterbury - Waterbury, Ct
City of Watertown, NY
City of Watsonville Utilities, CA
City Of Waxahachie - Waxahachie, Tx
City of Waxahachie, TX
City Of Waycross - Waycross, Ga
City of Waycross, GA
City Of Waynesboro - Park, Va
City of Waynesboro, GA
City of Waynesboro, VA
City Of Weatherford - Weatherford, Tx
City of Weatherford, TX
City Of Webster - Webster, Tx

City Of Webster Groves - Webster Groves, Mo
City of Webster, TX
City of Weirton, WV

City Of Wenatchee - Wenatchee, Wa
City Of Weslaco - Weslaco, Tx
City of Weslaco, TX

City Of West Allis - West Allis, Wi
City Of West Beuchel - Louisville, Ky
City of West Columbia, SC

City Of West Jordan - West Jordan, Ut
City Of West Minster - Westminster, Ca
City Of West Monroe - West Monroe, La
City of West Monroe, LA
City of West Plains, MO

City Of West Sacramento - West Sacramento, Ca
City of Westerville, OH

City Of Westfield - Westfield, Ma
City Of Westland - Detroit,  Mi
City of Westland Water

City Of Westminster - Denver, Co
City Of Westminster - Westminster, Md
City of Westminster, CA
City of Westminster, CO
City of Westminster, MD

City Of Wheat Ridge - Wheat Ridge, Co
City Of White Bear Lake - Saint Paul, Mn
City Of Whiteville - Whiteville, Nc
City of Whiteville, NC
City of Whittier

City Of Whittier Public Servic - Whittier, Ca
City Of Wichita - Wichita, Ks
City of Wichita Falls, TX

City Of Wickliffe - Wickliffe, Oh
City of Wilmington, DE
City of Wilson - NC

City Of Windcrest - San Antonio, Tx
City of Winston-Salem, NC
City of Winter Garden, FL
City of Wood Dale, IL
City of Woodland, CA

City Of Woodstock - Woodstock, Ga
City Of Worcester - Worcester, Ma
City Of Xenia - Xenia, Oh
City Of Yuba - Yuba City, Ca

49

City of Yuba City

City Of Yucaipa - Yucaipa, Ca
City of Yukon, OK

City of Yuma, AZ

City of Zanesville, OH

City Recorder - Mc Minnville, Tn

City Tax Collector - Cleveland, Tn

City Tax Collector - Decherd, Tn

City Treasurer - Fredericksburg, Va

City Treasurer - Hampton, Va

City Treasurer - Louisville, Ky

City Treasurer - Manitowoc, Wi

City Treasurer - Waynesboro, Va
City Utilities - Huntington, IN

City Utilities Commission (Corbin, KY)

City Utilities of Springfield, MO

City View Towne Crossing Shopping Center
City Water & Light (CWL)

City Water Light & Power (Springfield IL)

City/County Of Mobile - Birmingham, Al

Clackamas Co Tax Collector - Portland, Or

Clallam County Treasurer - Port Angeles, Wa

Claremont Associates

Claremont City Health Dept - Claremont, Nh

Claremore Blue Starr Investments Llc

Clark County - Seattle, Wa

Clark County Assessor - Las Vegas, Nv

Clark County Clerk - Las Vegas, Nv

Clark County Dept Of Business - Las Vegas, Nv

Clark County Health Dept - Vancouver, Wa
Clark Public Utilities

Clark, Michael

Clarke County Tax Commissioner - Athens, Ga
Clarksville Department of Electricity

Clarksville Gas & Water Department

Clarksville Square Llc
Clarksville Wastewater Treatment Dept, I

Clay County Collector - Liberty, Mo

Clay County Tax Assessor-Collector - Green Cove Springs,  Fl
Clay County Utility Authority,FL

Clay Electric Cooperative (308)

Clayton County - Atlanta, Ga

Clayton Property Management

Clear Creek Isd Tax Office - Dallas,  Tx

Clearfield Municipal Authority PA

Clearwater Enterprises LLC

Cleco Power LLC

Clerk Of Circiut Court - Frederick, Md

Clerk Of Circuit Court - Easton, Md

Clerk Of Circuit Court - Elkton, Md

Clerk Of Circuit Court - Manassas, Va

Clerk Of Circuit Court - Prince Frederick, Md

Clerk Of Circuit Court - Salem, Va

Clerk Of Circuit Court - Towson, Md

Clerk Of Circuit Court For - Centreville, Md

Clerk Of Superior Court - Waynesboro, Ga

Clerk Of The Court - Annapolis, Md

Clerk's Office - Harrisonburg, Va

Clermont County Water Resources, OH

Cleveland County Tax Collector - Shelby,  Nc

Cleveland County Treasurer - Norman, Ok

Cleveland Oh Center Llc

Cleveland Utilities

Clia Laboratory Program - Portland, Or

Clifford, Cheryl

Clifton Health Department - Clifton, Nj

Clinton City Tax Collector - Clinton,  Tn

Clinton Newberry Natural Gas Authority

Clinton Township Treasurer, MI

Clinton Utilities Board TN

Clover Center Management Corporation

Clover Cortez, Llc

Clover Leaf Shopping Center Corporation

Cloverland Electric Cooperative (Dafter)

Clovis I, Llc

Club Forest Grand Strand, Llc

Clyde J. Peery

Cmpc Llc

Cnsn Properties, Llc

Cobb County Tax Collector - Marietta,  Ga

Cobb County Water System

Cobb EMC

Cochise County Health Department - Wilcox, Az

Cochise County Treasurer - Bisbee, Az

Cocke County Trustee - Newport, Tn

Co-Co Properties Llc

Coconino County Dept Of Health Svcs - Flagstaff, Az

Coconino County Treasurer - Flagstaff,  Az

Coffee County Revenue Comm - Elba, Al
Coffee County Tax Commissioner - Douglas, Ga
Coffee County Trustee - Manchester,  Tn
Cohan, Howard
Colbert Co Judge Of Probate - Tuscumbia, Al
Colbert County - Muscle Shoals, Al
Colbert County Revenue Comm - Tuscumbia, Al
Coldwater Board of Public Utilities, MI
Cole Bg Chester Va, Llc
Cole County Tax Collector - Jefferson City,  Mo
Colin K. Coburn
Collector Of Revenue - Camdenton, Mo
Collector Of Revenue - Saint Louis, Mo
Collector Of Taxes Wallingford - Wallingford, Ct
College Square Associates Llc
College Station Utilities - TX
College Township Water Authority, PA
College Twnsp Municipal Office - State College, Pa
Collier County Tax Collector - Naples, Fl
Collin County Tax Assessor Col - Mckinney, Tx
Collin Creek Associates, Llc
Colonial Acres Limited Partnership
Colonial Heights Circuit Court - Colonial Heights, Va
Colony - The Colony, Tx
Colony Marketplace Tenancy In Common
Colorado Dept Of Agriculture - Denver, Co
Colorado Dept Of Agricuture - Broomfield, Co
Colorado Dept Of Revenue - Denver, Co
Colorado Dept Of Revenue - Lakewood, Co
Colorado Springs Utilities
Colorado State Treasurer - Denver, Co
Colquitt County Tax Commission - Moultrie, Ga
Columbia City Tax Collector - Columbia,  Tn
Columbia County Clerk Of Courts - Evans, Ga
Columbia County Tax Collector - Lake City, Fl
Columbia County Tax Commissioner - Evans,  Ga
Columbia County Water Utility
Columbia Gas of Kentucky
Columbia Gas of Maryland - GTS
Columbia Gas of Ohio
Columbia Gas of Ohio - GTS
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia Group Ltd.

Columbia Northeast, Llc

Columbia Park Retail Owner, Llc

Columbia Power & Water Systems (CPWS)

Columbia Township Jedz Tax Dept - Cincinnati, Oh

Columbiana County Health Dept. - Lisbon, Oh

Columbiana County Water & Sewer

Columbus Bar Association - Columbus, Oh

Columbus City Treasurer

Columbus City Treasurer - Columbus, Oh

Columbus City Utilities

Columbus County Tax Admn. - Whiteville, Nc

Columbus Law Library Assoc - Columbus, Oh

Columbus Water Works

Comal County Tax Assessor-Collector - San Antonio,  Tx

Comanche Co Treasurer - Lawton, Ok

Comanche County Health Dept - Lawton, Ok

Comdisco Inc - Des Plaines, Il

ComEd

Commerce Township Treasurer - Detroit, Mi

Commercial Land Development, Inc.

Commission Of Revenue - Chesapeake, Va

Commissioner Of Insurance - Baton Rouge, La

Commissioner Of Revenue - Danville, Va

Commissioner Of Revenue - Hartford, Ct

Commissioner Of Revenue - Williamsburg, Va

Commissioner Of The Revenue - Charlottesville, Va

Commissioner Of The Revenue - Colonial Heights, Va

Commissioner Of The Revenue - Leesburg, Va

Commodore Realty Inc

Commonwealth Code Inspection - Chambersburg, Pa

Commonwealth Commercial Partners, Llc

Commonwealth Of Massachusetts - Boston, Ma

Commonwealth Of Massachusetts - Danvers, Ma

Commonwealth Of Pennsylvania - Harrisburg, Pa

Commonwealth Of Pennsylvania - Philadelphia, Pa

Commonwealth Of Virginia - Richmond, Va

Community Water Company of Green Valley

COMPASS GROUP

Comptroller Of Florida - Tallahassee, Fl

Comptroller Of The Treasury - Annapolis, Md

Conard, Kathleen

Conestoga Valley School - Lancaster, Pa

Connecticut Dept Of Revenue - Hartford, Ct

Connecticut Natural Gas Corp (CNG)

Connecticut Secretary Of State - Hartford, Ct
Connexus Energy

Connolly Realty Company

Connor Recreational Center, Inc.

Conrad Urata 4, Llc

Conroad Associates

Consolidated Waterworks District #1

Constellation NewEnergy (4640)

Constellation NewEnergy Gas Div LLC (5473)

Consumer Advocacy Group, Inc.

Consumer Protection Group, LLC

Consumers Energy

Continental Casualty Company

Contra Costa County - Concord, Ca

Contra Costa County Tax Collec - San Francisco, Ca

Contra Costa County Tax Collector - Los Angeles,  Ca

Contra Costa County Treasurer - Martinez, Ca

Contra Costa Health Services - Martinez, Ca
Contreras, Christine

Controller Anne Arundel Co - Annapolis, Md
Conway Corporation

Cook County Dept Of Public Health - Bridgeview, Il

Cook County Treasurer - Chicago, Il

Cooke Co. Appraisal District - Gainesville, Tx

Cooke County Tax Dept - Gainesville, Tx

Cookeville City Tax Collector - Cookeville,  Tn

Cooper Elliott
Cooper, Andre

Coos Bay-North Bend Water Board

Coos County Tax Office - Coquille, Or
Coral Springs Improvement District

Corbin City Tax Collector - Corbin,  Ky
Cordova-Ochoa, Jaime

Core Acquisitions

Core Highland Plaza Llc

Core North Hills Llc

Core Park Plaza Llc

Core Shoppes At Gloucester Llc
Cornejo, Katy

Cornelia Retail I Llc
Corning Natural Gas

Corporations Division - Baton Rouge, La

Corpus Christi-Nueces County - Corpus Christi, Tx

Corridor Market Place, Llc

Corsicana Isd Tax Office - Corsicana, Tx
Corsicana-Navarro County - Corsicana, Tx
Corta Stevens Point Llc
CoServ
Coshocton Public Health District - Coshocton, Oh
Coshocton Water Department, OH
Cottonwood Meadow Properties, L.P.,
Coulter, Dorothy
Country Holdings Llc
Country Khaton
County Clerk - Riverside, Ca
County Clerk - Sinton, Tx
County Clerk Guadalupe County - Seguin, Tx
County Clerk's Office - Las Vegas, Nv
County Club Shops, Inc.
County Line Plaza Realty Associates Lp
County Of Albemarle - Charlottesville, Va
County Of Bexar - San Antonio, Tx
County Of Butte Weights & Meas - Oroville, Ca
County Of Charleston - Charleston, Sc
County Of Delaware Weights & - Media, Pa
County Of Durham - Durham, Nc
County Of Fairfax - Fairfax, Va
County Of Fairfax Office Of Finance - Fairfax, Va
County Of Fresno - Fresno, Ca
County Of Hanover - Richmond, Va
County of Henrico, VA
County Of Kern - Bakersfield, Ca
County Of Lexington - Charlotte, Nc
County Of Lexington - Lexington, Sc
County Of Los Angeles - Los Angeles, Ca
County Of Los Angeles - Norwalk, Ca
County Of Los Angeles - South Gate, Ca
County Of Los Angeles Tax Coll - Los Angeles, Ca
County Of Loudoun - Leesburg, Va
County Of Madera - Madera, Ca
County Of Marin - Novato, Ca
County Of Marin - San Rafael, Ca
County Of Mendocino - Ukiah, Ca
County Of Merced - Merced, Ca
County Of Mobile - Mobile, Al
County Of Monterey - Salinas, Ca
County Of Orange - Santa Ana, Ca
County Of Richmond - Charlotte, Nc

County Of Riverside - Riverside, Ca
County Of Rockbridge - Lexington, Va
County Of Sacramento - Ranch Cordova, Ca
County Of Sacramento - Sacramento, Ca
County Of Sacramento Emd - Mather, Ca
County Of San Bernardino - San Bernardino, Ca
County Of San Diego - San Diego, Ca
County Of San Joaquin - Stockton, Ca
County Of San Luis Obispo - San Luis Obispo, Ca
County Of Santa Barbara - Santa Barbara, Ca
County Of Santa Clara - San Jose, Ca
County Of Seiver - Sevierville, Tn
County Of Tulare - Visalia, Ca
County Of Ventura - Ventura, Ca
County Of Ventura Departments - Carmarillo, Ca
County Of Volusia - Jacksonville, Fl
County Of Volusia - Tampa, Fl
County Of Volusia Financial - Daytona Beach, Fl
County Of York - Baltimore, Md
County Of York - Yorktown, Va
County Treasurer - Olathe, Ks
County Water Dist. of Billings Height
Courtyard Acquisitions Llc
Covington Electric System

Covington Group, Llc
Covington Mall Llc
Coweta County Tax Collector - Newnan,  Ga
Coweta-Fayette EMC
Cowlitz County PUD

Cowlitz County Treasurer - Kelso, Wa
Cox, Jill
Cp Antelope Shops Llc
Cp Crossing, Llc
Cp Plaza Holdings Llc
Cpm Associates, L.P.
Cpp Sierra Vista, Llc
CPS Energy
Cpsc I Limited Partnership
Craig R. Gourley
Craighead County Collector - Jonesboro, Ar
Craven County Tax Collector - New Bern, Nc
Crawford Co Health Department - Bucyrus, Oh
Crawfordsville Electric Light & Power
Crawfordsville Utilities, IN

Crescenta Valley Water District

Crestview Corners Llc

Cri New Albany Square, Llc

Cromer, Adrian

Crossett Development I, Llc (Attn: J. Tamkin)

Crossgates Shopping Center, Llc

Crosspoint Properties Llc

Crossroad Partners, Inc.

Crossroads Shopping Center Investments, Llc

Crossroads Towne Center Llc

Crossroads X LLC

Crossroads X, Llc

Crossville City Tax Collector - Crossville,  Tn

Crp/Chi Merrillville Ii Owner, Llc

Crump, Joy

Cruz, Feliciano

Cruz, Jeannette

CRWWD - Clark Regional Wastewater Dist

Cryer, Beatris

Csn Llc

Ct Dept Of Agriculture - Hartford, Ct

Cullman County Sales Tax - Cullman, Al

Cullman Power Board

Cullman-Jefferson Counties Gas District

Culpeper County Treasurer - Culpeper, Va

Cumberland Cnty Dept Of Health - Millville, Nj

Cumberland County Tax Collector - Atlanta,  Ga

Cumberland Square Partners, Llc

Cumberland Wvr Llc

Cumming 400, Llc

Cunningham, Mitchell

Cunningham, Rocconi

Curry County Treasurer - Clovis, Nm

Curts Realty Llc

Customs & Border Patrol

Cuyahoga Investments, Llc

Cw Park Oaks, Llc And

Cynthia T. Jamison

Cypress-Fairbanks Isd Tax Office - Houston,  Tx

D & L Lowe Lp

D&J MASTER CLEAN INC

D&L Ferguson Rentals, Llc

Dade City Shopping Plaza, Llc

Dade County Tax Collector - Miami, Fl

Dadre Lake Worth Llc
DAILY SERVICES
Dalco Properties Inc
Dallas County - Selma, Al
Dallas County Clerk - Dallas, Tx
Dallas County Tax Assessor - Dallas, Tx
Dalton Utilities
Dam Neck Crossing, Llc
Dana & Dana Attorneys at Law
Dangood-Rsm, Lp
Daniel Development Partnership Lllp
Daniel G Kamin Michigan Enterprises
Daniel G Kamin Middletown Eastgate, Llc
Daniel G Kamin Tacoma, Llc
Daniel G Kamin Yorkshire Llc
Daniel G. Kamin
Daniel G. Kamin Palatine Bridge Llc
Daniel H. Yokum
Daniel L Carlton Treasurer - Jenison, Mi
Daniels Investment Limited Company
Danville Schools - Danville, Ky
Darby Yard Llc
D'argent Companies, Llc
Dario Pini
Darke County Health Dept - Greenville, Oh
Darlington County Treasurer - Darlington, Sc
Darnestown Road Property L.P.
Dash-Lokko, Felicia
Daspit Law Firm, PLLC
DATA 2 LOGISTICS
Datcp - Milwaukee, Wi
Dauphin Plaza Llc
David Blackwell Law, LLC
David G Hollander Family Limited Partership
DAVIDS & COHEN PC
Davidson County Clerk - Nashville, Tn
Davidson County Tax Collector - Lexington,  Nc
Davie County Tax Collector - Mocksville,  Nc
Daviess County Sheriff - Owensboro,  Ky
Davis County Assesor - Farmington, Ut
Davis, Tammy
Davis, Taylor
Dawson Clerk Of Superior Court - Dawsonville, Ga
Dawson County Business License - Dawsonville, Ga

Dc Treasurer - Washington, Dc
Ddr Carolina Pavilion Lp
Ddr Douglasville Pavilion Llc
Ddrm Melbourne S/C, Llc
De La Cruz, Cinthya
Dearborn City Treasurer (Wayne) - Lansing,  Mi
Dearborn Ocunty Treasurer - Lawrenceburg, In
Debock, Beverly
Deborah A. Beisswanger
Decatur Utilities, AL
Decosta, Sherrie
Deer Park Isd Tax Office - Deer Park, Tx
Defiance County Auditor - Defiance, Oh
Defiance County Health Dept - Defiance, Oh
Dekalb County (71224/105942)
Dekalb County Tax Commission - Atlanta`, Ga
Dekalb Plaza Spe, Llc
Del Rosario Shirley - Tampa, Fl
Del Viso, L.L.C.
Delaware County Auditor - Delaware, Oh
Delaware County Health Dept - Muncie, In
Delaware County Treasurer - Delaware, Oh
Delaware County Treasurer - Muncie, In
Delaware Dept Of Agriculture - Dover, De
Delaware Dept Of Finance - Wilmington, De
Delaware Dept Of Labor - Philadelphia, Pa
Delaware Division Of Revenue - Wilmington, De
Delaware General Health Dist - Delaware, Oh
Delaware Shopping Center, Llc
Delaware State Escheator - Wilmington, De
Delco Development Co. Of Hicksville, Lp
Delhaize Us Holding Inc
Dell & Dean, PLLC
Del-Linden, Llc
Delmarva Power (DE/MD/VA/17000/13609)
Delray Realty Associates, Llc
Delta Natural Gas Co Inc
Delta Silver, Llc
Delta Township Treasurer (Eaton) - Lansing,  Mi
deLuca Levine
DeMaria, Gina
DEMCO (Dixie Electric Membership Corp)
Demoulas Super Markets, Inc
Dennis Johnson

Dennis Municipal Tax Collector - Medford,  Ma
Dennis Water District
Denton County - Denton, Tx
Denton County Clerk - Denton, Tx
Denver County Tax Collector - Denver,  Co
Denver Dept Of Excise & Licenses - Denver, Co
Denver Manager Of Revenue - Denver, Co
Deon Goldschmidt Attorneys, PLLC
Departmement Of Conservation - Sacramento, Ca
Department Of Agriculture - Hartford, Ct
Department of Alameda County Dept (Alameda, Ca)
Department Of Housing - Frankfort, Ky
Department Of Labor&Industry - Harrisburg, Pa
Department of Public Utilities/SC
Department Of Revenue - Atlanta, Ga
Department Of Revenue - Helena, Mt
Department Of State - Denver, Co
Department Of State - Harrisburg, Pa
Department Of State - Tallahassee, Fl
Department Of Tax And Revenue - Charleston, Wv
Dept Of Agriculture - Augusta, Me
Dept Of Alcholic Bev Control - Sacramento, Ca
Dept Of Finance & Admin - Little Rock, Ar
Dept Of Financial Institutions - Milwaukee, Wi
Dept Of Inspections & Appeals - Des Moines, Ia
Dept Of Insurance & State - Tallahassee, Fl
Dept Of Labor & Training - Cranston, Ri
Dept Of Plant Industry - Pendleton, Sc
Dept Of Revenue Services - Hartford, Ct
Dept of Water Works - Sanitary District
Deptford Associates
Derek T. Panfil
Deschutes County Tax Collector - Bend,  Or
Desert Sky Esplanade, Llc
Desoto County Tax Collector - Hernando,  Ms
Desoto Health Department - Desoto, Tx
Destin Water Users, Inc.
Dew Seven Llc
Dgn Properties Llc
Dhh/Oph Sanitarian Services - New Orleans, La
Diba Real Estate Investments Llc
Dickson City Tax Collector - Dickson,  Tn
Dickson County Clerk - Dickson, Tn
Dickson County Trustee - Charlotte,  Tn

Dickson Electric System

Dir Of Taxation - Topeka, Ks
Direct Energy (643249/660749)

Direct Energy (70220)

Director Of Finance - Madisonville, Ky

Discount Mini Storage Of Ocala Llc
DISTRIBUTION SOLUTIONS

District & Urban (Texas) Inc.

District Court 12-1-01 - Harrisburg, Pa
Ditman, Erika

Div Of State Police Records - West Trenton, Nj

Diversity Law Group, PC
Division Of Occupational Safety - San Bernardino, Ca

Division Of Public Health - Indianapolis, In

Division Of Regulatory Svcs - Lexington, Ky

Division Of Revenue - Lexington, Ky

Division Of State Lands - Salem, Or

Division Of Taxation Rhode Is - Providence, Ri
Division of Water and Wastewater, OH

Dixie Electric Power Association

Dkr Investments L.L.C.

Dkr Investments Llc

Dlc Properties Llc

Dml Westchase Plaza Lp
Dominion Energy (27031)

Dominion Energy North Carolina

Dominion Energy Ohio (26785)

Dominion Energy South Carolina

Dominion Square-Culpeper, Llc
Dominion VA/NC Power (26543/26666)

Don R. Ershig, Dba Ken's Plaza

Don Wilkinson Agency Inc - Berwick, Pa

Don Wilkinson Agency Inc - Kingston, Pa

Dona Ana County Treasurer - Las Cruces, Nm
Donnelly, Carol

Dorchester County Treasurer - Atlanta, Ga

Dorchester County Treasurer - Saint George, Sc

Dorchester Realty Llc

Dorsan Developments Limited
Dorsey Watson, Yvonne

Dothan Utilities

Douglas County Tax Collector - Medford, Or

Douglas County Tax Commission - Douglasville, Ga

Douglas County Treasurer - Castle Rock, Co

Douglas County Treasurer - Omaha, Ne

Douglas Law Firm, PLLC
Douglasville Pavilion Llc

Dover Health Department - Dover, Nj
Dover Water Commissioners NJ

Dover, De Retail Llc

Downtown LA Law Group

Dozier Law Firm, LLC
Dps Associates

Drafahl Law Firm
Drake Rental

Drinkrh

Dsm Mb I Llc

Dsm Mb Ii Llc

Dt Route 22 Retail Llc
DTE Energy (630795/740786)

Dts Ii Properties, Llc

Dubois County Treasurer - Jasper,  In
Dudkewic, Timothy

Dugan, Benella

Duke Energy/1094

Duke Energy/1326/1327

Duke Seth, PLLC

Duncan Law Firm, LLC
Duquesne Light Company

Durant City Utility, OK

Durga Llc

Durga Property Management

Durham County Register Of Deeds - Durham, Nc

Durham County Tax Collector - Charlotte,  Nc

Durham Plaza Shopping Center, Llc

Duval County Tax Assessor-Collector - Jacksonville,  Fl

Dwight W. Broeman

Dworlcin & Maciariello The Georiga Law Lions

Dyersburg City Recorder - Dyersburg, Tn

Dyersburg City Tax Collector - Dyersburg,  Tn
Dyersburg Electric

Dyersburg Gas & Water Dept

Eagle Enterprises Of Jefferson Inc

Eagle North Hills Shopping Centre Lp

Eagle Valley Realty, Lp

Earl Bullock Dallas Co Clerk - Dallas, Tx

Earned Income Tax Officer - Somerset, Pa
Easley Combined Utilities, SC

East Brunswick Township (Water/Sewer)

East Central Electric/OK

East Hartford Town Tax Collector - Hartford,  Ct

East Haven Tax Collector - East Haven, Ct

East Norriton Township

East Peoria Water & Sewer Dept.

East Pikeland Township - Kimberton, Pa

East Ridge Crossing, Llc

East Stroudsburg Borough - East Stroudsburg, Pa

Eastgate Empire, Llc

Eastgrove Shopping Center

Eastgrove Shopping Center, Llc

Eastland Inc

Easton Town Tax Collector (Talbot) - Easton,  Md

Easton Utilities (1189)

Eastpointe City Treasurer (Macomb) - Eastpointe,  Mi

Eastpointe Village, Llc

Ebensburg Borough, PA

EBMUD-East Bay Municipal Utility District

Ec Foundation Of Schererville Llc

Eca Buligo Weaverville Partners Lp

Eckinger, Stephine

Ecol Partnership, Llc

Ecological Alliance, LLC

Ector County Appraisal Dist - Odessa, Tx

Ector County Clerk - Odessa, Tx

Eddy County Tax Collector - Carlsbad,  Nm

Edgewater Partnership Lp

Edgewood Isle, Llc

Edgewood Partners Insurance Center ("EPIC")

Edifis Ljc, Ltd

Edifis Usc, Llc

Edinburg Srgv Llc

Edison Park, Ltd.

