**SIGN-IN SHEET**

| CASE NAME:   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  10/9/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kristin Going | MWE | Committee |
| Justin Alberto | Cole Schotz | " |
| Stacy Newman | " | " |
| Brian Resnick | Davis Polk | Debtors |
| Adam Shpeen | " " | " |
| Stephen Piraino | " " | " |
| Kevin Winiarski | " " | " |
| Jin McClammy | " " | " |
| Andrew Resnick | Morris Nichols | " |
| Casey Sawyer | " " | " |
| John H Knight | Richards Layton Finger | Gordon Brothers |
| James Drew | Otterbourg | " |
| | | |
| | | |

**CASE NAME:**

**CASE NO:**

**COURTROOM LOCATION:**

**DATE:**          at

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Linda Casey | UST | UST |
| Steve Heilmos | Ballard Spahr | Various Landlords |
| _illegible_ | _illegible_ | PLC |
| Jonathan Marshall | _illegible_ | PLC |
| JEFF CARAMS | Leech Tishman | Big Mifl2 Queues |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## SIGN-IN SHEET

| CASE NAME:   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  10/9/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| SHANTI KATINA | POLSINELLI | CH MERRIL /CROW |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Nova A. Alindogan | Ropes & Gray LLP | Ropes & Gray LLP | 1:00 PM | Zoom(Video and Audio) | yes |
| Yelena Archiyan | Katten Muchin Rosenman LLP | Realty Income Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew P. Austria | Austria Legal, LLC | Joffe Properties, LP | 1:00 PM | Zoom(Video and Audio) | yes |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 1:00 PM | Zoom(Video and Audio) | yes |
| Steven J Brown | Steve Brown & Associates, LLC | Show Low Yale Casitas and Southwestern Investment | 1:00 PM | Zoom(Video and Audio) | yes |
| Vincent M. Cahill | Davis Polk & Wardwell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeff Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C. | Sky NY Holdings, LLC | 1:00 PM | Audio Only | yes |
| Connor Casas | | Interested Party | 1:00 PM | Audio Only | no |
| David S. Catuogno | K&L Gates LLP | Donlen Corporation | 1:00 PM | Audio Only | yes |
| Joshua Cohen | Day Pitney LLP | Noel Waterford, LLC | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC as the | 1:00 PM | Zoom(Video and Audio) | yes |
| Cat Corey | | | 1:00 PM | Audio Only | no |
| Dawn M. Coulson | Epps & Coulson, LLP | HCL 3rd & Bell, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Arthur Courbanou | Jetrich Canada | Jetrich Canada | 1:00 PM | Zoom(Video and Audio) | yes |
| Jay Danforth | | | 1:00 PM | Audio Only | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert J Dehney, Sr. | Morris Nichols Arsht & Tunnell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Christopher M. Donnelly | Morris James LLP | Southpoint Plaza and GKKI | 1:00 PM | Zoom(Video and Audio) | yes |
| James V. Drew | OTTERBOURG, P.C. | 1903P Loan Agent, LLC, as the DIP Term Agent and t | 1:00 PM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Katharina Earle | Gibbons P.C. | Roundtripping | 1:00 PM | Zoom(Video and Audio) | yes |
| Will Farmer | Jackson Walker | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| William P. Fennell | Law Office Of William P. Fennell, APLC | RDS Logistics Group | 1:00 PM | Zoom(Video and Audio) | yes |
| Gabby Ferreira | Arnold & Porter | member of public | 1:00 PM | Audio Only | no |
| Scott L. Fleischer | Barclay Damon LLP | Various landlords [dkt. 190] | 1:00 PM | Zoom(Video and Audio) | yes |
| Tali Frey | Carlyon Cica Chtd | Tropican Palm Plaza LLC | 1:00 PM | Audio Only | yes |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | Cambridge Investment Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Gregg M. Galardi | Ropes & Gray LLP | Hilco Global | 1:00 PM | Zoom(Video and Audio) | yes |
| Cindy Giobbe | Womble Bond | Jetrich Canada | 1:00 PM | Zoom(Video and Audio) | yes |
| Ronald E Gold | Frost Brown Todd LLC | WPG Legacy, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Ivan M Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | River Oaks Properties, Ltd., et al. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jacob Goldberger | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Richard Michael Goldman | Joele Frank | Big Lots | 1:00 PM | Audio Only | no |
| Jessica Graber | | | 1:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Micah Groppo | Lotus Bakeries North America | | 1:00 PM | Zoom(Video and Audio) | yes |
| James H. Haithcock | Burr & Forman | Comenity Bank | 1:00 PM | Zoom(Video and Audio) | yes |
| Audrey Hornisher | Clark Hill PLC | US Property Group, Santan, et al. | 1:00 PM | Zoom(Video and Audio) | yes |
| Shannon Dougherty Humiston | McCarter & English, LLP | Milelli Realty-Lehigh Street, L.L.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Morgan A Hutchinson | Husch Blackwell LLP | Elite Comfort Solutions LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC as the | 1:00 PM | Zoom(Video and Audio) | yes |
| James Jeffers | Burlington Coat Factory Warehouse Corporation | | 1:00 PM | Zoom(Video and Audio) | yes |
| Dalila Z Jordan | Minnesota Attorney General's Office | State of Minnesota | 1:00 PM | Audio Only | no |
| Jeffrey Kaplan | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Eve H Karasik | Levene Neale Bender Yoo & Golubchik | SquareTrade, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | | media | 1:00 PM | Audio Only | no |
| John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC, as the DIP | 1:00 PM | Zoom(Video and Audio) | yes |

