## Exhibit 1

**Initial Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1 | 4747 | 1482 E 2ND ST BEAUMONT, CA | Big Lots Stores-PNS, LLC | 1482 EAST 2ND STREET, LLC | C/O 1ST COMMERCIAL REALTY GROUP, INC., 2009 PORTERFIELD WAY, STE P, UPLAND, CA, 91786 | 9/30/2024 |
| 2 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | 1520 NW LEARY WAY LLC | 6404 BLUE HERON CV., MEMPHIS, TN, 38102 | 9/30/2024 |
| 3 | 4685 | 2151 MAIN ST LONGMONT, CO | Big Lots Stores-PNS, LLC | 21ST & MAIN PARTNERS, LLC | C/O NEWMARK MERRILL COMPANIES , 24025 PARK SORRENTO, SUITE 300, CALABASAS , CA , 91302 | 9/30/2024 |
| 4 | 4685 | 2151 MAIN ST LONGMONT, CO | Big Lots Stores-PNS, LLC | 21ST & MAIN PARTNERS, LLC | ATTN: CARL CHANG, 30242 ESPERANZA, RANCHO SANTA MARGARITA, CA, 92688 | 9/30/2024 |
| 5 | 1789 | 260 VOICE RD CARLE PLACE, NY | Big Lots Stores, LLC | 260 VOICE ROAD LLC | 228 PARK AVE S # 81420, NEW YORK, NY, 10003 | 9/30/2024 |
| 6 | 1789 | 260 VOICE RD CARLE PLACE, NY | Big Lots Stores, LLC | 260 VOICE ROAD LLC | C/O PROPERTY MANAGEMENT OF NY, 47-05 METROPOLITAN AVE, RIDGEWOOD, NY, 11385 | 9/30/2024 |
| 7 | 1364 | 9500 GREENBACK LN STE 22 FOLSOM, CA | Big Lots Stores, LLC | 5R PARTNERS, LLC | C/O ENGSTROM PROPERTIES, INC, 837 JEFFERSON BLVD, WEST SACRAMENTO, CA, 95691 | 9/30/2024 |
| 8 | 4738 | 1416 E ROUTE 66 FLAGSTAFF, AZ | Big Lots Stores-PNS, LLC | 621 W PRENTICE LLC & HAWTHHORNE APARTMENTS LLC | Attn: David Peel, 42 Tamarade Dr, Littleton, CO, 80127 | 9/30/2024 |
| 9 | 1866 | 8401 MICHIGAN RD INDIANAPOLIS, IN | Big Lots Stores, LLC | 8401 MICHIGAN RD, LLC | C/O CHANO REAL ESTATE PARTNERS, LLC, PO BOX 80016, INDIANAPOLIS, IN, 46280 | 9/30/2024 |
| 10 | 1934 | 52 W COURT ST WOODLAND, CA | Big Lots Stores, LLC | ABA INVESTMENTS, LLC | C/O GALLELLI REAL ESTATE, 3005 DOUGLAS BLVD, #200, ROSEVILLE, CA, 95661 | 9/30/2024 |
| ~~11~~ | ~~5445~~ | ~~7743 SUDLEY RD MANASSAS, VA~~ | ~~Big Lots Stores, LLC~~ | ~~AGREE CENTRAL, LLC~~ | ~~ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK, MI, 48073~~ | ~~9/16/2024~~ |
| 12 | 5170 | 4254 28TH ST. SE KENTWOOD, MI | Big Lots Stores, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, WOODWARD AVE, RO, MI, 48073 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 13 | 4581 | 3900 SISK ROAD MODESTO, CA | Big Lots Stores-PNS, LLC | AIM PROPERTY MANAGEMENT | ATTN: MARK PURDOM, 1212 K STREET, MODESTO, CA, 95354 | 9/30/2024 |
| 14 | 4554 | 42225 JACKSON ST STE B INDIO, CA | Big Lots Stores-PNS, LLC | ALIACKS LLC | C/O LUKO MANAGEMENT, 5862 BOLSA AVE STE 108, HUNTINGTON BEACH, CA, 92649 | 9/30/2024 |
| 15 | 1962 | 6336 E SANTA ANA CANYON RD ANAHEIM, CA | Big Lots Stores, LLC | ANAHEIM HILLS SHOPPING VILLAGE, LLC | c/o REEF REAL ESTATE, 1620 5th AVENUE, STE 770, SAN DIEGO, CA, 92101 | 9/30/2024 |
| 16 | 4316 | 810 TRI CITY CTR REDLANDS, CA | Big Lots Stores-PNS, LLC | ANDERSON WEST LLC | 8621 WILSHIRE BLVD., 2ND FLOOR, BEVERLY HILLS, CA, 90211 | 9/30/2024 |
| 17 | 4586 | 6626 SOUTH PARKER ROAD AURORA, CO | Big Lots Stores-PNS, LLC | ARAPAHOE CROSSINGS, LP | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 9/30/2024 |
| 18 | 4634 | 17510 N 75TH AVE GLENDALE, AZ | Big Lots Stores-PNS, LLC | ARCTRUST | 1401 BROAD STREET, CLIFTON, NEW JERSEY, 7013 | 9/30/2024 |
| 19 | 5481 | 328 E SUGARLAND HWY CLEWISTON, FL | Big Lots Stores, LLC | B&B CASH GROCERY STORES INC | 927 US HIGHWAY 301 SOUTH, TAMPA, FL, 33619-4338 | 9/30/2024 |
| 20 | 5305 | 5415 WASHINGTON AVE MOUNT PLEASANT, WI | Big Lots Stores, LLC | B&K ENTERPRISES, INC | 924 E JUNEAU AVENUE, SUITE 623, MILWAUKEE, WI, 53202 | 9/30/2024 |
| 21 | 1019 | 7533 STATE AVE KANSAS CITY, KS | Big Lots Stores, LLC | BACELINE WEST STATE PLAZA LLC | 511 N BROADWAY, DENVER, CO, 80203-3405 | 9/30/2024 |
| 22 | 5454 | 210 S PROMENADE BLVD ROGERS, AR | Big Lots Stores, LLC | BCS HOPPER LLC | PO BOX 1628, ROGERS, AR, 72757-1628 | 9/9/2024 |
| 23 | 4261 | 1832 HILLSDALE AVE SAN JOSE, CA | Big Lots Stores-PNS, LLC | BIAGINI PROPERTIES, INC | ATTN: IRENE T. BORJA, 333 W. EL CAMINO REAL, STE 240, SUNNYVALE, CA, 94084 | 9/9/2024 |
| 24 | 1373 | 700 BLANDING BLVD STE 1 ORANGE PARK, FL | Big Lots Stores, LLC | BLANDING VILLAGE I LLC | 921 SW 15 AVENUE UNIT 1, FORT LAUDERDALE, FL, 33312-7230 | 9/30/2024 |
| 25 | 4357 | 2401 N AVE STE 19B GRAND JUNCTION, CO | Big Lots Stores-PNS, LLC | BOP TELLER, LLC | C/O TWIST REALTY LP, ATTN: ALLISON TWIST, 6136 FRISCO SQUARE BLVD STE 400-441, FRISCO, TX, 75034-3246 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 26 | 562 | 4847 COCONUT CREEK PKWY COCONUT CREEK, FL | Big Lots Stores, LLC | BRIXMOR COCONUT CREEK OWNER, LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 9/30/2024 |
| 27 | 4734 | 2850 WASHTENAW AVE YPSILANTI, MI | Big Lots Stores-PNS, LLC | BRIXMOR GA WASHTENAW FOUNTAIN, LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 9/30/2024 |
| 28 | 4769 | 24760 N LAKE PLEASANT PKWY PEORIA, AZ | Big Lots Stores-PNS, LLC | BVA LP SPE LLC | C/O BIG V PROPERTIES LLC, 176 NORTH MAIN ST, STE 210, FLORIDA, NY, 10921 | 9/30/2024 |
| 29 | 4432 | 568 W MAIN ST STE B SANTA PAULA, CA | Big Lots Stores-PNS, LLC | CALIFORNIA PROPERTY OWNER I, LLC | c/o BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 9/30/2024 |
