## EXHIBIT A

| Store # | Store Address |
|---|---|
| 1863 | 1150A UNION STREET EXT WEST SPRINGFIELD, MA |
| 5089 | 2353 N PARK DR HOLLAND, MI |
| 4162 | 3161 E TEXAS ST BOSSIER CITY, LA |
| 5336 | 511 N STATE RD 7 ROYAL PALM BEACH, FL |
| 5203 | 710 ACADEMY DR BESSEMER, AL |
| 1628 | 7067 W BROWARD BLVD STE B PLANTATION, FL |
| 5108 | 1515 GARNER STATION BLVD RALEIGH, NC |
| 1169 | 8533 MIDLOTHIAN TPKE NORTH CHESTERFIELD, VA |
| 4123 | 5085 N ACADEMY BLVD COLORADO SPRINGS, CO |
| 1793 | 303 US ROUTE 4 E RUTLAND, VT |
| 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY |
| 1274 | 1410 S 1ST ST UNION CITY, TN |
| 1719 | 750 PERRY AVE BIG RAPIDS, MI |
| 4615 | 204 S. RANDALL RD. ELGIN, IL |
| 1660 | 3105 BERLIN TPKE NEWINGTON, CT |
| 4621 | 3399 BETHEL RD. SE PORT ORCHARD, WA |
| 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO |
| 4104 - Storage | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO |
| 4164 | 4895 E KINGS CANYON RD FRESNO, CA |
| 4031 | 2900 W ROSECRANS AVE GARDENA, CA |
| 4106 | 380 S CHEROKEE LN LODI, CA |
| 4045 | 14790 LA PAZ DR VICTORVILLE, CA |

| | |
|---|---|
| 4045 | 14790 LA PAZ DR VICTORVILLE, CA |
| 4087 | 56865 29 PALMS HWY YUCCA VALLEY, CA |
| 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ |
| 5086 | 8215 UNIVERSITY CITY BLVD STE E CHARLOTTE, NC |
| 1532 | 4925 JACKMAN RD STE 15 TOLEDO, OH |
| 4534 | 1100 BRIGHTON AVE PORTLAND, ME |
| 5191 | 209 S ROYAL OAKS BLVD STE 206 FRANKLIN, TN |
| 830 | 2309 N TRIPHAMMER RD ITHACA, NY |
| 4489 | 702 E STATE RD AMERICAN FORK, UT |
| 1691 | 373 N WILLOWBROOK RD COLDWATER, MI |
| 5154 | 32399 JOHN R RD. MADISON HEIGHTS, MI |
| 5141 | 6275 UNIVERSITY DR NW HUNTSVILLE, AL |
| 1796 | 3750 BEE RIDGE RD SARASOTA, FL |
| 4098 | 12550 CENTRAL AVE CHINO, CA |
| 4678 | 3501 E LINCOLNWAY CHEYENNE, WY |
| 1607 | 43 BURNETT BLVD POUGHKEEPSIE, NY |
| 4618 | 2121 NEWMARK ST. NORTH BEND, OR |
| 4604 | 940 EAST BASELINE RD. TEMPE, AZ |
| 5482 | 2110 WARDS RD LYNCHBURG, VA |
| 4773 | 1611 E HATCH RD, STE A CERES, CA |
| 4728 | 8148 S CICERO AVE BURBANK, IL |
| 1408 | 138 W HIVELY AVE ELKHART, IN |
| 1251 | 216 WASHINGTON ST CLAREMONT, NH |

