Exhibit B

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 1 | 1863 | 1150A UNION STREET EXT WEST SPRINGFIELD, MA | Big Lots Stores, LLC | 1150 UNION STREET CORPORATION | 149 COLONIAL ROAD, P.O. BOX 1270, MANCHESTER, CT, 06045-1270 | $55,168 |
| 2 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | 2353 NORTH PARK DRIVE LLC | 4435 E BROADWAY RD STE FIVE, MESA, AZ, 85206-2012 | $47,593 |
| 3 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | TRENT J TAYLOR, ESQ | MILLER, CANFIELD, PADDOCK AND STONE PLC, 99 MONROE AVE NW, GRAND RAPIS, MI, 49503 | $— |
| 4 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | 3045 E TEXAS STREET LLC | 900 PIERREMONT RD STE 115, P O BOX 6212, SHREVEPORT, LA, 71106-2055 | $44,753 |
| 5 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | BIG BCLA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | $— |
| 6 | 5336 | 511 N STATE RD 7 ROYAL PALM BEACH, FL | Big Lots Stores, LLC | 511 SR7 OWNER, LLC | C/O HIFFMAN ASSET MANAGEMENT, LLC (D/B/A HIFFMAN NATIONAL, LLC), 1 OAKBROOK TER STE 400, OAKBROOK TERRACE, IL, 60181 | $27,866 |
| 7 | 5203 | 710 ACADEMY DR BESSEMER, AL | Big Lots Stores, LLC | 59 WEST INVESTORS LLC | C/O VICTORY REAL ESTATE INVESTMENTS LLC, 240 BROOKSTONE CENTRE PARKWAY, COLUMBUS, GA, 31904 | $34,298 |
| 8 | 1628 | 7067 W BROWARD BLVD STE B PLANTATION, FL | Big Lots Stores, LLC | 7023 BROWARD, LLC | C/O SFLRE GROUP, LLC, 1650 SE 17TH ST STE 214, FORT LAUDERDALE, FL, 33316 | $19,040 |
| 9 | 5108 | 1515 GARNER STATION BLVD RALEIGH, NC | Big Lots Stores, LLC | 8401 MICHIGAN ROAD LLC | C/O MADISON PROPERTIES, 3611 14TH AVE., SUITE 552, BROOKLYN, NY, 11218 | $16,128 |
| 10 | 1169 | 8533 MIDLOTHIAN TPKE NORTH CHESTERFIELD, VA | Big Lots Stores, LLC | 8501 MIDLO PIKE LLC | 4525 MAIN ST STE 900, VIRGINIA BEACH, VA, 23462-3431 | $36,856 |
| 11 | 4123 | 5085 N ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | ABMAR GK US INC | C/O EGAN PROPERTY MANAGEMENT, P.O. BOX 38175, COLORADO SPRINGS, CO, 80937-8175 | $29,454 |
| 12 | 1793 | 303 US ROUTE 4 E RUTLAND, VT | Big Lots Stores, LLC | AEJ RUTLAND, LLC | C/O JUSTER DEVELOPMENT, 120 WHITE PLAINS ROAD, SUITE 110, TARRYTOWN, NY, 10591-5522 | $26,763 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 13 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | AGREE CENTRAL, LLC | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE , ROYAL OAK , MI, 48073 | $25,548 |
| 14 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | LOWELL D. SALESIN, ESQ. | HONIGMAN MILLER SCHWARTZ AND COHN LLP, 39400 WOODWARD AVE., SUITE 101, BLOOMFIELD HILLS, MI, 48304 | $– |
| 15 | 1274 | 1410 S 1ST ST UNION CITY, TN | Big Lots Stores, LLC | ALATEX, A JOINT VENTURE | 1630 TOWN SQUARE S.W., CULLMAN, AL, 35055-0996 | $18,751 |
| 16 | 1719 | 750 PERRY AVE BIG RAPIDS, MI | Big Lots Stores, LLC | ALEA PROPERTIES LLC | 5725 DRAGON WAY STE 400, CINCINNATI, OH, 45227-4519 | $24,153 |
| 17 | 4615 | 204 S. RANDALL RD. ELGIN, IL | Big Lots Stores-PNS, LLC | AR-OTTER CREEK LLC | 11155 RED RUN BLVD SUITE 320, OWINGS MILLS, MD, 21117-3256 | $45,000 |
| 18 | 1660 | 3105 BERLIN TPKE NEWINGTON, CT | Big Lots Stores, LLC | BERLIN NEWINGTON ASSOCIATES | C/O GILMAN MANAGEMENT CORP., P.O. BOX 222143, GREAT NECK, NY, 11022-2143 | $52,203 |
| 19 | 4621 | 3399 BETHEL RD. SE PORT ORCHARD, WA | Big Lots Stores-PNS, LLC | BETHEL GARP, LLC | C/O GERRITY GROUP, LLC, 973 LOMAS SANTA FE DRIVE SUITE A, SOLANA BEACH, CA, 92075 | $42,229 |
| 20 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | $86,474 |
| 21 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | VANDE LAY CAPITAL PARTNERS, LLC | ATTN: VAN KORELL, 402 NORRIS AVE, STE #202, MCCOOK, NE, 69001 | $– |
| 22 | 4104 - Storage | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | $– |
| 23 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | BIG FRCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | $65,206 |
