**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br><br>BIG LOTS, INC., *et al.,*<br><br>　　　　　Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned are appearing on behalf of GVD Commercial Properties, Inc. ("GVD"), a creditor of PNS Stores, Inc. and its successors re lease number 4264, a party in interest in this case.

Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be served upon the person set forth below:

> Stephen W. Spence, Esquire
> Baird Mandalas Brockstedt
> & Federico, LLC
> 1413 Savannah Road, Suite 1
> Lewes, DE 19958
> (302) 645-2262
> (302) 644-0306 (fax)

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of GVD's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which GVD is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments GVD expressly reserves.

**BAIRD MANDALAS BROCKSTEDT & FEDERICO, LLC**

/s/Stephen W. Spence
Stephen W. Spence (Del. ID #2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
Telephone: (302) 645-2262
sws@bmbde.com
*Attorney for GVD Commercial Properties, Inc.*

Dated: October 10, 2024