**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br><br>BIG LOTS, INC., *et al.,*<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Stephen W. Spence, Esquire, hereby certify that on this 10th day of October 2024, a copy of the forgoing *Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents* was served upon all parties of record via CM/ECF.

**BAIRD MANDALAS BROCKSTEDT &
FEDERICO, LLC**

 /s/Stephen W. Spence
Stephen W. Spence (Del. ID #2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
Telephone: (302) 645-2262
sws@bmbde.com
 *Attorney for GVD Commercial Properties, Inc.*

Dated: October 10, 2024