## Schedule 1

**Property to be Abandoned**

| STORE | GENERAL DESCRIPTION OF PERSONAL PROPERTY TO BE ABANDONED |
|---|---|
| 18880 Navajo Road, Apple Valley, California | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 200 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 300 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 350 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 400 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 450 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 500 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |
| 550 Phillipi Road, Columbus, Ohio | Racking, Heavy Equipment, Various DC Equipment, Conveyor belts, Automated Systems, Assorted Machinery, Office Furniture, IT Equipment, G&A items, Miscellaneous Items, Equipment and Fixtures. |