## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 1863 | 1150A UNION STREET EXT WEST SPRINGFIELD, MA | Big Lots Stores, LLC | 1150 UNION STREET CORPORATION | 149 COLONIAL ROAD, P.O. BOX 1270, MANCHESTER, CT, 06045-1270 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | 2353 NORTH PARK DRIVE LLC | 4435 E BROADWAY RD STE FIVE, MESA, AZ, 85206-2012 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | TRENT J TAYLOR, ESQ | MILLER, CANFIELD, PADDOCK AND STONE PLC, 99 MONROE AVE NW, GRAND RAPIS, MI, 49503 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | 3045 E TEXAS STREET LLC | 900 PIERREMONT RD STE 115, P O BOX 6212, SHREVEPORT, LA, 71106-2055 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 5 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | BIG BCLA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 6 | 5336 | 511 N STATE RD 7 ROYAL PALM BEACH, FL | Big Lots Stores, LLC | 511 SR7 OWNER, LLC | C/O HIFFMAN ASSET MANAGEMENT, LLC (D/B/A HIFFMAN NATIONAL, LLC), 1 OAKBROOK TER STE 400, OAKBROOK TERRACE, IL, 60181 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 5203 | 710 ACADEMY DR BESSEMER, AL | Big Lots Stores, LLC | 59 WEST INVESTORS LLC | C/O VICTORY REAL ESTATE INVESTMENTS LLC, 240 BROOKSTONE CENTRE PARKWAY, COLUMBUS, GA, 31904 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 1628 | 7067 W BROWARD BLVD STE B PLANTATION, FL | Big Lots Stores, LLC | 7023 BROWARD, LLC | C/O SFLRE GROUP, LLC, 1650 SE 17TH ST STE 214, FORT LAUDERDALE, FL, 33316 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 9 | 5108 | 1515 GARNER STATION BLVD RALEIGH, NC | Big Lots Stores, LLC | 8401 MICHIGAN ROAD LLC | C/O MADISON PROPERTIES, 3611 14TH AVE., SUITE 552, BROOKLYN, NY, 11218 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 1169 | 8533 MIDLOTHIAN TPKE NORTH CHESTERFIELD, VA | Big Lots Stores, LLC | 8501 MIDLO PIKE LLC | 4525 MAIN ST STE 900, VIRGINIA BEACH, VA, 23462-3431 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 4123 | 5085 N ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | ABMAR GK US INC | C/O EGAN PROPERTY MANAGEMENT, P.O. BOX 38175, COLORADO SPRINGS, CO, 80937-8175 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 1793 | 303 US ROUTE 4 E RUTLAND, VT | Big Lots Stores, LLC | AEJ RUTLAND, LLC | C/O JUSTER DEVELOPMENT, 120 WHITE PLAINS ROAD, SUITE 110, TARRYTOWN, NY, 10591-5522 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 13 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | AGREE CENTRAL, LLC | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE , ROYAL OAK , MI, 48073 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | LOWELL D. SALESIN, ESQ. | HONIGMAN MILLER SCHWARTZ AND COHN LLP, 39400 WOODWARD AVE., SUITE 101, BLOOMFIELD HILLS, MI, 48304 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 1274 | 1410 S 1ST ST UNION CITY, TN | Big Lots Stores, LLC | ALATEX, A JOINT VENTURE | 1630 TOWN SQUARE S.W., CULLMAN, AL, 35055-0996 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 1719 | 750 PERRY AVE BIG RAPIDS, MI | Big Lots Stores, LLC | ALEA PROPERTIES LLC | 5725 DRAGON WAY STE 400, CINCINNATI, OH, 45227-4519 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 17 | 4615 | 204 S. RANDALL RD. ELGIN, IL | Big Lots Stores-PNS, LLC | AR-OTTER CREEK LLC | 11155 RED RUN BLVD SUITE 320, OWINGS MILLS, MD, 21117-3256 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 1660 | 3105 BERLIN TPKE NEWINGTON, CT | Big Lots Stores, LLC | BERLIN NEWINGTON ASSOCIATES | C/O GILMAN MANAGEMENT CORP., P.O. BOX 222143, GREAT NECK, NY, 11022-2143 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 4621 | 3399 BETHEL RD. SE PORT ORCHARD, WA | Big Lots Stores-PNS, LLC | BETHEL GARP, LLC | C/O GERRITY GROUP, LLC, 973 LOMAS SANTA FE DRIVE SUITE A, SOLANA BEACH, CA, 92075 