## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LITCHFIELD CROSSING LLC | ATTN: KRISTIN GIZZI, 201 SAW MILL RIVER RD YONKERS, NY, 10701 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 5090 | 2999 N COLLEGE AVE FAYETTEVILLE, AR | Big Lots Stores, LLC | MATHIAS SHOPPING CENTERS, INC | C/O MATHIAS PROPERTIES, 5571 BLEAUX AVENUE, SPRINGDALE, AR, 72762 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 5087 | 650 WOLCOTT ST WATERBURY, CT | Big Lots Stores, LLC | MATTATUCK INVESTORS LLC | 3265 MERIDAN PKWY STE 130, WESTON, FL, 33331-3506 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 1171 | 31 HWY 138 W STE 150 STOCKBRIDGE, GA | Big Lots Stores, LLC | MAYS SDC LLC | C/O SAGLO DEVELOPMENT CORP, 290 NW 165TH ST, PH 2, MIAMI, FL, 33169 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 5389 | 15271 MCGREGOR BLVD FORT MYERS, FL | Big Lots Stores, LLC | MCGREGOR POINTE SHOPPING CENTER, LLC | C/O MALON D. MIMMS CO, 85-A MILL ST., STE 100, ROSWELL, GA, 30075 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 6 | 5254 | 2980 WHITEFORD RD YORK, PA | Big Lots Stores, LLC | MEADOWBROOK V LP | PO BOX 1092, BOULDER, CO, 80306-1092 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 1762 | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 1762 - Storage | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 1638 | 345 SCARLET RD STE 22 KENNETT SQUARE, PA | Big Lots Stores, LLC | NEW GARDEN SHOPPING CENTER LLC | 4950 DUNHAM DR, READING, PA, 19606-9091 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 4246 | 13241 WHITTIER BLVD WHITTIER, CA | Big Lots Stores-PNS, LLC | NMC TOWER LLC | 24025 PARK SORRENTO STE 300, CALABASAS, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

2

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | CA, 91302-4001 | | Other Miscellaneous Fixtures, Display Coolers |
| 11 | 1671 | 359 MIAMISBURG CENTERVILLE RD DAYTON, OH | Big Lots Stores, LLC | NORMANDY SQUARE EAST LLC - ATTN: JOYCE TOMASHOT-PM | C/O BALTES COMMERCIAL REALTY, INC., 925 CONGRESS PARK DRIVE, DAYTON, OH, 45459-4099 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 5292 | 1520 N CLINTON ST DEFIANCE, OH | Big Lots Stores, LLC | NORTHTOWNE ASSOCIATES | C/O JJ GUMBERG CO, 1051 BRINTON ROAD, PITTSBURGH, PA, 15221 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 5228 | 4420 MITCHELVILLE RD. BOWIE, MD | Big Lots Stores, LLC | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT, 2021 MCKINNEY AVE STE 1150, DALLAS, TX, 75201 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 4657 | 5516 SOUTH 900 EAST MURRAY, UT | Big Lots Stores-PNS, LLC | OAKWOOD 900 PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 4449 | 2083 NE BURNSIDE RD GRESHAM, OR | Big Lots Stores-PNS, LLC | OREGON TRAIL CENTER VENTURE, LLC | C/O GRE MANAGEMENT SERVICES, 3005 DOUGLAS BLVD | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

