# Exhibit A

**Additional Closing Stores**

# BIG LOTS, INC. Stores
## Exhibit

### Store List

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 4745 | HESPERIA | 16824 MAIN ST | HESPERIA | CA | 92345 | 33,184 | 23,558 |
| 2 | 4761 | PARIS | 3512 LAMAR AVE | PARIS | TX | 75460 | 40,149 | 29,317 |
| 3 | 4777 | FREMONT | 850 E 23RD ST | FREMONT | NE | 68025 | 37,922 | 25,815 |
| 4 | 1982 | ALBUQUERQUE | 465 COORS BLVD NW | ALBUQUERQUE | NM | 87121 | 30,023 | 22,510 |
| 5 | 1668 | WESTERVILLE | 60 E SCHROCK RD | WESTERVILLE | OH | 43081 | 21,252 | 16,539 |
| 6 | 1388 | PHILADELPHIA | 15501 BUSTLETON AVE | PHILADELPHIA | PA | 19116 | 23,788 | 17,888 |
| 7 | 5172 | SOUTHFIELD | 29712 SOUTHFIELD RD. | SOUTHFIELD | MI | 48076 | 30,607 | 20,115 |
| 8 | 1003 | CARTERSVILLE | 160 MARKET SQ | CARTERSVILLE | GA | 30120 | 22,419 | 16,642 |
| 9 | 5345 | ELIZABETHTON | 791 WEST ELK AVE | ELIZABETHTON | TN | 37643 | 39,577 | 26,627 |
| 10 | 805 | DECATUR | 1383 E PERSHING RD STE A | DECATUR | IL | 62526 | 26,635 | 20,464 |
| 11 | 1257 | CONWAY | 150 E OAK ST | CONWAY | AR | 72032 | 33,427 | 21,998 |
| 12 | 376 | HOMEWOOD | 142 GREEN SPRINGS HWY | HOMEWOOD | AL | 35209 | 25,409 | 16,976 |
| 13 | 4630 | SAN ANGELO | 4002 SUNSET DRIVE | SAN ANGELO | TX | 76904 | 35,579 | 27,330 |
| 14 | 1738 | BRISTOL | 1235 FARMINGTON AVE | BRISTOL | CT | 06010 | 45,356 | 28,808 |
| 15 | 5187 | GLOUCESTER | 6571 MARKET DR. | GLOUCESTER | VA | 23061 | 36,799 | 22,697 |
| 16 | 4712 | REDDING | 2685 HILLTOP DR | REDDING | CA | 96002 | 34,972 | 25,674 |
| 17 | 5284 | FRANKLIN | 1538 NORTH MORTON ST | FRANKLIN | IN | 46131 | 30,883 | 21,775 |
| 18 | 188 | NEW HAVEN | 918 W LINCOLN HWY | NEW HAVEN | IN | 46774 | 30,113 | 19,180 |
| 19 | 1699 | BRUNSWICK | 1733 PEARL RD STE 125 | BRUNSWICK | OH | 44212 | 31,367 | 23,254 |
| 20 | 5330 | WHITEHALL | 2631 MACARTHUR RD | WHITEHALL | PA | 18052 | 35,915 | 24,016 |
| 21 | 1289 | BURLINGTON | 3320 AGENCY ST | BURLINGTON | IA | 52601 | 28,140 | 20,039 |
| 22 | 4572 | BRIGHTON | 893 S KUNER RD. | BRIGHTON | CO | 80601 | 27,980 | 20,638 |
| 23 | 5206 | NORTH OLMSTED | 26425 GREAT NORTHERN PLAZA | NORTH OLMSTED | OH | 44070 | 24,364 | 17,860 |
| 24 | 5095 | LIVONIA | 30000 PLYMOUTH RD | LIVONIA | MI | 48150 | 38,930 | 25,869 |
| 25 | 5151 | FENTON | 691 GRAVOIS BLUFFS BOULEVARD | FENTON | MO | 63026 | 32,813 | 22,544 |
| 26 | 4672 | TACOMA | 2401 N PEARL ST | TACOMA | WA | 98406 | 43,490 | 26,765 |
| 27 | 4576 | MACHESNEY PARK | 8750 N 2ND ST | MACHESNEY PARK | IL | 61115 | 29,987 | 23,069 |
