# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Joseph R. Russo, Jr. of Greer, Herz & Adams, LLP to represent American National Insurance Company, in the above-captioned bankruptcy case and any associated adversary proceedings.

Date: October 8, 2024

*/s/ Damien N. Tancredi*
Damien N. Tancredi, Esq. (No. 5395)
Flaster Greenberg, P.C.
1201 N. Orange Street, Suite 301
Wilmington, DE 19801
Telephone: (302) 351-1910
Email: Damien.tancredi@flastergreenberg.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Date: October 8, 2024

*/s/ Joseph R. Russo, Jr.*
Joseph R. Russo, Jr.
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550
Main: (409) 797-3200
Email: jrusso@greerherz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

11409777 v1