IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  BIG LOTS, INC., et al.        CASE NO.: 24-11967 (JKS)
                                       CHAPTER 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:   CLERK OF BANKRUPTCY COURT
      DISTRICT OF DELAWARE

I, Bartley P. Bourgeois and David M. Cohn, the undersigned counsel for Siegen Village Shopping Center, LLC, do hereby notify you that we represent Siegen Village Shopping Center, LLC and we are requesting to receive notice of any matters in the above captioned case mailed to me at: Bartley P. Bourgeois & David M. Cohn, The Cohn Law Firm, 10754 Linkwood Court, Baton Rouge, LA 70810 and/or emailed at bartley@thecohnlawfirm.com, dmcohn@thecohnlawfirm.com and also to contact@thecohnlawfirm.com.

Respectfully Submitted,

BY ATTORNEYS:

THE COHN LAW FIRM
LIMITED LIABILITY COMPANY
10754 Linkwood Court, Suite 1
Baton Rouge, Louisiana 70810
Telephone: (225) 769-0858
Fax: (225) 769-1016

BY:_____/s/ David M. Cohn_____

BY:_____/s/ Bartley P. Bourgeois___
     DAVID M. COHN, LBR #4237
     D. BRIAN COHN, LBR #28000
     BARTLEY P. BOURGEOIS, LBR #26606
     ALLYSON S. JARREAU, LBR#36686

# THE COHN LAW FIRM 

**A Limited Liability Company**

*David M. Cohn*
*D. Brian Cohn\**
*Bartley P. Bourgeois*
*Allyson S. Jarreau*
\*Master of Laws In Taxation

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX: (225) 769-1016

bartley@thecohnlawfirm.com

2024 OCT 15  AM 10:30

October 7, 2024

United States Bankruptcy Court
District of Delaware
824 N. Market Street
3rd Floor
Wilmington, DE 19801

      RE: Big Lots, Inc.
           Bankruptcy Petition #: 24-11967-JKS
           Our File 34980

To Whom It May Concern:

    In regard to the above-captioned matter enclosed please find Notice of Appearance and Request for Notice to be filed with the Court.

    Please contact me with any questions.

Very truly yours,

Bartley P. Bourgeois

BPB/er

Enclosures

**THE COHN LAW FIRM**
A LIMITED LIABILITY COMPANY
10754 LINKWOOD COURT, SUITE #1
BATON ROUGE, LOUISIANA 70810

BATON ROUGE LA 7(
7 OCT 2024 PM

United States Bankruptcy Court
District of Delaware
824 N. Market Street
3rd Floor
Wilmington, DE 19801

19801-302499