UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| BIG LOTS, INC., et al., | CASE NO.: 24-11967-JKS<br>CHAPTER: 11 |
| Debtors.[i] | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears in the above-captioned case as counsel for BVB-NC, LLC requests copies of all notices, pleadings and all other filings in the above-captioned case including, without limitation, those pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007.

BVB-NC, LLC requests that all counsel of record provide the following person copies of all notices, pleadings and all other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

William Walt Pettit
Hutchens Law Firm LLP
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

BVB-NC, LLC additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and his address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case

---

[i] Thedebtorsanddebtorsinpossessioninthesechapter11cases,alongwiththelastfourdigitsoftheir respectiveemployeridentificationnumbers,areasfollows:GreatBasin,LLC(6158);BigLots,Inc.(9097);BigLots Management,LLC(7948);ConsolidatedPropertyHoldings,LLC(0984);BroyhillLLC(7868);BigLotsStores- PNS,LLC(5262);BigLotsStores,LLC(6811);BLBOTenant,LLC(0552);BigLotsStores- CSR,LLC(6182);CSCDistributionLLC(8785);CloseoutDistribution,LLC(0309);DurantDC,LLC(2033);AVDC,LLC(3400); GAFDCLLC(8673);PAFDCLLC(2377);WAFDC,LLC(6163);INFDC,LLC(2820);BigLotseCommerceLLC (9612);andBigLotsF&S,LLC(3277).Theaddressofthedebtors'corporateheadquartersis4900E.Dublin-GranvilleRoad,Columbus,OI-143081.

Neither this Request for Notices nor any subsequent appearance, pleading, claim, proof of claim, document, suite motion nor any other writing or conduce shall constitute a waiver of the within party's:

A. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. section 157(b)(2)(H);

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter of proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution, all of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

This the 16 day of October, 2024.

                              HUTCHENS LAW FIRM LLP
                              Attorneys for BVB-NC, LLC

By: _____
William Walt Pettit
N.C. Bar No. 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 24-11967-JKS |
| BIG LOTS, INC., et al., ) | CHAPTER 11 |
| ) | |
| Debtor.[i] ) | |

## CERTIFICATE OF SERVICE

I, William Walt Pettit as attorney of record for BVB-NC, LLC hereby certify that on the ___16___ day of October, 2024, I served a copy of the Notice of Appearance and Request for Service by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United states Postal Service, said envelope being addressed as follows:

Big Lots Stores, LLC
4900 E. Dublin-Granville Road
Columbus, OH 43081

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899-1347

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

HUTCHENS LAW FIRM LLP
Attorneys for BVB-NC, LLC

By: /s/ William Walt Pettit
William Walt Pettit
N.C. Bar No. 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

---

[i] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores-PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores-CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081