## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 7, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**, and (2) via email on the Respondents Service List attached hereto as **Exhibit B**:

- Notice of Agenda for Hearing Scheduled for October 9, 2024, at 1:00 p.m. (ET) [Docket No. 434]

*[Remainder of the page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: October 10, 2024

*/s/ Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 10, 2024, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn 1700 Redbud Blvd Ste 300 McKinney TX 75069 | plopez@abernathy-law.com bankruptcy@abernathy-law.com ehahn@abernathy-law.com lboyd@abernathy-law.com | Email |
| Counsel to Capital Plaza, Inc. | ALEXANDER & VANN, LLP | Attn: John Turner Holt 411 Gordon Avenue Thomasville GA 31792 | | Overnight Mail |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor 500 Delaware Avenue 8th Floor Wilmington DE 19801 | GTaylor@ashbygeddes.com | Email |
| Counsel to Dell Financial Services, L.L.C. | Austria Legal, LLC | Attn: Matthew P. Austria 1007 N. Orange Street 4th Floor Wilmington DE 19801 | maustria@austriallc.com | Email |
| Counsel to Brixmor Operating Partnership LP | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper 919 N. Market Street 11th Floor Wilmington DE 19801-3034 | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Kevin M. Newman 125 East Jefferson Street Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Niclas A. Ferland 545 Long Wharf Drive Ninth Floor New Haven CT 06511 | nferland@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Scott L. Fleischer 1270 Avenue of the Americas Suite 501 New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: David A. Hall 171 Monroe Avenue NW Suite 1000 Grand Rapids MI 49503-2694 | david.hall@btlaw.com | Email |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: Kevin G. Collins 222 Delaware Avenue Suite 1200 Wilmington DE 19801 | kevin.collins@btlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson 600 N. Market Street, Suite 400 Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Counsel to Accertify, Inc | Becket & Lee LLP | Attn: Larry Butler PO Box 3002 Malvern PA 19355-0702 | | Overnight Mail |
| Counsel to Twin Rivers Equity Partners, LLC | Best Law, PA | Attn: Tara E. Naufu P.O. Box 2374 Mount Pleasant SC 29465 | tara@bestlawsc.com | Email |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams 1201 N. Market Street, Suite 800 Wilmington DE 19801 | regina.kelbon@blankrome.com stanley.tarr@blankrome.com jordan.williams@blankrome.com | Email |
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | Attn: Attn: Regina Kelbon 1201 N. Market Street, Suite 800 Wilmington DE 19801 | regina.kelbon@blankrome.com | Email |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin 575 Underhill Blvd Suite 118 Syosset NY 11791 | wborges@borgeslawllc.com schin@borgeslawllc.com | Email |
| Counsel to DKR Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon 6550 Seville Drive, Suite B Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to MBM Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon 6550 Seville Drive, Suite B Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to Burdkidz LLC and S.R. 170 Properties LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon 6550 Seville Drive, Suite B Canfield OH 44406 | treardon@brouse.com | Email |
| Counsel to Scott Andron | Broward County | Attn: Andrew J. Meyers 115 South Andrews Avenue Governmental Center, Suite 423 Fort Lauderdale FL 33301 | sandron@broward.org | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson 425 Market Street Suite 2900 San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski 222 Delaware Avenue, Suite 1030 Wilmington DE 19801 | jfalgowski@burr.com | Email |

In re: Big Lots, Inc., et al.
Case No. 24-11967 (JKS)

