## CERTIFICATE OF SERVICE

I, Gregory J. Flasser, do hereby certify that on October 16, 2024, a copy of the foregoing **Limited Objection and Reservation of Rights of Westerville Square, Inc. to Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief** was served on the parties listed on the attached service list in the manner indicated.

                                              */s/ Gregory J. Flasser*
                                              Gregory J. Flasser (No. 6154)

# SERVICE LIST

| **Proposed Counsel to the Debtors**<br>Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Sophie Rogers Churchill, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@morrisnichols.com;<br>aremming@morrisnichols.com;<br>dbutz@morrisnichols.com;<br>tmann@morrisnichols.com;<br>srchurchill@morrisnichols.com<br><br>**Via Email** | **Proposed Counsel to the Debtors**<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Ethan Stern, Esq.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: brian.resnick@davispolk.com;<br>adam.shpeen@davispolk.com;<br>stephen.piraino@davispolk.com;<br>ethan.stern@davispolk.com<br><br>**Via Email** |
|---|---|
| **Proposed Counsel to the Committee**<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com;<br>snewman@coleschotz.com<br><br>**Via Email** | **Proposed Counsel to the Committee**<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>McDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com;<br>kgoing@mwe.com<br><br>**Via Email** |
| **Office of the United States Trustee**<br>Linda Casey, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: linda.casey@usdoj.gov<br><br>**Via Email** | |