# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey T. Testa, Esq. to represent Milelli Realty-Lehigh Street, L.L.C. in the above-captioned cases.

Dated: October 16, 2024

/s/ *Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
**McCARTER & ENGLISH, LLP**
Renaissance Centre, 405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6344
shumiston@mccarter.com
*Counsel for Milelli Realty-Lehigh Street, L.L.C.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the States of New Jersey and New York; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 16, 2024

/s/ *Jeffrey T. Testa, Esq.*
Jeffrey T. Testa, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center, 100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444
Email: jtesta@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

ME1 50055844v.2