# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 24, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Keeco, LLC/22155, (ADRID: 29307674), Attn: Steve Henderson Cmo President, 26460 Corporate Ave, Ste 250, Hayward CA 94545:

- Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief [Docket No. 13]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [Docket No. 16]

- Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases [Docket No. 17]

- Notice of Hearing to Consider First Day Pleadings [Docket No. 29]

- Notice of (I) Filing of Chapter 11 Petitions and Related Documents and (II) Agenda for Hearing Scheduled for September 10, 2024, at 10:30 a.m. (Eastern Time) [Docket No. 30]

- Notice of Proposed Cure Amounts for Certain Unexpired Leases [Docket No. 66]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On September 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Spirit Realty LP, (ADRID: 29305908), C/O Spirit Realty Capital Inc, 11995 El Camino Real, San Diego CA 92130:

- Supplemental Notice of Lease Sale Auction and List of September Lease Assets [Docket No. 196]

On October 10, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Prince William County, (ADRID: 29336646), Tax Admininistration, 1 County Complex Ct., Prince William, VA, 22192:

- Notice of Abandonment, Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the September Wave Lease Sales [Docket No. 251]

- Proposed Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-Possession to Terminate or Assume, Assign and Sell Certain Non-Residential Real Property Leases [Docket No. 252]

Dated: October 15, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 15, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025