**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 10 & 126** |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER AUTHORIZING (I)
DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS AND TO
OTHERWISE CONTINUE CUSTOMER PRACTICES AND (II) FINANCIAL
INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1.      On September 9, 2024 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, and related pleadings with the United States Bankruptcy Court for the District of Delaware.

2.      On the Petition Date, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To Honor Prepetition Obligations To Customers and To Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Process Related Checks and Transfers* (D.I. 10) (the "**Motion**").[2]  A proposed form of order granting final relief was attached to the Motion (the "**Proposed Final Order**").

3.      On September 11, 2024, the Court entered the *Interim Order Authorizing (I) Debtors To Honor Prepetition Obligations To Customers and To Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers* (D.I. 126).

4.      The Debtors have revised the Proposed Final Order to incorporate comments from the Office of the United States Trustee (the "**U.S. Trustee**") and the Official Committee of Unsecured Creditors (the "**Committee**").  The revised form of order granting the relief requested in the Motion on a final basis (the "**Revised Proposed Order**") is attached hereto as **Exhibit A**.

5.      A redline comparing the Revised Proposed Order against the Proposed Final Order is attached hereto as **Exhibit B**.

6.      The U.S. Trustee and counsel for the Committee have confirmed that they have no objection to entry of the Revised Proposed Order.

WHEREFORE, the Debtors respectfully request entry of the Revised Proposed Order attached hereto as **Exhibit A**.

---

[2]  Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

Dated: October 16, 2024
     Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Sophie Rogers Churchill*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com

        *-and-*

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Jonah A. Peppiatt (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        jonah.peppiatt@davispolk.com
        ethan.stern@davispolk.com

        *Proposed Counsel to the Debtors and*
        *Debtors in Possession*