## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Equipment Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 2306 Enterprise Drive Columbus, OH 74701 | 10/31/2024 | Large Format Label Printers |
| 2 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 2855 Selma Highway Montgomery, AL 36108 | 10/31/2024 | Large Format Label Printers |
| 3 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 60 Rausch Creek Road Tremont, PA 17981 | 10/31/2024 | Large Format Label Printers |
| 4 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 300 Phillipi Road Columbus, OH 43228 | 10/31/2024 | Large Format Label Printers |