**Updated Schedule 2**

**Client Match List**

The following sets forth the Potential Parties in Interest who are (or whose pertinent affiliates or instrumentalities are) current or former clients of Guggenheim Securities' Investment Banking Department:

1. AIG SPECIALTY INSURANCE COMPANY
2. ALBERTSONS INC.
3. ALLIED WORLD ASSURANCE COMPANY
4. ALLSTATE INSURANCE COMPANY
5. AMEREN ILLINOIS
6. AT&T MOBILITY
7. BANK OF AMERICA, N.A.
8. BERKSHIRE GAS COMPANY
9. BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.
10. BLACKROCK, INC.
11. CALIFORNIA AMERICAN WATER COMPANY
12. CENTERPOINT ENERGY
13. CHESAPEAKE UTILITIES
14. CORNING NATURAL GAS
15. DOMINION ENERGY NORTH CAROLINA
16. DUKE ENERGY
17. ELKTON GAS
18. FMR LLC
19. GAI INSURANCE COMPANY, LTD.
20. GREEN MOUNTAIN POWER CORPORATION
21. IBM CREDIT LLC
22. ILLINOIS AMERICAN WATER
23. IOWA AMERICAN WATER COMPANY
24. LEVEL 3 COMMUNICATIONS
25. MAINE NATURAL GAS
26. METROPOLITAN LIFE INSURANCE COMPANY
27. MIDAMERICAN ENERGY COMPANY
28. MISSOURI AMERICAN WATER
29. NEW YORK STATE ELECTRIC & GAS
30. PACIFIC GAS & ELECTRIC
31. PENNSYLVANIA AMERICAN WATER
32. PIEDMONT NATURAL GAS
33. PLAZA AT BUCKLAND HILLS
34. PNM
35. PORTLAND GENERAL ELECTRIC
36. RELIANT ENERGY SOLUTIONS
37. RG&E
38. SAFEWAY INC.
39. SCANA ENERGY
40. SOUTH JERSEY GAS COMPANY

41. SOUTHERN CALIFORNIA EDISON
42. TENNESSEE AMERICAN WATER COMPANY
43. THE ALLSTATE CORPORATION
44. THE UNITED ILLUMINATING COMPANY
45. VERTIV CORPORATION
46. VIRGINIA AMERICAN WATER COMPANY
47. WELLS FARGO BANK, N.A.
48. WHITE OAKS PLAZA LLC

## Sales and Trading Customers

The following sets forth the Potential Parties in Interest who were identified, or, if applicable, whose pertinent affiliates were identified, as current or former customers of Guggenheim Securities' Sales and Trading Department:

1. AFCO CREDIT CORPORATION
2. ALLIANZ GLOBAL RISKS US INS CO
3. AXA XL
4. BANK OF AMERICA, N.A.
5. BEAZLEY INSURANCE COMPANY, INC.
6. BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.
7. BLACKROCK, INC.
8. CONTINENTAL CASUALTY COMPANY
9. EVEREST INDEMNITY INSURANCE COMPANY
10. FIFTH THIRD BANK, N.A.
11. FMR LLC
12. GAI INSURANCE COMPANY, LTD.
13. HUNTINGTON NATIONAL BANK
14. LIBERTY MUTUAL INSURANCE
15. METROPOLITAN LIFE INSURANCE COMPANY
16. MIDAMERICAN ENERGY COMPANY
17. MITSUBISHI HC CAPITAL AMERICA
18. MUFG BANK LIMITED
19. NATIONWIDE MUTUAL INSURANCE COMPANY
20. OAK STREET REAL ESTATE CAPITAL
21. PROTECTIVE LIFE INSURANCE COMPANY
22. SHELTER REINSURANCE
23. STATE OF TENNESSEE
24. SUN LIFE AND HEALTH INSURANCE COMPANY
25. THE OHIO CASUALTY INSURANCE COMPANY (LIBERTY)
26. THE VANGUARD GROUP, INC.
27. TRUIST BANK
28. TWIN CITY FIRE INSURANCE COMPANY (THE HARTFORD)
29. US BANK, N.A.
30. WELLS FARGO BANK, N.A.

