# CERTIFICATE OF SERVICE

I, Laurel D. Roglen, Esquire, hereby certify that on this 17th day of October, 2024, I caused a true and correct copy of the foregoing pleading to be served electronically upon all parties that have opted in to receive notice via CM/ECF and on the addressees listed on the attached service list via electronic mail.

Dated: October 17, 2024
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
Ballard Spahr LLP