# Exhibit 1

**Specified Contracts to be Rejected**

| | Contract Counterparty | Contract Counterparty Address | Rejected Agreement |
|---|---|---|---|
| 1 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Cloud Services Subscription and Professional Services Agreement |
| 2 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 3 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Consulting Services Statement of Work |
| 4 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Change Request 2021 |
| 5 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Schedule 1-A to Cloud Services |
| 6 | Blue Yonder | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 7 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 8 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Consulting Services Statement of Work |
| 9 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Change Request for Cloud Services Subscription and Professional Services |
| 10 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Education Services Statement of Work |
| 11 | Blue Yonder Inc | PO BOX 841983 DALLAS TX 75284-1983 US | Cloud Services Subscription and Professional Services Agreement |
| 12 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Master Services Agreement |
| 13 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Statement of Work for Media Services |
| 14 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Change Order to Statement of Work |
| 15 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 16 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 17 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Master Services Agreement |
| 18 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Amendment to Statement of Work |
| 19 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Statement of Work |
| 20 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #2 to Statement of Work |
| 21 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #3 to Statement of Work |
| 22 | Media Storm | PO BOX 321 NORWALK CT 006856 US | Addendum #4 to Statement of Work |
| 23 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Master Services Agreement |
| 24 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 25 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 26 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work - Display Media Engagement |
| 27 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Media Services |
| 28 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Data Sourcing |

| | | | |
|---|---|---|---|
| 29 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Append |
| 30 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 31 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 32 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 33 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 34 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Master Services Agreement |
| 35 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 36 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 37 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 38 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Cloud Services Migration Agreement |
| 39 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 40 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work |
| 41 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Marketing Technology Assessment |
| 42 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Email Activation Services |
| 43 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Adobe Asset Implementation |
| 44 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Salesforce Interaction Studio Implementation |
| 45 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 46 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 47 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Analytics & Insights |
| 48 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Marketing Services |
| 49 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amended and Restated Letter of Authorization |
| 50 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work |
| 51 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Sourcing |

| | | | |
|---|---|---|---|
| 52 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Data Sourcing |
| 53 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Master Services Agreement |
| 54 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 55 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 56 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 57 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 58 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 59 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 60 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Letter of Authorization for Merkury Services |
| 61 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Data Transfer Consent |
| 62 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Analytics Support Services |
| 63 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for CDP Consulting Services |
| 64 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for CMS & DAM Consulting Services |
| 65 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Clean Room Analytics |
| 66 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Email Hygiene and Append Services |
| 67 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Marketing Technology Consulting |
| 68 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 69 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 70 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Statement of Work for Merkury Services |
| 71 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 72 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Amendment to Statement of Work for Email Activation Services |
| 73 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 74 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 75 | Merkle, Inc | 29432 NETWORK PLACE CHICAGO IL 60673-1432 US | Change Order for Additional Services |
| 76 | UL Information | 23 British American Boulevard Latham NY 12110 US | Master Services Agreement |
| 77 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Statement of Work |

| 78 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Master Services Agreement |
|---|---|---|---|
| 79 | UL Information & Insights, Inc | 333 Pfingsten Road Northbrook IL 60062 US | Statement of Work |
| 80 | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155, Colorado Springs, CO 80921 US | Master Services Agreement |
| 81 | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155, Colorado Springs, CO 80921 US | ENTERPRISE SUBSCRIPTION ORDER FORM |
| 82 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE™ PLATFORM INSERTION ORDER |
| 83 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MYMOVE PLATFORM INSERTION ORDER (Dated 06/22/2021) |
| 84 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE™ PLATFORM INSERTION ORDER (Dated 02/01/2023) |
| 86 | MYMOVE, LLC | 1423 Red Ventures Drive, Fort Mill, SC 29707 US | MOVERSOURCE® PLATFORM INSERTION ORDER (Dated 02/01/2024) |
| 87 | Validity, Inc. | 100 Summer Street, Suite 2900, Boston, MA 02110 US | Validity Everest - Enterprise Order Form |

4