**EXHIBIT A**

| Store # | Landlord | Address |
|---|---|---|
| **511 SR7 Owner, LLC** | | |
| #5336 | 511 SR7 Owner, LLC | Commons at Royal Palm Shopping Center<br>511 N. State Road 7<br>Royal Palm Beach, FL |
| **DPI Retail** | | |
| **#4012[1]** | **First Main Marketplace, LLC** | **Main Street Marketplace<br>1085 East Main Street<br>El Cajon, CA** |
| **#4588** | **Expressway Marketplace, LLC** | **Expressway Marketplace<br>565 Rohnert Park Expressway<br>Rohnert Park, CA** |
| #4657 | Oakwood 900 Partners, LLC | Oakwood Village<br>5516 South 900 East<br>Murray, UT |
| **Gulf Coast Commercial Group** | | |
| **#1102** | **GC Ambassador Row LLC** | **Ambassador Row<br>3557 Ambassador Caffery Parkway<br>Lafayette, LA** |
| **Mideb Nominees** | | |
| #4386 | The North Los Altos Shopping Center | North Los Altos Shopping Center<br>2244 Bellflower Boulevard<br>Long Beach, CA |
| #4553 | Rio Grande Investment, Inc. | 22nd Street Plaza<br>17w714 W 22nd Street<br>Oakbrook Terrace, IL |
| **River Oaks Properties** | | |
| #4702 | River Oaks Properties, Ltd. | Montana Market<br>6375 Montana<br>El Paso, TX |
| #4661 | ROP North Hills, LLC | North Hills Crossing<br>10771 Gateway South Blvd.<br>El Paso, TX |

---

[1]  **Highlighted** leases were rejected, effective September 30, 2024, by the *Order (I) Authorizing Debtors To Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures To Reject Executory Contracts and Unexpired Leases* [D.I. 461].

| Store # | Landlord | Address |
|---|---|---|
| **Schwartz Investments Co.** | | |
| #4328 | Schwartz Torrance Co. LLC | 955 W. Sepulveda Boulevard<br>Torrance, CA |
| **Zurich Alternative Asset Management** | | |
| #4645 | LA Retail I, LLC | Imperial Marketplace<br>1020 W. Imperial Highway<br>La Habra, CA |