UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., ET AL | ) | CASE NO. 24-11967 |
| | ) | |
| Debtors[1] | ) | (Jointly Administered) |

## ENTRY OF APPEARANCE

Comes now the undersigned attorney, Scott A. Bachert, of the firm of Kerrick Bachert PSC, and enters his appearance as counsel for the creditor, Big MIFL2 Owner, LLC, in the above-styled action and respectfully request that copies of all future notices, orders and other pleadings be directed to him and at his address as follows:

>Scott A. Bachert
>Kerrick Bachert PSC
>1411 Scottsville Road
>P. O. Box 9547
>Bowling Green, KY  42102-9547

Electronically filed this day, October 17, 2024.

>KERRICK BACHERT PSC
>1411 Scottsville Road
>P. O. Box 9547
>Bowling Green, KY  42102-9547
>Telephone:  (270) 782-8160
>Facsimile:  (270) 782-5856

>/s/Scott A. Bachert
>SCOTT A. BACHERT

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basom. LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Store, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH  43081.

Certificate of Service:

       This is to certify that a true copy of the foregoing was this day, October 17, 2024, placed in the U.S. Mail or electronically mailed, addressed to the following:

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801


/s/Scott A. Bachert
SCOTT A. BACHERT