IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BIG LOTS, INC., *et al.*,[1]

Debtors.

Chapter 11
Case No. 24-11967 (JKS)
(Jointly Administered)

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned appears as counsel for **Sun Life Assurance Company of Canada** ("Sun Life") and, pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of Sun Life with respect to (a) the Debtors, (b) property or proceeds thereof in which the Debtors may claim an interest, or (c) property or proceeds thereof in possession, custody or control of Sun Life, which the Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Sun Life; or (3) which may otherwise affect the Debtors or the property of the Debtors.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

      This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Delaware and does not constitute a waiver of any rights including the right to trial by jury.

                        Respectfully submitted,

                        SUN LIFE ASSURANCE COMPANY
                        OF CANADA

                        By its counsel,

                        /s/ Paul W. Carey
                        Paul W. Carey, BBO #566865
                        Mirick, O'Connell, DeMallie & Lougee, LLP
                        100 Front Street
                        Worcester, MA 01608
                        Phone: 508.791.8500
                        Fax:   508.791.8502

Dated: October 17, 2024              Email: pcarey@mirickoconnell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2024, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned proceeding via the Bankruptcy Court's Electronic Case Filing (ECF) system.

Dated: October 17, 2024              /s/ Paul W. Carey
                                           Paul W. Carey, Esq.