# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2024, I caused copies of the foregoing Cicero 8148 LLC's Limited Objection To Assumption And Assignment Of Lease And Notice Of Proposed Cure Amounts For Certain Unexpired Leases to be served via electronic mail upon the following parties:

| Name | Representing | Email Address |
| --- | --- | --- |
| Robert J. Dehney, Sr. | Debtors | rdehney@morrisnichols.com |
| Andrew R. Remming | Debtors | aremming@morrisnichols.com |
| Daniel B. Butz | Debtors | dbutz@morrisnichols.com |
| Tamara K. Mann | Debtors | tmann@morrisnichols.com |
| Sophie Rogers Churchill | Debtors | srchurchill@morrisnichols.com |
| Brian M. Resnick | Debtors | brian.resnick@davispolk.com |
| Adam L. Shpeen | Debtors | adam.shpeen@davispolk.com |
| Stephen D. Piraino | Debtors | stephen.piraino@davispolk.com |
| Jonah A. Peppiatt | Debtors | jonah.peppiatt@davispolk.com |
| Ethan Stern | Debtors | ethan.stern@davispolk.com |

Dated: October 17, 2024  /s/ Adam Hiller
Wilmington, Delaware
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone