IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.  24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos.: 237 |

**NOTICE OF WITHDRAW OF 1600 EASTCHASE PARKWAY LEASING LLC'S LIMITED OBJECTION TO DEBTORS'[1] MOTION  FOR ENTRY OF ORDERS (I) (A) APPROVING BIDDING PROCEDURES FOR SALE OF DEBTORS ASSETS, (B) APPROVING THE STALKING HORSE BID PROTECTIONS, (C) SCHEDULING AUCTION FOR, AND HEARING TO APPROVE, SALE OF DEBTORS ASSETS, (D) APPROVING FORM AND MANNER OF NOTICES OF SALE, AUCTION, AND SALE HEARING, AND (E) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (II) (A) APPROVING SALE OF DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

1600 Eastchase Parkway Leasing LLC  ("Landlord"), hereby files the following withdraw of the limited objection to the Debtors' Motion For Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Authorizing Assumption and Assignment of

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

4856-8140-5937, v. 2

Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (the "Motion").

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **JOHN R. WEAVER, JR., PA** |
|  | By: /s /*John R. Weaver, Jr.* |
| Dated: October 17, 2024 | John R. Weaver, Jr. |
|  | and |
|  | **STARK & STARK** <br> **A Professional Corporation** |
|  | By: /s/ *Thomas S. Onder* |
|  | Thomas S. Onder |
|  | By: /s/ *Joseph H. Lemkin* |
|  | Joseph H. Lemkin <br> (609) 896-9060 (main) <br> (609) 895-7395 (facsimile) |
|  | *Attorneys for* <br> *1600 Eastchase Parkway Leasing LLC* |

4856-8140-5937, v. 2