IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 460** |

### SUPPLEMENTAL NOTICE OF LEASE SALE AUCTION AND LIST OF OCTOBER LEASE ASSETS

**PLEASE TAKE NOTICE** that on October 9, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Second Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* (D.I. 460) (the "**Lease Sale Procedures Order**"),² which approved procedures by which the Debtors are authorized to conduct an auction ("**Lease Auction**") for the sale of certain unexpired leases, including with any ancillary agreement(s) thereto or through the sale of designation rights related thereto (the "**Lease Assets**").

**PLEASE TAKE FURTHER NOTICE** that the on October 16, 2024, the Debtors filed an Amended Notice of Lease Sale Auction (D.I. 502) that provided notice of the Debtors' intention to conduct a virtual Lease Auction of certain of the Debtors' Lease Assets **on or about October 18, 2024, at 10:00 a.m. (prevailing Eastern Time)** via **Zoom** (the "**October Lease Auction**").

**PLEASE TAKE FURTHER NOTICE** that a list of the Lease Assets receiving bids is attached as **Exhibit A** hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors do not have more than one Qualified Bid for any of the Lease Assets. Accordingly, the Debtors will open the October Lease Auction **on October 18, 2024, at 10:00 a.m. (prevailing Eastern Time)** to announce on the record the properties for which it received a bid. The Debtors will then adjourn the October Lease Auction.

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (iii) Granting Related Relief* (D.I. 13), as applicable.

To the extent the Debtors determine a supplemental auction is necessary, the Debtors will provide notice of such supplemental auction.

**PLEASE TAKE FURTHER NOTICE** t**hat pursuant to the Lease Sale Procedures Order, all parties in interest are permitted to attend the October Lease Auction;** *provided that***, only Qualified Bidders are entitled to bid on the Lease Assets. Parties interested in attending the October Lease Auction may contact the Debtors at** notice.biglots@davispolk.com **for information on how to access the Zoom.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file a Post-Auction Notice with a list of all proposed final Lease Sales on or before **October 21, 2024, at 5:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Lease Sale(s) at the hearing scheduled to commence on or before **October 31, 2024, at 12:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Wilmington DE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the Lease Sale Procedures Motion, Lease Sale Procedures, and the Lease Sale Procedures Order, as well as all related exhibits, including the form purchase agreement, are available: (a) by visiting the website maintained in these Chapter 11 Cases at https://www.cases.ra.kroll.com/BigLots; or (b) for a fee via PACER by visiting http://www. https://pacer.uscourts.gov.

Dated: October 17, 2024
       Wilmington, Delaware

                         /s/ *Casey B. Sawyer*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*