## **EXHIBIT A**

**LEASE ASSETS RECEIVING BIDS**

| Store Number | Address |
|:---:|:---:|
| 4599 | 2450 SOUTH 9TH ST.<br>SALINA, KANSAS |
| 4568 | 18705 S I-19 FRONTAGE RD<br>GREEN VALLEY, ARIZONA |
| 5090 | 2999 N COLLEGE AVE<br>FAYETTEVILLE, ARKANSAS |
| 4098 | 12550 CENTRAL AVE<br>CHINO, CALIFORNIA |
| 4014 | 17575 FOOTHILL BLVD<br>FONTANA, CALIFORNIA |
| 4164 | 4895 E KINGS CANYON RD<br>FRESNO, CALIFORNIA |
| 4483 | 27142 LA PAZ RD<br>MISSION VIEJO, CALIFORNIA |
| 4555 | 3615 ELKHORN BLVD<br>NORTH HIGHLANDS, CALIFORNIA |
| 4295 | 633 SWEETWATER RD<br>SPRING VALLEY, CALIFORNIA |
| 4328 | 955 SEPULVEDA BLVD<br>TORRANCE, CALIFORNIA |
| 1660 | 3105 BERLIN TPKE<br>NEWINGTON, CONNECTICUT |
| 5351 | 7381 52ND PL E<br>BRADENTON, FLORIDA |
| 5444 | 1801 S SEMORAN BLVD<br>ORLANDO, FLORIDA |
| 1796 | 3750 BEE RIDGE RD<br>SARASOTA, FLORIDA |
| 564 | 41306 US HWY 19 N<br>TARPON SPRINGS, FLORIDA |

| | |
|:---:|:---:|
| 1171 | 31 HWY 138 W STE 150<br>STOCKBRIDGE, GEORGIA |
| 5478 | 2806 FRONTAGE RD<br>WARSAW, INDIANA |
| 5471 | 2354 S RANGE AVE<br>DENHAM SPRINGS, LOUISIANA |
| 4534 | 1100 BRIGHTON AVE<br>PORTLAND, MAINE |
| 1719 | 750 PERRY AVE<br>BIG RAPIDS, MICHIGAN |
| 5096 | 4201 S NOLAND RD<br>INDEPENDENCE, MISSOURI |
| 1314 | 4433 LEMAY FERRY RD<br>SAINT LOUIS, MISSOURI |
| 4718 | 1601 W CRAIG RD<br>N LAS VEGAS, NEVADA |
| 830 | 2309 N TRIPHAMMER RD<br>ITHACA, NEW YORK |
| 5086 | 8215 UNIVERSITY CITY BLVD STE E<br>CHARLOTTE, NORTH CAROLINA |
| 5461 | 1170 INDIANA AVE<br>SAINT MARY'S, OHIO |
| 320 | 7779 TYLERSVILLE RD<br>WEST CHESTER, OHIO |
| 4618 | 2121 NEWMARK ST.<br>NORTH BEND, OREGON |
| 5191 | 209 S ROYAL OAKS BLVD STE 206<br>FRANKLIN, TENNESSEE |
| 1274 | 1410 S 1ST ST<br>UNION CITY, TENNESSEE |

| | |
|---|---|
| 4489 | 702 E STATE RD<br>AMERICAN FORK, UTAH |
| 1793 | 303 US ROUTE 4 E<br>RUTLAND, VERMONT |
| 5402 | 14603 TELEGRAPH RD<br>WOODBRIDGE, VIRGINIA |
| 4541 | 120 31ST AVE SE<br>PUYALLUP, WASHINGTON |
| 4776 | 699 S GREEN BAY RD<br>NEENAH, WISCONSIN |