**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 321** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**PROCEDURES FOR THE RETENTION AND COMPENSATION OF**
**ORDINARY COURSE PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1.    On the September 26, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals* Nunc Pro Tunc *to the Petition Date* (D.I. 321) (the "**Motion**").[2]  A list of the proposed ordinary course professionals was attached to the Motion as Exhibit A.  A proposed form of order granting relief was attached to the Motion as Exhibit B (the "**Proposed Order**").

2.    The Debtors have revised the list of proposed ordinary course professionals and the Proposed Order to incorporate comments from the Office of the United States Trustee (the "**U.S. Trustee**").  The revised list of ordinary course professionals is attached hereto as **Exhibit A**.

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

The revised form of order granting the relief requested in the Motion is attached hereto as **Exhibit B**.

3.      For the convenience of the Court and all parties in interest, a cumulative redline marking the changes made to the list of ordinary course professionals and the Proposed Order is attached hereto as **Exhibit C**.

4.      The U.S. Trustee has confirmed that it has no objection to entry of the revised Proposed Order.

WHEREFORE, the Debtors respectfully request entry of the revised Proposed Order attached hereto as **Exhibit A**.

*[Signature page follows]*

Dated: October 17, 2024
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*