**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: TBD<br>Objection Deadline: October 31, 2024 at 4 p.m. (ET) |

**NOTICE OF MOTION OF NORMANDY DAYTON**
**LANDLORD TO COMPEL PAYMENT OF POST-PETITION RENT**

**PLEASE TAKE NOTICE** that on October 17, 2024, Normandy Square East, LLC filed the *Motion to Compel Payment of Post-Petition Rent*.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to approval of the relief requested in the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 31, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD AT A DATE TO BE DETERMINED BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 17, 2024　　　　　　　**ESBROOK P.C.**
　　　　　Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　*/s/ Scott J. Leonhardt*
　　　　　　　　　　　　　　　　　　　Scott J. Leonhardt (DE 4885)
　　　　　　　　　　　　　　　　　　　1000 N. West Street
　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(Phone) 302.650.7540
　　　　　　　　　　　　　　　　　　　E-Mail: scott.leonhardt@esbrook.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　**BAILEY CAVALIERI LLC**
　　　　　　　　　　　　　　　　　　　Robert B. Berner
　　　　　　　　　　　　　　　　　　　409 E. Monument Ave., Suite 103
　　　　　　　　　　　　　　　　　　　Dayton, Ohio 45402
　　　　　　　　　　　　　　　　　　　(Phone) 937.223.4701
　　　　　　　　　　　　　　　　　　　E-Mail: rberner@baileycav.com

　　　　　　　　　　　　　　　　　　　*Counsel for Normandy Square East, LLC*