**EXHIBIT A**

**Proposed Order**

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket No. \_\_\_\_\_** |

**ORDER AUTHORIZING RETENTION OF
FTI CONSULTING, INC. AS FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Committee to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI") as financial advisor; and upon the Declaration of Cliff Zucker in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

---

1    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2    Capitalized terms not defined herein have the meanings given to them in the Application.

1.      The relief requested in the Application is granted as set forth herein.

2.      In accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as of September 25, 2024 as their financial advisor on the terms set forth in the Application.

3.      FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4.      FTI is entitled to reimbursement of actual and necessary expenses, including legal fees related to this retention application and future fee applications as approved by the Court; provided that FTI shall not be entitled to reimbursement of legal fees or expenses incurred in connection with defending its fee applications.

5.      The following indemnification provisions are approved:

      a.  subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

      b.  the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissable pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

      c.  if, before the earlier of (i) the entry of an order confirming a chapter

11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI. For the avoidance of doubt, nothing contained herein is intended to limit the rights of any parties in interest to object to any demand for indemnity, contribution, or reimbursement.

6.      FTI shall provide ten (10) days' notice to the Committee, the Debtors and the U.S. Trustee before any increases in rates are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in Bankruptcy Code section 330, and the Court retains the right to review any rate increase pursuant to Bankruptcy Code section 330.

7.      FTI will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or asise, FTI will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

8.      To the extent that FTI uses the services of independent or third-party contractors or subcontractors (the "Contractors") in these chapter 11 cases and FTI seeks to pass through the fees and costs of the Contractors, FTI shall (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI shall ensure that the Contractors

perform the conflicts checks and file such disclosures as required by the Bankruptcy Code and Bankruptcy Rules.

9.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

10.     The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     If there is any inconsistency between the terms of the Application, the. Simms Declaration and this Order, this Order shall govern.

12.     This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

**EXHIBIT B**

**Declaration**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF CLIFF ZUCKER IN SUPPORT OF THE APPLICATION ORDER UNDER BANKRUPTCY CODE SECTION 1103 AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 25, 2024

Pursuant to 28 USC Section 1746, Cliff Zucker declares as follows:

1.        I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm.  I submit this Declaration on behalf of FTI (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Big Lots, Inc., the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisor under the terms and conditions set forth in the Application. Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

---

1    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**Disinterestedness and Eligibility**

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the **Exhibit A** parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI.  A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.      Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on **Exhibit A** in matters related to the Debtors or these Chapter 11 Cases.  FTI has provided, and could reasonably expect to continue to provide, services unrelated to these Chapter 11 Cases for the various entities shown on **Exhibit B**.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications and economic consulting services.  To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in these Chapter 11 Cases, nor does FTI's involvement in these Chapter 11 Cases compromise its ability to continue such consulting services.

4.      In addition to the relationships disclosed on **Exhibit B**, FTI discloses the following:

- Compass Lexecon LLC ("Compass Lexecon"), a wholly owned subsidiary of FTI Consulting, Inc., is engaged by Visa USA Inc., Visa International Service Association and Visa Inc., and MasterCard Inc. and MasterCard International Inc., and certain other defendants in that certain multidistrict litigation captioned *In re: Payment Card Interchange Fee and Merchant Discount*

---

[3]    For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

*Antitrust Litigation*, MDL No. 1720 (the "<u>MDL Litigation</u>").  Debtor Big Lots, Inc. is one of the plaintiffs in the MDL Litigation.  It is my understanding that other than testifying at trial Compass Lexecon's work is complete on this engagement.  Compass Lexecon's engagement in the MDL Litigation is unrelated to the Debtors' chapter 11 cases.  Compass Lexecon provides economic consulting services and operates separately from FTI, with separate management and employees.  In most locations, FTI and Compass Lexecon work out of separate office locations.

- Between November 2022 and May 2023, FTI's forensic and litigation consulting segment was engaged by the Corpus Christi Firefighters Retirement System to provide an expert regarding the use of a proxy contest to secure control of Big Lots, Inc. in litigation captioned: *Corpus Christi Firefighters Retirement Sys. v. Macellum Cap. Mgt.,* et al., No. 21-CV-002695, Ohio Ct. Common Pleas).  This engagement has concluded and was unrelated to the Debtors' chapter 11 cases.

- It is my understanding that Duke Energy is a utility provider of the Debtors. Nicholas C. Fanandakis, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of Duke Energy Corporation. To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

5.      As part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these Chapter 11 Cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these Chapter 11 Cases. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these Chapter 11 Cases in matters unrelated to the Debtors and these Chapter 11 Cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with these Chapter 11 Cases.

6.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10).  Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.  As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates or the unsecured creditors.  Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

7.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

**<u>Professional Compensation</u>**

8.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to this retention application and future fee applications as approved by the court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this

engagement are outlined in the Application for the employment of FTI. These hourly rates are adjusted periodically, typically on an annual basis.  I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

9.      According to FTI's books and records, during the ninety days before the Debtors' petition date, FTI did not receive any payments from the Debtors.

10.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

## NO DUPLICATION OF SERVICES

11.     The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals.  I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2024.                    _/s/ Cliff Zuker_____
                                                 Cliff Zucker
                                                 Senior Managing Director
                                                 FTI Consulting, Inc.

## EXHIBIT A

## Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtors**
Big Lots, Inc.
AVDC, LLC
Big Lots eCommerce LLC
Big Lots F&S, LLC
Big Lots Management, LLC
Big Lots Stores - CSR, LLC
Big Lots Stores - PNS, LLC
Big Lots Stores, LLC
BLBO Tenant, LLC
Broyhill, LLC
Closeout Distribution, LLC
Consolidated Property Holdings, Inc.
Consolidated Property Holdings, LLC
CSC Distribution, LLC
Durant DC, LLC
GAFDC LLC
Great Basin, LLC
INFDC, LLC
PAFDC LLC
WAFDC, LLC

**Debtors' Advisors**
A&G Real Estate Partners
AlixPartners, LLP
Davis Polk & Wardwell LLP
Guggenheim Securities
Morris, Nichols, Arsht, Tunnell LLP

**Current Directors**
Christopher J. McCormick
Cynthia T. Jamison
James R. Chambers
Kimberley A. Newton
Maureen B. Short
Sebastian DiGrande
Wendy L. Schoppert
Allen G. Hembree
Alvin C. Concepcion
Amanda J. Corbett
Amy L. Nelson
Brooke T. Schwerin
Bruce K. Thorn
Chinthaka Liyanapathirana
Christopher M. Macke
Christopher R. Means
Colin K. Coburn
Craig R. Gourley
Daniel H. Yokum
Emily E. Schreck
James A. Schroeder

James M. Kelley
Jason A. Seeman
Jay A. Caudill
Johan G. Hoover
Jonathan E. Ramsden
Juan E. Guerrero
Julie C. Holbein
Kevin P. Kuehl
Kristen Ayn Cox
Leonard J. Sisilli
Lorraine M. Kaufman
Lynda L. Kline
Maria D. Matos
Matthew S. Weger
Megan M. Mellquist
Michael A. Schlonsky
Michael F. Robey
Michael L. French
Monica M. Welt
Nathan C. Longbottom
Ronald A. Robins Jr.
Seth Laurence Marks
Shelly L. Trosclair
Steven J. Hutkai
Steven S. Rogers

**Former Directors**
Charles H. Buckingham
Jackie Smith
Marla C. Gottschalk
Nancy Reardon
Thomas A. Kingsbury
Sandra Y. Campos

**Former Officers**
Amanda R. Jami
Amy R. Stern
Andrej Mueller
Ashley M. White
Deborah A. Beisswanger
Derek T. Panfil
Erica N. Fortune
Gene E. Burt, II
Graham W. McIvor
Gregg W. Sayers
Jackie Smith
James D. Campbell Jr.
Jeremy A. Ball
John W. Alpaugh
Kelly M. Gerhardt
Kristen L. Morris

Kristin L. Morris
Margarita Giannantonio
Michael A. Jasinowski
Nicholas E. Padovano
Nicholas N. Padovano
Ojas Nivsarkar
Paige P. Gill
Robert A. LeBrun
Robert V. LaCommare
Scott W. Corder
Shannon E. Letts
Timothy J. Kovalcik

**Debtors' Professionals**
A&G Real Estate Partners
AlixPartners, LLP
Davis Polk & Wardwell
Gordon Brothers Retail Partners, LLC
Guggenheim Securities, LLC
Kroll Restructuring Administration
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Chief Judge Laurie Selber Silverstein
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Mary F. Walrath
Judge Thomas M. Horan

**Benefit Providers**
Anthem, Inc.
ArchimedesRx
IEC Group, Inc. d/b/a AmeriBen
Metropolitan Life Insurance Company
Nationwide Mutual Insurance Company
Optum Financial, Inc.
OptumRx
Sedgwick Claims Management
Sun Life and Health Insurance Company
The Allstate Corporation
VSP Vision Care, Inc.

**Official Creditors' Committee Attorneys**
Cole Schotz P.C.
McDermott Will & Emery LLP

**Official Creditors' Committee Members**
America's Realty, LLC
Blue Owl Real Estate Capital LLC
Everstar Merchandise Co., Limited
NCR Voyix Corporation (fka NCR Corporation)
Realty Income Corporation
Twin Star International, Inc.

Zest Garden Limited

**Official Creditors' Committee Members'
Attorneys**
Katten Muchin Rosenman LLP
King & Spalding LLP
Kirkland & Ellis LLP
Morris James LLP
Sidley Austin LLP

**Top Unsecured Creditor**
3M Company
All Courtesy International Ltd.
Ameriwood Industries
Ashley Furniture
Big AVCA Owner LLC
Boston Warehouse Corp
Building Air Services HVAC LLC
Carlington Industries Limited
Dell Financial Services LLC
Elite Confort Solutions
ESI Cases and Accessories Inc.
Everstar Merchandise Co
Fusion Furniture Inc.
FXI Inc.
Gifttree Crafts Co Ltd
HongKong GMS International Co Ltd
KEECO LLC
Millennium Gifts Ltd
Ningbo Electrical Applicace Co. Ltd.
Pan Asian Creations Limited
Polygroup Evergreen Limited
PPJ LLC
Round Tripping Ltd.
Sealy Inc
Serta inc.
Singsong International Trade Co Limited
Topmost Design Co. Ltd
Twin Star International
Zest Garden Limited
Zhejiang Hengtai Crafts

**Creditor Professionals**
Berkeley Research Group, LLC
Blank Rome LLP
Choate, Hall & Stewart LLP
Otterbourg P.C.
Richards, Layton & Finger, P.A.

**Depository Banks, Sureties, and Letter of Credit
Providers**
American Alternative Insurance Corporation
Bank Of America
Citizens Bank Of Pennsylvania
Fifth Third Bank
Huntington Bank

Liberty Mutual Insurance Company
PNC BANK
PNC Bank, National Association
Truist Bank
US Bank
Wells Fargo Bank

**Equipment Lessors & Financing**
IBM Credit LLC
Mitsubishi HC Capital America

**Governmental Authorities/Agencies**
Customs & Border Patrol

**Insurance Providers**
ACE American Insurance Co.
ACE Insurance
ACE Property and Casualty Insurance Company
AFCO Credit Corporation
AIG Specialty Insurance Company
Allianz Global Risks US Ins Co
Allied World Assurance Company (AWAC)
Allied World Assurance Company Ltd (AWAC)
Allied World National Assurance Company (AWAC)
American International Reinsurance Co Ltd (AIRCo)
American International Reinsurance Company Ltd (AIG)
Aon PLC
Aspen
AWAC/Allied World Assurance Co.
AXA XL
AXA XL (Indian Harbor)
AXA XL/XL Insurance America Inc.
AXIS Insurance Co
Axis Surplus Insurance Company
Beazley - Lloyd's Syndicate 2623/623
Beazley Insurance Company, Inc.
Berkshire Hathaway Specialty Insurance Co.
C.N.A
Chubb
Chubb Bermuda Insurance Ltd.
Chubb/Ace American Insurance Co.
Continental Casualty Company
Edgewood Partners Insurance Center ("EPIC")
Endurance American Insurance Company (Sompo)
Everest Indemnity Insurance Company
Federal Insurance Co
Federal Insurance Company
Federal Insurance Company/CHUBB
Fidelis Bermuda
FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.
GAI Insurance Company, Ltd.
Geodis SA
Great American Spirit Ins. Company
HDI Specialty Insurance Company

Hiscox Insurance Company
Homeland Insurance Co Of Ny
Hub International Limited
Hudson Insurance Company
Indian Harbor Insurance Co/AXA XL
Kinsale Insurance Co
Lexington Insurance Company
Liberty Excess & Surplus Lines Inc./Ironshore
Lloyds of London
Lloyds of London
Lloyds of London - Faraday
Lloyds of London - HDI
Lloyds of London - Inigo
Lloyds of London - RB Jones
Lloyds of London -Canopius
Lloyds of London -Kiln
Lloyds of London/HSCOX
Magna Carta Insurance Limited (Liberty)
Marsh LLC
National Union Fire Insurance Co of Pittsburgh Pennsylvania
National Union Fire Insurance Company of PA (AIG)
North Dakota Workforce Safety & Insurance
North Rock Insurance Company Limited (CNA)
Obsidian Specialty Insurance
Partner Re-Insurance Ltd.
PartnerSource
Premium Finance, LLC
RSUI Indemnity Company
Shelter Reinsurance
Starr Indemnity & Liability Company
Starr Specialty Insurance Company
Starr Surplus Lines Ins Co
Starstone Specialty Ins Co
Starstone Specialty Ins Co (CORE)
State of Wyoming Department of Workforce Services
Steadfast Insurance Company/Zurich
The Ohio Casualty Insurance Company (Liberty)
Travelers Casualty and Surety Company of America
Twin City Fire Insurance Company (The Hartford)
Washington State Department of Labor & Industries
Westfield Select Insurance Company
WRB/Nautillius Insurance Co.
XL Insurance America, Inc.
Zurich
Zurich American Insurance Company

**Litigation Parties**
Adams, Annette
Aguilera, Isabel
Akapyan, Nona
Allstate Insurance Company OBO Wiseltier, Emelia
Alvarez, Maria E.
AML IP, LLC

3

Andrade, Maria
Arias, Aixa
Armond, Darion
Atkins, Jerald
Audrey Kallander
Austin, Robert
Avila-Berning, Dawn
Baldwin, Andrea
Barnes, Katherine
Barnes, Ronald
Baros, Athanasia
Basaldua, Tim
Bayless, Angela
Beatty, Tyeesha
Beaver, Mary
Beeson, Wendy
Belfield, Rashida
Beliveau, Natasha
Bell, Namari (MJ)
Bellevia, Christine
Bellomo, Andrew
Bellomo, Donna
Bergstein, Cecilia
Betancourt, Rudolph
Blanton, Karen
Blevins, Cona
Boatman, Mark
Bogle, Gerald
Boone, Jeanne
Boston, Sonja
Bouyer, Anthony
Bowie, T'ron
Brown, Alisha
Brown, Sylvia
Burhanan, Jr., Charles
Burns, Peggy
Burton Andrade, Sandra
Bush, Faith
Bustos, Enriqueta
CalSafe Research Center, Inc.
Cancel, Mercedes
Carbajal, Wendy
Cargus, Lakendra
Carlin, Nicholas EEOC
Carlson, Corinne
Carney, Camile
Carrillo, Francyne
Carter, Teresa
Cartwright, Angela
Cassel, Paul
Center for Advanced Public Awareness
Chambers, Elizabeth
Chambers, Felicia
Chanman, Janelle
Chapman, Lee
Chappell, Debra

Chavez, Dana
Chavez, Juan P.
Chilin, Nelson
Christian, Kelly
Clark, Michael
Clifford, Cheryl
Cohan, Howard
Conard, Kathleen
Consumer Advocacy Group, Inc.
Consumer Protection Group, LLC
Contreras, Christine
Cooper, Andre
Cordova-Ochoa, Jaime
Cornejo, Katy
Coulter, Dorothy
Cox, Jill
Cromer, Adrian
Crump, Joy
Cruz, Feliciano
Cruz, Jeannette
Cryer, Beatris
Dash-Lokko, Felicia
Davis, Tammy
Davis, Taylor
De La Cruz, Cinthya
Debock, Beverly
Decosta, Sherrie
DeMaria, Gina
Dennis Johnson
Ditman, Erika
Donnelly, Carol
Dorsey Watson, Yvonne
Dudkewic, Timothy
Dugan, Benella
Eckinger, Stephine
Ecological Alliance, LLC
Eide, Tylor
Elias, Patrick
Ema Bell
Emerson, Mary
Environmental Health Advocates, Inc.
Eskra-Brown, Amy
Espinosa, Kelley
Espinoza Ramirez, Carlos
Espinoza, Alejandro
Estate of OBO Redden, Hannah
Estrella, Rosario
Federal Trade Commission
Florida Fish and Wildlife Conservation Commission
Floyd, Samuel
Galloway, Sheryl
Gato, Birna
Gerson Companies, The
Gibson, Destiny
Giorgio, Erika
Glass, Kathleen

Glenn, Eva
Gonzales, Art
Gonzalez, Evaristo
Gramajo, Christopher
Griffey, Robin
Gunter, Daniel
Gut, Dawid
Guzman Galvez, Rene
Hale, Vincent
Hall, Cynthia
Hall, Deborah
Hamilton, June
Hamilton, Terri
Harper, Sheila
Hatcher, Theresa
Henderson, Raeshawn
Hensley, Charm
Herbert, Cierra
Hernandez-Mendoza, Jorge (George)
Hodnett, Melba
Hoffmann, Linda
Holquin (Holguin), Jennifer
Hornby, Linda
Howard, William
Imagesound Inc.
Jaco, Tina
Jafari Aura, Beta
Jafari, Nasiba
Jennings, Katie
Jimenez, Edgar
Johnson, Debra
Johnson, Mike
Johnson, Romonia
Jones, Keyandra
Jones, Rickey
Kemper, Janice
Kerns, Michele
Kessler, Deanna
Kindlick, Le-Anne
King, Carol
King, Lydell
King, Michelle
Kirchner, Gary
Knight, Britany
Krantz, Ann
La Jolla Mira Mesa Property, LLC
Lacourse, Paul
Lala, Jaimi
Lancaster, Elizabeth
Land, Dorothy
Landrus, William
Lane, David
Lang, Lauren
Leach, Veronica
Lee, Ibbie
Liggons, Lonzo

Loeb, Richard
Long, Annette
Long, Esther
Lynch, Billie Jo
Maddox, Sherry
Mahoney, Kathleen
Maldonado, Johnathan
Malouin, Debra
Mann, Darla
Mann, Virginia
Martinez, Leah
Mason, Willie Ruth
McDermott, Tina
McDougall, Garrett
McFadden, Ann (Estate of) & Allen, Sherry
Mendoza, Edubina
Merone, Maria
Midulla, Lorinda
Millan, Belkis
Miller, Joey
Miller, Kris
Monroe, Matt
Moorman, Magadline
Morales-Euresti, Juanita
Moran Solares, Norma
Morris, Joyce
Mueller, Carlota
Munoz, Denise
Myers, Janet
Myers, Michael
Nelson, Janie
Nelson, Tracey
Nikki C. Barranco
Novak, Kaleb
Nunez, Daniel
Nunez, Edwin
Nunez, Genara
Oakadoaks LLC
Overton, Jonas
Owczarkowski, Norman
Paige, Cynthia
Parker fka Granata, Ilean
People of the State of California
Perez, Concha
Perkins, Erica
Peterson, Ebony
Peterson, Natiya
Phillips, Abigail
Phillips, Jayla
Pickett, Ashley
Pierce, Karen
Pirtle, Anna
Pizarro, Juanita
Pizzolato, Joel
Polm, Nicholas (Estate of) & Volkman, Melvina
Poutsma, Erick

Precila Balabbo
Puentes, Rosemary
Purcell, Andrianna
Purinton, Penny
Ragudo, Martha
Rainer, Carol
Ramirez, Elizabeth
Redding, Sherryl
Redmond-Lott, Ladonna
Reed, Barbara
Reed, Susan
Rich, Tiffany
Riddle, Trudy
Riggs, Bertha
Riggs, Sara
Rios, Crystal
Ripper Merchandise
Rivera Hernandez, Celestina
Roberson, Carol
Roberts, Matthew
Roberts, Patsy
Robertson, Shirley
Robinson, Tereasa
Rodriguez, Tisha
Rodriguez, Trinadie
Rosenberg, Karen
Rowe, Melody
Saaverda, Maria
Saenz, Priscilla
Salazar, Maria
Saldate, Christina
Sampson, Kerri
Sampson, Lisa
SC Licensing, LLC
Schnell, Nylene
Schwartz, Roseanne
Scullon, Maureen
Seaver, Susan
Shaw, Rashawn
Simmons, Eric
Smith, Teresa
Smith, Terri
State of New Jersey
State of New York
Steger, Randall
Stephens, Helen
Stern, Amy
Stoykovich, Austin
Strojnik, Peter
Sturges, Lisa
Tapia, Margarita
Tavera, Dianna
Taylor, Audrey
Telfer, Patricia
Torres, Norman
Town of Riverhead Highway Department

Treacy, Terry
United States of America
Uzzle, Vernetta
Valdez, Santa
Verheyen, Jennifer
Visa - Interchange
Wang, Karen
Wardlow, Johnnesha
Warren, Semetris
Watson, Melissa
Watson, Theodora
Watts, Jhona
Weiser, Joshua
Wheadon, Jolly
Williams, Demond
Williams, James
Wiseltier, Emelia
Wolfe, Linda
Wood, Lorraine
Woods, Christopher
Woolery, Jr., Ronald
Zakharin, Galina
Zamot, Cruz
Zdiera, Angela

**Litigation Parties' Opposing Counsel**
Aaron Becker Trial Attorney
Aaron G. Durden & Co., LPA
Abell & Assoc, LLC
Abramson Labor Group
Adamson Ahdoot
Amaro Law Firm
Anderson Law Firm, PC
Andrea Cook & Associates
Arnold & Porter Kaye Scholer LLP
Arroyo Law, Inc.
Attorney-In-Charge, International Trade Field Office
B&D Law Group APLC
Bailey Cavalieri, LLC
Banner Attorneys
Barlett & Grippe, LLC
Bazar And Associates
BB Law Group
Bellucci Law, APC
Berke, Berke & Berke
Bibiyan Law Group
Blackburn Romey
Blackstone Law
Boughter Sinak, LLC
Brandon J. Broderick, LLC
Bravo Law Firm
Brent M. Lowman, Esq., CPA
Brodsky & Smith LLP
Bryson Woulfe, PC, Attorneys at Law
Buitrago & Associates
Butler Norris & Gold

Byrd & Gonzalez P.A.
Calstrat Law Group, APC
Cantor, Wolff, Nicastro & Hall
Cash, Krugler and Fredericks, LLC
Century Park Law Group, LLP
Chalik & Chalik Pennsylvania
Chanfrau & Chanfrau
Chapman & Bowling, LLC
Child & Jackson
Christopher L. George, PC
Chute O'Malley Knobloch & Turcy, LLC
Cooper Elliott
Dana & Dana
Daspit Law Firm, PLLC
David Blackwell Law, LLC
Dell & Dean, PLLC
deLuca Levine
Deon Goldschmidt Attorneys, PLLC
Diversity Law Group, PC
Douglas Law Firm, PLLC
Downtown LA Law Group
Dozier Law Firm, LLC
Drafahl Law Firm
Duke Seth, PLLC
Duncan Law Firm, LLC
Dworclin & Maciariello The Georiga Law Lions
Employee Justice Legal Group
Englander Peebles
Farah & Farah Pennsylvania
Ferro, Juba, Mangano, PC
Flager & Associates, PC
Flood Law Firm, The
Forman Clothier Law Group, LLC
Fournaris & Sanet Pennsylvania
Frankl Kominsky Injury Lawyers
Fuerste, Carew, Juergens & Sudmeier, PC
Fuller, Fuller & Associates Pennsylvania
Gary K. Walch AlabamaC
Geisler & Weaver
Gillis Law Firm, LLC
Ginnis & Krathen Pennsylvania
Glankler Brown PLLC
Glass & Tabor, LLP
Goldstein, Buckley, Cechman, Rice & Purtz
Pennsylvania
Gould & Jefferson LLP
Gruenloh Law Firm
Habush Habush & Rottier SC
Haggerty, Silverman & Justice, PC
Hamburg, Rubin, Mullin, Maxwell & Lupin, PC
Harding & Mazzotti,  LLP
Hardison & Cochran, PLLC
Harmon, Linder & Rogowsky
Harris Personal Injury Lawyers, Inc.
Hawthorne Atchison Riddle
Haymore & Holland, P.C.

Heidari Law Group, PC
HMC Civil Rights Law, PLLC
Holland Injury Law, LLC
Holloway Bethea & Others, PLLC
Jacoby & Meyers Attorney LLP
Jakubowski, Robertson, Maffei, Goldsmith &
Tartaglia, LLP
James Hawkins, APLC
James Trauring & Associates, LLC
Jarrett & Price LLC
Jaurigue Law Group
JJC Law LLC
JML Law
John Wright Law Firm PLLC
Jones Law Firm
Josh Vorhees and Troy Bailey
JS Abrams Law, PC
Jurewitz Law Group
Kent Law PLC
King & Siegel LLP
Klein & Folchetti, PC
Koul Law Firm
Lauby, Mankin & Lauby, LLP
Law Office  of Greg K. Smith
Law Office of Andrew S. Blumer
Law Office of Arin Khodaverdian
Law Office of Ball & Yorke
Law Office of Charles M. Hammer
Law Office of David E. Gordon, The
Law Office of David H. Kaplan, LLC
Law Office of David Pourati
Law Office of Grosso & Sarkisian
Law Office of Jennifer I. Freeman
Law Office of Joann L. Pheasant
Law Office of Kaleb A. Godwin
Law Office of Ronald C. Cox
Law Office of Thomas Tona, PC
Law Office of Tomy J. Acosta
Law Office of Uriel E. Gribetz
Law Offices of Armen Zadourian
Law Offices of Carl Palomino Pennsylvania
Law Offices of Christopher L. Hamblen
Law Offices of Doner & Castro, PC
Law Offices of Ernest H. MacMillan
Law Offices of Fernando D. Vargas
Law Offices of Gerald L. Marcus
Law Offices of Glenn & West, LLC
Law Offices of Ilan N Rosen Janfaza, APC
Law Offices of Jacob Emrani, APC
Law Offices of Jason Turchin
Law Offices of Michael R. Loewen
Law Offices of Ramin R. Younessi, APLC
Law Offices of Robert D. Berkun, LLC
Law Offices of Robin E. Paley, APLC
Law Offices Of Russell F. Behjatnia
Law Offices of Stephen J. Kleeman

Law Offices of Steve Gimblin
Law Offices of Stewart & O'Kula
Law Offices of William W. Green & Associates
Lawyers for Employee & Consumer Rights APC
Leavitt & Eldredge
Leonard Sciolla
Lexicon Law, PC
Lowenthal & Abrams, PC
Mandelbaum Barrett, PC
Manning Law, APC
Marshall P. Whalley & Associates, PC
Mat Law LLP
Matthew J. Consolo
Maximino Law, LLC
McCormick Law Firm
McKee Law, LLC Pennsylvania
McNeelylaw, LLP
Melmed Law Group, PC
Mendez Law Offices, PLLC
Michael Roofian & Associates, APC
Mickey Keenan Pennsylvania
Mills & Cahill, LLC
Mizrahi Kroub LLP
Moon Law Group, PC
Mooradian Law, APC
Morgan & Morgan
Morgan & Morgan Atlanta, PLLC
Morgan & Morgan Orlando Pennsylvania
Morgan & Morgan Pennsylvania
Morgan & Morgan Tampa PA
Morgan & Morgan Tampa Pennsylvania
Morgan & Morgan, Kentucy PLLC
Noam Glick, Glick Law Group
Office of General Counsel, Office of the U.S. Trade
Representative
Office of the Assistant Chief Counsel International
Trade Litigation, U.S. Customs and Border
Protection
Olive, Sanchez & Associates, PLLC
O'Malley Tunstall, PC
Philips & Associates
Phillip Browarsky & Co., LLC
Piazza Law Group
Polaris Law Group
Prugh & Associates Pennsylvania
Rafii & Associates, PC
Ramey & Schwaller, LLP
Reginald McDaniel, Attorney at Law, LLC
Reisner & King LLP
Reuben Yeroushalmi
Rinehardt Law Firm
Robes Law Group, PLLC
Rogers & Driver, PSC
Rosenberg, Kirby, Cahill, Stankowitz & Richardson
Rubenstein Law Pennsylvania
Rucka O'Boyle Lombardo & McKenna

SC Licensing, LLC
Schmidt Kramer, PC
Schneider Williamson LLC
Schroeter, Goldmark & Bender
Seiller Waterman LLC
Seven Hills LLP - Kimberly Gates Johnson
Shapiro, Washburn & Sharp, PC
Shaw & Shaw, PC
Sheehan & Associates, PC
Shegerian & Associates
Shields Reeves, PLLC
Shiner Law Group Pennsylvania
Silva Injury Law, Inc.
Simon & Simon, PC
SoCal Equal Access Group
Soho Law Firm
Southern California Labor Law Group, PC
SP Law Group, A Professional Corporation
Spielberger Law Group
State of New Jersey
State of New York
State of Tennessee
Stein Law
Steven L. Chung, Esquire, LLC
Swartz Culleton PC
The Aguirre Law Firm, PLLC
The Barnes Firm, LC
The Blankenship Law Firm, PLLC
The Capital Law Firm
The Chiurazzi Law Group
The Flood Law Firm, LLC
The Florida Law Group
The Harrell Law Firm, LLC
The Law Office of Gregory S. Sconzo Pennsylvania
The Law Offices of Nooney, Roberts, Hewett &
Nowicki
The Odierno Law Firm, P.C.
The Schapiro Law Gorup, PL
The Verdecia Law Firm, LLC
Thomas N. Thurlow & Associates, PC
Thompson, Brody & Kaplan, LLP
Tishbi Law Firm, APC
Tofer & Associates
Trujillo Gonzalez, PC
Turley, Peppel & Christen LLC
United States of America
US Department of Justice
Vineet Dubey
Watts Guerra LLP
Weaver & Fitzpatrick
Wham & Wham Lawyers
Willis Spangler Starling
Wilshire Law Firm
Winters & Yonker Pennsylvania
Wolfson Law Firm, LLP
Yates Law, LLC

**Members of U.S. Trustee's Office**
Andrew R. Vara
Benjamin Hackman
Fang Bu
Hannah M. McCollum
Jane Leamy
Jonathan Lipshie
Joseph Cudia
Joseph McMahon
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Richard Schepacarter
Rosa Sierra-Fox
Timothy J. Fox, Jr.

