## **CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on October 21, 2024, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance* to be served by email on:

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers
Case B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Email: rdehney@morrisnichols.com, aremming@morrisnichols.com, tmann@morrisnichols.com, srchurchill@morrisnichols.com, csawyer@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Email: brian.resnick@davispolk.com, adam.shpeen@davispolk.com stephen.piraino@davispolk.com, ethan.stern@davispolk.com
*Debtors' Counsel*

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207

```
Wilmington, Delaware 19801
Email:  Linda.Casey@usdoj.gov
```

Dated: October 21, 2024

                                          */s/ William F. Taylor, Jr.*
                                          William F. Taylor, Jr. (#2936)