UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

RECEIVED
2024 OCT 21  AM 11: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | NO. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (JOINTLY ADMINISTERED) |
| | CHAPTER 11 |
| DEBTOR | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the Steeg Law Firm, LLC, by and through Henry Opotowsky hereby appears for and will represent Eagle Enterprises of Jefferson, Inc., a creditor and party in interest in the above-entitled and numbered case, and pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and, requests that all notices in this case be given to and served upon the following:

Henry Opotowsky
Steeg Law Firm, LLC
201 St. Charles Avenue
Suite 3201
New Orleans, Louisiana 70170
Telephone: (504) 582-1199
Facsimile: (504) 582-1240
E-mail: hopotowsky@steeglaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rules 2002, 3017 and 9010 of the Bankruptcy Rules and also includes without limitation, any plan of reorganization and objections thereto, and notice of any orders, all pleadings, motions, applications, demands, hearing, disclosure statements, answers, responses, memorandum or

briefs in support of the foregoing and other documents brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the submission and filing of this Notice is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which rights are reserved without prejudice.

The said Henry Opotowsky hereby requests that his name and address (listed below) be added to all mailing matrices in this matter.

Respectfully submitted this 11th day of October, 2024.

Henry Opotowsky (LA Bar No. 38859)
Steeg Law Firm, LLC
201 St. Charles Avenue; Suite 3201
New Orleans, Louisiana 70170
Telephone: (504) 582-1199
Facsimile: (504) 582-1240
E-mail: hopotowsky@steeglaw.com

Attorney for Eagle Enterprises of Jefferson, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | NO. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (JOINTLY ADMINISTERED) |
| DEBTOR | CHAPTER 11 |

RECEIVED
2024 OCT 21  AM 11: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices has been served upon the following via the Court's CM/ECF notification system this 11th day of October, 2024.

_____
Henry Opotowsky (LA Bar No. 38859)
Steeg Law Firm, LLC
201 St. Charles Avenue; Suite 3201
New Orleans, Louisiana 70170
Telephone: (504) 582-1199
Facsimile: (504) 582-1240
E-mail: hopotowsky@steeglaw.com

Attorney for Eagle Enterprises of Jefferson, Inc.

# STEEGLAW

**CONTACT**
HENRY OPOTOWSKY
HOPOTOWSKY@STEEGLAW.COM
504-582-1199

RECEIVED
2024 OCT 21  AM 11: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 11, 2024

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re:  In re: Big Lots, Inc., et al.
     No. 24-11967 (JKS), Chapter 11
     Our File: 6511.5

Dear Sir or Madam:

Enclosed please find a Notice of Appearance and Request for Notice, as well as a Certificate of Service, to be filed into the record of the refenced matter.

Should you have any questions or need any additional information, please do not hesitate to contact my office.

With best regards, I remain

Very truly yours,

HENRY OPOTOWSKY

HO/cbm
Enclosures

STEEG LAW FIRM, LLC | STEEGLAW.COM
201 ST. CHARLES AVENUE | STE. 3201 | NEW ORLEANS, LA 70170 | TELEPHONE 504.582.1199 | FACSIMILE 504.582.1240