**Exhibit A to Post-Auction Notice**

**Successful Bidder List**

| LEASE ASSET(S) | LEASE COUNTERPARTY | SUCCESSFUL BIDDER | TYPE OF AGREEMENT | PRICE[1] | CURE |
|---|---|---|---|---|---|
| #4568, 18705 S I-19 Frontage Rd., Green Valley, AZ | SD-Sahuarita Properties, LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $88,250 | $24,377 |
| #5090, 2999 N College Ave, Fayetteville, AR | Mathias Shopping Centers, Inc. | Mathias Shopping Centers, Inc. | Lease Termination | $77,066 | $27,066 |
| #4098, 12550 Central Ave., Chino, CA | Canyon Grande Properties LP | Canyon Grande Properties LP | Lease Termination | $100,000 | $72,882 |
| #4014, 17575 Foothill Blvd., Fontana, CA | Hayford Properties L.P. | Hayford Properties L.P. | Lease Termination | $100,000 | $75,074 |
| #4164, 4895 E Kings Canyon Rd., Fresno, CA | Hambey's Kings Canyon LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $88,250 | $65,206 |
| #4483, 27142 La Paz Rd., Mission Viejo, CA | Russell E. Fluter | Russell E. Fluter | Lease Termination | $250,000 | $63,431 |
| #4555, 3615 Elkhorn Blvd., North Highlands, CA | Watt Town Center Retail Partners, LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $88,250 | $23,750 |
| #4295, 633 Sweetwater Rd., Spring Valley, CA | SVSC Holdings LP | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $88,250 | $52,127 |
| #4328, 955 Sepulveda Blvd., Torrance, CA | Schwartz Torrance Company LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $88,250 | $53,085 |
| #1660, 3105 Berlin Tpke, Newington, CT | Berlin Newington Associates | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $52,203 |
| #5351, 7381 52nd Pl E Bradenton, FL | Suso 5 Creekwood LP | Suso 5 Creekwood LP | Lease Termination | $79,549 | $79,549 |
| #5444, 1801 S Semoran Blvd Orlando, FL | Shadrell Orlando, LP | Brook Valley Thrift Stores | Assumption & Assignment | $217,000 | $116,494 |

[1] The listed price is inclusive of the value of cure waivers in instances of landlord termination bids.

| Location | Landlord | Counterparty | Action | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| #1796, 3750 Bee Ridge Rd., Sarasota, FL | CA New Plan Sarasota, L.P. | CA New Plan Sarasota, L.P. | Lease Termination | $26,923 | $21,900 |
| #564, 41306 US Hwy 19 N, Tarpon Springs, FL | Fl-Tarpon Square-HA, LLC | FL-Tarpon Square – QRX, LLC | Lease Termination | $33,126 | $33,126 |
| #1171, 31 Hwy 138 W Ste 150, Stockbridge, GA | Mays SDC LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $88,250 | $38,337 |
| #5478, 2806 Frontage Rd., Warsaw, IN | SW Warsaw LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $20,334 |
| #4599, 2450 South 9th St., Salina, KS | RAF Salina LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $88,250 | $16,546 |
| #5471, 2354 S Range Ave., Denham Springs, LA | Spring Park Property Owner, LLC | Aldi Inc. | Assumption & Assignment | $100,000 | $33,868 |
| #4534, 1100 Brighton Ave., Portland, ME | BRIXMOR SPE 4 LLC | BRIXMOR SPE 4 LLC | Lease Termination | $55,065 | $54,869 |
| #1719, 750 Perry Ave., Big Rapids, MI | Alea Properties LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $24,153 |
| #5096, 4201 S Noland Rd., Independence, MO | HJH Independence 1 LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $24,740 |
| #830, 2309 N Triphammer Rd., Ithaca, NY | Brixmor/IA Cayuga Plaza LLC | Brixmor/IA Cayuga Plaza LLC | Lease Termination | $39,564 | $23,092 |
| #5086, 8215 University City Blvd Ste E, Charlotte, NC | BRE RETAIL RESIDUAL NC OWNER L.P. | BRE RETAIL RESIDUAL NC OWNER L.P. | Lease Termination | $23,118 | $21,889 |
| #5461, 1170 Indiana Ave., Saint Marys, OH | St Marys Square Business Complex LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $17,262 |
| #320, 7779 Tylersville Rd., West Chester, OH | T Tylersville OH, LLC and T Tylersville MWVS OH, LLC | T Tylersville OH, LLC and T Tylersville MWVS OH, LLC | Lease Termination | $36,620 | $36,620 |

| | | | | | |
|---|---|---|---|---|---|
| #4618, 2121 Newmark St., North Bend, OR | Carrington Capital Investments IV LLC | Carrington Capital Investments IV LLC | Lease Termination | $29,076 | $27,826 |
| #5191, 209 S Royal Oaks Blvd Ste 206, Franklin, TN | BRIXMOR WATSON GLEN, LLC | BRIXMOR WATSON GLEN, LLC | Lease Termination | $27,467 | $27,467 |
| #1274, 1410 S 1st St., Union City, TN | Alatex, a Joint Venture | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $18,751 |
| #4489, 702 E State Rd., American Fork, UT | BRIXTON FORK TIC, LLC | BRIXTON FORK TIC, LLC | Lease Termination | [2] | $39,509 |
| #1793, 303 Us Route 4 E, Rutland, VT | AEJ Rutland, LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $26,763 |
| #4541, 120 31st Ave Se, Puyallup, WA | South Hill Village, LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $88,250 | $32,572 |
| #4776, 699 S Green Bay Rd., Neenah, WI | Spring Creek Center II LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $53,336 | $25,934 |

---

[2] Subject to ongoing discussion with landlord.