**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **BIG LOTS, INC., et al.,** § | Case No. 24-11967-JKS-11 |
| § | |
| **Debtors.** 1 § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS BY Y &O FAULKNER,LLC,
Y & O TOWN & COUNTRY, LLC  AND  Y &O 240, LLC**

TO ALL PARTIES:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Y&O Faulkner, LLC, Y & O Town & Country, LLC, and Y &O 240, LLC (individually and/or collectively, as the case may be (the "**Y&O Companies**"), a party-in-interest (or parties-in-interest) in the above-styled case(s) and requests, as provided in 11 U.S.C. §§1109(b) and 342, and/or Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given or required to be given in the above captioned case(s), and all papers served or required to be served upon the foregoing party-in-interest, also be given to and served, whether electronically or otherwise, upon:

**Peter C. Lewis, Esq.**
peter.lewis@solidcounsel.com
**Scheef & Stone, L.L.P.**
500 N. Akard St., Ste. 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Facsimile: (214) 706-4242

---

1 The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Bankruptcy Rules, and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned additionally requests that the above-styled Debtor(s), its (their) counsel, and the Clerk of the Bankruptcy Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above styled matter.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed as a waiver of any right, claim, defense, or argument, at law or in equity, that TMF has or may have in this case or any proceeding relating to this case, including, but not limited to, any right to (a) request withdrawal of the reference, (b) demand a trial by jury, and/or (c) contest jurisdiction or venue.

Dated: October 22, 2024    Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By: */s/ Peter C. Lewis*
    Peter C. Lewis
    Texas State Bar No. 12302100
    peter.lewis@solidcounsel.com
    David Wills
    Texas State Bar No. 24127171

500 N. Akard St., Ste. 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Facsimile: (214) 706-4242

**ATTORNEYS FOR Y&O COMPANIES**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via CM/ECF electronic notification to the persons and/or entities registered with CM/ECF on this 22nd day of October 2024.

/s/ Peter C. Lewis
Peter C. Lewis