IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>(Jointly Administered)<br><br>Hearing Date: November 8, 2024, 10:30 a.m.<br>Objections due by: November 1, 2024 |

## NOTICE OF MOTION

**TO: Parties listed on the Certificate of Service**

Cicero 8148 LLC ("Movant") has filed a Motion To Compel Immediate Rejection of Lease, Payment of Postpetition Rent, Allowance and Payment of Administrative Claims, and Related Relief (the "Motion"), which seeks the following relief: Entry of an order compelling rejection of the unexpired lease of non-residential real property located at 8148 S Cicero Ave, Burbank, IL (Store No. 4728) by debtor Big Lots Stores-PNS, LLC, and allowance of an administrative claim for postpetition rent and other amounts due under such lease, and related relief.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 8, 2024 AT 10:30 A.M. PREVAILING EASTERN TIME.**

If you oppose any of the relief requested in the Motion, you are required to file a response, if any, on or before November 1, 2024 at 4:00 p.m. Prevailing Eastern Time. At the same time, you must also serve a copy of the response upon the Movant's attorney:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

        Adam Hiller, Esquire
        Hiller Law, LLC
        300 Delaware Avenue, Suite 210, #227
        Wilmington, Delaware 19801
        (302) 442-7677 telephone
        ahiller@adamhillerlaw.com

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  October 22, 2024<br>         Wilmington, Delaware | Respectfully submitted,<br><br>HILLER LAW, LLC<br><br><br>**/s/ Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com<br><br>*Attorney for Cicero 8148 LLC* |