# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2024, I caused copies of the foregoing Motion To Compel Immediate Rejection of Lease, Payment of Postpetition Rent, Allowance and Payment of Administrative Claims, and Related Relief to be served via electronic mail upon the following parties:

| Name | Representing | Email Address |
|---|---|---|
| Robert J. Dehney, Sr. | Debtors | rdehney@morrisnichols.com |
| Andrew R. Remming | Debtors | aremming@morrisnichols.com |
| Daniel B. Butz | Debtors | dbutz@morrisnichols.com |
| Tamara K. Mann | Debtors | tmann@morrisnichols.com |
| Sophie Rogers Churchill | Debtors | srchurchill@morrisnichols.com |
| Brian M. Resnick | Debtors | brian.resnick@davispolk.com |
| Adam L. Shpeen | Debtors | adam.shpeen@davispolk.com |
| Stephen D. Piraino | Debtors | stephen.piraino@davispolk.com |
| Jonah A. Peppiatt | Debtors | jonah.peppiatt@davispolk.com |
| Ethan Stern | Debtors | ethan.stern@davispolk.com |
| Justin R. Alberto | Committee | jalberto@coleschotz.com |
| Stacy L. Newman | Committee | snewman@coleschotz.com |
| Jack M. Dougherty | Committee | jdougherty@coleschotz.com |
| Sarah A. Carnes | Committee | scarnes@coleschotz.com |
| Darren Azman | Committee | dazman@mwe.com |
| Kristin K. Going | Committee | kgoing@mwe.com |
| Stacy Lutkus | Committee | salutkus@mwe.com |
| Natalie Rowles | Committee | nrowles@mwe.com |
| Linda J. Casey | United States Trustee | Linda.Casey@usdoj.gov |

and via CM/ECF electronic service upon parties registered to receive notices.

Dated: October 22, 2024  
Wilmington, Delaware

/s/ **Adam Hiller**  
Adam Hiller (DE No. 4105)  
HILLER LAW, LLC  
300 Delaware Avenue, Suite 210, #227  
Wilmington, Delaware 19801  
(302) 442-7677 telephone