# **Exhibit A**

**Ledger of Amounts Due**

53246437.2

| | | | | |
|---|---|---|---|---|
| **Master Occupant ID** | **BIGLO204** | **Balance Forward:** | 0.00 | |
| **Address Id:** | | **Charges (Debit)** | 2,531,535.43 | |
| **BldgId** | | **Receipts (Credit)** | -2,469,913.79 | |
| **LeaseID** | | **Prepaid:** | 0.00 | |
| **Income Category:** | **All** | **Net** | 61,621.64 | |
| **Receipt Type Id** | **All** | **Security Deposit** | 0.00 | |
| **Rcpt Descriptor** | **All** | | | |

| Cat | Date | BatchID | BldgId | Lease ID | Sr | Description | Charges (Debit) | Receipts (Credit) | Rcpt | RcptDesc | Base Open Amt | Invc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RY | 3/22/2019 | 00044738 | RAF204 | 001105 | CH | 2018 Recovery Reconciliation | 61,266.19 | 57,882.52 | | | 3,383.67 | |
| CY | 6/16/2020 | 00048675 | RAF204 | 001529 | NC | 12/19 Recovery ReconciliatioN | 0.00 | 5,616.76 | | | -5,616.76 | |
| RY | 7/27/2020 | 00049044 | RAF204 | 001529 | CR | OVERPAYMENT | 0.00 | 0.03 | LOC | 200727A | -0.03 | |
| CY | 5/26/2022 | 00055499 | RAF204 | 001529 | NC | 2021 Recovery Reconciliation | 0.00 | 2,252.64 | | | -2,252.64 | |
| RY | 5/26/2022 | 00055501 | RAF204 | 001529 | NC | 2021 Recovery Reconciliation | 0.00 | 6,547.96 | | | -6,547.96 | |
| CY | 5/21/2024 | 00063511 | RAF204 | 001529 | NC | 2023 Recovery Reconciliation | 0.00 | 1,282.42 | | | -1,282.42 | |
| RY | 5/21/2024 | 00063513 | RAF204 | 001529 | CH | 2023 Recovery Reconciliation | 27,868.35 | 15,511.13 | | | 12,357.22 | |
| C | 9/1/2024 | 00064785 | RAF204 | 002323 | CH | AUTOCHRG @T9/30/2024 | 1,078.06 | 0.00 | | | 1,078.06 | |
| R | 9/1/2024 | 00064785 | RAF204 | 002323 | CH | AUTOCHRG @T9/30/2024 | 15,468.38 | 0.00 | | | 15,468.38 | |
| C | 10/17/2024 | 00065647 | RAF204 | 002323 | CH | JAN-SEPT 24 REC | 52.59 | 0.00 | | | 52.59 | |
| RE | 10/17/2024 | 00065647 | RAF204 | 002323 | CH | JAN-SEPT 24 REC | 44,981.53 | 0.00 | | | 44,981.53 | |
| | | | | | | | =============== | =============== | | | | |
| | | | | | | | 150,715.10 | 89,093.46 | | | | |