# **Exhibit 2**

# Brook Valley Thrift Stores, Inc.

4880 Valleydale Road  
Birmingham, AL 35242

Phone: (205) 980-2258  
Fax: (205) 675-0266

October 2024

    Greg Giles, President and CEO of Brook Valley Thrift Stores, Inc. began working in the thrift store business in 1979 and has worked continuously in this business for forty-five years. Greg's wife, Ann, was a partner with the international accounting firm Coopers & Lybrand before joining him in the family business in 1996. While operating several thrift stores, Mr. Giles also started a retail furniture store chain in 1993 that expanded to include 12 furniture stores in the south and west Texas markets with sales over $25 million. In early 2008, the Giles family sold the furniture store chain to a private equity group and is now devoted full-time to the thrift store and property management business.

    Currently, Brook Valley Thrift Store operations encompass 13 thrift stores with over 1,000 employees operating in six states: Georgia, Florida, Alabama, Tennessee and Mississippi*. Unlike many other thrift store operators, the Giles family believes thrift stores should have a true department store feel. Accordingly, the Giles family maintains stringent standards in each stores' appearance. Each store is clean, neat, organized, well-maintained and stocked with quality merchandise that provides each customer a unique thrift store experience. This philosophy has served well as each thrift store has become an anchor in its shopping center benefiting all merchants with increased retail traffic. This ample size and operational foundation gives the Giles family the financial wherewithal to finance its growth prospects and take advantage of exceptional opportunities, particularly since Brook Valley Thrift Stores, Inc. carries no financed debt. Please contact Ann Giles at agiles@brook-valley.com or 205-266-4603 with any questions.

    We invite you to visit our website at www.buythrift.com

    *Prior to September 2024, Brook Valley Thrift Stores, Inc also owned several stores in Texas operating under the name of Texas Thrift. The Texas Thrift Stores were sold to Brightmore Brands, who is the largest private for-profit thrift company in North America. The Giles continue to have ownership in Brightmore Brands. Going forward, Brook Valley Thrift Stores, Inc will focus on growing the City Thrift brand in the southeast.

Exhibit 2

# Brook Valley Thrift Stores, Inc.
## Balance Sheet
### August 31, 2024

### ASSETS

| | |
|---|---:|
| **Current Assets** | |
| Cash & Cash Equivalents | 25,155,659 |
| Receivables-Other | 431,572 |
| Prepaid Expenses | 129,881 |
| **Total Current Assets** | 25,717,112 |
| | |
| **Property and Equipment** | |
| Trucks and Autos | 3,242,460 |
| Furniture, Fixtures, and Equipment | 9,264,840 |
| Leasehold Improvements | 5,760,251 |
| Construction in Progress | (340,762) |
| **Total Property and Equipment** | 17,926,789 |
| Accumulated Depreciation | (10,832,054) |
| **Net Property and Equipment** | 7,094,735 |
| | |
| **Other Assets** | |
| Long-term Investments | - |
| Stock Supplies | - |
| Security Deposits | 234,882 |
| **Total Other Assets** | 234,882 |
| | |
| ***Total Assets*** | ***33,046,729*** |

### LIABILITIES AND EQUITY

| | |
|---|---:|
| **Current Liabilities** | |
| Accounts Payable | 10,479 |
| Sales Taxes Payable | 366,320 |
| Payroll Taxes/Withholdings | 208,225 |
| Accrued Expenses | 2,054,863 |
| **Current Liabilities** | 2,639,887 |
| | |
| Taxes Payable | (38,520) |
| Gift Cards Payable | 9,722 |
| Note Payable | - |
| **Total Liabilities** | 2,611,089 |
| | |
| **Stockholders' Equity** | |
| Capital Stock | 1,000 |
| Additional Paid in Capital | 1,508,310 |
| Treasury Stock | - |
| Retained Earnings | 21,761,503 |
| YTD Net Income | 7,164,827 |
| **Total Stockholders' Equity** | 30,435,640 |
| | |
| ***Total Liabilities and Equity*** | ***33,046,729*** |

Net Income includes stores divested in September 2024.

## Brook Valley Thrift Stores, Inc.
## Statements of Operations

|  | 2024-August |
|---|---:|
| **Sales, net** | **56,997,077** |
| Operating Expenses: |  |
| Merchandise Costs | 12,785,868 |
| Store Expenses | 18,253,113 |
| Other Operating Expenses | 11,384,385 |
| Human Resources Expenses | 3,197,369 |
| Other Expenses/Income, net | 3,286,919 |
| Insurance Expenses | 924,596 |
| Total Operating Expenses | 49,832,250 |
| **Operating Income** | **7,164,827** |
| Income Tax Expense | - |
| **Net Income** | **7,164,827** |

Net Income includes stores divested in September 2024.