# **Exhibit 3**

 Debtwire    🔍 Search 1.4M+ company and sponsor profiles

**Summary**

- Company Summary
- Restructurings
  - Company information
- Debt Pricing
  - Sector
- Equity Pricing
  - City, Bricing & Retail, Retail-Miscellaneous
- Geography
- Capital Structure
  - Ohio, United States
- Covenants
  - Company Description
  - Operates close-out retail stores.
- Deals
  - URL
- Investors
  - https://www.biglots.com
- Financials
  - essed
  - 100
- Relationships
  - Restructuring Case
  - Big Lots Inc

Lifecycle Status

Restructuring

**Key Metrics**

| Enterprise Value | EBITDA | EV / EBITDA |
|---|---|---|
| $2.29 bn | -$200.42 m | NM |
| Net Debt | Net Debt / EBITDA | Total Debt |
| $530.05 m | NM | $574.03 m |
| Upcoming Tranche Size | Upcoming Tranche Maturity | Upcoming Tranche Instrument |
| $200.00 m | 21 Sep 2027 | Term Loan |

**Ownership**

| Group Parent | Status |
|---|---|
| Big Lots Inc | Public |

---

**Intelligence and Research**

🔍 Search by free text

All 74   Intelligence 67   Credit Research 3   Insights 7   Legal Analysis 6       🔖 Saved 0

**COURT: Daily US Hearing Calendar – 24 October**
6 hours ago | Proprietary

**COURT: Big Lots gets final approval of USD 707.5m DIP facility**
a day ago | Proprietary

**COURT: Judge delays Big Lots bid protections decision amid concerns over stalking horse commitment**
21 Oct 2024 | Proprietary

**COURT: Daily US Hearing Calendar – 21 October**
21 Oct 2024 | Proprietary

Exhibit 3



Kirkland & Ellis and Davis Polk top the September lead counsel rankings - North America Restructuring Advisory Mandates Report - Update

18 Oct 2024 | Proprietary   Insights   Legal Analysis

COURT: US Trustee and UCC lodge objections to Big Lots bid procedures, trustee also opposes motion to assume Gordon Brothers

### Restructurings

| Company | Case Jurisdiction | Sector | Status | Restructuring Type | Commencement Date | Venue |
|---|---|---|---|---|---|---|
| Big Lots Inc   Live | United States | Consumer & Retail | Pending | Chapter 11 | 09 Sep 2024 | Delaware |

COURT: Daily US Hearing Calendar – 9 October



### Equity Pricing As of 23 Oct 2024
OOT: BIGGQ / Market Cap: USD 2.11m

**USD 0.071** -0.02 (-21.37%)



### Capital Structure verified on 18 Sep 2024, data as of 04 May 2024

Credit Report   Source: Q1 2024 Debtwire Report  Q1 2024 Financials

Capital Structure    Key Instruments

| | Instrument | Maturity | Outstanding $m | % EV | xEBITDA | xRevenue | Rating | First Call | Rate | Cost p.a. $m | Yield | Trading Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Secured | USD 200m Term Loan | 21 Sep 2027 | 55.00 | 2.33% | NM | 0.01x | | | | | — | - |
| Total Senior Secured | 1 Instrument | | 55.00 | 2.33% | NM | 0.01x | | | | | | |
| Senior Unsecured | USD 900m Revolving Credit | 21 Sep 2027 | 528.20 | 24.70% | NM | 0.13x | | | 4.83% + 2.00% | 36.12 | — | - |
| Total Senior | +1 Instrument | | 583.20 | 24.70% | NM | 0.13x | | | | | | |
| Total Debt | | | 583.20 | 25.44% | NM | 0.13x | | | | | | |
| Financial Lease | USD 1802m Lease Facility | | 1,802.20 | | | | | | | | — | - |
| Total Debt (inc. Finance Leases) | | | 2,385.40 | | NM | 0.53x | | | | | | |
| Cash | | | 53.48 | 2.33% | NM | 0.01x | | | | | | |
| Net Debt | | | 529.72 | 23.10% | NM | 0.12x | | | | | | |
| Market Value of Equity | | | 2.11 | 0.09% | NM | 0x | | | | | | |
| Enterprise Value | | | 2,292.84 | 100.00% | NM | 0.51x | | | | | | |
| Enterprise Value (inc. Finance Leases) | | | 4,095.03 | | NM | 0.91x | | | | | | |

### Covenants

| | Instrument Description | Issuer | Instrument | Issue Date | ↓ |
|---|---|---|---|---|---|
| ˅ | Big Lots Inc - Asset Based Loan (Sep 2024) | Big Lots Inc | Asset Based Loan | 10 Sep 2024 | |

