# CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on October 25, 2024, I caused one copy of the *Objection to Proposed Sale Of Lease #5444, 1801 S. Semoran Blvd, Orlando, Florida* to be served upon (i) all parties of record via CM/ECF; and (ii) the party listed below via electronic mail and first-class mail unless otherwise indicated.

| | |
|---|---|
| **DAVIS POLK & WARDWELL LLP**<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>Email: brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Tel: (302) 658-9200<br>Email: rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com |
| **OFFICE OF THE UNITED STATES TRUSTEE**<br>Linda Casey, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Tel: (302) 573-6491<br>Email: Linda.Casey@usdoj.gov | **COLE SCHOTZ P.C.**<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>Email: jalberto@coleschotz.com<br>snewman@coleschotz.com |
| **MCDERMOTT WILL & EMERY**<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel: (212) 547-5400<br>Email: dazman@mwe.com<br>kgoing@mwe.com | |

                                                      */s/ Michael D. DeBaecke*
                                                      Michael D. DeBaecke (#3186)

{02062671;v1 }