# SIGN-IN SHEET

**CASE NAME:** Big Lots Inc.

**CASE NUMBER:** 24-11967 JKS

**COURTROOM #6**

**DATE:** 10/25/2024

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin Meehan | Richards Layton and Finger | 1903 P |
| Stacy Newman | Cole Schotz | Committee |
| Jonathan Lipshie | UST | UST |
| Brian Resnick | Davis Polk | Abpa |
| Jonah Peppiatt | " | " |
| Kevin Wininek | " | " |
| Rob Dehnay | Morris Nichols | " |
| Andrew Remming | " | " |
| Casey Sawyer | " | " |

# 10/25/2024 Appearances

## 1:00 PM

### ☐ 24-11967-JKS Big Lots, Inc.

| Party | Firm | Representing |
|---|---|---|
| ☐ Christian John Adams | King & Spalding | Progressive Leasing |
| ☐ Nicholas Adzima | Kirkland & Ellis | 3rd Party Plaintiff |
| ☐ Justin R. Alberto | Cole Schotz P.C. | Committee |
| ☐ Rick Archer | Law360 | |
| ☐ Darren Azman | McDermott Will & Emery | Committee |
| ☐ Harrison Berkowitz | | |
| ☐ Matt Bernhardt | BRG | Agent |
| ☐ Jessica Bonteque | Duane Morris LLP | Chubb Companies |
| ☐ Matthew Brock | Davis Polk | Debtors |
| ☐ Steven Brown | Steve Brown & Associates | Yale Casitas |
| ☐ Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | Hooker Furnishings Corp. |
| ☐ Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. |
| ☐ Vincent Cahill | Davis Polk | Debtors |
| ☐ Emlyn Cameron | @law360.com | @law360.com |

| | | |
|---|---|---|
| ☐ Emlyn Cameron | | |
| ☐ Sarah A. Carnes | Cole Schotz P.C. | Committee |
| ☐ Cameron Carpenter | Davis Polk | Debtors |
| ☐ Weyman Carter | Burr & Forman LLP | Edens Limited Partnership |
| ☐ Connor Casas | @kirkland.com | Interested Party |
| ☐ Steven Church | | non party |
| ☐ Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC |
| ☐ Cat Corey | 3rd Party Plaintiff | 3rd Party Plaintiff |
| ☐ Jay Danforth | PNC Bank | PNC Bank |
| ☐ Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Big Lots, Inc. |
| ☐ Shane Doherty | BRG | Agent |
| ☐ Christopher M. Donnelly | Morris James LLP | Zest Garden Limited |
| ☐ Jack M. Dougherty | Cole Schotz P.C. | Committee |
| ☐ James Drew | Otterbourg P.C. | 1903P Loan Agent, LLC |
| ☐ Dan Eaton | Columbus Business First | media |
| ☐ Darcy Eveleigh | @reflectadvisors.com | @reflectadvisors.com |
| ☐ William Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ Jennifer Fenn | Choate, Hall & Stewart LLP | PNC Bank |

| | | |
|---|---|---|
| ☐ Gregory Joseph Flasser | Potter Anderson & Corroon LLP | Westerville Square, Inc. |
| ☐ Steven F. Fox | Riemer Braunstein LLP | Creditor - Gordon Brothers Retail Partners LLC |
| ☐ David W. Gaffey | Whiteford Taylor & Preston, LLP | Cambridge Investment Inc. |
| ☐ Ashlyn Gallagher | Kirkland & Ellis | Kirkland & Ellis |
| ☐ Clara E Geoghegan | Law360 | |
| ☐ Sarah Gladieux | Potter Anderson & Corroon LLP | Westerville Square, Inc. |
| ☐ Jacob Goldberger | Davis Polk | Debtors |
| ☐ Richard M Goldman | Joele Frank | Joele Frank |
| ☐ Hunter Grobmyer | Gordon Brothers | Gordon Brothers |
| ☐ James Haithcock | Burr & Forman LLP | Comenity Bank |
| ☐ Taylor Harrison | @iongroup.com | @iongroup.com |
| ☐ Melissa M. Hartlipp | Cole Schotz P.C. | Committee |
| ☐ Jacob Hines | | |
| ☐ Taylor Hobbs | Choate, Hall & Stewart | Choate, Hall & Stewart |
| ☐ Catherine Holstein | PNC Bank | PNC Bank |
| ☐ Roman R Holthouse | WhiteHawk Capital Partners, LP | |
| ☐ Audrey Hornisher | Clark Hill PLC | USPG, GPR Investments, SanTan MP LP, et al. |

