**Big Lots**

| Date | Payments Made | Period | Billed |
|---|---|---|---|
| 8/1/2022 | 39374.42 | | |
| 8/29/2022 | 19687.21 | Jun-22 | 4797.29 |
| 9/26/2022 | 19687.21 | Jul-22 | 19687.22 |
| 10/31/2022 | 19687.21 | Aug-22 | 19687.22 |
| 11/16/2022 | 4797.29 | Sep-22 | 19687.22 |
| 11/28/2022 | 19687.21 | Oct-22 | 19687.22 |
| 12/27/2022 | 19687.21 | Nov-22 | 19687.22 |
| 1/30/2023 | 19687.21 | Dec-22 | 19687.22 |
| 2/27/2023 | 19687.21 | Jan-23 | 20481.4 |
| 3/16/2023 | 86572.96 | Feb-23 | 20481.4 |
| 3/27/2023 | 19687.21 | Mar-23 | 20481.4 |
| 5/1/2023 | 19687.21 | Apr-23 | 138926.2 |
| 5/26/2023 | 19687.21 | May-23 | 20481.4 |
| 6/26/2023 | 19687.21 | Jun-23 | 20481.4 |
| 7/31/2023 | 26910.42 | Jul-23 | 20481.4 |
| 8/14/2023 | 854.44 | Aug-23 | 20481.4 |
| 8/28/2023 | 19687.21 | Sep-23 | 20481.4 |
| 9/25/2023 | 19687.21 | Oct-23 | 20481.4 |
| 10/30/2023 | 19687.21 | Nov-23 | 99570.17 |
| 11/27/2023 | 19687.21 | Dec-23 | 20289.08 |
| 12/26/2023 | 19502.37 | Jan-24 | 24784.82 |
| 2/5/2024 | 19317.52 | Feb-24 | 20935.66 |
| 2/5/2024 | 75239.61 | Mar-24 | 24784.82 |
| 3/4/2024 | 19502.37 | Apr-24 | 24784.82 |
| 4/4/2024 | 19502.37 | May-24 | 24784.82 |
| 5/6/2024 | 19502.37 | Jun-24 | 24197.5 |
| 6/3/2024 | 19502.37 | Jul-24 | 24197.5 |
| 7/5/2024 | 18578.08 | Aug-24 | 24197.5 |
| 8/27/2024 | 19040.22 | Sep-24 | 24197.5 |
| 10/2/2024 | 19040.22 | Oct-24 | 24197.5 |
| **Total** | $ 702,545.18 | **Total** | $ 807,101.10    $ 104,555.92 |

**EXHIBIT B**