# EXHIBIT A

# 1ST COMMERCIAL REALTY GROUP INC
## Tenant Aging Report
**As of Date: 10/24/2024**
**Based on: Invoice Date**

| Tenant ID | Tenant Name | Unit Id | Account Label | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2925-3926 | Big Lots | 955 B | Prior Year CAM Adj. | Revised 2021 CAM Rec | 03/27/2023 | 03/27/2023 | 03/27/2023 | 577 | 0.00 | 0.00 | 0.00 | 1,695.63 | **1,695.63** |
| | | 955 B | Prior Year CAM Adj. | 2022 CAM Rec | 04/01/2023 | 04/01/2023 | 04/01/2023 | 572 | 0.00 | 0.00 | 0.00 | 11,395.40 | **11,395.40** |
| | | 955 B | Tenant Reimb Exp | 418 | 03/21/2024 | 03/21/2024 | 03/21/2024 | 217 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** |
| | | 955 B | Common Area Estimate | 2925-392 6-89 | 08/01/2024 | 08/01/2024 | 08/01/2024 | 84 | 0.00 | 0.00 | 1,182.24 | 0.00 | **1,182.24** |
| | | 955 B | Rent | 2925-392 6-90 | 09/01/2024 | 09/01/2024 | 09/01/2024 | 53 | 0.00 | 41,474.75 | 0.00 | 0.00 | **41,474.75** |
| | | 955 B | Insurance Reimb_Actual | 2925-392 6-91 | 09/01/2024 | 09/01/2024 | 09/01/2024 | 53 | 0.00 | 10,136.29 | 0.00 | 0.00 | **10,136.29** |
| | | 955 B | Common Area Estimate | 2925-392 6-92 | 09/01/2024 | 09/01/2024 | 09/01/2024 | 53 | 0.00 | 11,336.86 | 0.00 | 0.00 | **11,336.86** |
| | | | Unearned Revenue | ACH | 10/02/2024 | 10/02/2024 | 10/02/2024 | 22 | (273.00) | 0.00 | 0.00 | 0.00 | **(273.00)** |
| **Total for 2925-3926** | | | | | | | | | **(273.00)** | **62,947.90** | **1,182.24** | **13,261.03** | **77,118.17** |
| **Grand Totals** | | | | | | | | | **(273.00)** | **62,947.90** | **1,182.24** | **13,261.03** | **77,118.17** |

** Summary by Account Label **

| | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|
| 1820-0000 -- Tenant Reimb Exp | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** |
| 2210-0000 -- Unearned Revenue | (273.00) | 0.00 | 0.00 | 0.00 | **(273.00)** |
| 4010-0000 -- Rent | 0.00 | 41,474.75 | 0.00 | 0.00 | **41,474.75** |
| 4020-0000 -- Common Area Estimate | 0.00 | 11,336.86 | 1,182.24 | 0.00 | **12,519.10** |
| 4025-0000 -- Prior Year CAM Adj. | 0.00 | 0.00 | 0.00 | 13,091.03 | **13,091.03** |
| 4030-0000 -- Insurance Reimb_Actual | 0.00 | 10,136.29 | 0.00 | 0.00 | **10,136.29** |