## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, Esquire, hereby certify that on this 25th day of October 2024, I caused a true and correct copy of the foregoing to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: October 25, 2024

                                                */s/ Laurel D. Roglen*
                                                Laurel D. Roglen
                                                BALLARD SPAHR LLP