# EXHIBIT A

## SUMMARY OF UNPAID PRE-PETITION FEES

| Database: | RCGVENTURES | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | RCG Ventures | | | | Date: | 10/21/2024 |
| BLDG: | 607 | | Shipyard Plaza | | | | Time: | 9:47 AM |
| | | | Date: 10/21/2024 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| 607-011234 | | **Big Lots #1656** | | Master Occupant Id: BgLt1656-1 | | | Day Due: 1 | Delq Day: | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | Big Lots #1656 | | B        Inactive | | | Last Payment: | 7/9/2024 | 21,031.68 |
| 6/30/2024 | TBB | Tenant Billback | CH | 358.00 | 0.00 | 0.00 | 0.00 | 358.00 | 0.00 |
| 8/1/2024 | CAM | Common Area Maintenance | CH | 1,967.18 | 0.00 | 0.00 | 1,967.18 | 0.00 | 0.00 |
| 8/1/2024 | RNT | Base Rent | CH | 14,753.87 | 0.00 | 0.00 | 14,753.87 | 0.00 | 0.00 |
| 8/1/2024 | TAX | Real Estate Taxes | CH | 2,953.74 | 0.00 | 0.00 | 2,953.74 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 1,967.18 | 0.00 | 0.00 | 1,967.18 | 0.00 | 0.00 |
| | RNT | Base Rent | | 14,753.87 | 0.00 | 0.00 | 14,753.87 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 2,953.74 | 0.00 | 0.00 | 2,953.74 | 0.00 | 0.00 |
| | TBB | Tenant Billback | | 358.00 | 0.00 | 0.00 | 0.00 | 358.00 | 0.00 |
| **Big Lots #1656 Total:** | | | | 20,032.79 | 0.00 | 0.00 | 19,674.79 | 358.00 | 0.00 |
| | CAM | Common Area Maintenance | | 1,967.18 | 0.00 | 0.00 | 1,967.18 | 0.00 | 0.00 |
| | RNT | Base Rent | | 14,753.87 | 0.00 | 0.00 | 14,753.87 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 2,953.74 | 0.00 | 0.00 | 2,953.74 | 0.00 | 0.00 |
| | TBB | Tenant Billback | | 358.00 | 0.00 | 0.00 | 0.00 | 358.00 | 0.00 |
| | **BLDG 607 Total:** | | | 20,032.79 | 0.00 | 0.00 | 19,674.79 | 358.00 | 0.00 |

| Database: | RCGVENTURES | | Aged Delinquencies | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| | | | RCG Ventures | | | | Date: | 10/21/2024 |
| BLDG: | CV607 | | Shipyard Plaza | | | | Time: | 9:47 AM |
| | | | Date: 10/21/2024 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| CV607-011234 | **Big Lots #1656** | | | Master Occupant Id: 607BIG-1 | | Day Due: 1 | Delq Day: 10 | | |
| | Big Lots #1656 | | | B    Current | | Last Payment: | 10/11/2024  21,031.68 | | |

| Invoice Date | | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2024 | CAM | Common Area Maintenance | CH | 135.67 | 0.00 | 135.67 | 0.00 | 0.00 | 0.00 |
| 8/31/2024 | RNT | Base Rent | CH | 1,017.51 | 0.00 | 1,017.51 | 0.00 | 0.00 | 0.00 |
| 8/31/2024 | TAX | Real Estate Taxes | CH | 203.71 | 0.00 | 203.71 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | CAM | Common Area Maintenance | CH | 2,102.85 | 0.00 | 2,102.85 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | RNT | Base Rent | CH | 15,771.38 | 0.00 | 15,771.38 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | TAX | Real Estate Taxes | CH | 3,157.45 | 0.00 | 3,157.45 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 2,238.52 | 0.00 | 2,238.52 | 0.00 | 0.00 | 0.00 |
| | RNT | Base Rent | | 16,788.89 | 0.00 | 16,788.89 | 0.00 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 3,361.16 | 0.00 | 3,361.16 | 0.00 | 0.00 | 0.00 |
| **Big Lots #1656 Total:** | | | | 22,388.57 | 0.00 | 22,388.57 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 2,238.52 | 0.00 | 2,238.52 | 0.00 | 0.00 | 0.00 |
| | RNT | Base Rent | | 16,788.89 | 0.00 | 16,788.89 | 0.00 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 3,361.16 | 0.00 | 3,361.16 | 0.00 | 0.00 | 0.00 |
| **BLDG CV607 Total:** | | | | 22,388.57 | 0.00 | 22,388.57 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 4,205.70 | 0.00 | 2,238.52 | 1,967.18 | 0.00 | 0.00 |
| | RNT | Base Rent | | 31,542.76 | 0.00 | 16,788.89 | 14,753.87 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 6,314.90 | 0.00 | 3,361.16 | 2,953.74 | 0.00 | 0.00 |
| | TBB | Tenant Billback | | 358.00 | 0.00 | 0.00 | 0.00 | 358.00 | 0.00 |
| | | **Grand Total:** | | 42,421.36 | 0.00 | 22,388.57 | 19,674.79 | 358.00 | 0.00 |