# EXHIBIT A

## SUMMARY OF UNPAID PRE-PETITION FEES

| Database: | RCGVENTURES | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | RCG Ventures | | | | Date: | 10/21/2024 |
| BLDG: | 706 | | Chillicothe Plaza | | | | Time: | 9:48 AM |
| | | | Date: 10/21/2024 | | | | | |
| Invoice Date | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 706-012273 | **Big Lots #1718** | | Master Occupant Id: Big Lt-1 | | | Day Due: 1 | Delq Day: | 10 |
| | Big Lots #1718 | | 985    Inactive | | | Last Payment: | 8/19/2024 | 22,695.99 |
| 3/16/2021 | PYI  Prior Year Insurance | CH | 1,492.87 | 0.00 | 0.00 | 0.00 | 0.00 | 1,492.87 |
| 4/20/2021 | PYC  Prior Year CAM | CH | 3,840.76 | 0.00 | 0.00 | 0.00 | 0.00 | 3,840.76 |
| 4/20/2021 | PYC  Prior Year CAM | CH | 1,920.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1,920.38 |
| 4/20/2021 | PYI  Prior Year Insurance | CH | 495.03 | 0.00 | 0.00 | 0.00 | 0.00 | 495.03 |
| 4/20/2021 | PYI  Prior Year Insurance | CH | 274.99 | 0.00 | 0.00 | 0.00 | 0.00 | 274.99 |
| 4/2/2024 | PYC  Prior Year CAM | CH | 424.41 | 0.00 | 0.00 | 0.00 | 0.00 | 424.41 |
| 4/2/2024 | PYC  Prior Year CAM | CH | 568.38 | 0.00 | 0.00 | 0.00 | 0.00 | 568.38 |
| 5/14/2024 | PYC  Prior Year CAM | CH | 568.38 | 0.00 | 0.00 | 0.00 | 0.00 | 568.38 |
| 5/14/2024 | PYC  Prior Year CAM | CH | 424.41 | 0.00 | 0.00 | 0.00 | 0.00 | 424.41 |
| | PYC  Prior Year CAM | | 7,746.72 | 0.00 | 0.00 | 0.00 | 0.00 | 7,746.72 |
| | PYI  Prior Year Insurance | | 2,262.89 | 0.00 | 0.00 | 0.00 | 0.00 | 2,262.89 |
| **Big Lots #1718 Total:** | | | 10,009.61 | 0.00 | 0.00 | 0.00 | 0.00 | 10,009.61 |
| | PYC  Prior Year CAM | | 7,746.72 | 0.00 | 0.00 | 0.00 | 0.00 | 7,746.72 |
| | PYI  Prior Year Insurance | | 2,262.89 | 0.00 | 0.00 | 0.00 | 0.00 | 2,262.89 |
| **BLDG 706 Total:** | | | 10,009.61 | 0.00 | 0.00 | 0.00 | 0.00 | 10,009.61 |

| Database: | RCGVENTURES | | Aged Delinquencies | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| | | | RCG Ventures | | | | Date: | 10/21/2024 |
| BLDG: | CV706 | | Chillicothe Plaza | | | | Time: | 9:48 AM |
| | | | Date: 10/21/2024 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| CV706-012273 | | **Big Lots #1718** | | Master Occupant Id: 706BIG-1 | | | Day Due: 1 | Delq Day: 10 | |
| | | Big Lots #1718 | | 985 | Current | | Last Payment: | 10/2/2024 | 22,695.99 |
| 9/1/2024 | CAM | Common Area Maintenance | CH | 1,761.73 | 0.00 | 1,761.73 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | INS | Insurance | CH | 1,139.65 | 0.00 | 1,139.65 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | RNT | Base Rent | CH | 17,094.78 | 0.00 | 17,094.78 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | TAX | Real Estate Taxes | CH | 2,699.83 | 0.00 | 2,699.83 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 1,761.73 | 0.00 | 1,761.73 | 0.00 | 0.00 | 0.00 |
| | INS | Insurance | | 1,139.65 | 0.00 | 1,139.65 | 0.00 | 0.00 | 0.00 |
| | RNT | Base Rent | | 17,094.78 | 0.00 | 17,094.78 | 0.00 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 2,699.83 | 0.00 | 2,699.83 | 0.00 | 0.00 | 0.00 |
| **Big Lots #1718 Total:** | | | | 22,695.99 | 0.00 | 22,695.99 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 1,761.73 | 0.00 | 1,761.73 | 0.00 | 0.00 | 0.00 |
| | INS | Insurance | | 1,139.65 | 0.00 | 1,139.65 | 0.00 | 0.00 | 0.00 |
| | RNT | Base Rent | | 17,094.78 | 0.00 | 17,094.78 | 0.00 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 2,699.83 | 0.00 | 2,699.83 | 0.00 | 0.00 | 0.00 |
| **BLDG CV706 Total:** | | | | 22,695.99 | 0.00 | 22,695.99 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 1,761.73 | 0.00 | 1,761.73 | 0.00 | 0.00 | 0.00 |
| | INS | Insurance | | 1,139.65 | 0.00 | 1,139.65 | 0.00 | 0.00 | 0.00 |
| | PYC | Prior Year CAM | | 7,746.72 | 0.00 | 0.00 | 0.00 | 0.00 | 7,746.72 |
| | PYI | Prior Year Insurance | | 2,262.89 | 0.00 | 0.00 | 0.00 | 0.00 | 2,262.89 |
| | RNT | Base Rent | | 17,094.78 | 0.00 | 17,094.78 | 0.00 | 0.00 | 0.00 |
| | TAX | Real Estate Taxes | | 2,699.83 | 0.00 | 2,699.83 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 32,705.60 | 0.00 | 22,695.99 | 0.00 | 0.00 | 10,009.61 |