**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | : |                        |
| In re:                   | : | Chapter 11             |
|                          | : |                        |
| BIG LOTS, INC., *et al.,* | : | Case No. 24-11967 (JKS) |
|                          | : |                        |
| Debtors.                 | : | (Jointly Administered) |
|                          | : |                        |
|                          | : | **Re: D.I. 615**       |
|                          | : |                        |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF MAYS SDC, LLC TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF LEASE, INCLUDING CURE AMOUNT, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that Mays SDC, LLC withdraws the Limited Objection to Debtors' Proposed Assumption and Assignment of Lease, Including Cure Amount, and Reservation of Rights, filed at D.I. 615.  A corrected version of the Limited Objection has been filed at D.I. 616.

Dated: October 25, 2024

FOX ROTHSCHILD LLP

/s/ Howard A. Cohen
Howard A. Cohen (DE No. 4082)
1201 N. Market Street, Ste. 1200
Wilmington, DE 19801
(302) 427-5507 - direct
(302) 656-8920 -fax
Hcohen@foxrothschild.com

*Counsel for MAYS SDC, LLC*

164162441.1