**CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on October 28, 2024, I caused a true and correct copy of the *Objection of Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* to be served by email on:

Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
biglots.mnat@morrisnichols.com, rdehney@morrisnichols.com, aremming@morrisnichols.com, dbutz@morrisnichols.com, tmann@morrisnichols.com, csawyer@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Jonah A. Peppiatt
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
notice.biglots@davispolk.com, brian.resnick@davispolk.com, adam.shpeen@davispolk.com, stephen.piraino@davispolk.com, jonah.peppiatt@davispolk.com, ethan.stern@davispolk.com
*Debtors' Counsel*

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jalberto@coleschotz.com, snewman@coleschotz.com
*Creditor Committee Counsel*

Darren Azman
Kristin Going
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, New York 10017
dazman@mwe.com, kgoing@mwe.com
*Creditor Committee Counsel*

John F. Ventola
Jonathan D. Marshall
Jacob S. Lang
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
jventola@choate.com, jmarshall@choate.com, jslang@choate.com
*Counsel to the ABL Agent*

Regina Stango Kelbon
Stanley Tarr
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
regina.kelbon@blankrome.com, stanley.tarr@blankrome.com
*Counsel to the ABL Agent*

Chad B. Simon
James V. Drew
Sarah L. Hautzinger
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
csimon@otterbourg.com, jdrew@otterbourg.com,
shautzinger@otterbourg.com
*Counsel to the Term Agent*

John H. Knight  
Richards, Layton & Finger, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
knight@rlf.com  
*Counsel to the Term Agent*

Christopher Marcus, P.C.  
Douglas A. Ryder, P.C.  
Nicholas M. Adzima  
Kirkland & Ellis LLP  
601 Lexington Avenue  
New York, New York 1002  
douglas.ryder@kirkland.com, nicholas.adzima@kirkland.com  
*Counsel to the Stalking Horse Bidder*

*/s/ William F. Taylor, Jr.*  
William F. Taylor, Jr. (#2936)
