# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,<br><br>            Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on the 28th day of October, 2024, I caused a true and correct copy of the foregoing *Limited Objection of Dell Financial Services L.L.C. to Debtors' and Buyers' Potential Utilization and Disposal of Personal Property and FF&E* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in this matter and, additionally, on the parties on the attached Service List via electronic mail.

Date: October 28, 2024

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (No. 4827)

## **SERVICE LIST**

U.S. Trustee
844 N. King Street
Wilmington, DE 19801
Attn: Linda Casey (linda.casey@usdoj.gov)

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801,
Attn: Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
(biglots.mnat@morrisnichols.com)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com),
Stacy L. Newman, Esq. (snewman@coleschotz.com)
Sarah Carnes Esq. (scarnes@colescholtz.com)

McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
Attn: Darren Azman (dazman@mwe.com)
Kristin K. Going (kgoing@mwe.com)

Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081
Attn: Ronald A. Robins (rrobins@biglots.com)