# Exhibit A

| Database: | BI8499900001 | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| | | | First National Property Management | | | Date: | 9/9/2024 |
| BLDG: | daupl | | Dauphin Plaza | | | Time: | 8:57 AM |
| | | | Period: 09/24 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|

| daupl-001017 | | **Big Lots** | | Master Occupant Id: 00001016-1 | | | Day Due: 1 | Delq Day: | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | Caitlin Camboni | | 17/18 | Current | | Last Payment: | 8/5/2024 | 25,324.81 |

| Invoice Date | Cat | Category | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/2023 | PYI | Prior Year Insurance | CH | 1,217.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1,217.56 |
| 11/9/2023 | PYT | Prior Year Property Tax | CH | 9,487.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9,487.50 |
| 7/8/2024 | CAM | Current CAM | CH | 7,273.12 | 0.00 | 0.00 | 7,273.12 | 0.00 | 0.00 |
| 7/8/2024 | PYC | Prior Year CAM | CH | 12,468.20 | 0.00 | 0.00 | 12,468.20 | 0.00 | 0.00 |
| 7/8/2024 | PYI | Prior Year Insurance | CH | 13,142.80 | 0.00 | 0.00 | 13,142.80 | 0.00 | 0.00 |
| 7/8/2024 | PYT | Prior Year Property Tax | CH | 2,910.16 | 0.00 | 0.00 | 2,910.16 | 0.00 | 0.00 |
| 7/8/2024 | TAX | Current Property Tax | CH | 1,697.59 | 0.00 | 0.00 | 1,697.59 | 0.00 | 0.00 |
| 8/1/2024 | CAM | Current CAM | CH | 1,281.53 | 0.00 | 1,281.53 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | CAM | Current CAM | CH | 1,823.86 | 1,823.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | RNT | Rent | CH | 21,377.50 | 21,377.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | TAX | Current Property Tax | CH | 3,404.98 | 3,404.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Big Lots Total:** | | 76,084.80 | 26,606.34 | 1,281.53 | 37,491.87 | 0.00 | 10,705.06 |
| | | **BLDG daupl Total:** | | 76,084.80 | 26,606.34 | 1,281.53 | 37,491.87 | 0.00 | 10,705.06 |
| | | **Grand Total:** | | 76,084.80 | 26,606.34 | 1,281.53 | 37,491.87 | 0.00 | 10,705.06 |