## CERTIFICATE OF SERVICE

I, Aaron H. Stulman, do hereby certify that on October 28, 2024, a copy of the foregoing **Limited Objection and Reservation of Rights of Ceres Marketplace Investors, LLC to the Proposed Rejection of the Unexpired Lease at 1611 E Hatch Rd, Ste A, Ceres, CA and Proposed Abandonment of Personal Property in Connection Therewith** was served on the parties listed on the attached service list in the manner indicated.

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)

IMPAC - 11843052v.1

**SERVICE LIST**

| | |
|---|---|
| **Counsel to the Debtors**<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Ethan Stern, Esq.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com<br><br>**Via Email** | **Counsel to the Debtors**<br>Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com<br><br>**Via Email** |
| **Counsel to the Committee**<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Sarah Carnes, Esq.<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com;<br>snewman@coleschotz.com;<br>scarnes@colescholtz.com<br><br>**Via Email** | **Counsel to the Committee**<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>McDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com;<br>kgoing@mwe.com<br><br>**Via Email** |
| **Office of the United States Trustee**<br>Linda Casey, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: linda.casey@usdoj.gov<br><br>**Via Email** | |