IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>(Jointly Administered)<br><br>Hearing Date: November 21, 2024, 10:30 a.m.<br>Objections due by: November 14, 2024 |

## NOTICE OF MOTION

**TO:  Parties listed on the Certificate of Service**

Carl Brandt, Inc. ("Movant") has filed a Motion for Relief from the Automatic Stay To Effect Setoff (the "Motion"), which seeks the following relief: Entry of an order authorizing Movant to set off a $33,438.04 prepetition payment against unpaid prepetition invoices in excess of $33,438.04.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 21, 2024 AT 10:30 A.M. PREVAILING EASTERN TIME.**

If you oppose any of the relief requested in the Motion, you are required to file a response, if any, on or before November 14, 2024 at 4:00 p.m. Prevailing Eastern Time. At the same time, you must also serve a copy of the response upon the Movant's attorney:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  October 28, 2024<br>         Wilmington, Delaware | Respectfully submitted,<br><br>HILLER LAW, LLC<br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com<br><br>*Attorney for Carl Brandt, Inc.* |