# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2024, I caused copies of the foregoing Motion for Relief from the Automatic Stay To Effect Setoff to be served via electronic mail upon the following parties:

| Name | Representing | Email Address |
|---|---|---|
| Robert J. Dehney, Sr. | Debtors | rdehney@morrisnichols.com |
| Andrew R. Remming | Debtors | aremming@morrisnichols.com |
| Daniel B. Butz | Debtors | dbutz@morrisnichols.com |
| Tamara K. Mann | Debtors | tmann@morrisnichols.com |
| Sophie Rogers Churchill | Debtors | srchurchill@morrisnichols.com |
| Brian M. Resnick | Debtors | brian.resnick@davispolk.com |
| Adam L. Shpeen | Debtors | adam.shpeen@davispolk.com |
| Stephen D. Piraino | Debtors | stephen.piraino@davispolk.com |
| Jonah A. Peppiatt | Debtors | jonah.peppiatt@davispolk.com |
| Ethan Stern | Debtors | ethan.stern@davispolk.com |
| Justin R. Alberto | Committee | jalberto@coleschotz.com |
| Stacy L. Newman | Committee | snewman@coleschotz.com |
| Jack M. Dougherty | Committee | jdougherty@coleschotz.com |
| Sarah A. Carnes | Committee | scarnes@coleschotz.com |
| Darren Azman | Committee | dazman@mwe.com |
| Kristin K. Going | Committee | kgoing@mwe.com |
| Stacy Lutkus | Committee | salutkus@mwe.com |
| Natalie Rowles | Committee | nrowles@mwe.com |
| Linda J. Casey | United States Trustee | Linda.Casey@usdoj.gov |

and via first-class mail, postage prepaid, upon: Big Lots, Inc., 4900 E. Dublin-Granville Road, Columbus, OH 43081; and

via CM/ECF electronic service upon parties registered to receive notices.

Dated: October 28, 2024          /s/ Adam Hiller
      Wilmington, Delaware      Adam Hiller (DE No. 4105)
                                  HILLER LAW, LLC
                                  300 Delaware Avenue, Suite 210, #227
                                  Wilmington, Delaware 19801
                                  (302) 442-7677 telephone