# **EXHIBIT A**

2024 Real Estate Taxes

17000088/5

**NEW HANOVER COUNTY TAX OFFICE**
PO BOX 18000 • Wilmington NC 28406
Phone: (910) 798-7300 • Fax: (910) 798-7807
www.nhcgov.com
Case 24v1967-JKS Doc 631-1 Filed 10/28/24 Page 2 of 2



**PROPERTY TAX BILL**
**DUE ON SEPTEMBER 1, 2024**
**IMPORTANT - PLEASE READ FRONT AND BACK OF NOTICE CAREFULLY**
PLEASE SEE THE INSTALLMENT COUPONS INCLUDED



To make a payment using your mobile device, please scan the QR code above. To make a payment by phone please call 1.877.309.0878

15916064-12771-1 1 2 *************AUTO**5-DIGIT 28403



OGDEN PLAZA LLC
PO BOX 3649
WILMINGTON NC 28406-0649

**Notice Date:** 8/1/2024

## PROPERTY IDENTIFICATION AND VALUE INFORMATION

| BILL YEAR | BILL TYPE | BILL NUMBER | LEGAL DESCRIPTION | PARCEL NUMBER |
|---|---|---|---|---|
| 2024 | 20 | 24027747 | 20 PT 19/21 SOUTHERL | R04400-006-003-000 |

| PROPERTY LOCATION | PROPERTY VALUE | DEFERRED | EXEMPTION | TOTAL TAXABLE VALUE |
|---|---|---|---|---|
| 6840 MARKET ST | 9,729,400 | | | 9,729,400 |

| MESSAGES | JURISDICTION | TYPE | TAX RATE PER $100.00 VALUE | ITEMIZED TAX AMOUNT |
|---|---|---|---|---|
| FINAL DATE TO PAY IS MONDAY, JANUARY 6, 2025. INTEREST BEGINS AT CLOSE OF BUSINESS ON THIS DAY.<br><br>CREDIT CARD PAYMENTS ARE ACCEPTED IN THE OFFICE.<br><br>If you need a payment arrangement outside of the enclosed installment coupons, please contact our office by August 30, 2024 to establish an arrangement. | New Hanover-General Fund<br>Debt Fund<br><br>Wilmington | NH1<br>NH3<br><br>WM1 | 0.42900<br>0.02100<br><br>0.42000 | 41,739.13<br>2,043.17<br><br>40,863.48 |
| | | **TOTAL TAX DUE** | | 84,645.78 |
| | | LATE LIST PENALTY | | |
| | | +/- PAYMENTS AND ADJUSTMENTS | | |
| | | INTEREST | | |
| | | **BALANCE** | | **84,645.78** |

DETACH AND RETAIN THIS PORTION FOR INCOME TAX PURPOSES

---

▼ **PLEASE RETURN THIS PORTION WITH YOUR PAYMENT** ▼

| BILL YEAR | BILL TYPE | BILL NUMBER | PARCEL NUMBER | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 2024 | 20 | 24027747 | R04400-006-003-000 | 84,645.78 |

PROPERTY TAX DUE DATE IS SEPTEMBER 1, 2024. PLEASE SEE BACK OF PROPERTY TAX BILL FOR ADDITIONAL INFORMATION.

**AMOUNT ENCLOSED**
$

TO CHANGE YOUR MAILING ADDRESS, PLEASE FILL IN YOUR NEW ADDRESS BELOW

NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

**MAKE CHECK PAYABLE & REMIT TO:**

OGDEN PLAZA LLC
PO BOX 3649
WILMINGTON NC 28406-0649

NEW HANOVER COUNTY TAX OFFICE
PO BOX 580070
CHARLOTTE NC 28258-0070

0000208202482402774750008464578 7