# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Equipment Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|
| 1 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0623RT616772 |
| 2 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0625RT616773 |
| 3 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0627RT616774 |
| 4 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0629RT616775 |
| 5 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0620RT616776 |
| 6 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0622RT616777 |
| 7 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616778 |
| 8 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616779 |
| 9 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616780 |
| 10 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616781 |
| 11 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616782 |

| # | Debtor Entity | Contract Counterparty | Equipment Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|
| 12 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616783 |
| 13 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616784 |
| 14 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616785 |
| 15 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616786 |
| 16 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616787 |
| 17 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616788 |
| 18 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616789 |
| 19 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616790 |
| 20 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616791 |
| 21 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616792 |
| 22 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0628RT616802 |

| # | Debtor Entity | Contract Counterparty | Equipment Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|
| 23 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0622RT616794 |
| 24 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0624RT616795 |
| 25 | Great Basin, LLC | Donlen Trust | 2855 Selma Highway Montgomery, AL 36108 | 10/28/2024 | Great Dane Champion 53' Trailer VIN #1GR1A0626RT616796 |