# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James P. Moloy to represent Paragon Windermere, LLC and Lebanon Windermere, LLC in the above-captioned cases.

Dated: October 29, 2024

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
**CROSS & SIMON, LLC**
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
*Counsel for Paragon Windermere, LLC and Lebanon Windermere, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of Indiana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 29, 2024

*/s/ James P. Moloy*
James P. Moloy
Indiana Attorney No. 10301-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Email: jmoloy@boselaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

4871987