**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | | |
|---|---|---|
| BIG LOTS, INC., et al., | § <br> § <br> § | CASE NO. 24-11967 <br> (Chapter 11) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District AND City of Pearland

> c/o Melissa E. Valdez
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> 1235 North Loop West
> Suite 600
> Houston, TX 77008
> (713) 862-1860
> (713) 862-1429 FAX
> mvaldez@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant


By:   /s/Melissa E. Valdez

  Melissa E. Valdez
  Bar No: 24051463

**CERTIFICATE OF SERVICE**

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 29th day of October, 2024.

**ATTORNEY'S FOR DEBTOR**
Morris, Nichols, Arsht & Tunnell LLP
Daniel B. Butz, whose email address:         dbutz@mnat.com
Robert J. Dehney, whose email address:       rdehney@morrisnichols.com
Andrew R. Remming, whose email address:      aremming@mnat.com
Sophie Rogers Churchill, whose email address: srchurchill@morrisnichols.com
Casey Sawyer, whose email address:           csawyer@morrisnichols.com

Davis Polk & Wardwell LLP

James I. McClammy, whose email address:      james.mcclammy@davispolk.com

Jonah Peppiatt, whose email address:         jonah.peppiatt@davispolk.com
Stephen D. Piraino, whose email address:     stephen.piraino@davispolk.com
Brian M. Resnick, whose email address:       brian.resnick@davispolk.com
Adam L. Shpeen, whose email address:         adam.shpeen@davispolk.com
Ethan Stern, whose email address:            ethan.stern@davispolk.com

**U. S. TRUSTEE**
Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 1980

    /s/Melissa E. Valdez
  Melissa E. Valdez
  Bar No: 24051463

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3