# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511]

Dated: October 28, 2024

                                                                          */s/ Isa Kim*
                                                                          Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 28, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 83290

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29467739 | A/C & R SERVICES INC | 2102 Flour Bluff Dr<br>Corpus Christi TX 78418 |
| 29467740 | ACCURATE HEATING AND AIR | 10808 Foothill Blvd<br>Rancho Cucamonga CA 91730 |
| 29467741 | ADVANCED CLIMATE SOLUTIONS LLC | 2660 Bond St<br>University Park IL 60484 |
| 29467742 | ADVANTAGE MECHANICAL INC | 765 Ridgeview Drive<br>McHenry IL 60050 |
| 29467726 | Apex Solutions | 4393 Digital Way Mason, OH 45040<br>Mason OH 45040 |
| 29467707 | Bestway USA Inc | 3411 E. Harbour Dr.<br>Phoenix AZ 85034 |
| 29467743 | BONDED | 545 Mainstream Dr, Ste 250<br>Nashville TN 37228 |
| 29467727 | Bridle loyalty solutions inc. | 103 Merrick Street<br>Toronto ON M6R 1E1 Canada |
| 29467744 | BUILDING AIR SERVICES HVAC LLC | 6785 114th Ave<br>Largo FL 33773 |
| 29467745 | CAPSTONE MECHANICAL LLC | 755 Banfield Rd, unit 102<br>Portsmouth NH 03801 |
| 29467746 | CLEAN CUT BUILDERS AND CONTRACTORS | 122 Monaco Ct. #C<br>Delray Beach FL 33446 |
| 29467728 | CMPSI | 55 Ivan Allen Jr Blvd NW, Suite 320<br>Atlanta Georgia 30308 |
| 29311271 | Compass Mechanical LLC | 1310 Webb Ferrell Rd S<br>Arlington TX 76002 |
| 29467747 | COOLSYS LIGHT COMMERCIAL SOLUTIONS LLC | 645 E. Missouri, Ste 205<br>Phoenix AZ 85012 |

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29467729 | David M. Dilley | Address on file |
| 29463269 | Dell Technologies | 1 Dell Way<br>Round Rock TX 78664 |
| 29467708 | Dematic Corp | Dematic Corp - 507 Plymouth Avenue NE<br>Grand Rapids MI 49505 |
| 29467730 | Double T Enterprise Group LLC d/b/a Tech Yeah | 1905 Marketview Dr # 226<br>Yorkville IL 60560 |
| 29467731 | DPS Holdings, Inc. | 5301 Legacy Dr.<br>Plano TX 75024 |
| 29467732 | EK Health Services, Inc. | 922 South DeAnza Blvd., Ste. 101<br>San Jose CA 95129 |
| 29467733 | Employee Benefit Management Corp. | 4789 Rings Road<br>Dublin OH 43017-1599 |
| 29467734 | Employee Benefit Management Corp. / Alternative Care Management Systems, Inc. | 4789 Rings Road<br>Dublin OH 43017-1599 |
| 29467735 | ESS Elevator | 9245 Archibald Ave<br>Rancho Cucamonga CA 91730 |
| 29463850 | Facility Maintenance Systems | 4131 Aplicella Ct<br>Manteca CA 95337 |
| 29467709 | Franklin County Engineer's Office | 970 Dublin Rd<br>Columbus OH 43215 |
| 29467748 | GEM INC | 6842 Commodore Dr<br>Walbridge OH 43465 |
| 29467736 | Golden Mantella, LLC | One Maritime Plaza, Suite 2100<br>San Francisco CA 94111 |
| 29467737 | HMB, Inc. | 191 W Nationwide Blvd, Suite 650<br>Columbus OH 43215 |

