U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

BIG LOTS, INC.                                                    Case No. 24-11967-JKS
                                                                             Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE

Nancy C. Millan, Hillsborough County Tax Collector, pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, hereby gives notice of the appearance of the undersigned attorney as counsel for Nancy C. Millan, Hillsborough County Tax Collector, in this proceeding, and further requests that the undersigned attorney be placed on the mailing matrix and thereafter receive copies of all notices, orders and all other pleadings or documents which are served on all creditors.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5231
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

BIG LOTS, INC.                                    Case No. 24-11967-JKS
                                                  Chapter  11


        Debtor.
_____/

**CERTIFICATION OF GOVERNMENT ATTORNEY AS COUNSEL FOR
CREDITOR, NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR**

I, the undersigned counsel, Brian T. FitzGerald, pursuant to Del. Bankr. LR 9010-1(e)(i), state that I am a Senior Assistant County Attorney for Hillsborough County, Florida; that I am counsel for Creditor, Nancy C. Millan, Hillsborough County Tax Collector, who is an elected constitutional officer of a political subdivision of the State of Florida; and that I am a government attorney in accordance with the above-stated Local Rule.  I further state that:

1.    In addition to being a member of the State Bar of Florida, I am admitted to practice before the United States District Court for the Middle District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court;

2.    I am in good standing in all jurisdictions in which I have been admitted;

3.    I am familiar with and will be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated this 29th day of October, 2024

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Daniel B. Butz, Esq., Robert J. Dehney, Esq., Andrew R. Remming, Esq., Sophie Rogers Churchill, Esq., Casey Sawyer, Esq.,** Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801; **James I. McClammy, Esq., Jonah Peppiatt, Esq., Stephen D. Piraino, Esq. Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Ethan Stern, Esq.,** Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; **Linda J. Casey, Esq.,** Office of the US Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; **Benjamin Joseph Steele**, Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007; and to all other parties receiving Notice, on this 29th day of October, 2024.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney