IN THE BANKRUPTCY COURT IN AND FOR
THE DISTRICT OF DELAWARE

In Re:                                                                      Chapter 11

BIG LOTS, INC., et al.,                                          CASE NO. 24-11967 (JKS)

    Debtors.[1]
_____/

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF 7023 BROWARD LLC'S LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT OF LEASE AND NOTICE OF PROPOSED CURE AMOUNTS FOR CERTAIN UNEXPIRED LEASES**

PLEASE TAKE NOTICE that Creditor 7023 BROWARD LLC, by and through its undersigned counsel, hereby withdraws without prejudice its Limited Objection to Assumption and Assignment of Lease and Notice of Proposed Cure Amounts for Certain Unexpired Leases [DE 609].

Dated: October 25, 2024.

                                        **ROTH & SCHOLL**
                                        **Attorneys for 7023 BROWARD LLC**
                                        **866 South Dixie Highway**
                                        **Coral Gables, FL   33146**
                                        **Telephone: (305) 662-4141**
                                        **Fax: (305) 662-3816**
                                        **Email: jeff@rothandscholl.com**

                                        BY:   /s/ Jeffrey C. Roth
                                             **JEFFREY C. ROTH**
                                             Florida Bar No. 331562

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2024, I caused copies of the foregoing Notice of Withdrawal Without Prejudice of 7023 Broward LLC's Limited Objection To Assumption And Assignment Of Lease And Notice Of Proposed Cure Amounts For Certain Unexpired Leases to be served via electronic mail upon the following parties:

| Name | Representing | Email Address |
|---|---|---|
| Robert J. Dehney, Sr. | Debtors | rdehney@morrisnichols.com |
| Andrew R. Remming | Debtors | aremming@morrisnichols.com |
| Daniel B. Butz | Debtors | dbutz@morrisnichols.com |
| Tamara K. Mann | Debtors | tmann@morrisnichols.com |
| Sophie Rogers Churchill | Debtors | srchurchill@morrisnichols.com |
| Brian M. Resnick | Debtors | brian.resnick@davispolk.com |
| Adam L. Shpeen | Debtors | adam.shpeen@davispolk.com |
| Stephen D. Piraino | Debtors | stephen.piraino@davispolk.com |
| Jonah A. Peppiatt | Debtors | jonah.peppiatt@davispolk.com |
| Ethan Stem | Debtors | ethan.stem@davispolk.com |

/s/ Jeffrey C. Roth
**JEFFREY C. ROTH**
Florida Bar No. 331562