UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Wayne M. Chiurazzi, Esquire and The Chiurazzi Law Group to represent Amy Eskra-Brown in the above-captioned cases and any related proceedings.

Date: 10/29/2024

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esquire
PA ID #63595
FL ID #993591
**The Chiurazzi Law Group**
101 Smithfield Street
Pittsburgh, PA 15222
(412) 434-0773
wchiurazzi@the-attorneys.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: 10/29/2024

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esquire
PA ID #63595
FL ID #993591
**The Chiurazzi Law Group**
101 Smithfield Street
Pittsburgh, PA 15222
(412) 434-0773
wchiurazzi@the-attorneys.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.