## EXHIBIT A

## SUMMARY OF UNPAID PRE-PETITION RENT

# TENANT STATEMENT

Windermere Center
6213 Allisonville Road
Indianapolis, IN 46220

**Prepared For**

Big Lot's
Windermere Center
6213 Allisonville Road, Unit 6225
Indianapolis, IN 46220

**Date:** 10/29/2024
**Total Due** 46,800.10

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| 10/02/2024 | ACH | 0.00 | 17,521.30 | 46,800.10 |
| 10/01/2024 | BASE RENT (10/2024) | 14,700.00 | 0.00 | 64,321.40 |
| 10/01/2024 | ESTIMATED INSURANCE (10/2024) | 720.47 | 0.00 | 49,621.40 |
| 10/01/2024 | ESTIMATED CAM (10/2024) | 2,100.83 | 0.00 | 48,900.93 |
| 09/01/2024 | BASE RENT (09/2024) | 14,700.00 | 0.00 | 46,800.10 |
| 09/01/2024 | ESTIMATED INSURANCE (09/2024) | 720.47 | 0.00 | 32,100.10 |
| 09/01/2024 | ESTIMATED CAM (09/2024) | 2,100.83 | 0.00 | 31,379.63 |
| 08/01/2024 | BASE RENT (08/2024) | 14,700.00 | 0.00 | 29,278.80 |
| 08/01/2024 | ESTIMATED INSURANCE (08/2024) | 720.47 | 0.00 | 14,578.80 |
| 08/01/2024 | ESTIMATED CAM (08/2024) | 2,100.83 | 0.00 | 13,858.33 |
| 07/05/2024 | ach | 0.00 | 17,521.30 | 11,757.50 |
| 07/01/2024 | First Half 2023 pay 2024 Property Tax | 11,757.36 | 0.00 | 29,278.80 |
| 07/01/2024 | BASE RENT (07/2024) | 14,700.00 | 0.00 | 17,521.44 |
| 07/01/2024 | ESTIMATED INSURANCE (07/2024) | 720.47 | 0.00 | 2,821.44 |
| 07/01/2024 | ESTIMATED CAM (07/2024) | 2,100.83 | 0.00 | 2,100.97 |
| 06/03/2024 | ach | 0.00 | 17,521.30 | 0.14 |
| 06/01/2024 | BASE RENT (06/2024) | 14,700.00 | 0.00 | 17,521.44 |
| 06/01/2024 | ESTIMATED INSURANCE (06/2024) | 720.47 | 0.00 | 2,821.44 |
| 06/01/2024 | ESTIMATED CAM (06/2024) | 2,100.83 | 0.00 | 2,100.97 |
| 05/20/2024 | ach | 0.00 | 1,032.63 | 0.14 |
| 05/06/2024 | ach | 0.00 | 17,521.30 | 1,032.77 |
| 05/01/2024 | BASE RENT (05/2024) | 14,700.00 | 0.00 | 18,554.07 |
| 05/01/2024 | ESTIMATED INSURANCE (05/2024) | 720.47 | 0.00 | 3,854.07 |
| 05/01/2024 | ESTIMATED CAM (05/2024) | 2,100.83 | 0.00 | 3,133.60 |
| 04/04/2024 | ach | 0.00 | 17,521.30 | 1,032.77 |
| 04/01/2024 | BASE RENT (04/2024) | 14,700.00 | 0.00 | 18,554.07 |
| 04/01/2024 | ESTIMATED INSURANCE (04/2024) | 720.47 | 0.00 | 3,854.07 |
| 04/01/2024 | ESTIMATED CAM (04/2024) | 2,100.83 | 0.00 | 3,133.60 |
| 03/31/2024 | 2023 CAM Reconciliation | 1,032.67 | 0.00 | 1,032.77 |
| 03/04/2024 | ach | 0.00 | 17,426.65 | 0.10 |
| 03/04/2024 | ach | 0.00 | 283.95 | 17,426.75 |
| 03/01/2024 | BASE RENT (03/2024) | 14,700.00 | 0.00 | 17,710.70 |
| 03/01/2024 | ESTIMATED INSURANCE (03/2024) | 720.47 | 0.00 | 3,010.70 |
| | ESTIMATED CAM (03/2024) | 2,100.83 | 0.00 | 2,290.23 |

Notes:

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 0.00 | 17,521.30 | 17,521.30 | 11,757.50 | 46,800.10 |

**EXHIBIT A**

# TENANT STATEMENT

Windermere Center
6213 Allisonville Road
Indianapolis, IN 46220

**Prepared For**
Big Lot's
Windermere Center
6213 Allisonville Road, Unit 6225
Indianapolis, IN 46220

**Date:** 10/29/2024
**Total Due** 46,800.10

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 02/12/2024 | ach | 0.00 | 13,883.71 | 189.40 |
| 02/05/2024 | ach | 0.00 | 11,840.93 | 14,073.11 |
| 02/05/2024 | ach | 0.00 | 17,426.65 | 25,914.04 |
| 02/01/2024 | BASE RENT (02/2024) | 14,700.00 | 0.00 | 43,340.69 |
| 02/01/2024 | ESTIMATED INSURANCE (02/2024) | 720.47 | 0.00 | 28,640.69 |
| 02/01/2024 | ESTIMATED CAM (02/2024) | 2,100.83 | 0.00 | 27,920.22 |
| 01/10/2024 | Second Half '22 pay '23 Property Tax | 11,840.93 | 0.00 | 25,819.39 |
| 01/10/2024 | Second Half '21 pay '22 Property Tax | 5,763.90 | 0.00 | 13,978.46 |
| 01/10/2024 | First Half '22 pay '23 Property Tax | 4,411.49 | 0.00 | 8,214.56 |
| 01/10/2024 | First Half '21 pay '22 Property Tax | 3,708.42 | 0.00 | 3,803.07 |
| 01/01/2024 | BASE RENT (01/2024) | 14,700.00 | 0.00 | 94.65 |
| 01/01/2024 | ESTIMATED INSURANCE (01/2024) | 720.47 | 0.00 | -14,605.35 |
| 01/01/2024 | ESTIMATED CAM (01/2024) | 2,100.83 | 0.00 | -15,325.82 |

Notes:

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 17,521.30 | 17,521.30 | 11,757.50 | 46,800.10 |