IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| BIG LOTS, INC., *et al.*,[1] | : Case No. 24-11967-JKS |
| | : (Jointly Administered) |
| Debtors. | : D.I. 450 |

---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF RAYMOND STORAGE CONCEPTS, INC. AND RAYMOND WEST INTRALOGISTICS SOLUTIONS TO DEBTORS' NOTICE OF ABANDONMENT, UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY LOCATED AT CERTAIN OF DEBTORS' LEASED DISTRIBUTION CENTERS

PLEASE TAKE NOTICE THAT Raymond Storage Concepts, Inc. and Raymond West Intralogistics Solutions hereby withdraw their joint limited objection (Dkt. No. 596) to Debtors' Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of Debtors' Leased Distribution Centers.

Dated: October 29, 2024  
Lisle, Illinois

SWANSON, MARTIN & BELL, LLP

By: */s/ Charles S. Stahl, Jr.*
Charles S. Stahl, Jr.
2525 Cabot Drive, Suite 204
Lisle, IL 60532
T: 630-780-8472
F: 630-799-6901
Email: cstahl@smbtrials.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## **CERTIFICATE OF SERVICE**

      I, Charles S. Stahl, Jr., hereby certify that on October 29, 2024, I caused the foregoing Objection to be served on each of the Objection Service Parties as identified in the Abandonment Notice via the Court's CM/ECF notice.

Dated: October 29, 2024                                          */s/ Charles S. Stahl, Jr.*
                                                                Charles S. Stahl, Jr.