**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al.,[1] | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHRDRAWAL OF DOCKET NO. 645**

**PLEASE TAKE NOTICE** that Wayne M. Chiurazzi, Esquire and the Chiurazzi Law Group hereby withdrawals its Pro Hac Vice Motion (Dkt No. 645).

Respectfully submitted,

Date:   10/30/2024

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esquire
PA ID #63595
FL ID #993591

**The Chiurazzi Law Group**
101 Smithfield Street
Pittsburgh, PA 15222
(412) 434-0773
wchiurazzi@the-attorneys.com

---

[1] The Debtors and Debtors in possession in these Chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is: 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 30, 2024, I caused the foregoing Notice to be served by CM/ECF upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

                                                Respectfully submitted,

Date:   10/30/2024                                 /s/ Wayne M. Chiurazzi
                                                            Wayne M. Chiurazzi, Esquire
                                                            PA ID #63595
                                                           FL ID #993591

                                                           **The Chiurazzi Law Group**
                                                           101 Smithfield Street
                                                           Pittsburgh, PA 15222
                                                           (412) 434-0773
                                                           wchiurazzi@the-attorneys.com