# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al.,[1] | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that **Wayne M. Chiurazzi, Esquire** and **The Chiurazzi Law Group** hereby enters their appearance as counsel for Amy Eskra-Brown and Carol Donnelly, independently, in the above-captioned matter pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the address, telephone, and facsimile numbers indicated:

Wayne M. Chiurazzi, Esquire
The Chiurazzi Law Group
101 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 434-0773
Fax: (412) 434-4750
wchiurazzi@the-attorneys.com

Respectfully submitted,

Date:   10/30/2024

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esquire

---

[1] The Debtors and Debtors in possession in these Chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is: 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2024, I caused the foregoing Entry of Appearance to be served by CM/ECF upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

Respectfully submitted,

Date:   10/30/2024

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esquire
PA ID #63595
FL ID #993591

**The Chiurazzi Law Group**
101 Smithfield Street
Pittsburgh, PA 15222
(412) 434-0773
wchiurazzi@the-attorneys.com