IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11964 (JKS) |
| Debtors. | (Jointly Administered) |

**ASSUMPTION AND ASSIGNMENT CURE OBJECTION
OF ORANGEBURG REALTY LTD. PARTNERSHIP**

PLEASE TAKE NOTICE that ORANGEBURG REALTY LTD. PARTNERSHIP, a South Carolina limited partnership ("Contract Counterparty"), objects to the proposed Cure Amount set forth on the Potential Assumed Contracts Schedule (Doc. 511-1) (the "Cure Costs Schedule") associated with the unexpired Lease covering the Big Lots store in Orangeburg, SC (the "Subject Lease"), and assigns the following reasons for same:

1. The Subject Lease requires that the Debtor tenant shall pay to said Contract Counterparty landlord each month:

    (a) Base Rent of $16,793.00; and

    (b) Additional Rent in a sum equal to one-twelfth (1/12) of the estimated annual real property taxes, insurance premiums, and common area maintenance (CAM) expenses payable by the tenant under the Subject Lease

2. The Cure Amount of $16,792.00 set forth on the Cure Costs Schedule (Doc 511-1) with respect to the Subject Lease is incorrect in that it does not include the aggregate amount of monthly Additional Rent payments due and unpaid prepetition. The correct Cure Costs amount associated with the Subject Lease is $70,126.00, itemized as follows:

1

  Monthly Base Rent:             $16,793.00[1]

  Monthly Additional Rent:

    Real Property Taxes: $25,739.00
    Hazard Insurance:  $15,454.00
    CAM:        $12,140.00
                   $53,333.00[2]

          TOTAL:  $70,126.00[3]

DATED: October 23, 2024

            Respectfully submitted,

            ORANGEBURG REALTY LTD. PARTNERSHIP,
            a South Carolina limited partnership,

            By: Shopping Center Investments, Inc.,
               a South Carolina corporation,
               its General Partner,

            By: _____
               John Politis
               Its: President

---

[1] Monthly Base Rent payment due on September 1, 2024 and not paid.

[2] Total of monthly Additional Rent payments due on January 1, 2024, February 1, 2024, March 1, 2024, April 1, 2024, May 1, 2024, June 1, 2024, July 1, 2024, August 1, 2024, and September 1, 2024, and not paid.

[3] Total amount necessary to cure prepetition defaults under the subject Lease.

**CERTIFICATE OF SERVICE**

    I here certify that on the 23rd day of October, 2024, I caused a true and correct copy of foregoing document to be served on all Objection Notice Parties identified on the attached Service List via e-mail.

_____
John Politis

*RECEIVED 2024 OCT 30 AM 11:15 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

## SERVICE LIST

**DAVIS POLK & WARDWELL LLP**

Attn:  Brian M. Resnick, Esq.
       Adam L. Shpeen, Esq.
       Stephen D. Piraino, Esq.
       Jonah A. Peppiatt, Esq.
       Ethan Stern, Esq.

       E-mail:  notice.biglots@davispolk.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Attn:  Robert J. Dehney, Sr., Esq.
       Andrew R. Remming, Esq.
       Daniel B. Butz, Esq.
       Tamara K. Mann, Esq.
       Casey B. Sawyer, Esq.

       E-mail:  biglots.mnat@morrisnichols.com

**CHOATE, HALL & STEWART LLP**

Attn:  John F. Ventola, Esq.
       E-mail:  jventola@choate.com
Attn:  Jonathan D. Marshall, Esq.
       E-mail:  jmarshall@choate.com
Attn:  Jacob S. Lang, Esq.
       E-Mail:  jslang@choate.com

**BLANK ROME LLP**

Attn:  Regina Stango Kelbon, Esq.
       E-mail:  regina.kelbon@blankrome.com
Attn:  Stanley Tarr, Esq.
       E-mail:  stanley.tarr@blankrome.com

**OTTERBOURG P.C.**

Attn:  Chad B. Simon, Esq.
       E-mail:  CSimon@otterbourg.com
Attn:  James V. Drew, Esq.
       E-mail:  JDrew@otterbourg.com
Attn:  Sarah L. Hautzinger, Esq.
       E-mail:  shautzinger@otterbourg.com

RICHARDS, LAYTON & FINGER, P.A.

Attn:  John H. Knight, Esq.
       E-mail: knight@rlf.com


MCDERMOTT WILL & EMERY LLP

Attn:  Darren Azman, Esq.
       E-mail: dazman@mwe.com
Attn:  Kristin G. Going, Esq.
       E-mail: kgoing@mwe.com

COLE SCHOTZ P.C.

Attn:  Justin R. Alberto, Esq.
       E-mail: jalberto@coleschotz.com
Attn:  Stacy L. Newman, Esq.
       E-mail: snewman@coleschotz.com

KIRKLAND & ELLIS LP

Attn:  Christopher Marcus, P.C.
       E-mail: cmarcus@kirkland.com
Attn:  Douglas A. Ryder, P.C.
       E-mail: douglas.ryder@kirkland.com
Attn:  Nicholas M. Adzima
       E-mail: nicholas.adzima@kirkland.com

U.S. TRUSTEE

Attn:  Linda J. Casey
E-mail: linda.casey@usdoj.gov.