# EXHIBIT "A"

| Database: | Q88299900001 | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | Glazer Prod | | | | Date: | 10/23/2024 |
| BLDG: | VIE | | CityView Towne Crossing | | | | Time: | 9:14 AM |
| | | | Date: 10/23/2024 | | | | | |

| Invoice Date | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|
| VIE-000608 | **Big Lots** <br> Ruth Hunter Smith <br> (614) 278-7683 | | Master Occupant Id: BABIES R-123  Current | | | Day Due:  1  Delq Day:  10 <br> Last Payment:  10/2/2024  21,628.75 | | | |
| 11/1/2023 | TAX  REAL ESTATE TAX | CH | 40,391.75 | 0.00 | 0.00 | 0.00 | 0.00 | 40,391.75 |
| 10/1/2024 | AAA  BASE RENT | CH | 21,628.75 | 21,628.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | 62,020.50 | 21,628.75 | 0.00 | 0.00 | 0.00 | 40,391.75 |
| | **BLDG VIE Total:** | | 62,020.50 | 21,628.75 | 0.00 | 0.00 | 0.00 | 40,391.75 |
| | | Grand Total: | 62,020.50 | 21,628.75 | 0.00 | 0.00 | 0.00 | 40,391.75 |