# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*, | ) Case No. 24- 11967 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2024, he caused a copy of the foregoing Objection of City View Towne Crossing Fort Worth TX, LP to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount was caused to be served via ECF transmission, electronic mail transmission and/or first class U.S. mail upon the parties identified below:

| | |
|---|---|
| Davis Polk &Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick, Esq.,<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stem, Esq.<br>(notice.biglots@davispolk.com)<br><br>*Proposed counsel to the Debtors* | Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor,<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>(biglots.mnat@morrisnichols.com)<br><br>*Proposed counsel to the Debtors* |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola, Esq.<br>(Gventola@choate.com)<br>Jonathan D. Marshall, Esq.<br>(Gmarshall@choate.com)<br>Jacob S. Lang, Esq. | Blank Rome LLP,<br>1201 N. Market Street, Suite 800,<br>Wilmington, DE 19801,<br>Attn: Regina Stango Kelbon, Esq.<br>(regina.kelbon@blankrome.com)<br>Stanley Tarr, Esq.<br>(stanley.tarr@blankrome.com)<br>*Counsel to the ABL Agent* |


| | |
|---|---|
| (Gslang@choate.com)<br><br>*Counsel to the ABL Agent* | |
| Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Attn: Chad B. Simon, Esq.<br>(CSimon@otterbourg.com)<br>James V. Drew, Esq.<br>(JDrew@otterbourg.com)<br>Sarah L. Hautzinger, Esq.<br>(shautzinger@otterbourg.com)<br><br>*Counsel to the Term Agent* | Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: John H. Knight, Esq.<br>(knight@rlf.com)<br><br>*Counsel to the Term Agent* |
| McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Attn: Darren Azman, Esq.<br>(dazman@mwe.com)<br>Kristin G. Going, Esq.<br>(kgoing@mwe.com)<br><br>*Proposed Counsel to the Committee* | Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410,<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto, Esq.<br>(Jalberto@coleschotz.com)<br>Stacy L. Newman, Esq.<br>(snewman@coleschotz.com)<br><br>*Proposed Counsel to the Committee* |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Christopher Marcus, P.C.<br>(cmarcus@kirkland.com)<br>Douglas A. Ryder, P.C.<br>(douglas.ryder@kirkland.com<br> NicholasM. Adzima<br>(nicholas.adzima@kirkland.com)<br><br>*Counsel to the Stalking Horse Bidder* | U.S. Trustee<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Linda J. Casey<br>(linda.casey@usdoj.gov)<br><br>*Office of U.S. Trustee* |

/s/ Jeffrey Kurtzman_____

JEFFREY KURTZMAN