**GOLDEN GOODRICH LLP**
Ryan W. Beall State Bar No. 313774
rbeall@go2.law
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Creditor
Cedars Enterprises Too, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., et al., | Chapter 11 |
| Debtor. | **REQUEST FOR NOTICE** |

    PLEASE TAKE NOTICE that Golden Goodrich LLP by and through Jeffrey Golden request that all notices in this case be given to and served upon the following:

Ryan W. Beall
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA  92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: rbeall@go2.law

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rules 2002, 3017 and 9010 of the Bankruptcy Rules and also includes without limitations, any plan of reorganization and objections thereto, and notice of any orders, all

pleadings, motions, applications, demands, hearing, disclosure statements, answers, responses, memorandum or briefs in support of the foregoing and other documents brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the submission and filing of this Notice is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which rights are reserved without prejudice.

Ryan Beall hereby requests that his name and address (listed below) be added to all mailing matrices in this matter.

Respectfully submitted this 30th day of October 2024

s/ Ryan W. Beall
_____
Ryan W. Beall
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA  92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: rbeall@go2.law