**Exhibit B**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 1 | 4224 | 18325 S DIXIE HWY MIAMI, FL | BLBO Tenant, LLC | BIG MIFL2 OWNER LLC | 2950 SW 27TH AVE SUITE 300, MIAMI, FL, 33133-3793 | $112,216 |
| 2 | 4091 | 4041W 5415 S KEARNS, UT | Big Lots Stores-PNS, LLC | KEARNS PROPERTY COMPANY, L.L.C. | C/O PROPERTY MANAGEMENT, 20 WEST CENTURY PARKWAY, SALT LAKE CITY, UT, 84115 | $15,012 |
| 3 | 4631 | 390 W LAKE MEAD PKWY HENDERSON, NV | Big Lots Stores-PNS, LLC | LAKE MEAD DEVELOPMENT, LLC | C/O GK DEVELOPMENT, INC, 257 EAST MAIN STREET, SUITE 200, BARRINGTON, IL, 60010 | $29,500 |
| 4 | 4560 | 3940 BLUE DIAMOND RD LAS VEGAS, NV | Big Lots Stores-PNS, LLC | BLUE DIAMOND CROSSING LLC | 8375 W FLAMINGO RD STE 200, LAS VEGAS, NV, 89147-4149 | $31,456 |
| 5 | 5323 | 3129 KENNEDY BLVD NORTH BERGEN, NJ | Big Lots Stores, LLC | COLUMBIA PARK RETAIL OWNER, LLC | ATTN: MR. RONALD DICKERMAN AND MR. CAREY FLAHERTY, 410 PARK AVENUE, 10TH FLOOR, NEW YORK, NY, 10022 | $112,789 |
| 6 | 1948 | 16648 SAN PEDRO AVE SAN ANTONIO, TX | Big Lots Stores, LLC | CW PARK OAKS, LLC AND | FW PARK OAKS, LLC, 1801 S LA CIENEGA BLVD, STE 301, LOS ANGELES, CA, 90035-4658 | $23,516 |
| 7 | 4726 | 5120 S FORT APACHE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | TROPICANA PALM PLAZA, LLC | C/O LUCESCU REALTY ASSET SERVICES, INC, 500 NEWPORT CENTER DR STE 550, NEWPORT BEACH, CA, 92660 | $40,369 |
| 8 | 4731 | 1202 NEW BRUNSWICK AVE PHILLIPSBURG, NJ | Big Lots Stores-PNS, LLC | PHILLIPSBURG GREENWICH, LLC | 9 JEFFREY PLACE, MONSEY, NY, 10952 | $66,304 |
| 9 | 4566 | 3333 PRESTON ROAD STE 700 FRISCO, TX | Big Lots Stores-PNS, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC | PO BOX 645346, CINCINNATI, OH, 45264 | $38,309 |
| 10 | 1255 | 1418 W MOORE AVE TERRELL, TX | Big Lots Stores, LLC | ROCKMOOR TOWN WEST | C/O RIDGE POINT COMMERCIAL REAL ESTATE, 102 S GOLIAD, SUITE 200, ROCKWALL, TX, 75087 | $10,305 |
| 11 | 438 | 2004 W SPRINGFIELD AVE CHAMPAIGN, IL | Big Lots Stores, LLC | GMS MANAGEMENT OF IL, INC | 4645 RICHMOND RD., #101, CLEVELAND, OH, 44128-5917 | $12,934 |
| 12 | 5166 | 1101 WP BALL BLVD SANFORD, FL | Big Lots Stores, LLC | WRI SEMINOLE MARKETPLACE, LLC | ATTN:GENERAL COUNSEL, 2600 CITADEL PLAZA DRIVE, STE 125, HOUSTON, TX, 77008 | $57,019 |
| 13 | 4195 | 8210 KIRBY DR HOUSTON, TX | Big Lots Stores-PNS, LLC | MAIN/OST LTD. | ATTN: LEGAL DEPARTMENT, 2600 CITADEL PLAZA DR, SUITE 125, HOUSTON, TX, 77008 | $17,465 |
| 14 | 4195 | 8210 KIRBY DR HOUSTON, TX | Big Lots Stores-PNS, LLC | MAIN/OST LTD. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | $– |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 15 | 4704 | 4815 E FREEWAY BAYTOWN, TX | Big Lots Stores-PNS, LLC | MDC COASTAL 5, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | $40,712 |
