**EXHIBIT A**

| Store # | Store Address |
| --- | --- |
| 4224 | 18325 S DIXIE HWY MIAMI, FL |
| 4091 | 4041W 5415 S KEARNS, UT |
| 4631 | 390 W LAKE MEAD PKWY HENDERSON, NV |
| 4560 | 3940 BLUE DIAMOND RD LAS VEGAS, NV |
| 5323 | 3129 KENNEDY BLVD NORTH BERGEN, NJ |
| 1948 | 16648 SAN PEDRO AVE SAN ANTONIO, TX |
| 4726 | 5120 S FORT APACHE LAS VEGAS, NV |
| 4731 | 1202 NEW BRUNSWICK AVE PHILLIPSBURG, NJ |
| 4566 | 3333 PRESTON ROAD STE 700 FRISCO, TX |
| 1255 | 1418 W MOORE AVE TERRELL, TX |
| 438 | 2004 W SPRINGFIELD AVE CHAMPAIGN, IL |
| 5166 | 1101 WP BALL BLVD SANFORD, FL |
| 4195 | 8210 KIRBY DR HOUSTON, TX |
| 4195 | 8210 KIRBY DR HOUSTON, TX |
| 4704 | 4815 E FREEWAY BAYTOWN, TX |
| 4146 | 10951 FM 1960 RD W HOUSTON, TX |
| 1531 | 180 MADISON SQUARE DR. MADISONVILLE, KY |
| 4642 | 200 LEMMON DR. RENO, NV |
| 1625 | 5910 BROADWAY ST GALVESTON, TX |
| 1007 | 140 S CLAIRBORNE RD OLATHE, KS |
| 1449 | 311 DEO DR NEWARK, OH |
| 1835 | 2506 W PARMER LN STE A AUSTIN, TX |
| 1835 - Storage | 2506 W PARMER LN STE A AUSTIN, TX |
| 474 | 1424 DARLINGTON AVE CRAWFORDSVILLE, IN |
| 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX |
| 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX |
| 418 | 410 E DIAMOND AVE EVANSVILLE, IN |
| 1077 | 5000 TWIN CITY HWY GROVES, TX |
| 4140 | 825 W CENTERVILLE RD GARLAND, TX |
| 5398 | 275 ROUTE 18 EAST BRUNSWICK, NJ |
| 4486 | 4830 W 120TH AVE WESTMINSTER, CO |
| 4289 | 5017 S MCCARRAN BLVD RENO, NV |
| 428 | 8576 BEECHMONT AVE CINCINNATI, OH |
| 1966 | 3610 FOREST LN DALLAS, TX |
| 5319 | 2353 STATE ROUTE 66 OCEAN, NJ |
| 4759 | 8400 EAST FWY FORT WORTH, TX |

| Store # | Store Address |
|---|---|
| 5489 | 130 COVINGTON MALL ANDALUSIA, AL |
| 5131 | 4213 E. MCCAIN BOULEVARD NORTH LITTLE ROCK, AR |
| 4591 | 2133 W. WASHINGTON STREET STEPHENVILLE, TX |
| 1091 | 5644 W SKELLY DR TULSA, OK |
| 4119 | 7001 W STATE ST BOISE, ID |
| 4119 | 7001 W STATE ST BOISE, ID |
| 4752 | 98 MIDTOWN PLZ KILGORE, TX |
| 4744 | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM |
| 4744 - Storage | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM |
| 1051 | 1709 W THOMAS ST HAMMOND, LA |
| 5273 | 220 TROTTERS WAY FREEHOLD, NJ |
| 4720 | 2700 US HIGHWAY 22 UNION, NJ |