IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,<sup>1</sup><br><br>                    Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 597, 476** |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DELL FINANCIAL SERVICES L.L.C. TO DEBTORS' ABANDONMENT AND/OR DISPOSAL OF PROPERTY

Dell Financial Services L.L.C., by and through its undersigned counsel, hereby withdraws the *Limited Objection of Dell Financial Services L.L.C. to Debtors' Abandonment and/or Disposal of Property* [D.I. 597] pursuant the *Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of the Debtors' Leased Distribution Centers Proposed to be Rejected Pursuant to the Motion of Debtors for Entry of an Order (I) Authorizing Debtors To Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [D.I. 476].

---

1 The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Date: October 30, 2024

        **AUSTRIA LEGAL, LLC**

        */s/ Matthew P. Austria*
        Matthew P. Austria (DE # 4827)
        1007 N. Orange Street, 4th Floor
        Wilmington, DE 19801
        Telephone: (302) 521-5197
        Fax: (302) 291-1722
        Email: maustria@austriallc.com

        -and-

        **STREUSAND, LANDON, OZBURN & LEMMON, LLP**
        Sabrina L. Streusand
        G. James Landon
        1801 S. MoPac Expressway, Suite 320
        Austin, Texas 78746
        Telephone: (512) 236-9900
        Facsimile: (512) 236-9904
        Email: streusand@slollp.com

        *Attorneys for Dell Financial Services L.L.C.*