**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BIG LOTS, *et al.,* <br><br> Debtors, | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Matthew P. Austria, hereby certify that on the 30th day of October, 2024, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Limited Objection of Dell Financial Services L.L.C. to Debtors' Abandonment and/or Disposal of Property* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in this matter.

Date: October 30, 2024            **AUSTRIA LEGAL, LLC**

                                                  */s/ Matthew P. Austria*
                                                  Matthew P. Austria (No. 4827)