**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
OCTOBER 31, 2024, AT 12:00 P.M. (ET)**

> This proceeding will be conducted **in-person in Courtroom 6.**
> All parties participating in the hearing should have at least one counsel attend the hearing in-person.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

## MATTER GOING FORWARD

1. Second Notice of Successful Bidders with Respect to the Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (D.I. 575, filed 10/21/24).

    Objection Deadline: October 25, 2024, at 4:00 p.m. (ET).

    Responses Received:

    a)    Informal comments received from Pacific Asset Advisors, Inc.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  **Amended items appear in bold.**

b)      **[RESOLVED]** RAF Salina LLC's Limited Objection and Reservation of Rights to Debtors' Second Notice of Successful Bidders with Respect to the Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (D.I. 603, filed 10/25/24).

c)      **[RESOLVED]** Objection to Proposed Sale of Lease #5444, 1801 S. Sermoran Blvd, Orlando, Florida (D.I. 604, filed 10/25/24).

d)      **[WITHDRAWN]** Limited Objection to Assumption and Assignment of Lease and Notice of Proposed Cure Amounts for Certain Unexpired Leases (D.I. 609, filed 10/29/24).

e)      Limited Objection of Schwartz Torrance Company, LLC to Proposed Assumption and Assignment of Lease (D.I. 610, filed 10/25/24).

f)      Limited Objection of MAYS SDC, LLC to Debtors' Proposed Assumption and Assignment of Lease, Including Cure Amount, and Reservation of Rights (D.I. 616, filed 10/25/24).

g)      **Limited Objection of Dell Financial Services L.L.C. to Debtors' and Buyers' Abandonment and/or Disposal of Property (D.I. 623, filed 10/28/24).**

h)      **Limited Objection to Debtors' and Buyers' Potential Utilization and Disposal of Personal Property and FF&E (D.I. 624, filed 10/28/24).**

i)      **Notice of Withdrawal of Limited Objection to Assumption and Assignment of Lease and Notice of Proposed Cure Amounts for Certain Unexpired Leases (D.I. 642, filed 10/29/24).**

Related Documents:

a)      Second Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief (D.I. 460, entered 10/9/24).

b)      Notice of Abandonment, Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the October Wave Lease Sales (D.I. 465, filed 10/9/24).

c)      Second Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases (D.I. 466, filed 10/9/24).

d)      Notice of Potential Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the October Wave Lease Sales (D.I. 467, filed 10/9/24).

e)  Notice of Amended Exhibit to Second Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases (D.I. 484, filed 10/11/24).

f)  Notice of Lease Sale Auction (D.I. 497, filed 10/16/24).

g)  Amended Notice of Lease Sale Auction (D.I. 502, filed 10/16/24).

h)  Supplemental Notice of Lease Sale Auction and List of October Lease Assets (D.I. 538, filed 10/17/24).

i)  Declaration of Todd Eyler of A&G Real Estate Partners, in Support of Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (II) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (D.I. 619, filed 10/27/24).

j)  **Notice of Filing of Proposed Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-Possession to Terminate or Assume, Assign and Sell Certain Non-Residential Real Property (D.I. 658, filed 10/30/24).**

Status:  **The Debtors have resolved the informal comments from Pacific Asset Advisors. The Debtors also understand that objections (b) and (c) are resolved. Objection (d) is withdrawn. The Debtors anticipate that objections (e), (f), (g), and (h) will be resolved or mooted. The Debtors expect that this matter is going forward on an uncontested basis and will present a revised form of proposed order at the hearing.**

*(Remainder of page intentionally left blank)*

Dated: October 31, 2024
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Casey B. Sawyer*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        *-and-*

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Jonah A. Peppiatt (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        jonah.peppiatt@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and*
        *Debtors in Possession*