# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| BIG LOTS, INC, *et al.*, | : Case No. 24-11967 (JKS) |
| Debtors.[1] | : (Jointly Administered) |
| | : **Re: Docket No. 603** |

**NOTICE OF WITHDRAWAL OF RAF SALINA LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' SECOND NOTICE OF SUCCESSFUL BIDDERS WITH RESPECT TO THE AUCTION OF CERTAIN OF THE DEBTORS' LEASE ASSETS AND ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES**

PLEASE TAKE NOTICE that RAF Salina LLC hereby withdraws *RAF Salina LLC's Limited Objection to Debtors' Second Notice of Successful Bidders with Respect to the Auction of Certain of the Debtors' Lease Assts and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 603].

Dated: October 31, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898
luke.murley@saul.com

*Attorneys for RAF Salina LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

53296077.1