# EXHIBIT A

# (Cure Caluculation)

**Big Lots**
**Orchard Plaza Shopping Center**
**Pre-petition and Post-Petition Calculation**
**2023 Pro Rata Insurance, 2024 Monthly Insurance, 2024 School Taxes and September 2024 Rent**

|  |  |  | Sept. 1 - 9<br>Pre-petition<br>Rent | Sept. 10 - 30<br>Post-petition<br>Rent |
|---|---|---:|---:|---:|
| 9/1/2024 | Common Area Maintenance | 2,426.91 | 728.07 | 1,698.84 |
| 9/1/2024 | Minimum Rent | 21,616.00 | 6,484.80 | 15,131.20 |
| 9/1/2024 | Insurance | 895.70 | 268.71 | 626.99 |
|  | Total | 24,938.61 | 7,481.58 | 17,457.03 |
|  |  |  | Pre-petition | Post-petition |
| 2/26/2024 | 2023 Pro Rata Insurance | 200.37 | 200.37 |  |
| 2/26/2024 | 2024 Insurance adjustment | 1,067.94 | 1,067.94 |  |
| 4/1/2024 | Insurance | 355.98 | 355.98 |  |
| 5/1/2024 | Insurance | 355.98 | 355.98 |  |
| 6/1/2024 | Insurance | 355.98 | 355.98 |  |
| 7/1/2024 | Insurance | 355.98 | 355.98 |  |
| 7/29/2024 | 2024 Pro Rata School Taxes | 16,179.95 | 16,179.95 |  |
| 8/1/2024 | Insurance | 355.98 | 355.98 |  |
|  | Total | 19,228.16 | 19,228.16 | 0.00 |
| **TOTAL** |  | **44,166.77** | **26,709.74** | **17,457.03** |