# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*[1]<br><br>　　　　　　　　　Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 623** |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DELL FINANCIAL SERVICES L.L.C. TO DEBTORS' AND BUYERS' ABANDONMENT AND/OR DISPOSAL OF PROPERTY

Dell Financial Services L.L.C., by and through its undersigned counsel, hereby withdraws the *Limited Objection of Dell Financial Services L.L.C. to Debtors' and Buyers' Abandonment and/or Disposal of Property* [D.I. 623].

Date: October 31, 2024

　　　　　　　　　　　　　　　　　　　**AUSTRIA LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　*/s/ Matthew P. Austria*
　　　　　　　　　　　　　　　　　　　Matthew P. Austria (DE # 4827)
　　　　　　　　　　　　　　　　　　　1007 N. Orange Street, 4th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 521-5197
　　　　　　　　　　　　　　　　　　　Fax: (302) 291-1722
　　　　　　　　　　　　　　　　　　　Email: maustria@austriallc.com

　　　　　　　　　　　　　　　　　　　-and-

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

2

                    **STREUSAND, LANDON, OZBURN & LEMMON, LLP**
                    Sabrina L. Streusand
                    G. James Landon
                    1801 S. MoPac Expressway, Suite 320
                    Austin, Texas 78746
                    Telephone: (512) 236-9900
                    Facsimile: (512) 236-9904
                    Email: streusand@slollp.com

                    *Attorneys for Dell Financial Services L.L.C.*