# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,[1]<br><br>                     Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 624** |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DELL FINANCIAL SERVICES L.L.C. TO DEBTORS' AND BUYERS' POTENTIAL UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY AND FF&E

Dell Financial Services L.L.C., by and through its undersigned counsel, hereby withdraws the *Limited Objection of Dell Financial Services L.L.C. to Debtors' and Buyers' Potential Utilization and Disposal of Personal Property and FF&E* [D.I. 624].

Date: October 31, 2024

                                              **AUSTRIA LEGAL, LLC**

                                              */s/ Matthew P. Austria*
                                              Matthew P. Austria (DE # 4827)
                                              1007 N. Orange Street, 4th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 521-5197
                                              Fax: (302) 291-1722
                                              Email: maustria@austriallc.com

                                              -and-

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
Sabrina L. Streusand
G. James Landon
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
Email: streusand@slollp.com

*Attorneys for Dell Financial Services L.L.C.*