## **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. [1] | (Jointly Administered) |
|  | Re: Docket No. _____ |

**ORDER GRANTING GERALD BOGLE'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of *Gerald Bogle's Motion for Relief from the Automatic Stay* (the "Motion")[2] filed by Gerald Bogle ("Mr. Bogle"), and any response thereto, and for good cause shown,

**IT IS HEREBY ORDERED that:**

1.      The Motion is GRANTED as set forth herein.

2.      The automatic stay set forth in 11 U.S.C. § 362(a) is hereby lifted and modified to permit Mr. Bogle to proceed with and prosecute the Washington Action.

3.      Pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, the Court finds cause exists for the relief granted herein to become effective upon entry of this Order.

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

17009764/2