# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. DONNELLY, | CIVIL DIVISION<br>No.: 24-11967 JKS |
| Movant, | |
| | Chapter 11 |
| v. | **MOTION FOR RELIEF FROM BANKRUPTCY STAY TO PROCEED AGAINST INSURANCE PROCEEDS** |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Debtor. | Filed on behalf of Movant:<br>*Carol A. Donnelly*<br><br>Counsel of Record for this Party<br><br>Wayne M. Chiurazzi, Esquire<br>Pa. I.D. #63595<br><br>Edward W. Wertman, Esquire<br>Pa. I.D. #72427<br><br>The Chiurazzi Law Group<br>101 Smithfield Street<br>Pittsburgh, PA 15222<br><br>wchiurazzi@the-attorneys.com<br>ewertman@the-attorneys.com<br>(412) 434-0773<br>(412) 434-0776 - Fax |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. DONNELLY, | CIVIL DIVISION |
| Movant, | No.: 24-11967 JKS |
| | Chapter 11 |
| v. | |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Debtor. | |

### MOTION FOR RELIEF FROM BANKRUPTCY STAY TO PROCEED AGAINST INSURANCE PROCEEDS

**AND NOW**, comes Movant, Carol A. Donnelly (hereinafter "Movant") by and through her attorneys, **THE CHIURAZZI LAW GROUP** and **Wayne M. Chiurazzi Esquire**, and files the within Motion for Relief from Bankruptcy Stay to Proceed Against Insurance Proceeds against Big Lots Stores, Inc., d/b/a Big Lots (hereinafter "Debtor/Defendant") in the above-captioned bankruptcy proceeding. In support thereof, Movant aver as follows:

### - BACKGROUND FACTS -

*Underlying Lawsuit*

1. On or about June 18, 2018, Movant– *a business invitee* – sustained serious injuries and damages after falling backwards while attempting to sit in a chair due to slippery conditions located at 7005 Clairton Road, West Mifflin, PA 15122 ("the subject premises").

2. Due to such injuries, Movant filed a Complaint in Civil Action against Debtor/Defendant in Allegheny County[1], asserting a Negligence claim.

---

[1] Complaint in Civil Action attached hereto as *Exhibit A*.

*Bankruptcy Filing by Defendant*

3.   Big Lots Stores, Inc. is a Pennsylvania-registered business entity doing business as "Big Lots" and operates throughout Allegheny County, including at the aforementioned subject premises.

4.   On or about September 9, 2024, Debtor/Defendant filed a Notice of Suggestion of Bankruptcy for Big Lots, Inc., and Certain of its Affiliates under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, to which the Chapter 11 cases are being jointly administered as Case No. 24-11967.

5.   Per Debtor/Defendant's filing of the aforementioned, all proceedings in the underlying Civil Action would be stayed pursuant to 11 U.S.C. § 362.

6.   However, Debtor/Defendant continues to manage and operate its business as a debtor-in-possession pursuant to Section 1107(a), 1108, and 1116 of the Bankruptcy Code.

**- RELIEF SOUGHT = WARRANTED -**

7.   Movant has an interest in moving the underlying case forward and avoiding unnecessary delay.

8.   The Bankruptcy Code allows a court to "grant relief from the stay … by terminating, annulling, modifying, or condition such stay … for cause." Bankruptcy Code § 362(d)(1).

9.   It is the understanding of Movant that Debtor/Defendant had comprehensive business liability insurance coverage, which is further supported after a review of the docket entries of record in the above matter indicating that indemnification is available to the Debtor/Defendant.

10.   Therefore, Movant seeks relief from stay because they seek only to proceed

against the Insurance Policy/Insurance Proceeds and would ultimately not interfere with the bankruptcy proceedings.

**WHEREFORE**, Movant respectfully requests that this Honorable Court enters an Order granting Movant's relief from stay to proceed against insurance proceeds.

