# **<u>EXHIBIT B</u>**

**<u>EXHIBIT B</u>**

# Statement

**Lafayette Place OMV LLC**
c/o Om Ventures
3607 S West Shore Blvd.
Tampa, FL 33629
(813) 676-4950

TO:

Big Lots Stores, Inc., an Ohio Corporation
Big Lots Stores, Inc.
300 Phillipi Rd
Department 10061
Columbus, OH 43228-5311



| Billing Period | Statement Date |
|---|---|
| 04/01/24 - 09/13/24 | 09/13/24 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| LAF | 143-18-CU | Retail | 561 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 212,663.55 | 151,614.81 | 61,048.74 |

| Last Payment | Amount Enclosed |
|---|---|
| 8/5/24  $30,032.79  EFT | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 04/01/24 | | Prior Year CAM | Prior Year CAM 2023 | 31,015.95 |
| 04/01/24 | | Rent Charge | | 29,017.19 |
| 04/01/24 | | Florida State Tax | Sales Tax | 1,741.03 |
| 04/02/24 | EFT | Payment Received | | -30,758.22 |
| 05/01/24 | | Rent Charge | | 29,017.19 |
| 05/01/24 | | Florida State Tax | Sales Tax | 1,741.03 |
| 05/06/24 | EFT | Payment Received | | -30,758.22 |
| 06/01/24 | | Rent Charge | | 29,017.19 |
| 06/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 06/04/24 | EFT | Payment Received | | -30,758.22 |
| 07/01/24 | | Rent Charge | | 29,017.19 |
| 07/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 07/01/24 | EFT | Payment Received | | -29,307.36 |
| 08/01/24 | | Rent Charge | | 29,017.19 |
| 08/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 08/05/24 | EFT | Payment Received | | -30,032.79 |
| 09/01/24 | | Rent Charge | | 29,017.19 |
| 09/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |

| | |
|---|---|
| Sub Total | 61,048.74 |
| Unapplied Credits | 0.00 |
| Balance Due | 61,048.74 |

Comments

United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

Debtor: Big Lots Stores, LLC

Case Number: 24-11973

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Lafayette Place OMV, LLC
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Address1: Noel Boeke c/o Holland & Knight LLP
Address2: 100 N. Tampa Street, Suite 4100
Address3:
Address4:
City: Tampa FL 33602, US
State: FL
Postal Code: 33602
Country:
Contact phone: (813) 227-6525
Contact email: noel.boeke@hklaw.com

Where should payments to the creditor be sent? (if different)
Address1: Dharma Malemparti, President
Address2: 3607 West Shore Boulevard
Address3:
Address4:
City: Tampa FL 33602, US
State: FL
Postal Code: 33629
Country:
Contact phone: (813) 676-4950
Contact email: dharma@omventures.com

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ✓ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $ $61,048.74_____. Does this amount include interest or other charges?<br>☐ No<br>✓ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Lease - for Big Lots #5327- Tallahassee, FL at Lafayette Place Shopping Center, 3111 Mahan Drive |
| 9. Is all or part of the claim secured? | ✓ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☐ No<br>✓ Yes. Amount necessary to cure any default as of the date of the petition.  $$61,048.74 |
| 11. Is this claim subject to a right of setoff? | ✓ No<br>☐ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | [✓] No <br> [ ] Yes. Check one: <br><br> [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> [ ] Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> [ ] Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | Amount entitled to priority <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | [✓] No <br> [ ] Yes. Indicate the amount of your claim arising from the value of any goods received    $_____ <br> by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

[ ] I am the creditor.
[✓] I am the creditor's attorney or authorized agent.
[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Noel Boeke*    09/25/2024

Electronic Signature    Date

Name of the person who is completing and signing this claim

Name: Noel Boeke
        First name    Middle name    Last name

Title/Company: Attorney/Holland & Knight LLP
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 100 N. Tampa Street, Suite 4100
        Number    Street
        Tampa        FL        33602
        City        State        ZIP Code    Country

Contact phone: (813) 227-6525    Email: noel.boeke@hklaw.com

Proof of Claim    page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
[✓] Yes
[ ] No

---

Attachment Filename:

Proof of Claim 2024-09-25 Big Lots w attachments.pdf

**KROLL**

Electronic Proof of Claim Confirmation: 3735-1-CGIIP-572224418

Claim Electronically Submitted on (UTC): 2024-09-25T18:42:23.327Z

Submitted by: Layfayette Place OMV, LLC
noel.boeke@hklaw.com

KROLL

**Fill in this information to identify the case:**

Debtor 1: Big Lots Stores LLC

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11973-JKS

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Lafayette Place OMV, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Noel Boeke c/o Holland & Knight LLP
Name
100 N. Tampa Street, Suite 4100
Number    Street
Tampa         FL        33602
City          State     ZIP Code

