# **EXHIBIT C**

March 20, 2024

Big Lots
Bay Number: 18
SQFT:    39,795
RE:  Lafayette Place 2023 Reconciliation

| | |
|---|---:|
| Shopping Center Sq. Ft. | **94,875** |
| Tenant Sq. Ft. | **39,795** |
| Tenant Percent | **41.94%** |
| **Operating Expenses** | |
| Property Maintenance | $ 131,675.20 |
| Mgmt Fee | - |
| Utilities | 32,517.69 |
| Admin Fee | - |
| **Total** | $ 164,192.89 |
| **Less: Base Year Expense** | - |
| Excess Over Base Year | 164,192.89 |
| Tenant Expense Recovery | $ 68,870.16 |
| Cam Cap | $ 4,588.22 |
| Amount Previously Collected | - |
| Tenant Pro-rata share | $ 4,588.22 |
| Add: Sales Tax | 275.29 |
| Tenant CAM Recovery | 4,863.51 |
| **Insurance** | 68,647.69 |
| Less: Base Year | 71,412.82 |
| Excess Over Base Year | 0.00 |
| Tenant Insurance Recovery | **0.00** |
| **Real Esatate Tax** | 215,744.42 |
| Less: Base Year | 156,923.80 |
| Excess Over Base Year | **58,820.62** |
| Tenant Pro-rata share | 24,672.11 |
| Amount Previously Collected | - |
| Due From/(To) Tenant | 24,672.11 |
| Add: Sales Tax | 1,480.33 |
| Tenant RE Tax Recovery | 26,152.44 |
| Due From/(To) Tenant | 31,015.95 |
| Amount Previously Collected | - |
| **Total Due From Tenant** | **31,015.95** |