## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on October 31, 2024 via CM/ECF filing to the following parties:

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick, Esq.<br>*Debtors* | Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>notice.biglots@davispolk.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street 16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>biglots.mnat@morrisnichols.com | Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola, Esq.<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>jmarshall@choate.com<br>Jacob S. Lang, Esq.<br>jslang@choate.com<br>*Counsel to the ABL Agent* |
| Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Attn: Regina Stango Kelbon, Esq.<br>regina.kelbon@blankrome.com<br>Stanley Tarr, Esq.<br>stanley.tarr@blankrome.com | P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Attn: Chad B. Simon, Esq.<br>CSimon@otterbourg.com<br>James V. Drew, Esq.<br>JDrew@otterbourg.com<br>Sarah L. Hautzinger, Esq.<br>shautzinger@otterbourg.com<br>*Counsel to the Term Agent, Otterbourg* |
| Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: John H. Knight, Esq.<br>knight@rlf.com | McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Attn: Darren Azman, Esq.<br>dazman@mwe.com<br>Kristin G. Going, Esq.<br>kgoing@mwe.com<br>*Counsel to the Committee* |
| Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto, Esq.<br>jalberto@coleschotz.com | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Christopher Marcus, P.C.<br>cmarcus@kirkland.com |

Stacy L. Newman, Esq.  
snewman@coleschotz.com

Douglas A. Ryder, P.C.  
douglas.ryder@kirkland.com  
Nicholas M. Adzima  
nicholas.adzima@kirkland.com  
*Counsel to the Stalking Horse Bidder*

Caleb Boggs Federal Building  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, Delaware 19801  
Attn: Linda J. Casey  
linda.casey@usdoj.gov  
*The U.S. Trustee*

Dated:  October 31, 2024            **GELLERT SEITZ BUSENKELL & BROWN, LLC**

                                       By: */s/ Ronald S. Gellert*  
                                            Ronald S. Gellert  (DE 4259)