# **Exhibit B**

**Roper Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF JULIEN ROPER IN SUPPORT OF LOGO BRANDS, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND IMMEDIATE PAYMENT THEREOF

I, Julien Roper, declare as follows:

1. I am over 18 years of age and competent to testify to the following statements of fact which are based upon my personal knowledge.

2. I am the Chief Financial Officer of Logo Brands, Inc. ("Logo Brands"). I make this declaration in support of Logo Brands' *Motion for Allowance of an Administrative Expense Claim and Immediate Payment Thereof* (the "Motion").[2]

3. Logo Brands is a family-owned business that has grown from a small, two-car garage in Tennessee. Logo Brands now has over 200 employees, and has over 350,000 square feet of warehouse space in Tennessee. Logo Brands is proud to have been named a top workplace by the *Tennessean* six out of the last eight years.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

53139217.9

4. Logo Brands manufactures recreation, sporting, and other non-apparel products branded with the logos of professional or collegiate sports teams: for example, Alabama Crimson Tide branded blankets and pillows, an inflatable of the Kansas City Chiefs' mascot, and a Savanna Bananas drink tumbler. Logo Brands manufactures and ships its products to retailers, including the Debtors, from its foreign and domestic manufacturing facilities.

5. Logo Brands' annual revenue for 2023 was $114,929,602, and is projected to be $117 million for 2024. Logo Brands' annual net income for 2023 was $3,434,312, and is projected to be $4.5 million for 2024.

6. Logo Brands has sold goods to the Debtors for two years. Logo Brands manufactured all goods sold to the Debtors in China. All goods in question were shipped by the Debtors' logistics company from Shanghai, China to a port in the United States, and ultimately to one of the Debtors' U.S. facilities. The Debtors were invoiced for the Logo Brands products through Yusen Logistics Co., LTD ("Yusen"), and the Yusen invoices provided the date of each shipment from China. The Debtors maintained an automated inquiry phone line for its vendors like Logo Brands, which showed invoices and payments, but did not show the date that the goods were received in the Debtors' U.S. facilities. However, based on experience, shipments from Logo Brands' manufacturing facilities in China routinely take approximately forty-one days from shipment to delivery to the Debtors' facilities.

7. In the ordinary course of their business with Logo Brands, the Debtors placed thirteen purchase orders for goods totaling $808,966.40 (the "Purchase Orders").

8. Payment from the Debtors on the Purchase Orders was due within forty-five days of the Debtors' receipt of the goods.

9. The goods relating to the Purchase Orders were shipped to the Debtors "FOB Shanghai."

10. I prepared the list of the Purchase Orders and their delivery dates as set forth in the chart below.

11. The Debtors were able to confirm the date of receipt of certain Purchase Orders, which I listed in the chart below.

12. For some Purchase Orders, Logo Brands does not have access to the Debtors' electronic system to confirm receipt dates. For these Purchase Orders, I assumed they were received by the Debtors forty-one days after their shipment date, consistent with past practices. The estimated date of receipt of these orders in the chart below is indicated with an asterisk:

| Biglots PO# | Big Lots Invoice # | Invoice Amount | Container# | Ship Date (from China) | Date of Receipt - Big Lots | | Location of Receipt | # of days before petetion |
|---|---|---|---|---|---|---|---|---|
| 95313599 | SHAC1034447 | $ 31,026.00 | MSMU7597764 | 7/4/2024 | 8/26/2024 | | Columbus, OH | 14 |
| 95313593 | SHAU1029806 | | CMAU6773830 | 7/11/2024 | 8/21/2024 | * | Durant, OK | 19 |
| 95313593 | SHAU1029806 | | CMAU9609245 | 7/11/2024 | 8/21/2024 | * | Durant, OK | 19 |
| 95313593 | SHAU1029806 | $ 104,487.60 | ECMU8109736 | 7/11/2024 | 8/21/2024 | * | Durant, OK | 19 |
| 95313586 | SHAM1033739 | $ 7,476.00 | HMMU9058301 | 7/12/2024 | 8/22/2024 | * | Montgomery, AL | 18 |
| 95313586 | SHAM1033744 | $ 34,313.40 | ONEU7042869 | 7/14/2024 | 8/29/2024 | | Montgomery, AL | 11 |
| 95313586 | SHAM1033817 | $ 56,541.00 | KOCU9004620 | 7/14/2024 | 8/24/2024 | * | Montgomery, AL | 16 |
| 95313592 | SHAT1033304 | | FSCU5077489 | 7/14/2024 | 8/24/2024 | * | Tremont, PA | 16 |
| 95313592 | SHAT1033304 | $ 81,963.00 | OOLU7992950 | 7/14/2024 | 8/24/2024 | * | Tremont, PA | 16 |
| 95313599 | SHAC1034535 | | HNSU4023100 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313599 | SHAC1034535 | | OOCU4850810 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313599 | SHAC1034535 | $ 97,475.40 | OOLU4508039 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313599 | SHAC1034549 | | OOLU4395328 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313599 | SHAC1034549 | | OOCU4879748 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313599 | SHAC1034549 | $ 113,950.20 | OOLU4995603 | 7/17/2024 | 8/27/2024 | * | Columbus, OH | 13 |
| 95313592 | SHAT1033217 | | OOLU4433285 | 7/18/2024 | 8/28/2024 | * | Tremont, PA | 12 |
| 95313592 | SHAT1033217 | $ 51,543.00 | TLLU7744870 | 7/18/2024 | 8/28/2024 | * | Tremont, PA | 12 |
| 95363747 | SHAT1033191 | $ 27,435.00 | UETU6834002 | 7/22/2024 | 9/1/2024 | * | Tremont, PA | 8 |
| 95363748 | SHAU1029777 | $ 17,500.00 | KOCU4678630 | 7/22/2024 | 8/28/2024 | | Durant, OK | 12 |
| 95363720 | SHAA1005759 | $ 13,900.00 | KOCU4601686 | 7/24/2024 | 8/21/2024 | | Apply Valley, CA | 19 |
| 95363736 | SHAM1033713 | $ 18,730.00 | APHU4658634 | 7/25/2024 | 9/2/2024 | | Montgomery, AL | 7 |
| 95299802 | SHAA1005795 | | CMAU5672810 | 7/26/2024 | 9/5/2024 | * | Apple Valley, CA | 4 |
| 95299802 | SHAA1005795 | $ 79,790.40 | TGHU9813518 | 7/26/2024 | 9/5/2024 | * | Apple Valley, CA | 4 |
| 95363749 | SHAC1034428 | $ 38,993.00 | KOCU4172072 | 7/26/2024 | 9/5/2024 | * | Columbus, OH | 4 |
| 95313593 | SHAU1029874 | $ 33,842.40 | MRKU0340030 | 7/30/2024 | 9/9/2024 | * | Durant, OK | - |
| | | Total: $ 808,966.40 | | | | | | |

13. Based on these confirmed and estimated dates, all goods in the foregoing summary were received by the Debtors within twenty days of the Petition Date.

14. These goods created a substantial receivable for Logo Brands, representing approximately 7% of Logo Brands' projected gross sales and 18% of net income for 2024.

15. As a small company, delayed payment of such a large receivable would put incredible stress on Logo Brands.

4

53139217.9

5

16. If Logo Brands is not paid for the Purchase Orders in short order, Logo Brands may be forced to adjust its ability to fulfill orders for the Debtors and other customers, causing severe disruption and uncertainty to the business.

17. Logo Brands would suffer extreme prejudice if it was forced to wait months for payment for the Purchase Orders, until confirmation of a plan.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2024

                                                      */s/ Julien Roper*
                                                    Julien Roper