UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  
BIG LOTS STORES, LLC

Chapter 11

Case Nos:. 24-11973; and, 24-11967

Debtor: Big Lots Stores, LLC

## NOTICE OF WITHDRAWAL FOR DOCKET NO. 6

COMES NOW undersigned counsel and pursuant to Local Rule 9010-1 hereby gives Notice of Withdrawal of his previously filed Motion Pro Hac Vice at docket no. 6 for Case No. 24-11973.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all interested parties via the ECF portal on this 31st day of October, 2024.

/s/ Carl Palomino  
Carl Palomino, Esq.  
FBN: 0976717  
Law Offices of Carl Palomino, P.A.  
Attorneys for claimant Belkis Millan  
717 Ponce De Leon Blvd., Ste 203  
Coral Gables, Florida 33134  
Email: attorneycarlpalomino@gmail.com