Edmund Terry

Egg Harbor Township - Egg Harbor Township, Nj

Ehden Investments Inc

Eide, Tylor

El Dorado Co. Recorder/Clerk - Placerville, Ca

El Dorado County - Placerville, Ca

El Dorado County Tax Collector - Placerville,  Ca

El Dorado Environmental Mgmt - Placerville, Ca

El Gato Grande Limited Partnership

El Paso County Colorado - Colorado Springs, Co

El Paso County Dept. Of Health & - Colorado Springs, Co
El Paso Electric (650801)

El Paso Tax Assessor-Collector - El Paso,  Tx
El Paso Water Utilities

Electric Board of Guntersville AL

Electric City Utilities

Electrical Inspection & Servicing

Eli Erlich
Elias, Patrick

Elizabethton Electric System

Elizabethtown Gas (6031)
Elizabethtown Utilities, KY

Elk Grove Water Works, CA

Elkhart County Health Dept - Goshen, In

Elkhart County Treasurer - Goshen, In
Elkhart Public Utilities

Elkin City Tax Collector - Elkin,  Nc

Elkin Village Partners, Llc
Elkton Gas

Elkton Village, Llc

Ella Plaza Lp

Elliot Trading Limited - Aurora, On

Ellis County Clerk - Waxahachie, Tx

Ellis County Tax Assessor-Collector - Waxahachie,  Tx

Elm Holdings 3, Llc
Elmira Water Board NY

Elyria City Health Dept - Elyria, Oh
Ema Bell

Emerald Coast Utilities Authority

Emerson, Mary

Emily E. Schreck

Employee Justice Legal Group
Employment Development Dept - Sacramento, Ca

Employment Security Dept - Seattle, Wa
EMWD-Eastern Municipal Water District

Encorp Pacific (Canada) - Burnaby, Bc
Endurance American Insurance Company (Sompo)

Energo (51024)

Energy Management Systems (Dept 2159)

Energy West - Montana

ENGIE INSIGHT
Engie Power & Gas LLC (411330)

Engie Resources (9001025/841680)

Englander Peebles

Englewood Water District, FL
Entergy Arkansas, Inc. (8101)
Entergy Gulf States LA, LLC (8103)
Entergy Louisiana, Inc. (8108)
Entergy Mississippi, Inc. (8105)
Entergy Texas, Inc. (8104)
Environmental Health Advocates, Inc.
Environmental Health Fund - Pittsburgh, Pa
EPB
EPCOR Water (37782)
Epra - Truro, Ns
Equity Development Partners, Llc
Erath County Tax Assessor-Collector - Stephenville,  Tx
ERG STAFFING SERVICE LLC
Erica N. Fortune
Erie County Comptrollers - Buffalo, Ny
Erie County Comptrollers - Cheektowaga, Ny
Erie County Health Dept - Sandusky, Oh
Erie County Sewer & Water
Erie County Water Authority
Erie Water Works
Ershig Properties Inc.
Ershig Properties, Inc.
Esan Llc
Escambia County Tax Collector - Pensacola,  Fl
Escondido San Juan Retail Xvii, Llc
Eskra-Brown, Amy
Espinosa, Kelley
Espinoza Ramirez, Carlos
Espinoza, Alejandro
Estrella, Rosario
Ethan Conrad
Ethan Conrad Properties
Ethan Conrad Properties Inc
Etowah County Sales & Use Tax - Hartselle, Al
Euclid Shopping Center Llc
Eugene Water & Electric Board (EWEB)
Evans Best Llc
Evans Best, Llc
Evansville Partners, Llc
Evansville Water and Sewer Utility
Everest Indemnity Insurance Company
Everest Technologies
Evergy (KS MO Metro MO West 219330/219703)

Evergy Kansas Central (219915/219089)

Eversource Energy (55215)

Eversource Energy (56002)

Eversource Energy (56003)

Eversource Energy (56004)

Eversource Energy (56005)

Eversource Energy (660753/56007)

Evp Management Llc

Exeter 16290 Nv Llc

Expedition Center, Llc

EXPRESS SERVICES INC

Expressway Partners, Llc

Extension Desk Of Kansas Customer - Topeka, Ks

F & F Investments, Llc

Fairfield Dept Of Health - Lancaster, Oh

Fairfield Electric Cooperative, Inc.

Fairfield Property, Llc

Fairfield Utilities-City of Fairfield

Fairhope Public Utilities

Faison-Ashley Landing, Llc

Family D, Llc

Famvest Xxi Lm Big Lots Llc

Fannin County Appraisal District - Bonham, Tx

Faraday (Lloyds Of London)

Farah & Farah, PA

Fargo Cass Public Health - Fargo, Nd

Farmington Water Department/ME

Faulkner County Tax Collectorq - Conway, Ar

Fayette County Health Dept - Fayetteville, Wv

Fayette County Health Dept - Washington Court House, Oh

Fayette County Tax Collector - Fayetteville,  Wv

Fayette County Tax Collector - Lexington,  Ky

Fayette County Tax Commissioner - Fayetteville,  Ga

Fayette Pavilion Llc

Fayette Square Investors, Llc

Fayetteville Public Works Commission

Fb Billerica Realty Investors Llc

Fc Robson Properties Llc

Fedder Management Corporation

Federal Insurance Company

Federal Insurance Company (Chubb)

Federal Trade Commission

Fennell Container Company - North Charleston, Sc

Ferro, Juba, Mangano, PC

Festival Properties Inc

Fh One Inc

Fidelis Insurance Bermuda Limited

Fifth Generation Investments Llc

Fifth Third Bank, National Association

Fifth Third Bank, National Association

Fifth/Grand (Holdings), Llc

Financial Credit Network - Visalia, Ca

Findlay City Health Dept. - Findlay, Oh

Finmarc Raleigh Llc

First And Main South No. 1, Llc

FIRST Insurance Funding (a Division of Lake Forest Bank & Trust Company, N.A.)

First Latrobe Company

First Main Partners, Llc

First Utility District of Knox County

FISH & RICHARDSON PC

Fisher's Landing Tenants-In-Common

Five Town Station Llc

Five Trees Realty, Inc.

Flager & Associates, PC

Flagler S.C., Llc

Fleming-Mason Energy

Flint EMC

Flint Township Treasurer (Genesee) - Detroit,  Mi

Flood Law Firm, The

Florence County Treasurer - Florence,  Sc

Florence Utilities, AL

Florence View Properties Llc

Florence/Sav, Llc

Florida City Gas (22614)

Florida Department Of State - Tallahassee, Fl

Florida Department Revenue - Tallahassee, Fl

Florida Dept Of Agr And Consumer - Tallahassee, Fl

Florida Dept Of Agriculture - Tallahassee, Fl

Florida Dept Of Financial Svc - Tallahassee, Fl

Florida Fish and Wildlife Conservation Commission

Florida Public Utilities (825925)

Floyd County Sheriff - Prestonsburg, Ky

Floyd County Tax Collector - Rome,  Ga

Floyd County Treasurer - Evansville,  In

Floyd, Samuel

Fl-Tarpon Square-Ha, Llc

FMR LLC

Fog Cp, Llc

Fond Du Lac City Collector (Fond Du Lac) - Fond Du Lac,  Wi

Fond Du Lac Co Health Dept - Fond Du Lac, Wi

Fontana Water Company

Food And Drug Administration - St Louis, Mo

Food Lion, Llc

Foothill Luxury Plaza Llc

Forest Hills Investors Llc

Forman Clothier Law Group, LLC

Formanco Vastgood Dunmore Llc

Forrest Co Tax Collector - Hattiesburg, Ms

Forsyth Co Business License - Cumming, Ga

Forsyth Co Tax Commissioner - Cumming, Ga

Forsyth County Tax Collector - Winston-Salem,  Nc

Fort Bend County Tax Assessor-Collector - Houston,  Tx

Fort Hill Natural Gas Authority

Fort Oglethorpe Market Place, Llc

Fort Payne Improvement Authority

Fort Payne Water Works Board

Fort Pierce Utilities Authority

Fort Wayne City Utilities

Fort Wayne Matador, Inc

Fort Williams Square Llc

Fort Worth Water Department

FORTE TRANSPORTATION

Forum Holdings, Llc

Foster Township Sewer Dept PA

Founder, Inc.

Foundry Commercial

Fountainhead Mud (Harris) - Houston,  Tx

Four Points Property Management

Fournaris & Sanet, PA

Fox Run Limited Partnership

FPL - Florida Power & Light Company

FPL Northwest FL

Franchise Tax Board - Sacramento, Ca

Francis Carrington

Franco Property Management

Frank C. Robson Revocable Trust, U/A

Frankfort Plant Board (308)

Frankiln County Trustee - Winchester, Tn

Frankl Kominsky Injury Lawyers

Franklin County Auditor - Columbus, Oh

Franklin County Clerk - Frankfort, Ky

Franklin County Clerk - Winchester, Tn

Franklin County Sanitary Engineering

Franklin County Tax Collector - Frankfort,  Ky

Franklin County Tax Collector - Union,  Mo

Franklin Municipal Tax Collector - Medford,  Ma

Franklin Shoppers Fair Inc

Franklin Square Lp

Frederick County Health Dept - Frederick, De

Frederick Water

Free & Fashion Asset Llc

Freeborn-Mower Cooperative Services

Freemont Mall Llc

Freestar Investments, Llc

Fremont Dept. of Utilities

Fremont Water Office

Frenchtown Shopping Center, Llc

Frenchtown Township Treasurer (Monroe) - Monroe,  Mi

Frenchtown Water

Fresno County Clerk - Fresno, Ca

Fresno County Tax Collector - Fresno, Ca

Fresno County Treasurer - Fresno, Ca

Frisco Development Services - Frisco, Tx

Frisco Isd - Frisco, Tx

Front Royal Town Tax Collector - Front Royal,  Va

Frontline Real Estate Partners, Llc

FRSA-Payments

Fruitland City Tax Collector (Wicomico) - Fruitland,  Md

Fruitland Mutual Water Company

Fruitland Plaza, Llc

Fuerste, Carew, Juergens & Sudmeier, PC

Fuller, Fuller & Associates, PA

Fulton County Clerk - Atlanta, Ga

Fulton County Tax Commissioner - Atlanta, Ga

Fulton County Treasurer - Wauseon, Oh

FUN ONLINE CORPORATION

FURNITURESOURCE

Fw Parkwest Llc

G & J Eugene, Llc

G&I Ix Southgate Shopping Center Llc

G&I X Trexler Town Mzl Llc

G.G. Garfield Commons 2012 Lp

Ga Dept Of Revenue - Atlanta, Ga

Gaffney Board of Public Works

GAI Insurance Company, Ltd.

Gainesville City Tax Collector - Gainesville,  Ga

Gainesville Realty Ltd
Gainesville Regional Utilities

Galatians,  Llc
Gallatin Department of Electricity

Gallatin Public Utilities

Gallena Park Isd Tax Collector - Galena Park, Tx
Gallia County Health Dept - Gallipolis, Oh
Gallia Rural Water Association
GALLOWAY JOHNSON TOMPKINS

Galloway, Sheryl

Gallup Capital, Llc, Gallup H&K, Llc And
Galveston County Tax Office - Galveston, Tx
Gardner Municipal Tax Collector - Gardner,  Ma
Gardner Water Department

Garfield County Health Dept - Enid, Ok

Garfield County Treasurer - Enid, Ok

Garfield Township Treasurer (Grand Traverse) - Traverse City,  Mi
Garland County - Hot Springs, Ar

Garland Isd Tax Office - Garland,  Tx

Garrett Simpsonville Center, Llc

Gary A Morris

Gary K. Walch, ALC
Gary Pond

Gaston County Tax Collector - Gastonia, Nc

Gastonia Restoration Partners

Gateway Dist. Health Dept - Owingsville, Ky

Gateway Plaza - Front Royal, Llc
Gato, Birna

Gator Bedford Llc

Gator Clifton Partners, Ltd.

Gator Cortlandville Partners

Gator Danville Llc

Gator Fairhaven Partners Ltd

Gator Lockport Llc

Gator Sarasota Llc

Gator Swansea Partners, Lllp

Gator Waccamaw Shopp. Ctr Ltd

Gb Associates Limited Partnership

Gbr Ephrata Llc And Ephrata Holdings Lp

Gbr Erwin One Limited Liability Company

Gbr Greeneville Lp

Gbr Market Street Llc

Gbr Neighborhood Road Llc

Gbr North King Llc & Northhampton Holding, Lp

Gbr Spencerport Llc Brockport 31, Lp

Gbr West Main Llc

Gc Ambassador Row Llc

Gcdhes - Globe, Az

GCWW (Greater Cincinnati WW)

Gdc Investment Company

Geauga County Auditor - Chardon, Oh

Geisler & Weaver

Gemco Sawdust Lp

Gen Treasurer State Of Ri - Providence, Ri

Gene E. Burt, II

Genoa Township - Brighton, Mi

Geodis SA

GEODIS USA LLC

Georgetown City Tax Collector - Georgetown,  Ky

Georgetown County Treasurer - Columbia, Sc

Georgetown Management Co.

Georgetown Scott County - Georgetown, Ky

Georgia Dept Of Agriculture - Atlanta, Ga

Georgia Natural Gas (71245)

Georgia Power

Georgiadis Debra - Campbell, Oh

Gershenson Realty & Investment Llc

Gerson Companies, The

GEUS/City of Greenville, TX

Gg Lagrange, Llc

Ggcal Rsc Llc

Gh2 Nsb Bb, Llc

GIBBS & BRUNS LLP

Gibraltar Management Co., Inc

Gibson County Recorder - Princeton, In

Gibson, Destiny

Gila County Division Of Health - Payson, Az

Gila County Treasurer - Globe,  Az

Gillis Law Firm, LLC

Gilroy Village Shopping Center Llc

Ginnis & Krathen, PA

Giorgio, Erika

Gk Holiday Village, Llc

Gk Skaggs - Irvine, Ca

Gkt University Square Greeley Ll2, Llc

Glankler Brown PLLC

Glasgow Electric Plant Board

Glasgow Retail Llc

Glasgow Water Co.

Glass & Tabor, LLP
Glass, Kathleen

Glassboro Economic Development - Glassboro, Nj

Glc-Map Mckinley Trust

Gleason Mall Lp
Glenn, Eva

Glenwood Development Co., Llc

Glenwood Plaza, Llc

Glick & Glick - Rockwall, Tx

Gloucester County Dept Of Health - Sewell, Nj

Gloucester County Tax Collector - Gloucester,  Va
Gloucester Township, NJ

Glynn County - Brunswick, Ga

Gms Management Co Inc

Gms Management Of Il, Inc
GMWSS

Gnhh Llc

Goal Investment Inc

Golden Mile Marketplace
Golden State Water Co.

Goldstein, Buckley, Cechman, Rice & Purtz, PA
Gonzales, Art

Gonzalez, Evaristo

Goodrich New Hartford Llc

Goodyear Retail I, Llc

Goose Creek Cisd Tax Office - Baytown,  Tx
GORDON REES SCULLY & MANSUKHANI LLP

Gould & Jefferson LLP
Governor Plaza Associates Legal Dept

Gpr Investments Llc

Grace Business Holdings, Llc

Grafton Village Treasurer - Grafton, Wi
Graham W. McIvor

Gramajo, Christopher

Grand Central Parkersburg Llc

Grand Rapids Twp Treasurer - Grand Rapids, Mi
Grand Traverse County Dept of Pub Works

Grant County Health Dept - Marion, In

Grant County Health District - Moses Lake, Wa
Grant County Public Utility District

Grant County Tax Collector - Ephrata,  Wa

Grapevine Colleyville Tax Office - Grapevine, Tx

Gratiot, Llc

Graves County Sheriff - Mayfield, Ky

Gravois Bluffs Iii, Llc

Grayson County Health Dept - Denison, Tx

Great American Spirit Ins. Company

Great East Mall Inc

Great Lakes Energy

Greater Augusta Utility District, ME

Greater Dickson Gas Authority

Greater Peoria Sanitary District

Greco Gas Inc.

Green Bay City Collector (Brown) - Green Bay,  Wi

Green Bay Water Utility

Green Garden Plaza 1989 L.P.

Green Mountain Power Corporation

GREENBERG TRAURIG LLP

Greene County Collector Of Revenue - Springfield, Mo

Greene County Combined Health - Xenia, Oh

Greene County Trustee - Greeneville, Tn

Greeneville City Tax Collector - Greeneville,  Tn

Greeneville Light & Power System

Greeneville Water Commission

Greenfield Utilities, IN

Greenville Associates

Greenville County Tax - Columbia, Sc

Greenville Utilities Commission, NC

Greenville Water, SC

Greenwood 153 Llc

Greenwood Commissioners of Public Works

Greenwood Utilities, MS

Greer CPW

Gregg County Clerk - Longview, Tx

Gregg County Tax Assessor-Collector - Longview,  Tx

Gregg W. Sayers

GreyStone Power Corporation (elec)

Gri-Eqy (Concord) Llc

Griffey, Robin

Gross Income Tax (New Jersey) - Trenton, Nj

Group Santa Fe, Llc

Gruenloh Law Firm

Gsa Plaza Llc

Gtr Realty, Llc

Guadalupe County Assessor/Coll - Seguin, Tx

Guardian (007912)

Guernsey Co Gen Health Dist - Cambridge, Oh

Guernsey County Auditor - Cambridge, Oh

Guilford County Tax Collector - Charlotte,  Nc

Gulf Gate Plaza, Llc

Gumberg Associates-Mifflin County Commons

Gunter, Daniel

Guntersville Water & Sewer Board

Gurwicz California Ave, Llc

Gut, Dawid

Guy Properties Llc

Guzman Galvez, Rene

Gvd Commercial Properties Inc

Gwinnet County Licensing & Rev - Lawrenceville, Ga

Gwinnett Co Water Resources

Gwinnett County Tax Commissioner - Lawrenceville,  Ga

Gwp-Northridge Grove Shopping Center, Lp

H/S Waynesboro B.L., Llc

Hab Bpt - Lehigh Valley, Pa

Hab-Bpt - Bangor, Pa

Habersham County Clerk - Clarkesville, Ga

Habush Habush & Rottier SC

Hager Cabinets

Hagerstown City Tax Collector - Hagerstown,  Md

Haggerty, Silverman & Justice, PC

HAIGHT BROWN & BONESTEEL LLP

Hale, Vincent

Halifax County Tax Collector - Halifax,  Nc

HALL & EVANS LLC

Hall County Building Insptn - Gainesville, Ga

Hall County Tax Collector - Gainesville,  Ga

Hall Park Llc

Hall, Cynthia

Hall, Deborah

Halpern Enterprises, Inc.

Hambey's Kings Canyon Llc

Hamblen County Tax Collector - Morristown,  Tn

Hamburg, Rubin, Mullin, Maxwell & Lupin, PC

Hamilton Commons Tei Equities Llc

Hamilton County Auditor - Cincinnati, Oh

Hamilton County Clerk - Chattanooga, Tn

Hamilton County Treasurer - Noblesville,  In

Hamilton County Trustee - Chattanooga,  Tn

Hamilton Township MUA

Hamilton Twp Div. Of Health - Trenton, Nj

Hamilton Village Station Llc

Hamilton, June

Hamilton, Terri

Hampton City Treasurer - Hampton, Va

Hancock County Health Dept - Greenfield, In

Hancock County Health Dept - New Cumberland, Wv

Hancock County Tax Collector - New Cumberland,  Wv

Hancock County Treasurer - Greenfield, In

Hancock Public Health - Findlay, Oh
Hancock-Wood Electric Cooperative, Inc.

Handys Hotels & Rentals

Hangora Limited Liability Company
Hannibal Board of Public Works

Hap Property Owner, Lp

Harary Group Llc

Hardin County Auditor - Kenton, Oh

Hardin County Tax Collector - Elizabethtown,  Ky
Hardin County Water District # 2

Harding & Mazzotti,  LLP

Hardison & Cochran, PLLC
Hardy Court Shopping Center

Harford County Clerk Of - Bel Air, Md

Harford County Environmental Health - Bel Air, Md

Harford County Government - Baltimore, Md
Haring Township Utility Department

Harlan City Tax Collector - Harlan,  Ky

Harlan County  Hc - Harlan, Ky

Harmon, Linder & Rogowsky
Harmony Shopping Plaza Llc

Harnett Co Tax Administrator - Lillington, Nc

Harold Martin

Harolds Heirs Llc
Harper, Sheila

Harris County - Houston, Tx
Harris County (MUD 102)

Harris County (MUD 81)

Harris County Clerk - Houston, Tx

Harris County Fwsd - Houston, Tx

Harris County M.U.D. # 102 - Friendswood, Tx

Harris County Mud #285 - Houston, Tx

Harris County Mud #81 (Harris) - Houston,  Tx

Harris County Tax Assessor-Collecto - Houston, Tx

Harris Personal Injury Lawyers, Inc.
Harrison 135th St., Llc

Harrison Cad - Marshall, Tx

Harrison Clarksburg Health Dep - Clarksburg, Wv
Harrison County Ky - Cynthiana, Ky
Harrison County Sheriff - Clarksburg,  Wv
Harrison County Tax - Cynthiana, Ky
Harrison County Tax Collector - Gulfport, Ms
Harrison County Tax Office - Marshall, Tx
Harrison Fire Department - Harrison, Ar
Harrison Management Group Llc
Harrison Oh Partners, Llc
Harrison Township, PA-Water Authority
Harrison Utilities
Harrisonburg Electric Commission

Hart Estate Investment Company
Hart Properties Iii, Ltd
HarveyCo LLC
Harveyco, Llc
Hatcher, Theresa
Hauck Holdings Alexandria, Llc
Hauck Holdings Cleveland Bld, Llc
Hauppage Properties Llc
Hauppauge Properties Llc
Hauppauge Properties, Llc
Hawaii Dept Of Taxation - Honolulu, Hi
Hawaii State Tax Collector - Honolulu, Hi
Hawkins County Clerk - Rogersville, Tn
Hawthorne Atchison Riddle
Hayford Properties Lp
Haymarket Investors Llc
Haymore & Holland, P.C.
Haywood County Tax Collector - Charlotte,  Nc
Hazard City Tax Collector - Hazard,  Ky
Hbl Crest Hill Llc
Hc Mud #81 - Houston, Tx
H-C Niles Developers L.L.C.
Hc Wcid  #109 - Houston, Tx
Hcl 3rd & Bell Llc
Hcp Blue Canary Llc
HDI Specialty Insurance Company
Heidari Law Group, PC
Heights Plaza Partners, Llc
Helix Water District
Hellers Gas Inc Jonestown
Heller's Gas Inc./ Berwick, PA
Henderson City Tax Collector - Henderson,  Ky

Henderson County Tax Collector - Henderson,  Ky

Henderson Investment Co., Inc.

Henderson, Raeshawn

Hendricks County Health Dept - Danville, In

Hendricks County Treasurer - Danville,  In

Hendry County Tax Collector - Labelle, Fl

Hennepin Co Environmental Heal - Hopkins, Mn

Henrico County Tax Collector - Atlanta,  Ga

Henry Co Treasurer - New Castle, In

Henry County Health Dept. - New Castle, In

Henry County Public Service Authority

Henry County Recorder - New Castle, In

Henry County Tax Collector - Collinsville,  Va

Henry County Tax Commissioner - Mcdonough, Ga

Henry M Turley Jr

Hensley, Charm

Herbert, Cierra

Hermiston Energy Services, OR

Hernandez-Mendoza, Jorge (George)

Hernando County Tax Collector - Brooksville, Fl

Hernando County Utilities, FL

Herrera Properties, Llc

Hesperia Water District, CA

Hh-Casa Grande, Llc

Hh-Laveen, Llc

Hh-Poca Fiesta, Llc

Hickory Plaza Shopping Center, Inc.

Hickory Sap Llc

Hidalgo County Clerk - Edinburg, Tx

Hidalgo County Tax Assessor-Collector - Edinburg,  Tx

Hidalgo County Texas - Edinburg, Tx

Hidden Valley Mall Llc

Hi-Desert Water District

Highland And Sterling Llc

Highland Co. Gen Health Dist. - Hillsboro, Oh

Highland County Treasurer - Hillsboro, Oh

Highland Management Company

Highland Sewer & Water Authority

Highlands County Tax Collector - Sebring, Fl

Hillcrest Shopping Center Equities, Llc

Hillsborough County Tax Collector - Tampa,  Fl

Hillsborough County Water Resource (BOCC)

Hinds County Tax Collector - Jackson, Ms

Hines County Tax Assessor - Jackson, Ms

Hinesville Center, Llc
Hiscox Insurance Company
Hixson Utility District, TN

Hjh Independence 1 Llc
Hkjv, Llc
HMC Civil Rights Law, PLLC
Hobart Investors Lp
Hobby Lobby Stores, Inc.
Hodnett, Melba
Hoffmann, Linda

Hogan Real Estate
Holland Board of Public Works
Holland Charter Township, MI

Holland Injury Law, LLC
Holland Township Treasurer (Ottawa) - Holland,  Mi
Holloway Bethea & Others, PLLC
Holquin (Holguin), Jennifer
Holston Electric Cooperative, Inc.

Homeland Insurance Co Of Ny

Honigman Llp

Hood Commons Bsd Llc

Hood County Chief Appraiser - Granbury,  Tx
Hoover Capital Group, Llc
Hope Gas Inc
Hopewell Township, PA

Hopkins County Health Dept - Madisonville, Ky
Hopkins County Sheriff - Madisonville, Ky
Hopkinsville Electric System, KY
Hopkinsville Water Environment Auth

Horizon Commons, Llc
Hornby, Linda

Horry County Treasurer - Conway,  Sc
Housatonic Valley Health District - Southbury, Ct
Houston County Revenue Commissioner - Dothan, Al
Houston County Tax Commission - Warner Robins, Ga
Houston I S D Tax Collection - Houston, Tx
Houston Triangle Ii, Llc
Howard Center, Llc
Howard County Director Of Finance - Ellicott City, Md
Howard County Health Dept - Kokomo, In
Howard County Treasurer - Fort Wayne, In
Howard, William
Howell County Collector - West Plains, Mo
Howell Property Management Llc

HRSD/HRUBS

Hub International Limited

Hudson Insurance Company

Hull-Norlex, Llc

Humble Isd Tax Office - Houston,  Tx

Hunt County Tax Collector - Greenville, Tx

Hunting Creek Retail, Llc

Huntington National Bank
Huntsville Utilities, AL

Huron General Health District - Norwalk, Oh
HUTH REYNOLDS LLP

Hyg Fremont Llc

Iantha, Inc  -(Attn: Director Of Leasing)

Iberia Parish School Board - New Iberia, La
IBM Credit LLC

ICE MILLER LLP

Idaho Dept Of Employment - Boise, Id
Idaho Power

Idaho State - Boise, Id

Idaho State Department Of - Boise, Id

Idaho State Tax Commission - Boise, Id
IEC Group, Inc. d/b/a AmeriBen

Ih Sierra Vista Llc

Ilf-Cherry Hill, Llc And Als Cherry Hill, Llc
Illinois American Water

Illinois Department Of Revenue - Springfield, Il

Illinois Dept Of Agriculture - Springfield, Il

Illinois State Treasurers Office - Springfield, Il
Imagesound Inc.

Imperial County Clerk - El Centro, Ca

Imperial County Dept Of Weight & - El Centro, Ca

Imperial County Tax Collector - El Centro, Ca

Imperial Improvements, Llc
Imperial Irrigation District, CA

Imperial Square Llc

Indian Harbor Insurance Company (Axa Xl)

Indian Hills Plaza Llc
INDIAN NATIONS FIBER OPTICS

Indian River County Tax Collector - Vero Beach, Fl
Indian River County Utilities, FL

Indiana American Water

Indiana Department Of Revenue - Indianapolis, In

Indiana Equities Llc
Indiana Michigan Power

Indiana Secretary Of State - Indianapolis, In
Indiana State Egg Board - West Lafayette, In
Indiana West Plaza Lp
Indio Water Authority
Industrial Development Board Of - Montgomery, Al
INFOSYS LIMITED
Intermountain Gas Company
Internal Revenue Service - Long Beach, Ca
Internal Revenue Service - Ogden, Ut
Internal Revenue Service - Washington, Dc
International Holdings Property Group Llc
Investa Capital Llc
Iowa American Water Company
Iowa Dept Of Agriculture - Ankeny, Ia
Iowa Dept Of Revenue & Finance - Des Moines, Ia
Iowa Treasurer Of State - Des Moines, Ia
Ipanema Fairview Llc
Ipanema Nomi Iii Llc
Iredell County Reg. Of Deeds - Statesville, Nc
Iredell County Tax Collector - Charlotte,  Nc
Ireland Biloxi, Ltd.
Ireland Lawrence Ltd
Iron County Assessor - Parowan, Ut
Irving Energy (70712)
Irving Independent School Dist - Irving, Tx
Irving Plaza, Llc
Isaac Property Co., Lp
Ishaan Rockwood Llc
Ishaan Towne Square Llc
Isram Prado, Llc
Isram Village Marketplace, Llc
IT XCEL CONSULTING
Ja Investment Properties Llc
Jackie Smith
Jackie Smith
Jackson City Tax Collector - Jackson,  Tn
Jackson Co Env Health Division - Grain Valley, Mo
Jackson Co Payment Center - Portland, Or
Jackson County Collector - Kansas City, Mo
Jackson County Health Dept - Ripley, Wv
Jackson County Health Dept - Seymour, In
Jackson County Health Dept. - Jackson, Oh
Jackson County Sheriff - Ripley, Wv
Jackson County Tax Assessor-Collector - Medford,  Or

Jackson County Tax Collector - Marianna, Fl
Jackson Energy Authority
Jackson Utilities Dept - City of Jackson

Jacksonville Mzl, Llc
Jaco, Tina

Jacoby & Meyers Attorney LLP
Jade Cheng
Jafari Aura, Beta

Jafari, Nasiba

Jahco Keller Crossing Llc

Jajolo Limited Partnership

Jakubowski, Robertson, Maffei, Goldsmith & Tartaglia, LLP
James A. Craig
James A. Schroeder

James C. Koehler
James D. Campbell Jr.