| | | Term Agent and t | | | |
|---|---|---|---|---|---|
| Jane Komsky | | | 1:00 PM | Audio Only | no |
| Carl N. Kunz | Morris James LLP | Southpoint Plaza and GKKI | 1:00 PM | Zoom(Video and Audio) | yes |
| Jacob Lang | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Lappe | | | 1:00 PM | Audio Only | no |
| Gil J. Lazarus | Jetrich Canada | Jetrich Canada | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye | | 1:00 PM | Zoom(Video and Audio) | yes |
| Joseph H Lemkin | Stark & Stark | Unilever | 1:00 PM | Zoom(Video and Audio) | yes |
| Zhao Liu | The Rosner Law Group LLC | Hawthorne Apartments LLC and 621 W Prentice LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Dorothy Ma | | | 1:00 PM | Audio Only | no |
| Jason C. Manfrey | Stevens & Lee | Taylor County RECC; Fleming-Mason; Big Sandy | 1:00 PM | Audio Only | yes |
| Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Tamara K Mann | Morris Nichols Arsht & Tunnell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan D. Marshall | Choate Hall & Stewart LLP | PNC Retail Finance | 1:00 PM | Zoom(Video and Audio) | yes |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 1:00 PM | Zoom(Video and Audio) | yes |
| Mike Matlat | A&G Realty Partners | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Akiko Matsuda | | Wall Street Journal | 1:00 PM | Audio Only | no |
| Zachary E. Mazur | Sarachek Law Firm | Dewan & Sons, Attic Products | 1:00 PM | Zoom(Video and Audio) | yes |
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | kimco | 1:00 PM | Zoom(Video and Audio) | yes |
| Josef W. Mintz | Blank Rome, LLP | Ollies Bargain Outlet, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey David Montez | Bower & Associates, APLC | Creditor 1482 East 2nd Street, LLC | 1:00 PM | Audio Only | yes |
| Michael D. Mueller | Williams Mullen | Homestar North America LLC/Prima Holdings Intl Ltd | 1:00 PM | Zoom(Video and Audio) | yes |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Destiney Parker-Thompson | Baker Donelson | | 1:00 PM | Audio Only | no |
| Harrison Pavlasek | Forshey & Prostok, LLP | | 1:00 PM | Audio Only | no |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonah A. Peppiatt | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Stephen D. Piraino | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Robin Piree | Burlington Coat Factory Warehouse Corporation | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan A. Ramsden | Big Lots | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 1:00 PM | Audio Only | no |
| Jennifer Raviele | Kelley Drye | | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew R Remming | Morris Nichols Arsht & Tunnell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Brian M. Resnick | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Dana Robbins | Burr & Forman LLP | CTO Realty Growth | 1:00 PM | Zoom(Video and Audio) | yes |
| Ronald A. Robins, Jr. | Big Lots | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Beth E Rogers | Rogers Law Offices | Simmons Bedding Company | 1:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers-Churchill | Morris Nichols Arsht & Tunnell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Kennedy Rose | | | 1:00 PM | Audio Only | no |
| Casey B. Sawyer | Morris Nichols Arsht & Tunnell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye | | 1:00 PM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Adam L. Shpeen | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Michelle Shriro | Singer & Levick, PC | Bridge33 Capital and Retail Plazas | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Chad B. Simon | OTTERBOURG, P.C. | 1903P Loan Agent, LLC, as the DIP Term Agent and t | 1:00 PM | Zoom(Video and Audio) | yes |
| Zachary Smith | Moore & Van Allen PLLC | | 1:00 PM | Audio Only | no |
| Michael A. Soliman | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Peter J Sprofera | | Self | 1:00 PM | Audio Only | no |
| Ethan Stern | DAVIS POLK & WARDWELL LLP | Big Lots, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 1:00 PM | Audio Only | no |
| J. Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 1:00 PM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 1:00 PM | Audio Only | no |
| Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | NCR Voyix Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew Taylor | Moore & Van Allen PLLC | | 1:00 PM | Audio Only | no |
| Jeffrey Testa | McCarter & English LLP | Milelli Realty-Lehigh Street, L.L.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | Ulmer & Berne LLP | Landlord | 1:00 PM | Zoom(Video and Audio) | yes |
| Soraya Tyriver | Woolbright Develoment | Dentors | 1:00 PM | Audio Only | yes |

| | | | | | |
|---|---|---|---|---|---|
| Lyndel A Vargas | Cavazos Hendricks | Walmart | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | NCR Voyix | 1:00 PM | Zoom(Video and Audio) | yes |
| Rebecca Weidman | Morris Nichols Arsht and Tunnell | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Wertz | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Carter Wietecha | | Interested Party | 1:00 PM | Audio Only | no |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | NCR Voyix Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Kevin Winiarski | Davis Polk & Wardwell LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Howard Wu | | | 1:00 PM | Audio Only | no |
| Scott Zuber | | | | | |