| 30 | 1917 | 19331 SOLEDAD CANYON RD CANYON COUNTRY, CA | Big Lots Stores, LLC | CANYON CENTER II, INC. | C/O FCM MANAGEMENT CO., LLC, 16461 SHERMAN WAY, SUITE 140, VAN NUYS, CA, 91406 | 9/30/2024 |
| 31 | 5436 | 2620 CANYON SPRINGS PARKWAY RIVERSIDE, CA | Big Lots Stores, LLC | CANYON SPRINGS MARKETPLACE NORTH CORP | 2025 PIUONEER COURT, SAN MATEO, CA, 94403-1719 | 9/30/2024 |
| 32 | 4770 | 2614 BRIDGE AVE ALBERT LEA, MN | Big Lots Stores-PNS, LLC | CARRINGTON CAPITAL LLC | C/O THE CARRINGTON COMPANY, 707 H STREET, EUREKA, CA, 95501 | 9/30/2024 |
| 33 | 4676 | 1702 OCEANSIDE BLVD OCEANSIDE, CA | Big Lots Stores-PNS, LLC | CASITAS OCEANSIDE THREE, LP | ATTN: RETAIL COUNSEL, 1775 HANCOCK ST., #200, SAN DIEGO, CA, 92110 | 9/30/2024 |
| 34 | 1755 | 231 CENTEREACH MALL CENTEREACH, NY | Big Lots Stores, LLC | CENTEREACH MALL ASSOCIATES 605, LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 9/30/2024 |
| 35 | 4520 | 1400 US ROUTE 302 BERLIN, VT | Big Lots Stores-PNS, LLC | CENTRAL VERMONT SHOPPING CENTER, LLC | 69 COLLEGE STREET, P. O. BOX 6, BURLINGTON, VT, 05402-0006 | 9/30/2024 |
| 36 | 4721 | 400 MAIN ST DENNIS PORT, MA | Big Lots Stores-PNS, LLC | CGMA DENNIS PORT LLC | C/O CARPIONATO GROUP, 1414 ATWOOD AVENUE, JOHNSTON, RI, 2919 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 37 | 4157 | 353 CARMEN DR CAMARILLO, CA | Big Lots Stores-PNS, LLC | CHUB ASSOCIATES | c/o Pacific West Asset Management Corp., PO Box 19068, Irvine, CA, 92623 | 9/30/2024 |
| ~~38~~ | ~~5457~~ | ~~3331 CORRIDOR MARKETPLACE LAUREL, MD~~ | ~~Big Lots Stores, LLC~~ | ~~CORRIDOR MARKETPLACE, LLC~~ | ~~C/O AI & C GARFUNKEL, 400 MALL BLVD, STE M, SAVANNAH, GA, 31406~~ | ~~9/30/2024~~ |
| 39 | 1916 | 2720 COUNTRY CLUB BLVD STOCKTON, CA | Big Lots Stores, LLC | COUNTRY KHATON | ATTN: HARVEY RUDMAN, P.O. BOX 725, LAFAYETTE, CA, 94549 | 9/30/2024 |
| 40 | 4580 | 17307 SE 272ND ST. COVINGTON, WA | Big Lots Stores-PNS, LLC | COVINGTON GROUP LLC | c/o: ASHTON DEVELOPMENT COMPANY, LLC, 1201 MONSTER ROAD S.W., SUITE 350, RENTON, WA, 98057 | 9/30/2024 |
| 41 | 929 | 9602 GEORGIA ST CROWN POINT, IN | INFDC, LLC | CRP/CHI MERRILLVILLE II OWNER, LLC | 3889 MAPLE AVENUE, SUITE 300 DALLAS TX 75219 | 9/9/2024 |
| 42 | 4564 | 30501 AVENIDA DE LAS FLORES RANCHO SANTA MARGARITA, CA | Big Lots Stores-PNS, LLC | DANGOOD-RSM, LP | C/O SOUTHERN CALIFORNIA REAL ESTATE SERV, 15901 RED HILL AVE, SUITE 205, TUSTIN, CA, 92780 | 9/30/2024 |
| 43 | 5453 | 1016 PINE LOG RD AIKEN, SC | Big Lots Stores, LLC | DELTA SILVER, LLC | C/O THE DELTA INTERESTS, LLC, 2 BENNETT STREET, GREENVILLE, SC, 29602 | 9/30/2024 |
| 44 | 4582 | 2020 N 75th AVE STE 40 PHOENIX, AZ | Big Lots Stores-PNS, LLC | DESERT SKY ESPLANADE, LLC | C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD, SUITE 110, PHOENIX, AZ, 85014 | 9/30/2024 |
| 45 | 1612 | 5580 NW 167TH ST MIAMI LAKES, FL | Big Lots Stores, LLC | DORSAN DEVELOPMENTS LIMITED | C/O LEVY REALTY ADVISORS, INC., 4901 NW 17TH WAY, STE 103, FORT LAUDERDALE, FL, 33309 | 9/30/2024 |
| 46 | 1280 | 2000 AVONDALE DR STE E DURHAM, NC | Big Lots Stores, LLC | DURHAM PLAZA SHOPPING CENTER, LLC | 550 7TH AVE FL 15, NEW YORK, NY, 10018-3250 | 9/30/2024 |
| ~~47~~ | ~~4739~~ | ~~951 W PACHECO BLVD LOS BANOS, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~ETHAN CONRAD~~ | ~~1300 NATIONAL DRIVE, SUITE 100, SACRAMENTO, CA, 95834~~ | ~~9/30/2024~~ |
| ~~48~~ | ~~4754~~ | ~~1085 BELLEVUE RD ATWATER, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~ETHAN CONRAD~~ | ~~1300 NATIONAL DR, STE 100, SACRAMENTO, CA, 95834~~ | ~~9/30/2024~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 60 | 1102 | 3557 AMBASSADOR CAFFERY PKWY LAFAYETTE, LA | Big Lots Stores, LLC | GC AMBASSADOR ROW LLC | 788 W SAM HOUSTON PARKWAY NORTH SUITE 206, C/O GULF COAST COMMERCIAL GROUP , HOUSTON, TX, 77024 | 9/30/2024 |
| ~~59~~ | ~~4635~~ | ~~240 SUMMIT DRIVE LOCKPORT, IL~~ | ~~Big Lots Stores, LLC~~ | ~~GATOR LOCKPORT LLC~~ | ~~7850 NW 146TH STREET 4TH FLOOR, MIAMI LAKES, FL 33016-1564~~ | ~~9/30/2024~~ |
| ~~58~~ | ~~5449~~ | ~~713 E BALTIMORE AVE CLIFTON HEIGHTS, PA~~ | ~~Big Lots Stores, LLC~~ | ~~GATOR CLIFTON PARTNERS, LTD.~~ | ~~ATTN: LISA LEVIN-SAGER, 7850 NW 146TH ST 3RD FLOOR, MIAMI LAKES, FL 33016~~ | ~~9/30/2024~~ |
| 57 | 4081 | 61490 Imperial Hwy La Mirada, CA | Big Lots PNS, LLC | FRANCO PROPERTY MANAGEMENT | 3961 S SEPULVEDA BOULEVARD Suite 202 Culver City, CA 90231 | 9/9/2024 |
| 56 | 4515 | 21008 SE 164TH AVE STE E VANCOUVER, WA | Big Lots Stores- PNS, LLC | FISHER'S LANDING TENANTS-IN-COMMON | C/O HSP PROPERTIES, 915 W 11TH STREET, VANCOUVER, WA, 98660 | 9/30/2024 |
| 55 | 4012 Storage | 1085 E MAIN ST EL CAJON, CA | Big Lots Stores- PNS, LLC | FIRST MAIN PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | 9/30/2024 |
| 54 | 4426 - | 818 ALAMO DR VACAVILLE, CA | Big Lots Stores- PNS, LLC | FH ONE INC | 1505 BRIDGEWAY STE 125, SAUSALITO, CA, 94965-1967 | 9/30/2024 |
| 53 | 4426 | 818 ALAMO DR VACAVILLE, CA | Big Lots Stores- PNS, LLC | FH ONE INC | 1505 BRIDGEWAY STE 125, SAUSALITO, CA, 94965-1967 | 9/30/2024 |