| 5349 | 1650 GENERAL BOOTH BLVD, STE 200 VIRGINIA BEACH, VA |
|------|------------------------------------------------------|
| 4653 | 5401 100TH ST SW STE 102 LAKEWOOD, WA |
| 5302 | 9535 S BLVD STE C CHARLOTTE, NC |
| 1597 | 2276 DELAWARE AVE BUFFALO, NY |
| 5194 | 41 POND ST ASHLAND, MA |
| 190  | 1321 2ND ST HENDERSON, KY |
| 4766 | 6646 CLARK RD PARADISE, CA |
| 5195 | 375 PAVILION PARKWAY FAYETTEVILLE, GA |
| 5100 | 2400 W INTERNATIONAL SPEEDWAY DAYTONA BEACH, FL |
| 4627 | 2975 NEW CENTER POINT COLORADO SPRINGS, CO |
| 4228 | 8265 W FLAGLER ST MIAMI, FL |
| 564  | 41306 US HWY 19  N TARPON SPRINGS, FL |
| 1198 | 1391 W FORT WILLIAMS ST SYLACAUGA, AL |
| 5397 | 2820 GRACY CENTER WAY CORAOPOLIS, PA |
| 1810 | 1699 RIVER OAKS DR CALUMET CITY, IL |
| 1728 | 3958 ILLINOIS RD FORT WAYNE, IN |
| 4499 | 1960 ECHO HOLLOW RD EUGENE, OR |
| 1493 | 178 N KING ST NORTHAMPTON, MA |
| 4592 | 1200 10TH AVENUE SOUTH GREAT FALLS, MT |
| 4490 | 2628 11TH AVE GREELEY, CO |
| 819  | 4406 STATE ROUTE 5 & 20 STE 129 CANANDAIGUA, NY |
| 5365 | 4645 COMMERCIAL DR NEW HARTFORD, NY |
| 5219 | 6623 GOVERNOR RITCHIE HWY GLEN BURNIE, MD |

| | |
|---|---|
| 1801 | 2882 TAMIAMI TRL E NAPLES, FL |
| 5473 | 263 S LIBERTY ST WAYNESBORO, GA |
| 5125 | 1980 PAVILION WAY LEXINGTON, KY |
| 513 | 11854 US HIGHWAY 19 PORT RICHEY, FL |
| 4478 | 2520 S HARRISON RD TUCSON, AZ |
| 4014 | 17575 FOOTHILL BLVD FONTANA, CA |
| 5096 | 4201 S NOLAND RD INDEPENDENCE, MO |
| 4654 | 3669 E. GRAND RIVER AVE HOWELL, MI |
| 4640 | 1139 W BROADWAY CENTRALIA, IL |
| 1925 | 16074 SE MCLOUGHLIN BLVD STE 8 PORTLAND, OR |
| 4612 | 151 EASY WAY WENATCHEE, WA |
| 1896 | 8539 ELK GROVE BLVD ELK GROVE, CA |
| 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA |
| 1984 | 199 FRANKLIN MILLS BLVD PHILADELPHIA, PA |
| 293 | 410 E PERKINS AVE SANDUSKY, OH |
| 5377 | 12601 CITRUS PLAZA DR TAMPA, FL |
| 4573 | 9612 N NEWPORT HIGHWAY SPOKANE, WA |
| 4645 | 1020 W IMPERIAL HWY LA HABRA, CA |
| 5245 | 169 DANBURY RD NEW MILFORD, CT |
| 5090 | 2999 N COLLEGE AVE FAYETTEVILLE, AR |
| 5087 | 650 WOLCOTT ST WATERBURY, CT |
| 1171 | 31 HWY 138 W STE 150 STOCKBRIDGE, GA |
| 5389 | 15271 MCGREGOR BLVD FORT MYERS, FL |