| 24 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | HAMBEY'S KINGS CANYON LLC | C/O BEACON ASSOCIATES, 1483 WEST SHAW AVENUE, FRESNO, CA, 93711 | $– |
| 25 | 4031 | 2900 W ROSECRANS AVE GARDENA, CA | BLBO Tenant, LLC | BIG HOLDINGS 1 LLC | PO BOX 69344, WEST HOLLYWOOD, CA, 90069-0344 | $100,480 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 26 | 4106 | 380 S CHEROKEE LN LODI, CA | BLBO Tenant, LLC | BIG LOCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALL, SUITE 4140, CHICAGO , IL, 60602 | $60,869 |
| 27 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BIG VICA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | $87,073 |
| 28 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BLM VICTORVILLE | C/O LUKO MGMT, 5862 BOLSA AVE STE 108, HUNTINGTON BEACH, CA, 92649-1169 | $– |
| 29 | 4087 | 56865 29 PALMS HWY YUCCA VALLEY, CA | BLBO Tenant, LLC | BIG YVCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | $51,141 |
| 30 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES 1, LLC | C/O RAWSON, BLUM & LEON, FOUR EMBARCADERO CENTER, SUITE 1400, SAN FRANCISCO, CA, 94111 | $21,628 |
| 31 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES I, LLC | C/O ARIZONA COMMERCIAL, 212 E GURLEY STREET, PRESCOTT, AZ, 86301 | $– |
| 32 | 5086 | 8215 UNIVERSITY CITY BLVD STE E CHARLOTTE, NC | Big Lots Stores, LLC | BRE RETAIL RESIDUAL NC OWNER L.P. | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | $21,889 |
| 33 | 1532 | 4925 JACKMAN RD STE 15 TOLEDO, OH | Big Lots Stores-CSR, LLC | BRIXMOR MIRACLE MILE LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | $52,303 |
| 34 | 4534 | 1100 BRIGHTON AVE PORTLAND, ME | Big Lots Stores-PNS, LLC | BRIXMOR SPE 4 LLC | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | $54,869 |
| 35 | 4534 - Storage | 1100 BRIGHTON AVE PORTLAND, ME | Big Lots Stores-PNS, LLC | BRIXMOR SPE 4 LLC | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | $– |
| 36 | 5191 | 209 S ROYAL OAKS BLVD STE 206 FRANKLIN, TN | Big Lots Stores, LLC | BRIXMOR WATSON GLEN, LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | $27,467 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 37 | 830 | 2309 N TRIPHAMMER RD ITHACA, NY | Big Lots Stores-PNS, LLC | BRIXMOR/IA CAYUGA PLAZA LLC | PO BOX 645341, CINCINNATI, OH, 45264-5341 | $23,092 |
| 38 | 4489 | 702 E STATE RD AMERICAN FORK, UT | Big Lots Stores-PNS, LLC | BRIXTON FORK TIC, LLC | ATTN: BRIXTON INVESTMENT MANAGEMENT, LLC, 120 S SIERRA AVE, SOLANA BEACH, CA, 92075 | $39,509 |
| 39 | 1691 | 373 N WILLOWBROOK RD COLDWATER, MI | Big Lots Stores, LLC | BROOKWOOD CAPITAL GROUP LLC | PO BOX 688, WHITE BLUFF, TN, 37187-0688 | $27,630 |
| 40 | 5154 | 32399 JOHN R RD. MADISON HEIGHTS, MI | Big Lots Stores, LLC | BROTHERS REALTY AND PROPERTY MANAGEMENT LLC | ATTN: ARCHIE MOJARES, 1625 W. BIG BEAVER ROAD SUITE D, TROY, MI, 48098 | $52,482 |
| 41 | 5141 | 6275 UNIVERSITY DR NW HUNTSVILLE, AL | Big Lots Stores, LLC | BVA WESTSIDE SPE LLC | C/O BIG V PROPERTIES LLC, 176 N MAIN ST STE 210, FLORIDA, NY, 10921 | $37,073 |
| 42 | 1796 | 3750 BEE RIDGE RD SARASOTA, FL | Big Lots Stores, LLC | CA NEW PLAN SARASOTA, LP - ATTN: SALES AUDIT DEPT. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | $21,900 |
| 43 | 4098 | 12550 CENTRAL AVE CHINO, CA | BLBO Tenant, LLC | CANYON GRANDE PROPERTIES LP | 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5502 | $72,882 |
| 44 | 4678 | 3501 E LINCOLNWAY CHEYENNE, WY | Big Lots Stores-PNS, LLC | CAPITAL CITY PROPERTIES LLC | PO BOX 2975, CHEYENNE, WY, 82003-2975 | $50,005 |
| 45 | 1607 | 43 BURNETT BLVD POUGHKEEPSIE, NY | Big Lots Stores, LLC | CAPSTONE PLAZA 44 LLC | C/O NEWMARK KNIGHT FRANK, 1240 HEADQUARTERS PLAZA, 8TH FLOOR EAST TOWER, MORRISTOWN, NJ, 7960 | $82,746 |