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 20 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 21 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | VANDE LAY CAPITAL PARTNERS, LLC | ATTN: VAN KORELL, 402 NORRIS AVE, STE #202, MCCOOK, NE, 69001 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 4104 - Storage | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | BIG FRCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | HAMBEY'S KINGS CANYON LLC | C/O BEACON ASSOCIATES, 1483 WEST SHAW AVENUE, FRESNO, CA, 93711 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 25 | 4031 | 2900 W ROSECRANS AVE GARDENA, CA | BLBO Tenant, LLC | BIG HOLDINGS 1 LLC | PO BOX 69344, WEST HOLLYWOOD, CA, 90069-0344 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 4106 | 380 S CHEROKEE LN LODI, CA | BLBO Tenant, LLC | BIG LOCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALL, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BIG VICA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BLM VICTORVILLE | C/O LUKO MGMT, 5862 BOLSA AVE STE 108, HUNTINGTON BEACH, CA, 92649-1169 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 29 | 4087 | 56865 29 PALMS HWY YUCCA VALLEY, CA | BLBO Tenant, LLC | BIG YVCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES 1, LLC | C/O RAWSON, BLUM & LEON, FOUR EMBARCADERO CENTER, SUITE 1400, SAN FRANCISCO, CA, 94111 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES I, LLC | C/O ARIZONA COMMERCIAL, 212 E GURLEY STREET, PRESCOTT, AZ, 86301 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 5086 | 8215 UNIVERSITY CITY BLVD STE E CHARLOTTE, NC | Big Lots Stores, LLC | BRE RETAIL RESIDUAL NC OWNER L.P. | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 33 | 1532 | 4925 JACKMAN RD STE 15 TOLEDO, OH | Big Lots Stores-CSR, LLC | BRIXMOR MIRACLE MILE LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 34 | 4534 | 1100 BRIGHTON AVE PORTLAND, ME | Big Lots Stores-PNS, LLC | BRIXMOR SPE 4 LLC | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 4534 - Storage | 1100 BRIGHTON AVE PORTLAND, ME | Big Lots Stores-PNS, LLC | BRIXMOR SPE 4 LLC | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 5191 | 209 S ROYAL OAKS BLVD STE 206 FRANKLIN, TN | Big Lots Stores, LLC | BRIXMOR WATSON GLEN, LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 37 | 830 | 2309 N TRIPHAMMER RD ITHACA, NY | Big Lots Stores-PNS, LLC | BRIXMOR/IA CAYUGA PLAZA LLC | PO BOX 645341, CINCINNATI, OH, 45264-5341 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 4489 | 702 E STATE RD AMERICAN FORK, UT | Big Lots Stores-PNS, LLC | BRIXTON FORK TIC, LLC | ATTN: BRIXTON INVESTMENT MANAGEMENT, LLC, 120 S SIERRA AVE, SOLANA BEACH, CA, 92075 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 1691 | 373 N WILLOWBROOK RD COLDWATER, MI | Big Lots Stores, LLC | BROOKWOOD CAPITAL GROUP LLC | PO BOX 688, WHITE BLUFF, TN, 37187-0688 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 5154 | 32399 JOHN R RD. MADISON HEIGHTS, MI | Big Lots Stores, LLC | BROTHERS REALTY AND PROPERTY MANAGEMENT LLC | ATTN: ARCHIE MOJARES, 1625 W. BIG BEAVER ROAD SUITE D, TROY, MI, 48098 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 41 | 5141 | 6275 UNIVERSITY DR NW HUNTSVILLE, AL | Big Lots Stores, LLC | BVA WESTSIDE SPE LLC | C/O BIG V PROPERTIES LLC, 176 N MAIN ST STE 210, FLORIDA, NY, 10921 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 1796 | 3750 BEE RIDGE RD SARASOTA, FL | Big Lots Stores, LLC | CA NEW PLAN SARASOTA, LP - ATTN: SALES AUDIT DEPT. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 43 | 4098 | 12550 CENTRAL AVE CHINO, CA | BLBO Tenant, LLC | CANYON GRANDE PROPERTIES LP | 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5502 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4678 | 3501 E LINCOLNWAY CHEYENNE, WY | Big Lots Stores-PNS, LLC | CAPITAL CITY PROPERTIES LLC | PO BOX 2975, CHEYENNE, WY, 82003-2975 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 45 | 1607 | 43 BURNETT BLVD POUGHKEEPSIE, NY | Big Lots Stores, LLC | CAPSTONE PLAZA 44 LLC | C/O NEWMARK KNIGHT FRANK, 1240 HEADQUARTERS PLAZA, 8TH FLOOR EAST TOWER, MORRISTOWN, NJ, 7960 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 4618 | 2121 NEWMARK ST. NORTH BEND, OR | Big Lots Stores-PNS, LLC | CARRINGTON CAPITAL INVESTMENTS IV LLC | 707 H STREET, EUREKA, CA, 95501-1836 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 4604 | 940 EAST BASELINE RD. TEMPE, AZ | Big Lots Stores-PNS, LLC | CC FUND 1 BIG LOTS LLC | 1155 KELLY JOHNSON BLVD STE 302, COLORADO SPRINGS, CO, 80920-3958 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 5482 | 2110 WARDS RD LYNCHBURG, VA | Big Lots Stores, LLC | CENTER-LYNCHBURG ASSOCIATES LP | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 49 | 4773 | 1611 E HATCH RD, STE A CERES, CA | Big Lots Stores-PNS, LLC | CERES MARKETPLACE INVESTORS LLC | C/O JB MATTESON INC , 1900 S NORFOLK ST, STE 225, SAN MATEO, CA, 94403 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 4728 | 8148 S CICERO AVE BURBANK, IL | Big Lots Stores-PNS, LLC | CICERO 8148 LLC | 5916 WEST 88TH PLACE, OAK LAWN, IL, 60453 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 1408 | 138 W HIVELY AVE ELKHART, IN | Big Lots Stores, LLC | CITY OF ELKHART | 229 S SECOND STREET, ELKHART, IN, 46516-3112 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 1251 | 216 WASHINGTON ST CLAREMONT, NH | Big Lots Stores, LLC | CLAREMONT ASSOCIATES | C/O ROSEN ASSOCIATES MGMT CO., 33 SOUTH SERVICE RD., JERICHO, NY, 11753-1006 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 53 | 5349 | 1650 GENERAL BOOTH BLVD, STE 200 VIRGINIA BEACH, VA | Big Lots Stores, LLC | DAM NECK CROSSING, LLC | C/O GILMAN MANAGEMENT, 55 WATERMILL LANE, GREAT NECK, NY, 11022 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 4653 | 5401 100TH ST SW STE 102 LAKEWOOD, WA | Big Lots Stores-PNS, LLC | DANIEL G KAMIN TACOMA, LLC | C/O KAMIN REALTY CO., 490 S. HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 5302 | 9535 S BLVD STE C CHARLOTTE, NC | Big Lots Stores, LLC | DDR CAROLINA PAVILION LP | ATTN: EXECUTIVE VICE PRESIDENT - LEASING, 3300 ENTERPRISE PARKWAY, BEACHWOOD, OH, 44122 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 56 | 1597 | 2276 DELAWARE AVE BUFFALO, NY | Big Lots Stores, LLC | DEL-LINDEN, LLC | C/O BENDERSON DEVELOPMENT, ATTN: LEASE ADMINISTRATION, 7978 COOPER CREEK BLVD., STE 100, UNIVERSITY | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | PARK, FL, 34201-2139 | | |
| 57 | 5194 | 41 POND ST ASHLAND, MA | Big Lots Stores, LLC | DSM MB II LLC | C/O DSM REALTY, 875 EAST STREET, TEWKSBURY, MA, 1876 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 58 | 190 | 1321 2ND ST HENDERSON, KY | Big Lots Stores, LLC | ERSHIG PROPERTIES INC. | 1800 N. ELM STREET, P.O. BOX 1127, HENDERSON, KY, 42420 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 4766 | 6646 CLARK RD PARADISE, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD | 1300 NATIONAL DRIVE SUITE 100, SACRAMENTO, CA, 95834 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 5195 | 375 PAVILION PARKWAY FAYETTEVILLE, GA | Big Lots Stores, LLC | FAYETTE PAVILION LLC | 945 HEIGHTS BLVD, HOUSTON, TX, 77008-6911 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 61 | 5100 | 2400 W INTERNATIONAL SPEEDWAY DAYTONA BEACH, FL | Big Lots Stores, LLC | FESTIVAL PROPERTIES INC | 1215 GESSNER RD, HOUSTON, TX, 77055-6013 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 62 | 4627 | 2975 NEW CENTER POINT COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | FIRST AND MAIN SOUTH NO. 1, LLC | C/O NOR'WOOD LIMITED, INC, 