3

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | STE 200, ROSEVILLE, CA, 95661 | | Other Miscellaneous Fixtures, Display Coolers |
| 16 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CENTER, LLC | C/O RETAIL SPECIALIST COMMERCIAL, 6680 ALHAMBRA AVENUE, #133, MARTINEZ, CA, 94553 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CTR LL | 6680 ALHAMBRA AVE STE 133, MARTINEZ, CA, 94553-6105 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | PATHFINDER PATTERSON PLACE, LLC | C/O PATHFINDER INVESTMENT MANAGEMENT, 2420 OXFORD ROAD, RALEIGH, NC, 27608 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | ROBINSON, BRADSHAW & HINSON, P.A. | 101 N. TRYON ST., STE 1900, ATTN: CHRIS LOEB, CHARLOTTE, NC, 28246 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 20 | 1196 | 316 CORNELIA ST PLATTSBURGH, NY | Big Lots Stores, LLC | PLATTSBURGH PLAZA, LLC | 180 DELAWARE AVE., SUITE #200, DELMAR, NY, 12054 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 5200 | 1957 COBBS FORD RD. PRATTVILLE, AL | Big Lots Stores, LLC | PREMIERE PLACE SHOPPING CENTER, LLC | C/O MCCLINTON & COMPANY, INC. ATTN: PROPERTY MANAGER, 2005 COBBS FORD RD STE 304B, MONTGOMERY, AL, 36066-7894 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 5410 | 9690 COLERAIN AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | PROSPECT COLERAIN LLC | 1111 META DR STE 100, CINCINNATI, OH, 45237-5014 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 4599 | 2450 SOUTH 9TH ST. SALINA, KS | Big Lots Stores-PNS, LLC | RAF SALINA LLC | C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 24 | 5401 | 590 BRANCHLANDS BLVD CHARLOTTESVILLE, VA | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 21, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 1869 | 5625 W SAGINAW HWY UNIT 1 LANSING, MI | Big Lots Stores, LLC | REO FUNDIT 3 ASSET LLC | 38500 WOODWARD AVE STE 100, BLOOMFIELD HILLS, MI, 48304-5048 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 4718 | 1601 W CRAIG RD N LAS VEGAS, NV | Big Lots Stores-PNS, LLC | RETAIL CENTER PARTNERS, LTD. | 2716 OCEAN PARK BLVD., STE 2025, ATTN: CHRISTOPHER CHASE, GENERAL COUNSEL, SANTA MONICA, CA, 90405 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4482 | 304 NE AGNESS AVE GRANTS PASS, OR | Big Lots Stores-PNS, LLC | RI - GRANTS PASS, LLC | C/O READ INVESTMENTS, 2025 FOURTH STREET, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | BERKELEY, CA, 94710 | | Other Miscellaneous Fixtures, Display Coolers |
| 28 | 4614 | 400 E STATE HWY 260 STE A PAYSON, AZ | Big Lots Stores-PNS, LLC | RIM COUNTRY MALL SPE, LLC | LOCKBOX SERVICES #847366 ATTN: RIM COUNTRY MALL SPE, LLC, 3440 FLAIR DRIVE, EL MONTE, CA, 91731 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 29 | 4553 | 17W714 W 22ND ST OAKBROOK TERRACE, IL | Big Lots Stores-PNS, LLC | RIO GRANDE INVESTMENT INC | ATTN: JOHN DEUBLER, 541 SOUTH SPRING STREET, SUITE 204, LOS ANGELES, CA, 90013 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 5112 | 610 HOLCOMB BRIDGE RD STE 300 ROSWELL, GA | Big Lots Stores, LLC | ROSWELL TOWN CENTER, LLC | C/O MIMMS ENTERPRISES, INC, 780 OLD ROSWELL PLACE, SUITE 100, ROSWELL, GA, 30076 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4483 | 27142 LA PAZ RD MISSION VIEJO, CA | Big Lots Stores, LLC | RUSSELL E. FLUTER | 2025 WEST BALBOA BOULEVARD, CANNERY VILLAGE REALTY, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | NEWPORT BEACH, CA, 92663 | | |
| 32 | 4475 | 18565 SW TUALATIN VALLEY HWY BEAVERTON, OR | Big Lots Stores-PNS, LLC | SAFEWAY, INC. | C/O PROPERTY MANAGMENT, 250 PARKCENTER BLVD, BOISE, ID, 83706 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 5467 | 3225 MISSOURI BLVD JEFFERSON CITY, MO | Big Lots Stores, LLC | SAJ ASSOCIATES, LLC | C/O SAMCO PROPERTIES, 455 FAIRWAY DRIVE, SUITE 301, DEERFIELD BEACH, FL, 33441 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 34 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O CP RETAIL, INC., ATTN TANYA NIELSEN, 1313 FOOTHILL BOULEVARD, STE 2, LA CANADA FLINTRIDGE, CA, 91011 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O VESTAR PROPERTIES, ATTN AMBER KING, 2415 E CAMELBACK | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | RD STE 100, PHOENIX, AZ, 85016 | | Other Miscellaneous Fixtures, Display Coolers |
| 36 | 4192 | 2738 CANDLER RD DECATUR, GA | Big Lots Stores-PNS, LLC | SAUL HOLDINGS LIMITED PARTNERSHIP | ATTN: BARBARA PHILLIPS, 7501 WISCONSIN AVENUE, SUITE 1500E, BETHESDA, MD, 20814-6522 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 4328 | 955 SEPULVEDA BLVD TORRANCE, CA | Big Lots Stores-PNS, LLC | SCHWARTZ TORRANCE COMPANY LLC | C/O 1ST COMMERCIAL REALTY GROUP, 2009 PORTERFIELD WAY, SUITE P, UPLAND, CA, 91786 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 4568 | 18705 S I-19 FRONTAGE RD GREEN VALLEY, AZ | Big Lots Stores-PNS, LLC | SD-SAHUARITA PROPERTIES, LLC | C/O LBM PROPERTY SERVICES, 8677 VILLA LA JOLLA DRIVE #331, LA JOLLA, CA, 92037 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 5174 | 179 HIGHLAND AVE SEEKONK, MA | Big Lots Stores, LLC | SEEKONK SHOPPING CENTER EQUITIES II, LLC | C/O TIME EQUITIES, 55 FIFTH AVENUE, 15TH FLOOR, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | NEW YORK, NY, 10003 | | Other Miscellaneous Fixtures, Display Coolers |
| 40 | 4684 | 3520 W. SHAW AVE FRESNO, CA | Big Lots Stores-PNS, LLC | SHAW-MARTY ASSOCIATES | C/O EISNER-FOURCHY DEVELOPMENT, 5245 N GATES AVE SUITE 107, FRESNO, CA, 93722 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 4510 | 10850 LINCOLN TRL FAIRVIEW HEIGHTS, IL | Big Lots Stores-PNS, LLC | SKY CROSSROADS LLC | 10101 FONDREN ROAD, SUITE 545, HOUSTON, TX, 77096 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 4541 | 120 31ST AVE SE PUYALLUP, WA | Big Lots Stores-PNS, LLC | SOUTH HILL VILLAGE, LLC | C/O PACIFIC ASSET ADVISORS, INC., 14205 SE 36TH ST STE 215, BELLEVUE, WA, 98006-1574 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 43[1] | 1314 | 4433 LEMAY FERRY RD SAINT LOUIS, MO | Big Lots Stores-PNS, LLC | SOUTHPOINT PLAZA SHOPPING CENTER | C/O KCM MANAGEMENT AND CONSULTING, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