| 28 | 4469 | KENNEWICK | 3019 W KENNEWICK AVE | KENNEWICK | WA | 99336 | 26,134 | 20,251 |
| 29 | 4548 | LAKE HAVASU CITY | 1799 KIOWA AVE STE 106 | LAKE HAVASU CITY | AZ | 86403 | 29,718 | 21,575 |
| 30 | 5241 | BLUE SPRINGS | 603 SW US HIGHWAY 40 | BLUE SPRINGS | MO | 64014 | 32,273 | 24,152 |
| 31 | 5275 | CHATTANOOGA | 2020 GUNBARREL RD STE 186 | CHATTANOOGA | TN | 37421 | 28,907 | 21,352 |
| 32 | 4693 | VANCOUVER | 11696 NE 76TH ST | VANCOUVER | WA | 98662 | 49,090 | 30,869 |
| 33 | 5335 | CHESAPEAKE | 4300 PORTSMOUTH BLVD | CHESAPEAKE | VA | 23321 | 31,127 | 21,663 |
| 34 | 1497 | KENNESAW | 4200 WADE GREEN RD NW STE 144 | KENNESAW | GA | 30144 | 46,501 | 28,073 |
| 35 | 4558 | YAKIMA | 120 N. FAIR AVENUE | YAKIMA | WA | 98901 | 34,811 | 25,944 |
| 36 | 5343 | HIGHLAND HEIGHTS | 6235 WILSON MILLS RD | HIGHLAND HEIGHTS | OH | 44143 | 40,376 | 27,568 |
| 37 | 1946 | REEDLEY | 1201 E MANNING AVE | REEDLEY | CA | 93654 | 28,409 | 20,977 |
| 38 | 137 | NEW ALBANY | 440 NEW ALBANY PLZ | NEW ALBANY | IN | 47150 | 36,407 | 23,015 |
| 39 | 1411 | RICHMOND | 8151 BROOK RD | RICHMOND | VA | 23227 | 37,141 | 25,013 |
| 40 | 1203 | EDGEWOOD | 1815 PULASKI HWY | EDGEWOOD | MD | 21040 | 28,118 | 20,178 |
| 41 | 1390 | WALDORF | 1200 SMALLWOOD DR W | WALDORF | MD | 20603 | 24,897 | 18,953 |
| 42 | 4096 | DENTON | 2249 S LOOP 288 | DENTON | TX | 76205 | 23,800 | 18,025 |
| 43 | 1623 | SHAWNEE | 7408 NIEMAN RD | SHAWNEE | KS | 66203 | 28,654 | 20,065 |
| 44 | 4565 | CEDAR PARK | 850 N BELL BLVD STE 104 | CEDAR PARK | TX | 78613 | 33,616 | 23,769 |
| 45 | 4264 | SANTA ANA | 2727 N GRAND AVE | SANTA ANA | CA | 92705 | 35,000 | 25,637 |
| 46 | 1487 | LEWISVILLE | 1374 W MAIN ST | LEWISVILLE | TX | 75067 | 41,331 | 25,888 |
| 47 | 5470 | LAKE CHARLES | 3250 GERSTNER MEMORIAL DR | LAKE CHARLES | LA | 70601 | 32,512 | 23,792 |
| 48 | 1131 | TEXARKANA | 2729 NEW BOSTON RD | TEXARKANA | TX | 75501 | 39,849 | 29,500 |
| 49 | 5251 | ORLANDO | 751 GOOD HOMES RD | ORLANDO | FL | 32818 | 28,597 | 20,064 |
| 50 | 4753 | ALBUQUERQUE | 9500 MONTGOMERY BLVD NE | ALBUQUERQUE | NM | 87111 | 34,059 | 24,490 |
| 51 | 1062 | TULSA | 2144 S SHERIDAN RD | TULSA | OK | 74129 | 45,952 | 26,700 |
| 52 | 556 | TAMPA | 14948 N FLORIDA AVE | TAMPA | FL | 33613 | 28,092 | 19,631 |
| 53 | 5465 | ADA | 1200 N HILLS CENTER | ADA | OK | 74820 | 34,329 | 23,263 |
| 54 | 1785 | SPRING | 425 SAWDUST RD STE A | SPRING | TX | 77380 | 39,587 | 27,504 |
| 55 | 286 | JANESVILLE | 1800 MILTON AVE STE 100 | JANESVILLE | WI | 53545 | 29,379 | 21,132 |
| 56 | 1684 | BOONE | 223 NEW MARKET CTR | BOONE | NC | 28607 | 32,219 | 23,329 |