Page 2 of 18

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street<br>Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email |
| Counsel to Liberty Mutual Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman<br>105 Eisenhower Parkway<br>Roseland NJ 07068 | szuber@csglaw.com<br>tfreedman@csglaw.com | Email |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang<br>Two International Place<br>Boston MA 02110 | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Email |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202 | ahornisher@clarkhill.com | Email |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | Attn: Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Counsel to  Bellevue Holdings, LLC | Clark Hill PLC | Attn: Kevin H. Morse<br>130 E. Randolph Street<br>Suite 3900<br>Chicago IL 60601 | kmorse@clarkhill.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | jalberto@coleschotz.com<br>snewman@coleschotz.com | Email |
| Counsel to CORTA Stevens Point, LLC | Cross & Simon, LLC | Attn: Kevin S. Mann<br>1105 N. Market Street<br>Suite 901<br>Wilmington DE 19801 | kmann@crosslaw.com | Email |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern<br>450 Lexington Avenue<br>New York NY 10017 | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com | Email |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Drew S. McGehrin<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801 | dsmcgehrin@duanemorris.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Marcus O. Colabianchi<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco CA 94105-1127 | mcolabianchi@duanemorris.com | Email |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles CA 90064 | mgottfried@elkinskalt.com | Email |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard<br>12th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Michael G. Menkowitz<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103-3222 | mmenkowitz@foxrothschild.com | Email |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Seth A. Niederman<br>1201 N. Market Street<br>Suite 1200<br>Wilmington DE 19801 | sniederman@foxrothschild.com | Email |
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman<br>1327 W. Washington Blvd<br>Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Counsel to Divisions Inc. | Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Counsel to Roundtripping Ltd. and Geiger Brothers, Inc. | Gibbons P.C. | Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1671 | kearle@gibbonslaw.com | Email |
| Counsel to Geiger Brothers, Inc. | Gibbons P.C. | Attn: Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | kmcevilly@gibbonslaw.com | Email |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Mark Conlan<br>One Gateway Center<br>Newark NJ 07102 | mconlan@gibbonslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird<br>10575 North 114th Street<br>Suite 115<br>Scottsdale AZ 85259 | rbird@gilbertbirdlaw.com | Email |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | ridebitetto@hahnlaw.com | Email |
| Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC | Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy<br>300 South Grand Avenue<br>One California Plaza, 37th Floor<br>Los Angeles CA 90071-3147 | dmccarthy@hillfarrer.com | Email |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free<br>999 Third Avenue<br>Suite 4600<br>Seattle WA 98104 | brian.free@hcmp.com | Email |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| HJH Investments | HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad<br>300 W Douglas Ave<br>Suite 1031<br>Wichita KS 67202 | teanna@hjhinvestments.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington DC 20224 | | Overnight Mail |
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com | Email |
| Counsel to Dorsan Developments Limited c/o Levy Realty Advisors LLC | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella<br>505 Morris Avenue<br>Springfield NJ 07081 | rpatella@jwlaw.com | Email |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | Attn: J. Michael McCague<br>408 Cedar Avenue<br>Pittsburgh PA 15212 | jmm@gmwpclaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Donlen Corporation | K&L Gates LLP | Attn: David S. Catuogno, Esq.<br>One Newark Center Tenth Floor<br>1085 Raymond Boulevard<br>Newark NJ 07102 | david.catuogno@klgates.com | Email |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Email |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com | Email |
| Counsel to The Grove Shops LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch<br>919 N. Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | rlemisch@klehr.com | Email |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email |
| Counsel to  City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership | Lasser Hochman, LLC | Attn: Richard L. Zucker<br>75 Eisenhower Parkway<br>Suite 1200<br>Roseland NJ 07068 | rzucker@lasserhochman.com | Email |
| Counsel to Jetrich Canada Ltd. | Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills NY 11375 | gillazarus@gmail.com | Email |
| Counsel to Big Milf2 Owner, LLC ("BMO") | Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino<br>1007 N. Orange Street<br>Suite 420<br>Wilmington DE 19801 | jcarbino@leechtishman.com | Email |
| Counsel to Sun Plaza, LLC | Leech Tishman Fuscaldo & Lampl, Inc. | Attn: Jeffrey M. Carbino<br>1007 N. Orange Street<br>Suite 420<br>Wilmington DE 19801 | jcarbino@leechtishman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to SquareTrade, Inc. | Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong 2818 La Cienega Avenue Los Angeles CA 90034 | EHK@lnbyg.com JSK@lnbyg.com | Email |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders PO Box 17428 Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E. Pecan Street Suite 2200 San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Grayson County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner 2777 N. Stemmons Freeway, Suite 1000 Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 29, Harris CO ESD # 12, Harris CO ESD # 08, Harris CO ESD # 11, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Houston Comm Coll System, City of Jefferson, Harris CO ESD # 48, Harris CO ESD # 09, City of Webster, City of Pasadena, Lone Star College System, Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Jefferson County, Orange County, City of Humble | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | Attn: J. Jeffery Rich 100 Northside Square, Suite 700 Huntsville AL 35801 | jrich@madisoncountyal.gov | Email |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | Attn: David P. Primack 1007 N. Orange Street Suite 711 Wilmington DE 19801 | DPrimack@mgmlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski | Margolis Edelstein | Attn: James E. Huggett<br>300 Delaware Avenue<br>Suite 800<br>Wilmington DE 19801 | jhuggett@margolisedelstein.com | Email |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way<br>Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Overnight Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going<br>One Vanderbilt Avenue<br>New York NY 10017 | dazman@mwe.com<br>kgoing@mwe.com | Email |