## Vendors

The following sets forth the Potential Parties in Interest who were identified, or, if applicable, whose pertinent affiliates were identified, as vendors of Guggenheim Securities:

1. ALIXPARTNERS LLP
2. ALSTON AND BIRD LLP
3. CITY OF RICHMOND
4. DAVIS POLK AND WARDWELL LLP
5. KPMG LLP
6. MORGAN LEWIS AND BOCKIUS LLP
7. NORTON ROSE FULBRIGHT US LLP

### **Equity Research**

The following sets forth the Potential Parties in Interest who were identified, or, if applicable, whose pertinent affiliates were identified, as subjects of statements, investment recommendations or research reports made or published by Guggenheim Securities' Equity Research Department:

1. ALABAMA POWER
2. ALBERTSONS INCORPORATED
3. ALLIANT ENERGY
4. AMEREN ILLINOIS
5. APPALACHIAN POWER
6. AQUARION WATER COMPANY
7. ATLANTIC CITY ELECTRIC
8. AVISTA UTILITIES
9. CALIFORNIA AMERICAN WATER COMPANY
10. CENTERPOINT ENERGY MINNEGASCO
11. CHATTANOOGA GAS COMPANY
12. CHESAPEAKE UTILITIES
13. COLUMBIA GAS OF KENTUCKY
14. COMED
15. CONSTELLATION NEWENERGY
16. DIRECT ENERGY 70220
17. DOMINION ENERGY NORTH CAROLINA
18. DUKE ENERGY
19. ELKTON GAS
20. ENTERGY ARKANSAS, INC.
21. EVERSOURCE ENERGY
22. GEORGIA POWER
23. IDAHO POWER
24. ILLINOIS AMERICAN WATER
25. INDIANA MICHIGAN POWER
26. INFOSYS LIMITED
27. IOWA AMERICAN WATER COMPANY
28. JERSEY CENTRAL POWER AND LIGHT
29. KANSAS GAS SERVICE
30. KENTUCKY POWER COMPANY
31. KENTUCKY UTILITIES COMPANY
32. MICHIGAN GAS UTILITES
33. MISSISSIPPI POWER
34. MISSOURI AMERICAN WATER
35. NORTHWESTERN ENERGY
36. NRG BUSINESS SOLUTIONS
37. NW NATURAL

38. OHIO EDISON
39. OKLAHOMA GAS AND ELECTRIC
40. OKLAHOMA NATURAL GAS COMPANY
41. OPTUMRX
42. ORANGE AND ROCKLAND UTILITIES
43. PACIFIC GAS AND ELECTRIC
44. PENELEC
45. PENNSYLVANIA AMERICAN WATER
46. PIEDMONT NATURAL GAS
47. PORTLAND GENERAL ELECTRIC
48. POTOMAC ELECTRIC POWER
49. PPL ELECTRIC UTILITIES
50. PUBLIC SERVICE COMPANY OF OKLAHOMA
51. SAFEWAY INCORPORATED
52. SAN DIEGO GAS AND ELECTRIC
53. SCANA ENERGY
54. SOUTHERN CALIFORNIA EDISON
55. SOUTHERN CALIFORNIA GAS
56. SOUTHWESTERN ELECTRIC POWER
57. SUPERVALU INCORPORATED
58. TENNESSEE AMERICAN WATER COMPANY
59. TEXAS GAS SERVICE
60. THE ILLUMINATING COMPANY
61. THE KROGER COMPANY
62. THE TORRINGTON WATER COMPANY
63. TXU ENERGY
64. UNITIL
65. VIRGINIA AMERICAN WATER COMPANY
66. WAL-MART EAST, LP
67. WEST PENN POWER
68. WISCONSIN PUBLIC SERVICE

## Form 13F Securities

The following sets forth the names of such Potential Parties in Interest, who are categorized on the list of Potential Parties in Interest attached as **Schedule 1** to the Initial Declaration as "Secured Lenders" or "Suppliers and Vendors," and whose securities also appear on the Guggenheim Form 13F Report for the calendar quarter ended June 30, 2024:

1. BANK OF AMERICA, N.A.
2. FIFTH THIRD BANK, N.A.
3. HUNTINGTON NATIONAL BANK
4. PNC BANK, N.A.
5. PROCTER & GAMBLE
6. TRUIST BANK
7. WELLS FARGO BANK, N.A.