**Ordinary Course Professionals**
Alston & Bird LLP
Amin Talati Wasserman LLP
Avalara Inc
Baker & Hostetler LLP
Baker Mckenzie
Benesch Friedlander Coplan
Bradley Arant Boult Cummings
Bryce Downey & Lenkov LLC
Burns & Farrey PC
Chartwell Law Offices LLP
Davids & Cohen PC
Deloitte & Touche LLP
Deloitte Tax LLP
Fish & Richardson PC
Galloway Johnson Tompkins
Gibbs & Bruns LLP
Gordon Rees Scully & Mansukhani LLP
Greenberg Traurig LLP
Haight Brown & Bonesteel LLP
Hall & Evans LLC
Huth Reynolds LLP
Ice Miller LLP
Joele Frank Wilkinson Brimmer Katch
Kalbaugh Pfund & Messersmith PC
KPMG LLP
Law Offices of Michael Steel
Leak And Dougals PC
Lewis Thomason King Krieg & Waldrop
Mayer LLP
MB Law Group LLP
Meridian Compensation Partners LLC
Mintzer Sarowitz Zeris
Moore & Van Allen PLLC
Morgan Lewis & Bockius LLP
Murphy Sanchez PLLC
Norton Rose Fulbright US LLP
Nuzzo & Roberts LLC
PricewaterhouseCoopers LLP

Quinn Law Firm
Reed Smith LLP
Rendigs, Fry, Kiely & Dennis, LLP
Rock Hutchinson PLLP
Satterlee Gibbs PLLC
Sea LTD
Secrest Wardle Lynch Hampton
Segal McCambridge Singer
Steptoe & Johnson PLLC
Tax Credit Co
Thompson Hine LLP
Thomson Reuters West
Truitt Law Firm LLC
Vertex Inc
Vorys Sater Seymour Pease LLP
Young Moore And Henderson PA

**Potential Purchasers/ Investors**
Nexus Capital Management LP

**Real Estate Lessors/ Landlords**
1100 Jefferson Partners LLC
1100 W Argyle St LLC
1111 Hill Rd LLC
1150 Union Street Corporation
120 Hoosick Street Holdings LLC
1235 Farmington Avenue Br, LLC
1255 Sunrise Realty, LLC
12550 LC
1370 North 21st. Ltd.
1482 East 2nd Street, LLC
15 Hollingsworth St Realty Trust
150 South 11th Ave LLC
1520 NW Leary Way LLC
153 Hemingway Investments, LLC
1600 Eastchase Parkway LLC
174 Stonebrook LLC
1980 Ridge Rd Co LLC
2 North Street Corp
200 Lincoln Retail, LLC
21st & Main Partners, LLC
2353 North Park Drive LLC
2413 Brewerton Road Plaza LLC
250 Three Springs LP
2501 Gallia LLC
260 Voice Road LLC
301-321 E Battlefield LLC
3045 E Texas Street LLC
3320 Agency LLC
3320 Secor LLC
3615 W 104th St. L.P.
3737 Gus Thomasson, LTD.
3801 Washington Blvd. Co. LLC
400 Rollins Road LLC
41 West 28th Street Corp.
4101 Transit Realty LLC

4139LLNEW
415 Orchard Associates, LLC
440 Group. Ltd
44th And Wadsworth LLC
45 Development Group, LLC
452 LLC
4610 Frederica Street LLC
465COORSALBQ LLC
5 Point Church
501 Prairie View LLC
511 SR7 Owner, LLC
525 TX Ref Kilgore LLC
5520 Madison Ave. LLC
553 Mast Road LLC
5620 Nolensville Pike, LLC
5897 Associates, LLC
59 West Investors LLC
5R Partners, LLC
621 W Prentice LLC & Hawthorne Apartments LLC
644 Market Street Tiffin OH, LLC
7023 Broward, LLC
820-900 Washington Street LLC
8401 Michigan Rd, LLC
8401 Michigan Road LLC
8501 Midlo Pike LLC
A & D Milford LLC
A I Longview LLC
A10 Revolving Asset Financing I, LLC
A2z Real Estate, Inc.
AAM - Green Bay Plaza, LLC
ABA Investments, LLC
Abilene Clack Street, LLC
Abmar GK US INC
Abnet Realty Company
ACV-ARGO CDA, LLC
AEJ Rutland, LLC
Aelep Choctaw, LLC
Agree Cedar Park TX, LLC
Agree Central, LLC
Agree Fuquay-Varina, LLC
Agree Limited Partnership
Agree Realty Corporation
Aim Property Management
Alabama Group LTD
Alameda Properties, LLC
Alatex, a Joint Venture
Albertson's Inc.
Albertson's IndianaC.
Albertson's LLC
Aldrich Management Co LLO
Alea Properties LLC
Aljacks LLC
Allegheny Plaza Associates
Allen Road Retail Business Center LLC
Alta Center, LLC
Amerco Real Estate Company

Amicre, LLC
Anaheim Hills Shopping Village, LLC
Anderson West LLC
Andrew Kaplan, Esquire
Anniston Investors LLC
Anthony P. Cappiello, Jr.
Apopka Regional, LLC
Apple Valley Square Center LLC
AR Brickyard LLC
AR- Moundsville Plaza, LLC
Arapahoe Crossings, LP
ARC ASANDSC001, LLC
ARC NWNCHS001, LLC
ARC NWNCHSC001, LLC
Archer Central Building LLC
ARCTRUST
ARD Mac Commons, LLC
Ardena LR LLC
Arlington Square L.P.
AR-Otter Creek LLC
Asheboro Marketplace, LLC
Ashton Woods Limited Partnership
Astro Realty LLC
Athens Investors, LLC
Athens Shopping Plaza LLC
Atlantic Properties, LLC
ATMF IX, LLC
Attleboro Crossing Associates, LLC
Auburn Assoc. LLC
August America, LLC
Avery Retail Medium C LLC
AVG Partners I LLC
Aviana Company LTD
Avon Square Associates, LLC
Avtex Collins Corner Associates, LLC
B & B Cash Grocery Stores, Inc
B & S Property Holding LLC
B& B Cash Grocery Stores, Inc.
B&B Cash Grocery Stores Inc
B&B Kings Row Holdings LLC
B&C Properties Of Dunn LLC
B&E Squared, LLC
B&K Enterprises, Inc
B.H. Chapman
B.M.R.S. Property LLC
B33 Great Northern II LLC
BAC West, LLC
Baceline West State Plaza LLC
Baderco LLC
Baker & Baker Real Estate
Banckentucky, Inc
Barbara Erwin And Ron Tomlinson
Basser Kaufman 228 LLC
Basser-Kaufman Of Derby #1783
Battleground Acquisitions, LLC
Bay Valley Shopping Center LLC

Bayird Properties LLC
Bayshore Plaza Shopping Center, LLC
BCS Hopper LLC
BDB Midtown, LLC
Bdpm Group LLC
Beacon Plaza LLC
Bear Creek Partners I LLC
Bear Pointe Ventures, LLC
Beauclerc Sdc, LLC
Bell Road Associates, LLC
Bellevue Plaza
Bellflower Park, LP
Benbaroukh, LLC
Benbrook Real Estate, LLC
Benchmark Hamburg Plaza Assoc
Benessere Partners LP
Bennett Investment (MSP) LLC
Beretania Property Investments, LLC
Berlin Newington Associates
Bethel Garp, LLC
Bfsc Group, LP
Biagini Properties, Inc
Big Avca Owner LLC
Big BCLA Owner LLC
Big CSCO Owner LLC
Big DETX Owner LLC
Big FBTX Owner LLC
Big FRCA Owner LLC
Big Holdings 1 LLC
Big LACA Owner LLC
Big LCNM Owner LLC
BIG LOCA Owner LLC
Big MIFL2 Owner LLC
Big SATX Owner LLC
Big Score Investor, LLC
Big TAMI Owner LLC
Big VICA Owner LLC
Big YVCA Owner LLC
Blanding Village I LLC
BLM Victorville
Bloomington Whitehall Investment LLC
Blue Ash Oh Center LLC
Blue Diamond Crossing LLC
Blue Springs Developers, Inc
Bluegrass Partners LLC
Blum Boulders Associates 1, LLC
Blum Boulders Associates I, LLC
BMA Beachwood, LLC
Bob Bassel
Boniuk Interests Ltd.
Boone Investment Group LLC
BOP Teller, LLC
Borough ofChambersburg
BRC North Hills, LLC
BRE Retail  Residual Owner 1 LLC
BRE Retail Np Memphis Commons Owner LLC

BRE Retail Np Owner 1 LLC
BRE Retail Residual Nc Owner L.P.
BRE Retail Residual Owner 1 LLC - Attn: G. C.
BRE Retail Residual Owner 1 LLC - Regional
Counsel
BRE Retail Residual Shoppes At Valley Forge
Owner LLC
Breezewood Shopping Center, Inc.
Brenda Rigsby
Brf Iii Wilmington LLC
Brice Shannon LLC
Brice Square, LLC
Bricktown Plaza Associates
Bridgeport Plaza Associates LLC
Brixmor Coconut Creek Owner, LLC
Brixmor Ga Apollo II TX LP
Brixmor Ga Panama City, LLC
Brixmor Ga Washtenaw Fountain, LLC
Brixmor Holdings 12 SPE, Attn: General Counsel
Brixmor Holdings 12 SPE, LLC
Brixmor Lehigh SC LLC
Brixmor Miracle Mile LLC
Brixmor Property Group
Brixmor SPE 4 LLC
Brixmor Watson Glen, LLC
Brixmor/IA Cayuga Plaza LLC
Brixmor/IA Rutland Plaza, LLC
Brixton Fork TIC, LLC
Broadway Square Company
Brookwood Capital Group LLC
Brothers Realty And Property Management LLC
Brunswick Limited Partnership
Brunswick Property Management LLC
Budd Family LP
Burdkidz L.L.C.
Burleson Shopping Center, LP
BVA LP SPE LLC
BVA Spradlin LLC
BVA Westside SPE LLC
BVB-NC, LLC
BVC Cedar Crest LLC
Byzantine IndianaC.
BZA Berne Square LLC
C & F Land Co.
CA New Plan Sarasota, LP - Attn: Sales Audit Dept.
Cache Road Square LP
Cactus Crossing, LLC
California Property Owner I, LLC
Camacho Venture, LLC
Cambridge Investments, Inc
Canadian Four State Holdings Ltd.
Canyon Center II, Inc.
Canyon Grande Properties LP
Canyon Springs Marketplace North Corp
Cape May Grocery Owners LLC
Capital City Properties LLC

Capital City Trust
Capital Plaza INC
Capstone Plaza 44 LLC
Carbon Plaza Shopping Center, LLC
Carlisle Commerce Center, LTD.
Carnaby Square Shopping Center
Carnegie Properties, Inc.
Carrington Capital Investments IV LLC
Carrington Capital LLC
Carrollton-White Marsh, LLC
Carson Southgate, LLC
Casitas Oceanside Three, LP
CC Fund 1 Big Lots LLC
CCG Amarillo, LP
Cedar-PC Plaza, LLC
Cedar-Timpany, LLC - Attn:  Brenda J. Walker
Celebration Church
Centereach Mall Associates 605, LLC.
Center-Lynchburg Associates LP
Center-Roanoke Associates
Central Vermont Shopping Center, LLC
Centre Point Investors, LLC
Ceres Marketplace Investors LLC
CF Partners LLC
CFT NV Developments, LLC
CGB Properties Ltd
CGB Properties, LLC
CGCMT 2006-C4 - 5522 Shaffer Rd LLC
CGMA Dennis Port LLC
Chalmette Mall, LP
Champion Hills
Chapman Commons, LLC
Cherokee Plaza Investors, LLC
Chester C & Joann Kerstein
Chili MZL LLC
Chub Associates
Cicero 8148 LLC
Cielo Paso Parke Green, LP
Circle 8 Properties
Circleville Shopping Center, LLC
City of Elkhart
City View Towne Crossing Shopping Center
Claremont Associates
Claremore Blue Starr Investments LLC
Clarksville Square LLC
Clayton Property Management
Cleveland Oh Center LLC
Clover Center Management Corp
Clover Cortez, LLC
Clover Leaf Shopping Center Corporation
Clovis I, LLC
Club Forest Grand Strand, LLC
Clyde J. Peery
CMPC LLC
CNSN Properties, LLC
CO-CO Properties LLC

Cole BG Chester VA, LLC
College Square Associates LLC
Collin Creek Associates, LLC
Colonial Acres Limited Partnership
Colony Marketplace Tenancy In Common
Columbia Group Ltd.
Columbia Northeast, LLC
COLUMBIA PARK RETAIL OWNER, LLC
Commercial Land Development, Inc.
Commodore Realty Inc
Commonwealth Commercial Partners, LLC
Connolly Realty Company
Connor Recreational Center, Inc.
Conrad Urata 4, LLC
Conroad Associates
Core Acquisitions
Core Highland Plaza LLC
Core North Hills LLC
Core Park Plaza LLC
Core Shoppes At Gloucester LLC
Cornelia Retail I LLC
Corridor Market Place, LLC
Corta Stevens Point LLC
Cottonwood Meadow Properties, L.P.,
Country Holdings LLC
Country Khaton
County Club Shops, Inc.
County Line Plaza Realty Associates LP
Courtyard Acquisitions LLC
Covington Group, LLC
Covington Mall LLC
CP Antelope Shops LLC
CP Crossing, LLC
CP Plaza Holdings LLC
CPM Associates, L.P.
CPP Sierra Vista, LLC
CPSC I Limited Partnership
Crestview Corners LLC
CRI New Albany Square, LLC
Crossett Development I, LLC - Attn: J. Tamkin
Crossgates Shopping Center, LLC
Crosspoint Properties LLC
Crossroad Partners, Inc.
Crossroads Shopping Center Investments, LLC
Crossroads Towne Center LLC
Crossroads X, LLC
CRP/CHI Merrillville II Owner, LLC
CSN LLC
Cumberland Square Partners, LLC
Cumberland WVR LLC
Cumming 400, LLC
Cunningham, Mitchell & Rocconi
Curts Realty LLC
Cuyahoga Investments, LLC
CW Park Oaks, LLC
D & L Lowe LP

D&L Ferguson Rentals, LLC
Dade City Shopping Plaza, LLC
Dadre Lake Worth LLC
Dalco Properties Inc
Dam Neck Crossing, LLC
Dangood-RSM, LP
Daniel Development Partnership LLLP
Daniel G Kamin Michigan Enterprises
Daniel G Kamin Middletown Eastgate, LLC
Daniel G Kamin Tacoma, LLC
Daniel G Kamin Yorkshire LLC
Daniel G. Kamin
Daniel G. Kamin Palatine Bridge LLC
Daniels Investment Limited Company
Darby Yard LLC
D'argent Companies, LLC
Dario Pini
Darnestown Road Property L.P.
Dauphin Plaza LLC
David G Hollander Family Limited Partnership
DDR Carolina Pavilion LP
DDR Douglasville Pavilion LLC
DDRM Melbourne S/C, LLC
Dekalb Plaza SPE, LLC
Del Viso, L.L.C.
Delaware Shopping Center, LLC
Delco Development Co. of Hicksville, LP
Delhaize Us Holding Inc
Del-Linden, LLC
Delray Realty Associates, LLC
Delta Silver, LLC
Demoulas Super Markets, Inc
Deptford Associates
Desert Sky Esplanade, LLC
Developer'sLLC
Dew Seven LLC
DGNProperties LLC
DIBA Real Estate Investments LLC
Discount Mini Storage of Ocala LLC
District & Urban (Texas) Inc.
DKR Investments L.L.C.
DKR Investments LLC
DLC Properties LLC
DML Westchase Plaza LP
Dominion Square-Culpeper, LLC
Don R. Ershig, dba Ken's Plaza
Dorchester Realty LLC
Dorsan Developments Limited
Douglasville Pavilion LLC
Dover Delaware Retail LLC
DPS Associates
Drake Rental
DrinkRH
DSM MB I LLC
DSM MB II LLC
DT Route 22 Retail LLC

DTS II Properties, LLC
Durga LLC
Durga Property Management
Durham Plaza Shopping Center, LLC
Dwight W. Broeman
Eagle Enterprises Of Jefferson Inc
Eagle North Hills Shopping Centre LP
Eagle Valley Realty, LP
East Ridge Crossing, LLC
Eastgate Empire, LLC
Eastgrove Shopping Center, LLC
Eastland Inc
Eastpointe Village, LLC
EC Foundation Of Schererville LLC
ECA Buligo Weaverville Partners LP
ECOL Partnership, LLC
Edgewater Partnership LP
Edgewood Isle, LLC
Edifis LJC, LTD
Edifis USC, LLC
Edinburg SRGV LLC
Edison Park, Ltd.
Edmund Terry
Ehden Investments Inc
El Gato Grande Limited Partnership
Electrical Inspection & Servicing
ELI Erlich
Elkin Village Partners, LLC
Elkton Village, LLC
Ella Plaza LP
Elm Holdings 3, LLC
Equity Development Partners, LLC
Ershig Properties INC
Ershig Properties, Inc.
ESAN LLC
Escondido San Juan Retail XVII, LLC
Ethan Conrad
Ethan Conrad Properties
Ethan Conrad Properties Inc
Euclid Shopping Center LLC
Evans Best LLC
Evans Best, LLC
Evansville Partners, LLC
EVP Management LLC
Exeter 16290 NV LLC
Expedition Center, LLC
Expressway Partners, LLC
F & F Investments, LLC
Fairfield Property, LLC
Faison-Ashley Landing, LLC
Family D, LLC
Famvest XXI LM Big Lots LLC
Fayette Pavilion LLC
Fayette Square Investors, LLC
FB Billerica Realty Investors LLC
FC Robson Properties LLC

Fedder Management Corporation
Festival Properties Inc
FH One Inc
Fifth Generation Investments LLC
Fifth/Grand (Holdings), LLC
Finmarc Raleigh LLC
First And Main South No. 1, LLC
First Latrobe Company
First Main Partners, LLC
Fisher's Landing Tenants-In-Common
Five Town Station LLC
Five Trees Realty IndianaC.
Flagler S.C., LLC
Florence View Properties LLC
Florence/SAV, LLC
FL-Tarpon Square-HA, LLC
FOG CP, LLC
Food Lion, LLC
Foothill Luxury Plaza LLC
Forest Hills Investors LLC
Formanco Vastgood Dunmore LLC
Fort Oglethorpe Market Place, LLC
Fort Wayne Matador IndianaC
Fort Williams Square LLC
Forum Holdings, LLC
Founder, Inc.
Foundry Commercial
Four Points Property Management
Fox Run Limited Partnership
Francis Carrington
Franco Property Management
Frank C. Robson Revocable Trust, U/A
Franklin Shoppers Fair Inc
Franklin Square LP
Free & Fashion Asset LLC
Freemont Mall LLC
Freestar Investments, LLC
Frenchtown Shopping Center, LLC
Frontline Real Estate Partners, LLC
Fruitland Plaza, LLC
FW Parkwest LLC
G & J Eugene, LLC
G&I IX Southgate Shopping Center LLC
G&I X Trexler Town MZL LLC
G.G. Garfield Commons 2012 LP
Gainesville Realty Ltd
Galatians, LLC
Gallup Capital, LLC, Gallup H&K, LLC
Garrett Simpsonville Center, LLC
Gary A Morris
Gary Pond
Gastonia Restoration Partners
Gateway Plaza - Front Royal, LLC
Gator Bedford LLC
Gator Clifton Partners, LTD.
Gator Cortlandville Partners

Gator Danville LLC
Gator Fairhaven Partners LTD
Gator Lockport LLC
Gator Sarasota LLC
Gator Swansea Partners, LLLP
Gator Waccamaw Shopp. Ctr Ltd
GB Associates Limited Partnership
GBR Ephrata LLC And Ephrata Holdings LP
GBR Erwin One Limited Liability Company
GBR Greeneville LP
GBR Market Street LLC
GBR Neighborhood Road LLC
GBR North King LLC & Northhampton Holding, LP
GBR Spencerport LLC Brockport 31, LP
GC Ambassador Row LLC
GDC Investment Company
Gemco Sawdust LP
Georgetown Management Co.
Gershenson Realty & Investment LLC
GG Lagrange, LLC
GGCAL RSC LLC
GH2 NSB BB, LLC
Gibraltar Management Co., Inc
Gilroy Village Shopping Center LLC
GK Holiday Village, LLC
GKT University Square Greeley LL2, LLC
Glasgow Retail LLC
GLC-MAP McKinley Trust
Gleason Mall LP
Glenwood Development Co., LLC
Glenwood Plaza, LLC
GMS Management Co Inc
GMS Management OF II, Inc
GNHH LLC
Goal Investment Inc
Golden Mile Marketplace
Goodrich New Hartford LLC
Goodyear Retail I, LLC
Governor Plaza Associates Legal Dept
GPR Investments LLC
Grace Business Holdings, LLC
Grand Central Parkersburg LLC
Gratiot, LLC
Gravois Bluffs III, LLC
Great East Mall Inc
Green Garden Plaza 1989 L.P.
Greenville Associates
Greenwood 153 LLC
GRI-EQY (Concord) LLC
Group Santa Fe, LLC
GSA Plaza LLC
GTR Realty, LLC
Gulf Gate Plaza, LLC
Gumberg Associates-Mifflin County Commons
Gurwicz California Ave, LLC
Guy Properties LLC

GVD Commercial Properties Inc
GWP-Northridge Grove Shopping Center, LP
H/S Waynesboro B.L., LLC
Hager Cabinets
Hall Park LLC
Halpern Enterprises, Inc.
Hambey's Kings Canyon LLC
Hamilton Commons TEI Equities LLC
Hamilton Village Station LLC
Handys Hotels & Rentals
Hangora Limited Liability Company
HAP Property Owner, LP
Harary Group LLC
Hardy Court Shopping Center
Harmony Shopping Plaza LLC
Harold Martin
Harolds Heirs LLC
Harrison 135th St., LLC
Harrison Management Group LLC
Harrison OH Partners, LLC
Hart Estate Investment Company
Hart Properties III, LTD
Harveyco, LLC
Hauck Holdings Alexandria, LLC
Hauck Holdings Cleveland Bld, LLC
Hauppage Properties LLC
Hauppauge Properties LLC
Hauppauge Properties, LLC
Hayford Properties LP
Haymarket Investors LLC
HBL Crest Hill LLC
H-C Niles Developers L.L.C.
HCL 3rd & Bell LLC
HCP Blue Canary LLC
Heights Plaza Partners, LLC
Henderson Investment Co., Inc.
Henry M Turley Jr
Herrera Properties, LLC
HH-Casa Grande, LLC
HH-Laveen, LLC
HH-Poca Fiesta, LLC
Hickory Plaza Shopping Center, Inc.
Hickory SAP LLC
Hidden Valley Mall LLC
Highland And Sterling LLC
Highland Management Company
Hillcrest Shopping Center Equities, LLC
Hinesville Center, LLC
HJH Independence 1 LLC
HKJV, LLC
Hobart Investors LP
Hobby Lobby Stores, Inc.
Hogan Real Estate
Honigman LLP
Hood Commons BSD LLC
Hoover Capital Group, LLC

Horizon Commons, LLC
Houston Triangle II, LLC
Howard Center, LLC
Howell Property Management LLC
Hull-Norlex, LLC
Hunting Creek Retail, LLC
HYG Fremont LLC
Iantha, Inc  -  Attn: Director Of Leasing
IH Sierra Vista LLC
ILF-Cherry Hill, LLC and ALS Cherry Hill, LLC
Imperial Improvements, LLC
Imperial Square LLC
Indian Hills Plaza LLC
Indiana Equities LLC
Indiana West Plaza LP
International Holdings Property Group LLC
Investa Capital LLC
Ipanema Fairview LLC
Ipanema Nomi III LLC
Ireland Biloxi, LTD.
Ireland Lawrence Ltd
Irving Plaza, LLC
Isaac Property Co., LP
Ishaan Rockwood LLC
Ishaan Towne Square LLC
Isram Prado, LLC
Isram Village Marketplace, LLC
JA Investment Properties LLC
Jacksonville MZL, LLC
Jahco Keller Crossing LLC
Jajolo Limited Partnership
James A. Craig & Rebecca W. Craig
James C. Koehler
Jara Group LP
Jasmine Meadows Properties LP
Jason Associates, LLC
Jasper Southgate Industries, Inc.
Jbk Ventures, LLC
Jc Warehouse LLC
Jeffers, Danielson, Sonn & Aylward, P.S.
Jefferson Mount Pleasant Ltd
Jeffnan USA, Inc.
Jeffrey T. Oberman, Esq.
Jensen F. Cheng and Jade Cheng
Jerald L. Moss
Jewell Square RLLP
JFP-AG/Roswell, LLC
JHR Sumner Place Shopping Center, LLC
JLY Realty Co., LLC
Joatmon LLC
Joe Amato East End Centre, LP
Joffe Properties LP
Johnann LLC
Johnson Acquisition Corp.
Johnston Square Center, L.L.C.
Jones Lang Lasalle Americas, Inc.

Jonnet Development Corporation
Jordan & Riddle, LLC
Joseph D Hammerschmidt Co
Joseph Navarre Plaza LLC
JPMCC 2007-LDP12 South Expressway 83, LLC
JPMCC 2016-JP4 Knights Road LLC
Justwater, LLC
K. M. Biggs, Incorporated
KA AT Fairless LP
KACI WSC, LLC
KAMS Partners LP
KDS Associates, L.L.C.
Kearns Property Company, L.L.C.
Kennedy Mall, Ltd
Kent Holding, LLC
Khan Properties Inc
Khanh Quang Tran
Kilgore Realty Company, Inc.
Kimco
Kimco Coral Springs 623 LLC
Kin Properties
Kin Properties, Inc
Kin Properties, Inc.
Kinton Land And Bison LLC
KIR Montebello LP
KIR Tampa 003, LLC
Kirkland & Ellis LLP
Kite Realty Group, L.P.
KLP Burien Town Plaza LLC
KM of Chesapeake, Virginia, L.P.
KR Collegetown, LLC
Kraus-Anderson, Incorporated
KRG Houston New Forest, LLC
KRG Las Vegas Centennial Center, LLC
Kroger Center Morehead LLC
Kroger Limited Partnership I
K-VA-T Food Stores Inc
L & R Real Estate LLC
LA Retail 1, LLC
Lafayette Place OMV, LLC
Lafayette Station LLC
Lake Geneva Center, LLC
Lake Mead Development, LLC
Lake Murray Center, LLC
Lakeview Pkwy Ventures LLC
Landmark Square, L.P.
Lane Land Company, Inc.
Lansing Mart Associates, LLC
Larsen Land & Development Co. LC
Larson Family Real Estate LLLP
Latonia Commerce, LLC
Laurel Pioneer LLC
Law Offices of David Skrilow
Law Offices of Trudi J Lesser
Lawrenceville Commercial Properties, LLC
LBBX RE LLC

LCVB LLC
Leathery Family Enterprises, Ltd
Lebanon Marketplace Center LLC
Lee's Crossing SDC LLC
Leevers Development LLC
LEJ Properties, LLC
Lenoir 2019 LLC
Leonka LLC
Levert-St. John, Inc.
Levin & Oberman II
Levin Properties, LP
Lewiston Center Equities LLC
Lexington, (Village), UY, LLC
Libby-Beechmont Properties LTD
Lillian S. Fitzgibbon Limited
Lima Eastgate, L.L.C.
Lincoln Bancorp LLC
Linda Barrett Properties, LLC
Lindsey Properties, LLC
LIT Industrial Limited Partnership
Litchfield Crossing LLC
Livonia Centers LLC
LJG Greenwich NY LLC
Lone Star Equities INC
Louis Wiener
Lowell D. Salesin, Esq.
Lowell D. Salesin, Honigman Miller Schwartz and
Cohn LLP
LRC Magic Investors LTD
Lubbock Commons Group LLC
LV Retail LLC
Lynngate, LLC
M&T Bank
M.B.D. Properties, LLC
Madeira Plaza Power LLC
Main/OST LTD.
Malon D. Mimms
Malone Plaza Partners LLC
Mapes Ranch Investments, LLC
Maplewood Plaza
Mardesich Company Camden, LLC
Marion Forum, LLC
Marion Properties LLC
Mariposa Plaza LLC
Market On Cherry
Market Square Shopping Center, LLC
Marketplace Associates, LLC
Marshall Crossroads Realty LLC
Martinsburg Center Associates LLC
Marysville Town Center
Massena Hhsc, Inc.
Mathias Shopping Centers, Inc
Mattatuck Investors LLC
Matthew Drive Realty LLC
Matthews Festival, LP
Maxwell Pointe, LLC

Mays SDC LLC
MBM Investments LLC
MC AZ Grand Village LLC
Mcanly Commercial Properties
MCBH Parkway Crossing, LLC
McCordick Properties
McGregor Pointe Shopping Center, LLC
McKnight Northland, LLC
MCM II LLC
MC-NC, LLC
MD Development Group LLC
MDC Coast 17, LLC
MDC Coast 18, LLC
MDC Coastal 5, LLC
MDG Strategic Acquisition LLC
MDR Lancer LLC
Meadowbrook V LP
Mentor Property LLC
Merchants Square I LLC
Merchants Square of Dallas, LLC
Mericle Properties, LLC
Meriden Associates LLC
Mesilla Valley Business Partners, LLC
Methuen Venture Limited Partnership
MFBG Port Huron LLC
MFW Associates
Michael Debo and Janice Debo
Michalsen Properties LLC
Michigan City Plaza Limited Partnership
Mid Valley Improvements Owner LLC
MIDAMCO
MIDEB Nominees, Inc.
Midgard Self Storage Jacksonville FL, LLC
Mifflin Penn Realty LLC
Milelli Realty-Lehigh Street, L.L.C.
Milford Associates
Milford Center LLC
Millan Enterprises
Millan Holdings, LLC
Miller Starr Regalia
Millstone Commercial LLC
Millville Equity Investments, LLC
Milwaukee Falls LLC
MIMCO Inc
ML Plaza LLC
MMDD Sacramento Project
Moncks Corner Center, LLC
Montgomery Acquisition LP
Montgomery Village LLC
Morehead Plaza, LLC
Morgan Britton LLC
Morris Loan and Investment Co
Morse Road Company-I, LLC
Mosaic Oxbridge Owner, LLC
Mountain View Midstar, LLC
Mr. Jeffrey Reznicki