Documents

Deal Documents and Reports
  └ 📄 Credit Agreement 10 Sep 2024

| | | | | | |
|---|---|---|---|---|---|
| › | Big Lots Inc - Term Loan (Sep 2024) | Big Lots Inc | Term Loan | 10 Sep 2024 | |
| › | Big Lots Inc - Term Loan (Apr 2024) | Big Lots Inc | Term Loan | 18 Apr 2024 | |
| › | Big Lots Inc - Asset Based Loan (Sep 2022) | Big Lots Inc | Asset Based Loan | 21 Sep 2022 | |

Show Retired Tranches

Source: Xtract

**Deals** as of 2024-10-24

M&A 9    DCM 1    Loan 24    ECM 1    All 9    Direct Deals 9    Via Subsidiary 0

Any Roles 9    Divestor 1    Acquirer 5    Target 3

| Date ↓ | Status | Target | Acquirer | Divestor | Target Geography | Target NAICS | Deal Value (USD) | Revenue Multiple | EBITDA Multiple | Target Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 Sep 2024 | Pending | Big Lots Inc (100%) | Nexus Capital Management LP | - | United States | Retail | 760.00m | 0.16x | -3.79x | Operates close-out retail stores. |
| 26 May 2011 | Completed | Liquidation World Inc (100%) | Big Lots Inc | - | Canada | Retail | 13.72m | 0.09x | -1.32x | Markets consumer and business related merchandise acquired from bankruptcies, receiverships, close outs, inventory overruns, insurance claims and other distress situations. |
| 18 May 2011 | Completed | Big Lots Inc | RBS Partners LP | - | United States | Retail | 56.50m | - | - | Operates close-out retail stores. |
| 07 Feb 2011 | Not Pursued | Big Lots Inc (100%) | Undisclosed Acquirer | - | United States | Retail | 2.6bn | 0.54x | 6.14x | Operates close-out retail stores. |
| 15 Nov 2000 | Completed | KB Toys Inc (100%) | Bain Capital LP | Consolidated Stores Corp | United States | Retail | 305.00m | - | - | Retail store. |
| 28 Jun 1999 | Completed | BrainPlay.com Inc (80%) | Consolidated Stores Corp +1 | - | United States | Retail | 80.00m | - | - | A website that sells numerous toys at retail prices |
| 05 Nov 1997 | Completed | Mac Frugal's Bargains Close-Outs Inc (100%) | Consolidated Stores Corp | - | United States | Retail | 1.1bn | - | - | Operates a chain of self-service, cash and carry retail stores |
| 09 Jan 1997 | Completed | Lucent Technologies Inc (DISTRIBUTION & WAREHOUSE FACILITY, 100%) | Consolidated Stores Corp | Lucent Technologies Inc | United States | Real Estate/Property | 8.75m | - | - | A 665,000 square foot distribution and warehouse facility located in Montgomery |
| 25 Mar 1996 | Completed | KB Toys Inc (100%) | Consolidated Stores Corp | CVS Caremark Corp | United States | Retail | 285.30m | - | - | Retail store. |

1-9 of 9 results

**Equity Investors**                                                                                        All Positions ⌄

| Institution | Investor Type | Currency | Position Type | Value USD | Shares Held | Change | Last Reported Date |
|---|---|---|---|---|---|---|---|
| Fidelity Management & Research Co | Investment Advisor | USD | US0893021032 | 3.54m | 2,048,004 | 1,247 | 29-June-2024 |
| Vanguard Group Inc | Investment Advisor | USD | US0893021032 | 2.55m | 1,473,104 | -125,575 | 29-June-2024 |
| Two Sigma Investments LP | Hedge Fund Mgmt. Co. | USD | US0893021032 | 2.19m | 711,483 | -43,187 | 29-June-2024 |
| Schwab Fundamental U.S. Large Company Index ETF | | USD | US0893021032 | 2.16m | 619,756 | 122,290 | 30-May-2024 |
| Scion Capital LLC | Hedge Fund Mgmt. Co. | USD | US0893021032 | 1.75m | 225,000 | 225,000 | 30-December-2023 |
| Vanguard Total Stock Market Index Fund | | USD | US0893021032 | 1.55m | 897,161 | 24,230 | 29-June-2024 |
| Charles Schwab Investment Management Inc | Investment Advisor | USD | US0893021032 | 1.53m | 883,030 | -311,483 | 29-June-2024 |
| FIAM LLC | Investment Advisor | USD | US0893021032 | 1.26m | 730,255 | 0 | 29-June-2024 |
| iShares Russell 2000 ETF | | USD | US0893021032 | 1.22m | 705,991 | -36,652 | 29-June-2024 |
| Morgan Stanley & Co LLC | Broker-Dealer | USD | US0893021032 | 1.21m | 699,954 | -21,051 | 29-June-2024 |
| BlackRock Advisors LLC | Investment Advisor | USD | US0893021032 | 872,862.80 | 504,545 | -1,285,302 | 29-June-2024 |
| Strategic Advisers Fidelity U.S. Total Stock Fund | | USD | US0893021032 | 761,886.75 | 218,933 | 0 | 30-May-2024 |
| Manulife Investment Management Ltd | Management Sub. of Ins. Co. | USD | US0893021032 | 740,036.30 | 16,427 | -12,378 | 29-June-2024 |
| Barclays Capital Inc | Broker-Dealer | USD | US0893021032 | 718,877.30 | 415,536 | -81,763 | 29-June-2024 |
| Vanguard Extended Market Index Fund | | USD | US0893021032 | 693,335.56 | 400,772 | 0 | 29-June-2024 |
| Jane Street Group LLC | Hedge Fund Mgmt. Co. | USD | US0893021032 | 678,156.60 | 391,998 | 278,818 | 29-June-2024 |
| Core Retirement Investment Trust Fund | | USD | US0893021032 | 650,465.00 | 83,500 | 67,713 | 30-December-2023 |
| Bank of America Private Bank | Trust Bank | USD | US0893021032 | 639,181.40 | 369,469 | 144,480 | 29-June-2024 |
| Connor Clark & Lunn Prints Trust | Investment Advisor | USD | US0893021032 | 601,803.00 | 347,863 | 13,932 | 29-June-2024 |
| Harewood Asset Management (US) Inc | Broker-Dealer | USD | US0893021032 | 541,211.00 | 124,991 | 57,402 | 30-March-2024 |