| Name | Firm | Party |
|---|---|---|
| ☐ Scarlett Huang | Davis Polk | Debtors |
| ☐ Lauren Huber | Potter Anderson & Corroon LLP | Westerville Square, Inc. |
| ☐ Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC |
| ☐ Jeffrey Kaplan | @crgfinancial.com | @crgfinancial.com |
| ☐ Regina S. Kelbon | Blank Rome LLP | PNC Bank |
| ☐ Taeyeong Kim | King & Spalding LLP | Prog Leasing |
| ☐ Dietrich Knauth | Reuters | media |
| ☐ John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC |
| ☐ Joyce A Kuhns | Offit Kurman, P.A. | G&I |
| ☐ Jeffrey S Kwong | Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Squaretrade |
| ☐ Jacob Lang | @choate.com | @choate.com |
| ☐ Jennifer Lappe | | |
| ☐ Robert LeHane | Kelley Drye & Warren LLP | Landlord creditor |
| ☐ Joshua Lesser | Bradley Arant Boult Cummings LLP | MARKET ON CHERRY (SOUTH CAROLINA) LIMITED PARTNERS |
| ☐ Joshua Lewis | PNC Bank | PNC Bank |
| ☐ Brian Lindblom | @pathlightcapital.com | @pathlightcapital.com |
| ☐ Dorothy Ma | @bloomberg.net | @bloomberg.net |
| ☐ Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. |

| Name | Firm | Representing |
|---|---|---|
| ☐ Christopher Marcus | Kirkland & Ellis | Kirkland & Ellis |
| ☐ Jonathan Marshall | Choate, Hall & Stewart LLP | PNC Bank, N.A. |
| ☐ James McClammy | Davis Polk | Debtors |
| ☐ Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco |
| ☐ Josef Mintz | Blank Rome LLP | Ollie's |
| ☐ Eric J. Monzo | Morris James LLP | Zest Garden Limited |
| ☐ Rudy Morando | BRG | Agent |
| ☐ Michael D. Mueller | Williams Mullen | Homestar |
| ☐ Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC |
| ☐ Ricardo Palacio | Ashby & Geddes, P.A. | Creditor - Gordon Brothers Retail Partners LLC |
| ☐ Harrison Pavlasek | @forsheyprostok.com | @forsheyprostok.com |
| ☐ Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ Jonah A. Peppiatt | David Polk | Debtors |
| ☐ Stephen D. Piraino | David Polk | Debtors |
| ☐ Jonathan Ramsden | Big Lots | Debtors |
| ☐ Jonathan Randles | Bloomberg News | Bloomberg News |
| ☐ Jonathan Randles | | Bloomberg News |
| ☐ Jason W Regehr | | Pro-Mart Industries, Inc. |

| | | |
|---|---|---|
| ☐ Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. |
| ☐ Brian Resnick | David Polk | Debtors |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. et al. |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc., et al. |
| ☐ Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty |
| ☐ Rocky Robins | Big Lots | Debtors |
| ☐ Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. |
| ☐ Caroline Salls | @newgenerationresearch.com | @newgenerationresearch.com |
| ☐ Casey Sawyer | Morris Nichols Arsht and Tunnell | Big Lots, Inc. |
| ☐ Michael Schlonsky | Big Lots | Debtors |
| ☐ Allison Selick | Kelley Drye & Warren LLP | Landlord creditor |
| ☐ Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC |
| ☐ Adam L. Shpeen | David Polk | Debtors |
| ☐ Michelle Shriro | Singer & Levick, PC | B33 Capital and Retail Plazas |
| ☐ Chad B. Simon | Otterbourg P.C. | 1903P Loan Agent, LLC |
| ☐ Zachary Smith | Moore & Van Allen PLLC | Moore & Van Allen PLLC |
| ☐ Paul Starman | PNC Bank | PNC Bank |

| Name | Firm | Party |
|---|---|---|
| ☐ Alexander R. Steiger | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC |
| ☐ Ethan Stern | Davis Polk | Debtors |
| ☐ Sam Stoltenberg | PNC Bank | PNC Bank |
| ☐ Samantha Stroman | Davis Polk | Debtors |
| ☐ Aaron H. Stulman | Potter Anderson & Corroon LLP | Westerville Square, Inc. |
| ☐ Vince Sullivan | Law360 | Law360 |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty |
| ☐ Tony Sun | Davis Polk | Debtors |
| ☐ Cathy Ta | @reorg.com | @reorg.com |
| ☐ Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | NCR Voyix |
| ☐ Matthew Taylor | Moore & Van Allen PLLC | Moore & Van Allen PLLC |
| ☐ Destiney Thompson | @bakerdonelson.com | @bakerdonelson.com |
| ☐ Bruce Thorn | Big Lots | Debtors |
| ☐ Brett Tiberi | | |
| ☐ Brianna Turner | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. |
| ☐ Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | Walmart |
| ☐ Margaret A. Vesper | Ballard Spahr | Brixmor Operating Partnership LP |
| ☐ Robert Westermann | Hirschler Fleischer | PPJ, LLC |
| ☐ Carter Wietecha | @kirkland.com | Interested Party |

| | | |
|---|---|---|
| ☐ Nichole Wilcher | Womble Bond Dickinson (US) LLP | NCR Voyix |
| ☐ Keyashia M Willis | Barclay Damon LLP | DLC Management Corporation and other Landlords |
| ☐ Kevin Winiarski | Davis Polk | Debtors |
| ☐ Alex Zuckerman | WhiteHawk Capital | WhiteHawk |