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29467738 | Horizon Big | 75 Varick Street<br>New York NY 10013 |
| 29467749 | HUMPHREY TECHNICAL SERVICES | 229 Mitchell Hall Lane<br>Topmost KY 41862 |
| 29467710 | Hyperion Solutions | 900 Long Ridge Road<br>Stamford CT 06902 |
| 29467713 | Kinematic Logistics Solutions, LLC | One Kellaway Drive<br>Randolph MA 02368 |
| 29467750 | KOCH SERVICE LLC | 755 Janice Ln<br>Pickerington OH 43147 |
| 29467711 | Kronos | 5430 LBJ Freeway, Suite 1700<br>Dallas TX 75240 |
| 29467751 | LIGHTSERVE CORPORATION | 9115 Harris Corners Pkwy<br>Charlotte NC 28269 |
| 29467752 | LOUDER REFRIGERATION INC | 63197 Juniper Rd<br>Montrose CO 81401 |
| 29467753 | MC HEATING & COOLING LLC | 6555 Lewisburg Ozias Rd<br>Lewisburg OH 45338 |
| 29467754 | MEDIX FACILITY SOLUTIONS | 30 Wall St, 8th floor<br>New York NY 10005 |
| 29464362 | Microsoft | 6820 S. Harl Ave.<br>Tempe AZ 85283 |
| 29467755 | MOORES ELECTRICAL & MECHANICAL | 101 Edgewood Ave<br>Altavista VA 24517 |
| 29467712 | NCR subsidiary | 1700 S. Patterson Blvd.<br>Dayton OH 45479 |
| 29467756 | NEXREV LLC | 601 Development Dr<br>Plano TX 75074 |

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29467757 | NEXTECH | 1045 South John Rodes Blvd<br>Melbourne FL 32904 |
| 29467722 | Numark (CHINA) (Apollo Outdoor) | 23 Flat M, 3F, Kaiser Estate Phase 3<br>11 Hok Yuen Street, Hunghom<br>Kowloon Hong Kong SAR CHINA |
| 29467758 | PACIFIC REFRIGERATION OPERATIN LLC | PO Box 1953<br>Tacoma WA 98401 |
| 29467759 | PERFECTION GROUP INC | 2649 Commerce Blvd<br>Cincinnatti OH 45241 |
| 29467723 | Pollock | 1 Pollock Place<br>Grand Prairie TX 75050 |
| 29467724 | Ponderosa Maint | 2829 Calle de Saiz<br>Santa Fe NM 87507 |
| 29467725 | Ponderosa Property | 3140 Cerrillos Road<br>Santa Fe NM 87507 |
| 29467719 | Prodigy People Inc. | 6431 Alum Creek Dr<br>Groveport OH 43125 |
| 29467720 | Progressive Leasing | 11629 S. 700 E.<br>Draper UT 84020 |
| 29467721 | Quest Software | 4 Polaris Way<br>Aliso Viejo CA 92656 |
| 29467760 | RC MAINTENANCE HOLDINGS INC | 569 Bateman Circle<br>Corona CA 92880 |
| 29464627 | Rentokil North America, Inc. | 1125 Berkshire Blvd., Suite 150<br>Reading PA 19610 |
| 29467761 | RIGHT CLIMATE INC | 519 N. Smith Ave, #102<br>Corona CA 92878 |

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29331416 | S&P GLOBAL LIMITED | 25 ROPEMAKER ST 4TH FLOOR LONDON EC2Y 9LY UNITED KINGDOM |
| 29463154 | S&P Global Limited (previously IHS Markit Group) | 55 Water Street New York, NY 10041-0001 |
| 29344465 | S&P GLOBAL MARKET INTELLIGENCE LLC | 33356 COLLECTION CENTER DR CHICAGO, IL 60693-0333 |
| 29467717 | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company, Inc. | 150 East Gay St , Ste 14B Columbus OH 43215 |
| 29467762 | SCHELL SYSTEMS INC | 1873 Washington Rd Washington IL 61571 |
| 29467763 | SIEMENS INDUSTRY INC | 9225 Bee Caves Rd, Bldg B, Ste 100 Austin TX 78733 |
| 29467715 | Southem Motor Carriers Association, Inc. d/b/a "SMC3" | 500 Westpark Drive Peachtree City GA 30269 |
| 29467714 | Southern Motor Carriers Association, Inc. d/b/a "SMC" | 500 Westpark Drive Peachtree City GA 30269 |
| 29467718 | SVA | 401 Hackensack Ave, 4th Floor, Hackensack NJ 07601 |
| 29467764 | TEMP TECH INC | 926 State St Lemoyne PA 17043 |
| 29467716 | The Barbin Group LLC | 5167 Knobcone Drive Castle Rock CO 80108 |
| 29464807 | The James | 4900 East Dublin Granville Rd. Columbus OH 43081 |
| 29467765 | TOTAL EQUIPMENT SERVICE | 8355 W. Flagler St, Ste 235 Miami FL 33144 |
| 29467766 | TUG HILL MECHANICAL INC | 791 County Route 22 Parish NY 13131 |

## Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29467767 | WALDINGER CORPORATION | 2601 Bell Avenue<br>Des Moines IA 50321 |