| 16 | 4146 | 10951 FM 1960 RD W HOUSTON, TX | Big Lots Stores-PNS, LLC | BRIXMOR GA APOLLO II TX LP | C/O BRIXMOR PROPERTY GROUP, 1525 FARADAY AVE., STE 350, CARLSBAD, CA, 92008 | $9,609 |
| 17 | 1531 | 180 MADISON SQUARE DR. MADISONVILLE, KY | Big Lots Stores, LLC | PINNACLE PROPERTIES II, LLC | ATTN: LEASE ADMINISTRATOR, P.O. BOX 1159, 1800 N. ELM ST (42420), HENDERSON, KY, 42419-1159 | $25,000 |
| 18 | 4642 | 200 LEMMON DR. RENO, NV | Big Lots Stores-PNS, LLC | HART ESTATE INVESTMENT COMPANY | 1475 TERMINAL WAY STE A, RENO, NV, 89502-3432 | $17,624 |
| 19 | 1625 | 5910 BROADWAY ST GALVESTON, TX | Big Lots Stores, LLC | GRACE BUSINESS HOLDINGS, LLC | C/O GRACE BUSINESS VENTURES, P.O. BOX 392, RICHMOND, TX, 77406-0010 | $15,360 |
| 20 | 1007 | 140 S CLAIRBORNE RD OLATHE, KS | Big Lots Stores, LLC | GROUP SANTA FE, LLC | ATTN: FRED CHIKOVSKY, 2300 NW CORPORATE BOULEVARD, STE 141, BOCA RATON, FL, 33431-7359 | $16,667 |
| 21 | 1449 | 311 DEO DR NEWARK, OH | Big Lots Stores-CSR, LLC | 1370 NORTH 21ST. LTD. | 9 NORTH 3RD ST., P.O. BOX 4053, NEWARK, OH, 43058-4053 | $29,612 |
| 22 | 1835 | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | $24,880 |
| 23 | 1835 - Storage | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | $– |
| 24 | 474 | 1424 DARLINGTON AVE CRAWFORDSVILLE, IN | Big Lots Stores, LLC | LOUIS WIENER | C/O JRB MANAGEMENT, INC., 803 S CALHOUN ST., STE 600, FT. WAYNE, IN, 46802 | $22,050 |
| 25 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores-PNS, LLC | TBP BUCKINGHAM LLC | FOUNDRY COMMERCIAL, 8080 NORTH CENTRAL EXPRESSWAY , DALLAS , TX, | $20,219 |
| 26 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores-PNS, LLC | TBP BUCKINGHAM LLC | C/O GRAMERCY PROPERTY GROUP, PO BOX 20555, NEW YORK, NY, 10011 | $– |
| 27 | 418 | 410 E DIAMOND AVE EVANSVILLE, IN | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554-1703 | $30,646 |
| 28 | 1077 | 5000 TWIN CITY HWY GROVES, TX | Big Lots Stores, LLC | CROSSROAD PARTNERS, INC. | C/O MALACHITE GROUP OF TEXAS, INC., 1955 W TC JESTER BLVD., HOUSTON, TX, 77008 | $11,000 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 29 | 4140 | 825 W CENTERVILLE RD GARLAND, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES, INC. | 185 NW SPANISH RIVER RD., SUITE 100, TENANT 100007071, BOCA RATON, FL, 33431-4230 | $4,332 |
| 30 | 5398 | 275 ROUTE 18 EAST BRUNSWICK, NJ | Big Lots Stores, LLC | HARARY GROUP LLC | 2400 ROUTE 1, NORTH BRUNSWICK, NJ, 08902-4303 | $67,196 |
| 31 | 4486 | 4830 W 120TH AVE WESTMINSTER, CO | Big Lots Stores-PNS, LLC | TKG SHERIDAN CROSSING DEVELOPMENT, LLC | C/O TKG MANAGEMENT, INC, 211 NORTH STADIUM BLVD., STE 201, COLUMBIA, MO, 65203-1161 | $57,700 |
| 32 | 4289 | 5017 S MCCARRAN BLVD RENO, NV | Big Lots Stores-PNS, LLC | ALBERTSON'S INC. | P.O. BOX 20, ATTN: PROPERTY ACCOUNTING & LEGAL DEPT., BOISE, ID, 83726 | $34,064 |