Respectfully submitted,

**THE CHIURAZZI LAW GROUP**

/s/ *Wayne M. Chiurazzi*
Wayne M. Chiurazzi, Esquire
*Counsel for Movant*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. DONNELLY, | CIVIL DIVISION |
| Movant, | No.: 24-11967 JKS |
| | Chapter 11 |
| v. | |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Debtor. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, on consideration of the foregoing Motion for Relief from Stay filed by Carol A. Donnelly it is hereby **ORDERED** that the within Motion is **GRANTED.** Specifically, Movant may proceed against Big Lots Stores, Inc., d/b/a Big Lots for insurance proceeds and/or under the insurance policy relevant to the underlying Action.

**BY THE COURT:**

_____

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**THE CHIURAZZI LAW GROUP**

Signature: */s/ Wayne M. Chiurazzi*

Name: Wayne M. Chiurazzi

Attorney No.: 63595

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

|  |  |
|---|---|
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail – Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |
| _____ | Overnight Delivery |
| \_\_\_X\_\_\_ | Electronic Mail / CM/ECF Filing |

**Lawrence E. Ging**
Mintzer Sarowitz Zeris & Willis, PLLC
2605 Nicholson Road
Building V, Suite 5100
Sewickley, PA 15143
lging@defensecounsel.com
*Counsel for Defendant*

**Daniel B. Butz**
**Robert J. Dehney**
**Andrew R. Remming**
**Sophie Rogers Churchill**
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
Wilmington, DE 19801
302-575-7348
Fax : 302-658-3989
dbutz@mnat.com
rdehney@morrisnichols.com
aremming@mnat.com
srchurchill@morrisnichols.com
*Bankruptcy Counsel for Debtor, Big Lots, Inc*

**James McClammy**
**Jonah Peppiatt**
**Stephen D. Piraino**
**Brian M. Resnick**
**Adam L. Shpeen**
**Ethan Stern**
Davis Polk & Wardwell LLP

450 Lexington Ave.
New York, NY 10017
212-450-4000
james.mcclammy@davispolk.com
jonah.peppiatt@davispolk.com
stephen.piraino@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
ethan.stern@davispolk.com
*Bankruptcy Counsel for Debtor, Big Lots, Inc*

and via CM/ECF electronic service upon parties registered to receive notices.

**THE CHIURAZZI LAW GROUP**

DATE: OCTOBER 31, 2024

*/s/ Wayne M. Chiurazzi*
Wayne M. Chiurazzi, Esquire
*Counsel for Movant*

# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CAROL A. DONNELLY, | CIVIL DIVISION |
| | No.: |
| Plaintiff, | **COMPLAINT** |
| v. | |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Defendant. | Filed on behalf of Plaintiff |
| | Counsel of Record for this Party |
| | Wayne M. Chiurazzi, Esquire<br>Pa. I.D. #63595 |
| | Edward W. Wertman, Esquire<br>Pa. I.D. #72427 |
| | The Chiurazzi Law Group<br>101 Smithfield Street<br>Pittsburgh, PA 15222 |
| | wchiurazzi@the-attorneys.com<br>ewertman@the-attorneys.com<br>(412) 434-0773<br>(412) 434-0776 - Fax |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CAROL A. DONNELLY, | CIVIL DIVISION |
| | No.: |
| Plaintiff, | |
| v. | |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Defendant. | |

### NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and Notice are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claims in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR PHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.<u>THEIR OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.  IF YOU CANNOT AFFORD TO HIRE A LAWYER, THER OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEAL SERVICE TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE</u>.

Lawyer Referral Service
Allegheny County Bar Association
11th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CAROL A. DONNELLY,                            CIVIL DIVISION

                                                       No.:

    Plaintiff,

v.

BIG LOTS STORES, INC. d/b/a
BIG LOTS,

    Defendant.

## **COMPLAINT**

AND NOW comes the Plaintiff, Carol A. Donnelly, by and through her attorneys The Chiurazzi Law Group and Wayne M. Chiurazzi, Esquire and file the following Complaint:

1. The Plaintiff, Carol A. Donnelly, is an individual and resident of the Commonwealth of Pennsylvania and County of Allegheny residing at 500 E. Bruceton Road, Apt. 319, Pittsburgh, PA 15236.

2. The Defendant, Big Lots Stores, Inc. d/b/a Big Lots (hereinafter "Defendant"), is a business entity registered to do business in the Commonwealth of Pennsylvania engaged in retail services with a principal place of business located at 7005 Clairton Road, West Mifflin, PA 15122.