Contact phone 813-227-6525
Contact email noel.boeke@hklaw.com

Where should payments to the creditor be sent? (if different)

Dharma Malemparti, President
Name
3607 West Shore Boulevard
Number    Street
Tampa         FL        33629
City          State     ZIP Code

Contact phone 813-676-4950
Contact email dharma@omventures.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                MM  DD  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                        Proof of Claim                          page 1

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** | |

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $_____61,048.74__. Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Lease - for Big Lots #5327 - Tallahassee, FL at Lafayette Place<br>Shopping Center, 3111 Mahan Drive |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br>☑ Yes. Amount necessary to cure any default as of the date of the petition. $_____61,048.74 |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                          Proof of Claim                          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/25/2024
                   MM / DD / YYYY

/s/ Noel Boeke
Signature

Print the name of the person who is completing and signing this claim:

Name: Noel Boeke
       First name    Middle name    Last name

Title: Attorney

Company: Holland & Knight LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 100 N. Tampa Street, Suite 4100
         Number   Street
         Tampa                           FL      33602
         City                            State   ZIP Code

Contact phone: (813) 227-6525        Email: noel.boeke@hklaw.com

Official Form 410                Proof of Claim                   page 3

## ATTACHMENT TO PROOF OF CLAIM
## (DEBTOR: IN RE: BIG LOTS STORES, LLC)

### Claim Amount:

The Debtor is indebted to landlord, Lafayette Place OMV, LLC, in the total amount of

| | |
|---|---|
| Rent and CAM Owed | $ 61,048.74 |

### Attachments:

Statement for the billing period of April 1, 2024 through September 13, 2024. The lease is voluminous, copies will be provided upon request.

### Reservation of Rights:

Lafayette Place OMV, LLC reserves its right to amend or supplement this Proof of Claim as circumstances require. Nothing in the Proof of Claim shall be taken to waive, release or otherwise compromise any additional component of the Claim (collateral securing any portion of the Claim) in the event that this becomes necessary to preserve or enforce any such claim or interest. Other than as expressly agreed in writing executed by Lafayette Place OMV, LLC, actions in this bankruptcy case shall in no event be considered to modify it rights against any third party, including if applicable, any co-maker, endorser, general partner, guarantor, principal obligor or other party liable or contingently liable for the obligations described in this Proof of Claim.

#509090926_v1

# Statement

**Lafayette Place OMV LLC**
c/o Om Ventures
3607 S West Shore Blvd.
Tampa, FL 33629
(813) 676-4950

TO:

Big Lots Stores, Inc., an Ohio Corporation
Big Lots Stores, Inc.
300 Phillipi Rd
Department 10061
Columbus, OH 43228-5311



| Billing Period | Statement Date |
|---|---|
| 04/01/24 - 09/13/24 | 09/13/24 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| LAF | 143-18-CU | Retail | 561 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 212,663.55 | 151,614.81 | 61,048.74 |

| Last Payment | Amount Enclosed |
|---|---|
| 8/5/24  $30,032.79  EFT | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 04/01/24 | | Prior Year CAM | Prior Year CAM 2023 | 31,015.95 |
| 04/01/24 | | Rent Charge | | 29,017.19 |
| 04/01/24 | | Florida State Tax | Sales Tax | 1,741.03 |
| 04/02/24 | EFT | Payment Received | | -30,758.22 |
| 05/01/24 | | Rent Charge | | 29,017.19 |
| 05/01/24 | | Florida State Tax | Sales Tax | 1,741.03 |
| 05/06/24 | EFT | Payment Received | | -30,758.22 |
| 06/01/24 | | Rent Charge | | 29,017.19 |
| 06/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 06/04/24 | EFT | Payment Received | | -30,758.22 |
| 07/01/24 | | Rent Charge | | 29,017.19 |
| 07/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 07/01/24 | EFT | Payment Received | | -29,307.36 |
| 08/01/24 | | Rent Charge | | 29,017.19 |
| 08/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |
| 08/05/24 | EFT | Payment Received | | -30,032.79 |
| 09/01/24 | | Rent Charge | | 29,017.19 |
| 09/01/24 | | Florida State Tax | Sales Tax | 1,015.60 |

| | |
|---|---|
| Sub Total | 61,048.74 |
| Unapplied Credits | 0.00 |
| Balance Due | 61,048.74 |

Comments