James Hawkins, APLC
James M. Kelley

James R. Chambers

James Trauring & Associates, LLC
Janesville Water & Wastewater Utility

Janice Debo

Jara Group Lp

Jarrett & Price LLC
Jasmine Meadows Properties Lp
Jason A. Seeman

Jason Associates, Llc

Jasper County - Carthage, Mo
Jasper Municipal Utilities

Jasper Southgate Industries, Inc.
Jasper Waterworks & Sewer Board, Inc AL

Jaurigue Law Group
Jay A. Caudill

Jay Paschall-Turning Point - Brandon, Fl

Jbk Ventures, Llc

Jc Warehouse Llc

JEA

Jeffers, Danielson, Sonn & Aylward, P.S.

Jefferson  County Collector - Hillsboro, Mo
Jefferson City Utilities, MO

Jefferson City Water Department, TN

Jefferson Co Dept Of Health Env - Birmingham, Al

Jefferson Co Treasurer - Louisville, Ky

Jefferson County Al - Birmingham, Al

Jefferson County AL, Sewer Service Fund

Jefferson County Clerk - Beaumont, Tx

Jefferson County Health Dept - Madison, In

Jefferson County Health Dept. - Hillsboro, Mo

Jefferson County Public Health - Lakewood, Co

Jefferson County Sheriff's Off - Louisville, Ky

Jefferson County Tax Collector - Louisville,  Ky

Jefferson County Water & Sewer Dist

Jefferson Mount Pleasant Ltd

Jefferson Parish Clerk Of - New Orleans, La

Jefferson Parish Sheriffs Office - Gretna, La

Jefferson Parish, LA

Jefferson Parish-Bureau Of Revenue & Taxation - Gretna,  La

Jeffnan Usa, Inc.

Jeffrey T. Oberman, Esq.

Jennings, Katie

Jensen F. Cheng

Jerald L. Moss

Jeremy A. Ball

Jersey Central Power & Light

Jersey City Div Of Health - Jersey City, Nj

Jessamine Co Health Dept - Nicholasville, Ky

Jesse White Il Secretary State - Springfield, Il

Jewell Square Rllp

Jfp-Ag/Roswell, Llc

Jhr Sumner Place Shopping Center, Llc

Jimenez, Edgar

JJC Law LLC

Jly Realty Co., Llc

JML Law

Joann Kerstein

Joatmon Llc

Joe Amato East End Centre, Lp

JOELE FRANK WILKINSON BRIMMER KATCH

Joffe Properties Lp

Johan G. Hoover

John R Ames Cta - Dallas, Tx

John W. Alpaugh

John Wright Law Firm PLLC

Johnann Llc

Johnson Acquisition Corp.

Johnson City Utility System

Johnson County Clerk - Cleburne, Tx

Johnson County Fiscal Court - Paintsville, Ky

Johnson County Health District - Paintsville, Ky
Johnson County Sheriff - Paintsville, Ky
Johnson County Tax Assessor Cl - Cleburne, Tx
Johnson County Treasurer - Indianapolis, In
Johnson County Treasurer - Shawnee Mission, Ks
Johnson County Wastewater (219948)
Johnson, Debra
Johnson, Mike
Johnson, Romonia

Johnston Co Tax Collection Dpt - Charlotte, Nc
Johnston Square Center, L.L.C.
Jonathan E. Ramsden

Jones Co. Collector - Laurel, Ms
Jones Lang Lasalle Americas, Inc.

Jones Law Firm
Jones, Keyandra
Jones, Rickey

Jonnet Development Corporation
Jordan & Riddle, Llc
Jordan Tax Service/Township of Collier
Jordan Tax Services Inc - Mcmurray, Pa
Joseph D Hammerschmidt Co
Joseph Navarre Plaza Llc

Josh Vorhees and Troy Bailey
Jpmcc 2007-Ldp12 South Expressway 83, Llc
Jpmcc 2016-Jp4 Knights Road Llc

JS Abrams Law, PC
Juan E. Guerrero

Judge Of Probate - Cullman, Al
Judge Of Probate - Fairhope, Al
Judson Isd Tax Office - Live Oak, Tx
Julie C. Holbein

Jurewitz Law Group
Justwater, Llc
K. M. Biggs, Incorporated
Ka At Fairless Lp
Kaci Wsc, Llc
KALBAUGH PFUND & MESSERSMITH PC

Kams Partners Lp
Kanawha Charleston Health - Charleston, Wv
Kanawha County Sheriff - Charleston,  Wv
Kane County Health Dept - Aurora, Il
Kankakee County Health Dept - Kankakee, Il
Kankakee County Treasurer - Bradley, Il

Kansas City Board of Public Utilities

Kansas City Health - Kansas City, Mo

Kansas Department Of Agriculture - Topeka, Ks

Kansas Department Of Revenue - Topeka, Ks

Kansas Gas Service

Kansas State Treasurer - Topeka, Ks

Katy Independent School Dist - Katy, Tx

Kauffman County - Kaufman, Tx

Kay County Treasurers - Newkirk, Ok

Kds Associates, L.L.C.

Kearns Improvement District

Kearns Property Company, L.L.C.

Kelly M. Gerhardt

Kelly Township - Lewisburg, Pa

Kemper, Janice

Kendall County Health Dept - Yorkville, Il

Kenergy Corporation

Kennedy Mall, Ltd

Kenosha County Health Dept - Kenosha, Wi

Kent Holding, Llc

Kent Law PLC

Kenton County Tax Collector - Erlanger,  Ky

Kentucky Agricultural - Lexington, Ky

Kentucky American Water Company

Kentucky Dept Of Agriculture - Frankfort, Ky

Kentucky Dept Of Revenue - Frankfort, Ky

Kentucky Dept Of Treasury - Frankfort, Ky

Kentucky Power Co (371496/371420)

Kentucky State Treasurer - Frankfort, Ky

Kentwood City Treasurer (Kent) - Kentwood,  Mi

Kentwood Tax Collector - Kentwood, Mi

Kern County Treasurer - Los Angeles, Ca

Kern Valley Sun - Lake Isabella, Ca

Kerns, Michele

Kerr County Tax Office - Kerrville, Tx

Kerrville Independent School - Kerrville, Tx

Kerrville PUB

Kershaw County Treasurer - Camden,  Sc

Kessler, Deanna (Estate of OBO Redden, Hannah)

Keter Environmental Services

Kevin P. Kuehl

Keystone Collections Group - Irwin, Pa

Khan Properties Inc

Khanh Quang Tran

Kilgore Realty Company, Inc.
Kimberley A. Newton

Kimco

Kimco Coral Springs 623 Llc

Kin Properties

Kin Properties, Inc

Kin Properties, Inc.
Kindlick, Le-Anne

King & Siegel LLP
King Co Water (Dist 49)

King County Treasury - Seattle,  Wa
King, Carol

King, Lydell

King, Michelle

Kings County Health Dept - Hanford, Ca

Kings County Tax Collector - Hanford, Ca

Kingsport City Tax Collector - Kingsport,  Tn

Kingsport City Treasurer - Kingsport, Tn

Kinsale Insurance Co

Kinton Land And Bison Llc

Kir Montebello Lp

Kir Tampa 003, Llc
Kirchner, Gary

Kirkland & Ellis Llp
Kissimmee Utility Authority

Kite Realty Group, L.P.

Kitsap County Healty District - Bremerton, Wa

Kitsap County Treasurer - Port Orchard, Wa
Kittanning Suburban Joint Water Authority (KSJWA)

Klamath County Tax Collector - Klamath Falls, Or

Klein & Folchetti, PC
Klp Burien Town Plaza Llc

Km Of Chesapeake, Virginia, L.P.
Knight, Britany

Knox County Clerk - Knoxville, Tn

Knox County Health Department - Galesburg, Il

Knox County Health Dept - Mount Vernon, Oh

Knox County Health Dept - Vincennes, In

Knox County Tax Collector - Barbourville,  Ky

Knox County Trustee - Knoxville,  Tn

Knoxville, City Of - Knoxville,  Tn

Kochville Township Office - Saginaw, Mi

Kochville Township Treasurer (Saginaw) - Saginaw,  Mi
Kochville Township, MI

Kootenai County Sales Tax Div - Coeur D Alene, Id

Kosciusko County - Warsaw, In

Kosciusko County Treasurer - Warsaw,  In

Koul Law Firm
KPMG LLP

Kr Collegetown, Llc
Krantz, Ann

Kraus-Anderson, Incorporated

Krg Houston New Forest, Llc

Krg Las Vegas Centennial Center, Llc
Kristen Ayn Cox
Kristen L. Morris

Kristen M. Scalise, Cpa, Cfe - Akron, Oh
Kristin L. Morris

Kroger Center Morehead Llc

Kroger Limited Partnership I
Ks State Board Of Pharmacy - Topeka, Ks
KUB-Knoxville Utilities Board

KU-Kentucky Utilities Company

K-Va-T Food Stores Inc
L & R Real Estate Llc
LA Canada Irrigation District

La County - Inglewood, Ca
LA County Waterworks

La Crosse County Health Department - La Crosse, Wi
La Crosse Water Utility

La Dept Of Revenue&Taxation - Baton Rouge, La
La Jolla Mira Mesa Property, LLC

La Porte County Recorder - La Porte, In

La Retail 1, Llc
Lackawanna River Basin (LRBSA)

Laclede County Health Department - Lebanon, Mo

Laclede County Tax Collector - Lebanon, Mo
Lacourse, Paul

Lafayette Consolidated Government - Lafayette, La

Lafayette County Collector - Lexington, Mo

Lafayette Parish School Board - Lafayette, La

Lafayette Parish Tax Collector - Lafayette, La

Lafayette Place Omv, Llc

Lafayette Station Llc
Lafayette Utilities Systems (LUS)

Lafollette Utilities

Lafourche Parish School Board - Thibodaux, La

Lafourche Parish Sheriffs Office - Thibodaux, La

Lafourche Parish Tax Collector - Dallas,  Tx

Lake County Health Dept - Crown Point, In

Lake County Tax Collector - Lady Lake,  Fl

Lake County Treasurer - Crown Point,  In

Lake Geneva Center, Llc

Lake Havasu City

Lake Havasu City - Lake Havasu City, Az

Lake Mead Development, Llc

Lake Murray Center, Llc

Lakeland Electric/City of Lakeland,FL

Lakeview Light & Power Co.

Lakeview Pkwy Ventures Llc

Lakewood Water District

Lala, Jaimi

Lamar C.I.S.D. - Dallas, Tx

Lamar County Appraisal Dist - Paris, Tx

Lamar County Clerk - Paris, Tx

Lamar County Tax Collector - Purvis, Ms

Lancaster Co Tax Bureau - Lancaster, Pa

Lancaster County Treasurer - Lancaster,  Sc

Lancaster County Treasurer - Lincoln, Ne

Lancaster County, SC/Lancaster

Lancaster Public Health Center - Lancaster, Oh

Lancaster Utilities Collection-Office

Lancaster, Elizabeth

Land, Dorothy

Landmark Square, L.P.

Landrus, William

Lane County Tax Collector - Eugene, Or

Lane Land Company, Inc.

Lane, David

Lang, Lauren

Lansing Board of Water & Light

Lansing Mart Associates, Llc

Laramie County Treasurer - Cheyenne,  Wy

Laredo Isd Tax Office - Laredo, Tx

Larimer County Dept Of Health - Fort Collins, Co

Larimer County Tax Collector - Fort Collins,  Co

Larsen Land & Development Co. Lc

Larson Family Real Estate Lllp

Lasalle County Health Dept - Ottawa, Il

Latonia Commerce, Llc

Latrobe Municipal Authority, PA

Lauby, Mankin & Lauby, LLP

Lauderdale County Revenue - Florence, Al

Lauderdale County Sales Tax Dv - Hartselle, Al

Lauderdale County Tax Collector - Florence,  Al

Laurel County Health Dept - London, Ky

Laurel Pioneer Llc

Laurens County Tax Commissioner - Dublin, Ga

Laurens County Treasurer - Laurens, Sc

Laurens Electric Cooperative

Laurinburg City Tax Collector - Laurinburg,  Nc

Law Office  of Greg K. Smith

Law Office of Andrew S. Blumer

Law Office of Arin Khodaverdian

Law Office of Ball & Yorke

Law Office of Charles M. Hammer

Law Office of David E. Gordon, The

Law Office of David H. Kaplan, LLC

Law Office of David Pourati

Law Office of Grosso & Sarkisian

Law Office of Jennifer I. Freeman

Law Office of Joann L. Pheasant

Law Office of Kaleb A. Godwin

Law Office of Ronald C. Cox

Law Office of Thomas Tona, PC

Law Office of Tomy J. Acosta

Law Office of Uriel E. Gribetz

Law Offices of Armen Zadourian

Law Offices of Carl Palomino, PA

Law Offices of Christopher L. Hamblen

Law Offices Of David Skrilow

Law Offices of Doner & Castro, PC

Law Offices of Ernest H. MacMillan

Law Offices of Fernando D. Vargas

Law Offices of Gerald L. Marcus

Law Offices of Glenn & West, LLC

Law Offices Of Ilan N Rosen Janfaza, APC

Law Offices of Jacob Emrani, APC

Law Offices of Jason Turchin

Law Offices of Michael R. Loewen

Law Offices of Ramin R. Younessi, APLC

Law Offices of Robert D. Berkun, LLC

Law Offices of Robin E. Paley, APLC

Law Offices Of Russell F. Behjatnia

Law Offices of Stephen J. Kleeman

Law Offices of Steve Gimblin

Law Offices of Stewart & O'Kula

Law Offices Of Trudi J Lesser

Law Offices of William W. Green & Associates

LAW OFICES OF MICHAEL STEEL

Lawrence County Clerk - Lawrenceburg, Tn

Lawrence County Health Dept - Bedford, In

Lawrence County Solid Waste Service, TN

Lawrence County Treasurer - Bedford,  In

Lawrence County Trustee - Lawrenceburg,  Tn

Lawrenceburg City Tax Collector - Lawrenceburg,  Tn

Lawrenceburg Utility Systems, TN

Lawrenceville Commercial Properties, Llc

Lawyers for Employee & Consumer Rights APC

Lbbx Re Llc

LCEC- Lee County Electric Cooperative

Lcvb Llc

Ldaf/Revenue - Baton Rouge, La

Leach, Veronica

LEAK AND DOUGALS PC

Leathery Family Enterprises, Ltd

Leavitt & Eldredge

Lebanon Marketplace Center Llc

Lee Co Tax Collector - Tupelo, Ms

Lee County Tax Collector - Fort Myers, Fl

Lee County Tax Collector - Sanford, Nc

Lee County Utilities, FL

Lee, Ibbie

Lee's Crossing Sdc Llc

Lees Summit Water Utility

Leevers Development Llc

Leflore County Tax Collector - Greenwood, Ms

Legal Tax Service Inc

Lehigh County Authority (3210)

Lej Properties, Llc

Lenawee County Treasurer - Adrian, Mi

Lenoir 2019 Llc

Lenoir City Tax Collector - Lenoir,  Nc

Lenoir City Treasury - Lenoir City, Tn

Lenoir City Utilities Board (LCUB)

Lenoir County Tax Collector - Kinston,  Nc

Leon County Tax Collector - Tallahassee, Fl

Leonard J. Sisilli

Leonard Sciolla

Leonka Llc

LEVEL 3 COMMUNICATIONS

Levert-St. John, Inc.

Levin Properties, Lp

Levin&Oberman Ii LLC

Lewis And Clark County Treasurer - Helena, Mt

Lewis County Treasurer - Chehalis, Wa

LEWIS THOMASON KING KRIEG & WALDROP

Lewiston Center Equities Llc

Lewisville Health & Code Enfor - Lewisville, Tx

Lexicon Law, PC

Lexington Fayette Urban - Lexington, Ky

Lexington Fayette Urban County - Lexington, Ky

Lexington Insurance Company

Lexington Utilities, NC

Lexington, (Village), Uy, Llc

Lexington-Fayette Urban County Govt

LG&E - Louisville Gas & Electric

Libby-Beechmont Properties Ltd

Liberty County Tax Comm - Hinesville, Ga

Liberty Excess & Surplus Lines Inc. (Ironshore)

Liberty Mutual Insurance Company

Liberty Utilities - NH

Liberty Utilities (219094)

Liberty Utilities AZ

Liberty Utilities Georgia

Liberty Utilities New York (75463)

Liberty Utility CA (60144)

Liberty Utility Missouri (75660)

Licking County Auditor - Newark, Oh

Licking County Health Dept - Newark, Oh

Liechtensteinische Landesbank Aktiengesellschaft

Liggons, Lonzo

Lillian H Trautman Collector - Washington, Pa

Lillian S. Fitzgibbon Limited

Lima Eastgate, L.L.C.

Limestone County Health Dept. - Athens, Al

Lincoln Bancorp Llc

Lincoln Co Tax Administrator - Charlotte, Nc

Lincoln County Register Of Deeds - Lincolnton, Nc

Lincoln County Tax Collector - Lincolnton,  Nc

Lincoln County Tax Collector - Newport, Or

Lincoln Electric System

Linda Barrett Properties, Llc

Lindsey Properties, Llc

Linn County Recorder - Cedar Rapids, Ia

Linn County Tax Collector - Albany, Or

Lit Industrial Limited Partnership

Litchfield Crossing Llc

Livingston Parish Tax Collector - Livingston,  La

Livonia Centers Llc

Ljg Greenwich Ny Llc

Lloyds Of London

Lloyds Of London

Lloyds Of London - Inigo

Lloyds Of London - Rb Jones

Lloyds Of London- Hdi

Lloyds Of London/Hscox

Lloyds Of London-Canopius

Lloyds Of London-Kiln

Lockport Waterworks and Sewerage System

Loeb, Richard

Logan County Health Dept - Bellefontaine, Oh

Logan Township, PA

Logansport Municipal Utilities

London City Tax Collector - London,  Ky

London Utility Commission - London, Ky

Lone Star Equities Inc

Long, Annette

Long, Esther

Lorraine M. Kaufman

Los Angeles Co Dept Of Health - Van Nuys, Ca

Los Angeles County - Los Angeles, Ca

Los Angeles County Clerk - Norwalk, Ca

Los Angeles County Health Dept - Lancaster, Ca

Los Angeles County Tax - Los Angeles, Ca

Los Angeles County Treasurer - Los Angeles, Ca

Los Angeles Daily News - Los Angeles, Ca

Los Angeles Dept of Water & Power (30808)

Louden County Clerk - Loudon, Tn

Loudon Co Trustee - Loudon, Tn

Loudoun Water

Louis Wiener

Louisiana Department Of Rev - Baton Rouge, La

Louisiana Sec Of State - Baton Rouge, La

Louisianna Dept Of Ag & Forestry - Baton Rouge, La

Louisville Metro Health Dept - Louisville, Ky

Louisville Water Company

Louisville/Jefferson County Re - Louisville, Ky

Lowell D. Salesin, Esq.

Lowell D. Salesin, Honigman Miller Schwartz And Cohn Llp

Lowenthal & Abrams, PC

Lowndes County Tax Commissioner - Valdosta, Ga

Lrc Magic Investors Ltd

Lubbock Commons Group Llc

LUC-London Utility Commission

Lv Retail Llc

Lycoming County Water & Sewer Authority (LCWSA)

Lynch, Billie Jo

Lynchburg City Tax Collector - Lynchburg,  Va

Lynda L. Kline

Lynn Water Sewer Commission

Lynngate, Llc

Lyon County Treasurer - Emporia, Ks

M&T Bank

M.B.D. Properties, Llc

M.C. MUD 19

Macon County Health Dept - Decatur, Il

Macon County Tax Collector - Charlotte, Nc

Macon Water Authority, GA

Maddox, Justin (minor)

Maddox, Sherry

Madeira Plaza Power Llc

Madera County Tax Collector - Madera,  Ca

Madison Co Health Dept - Richmond, Ky

Madison County Health Department - Huntsville, Al

Madison County Health Dept - Wood River, Il

Madison County Health Dept. - Anderson, In

Madison County Tax Collector - Huntsville, Al

Madison County Tax Collector - Richmond,  Ky

Madison County Treasurer - Anderson, In

Madison Suburban Utility Dist

Madison Water and Sewage, IN

Madisonville City Tax Collector - Madisonville,  Ky

Madisonville Municipal Utilities, KY

Magic Valley Electric Co-op

Magna Carta Insurance Limited (Liberty)

Mahoney, Kathleen

Main/Ost Ltd.

Maine Bureau Of Taxation - Augusta, Me

Maine Dept Of Revenue - Augusta, Me

Maine Natural Gas, ME

Maldonado, Johnathan

Malon D. Mimms

Malone Plaza Partners Llc
Malouin, Debra

Manatee County Tax Collector - Bradenton, Fl

Mandelbaum Barrett, PC
Manitowoc City Treasure - Manitowoc, Wi
Mann, Darla
Mann, Virginia

Manning Law, APC
Mansfield Regulatory Compliance Dep - Mansfield, Tx
Mansfield Richland County - Mansfield, Oh
Mapes Ranch Investments, Llc
Maplewood Plaza
Marathon County Health Dept - Wausau, Wi
Marathon County Treasurer - Wausau, Wi
Mardesich Company Camden, Llc
Margarita Giannantonio
Maria D. Matos

Maricopa County Environmental - Phoenix, Az
Maricopa County Treasurer - Phoenix,  Az
Marietta City Health Dept - Marietta, Oh
Marin County Clerk - San Rafael, Ca
Marin County Tax Collector - San Rafael, Ca
Marion City Tax Collector - Marion,  Nc
Marion County Collector - Hannibal, Mo
Marion County Health Dept - Hannibal, Mo
Marion County Health Dept - Indianapolis, In
Marion County Health Dept - Marion, Oh
Marion County Recorder - Indianapolis, In
Marion County Sanitary Eng Dept OH

Marion County Tax Collector - Fairmont,  Wv
Marion County Tax Collector - Ocala, Fl
Marion County Tax Collector - Portland,  Or
Marion County Treasurer - Indianapolis, In
Marion County Utilities FL

Marion Forum, Llc
Marion Municipal Utilities, IN

Marion Properties Llc

Mariposa Plaza Llc

Market On Cherry

Market Square Shopping Center, Llc

Marketplace Associates, Llc
Marla C. Gottschalk

Marpan Supply Co., Inc.

Marsh LLC

Marshall Co Judge Of Probate - Guntersville, Al
Marshall County Gas Dist AL

Marshall County Health Dept - Guntersville, Al

Marshall County Health Dept - Moundsville, Wv

Marshall County Recorder - Plymouth, In

Marshall County Tax Collector - Guntersville, Al

Marshall County Tax Collector - Moundsville,  Wv

Marshall Crossroads Realty Llc

Marshall P. Whalley & Associates, PC
Martin County Tax Collector - Stuart, Fl
Martin County Utilities

Martinez, Leah

Martinsburg Center Associates Llc

Maryland Dept Of Assessments - Baltimore, Md

Maryland State Dept Of - Baltimore, Md

Marysville Town Center

Mason County Fiscal Court - Maysville, Ky

Mason County Sheriff - Maysville, Ky
Mason, Willie Ruth

Massachusetts Department Of Revenue - Boston, Ma

Massena Hhsc, Inc.

Mat Law LLP
Mathias Shopping Centers, Inc

Mattatuck Investors Llc

Matthew Drive Realty Llc

Matthew J. Consolo
Matthew S. Weger

Matthews Festival, Lp

Mattress Recycling Council - Chantilly, Va
Maureen B. Short

MAWC-Municipal Auth of Westmoreland Cty

Maximino Law, LLC
MAXWELL CONSULTING LLC

Maxwell Pointe, Llc
MAYER LLP

Mayfield City Tax Collector - Mayfield,  Ky
Mayfield Electric & Water Systems

Mays Sdc Llc
MB LAW GROUP LLP

Mbm Investments Llc

Mc Az Grand Village Llc

McAllen Public Utility -TX

Mcanly Commercial Properties

Mcbh Parkway Crossing, Llc

Mccorduck Properties

McCormick Law Firm

Mccracken County Clerk - Paducah, Ky

Mccracken County Sheriff - Paducah,  Ky

Mccracken County Tax Administrator - Paducah, Ky

McDermott, Tina

McDougall, Garrett

Mcdowell County Health Dept - Wilcoe, Wv

Mcdowell County Register Of Deeds - Marion, Nc

Mcdowell County Tax Collector - Marion,  Nc

Mcduffie County Tax Collector - Thomson,  Ga

McFadden, Ann (Estate of) & Allen, Sherry

Mcgregor Pointe Shopping Center, Llc

Mcintosh County Clerk - Darien, Ga

Mcintosh Superior Court - Darien, Ga

McKee Law, LLC, PA

Mckinley County Treasurer - Gallup, Nm

Mckinney Indep. School Dist. - Mckinney, Tx

Mcknight Northland, Llc

Mclean County Health Departmen - Bloomington, Il

Mclennan County Clerk - Waco, Tx

Mclennan County Tax Office - Waco,  Tx

Mcm Ii Llc

Mcminn County Tax Collector - Athens,  Tn

Mcminnville City Tax Collector - Mc Minnville,  Tn

McMinnville Electric System

McMinnville TN-Water & Sewer Dept

Mc-Nc, Llc

McNeelylaw, LLP

MCUD-Manatee County Utilities Department

Md Development Group Llc

Mdc Coast 17, Llc

Mdc Coast 18, Llc

Mdc Coastal 5, Llc

Mdg Strategic Acquisition Llc

Mdr Lancer Llc

Meade County KY-Rural Electric

Meadowbrook V Lp

Meadville Area Water Authority PA

Meckleburg County - Charlotte, Nc

Mecklenburg Cnty Tax Collector - Charlotte, Nc

Medford Water Commission, OR

Media Storm LLC

Medina County Auditor's Office - Medina, Oh

Medina County Health Dept - Medina, Oh

Medina County Sanitary Engineers

Megan M. Mellquist

Melmed Law Group, PC

Memphis & Shelby Cnty Hlth Dep - Memphis, Tn

Memphis And Shelby County - Memphis, Tn

Memphis City Tax Collector - Memphis,  Tn

Memphis Light, Gas & Water Division

Mendez Law Offices, PLLC

Mendoza, Edubina

Mentor Property Llc

MEPB - Murphy Electric Power Board

Mercantile Tax Collector - Aliquippa, Pa

Merced County Tax Collector - Whittier,  Ca

Mercer County Bd Of Health - Bluefield, Wv

Mercer County Health Dept - Bluefield, Wv

Merchants Square I Llc

Merchants Square Of Dallas, Llc

Mericle Properties, Llc

Meriden Associates Llc

MERIDIAN COMPENSATION PARTNERS LLC

Merone, Maria

Mesa County Health Department - Grand Junction, Co

Mesa County Treasurer - Grand Junction, Co

Mesilla Valley Business Partners, Llc

Met-Ed (3687-a FirstEnergy Corp.)