| 52 | 4588 | 565 ROHNERT PARK EXPRESSWAY ROHNERT PARK, CA | Big Lots Stores- PNS, LLC | EXPRESSWAY PARTNERS, LLC | C/O DOERKEN PROPERTIES, INC, 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | 9/30/2024 |
| 51 | 4252 | 1670 W KATELLA AVE ANAHEIM, CA | Big Lots Stores- PNS, LLC | EUCLID SHOPPING CENTER LLC | 508 WEST 30TH STREET, ATTN: LESLIE KERR, NEWPORT BEACH, CA, 92663-3714 | 9/30/2024 |
| ~~50~~ | ~~1918~~ | ~~8700 LA RIVIERA DR SACRAMENTO, CA~~ | ~~Big Lots Stores, LLC~~ | ~~ETHAN CONRAD PROPERTIES INC~~ | ~~1300 NATIONAL DR. STE 100, SACRAMENTO, CA, 95834-1981~~ | ~~9/30/2024~~ |
| ~~49~~ | ~~4283~~ | ~~665 FAIRFIELD DR MERCED, CA~~ | ~~Big Lots Stores, PNS, LLC~~ | ~~ETHAN CONRAD PROPERTIES~~ | ~~1300 NATIONAL DRIVE STE 100, SACRAMENTO, CA, 95834-1981~~ | ~~9/30/2024~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 61 | 1102 | 3557 AMBASSADOR CAFFERY PKWY LAFAYETTE, LA | Big Lots Stores, LLC | GC AMBASSADOR ROW LLC | 3501 SW FAIRLAWN RD STE 200, TOPEKA, KS, 66614-3975 | 9/30/2024 |
| 62 | 5175 | 11989 REISTERSTOWN RD #A REISTERSTOWN, MD | Big Lots Stores, LLC | GGCAL RSC LLC | 3904 BOSTON STREET STE 402, BALTIMORE, MD, 21224 | 9/30/2024 |
| 63 | 4717 | 360 E 10TH ST GILROY, CA | Big Lots Stores- PNS, LLC | GILROY VILLAGE SHOPPING CENTER LLC | 1952 CAMDEN AVE STE 104, SAN JOSE, CA, 95124-2816 | 9/30/2024 |
| 64 | 5111 | 2136 E MARKLAND AVE. KOKOMO, IN | Big Lots Stores, LLC | HAUCK HOLDINGS ALEXANDRIA, LLC | C/O HAUCK HOLDINGS LTD, 4334 GLENDALE-MILFORD RD, CINCINNATI, OH, 45242-3706 | 9/30/2024 |
| 65 | 1250 | 1608 N LARKIN AVE CREST HILL, IL | Big Lots Stores, LLC | HBL CREST HILL LLC | C/O GS MANAGEMENT COMPANY, 5674 SONOMA DRIVE, PLEASANTON, CA, 94566 | 9/30/2024 |
| 66 | 4673 | 7233 W DEMPSTER ST NILES, IL | Big Lots Stores- PNS, LLC | H-C NILES DEVELOPERS L.L.C. | C/O NEXT PROPERTY MANAGEMENT, INC, 5215 OLD ORCHARD ROAD SUITE 880, SKOKIE, IL, 60077 | 9/30/2024 |
| 67 | 4590 | 230 E. BELL RD. PHOENIX, AZ | Big Lots Stores- PNS, LLC | HCL 3rd & Bell LLC | C/O HAAGEN COMPANY, 12302 EXPOSITION BLVD, LOS ANGELES, CA, 90064 | 9/30/2024 |
| 68 | 4648 | 3630 W. BASELINE RD. LAVEEN, AZ | Big Lots Stores- PNS, LLC | HH-LAVEEN, LLC | C/O HINKSON COMPANY, 5050 N. 40TH STREET SUITE 350, PHOENIX, AZ, 85018 | 9/30/2024 |
| 69 | 5136 | 201 WEST LINCOLN HWY EXTON, PA | Big Lots Stores, LLC | HIGHLAND MANAGEMENT COMPANY | ATTN: DAVID MARTIN, 310 YORKTOWN PLAZA, ELKINS PARK, PA, 19027 | 9/30/2024 |
| 70 | 5415 | 7743 SUDLEY RD MANASSAS, VA | Big Lots Stores, LLC | HONIGMAN LLP | ATTN: LOWELL D. SALESIN, ESQ, 39400 WOODWARD AVE, SUITE 101, BLOOMFIELD HILLS, MI, 48304 | 9/16/2024 |
| 71 | 4238 | 499 W ORANGE SHOW RD SAN BERNARDINO, CA | Big Lots Stores- PNS, LLC | INTERNATIONAL HOLDINGS PROPERTY GROUP LLC | C/O A STREET PARTNERS, 15031 PARKWAY LOOP, STE A, TUSTIN, CA, 92780 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 72 | 5450 | 25191 CHAMBER OF COMMERCE DR BONITA SPRINGS, FL | Big Lots Stores, LLC | ISRAM PRADO, LLC | C/O ISRAM REALTY GROUP, 506 SOUTH DIXIE HIGHWAY, HALLANDALE, FL, 33009 | 9/30/2024 |
| 73 | 4521 | 1301 W MEEKER ST KENT, WA | Big Lots Stores-PNS, LLC | JBK VENTURES, LLC | C/O MIR DEVELOPMENT, 6725 116TH AVE. NE, SUITE 100, KIRKLAND, WA, 98033 | 9/30/2024 |
| ~~74~~ | ~~4054[1]~~ | ~~1417 S BROADWAY SANTA MARIA, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~JEFFREY T. OBERMAN, ESQ.~~ | ~~LEVIN & OBERMAN, 361 N CANON DRIVE, BEVERLY HILLS, CA, 90210~~ | ~~9/30/2024~~ |
| 75 | 4266 | 1927 E 20TH ST CHICO, CA | Big Lots Stores-PNS, LLC | JENSEN F. CHENG AND JADE CHENG | C/O JENSEN AND JADE CHENG TRUST, PO BOX 20188, CASTRO VALLEY, CA, 94546 | 9/30/2024 |
| 76 | 4650 | 2815 CAPITAL MALL DRIVE SW OLYMPIA, WA | Big Lots Stores-PNS, LLC | JENSEN F. CHENG AND JADE CHENG | C/O JENSEN AND JADE CHENG TRUST, PO BOX 20188, CASTRO VALLEY, CA, 94546-8188 | 9/30/2024 |
| 77 | 4166 | 5587 SEPULVEDA BLVD CULVER CITY, CA | Big Lots Stores-PNS, LLC | JOFFE PROPERTIES LP | C/O HILLARY REINIS, 860 SPRUCE STREET, BERKELEY, CA, 94707 | 9/30/2024 |
| 78 | 4595 | 2025 LANCASTER DR, NE SALEM, OR | Big Lots Stores-PNS, LLC | KINTON LAND AND BISON LLC | 18485 SW SCHOLLS FERRY RD, BEAVERTON, OR, 97007-8860 | 9/30/2024 |
| 79 | 4725 | 14907 4TH AVE SW BURIEN, WA | AVDC, LLC | KLP BURIEN TOWN PLAZA LLC | C/O INCITY PROPERTIES, 1421 34TH AVENUE, SUITE 300, SEATTLE, WA, 98112 | 9/30/2024 |
| 80 | 4047 | 6145 LAKE MURRAY BLVD LA MESA, CA | Big Lots Stores-PNS, LLC | LAKE MURRAY CENTER, LLC | C/O CEG MANAGEMENT, 3709 CONVOY ST, SAN DIEGO, CA, 92111 | 9/30/2024 |
| 81 | 4679 | 2020 GRAND RIVER AVE OKEMOS, MI | Big Lots Stores-PNS, LLC | LANSING MART ASSOCIATES, LLC | C/O GERSHENSON REALTY & INVESTMENT, LLC, 31500 NORTHWESTERN HWY, STE 100, FARMINGTON HILLS, MI, 48334 | 9/30/2024 |
| 82 | 4649 | 1617 NORTH MAIN STREET LOGAN, UT | Big Lots Stores-PNS, LLC | LARSEN LAND & DEVELOPMENT CO. LC | 358 SOUTH PAINTBRUSH LANE, LOGAN, UT, 84321-6777 | 9/30/2024 |
| 83 | 4590 | 230 E. BELL RD, PHOENIX, AZ | Big Lots Stores-PNS, LLC | LAW OFFICES OF TRUDI I LESSER | ATTN: TRUDI J LESSER, ESQ, 400 CONTINENTAL BLVD, 6TH FLOOR, EL SEGUNDO, CA, 90245 | 9/30/2024 |