| | |
|---|---|
| 5254 | 2980 WHITEFORD RD YORK, PA |
| 1762 | 698 S OGDEN ST BUFFALO, NY |
| 1638 | 345 SCARLET RD STE 22 KENNETT SQUARE, PA |
| 4246 | 13241 WHITTIER BLVD WHITTIER, CA |
| 1671 | 359 MIAMISBURG CENTERVILLE RD DAYTON, OH |
| 5292 | 1520 N CLINTON ST DEFIANCE, OH |
| 5228 | 4420 MITCHELVILLE RD. BOWIE, MD |
| 4657 | 5516 SOUTH 900 EAST MURRAY, UT |
| 4449 | 2083 NE BURNSIDE RD GRESHAM, OR |
| 4537 | 1875 ORO DAM BLVD E OROVILLE, CA |
| 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC |
| 1196 | 316 CORNELIA ST PLATTSBURGH, NY |
| 5200 | 1957 COBBS FORD RD. PRATTVILLE, AL |
| 5410 | 9690 COLERAIN AVE CINCINNATI, OH |
| 4599 | 2450 SOUTH 9TH ST. SALINA, KS |
| 5401 | 590 BRANCHLANDS BLVD CHARLOTTESVILLE, VA |
| 1869 | 5625 W SAGINAW HWY UNIT 1 LANSING, MI |
| 4718 | 1601 W CRAIG RD N LAS VEGAS, NV |
| 4482 | 304 NE AGNESS AVE GRANTS PASS, OR |
| 4614 | 400 E STATE HWY 260 STE A PAYSON, AZ |
| 4553 | 17W714 W 22ND ST OAKBROOK TERRACE, IL |
| 5112 | 610 HOLCOMB BRIDGE RD STE 300 ROSWELL, GA |
| 4483 | 27142 LA PAZ RD MISSION VIEJO, CA |

| | |
|---|---|
| 4475 | 18565 SW TUALATIN VALLEY HWY BEAVERTON, OR |
| 5467 | 3225 MISSOURI BLVD JEFFERSON CITY, MO |
| 4578 | 2817 S. MARKET ST. GILBERT, AZ |
| 4192 | 2738 CANDLER RD DECATUR, GA |
| 4328 | 955 SEPULVEDA BLVD TORRANCE, CA |
| 4568 | 18705 S I-19 FRONTAGE RD GREEN VALLEY, AZ |
| 5174 | 179 HIGHLAND AVE SEEKONK, MA |
| 4684 | 3520 W. SHAW AVE FRESNO, CA |
| 4510 | 10850 LINCOLN TRL FAIRVIEW HEIGHTS, IL |
| 4541 | 120 31ST AVE SE PUYALLUP, WA |
| 1314 | 4433 LEMAY FERRY RD SAINT LOUIS, MO |
| 4776 | 699 S GREEN BAY RD NEENAH, WI |
| 5471 | 2354 S RANGE AVE DENHAM SPRINGS, LA |
| 5325 | 2301 GALLATIN PIKE N MADISON, TN |
| 5461 | 1170 INDIANA AVE SAINT MARYS, OH |
| 5227 | 5370 STONE MOUNTAIN HWY STE 300 STONE MOUNTAIN, GA |
| 5351 | 7381 52ND PL E BRADENTON, FL |
| 4295 | 633 SWEETWATER RD SPRING VALLEY, CA |
| 5478 | 2806 FRONTAGE RD WARSAW, IN |
| 320 | 7779 TYLERSVILLE RD WEST CHESTER, OH |
| 5444 | 1801 S SEMORAN BLVD ORLANDO, FL |
| 4400 | 7025 E TANQUE VERDE RD TUCSON, AZ |
| 5279 | 42 TOWN ST STE 1200 NORWICH, CT |

| 1267 | 1931 E MAIN ST TORRINGTON, CT |
|------|-------------------------------|
| 4722 | 3900 W INA RD TUCSON, AZ |
| 1394 | 901 N CONGRESS AVE BOYNTON BEACH, FL |
| 1817 | 11372 PRINCETON PIKE CINCINNATI, OH |
| 5472 | 822 E MAIN ST JEFFERSON, NC |
| 4732 | 1401 SPRING STREET PETOSKEY, MI |
| 536  | 11672 E COLONIAL DR ORLANDO, FL |
| 5304 | 3960 MORMON COULEE RD LA CROSSE, WI |
| 4555 | 3615 ELKHORN BLVD NORTH HIGHLANDS, CA |
| 5357 | 5900 E. VIRGINIA BEACH BLVD. NORFOLK, VA |
| 4775 | 560 WINDSOR AVE WINDSOR, CT |
| 5295 | 471 GREEN STREET WOODBRIDGE, NJ |
| 4301 | 1986 FREEDOM BLVD FREEDOM, CA |
| 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA |
| 4596 | 1320 FRANKLIN ROAD YUBA CITY, CA |
| 1947 | 6540 GLENWOOD AVE RALEIGH, NC |