| 46 | 4618 | 2121 NEWMARK ST. NORTH BEND, OR | Big Lots Stores-PNS, LLC | CARRINGTON CAPITAL INVESTMENTS IV LLC | 707 H STREET, EUREKA, CA, 95501-1836 | $27,826 |
| 47 | 4604 | 940 EAST BASELINE RD. TEMPE, AZ | Big Lots Stores-PNS, LLC | CC FUND 1 BIG LOTS LLC | 1155 KELLY JOHNSON BLVD STE 302, COLORADO SPRINGS, CO, 80920-3958 | $95,250 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 48 | 5482 | 2110 WARDS RD LYNCHBURG, VA | Big Lots Stores, LLC | CENTER-LYNCHBURG ASSOCIATES LP | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | $28,574 |
| 49 | 4773 | 1611 E HATCH RD, STE A CERES, CA | Big Lots Stores-PNS, LLC | CERES MARKETPLACE INVESTORS LLC | C/O JB MATTESON INC , 1900 S NORFOLK ST, STE 225, SAN MATEO, CA, 94403 | $89,490 |
| 50 | 4728 | 8148 S CICERO AVE BURBANK, IL | Big Lots Stores-PNS, LLC | CICERO 8148 LLC | 5916 WEST 88TH PLACE, OAK LAWN, IL, 60453 | $21,667 |
| 51 | 1408 | 138 W HIVELY AVE ELKHART, IN | Big Lots Stores, LLC | CITY OF ELKHART | 229 S SECOND STREET, ELKHART, IN, 46516-3112 | $29,807 |
| 52 | 1251 | 216 WASHINGTON ST CLAREMONT, NH | Big Lots Stores, LLC | CLAREMONT ASSOCIATES | C/O ROSEN ASSOCIATES MGMT CO., 33 SOUTH SERVICE RD., JERICHO, NY, 11753-1006 | $32,639 |
| 53 | 5349 | 1650 GENERAL BOOTH BLVD, STE 200 VIRGINIA BEACH, VA | Big Lots Stores, LLC | DAM NECK CROSSING, LLC | C/O GILMAN MANAGEMENT, 55 WATERMILL LANE, GREAT NECK, NY, 11022 | $47,536 |
| 54 | 4653 | 5401 100TH ST SW STE 102 LAKEWOOD, WA | Big Lots Stores-PNS, LLC | DANIEL G KAMIN TACOMA, LLC | C/O KAMIN REALTY CO., 490 S. HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | $41,264 |
| 55 | 5302 | 9535 S BLVD STE C CHARLOTTE, NC | Big Lots Stores, LLC | DDR CAROLINA PAVILION LP | ATTN: EXECUTIVE VICE PRESIDENT - LEASING, 3300 ENTERPRISE PARKWAY, BEACHWOOD, OH, 44122 | $46,980 |
| 56 | 1597 | 2276 DELAWARE AVE BUFFALO, NY | Big Lots Stores, LLC | DEL-LINDEN, LLC | C/O BENDERSON DEVELOPMENT, ATTN: LEASE ADMINISTRATION, 7978 COOPER CREEK BLVD., STE 100, UNIVERSITY PARK, FL, 34201-2139 | $25,862 |
| 57 | 5194 | 41 POND ST ASHLAND, MA | Big Lots Stores, LLC | DSM MB II LLC | C/O DSM REALTY, 875 EAST STREET, TEWKSBURY, MA, 1876 | $51,311 |
| 58 | 190 | 1321 2ND ST HENDERSON, KY | Big Lots Stores, LLC | ERSHIG PROPERTIES INC. | 1800 N. ELM STREET, P.O. BOX 1127, HENDERSON, KY, 42420 | $17,188 |
| 59 | 4766 | 6646 CLARK RD PARADISE, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD | 1300 NATIONAL DRIVE SUITE 100, SACRAMENTO, CA, 95834 | $26,796 |
| 60 | 5195 | 375 PAVILION PARKWAY FAYETTEVILLE, GA | Big Lots Stores, LLC | FAYETTE PAVILION LLC | 945 HEIGHTS BLVD, HOUSTON, TX, 77008-6911 | $52,343 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 61 | 5100 | 2400 W INTERNATIONAL SPEEDWAY DAYTONA BEACH, FL | Big Lots Stores, LLC | FESTIVAL PROPERTIES INC | 1215 GESSNER RD, HOUSTON, TX, 77055-6013 | $42,291 |
| 62 | 4627 | 2975 NEW CENTER POINT COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | FIRST AND MAIN SOUTH NO. 1, LLC | C/O NOR'WOOD LIMITED, INC, 111 SOUTH TEJON STREET, SUITE 222, COLORADO SPRINGS, CO, 80903 | $80,667 |
| 63 | 4228 | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $57,483 |
| 64 | 4228 - Storage | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $— |
| 65 | 564 | 41306 US HWY 19 N TARPON SPRINGS, FL | Big Lots Stores, LLC | FL-TARPON SQUARE-HA, LLC | C/O RIVERCREST REALTY ASSOCIATES, LLC, 8816 SIX FORKS RD., STE 201, RALEIGH, NC, 27615 | $33,126 |
| 66 | 1198 | 1391 W FORT WILLIAMS ST SYLACAUGA, AL | Big Lots Stores, LLC | FORT WILLIAMS SQUARE LLC | C/O REAL ESTATE SOUTHEAST LLC, PO BOX 681955, PRATTVILLE, AL, 36068 | $7,438 |
| 67 | 5397 | 2820 GRACY CENTER WAY CORAOPOLIS, PA | Big Lots Stores, LLC | FRANKLIN SQUARE LP | 537 ROCHESTER RD, PITTSBURGH, PA, 15237-1747 | $122,340 |