111 SOUTH TEJON STREET, SUITE 222, COLORADO SPRINGS, CO, 80903 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 63 | 4228 | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 4228 - Storage | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 65 | 564 | 41306 US HWY 19 N TARPON SPRINGS, FL | Big Lots Stores, LLC | FL-TARPON SQUARE-HA, LLC | C/O RIVERCREST REALTY ASSOCIATES, LLC, 8816 SIX FORKS RD., STE 201, RALEIGH, NC, 27615 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 66 | 1198 | 1391 W FORT WILLIAMS ST SYLACAUGA, AL | Big Lots Stores, LLC | FORT WILLIAMS SQUARE LLC | C/O REAL ESTATE SOUTHEAST LLC, PO BOX 681955, PRATTVILLE, AL, 36068 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 67 | 5397 | 2820 GRACY CENTER WAY CORAOPOLIS, PA | Big Lots Stores, LLC | FRANKLIN SQUARE LP | 537 ROCHESTER RD, PITTSBURGH, PA, 15237-1747 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 68 | 1810 | 1699 RIVER OAKS DR CALUMET CITY, IL | Big Lots Stores, LLC | FRONTLINE REAL ESTATE PARTNERS, LLC | ATTN: MATTHEW TARSHIS, 477 ELM PL, HIGHLAND PARK, IL, 60035 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 69 | 1728 | 3958 ILLINOIS RD FORT WAYNE, IN | Big Lots Stores, LLC | FW PARKWEST LLC | 2883 E DUPONT RD, FORT WAYNE, IN, 46825 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 4499 | 1960 ECHO HOLLOW RD EUGENE, OR | Big Lots Stores-PNS, LLC | G & J EUGENE, LLC | C/O HAWKINS COMPANIES, 855 BROAD ST., SUITE 300, BOISE, ID, 83702 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 71 | 1493 | 178 N KING ST NORTHAMPTON, MA | Big Lots Stores, LLC | GBR NORTH KING LLC & NORTHHAMPTON HOLDING, LP | C/O GIBRALTAR MANAGEMENT CO, INC, 150 WHITE PLAINS ROAD, STE 300, TARRYTOWN, NY, 10591-5521 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 72 | 4592 | 1200 10TH AVENUE SOUTH GREAT FALLS, MT | Big Lots Stores-PNS, LLC | GK HOLIDAY VILLAGE, LLC | C/O GK DEVELOPMENT, INC., 257 E. MAIN STREET, SUITE 200, BARRINGTON, IL, 60010 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 73 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC., 211 N STADIUM BLVD, SUITE 201, COLUMBIA, MO, 65203 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC.; ATTN: WENDY BURKE, 8724 AVIATOR LANE, ENGLEWOOD, CO, 80112 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 819 | 4406 STATE ROUTE 5 & 20 STE 129 CANANDAIGUA, NY | Big Lots Stores, LLC | GOAL INVESTMENT INC | 361 FRANKLIN AVENUE, P.O. BOX 270, NUTLEY, NJ, 7110 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 76 | 5365 | 4645 COMMERCIAL DR NEW HARTFORD, NY | Big Lots Stores, LLC | GOODRICH NEW HARTFORD LLC | 560 SYLVAN AVE STE 2100, ENGLEWOOD CLIFFS, NJ, 07632-3174 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 77 | 5219 | 6623 GOVERNOR RITCHIE HWY GLEN BURNIE, MD | Big Lots Stores, LLC | GOVERNOR PLAZA ASSOCIATES LEGAL DEPT | C/O FEDERAL REALTY INVESTMENT TRUST, 909 ROSE AVENUE, SUITE 200, NORTH BETHESDA, MD, 20852 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 78 | 1801 | 2882 TAMIAMI TRL E NAPLES, FL | Big Lots Stores, LLC | GULF GATE PLAZA, LLC | C/O ISRAM REALTY AND MANAGEMENT, INC., 506 SOUTH DIXIE HIGHWAY, HALLANDALE, FL, 33009 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 79 | 5473 | 263 S LIBERTY ST WAYNESBORO, GA | Big Lots Stores, LLC | H/S WAYNESBORO B.L., LLC | 3638 WALTON WAY EXTENSION, STE 201, AUGUSTA, GA, 30909 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 80 | 5125 | 1980 PAVILION WAY LEXINGTON, KY | Big Lots Stores, LLC | HAP PROPERTY OWNER, LP | C/O CORE PROPERTY CAPITAL, 410 PEACHTREE PARKWAY SUITE 4165, CUMMING, GA, 30041 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 81 | 513 | 11854 US HIGHWAY 19 PORT RICHEY, FL | Big Lots Stores, LLC | HARMONY SHOPPING PLAZA LLC | 3980 TAMPA ROAD SUITE 205, OLDSMAR, FL, 34677 