[1] Store 1314 is being rejected as of 10/31/2024 pursuant to the *Order Approving Stipulation Resolving the Motion of Southpoint Plaza, L.L.C. and GKKI, L.L.C. (I) to Compel Debtors to Immediately Assume or Reject a Lease of Non-Residential Real Property; (II) Compel Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Compel Debtors to Comply With Their Obligations Under 11 U.S.C. § 365(d)(3)* [D.I. 435].

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | LLC, 11939 MANCHESTER RD, STE 316, ST. LOUIS, MO, 63131 | | Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4776 | 699 S GREEN BAY RD NEENAH, WI | Big Lots Stores-PNS, LLC | SPRING CREEK CENTER II LLC | 118 WEST PECKHAM STREET, NEENAH, WI, 54956-4028 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 5471 | 2354 S RANGE AVE DENHAM SPRINGS, LA | Big Lots Stores, LLC | SPRING PARK PROPERTY OWNER, LLC | C/O SRI, LLC, 135 ROCKAWAY TURNPIKE, STE 101, LAWRENCE, NY, 11559 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 5325 | 2301 GALLATIN PIKE N MADISON, TN | Big Lots Stores, LLC | SSI NORTHSIDE LLC | 5111 MARYLAND WAY STE 201, BRENTWOOD, TN, 37027-7513 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 5461 | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE BUSINESS COMPLEX LLC | P.O. BOX 15, 5573 ST RT 29, CELINA, OH, 45822 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 5461 - Storage | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE | P.O. BOX 15, 5573 ST RT 29, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A |

11

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | BUSINESS COMPLEX LLC | CELINA, OH, 45822 | | items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 5227 | 5370 STONE MOUNTAIN HWY STE 300 STONE MOUNTAIN, GA | Big Lots Stores, LLC | STONE MOUNTAIN SQUARE SHOPPING CENTER LLC | C/O SEDGH GROUP, 9454 WILSHIRE BLVD, SUITE 205, BEVERLY HILLS, CA, 90212 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O SLATE ASSET MANAGEMENT L.P., 20 SOUTH CLARK STREET SUITE 1400, CHICAGO, IL, 60603 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O DLC MANAGEMENT CORPORATION, 565 TAXTER ROAD, SUITE 400, ELMSFORD, NY, 10523 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 4295 | 633 SWEETWATER RD SPRING VALLEY, CA | Big Lots Stores-PNS, LLC | SVSC HOLDINGS LP | 8100 LA MESA BLVD., SUITE 101, LA MESA, CA, 91942 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

12

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Other Miscellaneous Fixtures, Display Coolers |
| 53 | 5478 | 2806 FRONTAGE RD WARSAW, IN | Big Lots Stores, LLC | SW WARSAW LLC | 4151 ASHFORD DUNWOODY RD NE, SUITE 155, ATLANTA, GA, 30319 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 320 | 7779 TYLERSVILLE RD WEST CHESTER, OH | Big Lots Stores-CSR, LLC | T TYLERSVILLE OH LLC | 16600 DALLAS PARKWAY, SUITE 300 DALLAS, TX 75248 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 5444 | 1801 S SEMORAN BLVD ORLANDO, FL | Big Lots Stores, LLC | TAL MOR | C/O AUBURNDALE PROPERTIES, 50 TICE BLVD., SUITE 320, WOODCLIFF LAKE, NJ, 7677 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 56 | 4400 | 7025 E TANQUE VERDE RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TANQUE VERDE CENTER LLC | 2730 E BROADWAY BLVD STE 200, TUCSON, AZ, 85716-5341 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 57 | 5279 | 42 TOWN ST STE 1200 NORWICH, CT | Big Lots Stores, LLC | TKG NORWICHTOWN COMMONS LLC | 211 N STADIUM BLVD STE 201, COLUMBIA, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