| Counsel to Triple Bar Ridgeview Hanover, LLC | McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti<br>8490 Progress Drive<br>Suite 225<br>Frederick MD 21701 | KCamuti@mcneeslaw.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale MD 20737-1385 | bdept@mrrlaw.net | Email |
| Counsel to Ken Burton Jr., Manatee County Tax Collector | Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson<br>1001 3rd Ave W, Suite 240<br>Bradenton FL 34205-7863 | legal@taxcollector.com | Email |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email |
| Counsel to Ogden Plaza LLC | Morris James LLP | Attn: Carl N. Kunz, Christopher M. Donnelly<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,<br>1201 N. Market Street, 16th Floor<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com | Email |
| Counsel to Grey Matter Concepts | Morrison Cohen LLP | Attn: David J. Kozlowski, Esq.<br>909 Third Avenue<br>27th Floor<br>New York NY 10022-4784 | dkozlowski@morrisoncohen.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Linda Casey<br>844 King Street<br>Suite 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | Email |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | Attn: Brian J McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent,1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger<br>230 Park Ave Ste 29<br>New York NY 10169 | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com | Email |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack NJ 07601 | dsklar@pashmanstein.com | Email |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II<br>824 North Market Street, Suite 800<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo<br>500 E. Border Street, Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece 1919 S. Shiloh Rd., Suite 640, LB 40 Garland TX 75042 | lreece@pbfcm.com | Email |
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew P.O. Box 8188 Wichita Falls TX 76307 | wichitafalls@pbfcm.com | Email |
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova PO Box 9132 Amarillo TX 79105 | amabkr@pbfcm.com acordova@pbfcm.com | Email |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez PO Box 2916 McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Counsel to Topaz Distribution, LLC | Perkins Coie LLP | Attn: Amir Gamliel 1888 Century Park East Suite 1700 Los Angeles CA 90067-1721 | AGamliel@perkinscoie.com | Email |
| Counsel to Topaz Distribution, LLC | Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro 222 Delaware Avenue Suite 1101 Wilmington DE 19801 | cward@polsinelli.com mdipietro@polsinelli.com | Email |
| Counsel to Ocean Network Express (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg 50 Tice Boulevard, Suite 380 Woodcliff Lake NJ 07677 | rsteinberg@pricemeese.com | Email |
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti 4422 Ridgeside Drive Dallas TX 75244 | tim@rashtiandmitchell.com dkrm@aol.com donna@rashtiandmitchell.com | Email |
| Counsel to City of Alexandria, Louisiana and Cleco Power LLC | Richard A. Rozanski, APLC | Attn: Richard A. Rozanski P.O. Box 13199 Alexandria LA 71315-3199 | richard@rarlaw.net | Email |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky One Rodney Square 920 N. King Street Wilmington DE 19801 | knight@rlf.com collins@rlf.com javorsky@rlf.com | Email |
| Counsel to CORTA Stevens Point, LLC | Richman & Richman LLC | Attn: Michael P. Richman, Esq. 122 W. Washington Avenue Suite 850 Madison WI 53703 | mrichman@randr.law | Email |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | Attn: Steven Fox Times Square Tower 7 Times Sq, Suite 2506 New York NY 10036 | SFox@riemerlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Triple Bar Ridgeview Hanover, LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson<br>1201 N. Market Street<br>Suite 1406<br>Wilmington DE 19801 | jedmonson@rc.com | Email |
| Counsel to Serta, Inc. | Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg<br>River Ridge 9040 Roswell Rd<br>Suite 205<br>Atlanta GA 30350 | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com | Email |
| Counsel to 7023 Broward LLC | Roth & Scholl | Attn: Jeffrey C. Roth<br>866 South Dixie Highway<br>Coral Gables FL 33146 | jeff@rothandscholl.com | Email |
| Counsel to Logo Brands, Inc. | Saul Ewing LLP | Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Monique B. DiSabatino<br>1201 North Market Street Suite 2300<br>PO Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com | Email |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Turner N Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Norman Owczarkowski | Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa<br>363 W. Big Beaver Road<br>Suite 410<br>Troy MI 48084 | cmierzwa@simonattys.com | Email |
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P. | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | Overnight Mail |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | Overnight Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver CO 80203 | | Overnight Mail |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV<br>brendan.flynn@ct.gov | Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta GA 30334-1300 | | Overnight Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | Overnight Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5Th Floor<br>Indianapolis IN 46204 | INFO@ATG.IN.GOV | Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka KS 66612-1597 | | Overnight Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | Overnight Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | Overnight Mail |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333-0000 | | Overnight Mail |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | | Overnight Mail |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7Th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | MIAG@MICHIGAN.GOV<br>AG-COD@michigan.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Bankruptcy.Notices@ag.state.mn.us | Overnight Mail and Email |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | Overnight Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>Po Box 201401<br>Helena MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2Nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AGINFO@AG.NV.GOV | Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US<br>Jeff.Koziar@law.njoag.gov | Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | aserrato@nmdoj.gov<br>aswenson@nmdoj.gov | Overnight Mail and Email |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | Overnight Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | Overnight Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | NDAG@ND.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14Th Floor<br>Columbus OH 43215 | Mahisha.Sanson@OhioAGO.gov | Overnight Mail and Email |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | consumerprotection@oag.ok.gov | Overnight Mail and Email |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street Ne<br>Salem OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>justin.leonard@doj.oregon.gov | Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16Th Floor<br>Harrisburg PA 17120 | | Overnight Mail |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903-0000 | | Overnight Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | Overnight Mail |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler<br>P.O. Box 20207<br>Nashville TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | bankruptcy@agutah.gov | Email |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | Overnight Mail |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. Se<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | CONSUMER@WVAGO.GOV | Email |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>17 West Main Street, Post Office Box 7857<br>Madison WI 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | Email |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24Th Street<br>Cheyenne WY 82002 | | Overnight Mail |
| Counsel to Edifis, USC, LLC and Edifis LJC, LTD | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver<br>150 West Flagler Street<br>Suite 2200<br>Miami FL 33120 | esilver@stearnsweaver.com | Email |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Dole Packaged Foods, LLC | Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III<br>919 North Market Street<br>Suite 420<br>Wilmington DE 19801 | zallinson@sha-llc.com | Email |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | brost@tspclaw.com | Email |
| Counsel to Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Jamie Kirk<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |
| Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP | The Ehrlich Law Firm | Attn: William Ehrlich<br>444 Executive Center Blvd<br>Suite 240<br>El Paso TX 79902 | william@ehrlichlawfirm.com | Email |
| Counsel to Liberty Mutual Insurance Company | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu<br>824 N. Market St.<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>liu@teamronser.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | | Overnight Mail |
| Counsel to Travis County | Travis County | Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Counsel to 1600 Eastchase Parkway Leasing LLC | Turner Law APC | Attn: John M. Turner, Esq.<br>600 B Street<br>Suite 1700<br>San Diego CA 92101 | jmt@tmsdlaw.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | Overnight Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | Attn: Randall F. Scherck<br>10 S. Broadway<br>Suite 2000<br>St. Louis MO 63102 | rscherck@ubglaw.com | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | Overnight Mail |
| United Texas Bank | United Texas Bank | Attn: Loan Operations<br>13101 Preston Road<br>Suite 200<br>Dallas TX 75240 | | Overnight Mail |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email |
| Washington Dc Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4Th Street, Nw<br>Washington DC 20001 | OAG@DC.GOV | Email |
| Counsel to Serta, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan<br>1225  N King Street<br>Suite 600<br>Wilmington DE 19801 | bsullivan@werbsullivan.com | Email |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth<br>24 Greenway Plaza, Suite 2050<br>Houston TX 77046 | jcarruth@wkpz.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley<br>600 North King Street<br>Suite 300<br>Wilmington DE 19801 | rriley@whitefordlaw.com | Email |
| Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>600 North King Street<br>Suite 300<br>Wilmington DE 19801 | sgerald@whitefordlaw.com | Email |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>600 North King Street, Suite 300<br>Wilmington DE 19801 | sgerald@whitefordlaw.com | Email |
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey<br>3190 Fairview Park Drive<br>Suite 800<br>Falls Church VA 22042-4510 | dgaffey@whitefordlaw.com | Email |
| Counsel to Homestar North America, LLC and Prima Holdings International Limited | Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore<br>200 South 10th, Street, Suite 1600<br>Richmond VA 23219-3095 | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com | Email |
| Co-Counsel to Jetrich Canada Ltd. | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan<br>1313 North Market Street<br>Suite 1200<br>Wilmington DE 19801 | kevin.mangan@wbd-us.com | Email |
| Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co. | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi<br>1313 North Market Street<br>Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com<br>lisa.tancredi@wbd-us.com | Email |

**Exhibit B**

Exhibit B
Respondents Service List
Served via Email

| Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Cactus Crossing, LLC | CROSS & SIMON, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| ATTORNEYS FOR AMERICAN NATIONAL INSURANCE COMPANY | FLASTER/GREENBERG P.C. | Attn: Damien Nicholas Tancredi | Damien.tancredi@flastergreenberg.com |
| Counsel to Columbia Park Retail Owner, LLC, as successorin-interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord | JOYCE, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Counsel for TLM Realty Corp., 260 Voice Road, LLC, Aston Properties, Inc., BasserKaufman, Benderson Development Company, LLC, Cloverleaf Group, Delco Development Co. of Hicksville, L.P., Kite Realty Group, NNN REIT, Inc., NewMark Merrill Companies, Inc.,Regency Centers, L.P., and SITE Centers Corp | KELLEY DRYE & WARREN LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison B. Selick | rlehane@kelleydrye.com; jraviele@kelleydrye.com; aselick@kelleydrye.com |
| Attorney for Landlord Casitas Oceanside Three LP | Kimball, Tirey & St. John LLP | Attn: Christine Relph | christine.relph@kts-law.com |
| Counsel for The Gerson Company | KLEHR HARRISON HARVEY BRANZBURG LLP | Attn: Sally E. Veghte | sveghte@klehr.com |
| Counsel for Appalachian Power Company, Public Service Company of Oklahoma, Southwestern Electric Power Company, Ohio Power Company, Indiana Michigan Power Company, Arizona Public Service Company, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company, The Cleveland Electric Illuminating Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Public Service Company of North Carolina Incorporated, Georgia Power Company, PSEG Long Island, Salt River Project, San Diego Gas and Electric Company, Southern California Gas Company, Southern California Edison Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Tampa Electric Company, Peoples Gas System, Inc., Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., The Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar, Electric Company, Western Massachusetts, NStar East Electric, Boston Gas Company, KeySpan Energy Delivery Long Island,Massachusetts Electric Company, Niagara Mohawk Power Corporation, Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Inc., The East Ohio Gas Company d/b/a Enbridge Gas Ohio, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., Oklahoma Gas and Electric Company, Symmetry Energy Solutions, LLC, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Florida Power & Light Company, Central Maine Power Company and Public Service Electric and Gas Company | LAW FIRM OF RUSSELL R. JOHNSON III, PLC | Attn: Russell R. Johnson III | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| Counsel for TLM Realty Corp., 260 Voice Road, LLC, Aston Properties, Inc., BasserKaufman, Benderson Development Company, LLC, Cloverleaf Group, Delco Development Co. of Hicksville, L.P., Kite Realty Group, NNN REIT, Inc., NewMark Merrill Companies, Inc.,Regency Centers, L.P., and SITE Centers Corp | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |

Exhibit B
Respondents Service List
Served via Email

| Description | Name | Notice Name | Email |
|---|---|---|---|
| Attorneys for The Texas Tax Authorities | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Attn: Tara L. Grundemeier | tara.grundemeier@lgbs.com |
| Attorneys for The Texas Tax Authorities | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel to Landlord | POLSINELLI PC | Attn: Shanti M. Katona, Michael L. Schuster | skatona@polsinelli.com; mschuster@polsinelli.com |
| Counsel to Columbia Park Retail Owner, LLC, as successorin-interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord | ROSENBERG & ESTIS, P.C. | Attn: John D. Giampolo, Esq | jgiampolo@rosenbergestis.com |
| Attorneys for the India Vendors | SARACHEK LAW FIRM | Attn: Zachary E. Mazur | zachary@saracheklawfirm.com |
| Counsel for The Gerson Company | SEILLER WATERMAN LLC | Attn: WILLIAM P. HARBISON JOSEPH H. HADDAD | harbison@derbycitylaw.com |
| Counsel for Creditor, Scott Randolph, Orange County, Florida Tax Collector | SEITZ, VAN OGTROP & GREEN, P.A. | Attn: R. KARL HILL, MICHAEL A. PAASCH | khill@svglaw.com; michael.paasch@dinsmore.com |
| Attorneys for the India Vendors | THE ROSNER LAW GROUP LLC | Attn: Frederick B. Rosner | rosner@teamrosner.com |
| Counsel to Cactus Crossing, LLC | TIFFANY & BOSCO, PA | Attn: Christopher R. Kaup, Esq. David M. Barlow, Esq | crk@tblaw.com; dmb@tblaw.com |
| Attorney for Landlord Casitas Oceanside Three LP | Werb & Sullivan | Attn: Brian A. Sullivan | bsullivan@werbsullivan.com |
| Counsel for Appalachian Power Company, Public Service Company of Oklahoma, Southwestern Electric Power Company, Ohio Power Company, Indiana Michigan Power Company, Arizona Public Service Company, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company, The Cleveland Electric Illuminating Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Public Service Company of North Carolina Incorporated, Georgia Power Company, PSEG Long Island, Salt River Project, San Diego Gas and Electric Company, Southern California Gas Company, Southern California Edison Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Tampa Electric Company, Peoples Gas System, Inc., Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., The Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar, Electric Company, Western Massachusetts, NStar East Electric, Boston Gas Company, KeySpan Energy Delivery Long Island,Massachusetts Electric Company, Niagara Mohawk Power Corporation, Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Inc., The East Ohio Gas Company d/b/a Enbridge Gas Ohio, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., Oklahoma Gas and Electric Company, Symmetry Energy Solutions, LLC, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Florida Power & Light Company, Central Maine Power Company and Public Service Electric and Gas Company | WHITEFORD TAYLOR & PRESTON | Attn: William F. Taylor, Jr | wtaylor@whitefordlaw.com |