MSF Gateway, LLC
MSQ Realty LLC
Mt. Airy Prtnshp
N&H Lapeer Limited Partnership
Nacogdoches MP LTD
Nalley Commercial Properties
Nasue LLC
Netstreit LP
New Albany Plaza, LLC
New Boston Retail Group, LLC
New Castle Shopping, LLC
New Enid OK Retail LLC
New Garden Shopping Center LLC
New Port Richey Dvlpmnt Co LLC
Newberry Center, LLC
Newburger-Andes
Newsem Tyrone Gardens Property Owner, LLC
NH Lakeville LLC
Nine Island 11, LLC
NMC Tower LLC
NNM  Realty Trust
NNN REIT, Inc
Nnn Reit, Inc.
Nnn Reit, LP
Noble Management Company
Noble Properties Riverside Ctr, LLC
Noel Waterfall, LLC
Norman D Sloan, Esq
Normandy Square East LLC - Attn: Joyce Tomashot-PM
North First Street Properties
North Griffin Square LLC
North Oak Marketplace 07 A, LLC
North Pointe Centre, LLP
North Strand Associates LLC
Northgate Associates LLC
Northport McFarland Associates, LLC
Northshore Plaza LP
Northtown Shopping Center Inc
Northtowne Associates
Northtowne Plaza Properties LT
NP Invesco, L.L.C.
NP-AC Industrial Holdings, LLC
NS Retail Holdings, LLC
NW Plaza Muncie LLC
Oak Park Square OALC, LLC
Oak Street Real Estate Capital
Oakland Pointe Partners LLC
Oakland Realty Company, Inc.
Oakwood 900 Partners, LLC
Oakwood Plaza Ltd. Ptship
Ogden Plaza, LLC
Olean 2020 LLC
Olive Town Center LLC
Oliveira Plaza SPE, LLC
Omega Sonora LLC

One Glenwood Associates
One Trinity Real Estate
Ontario Gateway SJT Retail
OPG 201, LLC
Orangeburg Realty Ltd
Orangehurst Venture L.P.
Oregon Trail Center Venture, LLC
Orion KCPM LLC
Oroville Plaza Shopping Center, LLC
Oswego Development, LLC
Oxford Development Company
Pablo Station, LLC
Pacific Realty Associates, L.P.
Pacific Resources Associates LLC
Pacific Resources Associates, LLC
Palm Center Associates, LLC
Palms Crossing Town Center, LLC
Palumbo Properties, Inc
Paradise Isle Destin LLC
Paragon Windermere, LLC
Paris Towne Center LLC
Park Forest SWC LTD
Parkridge Main LLC
Parkview Plaza Associates, LLC
Parma Heights Partners, LLC
Pasan LLC
Pathfinder Patterson Place, LLC
Pathfinder Twin Creek, L.L.C.
Pax River Village Center, LLC
Pea Ridge Partners, LLC
Peace And Grace Realty, LLC
Pearland Hwy 35 LP
Pengould LLC
Penmark Frostburg Holdings LLC
Pensacola Corners LLC
Pero & Anka Margaretic
Perry's Inc.
Perth Plaza Associates LLC
Peter P Bollinger Investment Company
Peters Enterprises LLC
Petite Esplanade Covington, L.L.C.
PF Properties Mesa Commons, LLC
PGP Cleveland Corners Operations LLC
PGP Savannah Operations LLC
PH5B, LLC
Phenix City Sqare LLC
Phillipsburg Greenwich, LLC
Phoenix Dobson LLC
Pilchers North Park Limited
Pinnacle Properties II, LLC
Pintzuk Organization
Pipestone Plaza LLC
Plainfield Associates
Plankview Green Development, LLC
Plant City Plaza Holdings LLC
Plattsburgh Plaza, LLC

Plaza 15 Realty LLC
Plaza At Buckland Hills, LLC
Plaza At Speedway, LLC
Plaza North Investors LLC
Plaza On The Green, LLC
Plaza Shopping Centers
Pleasant Valley Shoppg Ctr Ltd
PMAT North Heights, LLC
PMAT Village Plaza, LLC
PMRE LLC
Polen Development LLC
Pomeroy Enterprises LLC
Poplin Place LLC
Port Angeles Plaza Associates, LLC
Port Orange Retail I, LLC
Portage Center, LLC
Porterwood Shopping Center Investments, LLC
PPE Five Associates
Pratt Street Capital, LLC
Premiere Place Shopping Center, LLC
Premium Asset Management Inc
Prime Commercial Partners Southtowne LLC
Prospect Colerain LLC
Protective Life Insurance Company
PRP Buffalo LLC
Prudent Growth Operations LLC
Prudential Growth Operations, LLC
PS Lompoc LLC
PSM Properties LLC
PTR Investments LLC
Putnam Centre Associates, LLC
PZ Southern Limited Partnership
Quincy King Development Co
R & A Properties
R.K. Hallandale LP & 17070 Collins Ave SC, Ltd
R.L. Wittbold - New Philadelphia
RAF Salina LLC
Rainbow Plaza Associates Ltd
Rajkamal Deol
Raleigh Enterprises, LLC
Ralph Horowitz
Ramsey Pike, LLC
RAR2 Bethel Industrial LLC
Raynham Crossing Limited Partnership
Ray's Family Center, Inc.
RCC Crossroads, LLC
RCC Eastgate, LLC
RCC Shenandoah Plaza, LLC
RCG Mansfield LLC
RCG-Chillicothe, LLC
RCG-Gainesville VII LLC
RCG-North Little Rock VII, LLC
RCG-Pascagoula, LLC
RD Palmera LP
Realty Income Properties 16, LLC
Realty Income Properties 21, LLC

Realty Income Properties 23, LLC
Realty Income Properties 30, LLC
Realty Income Properties 4, LLC
Ream's Food Stores
Red Mountain Asset Fund I, LLC
Regency Commercial Associates LLC
Regency CSP IV LLC
Regency Hannibal LLC
Regency Madbedsey LLC
Regency Mount Vernon LLC
Regency Summersville LLC
Regent Park Properties LP
REO Fundit 3 Asset LLC
Retail Center Partners, LTD.
Revenue Prop. Gonzales L.P. - Attn: Lease Admin
Rhino Holdings Houma LLC
Rhino Holdings Pueblo, LLC
RI - Grants Pass, LLC
RI-Atascadero, LLC
Richard Klement East LLC
Richmond Commons LLC
Rim Country Mall SPE, LLC
Rio Grande Investment INC
Rio Rancho Of New Mexico LP
Rising Sun Owner, LP
Ritchie Hill, LLC
River Oaks Properties LTD
River Oaks Shopping Center LLC
River Park Properties LLC
River South Commons, LLC
Riverland Development Company, LLC
Rivermart, LLC
Riverwood Ruskin, LLC
RJB Enterprises LLC
Roberts Crossing LLC
Robinson, Bradshaw & Hinson, P.A.
Rochester Plaza Associates, LLC
Rockmoor Town West
Rockridge Plaza Shopping Center LP
Rockwall Central Appraisal District
Rodeo Inn Lynnwood Inc
ROF Grandville LLC
ROIC California, LLC
ROIC Washington, LLC
ROP North Hills Crossing, LLC
Roswell Town Center, LLC
Roxborough Associates LLC
RP Sansom, LP
RPI Courtyard LTD
RPI Overland, LTD
RPI Ridgmar Town Square, Ltd
RPT Realty LP
RPT Spring Meadows LLC
RR Huntsville, LLC,
RREF IV D Mlvn PA LLC
RSH, LLC

RTC Wade Green LLC
Ruby Property Corporation
Rushmore Crossing Associates, LLC
Russ Avenue Plaza LLC
Russell Bruzzone
Russell E. Fluter
Rvs Realty, LLC
Ryba Real Estate, Inc
Rynalco, Inc.
S & M Investors, LLC
S.R. 170 Properties, LLC
Safeway Inc.
Safeway Inc. Attn: Real Estate Law
Safeway, Inc.
SAJ Associates, LLC
Salisbury Holdings, L.P.
Salisbury Promenade, LLC
Salomon Wainberg nd Olga Wainberg Family Trust
Santan MP, LP
Santay Realty Of Hagerstown
Sapala Memphis LLC
Sassan Emral Shaool
Satilla Square Mall LLC
Saul Holdings Limited Partnership
Savarina Corporation
Savoy Texas LLC
Saybrook Plaza Shopping Center LLC
SB Retail Group Carlsbad LLC
Schwartz Torrance Company LLC
Scot Luther
Scottsdale Fiesta Retail Center, LLC
SD-Sahuarita Properties, LLC
Seaview Acquisition, LLC
Seekonk Shopping Center Equities II, LLC
Select Strategies - HH, LLC
Select Strategies-Brokerage, LLC
Selective API One LLC
Select-Kings Highway LLC - Attn: Lease Admin
Select-Wesmark Plaza LLC - Attn: Garrison Central
Select-West Market Plaza LLC - Attn: Tracy Combs
Sembler Family Land Trust
Seminole Properties LLC
Seth Markowitz, P.C.
Seven Players Club Drive, LLC
Sevierville Forks Partners, LLC
Seville Plaza, LLC
SFH, LLC
Shabani & Shabani, LLP
Shami Enterprises LLC
Shaw-Marty Associates
Sheila L. Ortloff, Trustee of the Shelbyville Partners, LLC
Sherwood Oaks Shopping Center LP
Shoppes Greenwood, LLC
Shops At Coopers Grove, LLC
Shops At Newberry DE LLC

Shores - White, LLC
Show Low Yale Casitas, LLC
Shreve City LLC
Shurmer Strongsville, LLC
Siegen Village Shopping Center, LLC
Silver Bridge LP
Silver Hamilton, LLC
Site Centers Corp.
SJS Town Center, LLC
SKSO PROPERTIES IndianaC.
Sky Crossroads LLC
Sky New York Holdings LLC
SL & MLX, LLC
SL Lapwing LLC
Soar Management Inc
Somers Point Builders, Inc.
South Central Industrial Properties XIV, L.P.
South Hill Village, LLC
South Landings Tei Inv. LLC - Attn: M. Schladensky
South Loop Shopping Center, Ltd
South Oaks Station LLC
South Plaza Associates, LLC
South Square Shopping Center, LLC
South Star Investments LLC
Southeast Partners
Southern Hills Center Ltd
Southgate Plaza, LLC
Southgate Shopping Center
Southgate Shopping Center LLP
Southpoint Plaza Shopping Center
Southridge Associates, LLC
Southwest Property Management, Inc.
Southwestern Investments, LLC
Southwood Plaza, LLC
Spanish Crossroads Dunhill LLC
SPI Largo Village, LLC
Spindale Retail I LLC
Spirit Master Funding IV, LLC
Spirit Realty LP
SPL Leland Avenue LLC
Spring Creek Center II LLC
Spring Park Property Owner, LLC
Springhill Two LLC
SR Huntsville, LLC
SSI Northside LLC
ST Marys Square Business Complex LLC
ST Vincent DePaul Stores INC
ST. Charles Plaza LLC
ST. Joseph Northgate LLC
ST. Matthews Pavilion, LLC
Sterling Park Shopping Center, LP
Stockman Lands Inc
Stone Mountain Square Shopping Center LLC
STS Equity Partners LLC
Suburban Realty Joint Venture
Summer Center Commons, LLC

Summit Northwest Village, LLC
Summit Properties Partnership
Sun Lakes Plaza Associates
Sun Plaza Shops, LLC
Sun Point SDC, LLC
Sunnyhills Associates
Super Gas & Food Mart, Inc.
Supervalu Inc
Susan P. French Revocable Trust
Suso 5 Creekwood LP
SVAP Pompano Citi Centre, L.P.
SVS Hospitality Inc
SVSC Holdings LP
SV-State Line, LLC
SW Warsaw LLC
SWG-Terre Haute, LLC
Tahoma Vista Venture LLC
Tal Mor
Talenfeld Properties, LP
Tanque Verde Center LLC
Tatum Venture, LLC, dba Tatum Venture Arizona
LLC
Taylor Callahan
TBF Group Fondulac LLC
TBF Group Penn Hills LLC
TBF Group Sutters Creek, LLC
TBP Buckingham LLC
TC Norman Investments
Tejas Corporation
Ten East Partners, LP
Tenth Street Building Corporation
Terrana Law P.C.
Teton Venture, LLC
The Deerfield Company, Inc.
The Grewe Limited Partnership
The Grove Shops LLC
The HLE Group LLC
The Kroger Company
The Leathery Company
The North Los Altos Shopping Center
The Point Investment, L.L.C.
The Shops At England Run, Inc.
The Shops At England Run, LLC
The Southern Benedictine Society
The Stop & Shop Supermarket Co., LLC
The View at Marlton LLC
THF Greengate East Development, LP
THF Paducah Development , LP
Thompson Hills Investment Corp
Thomson Plaza Shopping Center, LLC
Tifton Retail I LLC
Times Square Realty LLC
TJ Elite Properties LLC
TKG Norwichtown Commons LLC
TKG Sheridan Crossing Development, LLC
TMC LLC

TMS McCarthy LP
TN Equities LLC
Todd Shopping Center, LLC
Tomball Plaza, LLC
Top Home LLC
Tower Plaza IndianaC
Tower Ventures CRE LLC
Town 'N' Country Plaza, LP
Town Square L.P.
Town West Realty, Inc.
Towne Center Investments LLC
TPI Cassinelli Manager LLC
Trailridge Center, L.P.
Tranel IndianaC.
Tred Avon, LLC
Trent J Taylor, Esq
Tri & Tammy Doan
Tri Marsh Realty LLC
Triangle Square, LLC
Trifecta Capital LLC
Trifur Partners, LP
Trigroup Properties LLC
Triledo Sanford LLC
Triple Bar Columbia Marketplace, LLC
Triple Kap Realty Corp
Tropicana Palm Plaza, LLC
Trotters Enterprises LLC
TRU 2005 RE I, LLC
Trussville Promenade I Owner, LLC
TSCA-255, LLC
Turfway Plaza Associates LLC
Twenty First Properties Inc
Twin Rivers Equity Partners LLC
Two Center Corp
Tyler Center LLC
U & Me Hershey LLC
UE Hudson Mall Holding LLC
UE Revere LLC
Unison Mooresville, LLC
Universal Guaranty Life Ins Co Inc
University Park Associates LP
Up In The Air LLC
Upper Fork LLC
Upper Glen Street Associates, LLC
Urban Edge Properties
US Properties Group
USPG Portfolio Eight LLC
USPG Portfolio Two, LLC
V 3 OZ West Colonial LLC
V&S Seven Oaks LLC
Valcour Development
Valencia Hills Partners, LP
Value Investment Group Inc
Van Wert RE, LLC
Vande Lay Capital Partners, LLC
Vanyarmouth, LLC

VEI Dundalk LLC
Venture Partners LLC
Vernco Belknap, LLC
Vestal Property, LLC
VH Cleona, LLP
Vila Clark Associates
Village Center, LLC
Village Green Realty L.P.
Village Investment Properties, LLC
Village Marketplace Equity Partners, LLC
Village Shoppers Associates
VSC Associates, LLC
VSC Corporation
Wadsworth Associates
Wallace Properties-Kennewick Plaza LLC
Wal-Mart East, LP
Walnut Avenue Partners, L.L.C.
Walnut Creek Plaza, LLC
Warren Davis Properties XV LLC
Warren Davis Properties XVIII, LLC
Warren L12 LLC
Warren Terra INC
Warwick Denbigh Co
Washington Gardens I & II LP
Washington Gardens I LP
Washington Place Indiana LLC
Waterbridge Orange Blossom, LLC
Waterford Village LLC
Waterstone Southeast Spartan Portfolio, LLC
Watson Central GA LLC
Watt Town Center Retail Partners, LLC
Waynesboro Holdings L.P., GBR West Main LLC and
Waynesburg Associates General Ptnrshp
WC Properties LLC
Wedgewood SC Investors LLC
Wegmans Food Markets, Inc.
Weingarten Nostat LLC
Wenatchee Productions Corporation
Weslaco Palm Plaza LLC
West Boca Center LLC
West Point Partners
West River Shopping Center LLC
West Sahara Equities LLC
West Valley Properties, Inc
Westerman Ball Ederer Miller
Westerman Ball Ederer Miller & Sharfstein, LLP
Western Properties Company
Westerville Square Inc
Westerville Square, Inc.
Westgate Plaza Associates
Westgate Shopping Center, LTD.
Westview Center Associates, L.C.
White Oaks Plaza LLC
WHLR - Rivergate, LLC
WHLR-JANAF, LLC

WILF Law Firm, LLP
William R. Roth Lancaster, LLC
Wilshire Plaza Investors, LLC
Winbrook Management, LLC As Managing Agent
Windsor 15 LLC
Windsor Shopping Center LLP
Windward Partners II Ltd
Winklers Mill, LLC
Winston Salem Haines LLC
Wise County Plaza WVA, LLC
WMSC LLC / Routh Group
WMT Franklin, L.L.C.
Wolf River Run Associates, LLC
Wood Center Properties LLC
Wood Lawrenceburg Center, LLC
Woodberry Plaza, LLC
Woodbridge Crossing Urban Renewal LLC
Woodcock Properties
Woodland Village, LLC
WRD Hanover LP
WRI Freedom Centre, L.P.
WRI Seminole Marketplace, LLC
WRI Trautmann, L.P.
WRP Gateway, LLC
WRP Washington Plaza LLC
Y&C Long Beach
Y&O 240 LLC
Y&O Faulkner LLC
Y&O Town & Country LLC
Yada LLC
Yee Hop Realty, Limited
Yellow Tail Georgia LLC
YLCA Yuba Property LLC
Yolanda Zanchi
Younis Enterprises LLC
Yukon Route 66 II LLC
Yuma Mesa, LLC
Zane C. Hall Family LP
Zanesville OH Retail LLC
Zeisler Morgan Properties Ltd
ZP No 183 LLC
Zuni Albuquerque 2005

**Secured Lenders**
1903 Partners, LLC
1903P Loan Agent, LLC
Banc of America Leasing & Capital, LLC
Bank of America, N.A.
Fifth Third Bank, National Association
Huntington National Bank
MUFG Bank, Ltd.
PNC Bank, National Association
ReStore Capital (BIG), LLC
Tiger Finance, LLC
Truist Bank
U.S. Bank National Association

Wells Fargo Bank, National Association
WhiteHawk Finance LLC

**Shareholders**
BlackRock, Inc.
FMR LLC
Liechtensteinische Landesbank Aktiengesellschaft
The Vanguard Group, Inc.

**Suppliers and Vendors**
Ashley Furniture
Data 2 Logistics
Engie Insight
Geodis USA LLC
Media Storm LLC
Peak Living INC
Procter & Gamble
Sealy INC
Serta INC
Sunjoy Group International PTE LTD

**Taxing Authorities**
Abilene-Taylor County Public Abilene Texas
Account Recovery Services Oxnard California
Ada County Treasurer Boise Idaho
Adams County Health Dept Commerce City Colorado
Adams County Health Dept Quincy Illinois
Adams County Tax Collector Natchez Mississippi
Agricultural Commissioners Office Santa Rosa California
Aiken County South Carolina
Ala Tax Business License Birmingham Alabama
Alabama Department of Revenue
Alabama Dept of Agriculture
Alabama State Treasurer Unclaimed
Alachua County Environmental Gainesville Florida
Alachua County Tax Collector Jacksonville Florida
Alamance County Tax Collector Graham North Carolina
Alameda County Clerk Recorder Oakland California
Alameda County Dept of Alameda California
Alameda County Tax Collector Hayward California
Alaska Dept of Revenue
Albany Dougherty Tax Dept Georgia
Albemarle County Tax Collector Merrifield Virginia
Alberta Recycling Mgmt Authority
Alief Independent School Dist Texas
Allegany County Tax Cumberland Maryland
Alleghany County VA Commissioner Covington Virginia
Allen County Health Department Lima, Ohio
Allen County Treasurer Fort Wayne Indiana
Allied Data Solutions Ads Columbus, Ohio
Altoona Area School Dist Tax

American Appraisal Associates Milwaukee Wisconsin
American Fork City Utah
Anderson County Clerk Clinton Tennessee
Anderson County Treasurer South Carolina
Anne Arundel County Annapolis Maryland
Arapahoe County Tax Collector Littleton Colorado
Arizona Business Gazette Phoenix Arizona
Arizona Corporation Commission
Arizona Department of Economic
Arizona Department of Revenue
Arkansas Dept of Finance & Adm
Arkansas Dept of Health
Arkansas Insurance Department
Arkansas Secretary of State
Arkansas State Plant BD
Armstrong Reshawn Tallahassee Florida
Ascension Parish Tax Collector Gonzales Louisianna
Ashe County Tax CollectorHermitage Pennsylvania
Assessment & Taxation Portland Oregon
Assessor Collector Columbus
Assessor Collector Of Taxes Beaumont Texas
Astabula County Health Dept Jefferson, Ohio
Aston Township Pennsylvania
Aston Township Pittsburgh Pennsylvania
Athens City Tax Collector Tennessee
Athens City-County Health Department
Athens Clark County Dept of Athens Georgia
Atlantic County Division Northfield New Jersey
Auditor Of State Little Rock Arkansas
Auglaize County Auditor Wapakoneta, Ohio
Auglaize County Health Dept Wapakoneta, Ohio
Augusta License & Inspection Georgia
Augusta Municipal Tax Collector Maine
Austell City Tax Collector Georgia
Autauga County Health Department Prattville Alabama
Autauga County Tax Collector Prattville Alabama
B.H.G.S DCA West Sacramento California
Baldwin Co Sales & Use Tax Department Bay Minette Alabama
Baldwin County Judge Of Probate Bay Minette Alabama
Baldwin County Revenue Comm Bay Minette Alabama
Baldwin County Robertsdale Alabama
Baldwin County Tax Commission Atlanta Georgia
Baltimore County Maryland
Baltimore County Tax Collector Maryland
Banks County Commissioners Homer Georgia
Bannock County Treasurer Pocatello Idaho
Barberton City Htl Dept Barberton, Ohio
Barren County Health Dept Glasgow Kentucky
Barren County Tax Collector Glasgow Kentucky
Barren River District Health Bowling Green Kentucky

Bartholomew County Health Dept Columbus Indiana
Bartholomew County Treasurer Columbus Indiana
Bartow County Tax Commissioner Cartersville Georgia
Battlecreek City Treasurer Battle Creek Michigan
Baxter County Collector Mountain Home Arkansas
Bay County Tax Collector Panama City Florida
Beaufort County BeaufortSouth Carolina
Beaufort County Emergency BeaufortSouth Carolina
Beaufort County Treasurer Atlanta Georgia
Beckley-Raleigh County Board Of Beckley West Virginia
Beer & Wine Services Inc Calistoga California
Bell County Environmental Pineville Kentucky
Bell County Public Health Temple, Ohio
Bell County Sheriff Pineville Kentucky
Bellevue City Tax Collector Bellevue Kentucky
Belmont County Health Dept Saint Clairsville, Ohio
Belmont County Treasurer Saint Clairsville, Ohio
Benton County Bentonville Arkansas
Benton County Tax Collector Kennewick Washington
Benton Franklin District Health Kennewick Washington
Benton Twp Treasurer (Berrien) Benton Harbor Michigan
Berkeley County Health Dept Martinsburg West Virginia
Berkheimer Associates Exton Pennsylvania
Berkheimer Hab Misc Lehigh Valley Pennsylvania
Berks E I T Bureau Wyomissing Pennsylvania
Bernalillo County Tax Collector Albuquerque New Mexico
Bexar County Clerk San Antonio Texas
Bexar County Tax Assessor-Collector -San Antonio Texas
Bill English Probate Judge Opelika Alabama
Billerica Health Department Billerica Massachusetts
Bismark Burleigh Public Health Bismark North Dakota
Black Hawk County Health Waterloo Iowa
Blount County Clerk Maryville Tennessee
Blount County Trustee Maryville Tennessee
Board Of County Commissioners Miami Florida
Board Of Equalization Sacramento, Ca
Bonneville County Treasurer Idaho Falls Idaho
Booher & Associates Lewistown Pennsylvania
Boone County Collector Of Revenue Columbia Missouri
Boone County Tax Collector Harrison Arkansas
Boone County Treasurer Indianapolis Indiana
Borough ofChambersburg Chambersburg Pennsylvania
Borough of Clifton Heights Clifton Heights Pennsylvania
Borough of Dunmore Pennsylvania

Borough of Paramus New Jersey
Borough of West Hazleton Pennsylvania
Bossier Parish Tax Collector Benton Louisianna
Boulder County Public Health Boulder Colorado
Bowie City Tax Collector (Prince Georges)- Bowie Maryland
Boyle County Sheriff Danville Kentucky
Bradley County Trustees Office Cleveland Tennessee
Brazoria County Clerk Angleton Texas
Brazoria County Tax Assessor-Collector Lake Jackson Texas
Brazos County Clerk Bryan Texas
Brazos County Tax Office Bryan Texas
Bremerton-Kitsap County Bremerton Washington
Brevard County Tax Collector Titusville Florida
Brinsfield Sol Jr Montgomery Alabama
Bristol City Tax Collector Bristol Tennessee
Broward County Tax Collector Fort Lauderdale Florida
Brown Co Appraisal District Brownwood Texas
Brown County Health Dept Green Bay Wisconsin
Brown County Treasurer Green Bay Wisconsin
Brunswick County Tax Collector Charlotte North Carolina
Brusmak Clement & Harrison Pc Dallas Texas
Bryan County Tax Collector Durant Oklahoma
Buchanan County Collector Of Saint Joseph Missouri
Bucyrus City Health Department Bucyrus, Ohio
Budget Heating & Air Condition Tampa Florida
Buffalo Trace Dist Health Dept Maysville Kentucky
Bullitt County Health Dept Shepherdsville Kentucky
Bulloch County Tax Commissioner Statesboro Georgia
Buncombe County Tax Collector Asheville North Carolina
Bureau of Alcohol Tobacco And Pittsburgh Pennsylvania
Bureau of Home Furnishings Sacramento California
Bureau of Plant Industry Lincoln Nebraska
Bureau of Revenue And Taxation Gretna Louisianna
Bureau of Revenue Collections Baltimore Maryland
Burke County Tax Collector Charlotte North Carolina
Burlington City Tax Collector Burlington North Carolina
Butler County Collector Poplar Bluff Missouri
Butte County Clerk Oroville California
Butte County Tax Collector Oroville California
Cabarrus County Tax Collector Charlotte North Carolina
Cabell County Sheriff Huntington West Virginia
Cabell-Huntington Health Dept Huntington West Virginia
Cache County Assessor Logan Utah
Caddo Parish Sheriff's Office Shreveport Louisianna

Calcasieu Parish Tax Collector Lake Charles Louisianna
Caldwell County Register Of Deeds Lenoir North Carolina
Caldwell County Tax Collector Lenoir North Carolina
Caledonia Township Treasurer Corunna Michigan
Calhoun County License Anniston Alabama
California Dept of Public Health Sacramento California
California Secretary Of State Sacramento California
California Travel And Tourism Sacramento California
Calloway County Health Dept Murray Kentucky
Calloway County Tax Collector Murray Kentucky
Calrecycle Sacramento California
Calvert County Health Dept Prince Frederick Maryland
Calvert County Tax Collector Prince Frederick Maryland
Camden County Treasurer Blackwood New Jersey
Campbell County Fiscal Court Cincinnati, Ohio
Campbell County Tax Collector Jacksboro Tennessee
Campbell County Tax Collector Newport Kentucky
Campbellsville Ind School Campbellsville Kentucky
Canadian County Treasurer El Reno Oklahoma
Canadian/Ref/Tax Brantford, ON
Canyon County Tax Collector Caldwell Idaho
Cape Giradeau County Collector Jackson Missouri
Cape Girardeau County Public Cape Girardeau Missouri
Cape May Co Dept of Health Cape May Court House New Jersey
Caro Community Schools Caro Michigan
Carroll County Health Dept Bur Westminster Maryland
Carroll County Tax Collector Westminster Maryland
Carrollton-Farmers Branch ISD Tax Office Dallas Texas
Carson City Treasurer Carson City Nevada
Carter County Treasurer Ardmore Oklahoma
Carter County Trustee Elizabethton Tennessee
Carteret County Tax Collector Beaufort North Carolina
Cascade County Treasurer Great Falls,  MT
Cashier Fld California Dept of Sacramento California
Casper County Health Dept Casper, WY
Cass County Collector Harrisonville Missouri
Cass County Health Dept Logansport Indiana
Catawba County Tax Collector Charlotte North Carolina
Cathedral City Cathedral City California
Catoosa County Tax Commissioner Ringgold Georgia
CCA-Municipal Income Tax Cleveland, Ohio
CCDB-Fire Prevention Bureau Las Vegas Nevada

CDFA Sacramento California
Cecil County Health Department Elkton Maryland
Cecil County Treasurers Office Elkton Maryland
Cedar City Cedar City Utah
CEI Florida Inc Debary Florida
Cellville City Clerk Belleville, Illinois
Central Connecticut Health Dis Rocky Hill Connecticut
Central District Health Dept Boise Idaho
Central Tax Bureau Bridgeville Pennsylvania
Central Tax Bureau Of PA Burgettstown Pennsylvania
Central Tax Bureau Of PA Inc Youngwood Pennsylvania
Central Tax Bureau Of PA McKees Rocks Pennsylvania
Champaign Health District Urbana, Ohio
Charles County Health Dept White Plains Maryland
Charles County Tax Collector La Plata Maryland
Charleston Co Treasurer Charlotte North Carolina
Charlotte County Board Of Port Charlotte Florida
Charter Township Of Clinton Township Michigan
Charter Township Of Meridian (Ingham) Okemos Michigan
Charter Township Of Union Mt Pleasant Michigan
Charter Twp Of Shelby Detroit Michigan
Chattanooga City Treasurer Chattanooga Tennessee
Chaves County Treasurer Roswell New Mexico
Chelan County Treasurer Wenatchee Washington
Cherokee County Tax Collector Murphy North Carolina
Cherokee County Tax Comm Canton Georgia
Cherokee County Treasurer Atlanta Georgia
Chesapeake City Tax Collector Chesapeake Virginia
Chester County Treasurer ChesterSouth Carolina
Chesterfield County Chesterfield Virginia
Chesterfield County Tax Collector Chesterfield Virginia
Chesterfield County Treasurer Charlotte North Carolina
Chesterfield Township Chesterfield Michigan
Chicago Dept of Revenue Chicago, Illinois
Chico Enterprise Record Chico California
Christian County Tax Collector Hopkinsville Kentucky
Cincinnati Income Tax Bureau Cincinnati, Ohio
Circuit Court Clerk Culpepper Virginia
Circuit Court For Charles Cnty La Plata Maryland
City  Of Gaylord Michigan
City And County of Denver Dallas Texas
City And County of San Francisco San Francisco California
City Auditor West Fargo North Dakota
City Collector Kansas City Missouri
City County Tax Commissioner Macon Georgia
City Hall Waynesboro Georgia

City Income Tax Bureau Allegheny College Pennsylvania
City of  Canada Flintridge La Canada Flintridge California
City of Abilene Texas
City of Adamsville Alabama
City of Aiken AikenSouth Carolina
City of Alamogordo New Mexico
City of Alcoa Tennessee
City of Alexandria Louisianna
City of Allen Texas
City of Allentown Pennsylvania
City of Alpharetta Georgia
City of Alpharetta Atlanta Georgia
City of Amarillo Health Dept. Amarillo Texas
City of Anaheim California
City of Andalusia Alabama
City of Anderson California
City of Anniston Alabama
City of Antioch California
City of Appleton Wisconsin
City of Arcadia California
City of Arlington Health Dept Arlington Texas
City of Arnold Missouri
City of Ashland Kentucky
City of Atascadero California
City of Athens Alabama
City of Athens Sales Tax Div Hartselle Alabama
City of Attleboro Connecticut
City of Attleboro Massachusetts
City of Attleboro Woburn Massachusetts
City of Atwater Fresno California
City of Auburn Alabama
City of Auburn Maine
City of Auburndale Florida
City of Austell Georgia
City of Avon Park Avon Park Florida
City of Azusa California
City of Baker Louisiana
City of Ballwin Missouri
City of Banning California
City of Barstow California
City of Baton Rouge Baton Rouge Louisianna
City of Baytown Texas
City of Beaufort BeaufortSouth Carolina
City of Beaumont California
City of Beaverton Oregon
City of Beckley West Virginia
City of Bellflower California
City of Bessemer Alabama
City of Bethlehem Pennsylvania
City of Biddeford Brattleboro, VT
City of Birmingham Alabama
City of Bloomington, Illinois
City of Boaz Alabama
City of Bonita Springs Bonita Springs Florida

City of Bossier City Louisianna
City of Boulder Colorado
City of Boynton Beach Boynton Beach Florida
City of Brandenburg Kentucky
City of Branson Missouri
City of Bristol Tennessee
City of Brook Park Brook Park, Ohio
City of Brooklyn Center Minneapolis Minnesota
City of Brownsville Texas
City of Brownwood Texas
City of Brunswick Georgia
City of Buena Park Buena Park California
City of Buffalo, New York
City of Buford Georgia
City of Bullhead City Bullhead City Arizona
City of Burien Washington
City of Burleson Texas
City of Burton Michigan
City of Byron Georgia
City of Calexico California
City of Calhoun Georgia
City of Callaway Florida
City of Calumet City Calumet City, Illinois
City of Camarillo California
City of Camden South Carolina
City of Campbell California
City of Campbellsville Kentucky
City of Cape Girardeau Cape Girardeau Missouri
City of Carrollton Texas
City of Casselberry Florida
City of Ceres California
City of Chandler Arizona
City of Charleston West Virginia
City of Charleston West Virginia
City of Charleston South Carolina
City of Charlotte North Carolina
City of Charlottesville Treas Charlottesville Virginia
City of Chattanooga Tennessee
City of Chesterfield Missouri
City of Chico Los Angeles California
City of Chino California
City of Chino Hills Chino Hills California
City of Citrus Heights Citrus Heights California
City of Clarksville Saint Louis Missouri
City of Clearwater Florida
City of Cleburne Texas
City of Clewiston Florida
City of Clinton Mississippi
City of Clinton Tennessee
City of Clovis New Mexico
City of Coal Run Village Pikeville Kentucky
City of Coldwater Tax Coldwater Michigan
City of Columbia South Carolina
City of Columbus, Ohio
City of Concord California
City of Concord North Carolina

City of Concord Tax Collector Charlotte North Carolina
City of Conyers Georgia
City of Coral Springs Coral Springs Florida
City of Corinth Tax Dept Corinth Mississippi
City of Cornelia Georgia
City of Corona California
City of Corsicana Texas
City of Corsicana Tax Office Corsicana Texas
City of Covington Georgia
City of Covington Kentucky
City of Covington Louisianna
City of Crest Hill Crest Hill, Illinois
City of Crestview Florida
City of Crystal Lake Crystal Lake, Illinois
City of Crystal River Crystal River Florida
City of Cudahy California
City of Cudahy Wisconsin
City of Culver City Fresno California
City of Cumberland Maryland
City of Cumming Georgia
City of Cuyahoga Falls Cuyahoga Falls, Ohio
City of Cynthiana Kentucky
City of Dade City Dade City Florida
City of Dallas Georgia
City of Dallas Texas
City of Dalton Georgia
City of Danville Virginia
City of Davenport Iowa
City of De Pere De Pere Wisconsin
City of Decatur Birmingham Alabama
City of Decatur Alabama
City of Delray Beach Delray Beach Florida
City of Denham Springs Denham Springs Louisiana
City of Denton Dallas Texas
City of Denver Dallas Texas
City of Des Plaines Des Plaines, Illinois
City of Destin Florida
City of D'Urberville Diberville Mississippi
City of Dothan Alabama
City of Douglas Georgia
City of Dover Dept of Inspect Dover Delaware
City of Dublin California
City of Dublin Occupational Tax Dublin Georgia
City of Duluth Georgia
City of Dunn Dun North Carolina
City of Durham North Carolina
City of Easley South Carolina
City of Eden North Carolina
City of Edmond Oklahoma
City of El Centro El Centro California
City of El Dorado El Dorado Arkansas
City of El Paso El Paso Texas
City of Elizabeth City Elizabeth City North Carolina
City of Elizabethton Tennessee
City of Elizabethtown Kentucky

City of Elk Grove Elk Grove California
City of Erie Bureau Of Revenue Baldwin Pennsylvania
City of Erie Bureau Of Revenue Erie Pennsylvania
City of Escondido California
City of Euless Texas
City of Everett Washington
City of Fairfield, Ohio
City of Fairview Heights Fairview Heights, Illinois
City of Fargo North Dakota Fargo North Dakota
City of Ferguson Saint Louis Missouri
City of Fitchburg Board Of Health, Fitchburg Massachusetts
City of Fitchburg Massachusetts
City of Fitchburg Medford Massachusetts
City of Flagstaff Arizona
City of Flagstaff Sales Tax Flagstaff Arizona
City of Flint Michigan
City of Florence Kentucky
City of Folsom California
City of Folsom Fresno California
City of Fontana California
City of Fort Collins-MFI Fort Collins Colorado
City of Fort Meyers Fort Myers Florida
City of Fort Pierce Fort Pierce Florida
City of Fort Smith Fort Smith Arkansas
City of Fort Worth Fort Worth Texas
City of Frankfurt Frankfort Kentucky
City of Franklin Tennessee
City of Franklin Nashville Tennessee
City of Franklin Tax Franklin Tennessee
City of Franklin VA Commissioner Franklin Virginia
City of Frederick Maryland
City of Fredericksburg Treasurer Baltimore Maryland
City of Fremont California
City of Fresno California
City of Fullerton California
City of Gadsden Alabama
City of Gainesville Texas
City of Galax Virginia
City of Gallup New Mexico
City of Garden City Garden City Idaho
City of Gardena California
City of Gardner Bd Of Health Gardner Massachusetts
City of Gardner Massachusetts
City of Garland Texas
City of Garland Health Dept Garland Texas
City of Gastonia North Carolina
City of Georgetown Kentucky
City of Georgetown South Carolina
City of Gilroy California
City of Glasgow Kentucky
City of Glendale Arizona
City of Gonzales Louisianna
City of Goose Creek Goose Creek South Carolina
City of Grand Junction Grand Junction Colorado

City of Grandville Michigan
City of Grants Pass Grants Pass Oregon
City of Greeley Colorado
City of Greenbelt Maryland
City of Greenville North Carolina
City of Greenville Texas
City of Greenwood City Tax Greenwood Mississippi
City of Greer South Carolina
City of Gulfport Mississippi
City of Guntersville Alabama
City of Hallandale Beach Hallandale Florida
City of Hanford California
City of Harlan Kentucky
City of Harlingen Texas
City of Harrison Ohio Tax Harrison, Ohio
City of Harrisonburg Virginia
City of Hartsville South Carolina
City of Hattiesburg City Clerks Off Hattiesburg Mississippi
City of Hawthorne Fresno California
City of Hayward California
City of Hazard Kentucky
City of Hemet California
City of Henderson Nevada
City of Hendersonville Charlotte North Carolina
City of Hendersonville Tennessee
City of Hialeah Miami Florida
City of Hialeah Orlando Florida
City of Highland California
City of Hilliard, Ohio
City of Hillsdale Michigan
City of Hobbs New Mexico
City of Hollywood Florida
City of Homestead Florida
City of Hoover Birmingham Alabama
City of Hopkinsville Kentucky
City of Houston Health & Human Houston Texas
City of Houston Texas
City of Huber Heights Dayton, Ohio
City of Huntington Beach Huntington Beach California
City of Huntsville Alabama
City of Independence Health Dept Independence Missouri
City of Indio California
City of Inglewood California
City of Inverness Florida
City of Irving Texas
City of Jackson Tennessee
City of Jacksonville North Carolina
City of Janesville Wisconsin
City of Jefferson City Missouri
City of Johnson City Johnson City Tennessee
City of Jonesboro City Coll Jonesboro Arkansas
City of Joplin Health Dept Joplin Missouri
City of Joplin Missouri

City of Kankakee, Illinois
City of Kansas City Kansas City Kansas
City of Kansas City Kansas City Missouri
City of Kennewick Washington
City of Kentwood-Tax Kentwood Michigan
City of Kilgore Texas
City of Kingman Arizona
City of La Crosse Treasurer La Crosse Wisconsin
City of La Mesa Business Licen La Mesa California
City of La Verne La Verne California
City of Lacey Washington
City of Lafayette Louisianna
City of Lafollette  Tax La Follette Tennessee
City of Lake Wales Lake Wales Florida
City of Lake Worth Lake Worth Texas
City of Lakeland Florida
City of Lakewood Denver Colorado
City of Lakewood Finance Dept Lakewood
California
City of Lakewood Washington
City of Lancaster Fresno California
City of Lancaster South Carolina
City of Lapeer Treasurer Lapeer Michigan
City of Laredo Health Dept Laredo Texas
City of Laredo Texas
City of Las Vegas Los Angeles California
City of Lauderdale Lakes Fort Lauderdale Florida
City of Lauderhill Florida
City of Laurinburg North Carolina
City of La Vista Nebraska
City of Lawrenceburg Tennessee
City of Lawrenceville/Tax Lawrenceville Georgia
City of Lawton Oklahoma
City of Layton Utah
City of Leadington Missouri
City of Lebanon Tennessee
City of Lebanon, Ohio
City of Lees Summit Lee's Summit Missouri
City of Leesburg Florida
City of Lewisville Texas
City of Lincoln Park Lincoln Park Michigan
City of Livonia Michigan
City of Lodi Fresno California
City of Lomita California
City of Long Beach Long Beach California
City of Longmont Colorado
City of Longview Washington
City of Lorain Health Dept Lorain, Ohio
City of Los Angeles Los Angeles California
City of Los Angeles Ofc Of Los Angeles California
City of Los Angeles Pasadena California
City of Los Banos Los Banos California
City of Louisville Colorado
City of Loveland Sales Tax Adm Loveland Colorado
City of Lubbock Texas
City of Lumberton North Carolina

City of Lynchburg Virginia
City of Lynn Massachusetts
City of Madera California
City of Madison Heights Madison Heights Michigan
City of Madison Inspect Unit Madison Wisconsin
City of Madison Treasurer Madison Wisconsin
City of Madisonville Kentucky
City of Mansfield, Ohio
City of Maplewood Saint Louis Missouri
City of Marion North Carolina
City of Marquette Michigan
City of Martin Business License Martin Tennessee
City of McAllen Health Dept McAllen Texas
City of McAllen Texas
City of McAllen Tax Office Texas
City of McKinney Code Svc/Food McKinney Texas
City of McKinney Texas
City of McMinnville Tennessee
City of Memphis, Tennessee Memphis Tennessee
City of Merced California
City of Mesa Arizona
City of Mesquite Texas
City of Mesquite-Health Dept Mesquite Texas
City of Methuen Massachusetts
City of Miami Gardens Miami Gardens Florida
City of Miami Florida
City of Middlesborough Middlesboro Kentucky
City of Middletown Connecticut
City of Middletown, Ohio
City of Midland Texas
City of Milford Cincinnati, Ohio
City of Milford Health Dept Milford Connecticut
City of Milford Delaware
City of Milledgeville Georgia
City of Milpitas California
City of Milton Florida
City of Milwaukee Wisconsin
City of Mobile Birmingham Alabama
City of Mobile Alabama
City of Modesto California
City of Moline, Illinois
City of Monroe Georgia
City of Montebello Fresno California
City of Montgomery Birmingham Alabama
City of Montgomery Alabama
City of Monticello Kentucky
City of Mount Pleasant Mount Pleasant Texas
City of Mount Sterling Mount Sterling Kentucky
City of Murray Kentucky
City of Murrieta California
City of Muscle Shoals Muscle Shoals Alabama
City of Muskegon Chicago, Illinois
City of Muskegon Michigan
City of Muskogee Oklahoma
City of Myrtle Beach Myrtle Beach South Carolina
City of Nacogdoches Texas

City of Nashua New Hampshire
City of Natchez Mississippi
City of New Bern Tax Collector Charlotte North
Carolina
City of New Braunfels Texas
City of New Iberia New Iberia, LA
City of New Orleans New Orleans, La
City of New Philadelphia New Philadelphia, Ohio
City of Newark, Ca
City of Newberry, Sc
City of Newnan, Ga
City of Newport, Ky
City of Newport, Tn
City of Newport News Newport News Virginia
City of Nicholasville Kentucky
City of Niles, Ohio
City of Nogales Arizona
City of Norman Oklahoma
City of North Augusta North Augusta South Carolina
City of North Bend North Bend Oregon
City of North Charleston South Carolina
City of North Little Rock North Little Rock Arkansas
City of North Myrtle Beach North Myrtle Beach
South Carolina
City of North Richland Hills North Richland Hills
Texas
City of Northampton Massachusetts
City of Northampton Woburn Massachusetts
City of Northglenn Denver Colorado
City of Northglenn Colorado
City of Novato California
City of Novi Detroit Michigan
City of Oakbrook Terrace Oakbrook Terrace, Illinois
City of Oakland San Francisco California
City of Ocean Springs Mississippi Ocean Springs
Mississippi
City of Ontario California
City of Orangeburg South Carolina
City of Ormond Beach Ormond Beach Florida
City of Oroville California
City of Owensboro Kentucky
City of Oxnard California
City of Paducah Louisville Kentucky
City of Paintsville Kentucky
City of Palatka Florida
City of Palm Bay Palm Bay Florida
City of Palmdale California
City of Paragould Arkansas
City of Paramount California
City of Parma Div Of Tax Cleveland, Ohio
City of Parma Heights Parma Heights, Ohio
City of Pasadena Health Dept Pasadena Texas
City of Pasadena California
City of Pearl Mississippi
City of Pelham Alabama
City of Pembroke Pines Pembroke Pines Florida

City of Peoria, Illinois
City of Petoskey Michigan
City of Philadelphia Pennsylvania
City of Phoenix Arizona
City of Pickerington, Ohio
City of Pine Bluff Pine Bluff Arkansas
City of Pinellas Park Florida
City of Pittsburg Kansas
City of Pittsfield Massachusetts
City of Placentia California
City of Placerville California
City of Plano Texas
City of Plant City Plant City Florida
City of Plantation Fort Lauderdale Florida
City of Pompano Beach Pompano Beach Florida
City of Pontiac Business Licensing Pontiac Michigan
City of Pontiac Detroit Michigan
City of Pontiac Eaton Rapids Michigan
City of Poplar Bluff Poplar Bluff Missouri
City of Port Hueneme Fresno California
City of Port Orange Port Orange Florida
City of Port Orchard Port Orchard Washington
City of Portage Michigan
City of Portland Oregon
City of Portland Treasury Lewiston Maine
City of Poway California
City of Prattville Alabama
City of Prescott Arizona
City of Prestonsburg Kentucky
City of Pueblo Colorado
City of Puyallup Seahurst Washington
City of Rainbow City Rainbow City Alabama
City of Rancho Cucamonga Rancho Cucamonga
California
City of Redlands Fresno California
City of Redlands California
City of Redwood City Redwood City California
City of Reno Nevada
City of Revere Board Of Health Revere
Massachusetts
City of Revere Massachusetts
City of Rialto California
City of Richmond Finance Dept Richmond Kentucky
City of Riverdale Georgia
City of Roanoke Rapids Roanoke Rapids North
Carolina
City of Roanoke Virginia
City of Roanoke Treasurer Roanoke Virginia
City of Rock Hill Rock Hill South Carolina
City of Rockingham Tax Dept Rockingham North
Carolina
City of Rocky Mount Rocky Mount North Carolina
City of Rogers City Clerks Ofc Rogers Arkansas
City of Roswell Dallas Texas
City of Roswell Georgia
City of Roswell New Mexico

City of Rowlett Texas
City of Sacramento California
City of Saginaw Michigan
City of Saint Louis Saint Louis Missouri
City of Salem Income Tax Salem, Ohio
City of Salem Treasurer Salem Virginia
City of Salisbury Maryland
City of San Angelo San Angelo Texas
City of San Clemente San Clemente California
City of San Diego San Diego California
City of San Jose San Francisco California
City of San Jose San Jose California
City of San Juan Capistrano San Juan Capistrano California
City of San Marcos San Marcos California
City of San Pablo San Pablo California
City of Sandy Springs Revenue Sandy Springs Georgia
City of Sanford North Carolina
City of Santa Clara Santa Clara California
City of Santa Fe Springs Santa Fe Springs California
City of Saraland Alabama
City of Sarasota Florida
City of Savannah Georgia
City of Scottsdale Arizona
City of Searcy Arkansas
City of Sedalia Missouri
City of Selma Alabama
City of Seminole Florida
City of Seneca South Carolina
City of Sevierville Tax Sevierville Tennessee
City of Shawnee Kansas
City of Sheboygan Wisconsin
City of Shelbyville Kentucky
City of Shelbyville Tennessee
City of Shepherdsville Ky Shepherdsville Kentucky
City of Show Low Show Low Arizona
City of Shreveport Louisianna
City of Sierra Vista Sierra Vista Arizona
City of Sikeston Missouri
City of Sioux Falls Sioux Falls South Dakota
City of Slidell Louisianna
City of Smyrna Georgia
City of Snellville Georgia
City of Somers Point Somers Point New Jersey
City of South Ogden Bountiful, Ohio
City of South Pasadena South Pasadena California
City of Southaven Mississippi
City of Sparks Nevada
City of Spokane Washington
City of Springdale Arkansas
City of Springfield Dept of Springfield Missouri
City of Springfield Massachusetts
City of Springfield Tennessee
City of Springfield Woburn Massachusetts
City of St Cloud St Cloud Florida

City of St Cloud St Cloud Minnesota
City of St Joseph St Joseph Missouri
City of St Louis Park St Louis Park Minnesota
City of St Matthews Louisville Kentucky
City of St Peters Saint Peters Missouri
City of Starkville Mississippi
City of Statesville North Carolina
City of Staunton Virginia Staunton Virginia
City of Sterling Heights Detroit Michigan
City of Stockbridge Georgia
City of Stonecrest Livonia Georgia
City of Stuart Florida
City of Sugar Hill Sugar Hill Georgia
City of Sugar Land Sugar Lane Texas
City of Sunrise Florida
City of Surprise Arizona
City of Sylacauga Alabama
City of Tallahassee Florida
City of Tampa Florida
City of Tarpon Springs Tarpon Springs Florida
City of Temecula California
City of Tempe Tax Phoenix Arizona
City of Tempe Arizona
City of Terrell Texas
City of Texarkana Texas Texarkana Texas
City of Thomasville Tax Dept Thomasville Georgia
City of Thomson Georgia
City of Thornton Colorado
City of Tiffin, Ohio
City of Tifton Georgia
City of Torrance California
City of Trotwood, Ohio
City of Troy Alabama
City of Tucson Arizona
City of Tulare California
City of Tulsa Dept of Finance Tulsa Oklahoma
City of Tupelo Mississippi
City of Turlock California
City of Tustin California
City of Union City Union City Georgia
City of Union City Union City Tennessee
City of Upland Fresno California
City of Vallejo California
City of Vancouver Washington Vancouver Washington
City of Venice Florida
City of Ventura California
City of Vicksburg Mississippi
City of Victorville California
City of Vienna West Virginia
City of Virginia Beach Treas Virginia Beach Virginia
City of Visalia California
City of Vista California
City of Warner Robins Warner Robins Georgia
City of Warwick Rhode Island
City of Warwick-Tax Boston Massachusetts

City of Waterbury Connecticut
City of Waxahachie Texas
City of Waycross Georgia
City of Waynesboro Park Virginia
City of Weatherford Texas
City of Webster Groves Webster Groves Missouri
City of Webster Texas
City of Wenatchee Washington
City of Weslaco Texas
City of West Allis West Allis Wisconsin
City of West Buechel Louisville Kentucky
City of West Jordan West Jordan Utah
City of West Minster Westminster California
City of West Monroe West Monroe Louisianna
City of West Sacramento West Sacramento
California
City of Westfield Massachusetts
City of Westland Detroit Michigan
City of Westminster Denver Colorado
City of Westminster Maryland
City of Wheat Ridge Wheat Ridge Colorado
City of White Bear Lake Saint Paul Minnesota
City of Whiteville North Carolina
City of Whittier Public Service Whittier California
City of Wichita Kansas
City of Wickliffe, Ohio
City of Windcrest San Antonio Texas
City of Woodstock Georgia
City of Worcester Massachusetts
City of Xenia, Ohio
City of Yuba City California
City of Yucaipa California
City Recorder Mc Minnville Tennessee
City Tax Collector Cleveland Tennessee
City Tax Collector Decherd Tennessee
City Treasurer Fredericksburg Virginia
City Treasurer Hampton Virginia
City Treasurer Louisville Kentucky
City Treasurer Manitowoc Wisconsin
City Treasurer Waynesboro Virginia
City/County of Mobile Birmingham Alabama
Clackamas Co Tax Collector Portland Oregon
Clallam County Treasurer Port Angeles Washington
Claremont City Health Dept Claremont New
Hampshire
Clark County Assessor Las Vegas Nevada
Clark County Clerk Las Vegas Nevada
Clark County Dept of Business Las Vegas Nevada
Clark County Health Dept Vancouver Washington
Clark County Seattle Washington
Clarke County Tax Commissioner Athens Georgia
Clay County Collector Liberty Missouri
Clay County Tax Assessor-Collector Green Cove
Springs Florida
Clayton County Atlanta Georgia
Clear Creek ISD Tax Office Dallas Texas

Clerk Of Circuit Court Easton Maryland
Clerk Of Circuit Court Elkton Maryland
Clerk Of Circuit Court For Centreville Maryland
Clerk Of Circuit Court Frederick Maryland
Clerk Of Circuit Court Manassas Virginia
Clerk Of Circuit Court Prince Frederick Maryland
Clerk Of Circuit Court Salem Virginia
Clerk Of Circuit Court Towson Maryland
Clerk Of Superior Court Waynesboro Georgia
Clerk Of The Court Annapolis Maryland
Clerk's Office Harrisonburg Virginia
Cleveland County Tax Collector Shelby North
Carolina
Cleveland County Treasurer Norman Oklahoma
CLIA Laboratory Program Portland Oregon
Clifton Health Department Clifton New Jersey
Clinton City Tax Collector Clinton Tennessee
Cobb County Tax Collector Marietta, Ga
Cochise County Health Department Wilcox Arizona
Cochise County Treasurer Bisbee Arizona
Cocke County Trustee Newport Tennessee
Coconino County Dept of Health Svcs Flagstaff
Arizona
Coconino County Treasurer Flagstaff, AZ
Coffee County Revenue Comm Elba Alabama
Coffee County Tax Commissioner Douglas Georgia
Coffee County Trustee Manchester Tennessee
Colbert Co Judge Of Probate Tuscumbia Alabama
Colbert County Muscle Shoals Alabama
Colbert County Revenue Comm Tuscumbia Alabama
Cole County Tax Collector Jefferson City Missouri
Collector Of Revenue Camdenton Missouri
Collector Of Revenue Saint Louis Missouri
Collector Of Taxes Wallingford Connecticut
College Township Municipal Office State College
Pennsylvania
Collier County Tax Collector Naples Florida
Collin County Tax Assessor Col McKinney Texas
Colonial Heights Circuit Court Colonial Heights
Virginia
Colony The Colony Texas
Colorado Dept of Agriculture Denver Colorado
Colorado Dept of Agriculture Broomfield Colorado
Colorado Dept of Revenue Denver Colorado
Colorado Dept of Revenue Lakewood Colorado
Colorado State Treasurer Denver Colorado
Colquitt County Tax Commission Moultrie Georgia
Columbia City Tax Collector Columbia Tennessee
Columbia County Clerk Of Courts Evans Georgia
Columbia County Tax Collector Lake City Florida
Columbia County Tax Commissioner Evans Georgia
Columbia Township Jedz Tax Dept Cincinnati, Ohio
Columbiana County Health Dept. Lisbon, Ohio
Columbus Bar Association Columbus, Ohio
Columbus City Treasurer Columbus, Ohio

Columbus County Tax Admn. Whiteville North Carolina
Columbus Law Library Assoc Columbus, Ohio
Comal County Tax Assessor-Collector San Antonio Texas
Comanche Co Treasurer Lawton Oklahoma
Comanche County Health Dept Lawton Oklahoma
Comdisco Inc Des Plaines, Illinois
Commerce Township Treasurer Detroit Michigan
Commission of Revenue Chesapeake Virginia
Commissioner of Insurance Baton Rouge Louisianna
Commissioner of Revenue Danville Virginia
Commissioner of Revenue Hartford Connecticut
Commissioner of Revenue Williamsburg Virginia
Commissioner of The Revenue Charlottesville Virginia
Commissioner of The Revenue Colonial Heights Virginia
Commissioner of The Revenue Leesburg Virginia
Commonwealth Code Inspection Chambersburg Pennsylvania
Commonwealth of Massachusetts Boston Massachusetts
Commonwealth of Massachusetts Danvers Massachusetts
Commonwealth of Pennsylvania Harrisburg Pennsylvania
Commonwealth of Pennsylvania Philadelphia Pennsylvania
Commonwealth of Virginia Richmond Virginia
Comptroller of Florida Tallahassee Florida
Comptroller of The Treasury Annapolis Maryland
Conestoga Valley School Lancaster Pennsylvania
Connecticut Dept of Revenue Hartford Connecticut
Connecticut Secretary Of State Hartford Connecticut
Contra Costa County Concord California
Contra Costa County Tax Collec San Francisco California
Contra Costa County Tax Collector Los Angeles, CA
Contra Costa County Treasurer Martinez California
Contra Costa Health Services Martinez California
Controller Anne Arundel Co Annapolis Maryland
Cook County Dept of Public Health Bridgeview, Illinois
Cook County Treasurer Chicago, Illinois
Cooke Co. Appraisal District Gainesville Texas
Cooke County Tax Dept Gainesville Texas
Cookeville City Tax Collector Cookeville Tennessee
Coos County Tax Office Coquille Oregon
Corbin City Tax Collector Corbin Kentucky
Corporations Division Baton Rouge Louisianna
Corpus Christi-Nueces County Corpus Christi Texas
Corsicana ISD Tax Office Corsicana Texas
Corsicana-Navarro County Corsicana Texas
Coshocton Public Health District Coshocton, Ohio

County Clerk Guadalupe County Seguin Texas
County Clerk Riverside California
County Clerk Sinton Texas
County Clerk's Office Las Vegas Nevada
County of Albemarle Charlottesville Virginia
County of Bexar San Antonio Texas
County of Butte Weights & Meas Oroville California
County of Charleston South Carolina
County of Delaware Weights & Media Pennsylvania
County of Durham North Carolina
County of Fairfax Virginia
County of Fairfax Office Of Finance Fairfax Virginia
County of Fresno California
County of Hanover Richmond Virginia
County of Kern Bakersfield California
County of Lexington Charlotte North Carolina
County of Lexington South Carolina
County of Los Angeles Los Angeles California
County of Los Angeles Norwalk California
County of Los Angeles South Gate California
County of Los Angeles Tax Coll Los Angeles California
County of Loudoun Leesburg Virginia
County of Madera California
County of Marin Novato California
County of Marin San Rafael California
County of Mendocino Ukiah California
County of Merced California
County of Mobile Alabama
County of Monterey Salinas California
County of Orange Santa Ana California
County of Richmond Charlotte North Carolina
County of Riverside California
County of Rockbridge Lexington Virginia
County of Sacramento Med Mather California
County of Sacramento Ranch Cordova California
County of Sacramento California
County of San Bernardino San Bernardino California
County of San Diego San Diego California
County of San Joaquin Stockton California
County of San Luis Obispo San Luis Obispo California
County of Santa Barbara Santa Barbara California
County of Santa Clara San Jose California
County of Seiver Sevierville Tennessee
County of Tulare Visalia California
County of Ventura Departments Carmarillo California
County of Ventura California
County of Volusia Financial Daytona Beach Florida
County of Volusia Jacksonville Florida
County of Volusia Tampa Florida
County of York Baltimore Maryland
County of York Yorktown Virginia
County Treasurer Olathe Kansas
Coweta County Tax Collector Newnan Georgia

Cowlitz County Treasurer Kelso Washington
Craighead County Collector Jonesboro Arkansas
Craven County Tax Collector New Bern North Carolina
Crawford Co Health Department Bucyrus, Ohio
Crossville City Tax Collector Crossville Tennessee
CT Dept of Agriculture Hartford Connecticut
Cullman County Sales Tax Cullman Alabama
Culpeper County Treasurer Culpeper Virginia
Cumberland Cnty Dept of Health Millville New Jersey
Cumberland County Tax Collector Atlanta Georgia
Curry County Treasurer Clovis New Mexico
Cypress-Fairbanks ISD Tax Office Houston Texas
Dade County Tax Collector Miami Florida
Dallas County Clerk Dallas Texas
Dallas County Selma Alabama
Dallas County Tax Assessor Dallas Texas
Daniel L Carlton Treasurer Jenison Michigan
Danville Schools Danville Kentucky
Darke County Health Dept Greenville, Ohio
Darlington County Treasurer South Carolina
DATCP Milwaukee Wisconsin
Davidson County Clerk Nashville Tennessee
Davidson County Tax Collector Lexington North Carolina
Davie County Tax Collector Mocksville North Carolina
Daviess County Sheriff Owensboro Kentucky
Davis County Assessor Farmington Utah
Dawson Clerk Of Superior Court Dawsonville Georgia
Dawson County Business License Dawsonville Georgia
DC Treasurer Washington, District of Columbia
Dearborn City Treasurer (Wayne) Lansing Michigan
Dearborn County Treasurer Lawrenceburg Indiana
Deer Park Isd Tax Office Deer Park Texas
Defiance County Auditor Defiance, Ohio
Defiance County Health Dept Defiance, Ohio
Dekalb County Tax Commission Atlanta Georgia
Del Rosario Shirley Tampa Florida
Delaware County Auditor Delaware, Ohio
Delaware County Health Dept Muncie Indiana
Delaware County Treasurer Delaware, Ohio
Delaware County Treasurer Muncie Indiana
Delaware Dept of Agriculture Dover Delaware
Delaware Dept of Finance Wilmington Delaware
Delaware Dept of Labor Philadelphia Pennsylvania
Delaware Division Of Revenue Wilmington Delaware
Delaware General Health Dist Delaware, Ohio
Delaware State Escheator Wilmington Delaware
Delta Township Treasurer (Eaton) Lansing Michigan
Dennis Municipal Tax Collector Medford Massachusetts

Denton County Clerk Denton Texas
Denton County Denton Texas
Denver County Tax Collector Denver Colorado
Denver Dept of Excise & Licenses Denver Colorado
Denver Manager Of Revenue Denver Colorado
Department of Agriculture Hartford Connecticut
Department of Conservation Sacramento California
Department of Housing Frankfort Kentucky
Department of Labor & Industry Harrisburg Pennsylvania
Department of Revenue Atlanta Georgia
Department of Revenue Helena, MT
Department of State Denver Colorado
Department of State Harrisburg Pennsylvania
Department of State Tallahassee Florida
Department of Tax And Revenue Charleston West Virginia
Dept of Agriculture Augusta Maine
Dept of Alcoholic Bev Control Sacramento California
Dept of Finance & Admin Little Rock Arkansas
Dept of Financial Institutions Milwaukee Wisconsin
Dept of Inspections & Appeals Des Moines Iowa
Dept of Insurance & State Tallahassee Florida
Dept of Labor & Training Cranston Rhode Island
Dept of Plant Industry Pendleton South Carolina
Dept of Revenue Services Hartford Connecticut
Deschutes County Tax Collector Bend Oregon
Desoto County Tax Collector Hernando Mississippi
Desoto Health Department Desoto Texas
DHH/OPH Sanitarian Services New Orleans Louisianna
Dickson City Tax Collector Dickson Tennessee
Dickson County Clerk Dickson Tennessee
Dickson County Trustee Charlotte Tennessee
Dir Of Taxation Topeka Kansas
Director Of Finance Madisonville Kentucky
District Court 12-1-01 Harrisburg Pennsylvania
Div Of State Police Records West Trenton New Jersey
Division Of Occupational Safety San Bernardino California
Division Of Public Health Indianapolis Indiana
Division Of Regulatory Svcs Lexington Kentucky
Division Of Revenue Lexington Kentucky
Division Of State Lands Salem Oregon
Division Of Taxation Rhode Is Providence Rhode Island
Don Wilkinson Agency Inc Berwick Pennsylvania
Don Wilkinson Agency Inc Kingston Pennsylvania
Dona Ana County Treasurer Las Cruces New Mexico
Dorchester County Treasurer Atlanta Georgia
Dorchester County Treasurer Saint George South Carolina
Douglas County Tax Collector Medford Oregon

Douglas County Tax Commission Douglasville Georgia
Douglas County Treasurer Castle Rock Colorado
Douglas County Treasurer Omaha Nebraska
Dover Health Department Dover New Jersey
Dubois County Treasurer Jasper Indiana
Durham County Register Of Deeds Durham North Carolina
Durham County Tax Collector Charlotte North Carolina
Duval County Tax Assessor-Collector Jacksonville Florida
Dyersburg City Recorder Dyersburg Tennessee
Dyersburg City Tax Collector Dyersburg Tennessee
Earl Bullock Dallas Co Clerk Dallas Texas
Earned Income Tax Officer Somerset Pennsylvania
East Hartford Town Tax Collector Hartford Connecticut
East Haven Tax Collector East Haven Connecticut
East Pikeland Township Kimberton Pennsylvania
East Stroudsburg Borough East Stroudsburg Pennsylvania
Easton Town Tax Collector (Talbot) Easton Maryland
Eastpointe City Treasurer (Macomb) Eastpointe Michigan
Ector County Appraisal Dist Odessa Texas
Ector County Clerk Odessa Texas
Eddy County Tax Collector Carlsbad New Mexico
Egg Harbor Township Egg Harbor Township New Jersey
El Dorado Co. Recorder/Clerk Placerville California
El Dorado County Placerville California
El Dorado County Tax Collector Placerville California
El Dorado Environmental Mgmt Placerville California
El Paso County Colorado Springs Colorado
El Paso County Dept. Of Health & Colorado Springs Colorado
El Paso Tax Assessor-Collector El Paso Texas
Elkhart County Health Dept Goshen Indiana
Elkhart County Treasurer Goshen Indiana
Elkin City Tax Collector Elkin North Carolina
Elliot Trading Limited Aurora, ON
Ellis County Clerk Waxahachie Texas
Ellis County Tax Assessor-Collector Waxahachie Texas
Elyria City Health Dept Elyria, Ohio
Employment Development Dept Sacramento California
Employment Security Dept Seattle Washington
Encorp Pacific (Canada) Burnaby, BC
Environmental Health Fund Pittsburgh Pennsylvania
EPRA Truro, NS

Erath County Tax Assessor-Collector Stephenville Texas
Erie County Comptrollers Buffalo, New York
Erie County Comptrollers Cheektowaga, New York
Erie County Health Dept Sandusky, Ohio
Escambia County Tax Collector Pensacola Florida
Etowah County Sales & Use Tax Hartselle Alabama
Extension Desk Of Kansas Customer Topeka Kansas
Fairfield Dept of Health Lancaster, Ohio
Fannin County Appraisal District Bonham Texas
Fargo Cass Public Health Fargo North Dakota
Faulkner County Tax Collector Conway Arkansas
Fayette County Health Dept Fayetteville West Virginia
Fayette County Health Dept Washington Court House, Ohio
Fayette County Tax Collector Fayetteville West Virginia
Fayette County Tax Collector Lexington Kentucky
Fayette County Tax Commissioner Fayetteville Georgia
Fennell Container Company North Charleston South Carolina
Financial Credit Network Visalia California
Findlay City Health Dept. Findlay, Ohio
Flint Township Treasurer (Genesee) Detroit Michigan
Florence County Treasurer Florence South Carolina
Florida Department of State Tallahassee Florida
Florida Department Revenue Tallahassee Florida
Florida Dept of AGR and Consumer Tallahassee Florida
Florida Dept of Agriculture Tallahassee Florida
Florida Dept of Financial Svc Tallahassee Florida
Floyd County Sheriff Prestonsburg Kentucky
Floyd County Tax Collector Rome Georgia
Floyd County Treasurer Evansville Indiana
Fond Du Lac City Collector (Fond Du Lac) Fond Du Lac Wisconsin
Fond Du Lac Co Health Dept Fond Du Lac Wisconsin
Food And Drug Administration St Louis Missouri
Forrest Co Tax Collector Hattiesburg Mississippi
Forsyth Co Business License Cumming Georgia
Forsyth Co Tax Commissioner Cumming Georgia
Forsyth County Tax Collector Winston-Salem North Carolina
Fort Bend County Tax Assessor-Collector Houston Texas
Fountainhead Mud (Harris) Houston Texas
Franchise Tax Board Sacramento California
Franklin County Trustee Winchester Tennessee
Franklin County Auditor Columbus, Ohio
Franklin County Clerk Frankfort Kentucky
Franklin County Clerk Winchester Tennessee
Franklin County Tax Collector Frankfort Kentucky

Franklin County Tax Collector Union,  Mo
Franklin Municipal Tax Collector Medford Massachusetts
Frederick County Health Dept Frederick Delaware
Frenchtown Township Treasurer (Monroe) Monroe Michigan
Fresno County Clerk Fresno California
Fresno County Tax Collector Fresno California
Fresno County Treasurer Fresno California
Frisco Development Services Frisco Texas
Frisco Isd Frisco Texas
Front Royal Town Tax Collector Front Royal Virginia
Fruitland City Tax Collector (Wicomico) Fruitland Maryland
Fulton County Clerk Atlanta Georgia
Fulton County Tax Commissioner Atlanta Georgia
Fulton County Treasurer Wauseon, Ohio
GA Dept of Revenue Atlanta Georgia
Gainesville City Tax Collector Gainesville Georgia
Gallena Park ISD Tax Collector Galena Park Texas
Gallia County Health Dept Gallipolis, Ohio
Galveston County Tax Office Galveston Texas
Gardner Municipal Tax Collector Gardner Massachusetts
Garfield County Health Dept Enid Oklahoma
Garfield County Treasurer Enid Oklahoma
Garfield Township Treasurer (Grand Traverse) Traverse City Michigan
Garland County Hot Springs Arkansas
Garland Isd Tax Office Garland Texas
Gaston County Tax Collector Gastonia North Carolina
Gateway Dist. Health Dept Owingsville Kentucky
GCDHES Globe Arizona
Geauga County Auditor Chardon, Ohio
Gen Treasurer State Of Ri Providence Rhode Island
Genoa Township Brighton Michigan
Georgetown City Tax Collector Georgetown Kentucky
Georgetown County Treasurer Columbia South Carolina
Georgetown Scott County Kentucky
Georgia Dept of Agriculture Atlanta Georgia
Georgiadis Debra Campbell, Ohio
Gibson County Recorder Princeton Indiana
Gila County Division Of Health Payson Arizona
Gila County Treasurer Globe Arizona
GK Skaggs Irvine California
Glassboro Economic Development New Jersey
Glick & Glick Rockwall Texas
Gloucester County Dept of Health Sewell New Jersey
Gloucester County Tax Collector Gloucester Virginia
Glynn County Brunswick Georgia
Goose Creek CISD Tax Office Baytown Texas
Grafton Village Treasurer Grafton Wisconsin

Grand Rapids Twp Treasurer Grand Rapids Michigan
Grant County Health Dept Marion Indiana
Grant County Health District Moses Lake Washington
Grant County Tax Collector Ephrata Washington
Grapevine Colleyville Tax Office Grapevine Texas
Graves County Sheriff Mayfield Kentucky
Grayson County Health Dept Denison Texas
Green Bay City Collector (Brown) Green Bay Wisconsin
Greene County Collector Of Revenue Springfield Missouri
Greene County Combined Health Xenia, Ohio
Greene County Trustee Greeneville Tennessee
Greeneville City Tax Collector Greeneville Tennessee
Greenville County Tax Columbia South Carolina
Gregg County Clerk Longview Texas
Gregg County Tax Assessor-Collector Longview Texas
Gross Income Tax (New Jersey) Trenton New Jersey
Guadalupe County Assessor/Coll Seguin Texas
Guernsey Co Gen Health Dist Cambridge, Ohio
Guernsey County Auditor Cambridge, Ohio
Guilford County Tax Collector Charlotte North Carolina
Gwinnet County Licensing & Rev Lawrenceville Georgia
Gwinnett County Tax Commissioner Lawrenceville Georgia
HAB BPT Lehigh Valley Pennsylvania
HAB-BPT Bangor Pennsylvania
Habersham County Clerk Clarkesville Georgia
Hagerstown City Tax Collector Hagerstown Maryland
Halifax County Tax Collector Halifax North Carolina
Hall County Building Insptn Gainesville Georgia
Hall County Tax Collector Gainesville Georgia
Hamblen County Tax Collector Morristown Tennessee
Hamilton County Auditor Cincinnati, Ohio
Hamilton County Clerk Chattanooga Tennessee
Hamilton County Treasurer Noblesville Indiana
Hamilton County Trustee Chattanooga Tennessee
Hamilton Twp Div. Of Health Trenton New Jersey
Hampton City Treasurer Hampton Virginia
Hancock County Health Dept Greenfield Indiana
Hancock County Health Dept New Cumberland West Virginia
Hancock County Tax Collector New Cumberland West Virginia
Hancock County Treasurer Greenfield Indiana
Hancock Public Health Findlay, Ohio
Hardin County Auditor Kenton, Ohio
Hardin County Tax Collector Elizabethtown Kentucky

Harford County Clerk of Bel Air Maryland
Harford County Environmental Health Bel Air Maryland
Harford County Government Baltimore Maryland
Harlan City Tax Collector Harlan Kentucky
Harlan County  HC Harlan Kentucky
Harnett Co Tax Administrator Lillington North Carolina
Harris County Clerk Houston Texas
Harris County FWSD Houston Texas
Harris County Houston Texas
Harris County M.U.D. # 102 Friendswood Texas
Harris County MUD #285 Houston Texas
Harris County MUD #81 (HARRIS) Houston Texas
Harris County Tax Assessor-Collector Houston Texas
Harrison CAD Marshall Texas
Harrison Clarksburg Health Dep Clarksburg West Virginia
Harrison County KY Cynthiana Kentucky
Harrison County Sheriff Clarksburg West Virginia
Harrison County Tax Collector Gulfport Mississippi
Harrison County Tax Cynthiana Kentucky
Harrison County Tax Office Marshall Texas
Harrison Fire Department Harrison Arkansas
Hawaii Dept of Taxation Honolulu, HI
Hawaii State Tax Collector Honolulu, HI
Hawkins County Clerk Rogersville Tennessee
Haywood County Tax Collector Charlotte North Carolina
Hazard City Tax Collector Hazard Kentucky
HC MUD #81 Houston Texas
HC WCID  #109 Houston Texas
Henderson City Tax Collector Henderson Kentucky
Henderson County Tax Collector Henderson Kentucky
Hendricks County Health Dept Danville Indiana
Hendricks County Treasurer Danville Indiana
Hendry County Tax Collector Labelle Florida
Hennepin Co Environmental Heal Hopkins Minnesota
Henrico County Tax Collector Atlanta Georgia
Henry Co Treasurer New Castle Indiana
Henry County Health Dept. New Castle Indiana
Henry County Recorder New Castle Indiana
Henry County Tax Collector Collinsville Virginia
Henry County Tax Commissioner McDonough Georgia
Hernando County Tax Collector Brooksville Florida
Hidalgo County Clerk Edinburg Texas
Hidalgo County Tax Assessor-Collector Edinburg Texas
Hidalgo County Texas Edinburg Texas
Highland Co. Gen Health Dist. Hillsboro, Ohio
Highland County Treasurer Hillsboro, Ohio
Highlands County Tax Collector Sebring Florida

Hillsborough County Tax Collector Tampa Florida
Hinds County Tax Collector Jackson Mississippi
Hines County Tax Assessor Jackson Mississippi
Holland Township Treasurer (Ottawa) Holland Michigan
Hood County Chief Appraiser Granbury Texas
Hopkins County Health Dept Madisonville Kentucky
Hopkins County Sheriff Madisonville Kentucky
Horry County Treasurer Conway South Carolina
Housatonic Valley Health District Southbury Connecticut
Houston County Revenue Commissioner Dothan Alabama
Houston County Tax Commission Warner Robins Georgia
Houston I S D Tax Collection Houston Texas
Howard County Director Of Finance Ellicott City Maryland
Howard County Health Dept Kokomo Indiana
Howard County Treasurer Fort Wayne Indiana
Howell County Collector West Plains Missouri
Humble ISD Tax Office Houston Texas
Hunt County Tax Collector Greenville Texas
Huron General Health District Norwalk, Ohio
Iberia Parish School Board New Iberia Louisiana
Idaho Dept of Employment Boise Idaho
Idaho State Boise Idaho
Idaho State Department of Boise Idaho
Idaho State Tax Commission Boise Idaho
Illinois Department of Revenue Springfield, Illinois
Illinois Dept of Agriculture Springfield, Illinois
Illinois State Treasurers Office Springfield, Illinois
Imperial County Clerk El Centro California
Imperial County Dept of Weight & El Centro California
Imperial County Tax Collector EL Centro California
Indian River County Tax Collector Vero Beach Florida
Indiana Department of Revenue Indianapolis Indiana
Indiana Secretary Of State Indianapolis Indiana
Indiana State Egg Board West Lafayette Indiana
Industrial Development Board Of Montgomery Alabama
Internal Revenue Service Long Beach California
Internal Revenue Service Ogden Utah
Internal Revenue Service Washington, DC
Iowa Dept of Agriculture Ankeny Iowa
Iowa Dept of Revenue & Finance Des Moines Iowa
Iowa Treasurer Of State Des Moines Iowa
Iredell County Reg. Of Deeds Statesville North Carolina
Iredell County Tax Collector Charlotte North Carolina
Iron County Assessor Parowan Utah
Irving Independent School Dist Irving Texas
Jackson City Tax Collector Jackson Tennessee

Jackson Co Env Health Division Grain Valley Missouri
Jackson Co Payment Center Portland Oregon
Jackson County Collector Kansas City Missouri
Jackson County Health Dept Ripley West Virginia
Jackson County Health Dept Seymour Indiana
Jackson County Health Dept. Jackson, Ohio
Jackson County Sheriff Ripley West Virginia
Jackson County Tax Assessor-Collector Medford Oregon
Jackson County Tax Collector Marianna Florida
Jasper County Carthage Missouri
Jay Paschall-Turning Point Brandon Florida
Jefferson  County Collector Hillsboro Missouri
Jefferson Co Dept of Health Env Birmingham Alabama
Jefferson Co Treasurer Louisville Kentucky
Jefferson County Al Birmingham Alabama
Jefferson County Clerk Beaumont Texas
Jefferson County Health Dept Madison Indiana
Jefferson County Health Dept. Hillsboro Missouri
Jefferson County Public Health Lakewood Colorado
Jefferson County Sheriff's Off Louisville Kentucky
Jefferson County Tax Collector Louisville Kentucky
Jefferson Parish Clerk Of New Orleans Louisiana
Jefferson Parish Sheriffs Office Gretna Louisianna
Jefferson Parish-Bureau Of Revenue & Taxation Gretna Louisianna
Jersey City Div Of Health Jersey City New Jersey
Jessamine Co Health Dept Nicholasville Kentucky
Jesse White Il Secretary State Springfield, Illinois
John R Ames Cta Dallas Texas
Johnson County Clerk Cleburne Texas
Johnson County Fiscal Court Paintsville Kentucky
Johnson County Health District Paintsville Kentucky
Johnson County Sheriff Paintsville Kentucky
Johnson County Tax Assessor Cl Cleburne Texas
Johnson County Treasurer Indianapolis Indiana
Johnson County Treasurer Shawnee Mission Kansas
Johnston Co Tax Collection Dpt Charlotte North Carolina
Jones Co. Collector Laurel Mississippi
Jordan Tax Services Inc McMurray Pennsylvania
Judge of Probate Cullman Alabama
Judge of Probate Fairhope Alabama
Judson ISD Tax Office Live Oak Texas
Kanawha Charleston Health Charleston West Virginia
Kanawha County Sheriff Charleston West Virginia
Kane County Health Dept Aurora, Illinois
Kankakee County Health Dept Kankakee, Illinois
Kankakee County Treasurer Bradley, Illinois
Kansas City Health Kansas City Missouri
Kansas Department of Agriculture Topeka Kansas
Kansas Department of Revenue Topeka Kansas
Kansas State Treasurer Topeka Kansas

Katy Independent School Dist Katy Texas
Kauffman County Kaufman Texas
Kay County Treasurers Newkirk Oklahoma
Kelly Township Lewisburg Pennsylvania
Kendall County Health Dept Yorkville, Illinois
Kenosha County Health Dept Kenosha Wisconsin
Kenton County Tax Collector Erlanger Kentucky
Kentucky Agricultural Lexington Kentucky
Kentucky Dept of Agriculture Frankfort Kentucky
Kentucky Dept of Revenue Frankfort Kentucky
Kentucky Dept of Treasury Frankfort Kentucky
Kentucky State Treasurer Frankfort Kentucky
Kentwood City Treasurer (Kent) Kentwood Michigan
Kentwood Tax Collector Kentwood Michigan
Kern County Treasurer Los Angeles California
Kern Valley Sun Lake Isabella California
Kerr County Tax Office Kerrville Texas
Kerrville Independent School Kerrville Texas
Kershaw County Treasurer Camden South Carolina
Keystone Collections Group Irwin Pennsylvania
King County Treasury Seattle Washington
Kings County Health Dept Hanford California
Kings County Tax Collector Hanford California
Kingsport City Tax Collector Kingsport Tennessee
Kingsport City Treasurer Kingsport Tennessee
Kitsap County Healty District Bremerton Washington
Kitsap County Treasurer Port Orchard Washington
Klamath County Tax Collector Klamath Falls Oregon
Knox County Clerk Knoxville Tennessee
Knox County Health Department Galesburg, Illinois
Knox County Health Dept Mount Vernon, Ohio
Knox County Health Dept Vincennes Indiana
Knox County Tax Collector Barbourville Kentucky
Knox County Trustee Knoxville Tennessee
Knoxville, City of Knoxville Tennessee
Kochville Township Office Saginaw Michigan
Kochville Township Treasurer (Saginaw) Saginaw Michigan
Kootenai County Sales Tax Div Coeur D Alene Idaho
Kosciusko County Treasurer Warsaw Indiana
Kosciusko County Warsaw Indiana
Kristen M. Scalise, Cpa, Cfe Akron, Ohio
KS State Board Of Pharmacy Topeka Kansas
LA County Inglewood California
LA Crosse County Health Department La Crosse Wisconsin
LA Dept of Revenue &Taxation Baton Rouge Louisianna
LA Porte County Recorder La Porte Indiana
Laclede County Health Department Lebanon Missouri
Laclede County Tax Collector Lebanon Missouri
Lafayette Consolidated Government Lafayette Louisianna
Lafayette County Collector Lexington Missouri

Lafayette Parish School Board Lafayette Louisianna
Lafayette Parish Tax Collector Lafayette Louisianna
Lafourche Parish School Board Thibodaux Louisianna
Lafourche Parish Sheriffs Office Thibodaux Louisianna
Lafourche Parish Tax Collector Dallas Texas
Lake County Health Dept Crown Point Indiana
Lake County Tax Collector Lady Lake Florida
Lake County Treasurer Crown Point Indiana
Lake Havasu City Lake Havasu City Arizona
Lamar C.I.S.D. Dallas Texas
Lamar County Appraisal Dist Paris Texas
Lamar County Clerk Paris Texas
Lamar County Tax Collector Purvis Mississippi
Lancaster Co Tax Bureau Lancaster Pennsylvania
Lancaster County Treasurer Lancaster South Carolina
Lancaster County Treasurer Lincoln Nebraska
Lancaster Public Health Center Lancaster, Ohio
Lane County Tax Collector Eugene Oregon
Laramie County Treasurer Cheyenne, WY
Laredo Isd Tax Office Laredo Texas
Larimer County Dept of Health Fort Collins Colorado
Larimer County Tax Collector Fort Collins Colorado
Lasalle County Health Dept Ottawa, Illinois
Lauderdale County Revenue Florence Alabama
Lauderdale County Sales Tax Dv Hartselle Alabama
Lauderdale County Tax Collector Florence, AL
Laurel County Health Dept London Kentucky
Laurens County Tax Commissioner Dublin Georgia
Laurens County Treasurer Laurens South Carolina
Laurinburg City Tax Collector Laurinburg North Carolina
Lawrence County Clerk Lawrenceburg Tennessee
Lawrence County Health Dept Bedford Indiana
Lawrence County Treasurer Bedford Indiana
Lawrence County Trustee Lawrenceburg Tennessee
Lawrenceburg City Tax Collector Lawrenceburg Tennessee
LDAF/Revenue Baton Rouge Louisiana
Lee Co Tax Collector Tupelo Mississippi
Lee County Tax Collector Fort Myers Florida
Lee County Tax Collector Sanford North Carolina
Leflore County Tax Collector Greenwood Mississippi
Lenawee County Treasurer Adrian Michigan
Lenoir City Tax Collector Lenoir North Carolina
Lenoir City Treasury Lenoir City Tennessee
Lenoir County Tax Collector Kinston North Carolina
Leon County Tax Collector Tallahassee Florida
Lewis And Clark County Treasurer Helena, MT
Lewis County Treasurer Chehalis Washington
Lewisville Health & Code Enfor Lewisville Texas
Lexington Fayette Urban County Lexington Kentucky

Lexington Fayette Urban Lexington Kentucky
Liberty County Tax Comm Hinesville Georgia
Licking County Auditor Newark, Ohio
Licking County Health Dept Newark, Ohio
Lillian H Trautman Collector Washington Pennsylvania
Limestone County Health Dept. Athens Alabama
Lincoln Co Tax Administrator Charlotte North Carolina
Lincoln County Register Of Deeds Lincolnton North Carolina
Lincoln County Tax Collector Lincolnton North Carolina
Lincoln County Tax Collector Newport Oregon
Linn County Recorder Cedar Rapids Iowa
Linn County Tax Collector Albany Oregon
Livingston Parish Tax Collector Livingston Louisianna
Logan County Health Dept Bellefontaine, Ohio
London City Tax Collector London Kentucky
London Utility Commission London Kentucky
Los Angeles Co Dept of Health Van Nuys California
Los Angeles County Clerk Norwalk California
Los Angeles County Health Dept Lancaster California
Los Angeles County Los Angeles California
Los Angeles County Tax Los Angeles California
Los Angeles County Treasurer Los Angeles California
Los Angeles Daily News Los Angeles California
Louden County Clerk Loudon Tennessee
Loudon Co Trustee Loudon Tennessee
Louisiana Department of Rev Baton Rouge Louisiana
Louisiana Dept of Ag & Forestry Baton Rouge Louisianna
Louisiana Sec Of State Baton Rouge Louisianna
Louisville Metro Health Dept Louisville Kentucky
Louisville/Jefferson County Re Louisville Kentucky
Lowndes County Tax Commissioner Valdosta Georgia
Lynchburg City Tax Collector Lynchburg Virginia
Lyon County Treasurer Emporia Kansas
Macon County Health Dept Decatur, Illinois
Macon County Tax Collector Charlotte North Carolina
Madera County Tax Collector Madera, CA
Madison Co Health Dept Richmond Kentucky
Madison County Health Department Huntsville Alabama
Madison County Health Dept Wood River, Illinois
Madison County Health Dept. Anderson Indiana
Madison County Tax Collector Huntsville Alabama
Madison County Tax Collector Richmond Kentucky
Madison County Treasurer Anderson Indiana

Madisonville City Tax Collector Madisonville Kentucky
Maine Bureau Of Taxation Augusta Maine
Maine Dept of Revenue Augusta Maine
Manatee County Tax Collector Bradenton Florida
Manitowoc City Treasure Manitowoc Wisconsin
Mansfield Regulatory Compliance Dep Mansfield Texas
Mansfield Richland County Mansfield, Ohio
Marathon County Health Dept Wausau Wisconsin
Marathon County Treasurer Wausau Wisconsin
Maricopa County Environmental Phoenix Arizona
Maricopa County Treasurer Phoenix,  AZ
Marietta City Health Dept Marietta, Ohio
Marin County Clerk San Rafael California
Marin County Tax Collector San Rafael California
Marion City Tax Collector Marion North Carolina
Marion County Collector Hannibal Missouri
Marion County Health Dept Hannibal Missouri
Marion County Health Dept Indianapolis Indiana
Marion County Health Dept Marion, Ohio
Marion County Recorder Indianapolis Indiana
Marion County Tax Collector Fairmont West Virginia
Marion County Tax Collector Ocala Florida
Marion County Tax Collector Portland Oregon
Marion County Treasurer Indianapolis Indiana
Marshall Co Judge Of Probate Guntersville Alabama
Marshall County Health Dept Guntersville Alabama
Marshall County Health Dept Moundsville West Virginia
Marshall County Recorder Plymouth Indiana
Marshall County Tax Collector Guntersville Alabama
Marshall County Tax Collector Moundsville West Virginia
Martin County Tax Collector Stuart Florida
Maryland Dept of Assessments Baltimore Maryland
Maryland State Dept of Baltimore, Md
Mason County Fiscal Court Maysville Kentucky
Mason County Sheriff Maysville, Ky
Massachusetts Department of Revenue Boston, Ma
Mattress Recycling Council Chantilly, Va
Mayfield City Tax Collector Mayfield,  Ky
McCracken County Clerk Paducah, Ky
McCracken County Sheriff Paducah,  Ky
McCracken County Tax Administrator Paducah, Ky
McDowell County Health Dept Wilcoe West Virginia
McDowell County Register Of Deeds Marion North Carolina
McDowell County Tax Collector Marion North Carolina
Mcduffie County Tax Collector Thomson Georgia
Mcintosh County Clerk Darien Georgia
Mcintosh Superior Court Darien Georgia
McKinley County Treasurer Gallup New Mexico

McKinney Indep. School Dist. McKinney Texas
Mclean County Health Department Bloomington, Illinois
McLennan County Clerk Waco Texas
McLennan County Tax Office Waco Texas
McMinn County Tax Collector Athens Tennessee
McMinnville City Tax Collector Mc Minnville Tennessee
Mecklenburg County Charlotte North Carolina
Mecklenburg Cnty Tax Collector Charlotte North Carolina
Medina County Auditor's Office Medina, Ohio
Medina County Health Dept Medina, Ohio
Memphis & Shelby Cnty Hlth Dep Memphis Tennessee
Memphis And Shelby County Memphis Tennessee
Memphis City Tax Collector Memphis Tennessee
Mercantile Tax Collector Aliquippa Pennsylvania
Merced County Tax Collector Whittier,  CA
Mercer County Bd Of Health Bluefield West Virginia
Mercer County Health Dept Bluefield West Virginia
Mesa County Health Department Grand Junction Colorado
Mesa County Treasurer Grand Junction Colorado
Methuen Health Department Methuen Massachusetts
Metropolitan Trustee Nashville Tennessee
MFI Oklahoma Sales Tax Oklahoma CITY Oklahoma
Miami County Public Health Troy, Ohio
Miami-Dade County Tax Collector Miami Florida
Michigan Dept of Labor Lansing Michigan
Michigan Dept of Treasury Lansing Michigan
Michigan Tax Tribunal Lansing Michigan
Mid Ohio Valley Health Dept Parkersburg West Virginia
Middlesboro Independent School Middlesboro Kentucky
Middletown Health Dept Middletown, Ohio
Midland Appraisal District Midland Texas
Midland County Midland Texas
MIFFCO Tax Service Inc Lewistown Pennsylvania
Milford City Tax Collector Milford Connecticut
Milledgeville City Tax Collector Milledgeville Georgia
Milwaukee City Collector (Milwaukee) Milwaukee Wisconsin
Minnesota Dept of Agriculture Saint Paul Minnesota
Minnesota Dept of Commerce Saint Paul Minnesota
Minnesota Dept of Revenue St Paul Minnesota
Minnesota Secretary Of State Saint Paul Minnesota
Mintax Inc East Brunswick New Jersey
Mississippi Dept of Agriculture. Jackson Mississippi
Mississippi Dept of Revenue Jackson Mississippi
Mississippi Secretary Of States Jackson Mississippi
Mississippi State Treasurer Jackson Mississippi
Missoula County Treasurer Missoula, MT

Missouri Dept of Agriculture Jefferson City Missouri
Missouri Dept of Revenue Jefferson City Missouri
Missouri Division Of Jefferson City Missouri
Missouri Secretary Of State Jefferson City Missouri
Mobile Co Revenue Commissioner Mobile Alabama
Mobile County License Commissioner Mobile Alabama
Mobile County Mobile Alabama
Mohave Co Dept of Health & Social Bullhead City Arizona
Monongalia County Tax Collector Morgantown West Virginia
Monroe Charter Township Monroe Michigan
Monroe City Tax Collector Monroe North Carolina
Monroe County Health Dept Bloomington Indiana
Monroe County Treasurer Bloomington Indiana
Montana Department of Agrte Helena, MT
Montana Department of Revenue Helena, MT
Monterey County Health Dept Monterey California
Monterey County Health Dept Salinas California
Monterey County Tax Collector Salinas,  CA
Monterey County Tax Collector Whittier,  CA
Monterey County Treasurer Salinas California
Montgomery Co Sheriff Mount Sterling Kentucky
Montgomery Co Treasurer Dayton, Ohio
Montgomery County Clerk Conroe Texas
Montgomery County Health Department Pottstown Pennsylvania
Montgomery County Health Dept Conroe Texas
Montgomery County Health Dept Crawfordsville Indiana
Montgomery County Health Dept Montgomery Alabama
Montgomery County Health Dept Mt Sterling Kentucky
Montgomery County Health District Dayton, Ohio
Montgomery County Probate Judge Montgomery Alabama
Montgomery County Revenue Comm Montgomery Alabama
Montgomery County Rockville Maryland
Montgomery County Tax Assessor Conroe Texas
Montgomery County Tax Collector Philadelphia Pennsylvania
Montgomery County Treasurer Mount Sterling Kentucky
Montgomery County Trustee Clarksville Tennessee
Moore Co. Tax Dept Charlotte North Carolina
Moore County Carthage North Carolina
Moore County Tax Collections Carthage North Carolina
Morehead City Tax Collector Morehead City North Carolina
Morehead City Tax Collector Morehead Kentucky
Moreno Valley Moreno Valley California
Morgan County Decatur Alabama

Morgan County Health Dept Jacksonville, Illinois
Morgan County Treasurer Martinsville Indiana
Morganton City Tax Collector Morganton North Carolina
Morristown City Tax Collector Morristown Tennessee
Mount Airy City Tax Collector Mount Airy North Carolina
Mount Pleasant Village Treasurer Mount Pleasant Wisconsin
Mountain Press Prather California
MS Certificate Service Ridgeland Mississippi
MS Dept of Agriculture & Commerce Mississippi State Mississippi
MS Tax Commission Jackson Mississippi
Ms. Lori Waddell Tax Collector Rochester Pennsylvania
Muhlenberg Township Reading Pennsylvania
Muhlenburg Twp Temple Pennsylvania
Multnomah County Portland Oregon
Multnomah County Tax Collector Portland Oregon
Municipal Revenue Collection San Juan, Puerto Rico
Municipality Of Carolina, Puerto Rico
Municipality Of Hatillo Finance Dept Hatillo, Puerto Rico
Municipality Of Monroeville Pennsylvania
Murfreesboro City Tax Collector Murfreesboro Tennessee
Murray City Corporation Murray Utah
Murray City Tax Collector Murray Kentucky
Muscogee County Tax Collector Columbus Georgia
Muskogee County Treasurer Muskogee Oklahoma
Myatt Electric Co Inc Charleston South Carolina
N Carolina Secretary Of State Raleigh North Carolina
Nacogdoches County Chief Appraiser Nacogdoches Texas
Nacogdoches County Clerk Nacogdoches Texas
Nash County Tax Collector Nashville North Carolina
Natchitoches City Tax Collector Natchitoches Louisianna
Natchitoches Parish Tax Collector Natchitoches Louisianna
Natchitoches Tax Commission Natchitoches Louisianna
Nationwide Consulting Co Glen Rock New Jersey
Natrona County Tax Collector Casper,  WY
Natrona County Treasurer Casper, WY
Navajo County Public Health Holbrook Arizona
Navajo County Treasurer Holbrook Arizona
Navarro County Clerk Corsicana Texas
Navarro County Tax Assessor Corsicana Texas
NCDA & CS Budget & Finance Raleigh North Carolina
NCO Financial Systems Inc Philadelphia Pennsylvania

Nebraska Department of Revenue Lincoln Nebraska
Nebraska Dept of Agriculture Lincoln Nebraska
Nebraska State Treasurer Lincoln Nebraska
Nestle Waters Closeouts Stamford Connecticut
Nevada Department of Taxation Las Vegas Nevada
Nevada Dept of Agriculture Sparks Nevada
Nevada Legal News Las Vegas Nevada
Nevada Legal Press Pahrump Nevada
Nevada Secretary Of State Carson City Nevada
New Castle Township Pottsville Pennsylvania
New Hampshire Dept of Revenue Concord New Hampshire
New Hanover County Tax Collector Charlotte North Carolina
New Jersey Dept of Agriculture Trenton New Jersey
New Jersey Dept of Finance Trenton New Jersey
New Jersey Div Of Taxation Trenton New Jersey
New Mexico Dept of Agriculture Las Cruces New Mexico
New Mexico State Corp Santa Fe New Mexico
New Milford Town Tax Collector Hartford Connecticut
New York Department of State Albany, New York
New York State Corporation Tax Albany, New York
New York State Department of Albany, New York
New York State Department of Buffalo, New York
New York State Dept Taxation And Albany, New York
New York State Sales Tax New York, New York
Newington Revenue Collector Hartford Connecticut
Newington Town Clerk Newington Connecticut
Newton County Tax Commissioner Covington Georgia
Nez Perce County Tax Collector Lewiston Idaho
Nicholas County Health Dept Summersville West Virginia
Nicholas County Sheriff Summersville West Virginia
Niles Township Treasurer (Berrien) Niles Michigan
NJ Department of Agriculture Trenton New Jersey
NJ Sales & Use Tax Trenton New Jersey
Norfolk Dept of Public Health Norfolk Virginia
North Carolina Department of Raleigh North Carolina
North Carolina Dept of Revenue Raleigh North Carolina
North Carolina Dept of State Raleigh North Carolina
North Central Dist Health Dept Shelbyville Kentucky
North Central Iowa Mason City Iowa
North College Hill Ohio Cincinnati, Ohio
North Dakota Dept of Agriculture Bismarck North Dakota
North Dakota Dept of Trust Lands Bismarck North Dakota
North Haven Town Clerk North Haven Connecticut
North Haven Town Tax Collector Hartford Connecticut

North Hills School District Pittsburgh Pennsylvania
Northeast Texas Public Health Tyler Texas
Northern Kentucky District Florence Kentucky
Nueces County Clerk Corpus Christi Texas
Nueces County Tax Assessor-Collector Corpus Christi Texas
NYC Department of Finance Kingston, New York
NYC Department of Finance New York, New York
NYC Dept of Finance Brooklyn, New York
NYS Assessment Receivables Binghamton, New York
NYS Dept of Taxation & Finance Albany, New York
NYS Employment Taxes New York, New York
NYS Tax Dept Albany, New York
Oak Ridge City Tax Collector Oak Ridge Tennessee
Oakland County Treasurer Pontiac Michigan
Obion County Clerk Union City Tennessee
Obion County Trustee Union City Tennessee
Oconee County Treasurer West Union South Carolina
ODJFS Columbus, Ohio
Office of Fayette Cnty Sheriff Lexington Kentucky
Office of Finance & Treasury Washington, DC
Office of Indiana State West Lafayette Indiana
Office of Tax Revenue Washington, DC
Office of The City Clerk Livonia Michigan
Office of The City Clerk Southgate Michigan
Office of The Clark County Treasure Las Vegas Nevada
Office of The Comptroller Washington, DC
Office of The County Clerk Gainesville Texas
Office of The Secretary Of Olympia Washington
Office of The Secretary Topeka Kansas
Office of The Sonoma County Clerk Santa Rosa California
Office of The State Controller Sacramento California
Office of The State Treasurer Augusta Maine
Office of The State Treasurer Pierre South Dakota
Office of The Texas State Chem College Station Texas
Ohio Department of Taxation Columbus, Ohio
Ohio Development Services Agency Columbus, Ohio
Ohio Secretary Of State Columbus, Ohio
Okaloosa County Tax Collector Niceville Florida
Oklahoma County Treasurer Oklahoma City Oklahoma
Oklahoma Dept of Agriculture Oklahoma City Oklahoma
Oklahoma Office of State Treas Oklahoma City Oklahoma
Oklahoma State Dept of Health Oklahoma City Oklahoma
Oklahoma Tax Commission Oklahoma City Oklahoma
Old Orchard Brands LLC Chicago, Illinois

Onslow County Tax Collector Jacksonville North Carolina
Orange County Appraisal Dist Orange Texas
Orange County Auditor-Controll Santa Ana California
Orange County Clerk Recorder Santa Ana California
Orange County Health Care Santa Ana California
Orange County Recorder Santa Ana California
Orange County Reporter Santa Ana California
Orange County Tax Assessor-Collector Orange Texas
Orange County Tax Collector Orlando Florida
Orange County Tax Collector Santa Ana California
Orangeburg County Treasurer Orangeburg South Carolina
Oregon Beverage Recycling Clackamas Oregon
Oregon Department of Salem Oregon
Oregon Dept of Revenue Salem Oregon
Oregon Employment Dept. Salem Oregon
Oregon Secretary Of State Portland Oregon
Oregon Secretary Of State Seattle Washington
Osceola County Tax Collector Kissimmee Florida
Oshkosh City Treasurer Oshkosh Wisconsin
Otoe County Treasurer Nebraska City Nebraska
Owensboro City Tax Collector Owensboro Kentucky
Ozaukee County West Bend Wisconsin
PA Dept of Revenue Harrisburg Pennsylvania
PA Municipal Code Alliance Chambersburg Pennsylvania
Paint Recycling Alberta Edmonton, AB
Palm Beach County Tax Collector West Palm Beach Florida
Paramus Board Of Health Paramus New Jersey
Paris Lamar County Health Dept Paris Texas
Parish of East Baton Rouge Dallas Texas
Parish of Jefferson Gretna Louisiana
Parish of St Bernard Chalmette Louisianna
Parish of St Mary Sales & Use Tax Morgan City Louisianna
Parish Of St Tammany New Orleans Louisianna
Parish Sales Tax Fund Houma Louisianna
Parker County Appraisal District Weatherford Texas
Pasadena Independent School Pasadena Texas
Pasco County Tax Collector Dade City Florida
Pasquotank Co Tax Collector Elizabeth City North Carolina
Pasquotank County Register Of Elizabeth City North Carolina
Payne County Stillwater Oklahoma
Peach County Tax Commissioner Fort Valley Georgia
Penn Hills School District Tax Pittsburgh Pennsylvania
Pennsylvania Dept of Agri. Tunkhannock Pennsylvania

Pennsylvania Municipal Service Oakmont Pennsylvania
Perry Co Occupational Hazard Kentucky
Perry County Sheriff Hazard Kentucky
Person County Tax Collector Roxboro North Carolina
Petoskey City Treasurer (Emmet) Petoskey Michigan
Pettis County Collector Sedalia Missouri
Phelps County Tax Collector Rolla Missouri
Phelps/Maries County Health Rolla Missouri
Pickaway County Health Dept Circleville, Ohio
Pickens County Treasurer Columbia South Carolina
Pierce County Tacoma Washington
Pike Co Health Department Pikeville Kentucky
Pike County Clerk Pikeville Kentucky
Pike County Tax Collector Pikeville Kentucky
Pima County Health Dept Tucson Arizona
Pima County Justice Court Tucson Arizona
Pima County Treasurer Phoenix Arizona
Pima County Treasurer Tucson Arizona
Pinal County Treasurer Florence Arizona
Pine Tree ISD Longview Texas
Pinellas County Clearwater Florida
Pinellas County Tax Collector Tampa Florida
Pitt County Register Of Deeds Greenville North Carolina
Pitt County Tax Collector Greenville North Carolina
Pittsfield Charter Treasurer Ann Arbor Michigan
Pittsfield Health Department Pittsfield Massachusetts
Placer County Tax Collector Auburn California
Plymouth Municipal Tax Collector Boston Massachusetts
Polk County Health Dept Des Moines Iowa
Polk County Tax Collector Bartow Florida
Pontotoc County Health Department Ada Oklahoma
Pontotoc County Treasurer Ada Oklahoma
Port Huron Township Treasurer (Saint Clair) Port Huron Michigan
Portage County Health & Human Stevens Point Wisconsin
Portage County Health Dept Ravenna, Ohio
Porter County Health Dept Valparaiso Indiana
Portsmouth Circuit Court Portsmouth Virginia
Portsmouth City Treasurer Richmond Virginia
Pottawatomie County Treasurer Shawnee Oklahoma
Potter County Tax Assessor Amarillo Texas
Practicing Law Institute New York, New York
PricewaterhouseCoopers LLP Columbus, Ohio
Prince George County Largo Maryland
Prince George County Tax Collector Prince George Virginia
Prince George County Treasurer Prince George Virginia
Prince George's County Baltimore Maryland
Prince George's County Gvmt Largo Maryland

Prince George's County Tax Collector Philadelphia Pennsylvania
Prince William County Prince William Virginia
Prince William County Tax Collector Philadelphia Pennsylvania
Product Care Association Surrey, BC
Professional Education Systems Eau Claire Wisconsin
Prothonotary Kent County Dover Delaware
Pueblo County Tax Collector Pueblo Colorado
Pulaski County Tax Collector Somerset Kentucky
Pulaski County Treasurer Little Rock Arkansas
Putnam County Tax Collector Winfield West Virginia
Quinnipiack Valley Health North Haven Connecticut
Raleigh County Tax Collector Beckley West Virginia
Randall County Clerk Canyon Texas
Randall Tax Assessor Collection Canyon Texas
Randolph Co Tax Dept Charlotte North Carolina
Randolph County Tax Collector Asheboro North Carolina
Rankin County Tax Collector Brandon Mississippi
Rapides Parish OLT Fund Alexandria Louisiana
Raynham Board Of Health Raynham Massachusetts
Raynham Municipal Tax Collector Raynham Center Massachusetts
RC Env Hlth Riv Riverside California
Receiver General For Canada Summerside, PE
Recorder/County Clerk San Diego, CE
Reginal Income Tax Agency Brecksville, Ohio
Register of Deeds Cabarrus County Concord North Carolina
Register of Deeds Durham Coun Durham North Carolina
Register of Deeds Lumberton North Carolina
Register of Deeds Macon County Franklin North Carolina
Register of Deeds Murphy North Carolina
Register of Deeds Nash County Nashville North Carolina
Register of Deeds Shawnee Coun Topeka Kansas
Registration Trust Fee Milwaukee Wisconsin
Rensselaer County Troy, New York
Rental Service Corp Atlanta Georgia
Revenue Collection Division Columbus Georgia
Revenue Collections Ventura California
Revenue Commissioner Cullman Alabama
Revenue Commissioner Dothan Alabama
Revenue Commissioner Gadsden Alabama
Revenue Commissioner Morgan Co Decatur Alabama
Revere Municipal Tax Collector Revere Massachusetts
Rhode Island Department of Providence Rhode Island
Richardson Independent School Dallas Texas

Richardson ISD Tax Office Richardson Texas
Richland Co Treasurer Columbia South Carolina
Richland County Columbia South Carolina
Richmond City Tax Collector Richmond Kentucky
Riverside County Record Riverside California
Riverside County Tax Collector Riverside California
Roanoke County Treasurer Baltimore Maryland
Robertson County Trustee Springfield Tennessee
Robeson County Tax Collector Charlotte North Carolina
Rock County Treasurer Janesville Wisconsin
Rock Island County Collector Rock Island, Illinois
Rockbridge County Clerk Lexington Virginia
Rockdale Citizen Conyers Georgia
Rockdale County Tax Comm Conyers Georgia
Rockdale Superior Court Conyers Georgia
Rockwall Central Appraisal District Rockwall Texas
Rockwall County Clerk Rockwall Texas
Rockwood City Tax Collector Rockwood Tennessee
Rocky Mount City Tax Collector Rocky Mount North Carolina
Rogersville City Tax Collector Rogersville Tennessee
Ronald A Legggett Collector O Saint Louis Missouri
Roseville Press Tribune Roseville California
Ross County Health Dept Chillicothe, Ohio
Rowan County Finance Director Morehead Kentucky
Rowan County Tax Collector Charlotte North Carolina
Roy Martin Services Charleston West Virginia
Rumsey Conshohocken Pennsylvania
Russell County Health Dept Phenix City Alabama
Russell County Tax Collector Phenix City,  AL
Rutherford Co Register of Deed Rutherfordton North Carolina
Rutherford County Tax Collector Rutherfordton North Carolina
Rutherford County Trustee Murfreesboro Tennessee
Sacramento County Planning Dpt Sacramento California
Sacramento County Tax Sacramento California
Sacramento County Treasure Sacramento California
Sacramento Gazette Sacramento California
Saint Joseph County Treasurer South Bend Indiana
Saint Louis County Collector of Revenue -St. Louis Missouri
Saint Paul Ramsey County Dept Saint Paul Minnesota
Saint Tammany Parish Tax Collector Covington Louisiana
Sales Tax Division Birmingham Alabama
Salina Electric Inc Salina Kansas
Salt Lake County Assessor Salt Lake City Utah
San Antonio Metro Health Dist San Antonio Texas
San Bernardino County San Bernardino California
San Diego Business Journal San Diego California

San Diego County Tax Collector San Diego,  CA
San Diego County Treasurer San Diego California
San Francisco Dept of Public San Francisco California
San Francisco Tax Collector San Francisco California
San Joaquin County Phs/Ehd Stockton California
San Joaquin County Tax Collector Stockton,  CA
San Juan County Treasurer Albuquerque New Mexico
San Juan County Treasurer Aztec New Mexico
San Luis Obispo Co Clerk Recod San Luis Obispo California
San Luis Obispo County Tax Collector San Luis Obispo,  CA
San Mateo County Environmental San Mateo California
San Mateo County Tax Collector Redwood City California
San Patricio County Public Sinton Texas
Sandoval County Tax Collector Bernalillo New Mexico
Sandoval County Treasurer Albuquerque New Mexico
Sandra O'Brien Auditor Jefferson, Ohio
Sandusky County Health Dept. Fremont, Ohio
Sandy City Business License Sandy Utah
Sangamon County Dept of Public Springfield, Illinois
Santa Barbara County Public Health Santa Barbara California
Santa Barbara County Tax Collector Santa Barbara, CA
Santa Clara County Dept of Tax City of Industry California
Santa Clara County San Jose California
Santa Cruz County Tax Collector Santa Cruz,  CA
Santa Cruz Environmental Santa Cruz California
Santa Cruz Tax Collector Santa Cruz California
Santa Fe County Tax Collector Santa Fe New Mexico
Santa Rosa Cty Tax Collector Milton Florida
Sarasota County Florida Sarasota Florida
Sarasota County Tax Sarasota Florida
SBC Tax Collector San Bernardino California
SC Department of Revenue Columbia South Carolina
SCDCA Columbia South Carolina
Scioto County Health Dept Portsmouth, Ohio
Scotland County Tax Collector Laurinburg North Carolina
Scott County Clerk Georgetown Kentucky
Scott County Collector Benton Missouri
Scott County Schools Georgetown Kentucky
Scott County Sheriff Georgetown Kentucky
Scott County Tax Administrator Georgetown Kentucky

Sealer Of Weights & Measures Springfield Massachusetts
Sebastian County Tax Collector Fort Smith Arkansas
Secretary of Agriculture Des Moines Iowa
Secretary of State Annual Reports Concord New Hampshire
Secretary of State Austin Texas
Secretary of State Baton Rouge Louisianna
Secretary of State Corporate Jackson Mississippi
Secretary of State Corporate Montgomery Alabama
Secretary of State Hartford Connecticut
Secretary of State Jackson Mississippi
Secretary of State Pierre South Dakota
Secretary of State RI Providence Rhode Island
Secretary of State Salem Oregon
Secretary of State-NJ Trenton New Jersey
Secretary of Treasury San Juan, Puerto Rico
Sedgwick County Treasurer Wichita, Ks
Seekonk Municipal Tax Collector Medford,  Ma
Seminole County Tax Collector Sanford, Fl
Seminole County VAB Sanford Florida
Seneca County General Health Tiffin, Ohio
Shasta County Treasurer Redding California
Shawnee County Treasurer Kansas City Missouri
Sheboygan County Treasurer Sheboygan Wisconsin
Shelby County Clerk Memphis Tennessee
Shelby County Health Dept Shelbyville Indiana
Shelby County Memphis Tennessee
Shelby County Recorder Shelbyville Indiana
Shelby County Tax Collector Columbiana,  AL
Shelby County Treasurer Sidney, Ohio
Shelby County Trustee Memphis Tennessee
Shelby Township Treasurer (Macomb) Shelby Township Michigan
Shelbyville Treasure Shelbyville Tennessee
Sheriff & Ex-Officio Tax Collector Dallas Texas
Sheriff & Ex-Officio Tax Collector Houma Louisiana
Sheriff & Ex-Officio Tax La Place Louisiana
Sheriff & Tax Collector Alexandria Louisiana
Sheriff of Berkeley County Martinsburg West Virginia
Sheriff of Boyd County Catlettsburg Kentucky
Sheriff of Hopkins County Madisonville Kentucky
Sheriff of Logan Co Logan West Virginia
Sheriff of Mercer Co Princeton West Virginia
Sheriff of Nicholas County Summersville West Virginia
Sheriff of Upshur County Buckhannon West Virginia
Sheriff of Wood County Parkersburg West Virginia
Sheriff-Lyon County Eddyville Kentucky
Sheriff-Treasurer Of Randolph Elkins West Virginia
Sidney Shelby Co Health Dept Sidney, Ohio
Smith County Tax Assessor-Collector Tyler Texas
Snohomish County Treasurer Seattle Washington
Solano County Fairfield California

Solano County Tax Collector Fairfield,  CA
Somerset City Tax Collector Somerset Kentucky
Sonoma County Herald Recorder Santa Rosa California
South Carolina Dept of Revenue Columbia South Carolina
South Dakota Division Of Ins. Pierre South Dakota
South Plainfield Health Dept South Plainfield New Jersey
Southwest Regional Tax Bureau Scottdale Pennsylvania
Spalding County Tax Comm Griffin Georgia
Spartanburg County Treasurer Columbia South Carolina
Special Tax Collector Johnstown Pennsylvania
Spokane County Treasurer Spokane Washington
Spotsylvania County Tax Collector Spotsylvania Virginia
Spring ISD Tax Office Houston Texas
Springdale Health Department Springdale, Ohio
Springdale Tax Commission Cincinnati, Ohio
Springfield City Tax Collector Springfield Tennessee
Springfield Greene County Springfield Missouri
St Francois County Farmington Missouri
St Johns County Tax Collector Saint Augustine Florida
St Joseph County Health Dept South Bend Indiana
St Louis County Dept of Health Saint Louis Missouri
St Lucie County Tax Collector Fort Pierce Florida
St Mary's County Leonardtown Maryland
St. Clair County Health Dept Belleville, Illinois
St. John Baptist Sheriff's Off La Place Louisiana
St. John The Baptist Parish La Place Louisianna
St. Mary's County Treasurer Leonardtown Maryland
Stafford Co Ofc Fire Marshall Stafford Virginia
Stafford County Circuit Court Stafford Virginia
Stafford County Tax Collector Stafford Virginia
Stanislau County Tax Collector Modesto California
State Corporation Commission Richmond Virginia
State of Alabama Montgomery Alabama
State of Alaska Juneau Arkansas
State of Arizona Phoenix Arizona
State of Arkansas Little Rock Arkansas
State of California Sacramento California
State of Colorado Denver Colorado
State of Colorado Lakewood Colorado
State of Connecticut Hartford Connecticut
State of Delaware Wilmington Delaware
State of Hawaii Honolulu, HI
State of Idaho Boise Idaho
State of Louisiana Baton Rouge Louisianna
State of Maryland Comptroller Baltimore Maryland
State of Michigan Lansing Michigan
State of Missouri Jefferson City Missouri
State of Montana Helena, MT

State of Nevada Business Tax Return Las Vegas Nevada
State of Nevada Las Vegas Nevada
State of Nevada Phoenix Arizona
State of New Hampshire Concord New Hampshire
State of New Jersey Newark New Jersey
State of New Jersey Trenton New Jersey
State of New Mexico Taxation Santa Fe New Mexico
State of North Dakota Bismarck North Dakota
State of Texas Waco Texas
State of Utah Insurance Dept Salt Lake City Utah
State of Utah Salt Lake City Utah
State of Washington Employment Seattle Washington
State of West Virginia Charleston West Virginia
State of Wisconsin Madison Wisconsin
State Tax Commission Jackson Mississippi
State Tax Department Charleston West Virginia
State Taxation Institute Chicago, Illinois
State Treasurer Texas Austin Texas
State Treasurer Unclaimed Prop Salt Lake City Utah
Statesboro City Tax Collector Statesboro Georgia
Step Up For Students Jacksonville Florida
Steuben County Recorder Angola Indiana
Suffolk City Tax Collector Suffolk Virginia
Suffolk County Department of Hauppauge, New York
Sullivan County Tax Collector Blountville Tennessee
Summit County Fiscal Office Akron, Ohio
Summit County Health Dept Akron, Ohio
Sumner County Trustee Gallatin Tennessee
Sumter County Treasurer Columbia South Carolina
Sungard Business Systems LLC Jacksonville Florida
Surry County Tax Collector Dobson North Carolina
Susquehanna Twp Health Dept Harrisburg Pennsylvania
Sutter County Community Serv Yuba City California
Swansea Municipal Tax Collector Boston Massachusetts
Tacoma Pierce County Health Tacoma Washington
Talbot County Health Department Easton Maryland
Talladega County Revenue Commissioner Talladega, AL
Taney County Collector Forsyth Missouri
Tangipahoa Parish School Sys Amite Louisiana
Tangipahoa Parish Sheriff Covington Louisianna
Tangipahoa Parish Tax Collector Robert Louisiana
Tarrant County Assessor Fort Worth Texas
Tarrant County Clerk Fort Worth Texas
Tarrant County Consumer Health Fort Worth Texas
Tarrant County Clerk Fort Worth Texas
Tax Assessor Collector Brownsville Texas
Tax Assessor Collector Hill Co Hillsboro Texas
Tax Assessor Collector Lufkin Texas
Tax Assessor Collector Victoria Texas
Tax Assessor-Collector Sherman Texas

Tax Assessor-Collector Texarkana Texas
Tax Collections Hillsboro Texas
Tax Collector Alameda County Oakland California
Tax Collector Alcorn County Corinth Mississippi
Tax Collector Borough Hall Reading Pennsylvania
Tax Collector Citrus County Inverness Florida
Tax Collector City of Derby Connecticut
Tax Collector Contra Costa Cty Martinez California
Tax Collector Corsicana Texas
Tax Collector Green Cove Springs Florida
Tax Collector Hendersonville North Carolina
Tax Collector Jacksonville Florida
Tax Collector Lake County Tavares Florida
Tax Collector Lauderdale Co Meridian Mississippi
Tax Collector Lee County Opelika Alabama
Tax Collector New Orleans Louisianna
Tax Collector Ouachita Parish Monroe Louisianna
Tax Collector Putnam County Palatka Florida
Tax Collector Sebastian County Fort Smith Arkansas
Tax Collector Shelby County Columbiana Alabama
Tax Collector Starkville Mississippi
Tax Commissioner Of Chatham Co Atlanta Georgia
Tax Executives Institute Inc Uniondale, New York
Tax Executives Institute Inc Washington, DC
Tax Trust Account Fresno California
Taxation & Revenue Department Monroe Louisianna
Taylor City Treasurer (Wayne) Taylor Michigan
Taylor County Chief Appraiser Abilene Texas
Taylor County Clerk Abilene Texas
Taylor County Tax Collector Campbellsville
Kentucky
Tazewell County Tax Collector Tazewell Virginia
Tennessee Department of Revenue Nashville
Tennessee
Tennessee Dept of Agriculture Nashville Tennessee
Tennessee Secretary of State Nashville Tennessee
Terrebonne Parish Tax Collector Gray Louisiana
Texarkana Bowie County Family Texarkana Texas
Texas Comptroller of Public Accts Austin Texas
Texas Department of Agriculture Austin Texas
Texas Department of Health Austin Texas
Texas Parks And Wildlife Dept Austin Texas
Texas State Treasurer Austin Texas
Thibodaux City Tax Collector Thibodaux Louisiana
Thomas County Tax Commissioner Thomasville
Georgia
Thomas E Roberts Clerk Staunton Virginia
Thomasville City Tax Collector Thomasville Georgia
Thurston County Treasurer Olympia Washington
Tift County Tax Commissioner Tifton Georgia
Tippecanoe County Treasurer Lafayette Indiana
Tipton County Trustee's Office Covington Tennessee
Titus County Appraisal District Mount Pleasant
Texas
TN Certificate Service Nashville Tennessee
Tom Green Cty Appraisal Dist San Angelo Texas

Tomball ISD Tax Office Tomball Texas
Toombs County Tax Commissioner Lyons Georgia
Torrington City Tax Collector Torrington
Connecticut
Town Commissioners of Queenstown Maryland
Town of Aberdeen North Carolina
Town of Ashland Virginia
Town of Ashland Reading Massachusetts
Town of Auburn Massachusetts
Town of Auburn Reading Massachusetts
Town of Berlin,  VT
Town of Billerica Massachusetts
Town of Bluefield Virginia
Town of Boone North Carolina
Town of Bristol Wisconsin
Town of Brunswick Maine
Town of Buchanan Appleton Wisconsin
Town of Cary North Carolina
Town of Christiansburg Virginia
Town of Collierville Tennessee
Town of Culpeper Virginia
Town of Danvers Massachusetts
Town of Dedham Massachusetts
Town of Dennis Health Dept South Dennis
Massachusetts
Town of Dennis Medford Massachusetts
Town of Dudley Massachusetts
Town of East Hartford East Hartford Connecticut
Town of Elkton Maryland
Town of Fairhaven Massachusetts
Town of Farmington Maine
Town of Forest City Forest City North Carolina
Town of Franklin North Carolina
Town of Front Royal Front Royal Virginia
Town of Iowa Louisiana
Town of Kittery Maine
Town of Knightdale North Carolina
Town of Leesburg Virginia Leesburg Virginia
Town of Lexington South Carolina
Town of Manchester Connecticut
Town of Matthews North Carolina
Town of Milford Tax Collector Reading
Massachusetts
Town of Moncks Corner Moncks Corner South
Carolina
Town of Murphy North Carolina
Town of Niagara Falls, New York
Town of Orange Connecticut
Town of Paradise California
Town of Parker Denver Colorado
Town of Payson Arizona
Town of Plaistow New Hampshire
Town of Plymouth Board Of Health Plymouth
Massachusetts
Town of Plymouth Massachusetts
Town of Putnam Connecticut

46

Town of Raynham Center Massachusetts
Town of Rising Sun Rising Sun Maryland
Town of Rutland Treasurer Center Rutland, VT
Town of Shallotte North Carolina
Town of Smyrna Tennessee
Town of Speedway Indiana
Town of Spindale North Carolina
Town of Spring Lake Spring Lake North Carolina
Town of Summerville South Carolina
Town of Swansea Massachusetts
Town of Waynesville North Carolina
Town of Weaverville North Carolina
Town of West Bridgewater Massachusetts
Town of West Springfield West Springfield
Massachusetts
Town of Westbrook Connecticut
Town of Wilkesboro North Carolina
Town of Wise Virginia
Town of Yucca Valley Yucca Valley California
Township of Aston Media Pennsylvania
Township of Barnegat New Jersey
Township of Brick New Jersey
Township of East Brunswick East Brunswick New
Jersey
Township of Falls Fairless Hills Pennsylvania
Township of Gloucester Laurel Springs New Jersey
Township of Lopatcong Phillipsburg New Jersey
Township of Lumberton New Jersey
Township of Springfield New Jersey
Township of Union Dept of Health Union New
Jersey
Township of Whitehall Pennsylvania
Township of Woodbridge New Jersey
Travis County DRO Austin Texas
Travis County Health Austin Texas
Travis County Tax Collector Austin Texas
Treasure of Perry County Tell City Indiana
Treasurer & Tax Collector Irwin Pennsylvania
Treasurer Chesapeake Virginia
Treasurer City of Bowling Green Kentucky
Treasurer City of Hawthorne California
Treasurer City of Jackson Michigan
Treasurer City of Norfolk Atlanta Georgia
Treasurer City of Norfolk Virginia
Treasurer City of Portsmouth Virginia
Treasurer City of Suffolk Virginia
Treasurer Columbiana County Lisbon, Ohio
Treasurer Coshocton County Coshocton, Ohio
Treasurer Ector County Odessa Texas
Treasurer Hart County Munfordville Kentucky
Treasurer Newport News Virginia
Treasurer of Amherst County Amherst Virginia
Treasurer of Campbell County Rustburg Virginia
Treasurer of Cass County Logansport Indiana
Treasurer of Clark County Jeffersonville Indiana
Treasurer of Fredrick County Merrifield Virginia

Treasurer of Gibson County Princeton Indiana
Treasurer of Madison County London, Ohio
Treasurer of Michigan City Michigan City Indiana
Treasurer of Montgomery Christiansburg Virginia
Treasurer of Montgomery County Norristown
Pennsylvania
Treasurer of Montgomery County Willow Grove
Pennsylvania
Treasurer of Porter County South Bend Indiana
Treasurer of Rockbridge County Lexington Virginia
Treasurer of Shelby County Shelbyville Indiana
Treasurer of State Augusta Maine
Treasurer of State Of Ohio Columbus, Ohio
Treasurer of Vigo County Indianapolis Indiana
Treasurer of Virginia Merrifield Virginia
Treasurer of Wayne Co Richmond Indiana
Treasurer of Waynesboro Virginia
Treasurer of Wythe Co Wytheville Virginia
Treasurer Spotsylvania County Spotsylvania Virginia
Treasurer State of Connecticut Hartford Connecticut
Treasurer State of Illinois Springfield, Illinois
Treasurer State of Maine Augusta Maine
Treasurer State of NH Concord New Hampshire
Treasurer State of Ohio Reynoldsburg, Ohio
Treasurer Tax Collector Yuba City California
Treasurer Town of Culpeper VA Culpeper Virginia
Treasurer Town of Vinton Virginia
Treasurer Vil of Mt Pleasant Racine Wisconsin
Treasurer/Tax Collector Santa Barbara California
Treasury Dept Harrisburg Pennsylvania
Tremont Township Pine Grove Pennsylvania
Tri County Health Dept Greenwood Village
Colorado
Tri-County Sentry Oxnard California
Troup County Tax Comm. Lagrange Georgia
Tukwila Fire Department Tukwila Washington
Tulare Advance Register Visalia California
Tulare County Pasadena California
Tulare County Tax Collector Visalia California
Tullahoma City Tax Collector Tullahoma Tennessee
Tulsa County Treasurer Tulsa Oklahoma
Tuolumne County Tax Collector Sonora,  CA
Tuscaloosa County Sales Tax Tuscaloosa Alabama
Tuscarawas Co Treasurer New Philadelphia, Ohio
Tuscola County Treasurer Caro Michigan
Umatilla County Tax Collector Pendleton Oregon
Unclaimed Property Division Providence Rhode
Island
Unemployment Compensation Div Augusta Maine
Unified Government License Div Kansas City
Kansas
Unified Government Treasurer Kansas City Kansas
Union City Tax Collector Union City Georgia
Union County Auditor Marysville, Ohio
Union County Health Dept Marysville, Ohio
Union County of Arkansas Coll El Dorado Arkansas

Union County Tax Collector Charlotte North Carolina
United ISD Tax Office Laredo Texas
United States Treasury Atlanta Georgia
United States Treasury Cincinnati, Ohio
University of Kentucky Lexington Kentucky
Upper Merion Township Bridgeport Pennsylvania
US Department of Labor Philadelphia Pennsylvania
US Fish & Wildlife Service Atlanta Georgia
US Fish & Wildlife Service, Office Bloomington Minnesota
USDA Aphis vs Ncie Riverdale Maryland
USDA PACA Manassas Virginia
Utah Division of Corp & Comm Salt Lake City Utah
Utah State Tax Commission Salt Lake City Utah
Utah State Treasurer Salt Lake City Utah
Utah Unemployment Compensation Salt Lake City Utah
Value Adjustment Board Vero Beach Florida
Van Wert County Auditor Van Wert, Ohio
Van Wert County Health Dept Van Wert, Ohio
Vance County Tax Office Henderson North Carolina
Vanderburgh Co. Health Dept. Evansville Indiana
Vanderburgh County Treasurer Evansville Indiana
Ventura County- Tax Collector Los Angeles,  CA
Vermont Department of Taxes Montpelier, VT
Vermont State Treasurers Montpelier, VT
Victoria County Clerk Victoria Texas
Victoria Farina City Treasurer Lower Burrell Pennsylvania
Vigo County Health Department Terre Haute Indiana
Vigo County Treasurer Indianapolis Indiana
Village f Glen Carbon Glen Carbon, Illinois
Village of Ashwaubenon Green Bay Wisconsin
Village of Bradley, Illinois
Village of Carpentersville, Illinois
Village of Hartville, Ohio
Village of Homewood, Illinois
Village of Los Rancho De Albuq Albuquerque New Mexico
Village of Menomonee Falls Menomonee Falls Wisconsin
Village of New Boston Portsmouth, Ohio
Village of Niles, Illinois
Village of Ontario Ohio Ontario, Ohio
Village of Palmetto Bay Palmetto Bay Florida
Village of Plover Wisconsin
Village of Round Lake Beach Round Lake, Illinois
Village of Schiller Park Schiller Park, Illinois
Village of Woodridge, Illinois
Virginia Beach City Treasurer Virginia Beach Virginia
Virginia Department of Richmond Virginia
Virginia Dept of Taxation Richmond Virginia
Volusia County Tax Collector Deland Florida
WA Dept of Revenue Seattle Washington

Waco-McLennan County Public Waco Texas
Wade Steen-Franklin Co Treas. Columbus, Ohio
Wake County Revenue Department Charlotte North Carolina
Wake County Revenue Dept Raleigh North Carolina
Wake County Tax Collector Charlotte North Carolina
Walker Co Revenue Commissioner Jasper Alabama
Walker County Health Dept Jasper Alabama
Walker County Jasper Alabama
Wallingford Health Department Wallingford Connecticut
Walton County Tax Comm Monroe Georgia
Ware County Tax Commissioner Waycross Georgia
Warner Robins City Tax Collector Warner Robins Georgia
Warren City Health District Warren, Ohio
Warren City Treasurer (Macomb) Warren Michigan
Warren Co Tax Collector Vicksburg Mississippi
Warren Co Trustee Mc Minnville Tennessee
Warren County Clerk Mc Minnville Tennessee
Warren County Health Department Oxford New Jersey
Warren County Health District Lebanon, Ohio
Warren County Sheriff Bowling Green Kentucky
Warren County Tax Collector Bowling Green Kentucky
Warren County Tax Collector Front Royal Virginia
Washington City Washington Utah
Washington County Treasurer Bartlesville Oklahoma
Washington County Treasurers Hagerstown Maryland
Washington County Trustee Jonesborough Tennessee
Washington Dept of Revenue Seattle Washington
Washington Javonn Detroit Michigan
Washington State Department of Olympia Washington
Washington State Gambling Comm Olympia Washington
Washington State Treasurer Olympia Washington
Washington State Treasurer Seattle Washington
Washoe County Clerk Reno Nevada
Washoe County Reno Nevada
Washoe County Treasurer Reno Nevada
Watauga County Tax Administrator Hermitage Pennsylvania
Waterbury City Tax Collector Hartford Connecticut
Waterbury Health Department Waterbury Connecticut
Waterford Town Clerk Waterford Connecticut
Waterford Township Treasurer (Oakland) Waterford Michigan
Waukesha County Treasurer Waukesha Wisconsin
Wayne County Health Dept Wooster, Ohio
Wayne County Tax Collector Charlotte North Carolina
Wayne County Treasurer Detroit Michigan

Waynesboro City Tax Collector Binghamton, NY
Waynesboro City Tax Collector Waynesboro Georgia
Waynesville City Tax Collector Waynesville North Carolina
Weakley Co Trustee Dresden Tennessee
Weakly County Clerk Dresden Tennessee
Webb County Clerk Laredo Texas
Webb County Tax Assessor-Collector Laredo Texas
Weber County Treasurer Ogden Utah
Webster Municipal Tax Collector Reading Massachusetts
Weld County Treasurer Greeley Colorado
Weld Dept of Public Health & Greeley Colorado
Wentzville City Collector Wentzville Missouri
West Bend City Collector (Washington) West Bend Wisconsin
West Hazelton Borough West Hazleton Pennsylvania
West Springfield Municipal Tax Collector West Springfield Massachusetts
West Valley City Salt Lake City Utah
West Virginia Dept of Rev Charleston West Virginia
West Virginia State Division Charleston West Virginia
West Virginia State Tax Dept Charleston West Virginia
Weston Treasurer Schofield Wisconsin
Whatcom County Treasurer Seattle Washington
White County Tax Collector Searcy Arkansas
Whitfield Cnty Tax Commissioner Dalton Georgia
Wichita County Tax Assessor-Collector Wichita Falls Texas
Wicomico County Clerk of Circuit Co Salisbury Maryland
Wicomico County Health Dept Salisbury Maryland
Wicomico County Tax Collector Salisbury Maryland
Wilkes County Tax Office Charlotte North Carolina
Wilkes-Barre Township Pittsburgh Pennsylvania
Will County Health Dept Joliet, Illinois
Williamson Co Trustee Pleasanton California
Williamson County And Georgetown Texas
Williamson County Georgetown Texas
Williamson County Tax Assessor-Collector Georgetown Texas
Williamson County Trustee Franklin Tennessee
Wilson County Clerk Lebanon Tennessee
Wilson County Tax Collector Charlotte North Carolina
Wilson County Trustee Lebanon Tennessee
Windsor Town Clerk Windsor Connecticut
Wisconsin Dept of Agriculture Madison Wisconsin
Wisconsin Dept of Agriculture Milwaukee Wisconsin
Wisconsin Dept of Revenue Madison Wisconsin
Wisconsin Dept of Revenue Milwaukee Wisconsin
Wisconsin Dept of Revenue Oshkosh Wisconsin
Wise County Tax Collector Wise Virginia
Wood Dale City Clerk Wood Dale, Illinois

Woods Cross City Woods Cross Utah
WSDA Seed Program Yakima Washington
WY State Treasurers Office Cheyenne, WY
WY State Use 2058499 Cheyenne, WY
Wyandotte County Treasurer Kansas CITY Kansas
Wyoming Co Courthouse Pineville West Virginia
Wyoming Department of Agriculture Cheyenne, WY
Wyoming Dept of Revenue Cheyenne, WY
Wyoming State Treasurers Office Cheyenne, WY
Wyoming Unemployment Insurance Casper, WY
Yakima County Tax Collector Yakima Washington
Yavapai County Treasurer Prescott Arizona
Yellowstone County Treasurer Billings, MT
Yolo County Agriculture Dept Woodland California
Yolo County Clerk Woodland California
Yolo County Environmental Woodland California
Yolo County Treasurer's Office Whittier California
York Area Earned Income Tax York Pennsylvania
York County Clerk Of Circuit Ct Yorktown Virginia
York County Tax Collector Baltimore Maryland
York County Treasurer York South Carolina
Youngstown City Health Dept Youngstown, Ohio
Ypsilanti Township Treasurer (Washtenaw) Ypsilanti Michigan
Yuma County Treasurer Yuma Arizona
Yuma County Yuma Arizona
Zanesville Muskingum County Zanesville, Ohio

**Temporary Labor/ Staffing Agencies**
Adecco Employment Services
Akkodis
Avi Foodsystems Inc
Avriel Ralys
Bam Marketing Services Ltd
Boren Brothers Waste Services
CHEP USA
City of Kentwood Treasurer
Compass Group
D&J Master Clean Inc
Daily Services
Distribution Solutions
Erg Staffing Service LLC
Everest Technologies
Express Services Inc
Forte Transportation
Fun Online Corporation
Furnituresource
Infosys Limited
It Xcel Consulting
Maxwell Consulting LLC
Minute Men Staffing Svc
Partners Personnel Management
Peopleshare LLC
Pridestaff
Retail Logistics Excellence Relexo
Snider Blake Personnel

Supriya Kolhatkar
Surge Staffing
Texoma Business Services LLC
Vertiv Corporation
Winsor Staffing LI&C

**Utility Providers**
0117 Waste Pro Pembroke Pines
ABCWUA
ACC Water Business
Ada City Utilities OK
AEP - Appalachian Power
AEP/24406-Wheeling Power
AES Indiana
AES Ohio
Alabama Power
Albany Utilities GA
Albemarle County Service Authority
Allen County Public Health
Alliant Energy
Alliant Energy/IPL
Alliant Energy/WPL
Alpena Power Company
Altoona Water Authority
Ameren Illinois
Ameren Missouri
American Electric Power
American Electric Power/24002
American Electric Power/24418
American Fork City Utah
AmeriGas
AmeriGas - 9220
AmeriGas - 9335
Amherst County Service Authority
Andalusia Utilities
Anderson City Utilities Indiana
Anne Arundel County Water and Wastewater
Anniston Water Works Alabama
Appalachian Electric Cooperative
Appalachian Natural Gas Distribution Co.
Appalachian Power
APS
AQUA IL
Aqua Indiana, Inc.
Aqua New Jersey
Aqua OH
Aqua Pennsylvania
Aquarion Water Company of Connecticut
Arkansas Oklahoma Gas Corp (AOG)
Arlington Utilities
Artesian Water Company, Inc.
AT&T
AT&T Mobility
Athens Utilities Board Tennessee
Atlantic City Electric
Atmos Energy

Atmos Energy/630872/740353
Auburn Water District Massachusetts
Augusta Utilities Department
Aurora Utilities Indiana
Aurora Water/City of Aurora Colorado
Austell Natural Gas System
Avista Utilities
AW Billing Service LLC
Baldwin EMC
Beaufort-Jasper Water & Sewer Authority
Beaumont - Cherry Valley Water District
Beckley Water Company West Virginia
Bedford City Utilities Indiana
Belmont County Water & Sewer District
BEMC
Benton Charter Township Michigan
Benton PUD
Benton Utilities
Berkeley County Public Service Sewer
Berkeley County Water & Sanitation
Berkeley Electric Cooperative
Berkshire Gas Company
Berks-Montgomery Municipal Authority
Bessemer Utilities
BGE
Big Sandy RECC Kentucky
Black Hills Energy
Blue Ridge Energy/NC
Board of Public Utilities Cheyenne, Wyoming
Board of Public Works-Gaffney South Carolina
Board of Public Works-Hannibal Missouri
Board of Water Works of Pueblo Colorado
Bonita Springs Utilities, Inc
Borough of Boyertown Pennsylvania
Borough of Chambersburg Pennsylvania
Borough of Ephrata Pennsylvania
Borough of Glassboro New Jersey
Borough of Lansdale Pennsylvania
Bossier City Utilities Dept. LA
Bowling Green Municipal Utilities
Brick Township Municipal Utilities
Bright Ridge
Bristol Tennessee Essential Services
Broad River Water Authority
Brownsville Public Utilities Board
Brunswick & Topsham Water District
Brunswick County NC Public Utilities
Brunswick Sewer District
Brunswick-Glynn County Joint
Buckeye Water District, Ohio
Burlington Municipal Waterworks Iowa
Butler Area Sewer Authority
Butler County Water & Sewer Department
California American Water Company
California Water Service-Bakersfield
California Water Service-Chico

California Water Service-Livermore
California Water Service-Rancho Dominque
California Water Service-Salinas
California Water Service-Stockton
Calvert County Government Maryland
Cambria Township Sewer Authority
Campbell County Utilities/Ccusa
Campbellsville Municipal Water Sewer
Cape Fear Public Utility Authority
Carmichael Water District California
Carroll EMC
Carson City Utilities
Cascade Natural Gas
Caseyville Township Sewer System Illinois
CenterPoint Energy
CenterPoint Energy Minnegasco
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/1423
CenterPoint Energy/2006
CenterPoint Energy/4849
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Charles County Government
Charleston Sanitary & City of Charleston
Charleston Water System
Charlotte County Utilities
Charter Township of Madison Michigan
Charter Township of Port Huron Michigan
Charter Township of Union Michigan
Chattanooga Gas Company
Chelan County Public Utility District
Chesapeake Utilities
Chester Metropolitan District
Chester Water Authority Pennsylvania
Chesterfield Township Michigan
Chillicothe Utilities Dept, Ohio
Citizens Energy Group
Citizens Gas Fuel Co MI
City Finance Director
City of Abilene Texas
City of Adrian Michigan
City of AikenSouth Carolina
City of Alamogordo New Mexico
City of Albemarle North Carolina
City of Albert Lea Minnesota
City of Alcoa Utilities Tennessee
City of Alhambra California
City of Alliance Water Utility, Ohio
City of Amarillo Utility Billing Department
City of Anaheim California
City of Apopka Florida
City of Arcadia California
City of Ardmore Oklahoma
City of Asheboro North Carolina
City of Ashland Kentucky
City of Athen Ohio-Water Department

City of Athens Tennessee
City of Athens Utilities
City of Attleboro Massachusetts
City of Austin Texas
City of Avon Park Florida
City of Bakersfield California
City of Barberton, Ohio
City of Bartlesville Oklahoma
City of Battle Creek Michigan
City of Baytown Texas
City of Beaumont California
City of Beaumont Texas
City of Bedford Texas
City of Bellefontaine Utilities Department
City of Belmont North Carolina
City of Big Rapids Michigan
City of Billings, MT-30958
City of Blaine Minnesota
City of Bloomington Utilities Indiana
City of Boynton Beach Florida
City of Bradenton Florida
City of Bradford Pennsylvania
City of Bradford Refuse Collection
City of Brandenburg Kentucky
City of Bridgeport West Virginia
City of Bristol Tennessee
City of Broken Arrow Oklahoma
City of Brooksville Florida
City of Brownwood Texas
City of Buena Park California
City of Buford Georgia
City of Bullhead City Arizona
City of Burleson Texas
City of Burton Michigan
City of Callaway Florida
City of Calumet City Illinois
City of Cambridge Ohio Utilities Department
City of Camden South Carolina
City of Carlsbad Utility Billing Division
City of Carrollton Texas
City of Cartersville Georgia
City of Casa Grande Arizona
City of Centralia, Illinois
City of Chardon, Ohio
City of Charlottesville Virginia
City of Chattanooga Tennessee
City of Cheyenne Wyoming
City of Chico California
City of Chino California
City of Circleville, Ohio
City of Clearwater Florida
City of Cleburne Texas
City of Clewiston Florida
City of Clifton Sewer Department
City of Clinton Mississippi
City of Clovis California

City of Clovis New Mexico
City of Cocoa Florida
City of Coconut Creek Florida
City of Coeur d Alene Idaho
City of Colorado Springs Colorado
City of Columbia Missouri
City of Columbia South Carolina Water
City of Concord North Carolina
City of Conroe  Dept 2026
City of Conway South Carolina
City of Cookeville Tennessee
City of Cornelia Georgia
City of Corona California
City of Corpus Christi
City of Corsicana Texas
City of Country Club Hills, Illinois
City of Covington Georgia
City of Covington Louisianna
City of Covington Tennessee
City of Crest Hill, Illinois
City of Crestview Florida
City of Crossville Tennessee
City of Crystal River
City of Cullman Water Sewer & Sanitation
City of Cumberland Maryland
City of Cumming Georgia
City of Cuyahoga Falls, Ohio
City of Dade City Florida
City of Dallas Texas
City of Danville Kentucky
City of Danville Virginia
City of Danville, Illinois
City of Davenport Iowa
City of Daytona Beach Florida
City of Dearborn Michigan
City of Decatur, Illinois
City of Defiance, Ohio
City of Deland Florida
City of Delano California
City of Delaware, Ohio
City of Denham Springs Louisianna
City of Denton Texas
City of DeSoto Texas Utilities
City of Diberville Mississippi
City of Douglasville Georgia
City of Dover Utility
City of Dublin Georgia
City of Dunkirk Water Department NY
City of Dunn North Carolina
City of Durham North Carolina Sewer/Water
City of Eastpointe Michigan
City of Eau Claire Wisconsin
City of Edinburg Texas
City of Edmond Oklahoma
City of Elizabeth City North Carolina
City of Elizabethton Tennessee Water/Sewer

City of Elyria - Elyria Public Utilities
City of Elyria - Stormwater
City of Enid Oklahoma
City of Escondido California
City of Eustis Florida
City of Everett Utilities Washington
City of Fairmont West Virginia
City of Farmers Branch Texas
City of Farmington New Mexico
City of Fayetteville Arkansas
City of Findlay, Ohio
City of Fitchburg Massachusetts
City of Florence South Carolina
City of Foley Alabama
City of Fond Du Lac Wisconsin
City of Fontana California
City of Fort Lauderdale Florida
City of Fort Myers Florida
City of Fort Oglethorpe Georgia
City of Fort Walton Beach Florida
City of Franklin Tennessee
City of Fresno California
City of Frisco Texas
City of Gainesville Georgia
City of Galax Virginia
City of Galesburg, Illinois
City of Gallipolis, Ohio
City of Gallup New Mexico
City of Galveston Texas
City of Garden City Idaho
City of Garland Utility Services
City of Gastonia North Carolina
City of Gilroy Utility Billing
City of Glendale Arizona/500
City of Goldsboro North Carolina
City of Goose Creek South Carolina
City of Granbury Texas
City of Grand Rapids Michigan
City of Grandville Michigan
City of Greensboro North Carolina
City of Greenwood South Carolina
City of Griffin Georgia
City of Groves Texas
City of Gulfport Water and Sewer
City of Haines City Florida
City of Hallandale Beach Florida
City of Hammond Louisianna
City of Hanford California
City of Harlingen Texas
City of Harrison Arkansas
City of Harrisonburg Virginia
City of Hartsville South Carolina
City of Hattiesburg Mississippi
City of Hazard Utilities Kentucky
City of Heath Utilities Department Ohio
City of Helena Montana

City of Henderson Kentucky
City of Hermiston Oregon
City of Hermitage Pennsylvania
City of Hickory North Carolina
City of High Point North Carolina
City of Hinesville Georgia
City of Hobbs New Mexico
City of Hollywood Florida
City of Houston Texas Water/Wastewater
City of Huber Heights, Ohio
City of Idaho Falls Idaho
City of Independence Utilities
City of Inglewood California
City of Inverness Florida
City of Irving Texas
City of Jackson Tennessee
City of Jackson Utility Billing Michigan
City of Jacksonville North Carolina
City of Jamestown Board of Public Utilities
City of Jasper Alabama
City of Joplin Missouri
City of Kannapolis North Carolina
City of Kennewick Washington
City of Kent Washington
City of Kentwood Michigan
City of Kilgore Texas
City of Killeen Texas
City of Kingman Arizona
City of Kingsport Tennessee
City of Kinston North Carolina
City of La Habra California
City of La Verne California
City of Lacey Washington
City of Lafayette Indiana
City of LaGrange Georgia
City of Lake Charles Water Division
City of Lake City Florida
City of Lake Jackson Texas
City of Lake Worth Texas
City of Lancaster Pennsylvania
City of Lancaster South Carolina
City of Lapeer Michigan
City of Laredo Utilities
City of Las Cruces New Mexico
City of Las Vegas Sewer
City of Laurel Mississippi  Public Utility
City of Laurinburg North Carolina
City of Lawrenceville Georgia
City of Lawton Oklahoma
City of Lebanon Missouri
City of Lebanon Pennsylvania
City of Lebanon Tennessee
City of Lebanon, Ohio
City of Leesburg Florida
City of Lenoir North Carolina
City of Lewiston Idaho

City of Lewisville
City of Lima - Utilities, Ohio
City of Lincolnton North Carolina
City of Live Oak FL
City of Livermore California
City of Lodi California
City of Logan Utah
City of Lompoc California
City of Long Beach California
City of Longmont Colorado
City of Longview Texas
City of Longwood Florida
City of Lorain, Ohio Water
City of Los Banos California
City of Lubbock Utilities Texas
City of Lufkin Texas
City of Lumberton North Carolina
City of Lynchburg Virginia
City of Lynnwood Washington
City of Madera California
City of Madison Heights Michigan
City of Manteca California
City of Marianna Florida
City of Marietta, Ohio
City of Marion North Carolina
City of Marshall Texas
City of Marysville Washington
City of Marysville, Ohio
City of Mattoon, Illinois
City of Maysville Utility Department
City of McKinney Texas
City of Medford Oregon
City of Melbourne Florida
City of Merced California
City of Meridian Idaho
City of Mesa Arizona
City of Mesquite Texas
City of Methuen Water & Sewage
City of Miamisburg Ohio
City of Middletown Ohio
City of Midland Texas
City of Milford Delaware
City of Milford, Ohio
City of Milledgeville GA
City of Millington Tennessee
City of Millville New Jersey
City of Milpitas California
City of Milton Florida
City of Modesto CA
City of Moline, Illinois
City of Monroe
City of Monroe North Carolina
City of Morganton North Carolina
City of Moses Lake Washington
City of Moundsville West Virginia Municipal Fee
City of Mount Airy North Carolina

City of Mount Pleasant Texas
City of Mountain Home Arkansas
City of Mt. Vernon, Illinois
City of Muskegon Michigan
City of Muskogee Oklahoma
City of Myrtle Beach South Carolina
City of Naples Florida
City of Natchitoches Louisiana
City of New Bern North Carolina
City of New Port Richey Florida
City of Newberry South Carolina
City of Newton North Carolina
City of Niles, Ohio
City of Noblesville Utilities
City of North Augusta South Carolina
City of North Las Vegas Nevada Finance Department
City of North Myrtle Beach South Carolina
City of Northampton Massachusetts
City of Northport Alabama
City of Norton Virginia
City of Norwalk, Ohio
City of Oak Ridge Tennessee
City of Ocala Florida
City of Ocean Springs Mississippi
City of Odessa Texas
City of O'Fallon, Illinois
City of Oklahoma City Oklahoma
City of Olathe Kansas
City of Olean, New York
City of Olympia Washington
City of Oregon, Ohio
City of Ormond Beach Florida
City of Oswego, New York
City of Panama City Florida
City of Paris Texas
City of Park Hills Water Department Missouri
City of Pearl Mississippi
City of Pearland Water Department
City of Pembroke Pines Florida
City of Pensacola Florida
City of Peru, Illinois
City of Petoskey Michigan
City of Phoenix Arizona
City of Pikeville Kentucky
City of Pinehurst Texas
City of Piqua, Ohio
City of Pittsburg Kansas
City of Plant City Florida
City of Plantation Florida
City of Plattsburgh, New York
City of Pocatello Idaho
City of Pompano Beach Florida
City of Port Angeles Washington
City of Port Hueneme California
City of Port Orange Florida
City of Portage Michigan

City of Portland Texas
City of Portsmouth, Ohio
City of Prescott Arizona
City of Puyallup - Utilities
City of Raleigh North Carolina
City of Redding California
City of Redlands California
City of Reedley California
City of Revere Massachusetts
City of Richardson Texas
City of Richland Washington
City of Richmond Virginia
City of Rio Rancho Water and Wastewater
City of Rochester New Hampshire
City of Rock Hill South Carolina
City of Rockwall Texas
City of Rocky Mount
City of Rohnert Park California
City of Rome Georgia
City of Roseburg Oregon
City of Roseville California
City of Roswell New Mexico Water Department
City of Round Rock Texas
City of Rowlett Texas
City of Roxboro North Carolina
City of Rutland Vermont
City of Sacramento California Department of
Utilities
City of Salem Oregon
City of Salem Virginia
City of Salina Kansas
City of San Angelo Utility Billing
City of San Bernardino California Water
City of Sanford Florida
City of Sanford North Carolina
City of Santa Ana California
City of Santa Clara California
City of Santa Fe New Mexico
City of Santa Maria California
City of Santa Rosa California Tax Bills
City of Santa Rosa California Water & Sewer
City of Sarasota Florida
City of Sault Ste. Marie Michigan
City of Savannah Georgia
City of Seaford Delaware
City of Searcy Sanitation Department
City of Seattle/Seattle City Light
City of Sedalia Missouri
City of Sevierville Tennessee
City of Seymour SMSU
City of Shawnee Oklahoma
City of Shelby North Carolina
City of Sherman Texas
City of Shreveport Louisiana
City of Sierra Vista AZ
City of Simi Valley California

City of Slidell Louisianna
City of Smyrna Georgia
City of Snellville Sanitation Department
City of Southaven Mississippi
City of Southfield Michigan
City of Spokane Washington
City of Springfield, Ohio
City of St. Augustine Florida
City of St. Joseph Missouri
City of St. Marys, Ohio
City of St. Petersburg Florida
City of Statesboro Georgia
City of Statesville North Carolina
City of Stephenville Texas
City of Stillwater Oklahoma
City of Stuart Florida
City of Sumter South Carolina
City of Surprise Arizona
City of Tacoma Public Utilities
City of Tallahassee Florida
City of Tampa Utilities
City of Tarpon Springs Florida
City of Taylor Michigan Water Department
City of Tempe Arizona
City of Temple Texas
City of Terre Haute/Sewer
City of Terrell Texas
City of Thomasville Georgia
City of Thomson Georgia
City of Tiffin, Ohio
City of Tifton Georgia
City of Toledo-Dept of Public Utilities
City of Tomball Texas
City of Topeka Kansas
City of Tracy California
City of Troy Alabama
City of Troy, New York
City of Tucson Arizona
City of Tulare California
City of Tulsa Utilities
City of Turlock California
City of Tyler Texas
City of Ukiah California
City of Union City Georgia
City of Union City Tennessee
City of Upland California Waste
City of Upland California Water/Sewer
City of Vacaville California
City of Valdosta Georgia
City of Van Wert Water Department Ohio
City of Vancouver Washington
City of Venice Florida
City of Vicksburg Mississippi
City of Victoria Texas
City of Victorville California Water
City of Vidalia Georgia

City of Vienna West Virginia
City of Waco Water Office
City of Warner Robins Georgia
City of Warren, Ohio
City of Warsaw Wastewater Payment Office
City of Washington Missouri
City of Watertown, New York
City of Watsonville Utilities California
City of Waxahachie Texas
City of Waycross Georgia
City of Waynesboro Georgia
City of Waynesboro Virginia
City of Weatherford Texas
City of Webster Texas
City of Weirton West Virginia
City of West Columbia South Carolina
City of West Monroe Louisiana
City of West Plains Missouri
City of Westerville, Ohio
City of Westland Water
City of Westminster California
City of Westminster Colorado
City of Westminster Maryland
City of Whiteville North Carolina
City of Whittier
City of Wichita Falls Texas
City of Wilmington Delaware
City of Wilson North Carolina
City of Winston-Salem North Carolina
City of Winter Garden Florida
City of Wood Dale, Illinois
City of Woodland California
City of Yuba City
City of Yukon Oklahoma
City of Yuma Arizona
City of Zanesville, Ohio
City Utilities - Huntington Indiana
City Utilities Commission Kentucky
City Utilities of Springfield Missouri
City Water & Light (CWL)
City Water Light & Power Springfield Illinois
Clark Public Utilities
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Department
Clay County Utility Authority Florida
Clay Electric Cooperative
Clearfield Municipal Authority Pennsylvania
Clearwater Enterprises LLC
Clico Power LLC
Clermont County Water Resources, Ohio
Cleveland Utilities
Clinton Newberry Natural Gas Authority
Clinton Township Treasurer Michigan
Clinton Utilities Board Tennessee
Cloverland Electric Cooperative/Dafter

Cobb County Water System
Cobb EMC
Coldwater Board of Public Utilities Michigan
College Station Utilities Texas
College Township Water Authority Pennsylvania
Colorado Springs Utilities
Columbia County Water Utility
Columbia Gas of Kentucky
Columbia Gas of Maryland - GTS
Columbia Gas of Ohio
Columbia Gas of Ohio - GTS
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia Power & Water Systems (CPWS)
Columbiana County Water & Sewer
Columbus City Treasurer
Columbus City Utilities
Columbus Water Works
ComEd
Commissioners of Public Wks Greenwood South
Carolina
Community Water Company of Green Valley
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Consolidated Waterworks District #1
Constellation NewEnergy
Constellation NewEnergy Gas Div LLC
Consumers Energy
Conway Corporation
Coos Bay-North Bend Water Board
Coral Springs Improv. Dist.
Corning Natural Gas
CoServ
Coshocton Water Department, Ohio
County of Henrico Virginia
County Water Dist. of Billings Height
Covington Electric System
Coweta-Fayette EMC
Cowlitz County PUD
CPS Energy
Crawfordsville Electric Light & Power
Crawfordsville Utilities Indiana
Crescenta Valley Water District
Crossroads X LLC
CRWWD - Clark Regional Wastewater Dist
Cullman Power Board
Cullman-Jefferson Counties Gas District
Dalton Utilities
Decatur Utilities Alabama
Dekalb County
Delmarva Power
Delta Natural Gas Co Inc
DEMCO (Dixie Electric Membership Corp)
Dennis Water District
Department of Public Utilities South Carolina
Dept of Water Works - Sanitary District

Destin Water Users, Inc.
Dickson Electric System
Direct Energy
Direct Energy/643249/660749
Division of Water and Wastewater, Ohio
Dixie Electric Power Association
Dominion Energy
Dominion Energy North Carolina
Dominion Energy Ohio
Dominion Energy South Carolina
Dominion VA/NC Power
Dothan Utilities
Dover Water Commissioners New Jersey
DTE Energy
Duke Energy
Duke Energy/1326/1327
Duquesne Light Company
Durant City Utility Oklahoma
Dyersburg Electric
Dyersburg Gas & Water Dept
Easley Combined Utilities South Carolina
East Brunswick Twp Water/Sewer
East Central Electric/OK
East Norriton Township
East Peoria Water & Sewer Dept.
Eastgrove Shopping Center
Easton Utilities
Ebensburg Borough Pennsylvania
EBMUD-East Bay Municipal Utility Dist
El Paso Electric
El Paso Water Utilities
Electric Board of Guntersville AL
Electric City Utilities
Elizabethton Electric System
Elizabethtown Gas
Elizabethtown Utilities Kentucky
Elk Grove Water Works California
Elkhart Public Utilities
Elkton Gas
Elmira Water Board NY
Emerald Coast Utilities Authority
EMWD-Eastern Municipal Water District
Energo
Energy Management Systems Dept 2159
Energy West - Montana
Engie Power & Gas LLC
Engie Resources
Englewood Water District Florida
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
Entergy Texas, Inc.
EPB
EPCOR Water
Erie County Sewer & Water

Erie County Water Authority
Erie Water Works
Eugene Water & Electric Board (EWEB)
Evansville Water and Sewer Utility
Evergy Kansas Central
Evergy KS MO Metro MO West
Eversource Energy
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource Energy/56005
Fairfield Electric Cooperative, Inc.
Fairfield Utilities-City of Fairfield
Fairhope Public Utilities
Farmington Water Department/ME
Fayetteville Public Works Commission
First Utility District of Knox County
Fleming-Mason Energy
Flint EMC
Florence Utilities Alabama
Florida City Gas
Florida Public Utilities
Fontana Water Company
Fort Hill Natural Gas Authority
Fort Payne Improvement Authority
Fort Payne Water Works Board
Fort Pierce Utilities Authority
Fort Wayne City Utilities
Fort Worth Water Department
Foster Township Sewer Dept PA
FPL - Florida Power & Light Company
FPL Northwest FL
Frankfort Plant Board
Franklin County Sanitary Engineering
Frederick Water
Freeborn-Mower Cooperative Services
Fremont Dept. of Utilities
Fremont Water Office
Frenchtown Water
FRSA-Payments
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gallatin Department of Electricity
Gallatin Public Utilities
Gallia Rural Water Association
Gardner Water Department
GCWW Greater Cincinnati WW
Georgia Natural Gas
Georgia Power
GEUS/City of Greenville Texas
Glasgow Electric Plant Board
Glasgow Water Co.
Gloucester Township New Jersey
GMWSS
Golden State Water Co.

Grand Traverse County Dept of Pub Works
Grant County Public Utility District
Great Lakes Energy
Greater Augusta Utility District Maine
Greater Dickson Gas Authority
Greater Peoria Sanitary District
Greco Gas Inc.
Green Bay Water Utility
Green Mountain Power Corporation
Greeneville Light & Power System
Greeneville Water Commission
Greenfield Utilities Indiana
Greenville Utilities Commission North Carolina
Greenville Water South Carolina
Greenwood Utilities Mississippi
Greer CPW
GreyStone Power Corporation (Elec)
Guardian Water & Power
Guardian/007912
Guntersville Water & Sewer Board
Gwinnett Co Water Resources
Hamilton Township MUA
Hancock-Wood Electric Cooperative, Inc.
Hardin County Water District # 2
Haring Township Utility Department
Harris County MUD 102
Harris County MUD 81
Harrison Township Pennsylvania-Water Authority
Harrison Utilities
Harrisonburg Electric Commission
HarveyCo LLC
Helix Water District
Hellers Gas Inc Jonestown
Heller's Gas Inc./ Berwick Pennsylvania
Henry County Public Service Authority
Hermiston Energy Services Oregon
Hernando County Utilities Florida
Hesperia Water District California
Hi-Desert Water District
Highland Sewer & Water Authority
Hillsborough County Water Resource -BOCC
Hixson Utility District Tennessee
Holland Board of Public Works
Holland Charter Township Michigan
Holston Electric Cooperative, Inc.
Hope Gas Inc
Hopewell Township Pennsylvania
Hopkinsville Electric System Kentucky
Hopkinsville Water Environment Auth
HRSD/HRUBS
Huntsville Utilities Alabama
Idaho Power
Illinois American Water
Imperial Irrigation District California
Indian Nations Fiber Optics
Indian River County Utilities Florida

Indiana American Water
Indiana Michigan Power
Indio Water Authority
Intermountain Gas Company
Iowa American Water Company
Irving Energy
Jackson Energy Authority
Jackson Utilities Dept - City of Jackson
Janesville Water & Wastewater Utility
Jasper Municipal Utilities
Jasper Waterworks & Sewer Board, Inc AL
JEA
Jefferson City Utilities Missouri
Jefferson City Water Department Tennessee
Jefferson County AL, Sewer Service Fund
Jefferson County Water & Sewer Dist
Jefferson Parish Louisianna
Jersey Central Power & Light
Johnson City Utility System
Johnson County Wastewater
Jordan Tax Service Township of Collier
Kansas City Board of Public Utilities
Kansas Gas Service
Kearns Improvement District
Kenergy Corp
Kentucky American Water Company
Kentucky Power Co
Kerrville PUB
Keter Environmental Services
King Co Water Dist 49
Kissimmee Utility Authority
Kochville Township Michigan
KSJWA-Kittanning Suburban Joint Water Authority
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
LA Canada Irrigation District
LA County Waterworks
La Crosse Water Utility
Lackawanna River Basin-LRBSA
Lafayette Utilities Systems (LUS)
Lafollette Utilities
Lake Havasu City
Lakeland Electric/City of Lakeland Florida
Lakeview Light & Power Co.
Lakewood Water District
Lancaster County South Carolina/Lancaster
Lancaster Utilities Collection-Office
Lansing Board of Water & Light
Latrobe Municipal Authority Pennsylvania
Laurens Electric Cooperative
Lawrence County Solid Waste Service Tennessee
Lawrenceburg Utility Systems Tennessee
LCEC- Lee County Electric Cooperative
LCWSA-Lycoming County Water & Sewer
Authority
Lee County Utilities Florida

Lees Summit Water Utility
Legal Tax Service Inc
Lehigh County Authority
Lenoir City Utilities Board (LCUB)
Level 3 Communications
Lexington Utilities North Carolina
Lexington-Fayette Urban County Govt
LG&E - Louisville Gas & Electric
Liberty Utilities Arizona
Liberty Utilities Georgia
Liberty Utilities New Hampshire
Liberty Utilities New York
Liberty Utilities/219094
Liberty Utility California
Liberty Utility Missouri
Lincoln Electric System
Lockport Waterworks and Sewerage System
Logan Township Pennsylvania
Logansport Municipal Utilities
Los Angeles Dept of Water & Power
Loudoun Water
Louisville Water Company
LUC-London Utility Commission
Lynn Water Sewer Commission
M.C. MUD 19
Macon Water Authority Georgia
Madison Suburban Utility District
Madison Water and Sewage Indiana
Madisonville Municipal Utilities Kentucky
Magic Valley Electric Co-op
Maine Natural Gas Maine
Marion County Sanitary Eng Dept Ohio
Marion County Utilities Florida
Marion Municipal Utilities Indiana
Marpan Supply Co., Inc.
Marshall County Gas Dist Alabama
Martin County Utilities
MAWC-Municipal Auth of Westmoreland Cty
Mayfield Electric & Water Systems
McAllen Public Utility Texas
McMinnville Electric System
McMinnville TN-Water & Sewer Dept
MCUD-Manatee County Utilities Department
Meade County KY-Rural Electric
Meadville Area Water Authority PA
Medford Water Commission Oregon
Medina County Sanitary Engineers
Memphis Light, Gas & Water Division
MEPB - Murphy Electric Power Board
Met-Ed
Metro Water Services Tennessee
Metropolitan St. Louis Sewer Dist 437
Metropolitan Telecommunication
Metropolitan Utilities District
MHOG Utilities
Miami-Dade Water and Sewer Dept

Michigan Gas Utilities
Mid Valley Disposal
MidAmerican Energy Company
Middle Tennessee Electric
Middle Tennessee Natural Gas
Middlesex Water Company
Midland Public Service District West Virginia
Mifflin County Municipal Authority
Minnesota Energy Resources
Mishawaka Utilities Indiana
Mississippi Power
Missouri American Water
Modesto Irrigation District
Mohave Electric Cooperative
Mohawk Valley Water Authority
Moncks Corner Waterworks
MonPower/Monongahela Power
Monroe County Water Authority
Monroeville Municipal Authority
Montana-Dakota Utilities Co
Monterey One Water
Montgomery County Environmental Svs, Ohio
Montgomery Water Works
Moon Township Municipal Authority
Morehead Utility Plant Board
Morgantown Utility Board
Morristown Utility Commission
Morrisville Water & Light Department
Moulton Niguel Water
Moundsville Water Board West Virginia
Mountain Water District
Mountaineer Gas
Mt. Sterling Water & Sewer System
Muhlenberg Township Authority Pennsylvania
Muncie Sanitary District
Municipal Authority of Allegheny Twp
Municipal Utilities City of Bowling
Municipal Utilities/Poplar Bluff Missouri
Murfreesboro Water Resources Department
Murphy Water Works
Murray City Corporation Utah
Murray Electric System
Murray Municipal Utilities
MWAA-Municipal Water Authority of Aliquippa
Nashville Electric Service
National Fuel Gas
National Fuel Resources
National Fuel/371835
National Grid
National Grid - New York
National Grid - Pittsburgh/371382
National Grid Pittsburgh
Navopache Electric Cooperative
Neenah Water Utility
New Albany Municipal Utilities
New Braunfels Utilities Texas

New Castle Sanitation Authority
New Jersey American Water Company
New Mexico Gas Company
New Philadelphia Water Office
New River Light & Power Company/NC
Newark Water Office
Newnan Utilities Georgia
Newport News Waterworks
Nicor Gas
Niles Township Michigan
NIPSCO - Northern Indiana Public Serv Co
NJNG
North Beckley PSD
North Bergen Municipal Util Authority -NBMUA
North Georgia EMC
North Little Rock Electric
North Park Public Water District
North Penn Water Authority
North Richland Hills Water Dept
North Versailles Township Sanitary Auth
NorthWestern Energy, MT
Northwestern Water and Sewer District
Norwich Public Utilities
NOVEC
NRG Business Solutions
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYSEG-New York State Electric & Gas
O.C.W.R.C. - Oakland County
Oak Hill Sanitary Board
Oak Ridge Utility Dist TN
OEC-Oklahoma Electric Cooperative
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Ohio Gas Company
Oildale Mutual Water Company
Okaloosa County Water & Sewer
Okaloosa Gas District Florida
Oklahoma Natural Gas Co: Kansas City
Omaha Public Power District
Ontario Municipal Utilities Company
Ontario Water Utilities, New York
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission
Otay Water District
Owensboro Municipal Utilities (OMU)
Pace Water Systems, Inc
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Paducah Water Works
Palatka Gas Authority
Palm Beach County Water Utilities Dept
Paradise Irrigation District

Paragould Light Water & Cable
Pascagoula Utilities Mississippi
Pasco County Utilities
Passaic Valley Water Commission
Paulding County Water System Georgia
Pea Ridge Public Serv Dist
PECO
PECO Energy Company
Pedernales Electric Cooperative, Inc.
Pelham Water Works
Penelec
Penn Power
Pennsylvania American Water
Peoples Energy
Peoples Water Service Co of Florida
PEPCO (Potomac Electric Power Company)
Phenix City Utilities Alabama
Philadelphia Gas Works
Piedmont Natural Gas
Pierce County Sewer Washington
Pinedale County Water District
Pinellas County Utilities Florida
Plainfield Charter Township
PNM Public Service Company of New Mexico
Porter MUD Texas
Porter Special Utility District
Portland General Electric (PGE)
Portland Water District Maine
POTOMAC EDISON
Powell-Clinch Utility District
PPL Electric Utilities
PPL Electric Utilities/Allentown
Prattville Water Works Board
Prestonsburg City's Utilities Commission
Prince George County Utility Department
Princeton Sanitary Board
PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company of Oklahoma
Public Works & Utilities Kansas
Puget Sound Energy
Putnam Public Service District
PWCSA - Prince William County Services
PWSD #1 of Cole County Missouri
Randolph EMC
Rappahannock Electric Coop
Receiver of Taxes -Town of Riverhead
Regional Water Authority
Reid Road MUD #1
Reliant Energy Solutions
Republic Services #046
RG&E - Rochester Gas & Electric
Rhode Island Energy
Rialto Water Services
Richmond Power & Light
Richmond Utilities

Riverside Public Utilities California
Riviera Utilities - Foley Alabama
Roane County Public Utility
Roanoke Gas Company
Roanoke Rapids Sanitary Dist North Carolina
Roberts Crossing LLC
Rockwood Electric Utility
Rockwood Water, Sewer & Gas
Rogers Water Utilities
Rogersville Water Commission
Rolla Municipal Utilities
Rome City Treasurer, New York
Roseburg Urban Sanitary Authority
Ross Township Pennsylvania
Rostraver Township Sewage Authority
Ryland Environmental
Sacramento County Utilities
Sacramento Suburban Water District
San Antonio Water System Texas
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
Santee Cooper
Saraland Water Service
Saugerties Water/Sewer Department
Sawnee EMC
Scana Energy
Scharman Propane Gas Serv. Inc.
Schuylkill County Municipal Authority
Scioto Co. Sanitary Engineering Dept
Scioto Water, Inc.
Scott Township Authority
SCV Water - Santa Clarita Division
Searcy Water & Sewer System
SECO Energy
Semco Energy Gas Company
Seneca Light & Water
Sevier County Electric System
Sevier County Utility District (SCUD)
Sheboygan Water Utility Wisconsin
Shelby Township Dept of Public Works
Shelbyville Public Utilities Indiana
Singing River Electric Cooperative
SMECO (Southern Maryland Electric Coop)
SMUD
Smyrna Utilities TN
Snapping Shoals EMC
Snohomish County PUD
Somerset Utilities
South Central Power CO, Ohio
South Jersey Gas Company
South Ogden City Corporation
South Stickney Sanitary District
Southeast Brunswick Sanitary Dist/NC
Southeast Gas Andulasia
Southern California Edison

Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southern Pine Electric Power
Southgate Water Department Michigan
Southwest Gas
Southwest Suburban Sewer District Washington
Southwestern Electric Power
Spartanburg Water System
Speedway Waterworks
Spire/Birmingham
Spire/St Louis
Spokane County Environmental Services
Sprague Operating Resources LLC
Sprague Operating Resources LLC/782532
Springfield Dept. of Utilities
Springfield Utility Board
SRP - Salt River Project
St John The Baptist Parish Utilities
St. Mary's County Metropolitan Commssn
Stafford County Utilities
Stevens Point Public Utilities
STRR South Tulare RichGrove Refuse Inc
Suburban Propane
Suburban Propane-1217
Suffolk County Water Authority - NY
Sugarcreek Borough Pennsylvania
Sulphur Springs Valley Elec Coop
Summersville Water Works
Summerville CPW
Summit Natural Gas of Maine Inc
Summit Natural Gas of Missouri Inc
Summit Utilities Arkansas Inc
Summit Utilities Oklahoma Inc
Susquehanna Township Authority Pennsylvania
Swansea Water District
Sweetwater Authority
Sylacauga Utilities Board
Symmetry Energy Solution LLC
T- Mobile USA Inc
Taunton Muni Lighting Plant (TMLP)
Tax Collector, City of Waterbury Connecticut
Taylor County Rural Electric Coop Corp
TECO Tampa Electric Company
TECO: Peoples Gas
Tennessee American Water Company
Texarkana Water Utilities
Texas Gas Service
The Energy Cooperative
The Illuminating Company
The Torrington Water Company
The United Illuminating Company
Toho Water Authority
Toho Water Authority
Toledo Edison
Town of Aberdeen North Carolina
Town of Apple Valley California

Town of Ashland Massachusetts
Town of Auburn Massachusetts
Town of Babylon, New York
Town of Billerica Massachusetts
Town of Boone North Carolina
Town of Cary North Carolina
Town of Christiansburg Virginia
Town of Clay Uniform Water
Town of Collins Water
Town of Cortlandt
Town of Cortlandt/Cortlandt Manor
Town of Cortlandville, New York
Town of Culpeper Virginia
Town of Danvers Massachusetts-Electric Division
Town of Derry New Hampshire
Town of Elkin North Carolina
Town of Fairhaven Massachusetts
Town of Franklin Massachusetts
Town of Franklin North Carolina
Town of Front Royal Virginia
Town of Fuquay-Varina North Carolina
Town of Gilbert Arizona
Town of Greeneville Tennessee
Town of Jefferson North Carolina
Town of Leesburg Virginia
Town of Lexington South Carolina
Town of Lockport, New York
Town of Manchester Connecticut
Town of Massena Electric Department, New York
Town of Mocksville North Carolina
Town of Mooresville North Carolina
Town of Morehead City North Carolina
Town of Niagara, New York
Town of Plymouth Massachusetts
Town of Richlands Virginia
Town of Rising Sun Maryland
Town of Schererville Indiana
Town of Selma North Carolina
Town of Shallotte North Carolina
Town of Ulster, New York
Town of Vestal, New York - Utility Fund
Town of Wake Forest North Carolina
Town of Wallkill, New York
Town of Waynesville North Carolina
Town of Weaverville North Carolina
Town of Wilkesboro North Carolina
Town of Wise Virginia
Township of Alpena Michigan
Township of Falls Authority
Township of Greenwich Sewer Department
Township of Ocean Utilities New Jersey
Treasurer - Spotsylvania County
Treasurer, Chesterfield County
Truckee Meadows Water Authority
Trumbull County Water & Sewer Dept.
Trussville Gas and Water

Tucson Electric Power Company
Tullahoma Utilities Authority
Tupelo Water & Light Dept
Turlock Irrigation District
TVWD/CWS
TXU Energy
TXU Energy/650638
UAJA - University Area Joint Authority
UBS-Utility Billing Services
UGI Energy Services LLC
UGI Utilities Inc
Ukiah Valley Sanitation District
Union City Energy Authority
Union Oil & Gas Incorporated
United Cooperative Services
United Power
Unitil MA Electric & Gas Operations
Unitil ME Gas Operations
Unitil NH Gas Operations
Unity Township Municipal Authority Pennsylvania
UNS Electric Inc
UNS Gas Inc
Upper Allegheny Joint Sanitary Auth Pennsylvania
Utilities Board of Rainbow City Alabama
Utilities Commission Florida
Utility Billing Services
Ventura Water
Veolia Water New Jersey
Veolia Water Pennsylvania
Veolia Water Toms River
Vera Water & Power
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Arcade, New York
Village of Bradley, Illinois
Village of Dansville, New York
Village of Franklin Park, Illinois
Village of Granville, New York
Village of Hamilton, New York
Village of Hartville, Ohio
Village of Massena, New York
Village of Menomonee Falls Utilities
Village of Potsdam, New York
Village of Round Lake Beach, Illinois
Village of Wappingers Falls, New York
Village of Wintersville, Ohio

Vincennes Water Department Indiana
Virginia American Water Company
Virginia Natural Gas
Volunteer Energy Cooperative/Crossville
Volusia County Water & Sewer
Wadsworth Utilities Ohio
Wallingford Electric Division Connecticut
Walton EMC / Walton Gas
Washington Gas
Washington Suburban Sanitary Commission
Waste Connections LS
Waste Connections of KY Inc
Waste Management
Waste Management National Services, Inc.
Water Authority of Dickson County
Water District - LVVWD
Water Service Corp of Kentucky
Waterford Water & Sewer Department
WaterOne (Water Dist No 1 of Johnson Co)
WE Energies
West Bend Water Utility
West Deptford Township New Jersey
West Penn Power
West River Shopping Center LLC
West View Water Authority
West Virginia American Water Company
Western Municipal Water District
Western Virginia Water Authority
WHAWPCA
Wilkinsburg-Penn Joint Water Authority
Williamson Water & Sewer Depts
Wilmington Utility Billing
Winter Haven Water
Wisconsin Electric/Gas
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Xcel Energy
York County Natural Gas
Yorkshire Water District #1
Youngstown Water Dept.Ohio
Ypsilanti Community Utilities Authority
Zia Natural Gas Company/Hobbs

## EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

## Relationships in Matters Related to These Proceedings

**None**

## Relationships in Unrelated Matters - Current

**Debtors' Advisors**
A&G Real Estate Partners
Davis Polk & Wardwell LLP
Guggenheim Securities
Morris, Nichols, Arsht, Tunnell LLP

**Debtors' Professionals**
A&G Real Estate Partners
Davis Polk & Wardwell
Guggenheim Securities, LLC
Morris, Nichols, Arsht & Tunnell LLP

**Former Directors**
Sandra Y. Campos

**Benefit Providers**
Anthem, Inc.
Metropolitan Life Insurance Company
The Allstate Corporation

**Official Creditors' Committee Attorneys**
Cole Schotz P.C.
McDermott Will & Emery LLP

**Official Creditors' Committee Members**
Twin Star International, Inc.

**Official Creditors' Committee Members'
Attorneys**
Katten Muchin Rosenman LLP
King & Spalding LLP
Kirkland & Ellis LLP
Morris James LLP
Sidley Austin LLP

**Top Unsecured Creditor**
3M Company
Serta inc.

Twin Star International

**Creditor Professionals**
Berkeley Research Group, LLC
Blank Rome LLP
Choate, Hall & Stewart LLP
Otterbourg P.C.
Richards, Layton & Finger, P.A.

**Depository Banks, Sureties, and Letter of
Credit Providers**
Bank Of America
Fifth Third Bank
Liberty Mutual Insurance Company
PNC BANK
PNC Bank, National Association
Truist Bank
US Bank
Wells Fargo Bank

**Insurance Providers**
ACE American Insurance Co.
ACE Insurance
ACE Property and Casualty Insurance Company
AIG Specialty Insurance Company
Allied World Assurance Company (AWAC)
Allied World Assurance Company Ltd (AWAC)
Aon PLC
Aspen
AXA XL
AXA XL (Indian Harbor)
AXA XL/XL Insurance America Inc.
AXIS Insurance Co
Axis Surplus Insurance Company
Beazley - Lloyd's Syndicate 2623/623
Beazley Insurance Company, Inc.
Berkshire Hathaway Specialty Insurance Co.
C.N.A

Chubb
Chubb/Ace American Insurance Co.
Continental Casualty Company
Endurance American Insurance Company (Sompo)
Everest Indemnity Insurance Company
Federal Insurance Co
Federal Insurance Company
Federal Insurance Company/CHUBB
Homeland Insurance Co Of Ny
Hub International Limited
Hudson Insurance Company
Lexington Insurance Company
Lloyds of London
Lloyds of London
Marsh LLC
National Union Fire Insurance Co of Pittsburgh Pennsylvania
National Union Fire Insurance Company of PA (AIG)
Partner Re-Insurance Ltd.
RSUI Indemnity Company
Starr Indemnity & Liability Company
The Ohio Casualty Insurance Company (Liberty)
Travelers Casualty and Surety Company of America
Twin City Fire Insurance Company (The Hartford)
XL Insurance America, Inc.
Zurich
Zurich American Insurance Company

**Litigation Parties**
Federal Trade Commission
United States of America

**Litigation Parties' Opposing Counsel**
Arnold & Porter Kaye Scholer LLP
Bailey Cavalieri, LLC
Simon & Simon, PC
United States of America
US Department of Justice
Wilshire Law Firm

**Ordinary Course Professionals**
Baker & Hostetler LLP
Baker Mckenzie
Benesch Friedlander Coplan
Bradley Arant Boult Cummings
Deloitte & Touche LLP

Fish & Richardson PC
Galloway Johnson Tompkins
Gibbs & Bruns LLP
Gordon Rees Scully & Mansukhani LLP
Greenberg Traurig LLP
Hall & Evans LLC
Ice Miller LLP
KPMG LLP
Moore & Van Allen PLLC
Morgan Lewis & Bockius LLP
Norton Rose Fulbright US LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Steptoe & Johnson PLLC
Thompson Hine LLP
Vorys Sater Seymour Pease LLP

**Real Estate Lessors/ Landlords**
Albertson's Inc.
Albertson's LLC
ARCTRUST
CMPC LLC
Franklin Square LP
Kent Holding, LLC
Kimco
Kirkland & Ellis LLP
M&T Bank
Robinson, Bradshaw & Hinson, P.A.
Supervalu Inc
The Kroger Company
Wal-Mart East, LP
Westerman Ball Ederer Miller
Westerman Ball Ederer Miller & Sharfstein, LLP

**Secured Lenders**
Bank of America, N.A.
Fifth Third Bank, National Association
MUFG Bank, Ltd.
PNC Bank, National Association
Truist Bank
U.S. Bank National Association
Wells Fargo Bank, National Association

**Shareholders**
BlackRock, Inc.
FMR LLC
The Vanguard Group, Inc.

**Suppliers and Vendors**
Procter & Gamble

Serta INC

**Taxing Authorities**
City of Leesburg Florida
City of Philadelphia Pennsylvania
County of Los Angeles Los Angeles California
Internal Revenue Service Washington, DC
Los Angeles County Los Angeles California
PricewaterhouseCoopers LLP Columbus, Ohio
San Bernardino County San Bernardino California
State of Alaska Juneau Arkansas
State of Louisiana Baton Rouge Louisianna
State of North Dakota Bismarck North Dakota
State of Utah Salt Lake City Utah
State of West Virginia Charleston West Virginia

**Temporary Labor/ Staffing Agencies**
Akkodis
Compass Group
Infosys Limited

**Utility Providers**
American Electric Power
AT&T
AT&T Mobility
Atmos Energy
CenterPoint Energy
City of Corpus Christi
City of Las Cruces New Mexico
City of Leesburg Florida

City of Lufkin Texas
Duke Energy
El Paso Electric
Energo
Engie Power & Gas LLC
Entergy Arkansas, Inc.
Eversource Energy
Level 3 Communications
Los Angeles Dept of Water & Power
Mountaineer Gas
National Grid
New Mexico Gas Company
Nicor Gas
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
Pacific Gas & Electric
PEPCO (Potomac Electric Power Company)
PECO Energy Company
PECO
PSE&G-Public Service Elec & Gas Co
Southern California Edison
Southern California Gas (The Gas Co.)
Southwest Gas
T- Mobile USA Inc
TECO Tampa Electric Company
TECO: Peoples Gas
Verizon Wireless
Waste Management
Xcel Energy

**Relationships in Unrelated Matters - Former**

**Top Unsecured Creditor**
Ashley Furniture
KEECO LLC

**Depository Banks, Sureties, and Letter of Credit Providers**
Citizens Bank Of Pennsylvania

**Insurance Providers**
FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.
Starr Specialty Insurance Company

**Litigation Parties' Opposing Counsel**
Glankler Brown PLLC

**Potential Purchasers/ Investors**
Nexus Capital Management LP

**Real Estate Lessors/ Landlords**
MIDEB Nominees, Inc.
Safeway Inc.
Safeway Inc. Attn: Real Estate Law
Safeway, Inc.
Salisbury Holdings, L.P.

**Suppliers and Vendors**
Ashley Furniture

**Taxing Authorities**
City of Dallas Texas

City of Los Angeles Los Angeles California
City of Los Angeles Ofc Of Los Angeles California
Parish of St Bernard Chalmette Louisianna
State of Arizona Phoenix Arizona
State of California Sacramento California

**Utility Providers**
AmeriGas
Black Hills Energy
City of Dallas Texas
City of Richmond Virginia
Columbia Gas of Pennsylvania
Dalton Utilities
Delmarva Power
Direct Energy
Dominion Energy
DTE Energy
Duquesne Light Company
Elizabethtown Gas
Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
National Fuel Gas
NJNG
NW Natural
Orange and Rockland Utilities (O&R)
Philadelphia Gas Works
Piedmont Natural Gas
South Jersey Gas Company
Southern Connecticut Gas (SCG)
UGI Utilities Inc

4