1-20 of 368 results

## Financials As of 04 May 2024

Annual  Quarterly

| | 30 Jan 2021 | 29 Jan 2022 | 28 Jan 2023 | 03 Feb 2024 | LTM 04 May 2024 |
|---|---|---|---|---|---|
| Currency | USDm | USDm | USDm | USDm | USDm |
| **P&L Summary** | | | | | |
| **Total Revenue** | 6,199.2 | 6,150.6 | 5,468.3 | 4,722.1 | 4,607.6 |
| EBITDA | 534.1 | 388.6 | (55.0) | (201.5) | (200.4) |
| Operating Income | 395.3 | 244.9 | (209.8) | (340.7) | (334.8) |
| Net Income | 629.2 | 177.8 | (210.7) | (481.9) | (480.8) |
| *Revenue Growth YoY* | 16.5% | (0.8%) | (11.1%) | (13.6%) | — |
| *EBITDA Growth YoY* | 53.7% | (27.2%) | NM | NM | — |
| *EBITDA Margin* | 8.6% | 6.3% | (1.0%) | (4.3%) | (4.3%) |
| **Cash Flow Summary** | | | | | |
| Cash from Operations | 399.3 | 193.8 | (144.3) | (252.0) | (230.0) |
| Cash from Investing | 453.0 | (159.7) | (108.9) | 279.5 | 276.2 |
| Cash from Financing | (345.5) | (539.9) | 244.2 | (25.9) | (53.6) |
| **Net Change in Cash** | 506.8 | (505.8) | (9.0) | 1.7 | (7.3) |
| **Balance Sheet Summary** | | | | | |
| Cash & Equivalents | 559.6 | 53.7 | 44.7 | 46.4 | 44.0 |
| Other Current Assets | 1,026.2 | 1,357.2 | 1,240.6 | 1,039.6 | 1,032.1 |
| Total Long-term Assets | 2,451.5 | 2,516.3 | 2,405.6 | 2,239.3 | 2,102.2 |
| **Total Assets** | 4,037.3 | 3,927.3 | 3,690.9 | 3,325.3 | 3,178.3 |
| Current Portion of Long-term Debt | 14.5 | - | - | 2.9 | 0.2 |
| Current Portion of Long-term Leases | 229.3 | 243.1 | 254.1 | 246.5 | 236.8 |
| Other Current Liabilities | 756.9 | - | - | 581.7 | 535.4 |
| Long-term Debt | 35.8 | 3.5 | 301.4 | 406.3 | 573.8 |
| Long-term Leases | 1,466.7 | 1,570.7 | 1,516.0 | 1,620.8 | 1,565.4 |
| Other Long-term Liabilities | 256.5 | 221.1 | 189.8 | 182.7 | 185.3 |
| **Total Liabilities** | 2,759.5 | 2,919.9 | 2,927.0 | 3,040.8 | 3,096.9 |
| **Total Equity** | 1,277.7 | 1,007.4 | 763.9 | 284.5 | 81.4 |
| **Total Capital** | 4,037.3 | 3,927.3 | 3,690.9 | 3,325.3 | 3,178.3 |
| *Total Debt* | 50.3 | 3.5 | 301.4 | 409.1 | 574.0 |
| *Net Debt* | (509.3) | (50.2) | 256.7 | 362.7 | 530.0 |
| *Gross Leverage* | 0.1x | 0.0x | NM | NM | NM |
| *Net Leverage* | NM | NM | NM | NM | NM |

Financials source: Credit Rubric, S&P Capital IQ, Creditsafe

## Relationships

Bank & Financial Advisor    Legal Advisor    Lender        By Deal Count    By Deal Volume