| 33 | 428 | 8576 BEECHMONT AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | LIBBY-BEECHMONT PROPERTIES LTD | C/O H.L. LIBBY CORP., BERNADETTE WENGLIK, 803 COMMONWEALTH DRIVE, WARRENDALE, PA, 15086 | $12,573 |
| 34 | 1966 | 3610 FOREST LN DALLAS, TX | Big Lots Stores, LLC | PARK FOREST SWC LTD | 16475 DALLAS PKWY STE 800, ADDISON, TX, 75001-6840 | $25,649 |
| 35 | 5319 | 2353 STATE ROUTE 66 OCEAN, NJ | Big Lots Stores, LLC | SEAVIEW ACQUISITION, LLC | C/O WHARTON REALTY GROUP, INC, 8 INDUSTRIAL WAY EAST 2ND FLOOR, EATONTOWN, NJ, 7724 | $58,367 |
| 36 | 4759 | 8400 EAST FWY FORT WORTH, TX | Big Lots Stores-PNS, LLC | 1600 Eastchase Parkway LLC | c/o Lexington Realty International LLC, 911 East County Line Road Suite #206, Lakewood, NJ, 8701 | $35,673 |
| 37 | 5489 | 130 COVINGTON MALL ANDALUSIA, AL | Big Lots Stores, LLC | COVINGTON MALL LLC | 205 CHURCH STREET, ANDALUSIA, AL, 36420-3701 | $35,683 |
| 38 | 5131 | 4213 E. MCCAIN BOULEVARD NORTH LITTLE ROCK, AR | Big Lots Stores, LLC | RCG-NORTH LITTLE ROCK VII, LLC | C/O RCG VENTURES, LLC , 3060 PEACHTREE RD NW, STE 400, ATLANTA , GA, 30305 | $39,605 |
| 39 | 4591 | 2133 W. WASHINGTON STREET STEPHENVILLE, TX | Big Lots Stores-PNS, LLC | CARNEGIE PROPERTIES, INC. | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN RD., STE A, SOLON, OH, 44139 | $12,880 |
| 40 | 1091 | 5644 W SKELLY DR TULSA, OK | Big Lots Stores, LLC | FREESTAR INVESTMENTS, LLC | C/O BAUER & ASSOCIATES, INC., 6846 S CANTON AVE STE 100, TULSA, OK, 74136-3413 | $25,833 |
| 41 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | CHESTER C & JOANN KERSTEIN | 2100 ARTESIAN RD, EAGLE, ID, 83616-5645 | $33,899 |
| 42 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | ONE GLENWOOD ASSOCIATES | C/O EQUITY RESOURCE INVESTMENTS, LLC, 1280 MASSACHUSETTS AVE., 4TH FLOOR, CAMBRIDGE, MA, 2138 | $– |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Cure Value |
|---|---|---|---|---|---|---|
| 43 | 4752 | 98 MIDTOWN PLZ KILGORE, TX | Big Lots Stores-PNS, LLC | 525 TX REF KILGORE LLC | PO BOX 217, MINEOLA, TX, 75773-0217 | $25,067 |
| 44 | 4744 | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores-PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD, ALAMOGORDO, NM, 88310-6162 | $54,615 |
| 45 | 4744 - Storage | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores-PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM 88310-6162 | $– |
| 46 | 1051 | 1709 W THOMAS ST HAMMOND, LA | Big Lots Stores, LLC | SEVILLE PLAZA, LLC | C/O STIRLING PROPERTIES, INC, 109 NORTHPARK BOULEVARD, STE 300, COVINGTON, LA, 70433 | $25,569 |
| 47 | 5273 | 220 TROTTERS WAY FREEHOLD, NJ | Big Lots Stores, LLC | TROTTERS ENTERPRISES LLC | C/O PARK IT MANAGEMENT , 250 WEST 26TH STREET, 4TH FLOOR, NEW YORK, NY, 10001 | $101,501 |
| 48 | 4720 | 2700 US HIGHWAY 22 UNION, NJ | Big Lots Stores-PNS, LLC | DT ROUTE 22 RETAIL LLC | 3300 ENTERPRISE PARKWAY, ATTN: EXECUTIVE VP - LEASING, BEACHWOOD, OH, 44122 | $87,668 |