3. At all times relevant hereto, Defendant acted by and through its employees, agents, servants, and/or workmen, who were, in turn, acting within the course and scope of their employment, agency, and/or service for same.

4. At all times material hereto, Defendant, by and through its respective trustees, directors, agents, servants, workmen, employees and/or other representatives, acting within the course and scope of their employment with Defendant, leased,

possessed, inspected, managed, maintained and/or controlled the premises at 7005 Clairton Road, West Mifflin, PA 15122.

5. On or about June 18, 2018 between approximately 2:00 pm and 4:00 pm, Plaintiff Carol A. Donnelly was lawfully on the premises as a business invitee of Defendant, trying out a chair for purchase.

6. At the abovementioned time and place, Plaintiff was attempting to sit in the chair when she was caused to fall backwards due to the slippery nature of the Defendant's floor, causing her to hit her head on the back of the chair and causing her serious injury.

7. At all times relevant hereto, it was the duty of Defendant, by and through its respective trustees, directors, agents, servants, workmen, employees and/or other representatives to keep and maintain the floor of the premises located at 7005 Clairton Road, West Mifflin, PA 15122 in a reasonably safe condition for persons lawfully on the premises, such as Plaintiff, Carol A. Donnelly.

8. The above stated dangerous condition existed for a period sufficient that the Defendant and/or its agents had actual and/or constructive notice of the same.

9. The accident set forth previously was the sole, direct, legal, and proximate result of the negligence of Defendant in the following particulars:

    a. In failing to warn of the existence of the dangerous condition of the state of the floor;

    b. In failing to have barricades or other devices to keep business invitees such as the Plaintiff from the dangerous condition;

    c. In failing to assure that the right of ingress and egress from its premises was in a safe condition for Plaintiff;

    d. In failing to maintain the premises in a safe condition for Plaintiff;

    e. In failing to properly inspect area for any possible dangerous condition existing;

  f.  In failing to properly supervise and assess the area prior to letting business invitees such as the Plaintiff enter the area;

  g.  In failing to properly have the floor ready and in safe condition for business invitees such as the Plaintiff;

  h.  Otherwise failing to exercise the proper degree of care for business invitees such as the Plaintiff;

  i.  In failing to train its agents and/or employees so as to not cause a dangerous situation that Plaintiff encountered and caused her to fall; and

  j.  In failing to hire competent people to clean and/or maintain the premises.

10. As the sole, direct, legal, and proximate result of the negligence of the Defendant as aforesaid, the Plaintiff has suffered the following injuries:

  a.  Lumbar pain/strain;

  b.  Lower back pain/strain;

  c.  Bilateral neck pain/strain;

  d.  Bilateral shoulder pain/strain;

  e.  Bilateral arm and hand pain/strain;

  f.  Migraines; and

  g.  Musculoskeletal pain/strain

11. As the sole, direct, legal, and proximate result of the negligence of the Defendant as aforesaid, the Plaintiff has sustained the following damages:

  a.  She has suffered and will continue to suffer great pain, suffering, mental anguish and embarrassment;

  b.  She has been unable to enjoy the ordinary pleasures of life;

  c.  She has had to undergo medical treatment;

  d.  She has incurred bills for medical treatment;

  e.  She has been unable to perform her normal daily activities.

WHEREFORE, the Plaintiff, Carol A. Donnelly, demands judgment in her favor against the Defendant, Big Lots Stores, Inc. d/b/a Big Lots, for an amount in excess of the applicable arbitration limits, exclusive of interest and costs.

            Respectfully submitted,

            The Chiurazzi Law Group

            *s/Wayne M. Chiurazzi*
            Wayne M. Chiurazzi, Esquire
            Counsel for Plaintiff

## VERIFICATION

THE UNDERSIGNED, Carol A. Donnelly, avers that the statements of fact contained in the foregoing Complaint are true and correct to the best of her knowledge, information and belief, and are made subject to the penalties of 18 Pa. Cons. Stat. Ann. §4904 relating to unsworn falsification to authorities.

Date: 6/3/20                                        /s/Carol A. Donnelly
                                                    Carol A. Donnelly