Methuen Health Department - Methuen, Ma

Methuen Venture Limited Partnership

Metro Water Services TN

Metropolitan Life Insurance Company

Metropolitan St. Louis Sewer (Dist/437)

METROPOLITAN TELECOMMUNICATION

Metropolitan Trustee - Nashville,  Tn

Metropolitan Utilities District (2166/3600)

Mfbg Port Huron Llc

Mfi Oklahoma Sales Tax - Oklahoma City, Ok

Mfw Associates

MHOG Utilities

Miami County Public Health - Troy, Oh

Miami-Dade County Tax Collector - Miami,  Fl

MIAMI-DADE WATER AND SEWER DEPT

Michael A. Jasinowski

Michael A. Schlonsky

Michael Debo

Michael F. Robey

Michael L. French

Michael Roofian & Associates, APC

Michalsen Properties Llc

Michigan City Plaza Limited Partnership

Michigan Dept Of Labor - Lansing, Mi

Michigan Dept Of Treasury - Lansing, Mi

Michigan Gas Utilities

Michigan Tax Tribunal - Lansing, Mi

Mickey Keenan, PA

Mid Ohio Valley Health Dept - Parkersburg, Wv

Mid Valley Disposal (12146/12227/12385)

Mid Valley Improvemetns Owner Llc

Midamco

MidAmerican Energy Company

Middle Tennessee Electric

Middle Tennessee Natural Gas (720)

Middlesboro Independent School - Middlesboro, Ky

Middlesex Water Company

Middletown Health Dept - Middletown, Oh

Mideb Nominees, Inc.

Midgard Self Storage Jacksonville Fl, Llc

Midland Appraisal District - Midland, Tx

Midland County - Midland, Tx

Midland Public Service District, WV

Midulla, Lorinda

Miffco Tax Service Inc - Lewistown, Pa

Mifflin County Municipal Authority

Mifflin Penn Realty Llc

Milelli Realty-Lehigh Street, L.L.C.

Milford Associates

Milford Center Llc

Milford City Tax Collector - Milford,  Ct

Millan Enterprises

Millan Holdings, Llc

Millan, Belkis

Milledgeville City Tax Collector - Milledgeville,  Ga

Miller Starr Regalia

Miller, Joey

Miller, Kris

Mills & Cahill, LLC

Millstone Commercial Llc

Millville Equity Investments, Llc

Milwaukee City Collector (Milwaukee) - Milwaukee,  Wi

Milwaukee Falls Llc

Mimco Inc

Minnesota Dept Of Agriculture - Saint Paul, Mn

Minnesota Dept Of Commerce - Saint Paul, Mn

Minnesota Dept Of Revenue - St Paul, Mn

Minnesota Energy Resources

Minnesota Secretary Of State - Saint Paul, Mn

Mintax Inc - East Brunswick, Nj

MINTZER SAROWITZ ZERIS

MINTZER SAROWITZ ZERIS

MINUTE MEN STAFFING SVC

Mishawaka Utilities, IN

Mississippi Dept Of Agricult. - Jackson, Ms

Mississippi Dept Of Revenue - Jackson, Ms

Mississippi Power

Mississippi Sect'y Of States - Jackson, Ms

Mississippi State Treasurer - Jackson, Ms

Missoula County Treasurer - Missoula, Mt

Missouri American Water

Missouri Dept Of Agriculture - Jefferson City, Mo

Missouri Dept Of Revenue - Jefferson City, Mo

Missouri Division Of - Jefferson City, Mo

Missouri Secretary Of State - Jefferson City, Mo

Mitsubishi HC Capital America

Mizrahi Kroub LLP

Ml Plaza Llc

Mmdd Sacramento Project

Mobile Co Revenue Commissioner - Mobile, Al

Mobile County - Mobile, Al

Mobile County License Commissioner - Mobile, Al

Modesto Irrigation District

Mohave Co Dept Of Health & Social - Bullhead City, Az

Mohave Electric Cooperative

Mohawk Valley Water Authority

Molly W. Jennings

Moncks Corner Center, Llc

Moncks Corner Waterworks

Monica M. Welt

Monongalia County Tax Collector - Morgantown,  Wv

MonPower/Monongahela Power

Monroe Charter Township - Monroe, Mi

Monroe City Tax Collector - Monroe,  Nc

MONROE COUNTY HEALTH DEPT - BLOOMINGTON, IN

MONROE COUNTY TREASURER - BLOOMINGTON, IN
Monroe County Water Authority

Monroe, Matt

Monroeville Municipal Authority

MONTANA DEPARTMENT OF AGRTE - HELENA, MT

MONTANA DEPARTMENT OF REVENUE - HELENA, MT
Montana-Dakota Utilities Co

Monterey County Health Dept - Monterey, Ca

Monterey County Health Dept - Salinas, Ca

Monterey County Tax Collector - Salinas,  Ca

Monterey County Tax Collector - Whittier,  Ca

Monterey County Treasurer - Salinas, Ca
Monterey One Water

Montgomery Acquisition Lp

Montgomery Co Sheriff - Mount Sterling, Ky

Montgomery Co Treasurer - Dayton, Oh

Montgomery County - Rockville, Md

Montgomery County Clerk - Conroe, Tx

Montgomery County Environmental Svs, OH

Montgomery County Health Department - Pottstown, Pa

Montgomery County Health Dept - Conroe, Tx

Montgomery County Health Dept - Crawfordsville, In

Montgomery County Health Dept - Montgomery, Al

Montgomery County Health Dept - Mt Sterling, Ky

Montgomery County Health Distr - Dayton, Oh

Montgomery County Probate Judge - Montgomery, Al

Montgomery County Revenue Comm - Montgomery, Al

Montgomery County Tax Assessor - Conroe, Tx

Montgomery County Tax Collector - Philadelphia,  Pa

Montgomery County Treasurer - Mount Sterling, Ky

Montgomery County Trustee - Clarksville,  Tn

Montgomery Village Llc
Montgomery Water Works

Moon Law Group, PC
Moon Township Municipal Authority

Mooradian Law, APC
MOORE & VAN ALLEN PLLC

Moore Co. Tax Dept - Charlotte, Nc

Moore County - Carthage, Nc

Moore County Tax Collections - Carthage, Nc
Moorman, Magadline

Morales-Euresti, Juanita

Moran Solares, Norma

Morehead City Tax Collector - Morehead City,  Nc

Morehead City Tax Collector - Morehead,  Ky

Morehead Plaza, Llc

Morehead Utility Plant Board

Moreno Valley - Moreno Valley, Ca

Morgan & Morgan

Morgan & Morgan Atlanta, PLLC

Morgan & Morgan Orlando, PA

Morgan & Morgan Tampa PA

Morgan & Morgan Tampa, PA

Morgan & Morgan, Kentucy PLLC

Morgan & Morgan, PA

Morgan Britton Llc

Morgan County - Decatur, Al

Morgan County Health Dept - Jacksonville, Il

Morgan County Treasurer - Martinsville, In

MORGAN LEWIS & BOCKIUS LLP

Morganton City Tax Collector - Morganton,  Nc

Morgantown Utility Board

Morris Loan And Investment Co

Morris, Joyce

Morris, Khloe (minor)

Morristown City Tax Collector - Morristown,  Tn

Morristown Utility Commission (59012)

Morrisville Water & Light Department

Morse Road Company-I, Llc

Mosaic Oxbridge Owner, Llc

Moulton Niguel Water

Moundsville Water Board, WV

Mount Airy City Tax Collector - Mount Airy,  Nc

Mount Pleasant Village Treasurer - Mount Pleasant,  Wi

Mountain Press - Prather, Ca

Mountain View Midstar, Llc

Mountain Water District

Mountaineer Gas (580211)

Mr. Jeffrey Reznicki

Ms Certificate Service - Ridgeland, Ms

Ms Dept Of Agriculture & Commerce - Mississippi State, Ms

Ms Tax Commission - Jackson, Ms

Ms. Lori Waddell Tax Collector - Rochester, Pa

Msf Gateway, Llc

Msq Realty Llc

Mt. Airy Prtnshp

Mt. Sterling Water & Sewer System

Mueller, Carlota

MUFG Bank, Ltd.

Muhlenberg Township - Reading, Pa

Muhlenberg Township Authority, PA

Muhlenburg Twp - Temple, Pa

Multnomah County - Portland, Or

Multnomah County Tax Collector - Portland,  Or

Muncie Sanitary District

Municipal Authority of Allegheny Twp

Municipal Revenue Collection - San Juan, Puerto Rico

Municipal Utilities - City of Bowling

Municipal Utilities/Poplar Bluff, MO

Municipal Water Authority of Aliquippa (MWAA)

Municipality Of Carolina - Carolina, Puerto Rico

Municipality Of Hatillo Fiance Dept - Hatillo, Puerto Rico

Municipality Of Monroeville - Monroeville, Pa

Munoz, Denise

Murfreesboro City Tax Collector - Murfreesboro,  Tn

Murfreesboro Water Resources Department

MURPHY SANCHEZ PLLC

Murphy Water Works

Murray City Corporation - Murray, Ut

Murray City Corporation, UT

Murray City Tax Collector - Murray,  Ky

Murray Electric System

Murray Municipal Utilities

Muscogee County Tax Collector - Columbus,  Ga

Muskogee County Treasurer - Muskogee, Ok

Myatt Electric Co Inc - Charleston, Sc

Myers, Janet

Myers, Michael

N Carolina Secretary Of State - Raleigh, Nc

N&H Lapeer Limited Partnership

Nacogdoches County Chief Appraiser - Nacogdoches,  Tx

Nacogdoches County Clerk - Nacogdoches, Tx

Nacogdoches Mp Ltd

Nalley Commercial Properties

Nancy Reardon

Nash County Tax Collector - Nashville, Nc

Nashville Electric Service

Nasue Llc

Natchitoches City Tax Collector - Natchitoches,  La

Natchitoches Parish Tax Collector - Natchitoches,  La

Natchitoches Tax Commission - Natchitoches, La

Nathan C. Longbottom

National Fuel (371835)
National Fuel Resources (9072/371810)
National Grid (371396)
National Grid (New York/371376)
National Grid (Pittsburgh/371338)
National Grid (Pittsburgh/371382)
National Union Fire Insurance Co of Pittsburgh, PA
National Union Fire Insurance Company of PA (AIG)
Nationwide Consulting Co - Glen Rock, Nj
Nationwide Mutual Insurance Company
Natrona County Tax Collector - Casper,  Wy
Natrona County Treasurer - Casper, Wy
Nautillius Insurance Co. (WRB)
Navajo County Public Health - Holbrook, Az
Navajo County Treasurer - Holbrook, Az
Navarro County Clerk - Corsicana, Tx
Navarro County Tax Assessor - Corsicana, Tx
Navopache Electric Cooperative
Ncda & Cs Budget & Finance - Raleigh, Nc
Nco Financial Systems Inc - Philadelphia, Pa
Nebraska Department Of Revenue - Lincoln, Ne
Nebraska Dept Of Agriculture - Lincoln, Ne
Nebraska State Treasurer - Lincoln, Ne
Neenah Water Utility
Nelson, Janie
Nelson, Tracey
Nestle Waters Closeouts - Stamford, Ct
Netstreit Lp
Nevada Department Of Taxation - Las Vegas, Nv
Nevada Dept Of Agriculture - Sparks, Nv
Nevada Legal News - Las Vegas, Nv
Nevada Legal Press - Pahrump, Nv
Nevada Secretary Of State - Carson City, Nv
New Albany Municipal Utilities
New Albany Plaza, Llc
New Boston Retail Group, Llc
New Braunfels Utilities, TX
New Castle Sanitation Authority
New Castle Shopping, Llc
New Castle Township - Pottsville, Pa
New Enid Ok Retail Llc
New Garden Shopping Center Llc
New Hampshire Dept Of Revenue - Concord, Nh
New Hanover County Tax Collector - Charlotte,  Nc

New Jersey American Water Company (371331)

New Jersey Dept Of Agriculture - Trenton, Nj

New Jersey Dept Of Finance - Trenton, Nj

New Jersey Div Of Taxation - Trenton, Nj

New Mexico Dept Of Agriculture - Las Cruces, Nm
New Mexico Gas Company

New Mexico State Corp - Santa Fe, Nm

New Milford Town Tax Collector - Hartford,  Ct
New Philadelphia Water Office

New Port Richey Dvlpmnt Co Llc
New River Light & Power Company/NC

New York Department Of State - Albany, Ny

New York State Corporation Tax - Albany, Ny

New York State Department Of - Albany, Ny

New York State Department Of - Buffalo, Ny

New York State Dept Taxation And - Albany, Ny

New York State Sales Tax - New York, Ny
Newark Water Office

Newberry Center, Llc

Newburger-Andes

Newington Revenue Collector - Hartford, Ct

Newington Town Clerk - Newington, Ct
Newnan Utilities, GA

Newport News Waterworks

Newsem Tyrone Gardens Property Owner,Llc

Newton County Tax Commissioner - Covington,  Ga
Nexus Capital Management LP

Nez Perce County Tax Collector - Lewiston, Id
Nh Lakeville Llc

Nicholas County Health Dept - Summersville, Wv

Nicholas County Sheriff - Summersville,  Wv
Nicholas E. Padovano

Nicholas N. Padovano
Nicor Gas (2020/0632/5407)

Nikki C. Barranco

Niles Township Treasurer (Berrien) - Niles,  Mi
Niles Township, MI

Nine Island 11, Llc
Nj Department Of Agriculture - Trenton, Nj

Nj Sales & Use Tax - Trenton, Nj
NJNG

Nmc Tower Llc

Nnm  Realty Trust

Nnn Reit, Inc

Nnn Reit, Inc.

Nnn Reit, Lp

Noam Glick, Glick Law Group

Noble Management Company

Noble Properties Riverside Ctr, Llc

Noel Waterfall, Llc

Norfolk Dept Of Public Health - Norfolk, Va

Norman D Sloan, Esq

Normandy Square East Llc (Attn: Joyce Tomashot-Pm)

North Beckley PSD

North Bergen Municipal Util Auth-NBMUA

North Carolina Department Of - Raleigh, Nc

North Carolina Dept Of Revenue - Raleigh, Nc

North Carolina Dept Of State - Raleigh, Nc

North Central Dist Health Dept - Shelbyville, Ky

North Central Iowa - Mason City, Ia

North College Hill Ohio - Cincinnati, Oh

North Dakota Dept Of Agricultu - Bismarck, Nd

North Dakota Dept Of Trust Lands - Bismarck, Nd

North Dakota Workforce Safety & Insurance

North First Street Properties

North Georgia EMC

North Griffin Square Llc

North Haven Town Clerk - North Haven, Ct

North Haven Town Tax Collector - Hartford,  Ct

North Hills School District - Pittsburgh, Pa

North Little Rock Electric

North Oak Marketplace 07 A, Llc

North Park Public Water District

North Penn Water Authority

North Pointe Centre, Llp

North Richland Hills Water Dept

North Rock Insurance Company Limited (CNA)

North Strand Associates Llc

North Versailles Township Sanitary Autho

Northeast Texas Public Health - Tyler, Tx

Northern Indiana Public Serv Co (NIPSCO)

Northern Kentucky District - Florence, Ky

Northgate Associates Llc

Northport Mcfarland Associates, Llc

Northshore Plaza Lp

Northtown Shopping Center Inc

Northtowne Associates

Northtowne Plaza Properties Lt

NorthWestern Energy, MT
Northwestern Water and Sewer District
NORTON ROSE FULBRIGHT US LLP
Norwich Public Utilities
Novak, Kaleb
NOVEC
Np Invesco, L.L.C.
Np-Ac Industrial Holdings, Llc
NRG Business Solutions
Ns Retail Holdings, Llc
Nueces County Clerk - Corpus Christi, Tx
Nueces County Tax Assessor-Collector - Corpus Christi,  Tx
Nunez, Daniel
Nunez, Edwin
Nunez, Genara
NUZZO & ROBERTS LLC
NV Energy (30073 North Nevada)
NV Energy (30150 South Nevada)
NW Natural
Nw Plaza Muncie Llc
Nyc Department Of Finance - Kingston, Ny
Nyc Department Of Finance - New York, Ny
Nyc Dept Of Finance - Brooklyn, Ny
Nys Assessment Receivables - Binghamton, Ny
Nys Dept Of Taxation & Finance - Albany, Ny
Nys Employment Taxes - New York, Ny
Nys Tax Dept - Albany, Ny
NYSEG-New York State Electric & Gas
O.C.W.R.C. - Oakland County
Oak Hill Sanitary Board
Oak Park Square Oalc, Llc
Oak Ridge City Tax Collector - Oak Ridge,  Tn
Oak Ridge Utility Dist TN
Oak Street Real Estate Capital
Oakadoaks LLC & Roberts, Matthew
Oakland County Treasurer - Pontiac, Mi
Oakland Pointe Partners Llc
Oakland Realty Company, Inc.
Oakwood 900 Partners, Llc
Oakwood Plaza Ltd. Ptship
Obion County Clerk - Union City, Tn
Obion County Trustee - Union City, Tn
Obsidian Specialty Insurance
Oconee County Treasurer - West Union, Sc

Odjfs - Columbus, Oh
OEC-Oklahoma Electric Cooperative

Office Of Fayette Cnty Sheriff - Lexington, Ky

Office Of Finance & Treasury - Washington, Dc

Office of General Counsel, Office of the U.S. Trade Representative
Office Of Indiana State - West Lafayette, In

Office Of Tax Revenue - Washington, Dc

Office of the Assistant Chief Counsel International Trade Litigation, U.S. Customs and Border Protection

Office Of The City Clerk - Livonia, Mi

Office Of The City Clerk - Southgate, Mi

Office Of The Clark County Treasure - Las Vegas, Nv

Office Of The Comptroller - Washington, Dc

Office Of The County Clerk - Gainesville, Tx

Office Of The Secretary - Topeka, Ks

Office Of The Secretary Of - Olympia, Wa

Office Of The Sonoma County Clerk - Santa Rosa, Ca

Office Of The State Controller - Sacramento, Ca

Office Of The State Treasurer - Augusta, Me

Office Of The State Treasurer - Pierre, Sd

Office Of The Texas State Chem - College Station, Tx
OG&E -Oklahoma Gas & Electric Service

Ogden Plaza, Llc

Ohio Department Of Taxation - Columbus, Oh

Ohio Development Services Agency - Columbus, Oh
Ohio Edison

Ohio Gas Company

Ohio Secretary Of State - Columbus, Oh
Oildale Mutual Water Company

Ojas Nivsarkar

Okaloosa County Tax Collector - Niceville,  Fl
Okaloosa County Water & Sewer

Okaloosa Gas District, FL

Oklahoma County Treasurer - Oklahoma City, Ok

Oklahoma Dept Of Agriculture - Oklahoma City, Ok
Oklahoma Natural Gas Co: Kansas City

Oklahoma Office Of State Treas - Oklahoma City, Ok

Oklahoma State Dept Of Health - Oklahoma City, Ok

Oklahoma Tax Commission - Oklahoma City, Ok

Old Orchard Brands Llc - Chicago, Il

Olean 2020 Llc

Olive Town Center Llc

Olive, Sanchez & Associates, PLLC

Oliveira Plaza Spe, Llc
Omaha Public Power District

O'Malley Tunstall, PC
Omega Sonora Llc
One Glenwood Associates
One Trinity Real Estate
Onslow County Tax Collector - Jacksonville, Nc
Ontario Gateway Sjt Retail
Ontario Municipal Utilities Company
Ontario Water Utilities, NY

Opg 201, Llc
Optum Financial, Inc.
OptumRx
Orange and Rockland Utilities (O&R)

Orange County Appraisal Dist - Orange, Tx
Orange County Auditor-Controll - Santa Ana, Ca
Orange County Clerk Recorder - Santa Ana, Ca
Orange County Health Care - Santa Ana, Ca
Orange County Recorder - Santa Ana, Ca
Orange County Reporter - Santa Ana, Ca
Orange County Tax Assessor-Collector - Orange,  Tx
Orange County Tax Collector - Orlando, Fl
Orange County Tax Collector - Santa Ana, Ca
Orange County Utilities

Orangeburg County Treasurer - Orangeburg, Sc
Orangeburg Realty Ltd
Orangehurst Venture L.P.
Oregon Beverage Recycling - Clackamas, Or
Oregon Department Of - Salem, Or
Oregon Dept Of Revenue - Salem, Or
Oregon Employment Dept. - Salem, Or
Oregon Secretary Of State - Portland, Or
Oregon Secretary Of State - Seattle, Wa
Oregon Trail Center Venture, Llc
Orion Kcpm Llc
Orlando Utilities Commission

Oroville Plaza Shopping Center, Llc
Osceola County Tax Collector - Kissimmee, Fl
Oshkosh City Treasurer - Oshkosh, Wi
Oswego Development, Llc
Otay Water District

Otoe County Treasurer - Nebraska City, Ne
Otterbourg P.C.
Overton, Jonas
Owczarkowski, Norman

Owensboro City Tax Collector - Owensboro,  Ky

Owensboro Municipal Utilities (OMU)

Oxford Development Company

Ozaukee County - West Bend, Wi

Pa Dept Of Revenue - Harrisburg, Pa

Pa Municipal Code Alliance - Chambersburg, Pa

Pablo Station, Llc

Pace Water Systems, Inc

Pacific Gas & Electric

Pacific Power-Rocky Mountain Power

Pacific Realty Associates, L.P.

Pacific Resources Associates Llc

Pacific Resources Associates, Llc

Paducah Power System

Paducah Water Works

Paige P. Gill

Paige, Cynthia

Paint Recycling Alberta - Edmonton, Ab

Palatka Gas Authority

Palm Beach County Tax Collector - West Palm Beach, Fl

Palm Beach County Water Utilities Dept

Palm Center Associates, Llc

Palms Crossing Town Center, Llc

Palumbo Properties, Inc

Paradise Irrigation District

Paradise Isle Destin Llc

Paragon Windermere, Llc

Paragould Light Water & Cable

Paramus Board Of Helath - Paramus, Nj

Paris Lamar County Health Dept - Paris, Tx

Paris Towne Center Llc

Parish Of East Baton Rouge - Dallas, Tx

Parish Of Jefferson - Gretna, La

Parish Of St Bernard - Chalmette, La

Parish Of St Mary Sales & Use Tax - Morgan City, La

Parish Of St Tammany - New Orleans, La

Parish Sales Tax Fund - Houma, La

Park Forest Swc Ltd

Parker County Appraisal Distr - Weatherford, Tx

Parker fka Granata, Ilean

Parkridge Main Llc

Parkview Plaza Associates, Llc

Parma Heights Partners, Llc

Partner Re-Insurance Ltd.

PARTNERS PERSONNEL MANAGEMENT

PartnerSource

Pasadena Independent School - Pasadena, Tx

Pasan Llc

Pasan, Llc

Pascagoula Utilities, MS

Pasco County Tax Collector - Dade City,  Fl

Pasco County Utilities

Pasquotank Co Tax Collector - Elizabeth City, Nc

Pasquotank County Register Of - Elizabeth City, Nc

Passaic Valley Water Commission

Pathfinder Patterson Place, Llc

Pathfinder Twin Creek, L.L.C.

Paulding County Water System, GA

Pax River Village Center, Llc

Payne County - Stillwater, Ok

Pea Ridge Partners, Llc

Pea Ridge Public Serv District

Peace And Grace Realty, Llc

Peach County Tax Commissioner - Fort Valley, Ga

PEAK LIVING INC

Pearland Hwy 35 Lp

PECO (37629)

Pedernales Electric Cooperative, Inc.

Pelham Water Works

Penelec/3687

Pengould Llc

Penmark Frostburg Holdings Llc

Penn Hills School District Tax - Pittsburgh, Pa

Penn Power

Pennsylvania American Water

Pennsylvania Dept Of Agri. - Tunkhannock, Pa

Pennsylvania Municipal Service - Oakmont, Pa

Pensacola Corners Llc

People of the State of California

Peoples (644760)

Peoples Water Service Co of FL

PEOPLESHARE LLC

PEPCO (Potomac Electric Power Company)

Perez, Concha

Perkins, Erica

Pero & Anka Margaretic

Perry Co Occupational - Hazard, Ky

Perry County Sheriff - Hazard, Ky

Perry's Inc.

Person County Tax Collector - Roxboro,  Nc
Perth Plaza Associates Llc
Peter P Bollinger Investment Company
Peters Enterprises Llc
Peterson, Ebony
Peterson, Natiya
Petite Esplanade Covington, L.L.C.
Petoskey City Treasurer (Emmet) - Petoskey,  Mi
Pettis County Collector - Sedalia, Mo
Pf Properties Mesa Commons, Llc
Pgp Cleveland Corners Operations Llc
Pgp Savannah Operations Llc
Ph5b, Llc
Phelps County Tax Collector - Rolla,  Mo
Phelps/Maries County Health - Rolla, Mo
Phenix City Sqare Llc
Phenix City Utilities, AL
Philadelphia Gas Works
Philips & Associates
Phillip Browarsky & Co., LLC
Phillips, Abigail
Phillips, Jayla
Phillipsburg Greenwich, Llc
Phoenix Dobson Llc
Piazza Law Group
Pickaway County Health Dept - Circleville, Oh
Pickens County Treasurer - Columbia, Sc
Pickett, Ashley
Piedmont Natural Gas
Pierce County - Tacoma, Wa
Pierce County Sewer, WA
Pierce, Karen
Pike Co Health Department - Pikeville, Ky
Pike County Clerk - Pikeville, Ky
Pike County Tax Collector - Pikeville,  Ky
Pilchers North Park Limited
Pima County Health Dept - Tucson, Az
Pima County Justice Court - Tucson, Az
Pima County Treasurer - Phoenix, Az
Pima County Treasurer - Tucson, Az
Pinal County Treasurer - Florence, Az
Pine Tree Isd - Longview, Tx
Pinedale County Water District
Pinellas County - Clearwater, Fl

Pinellas County Tax Collector - Tampa,  Fl
Pinellas County Utilities, FL

Pinnacle Properties Ii, Llc

Pintzuk Organization

Pipestone Plaza Llc

Pirtle, Anna

Pitt County Register Of Deeds - Greenville, Nc

Pitt County Tax Collector - Greenville, Nc

Pittsfield Charter Treasurer - Ann Arbor, Mi

Pittsfield Health Department - Pittsfield, Ma
Pizarro, Juanita

Pizzolato, Joel

Placer County Tax Collector - Auburn, Ca

Plainfield Associates
Plainfield Charter Township

Plankview Green Development, Llc

Plant City Plaza Holdings Llc

Plattsburgh Plaza, Llc

Plaza 15 Realty Llc

Plaza At Buckland Hills, Llc

Plaza At Speedway, Llc

Plaza North Investors Llc

Plaza On The Green, Llc

Plaza Shopping Centers

Pleasant Valley Shoppg Ctr Ltd

Plymouth Municipal Tax Collector - Boston,  Ma

Pmat North Heights, Llc

Pmat Village Plaza, Llc

Pmre Llc

PNC Bank, National Association

PNC Bank, National Association
PNM

Polaris Law Group
Polen Development Llc

Polk County Health Dept - Des Moines, Ia

Polk County Tax Collector - Bartow, Fl
Polm, Nicholas (Estate of) & Volkman, Melvina

Pomeroy Enterprises Llc

Pontotoc County Health Department - Ada, Ok

Pontotoc County Treasurer - Ada,  Ok

Poplin Place Llc

Port Angeles Plaza Associates, Llc

Port Huron Township Treasurer (Saint Clair) - Port Huron,  Mi

Port Orange Retail I, Llc

Portage Center, Llc

Portage County Health & Human - Stevens Point, Wi

Portage County Health Dept - Ravenna, Oh

Porter County Health Dept - Valparaiso, In

Porter MUD, TX

Porter Special Utility District

Porterwood Shopping Center Investments, Llc

Portland General Electric (PGE)

Portland Water District - ME

Portsmouth Circuit Court - Portsmouth, Va

Portsmouth City Treasurer - Richmond, Va

POTOMAC EDISON

Pottawatomie County Treasurer - Shawnee, Ok

Potter County Tax Assessor - Amarillo, Tx

Poutsma, Erick

Powell-Clinch Utility District

Ppe Five Associates

PPL Electric Utilities (419054)

PPL Electric Utilities/Allentown

Practicing Law Institute - New York, Ny

Pratt Street Capital, Llc

Prattville Water Works Board

Precila Balabbo

Premiere Place Shopping Center, Llc

Premium Asset Management Inc

Prestonsburg City's Utilities Commission

Pricewaterhousecooper Llp - Columbus, Oh

PRICEWATERHOUSECOOPERS LLP

PRIDESTAFF

Prime Commercial Partners Southtowne Llc

Prince George County - Largo, Md

Prince George County Tax Collector - Prince George,  Va

Prince George County Treasurer - Prince George, Va

Prince George County Utility Department

Prince George's County - Baltimore, Md

Prince George's County Gvmt - Largo, Md

Prince George's County Tax Collector - Philadelphia,  Pa

Prince William County - Prince William, Va

Prince William County Tax Collector - Philadelphia,  Pa

Princeton Sanitary Board

PROCTER & GAMBLE

Product Care Association - Surrey, Bc

Professional Education Systems - Eau Claire, Wi

Prospect Colerain Llc

Protective Life Insurance Company

Prothonotary Kent County - Dover, De

Prp Buffalo Llc

Prudent Growth Operations Llc

Prudential Growth Operations, Llc

Prugh & Associates, PA

Ps Lompoc Llc

PSE&G-Public Service Elec & Gas Co

PSEGLI

Psm Properties Llc

Ptr Investments Llc

Public Service Company of Oklahoma

Public Water Supply District No. 1

Public Works & Utilities, KS

Pueblo County Tax Collector - Pueblo,  Co

Puentes, Rosemary

Puget Sound Energy

Pulaski County Tax Collector - Somerset,  Ky

Pulaski County Treasurer - Little Rock,  Ar

Purcell, Andrianna

Purinton, Penny

Putnam Centre Associates, Llc

Putnam County Tax Collector - Winfield,  Wv

Putnam Public Service District

PWCSA - Prince William County Services

Pz Southern Limited Partnership

Quincy King Development Co

QUINN LAW FIRM

Quinnipiack Valley Health - North Haven, Ct

R & A Properties

R.K. Hallandale Lp

R.L. Wittbold - New Philadelphia

Raf Salina Llc

Rafii & Associates, PC

Ragudo, Martha

Rainbow Plaza Associates Ltd

Rainer, Carol

Rajkamal Deol

Raleigh County Tax Collector - Beckley,  Wv

Raleigh Enterprises, Llc

Ralph Horowitz

Ramey & Schwaller, LLP

Ramirez, Elizabeth

Ramsey Pike, Llc

Randall County Clerk - Canyon, Tx

Randall Tax Assessor Collection - Canyon, Tx

Randolph Co Tax Dept - Charlotte, Nc

Randolph County Tax Collector - Asheboro,  Nc

Randolph EMC

Rankin County Tax Collector - Brandon,  Ms

Rapides Parish Olt Fund - Alexandria, La

Rappahannock Electric Coop

Rar2 Bethel Industrial Llc

Raynham Board Of Health - Raynham, Ma

Raynham Crossing Limited Partnership

Raynham Municipal Tax Collector - Raynham Center,  Ma

Ray's Family Center, Inc.

Rc Env Hlth Riv - Riverside, Ca

Rcc Crossroads, Llc

Rcc Eastgate, Llc

Rcc Shenandoah Plaza, Llc

Rcg Mansfield Llc

Rcg-Chillicothe, Llc

Rcg-Gainesville Vii Llc

Rcg-North Little Rock Vii, Llc

Rcg-Pascagoula, Llc

Rd Palmera Lp

Realty Income Properties 16, Llc

Realty Income Properties 21, Llc

Realty Income Properties 23, Llc

Realty Income Properties 30, Llc

Realty Income Properties 4, Llc

Ream's Food Stores

Rebecca W. Craig

Receiver General For Canada - Summerside, Pe

Receiver of Taxes -Town of Riverhead

Recorder/County Clerk - San Diego, Ca

Red Mountain Asset Fund I, Llc

Redding, Sherryl

Redmond-Lott, Ladonna

REED SMITH LLP

Reed, Barbara

Reed, Susan

Regency Commercial Associates Llc

Regency Csp Iv Llc

Regency Hannibal Llc

Regency Madbedsey Llc

Regency Mount Vernon Llc

Regency Summersville Llc

Regent Park Properties Lp

Reginal Income Tax Agency - Brecksville, Oh

Reginald McDaniel, Attorney at Law, LLC
Regional Water Authority

Register Of Deeds - Lumberton, Nc

Register Of Deeds - Murphy, Nc

Register Of Deeds Cabarrus County - Concord, Nc

Register Of Deeds Durham Coun - Durham, Nc

Register Of Deeds Macon County - Franklin, Nc

Register Of Deeds Nash County - Nashville, Nc

Register Of Deeds Shawnee Coun - Topeka, Ks

Registration Trust Fee - Milwaukee, Wi
Reid Road MUD #1

Reisner & King LLP
Reliant Energy Solutions (120954)

RENDIGS, FRY, KIELY & DENNIS, LLP

Rensselaer County - Troy, Ny

Rental Service Corp - Atlanta, Ga

Reo Fundit 3 Asset Llc
Republic Services #046

ReStore Capital (BIG), LLC
Retail Center Partners, Ltd.
RETAIL LOGISTICS EXCELLENCE RELEX O

Reuben Yeroushalmi
Revenue Collection Division - Columbus, Ga

Revenue Collections - Ventura, Ca

Revenue Commissioner - Cullman, Al

Revenue Commissioner - Dothan, Al

Revenue Commissioner - Gadsden, Al

Revenue Commissioner Morgan Co - Decatur, Al

Revenue Prop. Gonzales L.P. (Attn: Lease Admin)

Revere Municipal Tax Collector - Revere,  Ma
RG&E - Rochester Gas & Electric

Rhino Holdings Houma Llc

Rhino Holdings Pueblo, Llc

Rhode Island Department Of - Providence, Ri
Rhode Island Energy

Ri - Grants Pass, Llc
Rialto Water Services

Ri-Atascadero, Llc
Rich, Tiffany

Richard Klement East Llc

Richardson Independent School - Dallas, Tx

Richardson Isd Tax Office - Richardson,  Tx

Richland Co Treasurer - Columbia, Sc

Richland County - Columbia, Sc

Richmond City Tax Collector - Richmond,  Ky

Richmond Commons Llc

Richmond Power & Light

Richmond Utilities

Riddle, Trudy

Riggs, Bertha

Riggs, Sara

Rim Country Mall Spe, Llc

Rinehardt Law Firm

Rio Grande Investment Inc

Rio Rancho Of New Mexico Lp

Rios, Crystal

Ripper Merchandise

Rising Sun Owner, Lp

Ritchie Hill, Llc

River Oaks Properties Ltd

River Oaks Shopping Center Llc

River Park Properties Llc

River South Commons, Llc

Rivera Hernandez, Celestina

Riverland Development Company, Llc

Rivermart, Llc

Riverside County Record - Riverside, Ca

Riverside County Tax Collector - Riverside, Ca

Riverside Public Utilities, CA

Riverwood Ruskin, Llc

Riviera Utilities - Foley, AL

Rjb Enterprises Llc

Roane County Public Utility

Roanoke County Treasurer - Baltimore,  Md

Roanoke Gas Company

Roanoke Rapids Sanitary Dist NC

Roberson, Carol

Robert A. LeBrun

Robert V. LaCommare

Roberts Crossing LLC

Roberts Crossing Llc

Roberts, Patsy

Robertson County Trustee - Springfield,  Tn

Robertson, Shirley

ROBES LAW GROUP, PLLC

Robeson County Tax Collector - Charlotte,  Nc

Robinson, Bradshaw & Hinson, P.A.
Robinson, Tereasa

Rochester Plaza Associates, Llc

Rock County Treasurer - Janesville,  Wi
ROCK HUTCHINSON PLLP

Rock Island County Collector - Rock Island, Il

Rockbridge County Clerk - Lexington, Va

Rockdale Citizen - Conyers, Ga

Rockdale County Tax Comm - Conyers, Ga

Rockdale Superior Court - Conyers, Ga

Rockmoor Town West

Rockridge Plaza Shopping Center Lp

Rockwall Central Appraisal District

Rockwall Central Appraisal District - Rockwall, Tx

Rockwall County County Clerk - Rockwall, Tx

Rockwood City Tax Collector - Rockwood,  Tn
Rockwood Electric Utility

Rockwood Water, Sewer & Gas

Rocky Mount City Tax Collector - Rocky Mount,  Nc

Rodeo Inn Lynnwood Inc
Rodriguez, Tisha

Rodriguez, Trinadie

Rof Grandville Llc

Rogers & Driver, PSC
Rogers Water Utilities

Rogersville City Tax Collector - Rogersville,  Tn
Rogersville Water Commission

Roic California, Llc

Roic Washington, Llc
Rolla Municipal Utilities

Rome City Treasurer, NY

Ronald A Legggett Collector O - Saint Louis, Mo
Ronald A. Robins Jr.

Rop North Hills Crossing, Llc
Roseburg Urban Sanitary Authority

Rosenberg, Karen

Rosenberg, Kirby, Cahill, Stankowitz & Richardson
Roseville Press Tribune - Roseville, Ca

Ross County Health Dept - Chillicothe, Oh
Ross Township, PA

Rostraver Township Sewage Authority

Roswell Town Center, Llc

Rowan County Finance Director - Morehead, Ky

Rowan County Tax Collector - Charlotte, Nc
Rowe, Melody

Roxborough Associates Llc

Roy Martin Services - Charleston, Wv

Rp Sansom, Lp

Rpi Courtyard Ltd

Rpi Overland, Ltd

Rpi Ridgmar Town Square, Ltd

Rpt Realty Lp

Rpt Spring Meadows Llc

Rr Huntsville, Llc, Sr Huntsville, Llc

Rref Iv D Mlvn Pa Llc

Rsh, Llc
RSUI Indemnity Company

Rtc Wade Green Llc

Rubenstein Law, PA
Ruby Property Corporation

Rucka O'Boyle Lombardo & McKenna
Rumsey - Conshohocken, Pa

Rushmore Crossing Associates, Llc

Russ Avenue Plaza Llc

Russell Bruzzone

Russell County Health Dept - Phenix City, Al

Russell County Tax Collector - Phenix City,  Al

Russell E. Fluter

Rutherford Co Register Of Deed - Rutherfordton, Nc

Rutherford County Tax Collector - Rutherfordton,  Nc

Rutherford County Trustee - Murfreesboro,  Tn

Rvs Realty, Llc

Ryba Real Estate, Inc
Ryland Environmental

Rynalco, Inc.

S & M Investors, Llc

S.R. 170 Properties, Llc
Saaverda, Maria

Sacramento County Planning Dpt - Sacramento, Ca

Sacramento County Tax - Sacramento, Ca

Sacramento County Treasure - Sacramento, Ca
Sacramento County Utilities

Sacramento Gazette - Sacramento, Ca
Sacramento Suburban Water District

Saenz, Priscilla

Safeway Inc.

Safeway Inc. (Attn: Real Estate Law)

Saint Joseph County Treasurer - South Bend,  In
Saint Louis County Collector Of Revenue - St. Louis,  Mo
Saint Paul Ramsey County Dept - Saint Paul, Mn
Saint Tammany Parish Tax Collector - Covington,  La
Saj Associates, Llc
Salazar, Maria
Saldate, Christina
Sales Tax Division - Birmingham, Al
Salina Electric Inc - Salina, Ks
Salisbury Holdings, L.P.
Salisbury Promenade, Llc
Salomon Wainberg And Olga Wainberg Family Trust
Salt Lake County Assessor - Salt Lake City, Ut
Sampson, Kerri
Sampson, Lisa
San Antonio Metro Health Dist - San Antonio, Tx
San Antonio Water System, TX
San Bernardino County - San Bernardino, Ca
San Diego Business Journal - San Diego, Ca
San Diego County Tax Collector - San Diego,  Ca
San Diego County Treasurer - San Diego, Ca
San Diego Gas & Electric
San Francisco Tax Collector - San Francisco, Ca
San Franciso Dept Of Public - San Francisco, Ca
San Gabriel Valley Water Company
San Joaquin County Phs/Ehd - Stockton, Ca
San Joaquin County Tax Collector - Stockton,  Ca
San Jose Water Company
San Juan County Treasurer - Albuquerque, Nm
San Juan County Treasurer - Aztec, Nm
San Luis Obispo Co Clerk Recod - San Luis Obispo, Ca
San Luis Obispo County Tax Collector - San Luis Obispo,  Ca
San Mateo County Environmental - San Mateo, Ca
San Mateo County Tax Collector - Redwood City, Ca
San Patricio County Public - Sinton, Tx
Sandoval County Tax Collector - Bernalillo,  Nm
Sandoval County Treasurer - Albuquerque, Nm
Sandra O'brien Auditor - Jefferson, Oh
Sandra Y. Campos
Sandusky County Health Dept. - Fremont, Oh
Sandy City Business License - Sandy, Ut
Sangamon County Dept Of Public - Springfield, Il
Santa Barbara County Public Health - Santa Barbara, Ca
Santa Barbara County Tax Collector - Santa Barbara,  Ca

Santa Clara County - San Jose, Ca
Santa Clara County Dept Of Tax - City Of Industry, Ca
Santa Cruz County Tax Collector - Santa Cruz,  Ca
Santa Cruz Environmental - Santa Cruz, Ca
Santa Cruz Tax Collector - Santa Cruz, Ca
Santa Fe County Tax Collector - Santa Fe,  Nm
Santa Rosa Cty Tax Collector - Milton, Fl
Santan Mp, Lp
Santay Realty Of Hagerstown
Santee Cooper
Sapala Memphis Llc
Saraland Water Service
Sarasota County Florida - Sarasota, Fl
Sarasota County Tax - Sarasota, Fl
Sassan Emral Shaool
Satilla Square Mall Llc
SATTERLEE GIBBS PLLC
Saugerties Water/Sewer Department
Saul Holdings Limited Partnership
Savarina Corporation
Savoy Texas Llc
Sawnee EMC
Saybrook Plaza Shopping Center Llc
Sb Retail Group Carlsbad Llc
Sbc Tax Collector - San Bernardino, Ca
Sc Department Of Revenue - Columbia, Sc
SC Licensing, LLC
SC Licensing, LLC
Scana Energy (105046)
Scdca - Columbia, Sc
Scharman Propane Gas Serv. Inc.
Schmidt Kramer, PC
Schneider Williamson LLC
Schnell, Nylene
Schroeter, Goldmark & Bender
Schuylkill County Municipal Authority
Schwartz Torrance Company Llc
Schwartz, Roseanne
Scioto Co. Sanitary Engineering Dept
Scioto County Health Dept - Portsmouth, Oh
Scioto Water, Inc., OH
Scot Luther
Scotland County Tax Collector - Laurinburg,  Nc
Scott County Clerk - Georgetown, Ky

Scott County Collector - Benton, Mo
Scott County Schools - Georgetown, Ky
Scott County Sheriff - Georgetown, Ky
Scott County Tax Administrator - Georgetown, Ky
Scott Township Authority
Scott W. Corder
Scottsdale Fiesta Retail Center, Llc
Scullon, Maureen
SCV Water - Santa Clarita Division
Sd-Sahuarita Properties, Llc
SEA LTD
Sealer Of Weights & Measures - Springfield, Ma
SEALY INC
Searcy Water & Sewer System
Seaver, Susan
Seaview Acquisition, Llc
Sebastian County Tax Collector - Fort Smith,  Ar
Sebastian DiGrande
SECO Energy
SECREST WARDLE LYNCH HAMPTON
Secretary Of Agriculture - Des Moines, Ia
Secretary Of State - Austin, Tx
Secretary Of State - Baton Rouge, La
Secretary Of State - Hartford, Ct
Secretary Of State - Jackson, Ms
Secretary Of State - Pierre, Sd
Secretary Of State - Salem, Or
Secretary Of State Annual Reports - Concord, Nh
Secretary Of State Corporate - Jackson, Ms
Secretary Of State Corporate - Montgomery, Al
Secretary Of State Ri - Providence, Ri
Secretary Of State-Nj - Trenton, Nj
Secretary Of Treasury - San Juan, Puerto Rico
Sedgwick Claims Management
Sedgwick County Treasurer - Wichita, Ks
Seekonk Municipal Tax Collector - Medford,  Ma
Seekonk Shopping Center Equities Ii, Llc
SEGAL MCCAMBRIDGE SINGER &
Seiller Waterman LLC
Select Strategies - Hh, Llc
Select Strategies-Brokerage, Llc
Selective Api One Llc
Select-Kings Highway Llc (Attn: Lease Admin)
Select-Wesmark Plaza Llc (Attn: Garrison Central)

Select-West Market Plaza Llc (Attn: Tracy Combs)

Sembler Family Land Trust

Semco Energy Gas Company

Seminole County Tax Collector - Sanford, Fl

Seminole County Vab - Sanford, Fl

Seminole Properties Llc

Seneca County General Health - Tiffin, Oh

Seneca Light & Water

Serta Inc.

Seth Laurence Marks

Seth Markowitz, P.C.

Seven Hills LLP - Kimberly Gates Johnson

Seven Players Club Drive, Llc

Sevier County Electric System

Sevier County Utility District (SCUD)

Sevierville Forks Partners, Llc

Seville Plaza, Llc

Sfh, Llc

Shabani & Shabani, Llp

Shami Enterprises Llc

Shannon E. Letts

Shapiro, Washburn & Sharp, PC

Shasta County Treasurer - Redding, Ca

Shaw & Shaw, PC

Shaw, Rashawn

Shaw-Marty Associates

Shawnee County Treasurer - Kansas City,  Mo

Sheboygan County Treasurer - Sheboygan, Wi

Sheboygan Water Utility, WI

Sheehan & Associates, PC

Shegerian & Associates

Sheila L. Ortloff, Trustee Of The

Shelby County - Memphis, Tn

Shelby County Clerk - Memphis, Tn

Shelby County Health Dept - Shelbyville, In

Shelby County Recorder - Shelbyville, In

Shelby County Tax Collector - Columbiana,  Al

Shelby County Treasurer - Sidney, Oh

Shelby County Trustee - Memphis, Tn

Shelby Township Dept of Public Works

Shelby Township Treasurer (Macomb) - Shelby Township,  Mi

Shelbyville Partners, Llc

Shelbyville Public Utilities, IN

Shelbyville Treasure - Shelbyville, Tn

Shelly L. Trosclair

Shelter Reinsurance

Sheriff & Ex-Officio Tax - La Place, La

Sheriff & Ex-Officio Tax Collector - Dallas, Tx

Sheriff & Ex-Officio Tax Collector - Houma, La

Sheriff & Tax Collector - Alexandria, La

Sheriff Of Berkeley County - Martinsburg, Wv

Sheriff Of Boyd County - Catlettsburg, Ky

Sheriff Of Hopkins County - Madisonville, Ky

Sheriff Of Logan Co - Logan, Wv

Sheriff Of Mercer Co - Princeton, Wv

Sheriff Of Nicholas County - Summersville, Wv

Sheriff Of Upshur County - Buckhannon, Wv

Sheriff Of Wood County - Parkersburg, Wv

Sheriff-Lyon County - Eddyville, Ky

Sheriff-Treasurer Of Randolph - Elkins, Wv

Sherwood Oaks Shopping Center Lp

Shields Reeves, PLLC

Shiner Law Group, PA

Shoppes Greenwood, Llc

Shops At Coopers Grove, Llc

Shops At Newberry De Llc

Shores - White, Llc

Show Low Yale Casitas, Llc

Shreve City Llc

Shurmer Strongsville, Llc

Sidney Shelby Co Health Dept - Sidney, Oh

Siegen Village Shopping Center, Llc

Silva Injury Law, Inc.

Silver Bridge Lp

Silver Hamilton, Llc

Simmons, Eric

Simon & Simon, PC

Singing River Electric Cooperative

Site Centers Corp.

Sjs Town Center, Llc

Skso Properties, Inc.

Sky Crossroads Llc

Sky New York Holdings Llc

Sl & Mlx, Llc

Sl Lapwing Llc

SMECO (Southern Maryland Electric Coop)

Smith County Tax Assessor-Collector - Tyler, Tx

Smith, Teresa

Smith, Terri

SMUD

Smyrna Utilities TN

Snapping Shoals EMC

SNIDER BLAKE PERSONNEL

Snohomish County PUD

Snohomish County Treasurer - Seattle, Wa

Soar Management Inc

SoCal Equal Access Group

Soho Law Firm

Solano County - Fairfield, Ca

Solano County Tax Collector - Fairfield,  Ca

Somers Point Builders, Inc.

Somerset City Tax Collector - Somerset,  Ky

Somerset Utilities

Sonoma County Herald Recorder - Santa Rosa, Ca

South Carolina Dept Of Revenue - Columbia, Sc

South Central Industrial Properties Xiv, L.P.

South Central Power CO, OH

South Dakota Division Of Ins. - Pierre, Sd

South Hill Village, Llc

South Jersey Gas Company

South Landings Tei Inv. Llc (Attn: M. Schladensky)

South Loop Shopping Center, Ltd

South Oaks Station Llc

South Ogden City Corporation

South Plainfield Health Dept - South Plainfield, Nj

South Plaza Associates, Llc

South Square Shopping Center, Llc

South Star Investments Llc

South Stickney Sanitary District

Southeast Brunswick Sanitary Dist/NC

Southeast Gas - Andulasia

Southeast Partners

Southern California Edison

Southern California Gas (The Gas Co.)

Southern California Labor Law Group, PC

Southern Connecticut Gas (SCG)

Southern Hills Center Ltd

Southern Pine Electric Power (2153)

Southgate Plaza, Llc

Southgate Shopping Center

Southgate Shopping Center Llp

Southgate Water Department, MI

Southpoint Plaza Shopping Center

Southridge Associates, Llc
Southwest Gas

Southwest Property Management, Inc.

Southwest Regional Tax Bureau - Scottdale, Pa
Southwest Suburban Sewer District, WA

Southwestern Electric Power

Southwestern Investments, Llc

Southwood Plaza, Llc

SP Law Group, A Professional Corporation
Spalding County Tax Comm - Griffin, Ga

Spanish Crossroads Dunhill Llc

Spartanburg County Treasurer - Columbia,  Sc
Spartanburg Water System

Special Tax Collector - Johnstown, Pa
Speedway Waterworks

Spi Largo Village, Llc

Spielberger Law Group
Spindale Retail I Llc
Spire/Birmingham

Spire/St Louis

Spirit Master Funding Iv, Llc

Spirit Realty Lp

Spl Leland Avenue Llc
Spokane County Environmental Services

Spokane County Treasurer - Spokane, Wa

Spotsylvania County Tax Collector - Spotsylvania,  Va
Sprague Operating Resources LLC (536469)

Sprague Operating Resources LLC (782532)

Spring Creek Center Ii Llc

Spring Isd Tax Office - Houston, Tx

Spring Park Property Owner, Llc

Springdale Health Department - Springdale, Oh

Springdale Tax Commission - Cincinnati, Oh

Springfield City Tax Collector - Springfield,  Tn
Springfield Dept. of Utilities

Springfield Greene County - Springfield, Mo
Springfield Utility Board

Springhill Two Llc
SRP - Salt River Project/2951

Ssi Northside Llc

St Francois County - Farmington, Mo
St John The Baptist Parish Utilities

St Johns County Tax Collector - Saint Augustine,  Fl

St Joseph County Health Dept - South Bend, In
St Louis County Dept Of Health - Saint Louis, Mo
St Lucie County Tax Collector - Fort Pierce, Fl
St Mary's County - Leonardtown, Md
St Marys Square Business Complex Llc
St Vincent Depaul Stores Inc
St. Charles Plaza Llc
St. Clair County Health Dept - Belleville, Il
St. Joseph Northgate Llc
St. Mary's County Metropolitan Commssn
St. Mary's County Treasurer - Leonardtown, Md
St. Matthews Pavilion, Llc
St.John Baptist Sheriff's Off - La Place, La
St.John The Baptist Parish - La Place, La
Stafford Co Ofc Fire Marshall - Stafford, Va
Stafford County - Utilities
Stafford County Circuit Court - Stafford, Va
Stafford County Tax Collector - Stafford,  Va
Stanislau County Tax Collector - Modesto, Ca
Starr Indemnity & Liability Company
Starr Specialty Insurance Company
Starr Surplus Lines Ins Co
Starstone Specialty Ins Co
Starstone Specialty Ins Co (Core)
State Corporation Commission - Richmond, Va
State Of Alabama - Montgomery, Al
State Of Alaska - Juneau, Ak
State Of Arizona - Phoenix, Az
State Of Arkansas - Little Rock, Ar
State Of California - Sacramento, Ca
State Of Colorado - Denver, Co
State Of Colorado - Lakewood, Co
State Of Connecticut - Hartford, Ct
State Of Delaware - Wilmington, De
State Of Hawaii - Honolulu, Hi
State Of Idaho - Boise, Id
State Of Louisiana - Baton Rouge, La
State Of Maryland Comptroller - Baltimore, Md
State Of Michigan - Lansing, Mi
State Of Missouri - Jefferson City, Mo
State Of Montana - Helena, Mt
State Of Nevada - Las Vegas, Nv
State Of Nevada - Phoenix, Az
State Of Nevada Business Tax Return - Las Vegas, Nv

State Of New Hampshire - Concord, Nh
State of New Jersey

State of New Jersey
State Of New Jersey - Newark, Nj
State Of New Jersey - Trenton, Nj
State Of New Mexico Taxation - Santa Fe, Nm
State of New York

State of New York
State Of North Dakota - Bismark, Nd

State of Tennessee
State Of Texas - Waco, Tx
State Of Utah - Salt Lake City, Ut
State Of Utah Insurance Dept - Salt Lake City, Ut
State Of Washington Employment - Seattle, Wa
State Of West Virginia - Charleston, Wv
State Of Wisconsin - Madison, Wi
State of Wyoming Department of Workforce Services
State Tax Commission - Jackson, Ms
State Tax Department - Charleston, Wv
State Taxation Institute - Chicago, Il
State Treasurer Texas - Austin, Tx
State Treasurer Unclaimed Prop - Salt Lake City, Ut
Statesboro City Tax Collector - Statesboro,  Ga
Steadfast Insurance Company
Steger, Randall

Stein Law
Step Up For Students - Jacksonville, Fl
Stephens, Helen

STEPTOE & JOHNSON PLLC

Sterling Park Shopping Center, Lp
Stern, Amy

Steuben County Recorder - Angola, In
Steven J. Hutkai

Steven L. Chung, Esquire, LLC
Steven S. Rogers

Stevens Point Public Utilities

Stockman Lands Inc

Stone Mountain Square Shopping Center Llc
Stoykovich, Austin

Strojnik, Peter

STRR South Tulare RichGrove Refuse Inc

Sts Equity Partners Llc
Sturges, Lisa

Suburban Propane (1136)

Suburban Propane (1217)

Suburban Realty Joint Venture

Suffolk City Tax Collector - Suffolk,  Va

Suffolk County Department Of - Hauppauge, Ny

Suffolk County Water Authority - NY

Sugarcreek Borough, PA

Sullivan County Tax Collector - Blountville,  Tn

Sulphur Springs Valley Elec Coop

Summer Center Commons, Llc

Summersville Water Works

Summerville CPW

Summit County Fiscal Office - Akron, Oh

Summit County Health Dept - Akron, Oh

Summit Natural Gas of Maine Inc

Summit Natural Gas of Missouri Inc

Summit Northwest Village, Llc

Summit Properties Partnership

Summit Utilities Arkansas Inc

Summit Utilities Oklahoma Inc

Sumner County Trustee - Gallatin, Tn

Sumter County Treasurer - Columbia,  Sc

Sun Lakes Plaza Associates

Sun Life and Health Insurance Company

Sun Plaza Shops, Llc

Sun Point Sdc, Llc

Sungard Business Systems Llc - Jacksonville, Fl

SUNJOY GROUP INTERNATIONAL PTE LTD

Sunnyhills Associates

Super Gas & Food Mart, Inc.

Supervalu Inc

SUPRIYA KOLHATKAR

SURGE STAFFING

Surry County Tax Collector - Dobson,  Nc

Susan P. French Revocable Trust

Suso 5 Creekwood Lp

Susquehanna Township Authority PA

Susquehanna Twp Health Dept - Harrisburg, Pa

Sutter County Community Serv - Yuba City, Ca

Svap Pompano Citi Centre, L.P.

Svs Hospitality Inc

Svsc Holdings Lp

Sv-State Line, Llc

Sw Warsaw Llc

Swansea Municipal Tax Collector - Boston,  Ma

Swansea Water District

Swartz Culleton PC
Sweetwater Authority

Swg-Terre Haute, Llc
Sylacauga Utilities Board (207)

Symmetry Energy Solution LLC

T- MOBILE USA INC

Tacoma Pierce County Health - Tacoma, Wa

Tahoma Vista Venture Llc

Tal Mor

Talbot County Health Department - Easton, Md

Talenfeld Properties, Lp

Talladega County Revenue Commissioner - Talladega,  Al

Taney County Collector - Forsyth, Mo

Tangipahoa Parish School Sys - Amite, La

Tangipahoa Parish Sheriff - Covington, La

Tangipahoa Parish Tax Collector - Robert,  La

Tanque Verde Center Llc
Tapia, Margarita

Tarrant County Assessor - Fort Worth, Tx

Tarrant County Clerk - Fort Worth, Tx

Tarrant County Consumer Health - Fort Worth, Tx

Tarrent County Clerk - Fort Worth, Tx

Tatum Venture, Llc
Taunton Muni Lighting Plant (TMLP) - 870

Tavera, Dianna

Tax Assessor Collector - Brownsville, Tx

Tax Assessor Collector - Lufkin, Tx

Tax Assessor Collector - Victoria, Tx

Tax Assessor Collector Hill Co - Hillsboro, Tx

Tax Assessor-Collector - Sherman, Tx

Tax Assessor-Collector - Texarkana, Tx

Tax Collections - Hillsboro, Tx

Tax Collector - Alameda County - Oakland, Ca

Tax Collector - Corsicana, Tx

Tax Collector - Green Cove Springs, Fl

Tax Collector - Hendersonville, Nc

Tax Collector - Jacksonville, Fl

Tax Collector - New Orleans, La

Tax Collector - Starkville, Ms

Tax Collector Alcorn County - Corinth, Ms

Tax Collector Borough Hall - Reading, Pa

Tax Collector Citrus County - Inverness, Fl

Tax Collector City Of Derby - Derby, Ct

Tax Collector Contra Costa Cty - Martinez, Ca
Tax Collector Lake County - Tavares, Fl
Tax Collector Lauderdale Co - Meridian, Ms
Tax Collector Lee County - Opelika, Al
Tax Collector Ouachita Parish - Monroe, La
Tax Collector Putnam County - Palatka, Fl
Tax Collector Sebastian County - Fort Smith, Ar
Tax Collector Shelby County - Columbiana, Al
Tax Collector, City of Waterbury, CT
Tax Commissioner Of Chatham Co - Atlanta, Ga
TAX CREDIT CO
Tax Executives Institute Inc - Uniondale, Ny
Tax Executives Institute Inc - Washington, Dc
Tax Trust Account - Fresno, Ca
Taxation & Revenue Department - Monroe, La
Taylor Callahan
Taylor City Treasurer (Wayne) - Taylor,  Mi
Taylor County Chief Appraiser - Abilene,  Tx
Taylor County Clerk - Abilene, Tx
Taylor County Rural Electric Coop Corp
Taylor County Tax Collector - Campbellsville,  Ky
Taylor, Audrey
Tazewell County Tax Collector - Tazewell,  Va
Tbf Group Fondulac Llc
Tbf Group Penn Hills Llc
Tbf Group Sutters Creek, Llc
Tbp Buckingham Llc
Tc Norman Investments
Teco Tampa Electric Company
Teco: Peoples Gas
Tejas Corporation
Telfer, Patricia
Ten East Partners, Lp
Tennessee American Water Company
Tenth Street Building Corporation
Terrana Law P.C.
Terrebonne Parish Tax Collector - Gray,  La
Teton Venture, Llc
Texarkana Bowie County Family - Texarkana, Tx
Texarkana Water Utilities
TEXOMA BUSINESS SERVICES LLC
The Aguirre Law Firm, PLLC
The Barnes Firm, LC
The Blankenship Law Firm, PLLC

The Capital Law Firm

The Chiurazzi Law Group
The Energy Cooperative

The Flood Law Firm, LLC

The Florida Law Group

The Harrell Law Firm, LLC
The Hle Group Llc

The Huntington National Bank
The Illuminating Company

The Law Office of Gregory S. Sconzo, PA

The Law Offices of Nooney, Roberts, Hewett & Nowicki
The Leathery Company

The North Los Altos Shopping Center

The Odierno Law Firm, P.C.
The Point Investment, L.L.C.

The Schapiro Law Gorup, PL
The Shops At England Run, Inc.

The Shops At England Run, Llc

The Southern Benedictine Society

The Verdecia Law Firm, LLC
The View At Marlton Llc

Thf Greengate East Development, Lp

Thf Paducah Development , Lp

Thibodaux City Tax Collector - Thibodaux,  La
Thomas A. Kingsbury

Thomas County Tax Commissioner - Thomasville,  Ga

Thomas N. Thurlow & Associates, PC
Thomasville City Tax Collector - Thomasville,  Ga

Thompson Hills Investment Corp

Thompson, Brody & Kaplan, LLP
Thomson Plaza Shopping Center, Llc

Thurston County Treasurer - Olympia, Wa

Tift County Tax Commissioner - Tifton, Ga

Tifton Retail I Llc

Times Square Realty Llc

Tippecanoe County Treasurer - Lafayette,  In

Tipton County Trusee's Office - Covington, Tn

Tishbi Law Firm, APC
Titus County Appraisal District - Mount Pleasant, Tx

Tj Elite Properties Llc

Tkg Norwichtown Commons Llc

Tkg Sheridan Crossing Development, Llc

Tms Mccarthy Lp

Tn Certificate Service - Nashville, Tn

Tn Equities Llc

Todd Shopping Center, Llc

Tofer & Associates
Toho Water Authority (30527)

Toho Water Authority (31304)

Toledo Edison

Tom Green Cty Apparaisal Dist - San Angelo, Tx

Tomball Isd Tax Office - Tomball,  Tx

Tomball Plaza, Llc

Toombs County Tax Commissioner - Lyons, Ga

Top Home Llc
Torres, Norman

Torrington City Tax Collector - Torrington,  Ct

Tower Plaza, Inc

Town Commissioners Of - Queenstown, Md

Town 'N' Country Plaza, Lp

Town Of Aberdeen - Aberdeen, Nc
Town of Aberdeen, NC

Town of Apple Valley, CA

Town Of Ashland - Ashland, Va

Town Of Ashland - Reading, Ma
Town of Ashland, MA

Town Of Auburn - Auburn, Ma

Town Of Auburn - Reading, Ma
Town of Auburn, MA

Town of Babylon, NY

Town Of Berlin - Berlin,  Vt

Town Of Billerica - Billerica, Ma
Town of Billerica, MA

Town Of Bluefield - Bluefield, Va

Town Of Boone - Boone, Nc
Town of Boone, NC

Town Of Bristol - Bristol, Wi

Town Of Brunswick - Brunswick, Me

Town Of Buchanan - Appleton, Wi

Town Of Cary - Cary, Nc
Town of Cary, NC

Town Of Christiansburg - Christiansburg, Va
Town of Christiansburg, VA

Town of Clay Uniform Water

Town Of Collierville - Collierville, Tn
Town of Collins Water

Town of Cortlandville, NY

Town Of Culpeper - Culpeper, Va

Town of Culpeper, VA

Town Of Danvers - Danvers, Ma
Town of Danvers, MA-Electric Division

Town Of Dedham - Dedham, Ma

Town Of Dennis - Medford, Ma

Town Of Dennis Health Dept - South Dennis, Ma
Town of Derry, NH

Town Of Dudley - Dudley, Ma

Town Of East Hartford - East Hartford, Ct
Town of Elkin, NC

Town Of Elkton - Elkton, Md

Town Of Fairhaven - Fairhaven, Ma
Town of Fairhaven, MA

Town Of Farmington - Farmington, Me

Town Of Forest City - Forest City, Nc

Town Of Franklin - Franklin, Nc
Town of Franklin, MA
Town of Franklin, NC

Town Of Front Royal - Front Royal, Va
Town of Front Royal, VA

Town of Fuquay-Varina, NC

Town of Greeneville, TN

Town Of Iowa - Iowa, La
Town of Jefferson, NC

Town Of Kittery - Kittery, Me

Town Of Knightdale - Knightdale, Nc

Town Of Leesburg Virginia - Leesburg, Va
Town of Leesburg, VA

Town Of Lexington - Lexington, Sc
Town of Lexington, SC

Town of Lockport, NY

Town Of Manchester - Manchester, Ct
Town of Manchester, CT

Town of Massena Electric Department, NY

Town Of Matthews - Matthews, Nc

Town Of Milford Tax Collector - Reading, Ma
Town of Mocksville, NC

Town Of Moncks Corner - Moncks Corner, Sc
Town of Mooresville, NC (602113)

Town of Morehead City, NC

Town Of Murphy - Murphy, Nc

Town Of Niagara - Niagara Falls, Ny
Town of Niagara, NY

Town Of Orange - Orange, Ct

Town Of Paradise - Paradise, Ca
Town Of Parker - Denver, Co
Town Of Payson - Payson, Az
Town Of Plaistow - Plaistow, Nh
Town Of Plymouth - Plymouth, Ma
Town Of Plymouth Board Of Health - Plymouth, Ma
Town of Plymouth, MA
Town Of Putnam - Putnam, Ct
Town Of Raynham - Raynham Center, Ma
Town of Richlands, VA
Town Of Rising Sun - Rising Sun, Md
Town of Rising Sun, MD
Town of Riverhead Highway Department
Town Of Rutland Treasurer - Center Rutland, Vt
Town of Schererville, IN
Town of Selma, NC
Town Of Shallotte - Shallotte, Nc
Town of Shallotte, NC
Town Of Smyrna - Smyrna, Tn
Town Of Speedway - Speedway, In
Town Of Spindale - Spindale, Nc
Town Of Spring Lake - Spring Lake, Nc
Town Of Summerville - Summerville, Sc
Town Of Swansea - Swansea, Ma
Town of Ulster, NY
Town of Vestal, NY (Utility Fund)
Town of Wake Forest, NC
Town of Wallkill, NY
Town Of Waynesville - Waynesville, Nc
Town of Waynesville, NC
Town Of Weaverville - Weaverville, Nc
Town of Weaverville, NC
Town Of West Bridgewater - Bridgewater, Ma
Town Of West Springfield - West Springfield, Ma
Town Of Westbrook - Westbrook, Ct
Town Of Wilkesboro - Wilkesboro, Nc
Town of Wilkesboro, NC
Town Of Wise - Wise, Va
Town of Wise, VA
Town Of Yucca Valley - Yucca Valley, Ca
Town West Realty, Inc.
Towne Center Investments Llc
Township F Barnegat - Barnegat, Nj
Township of Alpena, MI

Township Of Aston - Media, Pa

Township Of Brick - Brick, Nj

Township Of East Brunswick - East Brunswick, Nj

Township Of Falls - Fairless Hills, Pa
Township of Falls Authority

Township Of Gloucester - Laurel Springs, Nj
Township of Greenwich Sewer Department

Township Of Lapatcong - Phillipsburg, Nj

Township Of Lumberton - Lumberton, Nj
Township of Ocean Utilities, NJ

Township Of Springfield - Springfield, Nj

Township Of Union Dept Of Health - Union, Nj

Township Of Whitehall - Whitehall, Pa

Township Of Woodbridge - Woodbridge, Nj

Tpi Cassinelli Manager Llc

Trailridge Center, L.P.

Tranel, Inc.

Travis County Dro - Austin, Tx

Travis County Tax Collector - Austin, Tx
Treacy, Terry

Treasure Of Perry County - Tell City, In

Treasurer - Chesapeake, Va

Treasurer - City Of Norfolk - Atlanta,  Ga

Treasurer - City Of Norfolk - Norfolk,  Va

Treasurer - Newport News, Va

Treasurer - Spotsylvania County

Treasurer & Tax Collector - Irwin, Pa

Treasurer City Of Bowling - Bowling Green, Ky

Treasurer City Of Hawthorne - Hawthorne, Ca

Treasurer City Of Jackson - Jackson, Mi

Treasurer City Of Portsmouth - Portsmouth, Va

Treasurer City Of Suffolk - Suffolk, Va

Treasurer Columbiana County - Lisbon, Oh

Treasurer Coshocton County - Coshocton, Oh

Treasurer Ector County - Odessa, Tx

Treasurer Hart County - Munfordville, Ky

Treasurer Of Amherst County - Amherst, Va

Treasurer Of Campbell County - Rustburg, Va

Treasurer Of Cass County - Logansport, In

Treasurer Of Clark County - Jeffersonville, In

Treasurer Of Fredrick County - Merrifield, Va

Treasurer Of Gibson County - Princeton, In

Treasurer Of Madison County - London, Oh

Treasurer Of Michigan City - Michigan City, In

Treasurer Of Montgomery - Christiansburg, Va
Treasurer Of Montgomery County - Norristown, Pa
Treasurer Of Montgomery County - Willow Grove, Pa
Treasurer Of Porter County - South Bend, In
Treasurer Of Rockbridge County - Lexington, Va
Treasurer Of Shelby County - Shelbyville, In
Treasurer Of Vigo County - Indianapolis, In
Treasurer Of Waynesboro - Waynesboro, Va
Treasurer Of Wythe Co - Wytheville, Va
Treasurer Spotsylvania County - Spotsylvania, Va
Treasurer Tax Collector - Yuba City, Ca
Treasurer Town Of Culpeper Va - Culpeper, Va
Treasurer Town Of Vinton - Vinton, Va
Treasurer Vil Of Mt Pleasant - Racine, Wi
Treasurer, Chesterfield County
Treasurer/Tax Collector - Santa Barbara, Ca
Tred Avon, Llc
Tremont Township - Pine Grove, Pa
Trent J Taylor, Esq
Tri & Tammy Doan
Tri County Health Dept - Greenwood Village, Co
Tri Marsh Realty Llc
Triangle Square, Llc
Tri-County Sentry - Oxnard, Ca
Trifecta Capital Llc
Trifur Partners, Lp
Trigroup Properties Llc
Triledo Sanford Llc
Triple Bar Columbia Marketplace, Llc
Triple Kap Realty Corp
Tropicana Palm Plaza, Llc
Trotters Enterprises Llc
Truckee Meadows Water Authority
TRUITT LAW FIRM LLC
Trujillo Gonzalez, PC
Trumbull County Water & Sewer Dept.
Trussville Gas and Water
Tsca-255, Llc
Tukwila Fire Department - Tukwila, Wa
Tulare Advance Register - Visalia, Ca
Tulare County - Pasadena, Ca
Tulare County Tax Collector - Visalia, Ca
Tullahoma City Tax Collector - Tullahoma,  Tn
Tullahoma Utilities Authority

Tulsa County Treasurer - Tulsa, Ok
Tuolumne County Tax Collector - Sonora,  Ca
Tupelo Water & Light Dept

Turfway Plaza Associates Llc

Turley, Peppel & Christen LLC
Turlock Irrigation District

Tuscaloosa County Sales Tax - Tuscaloosa, Al

Tuscarawas Co Treasurer - New Philadelphia, Oh

Tuscola County Treasurer - Caro, Mi

Twenty First Properties Inc

Twin Rivers Equity Partners Llc

Two Center Corp
TXU Energy (650638)
TXU Energy (650700)

Tyler Center Llc

U & Me Hershey Llc

UAJA - University Area Joint Authority

UBS-Utility Billing Services

Ukiah Valley Sanitation District

Umatilla County Tax Collector - Pendleton,  Or

Unclaimed Property Division - Providence, Ri

Unemployment Compensation Div - Augusta, Me

Unified Government License Div - Kansas City, Ks

Unified Government Treasurer - Kansas City, Ks
Union City Energy Authority

Union City Tax Collector - Union City,  Ga

Union County Auditor - Marysville, Oh

Union County Health Dept - Marysville, Oh

Union County Of Arkansas Coll - El Dorado, Ar

Union County Tax Collector - Charlotte,  Nc
Union Oil & Gas Incorporated

Unison Mooresville, Llc
United Cooperative Services

United Isd Tax Office - Laredo,  Tx
UNITIL ME Gas Operations

UNITIL NH Gas Operations

Unity Township Municipal Authority PA

Universal Guaranty Life Ins Co Inc

University Park Associates Lp

Up In The Air Llc
Upper Allegheny Joint Sanitary Auth, PA

Upper Fork Llc

Upper Glen Street Associates, Llc

Upper Merion Township - Bridgeport, Pa

US Bank National Association
Us Properties Group
Uspg Portfolio Eight Llc
Uspg Portfolio Two, Llc
Utilities Board of Rainbow City, AL
Utilities Commission, FL
Utility Billing Services
Uzzle, Vernetta
V 3 Oz West Colonial Llc
V&S Seven Oaks Llc
Valcour Development
Valdez, Santa
Valencia Hills Partners, Lp
Value Adjustment Board - Vero Beach, Fl
Value Investment Group Inc
Van Wert County Auditor - Van Wert, Oh
Van Wert County Health Dept - Van Wert, Oh
Van Wert Re, Llc
Vance County Tax Office - Henderson, Nc
Vande Lay Capital Partners, Llc
Vanderburgh Co. Health Dept. - Evansville, In
Vanderburgh County Treasurer - Evansville, In
Vanyarmouth, Llc
Vei Dundalk Llc
Ventura County- Tax Collector - Los Angeles,  Ca
Ventura Water
Vera Water & Power
Verheyen, Jennifer
Vermont State Treasurers - Montpelier, Vt
Vernco Belknap, Llc
Vestal Property, Llc
Vh Cleona, Llp
Victoria County Clerk - Victoria, Tx
Victoria Farina City Treasurer - Lower Burrell, Pa
Vigo County Health Department - Terre Haute, In
Vigo County Treasurer - Indianapolis,  In
Vila Clark Associates
Village Green Realty L.P.
Village Investment Properties, Llc
Village Marketplace Equity Partners, Llc
Village of Arcade, NY
Village Of Ashwaubenon - Green Bay, Wi
Village Of Bradley - Bradley, Il
Village of Bradley, IL

Village Of Carpentersville - Carpentersville, Il
Village of Dansville, NY
Village of Franklin Park, IL

Village Of Glen Carbon - Glen Carbon, Il
Village of Granville, NY
Village of Hamilton, NY

Village Of Hartville - Hartville, Oh
Village of Hartville, OH

Village Of Homewood - Homewood, Il
Village Of Los Rancho De Albuq - Albuquerque, Nm
Village of Massena, NY
Village of Menomonee Falls Utilities

Village Of New Boston - Portsmouth, Oh
Village Of Niles - Niles, Il
Village Of Ontario Ohio - Ontario, Oh
Village Of Palmetto Bay - Palmetto Bay, Fl
Village Of Plover - Plover, Wi
Village of Potsdam, NY

Village Of Round Lake Beach - Round Lake, Il
Village of Round Lake Beach, IL

Village Of Schiller Park - Schiller Park, Il
Village of Wappingers Falls, NY
Village of Wintersville, OH

Village Of Woodridge - Woodridge, Il

Village Shoppers Associates
Villiage Of Menomonee Falls - Menomonee Falls, Wi
Vincennes Water Department, IN

Vineet Dubey
Virginia American Water Company

Volusia County Tax Collector - Deland,  Fl
Volusia County Water & Sewer

Vsc Associates, Llc
Waco-Mclennan County Public - Waco, Tx
Wade Steen-Franklin Co Treas. - Columbus, Oh
Wadsworth Utilities (OH)

Wake County Revenue Department - Charlotte, Nc
Wake County Revenue Dept - Raleigh, Nc
Wake County Tax Collector - Charlotte,  Nc
Walker Co Revenue Commissioner - Jasper, Al
Walker County - Jasper, Al
Walker County Health Dept - Jasper, Al
Wallace Properties-Kennewick Plaza Llc
Wallingford Electric Division CT

Wallingford Health Department - Wallingford, Ct

Wal-Mart East, Lp

Walnut Avenue Partners, L.L.C.

Walnut Creek Plaza, Llc

Walton County Tax Comm - Monroe, Ga

Walton EMC / Walton Gas

Wardlow, Johnnesha

Ware County Tax Commissioner - Waycross,  Ga

Warner Robins City Tax Collector - Warner Robins,  Ga

Warren City Health District - Warren, Oh

Warren City Treasurer (Macomb) - Warren,  Mi

Warren Co Trustee - Mc Minnville, Tn

Warren County Clerk - Mc Minnville, Tn

Warren County Health Department - Oxford, Nj

Warren County Health District - Lebanon, Oh

Warren County Sheriff - Bowling Green, Ky

Warren County Tax Collector - Bowling Green,  Ky

Warren County Tax Collector - Front Royal,  Va

Warren Davis Properties Xv Llc

Warren Davis Properties Xviii, Llc

Warren L12 Llc

Warren Terra Inc

Warren, Semetris

Warwick Denbigh Co

Washington City - Washington, Ut

Washington County Treasurer - Bartlesville, Ok

Washington County Treasurers - Hagerstown, Md

Washington County Trustee - Jonesborough,  Tn

Washington Dept Of Revenue - Seattle, Wa

Washington Javonn - Detroit, Mi

Washington Place Indiana Llc

Washoe County - Reno, Nv

Washoe County Clerk - Reno, Nv

Washoe County Treasurer - Reno, Nv

Waste Connections of KY Inc (Dist 6055)

Watauga County Tax Administrator - Hermitage, Pa

Water Authority of Dickson County

Water Service Corp of Kentucky

Waterbridge Orange Blossom, Llc

Waterbury City Tax Collector - Hartford,  Ct

Waterbury Health Department - Waterbury, Ct

Waterford Town Clerk - Waterford, Ct

Waterford Township Treasurer (Oakland) - Waterford,  Mi

Waterford Village Llc

Waterford Water & Sewer Dept

Waterstone Southeast Spartan Portfolio, Llc

Watson Central Ga Llc

Watson, Melissa

Watson, Theodora

Watt Town Center Retail Partners, Llc

Watts Guerra LLP

Watts, Jhona

Waukesha County Treasurer - Waukesha, Wi

Wayne County Health Dept - Wooster, Oh

Wayne County Tax Collector - Charlotte, Nc

Wayne County Treasurer - Detroit, Mi

Waynesboro City Tax Collector - Binghamton,  Ny

Waynesboro City Tax Collector - Waynesboro,  Ga

Waynesboro Holdings L.P.

Waynesburg Associates General Ptnrshp

Waynesville City Tax Collector - Waynesville,  Nc

Weakley Co Trustee - Dresden, Tn

Weakly County Clerk - Dresden, Tn

Weaver & Fitzpatrick

Weber County Treasurer - Ogden,  Ut

Webster Municipal Tax Collector - Reading,  Ma

Wedgewood Sc Investors Llc

Weingarten Nostat Llc

Weiser, Joshua

Weld County Treasurer - Greeley, Co

Weld Dept Of Public Health & - Greeley, Co

Wenatchee Productions Corporation

Wentzville City Collector - Wentzville, Mo

Weslaco Palm Plaza Llc

West Bend City Collector (Washington) - West Bend,  Wi

West Bend Water Utility

West Deptford Township, NJ

West Hazelton Borough - West Hazleton, Pa

West Point Partners

West River Shopping Center LLC

West River Shopping Center Llc

West Sahara Equities Llc

West Springfield Municipal Tax Collector - West Springfield,  Ma

West Valley City - Salt Lake City, Ut

West Valley Properties, Inc

West View Water Authority

Westerman Ball Ederer Miller

Westerman Ball Ederer Miller & Sharfstein, Llp

Western Municipal Water District (7000)

Western Virginia Water Authority

Westerville Square Inc

Westerville Square, Inc.
Westfield Select Insurance Company

Westgate Plaza Associates

Weston Treasurer - Schofield, Wi

Westview Center Associates, L.C.

Wham & Wham Lawyers
Whatcom County Treasurer - Seattle, Wa
WHAWPCA

Wheadon, Jolly

White County Tax Collector - Searcy, Ar

White Oaks Plaza Llc

Whitfield Cnty Tax Commissioner - Dalton, Ga

Whlr - Rivergate, Llc

Whlr-Franklin Village Llc

Whlr-Janaf, Llc

Wichita County Tax Assessor-Collector - Wichita Falls,  Tx

Wicomico County Clerk Of Circuit Co - Salisbury, Md

Wicomico County Health Dept - Salisbury, Md

Wicomico County Tax Collector - Salisbury,  Md

Wilf Law Firm, Llp

Wilkes County Tax Office - Charlotte, Nc

Wilkes-Barre Township - Pittsburgh, Pa
Wilkinsburg-Penn Joint Water Authority

Will County Health Dept - Joliet, Il

William R. Roth Lancaster, Llc
Williams, Demond

Williamson Co Trustee - Pleasanton, Ca

Williamson County - Georgetown, Tx

Williamson County And - Georgetown, Tx

Williamson County Tax Assessor-Collector - Georgetown,  Tx

Williamson County Trustee - Franklin,  Tn
Williamson Water & Sewer Depts

Willis Spangler Starling
Wilmington Utility Billing

Wilshire Plaza Investors, Llc

Wilson County Clerk - Lebanon, Tn

Wilson County Tax Collector - Charlotte, Nc

Wilson County Trustee - Lebanon, Tn

Winbrook Management, Llc (As Managing Agent)

Windsor 15 Llc

Windsor Shopping Center Llp

Windsor Town Clerk - Windsor, Ct

Winklers Mill, Llc
WINSOR STAFFING LI&C

Winston Salem Haines Llc
Winter Haven Water

Winters & Yonker, PA
Wisconsin Dept Of Agriculture - Madison, Wi
Wisconsin Dept Of Agriculture - Milwaukee, Wi
Wisconsin Dept Of Revenue - Madison, Wi
Wisconsin Dept Of Revenue - Milwaukee, Wi
Wisconsin Dept Of Revenue - Oshkosh, Wi
Wise County Plaza Wva, Llc
Wise County Tax Collector - Wise,  Va
Withlacoochee River Electric Cooperative

Wmsc Llc / Routh Group

Wmt Franklin, L.L.C.

Wolf River Run Associates, Llc
Wolfe, Linda

Wolfson Law Firm, LLP
Wood Center Properties Llc
Wood Dale City Clerk - Wood Dale, Il
Wood Lawrenceburg Center, Llc
Wood, Lorraine

Woodberry Plaza, Llc

Woodbridge Crossing Urban Renewal Llc

Woodcock Properties

Woodland Village, Llc

Woods Cross City - Woods Cross, Ut
Woods, Christopher

Woolery, Jr., Ronald

Wrd Hanover Lp

Wri Freedom Centre, L.P.

Wri Seminole Marketplace, Llc

Wri Trautmann, L.P.

Wrp Gateway, Llc

Wrp Washington Plaza Llc

Wsda Seed Program - Yakima, Wa
XL Insurance America, Inc.

Y&C Long Beach

Y&O 240 Llc

Y&O Faulkner Llc

Y&O Town & Country Llc

Yada Llc

Yakima County Tax Collector - Yakima,  Wa

Yates Law, LLC

Yavapai County Treasurer - Prescott, Az

Yellow Tail Georgia Llc

Yellowstone County Treasurer - Billings, Mt

Ylca Yuba Property Llc

Yolanda Zanchi

Yolo County Agriculture Dept - Woodland, Ca

Yolo County Clerk - Woodland, Ca

Yolo County Environmental - Woodland, Ca

Yolo County Treasurer's Office - Whittier, Ca

York Area Earned Income Tax - York, Pa

York County Clerk Of Circuit Ct - Yorktown, Va

York County Natural Gas

York County Tax Collector - Baltimore,  Md

York County Treasurer - York, Sc

YOUNG MOORE AND HENDERSON PA

Youngstown City Health Dept - Youngstown, Oh

Youngstown Water Dept., OH

Younis Enterprises Llc

Ypsilanti Community Utilities Authority

Ypsilanti Township Treasurer (Washtenaw) - Ypsilanti,  Mi

Yukon Route 66 Ii Llc

Yuma County - Yuma, Az

Yuma County Treasurer - Yuma, Az

Yuma Mesa, Llc

Zakharin, Galina

Zamot, Cruz

Zane C. Hall Family Lp

Zanesville Muskingum County - Zanesville, Oh

Zanesville Oh Retail Llc

Zdiera, Angela

Zeisler Morgan Properties Ltd

Zia Natural Gas Company/Hobbs

Zp No 183 Llc

Zuni Albuquerque 2005

**<u>Schedule 2</u>**

Potential Parties-in-Interest or their affiliates for whom Deloitte & Touche LLP or its affiliates has provided or is currently providing services in matters unrelated to these Chapter 11 Cases, except as set forth above, or with whom such parties have other relationships, including banking relationships.

AVDC, LLC

Big Lots eCommerce LLC

Big Lots F&S, LLC

Big Lots Management, LLC

Big Lots Stores - CSR, LLC

Big Lots Stores - PNS, LLC

Big Lots Stores, LLC

Big Lots, Inc.

BLBO Tenant, LLC

Broyhill LLC

Closeout Distribution, LLC

Consolidated Property Holdings, LLC

CSC Distribution LLC

Durant DC, LLC

GAFDC LLC

Great Basin, LLC

INFDC, LLC

WAFDC, LLC

PAFDC LLC

AlixPartners, LLP

Davis Polk & Wardwell
Gordon Brothers Retail Partners, LLC

Guggenheim Securities, LLC

Kroll Restructuring Administration, LLC

Morris, Nichols, Arsht & Tunnell LLP
A&G Real Estate Partners

0117 - Waste Pro - Pembroke Pines

118 - Waste Pro - Pembroke Pines

200 Lincoln Retail, Llc

201 Lincoln Retail, Llc

21st & Main Partners, Llc

22nd & Main Partners, Llc

ABCWUA
Ace American Insurance Co. (Chubb)

ACE Insurance

ACE Property and Casualty Insurance Company (Chubb)

Adecco Employment Services

AES Indiana

AES Ohio

AFCO Credit Corporation

Agree Realty Corporation

Agricultural Commissioners Ofc (Santa Rosa, Ca)

AIG Specialty Insurance Company

AKKODIS

Alabama Department Of Revenue

Alabama Dept Of Agriculture

Alabama Power

Alabama State Treasurer (Unclaimed)

Alabama Tax Business License

Alachua County Environmental (Gainesville, Fl)

Alachua County Tax Collector (Jacksonville,  Fl)

Alameda County Clerk Recorder (Oakland, Ca)

Alameda County Tax Collector (Hayward, Ca)

Alaska Dept Of Revenue

Alberta Recycling Mgmt Authority (Edmonton, Ab)

Albertson's Inc.

Albertson's Llc

Alief Independent School District (Alief, Tx)

Alleghany County Va Commissioner (Covington, Va)

Alliant Energy (IPL)

Alliant Energy (WPL)

Allianz Global Risks Us Ins Co

Allied World Assurance Company (AWAC)

Allied World Assurance Company LTD (AWAC)

Allstate Insurance Company (OBO Wiseltier, Emelia)

Alston & Bird LLP

Amerco Real Estate Company

Ameren Illinois Company

Ameren Missouri Company

American Alternative Insurance Corporation

American Appraisal Associates (Milwaukee, Wi)

American Electric Power (24002)

American Electric Power (24418)

American International Reinsurance Co Ltd (AIRCo)

American International Reinsurance Company LTD (AIG)

AmeriGas (9220)

AmeriGas (9335)

Andrade, Maria

Andrew Kaplan, Esquire

Anne Arundel County (Annapolis, Md)

Anne Arundel County Water and Wastewater

Anthem, Inc.

Aon plc

AON Premium Finance, LLC
APS

AQUA IL

Aqua Indiana, Inc.

Aqua New Jersey Inc. (70279)

Aqua Ohio Inc.

Aqua Pennsylvania Inc. (70279)

Aquarion Water Company of CT

Arapahoe County Tax Collector (Littleton,  Co)

Arapahoe Crossings, Lp

Arizona Corporation Commission

Arizona Department Of Economic

Arizona Department Of Revenue

Arkansas Dept Of Finance & Administration

Arkansas Dept Of Health

Arkansas Insurance Department

Arkansas Secretary Of State

Arkansas State Plant Bd (Little Rock, Ar)
Arlington Utilities

Arnold & Porter Kaye Scholer LLP

Ashley Furniture
Ashton Woods Limited Partnership
Aspen Insurance Holdings Limited

Assessment & Taxation Portland, Or

Assessor Collector Of Taxes (Beaumont, Tx)
AT&T

AT&T Mobility

Atlantic City Electric

Atmos Energy (630872/740353)

Auditor Of State - Little Rock, Ar
Aurora Water (City of Aurora, CO)

Austin/Travis County Health & - Austin, Tx
AVALARA INC

AVI FOODSYSTEMS INC

AXA XL

AXA XL (Indian Harbor)

AXA XL/XL Insurance America Inc.

AXIS Insurance Co

Axis Surplus Insurance Company
BAKER & HOSTETLER LLP

BAKER MCKENZIE

Baldwin Co Sales & Use Tax Dep - Bay Minette, Al

Baldwin County - Robertsdale, Al

Baldwin County Judge Of Probate - Bay Minette, Al

Baldwin County Revenue Comm (Bay Minette, Al)

Baldwin County Tax Commission (Atlanta, Ga)

Banc of America Leasing & Capital, LLC

Bank of America, N.A.

Bay County Tax Collector (Panama City,  Fl)

Bear Creek Partners I Llc

Beazley (Lloyd's Syndicate 2623/623)

Beazley Insurance Company, Inc.

Belmont County Health Dept (Saint Clairsville, Oh)

Belmont County Treasurer (Saint Clairsville, Oh)

Belmont County Water & Sewer District

BENESCH FRIEDLANDER COPLAN &

Berkeley Research Group, LLC

Berkshire Gas Company

Berkshire Hathaway Specialty Insurance Co.

BGE

BIG HOLDINGS 1 LLC

Black Hills Energy

BlackRock, Inc.

Bluegrass Partners Llc

Board Of County Commissioners (Miami, Fl)

Board Of Equalization - Sacramento, Ca

Boulder County Public Health - Boulder, Co

BRADLEY ARANT BOULT CUMMINGS

Bre Retail  Residual Owner 1 Llc

Bre Retail Np Memphis Commons Owner Llc

Bre Retail Np Owner 1 Llc

Bre Retail Residual Nc Owner L.P.

Bre Retail Residual Owner 1 Llc (Attn: G. C.)

Bre Retail Residual Owner 1 Llc (Regional Counsel)

Bre Retail Residual Shoppes At Valley Forge Owner Llc

BrightRidge

Brixmor Coconut Creek Owner, Llc

Brixmor Ga Apollo Ii Tx Lp

Brixmor Ga Panama City, Llc

Brixmor Ga Washtenaw Fountain, Llc

Brixmor Holdings 12 Spe, Attn:General Counsel

Brixmor Holdings 12 Spe, Llc

Brixmor Lehigh Sc Llc

Brixmor Miracle Mile Llc

Brixmor Property Group

Brixmor Spe 4 Llc

Brixmor Watson Glen, Llc

Brixmor/Ia Cayuga Plaza Llc
Brixmor/Ia Rutland Plaza, Llc
Broadway Square Company
Broward County Tax Collector - Fort Lauderdale, Fl
Brown County Health Dept - Green Bay, Wi
Brown County Treasurer - Green Bay, Wi
Brunswick Limited Partnership
Bureau Of Alcohol Tobacco And - Pittsburgh, Pa
Bureau Of Plant Industry - Lincoln, Ne
Bureau Of Revenue And Taxation - Gretna, La
Bureau Of Revenue Collections (Baltimore, Md)
Burlington City Tax Collector - Burlington,  Nc
C.N.A
Ca New Plan Sarasota, Lp (Attn: Sales Audit Dept.)
California Dept Of Public Health - Sacramento, Ca
California Property Owner I, Llc
California Secretary Of State - Sacramento, Ca
California Water Service-Bakersfield
California Water Service-Chico
California Water Service-Livermore
California Water Service-Rancho Domingue
California Water Service-Salinas
California Water Service-Stockton
Calvert County Tax Collector - Prince Frederick,  Md
Cambridge Investments, Inc
Campbell County Fiscal Court - Cincinnati, Oh
Canadian/Ref/Tax - Brantford, On
Carrington Capital Llc
Carson City Treasurer - Carson City, Nv
Cascade Natural Gas
Ccdb-Fire Prevention Bureau - Las Vegas, Nv
Cdfa - Sacramento, Ca
Cedar-Timpany, Llc (Brenda J. Walker)
Cellville City Clerk - Belleville, Il
CenterPoint Energy (1325/4981/2628)
CenterPoint Energy (1423)
CenterPoint Energy (2006)
CenterPoint Energy (4849)
CenterPoint Energy (Minnegasco/4671)
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Cf Partners Llc
Charleston Water System
Chattanooga Gas Company (5408)

Chattanooga City Treasurer - Chattanooga, Tn
Chelan County Public Utility District
CHEP USA
Chesapeake Utilities
Chesterfield County - Chesterfield, Va
Chesterfield County Tax Collector - Chesterfield,  Va
Chicago Dept Of Revenue - Chicago, Il
Choate, Hall & Stewart LLP
Chub Associates
Chubb Bermuda Insurance Ltd.
Cicero 8148 Llc
Citizens Bank, N.A.
Citizens Energy Group (7056)
City Income Tax Bureau - Allegheny College, Pa
City of Austin, TX
City Of Boulder - Boulder, Co
City of Cambridge, OH (Utilities Dept)
City of Carlsbad (Utility Billing Division)
City Of Charlotte - Charlotte, Nc
City Of Chattanooga - Chattanooga, Tn
City Of Chico - Los Angeles, Ca
City Of Clearwater - Clearwater, Fl
City of Columbia, SC (Water)
City Of Culver City - Fresno, Ca
City Of Dallas - Dallas, Tx
City of Dallas, TX
City Of Davenport - Davenport, Ia
City of Davenport, IA
City Of Decatur - Birmingham, Al
City Of Decatur - Decatur, Al
City Of Denton - Dallas, Tx
City of Denton, TX
City of DeSoto, TX (Utilities)
City of Dunkirk Water Department - NY
City Of Durham - Durham, Nc
City of Durham, NC (Sewer/Water)
City Of Erie - Bureau Of Reven - Baldwin, Pa
City Of Erie Bureau Of Revenue - Erie, Pa
City Of Flint - Flint, Mi
City of Fort Lauderdale, FL
City of Galveston, TX
City Of Garland - Garland,  Tx
City Of Garland Health Dept - Garland, Tx
City Of Glendale - Glendale, Az

City of Glendale, AZ/500

City of High Point, NC

City Of Hollywood - Hollywood, Fl
City of Hollywood, FL

City Of Houston - Houston, Tx

City Of Houston Health & Human - Houston, Tx
City of Houston, TX (Water/Wastewater)

City Of Huntsville - Huntsville, Al

City Of Joplin - Joplin, Mo

City Of Joplin Health Dept - Joplin, Mo
City of Joplin, MO

City of Las Vegas (Sewer)

City Of Long Beach - Long Beach, Ca
City of Long Beach, CA

City Of Mckinney - Mckinney, Tx

City Of Mckinney Code Svc/Food - Mckinney, Tx
City of McKinney, TX

City Of Memphis, Tennessee - Memphis, Tn

City Of Mesa - Mesa, Az

City Of Miami - Miami, Fl

City Of Miami Gardens - Miami Gardens, Fl

City Of New Braunfels - New Bruanfels, Tx

City Of New Orleans - New Orleans, La

City Of Newport News - Newport News, Va
City of North Las Vegas, NV (Finance Dep)

City Of Novi - Detroit, Mi
City of Oklahoma City, OK

City of Panama City, FL

City Of Pasadena - Pasadena, Ca
City of Pensacola, FL

City Of Philadelphia - Philadelphia, Pa

City Of Phoenix - Phoenix, Az

City Of Plano - Plano, Tx

City Of Portage - Portage, Mi
City of Portage, MI

City Of Portland - Portland, Or
City of Raleigh, NC

City of Richardson, TX

City of Rio Rancho (Water and Wastewater)

City Of Roswell - Dallas, Tx

City Of Sacramento - Sacramento, Ca
City of Sacramento, CA (Dept of Utilities)

City Of San Diego - San Diego, Ca

City Of San Jose - San Francisco, Ca

City Of San Marcos - San Marcos, Ca

City Of Santa Clara - Santa Clara, Ca

City of Santa Clara, CA

City of Santa Fe, NM

City Of Sarasota - Sarasota, Fl

City of Seattle/Seattle City (Light)

City of St. Augustine, FL

City Of Tampa - Tampa, Fl

City of Tampa Utilities

City of Temple, TX

City of Toledo (Dept of Public Utilities)

City Of Tucson - Tucson, Az

City of Tucson, AZ

City of Tulsa (Utilities)

City Of Tulsa Dept Of Finance - Tulsa, Ok

City of Warsaw (Wastewater Payment Office)

City Of White Bear Lake - Saint Paul, Mn

City Of Woodstock - Woodstock, Ga

City Utilities of Springfield, MO

Clark, Michael

Clay Electric Cooperative (308)

Cleco Power LLC

Clerk Of Circiut Court - Frederick, Md

Clerk Of Circuit Court - Manassas, Va

Clerk's Office - Harrisonburg, Va

Cobb County Tax Collector - Marietta,  Ga

Cobb EMC

Collector Of Revenue - Saint Louis, Mo

College Square Associates Llc

College Station Utilities - TX

Colorado Dept Of Agriculture - Denver, Co

Colorado Dept Of Agricuture - Broomfield, Co

Colorado Dept Of Revenue - Denver, Co

Colorado Dept Of Revenue - Lakewood, Co

Colorado Springs Utilities

Colorado State Treasurer - Denver, Co

Columbia Gas of Kentucky

Columbia Gas of Maryland - GTS

Columbia Gas of Ohio

Columbia Gas of Ohio - GTS

Columbia Gas of Pennsylvania

Columbia Gas of Virginia

Columbia Group Ltd.

Columbus City Treasurer

Columbus City Treasurer - Columbus, Oh

Comdisco Inc - Des Plaines, Il
ComEd

Commissioner Of Insurance - Baton Rouge, La

Commissioner Of Revenue - Hartford, Ct

Commonwealth Code Inspection - Chambersburg, Pa

Commonwealth Of Massachusetts - Boston, Ma

Commonwealth Of Massachusetts - Danvers, Ma

Commonwealth Of Pennsylvania - Harrisburg, Pa

Commonwealth Of Pennsylvania - Philadelphia, Pa

Commonwealth Of Virginia - Richmond, Va

Community Water Company of Green Valley

COMPASS GROUP

Comptroller Of Florida - Tallahassee, Fl

Comptroller Of The Treasury - Annapolis, Md

Connecticut Dept Of Revenue - Hartford, Ct

Connecticut Natural Gas Corp (CNG)

Connecticut Secretary Of State - Hartford, Ct

Connexus Energy

Consolidated Waterworks District #1

Constellation NewEnergy (4640)

Constellation NewEnergy Gas Div LLC (5473)

Consumers Energy

Continental Casualty Company

Contra Costa County - Concord, Ca

Contra Costa County Tax Collec - San Francisco, Ca

Contra Costa County Tax Collector - Los Angeles,  Ca

Contra Costa County Treasurer - Martinez, Ca

Contra Costa Health Services - Martinez, Ca

Cook County Dept Of Public Health - Bridgeview, Il

Cook County Treasurer - Chicago, Il

Cooper Elliott
Core Acquisitions

Corporations Division - Baton Rouge, La

Corpus Christi-Nueces County - Corpus Christi, Tx
CoServ

County Of Durham - Durham, Nc

County Of Fairfax - Fairfax, Va

County Of Fairfax Office Of Finance - Fairfax, Va

County Of Lexington - Charlotte, Nc

County Of Lexington - Lexington, Sc

County Of Los Angeles - Los Angeles, Ca

County Of Los Angeles - Norwalk, Ca

County Of Los Angeles - South Gate, Ca

County Of Los Angeles Tax Coll - Los Angeles, Ca
County Of Loudoun - Leesburg, Va
County Of Merced - Merced, Ca
County Of Orange - Santa Ana, Ca
County Of Riverside - Riverside, Ca
County Of Sacramento - Ranch Cordova, Ca
County Of Sacramento - Sacramento, Ca
County Of Sacramento Emd - Mather, Ca
County Of San Bernardino - San Bernardino, Ca
County Of San Diego - San Diego, Ca
County Of San Joaquin - Stockton, Ca
County Of San Luis Obispo - San Luis Obispo, Ca
County Of Santa Clara - San Jose, Ca
County Of Ventura - Ventura, Ca
County Of Ventura Departments - Carmarillo, Ca
County Of Volusia - Jacksonville, Fl
County Of Volusia - Tampa, Fl
County Of Volusia Financial - Daytona Beach, Fl
Courtyard Acquisitions Llc
Coweta-Fayette EMC
Cpm Associates, L.P.
CPS Energy
Crossroads Towne Center Llc
Csn Llc
Customs & Border Patrol
Dallas County - Selma, Al
Dallas County Clerk - Dallas, Tx
Dallas County Tax Assessor - Dallas, Tx
Dalton Utilities
DATA 2 LOGISTICS
Dauphin Plaza Llc
Dc Treasurer - Washington, Dc
Ddr Carolina Pavilion Lp
Deer Park Isd Tax Office - Deer Park, Tx
Dekalb County (71224/105942)
Dekalb County Tax Commission - Atlanta`, Ga
Delaware County Auditor - Delaware, Oh
Delaware County Health Dept - Muncie, In
Delaware County Treasurer - Delaware, Oh
Delaware County Treasurer - Muncie, In
Delaware Dept Of Agriculture - Dover, De
Delaware Dept Of Finance - Wilmington, De
Delaware Dept Of Labor - Philadelphia, Pa
Delaware Division Of Revenue - Wilmington, De

Delaware General Health Dist - Delaware, Oh
Delaware State Escheator - Wilmington, De
Delhaize Us Holding Inc
Delmarva Power (DE/MD/VA/17000/13609)
Delta Natural Gas Co Inc
DEMCO (Dixie Electric Membership Corp)
Demoulas Super Markets, Inc
Dennis Johnson
Denver County Tax Collector - Denver,  Co
Denver Dept Of Excise & Licenses - Denver, Co
Denver Manager Of Revenue - Denver, Co
Departmement Of Conservation - Sacramento, Ca
Department Of Housing - Frankfort, Ky
Department Of Labor&Industry - Harrisburg, Pa
Department of Public Utilities/SC
Department Of Revenue - Atlanta, Ga
Department Of Revenue - Helena, Mt
Department Of State - Denver, Co
Department Of State - Harrisburg, Pa
Department Of State - Tallahassee, Fl
Department Of Tax And Revenue - Charleston, Wv
Dept Of Agriculture - Augusta, Me
Dept Of Alcholic Bev Control - Sacramento, Ca
Dept Of Finance & Admin - Little Rock, Ar
Dept Of Financial Institutions - Milwaukee, Wi
Dept Of Inspections & Appeals - Des Moines, Ia
Dept Of Insurance & State - Tallahassee, Fl
Dept Of Labor & Training - Cranston, Ri
Dept Of Plant Industry - Pendleton, Sc
Dept Of Revenue Services - Hartford, Ct
Dir Of Taxation - Topeka, Ks
Direct Energy (643249/660749)
DISTRIBUTION SOLUTIONS
District Court 12-1-01 - Harrisburg, Pa
Div Of State Police Records - West Trenton, Nj
Division Of Occupational Safety - San Bernardino, Ca
Division Of Public Health - Indianapolis, In
Division Of Regulatory Svcs - Lexington, Ky
Division Of Revenue - Lexington, Ky
Division Of State Lands - Salem, Or
Division Of Taxation Rhode Is - Providence, Ri
Division of Water and Wastewater, OH
Dominion Energy (27031)
Dominion Energy North Carolina

Dominion Energy Ohio (26785)

Dominion Energy South Carolina

Dominion VA/NC Power (26543/26666)

Douglas County Tax Collector - Medford, Or

Dps Associates

Dt Route 22 Retail Llc

DTE Energy (630795/740786)

Duke Energy/1094

Duke Energy/1326/1327

Duquesne Light Company

Eagle Enterprises Of Jefferson Inc

Edgewater Partnership Lp

Edgewood Partners Insurance Center ("EPIC")

El Dorado Co. Recorder/Clerk - Placerville, Ca

El Dorado County - Placerville, Ca

El Dorado County Tax Collector - Placerville,  Ca

El Dorado Environmental Mgmt - Placerville, Ca

El Paso County Colorado - Colorado Springs, Co

El Paso County Dept. Of Health & - Colorado Springs, Co

El Paso Electric (650801)

El Paso Tax Assessor-Collector - El Paso,  Tx

El Paso Water Utilities

Elizabethtown Gas (6031)

Elizabethtown Utilities, KY

Elk Grove Water Works, CA

Employment Security Dept - Seattle, Wa

EMWD-Eastern Municipal Water District

Encorp Pacific (Canada) - Burnaby, Bc

Endurance American Insurance Company (Sompo)

Energo (51024)

Energy Management Systems (Dept 2159)

Energy West - Montana

ENGIE INSIGHT

Engie Power & Gas LLC (411330)

Engie Resources (9001025/841680)

Entergy Arkansas, Inc. (8101)

Entergy Gulf States LA, LLC (8103)

Entergy Louisiana, Inc. (8108)

Entergy Mississippi, Inc. (8105)

Entergy Texas, Inc. (8104)

EPB

EPCOR Water (37782)

Epra - Truro, Ns

Escambia County Tax Collector - Pensacola,  Fl

Espinoza Ramirez, Carlos

Eugene Water & Electric Board (EWEB)

Everest Indemnity Insurance Company

Evergy (KS MO Metro MO West 219330/219703)

Evergy Kansas Central (219915/219089)

Eversource Energy (55215)

Eversource Energy (56002)

Eversource Energy (56003)

Eversource Energy (56004)

Eversource Energy (56005)

Eversource Energy (660753/56007)

EXPRESS SERVICES INC

F & F Investments, Llc

Fairfield Property, Llc

Family D, Llc

Faraday (Lloyds Of London)

Fayetteville Public Works Commission

Federal Insurance Company

Federal Trade Commission

Fidelis Insurance Bermuda Limited

Fifth Third Bank, National Association

Fifth/Grand (Holdings), Llc

Finmarc Raleigh Llc

FIRST Insurance Funding (a Division of Lake Forest Bank & Trust Company, N.A.)

First Utility District of Knox County

FISH & RICHARDSON PC

Five Town Station Llc

Flint EMC

Florida City Gas (22614)

Florida Department Of State - Tallahassee, Fl

Florida Department Revenue - Tallahassee, Fl

Florida Dept Of Agr And Consumer - Tallahassee, Fl

Florida Dept Of Agriculture - Tallahassee, Fl

Florida Dept Of Financial Svc - Tallahassee, Fl

Florida Fish and Wildlife Conservation Commission

Florida Public Utilities (825925)

Floyd, Samuel

FMR LLC

Food And Drug Administration - St Louis, Mo

Food Lion, Llc

Forsyth Co Business License - Cumming, Ga

Fort Worth Water Department

Forum Holdings, Llc

Founder, Inc.

Foundry Commercial
Fox Run Limited Partnership
FPL Northwest FL

Franchise Tax Board - Sacramento, Ca

Franklin Square Lp

Frisco Development Services - Frisco, Tx

Frisco Isd - Frisco, Tx

Fulton County Clerk - Atlanta, Ga

Ga Dept Of Revenue - Atlanta, Ga

GAI Insurance Company, Ltd.

Gainesville Regional Utilities

GCWW (Greater Cincinnati WW)

Gdc Investment Company

Gen Treasurer State Of Ri - Providence, Ri
Geodis SA

GEODIS USA LLC
Georgia Dept Of Agriculture - Atlanta, Ga
Georgia Natural Gas (71245)

Georgia Power

GEUS/City of Greenville, TX

Ggcal Rsc Llc

Goal Investment Inc
GORDON REES SCULLY & MANSUKHANI LLP

Gpr Investments Llc

Grand Central Parkersburg Llc
Grant County Public Utility District

Grant County Tax Collector - Ephrata,  Wa

Grapevine Colleyville Tax Office - Grapevine, Tx

Gratiot, Llc
Great American Spirit Ins. Company

Green Mountain Power Corporation

GREENBERG TRAURIG LLP

Greenville Utilities Commission, NC

GreyStone Power Corporation (elec)

Gwinnett Co Water Resources

Hamilton County Auditor - Cincinnati, Oh

Hamilton Village Station Llc

Hap Property Owner, Lp

Harford County Clerk Of - Bel Air, Md

Harford County Environmental Health - Bel Air, Md

Harford County Government - Baltimore, Md

Harris County - Houston, Tx
Harris County (MUD 102)

Harris County (MUD 81)

Harris County Clerk - Houston, Tx

Harris County Fwsd - Houston, Tx

Harris County M.U.D. # 102 - Friendswood, Tx

Harris County Mud #285 - Houston, Tx

Harris County Mud #81 (Harris) - Houston, Tx

Harris County Tax Assessor-Collecto - Houston, Tx

Harrison Management Group Llc

HarveyCo LLC

Hawaii Dept Of Taxation - Honolulu, Hi

Hawaii State Tax Collector - Honolulu, Hi

Hc Mud #81 - Houston, Tx

HDI Specialty Insurance Company

Hennepin Co Environmental Heal - Hopkins, Mn

Hernandez-Mendoza, Jorge (George)

Hi-Desert Water District

Highland Management Company

Hillsborough County Tax Collector - Tampa,  Fl

Hiscox Insurance Company

Hobby Lobby Stores, Inc.

Honigman Llp

Hope Gas Inc

Houston I S D Tax Collection - Houston, Tx

Howard County Director Of Finance - Ellicott City, Md

HRSD/HRUBS

Hub International Limited

Hudson Insurance Company

Huntington National Bank

IBM Credit LLC

ICE MILLER LLP

Idaho Dept Of Employment - Boise, Id

Idaho Power

Idaho State - Boise, Id

Idaho State Department Of - Boise, Id

Idaho State Tax Commission - Boise, Id

Illinois Department Of Revenue - Springfield, Il

Illinois Dept Of Agriculture - Springfield, Il

Illinois State Treasurers Office - Springfield, Il

Imperial Irrigation District, CA

Indiana Department Of Revenue - Indianapolis, In

Indiana Equities Llc

Indiana Secretary Of State - Indianapolis, In

Industrial Development Board Of - Montgomery, Al

INFOSYS LIMITED

Intermountain Gas Company

Internal Revenue Service - Long Beach, Ca
Internal Revenue Service - Ogden, Ut
Internal Revenue Service - Washington, Dc
Iowa Dept Of Agriculture - Ankeny, Ia
Iowa Dept Of Revenue & Finance - Des Moines, Ia
Iowa Treasurer Of State - Des Moines, Ia
Irving Energy (70712)
Ja Investment Properties Llc
Jackson Energy Authority
Jacoby & Meyers Attorney LLP
James Hawkins, APLC
Jay Paschall-Turning Point - Brandon, Fl
JEA
Jefferson  County Collector - Hillsboro, Mo
Jefferson Co Treasurer - Louisville, Ky
Jefferson County Sheriff's Off - Louisville, Ky
Jefferson County Tax Collector - Louisville,  Ky
John W. Alpaugh
Johnson, Debra
Johnson, Mike
Johnston Co Tax Collection Dpt - Charlotte, Nc
Jones Lang Lasalle Americas, Inc.
Jones, Rickey
Kanawha Charleston Health - Charleston, Wv
Kanawha County Sheriff - Charleston,  Wv
Kansas City Board of Public Utilities
Kansas City Health - Kansas City, Mo
Kansas Department Of Agriculture - Topeka, Ks
Kansas Department Of Revenue - Topeka, Ks
Kansas Gas Service
Kansas State Treasurer - Topeka, Ks
Kenergy Corporation
Kent Holding, Llc
Kentucky Agricultural - Lexington, Ky
Kentucky Dept Of Agriculture - Frankfort, Ky
Kentucky Dept Of Revenue - Frankfort, Ky
Kentucky Dept Of Treasury - Frankfort, Ky
Kentucky State Treasurer - Frankfort, Ky
Kerns, Michele
Kerrville PUB
Keter Environmental Services
Kimco
Kimco Coral Springs 623 Llc
King Co Water (Dist 49)

King County Treasury - Seattle,  Wa
King, Michelle
Kirkland & Ellis Llp
Kite Realty Group, L.P.
Knox County Clerk - Knoxville, Tn
Knox County Health Department - Galesburg, Il
Knox County Health Dept - Mount Vernon, Oh
Knox County Health Dept - Vincennes, In
Knox County Tax Collector - Barbourville, Ky
Knox County Trustee - Knoxville,  Tn
KPMG LLP
Kr Collegetown, Llc
Kraus-Anderson, Incorporated
Kroger Limited Partnership I
KU-Kentucky Utilities Company
K-Va-T Food Stores Inc
L & R Real Estate Llc
LA County Waterworks
Lafayette Consolidated Government - Lafayette, La
Lafayette Parish School Board - Lafayette, La
Lafayette Parish Tax Collector - Lafayette, La
Lafayette Station Llc
Lakeview Light & Power Co.
Lancaster Public Health Center - Lancaster, Oh
Lane, David
Lansing Board of Water & Light
Larimer County Dept Of Health - Fort Collins, Co
Larimer County Tax Collector - Fort Collins,  Co
Latrobe Municipal Authority, PA
Law Office  of Greg K. Smith
Law Offices of William W. Green & Associates
LAW OFICES OF MICHAEL STEEL
LCEC- Lee County Electric Cooperative
LEVEL 3 COMMUNICATIONS
Lexington Utilities, NC
Lexington, (Village), Uy, Llc
LG&E - Louisville Gas & Electric
Liberty Mutual Insurance Company
Liberty Utilities - NH
Liberty Utilities (219094)
Liberty Utilities AZ
Liberty Utilities Georgia
Liberty Utilities New York (75463)
Liberty Utility CA (60144)

Liberty Utility Missouri (75660)

Lincoln Electric System

Lit Industrial Limited Partnership

Lloyds Of London

Lloyds Of London

Lloyds Of London - Inigo

Lloyds Of London - Rb Jones

Lloyds Of London- Hdi

Lloyds Of London/Hscox

Lloyds Of London-Canopius

Lloyds Of London-Kiln

London City Tax Collector - London,  Ky

London Utility Commission - London, Ky

Los Angeles Co Dept Of Health - Van Nuys, Ca

Los Angeles County - Los Angeles, Ca

Los Angeles County Clerk - Norwalk, Ca

Los Angeles County Health Dept - Lancaster, Ca

Los Angeles County Tax - Los Angeles, Ca

Los Angeles County Treasurer - Los Angeles, Ca

Los Angeles Daily News - Los Angeles, Ca

Louisiana Department Of Rev - Baton Rouge, La

Louisville Metro Health Dept - Louisville, Ky
Louisville Water Company

Lv Retail Llc

M&T Bank

M.B.D. Properties, Llc

Madeira Plaza Power Llc

Magic Valley Electric Co-op

Magna Carta Insurance Limited (Liberty)

Mahoney, Kathleen

Maine Bureau Of Taxation - Augusta, Me

Maine Dept Of Revenue - Augusta, Me
Maine Natural Gas, ME

Maldonado, Johnathan

Malon D. Mimms

Malone Plaza Partners Llc

Margarita Giannantonio

Marion County Health Dept - Indianapolis, In

Marion County Recorder - Indianapolis, In

Marion County Treasurer - Indianapolis, In

Market Square Shopping Center, Llc

Marketplace Associates, Llc

Marsh LLC

Marshall County Health Dept - Guntersville, Al

Marshall County Health Dept - Moundsville, Wv
Marshall County Tax Collector - Guntersville, Al
Marshall County Tax Collector - Moundsville,  Wv
Mason, Willie Ruth

MAYER LLP

Mayfield City Tax Collector - Mayfield,  Ky

Mcbh Parkway Crossing, Llc

Mcm Ii Llc
Meade County KY-Rural Electric

Meadowbrook V Lp

Meckleburg County - Charlotte, Nc

Media Storm LLC
Metropolitan Life Insurance Company

Metropolitan St. Louis Sewer (Dist/437)

Michigan Dept Of Labor - Lansing, Mi

Michigan Dept Of Treasury - Lansing, Mi
Michigan Gas Utilities

Michigan Tax Tribunal - Lansing, Mi

Mickey Keenan, PA
MidAmerican Energy Company

Middlesex Water Company

Milford Associates
Miller, Kris

Milwaukee City Collector (Milwaukee) - Milwaukee,  Wi

Minnesota Dept Of Agriculture - Saint Paul, Mn

Minnesota Dept Of Commerce - Saint Paul, Mn

Minnesota Dept Of Revenue - St Paul, Mn
Minnesota Energy Resources

Minnesota Secretary Of State - Saint Paul, Mn

Mississippi Dept Of Agricult. - Jackson, Ms

Mississippi Dept Of Revenue - Jackson, Ms
Mississippi Power

Mississippi Sect'y Of States - Jackson, Ms

Mississippi State Treasurer - Jackson, Ms
Missouri American Water

Missouri Dept Of Agriculture - Jefferson City, Mo

Missouri Dept Of Revenue - Jefferson City, Mo

Missouri Division Of - Jefferson City, Mo

Missouri Secretary Of State - Jefferson City, Mo
Mitsubishi HC Capital America

Moncks Corner Center, Llc

MONTANA DEPARTMENT OF AGRTE - HELENA, MT

MONTANA DEPARTMENT OF REVENUE - HELENA, MT
Montana-Dakota Utilities Co

Montgomery County - Rockville, Md
Montgomery County Health Department - Pottstown, Pa
Montgomery County Tax Collector - Philadelphia,  Pa
Montgomery Village Llc
MOORE & VAN ALLEN PLLC

Morgan & Morgan
Morgan & Morgan Atlanta, PLLC
Morgan & Morgan Orlando, PA
Morgan & Morgan Tampa PA
Morgan & Morgan Tampa, PA
Morgan & Morgan, Kentucy PLLC
Morgan & Morgan, PA
Morgan County - Decatur, Al
MORGAN LEWIS & BOCKIUS LLP

Mountain Water District
Mountaineer Gas (580211)

Mt. Airy Prtnshp

MUFG Bank, Ltd.
Municipal Revenue Collection - San Juan, Puerto Rico
Murfreesboro City Tax Collector - Murfreesboro,  Tn
Myers, Michael
N Carolina Secretary Of State - Raleigh, Nc
Nash County Tax Collector - Nashville, Nc
Nashville Electric Service
National Fuel (371835)
National Fuel Resources (9072/371810)
National Grid (371396)
National Grid (New York/371376)
National Grid (Pittsburgh/371338)
National Grid (Pittsburgh/371382)
National Union Fire Insurance Co of Pittsburgh, PA
National Union Fire Insurance Company of PA (AIG)
Nationwide Mutual Insurance Company
Nautillius Insurance Co. (WRB)

Navajo County Public Health - Holbrook, Az
Navajo County Treasurer - Holbrook, Az
Ncda & Cs Budget & Finance - Raleigh, Nc
Neenah Water Utility

Nestle Waters Closeouts - Stamford, Ct

Netstreit Lp

Nevada Department Of Taxation - Las Vegas, Nv
Nevada Dept Of Agriculture - Sparks, Nv
Nevada Secretary Of State - Carson City, Nv
New Braunfels Utilities, TX

New Hampshire Dept Of Revenue - Concord, Nh
New Jersey Dept Of Agriculture - Trenton, Nj
New Jersey Dept Of Finance - Trenton, Nj
New Jersey Div Of Taxation - Trenton, Nj
New Mexico Dept Of Agriculture - Las Cruces, Nm
New Mexico Gas Company
New River Light & Power Company/NC

New York Department Of State - Albany, Ny
New York State Corporation Tax - Albany, Ny
New York State Department Of - Albany, Ny
New York State Department Of - Buffalo, Ny
New York State Dept Taxation And - Albany, Ny
New York State Sales Tax - New York, Ny
Newport News Waterworks

Newsem Tyrone Gardens Property Owner,Llc
Nexus Capital Management LP

Nicholas County Health Dept - Summersville, Wv
Nicor Gas (2020/0632/5407)

NJNG

Noble Management Company
North Carolina Department Of - Raleigh, Nc
North Carolina Dept Of Revenue - Raleigh, Nc
North Carolina Dept Of State - Raleigh, Nc
North Central Dist Health Dept - Shelbyville, Ky
North Central Iowa - Mason City, Ia
North Dakota Dept Of Trust Lands - Bismarck, Nd
North Pointe Centre, Llp
North Rock Insurance Company Limited (CNA)
Northern Indiana Public Serv Co (NIPSCO)
NorthWestern Energy, MT
NORTON ROSE FULBRIGHT US LLP
NOVEC
NV Energy (30073 North Nevada)
NV Energy (30150 South Nevada)
NW Natural
Nyc Department Of Finance - Kingston, Ny
Nyc Department Of Finance - New York, Ny
Nyc Dept Of Finance - Brooklyn, Ny
Nys Assessment Receivables - Binghamton, Ny
Nys Dept Of Taxation & Finance - Albany, Ny
Nys Employment Taxes - New York, Ny
Nys Tax Dept - Albany, Ny
NYSEG-New York State Electric & Gas

Oak Street Real Estate Capital

Oakadoaks LLC & Roberts, Matthew

Oakland Realty Company, Inc.

Obsidian Specialty Insurance

Odjfs - Columbus, Oh

Office Of Finance & Treasury - Washington, Dc

Office of General Counsel, Office of the U.S. Trade Representative

Office Of Indiana State - West Lafayette, In

Office Of Tax Revenue - Washington, Dc

Office of the Assistant Chief Counsel International Trade Litigation, U.S. Customs and Border Protection

Office Of The State Treasurer - Pierre, Sd

Office Of The Texas State Chem - College Station, Tx

OG&E -Oklahoma Gas & Electric Service

Ohio Department Of Taxation - Columbus, Oh

Ohio Secretary Of State - Columbus, Oh

Oklahoma County Treasurer - Oklahoma City, Ok

Oklahoma Dept Of Agriculture - Oklahoma City, Ok

Oklahoma Office Of State Treas - Oklahoma City, Ok

Oklahoma State Dept Of Health - Oklahoma City, Ok

Oklahoma Tax Commission - Oklahoma City, Ok

Old Orchard Brands Llc - Chicago, Il

Omaha Public Power District

Optum Financial, Inc.

OptumRx

Orange County Auditor-Controll - Santa Ana, Ca

Orange County Clerk Recorder - Santa Ana, Ca

Orange County Health Care - Santa Ana, Ca

Orange County Recorder - Santa Ana, Ca

Orange County Reporter - Santa Ana, Ca

Orange County Tax Collector - Santa Ana, Ca

Oregon Department Of - Salem, Or

Oregon Dept Of Revenue - Salem, Or

Oregon Employment Dept. - Salem, Or

Oregon Secretary Of State - Portland, Or

Oregon Secretary Of State - Seattle, Wa

Orlando Utilities Commission

Otay Water District

Otterbourg P.C.

Owensboro Municipal Utilities (OMU)

Oxford Development Company

Pacific Gas & Electric

Pacific Realty Associates, L.P.

Pacific Resources Associates Llc

Pacific Resources Associates, Llc

Palm Beach County Tax Collector - West Palm Beach, Fl

Palm Beach County Water Utilities Dept

Palms Crossing Town Center, Llc

Parish Of East Baton Rouge - Dallas, Tx

Parish Of St Bernard - Chalmette, La

Parish Of St Mary Sales & Use Tax - Morgan City, La

Parish Of St Tammany - New Orleans, La

Partner Re-Insurance Ltd.

Pasadena Independent School - Pasadena, Tx

PECO (37629)

Pedernales Electric Cooperative, Inc.

Penelec/3687

Penn Power

Pennsylvania American Water

Pennsylvania Dept Of Agri. - Tunkhannock, Pa

Pennsylvania Municipal Service - Oakmont, Pa

People of the State of California

Peoples (644760)

PEPCO (Potomac Electric Power Company)

Philadelphia Gas Works

Philips & Associates

Piedmont Natural Gas

Pierce, Karen

Pinellas County - Clearwater, Fl

Pinellas County Tax Collector - Tampa,  Fl

Pinellas County Utilities, FL

Pinnacle Properties Ii, Llc

Plaza At Buckland Hills, Llc

Plaza North Investors Llc

PNC Bank, National Association

PNM

Port Orange Retail I, Llc

Portland General Electric (PGE)

POTOMAC EDISON

PPL Electric Utilities (419054)

PPL Electric Utilities/Allentown

Pratt Street Capital, Llc

Pricewaterhousecooper Llp - Columbus, Oh

PRICEWATERHOUSECOOPERS LLP

Prince George County - Largo, Md

Prince George County Tax Collector - Prince George,  Va

Prince George County Treasurer - Prince George, Va

Prince George County Utility Department

Prince George's County - Baltimore, Md

Prince George's County Gvmt - Largo, Md

Prince William County - Prince William, Va

PROCTER & GAMBLE
Protective Life Insurance Company
PSE&G-Public Service Elec & Gas Co

PSEGLI

Pueblo County Tax Collector - Pueblo,  Co
Puget Sound Energy

Raleigh Enterprises, Llc
Rappahannock Electric Coop

Recorder/County Clerk - San Diego, Ca
Red Mountain Asset Fund I, Llc
REED SMITH LLP

Republic Services #046

ReStore Capital (BIG), LLC
RETAIL LOGISTICS EXCELLENCE RELEX O

RG&E - Rochester Gas & Electric

Rhode Island Department Of - Providence, Ri
Rhode Island Energy

Rio Grande Investment Inc

River Oaks Properties Ltd

River Park Properties Llc
Roanoke Gas Company

Rpt Realty Lp

Rref Iv D Mlvn Pa Llc

Rsh, Llc
RSUI Indemnity Company

Sacramento County Planning Dpt - Sacramento, Ca

Sacramento County Tax - Sacramento, Ca

Sacramento County Treasure - Sacramento, Ca
Sacramento County Utilities

Sacramento Suburban Water District

Safeway Inc.

Safeway Inc. (Attn: Real Estate Law)

Saint Louis County Collector Of Revenue - St. Louis,  Mo

Saint Paul Ramsey County Dept - Saint Paul, Mn

Sales Tax Division - Birmingham, Al

Salisbury Holdings, L.P.

Salt Lake County Assessor - Salt Lake City, Ut

San Antonio Metro Health Dist - San Antonio, Tx
San Antonio Water System, TX

San Diego Business Journal - San Diego, Ca
San Diego Gas & Electric

San Francisco Tax Collector - San Francisco, Ca
San Gabriel Valley Water Company

San Joaquin County Phs/Ehd - Stockton, Ca
San Jose Water Company

San Mateo County Environmental - San Mateo, Ca

San Mateo County Tax Collector - Redwood City, Ca

Sangamon County Dept Of Public - Springfield, Il
Santee Cooper

Sarasota County Florida - Sarasota, Fl

Saul Holdings Limited Partnership

Sc Department Of Revenue - Columbia, Sc
Scana Energy (105046)

Scdca - Columbia, Sc
SCV Water - Santa Clarita Division

SEA LTD

SEALY INC
Secretary Of Agriculture - Des Moines, Ia

Secretary Of State - Austin, Tx

Secretary Of State - Baton Rouge, La

Secretary Of State - Hartford, Ct

Secretary Of State - Jackson, Ms

Secretary Of State - Pierre, Sd

Secretary Of State - Salem, Or

Secretary Of State Annual Reports - Concord, Nh

Secretary Of State Corporate - Jackson, Ms

Secretary Of State Corporate - Montgomery, Al

Secretary Of State Ri - Providence, Ri

Secretary Of State-Nj - Trenton, Nj

Secretary Of Treasury - San Juan, Puerto Rico
Sedgwick Claims Management

Semco Energy Gas Company

Seminole Properties Llc

Serta Inc.
Sfh, Llc
Shelby Township Dept of Public Works

Sheriff Of Mercer Co - Princeton, Wv

Silver Bridge Lp

Simon & Simon, PC
Sky New York Holdings Llc
SMECO (Southern Maryland Electric Coop)

Smith, Teresa

Smith, Terri

Snapping Shoals EMC

Snohomish County PUD

Soar Management Inc

Sonoma County Herald Recorder - Santa Rosa, Ca

South Carolina Dept Of Revenue - Columbia, Sc
South Jersey Gas Company
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southgate Plaza, Llc
Southgate Water Department, MI
Southwest Gas
Southwestern Electric Power
Spire/Birmingham
Sprague Operating Resources LLC (536469)
Sprague Operating Resources LLC (782532)
SRP - Salt River Project/2951
St Johns County Tax Collector - Saint Augustine,  Fl
St Lucie County Tax Collector - Fort Pierce, Fl
St Vincent Depaul Stores Inc
St. Charles Plaza Llc
Starr Indemnity & Liability Company
Starstone Specialty Ins Co
State Of Alabama - Montgomery, Al
State Of Alaska - Juneau, Ak
State Of Arizona - Phoenix, Az
State Of Arkansas - Little Rock, Ar
State Of California - Sacramento, Ca
State Of Colorado - Denver, Co
State Of Colorado - Lakewood, Co
State Of Connecticut - Hartford, Ct
State Of Delaware - Wilmington, De
State Of Hawaii - Honolulu, Hi
State Of Idaho - Boise, Id
State Of Louisiana - Baton Rouge, La
State Of Maryland Comptroller - Baltimore, Md
State Of Michigan - Lansing, Mi
State Of Missouri - Jefferson City, Mo
State Of Montana - Helena, Mt
State Of Nevada - Las Vegas, Nv
State Of Nevada - Phoenix, Az
State Of Nevada Business Tax Return - Las Vegas, Nv
State Of New Hampshire - Concord, Nh
State of New Jersey
State Of New Jersey - Newark, Nj
State Of New Jersey - Trenton, Nj
State Of New Mexico Taxation - Santa Fe, Nm
State of New York

State Of North Dakota - Bismark, Nd

State of Tennessee

State Of Texas - Waco, Tx

State Of Utah - Salt Lake City, Ut

State Of Utah Insurance Dept - Salt Lake City, Ut

State Of Washington Employment - Seattle, Wa

State Of West Virginia - Charleston, Wv

State Of Wisconsin - Madison, Wi

State of Wyoming Department of Workforce Services

State Tax Commission - Jackson, Ms

State Tax Department - Charleston, Wv

State Taxation Institute - Chicago, Il

State Treasurer Texas - Austin, Tx

State Treasurer Unclaimed Prop - Salt Lake City, Ut

Statesboro City Tax Collector - Statesboro,  Ga

Steadfast Insurance Company

STEPTOE & JOHNSON PLLC

Steven L. Chung, Esquire, LLC

Sts Equity Partners Llc

Suburban Propane (1136)

Suffolk County Department Of - Hauppauge, Ny

Sulphur Springs Valley Elec Coop

Sun Life and Health Insurance Company

Sungard Business Systems Llc - Jacksonville, Fl

Supervalu Inc

Symmetry Energy Solution LLC

T- MOBILE USA INC

Tarrant County Assessor - Fort Worth, Tx

Tarrant County Clerk - Fort Worth, Tx

Tarrant County Consumer Health - Fort Worth, Tx

Tarrent County Clerk - Fort Worth, Tx

Tax Collector - Jacksonville, Fl

TAX CREDIT CO

Tax Executives Institute Inc - Uniondale, Ny

Teco Tampa Electric Company

Teco: Peoples Gas

Tennessee American Water Company

The Vanguard Group, Inc.

THOMSON REUTERS WEST

Travelers Casualty and Surety Company of America

Travis County Dro - Austin, Tx

Travis County Tax Collector - Austin, Tx

Treasurer Of State - Augusta, Me

Treasurer Of State Of Ohio - Columbus, Oh

Treasurer Of Virginia - Merrifield, Va
Treasurer State Of Connecticut - Hartford, Ct
Treasurer State Of Illinois - Springfield, Il
Treasurer State Of Maine - Augusta, Me
Treasurer State Of Nh - Concord, Nh
Treasurer State Of Ohio - Reynoldsburg, Oh
Treasury Dept - Harrisburg, Pa
U.S. Bank National Association
United States of America
United States Treasury - Atlanta, Ga
United States Treasury - Cincinnati, Oh
UNITIL MA Electric & Gas Operations
UNITIL ME Gas Operations
UNITIL NH Gas Operations
University Of Kentucky - Lexington, Ky
UNS Electric Inc
UNS Gas Inc
Urban Edge Properties
US Bank National Association
US Department of Justice
Us Department Of Labor - Philadelphia, Pa
Us Fish & Wildlife Service - Atlanta, Ga
Us Fish & Wildlife Service, Office - Bloomington, Mn
Usda Aphis Vs Ncie - Riverdale, Md
Usda Paca - Manassas, Va
Utah Division Of Corp & Comm - Salt Lake City, Ut
Utah State Tax Commission - Salt Lake City, Ut
Utah State Treasurer - Salt Lake City, Ut
Utah Unemployment Compensation - Salt Lake City, Ut
Venture Partners Llc
Veolia Water New Jersey
Veolia Water Pennsylvania
Veolia Water Toms River
Verizon Wireless
Vermont Department Of Taxes - Montpelier, Vt
Vermont Gas Systems, Inc.
Vermont State Treasurers - Montpelier, Vt
VERTEX INC
VERTIV CORPORATION
Village Center, Llc
Virginia Department Of - Richmond, Va
Virginia Dept Of Taxation - Richmond, Va
Virginia Natural Gas (5409)
Visa - Interchange

Volunteer Energy Cooperative/Crossville

Volusia County Tax Collector - Deland,  Fl
Volusia County Water & Sewer
VORYS SATER SEYMOUR PEASE LLP

Vsc Corporation
VSP Vision Care, Inc.

Wa Dept Of Revenue - Seattle, Wa

Wadsworth Associates
Wang, Karen

Warren Co Tax Collector - Vicksburg, Ms

Warren Co Trustee - Mc Minnville, Tn

Warren County Clerk - Mc Minnville, Tn

Warren County Health Department - Oxford, Nj

Warren County Health District - Lebanon, Oh

Warren County Sheriff - Bowling Green, Ky

Warren County Tax Collector - Bowling Green,  Ky

Warren County Tax Collector - Front Royal,  Va

Washington Dept Of Revenue - Seattle, Wa

Washington Gardens I & Ii Lp

Washington Gardens I Lp
Washington Gas/37747

Washington State Department Of - Olympia, Wa

Washington State Gambling Comm - Olympia, Wa

Washington State Treasurer - Olympia, Wa

Washington State Treasurer - Seattle, Wa
Waste Management (4648)

Waste Management National Services, Inc.

WaterOne (Water Dist No 1 of Johnson Co)

Wayne County Health Dept - Wooster, Oh

Wayne County Tax Collector - Charlotte, Nc

Wayne County Treasurer - Detroit, Mi

Wc Properties Llc
WE Energies/Wisconsin Electric/Gas

Wegmans Food Markets, Inc.

Wells Fargo Bank, N.A.

Wells Fargo Bank, National Association
West Boca Center Llc
West Virginia American Water Company

West Virginia Dept Of Rev - Charleston, Wv

West Virginia State Division - Charleston, Wv

West Virginia State Tax Dept - Charleston, Wv

Western Properties Company

Westgate Shopping Center, Ltd.

White Oaks Plaza Llc

WhiteHawk Finance LLC
Williams, James

Wilshire Law Firm
Windward Partners Ii Ltd
Wisconsin Dept Of Agriculture - Madison, Wi
Wisconsin Dept Of Agriculture - Milwaukee, Wi
Wisconsin Dept Of Revenue - Madison, Wi
Wisconsin Dept Of Revenue - Milwaukee, Wi
Wisconsin Dept Of Revenue - Oshkosh, Wi
Wisconsin Public Service
Wy State Treasurers Office - Cheyenne, Wy
Wy State Use 2058499 - Cheyenne, Wy
Wyandotte County Treasurer - Kansas City, Ks
Wyoming Co Courthouse - Pineville, Wv
Wyoming Department Of Agriculture - Cheyenne, Wy
Wyoming Dept Of Revenue - Cheyenne, Wy
Wyoming State Treasurers Office - Cheyenne, Wy
Wyoming Unemployment Insurance - Casper, Wy
Xcel Energy
XL Insurance America, Inc.
Yee Hop Realty, Limited
Yorkshire Water District #1
Zurich American Insurance Company
Zurich Insurance Group

## **Exhibit 1**

**Engagement Letter**