1 As reflected on the record at the hearing in these cases on September 30, 2024, this lease may be re-added to this list, with a rejection date of September 30, 2024, if the relevant parties are unable to document an acceptable side agreement.

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 84 | 5170 | 4254 28TH ST. SE KENTWOOD, MI | Big Lots Stores, LLC | LOWELL D. SALESIN, ESQ. | HONIGMAN MILLER SCHWARTZ AND COHN LLP, 39400 WOODWARD AVE STE 101, BLOOMFIELD HILLS, MI, 48304 | 9/30/2024 |
| 85 | 4679 | 2020 GRAND RIVER AVE OKEMOS, MI | Big Lots Stores- PNS, LLC | LOWELL D. SALESIN, HONIGMAN MILLER SCHWARTZ AND COHN LLP | 39400 WOODWARD AVENUE, SUITE 101, BLOOMFIELD HILLS, MI, 48304 | 9/30/2024 |
| 86 | 4581 | 3900 SISK ROAD MODESTO, CA | Big Lots Stores- PNS, LLC | MAPES RANCH INVESTMENTS, LLC | ATTN: BILL LYONS JR, 10555 MAZE BLVD, MODESTO, CA, 95358 | 9/30/2024 |
| 87 | 4261 | 1832 HILLSDALE AVE SAN JOSE, CA | Big Lots Stores- PNS, LLC | MARDESICH COMPANY CAMDEN, LLC | ATTN: CONNIE MARDESICH, 11208 STAUFFER LANE, CUPERTINO, CA, 95014 | 9/9/2024 |
| 88 | 4457 | 2681 N TRACY BLVD TRACY, CA | Big Lots Stores- PNS, LLC | MCCORDUCK PROPERTIES | 1615 BONANZA ST STE 401, WALNUT CREEK, CA, 94596-4532 | 9/30/2024 |
| 89 | 4054 | 1417 S BROADWAY SANTA MARIA, CA | Big Lots Stores- PNS, LLC | MIDEB NOMINEES, INC. | C/O DOWNTOWN MANAGEMENT CO., INC., 541 S SPRING ST., SUITE 204, LOS ANGELES, CA, 90013 | 9/30/2024 |
| 90 | 5106 | 56 TURNPIKE SQUARE MILFORD, CT | Big Lots Stores, LLC | MILFORD ASSOCIATES LEVIN&OBERMAN II | d/b/a TURNPIKE SQUARE ASSOCIATES LP, 641 SHUNPIKE ROAD, CHATHAM, NJ, 7928 | 9/30/2024 |
| 91 | 4762 | 1500 OLIVER RD FAIRFIELD, CA | Big Lots Stores- PNS, LLC | MILLER STARR REGALIA | 1331 N. CALIFORNIA BLVD., 5TH FL, ATTN: MICHAEL E DI GERONIMO, WALNUT CREEK, CA, 94596 | 9/30/2024 |
| 92 | 4115 | 6630 VALLEY HI DR SACRAMENTO, CA | Big Lots Stores- PNS, LLC | MMDD SACRAMENTO PROJECT | VALLEY HI SHOPPING CENTER, 1321 ECHO VALLEY DR, SAN JOSE, CA, 95120 | 9/30/2024 |
| 93 | 4154 | 2055 MENDOCINO AVE SANTA ROSA, CA | Big Lots Stores- PNS, LLC | NASUE LLC | C/O KIN PROPERTIES INC, 185 SPANISH RIVER BLVD., STE 100, BOCA RATON, FL, 33431 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 94 | 929 | 9602 GEORGIA ST CROWN POINT, IN | INFDC, LLC | NATIONAL DISTRIBUTION CENTERS, LLC | TRIAD1828 CENTRE, ATTN: CHIEF LEGAL OFFICER 2 COOPER ST, 10TH FLOOR, CAMDEN, NJ 08102 | 9/9/2024 |
| 95 | 5455 | 1937 WILSON RD NEWBERRY, SC | Big Lots Stores, LLC | NEWBERRY CENTER, LLC | C/O HUNTER GARRETT, 101 EAST WASHINGTON ST., STE 400, GREENVILLE, SC, 29601 | 9/30/2024 |
| ~~96~~ | ~~5305~~ | ~~5415 WASHINGTON AVE MOUNT PLEASANT, WI~~ | ~~Big Lots Stores, LLC~~ | ~~NH LAKEVILLE LLC~~ | ~~C/O METRO EQUITY MANAGEMENT 7920 LAKEVILLE BLVD, LAKEVILLE, MN, 55044~~ | ~~9/30/2024~~ |
| ~~97~~ | ~~4749~~ | ~~1840 COUNTRYSIDE DR TURLOCK, CA~~ | ~~Big Lots Stores- PNS, LLC~~ | ~~NINE ISLAND 11, LLC~~ | ~~C/O THE VIERA COMPANY, 237 N. SANTA CRUZ AVE., STE B, LOS GATOS, CA, 95030~~ | ~~9/30/2024~~ |
| 98 | 555 | 2236 SE FEDERAL HWY STUART, FL | Big Lots Stores, LLC | NOBLE MANAGEMENT COMPANY | 4280 PROFESSIONAL CENTER DRIVE, SUITE 100, PALM BEACH GARDENS, FL, 33410-4280 | 9/16/2024 |
| 99 | 555 | 2236 SE FEDERAL HWY STUART, FL | Big Lots Stores, LLC | NOBLE MANAGEMENT COMPANY | 4280 PROFESSIONAL CENTER DRIVE SUITE 100 PALM BEACH, FL 33410-4280 | 9/16/2024 |
| 100 | 4748 | 40 BOSTON POST RD WATERFORD, CT | Big Lots Stores-PNS, LLC | NOEL WATERFALL, LLC | C/O SRG 2 PARTNERS LLC, 237 MAMARONECK AVENUE, WHITE PLAINS, NY, 10605 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1 | 4508 | 10220 N 90TH ST SCOTTSDALE, AZ | Big Lots Stores-PNS, LLC | NORMAN D SLOAN, ESQ | GIPSON HOFFMAN & PANCIONE, 1901 AVENUE OF THE STARS, STE 1100, LOS ANGELES, CA, 90067-6002 | 9/30/2024 |
| 2 | 1957 | 1551 SYCAMORE AVE HERCULES, CA | Big Lots Stores, LLC | NORTH FIRST STREET PROPERTIES | 1122 WILLOW ST STE 200, SAN JOSE, CA, 95125-3103 | 9/30/2024 |
| 3 | 5267 | N78W14511 APPLETON AVE MENOMONEE FALLS, WI | Big Lots Stores, LLC | NORTH POINTE CENTRE, LLP | C/O SCI REAL ESTATE, 5429 N. 118TH COURT, MILWAUKEE, WI, 53225 | 9/30/2024 |
| ~~4~~ | ~~4725~~ | ~~616 W JOHNSON ST FOND DU LAC, WI~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~NS RETAIL HOLDINGS, LLC~~ | ~~C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE., STE 1150, DALLAS, TX, 75201~~ | ~~9/30/2024~~ |
| 5 | 4276 | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | 9/30/2024 |
| 6 | 4276 | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORP-FL REGION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 9/30/2024 |
| 7 | 4276 - Storage | 3921 OAKWOOD BLVD HOLLYWOOD, FL | Big Lots Stores-PNS, LLC | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORP-FL REGION, 500 NORTH BROADWAY SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 9/30/2024 |
| 8 | 4473 | 1211 OLIVE DR BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | OLIVE TOWN CENTER LLC | 1401 19TH ST STE 400, BAKERSFIELD, CA, 93301-4400 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 9 | 4688 | 4430 ONTARIO MILLS PKWY ONTARIO, CA | Big Lots Stores-PNS, LLC | ONTARIO GATEWAY SJT RETAIL | 730 EL CAMINBO WAY STE 200, TUSTIN, CA, 92780-7733 | 9/30/2024 |
| 10 | 4656 | 2930 PROSPECT AVE HELENA, MT | Big Lots Stores-PNS, LLC | OPG 201, LLC | 3200 W CLUBHOUSE DR STE 250, LEHI, UT, 84043-6347 | 9/16/2024 |
| 11 | 4715 | 4525 N ORACLE RD TUCSON, AZ | Big Lots Stores-PNS, LLC | ORION KCPM LLC | 200 SOUTH BISCAYNE BLVD 7TH FLOOR, MIAMI, FL, 33131-2333 | 9/30/2024 |
| 12 | 4522 | 5710 196TH ST SW LYNNWOOD, WA | Big Lots Stores-PNS, LLC | PACIFIC RESOURCES ASSOCIATES LLC | 13350 SW SEQUOIA PARKWAY, SUITE 300, PORTLAND, OR, 97224 | 9/30/2024 |
| ~~13~~ | ~~5169~~ | ~~34940 EMERALD COAST PKWY DESTIN, FL~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~PARADISE ISLE DESTIN LLC~~ | ~~C/O STOLTZ MANAGEMENT OF DE, INC 725 CONSHOHOCKEN STATE ROAD, BALA CYNWYD, PA, 19004-2112~~ | ~~9/30/2024~~ |
| 14 | 4051 | 740 N MAIN ST CORONA, CA | Big Lots Stores-PNS, LLC | PARKRIDGE MAIN LLC | C/O ARIZONA PARTNERS RETAIL INVESTMENT, 8300 NORTH HAYDEN ROAD, SUITE A 200, SCOTTSDALE, AZ, 85258 | 9/30/2024 |
| 15 | 4115 | 6630 VALLEY HI DR SACRAMENTO, CA | Big Lots Stores-PNS, LLC | PASAN LLC | C/O KIN PROPERTIES, TENANT #7029, 185 NW SPANISH RIVER BLVD., SUITE 100, BOCA RATON, FL, 33431-4230 | 9/30/2024 |
| 16 | 1585 | 21800 N SHANGRI LA DR UNIT 20 LEXINGTON PARK, MD | Big Lots Stores, LLC | PAX RIVER VILLAGE CENTER, LLC | C/O ARC MANAGEMENT LLC , 8150 LEESBURG PIKE, SUITE 1100, VIENNA , VA, 22182 | 9/30/2024 |
| 17 | 4393 | 3735 EL CAMINO REAL SANTA CLARA, CA | Big Lots Stores-PNS, LLC | PERO & ANKA MARGARETIC | 355-A MAIN STREET, LOS ALTOS, CA, 94022 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 18 | 1987 | 47 FAIR LN PLACERVILLE, CA | Big Lots Stores, LLC | PETER P BOLLINGER INVESTMENT COMPANY | C/O INTER-CAL REAL ESTATE CORPORATION, 540 FULTON AVE, SACRAMENTO, CA, 95825 | 9/30/2024 |
| 19 | 1590 | 13051 ABERCORN ST SAVANNAH, GA | Big Lots Stores, LLC | PGP SAVANNAH OPERATIONS LLC | 5105 PAULSEN STE 200A, SAVANNAH, GA, 31405-4602 | 9/30/2024 |
| 20 | 4193 | 6839 E MAIN ST MESA, AZ | Big Lots Stores-PNS, LLC | PHOENIX DOBSON LLC | 141 N. BRISTOL AVE, LOS ANGELES, CA, 90049-2601 | 9/30/2024 |
| ~~21~~ | ~~1659~~ | ~~3436 KOHLER MEMORIAL DR SHEBOYGAN, WI~~ | ~~Big Lots Stores, LLC~~ | ~~PLANKVIEW GREEN DEVELOPMENT, LLC~~ | ~~W5073 COUNTY ROAD O, PLYMOUTH, WI, 53073-3600~~ | ~~9/30/2024~~ |
| ~~22~~ | ~~5147~~ | ~~1470 PLEASANT VALLEY ROAD MANCHESTER, CT~~ | ~~Big Lots Stores, LLC~~ | ~~PLAZA AT BUCKLAND HILLS, LLC~~ | ~~C/O WASHINGTON PRIME GROUP, 4900 E DUBLIN GRANVILLE RD, 4TH FLOOR, COLUMBUS, OH, 43081~~ | ~~9/30/2024~~ |
| 23 | 4513 | 8100 W CRESTLINE AVE UNIT B5 LITTLETON, CO | Big Lots Stores-PNS, LLC | PLAZA ON THE GREEN, LLC | C/O RRI MANAGEMENT SERVICES, 7800 S ELATI ST STE 330, LITTLETON, CO, 80120 | 9/30/2024 |
| 24 | 4644 | 1940 E. 1ST ST PORT ANGELES, WA | Big Lots Stores-PNS, LLC | PORT ANGELES PLAZA ASSOCIATES, LLC | C/O EILAT MANAGEMENT CO., 650 SOUTH ORCAS STREET SUITE 210, SEATTLE, WA, 98108 | 9/30/2024 |
| 25 | 4763 | 1009 N H ST, STE M LOMPOC, CA | Big Lots Stores-PNS, LLC | PS LOMPOC LLC | 4500 PARK GRANADA, SUITE 202, CALABASAS, CA, 91302 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 26 | 4594 | 4484 LAS POSITAS ROAD LIVERMORE, CA | Big Lots Stores- PNS, LLC | PTR INVESTMENTS LLC | ATTN: PHONG LA, 5980 NEWPARK MALL RD., SUITE A, NEWARK, CA, 94560 | 9/30/2024 |
| 27 | 4594 | 4484 LAS POSITAS ROAD LIVERMORE, CA | Big Lots Stores- PNS, LLC | PTR INVESTMENTS LLC | 33390 TRANSIT AVE., UNION CITY, CA, 94587 | 9/30/2024 |
| 28 | 1519 | 1761 E HALLANDALE BEACH BLVD HALLANDALE, FL | Big Lots Stores, LLC | R.K. HALLANDALE LP & 17070 COLLINS AVE SC, LTD | C/O RK CENTERS, 50 CABOT STREET, STE 200, NEEDHAM, MA, 02494-2844 | 9/30/2024 |
| 29 | 926 | 9141 OLD ROUTE 22 BETHEL, PA | PAFDC, LLC | RAR2 BETHEL INDUSTRIAL LLC | 222 SOUTH RIVERSIDE PLAZA 26TH FL CHICAGO, IL 60606-5808 | 9/13/2024 |
| 30 | 5480 | 1841 J A COCHRAN BYP STE A CHESTER, SC | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 16, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 9/30/2024 |
| 31 | 4703 | 7370 N BLACKSTONE AVE FRESNO, CA | Big Lots Stores- PNS, LLC | REALTY INCOME PROPERTIES 23, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 9/30/2024 |
| 32 | 4705 | 370 NORTHRIDGE MALL SALINAS, CA | Big Lots Stores- PNS, LLC | REALTY INCOME PROPERTIES 23, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 9/30/2024 |
| 33 | 5459 | 1327 S BRUNDIDIGE ST TROY, AL | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 30, LLC | ATTN: MARISSA HODSDON, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130-2539 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 34 | 4605 | 1030 NORTH MAIN STREET LAYTON, UT | Big Lots Stores-PNS, LLC | REAM'S FOOD STORES | 8619 S HIGHLAND DR, SANDY, UT, 84093 | |
| ~~35~~ | ~~4662~~ | ~~2840 E MAIN ST, STE 109 MESA, AZ~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~RED MOUNTAIN ASSET FUND I, LLC~~ | ~~C/O PROPERTY MANAGEMENT ADVISORS, INC, 1515 E. BETHANY HOME ROAD SUITE #35, PHOENIX, AZ, 85014~~ | ~~9/30/2024~~ |
| 36 | 4539 | 2240 EL CAMINO REAL ATASCADERO, CA | Big Lots Stores-PNS, LLC | RI-ATASCADERO, LLC | C/O READ MANAGEMENT, LLC, 2025 FOURTH STREET, BERKELEY, CA, 94710 | 9/30/2024 |
| 37 | 4539 - Storage | 2240 EL CAMINO REAL ATASCADERO, CA | Big Lots Stores-PNS, LLC | RI-ATASCADERO, LLC | C/O READ MANAGEMENT, LLC, 2025 FOURTH STREET, BERKELEY, CA, 94710 | 9/30/2024 |
| ~~38~~ | ~~5477~~ | ~~339 SOUTH DR NATCHITOCHES, LA~~ | ~~Big Lots Stores, LLC~~ | ~~RIVER SOUTH COMMONS, LLC~~ | ~~339 SOUTH DRIVE, NATCHITOCHES, LA 71457~~ | ~~9/30/2024~~ |
| 39 | 4484 | 1515 MARVIN RD NE LACEY, WA | Big Lots Stores-PNS, LLC | ROIC WASHINGTON, LLC | C/O RETAIL OPPORTUNITY INVESTMENTS CORP., 15600 NE 8TH ST, SUITE K-15, BELLEVUE, WA, 98008 | 9/30/2024 |
| 40 | 4758 | 1617 EGLIN ST RAPID CITY, SD | Big Lots Stores-PNS, LLC | RUSHMORE CROSSING ASSOCIATES, LLC | C/O FIDELIS REALTY PARTNERS, LTD., 4500 BISSONNET STREET, SUITE 200, BELLAIRE, TX, 77401 | 9/30/2024 |
| 41 | 4311 | 2060 MONUMENT BLVD CONCORD, CA | Big Lots Stores-PNS, LLC | RUSSELL BRUZZONE | 899 HOPE LN, LAFAYETTE, CA, 94549-5131 | 9/30/2024 |
| 42 | 4617 | 1321 WEST YOSEMITE AVE. MANTECA, CA | Big Lots Stores-PNS, LLC | RYBA REAL ESTATE, INC | C/O THE SUMMIT TEAM, 17165 NEWHOPE STREET SUITE H, FOUNTAIN VALLEY, CA, 92708 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 43 | 4707 | 14215 SE PETROVITSKY RD RENTON, WA | AVDC, LLC | SAFEWAY INC | C/O ALBERTSONS COMPANIES, 250 E. PARKCENTER BLVD, BOISE, ID, 83706 | 9/30/2024 |
| 44 | 4707 | 14215 SE PETROVITSKY RD RENTON, WA | AVDC, LLC | SAFEWAY INC. | 11555 DUBLIN CANYON RD, ATTN: RE LAW (ABS #3112, RENTON, WA), PLEASANTON, CA, 94588 | 9/30/2024 |
| 45 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | SAFEWAY INC. | C/O ALBERTSONS CO., ATTN: R/E LAW, 250 E PARKCENTER BLVD, BOISE, ID, 83706 | 9/30/2024 |
| 46 | 4708 | 6727 EVERGREEN WAY EVERETT, WA | AVDC, LLC | SAFEWAY INC. | 11555 DUBLIN CANYON ROAD, ATTN: RE LAW (ABS ST #478, EVERETT, WA), PLEASANTON, CA, 94588 | 9/30/2024 |
| 47 | 4508 | 10220 N 90TH ST SCOTTSDALE, AZ | Big Lots Stores- PNS, LLC | SCOTTSDALE FIESTA RETAIL CENTER, LLC | C/O CRESCENT COMMERCIAL REAL ESTATE, LLC, 3324 EAST RAY ROAD, #327, HIGLEY, AZ, 85236 | 9/30/2024 |
| 48 | 1881 | 4930 CHRISTY BLVD STE 2 SAINT LOUIS, MO | Big Lots Stores, LLC | SELECT-KINGS HIGHWAY LLC - ATTN: CINDY HATZISAVVAS | SELECT STRATEGIES-BROKERAGE, LLC-MIDWEST, 202 S. MAIN ST, SUITE J, GRAHAM, NC, 27253-3366 | 9/30/2024 |
| 49 | 1881 | 4930 CHRISTY BLVD STE 2 SAINT LOUIS, MO | Big Lots Stores, LLC | SELECT-KINGS HIGHWAY LLC - ATTN: LEASE ADMIN | C/O SELECT STRATEGIES - BROKERAGE, LLC, 400 TECHNE CENTER DR, STE 320, MILFORD, OH, 45150-3710 | 9/30/2024 |
| 50 | 4446 | 225 ORCHARD PLZ UKIAH, CA | Big Lots Stores-PNS, LLC | SHAMI ENTERPRISES LLC | 3647 RUTHERFORD WAY, SANTA ROSA, CA, 95404-7670 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 51 | 4695 | 6207 S WESTNEDGE AVE PORTAGE, MI | Big Lots Stores-PNS, LLC | SHOPPES GREENWOOD, LLC | C/O BEHZAD TABRIZI, 8611 GYPSY HILL TRL, RENO, NV, 89523-3878 | 9/30/2024 |
| 52 | 4724 | 4835 E RAY RD PHOENIX, AZ | Big Lots Stores-PNS, LLC | SITE CENTERS CORP. | 3300 ENTERPRISE PARKWAY, ATTN: GENERAL COUNSEL, BEACHWOOD, OH, 44122 | 9/30/2024 |
| 53 | 4733 | 912 COUNTY LINE RD DELANO, CA | Big Lots Stores-PNS, LLC | SOUTH STAR INVESTMENTS LLC | 237 ACADEMY AVE, SANGER, CA, 93657-2128 | 9/30/2024 |
| 54 | 4507 | 2330 W BETHANY HOME RD PHOENIX, AZ | Big Lots Stores-PNS, LLC | SOUTHWESTERN INVESTMENTS, LLC | C/O WILSON PROPERTY SERVICES, INC., 8120 E CACTUS RD STE 300, SCOTTSDALE, AZ, 85260-5261 | 9/30/2024 |
| 55 | 4081 | 61490 Imperial Hwy La Mirada, CA | Big Lots Stores-PNS, LLC | SPIRIT HALLOWEEN SUPERSTORES, LLC | 6826 BLACK HORSE PIKE, EGG HARBOR TOWNSHIP, NJ 08234 | 9/9/2024 |
| ~~56~~ | ~~4767²~~ | ~~1600 S MAIN ST WEST BEND, WI~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~SPIRIT REALTY LP~~ | ~~C/O SPIRIT REALTY CAPITAL, INC, 2727 N HARWOOD ST, STE 300, DALLAS, TX, 75201~~ | ~~9/30/2024~~ |
| 57 | 1066 | 1417 N BELT HWY SAINT JOSEPH, MO | Big Lots Stores, LLC | ST. JOSEPH NORTHGATE LLC | C/O CHASE PROPERTIES, LTD., 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | 9/30/2024 |

2 As reflected on the record at the hearing in these cases on September 30, 2024, this lease may be re-added to this list, with a rejection date of September 30, 2024, if the relevant parties are unable to document an acceptable side agreement.

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 58 | 4244 | 2621 FASHION PL BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | SUNNYHILLS ASSOCIATES | C/O COATES & SOWARDS, INC., 1952 CAMDEN AVE, SAN JOSE, CA, 95124-2816 | 9/30/2024 |
| 59 | 4244 - Storage | 2621 FASHION PL BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | SUNNYHILLS ASSOCIATES | C/O COATES & SOWARDS, INC., 1952 CAMDEN AVE, SAN JOSE, CA, 95124-2816 | 9/30/2024 |
| 60 | 4122 | 2525 S MOONEY BLVD VISALIA, CA | Big Lots Stores-PNS, LLC | SUSAN P. FRENCH REVOCABLE TRUST | C/O WELLS FARGO BANK, N.A., 8405 N. FRESNO STREET, SUITE 210, FRESNO, CA, 93720 | 9/30/2024 |
| 61 | 5102 | 1440 NE 23RD ST POMPANO BEACH, FL | Big Lots Stores, LLC | SVAP POMPANO CITI CENTRE, L.P. | ATTN: GREG MOROSS, 302 DATURA STREET, SUITE 100, WEST PALM BEACH, FL, 33401 | 9/30/2024 |
| 62 | 5329 | 13637 WASHINGTON ST KANSAS CITY, MO | Big Lots Stores, LLC | SV-STATE LINE, LLC | C/O GABE TOVAR, 4741 CENTRAL STREET, SUITE 195, KANSAS CITY, MO, 64112 | 9/30/2024 |
| 63 | 4681 | 1414 72ND ST TACOMA, WA | AVDC, LLC | TAHOMA VISTA VENTURE LLC | 2940 FARVIEW AVENUE E, SEATTLE, WA, 98102-3016 | 9/30/2024 |
| 64 | 4625 | 4727 EAST BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | TATUM VENTURE, LLC, DBA TATUM VENTURE ARIZONA LLC | C/O WEST VALLEY PROPERTIES, INC, 2929 E. CAMELBACK ROAD, SUITE 124, PHOENIX, AZ, 85016 | 9/30/2024 |
| 65 | 4386 | 2238 N BELLFLOWER BLVD LONG BEACH, CA | Big Lots Stores-PNS, LLC | THE NORTH LOS ALTOS SHOPPING CENTER | C/O DOWNTOWN MANAGEMENT CO. INC., 541 S SPRING ST., SUITE 204, Los Angeles, CA, 90013 | 9/30/2024 |
| ~~66~~ | ~~5463~~ | ~~687 MAIN ST THOMSON, GA~~ | ~~Big Lots Stores, LLC~~ | ~~THOMSON PLAZA SHOPPING CENTER, LLC~~ | ~~C/O GARRETT & GARRETT, PO BOX 36, FOUNTAIN INN, SC, 29644~~ | ~~9/30/2024~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 67 | 4768 | 111 RANCH DR MILPITAS, CA | Big Lots Stores-PNS, LLC | TMS MCCARTHY LP | 20211 PATIO DR., STE 145, CASTRO VALLEY, CA, 94546 | 9/30/2024 |
| 68 | 1938 | 27411 YNEZ RD TEMECULA, CA | Big Lots Stores, LLC | TOWER PLAZA, INC | C/O AERO MANAGEMENT, 3435 WILSHIRE BLVD, SUITE 2755, LOS ANGELES, CA, 90010-1901 | 9/30/2024 |
| 69 | 4764 | 751 UPPER GLEN ST, STE 2 QUEENSBURY, NY | Big Lots Stores PNS, LLC | UPPER GLEN STREET ASSOCIATES, LLC | C/O ANGRO COMPANIES, 20 CORPORATE WOODS BLVD., ALBANY, NY, 12211 | 9/30/2024 |
| 70 | 4692 | 1650 BIRCHWOOD AVE BELLINGHAM, WA | AVDC, LLC | VALUE INVESTMENT GROUP INC | 8012 SOUTH TACOMA WAY STE 28, LAKEWOOD, WA, 98499-4594 | 9/30/2024 |
| 71 | 1678 | 11230 S ORANGE BLOSSOM TRL ORLANDO, FL | Big Lots Stores, LLC | WATERBRIDGE ORANGE BLOSSOM, LLC | C/O STILES PROPERTY MANAGEMENT , 1900 SUMMIT TOWER BLVD., SUITE 240, ORLANDO, FL, 32810 | 9/30/2024 |
| 72 | 5394 | 21697 STATE ROAD 7 BOCA RATON, FL | Big Lots Stores, LLC | WEST BOCA CENTER LLC | C/O SOUTHERN MANAGEMENT AND DEVELOPMENT LP, 2300 NW CORPORATE BLVD, STE 135, BOCA RATON, FL, 33431 | 9/30/2024 |
| 73 | 4625 | 4727 EAST BELL RD. PHOENIX, AZ | Big Lots Stores-PNS, LLC | WEST VALLEY PROPERTIES, INC | ATTN: PROPERTY MANAGER, 280 SECOND STREET SUITE 230, LOS ALTOS, CA, 94022 | 9/30/2024 |
| 74 | 4748 | 40 BOSTON POST RD WATERFORD, CT | Big Lots Stores-PNS, LLC | WESTERMAN BALL EDERER MILLER | ZUCKER & SHARFSTEIN, LLP, 1201 RXR PLAZA, UNIONDALE, NY, 11556 | 9/30/2024 |
| 75 | 5431 | 1189 SIMI TOWN CENTER WAY SIMI VALLEY, CA | Big Lots Stores, LLC | Y&C LONG BEACH | PO BOX 69344, WEST HOLLYWOOD, CA, 90069 | 9/30/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 76 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores- PNS, LLC | YEE HOP REALTY, LIMITED | P.O. BOX 1759, HONOLULU, HI, 96806 | 9/30/2024 |
| 77 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores- PNS, LLC | YEE HOP REALTY, LIMITED | ATTN: STEVEN MICHAEL CHUN, 135 N. KING STREET, HONOLULU, HI, 96817 | 9/30/2024 |
| 78 | 4660 | 2000 14TH AVE SE ALBANY, OR | Big Lots Stores- PNS, LLC | YEE HOP REALTY, LIMITED ATTN:JOHN BENAZZI | C/O DAVIS WRIGHT TREMAINE LLP, 1300 SW FIFTH AVE., SUITE 2400, PORTLAND, OR, 97201 | 9/30/2024 |
| 79 | 4433 | 5555 ZUNI RD SE Albuquerque, NM | Big Lots Stores- PNS, LLC | ZUNI ALBUQUERQUE 2005 | 550 HOWE AVE, SUITE 100 Sacramento, CA 95825 | 9/9/2024 |

**Exhibit 2**

**Form of Rejection Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No.** ___ |

**[NUMBER] NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS
AND/OR UNEXPIRED LEASES (AND THE ABANDONMENT OF PROPERTY)**

> **PARTIES RECEIVING THIS NOTICE SHOULD CHECK <u>SCHEDULE 1</u> ATTACHED HERETO FOR THEIR NAMES AND THEIR CONTRACTS OR LEASES AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that, on September 9, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors' chapter 11 cases are being jointly administered under the lead case *In re Big Lots, Inc.*, No. 24-11967 (JKS).

**PLEASE TAKE FURTHER NOTICE** that, on [●], 2024 the Court entered the *Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts And Unexpired Leases* [D.I. [●]] (the "**Rejection Procedures Order**")[2] that, among other things, authorized and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Motion, as applicable. A copy of the Motion and additional information about the Chapter 11 Cases can be accessed on the Debtors' case information website located at https://www.cases.ra.kroll.com/BigLots. If you have any questions, please contact, Kroll Restructuring Administration LLC, the Debtors' claims and noticing agent, at 844.217.1398 (US and Canada Toll-Free) or 646.809.2073 (Outside the US and Canada). Kroll Restructuring Administration LLC cannot provide legal advice.

established procedures for the rejection of Contracts and Leases and the abandonment of certain property in connection therewith (the "**Rejection Procedures**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures Order and this written notice (this "**Rejection Notice**"), the Debtors hereby notify you that they have determined, in the exercise of their sound business judgment, that each Contract or Lease set forth on **Schedule 1** attached hereto shall be deemed rejected effective as of the date (the "**Rejection Date**") set forth therein or such other date as the Debtors and the applicable Counterparty agree.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby notify you of their intent to abandon certain personal property, furniture, fixtures and equipment that may be located on the leased premises subject to a rejected Contract or Lease (any such property, the "Abandoned Property"), which Abandoned Property is generally described in **Schedule 1** attached hereto:

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts or Leases on **Schedule 1** attached hereto, or the proposed abandonment of property in connection therewith, must file and serve a written objection (a "**Rejection Objection**") so that such Rejection Objection is filed with the Court on the docket of the Chapter 11 Cases and that the following parties actually receive such objection no later than 4:00 p.m. (prevailing Eastern Time) on [●] (the "**Rejection Objection Deadline**"): (a) the U.S. Trustee, 844 N. King Street, Wilmington, DE 19801, Attn: Linda Casey; (b) [proposed] counsel to the Debtors, (i) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino and Ethan Stern (notice.biglots@davispolk.com) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, and Casey B. Sawyer, (biglots.mnat@morrisnichols.com); (c) (A) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com), Stacy L. Newman, Esq. (snewman@coleschotz.com) and Sarah Carnes Esq. (scarnes@colescholtz.com) and (B) McDermott Will & Emery, One Vanderbilt Avenue, New York, NY, 10017, Attn: Darren Azman (dazman@mwe.com) and Kristin K. Going (kgoing@mwe.com), proposed co-counsel to the official committee appointed in these Chapter 11 Cases; and (d) if the objecting party is not the affected Counterparty to such Contract or Lease, the affected Counterparty to such Contract or Lease (the "**Objection Service Parties**"). Please note that the Rejection Objection Deadline may be extended with respect to a particular Contract or Lease by the Debtors upon written notice to the applicable Counterparty (email being sufficient).

**PLEASE TAKE FURTHER NOTICE** that each Rejection Objection must (a) be in writing and in English (b) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, and (c) state, with specificity, the legal and factual bases thereof.

**PLEASE TAKE FURTHER NOTICE** that, absent the proper and timely filing and service of a Rejection Objection, the Debtors shall submit a proposed order, substantially in the form attached hereto as **Schedule 2** (the "**Rejection Order**"), authorizing the rejection of any such Contract(s) or Lease(s) listed on **Schedule 1** effective as of the Rejection Date (or such other date to which the Debtors and the applicable rejection Counterparty agree or as ordered by the Court)

#99078969v7

and file such proposed Rejection Order with the Court under a certificate of counsel following the expiration of the Rejection Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if a Rejection Objection is properly and timely filed and served and not withdrawn or resolved, the Debtors shall file with the Court a notice for a hearing to consider the Rejection Objection. If such Rejection Objection is overruled or withdrawn, such Contract or Lease (and any abandonment of personal property in connection therewith) shall be treated as set forth in the immediately preceding paragraph, unless otherwise agreed by the affected parties or as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, absent a further order of the Court or written agreement from the Debtors (email being sufficient), all Counterparties are prohibited from setting off, recouping, or otherwise utilizing any monies deposited by the Debtors with such Counterparty as a security deposit.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to the rejection of your Contract or Lease, you must do so by the later of (a) the deadline for filing proofs of claim established in the Chapter 11 Cases, or (b) 35 days after the date of entry of the applicable Rejection Order. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU MAY BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (X) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS OR THEREAFTER FILING A PROOF OF CLAIM WITH RESPECT THERETO IN THE CHAPTER 11 CASES, (Y) BEING TREATED AS A CREDITOR OF THE DEBTORS FOR THE PURPOSE OF VOTING ON ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, AND (Z) RECEIVING OR BEING ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTORS OR THEIR SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM IN THE CHAPTER 11 CASES.

*[Remainder of page intentionally left blank]*

#99078969v7

Dated:    [●] 2024
          Wilmington, Delaware

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ *[Draft]*
                              Robert J. Dehney, Sr. (No. 3578)
                              Andrew R. Remming (No. 5120)
                              Tamara K. Mann (No. 5643)
                              Sophie Rogers Churchill (No. 6905)
                              Casey B. Sawyer (No. 7260)
                              1201 N. Market Street, 16th Floor
                              Wilmington, DE 19801
                              Tel: (302) 658-9200
                              rdehney@morrisnichols.com
                              aremming@morrisnichols.com
                              tmann@morrisnichols.com
                              srchurchill@morrisnichols.com
                              csawyer@morrisnichols.com

                              *-and-*

                              DAVIS POLK & WARDWELL LLP

                              Brian M. Resnick ([admitted] *pro hac vice*)
                              Adam L. Shpeen ([admitted] *pro hac vice*)
                              Stephen D. Piraino ([admitted] *pro hac vice*)
                              Ethan Stern ([admitted] *pro hac vice*)
                              450 Lexington Avenue
                              New York, NY 10017
                              Tel.: (212) 450-4000
                              brian.resnick@davispolk.com
                              adam.shpeen@davispolk.com
                              stephen.piraino@davispolk.com
                              ethan.stern@davispolk.com

                              *Counsel to the Debtors and Debtors in Possession*

## Schedule 1

### Schedule of Rejected Contracts and Leases

## Schedule 2

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. ___** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF [•] AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [Docket. No. [•]]; and the filing of the notice of rejection (the "Rejection Notice") by the Debtors [Docket. No. [•]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Contract and Leases listed on Schedule 1 attached hereto are hereby rejected as of [•] (the "Rejection Date").

2. The Debtors are authorized, but not directed, to abandon any abandoned property described on Schedule 1 attached hereto, and any abandoned property of the Debtors remaining in any leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

#98616123v14
#99078969v7

4.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

#98616123v14
#99078969v7

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

#98616123v14
#99078969v7

## Schedule 1

**Schedule of Rejected Contracts and Leases**