| 68 | 1810 | 1699 RIVER OAKS DR CALUMET CITY, IL | Big Lots Stores, LLC | FRONTLINE REAL ESTATE PARTNERS, LLC | ATTN: MATTHEW TARSHIS, 477 ELM PL, HIGHLAND PARK, IL, 60035 | $75,905 |
| 69 | 1728 | 3958 ILLINOIS RD FORT WAYNE, IN | Big Lots Stores, LLC | FW PARKWEST LLC | 2883 E DUPONT RD, FORT WAYNE, IN, 46825 | $46,272 |
| 70 | 4499 | 1960 ECHO HOLLOW RD EUGENE, OR | Big Lots Stores-PNS, LLC | G & J EUGENE, LLC | C/O HAWKINS COMPANIES, 855 BROAD ST., SUITE 300, BOISE, ID, 83702 | $30,067 |
| 71 | 1493 | 178 N KING ST NORTHAMPTON, MA | Big Lots Stores, LLC | GBR NORTH KING LLC & NORTHHAMPTON HOLDING, LP | C/O GIBRALTAR MANAGEMENT CO, INC, 150 WHITE PLAINS ROAD, STE 300, TARRYTOWN, NY, 10591-5521 | $19,649 |
| 72 | 4592 | 1200 10TH AVENUE SOUTH GREAT FALLS, MT | Big Lots Stores-PNS, LLC | GK HOLIDAY VILLAGE, LLC | C/O GK DEVELOPMENT, INC., 257 E. MAIN STREET, SUITE 200, BARRINGTON, IL, 60010 | $20,833 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 73 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC., 211 N STADIUM BLVD, SUITE 201, COLUMBIA, MO, 65203 | $38,427 |
| 74 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC.; ATTN: WENDY BURKE, 8724 AVIATOR LANE, ENGLEWOOD, CO, 80112 | $– |
| 75 | 819 | 4406 STATE ROUTE 5 & 20 STE 129 CANANDAIGUA, NY | Big Lots Stores, LLC | GOAL INVESTMENT INC | 361 FRANKLIN AVENUE, P.O. BOX 270, NUTLEY, NJ, 7110 | $10,551 |
| 76 | 5365 | 4645 COMMERCIAL DR NEW HARTFORD, NY | Big Lots Stores, LLC | GOODRICH NEW HARTFORD LLC | 560 SYLVAN AVE STE 2100, ENGLEWOOD CLIFFS, NJ, 07632-3174 | $106,648 |
| 77 | 5219 | 6623 GOVERNOR RITCHIE HWY GLEN BURNIE, MD | Big Lots Stores, LLC | GOVERNOR PLAZA ASSOCIATES LEGAL DEPT | C/O FEDERAL REALTY INVESTMENT TRUST, 909 ROSE AVENUE, SUITE 200, NORTH BETHESDA, MD, 20852 | $33,505 |
| 78 | 1801 | 2882 TAMIAMI TRL E NAPLES, FL | Big Lots Stores, LLC | GULF GATE PLAZA, LLC | C/O ISRAM REALTY AND MANAGEMENT, INC., 506 SOUTH DIXIE HIGHWAY, HALLANDALE, FL, 33009 | $101,556 |
| 79 | 5473 | 263 S LIBERTY ST WAYNESBORO, GA | Big Lots Stores, LLC | H/S WAYNESBORO B.L., LLC | 3638 WALTON WAY EXTENSION, STE 201, AUGUSTA, GA, 30909 | $30,212 |
| 80 | 5125 | 1980 PAVILION WAY LEXINGTON, KY | Big Lots Stores, LLC | HAP PROPERTY OWNER, LP | C/O CORE PROPERTY CAPITAL, 410 PEACHTREE PARKWAY SUITE 4165, CUMMING, GA, 30041 | $110,271 |
| 81 | 513 | 11854 US HIGHWAY 19 PORT RICHEY, FL | Big Lots Stores, LLC | HARMONY SHOPPING PLAZA LLC | 3980 TAMPA ROAD SUITE 205, OLDSMAR, FL, 34677 | $46,883 |
| 82 | 4478 | 2520 S HARRISON RD TUCSON, AZ | Big Lots Stores-PNS, LLC | HARRISON 135TH ST., LLC | 7372 N CAMINO SIN VACAS, TUCSON, AZ, 85718 | $18,309 |
| 83 | 4014 | 17575 FOOTHILL BLVD FONTANA, CA | BLBO Tenant, LLC | HAYFORD PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | $75,074 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 84 | 5096 | 4201 S NOLAND RD INDEPENDENCE, MO | Big Lots Stores, LLC | HJH INDEPENDENCE 1 LLC | 300 W DOUGLAS AVE STE 1031, WICHITA, KS, 67202-2911 | $24,740 |
| 85 | 4654 | 3669 E. GRAND RIVER AVE HOWELL, MI | Big Lots Stores, LLC | HOWELL PROPERTY MANAGEMENT LLC | C/O HOWELL FAMILY VENTURES, LLC & GR HOWELL LLC, 812 S MAIN ST STE 200, ROYAL OAK, MI, 48067-3280 | $36,003 |
| 86 | 4640 | 1139 W BROADWAY CENTRALIA, IL | Big Lots Stores-PNS, LLC | IPANEMA FAIRVIEW LLC | 5150 N MIAMI AVE, MIAMI, FL, 33127-2122 | $26,419 |
| 87 | 1925 | 16074 SE MCLOUGHLIN BLVD STE 8 PORTLAND, OR | Big Lots Stores, LLC | JA INVESTMENT PROPERTIES LLC | 14845 SW MURRAY SCHOLLS DRIVE, SUITE 110, PMB 212, BEAVERTON, OR, 97007-9237 | $51,333 |
| 88 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | ATTN: J. PATRICK AYLWARD, P.O. BOX 1688, WENATCHEE, WA, 98807-1688 | $23,552 |
| 89 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | WENATCHEE PRODUCTIONS CORPORATION | , P.O. BOX 2506, WENATCHEE, WA, 98807 | $– |
| 90 | 1896 | 8539 ELK GROVE BLVD ELK GROVE, CA | Big Lots Stores, LLC | JOATMON LLC | C/O BRET MADHVANI, 105 BELVEDERE ST, SAN FRANCISCO, CA, 94117 | $73,103 |
| 91 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS, 3344 PEACHTREE RD NE, SUITE 1100, ATLANTA, GA, 30326 | $99,176 |
| 92 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | TRU 2005 RE I, LLC | C/O RAIDER HILL ADVISORS, LLC, 757 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY, 10017 | $– |
| 93 | 1984 | 199 FRANKLIN MILLS BLVD PHILADELPHIA, PA | Big Lots Stores, LLC | JPMCC 2016-JP4 KNIGHTS ROAD LLC | C/O METRO COMMERCIAL, 2340 COLLINS AVE, SUITE 700, MIAMI BEACH, FL, 33139 | $45,111 |
| 94 | 293 | 410 E PERKINS AVE SANDUSKY, OH | Big Lots Stores-CSR, LLC | KENNEDY MALL, LTD | 5577 YOUNGSTOWN-WARREN ROAD, ATTN: LEGAL DEPARTMENT, NILES, OH, 44446 | $22,026 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 95 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | $91,623 |
| 96 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CO, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $– |
| 97 | 4573 | 9612 N NEWPORT HIGHWAY SPOKANE, WA | Big Lots Stores-PNS, LLC | KITE REALTY GROUP, L.P. | ATTN: SENIOR VP, HEAD OF LEASING, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204 | $67,077 |
| 98 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | 150 GREENWICH ST - FOUR WORLD TRADE CTR, 52ND FLOOR, NEW YORK, NY, 10007 | $85,540 |
| 99 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | C/O NEWMARK GRUBB KNIGHT FRANK P.M., 4675 MACARTHUR COURT, SUITE 1600, NEWPORT BEACH, CA, 92660 | $– |
| 100 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LAW OFFICES OF DAVID SKRILOW | 250 PARK AVE, STE 2050, ATTN: DAVID SKRILOW, ESQ, NEW YORK, NY, 10177 | $35,000 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 1 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LITCHFIELD CROSSING LLC | ATTN: KRISTIN GIZZI, 201 SAW MILL RIVER RD , YONKERS , NY, 10701 | $35,000 |
| 2 | 5090 | 2999 N COLLEGE AVE FAYETTEVILLE, AR | Big Lots Stores, LLC | MATHIAS SHOPPING CENTERS, INC | C/O MATHIAS PROPERTIES, 5571 BLEAUX AVENUE, SPRINGDALE, AR, 72762 | $27,066 |
| 3 | 5087 | 650 WOLCOTT ST WATERBURY, CT | Big Lots Stores, LLC | MATTATUCK INVESTORS LLC | 3265 MERIDAN PKWY STE 130, WESTON, FL, 33331-3506 | $47,241 |
| 4 | 1171 | 31 HWY 138 W STE 150 STOCKBRIDGE, GA | Big Lots Stores, LLC | MAYS SDC LLC | C/O SAGLO DEVELOPMENT CORP, 290 NW 165TH ST, PH 2, MIAMI, FL, 33169 | $38,337 |
| 5 | 5389 | 15271 MCGREGOR BLVD FORT MYERS, FL | Big Lots Stores, LLC | MCGREGOR POINTE SHOPPING CENTER, LLC | C/O MALON D. MIMMS CO, 85-A MILL ST., STE 100, ROSWELL, GA, 30075 | $57,628 |
| 6 | 5254 | 2980 WHITEFORD RD YORK, PA | Big Lots Stores, LLC | MEADOWBROOK V LP | PO BOX 1092, BOULDER, CO, 80306-1092 | $127,871 |
| 7 | 1762 | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | $16,636 |
| 8 | 1762 - Storage | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | $– |
| 9 | 1638 | 345 SCARLET RD STE 22 KENNETT SQUARE, PA | Big Lots Stores, LLC | NEW GARDEN SHOPPING CENTER LLC | 4950 DUNHAM DR, READING, PA, 19606-9091 | $29,167 |
| 10 | 4246 | 13241 WHITTIER BLVD WHITTIER, CA | Big Lots Stores-PNS, LLC | NMC TOWER LLC | 24025 PARK SORRENTO STE 300, CALABASAS, CA, 91302-4001 | $53,520 |
| 11 | 1671 | 359 MIAMISBURG CENTERVILLE RD DAYTON, OH | Big Lots Stores, LLC | NORMANDY SQUARE EAST LLC - ATTN: JOYCE TOMASHOT-PM | C/O BALTES COMMERCIAL REALTY, INC., 925 CONGRESS PARK DRIVE, DAYTON, OH, 45459-4099 | $13,405 |
| 12 | 5292 | 1520 N CLINTON ST DEFIANCE, OH | Big Lots Stores, LLC | NORTHTOWNE ASSOCIATES | C/O JJ GUMBERG CO, 1051 BRINTON ROAD, PITTSBURGH, PA, 15221 | $24,275 |
| 13 | 5228 | 4420 MITCHELVILLE RD. BOWIE, MD | Big Lots Stores, LLC | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT, 2021 MCKINNEY AVE STE 1150, DALLAS, TX, 75201 | $47,690 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 14 | 4657 | 5516 SOUTH 900 EAST MURRAY, UT | Big Lots Stores-PNS, LLC | OAKWOOD 900 PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | $23,591 |
| 15 | 4449 | 2083 NE BURNSIDE RD GRESHAM, OR | Big Lots Stores-PNS, LLC | OREGON TRAIL CENTER VENTURE, LLC | C/O GRE MANAGEMENT SERVICES, 3005 DOUGLAS BLVD STE 200, ROSEVILLE, CA, 95661 | $68,377 |
| 16 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CENTER, LLC | C/O RETAIL SPECIALIST COMMERCIAL, 6680 ALHAMBRA AVENUE, #133, MARTINEZ, CA, 94553 | $31,122 |
| 17 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CTR LL | 6680 ALHAMBRA AVE STE 133, MARTINEZ, CA, 94553-6105 | $– |
| 18 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | PATHFINDER PATTERSON PLACE, LLC | C/O PATHFINDER INVESTMENT MANAGEMENT, 2420 OXFORD ROAD, RALEIGH, NC, 27608 | $59,040 |
| 19 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | ROBINSON, BRADSHAW & HINSON, P.A. | 101 N. TRYON ST., STE 1900, ATTN: CHRIS LOEB, CHARLOTTE, NC, 28246 | $– |
| 20 | 1196 | 316 CORNELIA ST PLATTSBURGH, NY | Big Lots Stores, LLC | PLATTSBURGH PLAZA, LLC | 180 DELAWARE AVE., SUITE #200, DELMAR, NY, 12054 | $10,693 |
| 21 | 5200 | 1957 COBBS FORD RD. PRATTVILLE, AL | Big Lots Stores, LLC | PREMIERE PLACE SHOPPING CENTER, LLC | C/O MCCLINTON & COMPANY, INC. ATTN: PROPERTY MANAGER, 2005 COBBS FORD RD STE 304B, MONTGOMERY, AL, 36066-7894 | $17,646 |
| 22 | 5410 | 9690 COLERAIN AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | PROSPECT COLERAIN LLC | 1111 META DR STE 100, CINCINNATI, OH, 45237-5014 | $43,221 |
| 23 | 4599 | 2450 SOUTH 9TH ST. SALINA, KS | Big Lots Stores-PNS, LLC | RAF SALINA LLC | C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | $16,546 |
| 24 | 5401 | 590 BRANCHLANDS BLVD CHARLOTTESVILLE, VA | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 21, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | $124,481 |
| 25 | 1869 | 5625 W SAGINAW HWY UNIT 1 LANSING, MI | Big Lots Stores, LLC | REO FUNDIT 3 ASSET LLC | 38500 WOODWARD AVE STE 100, BLOOMFIELD HILLS, MI, 48304-5048 | $54,860 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 26 | 4718 | 1601 W CRAIG RD N LAS VEGAS, NV | Big Lots Stores-PNS, LLC | RETAIL CENTER PARTNERS, LTD. | 2716 OCEAN PARK BLVD., STE 2025, ATTN: CHRISTOPHER CHASE, GENERAL COUNSEL, SANTA MONICA, CA, 90405 | $– |
| 27 | 4482 | 304 NE AGNESS AVE GRANTS PASS, OR | Big Lots Stores-PNS, LLC | RI - GRANTS PASS, LLC | C/O READ INVESTMENTS, 2025 FOURTH STREET, BERKELEY, CA, 94710 | $29,632 |
| 28 | 4614 | 400 E STATE HWY 260 STE A PAYSON, AZ | Big Lots Stores-PNS, LLC | RIM COUNTRY MALL SPE, LLC | LOCKBOX SERVICES #847366 ATTN: RIM COUNTRY MALL SPE, LLC, 3440 FLAIR DRIVE, EL MONTE, CA, 91731 | $37,112 |
| 29 | 4553 | 17W714 W 22ND ST OAKBROOK TERRACE, IL | Big Lots Stores-PNS, LLC | RIO GRANDE INVESTMENT INC | ATTN: JOHN DEUBLER, 541 SOUTH SPRING STREET, SUITE 204, LOS ANGELES, CA, 90013 | $66,667 |
| 30 | 5112 | 610 HOLCOMB BRIDGE RD STE 300 ROSWELL, GA | Big Lots Stores, LLC | ROSWELL TOWN CENTER, LLC | C/O MIMMS ENTERPRISES, INC, 780 OLD ROSWELL PLACE, SUITE 100, ROSWELL, GA, 30076 | $18,932 |
| 31 | 4483 | 27142 LA PAZ RD MISSION VIEJO, CA | Big Lots Stores, LLC | RUSSELL E. FLUTER | 2025 WEST BALBOA BOULEVARD, CANNERY VILLAGE REALTY, NEWPORT BEACH, CA, 92663 | $63,431 |
| 32 | 4475 | 18565 SW TUALATIN VALLEY HWY BEAVERTON, OR | Big Lots Stores-PNS, LLC | SAFEWAY, INC. | C/O PROPERTY MANAGMENT, 250 PARKCENTER BLVD, BOISE, ID, 83706 | $40,786 |
| 33 | 5467 | 3225 MISSOURI BLVD JEFFERSON CITY, MO | Big Lots Stores, LLC | SAJ ASSOCIATES, LLC | C/O SAMCO PROPERTIES, 455 FAIRWAY DRIVE, SUITE 301, DEERFIELD BEACH, FL, 33441 | $15,439 |
| 34 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O CP RETAIL, INC., ATTN TANYA NIELSEN, 1313 FOOTHILL BOULEVARD, STE 2, LA CANADA FLINTRIDGE, CA, 91011 | $32,705 |
| 35 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O VESTAR PROPERTIES, ATTN AMBER KING, 2415 E CAMELBACK RD STE 100, PHOENIX, AZ, 85016 | $– |
| 36 | 4192 | 2738 CANDLER RD DECATUR, GA | Big Lots Stores-PNS, LLC | SAUL HOLDINGS LIMITED PARTNERSHIP | ATTN: BARBARA PHILLIPS, 7501 WISCONSIN AVENUE, SUITE 1500E, BETHESDA, MD, 20814-6522 | $27,250 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---------|---------------|---------------|-----------------|------------------|------------|
| 37 | 4328 | 955 SEPULVEDA BLVD TORRANCE, CA | Big Lots Stores-PNS, LLC | SCHWARTZ TORRANCE COMPANY LLC | C/O 1ST COMMERCIAL REALTY GROUP, 2009 PORTERFIELD WAY, SUITE P, UPLAND, CA, 91786 | $53,085 |
| 38 | 4568 | 18705 S I-19 FRONTAGE RD GREEN VALLEY, AZ | Big Lots Stores-PNS, LLC | SD-SAHUARITA PROPERTIES, LLC | C/O LBM PROPERTY SERVICES, 8677 VILLA LA JOLLA DRIVE #331, LA JOLLA, CA, 92037 | $24,377 |
| 39 | 5174 | 179 HIGHLAND AVE SEEKONK, MA | Big Lots Stores, LLC | SEEKONK SHOPPING CENTER EQUITIES II, LLC | C/O TIME EQUITIES, 55 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY, 10003 | $53,141 |
| 40 | 4684 | 3520 W. SHAW AVE FRESNO, CA | Big Lots Stores-PNS, LLC | SHAW-MARTY ASSOCIATES | C/O EISNER-FOURCHY DEVELOPMENT, 5245 N GATES AVE SUITE 107, FRESNO, CA, 93722 | $27,500 |
| 41 | 4510 | 10850 LINCOLN TRL FAIRVIEW HEIGHTS, IL | Big Lots Stores-PNS, LLC | SKY CROSSROADS LLC | 10101 FONDREN ROAD, SUITE 545, HOUSTON, TX, 77096 | $40,664 |
| 42 | 4541 | 120 31ST AVE SE PUYALLUP, WA | Big Lots Stores-PNS, LLC | SOUTH HILL VILLAGE, LLC | C/O PACIFIC ASSET ADVISORS, INC., 14205 SE 36TH ST STE 215, BELLEVUE, WA, 98006-1574 | $32,572 |
| 43 | 1314 | 4433 LEMAY FERRY RD SAINT LOUIS, MO | Big Lots Stores-PNS, LLC | SOUTHPOINT PLAZA SHOPPING CENTER | C/O KCM MANAGEMENT AND CONSULTING, LLC, 11939 MANCHESTER RD, STE 316, ST. LOUIS, MO, 63131 | $31,994 |
| 44 | 4776 | 699 S GREEN BAY RD NEENAH, WI | Big Lots Stores-PNS, LLC | SPRING CREEK CENTER II LLC | 118 WEST PECKHAM STREET, NEENAH, WI, 54956-4028 | $25,934 |
| 45 | 5471 | 2354 S RANGE AVE DENHAM SPRINGS, LA | Big Lots Stores, LLC | SPRING PARK PROPERTY OWNER, LLC | C/O SRI, LLC, 135 ROCKAWAY TURNPIKE, STE 101, LAWRENCE, NY, 11559 | $33,868 |
| 46 | 5325 | 2301 GALLATIN PIKE N MADISON, TN | Big Lots Stores, LLC | SSI NORTHSIDE LLC | 5111 MARYLAND WAY STE 201, BRENTWOOD, TN, 37027-7513 | $36,385 |
| 47 | 5461 | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE BUSINESS COMPLEX LLC | P.O. BOX 15, 5573 ST RT 29, CELINA, OH, 45822 | $17,262 |
| 48 | 5461 - Storage | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE | P.O. BOX 15, 5573 ST RT 29, CELINA, OH, 45822 | $– |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
|  |  |  |  | BUSINESS COMPLEX LLC |  |  |
| 49 | 5227 | 5370 STONE MOUNTAIN HWY STE 300 STONE MOUNTAIN, GA | Big Lots Stores, LLC | STONE MOUNTAIN SQUARE SHOPPING CENTER LLC | C/O SEDGH GROUP, 9454 WILSHIRE BLVD, SUITE 205, BEVERLY HILLS, CA, 90212 | $14,332 |
| 50 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O SLATE ASSET MANAGEMENT L.P., 20 SOUTH CLARK STREET SUITE 1400, CHICAGO, IL, 60603 | $79,549 |
| 51 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O DLC MANAGEMENT CORPORATION, 565 TAXTER ROAD, SUITE 400, ELMSFORD, NY, 10523 | $– |
| 52 | 4295 | 633 SWEETWATER RD SPRING VALLEY, CA | Big Lots Stores-PNS, LLC | SVSC HOLDINGS LP | 8100 LA MESA BLVD., SUITE 101, LA MESA, CA, 91942 | $52,127 |
| 53 | 5478 | 2806 FRONTAGE RD WARSAW, IN | Big Lots Stores, LLC | SW WARSAW LLC | 4151 ASHFORD DUNWOODY RD NE, SUITE 155, ATLANTA, GA, 30319 | $20,334 |
| 54 | 320 | 7779 TYLERSVILLE RD WEST CHESTER, OH | Big Lots Stores-CSR, LLC | T TYLERSVILLE OH LLC | 16600 DALLAS PARKWAY, SUITE 300 DALLAS, TX 75248 | $36,620 |
| 55 | 5444 | 1801 S SEMORAN BLVD ORLANDO, FL | Big Lots Stores, LLC | TAL MOR | C/O AUBURNDALE PROPERTIES, 50 TICE BLVD., SUITE 320, WOODCLIFF LAKE, NJ, 7677 | $116,494 |
| 56 | 4400 | 7025 E TANQUE VERDE RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TANQUE VERDE CENTER LLC | 2730 E BROADWAY BLVD STE 200, TUCSON, AZ, 85716-5341 | $29,174 |
| 57 | 5279 | 42 TOWN ST STE 1200 NORWICH, CT | Big Lots Stores, LLC | TKG NORWICHTOWN COMMONS LLC | 211 N STADIUM BLVD STE 201, COLUMBIA, MO, 65203-1161 | $117,945 |
| 58 | 1267 | 1931 E MAIN ST TORRINGTON, CT | Big Lots Stores, LLC | TOWER VENTURES CRE LLC | 495 TENNESSEE STREET SUITE 152, MEMPHIS, TN, 38103-2549 | $48,333 |
| 59 | 4722 | 3900 W INA RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TOWN WEST REALTY, INC. | 555 E. RIVER RD., SUITE 201, TUCSON, AZ, 85704 | $60,750 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 60 | 1394 | 901 N CONGRESS AVE BOYNTON BEACH, FL | Big Lots Stores, LLC | TOWNE CENTER INVESTMENTS LLC | 696 NE 125TH ST, NORTH MIAMI, FL, 33161-5546 | $63,429 |
| 61 | 1817 | 11372 PRINCETON PIKE CINCINNATI, OH | Big Lots Stores, LLC | TPI CASSINELLI MANAGER LLC | C/O TARANTINO PROPERTIES INC, 7887 SAN FELIPE, STE 237, HOUSTON, TX, 77063 | $18,008 |
| 62 | 5472 | 822 E MAIN ST JEFFERSON, NC | Big Lots Stores, LLC | TWIN RIVERS EQUITY PARTNERS LLC | C/O LRS MANAGEMENT LLC, PO BOX 4147, MOORESVILLE, NC, 28117-4147 | $62,309 |
| 63 | 4732 | 1401 SPRING STREET PETOSKEY, MI | Big Lots Stores-PNS, LLC | USPG PORTFOLIO TWO, LLC | 3665 FISHINGER BLVD, HILLIARD, OH, 43026 | $35,442 |
| 64 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY | 200 EAST LAS OLAS BLVD STE 1900, FORT LAUDERDALE, FL, 33301-2248 | $24,228 |
| 65 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY PARTNERS, LLC | 200 SOUTH BISCAYNE BOULEVARD, SIXTH FLOOR, MIAMI, FL, 33131-5351 | $— |
| 66 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | C/O BOSSHARD PARKE, LTD, 750 N. 3RD STREET, LA CROSSE, WI, 54601 | $24,081 |
| 67 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | ATTN: GEORGE PARKE III, P.O. BOX 966, LA CROSSE, WI, 54602-0966 | $— |
| 68 | 4555 | 3615 ELKHORN BLVD NORTH HIGHLANDS, CA | Big Lots Stores-PNS, LLC | WATT TOWN CENTER RETAIL PARTNERS, LLC | C/O JLL, 3001 DOUGLAS BLVD., SUITE 330, ROSEVILLE, CA, 95661-3853 | $23,750 |
| 69 | 5357 | 5900 E. VIRGINIA BEACH BLVD. NORFOLK, VA | Big Lots Stores, LLC | WHLR-JANAF, LLC | C/O WHEELER REAL ESTATE, LLC, 2529 VIRGINIA BEACH BLVD., VIRGINIA BEACH, VA, 23452 | $84,965 |
| 70 | 4775 | 560 WINDSOR AVE WINDSOR, CT | Big Lots Stores-PNS, LLC | WINDSOR SHOPPING CENTER LLP | C/O M.J. NEIDITZ & COMPANY INC, 125 LASALLE RD STE 304, WEST HARTFORD , CT, 6107 | $35,772 |
| 71 | 5295 | 471 Green Street Woodbridge, NJ | Big Lots Stores, LLC | WOODBRIDGE CROSSING URBAN RENEWAL LLC | PO BOX 845094, BOSTON, MA, 02284-5094 | $133,666 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---------|---------------|---------------|-----------------|------------------|------------|
| 72 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $75,049 |
| 73 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | ATTN: LEGAL DEPARTMENT, 2429 PARK AVENUE, TUSTIN, CA, 92782 | $– |
| 74 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WALLACE PROPERTIES INC., 330 112TH AVE. NE, SUITE #200, BELLEVUE, WA, 98004 | $35,147 |
| 75 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WASHINGTON CAPITAL MANAGEMENT, INC, 1200 SIXTH AVENUE, SUITE 700, SEATTLE, WA, 98101 | $– |
| 76 | 4596 | 1320 FRANKLIN ROAD YUBA CITY, CA | Big Lots Stores-PNS, LLC | YLCA YUBA PROPERTY LLC | PO BOX 2514, TURLOCK, CA, 95381-2514 | $20,031 |
| 77 | 1947 | 6540 GLENWOOD AVE RALEIGH, NC | Big Lots Stores, LLC | ZEISLER MORGAN PROPERTIES LTD | 30000 CHAGRIN BLVD STE 100, CLEVELAND, OH, 44124-5721 | $69,496 |