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 82 | 4478 | 2520 S HARRISON RD TUCSON, AZ | Big Lots Stores-PNS, LLC | HARRISON 135TH ST., LLC | 7372 N CAMINO SIN VACAS, TUCSON, AZ, 85718 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 83 | 4014 | 17575 FOOTHILL BLVD FONTANA, CA | BLBO Tenant, LLC | HAYFORD PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 84 | 5096 | 4201 S NOLAND RD INDEPENDENCE, MO | Big Lots Stores, LLC | HJH INDEPENDENCE 1 LLC | 300 W DOUGLAS AVE STE 1031, WICHITA, KS, 67202-2911 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 85 | 4654 | 3669 E. GRAND RIVER AVE HOWELL, MI | Big Lots Stores, LLC | HOWELL PROPERTY MANAGEMENT LLC | C/O HOWELL FAMILY VENTURES, LLC & GR HOWELL LLC, 812 S MAIN ST STE 200, ROYAL OAK, MI, 48067-3280 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 86 | 4640 | 1139 W BROADWAY CENTRALIA, IL | Big Lots Stores-PNS, LLC | IPANEMA FAIRVIEW LLC | 5150 N MIAMI AVE, MIAMI, FL, 33127-2122 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 87 | 1925 | 16074 SE MCLOUGHLIN BLVD STE 8 PORTLAND, OR | Big Lots Stores, LLC | JA INVESTMENT PROPERTIES LLC | 14845 SW MURRAY SCHOLLS DRIVE, SUITE 110, PMB 212, BEAVERTON, OR, 97007-9237 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 88 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | ATTN: J. PATRICK AYLWARD, P.O. BOX 1688, WENATCHEE, WA, 98807-1688 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 89 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | WENATCHEE PRODUCTIONS CORPORATION | , P.O. BOX 2506, WENATCHEE, WA, 98807 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 90 | 1896 | 8539 ELK GROVE BLVD ELK GROVE, CA | Big Lots Stores, LLC | JOATMON LLC | C/O BRET MADHVANI, 105 BELVEDERE ST, SAN FRANCISCO, CA, 94117 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 91 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS, LLC, 3344 PEACHTREE RD NE, SUITE 1100, ATLANTA, GA, 30326 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 92 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | TRU 2005 RE I, LLC | C/O RAIDER HILL ADVISORS, LLC, 757 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY, 10017 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 93 | 1984 | 199 FRANKLIN MILLS BLVD PHILADELPHIA, PA | Big Lots Stores, LLC | JPMCC 2016-JP4 KNIGHTS ROAD LLC | C/O METRO COMMERCIAL, 2340 COLLINS AVE, SUITE 700, MIAMI BEACH, FL, 33139 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 94 | 293 | 410 E PERKINS AVE SANDUSKY, OH | Big Lots Stores-CSR, LLC | KENNEDY MALL, LTD | 5577 YOUNGSTOWN-WARREN ROAD, ATTN: LEGAL DEPARTMENT, NILES, OH, 44446 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 95 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 96 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CO, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 97 | 4573 | 9612 N NEWPORT HIGHWAY SPOKANE, WA | Big Lots Stores-PNS, LLC | KITE REALTY GROUP, L.P. | ATTN: SENIOR VP, HEAD OF LEASING, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 98 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | 150 GREENWICH ST - FOUR WORLD TRADE CTR, 52ND FLOOR, NEW YORK, NY, 10007 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 99 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | C/O NEWMARK GRUBB KNIGHT FRANK P.M., 4675 MACARTHUR COURT, SUITE 1600, NEWPORT BEACH, CA, 92660 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 100 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LAW OFFICES OF DAVID SKRILOW | 250 PARK AVE, STE 2050, ATTN: DAVID SKRILOW, ESQ, NEW YORK , NY, 10177 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
|   |         |               |               |                 |                  |                          | Miscellaneous Fixtures, Display Coolers |