13

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | MO, 65203-1161 | | Other Miscellaneous Fixtures, Display Coolers |
| 58 | 1267 | 1931 E MAIN ST TORRINGTON, CT | Big Lots Stores, LLC | TOWER VENTURES CRE LLC | 495 TENNESSEE STREET SUITE 152, MEMPHIS, TN, 38103-2549 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 4722 | 3900 W INA RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TOWN WEST REALTY, INC. | 555 E. RIVER RD., SUITE 201, TUCSON, AZ, 85704 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 1394 | 901 N CONGRESS AVE BOYNTON BEACH, FL | Big Lots Stores, LLC | TOWNE CENTER INVESTMENTS LLC | 696 NE 125TH ST, NORTH MIAMI, FL, 33161-5546 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 61 | 1817 | 11372 PRINCETON PIKE CINCINNATI, OH | Big Lots Stores, LLC | TPI CASSINELLI MANAGER LLC | C/O TARANTINO PROPERTIES INC, 7887 SAN FELIPE, STE 237, HOUSTON, TX, 77063 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 62 | 5472 | 822 E MAIN ST JEFFERSON, NC | Big Lots Stores, LLC | TWIN RIVERS EQUITY PARTNERS LLC | C/O LRS MANAGEMENT LLC, PO BOX 4147, | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | MOORESVILLE, NC, 28117-4147 | | Other Miscellaneous Fixtures, Display Coolers |
| 63 | 4732 | 1401 SPRING STREET PETOSKEY, MI | Big Lots Stores-PNS, LLC | USPG PORTFOLIO TWO, LLC | 3665 FISHINGER BLVD, HILLIARD, OH, 43026 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY | 200 EAST LAS OLAS BLVD STE 1900, FORT LAUDERDALE, FL, 33301-2248 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 65 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY PARTNERS, LLC | 200 SOUTH BISCAYNE BOULEVARD, SIXTH FLOOR, MIAMI, FL, 33131-5351 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 66 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | C/O BOSSHARD PARKE, LTD, 750 N. 3RD STREET, LA CROSSE, WI, 54601 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 67 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | ATTN: GEORGE PARKE III, P.O. BOX 966, LA | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

15

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | CROSSE, WI, 54602-0966 | | Other Miscellaneous Fixtures, Display Coolers |
| 68 | 4555 | 3615 ELKHORN BLVD NORTH HIGHLANDS, CA | Big Lots Stores-PNS, LLC | WATT TOWN CENTER RETAIL PARTNERS, LLC | C/O JLL, 3001 DOUGLAS BLVD., SUITE 330, ROSEVILLE, CA, 95661-3853 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 69 | 5357 | 5900 E. VIRGINIA BEACH BLVD. NORFOLK, VA | Big Lots Stores, LLC | WHLR-JANAF, LLC | C/O WHEELER REAL ESTATE, LLC, 2529 VIRGINIA BEACH BLVD., VIRGINIA BEACH, VA, 23452 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 4775 | 560 WINDSOR AVE WINDSOR, CT | Big Lots Stores-PNS, LLC | WINDSOR SHOPPING CENTER LLP | C/O M.J. NEIDITZ & COMPANY INC, 125 LASALLE RD STE 304, WEST HARTFORD , CT, 6107 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 71 | 5295 | 471 Green Street Woodbridge, NJ | Big Lots Stores, LLC | WOODBRIDGE CROSSING URBAN RENEWAL LLC | PO BOX 845094, BOSTON, MA, 02284-5094 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

16

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 72 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 73 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | ATTN: LEGAL DEPARTMENT, 2429 PARK AVENUE, TUSTIN, CA, 92782 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WALLACE PROPERTIES INC., 330 112TH AVE. NE, SUITE #200, BELLEVUE, WA, 98004 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WASHINGTON CAPITAL MANAGEMENT, INC, 1200 SIXTH AVENUE, SUITE 700, SEATTLE, WA, 98101 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 76 | 4596 | 1320 FRANKLIN ROAD YUBA CITY, CA | Big Lots Stores-PNS, LLC | YLCA YUBA PROPERTY LLC | PO BOX 2514, TURLOCK, CA, 95381-2514 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

17

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 77 | 1947 | 6540 GLENWOOD AVE RALEIGH, NC | Big Lots Stores, LLC | ZEISLER MORGAN PROPERTIES LTD | 30000 CHAGRIN BLVD STE 100, CLEVELAND, OH, 44124-5721 | 10/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |