# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BIG LOTS, INC., *et al.* | § § | Case No. 24-11967 (JKS) |
| Debtors | § § § | |

## STATEMENT OF FINANCIAL AFFAIRS FOR CSC Distribution LLC

### CASE NO. 24-11974

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### GLOBAL NOTES AND
### STATEMENTS OF LIMITATIONS, METHODOLOGY,
### AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

Big Lots, Inc. and certain of its affiliates, as debtors and debtors in possession (the "**Debtors**" or "**Big Lots**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and, collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements and should be referred to and referenced in connection with any review of the Schedules and Statements.[2]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Jonathan Ramsden, Chief Financial and Administrative Officer of Big Lots and its subsidiaries and an authorized signatory for each of the Debtors. In reviewing the Schedules and Statements, Mr. Ramsden has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' business, Mr. Ramsden has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate; *provided*, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

**Global Notes and Overview of Methodology**

1. **Description of the Cases**.  On September 9, 2024 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On September 10, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) (D.I. 95).  On September 23, 2024, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Committee**") (D.I. 248). Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2. **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules and Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except to the extent required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims the Debtors may hold against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation as to the validity of any claim against any Debtors or any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements as necessary and appropriate, including but not limited to, with respect to the description, designation, or Debtor against which any claim against a Debtor is asserted.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their

Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated" and object to the extent, validity, enforceability, priority, or avoidability of any claim (regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").

c.    **Recharacterization**.  The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' business, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.    **Classifications**.  The listing of (i) a claim (a) on Schedule D as "secured," or (b) on Schedule E/F as either "priority" or "unsecured priority," or (ii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize, or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims, the characterization of the structure of any transaction, and any document or instrument related to such creditor's claim.

e.    **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on an entity-by-entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.    **Causes of Action**.  Despite commercially reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover

assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise (collectively, "**Causes of Action**"). Causes of Action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to section 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, Causes of Action, or avoidance actions or in any way prejudice or impair the assertion of such claims or causes of action.

g.     **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.     **Insiders**.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe might be included under the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods, irrespective of the title that the person holds.  Certain individuals that may hold a senior title, but who would not fall under the definition of "insider" have not been included.  However, the listing or

omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should be construed as, an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date or may no longer serve in such capacities. Nevertheless, the Debtors have included such individuals or entities herein out of an abundance of caution, and the Debtors reserve all rights with respect thereto. Furthermore, the listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**4.** **Methodology**

a. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. Nevertheless, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, to the extent a Debtor reports more assets than liabilities, such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, to the extent a Debtor reports more liabilities than assets, such report shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential revision.

b. **Reporting Date**. The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of August 31, 2024[3], the date of the Debtors' closure to their balance sheet, and the Debtors' liability data, except as otherwise noted, is as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c. **Confidentiality or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third-party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing. The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain personal identification information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d. **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, and disbursements are reported on Statement 4, per the Debtors' unaudited books and records. As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtors To Continue To Maintain Existing Cash Management System, Bank Accounts, and Business Forms, (B) Debtors To Open and Close Bank Accounts, and (C) Financial Institutions To Administer the Bank Accounts and Honor and Process Related*

---

[3] The Debtors operate under a 4-4-5 fiscal calendar and have elected to report for the month ending August 31, 2024.

[4] *See, e.g.*, *Final Order (I) Confirming the Manner of Satisfying the Requirement To File a List of Equity Security holders and (II) Authorizing Debtors to Redact Certain Personal Information* (D.I. 517) (the "**Redaction Order**").

*Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* (D.I. 15) (the "**Cash Management Motion**"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "**Cash Management System**"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately eight hundred and thirty-two (832) bank accounts.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors engaged in intercompany transactions (the "**Intercompany Transactions**") in the ordinary course of business, which resulted in intercompany receivables and payables (the "**Intercompany Claims**"). The Debtors maintain strict records of the Intercompany Claims and can generally ascertain, trace, and account for Intercompany Transactions. Pursuant to the *Final Order (I) Authorizing (A) Debtors To Continue To Maintain Existing Cash Management System, Bank Accounts, and Business Forms, (B) Debtors To Open and Close Bank Accounts, and (C) Financial Institutions To Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* (D.I. 547) (the "**Cash Management Order**"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors make payments on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.  **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.  **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values set forth in these Schedules and Statements are presented as of August 31, 2024 for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights the Debtors have with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or at any time prior to or after the Petition Date.

g.  **Currency**.  All amounts shown in the Schedules and Statements are in U.S. dollars, unless otherwise indicated.

h.  **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "**First Day Orders**").  As such, outstanding liabilities may have been reduced by Court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.  **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors

pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplication of payment for such liabilities.

j.    **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors.  In accordance with the Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.    **Accounts Receivable**.  The accounts receivable information listed on the Schedules includes receivables from the Debtors' credit card merchants, payment processors, and customers and is calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' program policies, day-to-day operating policies, and any applicable Court order.

l.    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  Certain intangibles are listed in the asset schedules for the Debtors.  Such treatment may not reflect actual legal ownership.

The Debtors may lease furniture, fixtures, and equipment (the "**FF&E**") from certain third-party lessors.  The Debtors have endeavored to list any such leases in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such lease, including, but not limited to, the recharacterization thereof.

m.    **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  UCC liens as of the Petition Date, if any, are listed on Schedule D.

n.    **Excluded Assets and Liabilities**.   Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial assets and liabilities may also have been excluded.

o.    **Undetermined Amounts**.   The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

p.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."   To the extent there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.   The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

q.    **Credits and Adjustments**.   The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

r.    **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Nevertheless, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors.  The Debtors have reflected the obligations

under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. The Debtors may identify additional Guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

s.     **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third-party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule E/F, and the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Moreover, the Debtors have been engaged in a multi-wave process of auctioning, selling, and rejecting unexpired leases pursuant to the *Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 137), the *Second Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 460), the *Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases* (D.I. 461), and various other omnibus orders approving the Debtors' rejection of certain executory contracts and unexpired leases. Any post-petition lease sale, assumption and assignment, or rejection is not reflected in the Schedules and Statements. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

t.     **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of diligent efforts to identify such documents. In addition,

although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.

u.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

v.   **Unliquidated Claim Amounts**.   Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

w.   **Umbrella or Master Agreements**.  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate.  The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

## **Specific Schedule Disclosures**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of August 31, 2024.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

1. **Schedule A/B – Assets – Real and Personal Property.**

    a.    **Part 1 – Cash and cash equivalents**. The Debtors' Cash Management System is comprised of approximately eight hundred and thirty-two (832) bank accounts. Further details with respect to the Cash Management System are provided in the Cash Management Motion. The cash amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

        Certain cash balances are reported under cash on hand. This represents cash in store registers or safes that had not yet been picked up for deposit in bank accounts.

    b.    **Part 3 – Accounts receivable**. The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The Debtors have made reasonable efforts to segregate their receivable balances into the relevant aging categories, but in some cases, information was not readily available to fully segregate the balances. The accounts receivable balances in this section exclude intercompany receivables.

    c.    **Part 4 – Investments**. Part 4 identifies only subsidiaries owned directly by the applicable Debtor entity. Subsidiaries owned indirectly by the Debtor entity are not listed. Ownership interests in subsidiaries, partnerships, and joint interests are listed in Schedule A/B, Question 15, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

    d.    **Part 5 – Inventory, excluding agricultural assets.** The Debtors' review and reconciliation of their purchase and receipt records is ongoing, and as such, an estimate of the value of property purchased within 20 days before the Petition Date has not been included in the Schedules.

    e.    **Part 7 – Office furniture, fixtures, and equipment; and collectibles**. Actual realizable values may vary significantly relative to net book values as reported in the Schedules.

    f.    **Part 8 – Machinery, equipment, and vehicles**. Property owned by the Debtors is listed in Schedule A/B. Leases for property are listed on Schedule G. Actual realizable values of the assets identified may vary significantly relative to net book values as reported in the Schedules.

    g.    **Part 9 – Real Property**. Real property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, property values are scheduled in accordance with the Debtors' books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to net book values as reported in the

Schedules. The Debtors' records are undergoing continual review with respect to the reported depreciation of assets associated with ongoing store closures. The amounts set forth in the Schedules for certain property may not reflect full depreciation amounts. The Debtors reserve all rights to recharacterize their interests in real property at a later date.

h. **Part 10 – Intangibles and intellectual property**. Part 10 identifies the various trademarks, copyrights, patents, and website domains owned and maintained by the Debtors. The Schedules may not list the value of such intangible assets as no recent appraisals have been performed.

i. **Part 11 – All other assets**. The Debtors maintain approximately 101 insurance policies administered by multiple third-party insurance carriers. The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, fiduciary liability, and directors' and officers' liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors To (A) Continue and Renew their Liability, Property, Casualty, Surety Bond, and Other Insurance Programs, and Honor All Obligations in Respect Thereof, (B) Honor and Renew the Terms of the Premium Financing Agreements and Pay the Financing Agreement Payments Thereunder, and (C) Enter Into New Premium Financing Agreements in the Ordinary Course of Business and (II) Financial Institutions to Honor and Process Related Checks and Transfers* (D.I. 12) (the "**Insurance Motion**"). The Debtors have included the insurance policies on the Schedules of Big Lots, Inc. Due to volume, the Debtors have not separately listed each policy on each of the Debtors' Schedules. However, the policies provide coverage for all of the Debtors. Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

The Debtors have included net operating loss carryforwards ("NOLs") in response to Question 72. The NOLs balances included in the Schedules are as of February 4, 2024, the Debtors' most recent fiscal year-end.

The Debtors have included intercompany receivable balances in response to Question 77. These balances are reflected as of August 31, 2024.

Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

2. **Schedule D – Creditors Who Have Claims Secured by Property.**

a. The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the

Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

b.    Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings* (D.I. 3) (the "**First Day Declaration**").

c.    Schedule D does not include beneficiaries of letters of credit.  Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.    The Debtors' reasonably accessible records do not include information with respect to the Debtor entity contractually obligated under the Surety Bonds.  All Surety Bonds have related indemnity agreements and/or letters of credit supporting them, which are contracted with Big Lots Stores, LLC.  Therefore, the Debtors have listed all Surety Bonds on Schedule D for Big Lots Stores, LLC.  The Debtors reserve their rights to modify or amend their Schedules to attribute such obligations to a different Debtor entity, if appropriate.

e.    The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

f.    Secured claims include both principal and accrued interest as of the Petition Date.

3.    **Schedule E/F – Creditors Who Have Unsecured Claims.**

a.    **Part 1 – Creditors with Priority Unsecured Claims**.  The claims listed on Part 1 arose and were incurred on various dates.  A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, no such dates are included for each claim listed on Part 1.

To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these Chapter 11 Cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for taxes as described in the First Day Orders have been or will be satisfied in the ordinary course during these Chapter 11 Cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Part 1. Certain of such claims, however, may be subject to ongoing audits and/or the Debtors may otherwise be unable to determine with certainty the amount of the remaining claims listed on Part 1. Therefore, the Debtors have listed all such claims as contingent and unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors have included the potential taxing authority obligations on the Schedules of Big Lots, Inc. The Debtors' reasonably accessible records do not include information with respect to the Debtor entity potentially liable on account of these obligations. The Debtors reserve their rights to modify or amend their Schedules to attribute such obligations to a different Debtor entity, if appropriate.

b.    **Part 2 – Creditors with Nonpriority Unsecured Claims**. The Debtors have exercised commercially reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code. Additionally, certain creditors may assert mechanic's liens or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor of any

Debtor listed on Part 2.  In addition, certain claims listed on Part 2 may potentially be entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made commercially reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, software companies, landlords, utility companies, consultants, and other service providers.  The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

Part 2 does not include certain balances, such as deferred liabilities, accruals, or reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 does not include reserves for liabilities that may have arisen under litigation or threatened litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor.  The Debtors reserve all of their rights with respect to any such credits and/or allowances, including, but not limited to, the right to assert objections and/or setoffs or recoupments with respect to same.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders.  To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders, and reflective of additional prepetition obligations that were accounted for after the Petition Date.  Each Debtor's Schedule E/F will, if applicable, reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F.  Certain Debtors may pay additional claims listed on Schedule E/F during these Chapter 11 Cases pursuant to the First Day Orders and other orders of the Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims.  Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The Debtors have included intercompany payable balances in Schedule E/F. These balances are reflected as of August 31, 2024.

4. **Schedule G – Executory Contracts and Unexpired Leases.**

    a.    Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease, that such Agreement was in effect on the Petition Date, or that such Agreement is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

5. **Schedule H – Codebtors.**

    a.    The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors. To the extent these Global Notes include notes specific to Schedules D–G, such Global Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## **Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

6. **Statement 1 and 2.**  Gross revenue from businesses and non-business revenue are reported for periods under which the Debtors otherwise report financial information in the ordinary course of business.  The Debtors report financial information using a 4-4-5 fiscal calendar.

7. **Statement 3**.  As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

    a.    The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from June 11, 2024 to the Petition Date.  Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

    b.    The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.

    c.    The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

8. **Statement 4**.  Refer to the Global Notes and Overview of Methodology section regarding all payments to insiders.

9. **Statement 7**.  Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  While the Debtors believe they were diligent in their efforts to include all such information on Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7.  The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

10. **Statement 9**.  Statement 9 excludes charitable contributions that the Debtors collect and remit on behalf of their customers.  For the avoidance of doubt, Statement 9 excludes *de minimis* charitable contributions.

11. **Statement 10**.  In the ordinary course of the Debtors' business operations, the Debtors incur *de minimis* losses.  Based on available information, such losses are not disclosed in the Statements.

12. **Statement 11**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11.  Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  The Debtors may have therefore included some payments related to non-bankruptcy-related services on Statement 11 out of an abundance of caution.

Additional information regarding the Debtors' retention of professional service firms is described more fully in individual retention applications and related orders.

In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their postpetition lenders or other parties.

13. **Statement 16**.  The Debtors collect a limited amount of information about customers and their representatives.  Examples of the types of information collected by the Debtors include, among other things, name, mailing address, email address and telephone number.

14. **Statement 20**.  The locations listed for off-premises storage do not include certain cloud-based storage of electronic data.

15. **Statement 21.**  The Debtors maintain certain inventory in their store locations pursuant to arrangements with third party vendors for scan-based trading.  The inventory is owned by the third party vendors up until the point of purchase, at which time title transfers to the Debtors, and then immediately to the purchasing customer.  The Debtors do not have visibility into the specific amounts of inventory being held for this purpose, and therefore have not included this information in response to Statement 21.

16. **Statement 26.**  The Debtors provide certain parties, such as banks, factors, auditors, potential investors, vendors, and financial advisors, with financial statements. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in response to Statement 26.

17. **Statement 27.**  The Debtors inventory product at their various store locations and distribution centers on a rolling basis. In an effort to reduce the volume of disclosures that would be otherwise applicable, the Debtors have omitted such frequent cycle counts conducted by the stores and distribution centers.  Also, on an annual basis, the Debtors conduct a physical inventory count at each store.  Due to the volume of information for the number of stores the Debtors operate, these physical counts have not been included in response to Statement 27.

| Part 1: | Income |

---

Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

1. **Gross Revenue from business**

☑ None.

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
| --- | --- | --- |

| Part 1: | Income |
|---------|--------|

2. **Non-business revenue**

Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

☑ None.

|  | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers — including expense reimbursements — to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.1 1 IN 6 SNACKS<br>PO BOX 828<br>HENDERSON, NC 27536<br>US | 08/26/2024 | $16,699.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL 1 IN 6 SNACKS** | **$16,699.20** | |
| 3.2 1888 MILLS LLC<br>375 AIRPORT RD<br>GRIFFIN, GA 30224-8867<br>US | 06/21/2024<br>08/30/2024 | $46,974.58<br>$54,172.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL 1888 MILLS LLC** | **$101,147.07** | |
| 3.3 24K COSMETICS INC.<br>74 LOUIS CT.<br>SOUTH HACKENSACK, NJ 7606<br>US | 08/19/2024 | $5,184.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL 24K COSMETICS INC.** | **$5,184.00** | |
| 3.4 34 DEGREES<br>PO.BOX 877<br>BROOMFIELD, CO 80038<br>US | 07/26/2024 | $2,826.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL 34 DEGREES** | **$2,826.60** | |
| 3.5 3M COMPANY<br>PO BOX 371227<br>PITTSBURGH, PA 15250-7227<br>US | 06/21/2024<br>07/05/2024<br>07/26/2024 | $131,422.94<br>$12,753.36<br>$40,682.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL 3M COMPANY** | **$184,858.82** | |
| 3.6 A & J GLOBAL FOODS, INC.<br>3601 GREEN RD. STE. 103<br>BEACHWOOD, OH 44122<br>US | 06/14/2024<br>06/28/2024<br>07/12/2024 | $1,829.76<br>$17,463.60<br>$9,984.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL A & J GLOBAL FOODS, INC.** | **$29,277.36** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.7 A L SCHUTZMAN | | |
|---|---|---|
| PO BOX 88101 | 06/21/2024 | $16,297.26 |
| MILWAUKEE, WI 53288 | 06/28/2024 | $88,554.47 |
| US | 07/12/2024 | $24,559.30 |
| | 08/04/2024 | $14,230.80 |
| | 08/21/2024 | $51,573.81 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL A L SCHUTZMAN** **$195,215.64**

| 3.8 A Y INTERNATIONAL | | |
|---|---|---|
| 1388 SUTTER ST STE 720 | 07/12/2024 | $2,074.80 |
| SAN FRANCISCO, CA 94109-5453 | | |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL A Y INTERNATIONAL** **$2,074.80**

| 3.9 A&A GLOBAL INDUSTRIES INC | | |
|---|---|---|
| 17 STENERSEN LANE | 07/05/2024 | $3,121.20 |
| COCKEYSVILLE, MD 21030-2113 | | |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL A&A GLOBAL INDUSTRIES INC** **$3,121.20**

| 3.10 AB WORLD FOODS US | | |
|---|---|---|
| PO BOX 74007511 | 06/28/2024 | $1,260.00 |
| CHICAGO, IL 60674-7511 | | |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL AB WORLD FOODS US** **$1,260.00**

| 3.11 AC EVOLUTION LLC | | |
|---|---|---|
| 16 JAMES WAY | 06/14/2024 | $11,841.60 |
| MASHFIELD, MA 2050 | 07/19/2024 | $258,507.00 |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL AC EVOLUTION LLC** **$270,348.60**

| 3.12 ACCUTIME | | |
|---|---|---|
| 1001 OF THE AMERICAS AVE FL 6TH | 06/21/2024 | $15,675.00 |
| NEW YORK, NY 10018-5460 | | |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ACCUTIME** **$15,675.00**

| 3.13 ACELLORIES INC. | | |
|---|---|---|
| 5 JULES LANE | 07/26/2024 | $32,626.80 |
| NEW BRUNSWICK, NJ 8901 | | |
| US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ACELLORIES INC.** **$32,626.80**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.14 | ACESUR NORTH AMERICA INC<br>981 SCOTT ST STE 100A<br>NORFOLK, VA 23502<br>US | 06/17/2024 | $40,809.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ACESUR NORTH AMERICA INC** | | **$40,809.60** | |

| 3.15 | ACME UNITED (ASIA PACIFIC)<br>UNIT 2101 21/F NANYANG PLAZA<br>HONG KONG,<br>HK | 06/25/2024 | $4,285.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ACME UNITED (ASIA PACIFIC)** | | **$4,285.44** | |

| 3.16 | ACME UNITED CORP<br>PO BOX 347808<br>PITTSBURGH, PA 15250<br>US | 06/14/2024 | $13,230.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ACME UNITED CORP** | | **$13,230.00** | |

| 3.17 | ADAMS & BROOKS INC<br>PO BOX 9940<br>SAN BERNARDINO, CA 92427-0940<br>US | 06/14/2024<br>07/05/2024<br>07/26/2024<br>08/26/2024 | $1,192.32<br>$5,592.00<br>$16,275.60<br>$11,455.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ADAMS & BROOKS INC** | | **$34,515.12** | |

| 3.18 | ADURO PRODUCTS LLC<br>250 LIBERTY ST<br>METUCHEN, NJ 8840<br>US | 06/21/2024<br>06/28/2024 | $1,944.00<br>$42,093.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ADURO PRODUCTS LLC** | | **$44,037.12** | |

| 3.19 | ADVANTUS CORP<br>12276 SAN JOSE BLVD; BLDG 618<br>JACKSONVILLE, FL 32257-6211<br>US | 07/26/2024<br>08/04/2024 | $10,746.00<br>$9,772.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ADVANTUS CORP** | | **$20,518.60** | |

| 3.20 | AER GROUP INC<br>264 W 40TH ST STE 802<br>NEW YORK, NY 10018-1733<br>US | 06/14/2024 | $9,987.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL AER GROUP INC** | | **$9,987.25** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.21** AFCO CREDIT CORP
150 N FIELD DRIVE STE 190
LAKE FOREST, IL 60045
US

| 08/13/2024 | $22,727.76 |
|---|---|

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

| TOTAL AFCO CREDIT CORP | $22,727.76 |
|---|---|

**3.22** AIR HYDRO POWER
PO BOX 9001005 DEPT 200
LOUISVILLE, KY 40290-1005
US

| 07/05/2024 | $99.24 |
|---|---|

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

| TOTAL AIR HYDRO POWER | $99.24 |
|---|---|

**3.23** AIR POWER SERVICES INC
530 N NEW WARRINGTON RD
PENSACOLA, FL 32506-5859
US

| 06/28/2024 | $18,609.70 |
|---|---|

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

| TOTAL AIR POWER SERVICES INC | $18,609.70 |
|---|---|

**3.24** AIRGAS USA LLC
PO BOX 734672
DALLAS, TX 75373-4672
US

| 06/28/2024 | $22.00 |
|---|---|

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

| TOTAL AIRGAS USA LLC | $22.00 |
|---|---|

**3.25** AISHIDA CO LTD
NO 2 KEJI ROAD ECONOMIC DEV ZONE
WENLING,
CN

| 07/02/2024 | $23,676.94 |
|---|---|

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

| TOTAL AISHIDA CO LTD | $23,676.94 |
|---|---|

**3.26** AJM PACKAGING CORP
PO BOX 854508
MINNEAPOLIS, MN 55485-4508
US

| 06/21/2024 | $69,103.52 |
|---|---|
| 07/19/2024 | $65,348.80 |
| 07/26/2024 | $72,293.76 |
| 08/26/2024 | $122,803.20 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

| TOTAL AJM PACKAGING CORP | $329,549.28 |
|---|---|

**3.27** AL KARAM TOWEL INDUSTRIES PVT LTD
D7 S I T E SUPER HWY SCHEME 33
KARACHI,
PK

| 06/18/2024 | $11,510.10 |
|---|---|
| 07/30/2024 | $7,761.60 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

| TOTAL AL KARAM TOWEL INDUSTRIES PVT LTD | $19,271.70 |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.28 | ALABAMA DEPT OF REVENUE<br>PO BOX 327820<br>MONTGOMERY, AL 36132-7820<br>US | 06/14/2024 | $788.68 | ☐ Secured debt |
|------|------|------|------|------|
| | | 06/21/2024 | $384.27 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $1.84 | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | 08/21/2024 | $247.84 | ☑ Other  Garnishment |
| | | 08/29/2024 | $210.90 | |
| | | 09/04/2024 | $226.06 | |

**TOTAL ALABAMA DEPT OF REVENUE** — **$1,859.59**

| 3.29 | ALABAMA STEEL SUPPLY INC<br>PO BOX 11251<br>MONTGOMERY, AL 36111-0251<br>US | 07/05/2024 | $793.21 | ☐ Secured debt |
|------|------|------|------|------|
| | | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☑ Services |
| | | | | ☐ Other |

**TOTAL ALABAMA STEEL SUPPLY INC** — **$793.21**

| 3.30 | ALBANESE CONFECTIONERY GROUP INC<br>5441 EAST LINCOLN HIGHWAY<br>MERRILLVILLE, IN 46410-5947<br>US | 06/14/2024 | $16,946.60 | ☐ Secured debt |
|------|------|------|------|------|
| | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

**TOTAL ALBANESE CONFECTIONERY GROUP INC** — **$16,946.60**

| 3.31 | ALBANY FARMS INC<br>1125 BONANZAST<br>BELLE FOURCHE, SD 57717<br>US | 08/30/2024 | $20,137.20 | ☐ Secured debt |
|------|------|------|------|------|
| | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

**TOTAL ALBANY FARMS INC** — **$20,137.20**

| 3.32 | ALBANY INDUSTRIES, LLC<br>504 N GLENFIELD RD<br>NEW ALBANY, MS 38652-2214<br>US | 06/14/2024 | $68,750.00 | ☐ Secured debt |
|------|------|------|------|------|
| | | 06/21/2024 | $53,250.00 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $82,770.00 | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | 07/05/2024 | $13,750.00 | ☐ Other |

**TOTAL ALBANY INDUSTRIES, LLC** — **$218,520.00**

| 3.33 | ALCON LABORATORIES INC<br>PO BOX 677775<br>FORT WORTH, TX 75267-7775<br>US | 06/20/2024 | $5,315.52 | ☐ Secured debt |
|------|------|------|------|------|
| | | 07/18/2024 | $2,916.48 | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

**TOTAL ALCON LABORATORIES INC** — **$8,232.00**

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.34 ALL COURTESY INT'L LTD
FLAT/RM E9F HOLLYWOOD CENTRE
TST KOWLONG HK, 999077
CN

| | |
|---|---|
| 06/21/2024 | $94,482.09 |
| 07/05/2024 | $10,578.40 |
| 07/12/2024 | $5,551.20 |
| 08/02/2024 | $5,892.48 |
| 08/30/2024 | $41,194.76 |
| 09/07/2024 | $34,310.25 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALL COURTESY INT'L LTD** **$192,009.18**

3.35 ALL CREATIONS
NO. 2204, TOWER C, ZHONGTAI BUILDIN
SHENZHEN, GUANGDONG,
CN

| | |
|---|---|
| 06/25/2024 | $24,559.28 |
| 07/02/2024 | $8,481.36 |
| 07/09/2024 | $40,246.60 |
| 07/23/2024 | $37,135.82 |
| 07/30/2024 | $17,776.26 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALL CREATIONS** **$128,199.32**

3.36 ALL STATE BROKERAGE
4663 EXECUTIVE DR STE 12
COLUMBUS, OH 43220-3267
US

| | |
|---|---|
| 06/14/2024 | $13,662.00 |
| 06/21/2024 | $4,377.60 |
| 06/28/2024 | $25,776.00 |
| 07/05/2024 | $11,024.64 |
| 07/19/2024 | $3,759.70 |
| 07/26/2024 | $3,399.00 |
| 08/04/2024 | $11,882.40 |
| 08/27/2024 | $7,875.96 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALL STATE BROKERAGE** **$81,757.30**

3.37 ALLEPPEY COMPANY LIMITED
TAC HOUSE
ALLEPPEY,
IN

| | |
|---|---|
| 07/16/2024 | $5,428.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALLEPPEY COMPANY LIMITED** **$5,428.50**

3.38 ALLIED WEST PAPER
PO BOX 846112
LOS ANGELES, CA 90084-6112
US

| | |
|---|---|
| 07/19/2024 | $19,906.56 |
| 07/25/2024 | $18,195.84 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALLIED WEST PAPER** **$38,102.40**

3.39 ALLSTAR MARKETING GROUP, LLC
2 SKYLINE DRIVE
HAWTHORNE, NY 10532
US

| | |
|---|---|
| 07/26/2024 | $10,269.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ALLSTAR MARKETING GROUP, LLC** **$10,269.00**

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| 3.40 | ALLURA IMPORTS INC<br>112 W 34TH ST RM 1127<br>NEW YORK, NY 10120-1127<br>US | 06/21/2024 | $7,308.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 06/28/2024 | $40,326.00 | |
| | **TOTAL ALLURA IMPORTS INC** | | **$47,634.00** | |

| 3.41 | ALWAYS HOME INTERNATIONAL<br>PO BOX 380<br>WEST HEMPSTEAD, NY 11552-0380<br>US | 07/12/2024 | $7,176.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 08/04/2024 | $6,380.00 | |
| | **TOTAL ALWAYS HOME INTERNATIONAL** | | **$13,556.00** | |

| 3.42 | AMAN IMPORTS<br>7855 BOULEVARD EAST, SUITE 30C<br>NORTH BERGEN, NJ 07047-6916<br>US | 07/19/2024 | $2,808.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 07/26/2024 | $10,573.60 | |
| | | 08/04/2024 | $30,197.75 | |
| | | 08/23/2024 | $45,600.00 | |
| | **TOTAL AMAN IMPORTS** | | **$89,179.35** | |

| 3.43 | AMBAR ART INC.<br>8225 REMMET AVE<br>CANOGA PARK, CA 91304<br>US | 07/19/2024 | $4,212.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL AMBAR ART INC.** | | **$4,212.00** | |

| 3.44 | AMERICA TEF CO LTD<br>499 SEVENTH AVE.<br>NEW YORK, NY 10018<br>US | 07/05/2024 | $6,636.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL AMERICA TEF CO LTD** | | **$6,636.00** | |

| 3.45 | AMERICA'S CLEANING PRODUCT, INC<br>6201 REGIO AVE<br>BUENA PARK, CA 90620-1023<br>US | 06/14/2024 | $69,437.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 06/21/2024 | $12,208.00 | |
| | **TOTAL AMERICA'S CLEANING PRODUCT, INC** | | **$81,645.60** | |

| 3.46 | AMERICAN EXCHANGE TIME<br>1441 BROADWAY 27TH FL<br>NEW YORK, NY 10018-5121<br>US | 06/14/2024 | $382.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL AMERICAN EXCHANGE TIME** | | **$382.50** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.47 | AMERICAN FIBER & FINISHING INC<br>225 N DEPOT ST<br>ALBEMARLE, NC 28001-3914<br>US | 06/28/2024<br>07/12/2024<br>08/26/2024 | $100.00<br>$23,022.36<br>$16,761.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL AMERICAN FIBER & FINISHING INC** | | **$39,883.60** | |
| 3.48 | AMERICAN INTERNATIONAL INDUSTRIES<br>1945 TUBEWAY AVE<br>LOS ANGELES, CA 90040<br>US | 07/23/2024 | $12,978.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN INTERNATIONAL INDUSTRIES** | | **$12,978.00** | |
| 3.49 | AMERICAN MULTI-CINEMA, INC<br>11500 ASH ST<br>LEAWOOD, KS 66211<br>US | 06/21/2024 | $4,665.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN MULTI-CINEMA, INC** | | **$4,665.60** | |
| 3.50 | AMERICAN OAK PRESERVING<br>PO BOX 66973<br>CHICAGO, IL 60666-0973<br>US | 08/04/2024 | $3,564.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN OAK PRESERVING** | | **$3,564.00** | |
| 3.51 | AMERICAN OSMENT<br>PO BOX 52918<br>LAFAYETTE, LA 70505-2918<br>US | 06/14/2024<br>06/21/2024<br>06/28/2024<br>07/05/2024<br>08/21/2024 | $1,637.43<br>$1,776.83<br>$3,491.58<br>$2,426.31<br>$7,232.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN OSMENT** | | **$16,565.11** | |
| 3.52 | AMERICAN PLASTIC TOYS INC<br>PO BOX 100<br>WALLED LAKE, MI 48390-0100<br>US | 06/14/2024<br>07/26/2024<br>08/15/2024 | $8,368.36<br>$33,196.00<br>$19,797.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN PLASTIC TOYS INC** | | **$61,362.06** | |
| 3.53 | AMERICAN SAFETY RAZOR<br>PO BOX 70757<br>CHICAGO, IL 60673-1234<br>US | 06/21/2024<br>06/28/2024<br>07/26/2024 | $9,927.36<br>$15,890.76<br>$14,779.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMERICAN SAFETY RAZOR** | | **$40,597.20** | |

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.54 | AMERICAN TEXTILE INDUSTRIES<br>3604 FALLEN OAK LANE<br>BUFORD, GA 30519-7736<br>US | 06/21/2024 | $42,530.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $4,887.56 | |
| | | 07/12/2024 | $1,872.00 | |
| | | 07/19/2024 | $10,194.24 | |
| | | 09/07/2024 | $9,391.20 | |

**TOTAL AMERICAN TEXTILE INDUSTRIES** — **$68,875.40**

| 3.55 | AMERIWOOD INDUSTRIES<br>410 E FIRST ST. SOUTH<br>WRIGHT CITY, MO 63390<br>US | 06/13/2024 | $55,728.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/14/2024 | $37,748.30 | |
| | | 06/17/2024 | $21,898.80 | |
| | | 06/20/2024 | $144,850.90 | |
| | | 06/21/2024 | $17,792.77 | |
| | | 06/27/2024 | $71,169.70 | |
| | | 06/28/2024 | $143,523.54 | |
| | | 07/03/2024 | $146,057.56 | |
| | | 07/05/2024 | $57,100.51 | |
| | | 07/11/2024 | $17,453.63 | |
| | | 07/12/2024 | $55,785.15 | |
| | | 07/18/2024 | $21,323.52 | |
| | | 07/26/2024 | $33,720.65 | |
| | | 07/29/2024 | $30,004.16 | |
| | | 08/27/2024 | $138,586.18 | |

**TOTAL AMERIWOOD INDUSTRIES** — **$992,744.36**

| 3.56 | AMRAPUR OVERSEAS INC<br>1560 E 6TH STREET, SUITE 101<br>CORONA, CA 92879<br>US | 06/21/2024 | $11,460.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 06/28/2024 | $33,648.00 | |
| | | 07/05/2024 | $18,522.00 | |

**TOTAL AMRAPUR OVERSEAS INC** — **$63,630.60**

| 3.57 | ANASTASIA CONFECTIONS<br>1815 CYPRESS LAKE DR<br>ORLANDO, FL 32837-8457<br>US | 06/21/2024 | $21,888.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

**TOTAL ANASTASIA CONFECTIONS** — **$21,888.00**

| 3.58 | ANCHOR HOCKING<br>2630 RELIABLE PKWY<br>CHICAGO, IL 60686-0001<br>US | 06/14/2024 | $30,238.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $15,185.48 | |
| | | 08/21/2024 | $101,357.55 | |

**TOTAL ANCHOR HOCKING** — **$146,781.63**

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.59 | AON RISK SERVICES NORTHEAST INC | | |
|---|---|---|---|
| | 75 REMITTANCE DR STE 1943 | 07/05/2024 | $19,942.38 |
| | CHICAGO, IL 60675-1943 | 07/10/2024 | $21,416.47 |
| | US | 07/19/2024 | $2,512.91 |
| | | 08/07/2024 | $2,512.91 |
| | | 08/15/2024 | $3,866.34 |
| | | 09/04/2024 | $2,512.91 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| TOTAL AON RISK SERVICES NORTHEAST INC | $52,763.92 |
|---|---|

| 3.60 | AP DEAUVILLE LLC | | |
|---|---|---|---|
| | 594 JERSEY AVE STE C | 07/12/2024 | $4,233.60 |
| | NEW BRUNSWICK, NJ 08901-3569 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL AP DEAUVILLE LLC | $4,233.60 |
|---|---|

| 3.61 | APACHE MILLS INC | | |
|---|---|---|---|
| | PO BOX 907 | 06/14/2024 | $68,330.04 |
| | CALHOUN, GA 30703-0907 | 06/21/2024 | $9,090.30 |
| | US | 07/05/2024 | $2,177.50 |
| | | 07/19/2024 | $28,195.28 |
| | | 07/26/2024 | $37,092.98 |
| | | 08/30/2024 | $28,095.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL APACHE MILLS INC | $172,981.60 |
|---|---|

| 3.62 | APEX SALES GROUP INC | | |
|---|---|---|---|
| | 16 CARROLL LANE | 07/02/2024 | $42,480.00 |
| | HALIFAX, NS B3M 0C2 | | |
| | CA | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL APEX SALES GROUP INC | $42,480.00 |
|---|---|

| 3.63 | APPLICA CONSUMER PROD INC | | |
|---|---|---|---|
| | PO BOX 98403 | 06/14/2024 | $47,869.20 |
| | CHICAGO, IL 60693-8403 | 07/12/2024 | $67,831.00 |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL APPLICA CONSUMER PROD INC | $115,700.20 |
|---|---|

| 3.64 | AQ TEXTILES LLC | | |
|---|---|---|---|
| | 3907 N ELM ST | 08/21/2024 | $47,067.00 |
| | GREENSBORO, NC 27455-2591 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL AQ TEXTILES LLC | $47,067.00 |
|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.65** ARCHIMEDES
278 FRANKLIN RD STE 245
BRENTWOOD, TN 37027
US

| | |
|---|---|
| 06/19/2024 | $609.30 |
| 07/05/2024 | $3,912.73 |
| 07/17/2024 | $443.30 |
| 08/06/2024 | $724.36 |
| 08/10/2024 | $724.36 |
| 08/19/2024 | $5,373.82 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL ARCHIMEDES** $11,787.87

**3.66** ARI AEROSOL RESOURCE INNOVATIONS
PO BOX 510
ORCHARD HILL, GA 30266-0510
US

| | |
|---|---|
| 07/12/2024 | $7,543.08 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ARI AEROSOL RESOURCE INNOVATIONS** $7,543.08

**3.67** ARIZONA BEVERAGES USA LLC
24877 NETWORK PLACE
CHICAGO, IL 60673
US

| | |
|---|---|
| 06/14/2024 | $9,830.12 |
| 06/21/2024 | $10,908.00 |
| 07/12/2024 | $12,442.19 |
| 08/26/2024 | $37,708.31 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ARIZONA BEVERAGES USA LLC** $70,888.62

**3.68** ARLEE HOME FASHIONS INC
36 E 31ST ST
NEW YORK, NY 10016-6821
US

| | |
|---|---|
| 08/27/2024 | $55,107.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ARLEE HOME FASHIONS INC** $55,107.00

**3.69** ARMALY SPONGE COMPANY
PO BOX 611
WALLED LAKE, MI 48390-0611
US

| | |
|---|---|
| 07/05/2024 | $6,146.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ARMALY SPONGE COMPANY** $6,146.40

**3.70** AROMA BAY CANDLES CO LTD
HUNG DAO DUONG KNIH
HAI PHONG,
VN

| | |
|---|---|
| 06/14/2024 | $48,745.64 |
| 06/28/2024 | $74,373.00 |
| 07/05/2024 | $124,501.74 |
| 07/19/2024 | $666,132.05 |
| 07/26/2024 | $40,703.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL AROMA BAY CANDLES CO LTD** $954,455.75

**3.71** ARROW HOME PRODUCTS COMPANY
PO BOX 74008436
CHICAGO, IL 60674-8436
US

| | |
|---|---|
| 07/05/2024 | $3,812.25 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

| | | |
|---|---|---|
| **TOTAL ARROW HOME PRODUCTS COMPANY** | | **$3,812.25** |

3.72 ART AND COOK INC
14C 53RD ST
BROOKLYN, NY 11232-2644
US

| | | |
|---|---|---|
| | 06/14/2024 | $18,224.48 |
| | 06/21/2024 | $7,614.00 |
| | 07/26/2024 | $25,914.66 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL ART AND COOK INC** | **$51,753.14** |

3.73 ART BRAND STUDIOS LLC
21213-B HAWTHORNE BLVD, #1117
TORRANCE, CA 90503
US

| | | |
|---|---|---|
| | 06/14/2024 | $1,824.00 |
| | 06/21/2024 | $9,930.00 |
| | 06/28/2024 | $20,147.20 |
| | 07/12/2024 | $4,641.00 |
| | 07/19/2024 | $6,144.00 |
| | 07/26/2024 | $8,868.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL ART BRAND STUDIOS LLC** | **$51,555.00** |

3.74 ASHFORD TEXTILES LLC
1535 W 139TH ST
GARDENA, CA 90249-2602
US

| | | |
|---|---|---|
| | 06/14/2024 | $81,782.00 |
| | 06/28/2024 | $58,382.10 |
| | 07/05/2024 | $81,832.00 |
| | 07/26/2024 | $3,145.92 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL ASHFORD TEXTILES LLC** | **$225,142.02** |

3.75 ASHLEY FURNITURE
PO BOX 190
ARCADIA, WI 54612-0190
US

| | | |
|---|---|---|
| | 07/12/2024 | $27,610.14 |
| | 08/04/2024 | $54,459.90 |
| | 08/21/2024 | $51,467.13 |
| | 09/04/2024 | $17,155.71 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL ASHLEY FURNITURE** | **$150,692.88** |

3.76 AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
US

| | | |
|---|---|---|
| | 08/15/2024 | $245.16 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | |
|---|---|
| **TOTAL AT&T** | **$245.16** |

3.77 AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463
US

| | | |
|---|---|---|
| | 06/21/2024 | $721.28 |
| | 08/15/2024 | $360.64 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | |
|---|---|
| **TOTAL AT&T MOBILITY** | **$1,081.92** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.78 | ATIRA DESIGNS PVT LTD<br>B-41 & 42 SECTOR 60<br>NODIA UP,<br>IN | 07/23/2024 | $17,379.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ATIRA DESIGNS PVT LTD** | | **$17,379.56** | |
| 3.79 | ATN INC<br>653 ACADEMY DR<br>NORTHBROOK, IL 60062<br>US | 06/14/2024<br>06/21/2024<br>07/12/2024<br>08/27/2024 | $14,434.40<br>$462.00<br>$9,689.00<br>$7,641.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ATN INC** | | **$32,226.40** | |
| 3.80 | ATRIUM APPAREL CORPORATION<br>1010 JACKSON HOLE DR STE 100<br>BLACKLICK, OH 43004-6051<br>US | 07/26/2024 | $22,204.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ATRIUM APPAREL CORPORATION** | | **$22,204.80** | |
| 3.81 | ATTENDS HEALTHCARE PROD<br>PO BOX 200207<br>DALLAS, TX 75320-0207<br>US | 07/11/2024 | $9,827.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ATTENDS HEALTHCARE PROD** | | **$9,827.13** | |
| 3.82 | ATTIC PRODUCTS<br>X6 OKHLA INDUSTRIAL AREA<br>NEW DELHI,<br>IN | 08/30/2024 | $30,975.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ATTIC PRODUCTS** | | **$30,975.00** | |
| 3.83 | AVANTI LINENS INC<br>234 MOONACHIE RD<br>MOONACHIE, NJ 07074-1103<br>US | 06/14/2024 | $24,246.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AVANTI LINENS INC** | | **$24,246.00** | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.84 | AVERS MERCHANDISE GRP INC<br>28 WESCOTT LN<br>BARRINGTON, IL 60010-9526<br>US | 06/13/2024 | $49,774.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 06/17/2024 | $6,174.72 | |
| | | 06/19/2024 | $250.00 | |
| | | 07/05/2024 | $5,849.48 | |
| | | 07/12/2024 | $8,812.80 | |
| | | 08/21/2024 | $40,588.32 | |
| | | 09/04/2024 | $43,874.30 | |
| | | 09/05/2024 | $21,414.24 | |

**TOTAL AVERS MERCHANDISE GRP INC** — **$176,738.66**

| 3.85 | AVERY PRODUCTS CORPORATION<br>PO BOX 96672<br>CHICAGO, IL 60693<br>US | 06/28/2024 | $8,988.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

**TOTAL AVERY PRODUCTS CORPORATION** — **$8,988.48**

| 3.86 | AYK INTERNATIONAL INC<br>5505 DES GRANDES PRAIRIES<br>ST LEONARD MONTREAL, QC H1R 1B3<br>CA | 07/05/2024 | $1,156.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

**TOTAL AYK INTERNATIONAL INC** — **$1,156.00**

| 3.87 | AZZURE HOME INC<br>141 W 36TH ST RM 1802<br>NEW YORK, NY 10018-6918<br>US | 08/30/2024 | $27,377.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

**TOTAL AZZURE HOME INC** — **$27,377.60**

| 3.88 | B&G FOODS<br>PO BOX 405354<br>ATLANTA, GA 30384-5354<br>US | 06/13/2024 | $1,087.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | | 06/20/2024 | $62,757.66 | |
| | | 06/27/2024 | $11,804.76 | |
| | | 07/03/2024 | $6,724.80 | |

**TOTAL B&G FOODS** — **$82,374.90**

| 3.89 | B&G SALES INC<br>1750 N 25TH<br>MELROSE PARK, IL 60160<br>US | 07/05/2024 | $10,617.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

**TOTAL B&G SALES INC** — **$10,617.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.90** BAD MONKEY POPCORN INC
9900 LOUIS H LAFONTAINE
ANJOU, QC H1J 2W3
CA

| | | |
|---|---|---|
| 07/02/2024 | $12,173.76 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL BAD MONKEY POPCORN INC   $12,173.76**

**3.91** BADEN SPORTS INC
19015 66TH AVE W
KENT, WA 98032
US

| | | |
|---|---|---|
| 07/19/2024 | $4,202.00 | ☐ Secured debt |
| 07/26/2024 | $2,339.20 | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL BADEN SPORTS INC   $6,541.20**

**3.92** BADIA SPICES INC
PO BOX 226497
DORAL, FL 33222-6497
US

| | | |
|---|---|---|
| 08/15/2024 | $21,637.44 | ☐ Secured debt |
| 08/23/2024 | $9,835.20 | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL BADIA SPICES INC   $31,472.64**

**3.93** BALL BOUNCE & SPORTS INC
PO BOX 951924
CLEVELAND, OH 44193-0021
US

| | | |
|---|---|---|
| 06/14/2024 | $21,563.68 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL BALL BOUNCE & SPORTS INC   $21,563.68**

**3.94** BANKDIRECT CAPITAL FINANCE
150 N FIELD DRIVE STE 190
LAKE FOREST, IL 60045
US

| | | |
|---|---|---|
| 07/09/2024 | $7,400.62 | ☐ Secured debt |
| 08/13/2024 | $7,770.65 | ☐ Unsecured loan repayments |
| | | ☐ Suppliers or vendors |
| 09/04/2024 | $7,770.65 | ☑ Services |
| | | ☐ Other _____ |

**TOTAL BANKDIRECT CAPITAL FINANCE   $22,941.92**

**3.95** BANSAL IMPEX
OPP HANUMAN JI MURTI
MORADABAD,
IN

| | | |
|---|---|---|
| 08/30/2024 | $7,110.00 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL BANSAL IMPEX   $7,110.00**

**3.96** BARCEL USA
301 S NORTHPOINT DR STE 100
COPPELL, TX 75019-4103
US

| | | |
|---|---|---|
| 06/14/2024 | $15,015.08 | ☐ Secured debt |
| 06/21/2024 | $14,472.06 | ☐ Unsecured loan repayments |
| 06/28/2024 | $12,497.94 | ☑ Suppliers or vendors |
| | | ☐ Services |
| 08/04/2024 | $28,627.68 | ☐ Other _____ |

**TOTAL BARCEL USA   $70,612.76**

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

---

3.97   BARHYTE SPECIALTY FOODS INC
912 AIRPORT RD
PENDLETON, OR 97801-4589
US

09/04/2024   $15,876.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BARHYTE SPECIALTY FOODS INC**   **$15,876.00**

---

3.98   BARILLA AMERICA
PO BOX 7247-7252
PHILADELPHIA, PA 19170
US

07/30/2024   $10,585.53

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BARILLA AMERICA**   **$10,585.53**

---

3.99   BARKBOX, INC.
120 BROADWAY 12TH FLOOR
NEW YORK, NY 10271
US

07/26/2024   $3,470.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BARKBOX, INC.**   **$3,470.16**

---

3.100   BASSE FRERES ALIMENTATION
4555 AUTOROUTE LAVAL 440 WEST
LAVAL, QC H7P 4W6
CA

07/16/2024   $12,912.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BASSE FRERES ALIMENTATION**   **$12,912.00**

---

3.101   BAUDUCCO FOODS INC
13250 NW 25TH ST STE 101
MIAMI, FL 33182-1509
US

06/28/2024   $7,056.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BAUDUCCO FOODS INC**   **$7,056.00**

---

3.102   BAUM BROTHERS IMPORTS INC
PO BOX 930823
ATLANTA, GA 31193-0823
US

06/14/2024   $24,236.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BAUM BROTHERS IMPORTS INC**   **$24,236.00**

---

3.103   BAYER HEALTHCARE LLC
PO BOX 371720
PITTSBURGH, PA 15250
US

06/13/2024   $18,328.86
07/03/2024   $20,168.70
07/18/2024   $10,184.70
08/01/2024   $7,291.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BAYER HEALTHCARE LLC**   **$55,973.46**

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.104** BAZAAR INC
1900 5TH AVE
RIVER GROVE, IL 60171-1931
US

| 06/13/2024 | $17,740.50 |
| 06/14/2024 | $52,845.30 |
| 06/20/2024 | $18,034.00 |
| 09/05/2024 | $89,649.95 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BAZAAR INC** $178,269.75

**3.105** BAZOOKA COMPANIES, INC.
1 WHITEHALL ST
NEW YORK, NY 10004
US

| 06/14/2024 | $3,267.36 |
| 06/28/2024 | $4,622.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BAZOOKA COMPANIES, INC.** $7,889.76

**3.106** BDK USA INC
1457 GLENN CURTISS ST.
CARSON, CA 90746
US

| 06/14/2024 | $3,212.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BDK USA INC** $3,212.80

**3.107** BEATRICE HOME FASHIONS
151 HELEN STREET
SOUTH PLAINFIELD, NJ 07080-3806
US

| 07/19/2024 | $10,016.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BEATRICE HOME FASHIONS** $10,016.40

**3.108** BEATRISE LLC
PO BOX 9283
CHATTANOOGA, TN 37412-0283
US

| 07/25/2024 | $34,447.08 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BEATRISE LLC** $34,447.08

**3.109** BEAUTY 21 COSMETICS INC
2021 S ARCHIBALD AVE
ONTARIO, CA 91761-8535
US

| 07/19/2024 | $38,908.80 |
| 07/26/2024 | $10,418.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BEAUTY 21 COSMETICS INC** $49,327.20

**3.110** BEIERSDORF INC
PO BOX 751807
CHARLOTTE, NC 28275-1807
US

| 06/12/2024 | $30,210.48 |
| 06/14/2024 | $18,930.84 |
| 06/27/2024 | $15,348.12 |
| 07/03/2024 | $6,321.24 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BEIERSDORF INC** $70,810.68

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.111** BELLEVUE PARFUMS USA LLC
123 LEHIGH DRIVE
FAIRFIELD, NJ 7004
US

| | |
|---|---|
| 09/05/2024 | $2,318.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BELLEVUE PARFUMS USA LLC** — $2,318.40

---

**3.112** BELNICK INC
4350 BALL GROUND HWY
CANTON, GA 30114-7362
US

| | |
|---|---|
| 07/05/2024 | $14,982.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BELNICK INC** — $14,982.00

---

**3.113** BENDON INC
1840 BANEY RD S
ASHLAND, OH 44805
US

| | |
|---|---|
| 06/14/2024 | $24,129.56 |
| 06/21/2024 | $81,205.25 |
| 06/28/2024 | $25,810.06 |
| 08/04/2024 | $150.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BENDON INC** — $131,294.87

---

**3.114** BENEFITMALL
DEPT 2027 PO BOX 29675
PHOENIX, AZ 85038-9675
US

| | |
|---|---|
| 06/14/2024 | $2,670.87 |
| 07/30/2024 | $2,655.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL BENEFITMALL** — $5,325.87

---

**3.115** BENSON MILLS
140 58TH ST BLDG A UNIT 7J
BROOKLYN, NY 11220-2538
US

| | |
|---|---|
| 06/14/2024 | $6,864.00 |
| 08/30/2024 | $19,072.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BENSON MILLS** — $25,936.80

---

**3.116** BENTEX GROUP INC
34 W 33RD ST 2ND FL
NEW YORK, NY 10001-3304
US

| | |
|---|---|
| 07/02/2024 | $4,752.00 |
| 07/11/2024 | $3,306.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BENTEX GROUP INC** — $8,058.00

---

**3.117** BERBIC GROUP INC
465 S. DEAN ST
ENGLEWOOD, NJ 7631
US

| | |
|---|---|
| 06/28/2024 | $1,940.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BERBIC GROUP INC** — $1,940.40

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.118** BERNARDS FURNITURE GROUP, LLC
PO BOX 730718
DALLAS, TX 75373-0718
US

| | |
|---|---|
| 08/02/2024 | $421,063.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BERNARDS FURNITURE GROUP, LLC** **$421,063.00**

---

**3.119** BERWICK OFFRAY LLC
2015 WEST FRONT STREET
BERWICK, PA 18603-4102
US

| | |
|---|---|
| 08/30/2024 | $1,296.93 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BERWICK OFFRAY LLC** **$1,296.93**

---

**3.120** BEST ACCESSORY GROUP
PO BOX 88926
CHICAGO, IL 60695-1926
US

| | |
|---|---|
| 06/20/2024 | $1,152.00 |
| 06/21/2024 | $18,480.00 |
| 08/23/2024 | $140,604.00 |
| 09/04/2024 | $40,892.05 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BEST ACCESSORY GROUP** **$201,128.05**

---

**3.121** BEST BASE INTERNATIONAL COMPANY LI
LO 35-36 KCX &AMP;CN LINH TRUNG 3
HO CHI MINH,
VN

| | |
|---|---|
| 06/21/2024 | $2,610.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BEST BASE INTERNATIONAL COMPANY LI** **$2,610.20**

---

**3.122** BEST BRANDS CONSUMER PRODUCTS
20 W 33RD ST 5TH FLOOR
NEW YORK, NY 10001-3305
US

| | |
|---|---|
| 06/14/2024 | $84,819.20 |
| 06/21/2024 | $17,924.20 |
| 06/28/2024 | $12,193.20 |
| 07/12/2024 | $24,156.00 |
| 07/19/2024 | $3,012.00 |
| 08/30/2024 | $175,069.20 |
| 09/07/2024 | $14,628.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BEST BRANDS CONSUMER PRODUCTS** **$331,801.80**

---

**3.123** BHRS GROUP
585 PROSPECT ST
LAKEWOOD, NJ 8701
US

| | |
|---|---|
| 07/26/2024 | $15,600.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL BHRS GROUP** **$15,600.00**

---

**3.124** BIC CONSUMER PRODUCTS
PO BOX 416552
BOSTON, MA 2241
US

| | |
|---|---|
| 06/14/2024 | $14,892.00 |
| 07/05/2024 | $7,601.04 |
| 07/12/2024 | $12,426.72 |
| 07/29/2024 | $3,612.24 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | **TOTAL BIC CONSUMER PRODUCTS** | **$38,532.00** |  |

| 3.125 | BIGMOAL001 LLC<br>125 S WACKER DR STE 1220<br>CHICAGO, IL 60606-4430<br>US | 07/01/2024 | $910,023.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Rent |
|---|---|---|---|---|
|  |  | 08/01/2024 | $910,023.27 |  |
|  |  | 08/30/2024 | $910,023.27 |  |

|  | **TOTAL BIGMOAL001 LLC** | **$2,730,069.81** |
|---|---|---|

| 3.126 | BINO PRODUCTS LLC<br>236 FIFTH AVE 3RD FL<br>NEW YORK, NY 10001-7954<br>US | 06/28/2024 | $4,002.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL BINO PRODUCTS LLC** | **$4,002.00** |
|---|---|---|

| 3.127 | BISCOMERICA CORP<br>PO BOX 1070<br>RIALTO, CA 92377-1070<br>US | 06/28/2024 | $7,535.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL BISCOMERICA CORP** | **$7,535.16** |
|---|---|---|

| 3.128 | BISSELL HOMECARE INTERNATIONAL<br>PO BOX 1888<br>GRAND RAPIDS, MI 49501-1888<br>US | 08/15/2024 | $44,276.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL BISSELL HOMECARE INTERNATIONAL** | **$44,276.88** |
|---|---|---|

| 3.129 | BLACK & DECKER<br>701 JOPPA RD<br>TOWSON, MD 21285-5501<br>US | 06/21/2024 | $9,424.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
|  |  | 06/28/2024 | $23,932.00 |  |
|  |  | 07/19/2024 | $5,554.08 |  |
|  |  | 08/15/2024 | $12,944.36 |  |

|  | **TOTAL BLACK & DECKER** | **$51,854.44** |
|---|---|---|

| 3.130 | BLISTEX INC<br>4576 SOLUTIONS CTR<br>CHICAGO, IL 60677-4005<br>US | 07/03/2024 | $2,319.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL BLISTEX INC** | **$2,319.84** |
|---|---|---|

| 3.131 | BLOSSMAN GAS & APPLIANCE<br>1629 HIGHWAY 31 N<br>PRATTVILLE, AL 36067-6826<br>US | 06/14/2024 | $345.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
|---|---|---|---|---|
|  |  | 06/21/2024 | $108.60 |  |
|  |  | 06/28/2024 | $304.20 |  |
|  |  | 07/05/2024 | $1,331.94 |  |
|  |  | 07/12/2024 | $251.70 |  |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

|  | TOTAL BLOSSMAN GAS & APPLIANCE | | $2,342.26 |
|---|---|---|---|

| 3.132 | BLUE ORANGE POTTERY INC<br>7306 FITZGERALD DR<br>LAREDO, TX 78041<br>US | 07/26/2024 | $20,937.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  |  | 08/21/2024 | $15,974.40 |  |
|  |  | 08/23/2024 | $137,259.95 |  |

|  | TOTAL BLUE ORANGE POTTERY INC | | $174,171.85 |
|---|---|---|---|

| 3.133 | BLUE SKIES MARKETING INC<br>8668 E VIA DE MCCORMICK<br>SCOTTSDALE, AZ 85258<br>US | 07/05/2024 | $13,104.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL BLUE SKIES MARKETING INC | | $13,104.00 |
|---|---|---|---|

| 3.134 | BLUEOCO LLC<br>2950 PRAIRIE ST SW 1000<br>GRANDVILLE, MI 49418<br>US | 06/13/2024 | $9,491.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL BLUEOCO LLC | | $9,491.40 |
|---|---|---|---|

| 3.135 | BLUESTONE DECOR LLC<br>347 5TH AVENUE, 5TH FLOOR<br>NEW YORK, NY 10016<br>US | 06/28/2024 | $100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL BLUESTONE DECOR LLC | | $100.00 |
|---|---|---|---|

| 3.136 | BLUMENTHAL DISTRIBUTING DBA OFFICE<br>PO BOX 4148<br>ONTARIO, CA 91761<br>US | 07/12/2024 | $59,776.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL BLUMENTHAL DISTRIBUTING DBA OFFICE | | $59,776.00 |
|---|---|---|---|

| 3.137 | BOBBY TS LAWN MAINTENANCE AND POWER<br>169 CHURCH ST<br>HOPE HULL, AL 36043<br>US | 06/14/2024 | $2,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|  |  | 06/21/2024 | $2,600.00 |  |
|  |  | 06/28/2024 | $2,600.00 |  |
|  |  | 07/05/2024 | $5,200.00 |  |
|  |  | 07/12/2024 | $2,600.00 |  |

|  | TOTAL BOBBY TS LAWN MAINTENANCE AND POWER | | $15,600.00 |
|---|---|---|---|

| 3.138 | BOBS RED MILL NATURAL FDS<br>13521 SE PHEASANT CT<br>PORTLAND, OR 97222-1248<br>US | 06/14/2024 | $32,978.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

|  |  |  |  |
|---|---|---|---|
| | **TOTAL BOBS RED MILL NATURAL FDS** | **$32,978.24** | |
| 3.139 BONAKEMI USA INC<br>4110 PROPEL WAY<br>MONROE, NC 28110<br>US | 06/28/2024<br>07/12/2024 | $76,844.00<br>$7,090.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BONAKEMI USA INC** | **$83,934.20** | |
| 3.140 BOSTON WAREHOUSE CORP<br>59 DAVIS AVE<br>NORWOOD, MA 02062-3031<br>US | 06/14/2024<br>06/21/2024<br>07/05/2024<br>08/15/2024<br>08/30/2024<br>09/04/2024 | $30,766.80<br>$15,080.40<br>$2,835.60<br>$197,284.10<br>$21,283.05<br>$1,350.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BOSTON WAREHOUSE CORP** | **$268,599.95** | |
| 3.141 BOYLAN BOTTLING COMPANY<br>6 E 43RD ST 18TH FL<br>NEW YORK, NY 10017-4677<br>US | 06/28/2024<br>07/12/2024 | $7,902.72<br>$7,776.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BOYLAN BOTTLING COMPANY** | **$15,678.72** | |
| 3.142 BRADSHAW INTERNATIONAL<br>P.O. BOX 103017<br>PASADENA, CA 91189-3017<br>US | 06/28/2024<br>07/19/2024<br>07/26/2024 | $2,671.20<br>$1,098.30<br>$42,707.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BRADSHAW INTERNATIONAL** | **$46,477.06** | |
| 3.143 BRAMLI USA INC<br>300 TELFAIR RD BLDG 500<br>SAVANNAH, GA 31415-9504<br>US | 07/12/2024<br>07/26/2024 | $7,946.40<br>$15,960.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BRAMLI USA INC** | **$23,906.40** | |
| 3.144 BRAND BUZZ LLC<br>115 KENNEDY DR<br>SAYREVILLE, NJ 08872-1459<br>US | 06/21/2024<br>07/05/2024<br>08/15/2024<br>08/26/2024<br>09/05/2024 | $123,564.92<br>$731.70<br>$77,469.20<br>$17,309.60<br>$49,356.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL BRAND BUZZ LLC** | **$268,431.42** | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| 3.145 | BRAND CENTRAL MARKETING<br>150 E 7TH ST<br>PATERSON, NJ 07522-1607<br>US | 06/14/2024 | $7,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | **TOTAL BRAND CENTRAL MARKETING** | **$7,200.00** |
|---|---|---|---|

| 3.146 | BRENTWOOD<br>20639 S FORDYCE AVE<br>CARSON, CA 90810-1019<br>US | 06/14/2024 | $38,511.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $1,125.60 | |
| | | 06/28/2024 | $30,402.30 | |
| | | 07/05/2024 | $8,261.10 | |
| | | 07/26/2024 | $32,486.00 | |
| | | 08/04/2024 | $24,044.40 | |

| | | **TOTAL BRENTWOOD** | **$134,831.00** |
|---|---|---|---|

| 3.147 | BROTHERS INTERNATIONAL FOOD HOLDING<br>1175 LEXINGTON AVE<br>ROCHESTER, NY 14606<br>US | 06/14/2024 | $7,430.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | **TOTAL BROTHERS INTERNATIONAL FOOD HOLDING** | **$7,430.40** |
|---|---|---|---|

| 3.148 | BROTHERS TRADING LLC<br>PO BOX 2234<br>SAN GABRIEL, CA 91778<br>US | 06/21/2024 | $4,655.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | **TOTAL BROTHERS TRADING LLC** | **$4,655.28** |
|---|---|---|---|

| 3.149 | BRUNTON INTL<br>3310 QUEBEC ST<br>DALLAS, TX 75247-6608<br>US | 07/19/2024 | $22,202.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/26/2024 | $39,471.60 | |
| | | 08/21/2024 | $10,359.60 | |
| | | 08/30/2024 | $28,841.10 | |

| | | **TOTAL BRUNTON INTL** | **$100,874.50** |
|---|---|---|---|

| 3.150 | BSM ENTERPRISE LTD<br>MIN'AN COMMERCIAL BUILDING, #160-16<br>NINGBO,<br>CN | 07/09/2024 | $5,333.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | **TOTAL BSM ENTERPRISE LTD** | **$5,333.44** |
|---|---|---|---|

| 3.151 | BUDS BEST COOKIES<br>2070 PARKWAY OFFICE CIRCLE<br>HOOVER, AL 35244-1805<br>US | 06/13/2024 | $3,071.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/03/2024 | $2,842.56 | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL BUDS BEST COOKIES** | **$5,913.84** | |
| 3.152 BUFFALO ROCK COMPANY | 06/21/2024 | $245.59 | ☐ Secured debt |
| 1200 EMORY FOLMAR BLVD | 06/28/2024 | $163.37 | ☐ Unsecured loan repayments |
| MONTGOMERY, AL 36110 | | | ☐ Suppliers or vendors |
| US | 07/12/2024 | $160.47 | ☑ Services |
| | | | ☐ Other _____ |
| | **TOTAL BUFFALO ROCK COMPANY** | **$569.43** | |
| 3.153 BUGATTI GROUP INC | 07/05/2024 | $6,030.00 | ☐ Secured debt |
| 4710 NW 15TH AVE | | | ☐ Unsecured loan repayments |
| FORT LAUDERDALE, FL 33309 | | | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |
| | **TOTAL BUGATTI GROUP INC** | **$6,030.00** | |
| 3.154 BUHBLI ORGANICS INC | 06/14/2024 | $2,556.00 | ☐ Secured debt |
| 53 LA FRANCE ROAD | | | ☐ Unsecured loan repayments |
| BRAMPTON, ON L6S 3V7 | | | ☑ Suppliers or vendors |
| CA | | | ☐ Services |
| | | | ☐ Other _____ |
| | **TOTAL BUHBLI ORGANICS INC** | **$2,556.00** | |
| 3.155 BUMBLE BEE FOODS INC | 06/14/2024 | $7,254.00 | ☐ Secured debt |
| PO BOX 842660 | 06/21/2024 | $13,222.32 | ☐ Unsecured loan repayments |
| BOSTON, MA 02284-2660 | | | ☑ Suppliers or vendors |
| US | 08/04/2024 | $16,804.24 | ☐ Services |
| | | | ☐ Other _____ |
| | **TOTAL BUMBLE BEE FOODS INC** | **$37,280.56** | |
| 3.156 BURTS BEES | 06/28/2024 | $1,857.48 | ☐ Secured debt |
| PO BOX 75601 | | | ☐ Unsecured loan repayments |
| CHARLOTTE, NC 28275-5601 | 07/12/2024 | $3,857.76 | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |
| | **TOTAL BURTS BEES** | **$5,715.24** | |
| 3.157 BUSH BROTHERS | 07/19/2024 | $11,943.84 | ☐ Secured debt |
| PO BOX 402537 | | | ☐ Unsecured loan repayments |
| ATLANTA, GA 30384-2537 | | | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |
| | **TOTAL BUSH BROTHERS** | **$11,943.84** | |
| 3.158 BUTLER COUNTY DISTICT COURT | 08/02/2024 | $253.95 | ☐ Secured debt |
| PO BOX 236 | 08/08/2024 | $217.91 | ☐ Unsecured loan repayments |
| GREENVILLE, AL 36037-0236 | | | ☐ Suppliers or vendors |
| US | 08/15/2024 | $97.43 | ☐ Services |
| | | | ☑ Other Garnishment |
| | **TOTAL BUTLER COUNTY DISTICT COURT** | **$569.29** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.159** BUTLER HOME PRODUCTS LLC
PO BOX 103017
PASADENA, CA 91189-3017
US

| | |
|---|---|
| 06/14/2024 | $64,764.22 |
| 06/21/2024 | $37,911.21 |
| 07/12/2024 | $45,889.01 |
| 08/15/2024 | $261,654.91 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BUTLER HOME PRODUCTS LLC** **$410,219.35**

**3.160** BUTTERFLY HOME FASHIONS LLC
PO BOX 112
PORT JEFFERSON, NY 11777-0122
US

| | |
|---|---|
| 07/19/2024 | $5,061.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BUTTERFLY HOME FASHIONS LLC** **$5,061.60**

**3.161** BUZZY INC
1410 LAUREL BLVD STE 1
POTTSVILLE, PA 17901-1415
US

| | |
|---|---|
| 06/14/2024 | $17,775.60 |
| 08/04/2024 | $797.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BUZZY INC** **$18,573.48**

**3.162** BYTECH NY INC
2585 W 13TH ST
BROOKLYN, NY 11223-5812
US

| | |
|---|---|
| 07/19/2024 | $3,130.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL BYTECH NY INC** **$3,130.00**

**3.163** CABEAU
5950 CANOGA AVE. SUITE 610
WOODLAND HILLS, CA 91367
US

| | |
|---|---|
| 07/12/2024 | $11,172.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CABEAU** **$11,172.00**

**3.164** CACTUS AND PEARL LLC
110 E 9TH STREET
LOS ANGELES, CA 90079
US

| | |
|---|---|
| 07/26/2024 | $734.40 |
| 08/30/2024 | $94,809.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CACTUS AND PEARL LLC** **$95,544.00**

**3.165** CALA PRODUCTS
3121 S. MAIN STREET
LOS ANGELES, CA 90007
US

| | |
|---|---|
| 06/21/2024 | $4,708.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CALA PRODUCTS** **$4,708.80**

| Part 2: | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.166 | CALBEE AMERICA INC.<br>20237 MASA STREET<br>MADERA, CA 93638<br>US | 06/14/2024 | $14,196.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL CALBEE AMERICA INC.** | | **$14,196.00** | |

| 3.167 | CALIFORNIA HEALTHY HARVEST<br>1573 CUMMINS DR<br>MODESTO, CA 95358<br>US | 06/21/2024 | $5,845.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL CALIFORNIA HEALTHY HARVEST** | | **$5,845.68** | |

| 3.168 | CALIFORNIA STATE DISBURSEMENT<br>PO BOX 989067<br>WEST SACRAMENTO, CA 95798-9067<br>US | 06/14/2024 | $264.23 | ☐ Secured debt |
|---|---|---|---|---|
| | | 06/21/2024 | $264.23 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $264.23 | ☐ Suppliers or vendors |
| | | 07/05/2024 | $264.23 | ☐ Services |
| | | 07/12/2024 | $264.23 | ☑ Other Tax / Governmental Agency |
| | | 07/19/2024 | $264.23 | |
| | | 07/26/2024 | $264.23 | |
| | | 08/02/2024 | $264.23 | |
| | | 08/08/2024 | $264.23 | |
| | | 08/15/2024 | $264.23 | |
| | | 08/21/2024 | $264.23 | |
| | | 08/29/2024 | $264.23 | |
| | **TOTAL CALIFORNIA STATE DISBURSEMENT** | | **$3,170.76** | |

| 3.169 | CAMPBELL SOUP CO<br>PO BOX 311<br>NAPOLEON, OH 43545-0311<br>US | 06/21/2024 | $39,697.61 | ☐ Secured debt |
|---|---|---|---|---|
| | | 07/11/2024 | $27,155.22 | ☐ Unsecured loan repayments |
| | | 08/09/2024 | $50,947.10 | ☑ Suppliers or vendors |
| | | 08/21/2024 | $50,845.52 | ☐ Services<br>☐ Other _____ |
| | **TOTAL CAMPBELL SOUP CO** | | **$168,645.45** | |

| 3.170 | CANADIAN GROUP O/A TCG TOYS<br>430 SIGNET DRIVE, SUITE A<br>NORTH YORK, ON M9L 2T6<br>CA | 07/16/2024 | $9,000.00 | ☐ Secured debt |
|---|---|---|---|---|
| | | 08/27/2024 | $8,791.20 | ☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CANADIAN GROUP O/A TCG TOYS** | | **$17,791.20** | |

| 3.171 | CANDYRIFIC LLC..<br>PO BOX 638952<br>CINCINNATI, OH 45263-8952<br>US | 07/05/2024 | $3,596.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL CANDYRIFIC LLC..** | **$3,596.40** | |

| 3.172 | CANON FINANCIAL SERVICES IN<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0149<br>US | 07/05/2024 | $7,261.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CANON FINANCIAL SERVICES IN** | **$7,261.86** |
|---|---|---|

| 3.173 | CANON SOLUTIONS AMERICA<br>12379 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0123<br>US | 06/20/2024 | $5,197.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CANON SOLUTIONS AMERICA** | **$5,197.04** |
|---|---|---|

| 3.174 | CAR-FRESHNER CORPORATION<br>21205 LITTLE TREE DRIVE<br>WATERTOWN, NY 13601<br>US | 06/14/2024 | $3,438.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CAR-FRESHNER CORPORATION** | **$3,438.08** |
|---|---|---|

| 3.175 | CARL BRANDT INC<br>140 SHERMAN ST<br>FAIRFIELD, CT 06824-5849<br>US | 07/19/2024<br>09/04/2024 | $8,494.20<br>$6,712.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CARL BRANDT INC** | **$15,206.20** |
|---|---|---|

| 3.176 | CARLINGTON INDUSTRIES LIMITED<br>ROOM 1114 SINCERE HOUSE 83 ARGYLE<br>HONG KONG,<br>HK | 07/23/2024 | $163,304.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CARLINGTON INDUSTRIES LIMITED** | **$163,304.40** |
|---|---|---|

| 3.177 | CARMA LABORATORIES INC<br>9750 S FRANKLIN DR<br>FRANKLIN, WI 53132-8848<br>US | 06/14/2024<br>07/12/2024 | $9,159.84<br>$6,035.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CARMA LABORATORIES INC** | **$15,194.88** |
|---|---|---|

| 3.178 | CAROLINA HANDLING LLC<br>PO BOX 890352<br>CHARLOTTE, NC 28289-0352<br>US | 06/14/2024<br>06/21/2024<br>07/05/2024<br>07/12/2024 | $4,620.48<br>$50,079.12<br>$52,900.17<br>$6,040.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CAROLINA HANDLING LLC** | **$113,640.39** |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

---

3.179 CASA DECOR LLC
347 5TH AVENUE
NEW YORK, NY 10016
US

| | 07/26/2024 | $81,142.38 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CASA DECOR LLC** | **$81,142.38** |

---

3.180 CASCADE ORGANIC FLOUR, LLC
P.O. BOX 187
ROYAL CITY, WA 99357
US

| | 07/12/2024 | $7,526.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CASCADE ORGANIC FLOUR, LLC** | **$7,526.40** |

---

3.181 CATHAY HOME COLLECTION LIMITED
ROOM 413, 4/F, LUCKY CENTRE, 165-17
HONG KONG,
CN

| | 09/04/2024 | $47,925.56 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CATHAY HOME COLLECTION LIMITED** | **$47,925.56** |

---

3.182 CATHAY HOME INC.
230 FIFTH AVENUE, SUITE 215
NEW YORK, NY 10001
US

| | 08/09/2024 | $18,648.00 |
| | 08/30/2024 | $15,744.00 |
| | 09/07/2024 | $14,970.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CATHAY HOME INC.** | **$49,362.00** |

---

3.183 CE NORTH AMERICA LLC
2600 SOUTH DOUGLAS ROAD
CORAL GABLES, FL 33134
US

| | 07/26/2024 | $16,038.30 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CE NORTH AMERICA LLC** | **$16,038.30** |

---

3.184 CELESTIAL SEASONS
16544 COLLECTION CTR
CHICAGO, IL 60693-0165
US

| | 06/28/2024 | $26,344.96 |
| | 07/05/2024 | $9,331.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CELESTIAL SEASONS** | **$35,676.16** |

---

3.185 CELLULAR EMPIRE DBA POM GEAR
1407 BROADWAY STE 2010
NEW YORK, NY 10018-2718
US

| | 06/14/2024 | $3,034.80 |
| | 06/21/2024 | $25,671.90 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL CELLULAR EMPIRE DBA POM GEAR** | **$28,706.70** |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.186 | CENTRIC BEAUTY LLC<br>4620 GRANDOVER PKWY<br>GREENSBORO, NC 27407-2944<br>US | 07/05/2024 | $5,856.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 08/27/2024 | $190,100.55 | |

| | | **TOTAL CENTRIC BEAUTY LLC** | **$195,956.55** | |

| 3.187 | CG ROXANE LLC<br>DEPT CH 16405<br>PALATINE, IL 60055-6405<br>US | 06/14/2024 | $63,902.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/21/2024 | $45,153.95 | |
| | | 06/28/2024 | $98,152.77 | |
| | | 07/05/2024 | $59,092.64 | |
| | | 07/12/2024 | $50,792.73 | |
| | | 07/19/2024 | $69,908.60 | |
| | | 07/26/2024 | $100,317.49 | |
| | | 08/04/2024 | $27,415.78 | |
| | | 08/09/2024 | $60,625.05 | |
| | | 08/21/2024 | $46,417.75 | |
| | | 08/26/2024 | $49,886.91 | |
| | | 09/04/2024 | $22,052.16 | |
| | | 09/05/2024 | $6,554.88 | |

| | | **TOTAL CG ROXANE LLC** | **$700,273.20** | |

| 3.188 | CHAPTER 13 TRUSTEE<br>PO BOX 730<br>MEMPHIS, TN 38101-0730<br>US | 06/14/2024 | $945.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Garnishment _____ |
| | | 06/21/2024 | $857.46 | |
| | | 06/28/2024 | $945.62 | |
| | | 07/05/2024 | $857.46 | |
| | | 07/12/2024 | $945.62 | |
| | | 07/19/2024 | $682.46 | |
| | | 07/26/2024 | $770.62 | |
| | | 08/02/2024 | $682.46 | |
| | | 08/08/2024 | $770.62 | |
| | | 08/15/2024 | $422.46 | |
| | | 08/21/2024 | $613.46 | |
| | | 08/29/2024 | $422.46 | |
| | | 09/04/2024 | $573.46 | |

| | | **TOTAL CHAPTER 13 TRUSTEE** | **$9,489.78** | |

| 3.189 | CHARMS CO<br>PO BOX 99403<br>CHICAGO, IL 60693-9403<br>US | 07/12/2024 | $5,423.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | | **TOTAL CHARMS CO** | **$5,423.04** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.190** CHATTEM INC
PO BOX 100770
ATLANTA, GA 30384-0770
US

| | | |
|---|---|---|
| 06/13/2024 | $17,621.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL CHATTEM INC** | **$17,621.28** |
|---|---|

**3.191** CHEEZE KURLS LLC
2915 WALKENT DR NW
GRAND RAPIDS, MI 49544-1400
US

| | | |
|---|---|---|
| 06/21/2024 | $9,555.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 07/05/2024 | $677.60 | |
| 07/19/2024 | $9,730.16 | |

| **TOTAL CHEEZE KURLS LLC** | **$19,962.96** |
|---|---|

**3.192** CHEP USA
15226 COLLECTIONS CENTER DR
CHICAGO, IL 60693
US

| | | |
|---|---|---|
| 06/14/2024 | $390.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 06/21/2024 | $195.00 | |
| 07/05/2024 | $585.00 | |
| 07/12/2024 | $780.00 | |
| 07/19/2024 | $390.00 | |
| 07/26/2024 | $195.00 | |
| 08/07/2024 | $390.00 | |
| 08/15/2024 | $390.00 | |
| 08/23/2024 | $195.00 | |
| 09/04/2024 | $640.00 | |

| **TOTAL CHEP USA** | **$4,150.00** |
|---|---|

**3.193** CHERRY CENTRAL COOPERATIVE
PO BOX 72676
CLEVELAND, OH 44192-0002
US

| | | |
|---|---|---|
| 06/28/2024 | $15,945.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL CHERRY CENTRAL COOPERATIVE** | **$15,945.60** |
|---|---|

**3.194** CHESAPEAKE MERCHANDISING
4615 B WEDGEWOOD BLVD
FREDERICK, MD 21703-1204
US

| | | |
|---|---|---|
| 06/14/2024 | $5,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 06/28/2024 | $6,395.58 | |
| 07/05/2024 | $18,352.50 | |
| 07/19/2024 | $16,842.80 | |

| **TOTAL CHESAPEAKE MERCHANDISING** | **$46,990.88** |
|---|---|

**3.195** CHEYENNE PRODUCTS LLC
PO BOX 207378
DALLAS, TX 75320-7378
US

| | | |
|---|---|---|
| 07/16/2024 | $936.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL CHEYENNE PRODUCTS LLC** | **$936.00** |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| 3.196 | CHILD SUPPORT ENFORCEMENT<br>PO BOX 1800<br>CARROLLTON, GA 30112-1800<br>US | 08/08/2024<br>08/15/2024 | $6.04<br>$6.04 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Tax / Governmental Agency

| | |
|---|---|
| **TOTAL CHILD SUPPORT ENFORCEMENT** | **$12.08** |

| | | | |
|---|---|---|---|
| 3.197 | CHOON'S DESIGN<br>23660 RESEARCH DR<br>FARMINGTON HILLS, MI 48335<br>US | 07/19/2024 | $5,994.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | |
|---|---|
| **TOTAL CHOON'S DESIGN** | **$5,994.00** |

| | | | |
|---|---|---|---|
| 3.198 | CHURCH & DWIGHT CO INC<br>PO BOX 95055<br>CHICAGO, IL 60694-5055<br>US | 06/13/2024 | $25,552.80 |
| | | 06/14/2024 | $120,237.10 |
| | | 06/18/2024 | $27,502.86 |
| | | 06/28/2024 | $70,978.58 |
| | | 07/03/2024 | $189,531.56 |
| | | 07/05/2024 | $36,280.00 |
| | | 07/08/2024 | $36,280.00 |
| | | 07/11/2024 | $17,298.06 |
| | | 07/12/2024 | $66,306.00 |
| | | 07/16/2024 | $36,280.00 |
| | | 07/19/2024 | $54,210.90 |
| | | 07/26/2024 | $66,194.02 |
| | | 07/31/2024 | $112,928.22 |
| | | 08/01/2024 | $53,653.38 |
| | | 08/15/2024 | $73,877.70 |
| | | 08/27/2024 | $148,263.38 |
| | | 09/04/2024 | $173,795.46 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | |
|---|---|
| **TOTAL CHURCH & DWIGHT CO INC** | **$1,309,170.02** |

| | | | |
|---|---|---|---|
| 3.199 | CIBO VITA INC<br>10 VREELAND AVE<br>TOTOWA, NJ 7512<br>US | 06/28/2024 | $84,629.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | |
|---|---|
| **TOTAL CIBO VITA INC** | **$84,629.88** |

| | | | |
|---|---|---|---|
| 3.200 | CINTAS<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910<br>US | 07/05/2024 | $126.92 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| | | **TOTAL CINTAS** | **$126.92** | |
|---|---|---|---|---|
| 3.201 | CIRCUIT COURT MONTGOMERY CO<br>PO BOX 1667<br>MONTGOMERY, AL 36102-1667<br>US | 06/14/2024 | $50.00 | ☐ Secured debt |
| | | 06/21/2024 | $50.00 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $50.00 | ☐ Suppliers or vendors |
| | | 07/05/2024 | $50.00 | ☐ Services |
| | | 07/12/2024 | $50.00 | ☑ Other  Garnishment |
| | | 07/19/2024 | $50.00 | |
| | | 07/26/2024 | $50.00 | |
| | | 08/02/2024 | $50.00 | |
| | | 08/08/2024 | $50.00 | |
| | | 08/15/2024 | $50.00 | |
| | | 08/21/2024 | $50.00 | |
| | | 08/29/2024 | $50.00 | |
| | | 09/04/2024 | $50.00 | |
| | **TOTAL CIRCUIT COURT MONTGOMERY CO** | | **$650.00** | |
| 3.202 | CIRCUIT COURT OF AUTAUGE CO<br>134 N COURT ST<br>PRATTVILLE, AL 36067-3048<br>US | 06/14/2024 | $188.30 | ☐ Secured debt |
| | | 06/21/2024 | $188.31 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $215.51 | ☐ Suppliers or vendors |
| | | 07/05/2024 | $189.68 | ☐ Services |
| | | 07/12/2024 | $239.18 | ☑ Other  Garnishment |
| | | 07/19/2024 | $187.78 | |
| | | 07/26/2024 | $84.46 | |
| | **TOTAL CIRCUIT COURT OF AUTAUGE CO** | | **$1,293.22** | |
| 3.203 | CIRCUIT CT OF MONTGOMERY CO<br>251 S LAWRENCE ST<br>MONTGOMERY, AL 36104<br>US | 06/14/2024 | $107.82 | ☐ Secured debt |
| | | 06/21/2024 | $75.00 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $75.00 | ☐ Suppliers or vendors |
| | | 07/05/2024 | $75.00 | ☐ Services |
| | | 07/12/2024 | $75.00 | ☑ Other  Garnishment |
| | | 07/19/2024 | $75.00 | |
| | | 07/26/2024 | $86.88 | |
| | | 08/02/2024 | $75.00 | |
| | | 08/08/2024 | $75.00 | |
| | | 08/15/2024 | $75.00 | |
| | | 08/21/2024 | $97.67 | |
| | | 08/29/2024 | $75.00 | |
| | | 09/04/2024 | $265.04 | |
| | **TOTAL CIRCUIT CT OF MONTGOMERY CO** | | **$1,232.41** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.204 | CK BRANDS LIMITED<br>77 MODY RD RM 803 8/F CHI<br>TST EAST KOWLOON,<br>HK | 06/21/2024 | $4,541.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CK BRANDS LIMITED** | **$4,541.76** |
|---|---|---|

| 3.205 | CL GUPTA EXPORTS LTD.<br>18 KM STONE DELHI RD VILL<br>MORADBAD,<br>IN | 07/02/2024 | $1,765.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CL GUPTA EXPORTS LTD.** | **$1,765.28** |
|---|---|---|

| 3.206 | CLAREMONT HOME TEXTILES PVT LTD<br>SHOP NOS.32 TO 36, SATYAM ARCADE, M<br>AHMEDABAD,<br>IN | 09/04/2024 | $27,818.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CLAREMONT HOME TEXTILES PVT LTD** | **$27,818.08** |
|---|---|---|

| 3.207 | CLASSIC HOME<br>FILE 2514<br>PASADENA, CA 91199-2514<br>US | 08/04/2024 | $68,665.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL CLASSIC HOME** | **$68,665.00** |
|---|---|---|

| 3.208 | CLEARWATER PAPER<br>PO BOX 207029<br>DALLAS, TX 75320-7029<br>US | 06/13/2024 | $82,516.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/20/2024 | $134,150.40 | |
| | | 06/27/2024 | $18,950.40 | |
| | | 07/03/2024 | $69,667.20 | |
| | | 07/05/2024 | $23,731.20 | |
| | | 07/11/2024 | $36,345.60 | |
| | | 07/18/2024 | $144,533.44 | |
| | | 07/25/2024 | $184,145.44 | |
| | | 07/26/2024 | $51,143.68 | |
| | | 08/01/2024 | $142,362.56 | |
| | | 08/15/2024 | $37,318.32 | |
| | | 08/26/2024 | $187,758.40 | |
| | | 08/27/2024 | $136,297.44 | |
| | | 09/04/2024 | $97,236.00 | |

| | **TOTAL CLEARWATER PAPER** | **$1,346,156.88** |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.209 | CLOROX CO<br>PO BOX 75601<br>CHARLOTTE, NC 28275-0601<br>US | 06/14/2024<br>06/20/2024<br>06/21/2024<br>07/11/2024<br>07/12/2024 | $249,044.33<br>$83,591.91<br>$56,165.89<br>$124,684.13<br>$74,385.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CLOROX CO** | | **$587,871.71** | |

| 3.210 | CLOROX CO CLOSEOUTS<br>PO BOX 75601<br>CHARLOTTE, NC 28275<br>US | 06/21/2024 | $22,685.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CLOROX CO CLOSEOUTS** | | **$22,685.04** | |

| 3.211 | CLT LOGISTICS INC<br>2535 GERRARD ST EAST<br>TORONTO, ON M1N 1W9<br>CA | 07/10/2024<br>07/18/2024<br>07/24/2024<br>08/01/2024 | $12,950.72<br>$809.20<br>$984.00<br>$28,928.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CLT LOGISTICS INC** | | **$43,672.72** | |

| 3.212 | COAST TO COAST IMPORTS LLC<br>1711 LATHAM STREET<br>MEMPHIS, TN 38106<br>US | 06/28/2024<br>07/05/2024 | $60,958.68<br>$67,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COAST TO COAST IMPORTS LLC** | | **$128,458.68** | |

| 3.213 | COASTAL COCKTAILS INC<br>18011 MITCHELL S STE B<br>IRVINE, CA 92614<br>US | 07/19/2024 | $3,039.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COASTAL COCKTAILS INC** | | **$3,039.60** | |

| 3.214 | COBRA TRADING CORP<br>230 FIFTH AVENUE SUITE 204<br>NEW YORK, NY 10001<br>US | 06/21/2024<br>06/28/2024 | $27,303.84<br>$3,676.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COBRA TRADING CORP** | | **$30,980.34** | |

| 3.215 | COLGATE PALMOLIVE COMPANY<br>2092 COLLECTIONS AVE<br>CHICAGO, IL 60693-0020<br>US | 06/13/2024<br>07/18/2024<br>07/25/2024<br>08/12/2024 | $134,253.48<br>$54,170.87<br>$32,364.68<br>$55,336.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COLGATE PALMOLIVE COMPANY** | | **$276,125.35** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.216 | COLLABORATIVE ADVANTAGE MARKETING<br>2987 FRANKLIN ST<br>DETROIT, MI 48207-4262<br>US | 06/21/2024 | $12,717.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL COLLABORATIVE ADVANTAGE MARKETING** | | **$12,717.00** | |
| 3.217 | COLOMBINA CANDY CO INC<br>6303 BLUE LAGOON DR STE 425<br>MIAMI, FL 33126<br>US | 06/28/2024<br>07/19/2024 | $7,099.20<br>$3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COLOMBINA CANDY CO INC** | | **$10,599.20** | |
| 3.218 | COLUMBUS VEGETABLE OILS<br>4990 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0049<br>US | 08/04/2024 | $40,493.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COLUMBUS VEGETABLE OILS** | | **$40,493.52** | |
| 3.219 | COMFORT REVOLUTION INC<br>PO BOX 1290<br>WEST LONG BRANCH, NJ 7764<br>US | 06/14/2024<br>06/28/2024<br>07/12/2024 | $19,692.00<br>$25,030.40<br>$36,628.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COMFORT REVOLUTION INC** | | **$81,350.60** | |
| 3.220 | CONAGRA GROCERY PRODUCTS<br>PO BOX 98666<br>CHICAGO, IL 60693-8666<br>US | 06/27/2024<br>07/02/2024<br>07/18/2024<br>07/19/2024<br>08/05/2024<br>08/12/2024<br>08/23/2024 | $20,836.85<br>$13,284.48<br>$13,624.34<br>$7,784.20<br>$19,892.88<br>$15,098.04<br>$13,685.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CONAGRA GROCERY PRODUCTS** | | **$104,206.35** | |
| 3.221 | CONAIR CORPORATION<br>PO BOX 932059<br>ATLANTA, GA 31193-2059<br>US | 07/12/2024 | $17,496.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CONAIR CORPORATION** | | **$17,496.16** | |
| 3.222 | CONCEPTS IN TIME LLC<br>45 W 36TH ST 5TH FL<br>NEW YORK, NY 10018-7637<br>US | 06/21/2024<br>07/19/2024 | $11,310.00<br>$11,572.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

|  | **TOTAL CONCEPTS IN TIME LLC** | **$22,882.70** |
|---|---|---|

**3.223** CONIMAR GROUP LLC DBA HIGHLAND HOME
PO BOX 1509
OCALA, FL 34478-1509
US

| 06/14/2024 | $2,957.70 |
| 06/28/2024 | $4,240.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

|  | **TOTAL CONIMAR GROUP LLC DBA HIGHLAND HOME** | **$7,197.70** |
|---|---|---|

**3.224** CONSOLIDATED FIRE PROTECTION
153 TECHNOLOGY DR STE 200
IRVINE, CA 92618
US

| 08/07/2024 | $9,360.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

|  | **TOTAL CONSOLIDATED FIRE PROTECTION** | **$9,360.00** |
|---|---|---|

**3.225** CONTINENTAL MILLS INC
PO BOX 740882
LOS ANGELES, CA 90074-0882
US

| 06/13/2024 | $15,403.68 |
| 08/21/2024 | $48,514.72 |
| 08/22/2024 | $32,831.55 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

|  | **TOTAL CONTINENTAL MILLS INC** | **$96,749.95** |
|---|---|---|

**3.226** CONVEYCO TECHNOLOGIES INC
PO BOX 1000
BRISTOL, CT 06011-1000
US

| 07/12/2024 | $13,092.76 |
| 08/26/2024 | $3,215.57 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

|  | **TOTAL CONVEYCO TECHNOLOGIES INC** | **$16,308.33** |
|---|---|---|

**3.227** COOKWARE COMPANY (USA) LLC
PO BOX 21125
NEW YORK, NY 10087-1125
US

| 06/21/2024 | $3,994.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

|  | **TOTAL COOKWARE COMPANY (USA) LLC** | **$3,994.00** |
|---|---|---|

**3.228** CORE HOME
42 W 39TH ST
NEW YORK, NY 10018-3841
US

| 07/05/2024 | $14,878.80 |
| 07/12/2024 | $10,884.00 |
| 07/26/2024 | $55,833.60 |
| 08/21/2024 | $15,875.10 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

|  | **TOTAL CORE HOME** | **$97,471.50** |
|---|---|---|

**3.229** COSMIC PET
1315 W MACARTHUR RD BLDG 300
WICHITA, KS 67217-2736
US

| 07/09/2024 | $18,491.28 |
| 07/10/2024 | $35,777.60 |
| 07/26/2024 | $10,840.08 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

|  | **TOTAL COSMIC PET** | **$65,108.96** |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.230 COUNTRY MEATS, LLC**
5750 SW 1ST LN
OCALA, FL 34474
US

| | |
|---|---|
| 06/21/2024 | $4,147.20 |
| 07/26/2024 | $4,147.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL COUNTRY MEATS, LLC**   **$8,294.40**

**3.231 CRAIG ELECTRONICS LLC**
PO BOX 279130
MIRAMAR, FL 33027
US

| | |
|---|---|
| 06/14/2024 | $14,451.60 |
| 07/05/2024 | $12,735.00 |
| 07/12/2024 | $20,294.40 |
| 08/27/2024 | $30,041.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CRAIG ELECTRONICS LLC**   **$77,522.00**

**3.232 CRAZY GO NUTS**
2996 N MIAMI AVE SUITE 101
FRESNO, CA 93727
US

| | |
|---|---|
| 08/26/2024 | $37,428.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CRAZY GO NUTS**   **$37,428.00**

**3.233 CREATIVE BALLOONS MANUFACTURING, IN**
PO BOX 22726
CARMEL, CA 93922
US

| | |
|---|---|
| 07/05/2024 | $12,864.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CREATIVE BALLOONS MANUFACTURING, IN**   **$12,864.00**

**3.234 CREATIVE CONVERTING**
PO BOX 155
MILWAUKEE, WI 53288
US

| | |
|---|---|
| 08/23/2024 | $122,928.36 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CREATIVE CONVERTING**   **$122,928.36**

**3.235 CREATIVE DESIGN LTD**
UNIT 1 10 2F VANTA INDUSTRIAL CTE
KWAI CHUNG,
HK

| | |
|---|---|
| 07/12/2024 | $10,684.68 |
| 07/19/2024 | $30,367.56 |
| 09/07/2024 | $98,962.30 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CREATIVE DESIGN LTD**   **$140,014.54**

**3.236 CREATIVE HOME AND KITCHEN LLC**
8460 NW 30 TERRACE
DORAL, FL 33122-1911
US

| | |
|---|---|
| 06/14/2024 | $14,305.44 |
| 07/05/2024 | $42,552.80 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL CREATIVE HOME AND KITCHEN LLC**   **$56,858.24**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.237 | CREATIVE HOME LTD<br>3600 ELDORADO PKWY<br>MCKINNEY, TX 75070<br>US | 07/05/2024 | $150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/26/2024 | $48,003.30 | |

**TOTAL CREATIVE HOME LTD**    **$48,153.30**

| 3.238 | CRENSHAW CO CIRCUIT CLERK<br>PO BOX 167<br>LUVERNE, AL 36049-0167<br>US | 06/14/2024 | $50.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Garnishment |
| | | 06/21/2024 | $50.00 | |
| | | 06/28/2024 | $50.00 | |
| | | 07/05/2024 | $50.00 | |
| | | 07/12/2024 | $50.00 | |
| | | 07/19/2024 | $50.00 | |
| | | 07/26/2024 | $50.00 | |
| | | 08/02/2024 | $50.00 | |
| | | 08/08/2024 | $50.00 | |
| | | 08/15/2024 | $50.00 | |
| | | 08/21/2024 | $50.00 | |
| | | 08/29/2024 | $50.00 | |
| | | 09/04/2024 | $50.00 | |

**TOTAL CRENSHAW CO CIRCUIT CLERK**    **$650.00**

| 3.239 | CREOH USA LLC<br>1750 CEDARBRIDGE AVE<br>LAKEWOOD, NJ 8701<br>US | 07/05/2024 | $4,705.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL CREOH USA LLC**    **$4,705.56**

| 3.240 | CROCS LIGHTER INC<br>PO BOX 549<br>BREA, CA 92822-0549<br>US | 06/14/2024 | $6,249.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/19/2024 | $6,546.48 | |
| | | 09/04/2024 | $3,616.56 | |

**TOTAL CROCS LIGHTER INC**    **$16,412.64**

| 3.241 | CROSBY ELECTRIC CO INC<br>PO BOX 240368<br>MONTGOMERY, AL 36124-0368<br>US | 06/21/2024 | $1,747.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**TOTAL CROSBY ELECTRIC CO INC**    **$1,747.00**

| 3.242 | CROWN JEWLZ LLC<br>1651 KING RD<br>ASHLAND, OH 44805-3653<br>US | 07/19/2024 | $29,444.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | **TOTAL CROWN JEWLZ LLC** | **$29,444.88** | |

3.243 CRYSTAL ART GALLERY
DEPT CH 16738
PALATINE, IL 60055-6738
US

| | |
|---|---|
| 06/14/2024 | $37,682.60 |
| 06/28/2024 | $5,603.20 |
| 07/05/2024 | $21,836.40 |
| 07/12/2024 | $30,412.90 |
| 08/30/2024 | $72,230.34 |
| 09/07/2024 | $11,664.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CRYSTAL ART GALLERY** **$179,429.44**

3.244 CRYSTAL PROMOTIONS INC.
3030 E VERNON AVE
VERNON, CA 90058
US

06/27/2024 $6,032.70

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**TOTAL CRYSTAL PROMOTIONS INC.** **$6,032.70**

3.245 CRYSTALLINE HEALTH & BEAUTY INC
350 5TH AVE FL 59TH
NEW YORK, NY 10118-5999
US

| | |
|---|---|
| 07/03/2024 | $4,702.80 |
| 07/25/2024 | $11,357.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CRYSTALLINE HEALTH & BEAUTY INC** **$16,060.00**

3.246 CT MATTRESS BROTHER CO.,LTD.
NO.188 YINCHENG ROAD(M),SHANGHAI,CH
SHANGHAI,
CN

06/18/2024 $60,608.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CT MATTRESS BROTHER CO.,LTD.** **$60,608.00**

3.247 CUISINART/DIV CONAIR LLC
PO BOX 932059
ATLANTA, GA 31193-2059
US

07/12/2024 $56,916.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CUISINART/DIV CONAIR LLC** **$56,916.50**

3.248 CUSTOM QUEST, INC.
6511 WEST CHESTER ROAD
WEST CHESTER, OH 45069
US

06/21/2024 $11,440.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL CUSTOM QUEST, INC.** **$11,440.00**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.249** CVH COMPANY LIMITED
RM 1201-1202 12/F TELFORD HOUSE
KOWLOON BAY KOWLOON,
HK

| | | |
|---|---|---|
| 06/18/2024 | $3,564.00 | ☐ Secured debt |
| 06/25/2024 | $4,006.80 | ☐ Unsecured loan repayments |
| 07/02/2024 | $2,201.76 | ☑ Suppliers or vendors |
| 07/30/2024 | $12,387.32 | ☐ Services |
| | | ☐ Other _____ |

**TOTAL CVH COMPANY LIMITED** **$22,159.88**

**3.250** DAJ DISTRIBUTION INC.
1421 N MAIN STREET
LOS ANGELES, CA 90012
US

| | | |
|---|---|---|
| 07/26/2024 | $36,699.00 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DAJ DISTRIBUTION INC.** **$36,699.00**

**3.251** DAN-DEE INT'L LLC
880 APOLLO ST STE 246
EL SEGUNDO, CA 90245
US

| | | |
|---|---|---|
| 06/14/2024 | $3,001.80 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DAN-DEE INT'L LLC** **$3,001.80**

**3.252** DANONE US LLC
12002 AIRPORT WAY
BROOMFIELD, CO 80021-2546
US

| | | |
|---|---|---|
| 06/28/2024 | $16,927.68 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DANONE US LLC** **$16,927.68**

**3.253** DARE FOODS INC
BOX 347103
PITTSBURGH, PA 15251-4103
US

| | | |
|---|---|---|
| 06/14/2024 | $4,170.00 | ☐ Secured debt |
| 07/05/2024 | $3,336.00 | ☐ Unsecured loan repayments |
| 08/26/2024 | $8,990.52 | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DARE FOODS INC** **$16,496.52**

**3.254** DEBEUKELAER CORPORATION
PO BOX 11407
BIRMINGHAM, AL 35246-1407
US

| | | |
|---|---|---|
| 07/05/2024 | $15,137.28 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DEBEUKELAER CORPORATION** **$15,137.28**

**3.255** DECOFLOOR INDIA
237 SECTOR-29
PANIPAT,
IN

| | | |
|---|---|---|
| 07/30/2024 | $956.57 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL DECOFLOOR INDIA** **$956.57**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.256 | DEEJAY HOME DESIGNS<br>1726 MCDONALD AVE, 2ND FLOOR<br>BROOKLYN, NY 11230<br>US | 06/28/2024 | $8,646.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DEEJAY HOME DESIGNS** | | **$8,646.00** | |

| 3.257 | DEMATIC CORP.<br>684125 NETWORK PLACE<br>CHICAGO, IL 60673<br>US | 07/05/2024 | $5,576.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DEMATIC CORP.** | | **$5,576.01** | |

| 3.258 | DEOLEO INC USA<br>PO BOX 5148<br>CAROL STREAM, IL 60197-5148<br>US | 07/12/2024 | $9,033.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DEOLEO INC USA** | | **$9,033.80** | |

| 3.259 | DESIGN INTERNATIONAL GROUP<br>1760 YEAGER AVE<br>LA VERNE, CA 91750-5850<br>US | 07/26/2024 | $3,767.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DESIGN INTERNATIONAL GROUP** | | **$3,767.40** | |

| 3.260 | DESIGNS DIRECT LLC<br>605 PHILADELPHIA ST<br>COVINGTON, KY 41011-1240<br>US | 06/28/2024<br>07/05/2024<br>08/16/2024 | $20,716.36<br>$6,805.36<br>$63,814.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DESIGNS DIRECT LLC** | | **$91,336.58** | |

| 3.261 | DEVI DESIGNS LLC<br>2 CALLE VENADO<br>SANTA FE, NM 87506<br>US | 07/05/2024<br>07/19/2024 | $18,647.00<br>$29,702.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DEVI DESIGNS LLC** | | **$48,349.40** | |

| 3.262 | DEWAN & SONS EXPORTS PVT LTD<br>LAKRI FAZALPUR MINI BYPASS DELHI<br>MORADABAD UTTAR PRADESH,<br>IN | 07/16/2024<br>07/30/2024 | $9,081.96<br>$8,467.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL DEWAN & SONS EXPORTS PVT LTD** | | **$17,549.48** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.263 | DGL GROUP LTD<br>195 RARITAN CENTER PARKWAY<br>EDISON, NJ 8837<br>US | 06/21/2024 | $12,512.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DGL GROUP LTD** | | **$12,512.40** | |
|---|---|---|---|---|

| 3.264 | DIAL INDUSTRIES INC<br>3628 NOAKES ST<br>LOS ANGELES, CA 90023<br>US | 07/12/2024<br>07/19/2024 | $18,484.36<br>$48,749.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DIAL INDUSTRIES INC** | | **$67,233.72** | |
|---|---|---|---|---|

| 3.265 | DIAMOND COSMETICS, INC<br>6201 N. NOB HILL ROAD<br>TAMARAC, FL 33321<br>US | 07/05/2024 | $2,489.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DIAMOND COSMETICS, INC** | | **$2,489.04** | |
|---|---|---|---|---|

| 3.266 | DIAMOND DRINKS INC<br>600 RAILWAY ST<br>WILLIAMSPORT, PA 17701-5361<br>US | 07/19/2024 | $4,860.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DIAMOND DRINKS INC** | | **$4,860.00** | |
|---|---|---|---|---|

| 3.267 | DIAMOND HOME PRODUCTS LLC<br>28 W 36TH ST STE 300 3RD FL<br>NEW YORK, NY 10018<br>US | 06/21/2024<br>07/12/2024<br>07/26/2024 | $43,629.00<br>$3,591.00<br>$5,658.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DIAMOND HOME PRODUCTS LLC** | | **$52,878.00** | |
|---|---|---|---|---|

| 3.268 | DILEEP CRAFTS PRIVATE LIMITED<br>2ND FLOOR, OFFICE NO. 204A<br>JAIPUR,<br>IN | 07/23/2024 | $2,847.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DILEEP CRAFTS PRIVATE LIMITED** | | **$2,847.04** | |
|---|---|---|---|---|

| 3.269 | DING ZHI FURNITURE COMPANY LTD<br>LOT LAND 524, MAP NO.36<br>UYEN HUNG INDUSTRIAL ZONE, UYEN HUN,<br>VN | 06/21/2024<br>07/19/2024<br>07/26/2024<br>08/30/2024<br>09/07/2024 | $39,948.72<br>$13,695.48<br>$26,253.24<br>$15,720.00<br>$17,442.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL DING ZHI FURNITURE COMPANY LTD** | | **$113,059.44** | |
|---|---|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.270 | DISTRIBUTION SOLUTIONS<br>PO BOX 736847<br>DALLAS, TX 75373-6847<br>US | | |
|---|---|---|---|

| | Date | Amount | |
|---|---|---|---|
| | 06/14/2024 | $83,588.87 | ☐ Secured debt |
| | 06/21/2024 | $100,811.57 | ☐ Unsecured loan repayments |
| | 07/05/2024 | $226,682.50 | ☐ Suppliers or vendors |
| | 07/12/2024 | $98,522.72 | ☑ Services |
| | 07/19/2024 | $74,399.26 | ☐ Other _____ |
| | 07/26/2024 | $70,618.72 | |
| | 08/07/2024 | $124,888.99 | |
| | 08/23/2024 | $155,429.43 | |
| | 09/04/2024 | $94,305.80 | |

**TOTAL DISTRIBUTION SOLUTIONS**   $1,029,247.86

| 3.271 | DISTRICT COURT OF AUTAUGA CO<br>134-36 N COURT ST RM 114<br>PRATTVILLE, AL 36067-3048<br>US | | |
|---|---|---|---|

| | Date | Amount | |
|---|---|---|---|
| | 06/14/2024 | $113.81 | ☐ Secured debt |
| | 06/21/2024 | $125.81 | ☐ Unsecured loan repayments |
| | 06/28/2024 | $65.31 | ☐ Suppliers or vendors |
| | 07/05/2024 | $95.99 | ☐ Services |
| | 07/12/2024 | $25.86 | ☑ Other  Garnishment |
| | 07/19/2024 | $93.67 | |
| | 07/26/2024 | $89.14 | |
| | 08/02/2024 | $69.33 | |
| | 08/08/2024 | $87.45 | |
| | 08/15/2024 | $86.79 | |
| | 08/21/2024 | $97.12 | |
| | 08/29/2024 | $72.45 | |
| | 09/04/2024 | $126.29 | |

**TOTAL DISTRICT COURT OF AUTAUGA CO**   $1,149.02

| 3.272 | DISTRICT COURT OF MONTGOMERY COUNTY<br>251 S LAWRENCE ST<br>MONTGOMERY, AL 36104-4232<br>US | | |
|---|---|---|---|

| | Date | Amount | |
|---|---|---|---|
| | 06/14/2024 | $1,070.91 | ☐ Secured debt |
| | 06/21/2024 | $855.24 | ☐ Unsecured loan repayments |
| | 06/28/2024 | $786.05 | ☐ Suppliers or vendors |
| | 07/05/2024 | $856.01 | ☐ Services |
| | 07/12/2024 | $923.08 | ☑ Other  Garnishment |
| | 07/19/2024 | $593.75 | |
| | 07/26/2024 | $609.56 | |
| | 08/02/2024 | $498.49 | |
| | 08/08/2024 | $444.63 | |
| | 08/15/2024 | $504.33 | |
| | 08/21/2024 | $1,597.22 | |
| | 08/29/2024 | $1,015.75 | |
| | 09/04/2024 | $990.04 | |

**TOTAL DISTRICT COURT OF MONTGOMERY COUNTY**   $10,745.06

| 3.273 | DISTRIVALTO USA INC<br>2020 PONCE DE LEON BLVD.<br>CORAL GABLES, FL 33134<br>US | 06/14/2024 | $10,826.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DISTRIVALTO USA INC** | | **$10,826.26** | |

| 3.274 | DIXIE ELECTRIC COMPANY INC<br>580 TRADE CENETR ST<br>MONTGOMERY, AL 36108-2108<br>US | 07/05/2024 | $2,194.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| | **TOTAL DIXIE ELECTRIC COMPANY INC** | | **$2,194.72** | |

| 3.275 | DOLE PACKAGED FOODS<br>PO BOX 842345<br>DALLAS, TX 75284-2345<br>US | 06/18/2024<br>07/03/2024 | $21,600.98<br>$21,943.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DOLE PACKAGED FOODS** | | **$43,544.76** | |

| 3.276 | DONGPING TAIDONGAO FURNITURE CO.,LT<br>NO.1 WANG SHAN STREET DONG PING COU<br>TAIAN,<br>CN | 06/25/2024 | $2,586.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DONGPING TAIDONGAO FURNITURE CO.,LT** | | **$2,586.00** | |

| 3.277 | DONGYANG PARALLEL TRADE CO ., LTD<br>ZHANGSHANWU, PINGYAN DISTRICT, HENG<br>JINHUA, ZHEJIANG,<br>CN | 07/30/2024 | $2,504.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DONGYANG PARALLEL TRADE CO ., LTD** | | **$2,504.04** | |

| 3.278 | DONNAMAX INC<br>765 MCDONALD AVE<br>BROOKLYN, NY 11218-5605<br>US | 06/14/2024<br>07/05/2024 | $9,914.40<br>$4,384.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DONNAMAX INC** | | **$14,299.20** | |

| 3.279 | DOREL JUVENILE GROUP<br>2525 STATE ST<br>COLUMBUS, IN 47201-7494<br>US | 07/03/2024<br>09/04/2024 | $5,480.00<br>$23,080.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL DOREL JUVENILE GROUP** | | **$28,560.00** | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3.280  DOS AMIGOS INC.
826 ORANGE AVE STE 135
CORONADO, CA 92118-2619
US

| | | |
|---|---|---|
| 07/01/2024 | $996.22 | |
| 07/12/2024 | $17,986.80 | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DOS AMIGOS INC.**      **$18,983.02**

3.281  DOSCHERS CANDIES
6926 MAIN ST
CINCINNATI, OH 45244
US

06/21/2024      $4,322.88

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DOSCHERS CANDIES**      **$4,322.88**

3.282  DOSKOCIL MANUFACTURING COMPANY INC.
1315 W MACARTHUIR RD BLDG 300
WICHITA, KS 67217-2736
US

| | |
|---|---|
| 07/05/2024 | $1,190.40 |
| 07/12/2024 | $28,047.96 |
| 07/19/2024 | $26,995.32 |
| 08/04/2024 | $26,995.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DOSKOCIL MANUFACTURING COMPANY INC.**      **$83,229.00**

3.283  DP AUDIO VIDEO LLC
1001 GAYLEY AVE
LOS ANGELES, CA 90024
US

| | |
|---|---|
| 07/05/2024 | $50,373.24 |
| 07/12/2024 | $277.68 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DP AUDIO VIDEO LLC**      **$50,650.92**

3.284  DPI INC
4156 SOLUTIONS CTR
CHICAGO, IL 60677-4001
US

| | |
|---|---|
| 06/21/2024 | $24,186.00 |
| 07/12/2024 | $3,952.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DPI INC**      **$28,138.00**

3.285  DR PEPPER SNAPPLE GROUP
PO BOX 277237
ATLANTA, GA 30384-7237
US

| | |
|---|---|
| 06/14/2024 | $26,624.40 |
| 07/26/2024 | $34,994.95 |
| 08/09/2024 | $35,010.56 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DR PEPPER SNAPPLE GROUP**      **$96,629.91**

3.286  DREAM HOME NY LLC
112 W 34TH STREET 7TH FL
NEW YORK, NY 10120
US

07/05/2024      $8,677.80

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DREAM HOME NY LLC**      **$8,677.80**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3.287** DREAMGRO ENTERPRISES LLC
16 EAST 34TH STREET
NEW YORK, NY 10016
US

| 08/04/2024 | $6,616.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DREAMGRO ENTERPRISES LLC** **$6,616.80**

---

**3.288** DREAMWEAR INC
183 MADISON AVE
NEW YORK, NY 10016-4501
US

| 06/14/2024 | $17,638.80 |
| 07/26/2024 | $117,934.80 |
| 08/30/2024 | $49,315.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DREAMWEAR INC** **$184,888.80**

---

**3.289** DURACELL DISTRIBUTING INC
28356 NETWORK PLACE
CHICAGO, IL 60673-1356
US

| 06/27/2024 | $30,724.28 |
| 06/28/2024 | $100.00 |
| 07/18/2024 | $68,311.62 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DURACELL DISTRIBUTING INC** **$99,135.90**

---

**3.290** DUTCH VALLEY FOOD DISTRIBUTORS INC
PO BOX 465
MYERSTOWN, PA 17067-0465
US

| 07/05/2024 | $8,079.75 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DUTCH VALLEY FOOD DISTRIBUTORS INC** **$8,079.75**

---

**3.291** DWECK DISTRIBUTION LLC
1801 E. 3RD ST.
BROOKLYN, NY 11223-1936
US

| 07/12/2024 | $17,802.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DWECK DISTRIBUTION LLC** **$17,802.88**

---

**3.292** DYNAMIC DISTRIBUTORS INC
135 CROTTY RD
MIDDLETOWN, NY 10941
US

| 06/14/2024 | $5,306.70 |
| 07/12/2024 | $9,440.00 |
| 08/04/2024 | $26,704.72 |
| 08/09/2024 | $27,022.52 |
| 08/20/2024 | $25,330.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL DYNAMIC DISTRIBUTORS INC** **$93,804.54**

---

**3.293** E&A WORLDWIDE TRADERS INC
4709 30TH ST FL 4
LONG ISLAND CITY, NY 11101
US

| 06/21/2024 | $6,306.00 |
| 07/10/2024 | $14,994.00 |
| 07/15/2024 | $21,911.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL E&A WORLDWIDE TRADERS INC** **$43,211.40**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| 3.294 | E.T. BROWNE DRUG CO INC<br>PO BOX 416131<br>BOSTON, MA 02241-6131<br>US | 07/19/2024 | $12,909.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | **TOTAL E.T. BROWNE DRUG CO INC** | | **$12,909.84** | |

| 3.295 | EAN SERVICES LLC<br>PO BOX 402383<br>ATLANTA, GA 30384-2383<br>US | 09/04/2024 | $1,301.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

| | **TOTAL EAN SERVICES LLC** | | **$1,301.74** | |

| 3.296 | EAST RESOURCE OUTDOOR INC<br>905 CALLE AMANECER, STE. 160<br>SAN CLEMENTE, CA 92673<br>US | 06/21/2024 | $44,539.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | **TOTAL EAST RESOURCE OUTDOOR INC** | | **$44,539.50** | |

| 3.297 | EAST WEST IMPORT EXPORT, INC.<br>2410 E. 38TH ST.<br>VERNON, CA 90058<br>US | 06/28/2024<br>08/15/2024 | $18,171.54<br>$16,997.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | **TOTAL EAST WEST IMPORT EXPORT, INC.** | | **$35,169.30** | |

| 3.298 | EASTERSEALS CENTRAL ALABAMA<br>2185 NORMANDIE DRIVE<br>MONTGOMERY, AL 36111-2728<br>US | 07/12/2024 | $124.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

| | **TOTAL EASTERSEALS CENTRAL ALABAMA** | | **$124.00** | |

| 3.299 | ECLECTIC PRODUCTS INC<br>DRAWER CS 198564<br>ATLANTA, GA 30384-4303<br>US | 08/27/2024 | $6,900.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | **TOTAL ECLECTIC PRODUCTS INC** | | **$6,900.78** | |

| 3.300 | EDGEWOOD PARTNERS INS CTR<br>29545 NETWORK PLACE<br>CHICAGO, IL 60673-1295<br>US | 07/08/2024 | $23,889.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

| | **TOTAL EDGEWOOD PARTNERS INS CTR** | | **$23,889.15** | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

| 3.301 | EDWARD MARC<br>1212 EAST CARSON STREET<br>PITTSBURGH, PA 15203<br>US | 07/05/2024 | $5,092.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL EDWARD MARC** | | **$5,092.20** | |

| 3.302 | EKO GROUP LTD<br>NO.899 SOUTH GUANGZHOUDADAO AVE. HA<br>GUANGZHOU,<br>CN | 06/18/2024<br>07/16/2024 | $1,750.00<br>$4,945.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL EKO GROUP LTD** | | **$6,695.00** | |

| 3.303 | ELF COSMETICS INC<br>570 10TH ST 3RD FLOOR<br>OAKLAND, CA 94607<br>US | 06/14/2024<br>07/26/2024 | $26,370.00<br>$18,288.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ELF COSMETICS INC** | | **$44,658.00** | |

| 3.304 | ELICO LTD<br>230 5TH AVE<br>NEW YORK, NY 10001-7751<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024<br>07/19/2024 | $1,750.00<br>$44,305.30<br>$9,360.00<br>$10,542.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ELICO LTD** | | **$65,957.30** | |

| 3.305 | ELITE COMFORT SOLUTIONS<br>1115 FARRINGTON ST SW<br>CONOVER, NC 28613<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024<br>07/12/2024<br>07/19/2024<br>07/26/2024<br>09/04/2024 | $28,800.00<br>$208,108.12<br>$120,049.34<br>$51,840.00<br>$78,094.92<br>$15,474.24<br>$146,289.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ELITE COMFORT SOLUTIONS** | | **$648,656.28** | |

| 3.306 | ELLEN EXPORTS<br>LAKRI FAZALPUR,MINI BYPASS<br>MORADABAD,<br>IN | 07/16/2024 | $3,404.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL ELLEN EXPORTS** | | **$3,404.80** | |

| 3.307 | ELMORE CO SMALL CLAIMS COURT<br>PO BOX 310<br>WETUMPKA, AL 36092-0006<br>US | 06/14/2024<br>06/21/2024 | $149.31<br>$147.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Garnishment |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | TOTAL ELMORE CO SMALL CLAIMS COURT | **$296.46** | |
|---|---|---|---|---|

**3.308** EMERALD ELECTRONICS
90 DAYTON AVENUE
PASSAIC, NJ 7055
US

| | 09/04/2024 | $1,824.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | TOTAL EMERALD ELECTRONICS | **$1,824.00** |
|---|---|---|---|

**3.309** EMERSON HEALTHCARE
LOCKBOX 510782
PHILADELPHIA, PA 19175-0782
US

| | 06/13/2024 | $13,261.20 |
|---|---|---|
| | 06/20/2024 | $27,989.60 |
| | 06/27/2024 | $15,325.44 |
| | 06/28/2024 | $13,003.92 |
| | 07/03/2024 | $19,241.52 |
| | 07/11/2024 | $6,259.68 |
| | 07/19/2024 | $18,878.92 |
| | 08/01/2024 | $4,965.96 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | TOTAL EMERSON HEALTHCARE | **$118,926.24** |
|---|---|---|---|

**3.310** ENCHANTE ACCESSORIES
4 E 34TH ST
NEW YORK, NY 10016-4333
US

| | 06/14/2024 | $2,408.40 |
|---|---|---|
| | 06/21/2024 | $10,842.60 |
| | 07/12/2024 | $66,124.80 |
| | 07/19/2024 | $75,600.00 |
| | 08/09/2024 | $77,765.06 |
| | 08/23/2024 | $29,861.10 |
| | 09/06/2024 | $3,894.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | TOTAL ENCHANTE ACCESSORIES | **$266,495.96** |
|---|---|---|---|

**3.311** ENCORE TECHNOLOGIES
4620 WESLEY AVE
CINCINNATI, OH 45212-2234
US

| | 06/14/2024 | $9,925.20 |
|---|---|---|
| | 06/21/2024 | $1,405.00 |
| | 06/28/2024 | $55.85 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | | TOTAL ENCORE TECHNOLOGIES | **$11,386.05** |
|---|---|---|---|

**3.312** ENDLESS FUN LLC
714 4TH AVE E
BLOOMINGTON, MN 55438
US

| | 08/04/2024 | $7,996.80 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | TOTAL ENDLESS FUN LLC | **$7,996.80** |
|---|---|---|---|

**3.313** ENERGIZER AUTO SALES INC.
33287 COLLECTION CENTER DR
CHICAGO, IL 60693-0332
US

| | 06/14/2024 | $15,782.76 |
|---|---|---|
| | 06/21/2024 | $7,667.28 |
| | 07/05/2024 | $20,551.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | | | |
|---|---|---|---|
| | **TOTAL ENERGIZER AUTO SALES INC.** | **$44,001.36** | |
| 3.314 ENERGIZER BATTERY<br>23145 NETWORK PL<br>CHICAGO, IL 60673-1231<br>US | 06/13/2024 | $12,829.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ENERGIZER BATTERY** | **$12,829.20** | |
| 3.315 ENGLEWOOD MARKETING GROUP<br>1471 PARTNERSHIP DR<br>GREEN BAY, WI 54304-5685<br>US | 07/19/2024 | $78,918.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ENGLEWOOD MARKETING GROUP** | **$78,918.70** | |
| 3.316 ENVIROSCENT INC<br>PO BOX 300065<br>DULUTH, GA 30096-0300<br>US | 06/28/2024<br>07/19/2024 | $1,300.32<br>$1,300.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ENVIROSCENT INC** | **$2,600.64** | |
| 3.317 ENVOGUE<br>230 5TH AVE STE 1818<br>NEW YORK, NY 10001-7740<br>US | 06/28/2024<br>07/12/2024<br>07/19/2024 | $14,529.12<br>$14,529.12<br>$11,441.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ENVOGUE** | **$40,499.94** | |
| 3.318 EOS PRODUCTS LLC<br>19 W 44TH ST STE 811<br>NEW YORK, NY 10036-5901<br>US | 07/03/2024<br>07/26/2024 | $3,401.20<br>$2,706.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EOS PRODUCTS LLC** | **$6,108.00** | |
| 3.319 EPOCA INTERNATIONAL INC<br>931 CLINT MOORE RD<br>BOCA RATON, FL 33487-2802<br>US | 06/21/2024<br>07/05/2024<br>07/19/2024 | $25,449.00<br>$1,159.20<br>$27,280.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EPOCA INTERNATIONAL INC** | **$53,889.00** | |
| 3.320 ERIN BAKERS<br>427 OHIO STREET<br>BELLINGHAM, WA 98225<br>US | 06/20/2024 | $18,547.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ERIN BAKERS** | **$18,547.20** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3.321 ES ORIGINALS INC
440 9TH AVE
NEW YORK, NY 10001-1620
US

| | 06/17/2024 | $7,755.60 | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL ES ORIGINALS INC | $7,755.60 |
|---|---|

3.322 ESI INTERNATIONAL ENT INC
7801 HAYVENHURST AVE
VAN NUYS, CA 91406-1712
US

| | 06/21/2024 | $4,576.00 | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL ESI INTERNATIONAL ENT INC | $4,576.00 |
|---|---|

3.323 ESTED INDUSTRIES INC
8484 AVENUE DE L
MONTREAL, QC H2P 2R7
CA

| | 06/18/2024 | $18,009.60 | ☐ Secured debt |
| | 07/16/2024 | $15,673.33 | ☐ Unsecured loan repayments |
| | 09/04/2024 | $11,423.46 | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL ESTED INDUSTRIES INC | $45,106.39 |
|---|---|

3.324 ETHICAL PRODUCTS INC
27 FEDERAL PLAZA
BLOOMFIELD, NJ 07003-5636
US

| | 07/05/2024 | $2,703.36 | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL ETHICAL PRODUCTS INC | $2,703.36 |
|---|---|

3.325 EUREKA LLC
14821 NORTHAM ST
LA MIRADA, CA 90638
US

| | 06/28/2024 | $27,073.75 | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL EUREKA LLC | $27,073.75 |
|---|---|

3.326 EURO WARE INC
458 E 101ST ST
BROOKLYN, NY 11236-2106
US

| | 06/28/2024 | $12,499.60 | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL EURO WARE INC | $12,499.60 |
|---|---|

3.327 EVERGREEN USA LLC
380 MOUNTAIN RD UNIT 206
UNION CITY, NJ 07087-7302
US

| | 06/14/2024 | $24,069.60 | ☐ Secured debt |
| | 07/12/2024 | $19,008.00 | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |

| TOTAL EVERGREEN USA LLC | $43,077.60 |
|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

| | | | |
|---|---|---|---|
| 3.328 EVERSTAR MERCHANDISE CO<br>UNIT 12 13 11F HATBOUR CNTR TWR1<br>KOWLOON,<br>CN | 06/18/2024<br>07/23/2024<br>08/15/2024 | $32,418.00<br>$26,455.52<br>$139,657.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL EVERSTAR MERCHANDISE CO** | | **$198,530.62** | |
| 3.329 EXECUTION SALES GROUP LLC<br>916 STREETSIDE LANE<br>ARGYLE, TX 76226-2183<br>US | 06/14/2024<br>07/05/2024 | $4,252.50<br>$3,402.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL EXECUTION SALES GROUP LLC** | | **$7,654.50** | |
| 3.330 F&H INTEGRATED SOLUTIONS LLC<br>1405 N BROAD ST<br>HILLSIDE, NJ 07205-1613<br>US | 09/05/2024 | $5,854.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL F&H INTEGRATED SOLUTIONS LLC** | | **$5,854.66** | |
| 3.331 F&M TOOL PLASTICS INC<br>163 PIONEER DR<br>LEOMINSTER, MA 01453-3499<br>US | 06/14/2024<br>07/05/2024<br>07/26/2024<br>08/15/2024<br>09/04/2024 | $24,136.98<br>$25,156.30<br>$34,445.84<br>$231,685.84<br>$9,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL F&M TOOL PLASTICS INC** | | **$325,074.96** | |
| 3.332 FAF GROOMING<br>1150 KING GEORGES POST ROAD<br>EDISON, NJ 8837<br>US | 07/26/2024 | $8,317.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL FAF GROOMING** | | **$8,317.20** | |
| 3.333 FARMER JON'S POPCORN<br>25-55 PHIL BANKS AVE<br>ROCHESTER, NY 14613<br>US | 06/14/2024<br>06/20/2024<br>07/03/2024 | $23,786.40<br>$15,744.00<br>$31,420.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL FARMER JON'S POPCORN** | | **$70,951.20** | |
| 3.334 FENGTUO INTERNATIONAL (HK) LIMITED<br>UNIT 1002A, TOWER B, HUNGHOM COMMER<br>HONG KONG,<br>CN | 06/18/2024<br>07/02/2024<br>07/09/2024 | $16,306.32<br>$37,379.24<br>$58,040.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL FENGTUO INTERNATIONAL (HK) LIMITED** | | **$111,726.45** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.335 | FERRARA<br>PO BOX 5507<br>CAROL STREAM, IL 60197-5507<br>US | 07/02/2024 | $96,018.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL FERRARA** | | **$96,018.70** | |

| 3.336 | FETCH FOR COOL PETS LLC<br>1407 BROADWAY STE 601<br>NEW YORK, NY 10018-5396<br>US | 06/21/2024 | $111,339.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $258,333.76 | |
| | | 07/05/2024 | $65,040.32 | |
| | | 07/12/2024 | $51,112.10 | |
| | | 07/19/2024 | $561.36 | |
| | | 08/20/2024 | $102,962.94 | |
| | **TOTAL FETCH FOR COOL PETS LLC** | | **$589,349.92** | |

| 3.337 | FGX INTERNATIONAL<br>500 GEORGE WASHINGTON HWY<br>SMITHFIELD, RI 2917<br>US | 07/12/2024 | $12,772.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL FGX INTERNATIONAL** | | **$12,772.00** | |

| 3.338 | FIJI WATER COMPANY LLC<br>11444 W OLYMPIC BLVD 2ND FL<br>LOS ANGELES, CA 90064-1549<br>US | 06/28/2024 | $2,311.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL FIJI WATER COMPANY LLC** | | **$2,311.68** | |

| 3.339 | FILO IMPORT INC<br>885 RUE DES FORGES<br>TERREBONNE, QC J6Y 0J9<br>CA | 06/18/2024 | $2,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 09/04/2024 | $26,276.00 | |
| | **TOTAL FILO IMPORT INC** | | **$29,096.00** | |

| 3.340 | FIRMAS REP LLC DBA PASTAIO<br>322 NORTHPOINT PARKWAY, SE, SUITE H<br>ACWORTH, GA 30102<br>US | 07/12/2024 | $2,128.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL FIRMAS REP LLC DBA PASTAIO** | | **$2,128.68** | |

| 3.341 | FISHER PRICE BRNDS<br>PO BOX 198049<br>ATLANTA, GA 30384-8049<br>US | 06/21/2024 | $1,232.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $3,729.70 | |
| | **TOTAL FISHER PRICE BRNDS** | | **$4,961.70** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.342 | FISHER-PRICE BRANDS MDII<br>11TH FLOOR SOUTH TOWER<br>KOWLOON,<br>HK | 07/09/2024 | $50,094.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FISHER-PRICE BRANDS MDII** | | **$50,094.00** | |

| 3.343 | FLEXON IND<br>ONE FLEXON PLAZA<br>NEWARK, NJ 7114<br>US | 06/21/2024 | $63,826.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FLEXON IND** | | **$63,826.32** | |

| 3.344 | FLOORFOUND, INC.<br>PO BOX 122251<br>DALLAS, TX 75312-2251<br>US | 07/26/2024 | $6,773.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FLOORFOUND, INC.** | | **$6,773.19** | |

| 3.345 | FLY BY NIGHT<br>PLOT NO. 47, SECTOR-27C<br>FARIDABAD,<br>IN | 07/23/2024<br>07/30/2024 | $5,736.64<br>$3,691.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FLY BY NIGHT** | | **$9,428.44** | |

| 3.346 | FMH CONVEYORS<br>PO BOX 71284<br>CHICAGO, IL 60694-1284<br>US | 06/28/2024 | $1,589.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FMH CONVEYORS** | | **$1,589.84** | |

| 3.347 | FOOD CASTLE INC<br>10715 SHOEMAKER AVE<br>SANTA FE SPRINGS, CA 90670<br>US | 06/14/2024<br>06/21/2024<br>08/04/2024 | $4,356.00<br>$5,132.40<br>$59,201.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FOOD CASTLE INC** | | **$68,689.44** | |

| 3.348 | FORBES CANDIES<br>1300 TAYLOR FARM ROAD<br>VIRGINIA BEACH, VA 23453<br>US | 06/21/2024 | $729.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL FORBES CANDIES** | | **$729.60** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

| 3.349 | FOREIGN CANDY COMPANY INC<br>1 FOREIGN CANDY DR<br>HULL, IA 51239-7499<br>US | 06/14/2024 | $5,126.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FOREIGN CANDY COMPANY INC** |  | **$5,126.40** |  |

| 3.350 | FOUR SEASONS GENERAL MDSE INC<br>2801 E VERNON AVE<br>LOS ANGELES, CA 90058-1803<br>US | 07/05/2024<br>07/12/2024<br>08/15/2024<br>09/04/2024 | $17,804.80<br>$2,808.00<br>$8,414.00<br>$16,306.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FOUR SEASONS GENERAL MDSE INC** |  | **$45,332.80** |  |

| 3.351 | FRANCO MFG CO INC<br>21422 NETWORK PL<br>CHICAGO, IL 60673-1214<br>US | 06/21/2024<br>07/12/2024<br>08/15/2024 | $398.00<br>$7,440.00<br>$31,346.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FRANCO MFG CO INC** |  | **$39,184.60** |  |

| 3.352 | FRANKFORD CANDY CO<br>PO BOX 826349<br>PHILADELPHIA, PA 19182-6349<br>US | 07/05/2024<br>08/04/2024<br>09/04/2024 | $3,024.00<br>$5,136.00<br>$1,632.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FRANKFORD CANDY CO** |  | **$9,792.00** |  |

| 3.353 | FRANKLIN CORP<br>PO BOX 569<br>HOUSTON, MS 38851-0569<br>US | 06/14/2024<br>06/21/2024<br>06/28/2024<br>07/05/2024<br>07/19/2024<br>07/26/2024<br>08/21/2024<br>08/23/2024 | $67,599.00<br>$166,544.00<br>$39,887.00<br>$119,661.00<br>$90,132.00<br>$91,949.00<br>$90,132.00<br>$90,132.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FRANKLIN CORP** |  | **$756,036.00** |  |

| 3.354 | FREDS SWIM ACADEMY USA INC<br>3919 30TH STREET<br>SAN DIEGO, CA 92104<br>US | 07/26/2024 | $8,425.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL FREDS SWIM ACADEMY USA INC** |  | **$8,425.20** |  |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.355 | FREE FREE USA INC<br>11256 JERSEY BLVD.<br>RANCHO CUCAMONGA, CA 91730<br>US | 06/28/2024 | $2,843.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL FREE FREE USA INC** | | **$2,843.52** | |

| 3.356 | FUN SWEETS LLC<br>501 103RD AVE N SUITE 100<br>ROYAL PALM BEACH, FL 33411<br>US | 06/14/2024 | $690.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/05/2024 | $1,807.14 | |
| | **TOTAL FUN SWEETS LLC** | | **$2,497.26** | |

| 3.357 | FUSION FURNITURE INC.<br>PO BOX 734183<br>DALLAS, TX 75373-4183<br>US | 06/14/2024 | $208,740.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $168,694.50 | |
| | | 06/28/2024 | $15,548.75 | |
| | | 07/05/2024 | $106,499.50 | |
| | | 07/12/2024 | $242,714.25 | |
| | | 07/19/2024 | $117,518.50 | |
| | | 07/26/2024 | $337,004.00 | |
| | | 08/04/2024 | $70,894.00 | |
| | | 09/04/2024 | $142,705.25 | |
| | **TOTAL FUSION FURNITURE INC.** | | **$1,410,319.00** | |

| 3.358 | FXI INC<br>PO BOX 747067<br>ATLANTA, GA 30374-7067<br>US | 06/14/2024 | $77,778.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $16,464.00 | |
| | | 06/28/2024 | $55,344.00 | |
| | | 07/05/2024 | $68,580.00 | |
| | | 07/12/2024 | $46,832.43 | |
| | | 07/19/2024 | $10,579.20 | |
| | | 08/15/2024 | $61,081.44 | |
| | | 08/23/2024 | $77,665.41 | |
| | **TOTAL FXI INC** | | **$414,324.84** | |

| 3.359 | G A GERTMENIAN & SONS<br>300 W AVENUE 33<br>LOS ANGELES, CA 90031-3503<br>US | 06/14/2024 | $27,108.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL G A GERTMENIAN & SONS** | | **$27,108.00** | |

| 3.360 | G2 BEAUTY INC.<br>1296 EAST 10TH STREET<br>BROOKLYN, NY 11230<br>US | 08/19/2024 | $14,817.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| | **TOTAL G2 BEAUTY INC.** | **$14,817.60** | |

| 3.361 | GALDERMA LABORATORIES LP<br>14501 N FREEWAY<br>FT WORTH, TX 76177-3304<br>US | 06/28/2024 | $5,581.20 | ☐ Secured debt |
| --- | --- | --- | --- | --- |
| | | 07/19/2024 | $1,360.80 | ☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GALDERMA LABORATORIES LP** | **$6,942.00** |
| --- | --- | --- |

| 3.362 | GAM FAMILY USA INC<br>16153 SW 151 ST<br>MIAMI, FL 33196<br>US | 07/05/2024 | $7,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

| | **TOTAL GAM FAMILY USA INC** | **$7,650.00** |
| --- | --- | --- |

| 3.363 | GANDER GROUP<br>PO BOX 4776, #100<br>HOUSTON, TX 77210-4776<br>US | 07/19/2024 | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

| | **TOTAL GANDER GROUP** | **$2,000.00** |
| --- | --- | --- |

| 3.364 | GCE INTERNATIONAL INC<br>1385 BROADWAY<br>NEW YORK, NY 10018-6001<br>US | 06/14/2024 | $6,555.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

| | **TOTAL GCE INTERNATIONAL INC** | **$6,555.00** |
| --- | --- | --- |

| 3.365 | GDB INTERNATIONAL<br>ONE HOME NEWS ROAD<br>NEW BRUNSWICK, NJ 8901<br>US | 07/12/2024 | $48,672.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |

| | **TOTAL GDB INTERNATIONAL** | **$48,672.00** |
| --- | --- | --- |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| 3.366 | GEMMY INDUSTRIES (HK) LIMITED 117 WRANGLER DR STE 100 COPPELL, TX 75019-4711 US | | |
|---|---|---|---|
| | | 06/11/2024 | $93,959.36 |
| | | 06/18/2024 | $18,879.44 |
| | | 07/01/2024 | $237,484.78 |
| | | 07/02/2024 | $7,300.00 |
| | | 07/05/2024 | $107,834.05 |
| | | 07/09/2024 | $10,249.20 |
| | | 07/10/2024 | $29,774.80 |
| | | 07/17/2024 | $45,829.68 |
| | | 07/18/2024 | $62,104.98 |
| | | 07/19/2024 | $19,171.08 |
| | | 07/30/2024 | $86,249.16 |
| | | 08/23/2024 | $379,727.36 |
| | | 08/30/2024 | $52,940.90 |
| | | 09/04/2024 | $59,279.90 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GEMMY INDUSTRIES (HK) LIMITED   $1,210,784.69**

| 3.367 | GEMMY INDUSTRIES CORP 117 WRANGLER DR COPPELL, TX 75201-6203 US | | |
|---|---|---|---|
| | | 07/12/2024 | $5,317.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GEMMY INDUSTRIES CORP   $5,317.60**

| 3.368 | GENERAL MILLS INC PO BOX 714 MINNEAPOLIS, MN 55440-0714 US | | |
|---|---|---|---|
| | | 06/20/2024 | $7,045.40 |
| | | 06/21/2024 | $9,759.55 |
| | | 06/28/2024 | $21,742.20 |
| | | 08/21/2024 | $29,736.36 |
| | | 08/26/2024 | $3,655.85 |
| | | 09/05/2024 | $51,241.04 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GENERAL MILLS INC   $123,180.40**

| 3.369 | GENEVA PRODUCTS 134 ROMINA DRIVE, UNIT #2 VAUGHAN, ON L4K 4Z7 CA | | |
|---|---|---|---|
| | | 07/26/2024 | $1,797.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GENEVA PRODUCTS   $1,797.60**

| 3.370 | GEORGIA PACIFIC CORP ELECTRIC FUNDS TRANSFER CHICAGO, IL 60661-3629 US | | |
|---|---|---|---|
| | | 06/13/2024 | $47,638.40 |
| | | 06/14/2024 | $30,200.32 |
| | | 06/20/2024 | $87,646.40 |
| | | 07/03/2024 | $27,672.32 |
| | | 07/11/2024 | $28,998.40 |
| | | 08/15/2024 | $80,183.68 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL GEORGIA PACIFIC CORP** | | **$302,339.52** |

3.371 GHIRARDELLI CHOCOLATE
PO BOX 202700
DALLAS, TX 75320-2700
US

| | 07/05/2024 | $18,269.18 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GHIRARDELLI CHOCOLATE** | **$18,269.18** |
|---|---|---|

3.372 GHOSTS INC.
6380 WILSHIRE BLVD
LOS ANGELES, CA 90048
US

| 06/21/2024 | $23,486.70 |
|---|---|
| 07/12/2024 | $24,751.20 |
| 07/19/2024 | $12,493.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GHOSTS INC.** | **$60,731.10** |
|---|---|---|

3.373 GIFT WRAP COMPANY
IG DESIGN GROUP-AMERICAS
DALLAS, TX 75312-3698
US

| | 07/12/2024 | $46,637.44 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GIFT WRAP COMPANY** | **$46,637.44** |
|---|---|---|

3.374 GIFTREE CRAFTS CO LTD
NO 50 FAGANG DEVELOPMENT
SHENZHEN GUANGDONG,
CN

| | 09/07/2024 | $205,220.71 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GIFTREE CRAFTS CO LTD** | **$205,220.71** |
|---|---|---|

3.375 GIGGLES INTERNATIONAL LIMITED
ROOM 409 UNIT 11 4F HARBOUR CENTRE
HUNG HOM KOWLOON,
HK

| 06/21/2024 | $122,029.20 |
|---|---|
| 07/12/2024 | $9,535.68 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GIGGLES INTERNATIONAL LIMITED** | **$131,564.88** |
|---|---|---|

3.376 GINA GROUP LLC
10 W 33RD ST STE 312
NEW YORK, NY 10001
US

| | 08/27/2024 | $19,195.50 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GINA GROUP LLC** | **$19,195.50** |
|---|---|---|

3.377 GJ TRADING CO LTD
3S 628 BREME DR W
WARRENVILLE, IL 60555
US

| | 06/21/2024 | $18,335.52 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL GJ TRADING CO LTD** | **$18,335.52** |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

---

3.378 GLOBAL DISTRIBUTORS INC
208 TAMPA STREET
TURLOCK, CA 95382-1046
US

| 06/28/2024 | $77,507.70 |
| 07/05/2024 | $200.00 |
| 07/19/2024 | $23,328.00 |
| 08/21/2024 | $31,754.70 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GLOBAL DISTRIBUTORS INC** — **$132,790.40**

---

3.379 GLOBAL HARVEST FOODS
16000 CHRISTENSEN RD #300
SEATTLE, WA 98188-2967
US

| 06/13/2024 | $40,507.59 |
| 06/14/2024 | $17,667.72 |
| 06/27/2024 | $20,298.21 |
| 07/03/2024 | $18,674.55 |
| 07/25/2024 | $42,633.18 |
| 08/01/2024 | $19,785.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GLOBAL HARVEST FOODS** — **$159,566.25**

---

3.380 GLOBAL USA, INC.
147 LFI COMPLEX LN
LEXINGTON, NC 27292
US

| 06/21/2024 | $12,141.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GLOBAL USA, INC.** — **$12,141.00**

---

3.381 GNC HOLDINGS, LLC
88047 EXPEDITE WAY
CHICAGO, IL 60695
US

| 06/21/2024 | $16,905.25 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GNC HOLDINGS, LLC** — **$16,905.25**

---

3.382 GOETZE'S CANDY INC
3900 E MONUMENT ST
BALTIMORE, MD 21205-2980
US

| 07/19/2024 | $14,517.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GOETZE'S CANDY INC** — **$14,517.60**

---

3.383 GOJO INDUSTRIES
PO BOX 931105
CLEVELAND, OH 44193-0004
US

| 06/28/2024 | $7,988.24 |
| 07/05/2024 | $9,768.16 |
| 07/12/2024 | $13,808.16 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL GOJO INDUSTRIES** — **$31,564.56**

---

3.384 GOLD MEDAL INTERNATIONAL
225 W 37TH STREET 6TH FLOOR
NEW YORK, NY 10018
US

| 06/14/2024 | $7,020.48 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | | | |
|---|---|---|---|
| | **TOTAL GOLD MEDAL INTERNATIONAL** | **$7,020.48** | |

| 3.385 | GOLDEN TADCO INTERNATIONAL CORP.<br>251 HERROD BLVD<br>DAYTON, NJ 8810<br>US | 07/12/2024 | $8,344.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GOLDEN TADCO INTERNATIONAL CORP.** | **$8,344.00** | |

| 3.386 | GOLDEN VENTURES<br>7687 WINTON DR<br>INDIANAPOLIS, IN 46268<br>US | 07/05/2024<br>07/19/2024 | $2,842.80<br>$3,628.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GOLDEN VENTURES** | **$6,471.60** | |

| 3.387 | GOOD2GROW<br>PO BOX 731866<br>DALLAS, TX 75373-1866<br>US | 07/05/2024 | $13,131.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GOOD2GROW** | **$13,131.72** | |

| 3.388 | GOODFIBERS LLC<br>PO BOX 19128<br>PHOENIX, AZ 85005-9128<br>US | 06/11/2024 | $2,296.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GOODFIBERS LLC** | **$2,296.00** | |

| 3.389 | GORDON BROTHERS COMMERCIAL & INDUST<br>800 BOYLSTON STREET, 27TH FLOOR<br>BOSTON, MA 2199<br>US | 06/18/2024<br>09/05/2024 | $9,374.40<br>$102,704.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GORDON BROTHERS COMMERCIAL & INDUST** | **$112,079.01** | |

| 3.390 | GORILLA GLUE COMPANY INC<br>2101 E KEMPER RD<br>CINCINNATI, OH 45227-2118<br>US | 06/20/2024<br>06/27/2024<br>07/03/2024<br>07/26/2024 | $100.00<br>$10,047.76<br>$15,308.42<br>$12,613.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GORILLA GLUE COMPANY INC** | **$38,069.74** | |

| 3.391 | GOT SNACKS LLC<br>1356 BROADWAY 6TH FL<br>NEW YORK, NY 10018-7300<br>US | 07/12/2024 | $12,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL GOT SNACKS LLC** | **$12,900.00** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.392 | GOURMET HOME PRODUCTS LLC<br>347 5TH AVE STE 204<br>NEW YORK, NY 10016-5010<br>US | 06/21/2024 | $47,587.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $115,729.80 | |
| | | 07/05/2024 | $66,675.60 | |
| | | 07/12/2024 | $101,797.80 | |
| | | 07/19/2024 | $40,320.00 | |
| | | 07/26/2024 | $80,216.90 | |
| | | 09/04/2024 | $103.00 | |
| | **TOTAL GOURMET HOME PRODUCTS LLC** | | **$452,431.00** | |

| 3.393 | GOURMET INTERNATIONAL INC<br>6605 BROADMOOR AVE SE<br>CALEDONIA, MI 49316-9511<br>US | 06/27/2024 | $9,048.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/12/2024 | $5,670.00 | |
| | **TOTAL GOURMET INTERNATIONAL INC** | | **$14,718.00** | |

| 3.394 | GRAHAM COMPANY LTD<br>6 WANG CHIU RD<br>KOWLOON BAY,<br>HK | 06/25/2024 | $4,233.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/16/2024 | $4,107.60 | |
| | **TOTAL GRAHAM COMPANY LTD** | | **$8,341.20** | |

| 3.395 | GRAINGER<br>DEPT 802239012<br>PALATINE, IL 60038-0001<br>US | 06/14/2024 | $1,969.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 06/28/2024 | $270.60 | |
| | | 07/05/2024 | $313.16 | |
| | | 07/12/2024 | $3,079.24 | |
| | **TOTAL GRAINGER** | | **$5,632.64** | |

| 3.396 | GRAND ART FURNITURE CO LTD<br>D17 ST MY PHUOC I INDUSTRIAL PARK<br>BEN CAT DIST,<br>VN | 06/11/2024 | $93,620.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/18/2024 | $63,345.00 | |
| | | 07/02/2024 | $64,046.50 | |
| | | 07/09/2024 | $38,856.50 | |
| | | 07/16/2024 | $36,190.00 | |
| | | 07/23/2024 | $13,867.50 | |
| | | 07/30/2024 | $13,867.50 | |
| | **TOTAL GRAND ART FURNITURE CO LTD** | | **$323,793.75** | |

| 3.397 | GRANT AND BOWMAN INC<br>345 N MAPLE DR STE 190<br>BEVERLY HILLS, CA 90210-5197<br>US | 07/26/2024 | $1,760.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GRANT AND BOWMAN INC** | | **$1,760.80** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.398**  GRAYBAR
PO BOX 403052
ATLANTA, GA 30384-3052
US

07/12/2024 — $234.09

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL GRAYBAR**  **$234.09**

**3.399**  GREAT BUY PRODUCTS
2034 EAST 27TH STREET
VERNON, CA 90058
US

06/14/2024 — $2,106.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GREAT BUY PRODUCTS**  **$2,106.00**

**3.400**  GREAT LAKES WHOLESALE
16410 S JOHN LANE CROSSING
LOCKPORT, IL 60441
US

07/12/2024 — $13,188.80

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GREAT LAKES WHOLESALE**  **$13,188.80**

**3.401**  GREAT WORLD INC-LETTER OF CREDIT
RM 1 FLRSS NO 37 CHONG DE11TH RD
TAICHUNG CITY,
TW

08/20/2024 — $133,207.20
08/27/2024 — $123,870.96

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GREAT WORLD INC-LETTER OF CREDIT**  **$257,078.16**

**3.402**  GRIP ON TOOLS
4628 AMASH INDUSTRIAL DR
WAYLAND, MI 49348-9789
US

08/27/2024 — $2,208.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GRIP ON TOOLS**  **$2,208.00**

**3.403**  GROUPE SEB USA
5 WOOD HOLLOW RD
PARSIPPANY, NJ 7054
US

08/15/2024 — $17,438.34

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GROUPE SEB USA**  **$17,438.34**

**3.404**  GURUNANDA LLC
560 W LAMBERT RD STE B
BREA, CA 92821-3945
US

06/14/2024 — $13,574.40
06/28/2024 — $9,654.72
07/12/2024 — $15,864.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL GURUNANDA LLC**  **$39,093.12**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.405 | HACCHE USA RETAIL LIMITED DBA GINGE<br>UNIT B4<br>GLOUCESTERSHIRE,<br>GB | 08/15/2024<br>08/22/2024<br>08/29/2024 | $86.40<br>$9,882.39<br>$251.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HACCHE USA RETAIL LIMITED DBA GINGE | | $10,220.07 | |

| 3.406 | HAIN CELESTIAL GROUP INC<br>15497 COLLECTION CTR DR<br>CHICAGO, IL 60693-0154<br>US | 06/21/2024<br>06/28/2024<br>08/20/2024 | $19,344.74<br>$14,162.80<br>$13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HAIN CELESTIAL GROUP INC | | $47,007.54 | |

| 3.407 | HALEON US SERVICES INC.<br>PO BOX 640067<br>PITTSBURGH, PA 15264-0067<br>US | 07/03/2024 | $95,162.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HALEON US SERVICES INC. | | $95,162.37 | |

| 3.408 | HALLMART COLLECTIBLES INC<br>11684 VENTURE BLVD STE 953<br>STUDIO CITY, CA 91604-2699<br>US | 07/05/2024 | $54,827.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HALLMART COLLECTIBLES INC | | $54,827.84 | |

| 3.409 | HAMILTON BEACH/PROCTOR SILEX<br>PO BOX 602762<br>CHARLOTTE, NC 28260-2762<br>US | 06/14/2024<br>06/28/2024<br>07/19/2024<br>08/15/2024<br>08/21/2024 | $31,819.00<br>$33,786.98<br>$6,285.60<br>$18,803.88<br>$42,911.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HAMILTON BEACH/PROCTOR SILEX | | $133,606.82 | |

| 3.410 | HAMPTON PRODUCTS INTL CORP<br>50 ICON<br>FOOTHILL RANCH, CA 92610-3000<br>US | 06/14/2024<br>07/19/2024 | $4,207.12<br>$2,366.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HAMPTON PRODUCTS INTL CORP | | $6,574.00 | |

| 3.411 | HANGZHOU UNION DECO CO.,LTD<br>11TH/F, BUILD A, HUAXING PIONEER BL<br>HANGZHOU,<br>CN | 06/18/2024 | $2,698.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | TOTAL HANGZHOU UNION DECO CO.,LTD | | $2,698.08 | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.412 | HAPPY TAILS<br>1931 E. MILLS AVE<br>EL PASO, TX 79901-1928<br>US | 07/12/2024 | $40,086.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HAPPY TAILS** | | **$40,086.48** | |

| 3.413 | HARIBO OF AMERICA INC<br>28815 NETWORK PLACE<br>CHICAGO, IL 60673-1288<br>US | 06/21/2024<br>07/03/2024 | $1,118.00<br>$14,459.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HARIBO OF AMERICA INC** | | **$15,577.20** | |

| 3.414 | HARTZ MOUNTAIN CORP<br>14971 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0149<br>US | 06/20/2024<br>07/03/2024<br>07/25/2024 | $33,091.65<br>$40,486.76<br>$24,244.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HARTZ MOUNTAIN CORP** | | **$97,823.27** | |

| 3.415 | HARVEST HILL BEVERAGE COMPANY<br>1 HIGH RIDGE PARK<br>STAMFORD, CT 06905-1329<br>US | 09/04/2024 | $15,912.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HARVEST HILL BEVERAGE COMPANY** | | **$15,912.00** | |

| 3.416 | HASKEL TRADING<br>PO BOX 128<br>CEDARHURST, NY 11516<br>US | 08/26/2024 | $36,907.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HASKEL TRADING** | | **$36,907.53** | |

| 3.417 | HAWKER POWERSOURCE INC<br>PO BOX 601164<br>CHARLOTTE, NC 28260-1164<br>US | 07/12/2024 | $103,997.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HAWKER POWERSOURCE INC** | | **$103,997.88** | |

| 3.418 | HDS TRADING CORP<br>1575 JERSEY AVE<br>NORTH BRUNSWICK, NJ 08902-1609<br>US | 06/14/2024<br>06/21/2024<br>07/19/2024<br>07/26/2024<br>08/15/2024<br>09/04/2024 | $5,474.00<br>$13,611.00<br>$9,675.00<br>$97,817.64<br>$11,624.10<br>$22,985.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HDS TRADING CORP** | | **$161,186.84** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.419 | HEARTHMARK LLC<br>PO BOX 745721<br>ATLANTA, GA 30374-5721<br>US | 06/14/2024<br>07/19/2024<br>08/04/2024 | $16,978.32<br>$16,081.80<br>$18,451.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HEARTHMARK LLC** | | **$51,511.92** | |

| 3.420 | HEARTLAND FOOD PRODUCTS GROUP<br>14300 CLAY TERRACE BLVD STE 249<br>CARMEL, IN 46032-3636<br>US | 06/14/2024<br>07/05/2024 | $1,907.20<br>$2,201.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HEARTLAND FOOD PRODUCTS GROUP** | | **$4,108.80** | |

| 3.421 | HEBEI CHUIHUA CASTING CO LTD<br>NORTH OF ZHIZHAO RD GENGQIANSI VILL<br>XINJI HEBEI,<br>CN | 08/30/2024 | $14,976.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HEBEI CHUIHUA CASTING CO LTD** | | **$14,976.16** | |

| 3.422 | HEEMBLOEMEX DECO B.V. TRADING AS HB<br>HERENWEG 100<br>NOORDWIJK,<br>NL | 07/23/2024 | $20,800.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HEEMBLOEMEX DECO B.V. TRADING AS HB** | | **$20,800.29** | |

| 3.423 | HEINZ NORTH AMERICA<br>22541 NETWORK PLACE<br>CHICAGO, IL 60673-1225<br>US | 06/21/2024<br>06/28/2024<br>07/03/2024<br>07/19/2024<br>07/26/2024<br>08/15/2024<br>08/16/2024<br>08/22/2024<br>09/04/2024 | $4,668.00<br>$1,495.68<br>$5,106.48<br>$12,441.00<br>$3,783.00<br>$7,273.80<br>$37,535.76<br>$14,461.44<br>$8,582.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HEINZ NORTH AMERICA** | | **$95,347.56** | |

| 3.424 | HELEN OF TROY LP<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912-1150<br>US | 06/14/2024<br>07/19/2024 | $1,657.75<br>$1,259.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HELEN OF TROY LP** | | **$2,916.78** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.425 | HELLENIC TREASURES, LLC<br>PO BOX 412<br>LEVITTOWN, NY 11756<br>US | 06/21/2024 | $6,790.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HELLENIC TREASURES, LLC** | | **$6,790.56** | |

| 3.426 | HELLO TO GREEN, LLC<br>5578 BANDINI BLVD<br>BELL, CA 90201<br>US | 07/19/2024<br>08/15/2024 | $78,942.96<br>$17,415.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HELLO TO GREEN, LLC** | | **$96,358.56** | |

| 3.427 | HENKEL CORP<br>15805 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0158<br>US | 07/19/2024 | $590.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HENKEL CORP** | | **$590.40** | |

| 3.428 | HENKEL CORPORATION<br>1 HENKEL WAY<br>ROCKY HILL, CT 06067-3581<br>US | 06/28/2024<br>07/11/2024<br>07/17/2024<br>07/18/2024 | $70,039.02<br>$63,688.98<br>$58,674.13<br>$56,434.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HENKEL CORPORATION** | | **$248,836.17** | |

| 3.429 | HERITAGE HOME FASHIONS INC.<br>150-5000 JEAN TALON STREET WEST<br>MONTREAL, QC H4P 1W9<br>CA | 06/18/2024 | $37,090.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HERITAGE HOME FASHIONS INC.** | | **$37,090.20** | |

| 3.430 | HERR FOODS INC<br>20 HERR DR<br>NOTTINGHAM, PA 19362<br>US | 06/14/2024<br>06/21/2024<br>08/26/2024 | $38,206.50<br>$6,486.48<br>$6,486.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HERR FOODS INC** | | **$51,179.46** | |

| 3.431 | HERSHEY CHOCOLATE CO<br>PO BOX 640227<br>PITTSBURGH, PA 15264-0227<br>US | 07/19/2024<br>08/13/2024<br>08/26/2024 | $25,346.95<br>$12,368.60<br>$20,097.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL HERSHEY CHOCOLATE CO** | | **$57,813.05** | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

| 3.432 | HERSHEY COMPANY<br>19 E CHOCOLATE AVE<br>HERSHEY, PA 17033-1314<br>US | 09/05/2024 | $117,478.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | **TOTAL HERSHEY COMPANY** | | **$117,478.53** | |

| 3.433 | HERSHEY SALTY-DOTS PRETZELS LLC<br>PO BOX 809072<br>CHICAGO, IL 60680-9072<br>US | 08/22/2024 | $30,336.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | **TOTAL HERSHEY SALTY-DOTS PRETZELS LLC** | | **$30,336.00** | |

| 3.434 | HFC PRESTIGE INTERNATIONAL US LLC<br>28740 NETWORK PLACE<br>CHICAGO, IL 60673-1287<br>US | 06/13/2024 | $3,072.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 07/25/2024 | $4,703.52 | |
| | **TOTAL HFC PRESTIGE INTERNATIONAL US LLC** | | **$7,776.00** | |

| 3.435 | HGM LIFTPARTS INC<br>PO BOX 1139<br>MOODY, AL 35040-1139<br>US | 07/05/2024 | $751.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
|---|---|---|---|---|
| | | 07/12/2024 | $1,579.18 | |
| | **TOTAL HGM LIFTPARTS INC** | | **$2,330.90** | |

| 3.436 | HHC USA CORP.<br>1008 S. BALDWIN AVE<br>ARCADIA, CA 91007<br>US | 07/12/2024 | $48,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 07/19/2024 | $130,926.00 | |
| | | 07/26/2024 | $64,260.00 | |
| | | 08/04/2024 | $41,463.00 | |
| | | 08/27/2024 | $48,000.00 | |
| | **TOTAL HHC USA CORP.** | | **$332,649.00** | |

| 3.437 | HIGHLINE AFTERMARKET LLC<br>PO BOX 74008910<br>CHICAGO, IL 60674-8910<br>US | 06/14/2024 | $5,346.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 06/28/2024 | $9,324.00 | |
| | **TOTAL HIGHLINE AFTERMARKET LLC** | | **$14,670.00** | |

| 3.438 | HILCO WHOLESALE SOLUTIONS LLC<br>5 REVERE DR #206<br>NORTHBROOK, IL 60062-8014<br>US | 06/28/2024 | $17,619.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 07/05/2024 | $19,355.17 | |
| | **TOTAL HILCO WHOLESALE SOLUTIONS LLC** | | **$36,974.89** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.439 | HILYER SERVICES INC.. PO BOX 606 MILLBROOK, AL 36054-0012 US | 06/14/2024 | $125.00 | ☐ Secured debt |
| | | 06/21/2024 | $125.00 | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | 07/05/2024 | $440.00 | ☑ Services |
| | | 07/12/2024 | $350.00 | ☐ Other _____ |

| | **TOTAL HILYER SERVICES INC..** | | **$1,040.00** | |
| --- | --- | --- | --- | --- |

| 3.440 | HINT INCORPORATED PO BOX 734571 CHICAGO, IL 60673-4571 US | 07/19/2024 | $12,960.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

| | **TOTAL HINT INCORPORATED** | | **$12,960.00** | |
| --- | --- | --- | --- | --- |

| 3.441 | HJ HOME 29 WEST 36TH STREET NEW YORK, NY 10018 US | 06/28/2024 | $8,682.00 | ☐ Secured debt |
| | | 07/05/2024 | $250.00 | ☐ Unsecured loan repayments ☑ Suppliers or vendors |
| | | 07/19/2024 | $6,501.60 | ☐ Services ☐ Other _____ |

| | **TOTAL HJ HOME** | | **$15,433.60** | |
| --- | --- | --- | --- | --- |

| 3.442 | HOME DYNAMIX LLC 100 PORETE AVE NORTH ARLINGTON, NJ 07031-5418 US | 06/14/2024 | $4,062.60 | ☐ Secured debt ☐ Unsecured loan repayments |
| | | 08/15/2024 | $1,461.24 | ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

| | **TOTAL HOME DYNAMIX LLC** | | **$5,523.84** | |
| --- | --- | --- | --- | --- |

| 3.443 | HOME ESSENTIALS & BEYOND INC 200 THEODORE CONRAD DR JERSEY CITY, NJ 07305-4616 US | 06/21/2024 | $5,022.00 | ☐ Secured debt |
| | | 06/28/2024 | $29,762.80 | ☐ Unsecured loan repayments ☑ Suppliers or vendors |
| | | 07/05/2024 | $23,551.10 | ☐ Services |
| | | 07/12/2024 | $31,371.90 | ☐ Other _____ |
| | | 07/19/2024 | $23,603.40 | |
| | | 08/09/2024 | $84,742.20 | |
| | | 08/30/2024 | $8,648.20 | |

| | **TOTAL HOME ESSENTIALS & BEYOND INC** | | **$206,701.60** | |
| --- | --- | --- | --- | --- |

| 3.444 | HOME EXPRESSIONS INC 195 RARITAN CENTER PKWY EDISON, NJ 08837-3650 US | 07/05/2024 | $2,714.58 | ☐ Secured debt ☐ Unsecured loan repayments |
| | | 08/02/2024 | $18,345.48 | ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

| | **TOTAL HOME EXPRESSIONS INC** | | **$21,060.06** | |
| --- | --- | --- | --- | --- |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.445 | HOME FASHIONS INT'L<br>418 CHANDLER DR<br>GAFFNEY, SC 29340<br>US | 06/14/2024 | $44,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $124,255.15 | |
| | | 07/05/2024 | $33,312.00 | |
| | | 07/12/2024 | $3,076.50 | |
| | | 08/04/2024 | $36,718.14 | |
| | **TOTAL HOME FASHIONS INT'L** | | **$241,521.79** | |

| 3.446 | HOME MERIDIAN GROUP LLC<br>PO BOX 743807<br>ATLANTA, GA 30374-3807<br>US | 06/21/2024 | $19,701.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $131,457.00 | |
| | | 07/05/2024 | $37,230.00 | |
| | | 07/12/2024 | $36,210.00 | |
| | | 07/19/2024 | $131,457.00 | |
| | | 07/26/2024 | $112,332.00 | |
| | | 08/27/2024 | $132,543.00 | |
| | **TOTAL HOME MERIDIAN GROUP LLC** | | **$600,930.00** | |

| 3.447 | HOME WEAVERS INC<br>23 ROOSEVELT AVE<br>SOMERSET, NJ 8873<br>US | 06/21/2024 | $7,344.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL HOME WEAVERS INC** | | **$7,344.00** | |

| 3.448 | HOMELEGANCE, INC<br>48200 FREMONT BLVD<br>FREMONT, CA 94538<br>US | 06/21/2024 | $46,390.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $29,950.00 | |
| | | 07/05/2024 | $2,737.00 | |
| | **TOTAL HOMELEGANCE, INC** | | **$79,077.00** | |

| 3.449 | HOMETOWN FOOD COMPANY<br>PO BOX 776731<br>CHICAGO, IL 60677-6731<br>US | 08/26/2024 | $24,363.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL HOMETOWN FOOD COMPANY** | | **$24,363.36** | |

| 3.450 | HONGKONG GMS INTL CO LTD<br>8TH FLR TIANXIN BLDG<br>NANTONG JIANGSU,<br>CN | 06/14/2024 | $179,855.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/21/2024 | $132,202.93 | |
| | | 07/12/2024 | $46,022.79 | |
| | | 07/19/2024 | $109,336.56 | |
| | | 08/09/2024 | $112,273.87 | |
| | | 08/30/2024 | $51,296.34 | |
| | | 09/07/2024 | $176,567.36 | |
| | **TOTAL HONGKONG GMS INTL CO LTD** | | **$807,555.62** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.451 HOOVER COMPANY**
62481 COLLECTON CENTER DR
CHICAGO, IL 60693-0624
US

| | |
|---|---|
| 06/21/2024 | $61,994.97 |
| 06/28/2024 | $143,953.80 |
| 07/19/2024 | $179,037.18 |
| 07/26/2024 | $37,372.42 |
| 08/21/2024 | $10,229.78 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HOOVER COMPANY**  **$432,588.15**

**3.452 HORIZON BEAUTY GROUP, LLC**
1010 NORTHERN BLVD
GREAT NECK, NY 11021
US

| | |
|---|---|
| 08/21/2024 | $7,889.00 |
| 09/05/2024 | $14,460.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HORIZON BEAUTY GROUP, LLC**  **$22,349.00**

**3.453 HORMEL FOODS CORP**
1 HORMEL PL
AUSTIN, MN 55912-3680
US

| | |
|---|---|
| 07/05/2024 | $3,024.00 |
| 07/11/2024 | $45,233.92 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HORMEL FOODS CORP**  **$48,257.92**

**3.454 HOSTESS BRANDS LLC**
PO BOX 873005
KANSAS CITY, MO 64187
US

| | |
|---|---|
| 06/14/2024 | $8,556.04 |
| 07/05/2024 | $17,346.88 |
| 07/12/2024 | $9,369.46 |
| 08/04/2024 | $14,745.84 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HOSTESS BRANDS LLC**  **$50,018.22**

**3.455 HT TECH LLC**
1407 BROADWAY
NEW YORK, NY 10018
US

| | |
|---|---|
| 06/21/2024 | $2,639.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HT TECH LLC**  **$2,639.40**

**3.456 HUHTAMAKI**
9640 COMMERCE DR STE 410
CARMEL, IN 46032-7638
US

| | |
|---|---|
| 07/12/2024 | $44,397.36 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HUHTAMAKI**  **$44,397.36**

**3.457 HURSAN**
HURSAN TEKSTIL
DENIZLI,
TR

| | |
|---|---|
| 07/09/2024 | $15,561.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HURSAN**  **$15,561.00**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3.458  HYBRID APPAREL
PO BOX 912150
DENVER, CO 80291-2150
US

| 07/12/2024 | $134,948.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HYBRID APPAREL**  **$134,948.40**

3.459  HYPERCEL CORPORATION
28385 CONSTELLATION RD
VALENCIA, CA 91355
US

| 07/05/2024 | $4,524.00 |
| 07/26/2024 | $21,469.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL HYPERCEL CORPORATION**  **$25,993.20**

3.460  I AND LOVE AND YOU
PO BOX 978635
CAROL STREAM, IL 60197
US

| 06/14/2024 | $17,229.28 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL I AND LOVE AND YOU**  **$17,229.28**

3.461  I HEALTH INC
55 SEBETHE DR
CROMWELL, CT 06416-1054
US

| 07/05/2024 | $3,729.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL I HEALTH INC**  **$3,729.60**

3.462  I WORLD LLC
PO BOX 88926
CHICAGO, IL 60695-1926
US

| 06/21/2024 | $36,055.20 |
| 06/28/2024 | $2,964.00 |
| 07/19/2024 | $2,548.80 |
| 07/26/2024 | $14,106.52 |
| 08/16/2024 | $22,517.70 |
| 08/30/2024 | $15,636.72 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL I WORLD LLC**  **$93,828.94**

3.463  ICELANDIC GLACIAL
6080 W. CENTER DRIVE, SUITE 550
LOS ANGELES, CA 90045
US

| 08/04/2024 | $11,608.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ICELANDIC GLACIAL**  **$11,608.80**

3.464  IDAHOAN FOODS LLC
PO BOX 52280
IDAHO FALLS, ID 83405-2280
US

| 06/27/2024 | $5,800.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL IDAHOAN FOODS LLC**  **$5,800.32**

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| 3.465 | IDEA NUOVA INC 302 FIFTH AVE NEW YORK, NY 10001-3604 US | | |
|---|---|---|---|
| | 06/14/2024 | $32,295.90 | ☐ Secured debt |
| | 06/21/2024 | $36,251.52 | ☐ Unsecured loan repayments |
| | 06/28/2024 | $3,549.00 | ☑ Suppliers or vendors |
| | 07/05/2024 | $44,252.30 | ☐ Services ☐ Other _____ |

**TOTAL IDEA NUOVA INC** — **$116,348.72**

| 3.466 | IDEA SOURCE MARKETING, INC. 15250 NELSON AVE EAST CITY OF INDUSTRY, CA 91744 US | | |
|---|---|---|---|
| | 06/14/2024 | $6,968.50 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

**TOTAL IDEA SOURCE MARKETING, INC.** — **$6,968.50**

| 3.467 | IDEAVILLAGE CORP WAYNE PLAZA 11 155 ROUTE 46 FL 4TH WAYNE, NJ 07470-6831 US | | |
|---|---|---|---|
| | 06/21/2024 | $1,200.00 | ☐ Secured debt ☐ Unsecured loan repayments |
| | 07/12/2024 | $1,200.00 | ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

**TOTAL IDEAVILLAGE CORP WAYNE PLAZA 11** — **$2,400.00**

| 3.468 | IG DESIGN GROUP AMERICAS INC 265 INDUSTRIAL BLVD MIDWAY, GA 31320-5200 US | | |
|---|---|---|---|
| | 07/12/2024 | $4,745.28 | ☐ Secured debt |
| | 08/04/2024 | $6,652.40 | ☐ Unsecured loan repayments |
| | 08/04/2024 | $4,378.20 | ☑ Suppliers or vendors |
| | 08/30/2024 | $14,346.84 | ☐ Services ☐ Other _____ |

**TOTAL IG DESIGN GROUP AMERICAS INC** — **$30,122.72**

| 3.469 | IJK LTD UNIT A 7TH FL SUMMIT BLDG KOWLOON, HK | | |
|---|---|---|---|
| | 07/23/2024 | $80,948.82 | ☐ Secured debt ☐ Unsecured loan repayments |
| | 07/30/2024 | $34,025.74 | ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

**TOTAL IJK LTD** — **$114,974.56**

| 3.470 | IKO IMPORTS LLC 313 5TH AVE NEW YORK, NY 10016 US | | |
|---|---|---|---|
| | 06/21/2024 | $1,525.00 | ☐ Secured debt ☐ Unsecured loan repayments |
| | 06/28/2024 | $1,505.00 | ☑ Suppliers or vendors |
| | 07/12/2024 | $2,134.00 | ☐ Services ☐ Other _____ |

**TOTAL IKO IMPORTS LLC** — **$5,164.00**

| 3.471 | IMAGININGS 3 INC 6401 W GROSS POINT RD NILES, IL 60714-4507 US | | |
|---|---|---|---|
| | 06/28/2024 | $8,500.80 | ☐ Secured debt ☐ Unsecured loan repayments |
| | 07/26/2024 | $7,652.88 | ☑ Suppliers or vendors ☐ Services ☐ Other _____ |

**TOTAL IMAGININGS 3 INC** — **$16,153.68**

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

| 3.472 | IMPACT ABSORBENTS INC.. 5255 TRAFFIC WAY ATASCADERO, CA 93422-7221 US | 07/26/2024 | $858.61 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL IMPACT ABSORBENTS INC..**  $858.61

| 3.473 | IN HOME INDUSTRIAL CO LTD NO 51 N FRIENDSHIP RD TIANJIN, CN | 06/11/2024 06/25/2024 07/23/2024 07/30/2024 | $22,438.70 $1,454.88 $1,143.12 $7,743.40 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL IN HOME INDUSTRIAL CO LTD**  $32,780.10

| 3.474 | INDECOR INC 34 W 33RD ST 2ND FL NEW YORK, NY 10001-3304 US | 06/21/2024 07/05/2024 07/19/2024 07/26/2024 08/30/2024 09/07/2024 | $949.20 $1,981.00 $168,374.20 $48,353.60 $202,415.60 $122,722.40 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL INDECOR INC**  $544,796.00

| 3.475 | INDO COUNT INDUSTRIES LIMITED 301 ARCADIA 3RD FL NARIMAN POINT MUMBAI MAHARASHTRA, 400021 IN | 06/14/2024 07/26/2024 08/02/2024 08/30/2024 | $17,183.86 $9,601.04 $744.12 $49,647.70 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL INDO COUNT INDUSTRIES LIMITED**  $77,176.72

| 3.476 | INERTIA INTERNATIONAL A-30 NOIDA, IN | 07/23/2024 | $40,659.81 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL INERTIA INTERNATIONAL**  $40,659.81

| 3.477 | INFOARMOR INC DEPT 3189 PO BOX 123189 DALLAS, TX 75312-3189 US | 06/14/2024 07/12/2024 08/15/2024 | $270.25 $271.94 $356.90 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other _____ |
|---|---|---|---|---|

**TOTAL INFOARMOR INC**  $899.09

| 3.478 | INKOLOGY LLC 1585 WEST MISSION BLVD. POMONA, CA 91766 US | 06/21/2024 | $58,355.60 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | TOTAL INKOLOGY LLC | **$58,355.60** |

**3.479** INMOCEAN GROUP LLC
PO BOX 712674
PHILADELPHIA, PA 19171-2674
US

| | 06/21/2024 | $14,898.60 |
| | 06/28/2024 | $5,088.60 |
| | 07/12/2024 | $1,231.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INMOCEAN GROUP LLC | **$21,218.40** |

**3.480** INNOVENT
309 ASH ST
COCHRAN, GA 31014
US

| | 08/26/2024 | $7,435.44 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INNOVENT | **$7,435.44** |

**3.481** INS & OUTS POTTERY DBA URBAN TRENDS
2652 E 45TH ST
VERNON, CA 90058
US

| | 07/19/2024 | $4,459.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INS & OUTS POTTERY DBA URBAN TRENDS | **$4,459.50** |

**3.482** INTCO INTERNATIONAL (HK) CO LIMITED
16TH FLOOR,TOWER 2,THE GATEWAY,HARB
HONG KONG,
CN

| | 06/25/2024 | $11,807.04 |
| | 07/23/2024 | $39,544.82 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INTCO INTERNATIONAL (HK) CO LIMITED | **$51,351.86** |

**3.483** INTELLIGRATED SYSTEMS LLC
16996 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0169
US

| | 06/14/2024 | $1,611.22 |
| | 06/21/2024 | $272.83 |
| | 06/28/2024 | $1,946.63 |
| | 07/05/2024 | $843.48 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | TOTAL INTELLIGRATED SYSTEMS LLC | **$4,674.16** |

**3.484** INTERDESIGN INC
PO BOX 39606.......................
SOLON, OH 44139-4380
US

| | 06/14/2024 | $34,199.90 |
| | 06/21/2024 | $681.21 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INTERDESIGN INC | **$34,881.11** |

**3.485** INTERNATIONAL WHOLESALE INC
4000 ALLEN RD
ALLEN PARK, MI 48101-2756
US

| | 07/05/2024 | $12,480.00 |
| | 08/26/2024 | $47,449.08 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | TOTAL INTERNATIONAL WHOLESALE INC | **$59,929.08** |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| 3.486 | INTERSELL VENTURES LLC<br>1 HARMON MEADOW BLVD.<br>SECAUCUS, NJ 7094<br>US | 06/14/2024 | $3,312.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/05/2024 | $2,270.70 | |

|  |  | **TOTAL INTERSELL VENTURES LLC** | **$5,582.70** |  |
|---|---|---|---|---|

| 3.487 | INTEX DEVELOPMENT COMPANY LIMITED<br>9F EVERBRIGHT CENTRE 108 GLOUCESTER<br>WANCHAI,<br>HK | 07/30/2024 | $4,475.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  |  | **TOTAL INTEX DEVELOPMENT COMPANY LIMITED** | **$4,475.52** |  |
|---|---|---|---|---|

| 3.488 | IOVATE HEALTH SCIENCES USA INC<br>39988 TREASURY CENTER<br>CHICAGO, IL 60694-9900<br>US | 06/14/2024 | $17,558.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/19/2024 | $23,303.88 | |

|  |  | **TOTAL IOVATE HEALTH SCIENCES USA INC** | **$40,862.64** |  |
|---|---|---|---|---|

| 3.489 | IRIS USA INC<br>13423 W CACTUS RD<br>SURPRISE, AZ 85379-9231<br>US | 07/12/2024 | $18,717.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  |  | **TOTAL IRIS USA INC** | **$18,717.44** |  |
|---|---|---|---|---|

| 3.490 | J&V BRANDS INC<br>3042 AVENUE U<br>BROOKLYN, NY 11229<br>US | 07/05/2024 | $2,574.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $5,531.04 | |

|  |  | **TOTAL J&V BRANDS INC** | **$8,105.04** |  |
|---|---|---|---|---|

| 3.491 | JA-RU INC<br>12901 FLAGLER CENTER BLVD<br>JACKSONVILLE, FL 32258<br>US | 06/28/2024 | $11,818.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $4,644.00 | |
| | | 07/19/2024 | $10,680.00 | |
| | | 07/26/2024 | $250.00 | |

|  |  | **TOTAL JA-RU INC** | **$27,392.68** |  |
|---|---|---|---|---|

| 3.492 | JACMAX INDUSTRIES<br>473 WORTMAN AVENUE<br>BROOKLYN, NY 11208-5425<br>US | 06/21/2024 | $5,289.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $5,550.00 | |

|  |  | **TOTAL JACMAX INDUSTRIES** | **$10,839.60** |  |
|---|---|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.493 | JADA FOODS LLC<br>3126 JOHN P CURCI DR BAY 1<br>HALLANDALE BEACH, FL 33009-3827<br>US | 06/14/2024 | $5,241.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/19/2024 | $5,241.60 | |
| | **TOTAL JADA FOODS LLC** | | **$10,483.20** | |

| 3.494 | JAKKS PACIFIC INC<br>PO BOX 1450 NW5572<br>MINNEAPOLIS, MN 55485-1450<br>US | 06/28/2024 | $21,019.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/05/2024 | $4,560.00 | |
| | **TOTAL JAKKS PACIFIC INC** | | **$25,579.50** | |

| 3.495 | JASCO<br>PO BOX 268985<br>OKLAHOMA CITY, OK 73126-8985<br>US | 06/14/2024 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/19/2024 | $42,593.48 | |
| | | 07/26/2024 | $7,180.40 | |
| | | 08/27/2024 | $35,421.72 | |
| | **TOTAL JASCO** | | **$85,945.60** | |

| 3.496 | JASMINE TRADING INC<br>10550 W SAM HOUSTON PKWY S<br>HOUSTON, TX 77099<br>US | 06/28/2024 | $5,034.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JASMINE TRADING INC** | | **$5,034.40** | |

| 3.497 | JAY FRANCO & SONS<br>115 KENNEDY DRIVE<br>SAYRVILLE, NJ 08872-1497<br>US | 06/28/2024 | $38,131.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JAY FRANCO & SONS** | | **$38,131.50** | |

| 3.498 | JBL TRADING / CREST MILLS<br>3 W 35TH ST 5TH FL<br>NEW YORK, NY 10001-3073<br>US | 06/21/2024 | $22,253.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $14,142.00 | |
| | | 07/12/2024 | $18,745.86 | |
| | | 07/19/2024 | $19,291.50 | |
| | | 08/21/2024 | $33,032.16 | |
| | **TOTAL JBL TRADING / CREST MILLS** | | **$107,465.21** | |

| 3.499 | JBM IMPORTS INC<br>125 WASHINGTON ST STE 4<br>FOXBORO, MA 02035-1380<br>US | 06/21/2024 | $18,144.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JBM IMPORTS INC** | | **$18,144.00** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.500** JCW INVESTMENTS INC
11415 183RD PL STE E
ORLAND PARK, IL 60467-5011
US

| 07/12/2024 | $162,955.87 |
| 07/22/2024 | $239,322.02 |
| 07/24/2024 | $20,910.90 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JCW INVESTMENTS INC** — **$423,188.79**

**3.501** JDA ENTERPRISES
131 JACOBS LN
NORWELL, MA 02061-1134
US

| 06/14/2024 | $12,267.00 |
| 08/27/2024 | $10,610.34 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JDA ENTERPRISES** — **$22,877.34**

**3.502** JEL SERT CO
PO BOX 7001
CAROL STREAM, IL 60197
US

| 06/13/2024 | $38,940.22 |
| 07/03/2024 | $12,981.90 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JEL SERT CO** — **$51,922.12**

**3.503** JELLY BELLY CANDY CO
PO BOX 742799
LOS ANGELES, CA 90074
US

| 07/19/2024 | $25,954.80 |
| 08/26/2024 | $16,552.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JELLY BELLY CANDY CO** — **$42,507.60**

**3.504** JEM ACCESSORIES
THE CIT GROUP/COMMERCIAL SERVICES P
CHARLOTTE, NC 28201-1036
US

| 06/14/2024 | $9,688.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JEM ACCESSORIES** — **$9,688.80**

**3.505** JETRICH CANADA LIMITED
3270 ORLANDO DRIVE
MISSISSAUGA, ON L4V 1C6
CA

| 06/11/2024 | $18,870.00 |
| 06/18/2024 | $14,482.00 |
| 06/25/2024 | $485.90 |
| 07/02/2024 | $18,861.50 |
| 07/16/2024 | $6,115.50 |
| 07/23/2024 | $41,993.00 |
| 08/15/2024 | $18,685.00 |
| 08/27/2024 | $96,893.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JETRICH CANADA LIMITED** — **$216,386.40**

**3.506** JFL DISTRIBUTION LLC
971 TOWNSHIP ROAD 154
ASHLAND, OH 44805-9412
US

| 07/19/2024 | $6,216.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | | |
|---|---|---|---|---|
| | **TOTAL JFL DISTRIBUTION LLC** | | **$6,216.00** | |
| 3.507 | JIANGSU ZHONGHENG PET ART NO.1388,CENTURY AVENUE YANGCHENG CITY, CN | 06/21/2024 07/19/2024 07/26/2024 | $46,413.84 $21,914.64 $3,953.76 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JIANGSU ZHONGHENG PET ART** | | **$72,282.24** | |
| 3.508 | JIFFY FOIL CORPORATION 135 E HINTZ RD WHEELING, IL 60090-6035 US | 06/14/2024 07/19/2024 | $4,060.80 $2,535.84 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JIFFY FOIL CORPORATION** | | **$6,596.64** | |
| 3.509 | JLJ HOME FURNISHINGS LLC 5840 LANCASTER HIGHWAY FT LAWN, SC 29714 US | 06/28/2024 | $29,103.75 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JLJ HOME FURNISHINGS LLC** | | **$29,103.75** | |
| 3.510 | JME & CO NYC LLC 420 5TH AVE NEW YORK, NY 10018-2673 US | 06/21/2024 07/11/2024 | $46,923.20 $36,701.80 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JME & CO NYC LLC** | | **$83,625.00** | |
| 3.511 | JMS INDUSTRIES INC HUANBAO INDUSTRIAL ZONE JIMO QINGDAO, CN | 06/21/2024 08/09/2024 | $8,186.94 $7,975.40 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JMS INDUSTRIES INC** | | **$16,162.34** | |
| 3.512 | JOBAR INTERNATIONAL INC 21022 FIGUEROA ST CARSON, CA 90745-1937 US | 06/14/2024 07/05/2024 07/26/2024 | $7,146.60 $1,036.80 $1,296.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JOBAR INTERNATIONAL INC** | | **$9,479.40** | |
| 3.513 | JODHPURI INC 260A WALSH DR PARSIPPANY, NJ 07054-5704 US | 07/12/2024 07/19/2024 | $382.50 $1,710.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| | **TOTAL JODHPURI INC** | | **$2,092.50** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.514** JOHN GIBSON ENTERPRISES
136 W GRAND AVE STE 240
BELOIT, WI 53511
US

| | |
|---|---|
| 06/27/2024 | $587.25 |
| 07/03/2024 | $7,200.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JOHN GIBSON ENTERPRISES** $7,787.25

---

**3.515** JOHNSON & JOHNSON CONSUMER INC
5618 COLLECTION CENTER DR
CHICAGO, IL 60693-0056
US

| | |
|---|---|
| 06/19/2024 | $28,055.52 |
| 07/05/2024 | $166,599.41 |
| 07/16/2024 | $87,823.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JOHNSON & JOHNSON CONSUMER INC** $282,478.73

---

**3.516** JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320
US

| | |
|---|---|
| 06/21/2024 | $3,872.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL JOHNSON CONTROLS FIRE PROTECTION LP** $3,872.00

---

**3.517** JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371994
PITTSBURGH, PA 15250-7994
US

| | |
|---|---|
| 07/05/2024 | $1,831.13 |
| 07/12/2024 | $4,580.65 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL JOHNSON CONTROLS SECURITY SOLUTIONS** $6,411.78

---

**3.518** JORDAN MFG CO INC
1200 S 6TH ST
MONTICELLO, IN 47960-8200
US

| | |
|---|---|
| 06/28/2024 | $95,225.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JORDAN MFG CO INC** $95,225.80

---

**3.519** JOSEPH JOSEPH INC
41 MADISON AVENUE
NEW YORK, NY 10010
US

| | |
|---|---|
| 06/28/2024 | $7,436.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JOSEPH JOSEPH INC** $7,436.40

---

**3.520** JOSMO SHOE CORP
601 59TH STREET
WEST NEW YORK, NJ 7093
US

| | |
|---|---|
| 06/14/2024 | $10,062.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JOSMO SHOE CORP** $10,062.00

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.521  JOURNE BRANDS, INC.**
1080 MOUNT VERNON AVE
RIVERSIDE, CA 92507-1841
US

| | |
|---|---|
| 06/28/2024 | $20,651.94 |
| 07/05/2024 | $14,158.62 |
| 07/12/2024 | $12,120.36 |
| 07/19/2024 | $15,692.52 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JOURNE BRANDS, INC.  $62,623.44**

**3.522  JRC TOYS**
5589 ROYALMOUNT
MONT-ROYAL, QC H4P 1J3
CA

| | |
|---|---|
| 07/02/2024 | $21,482.48 |
| 08/27/2024 | $13,283.08 |
| 09/04/2024 | $666.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JRC TOYS  $35,431.56**

**3.523  JS ROYAL HOME**
13451 SOUTH POINT BLVD
CHARLOTTE, NC 28273
US

| | |
|---|---|
| 07/05/2024 | $31,608.00 |
| 07/12/2024 | $24,712.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JS ROYAL HOME  $56,320.00**

**3.524  JSL FOODS INC**
1478 N INDIANA ST
LOS ANGELES, CA 90063
US

| | |
|---|---|
| 06/28/2024 | $11,174.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JSL FOODS INC  $11,174.40**

**3.525  JSO HOME, LLC**
1805 LOWER ROAD
LINDEN, NJ 7036
US

| | |
|---|---|
| 06/14/2024 | $24,699.60 |
| 06/21/2024 | $1,440.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JSO HOME, LLC  $26,139.60**

**3.526  JUST INVENTORY SOLUTIONS**
PO BOX 283
GUILDERLAND CENTER, NY 12085-0283
US

| | |
|---|---|
| 06/28/2024 | $12,861.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JUST INVENTORY SOLUTIONS  $12,861.60**

**3.527  JUST ONE LLC.**
1410 BROADWAY
NEW YORK, NY 10018
US

| | |
|---|---|
| 07/05/2024 | $240.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL JUST ONE LLC.  $240.00**

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

| 3.528 | K7 DESIGN GROUP LLC<br>1090 KING GEORGES POST RD<br>EDISON, NJ 08837-3701<br>US | 06/14/2024<br>07/12/2024<br>07/19/2024 | $6,648.00<br>$4,872.06<br>$2,448.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL K7 DESIGN GROUP LLC** | | **$13,968.06** | |

| 3.529 | KAB ENTERPRISE CO LTD<br>21F-1 NO 33 MING SHENG RD<br>HSIEN,<br>TW | 08/21/2024 | $15,672.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KAB ENTERPRISE CO LTD** | | **$15,672.24** | |

| 3.530 | KAFFE MAGNUM OPUS<br>20 BOGDEN BLVD<br>MILLVILLE, NJ 08332-3547<br>US | 07/26/2024 | $25,707.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KAFFE MAGNUM OPUS** | | **$25,707.24** | |

| 3.531 | KAO USA INC<br>2535 SPRING GROVE AVE<br>CINCINNATI, OH 45214-1729<br>US | 06/14/2024<br>06/28/2024<br>07/12/2024 | $12,943.08<br>$11,262.72<br>$9,894.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KAO USA INC** | | **$34,100.76** | |

| 3.532 | KAPOOR INDUSTRIES LIMITED<br>29A 2/1 DESU RD MEHRAULI<br>NEW DEHLI,<br>IN | 06/14/2024<br>07/12/2024<br>08/30/2024 | $107,507.22<br>$27,775.98<br>$46,913.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KAPOOR INDUSTRIES LIMITED** | | **$182,197.08** | |

| 3.533 | KAREWAY PRODUCT INC<br>2550 S DOMINGUEZ HILLS DR<br>COMPTON, CA 90220-6401<br>US | 06/28/2024<br>07/26/2024<br>09/06/2024 | $57,423.84<br>$82,518.24<br>$38,328.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KAREWAY PRODUCT INC** | | **$178,270.32** | |

| 3.534 | KARS NUTS<br>PO BOX 72586<br>CLEVELAND, OH 44192-0002<br>US | 07/02/2024 | $17,330.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL KARS NUTS** | | **$17,330.40** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.535** KEECO, LLC/22155
PO BOX 809207
CHICAGO, IL 60680
US

| | |
| --- | --- |
| 06/14/2024 | $56,915.18 |
| 06/28/2024 | $13,562.80 |
| 07/26/2024 | $110,860.02 |
| 08/30/2024 | $35,208.72 |
| 09/07/2024 | $49,746.02 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KEECO, LLC/22155 | $266,292.74 |
| --- | --- |

**3.536** KELLOGG SALES CO
22658 NETWORK PL
CHICAGO, IL 60673-1226
US

| | |
| --- | --- |
| 06/28/2024 | $30,185.44 |
| 07/12/2024 | $33,734.94 |
| 07/19/2024 | $17,087.96 |
| 08/04/2024 | $31,230.44 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KELLOGG SALES CO | $112,238.78 |
| --- | --- |

**3.537** KELLOGGS
1 KELLOGGS SQUARE
BATTLE CREEK, MI 49017-3534
US

| | |
| --- | --- |
| 07/05/2024 | $43,938.85 |
| 07/19/2024 | $38,074.90 |
| 08/21/2024 | $12,245.17 |
| 09/04/2024 | $93,762.29 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KELLOGGS | $188,021.21 |
| --- | --- |

**3.538** KENTEX CORPORATION
750 TWIN RIVERS DR
COLUMBUS, OH 43215-1127
US

| | |
| --- | --- |
| 06/28/2024 | $19,452.50 |
| 07/05/2024 | $25,042.72 |
| 07/12/2024 | $21,334.20 |
| 07/19/2024 | $49,663.50 |
| 08/15/2024 | $38,905.00 |
| 08/21/2024 | $28,472.00 |
| 08/23/2024 | $37,468.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KENTEX CORPORATION | $220,338.12 |
| --- | --- |

**3.539** KETER CANADA INC
205 MARKET DR
MILTON, ON L9T 4Z7
CA

| | |
| --- | --- |
| 06/14/2024 | $19,560.36 |
| 07/19/2024 | $19,302.00 |
| 07/26/2024 | $4,060.25 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KETER CANADA INC | $42,922.61 |
| --- | --- |

**3.540** KEURIG GREEN MOUNTAIN INC
5020 W 73RD ST
BEDFORD PARK, IL 60499-2131
US

| | |
| --- | --- |
| 07/05/2024 | $61,027.60 |
| 08/04/2024 | $61,628.40 |
| 08/26/2024 | $85,062.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL KEURIG GREEN MOUNTAIN INC | $207,718.00 |
| --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| 3.541 | KEY BRANDS DISTRIBUTORS INC<br>16035 E ARROW HIGHWAY<br>IRWINDALE, CA 91706-2049<br>US | 06/28/2024 | $6,183.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/18/2024 | $9,234.00 | |

| **TOTAL KEY BRANDS DISTRIBUTORS INC** | **$15,417.00** |
|---|---|

| 3.542 | KIK INTERNATIONAL<br>DEPT CH 14106<br>PALATINE, IL 60055-1406<br>US | 06/14/2024 | $4,411.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $23,412.48 | |
| | | 06/28/2024 | $8,823.36 | |
| | | 07/12/2024 | $13,235.04 | |
| | | 07/19/2024 | $8,823.36 | |

| **TOTAL KIK INTERNATIONAL** | **$58,705.92** |
|---|---|

| 3.543 | KIMBERLY CLARK<br>4230 HARTFIELD CT<br>WESTLAKE VILLAGE, CA 91361<br>US | 06/21/2024 | $115,667.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $38,674.11 | |
| | | 08/09/2024 | $130,190.88 | |

| **TOTAL KIMBERLY CLARK** | **$284,532.75** |
|---|---|

| 3.544 | KIND LLC<br>PO BOX 705 MIDTOWN STATION<br>NEW YORK, NY 10018-0012<br>US | 07/05/2024 | $42,119.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/12/2024 | $21,256.32 | |

| **TOTAL KIND LLC** | **$63,375.84** |
|---|---|

| 3.545 | KIRKS NATURALLLC<br>1820 AIRPORT EXCHANGE BLVD<br>ERLANGER, KY 41018-3192<br>US | 07/05/2024 | $8,781.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| **TOTAL KIRKS NATURALLLC** | **$8,781.60** |
|---|---|

| 3.546 | KITTRICH CORPORATION<br>DEPT 3883<br>CAROL STREAM, IL 60132<br>US | 06/14/2024 | $11,896.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $19,730.36 | |

| **TOTAL KITTRICH CORPORATION** | **$31,626.68** |
|---|---|

| 3.547 | KMS INC<br>811 E WATERMAN ST<br>WICHITA, KS 67202-4700<br>US | 06/14/2024 | $19,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 08/04/2024 | $9,263.45 | |

| **TOTAL KMS INC** | **$28,313.45** |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.548** KOHINOOR CARPETS
PO BOX 132103
PANIPAT HARYANA,
IN

07/23/2024      $9,765.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KOHINOOR CARPETS**    **$9,765.00**

---

**3.549** KOLE IMPORTS
24600 MAIN ST.
CARSON, CA 90745
US

07/05/2024      $2,561.52

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KOLE IMPORTS**    **$2,561.52**

---

**3.550** KOMODO INTERNATIONAL
18405 S SANTA FE AVE
COMPTON, CA 90221-5611
US

07/19/2024      $19,300.80

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KOMODO INTERNATIONAL**    **$19,300.80**

---

**3.551** KORHANI
7500 KEELE STREET
CONCORD, ON L4K 1Z9
CA

08/27/2024      $17,210.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KORHANI**    **$17,210.50**

---

**3.552** KRAFT-P2P
FILE 54125
LOS ANGELES, CA 90074-4125
US

06/14/2024      $9,738.59
06/28/2024      $19,482.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KRAFT-P2P**    **$29,221.16**

---

**3.553** KTR GROUP INC
PO BOX 254
HO-HO-KUS, NJ 7423
US

06/21/2024      $28,364.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KTR GROUP INC**    **$28,364.00**

---

**3.554** KUKA(HK)TRADE CO LIMITED
RM 06 13A/FS TOWER WORLD FINANCE
HARBOUR CITY HK,
CN

06/11/2024      $129,709.00
06/18/2024      $164,520.00
06/25/2024      $74,513.78

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KUKA(HK)TRADE CO LIMITED**    **$368,742.78**

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.555 | KUNAL HOUSEWARES PVT LTD | | |
|---|---|---|---|
| | GUT 51/61 MANOR PALGHAR ROAD NETALI | 07/19/2024 | $3,097.50 |
| | PALGHAR, 416122 | 08/30/2024 | $3,363.00 |
| | IN | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL KUNAL HOUSEWARES PVT LTD**  **$6,460.50**

| 3.556 | L A CLOSEOUT INC | | |
|---|---|---|---|
| | 5526 SOUTH SOTO ST | 09/04/2024 | $2,793.00 |
| | VERNON, CA 90058-3623 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL L A CLOSEOUT INC**  **$2,793.00**

| 3.557 | L&K DISTRIBUTORS, INC. DBA BRAND N | | |
|---|---|---|---|
| | PO BOX 230183 | 06/14/2024 | $871.50 |
| | BROOKLYN, NY 11223 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL L&K DISTRIBUTORS, INC. DBA BRAND N**  **$871.50**

| 3.558 | LA CROIX SPARKLING WATER GRP | | |
|---|---|---|---|
| | PO BOX 281335 | 06/14/2024 | $26,568.00 |
| | ATLANTA, GA 30384-1001 | 06/21/2024 | $13,284.00 |
| | US | 06/28/2024 | $26,824.00 |
| | | 07/05/2024 | $13,284.00 |
| | | 07/12/2024 | $39,168.00 |
| | | 08/04/2024 | $750.00 |
| | | 08/16/2024 | $45,920.00 |
| | | 08/20/2024 | $92,988.00 |
| | | 08/26/2024 | $53,136.00 |
| | | 09/05/2024 | $17,840.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LA CROIX SPARKLING WATER GRP**  **$329,762.00**

| 3.559 | LAFAYETTE BAY PRODUCTS LLC | | |
|---|---|---|---|
| | 2500 SHADYWOOD RD STE 700 | 06/14/2024 | $47,255.76 |
| | ORONO, MN 55331 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LAFAYETTE BAY PRODUCTS LLC**  **$47,255.76**

| 3.560 | LAKANTO | | |
|---|---|---|---|
| | 715 TIMPANOGOS PKWY | 07/12/2024 | $63,032.00 |
| | OREM, UT 84097-6214 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LAKANTO**  **$63,032.00**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| 3.561 | LAKE FOREST BANK & TRUST | | | ☐ Secured debt |
|---|---|---|---|---|
| | 450 SKOKIE BLVD SUIT 1000 | 08/07/2024 | $2,986.62 | ☐ Unsecured loan repayments |
| | NORTHBROOK, IL 60062-7917 | 08/13/2024 | $5,487.86 | ☐ Suppliers or vendors |
| | US | 08/30/2024 | $8,898.21 | ☑ Services |
| | | | | ☐ Other _____ |

**TOTAL LAKE FOREST BANK & TRUST** — **$17,372.69**

| 3.562 | LAPIERRE MAPLE FARM | | | ☐ Secured debt |
|---|---|---|---|---|
| | 3613 SW 29TH AVE | 08/26/2024 | $37,296.00 | ☐ Unsecured loan repayments |
| | CAPE CORAL, FL 33914-2809 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LAPIERRE MAPLE FARM** — **$37,296.00**

| 3.563 | LASKO PRODUCTS LLC | | | ☐ Secured debt |
|---|---|---|---|---|
| | PO BOX 60514 | 06/28/2024 | $20,862.40 | ☐ Unsecured loan repayments |
| | CHARLOTTE, NC 28260-0514 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LASKO PRODUCTS LLC** — **$20,862.40**

| 3.564 | LAURAL HOME | | | ☐ Secured debt |
|---|---|---|---|---|
| | LAURAL HOME, LLC. | 07/12/2024 | $9,630.00 | ☐ Unsecured loan repayments |
| | CRESSKILL, NJ 7626 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LAURAL HOME** — **$9,630.00**

| 3.565 | LEE'S GROUP INTERNATIONAL CO | | | ☐ Secured debt |
|---|---|---|---|---|
| | 11F NO 237, SEC 2 | 06/25/2024 | $18,175.80 | ☐ Unsecured loan repayments |
| | TAIPE CITY, | | | ☑ Suppliers or vendors |
| | TW | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LEE'S GROUP INTERNATIONAL CO** — **$18,175.80**

| 3.566 | LEGACY LICENSING PARTNERS | | | ☐ Secured debt |
|---|---|---|---|---|
| | 1621 E. 27TH STREET | 07/05/2024 | $35,968.80 | ☐ Unsecured loan repayments |
| | LOS ANGELES, CA 90011 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LEGACY LICENSING PARTNERS** — **$35,968.80**

| 3.567 | LEON KOROL CO INC | | | ☐ Secured debt |
|---|---|---|---|---|
| | 2050 E DEVON AVE | 06/21/2024 | $250.00 | ☐ Unsecured loan repayments |
| | ELK GROVE VILLAGE, IL 60007-6037 | 07/26/2024 | $3,060.00 | ☑ Suppliers or vendors |
| | US | 08/21/2024 | $13,860.00 | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL LEON KOROL CO INC** — **$17,170.00**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3.568 LEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER, CO 80291-0182
US

| 06/14/2024 | $1,061.75 |
| 06/28/2024 | $1,061.75 |
| 08/21/2024 | $1,061.75 |
| 08/29/2024 | $3,188.89 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL LEVEL 3 COMMUNICATIONS** $6,374.14

3.569 LEVINSOHN TEXTILE
230 FIFTH AVE STE 1510
NEW YORK, NY 10001-7777
US

| 07/11/2024 | $5,454.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LEVINSOHN TEXTILE** $5,454.00

3.570 LEWISCO HOLDINGS LLC
208 W 30TH ST 504
NEW YORK, NY 10001
US

| 06/21/2024 | $16,224.00 |
| 07/12/2024 | $5,940.00 |
| 07/19/2024 | $4,689.60 |
| 07/26/2024 | $2,360.40 |
| 09/04/2024 | $11,040.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LEWISCO HOLDINGS LLC** $40,254.00

3.571 LIAONING JIEYUE IMP & EXP
ROOM 1720 MINGSHI FORTUNE
DALIAN,
CN

| 07/30/2024 | $14,381.04 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LIAONING JIEYUE IMP & EXP** $14,381.04

3.572 LIBBEY GLASS INC
PO BOX 93864
CHICAGO, IL 60673
US

| 06/21/2024 | $3,864.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LIBBEY GLASS INC** $3,864.00

3.573 LIBERTY ORCHARDS COMPANY
PO BOX C
CASHMERE, WA 98815-0485
US

| 07/19/2024 | $7,506.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LIBERTY ORCHARDS COMPANY** $7,506.00

3.574 LIBMAN COMPANY
5167 EAGLE WAY
CHICAGO, IL 60678-1051
US

| 06/14/2024 | $42,690.80 |
| 07/05/2024 | $46,087.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL LIBMAN COMPANY** $88,778.00

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| 3.575 | LIBRA PACIFIC CO.,LTD<br>10F1 NO 85 CHOW TZE STREET<br>TAIPEI,<br>TW | 06/18/2024 | $20,022.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LIBRA PACIFIC CO.,LTD | **$20,022.26** | |
|---|---|---|---|---|

| 3.576 | LICENSE 2 PLAY TOYS LLC<br>2225 PURCHASE ST PMB 305<br>RYE, NY 10580-2101<br>US | 06/21/2024 | $3,822.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LICENSE 2 PLAY TOYS LLC | **$3,822.00** | |
|---|---|---|---|---|

| 3.577 | LIFESTYLE SOLUTIONS VENTURES, LLC<br>88 S 3RD ST.<br>SAN JOSE, CA 95113<br>US | 06/14/2024<br>06/21/2024 | $12,250.00<br>$13,577.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LIFESTYLE SOLUTIONS VENTURES, LLC | **$25,827.27** | |
|---|---|---|---|---|

| 3.578 | LIFETIME BRANDS INC<br>1 HSBC CTR<br>BUFFALO, NY 14203-2842<br>US | 06/28/2024<br>07/05/2024 | $4,116.24<br>$67,640.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LIFETIME BRANDS INC | **$71,757.10** | |
|---|---|---|---|---|

| 3.579 | LIFEWARE GROUP LLC<br>111 WEST 33RD STREET -7TH FL<br>NEW YORK, NY 10120<br>US | 06/14/2024<br>07/05/2024<br>07/19/2024<br>08/30/2024 | $2,451.52<br>$12,288.00<br>$9,037.20<br>$35,582.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LIFEWARE GROUP LLC | **$59,359.12** | |
|---|---|---|---|---|

| 3.580 | LIFEWORKS TECHNOLOGY<br>530 7TH AVE 21ST FLOOR<br>NEW YORK, NY 10018<br>US | 06/14/2024<br>06/21/2024<br>07/05/2024<br>07/26/2024<br>08/15/2024<br>08/21/2024 | $92,533.40<br>$112,374.94<br>$150.00<br>$57,563.70<br>$165.12<br>$57,811.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | | TOTAL LIFEWORKS TECHNOLOGY | **$320,598.16** | |
|---|---|---|---|---|

| 3.581 | LINK SNACK'S INC<br>DEPT 7115<br>CAROL STREAM, IL 60122-0001<br>US | 06/13/2024<br>07/11/2024 | $10,193.04<br>$11,880.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

|  |  |  |  |
|---|---|---|---|
| | **TOTAL LINK SNACK'S INC** | **$22,074.00** | |

3.582 LITTLE LAD'S NE, LLC.
24 GLEN ORNE DRIVE
BRATTLEBORO, VT 5301
US

| 07/05/2024 | $10,579.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LITTLE LAD'S NE, LLC.** | **$10,579.20** | |

3.583 LIVING ESSENTIALS LLC
38955 HILLS TECH DR
FARMINGTON HILLS, MI 48331-3431
US

| 06/20/2024 | $4,458.24 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LIVING ESSENTIALS LLC** | **$4,458.24** | |

3.584 LNK INTERNATIONAL INC
60 ARKAY DR
HAUPPAUGE, NY 11788-3708
US

| 06/21/2024 | $42,321.84 |
| 07/05/2024 | $8,991.36 |
| 07/19/2024 | $14,784.24 |
| 08/21/2024 | $1,651.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LNK INTERNATIONAL INC** | **$67,748.64** | |

3.585 LODGE MANUFACTURING COMPANY
PO BOX 735619
DALLAS, TX 75373
US

| 07/19/2024 | $10,737.62 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LODGE MANUFACTURING COMPANY** | **$10,737.62** | |

3.586 LOGAN BOREN
44627 OAK POND DRIVE
SHAWNEE, OK 74804-1052
US

| 08/07/2024 | $12,262.50 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | **TOTAL LOGAN BOREN** | **$12,262.50** | |

3.587 LOGILITY DISTRIBUTION INC
8600 AVALON LANE
PLAIN CITY, OH 43064-2542
US

| 08/04/2024 | $14,105.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LOGILITY DISTRIBUTION INC** | **$14,105.00** | |

3.588 LORNAMEAD BRANDS INC
PO BOX 74057
CLEVELAND, OH 44194-4057
US

| 06/20/2024 | $5,778.36 |
| 07/25/2024 | $5,220.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | **TOTAL LORNAMEAD BRANDS INC** | **$10,998.36** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.589 | LOTUS BAKERIES NORTH AMER<br>1000 SANSOME STREET<br>SAN FRANCISCO, CA 94111<br>US | 06/14/2024<br>06/21/2024 | $8,812.80<br>$8,812.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL LOTUS BAKERIES NORTH AMER** | **$17,625.60** |

| 3.590 | LOWNDES DISTRICT CLERK<br>PO BOX 876<br>HAYNEVILLE, AL 36040-0876<br>US | 06/14/2024 | $174.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Garnishment |
| | | 06/21/2024 | $148.41 | |
| | | 06/28/2024 | $147.69 | |
| | | 07/05/2024 | $147.36 | |
| | | 07/12/2024 | $172.71 | |
| | | 07/19/2024 | $176.68 | |
| | | 07/26/2024 | $139.53 | |
| | | 08/02/2024 | $148.40 | |
| | | 08/08/2024 | $147.36 | |
| | | 08/15/2024 | $148.62 | |
| | | 08/21/2024 | $148.05 | |
| | | 08/29/2024 | $141.30 | |
| | | 09/04/2024 | $147.69 | |

| **TOTAL LOWNDES DISTRICT CLERK** | **$1,988.13** |

| 3.591 | LR RESOURCES<br>P O BOX 6131<br>DALTON, GA 30722-6131<br>US | 07/12/2024 | $7,837.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL LR RESOURCES** | **$7,837.50** |

| 3.592 | M&S ACCESSORY NETWORK CORP.<br>10 W 33RD ST.<br>NEW YORK, NY 10001<br>US | 07/26/2024 | $1,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL M&S ACCESSORY NETWORK CORP.** | **$1,200.00** |

| 3.593 | M.A.S. CLOSEOUTS INC<br>2404 NW 32ND STREET<br>BOCA RATON, FL 33431<br>US | 07/05/2024 | $7,788.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **TOTAL M.A.S. CLOSEOUTS INC** | **$7,788.00** |

| 3.594 | MAA COLLECTIONS<br>PLOT 123, SECTOR-29, PANIPAT, HUDA<br>PANIPAT,<br>IN | 07/02/2024<br>07/09/2024 | $16,698.00<br>$11,137.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

|  | | TOTAL MAA COLLECTIONS | $27,835.95 |
|---|---|---|---|

**3.595** MAC MIDEA AMERICA CORP
300 KIMBALL DR
PARSIPPANY, NJ 7054
US

| 07/05/2024 | $15,201.62 |
| 07/12/2024 | $7,398.60 |
| 07/19/2024 | $11,510.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| | TOTAL MAC MIDEA AMERICA CORP | $34,110.42 |

**3.596** MAC WHOLESALE INC
140 LAUREL ST
EAST BRIDGEWATER, MA 02333-1783
US

| 06/28/2024 | $3,905.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| | TOTAL MAC WHOLESALE INC | $3,905.40 |

**3.597** MACON CO CIRCUIT CLERK
PO BOX 830723
TUSKEGEE, AL 36083-0723
US

| 06/14/2024 | $156.58 |
| 06/21/2024 | $204.35 |
| 06/28/2024 | $258.69 |
| 07/05/2024 | $180.02 |
| 07/12/2024 | $161.28 |
| 07/19/2024 | $232.46 |
| 07/26/2024 | $176.11 |
| 08/02/2024 | $156.93 |
| 08/08/2024 | $156.58 |
| 08/15/2024 | $156.93 |
| 08/21/2024 | $204.01 |
| 08/29/2024 | $100.68 |
| 09/04/2024 | $165.44 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  Garnishment

| | TOTAL MACON CO CIRCUIT CLERK | $2,310.06 |

**3.598** MAD PRODUCT INNOVATIONS LLC
1771 OAKBREEZE LN.
JACKSONVILLE BEACH, FL 32250
US

| 06/21/2024 | $3,728.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| | TOTAL MAD PRODUCT INNOVATIONS LLC | $3,728.40 |

**3.599** MADISON INDUSTRIES INC
34 WEST 33RD ST, SUITE 1001
NEW YORK, NY 10001
US

| 07/19/2024 | $23,744.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| | TOTAL MADISON INDUSTRIES INC | $23,744.00 |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.600 | MAGNA PROCESSING INDUSTRIES (PVT) L<br>3 KM, JARANWALA ROAD, KHURAINWALA<br>FAISALABAD,<br>PK | 07/16/2024 | $29,129.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL MAGNA PROCESSING INDUSTRIES (PVT) L** | | **$29,129.84** | |

| 3.601 | MAINSTREAM INTERNATIONAL<br>15 NEWFILED AVE<br>EDISON, NJ 08837-3846<br>US | 06/14/2024<br>07/05/2024<br>07/12/2024<br>07/26/2024<br>08/30/2024 | $214.40<br>$11,126.40<br>$104,667.52<br>$33,974.07<br>$44,363.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL MAINSTREAM INTERNATIONAL** | | **$194,345.78** | |

| 3.602 | MAISON ROUGE DECOR INC<br>36 W 36TH ST 3RD FL<br>NEW YORK, NY 10018-1281<br>US | 08/02/2024 | $16,194.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL MAISON ROUGE DECOR INC** | | **$16,194.12** | |

| 3.603 | MAISTO INTERNATIONAL, INC.<br>7751 CHERRY AVENUE<br>FONTANA, CA 92336<br>US | 06/14/2024 | $1,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL MAISTO INTERNATIONAL, INC.** | | **$1,800.00** | |

| 3.604 | MAN WAH GLOBAL (MACAO) LIMITED<br>ALAMEDA DR CARLOS D ASSUMPCAO<br>MACAU,<br>CN | 06/11/2024<br>06/18/2024<br>06/25/2024<br>07/02/2024<br>07/09/2024<br>07/16/2024<br>07/24/2024<br>07/30/2024<br>08/05/2024<br>08/13/2024<br>08/23/2024 | $11,730.00<br>$783,274.00<br>$115,948.00<br>$167,974.00<br>$238,006.00<br>$51,840.00<br>$16,575.00<br>$16,575.00<br>$128,584.00<br>$198,100.00<br>$317,224.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL MAN WAH GLOBAL (MACAO) LIMITED** | | **$2,045,830.00** | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

| 3.605 | MAPLES INDUSTRIES<br>PO BOX 40<br>SCOTTSBORO, AL 35768-0040<br>US | 06/28/2024 | $108,096.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/26/2024 | $55,603.92 | |
| | | 08/04/2024 | $42,281.88 | |
| | | 08/07/2024 | $138,818.92 | |
| | | 08/30/2024 | $82,905.84 | |
| | | 09/04/2024 | $2,232.96 | |

**TOTAL MAPLES INDUSTRIES**     **$429,940.40**

| 3.606 | MARATHON VENTURES INC<br>901 FORT CROOK RD N<br>BELLEVUE, NE 68005<br>US | 08/16/2024 | $39,720.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL MARATHON VENTURES INC**     **$39,720.96**

| 3.607 | MARKETING RESULTS<br>3985 GROVES RD<br>COLUMBUS, OH 43232-4138<br>US | 07/19/2024 | $14,637.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/26/2024 | $2,256.00 | |

**TOTAL MARKETING RESULTS**     **$16,893.00**

| 3.608 | MARS PETCARE US<br>3675 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0036<br>US | 06/14/2024 | $135,428.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/25/2024 | $8,288.90 | |
| | | 06/27/2024 | $67,035.47 | |
| | | 06/28/2024 | $61,311.71 | |
| | | 07/03/2024 | $67,130.91 | |
| | | 07/12/2024 | $70,924.79 | |
| | | 08/01/2024 | $84,275.28 | |

**TOTAL MARS PETCARE US**     **$494,395.07**

| 3.609 | MARS WRIGLEY CONFECTIONERY<br>PO BOX 100593<br>ATLANTA, GA 30384-0593<br>US | 08/21/2024 | $130,080.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL MARS WRIGLEY CONFECTIONERY**     **$130,080.84**

| 3.610 | MARSH USA INC<br>73529 NETWORK PLACE<br>CHICAGO, IL 60673-0001<br>US | 07/09/2024 | $14,117.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL MARSH USA INC**     **$14,117.96**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.611 | MARVELL FOODS<br>8230 210TH STREET SOUTH #204<br>BOCA RATON, FL 33433<br>US | 06/21/2024 | $28,224.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MARVELL FOODS** | | **$28,224.00** | |

| 3.612 | MATTEL TOYS<br>PO BOX 100125<br>ATLANTA, GA 30384-0125<br>US | 06/14/2024 | $2,464.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $17,326.00 | |
| | | 07/05/2024 | $1,026.00 | |
| | **TOTAL MATTEL TOYS** | | **$20,816.80** | |

| 3.613 | MATTRESS DEVELOPMENT COMPANY OF DEL<br>1375 JERSEY AVE<br>NORTH BRUNSWICK, NJ 8902<br>US | 06/13/2024 | $63,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 08/29/2024 | $176,400.00 | |
| | **TOTAL MATTRESS DEVELOPMENT COMPANY OF DEL** | | **$239,850.00** | |

| 3.614 | MAVERICKS SNACKS<br>730 ARIZONA AVE<br>SANTA MONICA, CA 90401<br>US | 06/28/2024 | $17,408.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MAVERICKS SNACKS** | | **$17,408.00** | |

| 3.615 | MAX SALES GROUP, INC.<br>15240 E NELSON AVE.<br>CITY OF INDUSTRY, CA 91744<br>US | 06/14/2024 | $4,752.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $1,488.00 | |
| | | 07/05/2024 | $4,982.00 | |
| | | 07/12/2024 | $4,270.20 | |
| | **TOTAL MAX SALES GROUP, INC.** | | **$15,492.20** | |

| 3.616 | MAYTEX MILLS INC<br>261 5TH AVE STE 1701<br>NEW YORK, NY 10018-2323<br>US | 06/21/2024 | $6,404.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MAYTEX MILLS INC** | | **$6,404.12** | |

| 3.617 | MAZEL CO.<br>P.O. BOX 72669<br>COLUMBUS, OH 44192-0002<br>US | 06/14/2024 | $35,224.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $19,306.40 | |
| | | 07/12/2024 | $13,904.70 | |
| | | 08/15/2024 | $2,862.40 | |
| | | 08/27/2024 | $1,872.00 | |
| | **TOTAL MAZEL CO.** | | **$73,169.78** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.618 | MCCORMICK & CO INC<br>2408 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0024<br>US | 07/11/2024<br>07/31/2024 | $10,327.52<br>$13,659.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MCCORMICK & CO INC** | | **$23,986.52** | |

| 3.619 | MCMASTER CARR<br>PO BOX 7690<br>CHICAGO, IL 60680-7690<br>US | 07/12/2024 | $300.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MCMASTER CARR** | | **$300.76** | |

| 3.620 | MEAD PRODUCTS<br>PO BOX 741864<br>ATLANTA, GA 30384-1864<br>US | 07/12/2024 | $12,752.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MEAD PRODUCTS** | | **$12,752.04** | |

| 3.621 | MEDERER USA INC<br>1700 W HIGGINS RD STE 680<br>DES PLAINES, IL 60018-3800<br>US | 06/14/2024 | $6,480.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MEDERER USA INC** | | **$6,480.00** | |

| 3.622 | MEDIAWORKS<br>1161 PAMPLONA DR<br>RIVERSIDE, CA 92508-8724<br>US | 07/26/2024 | $3,515.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MEDIAWORKS** | | **$3,515.17** | |

| 3.623 | MEDICAL GROUP CARE, LLC<br>1035 COLLIER CENTER WAY STE 5<br>NAPLES, FL 34110<br>US | 06/21/2024<br>08/09/2024<br>08/22/2024 | $2,764.80<br>$794.88<br>$1,404.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MEDICAL GROUP CARE, LLC** | | **$4,963.68** | |

| 3.624 | MEDLINE INDUSTRIES<br>BOX 382075<br>PITTSBURGH, PA 15251-8075<br>US | 06/28/2024<br>07/19/2024<br>07/26/2024 | $3,262.32<br>$1,852.56<br>$3,262.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MEDLINE INDUSTRIES** | | **$8,377.20** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

---

3.625 MEDTECH PRODUCTS INC
PO BOX 202493
DALLAS, TX 75320-2493
US

| 06/27/2024 | $7,545.72 |
| 07/18/2024 | $2,723.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MEDTECH PRODUCTS INC** **$10,269.12**

---

3.626 MEKOR LLC
PO BOX 926
TENAFLY, NJ 07670-0926
US

| 07/12/2024 | $15,852.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MEKOR LLC** **$15,852.00**

---

3.627 MELA ARTISANS INC
140 NW 16TH ST
BOCA RATON, FL 33432
US

| 06/21/2024 | $1,473.36 |
| 07/12/2024 | $26,797.51 |
| 07/26/2024 | $11,015.60 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MELA ARTISANS INC** **$39,286.47**

---

3.628 MEMENTA INC
2201 N LAKEWOOD BLVD # D201
LONG BEACH, CA 90815-2552
US

| 06/28/2024 | $2,793.60 |
| 08/04/2024 | $4,435.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MEMENTA INC** **$7,228.80**

---

3.629 MENTHOLATUM CO INC
PO BOX 347142
PITTSBURGH, PA 15251-4000
US

| 07/12/2024 | $2,782.08 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MENTHOLATUM CO INC** **$2,782.08**

---

3.630 MERKURY INNOVATIONS LLC
45 BROADWAY STE 350
NEW YORK, NY 10006
US

| 06/21/2024 | $28,107.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MERKURY INNOVATIONS LLC** **$28,107.40**

---

3.631 MET CORPORATION
PO BOX 584
DEL MAR, CA 92014-0584
US

| 06/28/2024 | $15,008.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MET CORPORATION** **$15,008.40**

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.632 | METALTEX USA INC<br>225 SEVEN FARMS DR STE 202 UNIT J<br>CHARLESTON, SC 29492-8793<br>US | 07/05/2024 | $15,425.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | **TOTAL METALTEX USA INC** | **$15,425.24** | |

| 3.633 | METHOD HOME CARE<br>PO BOX 78764<br>MILWAUKEE, WI 53278-8764<br>US | 06/17/2024<br>06/21/2024<br>07/05/2024 | $252.25<br>$12,612.70<br>$15,135.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | **TOTAL METHOD HOME CARE** | **$28,000.19** | |

| 3.634 | METLIFE<br>1900 E GOLF RD STE 500<br>SCHAUMBURG, IL 60173<br>US | 06/14/2024<br>06/19/2024<br>06/27/2024<br>07/03/2024<br>07/10/2024<br>07/12/2024<br>07/19/2024<br>07/26/2024<br>07/30/2024<br>08/15/2024<br>08/23/2024<br>09/04/2024 | $9,827.52<br>$688.80<br>$1,053.80<br>$1,408.00<br>$563.30<br>$8,278.39<br>$772.80<br>$1,869.72<br>$863.60<br>$12,223.56<br>$908.11<br>$3,007.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | **TOTAL METLIFE** | **$41,465.50** | |

| 3.635 | METRO DECOR LLC<br>30320 EMERALD VALLEY PKWY<br>GLENWILLOW, OH 44139<br>US | 07/05/2024 | $3,680.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | **TOTAL METRO DECOR LLC** | **$3,680.86** | |

| 3.636 | MIDEA ELECTRIC TRADING<br>158 CECIL ST #07-01<br>SINGAPORE,<br>SG | 08/07/2024 | $49,327.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | **TOTAL MIDEA ELECTRIC TRADING** | **$49,327.20** | |

| 3.637 | MIDWAY IMPORTING INC<br>1807 BRITTMOORE RD<br>HOUSTON, TX 77043-2213<br>US | 06/14/2024<br>07/26/2024 | $23,688.72<br>$18,796.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| **TOTAL MIDWAY IMPORTING INC** | | **$42,485.52** | |

| 3.638 | MIDWEST TRADING GROUP INC | 07/12/2024 | $47,184.10 | ☐ Secured debt |
| | 1400 CENTRE CIR | | | ☐ Unsecured loan repayments |
| | DOWNERS GROVE, IL 60515 | 08/15/2024 | $3,247.20 | ☑ Suppliers or vendors |
| | US | 08/21/2024 | $13,676.82 | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MIDWEST TRADING GROUP INC** | | **$64,108.12** | |

| 3.639 | MIGEAR INTERNATIONAL GROUP LLC. | 06/14/2024 | $600.00 | ☐ Secured debt |
| | P.O. BOX 712665 | | | ☐ Unsecured loan repayments |
| | PHILADELPHIA, PA 19171-2665 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MIGEAR INTERNATIONAL GROUP LLC.** | | **$600.00** | |

| 3.640 | MILLENNIUM GIFTS LTD | 07/16/2024 | $74,226.28 | ☐ Secured debt |
| | HONGFAN BUILDING JIANGNAN | | | ☐ Unsecured loan repayments |
| | QUANZHOU FUJIAN, | 07/23/2024 | $5,670.00 | ☑ Suppliers or vendors |
| | CN | 08/04/2024 | $136,080.73 | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MILLENNIUM GIFTS LTD** | | **$215,977.01** | |

| 3.641 | MILLENNIUM PET GROUP LLC | 06/28/2024 | $23,563.04 | ☐ Secured debt |
| | 313 FIFTH AVE | | | ☐ Unsecured loan repayments |
| | NEW YORK, NY 10016 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MILLENNIUM PET GROUP LLC** | | **$23,563.04** | |

| 3.642 | MING YOU FURNITURE CO LTD | 06/21/2024 | $48,096.00 | ☐ Secured debt |
| | KHANH LOC HAMLET KHANH BINH VILL | | | ☐ Unsecured loan repayments |
| | TAN UYEN TOWN, | 07/12/2024 | $51,546.00 | ☑ Suppliers or vendors |
| | VN | 07/26/2024 | $74,236.00 | ☐ Services |
| | | 08/30/2024 | $24,048.00 | ☐ Other _____ |

| **TOTAL MING YOU FURNITURE CO LTD** | | **$197,926.00** | |

| 3.643 | MIRACLE BRANDS, LLC | 07/12/2024 | $621.00 | ☐ Secured debt |
| | 8924 E. PINNACLE PEAK ROAD | | | ☐ Unsecured loan repayments |
| | SCOTTSDALE, AZ 85255 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MIRACLE BRANDS, LLC** | | **$621.00** | |

| 3.644 | MIRAMAR ENTERPRISES INC DBA AROMA H | 06/28/2024 | $6,942.00 | ☐ Secured debt |
| | 6469 FLANDERS DR | | | ☐ Unsecured loan repayments |
| | SAN DIEGO, CA 92121-4104 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other _____ |

| **TOTAL MIRAMAR ENTERPRISES INC DBA AROMA H** | | **$6,942.00** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3.645 MISSION SERIES INC
1585 W MISSION BLVD
POMONA, CA 91766-1233
US

07/19/2024     $632.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MISSION SERIES INC**     **$632.40**

---

3.646 MITTAL CREATIONS INDIA
PLOT#-32,SECTOR-25.PART-II
PANIPAT, 132103
IN

07/26/2024     $25,452.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MITTAL CREATIONS INDIA**     **$25,452.00**

---

3.647 MIWORLD ACCESSORIES LLC
330 TALMADGE ROAD
EDISON, NJ 8817
US

06/14/2024     $1,533.60

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MIWORLD ACCESSORIES LLC**     **$1,533.60**

---

3.648 MIXED NUTS INC
7909 CROSSWAY DRIVE
PICO RIVERA, CA 90660
US

06/13/2024     $16,520.64

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MIXED NUTS INC**     **$16,520.64**

---

3.649 MJC CONFECTIONS LLC.
225 W 35TH ST
NEW YORK, NY 10001-0082
US

06/21/2024     $15,811.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MJC CONFECTIONS LLC.**     **$15,811.20**

---

3.650 MODA AT HOME ENTERPRISES, LTD
980 THRONTON RAOD SOUTH, UNIT 3
OSHAWA, ON L1J 7E2
CA

07/12/2024     $6,105.60

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MODA AT HOME ENTERPRISES, LTD**     **$6,105.60**

---

3.651 MODERN HOME TEXTILES, INC.
PO BOX 637
SPRING LAKE, NJ 7762
US

07/26/2024     $5,616.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL MODERN HOME TEXTILES, INC.**     **$5,616.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.652** MOHAWK CARPET DISTRIBUTION INC
PO BOX 935550
ATLANTA, GA 31193-5550
US

| | |
|---|---|
| 06/14/2024 | $22,889.58 |
| 06/21/2024 | $2,085.00 |
| 06/28/2024 | $14,431.45 |
| 07/19/2024 | $5,009.60 |
| 08/27/2024 | $39,461.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MOHAWK CARPET DISTRIBUTION INC** — **$83,876.63**

**3.653** MONARK, LLC
11 ELKINS ROAD
EAST BRUNSWICK, NJ 8816
US

| | |
|---|---|
| 07/12/2024 | $20,321.28 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MONARK, LLC** — **$20,321.28**

**3.654** MONDELEZ LIQUIDATIONS
2588 NETWORK PLACE
CHICAGO, IL 60673-1259
US

| | |
|---|---|
| 06/20/2024 | $13,775.10 |
| 07/02/2024 | $39,516.22 |
| 07/11/2024 | $34,693.24 |
| 08/14/2024 | $11,563.62 |
| 09/05/2024 | $23,897.18 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MONDELEZ LIQUIDATIONS** — **$123,445.36**

**3.655** MONTGOMERY LOCK & KEY
131 EASTDALE RD S
MONTGOMERY, AL 36117-2036
US

| | |
|---|---|
| 06/28/2024 | $33.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL MONTGOMERY LOCK & KEY** — **$33.00**

**3.656** MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC 28272-1070
US

| | |
|---|---|
| 06/21/2024 | $24.52 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL MOOD MEDIA** — **$24.52**

**3.657** MORINAGA AMERICA INC
4 PARK PLAZA STE 750
IRVINE, CA 92614-5211
US

| | |
|---|---|
| 07/12/2024 | $8,058.24 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL MORINAGA AMERICA INC** — **$8,058.24**

**3.658** MORTON SALT INC
444 W LAKE ST
CHICAGO, IL 60606-0010
US

| | |
|---|---|
| 06/28/2024 | $5,040.00 |
| 07/12/2024 | $5,401.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL MORTON SALT INC** | **$10,441.20** | |

| | | | |
|---|---|---|---|
| 3.659 | MOSAIC BATH AND SPA LLC<br>347 5TH AVE<br>NY, NY 10016<br>US | 06/28/2024 | $3,924.48 |
| | | 07/05/2024 | $27,780.00 |
| | | 07/12/2024 | $250.00 |
| | | 07/19/2024 | $250.00 |
| | | 07/26/2024 | $8,295.31 |
| | | 08/30/2024 | $2,008.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | |
|---|---|---|
| **TOTAL MOSAIC BATH AND SPA LLC** | **$42,508.29** |

| | | | |
|---|---|---|---|
| 3.660 | MOTION INDUSTRIES INC<br>FILE 57463<br>LOS ANGELES, CA 90074-7463<br>US | 06/21/2024 | $476.92 |
| | | 06/28/2024 | $130.80 |
| | | 07/05/2024 | $23,777.57 |
| | | 07/12/2024 | $27,548.78 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | |
|---|---|
| **TOTAL MOTION INDUSTRIES INC** | **$51,934.07** |

| | | | |
|---|---|---|---|
| 3.661 | MP SALES INC<br>1208 RT 34 SUITE # T1B<br>ABERDEEN, NJ 7747<br>US | 07/26/2024 | $5,805.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL MP SALES INC** | **$5,805.60** |

| | | | |
|---|---|---|---|
| 3.662 | MR BAR B Q PRODUCTS LLC<br>10 HUB DR STE 101<br>MELVILLE, NY 11747-3522<br>US | 07/26/2024 | $13,645.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL MR BAR B Q PRODUCTS LLC** | **$13,645.80** |

| | | | |
|---|---|---|---|
| 3.663 | MR BRANDS LLC TA CLOSEOUT GROUP.<br>113 FILLMORE ST<br>BRISTOL, PA 19007-5409<br>US | 06/28/2024 | $43,649.00 |
| | | 08/04/2024 | $16,628.00 |
| | | 08/07/2024 | $36,836.68 |
| | | 08/21/2024 | $13,170.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL MR BRANDS LLC TA CLOSEOUT GROUP.** | **$110,283.68** |

| | | | |
|---|---|---|---|
| 3.664 | MSC INTERNATIONAL<br>6700 THIMENS<br>ST LAURENT, QC H9B 1B7<br>CA | 06/11/2024 | $2,932.20 |
| | | 06/18/2024 | $32,856.00 |
| | | 06/25/2024 | $9,727.56 |
| | | 07/09/2024 | $9,591.20 |
| | | 07/23/2024 | $672.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | |
|---|---|
| **TOTAL MSC INTERNATIONAL** | **$55,778.96** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.665 | MUD PIE<br>4893 LEWIS ROAD<br>STONE MOUNTAIN, GA 30083<br>US | 06/14/2024 | $1,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MUD PIE** | | **$1,800.00** | |

| 3.666 | MULTIPET INTERNATIONAL INC<br>265 W COMMERCIAL AVE<br>MOONACHIE, NJ 07074-1609<br>US | 07/19/2024 | $916.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MULTIPET INTERNATIONAL INC** | | **$916.80** | |

| 3.667 | MW POLAR<br>PO BOX 469<br>NORWALK, CA 90651-0469<br>US | 07/12/2024<br>07/26/2024<br>09/05/2024 | $151,564.88<br>$17,756.80<br>$21,174.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MW POLAR** | | **$190,495.68** | |

| 3.668 | MY IMPORTS USA LLC<br>60 BRUNSWICK AVENUE<br>EDISON, NJ 8817<br>US | 06/14/2024<br>06/28/2024<br>07/26/2024 | $5,712.00<br>$11,424.00<br>$5,712.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MY IMPORTS USA LLC** | | **$22,848.00** | |

| 3.669 | MZ BERGER & CO INC<br>29-76 NORTHERN BLVD<br>LONG ISLAND CITY, NY 11101<br>US | 07/05/2024 | $4,284.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL MZ BERGER & CO INC** | | **$4,284.00** | |

| 3.670 | NANDAN TERRY PVT LTD<br>DHOLI INTEGRATED SPINNING PARK LTD<br>AHMEDABAD,<br>IN | 06/21/2024<br>07/05/2024<br>07/26/2024<br>08/09/2024 | $7,236.48<br>$54,783.84<br>$43,963.20<br>$3,632.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL NANDAN TERRY PVT LTD** | | **$109,616.16** | |

| 3.671 | NANO MAGIC INC<br>31601 RESEARCH PARK DRIVE<br>MADISON HEIGHTS, MI 48071<br>US | 07/26/2024 | $1,242.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | **TOTAL NANO MAGIC INC** | | **$1,242.00** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.672** NANTONG LURI TRADING CO
RM 612-618# DING DIAN TWL
NANTONG JIANGSU,
CN

| | |
|---|---|
| 06/14/2024 | $8,079.30 |
| 07/05/2024 | $15,213.80 |
| 07/12/2024 | $14,523.40 |
| 07/26/2024 | $46,493.04 |
| 08/30/2024 | $3,267.10 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NANTONG LURI TRADING CO** $87,576.64

**3.673** NATCO PRODUCTS CORP
PO BOX 219994
KANSAS CITY, MO 64121-9994
US

| | |
|---|---|
| 06/14/2024 | $87,298.20 |
| 06/21/2024 | $207,199.00 |
| 06/28/2024 | $80,508.60 |
| 07/05/2024 | $6,500.00 |
| 07/12/2024 | $111,188.00 |
| 07/19/2024 | $90,172.10 |
| 07/26/2024 | $19,537.20 |
| 08/09/2024 | $37,888.70 |
| 08/15/2024 | $15,521.85 |
| 08/21/2024 | $93,034.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATCO PRODUCTS CORP** $748,847.65

**3.674** NATIONWIDE
FILE 50939
LOS ANGELES, CA 90074-0939
US

| | |
|---|---|
| 06/14/2024 | $1,437.92 |
| 07/12/2024 | $1,425.88 |
| 08/15/2024 | $1,802.90 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL NATIONWIDE** $4,666.70

**3.675** NATROL LLC
21411 PRAIRIE ST
CHATSWORTH, CA 91311-5829
US

| | |
|---|---|
| 07/05/2024 | $4,006.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATROL LLC** $4,006.80

**3.676** NATURAL BALANCE PET FOODS LLC
3101 STEPHEN F AUSTIN DR
BROWNWOOD, TX 76801
US

| | |
|---|---|
| 07/12/2024 | $1,934.28 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATURAL BALANCE PET FOODS LLC** $1,934.28

**3.677** NATURAL INTENTIONS
21 NATOMA STREET
FOLSOM, CA 95630
US

| | |
|---|---|
| 06/28/2024 | $25,081.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATURAL INTENTIONS** $25,081.20

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.678** NATURE'S MARK LLC
9999 BELLAIRE BLVD STE 908
HOUSTON, TX 77036-4730
US

| | |
|---|---|
| 07/12/2024 | $30,650.44 |
| 07/19/2024 | $25,745.28 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATURE'S MARK LLC** **$56,395.72**

**3.679** NATURE'S WAY BRANDS, LLC
PO BOX 200286
DALLAS, TX 75320-0286
US

| | |
|---|---|
| 06/21/2024 | $45,171.12 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATURE'S WAY BRANDS, LLC** **$45,171.12**

**3.680** NATUREZWAY INC
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067
US

| | |
|---|---|
| 08/30/2024 | $7,242.00 |
| 09/05/2024 | $1,077.12 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NATUREZWAY INC** **$8,319.12**

**3.681** NEHEMIAH MANUFACTURING COMPANY LLC
PO BOX 933121
CLEVELAND, OH 44193
US

| | |
|---|---|
| 06/21/2024 | $4,789.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NEHEMIAH MANUFACTURING COMPANY LLC** **$4,789.20**

**3.682** NESTLE PURINA PET CARE
PO BOX 502430
SAINT LOUIS, MO 63150-2430
US

| | |
|---|---|
| 06/14/2024 | $109,548.47 |
| 07/03/2024 | $20,286.75 |
| 07/05/2024 | $188,930.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NESTLE PURINA PET CARE** **$318,765.82**

**3.683** NESTLE PURINA PETCARE COMPANY
1 CHECKERBOARD SQUARE
ST LOUIS, MO 63164-0001
US

| | |
|---|---|
| 06/13/2024 | $7,300.20 |
| 08/16/2024 | $4,966.40 |
| 09/05/2024 | $55,533.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NESTLE PURINA PETCARE COMPANY** **$67,799.80**

**3.684** NESTLE USA
3450 DULLES DR
MIRA LOMA, CA 91752-3242
US

| | |
|---|---|
| 08/26/2024 | $20,636.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NESTLE USA** **$20,636.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.685 NEW ENGLAND TECHNOLOGY<br>1020 PLAIN ST STE 110<br>MARSHFIELD, MA 02050-2143<br>US | 06/28/2024 | $19,543.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|
| | 07/12/2024 | $2,680.00 | |

| **TOTAL NEW ENGLAND TECHNOLOGY** | **$22,223.50** |
|---|---|

| 3.686 NEW VIEW GIFTS & ACCESSORIES<br>311 E BALTIMORE AVE STE 300<br>MEDIA, PA 19063-3507<br>US | 06/14/2024 | $57,313.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|
| | 07/19/2024 | $41,651.80 | |
| | 08/27/2024 | $13,716.60 | |

| **TOTAL NEW VIEW GIFTS & ACCESSORIES** | **$112,681.90** |
|---|---|

| 3.687 NEWELL BRANDS DISTRIBUTION LLC<br>50 SOUTH LASALLE STREET<br>CHICAGO, IL 60603<br>US | 06/14/2024 | $15,261.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|
| | 06/21/2024 | $16,822.36 | |
| | 06/28/2024 | $34,465.50 | |
| | 07/05/2024 | $41,058.94 | |

| **TOTAL NEWELL BRANDS DISTRIBUTION LLC** | **$107,608.60** |
|---|---|

| 3.688 NEXT PRODUCTS USA CORP<br>14027 BORATE STREET<br>SANTA FE SPRINGS, CA 90670-5336<br>US | 06/28/2024 | $7,236.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|
| | 07/19/2024 | $3,841.50 | |
| | 07/26/2024 | $3,301.84 | |

| **TOTAL NEXT PRODUCTS USA CORP** | **$14,379.34** |
|---|---|

| 3.689 NIAGARA DRINKING WATERS<br>2560 E PHILADELPHIA ST<br>ONTARIO, CA 91761-7768<br>US | 06/13/2024 | $29,032.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|
| | 06/20/2024 | $29,412.00 | |
| | 06/21/2024 | $8,846.40 | |
| | 06/27/2024 | $24,946.24 | |
| | 06/28/2024 | $5,897.60 | |
| | 07/03/2024 | $2,948.80 | |
| | 07/16/2024 | $5,745.60 | |
| | 07/18/2024 | $32,436.80 | |
| | 07/25/2024 | $27,001.28 | |
| | 07/26/2024 | $8,846.40 | |
| | 08/01/2024 | $51,053.76 | |
| | 08/09/2024 | $12,026.24 | |
| | 08/21/2024 | $79,860.80 | |
| | 08/26/2024 | $20,641.60 | |
| | 08/27/2024 | $11,795.20 | |
| | 09/05/2024 | $55,230.72 | |

| **TOTAL NIAGARA DRINKING WATERS** | **$405,721.44** |
|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.690 | NINGBO CNACC IMP & EXP CO | | |
|---|---|---|---|
| | NO 598 KANGZHUANG S RD | 06/21/2024 | $18,740.60 |
| | NINGBO CITY ZHEJIANG, | 07/05/2024 | $4,038.00 |
| | CN | 07/12/2024 | $7,458.00 |
| | | 07/19/2024 | $17,149.40 |
| | | 07/26/2024 | $1,636.80 |
| | | 08/09/2024 | $27,342.60 |
| | | 08/30/2024 | $82,722.32 |
| | | 09/07/2024 | $9,072.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NINGBO CNACC IMP & EXP CO**   **$168,159.72**

| 3.691 | NINGBO GENERAL UNION CO LTD | | |
|---|---|---|---|
| | 8F NO 3 BLDG 1377 LOFT CTR NO | 06/11/2024 | $21,211.12 |
| | NINGBO, | | |
| | CN | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NINGBO GENERAL UNION CO LTD**   **$21,211.12**

| 3.692 | NINGBO HUAY NOAH IMP&EXP CO.,LTD | | |
|---|---|---|---|
| | NO.708,YINGXIANG WEST ROAD, SHIJIAM | 06/11/2024 | $13,715.22 |
| | NINGBO, | | |
| | CN | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NINGBO HUAY NOAH IMP&EXP CO.,LTD**   **$13,715.22**

| 3.693 | NINGBO JOHNSHEN STATIONRY | | |
|---|---|---|---|
| | AKARA BLDG 24DE CASTRO ST | 07/05/2024 | $14,803.92 |
| | TORTOLA BRITISH, | | |
| | VG | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NINGBO JOHNSHEN STATIONRY**   **$14,803.92**

| 3.694 | NINGBO LISI IMPORT & EXPO CO LTD | | |
|---|---|---|---|
| | NO 518 CHENGXIN ROAD | 06/25/2024 | $1,895.52 |
| | NINGBO, | | |
| | CN | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NINGBO LISI IMPORT & EXPO CO LTD**   **$1,895.52**

| 3.695 | NISSIN FOODS USA CO INC | | |
|---|---|---|---|
| | PO BOX 512877 | 07/12/2024 | $25,512.00 |
| | LOS ANGELES, CA 90051-0877 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NISSIN FOODS USA CO INC**   **$25,512.00**

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| 3.696 | NJ CROCE CO. | | |
|---|---|---|---|
| | 8437 TRACK ROAD | 07/05/2024 | $2,934.80 |
| | NAMPA, ID 83686 | 07/19/2024 | $3,186.00 |
| | US | 07/26/2024 | $8,928.00 |
| | | 08/27/2024 | $3,902.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NJ CROCE CO.** **$18,951.20**

| 3.697 | NOIR JEWELRY LLC | | |
|---|---|---|---|
| | PO BOX 88926 | 06/21/2024 | $4,629.00 |
| | CHICAGO, IL 60695-1926 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NOIR JEWELRY LLC** **$4,629.00**

| 3.698 | NONG SHIM AMERICA | | |
|---|---|---|---|
| | 12155 6TH ST | 07/05/2024 | $15,242.40 |
| | RANCHO CUCAMONGA, CA 91730-6115 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NONG SHIM AMERICA** **$15,242.40**

| 3.699 | NONNIS FOODS LLC | | |
|---|---|---|---|
| | 25506 NETWORK PLACE | 06/28/2024 | $21,672.00 |
| | CHICAGO, IL 60673-1255 | 07/05/2024 | $26,316.00 |
| | US | 08/04/2024 | $23,220.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NONNIS FOODS LLC** **$71,208.00**

| 3.700 | NORCOM INC. | | |
|---|---|---|---|
| | 200 WILSON ROAD | 07/26/2024 | $14,657.25 |
| | GRIFFIN, GA 30223-4537 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NORCOM INC.** **$14,657.25**

| 3.701 | NORTH AMERICAN PET | | |
|---|---|---|---|
| | 450 N SHERIDAN ST | 06/14/2024 | $7,609.95 |
| | CORONA, CA 92880-2020 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL NORTH AMERICAN PET** **$7,609.95**

| 3.702 | NORTHPOINT | | |
|---|---|---|---|
| | 347 5TH AVE RM 201 | 06/14/2024 | $36,312.00 |
| | NEW YORK, NY 10016-5012 | 06/21/2024 | $206,801.10 |
| | US | 07/19/2024 | $12,698.40 |
| | | 07/26/2024 | $9,540.00 |
| | | 08/02/2024 | $35,182.20 |
| | | 08/30/2024 | $14,841.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | | | | |
|---|---|---|---|---|
| | **TOTAL NORTHPOINT** | | **$315,374.70** | |
| 3.703 NORTHWEST GROUP LLC<br>1535 W 139TH STREET<br>GARDENA, CA 90249-2603<br>US | 07/19/2024<br>07/26/2024 | $21,661.20<br>$7,113.60 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL NORTHWEST GROUP LLC** | | **$28,774.80** | |
| 3.704 NUSTEF BAKING LTD<br>2440 CAWTHRA ROAD<br>MISSISSAUGA, ON L5A 2X1<br>CA | 08/04/2024<br>08/26/2024 | $20,563.20<br>$20,563.20 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL NUSTEF BAKING LTD** | | **$41,126.40** | |
| 3.705 NUVOMED<br>1400 CENTRE CIRCLE<br>DOWNERS GROVE, IL 60515<br>US | 06/14/2024<br>07/26/2024 | $6,048.00<br>$52,724.64 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL NUVOMED** | | **$58,772.64** | |
| 3.706 NVM PET INC<br>PO BOX 22265<br>NEW YORK, NY 10087-0001<br>US | 06/14/2024<br>06/21/2024<br>07/05/2024<br>07/26/2024 | $16,765.00<br>$13,633.60<br>$14,422.00<br>$12,896.20 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL NVM PET INC** | | **$57,716.80** | |
| 3.707 O2COOL<br>300 SOUTH RIVERSIDE PLAZA STE 2300<br>CHICAGO, IL 60606-6765<br>US | 07/05/2024 | $18,999.50 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL O2COOL** | | **$18,999.50** | |
| 3.708 OASIS BAGS USA INC<br>608 UNIVERSITY AVE<br>SACRAMENTO, CA 95825-6702<br>US | 07/30/2024 | $842.40 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL OASIS BAGS USA INC** | | **$842.40** | |
| 3.709 OCEAN SPRAY CRANBERRIES<br>PO BOX 223049<br>PITTSBURGH, PA 15251<br>US | 07/12/2024<br>08/04/2024 | $39,191.91<br>$39,487.86 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL OCEAN SPRAY CRANBERRIES** | | **$78,679.77** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

| | | | |
|---|---|---|---|
| 3.710 OCEAN SPRAY CRANBERRIES INC<br>1 OCEAN SPRAY DR<br>MIDDLEBORO, MA 2349<br>US | 07/19/2024 | $9,332.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OCEAN SPRAY CRANBERRIES INC** — **$9,332.32**

| | | | |
|---|---|---|---|
| 3.711 OHIO CHILD SUPPORT PAYMENT CEN<br>PO BOX 182394<br>COLUMBUS, OH 43218-2394<br>US | 06/14/2024<br>06/21/2024<br>06/28/2024 | $132.81<br>$121.38<br>$15.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Tax / Governmental Agency |

**TOTAL OHIO CHILD SUPPORT PAYMENT CEN** — **$269.88**

| | | | |
|---|---|---|---|
| 3.712 OIL DRI CORP OF AMERICA<br>PO BOX 95980<br>CHICAGO, IL 60694-5980<br>US | 06/13/2024<br>06/20/2024<br>07/25/2024<br>08/01/2024 | $26,508.00<br>$25,140.50<br>$29,760.50<br>$12,705.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OIL DRI CORP OF AMERICA** — **$94,114.00**

| | | | |
|---|---|---|---|
| 3.713 OLD WISCONSIN<br>26050 NETWORK PLACE<br>CHICAGO, IL 60673-1260<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024 | $1,587.60<br>$1,587.60<br>$1,587.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OLD WISCONSIN** — **$4,762.80**

| | | | |
|---|---|---|---|
| 3.714 OLD WORLD QUALITY FOODS LLC<br>2451 UNITED LANE<br>ELK GROVE VILLAGE, IL 60007-6818<br>US | 06/13/2024<br>06/27/2024<br>07/11/2024 | $15,270.36<br>$15,582.00<br>$12,230.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OLD WORLD QUALITY FOODS LLC** — **$43,082.76**

| | | | |
|---|---|---|---|
| 3.715 OLDE THOMPSON LLC<br>3250 CAMINO DEL SOL<br>OXNARD, CA 93030<br>US | 06/28/2024<br>08/21/2024 | $49,044.54<br>$118,797.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OLDE THOMPSON LLC** — **$167,841.78**

| | | | |
|---|---|---|---|
| 3.716 OLYMPIA TOOLS INT'L INC<br>18051 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748-1223<br>US | 07/26/2024<br>08/02/2024 | $70,986.29<br>$15,385.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL OLYMPIA TOOLS INT'L INC** — **$86,371.72**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

**3.717** ONE DESIGN HOME LLC
34 WEST 33RD STREET FLOOR 2
NEW YORK, NY 10001-3304
US

| Date | Amount | |
|------|--------|---|
| 06/14/2024 | $32,722.80 | ☐ Secured debt |
| 06/21/2024 | $9,437.20 | ☐ Unsecured loan repayments |
| 06/28/2024 | $15,353.92 | ☑ Suppliers or vendors |
| 07/05/2024 | $38,638.38 | ☐ Services |
| 07/12/2024 | $2,352.00 | ☐ Other _____ |
| 07/19/2024 | $60,899.62 | |
| 07/26/2024 | $139,704.08 | |
| 08/02/2024 | $17,364.00 | |
| 08/16/2024 | $150,089.36 | |
| 08/23/2024 | $29,301.84 | |

**TOTAL ONE DESIGN HOME LLC**    **$495,863.20**

**3.718** ONE GLOBAL INTERNATIONAL
4F, BUILDING 2, DREAM PLAZA, NO 36
HANGZHOU,
CN

| Date | Amount | |
|------|--------|---|
| 07/02/2024 | $6,681.24 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL ONE GLOBAL INTERNATIONAL**    **$6,681.24**

**3.719** ONE SOURCE INTERNATIONAL LLC
1703 N 13TH ST
ROGERS, AR 72756-2315
US

| Date | Amount | |
|------|--------|---|
| 06/28/2024 | $3,588.99 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL ONE SOURCE INTERNATIONAL LLC**    **$3,588.99**

**3.720** ONTEL PRODUCTS
21 LAW DR
FAIRFIELD, NJ 07004-3206
US

| Date | Amount | |
|------|--------|---|
| 06/12/2024 | $7,316.00 | ☐ Secured debt |
| 06/21/2024 | $15,708.00 | ☐ Unsecured loan repayments |
| 07/11/2024 | $2,950.00 | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL ONTEL PRODUCTS**    **$25,974.00**

**3.721** ONYX BRANDS
9600 ROWLETT ROAD
NORTH LITTLE ROCK, AR 72113
US

| Date | Amount | |
|------|--------|---|
| 06/14/2024 | $2,280.00 | ☐ Secured debt |
| 06/21/2024 | $4,349.34 | ☐ Unsecured loan repayments |
| 07/26/2024 | $2,280.00 | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL ONYX BRANDS**    **$8,909.34**

**3.722** OPTIMUM BUYING LTD
3 CHURCHGATES CHURCH LN
BERKHAMSTED HERTS, HP4 2UB
GB

| Date | Amount | |
|------|--------|---|
| 06/17/2024 | $291.70 | ☐ Secured debt |
| 07/31/2024 | $1,790.86 | ☐ Unsecured loan repayments |
| 08/31/2024 | $781.90 | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL OPTIMUM BUYING LTD**    **$2,864.46**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.723 | OPTIMUS ENTERPRISE, INC. | | |
|---|---|---|---|
| | 2201 E. WINSTON ROAD | 06/14/2024 | $14,056.00 |
| | ANAHEIM, CA 92806 | 07/12/2024 | $15,998.40 |
| | US | 08/02/2024 | $18,349.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL OPTIMUS ENTERPRISE, INC.** **$48,403.60**

| 3.724 | OPTUMRX | | |
|---|---|---|---|
| | 2300 MAIN ST CA134-0505 | 06/19/2024 | $4,358.92 |
| | IRVINE, CA 92614 | 07/05/2024 | $12,157.21 |
| | US | 07/17/2024 | $7,116.16 |
| | | 08/06/2024 | $16,548.98 |
| | | 08/10/2024 | $16,548.98 |
| | | 08/19/2024 | $11,018.62 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL OPTUMRX** **$67,748.87**

| 3.725 | ORALABS INC | | |
|---|---|---|---|
| | 18685 E PLAZA DR | 07/03/2024 | $1,320.00 |
| | PARKER, CO 80134-9061 | | |
| | US | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ORALABS INC** **$1,320.00**

| 3.726 | ORANGE CIRCLE STUDIO | | |
|---|---|---|---|
| | PO BOX 50244 | 07/12/2024 | $24,658.80 |
| | IRVINE, CA 92619 | | |
| | US | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ORANGE CIRCLE STUDIO** **$24,658.80**

| 3.727 | ORIENTAL WEAVERS USA INC | | |
|---|---|---|---|
| | PO BOX 740209 | 06/14/2024 | $7,920.78 |
| | ATLANTA, GA 30374-0209 | 07/12/2024 | $6,269.46 |
| | US | 07/19/2024 | $17,315.80 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ORIENTAL WEAVERS USA INC** **$31,506.04**

| 3.728 | ORIGINAL SALT COMPANY | | |
|---|---|---|---|
| | 1422 BURTONWOOD DRIVE STE 100 | 06/21/2024 | $10,182.40 |
| | GASTONIA, NC 28054-4051 | 08/04/2024 | $8,457.28 |
| | US | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ORIGINAL SALT COMPANY** **$18,639.68**

| 3.729 | ORLY SHOE CORP | | |
|---|---|---|---|
| | 15 W. 34TH ST 7TH FLOOR | 06/14/2024 | $13,770.00 |
| | NEW YORK, NY 10001-3015 | 07/05/2024 | $1,800.00 |
| | US | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ORLY SHOE CORP** **$15,570.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.730 | OSR SALES LLC<br>355 BOWLER COURT<br>PISCATAWAY, NJ 8854<br>US | 07/19/2024 | $10,807.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL OSR SALES LLC** — **$10,807.00**

| 3.731 | OTIS MCALLISTER<br>PO BOX 8255<br>PASADENA, CA 91109-8255<br>US | 07/05/2024 | $19,402.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL OTIS MCALLISTER** — **$19,402.00**

| 3.732 | OUTWARD HOUND<br>7337 S. REVERE PARKWAY<br>CENTENNIAL, CO 80112<br>US | 06/21/2024<br>06/28/2024 | $19,203.15<br>$24,170.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL OUTWARD HOUND** — **$43,373.59**

| 3.733 | OVE WATER SERVICES INC DBA MIDWEST<br>2959 N 112TH STREET<br>WAUWATOSA, WI 53222<br>US | 07/19/2024<br>07/26/2024 | $2,073.60<br>$4,147.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL OVE WATER SERVICES INC DBA MIDWEST** — **$6,220.80**

| 3.734 | OVERMAN INTERNATIONAL CORPORATION<br>1000 INDUSTRIAL PARK RD<br>DANDRIDGE, TN 37725-4702<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024<br>07/19/2024 | $49,896.00<br>$16,632.00<br>$16,632.00<br>$16,632.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL OVERMAN INTERNATIONAL CORPORATION** — **$99,792.00**

| 3.735 | P & L DEVELOPMENT LLC<br>609 CANTIAGUE ROCK RD UNIT 2<br>WESTBURY, NY 11590-1721<br>US | 07/05/2024<br>07/26/2024 | $5,996.76<br>$2,330.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL P & L DEVELOPMENT LLC** — **$8,327.66**

| 3.736 | PADDYWAX, LLC<br>2934 SIDCO DRIVE<br>NASHVILLE, TN 37207<br>US | 06/14/2024 | $24,263.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL PADDYWAX, LLC** — **$24,263.80**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 3.737 | PAGANI INDUSTRIE ALIMENTARI SPA<br>VIA FIORBELLIA 50<br>VIMERCATE,<br>IT | 07/16/2024 | $3,761.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PAGANI INDUSTRIE ALIMENTARI SPA** | | **$3,761.94** | |
| 3.738 | PAMPA BEVERAGES LLC<br>1110 BRICKNELL AVE STE 302<br>MIAMI, FL 33131-3138<br>US | 06/20/2024 | $21,411.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PAMPA BEVERAGES LLC** | | **$21,411.04** | |
| 3.739 | PAN ASIAN CREATIONS LIMITED<br>5F-6 NO 294 SEC 1 DUNHUA S RD<br>DA-AN DIST TAIPEI,<br>TW | 06/21/2024 | $29,722.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $63,593.74 | |
| | | 07/05/2024 | $248,544.16 | |
| | | 07/26/2024 | $146,563.46 | |
| | | 08/16/2024 | $32,405.04 | |
| | | 08/23/2024 | $34,538.56 | |
| | | 09/06/2024 | $52,560.92 | |
| | **TOTAL PAN ASIAN CREATIONS LIMITED** | | **$607,928.68** | |
| 3.740 | PAN OVERSEAS<br>PLOT #4 SEC 25 HUDA PHASE 1 GTR<br>PANIPAT,<br>IN | 07/05/2024 | $4,064.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/12/2024 | $2,153.28 | |
| | | 07/19/2024 | $16,754.72 | |
| | | 08/30/2024 | $36,812.80 | |
| | **TOTAL PAN OVERSEAS** | | **$59,785.68** | |
| 3.741 | PANTIES PLUS<br>320 5TH AVE FL 2ND<br>NEW YORK, NY 10001-3102<br>US | 06/14/2024 | $14,460.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/05/2024 | $9,504.00 | |
| | | 07/26/2024 | $11,628.00 | |
| | **TOTAL PANTIES PLUS** | | **$35,592.00** | |
| 3.742 | PARFUMS DE COEUR<br>PO BOX 6349<br>NEW YORK, NY 10249-6349<br>US | 06/20/2024 | $90,123.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/02/2024 | $207.00 | |
| | | 07/05/2024 | $73,462.40 | |
| | | 07/25/2024 | $89,734.60 | |
| | **TOTAL PARFUMS DE COEUR** | | **$253,527.40** | |
| 3.743 | PARIS PRESENTS INC<br>28270 NETWORK PLACE<br>CHICAGO, IL 60673-1282<br>US | 06/13/2024 | $10,016.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/25/2024 | $8,596.64 | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

|  |  |  |
|---|---|---|
| **TOTAL PARIS PRESENTS INC** | | **$18,613.52** |

3.744 PARTNER FOODS GROUP
PARTNER FOODS GROUP LLC PO BOX 7728
DETROIT, MI 48277-2852
US

| | 07/19/2024 | $6,656.40 |
| | 07/26/2024 | $2,624.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL PARTNER FOODS GROUP** | | **$9,280.40** |

3.745 PAYPOOL LLC BUSINESS LICENSE
800 MAINE AVE SW STE 650
WASHINGTON, DC 20024-2805
US

| | 07/19/2024 | $50.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Tax / Governmental Agency

| **TOTAL PAYPOOL LLC BUSINESS LICENSE** | | **$50.00** |

3.746 PCS WIRELESS LLC
11 VREELAND ROAD
FLORHAM PARK, NJ 7932
US

| | 06/14/2024 | $35,620.00 |
| | 06/21/2024 | $8,625.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL PCS WIRELESS LLC** | | **$44,245.00** |

3.747 PEAK LIVING INC
PO BOX 74008196
CHICAGO, IL 60674-8196
US

| | 06/14/2024 | $481,757.00 |
| | 06/21/2024 | $121,793.00 |
| | 06/28/2024 | $262,093.00 |
| | 07/05/2024 | $224,298.00 |
| | 07/12/2024 | $121,101.00 |
| | 07/19/2024 | $41,471.00 |
| | 08/15/2024 | $727,039.00 |
| | 08/21/2024 | $169,097.00 |
| | 08/23/2024 | $54,006.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL PEAK LIVING INC** | | **$2,202,655.00** |

3.748 PEARSON CANDY COMPANY
PO BOX 64459
ST. PAUL, MN 55164
US

| | 07/19/2024 | $1,159.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL PEARSON CANDY COMPANY** | | **$1,159.20** |

3.749 PEGASUS HOME FASHIONS
PO BOX 9030
ELIZABETH, NJ 07201-0930
US

| | 06/28/2024 | $14,944.00 |
| | 07/05/2024 | $29,888.00 |
| | 07/12/2024 | $29,888.00 |
| | 07/26/2024 | $14,944.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | | |
|---|---|---|---|---|
| | **TOTAL PEGASUS HOME FASHIONS** | | **$89,664.00** | |
| 3.750 PEGASUS SPORTS LLC<br>PO BOX 90<br>BELMAR, NJ 07719-0900<br>US | 07/19/2024 | $3,577.50 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PEGASUS SPORTS LLC** | | **$3,577.50** | |
| 3.751 PEM AMERICA INC<br>70 W 36TH ST 2ND FLOOR<br>NEW YORK, NY 10018-0010<br>US | 06/14/2024 | $33,924.00 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 07/12/2024 | $58,992.00 | | |
| | 07/26/2024 | $6,948.00 | | |
| | 08/23/2024 | $85,324.77 | | |
| | 09/04/2024 | $1,450.00 | | |
| | **TOTAL PEM AMERICA INC** | | **$186,638.77** | |
| 3.752 PEM-AMERICA (HK) CO LIMITED<br>RM 3103 31F SUNSHINE PLAZA 353 LOCK<br>WANCHAI,<br>HK | 07/30/2024 | $92,395.35 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PEM-AMERICA (HK) CO LIMITED** | | **$92,395.35** | |
| 3.753 PENSKE TRUCK LEASING CO LP<br>PO BOX 827380<br>PHILADELPHIA, PA 19182-7380<br>US | 06/14/2024 | $113.60 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PENSKE TRUCK LEASING CO LP** | | **$113.60** | |
| 3.754 PERFETTI VAN MELLE USA IN<br>DEPT 2230<br>CAROL STREAM, IL 60132<br>US | 06/14/2024 | $14,277.83 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 07/18/2024 | $9,489.00 | | |
| | **TOTAL PERFETTI VAN MELLE USA IN** | | **$23,766.83** | |
| 3.755 PERIO PRODUCTS INC<br>PO BOX 715403<br>COLUMBUS, OH 43271-5403<br>US | 06/14/2024 | $15,024.72 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 06/28/2024 | $10,982.16 | | |
| | **TOTAL PERIO PRODUCTS INC** | | **$26,006.88** | |
| 3.756 PERRIGO<br>22592 NETWORK PLACE<br>CHICAGO, IL 60673-1225<br>US | 06/14/2024 | $16,824.48 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| | | **TOTAL PERRIGO** | **$16,824.48** | |
| 3.757 | PERRIGO COMPANY<br>PO BOX 8877<br>GRAND RAPIDS, MI 49518-8877<br>US | 06/14/2024<br>07/26/2024 | $2,546.64<br>$10,159.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PERRIGO COMPANY** | **$12,706.56** | |
| 3.758 | PERRIGO DIRECT, INC.<br>PO BOX 392709<br>PITTSBURGH, PA 15251-9709<br>US | 07/11/2024 | $17,711.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PERRIGO DIRECT, INC.** | **$17,711.04** | |
| 3.759 | PET BRAND PRODUCTS LLC<br>425 METRO PLACE NORTH SUITE 690<br>DUBLIN, OH 43017-5358<br>US | 07/03/2024<br>08/26/2024 | $73,340.63<br>$54,586.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PET BRAND PRODUCTS LLC** | **$127,927.50** | |
| 3.760 | PETMATE<br>PO BOX 849863<br>DALLAS, TX 75284-9863<br>US | 06/21/2024<br>06/25/2024<br>07/18/2024<br>08/01/2024<br>08/26/2024 | $18,320.52<br>$41.36<br>$7,664.04<br>$12,268.80<br>$43,797.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PETMATE** | **$82,092.04** | |
| 3.761 | PETPARTY PRODUCTS CO.,LTD<br>RM#306 , BLDG A ., LONGHU HONGQIAO<br>SHANGHAI CITY,<br>CN | 07/16/2024 | $4,718.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PETPARTY PRODUCTS CO.,LTD** | **$4,718.40** | |
| 3.762 | PEZ CANDY INC<br>PO BOX 30087<br>NEW YORK, NY 10087-0087<br>US | 07/11/2024<br>08/01/2024 | $73,800.00<br>$10,272.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL PEZ CANDY INC** | **$84,072.96** | |
| 3.763 | PIC CORPORATION<br>PO BOX 1458<br>LINDEN, NJ 07036-0005<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024<br>07/19/2024 | $250.00<br>$17,319.18<br>$6,052.80<br>$8,544.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL PIC CORPORATION** | **$32,166.82** | |

| 3.764 | PIEDMONT CANDY COMPANY<br>PO BOX 1722<br>LEXINGTON, NC 27293-1722<br>US | 06/14/2024 | $27,101.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/21/2024 | $9,806.56 | |

| | **TOTAL PIEDMONT CANDY COMPANY** | **$36,908.08** |
|---|---|---|

| 3.765 | PIPING ROCK HEALTH PRODUCTS LLC<br>3900 VETERANS MEMORIAL HWY<br>BOHEMIA, NY 11716-1027<br>US | 06/13/2024 | $7,849.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 07/03/2024 | $10,117.13 | |
| | | 07/25/2024 | $10,780.86 | |

| | **TOTAL PIPING ROCK HEALTH PRODUCTS LLC** | **$28,747.08** |
|---|---|---|

| 3.766 | PIVOT ACCESSORIES LLC<br>10 W 33 ST<br>NEW YORK, NY 10001<br>US | 06/21/2024 | $5,983.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL PIVOT ACCESSORIES LLC** | **$5,983.20** |
|---|---|---|

| 3.767 | PLANAHEAD LLC<br>3130 WILSHIRE BLVD STE 555<br>SANTA MONICA, CA 90403-2356<br>US | 07/05/2024 | $8,986.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL PLANAHEAD LLC** | **$8,986.24** |
|---|---|---|

| 3.768 | PLASTIC DEVELOPMENT GROUP<br>24445 NORTHWESTERN HIGHWAY STE 101<br>SOUTHFIELD, MI 48075<br>US | 06/21/2024 | $9,831.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL PLASTIC DEVELOPMENT GROUP** | **$9,831.00** |
|---|---|---|

| 3.769 | PLAYTEK LLC<br>148 MADISON AVENUE<br>NEW YORK, NY 10016<br>US | 07/12/2024 | $2,778.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL PLAYTEK LLC** | **$2,778.00** |
|---|---|---|

| 3.770 | POH HUAT FURNITURE<br>INDUSTRIES VN JSC<br>DI AN DISTRICT BINH,<br>VN | 06/21/2024 | $88,924.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL POH HUAT FURNITURE** | **$88,924.65** |
|---|---|---|

| | Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|---|

3.771 POINT ONE INTERNATIONAL LTD
2512 WISCONSIN AVENUE
DOWNERS GROVE, IL 60515
US

| 07/19/2024 | $9,130.80 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POINT ONE INTERNATIONAL LTD | $9,130.80 |
|---|---|

3.772 POLDER PRODUCTS LLC
195 CHRISTIAN ST
OXFORD, CT 06478-1252
US

| 06/14/2024 | $8,767.50 |
| 07/05/2024 | $3,500.00 |
| 07/19/2024 | $1,814.10 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POLDER PRODUCTS LLC | $14,081.60 |
|---|---|

3.773 POLY-AMERICA
PO BOX 843208
DALLAS, TX 75284-3208
US

| 06/14/2024 | $55,036.56 |
| 07/19/2024 | $60,400.56 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POLY-AMERICA | $115,437.12 |
|---|---|

3.774 POLYFECT TOYS CO LTD
RM 916 HOUSTON CENTER
KOLOWOON,
HK

| 06/11/2024 | $7,156.96 |
| 06/18/2024 | $10,920.24 |
| 06/25/2024 | $649.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POLYFECT TOYS CO LTD | $18,727.00 |
|---|---|

3.775 POLYGROUP NORTH AMERICA, INC.
303 SW 16TH STREET STE 5
BENTONVILLE, AR 72712-7170
US

| 06/21/2024 | $36,288.00 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POLYGROUP NORTH AMERICA, INC. | $36,288.00 |
|---|---|

3.776 POPTIME SNACK BRANDS LLC
200CLIFTON AVE STE 5
CLIFTON, NJ 07011-3652
US

| 07/05/2024 | $6,955.20 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POPTIME SNACK BRANDS LLC | $6,955.20 |
|---|---|

3.777 POPULAR BATH
808 GEORGIA AVE
BROOKLYN, NY 11207
US

| 06/14/2024 | $29,371.20 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL POPULAR BATH | $29,371.20 |
|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.778 | POWER MAX BATTERY<br>1520 S.GROVE AVE<br>ONTARIO, CA 91761<br>US | 07/19/2024 | $10,827.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 08/15/2024 | $11,807.04 | |
| | **TOTAL POWER MAX BATTERY** | | **$22,634.16** | |

| 3.779 | PPJ LLC<br>2 CARSHA DRIVE<br>NATICK, MA 01760-4658<br>US | 06/14/2024 | $105,850.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $91,091.14 | |
| | | 07/12/2024 | $96,455.63 | |
| | | 07/19/2024 | $101,990.14 | |
| | | 07/26/2024 | $100,459.35 | |
| | **TOTAL PPJ LLC** | | **$495,846.86** | |

| 3.780 | PRECIOUS HOME GOODS . LLC<br>THE CIT GROUP/COMMERCIAL SERVICES,<br>CHARLOTTE, NC 28201-1036<br>US | 07/05/2024 | $14,709.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/26/2024 | $5,949.00 | |
| | **TOTAL PRECIOUS HOME GOODS . LLC** | | **$20,658.30** | |

| 3.781 | PREFERRED BRANDS INTL INC<br>3 LANDMARK SQUARE 5TH FLOOR<br>STAMFORD, CT 06901-2512<br>US | 08/04/2024 | $7,054.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PREFERRED BRANDS INTL INC** | | **$7,054.56** | |

| 3.782 | PREMIER HOME IMPORTS LLC<br>230 5TH AVENUE<br>NEW YORK, NY 10001<br>US | 07/05/2024 | $20,046.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PREMIER HOME IMPORTS LLC** | | **$20,046.20** | |

| 3.783 | PRESTIGE PATIO CO LTD<br>42 WEST 38TH STREET ROOM 802<br>NEW YORK, NY 10018-0064<br>US | 07/12/2024 | $13,601.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/26/2024 | $9,814.00 | |
| | **TOTAL PRESTIGE PATIO CO LTD** | | **$23,415.28** | |

| 3.784 | PRIMA DONNA DESIGNS INC<br>41 MADISON AVENUE 8TH FL<br>NEW YORK, NY 10010<br>US | 07/19/2024 | $8,219.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PRIMA DONNA DESIGNS INC** | | **$8,219.60** | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

---

3.785 PRIME BRANDS GROUP, INC.
PO BOX 1036
CHARLOTTE, NC 28201-1036
US

| | |
|---|---|
| 07/05/2024 | $19,398.00 |
| 07/19/2024 | $15,300.00 |
| 09/04/2024 | $576.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRIME BRANDS GROUP, INC.**   **$35,274.00**

---

3.786 PRIME HYDRATION LLC
P.O. BOX 735953
CHICAGO, IL 60673
US

| | |
|---|---|
| 07/12/2024 | $27,988.80 |
| 07/26/2024 | $7,996.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRIME HYDRATION LLC**   **$35,985.60**

---

3.787 PRIMITIVE COLLECTIONS
3151 W. 5TH. ST. SUITE B
OXNARD, CA 93030
US

| | |
|---|---|
| 06/21/2024 | $7,837.76 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRIMITIVE COLLECTIONS**   **$7,837.76**

---

3.788 PRIMROSE PLASTICS
125 SPAGNOLI RD
MELVILLE, NY 11747-3518
US

| | |
|---|---|
| 06/14/2024 | $23,103.36 |
| 07/12/2024 | $23,103.36 |
| 07/26/2024 | $23,103.36 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRIMROSE PLASTICS**   **$69,310.08**

---

3.789 PRINCE OF PEACE
751 N CANYONS PKWY
LIVERMORE, CA 94551
US

| | |
|---|---|
| 06/28/2024 | $6,410.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRINCE OF PEACE**   **$6,410.88**

---

3.790 PRIVATE LABEL FOODS INC
1686 LYELL AVE
ROCHESTER, NY 14606
US

| | |
|---|---|
| 06/27/2024 | $4,302.72 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRIVATE LABEL FOODS INC**   **$4,302.72**

---

3.791 PRO MART IND INC
17421 VON KARMAN AVE
IRVINE, CA 92614-6205
US

| | |
|---|---|
| 06/21/2024 | $9,007.88 |
| 08/02/2024 | $16,568.04 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PRO MART IND INC**   **$25,575.92**

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

---

3.792 PRODUCT DESIGN CANOPY LTD
21 MATUAWAI RD
HUNG HOM KOWLOON,
HK

| | |
|---|---|
| 06/21/2024 | $47,334.06 |
| 07/26/2024 | $2,188.80 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PRODUCT DESIGN CANOPY LTD**   **$49,522.86**

---

3.793 PROFIT CULTURAL & CREATIVE GROUP
18F WORLDWIDE PLAZA 158 WUSI ROAD
FUZHOU,
CN

| | |
|---|---|
| 06/21/2024 | $4,678.28 |
| 08/30/2024 | $9,940.00 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PROFIT CULTURAL & CREATIVE GROUP**   **$14,618.28**

---

3.794 PROFUSION COSMETICS CORP
5491 SCHAEFER AVE
CHINO, CA 91710-6913
US

| | |
|---|---|
| 07/05/2024 | $2,430.00 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PROFUSION COSMETICS CORP**   **$2,430.00**

---

3.795 PROMIER PRODUCTS
350 5TH STREET STE 266
PERU, IL 61354-2813
US

| | |
|---|---|
| 06/14/2024 | $23,043.00 |
| 06/21/2024 | $67,518.08 |
| 07/12/2024 | $30,798.40 |
| 08/15/2024 | $16,456.80 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PROMIER PRODUCTS**   **$137,816.28**

---

3.796 PRYM CONSUMER USA INC
PO BOX 9304
SPARTANBURG, SC 29304
US

| | |
|---|---|
| 08/21/2024 | $4,945.80 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PRYM CONSUMER USA INC**   **$4,945.80**

---

3.797 PTS AMERICA INC
222 FIFTH AVE
NEW YORK, NY 10001-7700
US

| | |
|---|---|
| 08/30/2024 | $13,612.58 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PTS AMERICA INC**   **$13,612.58**

---

3.798 PUKKA PADS USA CORP.
3862 GALLEON RUN
MADISON, WI 53718
US

| | |
|---|---|
| 06/21/2024 | $41,606.99 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL PUKKA PADS USA CORP.**   **$41,606.99**

---

| | | | | |
|---|---|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.799 PUR COMPANY INC.
23 KODIAK CRESCENT
NORTH YORK, ON M3J 3E5
CA

06/14/2024  $10,736.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PUR COMPANY INC.**  **$10,736.00**

3.800 PURPLE MIXER INC.
PO BOX 936601
ATLANTA, GA 31193-6601
US

07/12/2024  $12,751.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL PURPLE MIXER INC.**  **$12,751.20**

3.801 QBY TECHNOLOGY(TIANJIN)GROUP LIMITE
NO.88 FUAN ROAD, NANCAICUN TOWN,WUQ
TIANJIN,
CN

07/02/2024  $25,567.04

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL QBY TECHNOLOGY(TIANJIN)GROUP LIMITE**  **$25,567.04**

3.802 QINGDAO BRIGHT ART&CRAFT PROD CO
120 HAILI BLDG BINHAI GARDEN NO 1S
QINGDAO,
CN

07/05/2024  $20,613.43

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL QINGDAO BRIGHT ART&CRAFT PROD CO**  **$20,613.43**

3.803 QINGDAO GREAT TEXTILE I/E
2-401,402 NO 6 FUZHOU BEI
QINGDAO SHANDO,
CN

07/16/2024  $9,332.52

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL QINGDAO GREAT TEXTILE I/E**  **$9,332.52**

3.804 QINGDAO YL ARTS & CRAFTS FACTORY
NO.35 DIANZI VILLAGE
QINGDAO,
CN

07/23/2024  $7,455.84

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL QINGDAO YL ARTS & CRAFTS FACTORY**  **$7,455.84**

3.805 QUAKER OATS COMPANY
PO BOX 644943
PITTSBURGH, PA 15264-4943
US

06/13/2024  $6,100.00
06/18/2024  $39,011.60
06/27/2024  $35,605.64
06/28/2024  $27,149.58
07/16/2024  $31,723.97
07/19/2024  $30,841.29

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL QUAKER OATS COMPANY**  **$170,432.08**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.806** QUALITY KING DIST
PO BOX 536267
PITTSBURGH, PA 15253-5904
US

| | |
|---|---|
| 08/20/2024 | $18,289.20 |
| 08/27/2024 | $92,256.47 |
| 09/04/2024 | $24,790.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL QUALITY KING DIST | $135,336.55 |
|---|---|

**3.807** RADIAANT EXPOVISION PRIVATE LIMITED
A70
NOIDA,
IN

| | |
|---|---|
| 07/23/2024 | $26,959.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RADIAANT EXPOVISION PRIVATE LIMITED | $26,959.50 |
|---|---|

**3.808** RANGE KLEEN
PO DRAWER 696
LIMA, OH 45802-0696
US

| | |
|---|---|
| 06/21/2024 | $9,284.78 |
| 07/26/2024 | $7,091.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RANGE KLEEN | $16,376.58 |
|---|---|

**3.809** RAP SNACKS
21218 ST ANDREWS BLVD
BOCA RATON, FL 33433
US

| | |
|---|---|
| 09/05/2024 | $22,723.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RAP SNACKS | $22,723.20 |
|---|---|

**3.810** RATERIA INTERNATIONAL PVT. LTD
A-24, SECTOR-58
NOIDA,
IN

| | |
|---|---|
| 07/23/2024 | $48,612.85 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RATERIA INTERNATIONAL PVT. LTD | $48,612.85 |
|---|---|

**3.811** RB HEALTH US LLC
29838 NETWORK PLACE
CHICAGO, IL 60673-1298
US

| | |
|---|---|
| 06/21/2024 | $15,206.38 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RB HEALTH US LLC | $15,206.38 |
|---|---|

**3.812** REBOX CORP
7500 CH DE LA COTE DE LIESSE
MONTREAL, QC H4T 1E7
CA

| | |
|---|---|
| 06/11/2024 | $6,300.00 |
| 06/18/2024 | $11,232.00 |
| 07/02/2024 | $18,900.00 |
| 07/09/2024 | $18,720.00 |
| 07/16/2024 | $18,900.00 |
| 08/15/2024 | $25,200.00 |
| 08/23/2024 | $6,300.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | TOTAL REBOX CORP | **$105,552.00** | |
|---|---|---|---|

| 3.813 RECKITT BENCKISER INC | 06/14/2024 | $153,153.60 | ☐ Secured debt |
| ONE CHASE MANHATTAN PLAZA | | | ☐ Unsecured loan repayments |
| NEW YORK, NY 10005-1401 | 07/26/2024 | $55,685.40 | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |

| | TOTAL RECKITT BENCKISER INC | **$208,839.00** |
|---|---|---|

| 3.814 RED DECOR INC. | 06/14/2024 | $49,873.00 | ☐ Secured debt |
| 109-14,97TH STREET | | | ☐ Unsecured loan repayments |
| OZONE PARK, NY 11417 | 06/28/2024 | $300.00 | ☑ Suppliers or vendors |
| US | 07/26/2024 | $10,354.50 | ☐ Services |
| | | | ☐ Other _____ |
| | 08/02/2024 | $4,266.00 | |

| | TOTAL RED DECOR INC. | **$64,793.50** |
|---|---|---|

| 3.815 REFLEX SALES GROUP INC | 06/21/2024 | $4,627.80 | ☐ Secured debt |
| 3505 QUARZO CIRCLE | | | ☐ Unsecured loan repayments |
| THOUSAND OAKS, CA 91362-1131 | | | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |

| | TOTAL REFLEX SALES GROUP INC | **$4,627.80** |
|---|---|---|

| 3.816 REGAL HOME COLLECTIONS | 07/05/2024 | $10,416.00 | ☐ Secured debt |
| 295 FIFTH AVE STE 1012 | 07/19/2024 | $47,016.00 | ☐ Unsecured loan repayments |
| NEW YORK, NY 10016-6582 | 07/26/2024 | $18,849.60 | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | 08/21/2024 | $36,936.00 | ☐ Other _____ |
| | 08/23/2024 | $25,217.00 | |
| | 09/04/2024 | $9,450.00 | |

| | TOTAL REGAL HOME COLLECTIONS | **$147,884.60** |
|---|---|---|

| 3.817 REGENT BABY PRODUCTS CORP | 06/21/2024 | $13,855.20 | ☐ Secured debt |
| 101 MARCUS DRIVE | | | ☐ Unsecured loan repayments |
| MELVILLE, NY 11747 | | | ☑ Suppliers or vendors |
| US | | | ☐ Services |
| | | | ☐ Other _____ |

| | TOTAL REGENT BABY PRODUCTS CORP | **$13,855.20** |
|---|---|---|

| 3.818 REGENT PRODUCTS CORP | 06/21/2024 | $5,630.40 | ☐ Secured debt |
| PO BOX 6681 | | | ☐ Unsecured loan repayments |
| CAROL STREAM, IL 60197-6681 | 07/05/2024 | $5,508.48 | ☑ Suppliers or vendors |
| US | 07/26/2024 | $5,865.96 | ☐ Services |
| | | | ☐ Other _____ |

| | TOTAL REGENT PRODUCTS CORP | **$17,004.84** |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.819** REGO TRADING
200 LIBERTY STREET
METUCHEN, NJ 8840
US

| 09/05/2024 | $83,797.08 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL REGO TRADING | **$83,797.08** |
|---|---|

**3.820** REMCODA LLC
18201 COLLINS AVENUE, SUITE 4501
SUNNY ISLES BEACH, FL 33160
US

| 06/14/2024 | $4,925.00 |
| 08/26/2024 | $10,278.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL REMCODA LLC | **$15,203.00** |
|---|---|

**3.821** RENTOKIL NORTH AMERICA PEST CONTROL
1125 BERKSHIRE BLVD STE 150
WYOMISSING, PA 19610-1211
US

| 07/05/2024 | $883.54 |
| 08/07/2024 | $813.54 |
| 09/04/2024 | $813.54 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| TOTAL RENTOKIL NORTH AMERICA PEST CONTROL | **$2,510.62** |
|---|---|

**3.822** REPUBLIC PLASTICS LTD
355 SCHUMANN RD
MCQUEENEY, TX 78123-3260
US

| 06/27/2024 | $19,649.60 |
| 07/11/2024 | $19,641.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL REPUBLIC PLASTICS LTD | **$39,291.20** |
|---|---|

**3.823** REPUBLIC WASTE SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099
US

| 07/05/2024 | $1,357.45 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| TOTAL REPUBLIC WASTE SERVICES | **$1,357.45** |
|---|---|

**3.824** RESERVE CONFECTIONS INC
PO BOX 186
MONSEY, NY 10952-0186
US

| 06/28/2024 | $22,718.80 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL RESERVE CONFECTIONS INC | **$22,718.80** |
|---|---|

**3.825** RESOLUTE TISSUE LLC
PO BOX 931363
ATLANTA, GA 31193-1363
US

| 06/13/2024 | $20,342.24 |
| 06/27/2024 | $20,779.20 |
| 06/28/2024 | $30,988.80 |
| 07/03/2024 | $40,838.40 |
| 07/18/2024 | $41,558.40 |
| 07/19/2024 | $10,389.60 |
| 07/25/2024 | $41,086.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

|  | **TOTAL RESOLUTE TISSUE LLC** | **$205,982.96** |
| --- | --- | --- |

3.826  RESPAWN LLC
1061 PROCTOR DR
ELKHORN, WI 53121
US

| 07/26/2024 | $36,504.00 |
| 08/23/2024 | $55,458.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL RESPAWN LLC** | **$91,962.00** |
| --- | --- | --- |

3.827  REYNOLDS CONSUMER PRODUCT LLC
PO BOX 7247
PHILADELPHIA, PA 19170-7247
US

| 06/13/2024 | $2,574.00 |
| 06/21/2024 | $113,840.08 |
| 08/09/2024 | $95,555.63 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL REYNOLDS CONSUMER PRODUCT LLC** | **$211,969.71** |
| --- | --- | --- |

3.828  REYNOLDS PRESTO PRODUCTS INC
PO BOX 842320
DALLAS, TX 75284-2320
US

| 06/21/2024 | $47,588.82 |
| 08/09/2024 | $45,944.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL REYNOLDS PRESTO PRODUCTS INC** | **$93,533.70** |
| --- | --- | --- |

3.829  RG BARRY CORP
13405 YARMOUTH RD NW
PICKERINGTON, OH 43147
US

| 08/30/2024 | $65,926.80 |
| 09/04/2024 | $25,391.70 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL RG BARRY CORP** | **$91,318.50** |
| --- | --- | --- |

3.830  RIBA TEXTILES LIMITED
DD-14 NEHRU ENCLAVE NEAR KALKAJI PT
NEW DELHI,
IN

| 07/09/2024 | $23,200.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL RIBA TEXTILES LIMITED** | **$23,200.00** |
| --- | --- | --- |

3.831  RICHARDSON MASONRY & CONSTRUCTION L
4455 COUNTY ROAD 33
ORRVILLE, AL 36767
US

| 06/14/2024 | $4,100.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

|  | **TOTAL RICHARDSON MASONRY & CONSTRUCTION L** | **$4,100.00** |
| --- | --- | --- |

3.832  RICOLA USA INC
6 CAMPUS DR 2ND FL SOUTH STE 205
PARSIPPANY, NJ 07054-4406
US

| 06/14/2024 | $3,264.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

|  | **TOTAL RICOLA USA INC** | **$3,264.00** |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.833** RIPPLE SOURCE GROUP LIMITED
FLOOR 2,BUILDING 2, NO.669 CHUANSHA
SHANGHAI,
CN

| 07/02/2024 | $1,475.52 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RIPPLE SOURCE GROUP LIMITED** — **$1,475.52**

**3.834** RISEANDSHINE CORPORATION
PO BOX 21890
NEW YORK, NY 10087-1007
US

| 06/14/2024 | $16,707.60 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RISEANDSHINE CORPORATION** — **$16,707.60**

**3.835** RIVIANA FOODS INC
PO BOX 841212
DALLAS, TX 75284-1212
US

| 06/14/2024 | $5,143.98 |
|---|---|
| 07/05/2024 | $2,901.60 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RIVIANA FOODS INC** — **$8,045.58**

**3.836** RIZE HOME, LLC.
7900 NORTHFIELD RD
BEDFORD, OH 44146-5525
US

| 07/12/2024 | $33,642.70 |
|---|---|
| 07/19/2024 | $28,800.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RIZE HOME, LLC.** — **$62,442.70**

**3.837** RJ BRANDS
1 SHARP PLAZA STE 207
MAHWAH, NJ 07495-1123
US

| 07/12/2024 | $12,275.00 |
|---|---|
| 07/19/2024 | $18,500.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RJ BRANDS** — **$30,775.00**

**3.838** RL INDUSTRY COMPANY LTD
UNIT 7-6 HUAHONG INT'L
NINGO ZHEJIANG,
CN

| 06/21/2024 | $11,774.34 |
|---|---|
| 08/02/2024 | $8,574.90 |
| 08/30/2024 | $33,779.08 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL RL INDUSTRY COMPANY LTD** — **$54,128.32**

**3.839** ROBERN MENZ
1500 RAILROAD AVE
BELLINGHAM, WA 98225-4542
US

| 06/14/2024 | $1,848.00 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ROBERN MENZ** — **$1,848.00**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| 3.840 | ROUND TRIPPING LTD | | |
|---|---|---|---|
| | 14/F SHUI ON CENTRE 6-8 HARBOUR RD | 07/23/2024 | $70,613.60 |
| | WANCHAI, | 08/23/2024 | $366,390.29 |
| | HK | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ROUND TRIPPING LTD** **$437,003.89**

| 3.841 | ROYAL BRUSH MFG INC | | |
|---|---|---|---|
| | 515 45TH STREET | 06/14/2024 | $1,404.00 |
| | MUNSTER, IN 46321-2813 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ROYAL BRUSH MFG INC** **$1,404.00**

| 3.842 | ROYAL HERITAGE HOME LLC | | |
|---|---|---|---|
| | 300 AVE OF THE CHAMPIONS STE 105 | 09/04/2024 | $17,736.00 |
| | PALM BEACH GARDENS, FL 33418 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL ROYAL HERITAGE HOME LLC** **$17,736.00**

| 3.843 | RUDOLPH FOODS | | |
|---|---|---|---|
| | PO BOX 509 | 07/19/2024 | $15,617.28 |
| | LIMA, OH 45802-0509 | 08/26/2024 | $21,584.12 |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL RUDOLPH FOODS** **$37,201.40**

| 3.844 | RUGS AMERICA | | |
|---|---|---|---|
| | 10 DANIEL STREET | 06/28/2024 | $3,079.50 |
| | FARMINGDALE, NY 11735-0001 | 07/05/2024 | $5,490.00 |
| | US | 08/21/2024 | $37,768.09 |
| | | 08/30/2024 | $23,701.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL RUGS AMERICA** **$70,038.59**

| 3.845 | RUSSELL STOVER CHOCOLATES | | |
|---|---|---|---|
| | 4900 OAK ST | 06/21/2024 | $7,000.00 |
| | KANSAS CITY, MO 64112-2927 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL RUSSELL STOVER CHOCOLATES** **$7,000.00**

| 3.846 | S3 DESIGN GROUP LLC | | |
|---|---|---|---|
| | PO BOX 1036 | 06/28/2024 | $97,425.44 |
| | CHARLOTTE, NC 28201 | 07/19/2024 | $24,079.60 |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL S3 DESIGN GROUP LLC** **$121,505.04**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.847 S3 HOLDING LLC (REV SHARE)**
285 MADISON
NEW YORK, NY 10017
US

| Date | Amount | |
|---|---|---|
| 06/21/2024 | $60,980.16 | ☐ Secured debt |
| 07/12/2024 | $7,958.24 | ☐ Unsecured loan repayments |
| 07/26/2024 | $8,138.46 | ☑ Suppliers or vendors |
| 08/02/2024 | $8,457.84 | ☐ Services |
| 08/08/2024 | $8,370.14 | ☐ Other _____ |
| 08/22/2024 | $5,996.31 | |
| 08/29/2024 | $160.58 | |

**TOTAL S3 HOLDING LLC (REV SHARE)** $100,061.73

**3.848 SA & E INTERNATIONAL BAGS**
10 W 33RD ST
NEW YORK, NY 10001-3306
US

| Date | Amount | |
|---|---|---|
| 07/19/2024 | $24,070.00 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL SA & E INTERNATIONAL BAGS** $24,070.00

**3.849 SAFDIE INTERNATIONAL INC**
8191 MONTVIEW
MONTREAL, QC H4P 2P2
CA

| Date | Amount | |
|---|---|---|
| 07/26/2024 | $20,843.80 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL SAFDIE INTERNATIONAL INC** $20,843.80

**3.850 SAFETY KLEEN SYSTEMS INC**
PO BOX 975201
DALLAS, TX 75397-5201
US

| Date | Amount | |
|---|---|---|
| 07/05/2024 | $1,110.46 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☐ Suppliers or vendors |
| | | ☑ Services |
| | | ☐ Other _____ |

**TOTAL SAFETY KLEEN SYSTEMS INC** $1,110.46

**3.851 SAGEBROOK HOME LLC**
6315 BANDINI BOULEVARD
COMMERCE, CA 90040
US

| Date | Amount | |
|---|---|---|
| 06/28/2024 | $345,766.15 | ☐ Secured debt |
| 07/05/2024 | $413.60 | ☐ Unsecured loan repayments |
| 07/26/2024 | $233,857.86 | ☑ Suppliers or vendors |
| 08/09/2024 | $19,676.90 | ☐ Services |
| | | ☐ Other _____ |

**TOTAL SAGEBROOK HOME LLC** $599,714.51

**3.852 SAKAR INTL INC**
195 CARTER DR
EDISON, NJ 8817
US

| Date | Amount | |
|---|---|---|
| 06/28/2024 | $27,215.00 | ☐ Secured debt |
| 07/19/2024 | $10,532.70 | ☐ Unsecured loan repayments |
| 07/26/2024 | $17,520.00 | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

**TOTAL SAKAR INTL INC** $55,267.70

**3.853 SAM HEDAYA CORPORATION**
10 WEST 33RD STREET
NEW YORK, NY 10001
US

| Date | Amount | |
|---|---|---|
| 07/12/2024 | $41,698.05 | ☐ Secured debt |
| | | ☐ Unsecured loan repayments |
| | | ☑ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other _____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| | | | | |
|---|---|---|---|---|
| | | **TOTAL SAM HEDAYA CORPORATION** | **$41,698.05** | |
| 3.854 | SAM SALEM & SON<br>302 5TH AVE 4TH FL<br>NEW YORK, NY 10001-0001<br>US | 08/27/2024 | $45,169.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SAM SALEM & SON** | **$45,169.20** | |
| 3.855 | SANTE MANUFACTURING INC<br>7544 BATH RD<br>MISSISSAUGA, ON L4T 1L2<br>CA | 06/18/2024<br>07/16/2024<br>07/23/2024 | $14,880.00<br>$756.00<br>$14,880.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SANTE MANUFACTURING INC** | **$30,516.00** | |
| 3.856 | SASHA ACCESSORIES, LLC<br>500 7TH AVE 7TH FLOOR<br>NEW YORK, NY 10018<br>US | 07/12/2024 | $43,253.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SASHA ACCESSORIES, LLC** | **$43,253.82** | |
| 3.857 | SATURDAY KNIGHT LTD<br>4330 WINTON RD<br>CINCINNATI, OH 45232-1827<br>US | 07/05/2024<br>07/12/2024 | $13,107.50<br>$6,138.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SATURDAY KNIGHT LTD** | **$19,245.50** | |
| 3.858 | SAVANT TECHNOLOGIES LLC<br>2256 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693<br>US | 07/12/2024<br>08/15/2024 | $10,562.50<br>$40,137.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SAVANT TECHNOLOGIES LLC** | **$50,700.00** | |
| 3.859 | SAZON NATURAL INTERNATIONAL LLC<br>4191 NACO PERRIN BLVD<br>SAN ANTONIO, TX 78217<br>US | 07/12/2024 | $37,260.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SAZON NATURAL INTERNATIONAL LLC** | **$37,260.00** | |
| 3.860 | SC JOHNSON PRIME<br>PO BOX 100549<br>ATLANTA, GA 30384-0549<br>US | 06/21/2024<br>06/24/2024 | $127,540.54<br>$127,591.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL SC JOHNSON PRIME** | **$255,131.54** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.861** SCENTSATIONAL SOAPS & CANDLES, INC
730 COMMERCE DRIVE
VENICE, FL 34292
US

| | |
|---|---|
| 06/14/2024 | $91,720.94 |
| 07/12/2024 | $26,163.62 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SCENTSATIONAL SOAPS & CANDLES, INC    $117,884.56**

**3.862** SCENTSIBLE, LLC
4901 KELLER SPRINGS ROAD
ADDISON, TX 75001
US

| | |
|---|---|
| 07/26/2024 | $30,315.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SCENTSIBLE, LLC    $30,315.00**

**3.863** SCOTT PET PRODUCTS
PO BOX 168
ROCKVILLE, IN 47872-0168
US

| | |
|---|---|
| 07/31/2024 | $20,494.40 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SCOTT PET PRODUCTS    $20,494.40**

**3.864** SCOTTS COMPANY LLC
PO BOX 93211
CHICAGO, IL 60673-3211
US

| | |
|---|---|
| 06/14/2024 | $58,220.20 |
| 06/21/2024 | $60,237.60 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SCOTTS COMPANY LLC    $118,457.80**

**3.865** SCRUB DADDY INC
1700 SUCKLE HIGHWAY
PENNSAUKEN, NJ 8110
US

| | |
|---|---|
| 06/21/2024 | $11,088.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SCRUB DADDY INC    $11,088.00**

**3.866** SDI TECHNOLOGIES
1299 MAIN ST
RAHWAY, NJ 07065-5024
US

| | |
|---|---|
| 06/14/2024 | $18,336.00 |
| 07/05/2024 | $3,600.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SDI TECHNOLOGIES    $21,936.00**

**3.867** SEASONAL CELEBRATIONS LLC
400 HOWELL ST
BRISTOL, PA 19007-3525
US

| | |
|---|---|
| 07/05/2024 | $11,324.20 |
| 07/26/2024 | $2,402.10 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL SEASONAL CELEBRATIONS LLC    $13,726.30**

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

---

3.868   SEASONS (HK) LTD
6 FLOOR BLOCK A CHUNG ME
KOWLOON,
HK

| Date | Amount | |
|---|---|---|
| 07/09/2024 | $21,808.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL SEASONS (HK) LTD**    **$21,808.20**

---

3.869   SEDGWICK CLAIMS MGNT SERV INC
PO BOX 5076
MEMPHIS, TN 38101-5076
US

| Date | Amount | |
|---|---|---|
| 06/20/2024 | $13,883.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 06/26/2024 | $12,589.80 | |
| 07/10/2024 | $8,844.86 | |
| 07/26/2024 | $5,185.88 | |
| 07/29/2024 | $14,867.98 | |
| 08/15/2024 | $11,181.33 | |
| 09/04/2024 | $9,750.84 | |

**TOTAL SEDGWICK CLAIMS MGNT SERV INC**    **$76,304.65**

---

3.870   SEMINOLE INC
111 SOUTH STREET
SHANNON, MS 38868
US

| Date | Amount | |
|---|---|---|
| 07/26/2024 | $32,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 08/04/2024 | $8,900.00 | |
| 08/30/2024 | $8,900.00 | |

**TOTAL SEMINOLE INC**    **$49,800.00**

---

3.871   SENIOR BRANDS LLC
347 5TH AVE STE 506
NEW YORK, NY 10016-5007
US

| Date | Amount | |
|---|---|---|
| 06/14/2024 | $15,432.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 06/28/2024 | $4,968.00 | |
| 07/05/2024 | $21,131.21 | |
| 07/12/2024 | $5,863.20 | |

**TOTAL SENIOR BRANDS LLC**    **$47,394.41**

---

3.872   SENSATIONAL BRANDS INC.
3824 CEDAR SPRINGS ROAD 1030
DALLAS, TX 75219
US

| Date | Amount | |
|---|---|---|
| 07/05/2024 | $9,828.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL SENSATIONAL BRANDS INC.**    **$9,828.00**

---

3.873   SENSIO INC
1175 PLACE DU FRERE ANDRE
MONTREAL, QC H3B 3X9
CA

| Date | Amount | |
|---|---|---|
| 06/21/2024 | $42,353.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL SENSIO INC**    **$42,353.68**

---

3.874   SENTRY INDUSTRIES INC
PO BOX 885
HILLBURN, NY 10931-0885
US

| Date | Amount | |
|---|---|---|
| 06/21/2024 | $55,340.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 06/28/2024 | $10,440.50 | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

|  | **TOTAL SENTRY INDUSTRIES INC** | **$65,780.70** |

| 3.875 | SERTA INC<br>2600 FORBS AVE<br>HOFFMAN ESTATES, IL 60192-3723<br>US | 06/21/2024 | $19,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/05/2024 | $96,000.00 |  |
|  |  | 07/12/2024 | $18,954.00 |  |
|  |  | 07/19/2024 | $103,200.00 |  |
|  |  | 08/23/2024 | $19,200.00 |  |
|  |  | 09/04/2024 | $19,200.00 |  |

|  | **TOTAL SERTA INC** | **$275,754.00** |

| 3.876 | SERVICE EXPRESS INC<br>3854 BROADMOOR AVE SE<br>GRAND RAPIDS, MI 49512-3967<br>US | 08/29/2024 | $239.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SERVICE EXPRESS INC** | **$239.87** |

| 3.877 | SETTON INT'L FOODS INC<br>85 AUSTIN BLVD<br>COMMACK, NY 11725-5701<br>US | 06/21/2024 | $8,880.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/26/2024 | $6,589.44 |  |

|  | **TOTAL SETTON INT'L FOODS INC** | **$15,469.44** |

| 3.878 | SEYMOUR MFG, LLC DBA SEYMOUR HOME P<br>P.O. BOX 74647<br>CHICAGO, IL 60675-4647<br>US | 07/19/2024 | $6,372.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SEYMOUR MFG, LLC DBA SEYMOUR HOME P** | **$6,372.00** |

| 3.879 | SHAKTI INDIA<br>OLD RAMPUR ROAD GULABBARI KATGHAR<br>MORADABAD UTTAR PRODESH,<br>IN | 08/04/2024 | $6,276.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SHAKTI INDIA** | **$6,276.20** |

| 3.880 | SHANDONG EXCEL LIGHT IND<br>168 MIN XIANG RD<br>ZIBO SHANDONG 25,<br>CN | 06/11/2024 | $3,045.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/02/2024 | $20,284.32 |  |
|  |  | 07/23/2024 | $21,546.34 |  |

|  | **TOTAL SHANDONG EXCEL LIGHT IND** | **$44,875.86** |

| 3.881 | SHANGHAI AIMI PET PRODUCTS CO.,LTD<br>200 MID YINCHENG ROAD,PUDONG AREA S<br>SHANGHAI,<br>CN | 07/16/2024 | $10,889.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | |
|---|---|---|
| **TOTAL SHANGHAI AIMI PET PRODUCTS CO.,LTD** | **$10,889.28** | |

3.882 SHANGHAI SOLOVEME INTL TRADING CO L
2F NO4 BLDG 271 LANE QIANYANG RD
SHANGHAI,
CN

| 07/23/2024 | $37,692.35 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHANGHAI SOLOVEME INTL TRADING CO L** | **$37,692.35** |
|---|---|

3.883 SHANGHAI WEI-ZHONG-YUAN
9/F NO 461 MIDDLE HAUI HAI RD STE69
HUANG PU DISTRICT,
CN

| 07/09/2024 | $29,312.48 |
|---|---|
| 07/23/2024 | $57,008.83 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHANGHAI WEI-ZHONG-YUAN** | **$86,321.31** |
|---|---|

3.884 SHARK/NINJA SALES COMPANY
PO BOX 3772
BOSTON, MA 02241-3772
US

| 06/14/2024 | $53,917.92 |
|---|---|
| 06/21/2024 | $73,950.00 |
| 07/12/2024 | $17,203.40 |
| 07/19/2024 | $60,348.38 |
| 09/04/2024 | $26,250.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHARK/NINJA SALES COMPANY** | **$231,669.70** |
|---|---|

3.885 SHEARER'S FOODS LLC
39947 TREASURY CENTER
CHICAGO, IL 60694-9900
US

| 06/14/2024 | $4,615.68 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHEARER'S FOODS LLC** | **$4,615.68** |
|---|---|

3.886 SHEPHERD HARDWARE PRODUCTS
PO BOX 98471
CHICAGO, IL 60693
US

| 07/12/2024 | $6,048.00 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHEPHERD HARDWARE PRODUCTS** | **$6,048.00** |
|---|---|

3.887 SHIPPY INCORPORATED
4312 CARPENTER RD
NAPERVILLE, IL 60564
US

| 07/12/2024 | $7,830.00 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL SHIPPY INCORPORATED** | **$7,830.00** |
|---|---|

3.888 SHREYANS INC.
PLOT NO.113, SECTOR-25
PANIPAT,
IN

| 08/27/2024 | $26,791.20 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| | | TOTAL SHREYANS INC. | $26,791.20 |
|---|---|---|---|

**3.889** SHURTAPE TECHNOLOGIES LLC
PO BOX 198026
ATLANTA, GA 30384-8024
US

| 07/26/2024 | $5,226.40 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SHURTAPE TECHNOLOGIES LLC** — **$5,226.40**

---

**3.890** SHYAM EXPORTS
PLOT# 66-67, SEC-25, HUDA-1
PANIPAT,
IN

| 07/09/2024 | $18,257.73 |
|---|---|
| 07/23/2024 | $4,462.50 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SHYAM EXPORTS** — **$22,720.23**

---

**3.891** SIDRA HOMESTYLES PVT LTD
D80/81 HOISERY COMPLEX INDUSTRIAL
NOIDA,
IN

| 08/09/2024 | $23,075.02 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SIDRA HOMESTYLES PVT LTD** — **$23,075.02**

---

**3.892** SIEMENS INDUSTRY INC
PO BOX 2134
CAROL STREAM, IL 60132
US

| 06/21/2024 | $25.00 |
|---|---|
| 08/07/2024 | $25.00 |
| 09/04/2024 | $25.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL SIEMENS INDUSTRY INC** — **$75.00**

---

**3.893** SIGN DEPOT
214 N 1ST STREET
DURANT, OK 74701
US

| 07/05/2024 | $205.98 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL SIGN DEPOT** — **$205.98**

---

**3.894** SILVER ONE INTERNATIONAL
1370 BROADWAY 7TH FLOOR
BROOKLYN, NY 10018
US

| 07/19/2024 | $11,520.00 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SILVER ONE INTERNATIONAL** — **$11,520.00**

---

**3.895** SILVER POINT INNOVATIONS LLC
458 FLORIDA GROVE ROAD
PERTH AMBOY, NJ 8861
US

| 07/12/2024 | $15,120.06 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SILVER POINT INNOVATIONS LLC** — **$15,120.06**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

---

**3.896** SIMPLY GOOD FOODS USA
PO BOX 70280
PHILADELPHIA, PA 19176-0280
US

| 06/13/2024 | $11,265.60 |
| 07/29/2024 | $16,333.92 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SIMPLY GOOD FOODS USA**     **$27,599.52**

---

**3.897** SIMPLY GUM INC
630 FLUSHING AVE
BROOKLYN, NY 11206
US

| 07/26/2024 | $4,560.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SIMPLY GUM INC**     **$4,560.00**

---

**3.898** SINGING MACHINE
6301 NW 5TH WAY STE 2900
FORT LAUDERDALE, FL 33309-6191
US

| 07/12/2024 | $4,488.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SINGING MACHINE**     **$4,488.00**

---

**3.899** SINGSONG INTERNATIONAL TRADE CO LIM
ROOM 1405A 14/F LUCKY CENTRE
CN

| 06/21/2024 | $3,733.50 |
| 07/05/2024 | $93,748.92 |
| 07/12/2024 | $78,161.94 |
| 07/26/2024 | $63,061.66 |
| 08/09/2024 | $14,952.00 |
| 08/30/2024 | $104,233.36 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SINGSONG INTERNATIONAL TRADE CO LIM**     **$357,891.38**

---

**3.900** SINO GIFTS CO LTD
NO 19 LONGXIN RD
SHANGHAI,
CN

| 07/02/2024 | $4,624.20 |
| 07/09/2024 | $5,093.17 |
| 07/30/2024 | $15,352.44 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SINO GIFTS CO LTD**     **$25,069.81**

---

**3.901** SIXTREES USA LTD
58 GRANT AVE
CARTERET, NJ 07008-2720
US

| 06/14/2024 | $9,625.20 |
| 06/21/2024 | $150.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SIXTREES USA LTD**     **$9,775.20**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| 3.902 | SMALL CLAIMS MONTGOMERY CO<br>PO BOX 1667<br>MONTGOMERY, AL 36102-1667<br>US | 06/14/2024 | $122.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Garnishment |
|---|---|---|---|---|
| | | 06/21/2024 | $214.20 | |
| | | 06/28/2024 | $104.73 | |
| | | 07/05/2024 | $69.47 | |
| | | 07/12/2024 | $115.90 | |
| | | 07/19/2024 | $69.05 | |
| | | 07/26/2024 | $121.66 | |
| | | 08/02/2024 | $65.39 | |
| | | 08/08/2024 | $73.94 | |
| | | 08/15/2024 | $93.17 | |
| | | 08/21/2024 | $62.38 | |
| | | 08/29/2024 | $77.45 | |
| | | 09/04/2024 | $82.05 | |

|  | **TOTAL SMALL CLAIMS MONTGOMERY CO** | **$1,271.69** |
|---|---|---|

| 3.903 | SMARTEK USA INC<br>12 HINSDALE ST<br>BROOKLYN, NY 11206-5037<br>US | 06/21/2024 | $8,832.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL SMARTEK USA INC** | **$8,832.00** |
|---|---|---|

| 3.904 | SMARTIES CANDY COMPANY<br>1091 LOUSONS RD<br>UNION, NJ 07083-5097<br>US | 06/14/2024 | $1,920.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

|  | **TOTAL SMARTIES CANDY COMPANY** | **$1,920.96** |
|---|---|---|

| 3.905 | SMITTY BEE HONEY INC<br>PO BOX 219<br>DEFIANCE, IA 51527-4001<br>US | 06/21/2024 | $15,012.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 07/05/2024 | $15,012.00 | |

|  | **TOTAL SMITTY BEE HONEY INC** | **$30,024.00** |
|---|---|---|

| 3.906 | SMUCKER RETAIL FOODS<br>39198 TREASURY CENTER<br>CHICAGO, IL 60694-9100<br>US | 06/13/2024 | $105,812.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 06/20/2024 | $21,379.01 | |

|  | **TOTAL SMUCKER RETAIL FOODS** | **$127,191.32** |
|---|---|---|

| 3.907 | SNACK INNOVATIONS INC<br>41 ETHEL ROAD WEST<br>PISCATAWAY, NJ 8854<br>US | 06/14/2024 | $36,564.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|
| | | 06/21/2024 | $5,577.60 | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

|  | **TOTAL SNACK INNOVATIONS INC** | **$42,141.60** |  |
| --- | --- | --- | --- |

| 3.908 | SNAK KING CORP<br>PO BOX 748200<br>LOS ANGELES, CA 90074-8200<br>US | 06/20/2024<br>08/15/2024 | $5,904.00<br>$5,879.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SNAK KING CORP** | **$11,783.40** |
| --- | --- | --- |

| 3.909 | SNAPDRAGON FOODS LLC<br>2450 WASHINGTON AVE, SUITE 285<br>SAN LEANDRO, CA 94577<br>US | 06/20/2024 | $10,137.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SNAPDRAGON FOODS LLC** | **$10,137.60** |
| --- | --- | --- |

| 3.910 | SNYDERS LANCE<br>PO BOX 281953<br>ATLANTA, GA 30384-1953<br>US | 06/14/2024<br>06/20/2024<br>07/11/2024<br>07/17/2024<br>07/19/2024<br>08/09/2024 | $3,696.00<br>$57,792.00<br>$14,448.00<br>$50.54<br>$24,027.48<br>$77,606.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SNYDERS LANCE** | **$177,620.30** |
| --- | --- | --- |

| 3.911 | SOLELY INTERNATIONAL INC<br>7596 EADS AVENUE STE 230<br>LA JOLLA, CA 92037-4813<br>US | 06/21/2024 | $5,427.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SOLELY INTERNATIONAL INC** | **$5,427.20** |
| --- | --- | --- |

| 3.912 | SOPHISTIPLATE LLC<br>790 ATLANTA SOUTH PARKWAY<br>COLLEGE PARK, GA 30349<br>US | 07/26/2024 | $5,399.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SOPHISTIPLATE LLC** | **$5,399.04** |
| --- | --- | --- |

| 3.913 | SOURCE ATLANTIQUE<br>140 SYLAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632-2514<br>US | 07/05/2024 | $14,857.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

|  | **TOTAL SOURCE ATLANTIQUE** | **$14,857.50** |
| --- | --- | --- |

| 3.914 | SOW GOOD<br>1440 NORTH UNION BOWER RD<br>IRVING, TX 75061<br>US | 06/21/2024<br>07/12/2024 | $16,087.20<br>$52,876.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

|  | **TOTAL SOW GOOD** | **$68,964.00** |  |
|---|---|---|---|

| 3.915 | SPANGLER CANDY CO<br>PO BOX 71<br>BRYAN, OH 43506-1257<br>US | 06/14/2024 | $5,229.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPANGLER CANDY CO** | **$5,229.84** |  |
|---|---|---|---|

| 3.916 | SPARK INNOVATORS<br>41 KULICK RD<br>FAIRFIELD, NJ 07004-1600<br>US | 06/14/2024<br>07/12/2024<br>08/27/2024 | $5,334.00<br>$6,940.20<br>$9,570.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPARK INNOVATORS** | **$21,844.20** |  |
|---|---|---|---|

| 3.917 | SPECIALTY PROD RESOURCES<br>49 HARRINGTON RD<br>WALTHAM, MA 02452-4722<br>US | 06/14/2024<br>07/05/2024<br>07/12/2024 | $5,511.12<br>$15,721.56<br>$12,538.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPECIALTY PROD RESOURCES** | **$33,771.48** |  |
|---|---|---|---|

| 3.918 | SPECTRUM BRANDS INC<br>7040 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0070<br>US | 06/14/2024<br>07/05/2024 | $13,602.40<br>$16,978.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPECTRUM BRANDS INC** | **$30,580.50** |  |
|---|---|---|---|

| 3.919 | SPECTRUM BRANDS INC - RAYOVAC<br>7040 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0001<br>US | 06/21/2024<br>06/28/2024<br>07/19/2024 | $51,237.76<br>$11,446.20<br>$17,604.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPECTRUM BRANDS INC - RAYOVAC** | **$80,288.92** |  |
|---|---|---|---|

| 3.920 | SPECTRUM DIVERSIFIED DESIGNS<br>PO BOX 515625<br>LOS ANGELES, CA 90051-4531<br>US | 06/21/2024<br>07/12/2024<br>07/26/2024<br>08/21/2024<br>08/23/2024 | $32,390.72<br>$23,600.70<br>$5,336.00<br>$669.60<br>$11,257.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL SPECTRUM DIVERSIFIED DESIGNS** | **$73,254.72** |  |
|---|---|---|---|

| 3.921 | SPIRIT MARKETING, LLC<br>11221 ROE AVENUE<br>LEAWOOD, KS 66211<br>US | 07/26/2024 | $4,380.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

| | | | |
|---|---|---|---|
| | **TOTAL SPIRIT MARKETING, LLC** | **$4,380.00** | |

| | | | |
|---|---|---|---|
| 3.922 SPONGE TECHNOLOGY CORPORATION, LLC<br>PO BOX 1159<br>BOULDER, CO 80306<br>US | 06/13/2024 | $6,547.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL SPONGE TECHNOLOGY CORPORATION, LLC** | **$6,547.80** | |

| | | | |
|---|---|---|---|
| 3.923 SPORTPET DESIGNS LLC<br>986 MISSION ST FL 5<br>SAN FRANCISCO, CA 94103-2970<br>US | 07/12/2024<br>07/26/2024 | $2,452.32<br>$38,545.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL SPORTPET DESIGNS LLC** | **$40,998.08** | |

| | | | |
|---|---|---|---|
| 3.924 SPORTS LICENSING SOLUTIONS<br>P.O. BOX 96332<br>CHARLOTTE, NC 28296-0332<br>US | 06/21/2024<br>07/26/2024 | $11,575.50<br>$2,592.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL SPORTS LICENSING SOLUTIONS** | **$14,167.50** | |

| | | | |
|---|---|---|---|
| 3.925 SPRAYCO<br>35601 VERONICA ST<br>LIVONIA, MI 48150-1203<br>US | 07/19/2024 | $5,036.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL SPRAYCO** | **$5,036.88** | |

| | | | |
|---|---|---|---|
| 3.926 SPUDSY, INC<br>PO BOX 75470<br>CHICAGO, IL 60675-5470<br>US | 07/19/2024 | $13,513.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL SPUDSY, INC** | **$13,513.50** | |

| | | | |
|---|---|---|---|
| 3.927 STAR IMPEX<br>A 23 NIZAMUDDIN EAST<br>NEW DELHI,<br>IN | 07/26/2024 | $5,037.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | **TOTAL STAR IMPEX** | **$5,037.00** | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

| 3.928 | STAR SNACK CO INC | | |
|---|---|---|---|
| | 105 HARBOR DR | 06/14/2024 | $25,753.50 |
| | JERSEY CITY, NJ 07305-4505 | 06/21/2024 | $23,604.90 |
| | US | 06/28/2024 | $41,785.80 |
| | | 07/12/2024 | $24,532.80 |
| | | 08/09/2024 | $38,022.60 |
| | | 08/16/2024 | $32,720.10 |
| | | 09/04/2024 | $10,389.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL STAR SNACK CO INC** **$196,809.30**

| 3.929 | STARCO BRANDS INC | | |
|---|---|---|---|
| | 250 26TH STREET | 06/14/2024 | $5,947.20 |
| | SANTA MONICA, CA 90402 | 07/05/2024 | $5,947.20 |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL STARCO BRANDS INC** **$11,894.40**

| 3.930 | STARKIST CO | | |
|---|---|---|---|
| | 3476 SOLUTIONS CTR | 06/27/2024 | $18,482.88 |
| | CHICAGO, IL 60677-3004 | | |
| | US | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL STARKIST CO** **$18,482.88**

| 3.931 | STARPLAST | | |
|---|---|---|---|
| | 100 DAVIDSON AVE STE 207 | 06/14/2024 | $33,886.34 |
| | SOMERSET, NJ 08873-1312 | 06/21/2024 | $30,335.26 |
| | US | 07/12/2024 | $14,044.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL STARPLAST** **$78,266.40**

| 3.932 | STATE OF ALABAMA | | |
|---|---|---|---|
| | PO BOX 244015 | 06/14/2024 | $4,499.18 |
| | MONTGOMERY, AL 36124-4015 | 06/21/2024 | $4,526.15 |
| | US | 06/28/2024 | $4,482.93 |
| | | 07/05/2024 | $4,171.05 |
| | | 07/12/2024 | $4,047.88 |
| | | 07/19/2024 | $4,054.38 |
| | | 07/26/2024 | $4,196.62 |
| | | 08/02/2024 | $4,166.87 |
| | | 08/08/2024 | $4,019.70 |
| | | 08/15/2024 | $3,779.24 |
| | | 08/21/2024 | $3,801.33 |
| | | 08/29/2024 | $3,775.00 |
| | | 09/04/2024 | $3,588.86 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Tax / Governmental Agency

**TOTAL STATE OF ALABAMA** **$53,109.19**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3.933 STATE OF ALABAMA DEPT OF REVN
PO BOX 327820
MONTGOMERY, AL 36132-7820
US

| Date | Amount |
| --- | --- |
| 06/28/2024 | $365.42 |
| 07/05/2024 | $447.62 |
| 07/12/2024 | $398.08 |
| 07/19/2024 | $522.35 |
| 07/26/2024 | $623.70 |
| 08/02/2024 | $509.28 |
| 08/08/2024 | $356.16 |
| 08/15/2024 | $207.70 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Garnishment

**TOTAL STATE OF ALABAMA DEPT OF REVN**  **$3,430.31**

3.934 STATE OF ARKANSAS
PO BOX 8042
LITTLE ROCK, AR 72203-8042
US

| Date | Amount |
| --- | --- |
| 07/05/2024 | $44.00 |
| 08/08/2024 | $50.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Tax / Governmental Agency

**TOTAL STATE OF ARKANSAS**  **$94.00**

3.935 STATE OF FLORIDA DISBURS.UNIT
PO BOX 8500
TALLAHASSEE, FL 32314-8500
US

| Date | Amount |
| --- | --- |
| 06/28/2024 | $134.49 |
| 07/05/2024 | $134.49 |
| 07/12/2024 | $134.49 |
| 07/19/2024 | $134.49 |
| 07/26/2024 | $134.49 |
| 08/02/2024 | $134.49 |
| 08/08/2024 | $134.49 |
| 08/15/2024 | $134.49 |
| 08/21/2024 | $134.49 |
| 08/29/2024 | $134.49 |
| 09/04/2024 | $134.49 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Tax / Governmental Agency

**TOTAL STATE OF FLORIDA DISBURS.UNIT**  **$1,479.39**

3.936 STAUFFER BISCUIT CO
PO BOX 428
EAST PETERSBURG, PA 17520-0428
US

| Date | Amount |
| --- | --- |
| 06/21/2024 | $28,568.64 |
| 06/26/2024 | $7,392.00 |
| 07/31/2024 | $7,392.00 |
| 08/01/2024 | $26,451.84 |
| 08/23/2024 | $41,736.48 |
| 09/05/2024 | $76,793.04 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**TOTAL STAUFFER BISCUIT CO**  **$188,334.00**

3.937 STEALTH INTERNATIONAL INC
75 COMMERCIAL AVE
GARDEN CITY, NY 11530-6450
US

| Date | Amount |
| --- | --- |
| 08/09/2024 | $66,215.64 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

|  |  |  |
|---|---|---|
| **TOTAL STEALTH INTERNATIONAL INC** | | **$66,215.64** |

| 3.938 | STERILITE CORPORATION<br>30 SCALES LAN<br>TOWNSEND, MA 01469-1010<br>US | 06/14/2024 | $222,979.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 06/21/2024 | $238,977.09 |  |
|  |  | 06/28/2024 | $92,033.04 |  |
|  |  | 07/05/2024 | $46,433.30 |  |
|  |  | 07/12/2024 | $38,894.84 |  |
|  |  | 07/23/2024 | $44,616.14 |  |

|  |  |  |
|---|---|---|
| **TOTAL STERILITE CORPORATION** | | **$683,933.86** |

| 3.939 | STEVE SILVER COMPANY.<br>1000 FM 548 NORTH<br>FORNEY, TX 75126-6458<br>US | 06/14/2024 | $16,578.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 06/21/2024 | $185,728.26 |  |
|  |  | 06/28/2024 | $48,406.50 |  |
|  |  | 07/05/2024 | $26,924.50 |  |
|  |  | 07/12/2024 | $35,228.00 |  |
|  |  | 07/19/2024 | $1,407.00 |  |
|  |  | 07/26/2024 | $24,795.00 |  |
|  |  | 08/04/2024 | $49,022.00 |  |

|  |  |  |
|---|---|---|
| **TOTAL STEVE SILVER COMPANY.** | | **$388,089.26** |

| 3.940 | STICHLER PRODUCTS INC<br>1800 N 12TH ST<br>READING, PA 19604-1545<br>US | 06/14/2024 | $1,504.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| **TOTAL STICHLER PRODUCTS INC** | | **$1,504.80** |

| 3.941 | STL GLOBAL SALES<br>336 BARN SIDE LN<br>EUREKA, MO 63025<br>US | 06/14/2024 | $5,538.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 06/21/2024 | $24,672.65 |  |
|  |  | 06/28/2024 | $6,363.99 |  |
|  |  | 07/05/2024 | $20,727.91 |  |
|  |  | 07/12/2024 | $4,308.95 |  |

|  |  |  |
|---|---|---|
| **TOTAL STL GLOBAL SALES** | | **$61,612.00** |

| 3.942 | STONERIDGE WHOLESALE DIVISION LLC<br>STONERIDGE WHOLESALE<br>COLOMA, WI 54930<br>US | 07/12/2024 | $31,894.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| **TOTAL STONERIDGE WHOLESALE DIVISION LLC** | | **$31,894.40** |

| 3.943 | STORCK U.S.A. LP<br>325 NORTH LA SALLE ST STE 400<br>CHICAGO, IL 60654<br>US | 06/19/2024 | $16,295.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/05/2024 | $13,957.30 |  |
|  |  | 07/26/2024 | $14,775.00 |  |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| | | | |
|---|---|---|---|
| | **TOTAL STORCK U.S.A. LP** | **$45,027.94** | |
| 3.944 STRAIGHT UP NUTS INC<br>5717 REDBUG LAKE RD #281<br>WINTER SPRINGS, FL 32708<br>US | 07/25/2024 | $7,128.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL STRAIGHT UP NUTS INC** | **$7,128.00** | |
| 3.945 STRATUS GROUP DUO LLC<br>P.O. BOX 511461<br>LOS ANGELES, CA 90051<br>US | 07/26/2024 | $4,896.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL STRATUS GROUP DUO LLC** | **$4,896.00** | |
| 3.946 STYLECRAFT HOME COLLECTION INC.<br>8474 MARKET PLACE DR STE 104<br>SOUTHAVEN, MS 38671-5881<br>US | 07/12/2024<br>07/19/2024 | $106,017.00<br>$23,928.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL STYLECRAFT HOME COLLECTION INC.** | **$129,945.00** | |
| 3.947 SUCKERZ INC.<br>578 WASHINGTON BLVD STE 700<br>MARINA DEL REY, CA 90292<br>US | 07/26/2024 | $3,818.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SUCKERZ INC.** | **$3,818.88** | |
| 3.948 SUMMIT TRADING INC<br>3565 MAPLE CT<br>OCEANSIDE, NY 11572<br>US | 07/05/2024 | $2,916.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SUMMIT TRADING INC** | **$2,916.00** | |
| 3.949 SUN LIFE ASSURANCE COMPANY OF CANAD<br>96 WORCHESTER STREET<br>WELLESLEY, MA 2481<br>US | 07/05/2024<br>07/30/2024 | $19,872.31<br>$9,665.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SUN LIFE ASSURANCE COMPANY OF CANAD** | **$29,537.93** | |
| 3.950 SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA, GA 30384-9211<br>US | 06/27/2024 | $115.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SUNBELT RENTALS** | **$115.95** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.951** SUNDAY SECONDS, LLC
1586 BARBER GREENE RD
DEKALB, IL 60115
US

| | 08/21/2024 | $2,716.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUNDAY SECONDS, LLC** — **$2,716.00**

**3.952** SUNJOY GROUP INTERNATIONAL PTE LTD
37TH FLOOR 50 RAFFLES PLACE
SINGAPORE, 48623
SG

| | 07/02/2024 | $71,900.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUNJOY GROUP INTERNATIONAL PTE LTD** — **$71,900.00**

**3.953** SUNNY DAYS ENTERTAINMENT LLC
433 SE MAIN STREET STE A
SIMPSONVILLE, SC 29681
US

| | 07/19/2024 | $4,510.00 |
|---|---|---|
| | 07/26/2024 | $1,098.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUNNY DAYS ENTERTAINMENT LLC** — **$5,608.00**

**3.954** SUNSHINE MILLS INC.
PO BOX 740209
ATLANTA, GA 30374-0209
US

| | 06/20/2024 | $9,558.00 |
|---|---|---|
| | 07/11/2024 | $7,690.50 |
| | 08/01/2024 | $15,113.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUNSHINE MILLS INC.** — **$32,361.50**

**3.955** SUNSHINE PROMO
4000 HIGHWAY 90 STE H
PACE, FL 32571-1909
US

| | 07/11/2024 | $3,113.77 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL SUNSHINE PROMO** — **$3,113.77**

**3.956** SUNSTAR AMERICAS INC
301 E. CENTRAL ROAD
SCHAUMBURG, IL 60195
US

| | 06/14/2024 | $1,404.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUNSTAR AMERICAS INC** — **$1,404.00**

**3.957** SUPERIOR NUT CO. INC
PO BOX 410086
CAMBRIDGE, MA 02141-1249
US

| | 06/14/2024 | $16,800.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL SUPERIOR NUT CO. INC** — **$16,800.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

| 3.958 | SURGE STAFFING<br>PO BOX 933201<br>ATLANTA, GA 31193-3201<br>US | 06/14/2024 | $15,032.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | | 06/21/2024 | $21,527.53 | |
| | | 06/28/2024 | $24,126.92 | |
| | | 07/05/2024 | $41,371.70 | |
| | | 07/12/2024 | $22,585.84 | |
| | | 07/19/2024 | $4,565.03 | |
| | | 07/26/2024 | $22,084.58 | |
| | | 08/07/2024 | $45,311.97 | |
| | | 08/23/2024 | $37,106.89 | |
| | | 08/30/2024 | $40,225.79 | |
| | **TOTAL SURGE STAFFING** | | **$273,938.60** | |

| 3.959 | SURYA CARPETS INC.<br>PO BOX 896604<br>CHARLOTTE, NC 28289<br>US | 06/21/2024 | $3,851.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | | 07/19/2024 | $11,897.55 | |
| | | 08/15/2024 | $1,282.02 | |
| | **TOTAL SURYA CARPETS INC.** | | **$17,030.61** | |

| 3.960 | SWEET N FUN<br>1054 GREENGATE PLACE<br>LATHROP, CA 91789-2727<br>US | 07/12/2024 | $2,661.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | **TOTAL SWEET N FUN** | | **$2,661.12** | |

| 3.961 | SWISSCO LLC<br>38 E 32ND ST<br>NEW YORK, NY 10016-5507<br>US | 07/23/2024 | $26,731.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | **TOTAL SWISSCO LLC** | | **$26,731.20** | |

| 3.962 | T MARZETTI COMPANY<br>380 POLARIS PKWY STE 400<br>WESTERVILLE, OH 43082-8069<br>US | 07/19/2024 | $22,304.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | **TOTAL T MARZETTI COMPANY** | | **$22,304.10** | |

| 3.963 | T- MOBILE USA INC<br>PO BOX 742596<br>CINCINNATI, OH 45274-2596<br>US | 08/15/2024 | $51.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|-------|---|---|---|---|
| | **TOTAL T- MOBILE USA INC** | | **$51.40** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| 3.964 | T.W. EVANS CORDAGE CO INC<br>PO BOX 8038<br>CRANSTON, RI 02920-5319<br>US | 07/05/2024 | $1,746.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL T.W. EVANS CORDAGE CO INC** | | **$1,746.90** | |

| 3.965 | TABLECRAFT PRODUCTS COMPANY INC<br>801 LAKESIDE DR<br>GURNEE, IL 60031<br>US | 07/19/2024<br>09/04/2024 | $5,981.82<br>$3,857.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL TABLECRAFT PRODUCTS COMPANY INC** | | **$9,839.70** | |

| 3.966 | TALKING RAIN BEV CO INC<br>PO BOX 74251<br>CLEVELAND, OH 44194-0002<br>US | 06/21/2024<br>06/28/2024<br>07/05/2024<br>07/12/2024<br>07/26/2024<br>08/04/2024<br>08/09/2024<br>09/05/2024 | $66,240.00<br>$33,120.00<br>$48,785.00<br>$50,400.00<br>$51,120.00<br>$20,880.00<br>$17,280.00<br>$15,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL TALKING RAIN BEV CO INC** | | **$302,945.00** | |

| 3.967 | TATES BAKE SHOP<br>111 PRECISION DRIVE<br>SHIRLEY, NY 11967<br>US | 06/28/2024 | $33,789.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL TATES BAKE SHOP** | | **$33,789.60** | |

| 3.968 | TCP HRB ACQUISITION LLC<br>PO BOX 21775<br>NEW YORK, NY 10087-1778<br>US | 06/21/2024<br>07/26/2024 | $19,575.00<br>$24,975.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL TCP HRB ACQUISITION LLC** | | **$44,550.00** | |

| 3.969 | TEE-ZED PRODUCTS LLC<br>PO BOX 1662<br>JAMESTOWN, NC 27282-1662<br>US | 06/21/2024 | $20,769.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| --- | --- | --- | --- | --- |
| | **TOTAL TEE-ZED PRODUCTS LLC** | | **$20,769.44** | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.970** TELEBRANDS
79 TWO BRIDGES RD
FAIRFIELD, NJ 07004-1029
US

| | |
|---|---|
| 06/14/2024 | $4,284.00 |
| 06/28/2024 | $4,560.00 |
| 07/19/2024 | $8,648.00 |
| 09/04/2024 | $4,500.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL TELEBRANDS** $21,992.00

---

**3.971** TENNANT SALES AND SERVICE CO
PO BOX 71414
CHICAGO, IL 60694-1414
US

06/14/2024 $521.72

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL TENNANT SALES AND SERVICE CO** $521.72

---

**3.972** TEVRA BRANDS LLC
9100 F STREET STE 200
OMAHA, NE 68127-1319
US

06/28/2024 $25,843.50

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL TEVRA BRANDS LLC** $25,843.50

---

**3.973** TEXAS STAR NUT AND FOOD CO INC
PO BOX 2353
BOERNE, TX 78006-6353
US

| | |
|---|---|
| 06/28/2024 | $70,418.16 |
| 07/12/2024 | $24,252.50 |
| 08/15/2024 | $54,697.92 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL TEXAS STAR NUT AND FOOD CO INC** $149,368.58

---

**3.974** TFH PUBLICATIONS, INC &
PO BOX 847828
DALLAS, TX 75284-7828
US

06/14/2024 $5,860.32

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL TFH PUBLICATIONS, INC &** $5,860.32

---

**3.975** THAI SHUN LEE INDUSTRIAL LTD
32 F KIN SANG COMMERCIAL CENTRE
KOWLOON,
HK

07/23/2024 $1,836.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL THAI SHUN LEE INDUSTRIAL LTD** $1,836.00

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.976 | THRASIO, LLC<br>85 WEST STREET SUITE 4<br>WALPOLE, MA 2081<br>US | 06/21/2024 | $1,960.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/28/2024 | $29,526.48 | |
| | | 07/05/2024 | $7,859.92 | |
| | | 07/12/2024 | $6,248.00 | |
| | | 08/02/2024 | $33,314.55 | |
| | | 08/04/2024 | $34,906.92 | |
| | | 08/15/2024 | $31,221.67 | |
| | | 08/26/2024 | $4,212.00 | |
| | | 09/05/2024 | $42,571.50 | |

| | **TOTAL THRASIO, LLC** | **$191,821.04** |
|---|---|---|

| 3.977 | THREE HANDS CORP<br>13259 RALSTON AVE<br>SYLMAR, CA 91342-1255<br>US | 06/14/2024 | $11,161.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|---|---|---|---|---|

| | **TOTAL THREE HANDS CORP** | **$11,161.60** |
|---|---|---|

| 3.978 | TIGER CAPITAL GROUP<br>340 N. WESTLAKE BLVD STE 260<br>WESTLAKE VILLAGE, CA 91362<br>US | 07/19/2024 | $996.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 08/08/2024 | $1,284.70 | |
| | | 08/15/2024 | $1,336.70 | |
| | | 08/22/2024 | $1,147.83 | |
| | | 08/29/2024 | $226.18 | |

| | **TOTAL TIGER CAPITAL GROUP** | **$4,991.59** |
|---|---|---|

| 3.979 | TILLAMOOK COUNTRY SMOKER<br>10750 SW DENNY RD SUITE 120<br>BEAVERTON, OR 97008<br>US | 06/21/2024 | $9,217.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL TILLAMOOK COUNTRY SMOKER** | **$9,217.28** |
|---|---|---|

| 3.980 | TLC LIGHTING INC<br>PO BOX 7004<br>MAYFIELD, KY 42066-0053<br>US | 06/28/2024 | $91,716.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

| | **TOTAL TLC LIGHTING INC** | **$91,716.02** |
|---|---|---|

| 3.981 | TOMS TOY INTERNATIONAL (HK) LTD<br>ROOM L1 8F BLOCK 2 KAISER ESTATE<br>HUNG HOM KOWLOON,<br>HK | 06/11/2024 | $8,420.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| | | 06/25/2024 | $2,047.44 | |
| | | 07/09/2024 | $11,913.72 | |

| | **TOTAL TOMS TOY INTERNATIONAL (HK) LTD** | **$22,381.96** |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.982** TOO GOOD GOURMET
2380 GRANT AVE
SAN LORENZO, CA 94580-1806
US

| | 06/14/2024 | $15,360.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOO GOOD GOURMET** — **$15,360.00**

**3.983** TOOTSIE ROLL IND IN
PO BOX 99435 FILE 99435
CHICAGO, IL 60693-9435
US

| | 06/21/2024 | $6,785.28 |
|---|---|---|
| | 07/05/2024 | $2,678.40 |
| | 07/12/2024 | $23,812.56 |
| | 08/04/2024 | $2,678.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOOTSIE ROLL IND IN** — **$35,954.64**

**3.984** TOP NOTCH PRODUCTS
600 CUMMINGS CTR STE 268X
BEVERLY, MA 1915
US

| | 06/21/2024 | $2,565.00 |
|---|---|---|
| | 06/28/2024 | $12,678.24 |
| | 07/05/2024 | $32,076.36 |
| | 07/12/2024 | $800.64 |
| | 07/19/2024 | $14,037.20 |
| | 07/26/2024 | $9,396.44 |
| | 08/27/2024 | $12,564.92 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOP NOTCH PRODUCTS** — **$84,118.80**

**3.985** TOP TECH AUDIO INC
28 KENNEDY BLVD
EAST BRUNSWICK, NJ 8816
US

| | 07/19/2024 | $5,940.00 |
|---|---|---|
| | 07/26/2024 | $470.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOP TECH AUDIO INC** — **$6,410.40**

**3.986** TOPAZ DISTRIBUTION INC
2280 WARD AVE
SIMI VALLEY, CA 93065-1859
US

| | 07/05/2024 | $25,791.47 |
|---|---|---|
| | 08/27/2024 | $26,674.20 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOPAZ DISTRIBUTION INC** — **$52,465.67**

**3.987** TOPMOST DESIGN CO LTD
3FL-19, NO.3 TIEN MOU RD
TAIPEI,
TW

| | 07/02/2024 | $29,657.70 |
|---|---|---|
| | 07/09/2024 | $8,819.28 |
| | 07/30/2024 | $9,766.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL TOPMOST DESIGN CO LTD** — **$48,243.38**

**3.988** TOPNET INC
10940 WILSHIRE BOULEVARD
LOS ANGELES, CA 90024
US

| | 06/21/2024 | $16,010.32 |
|---|---|---|
| | 07/12/2024 | $41,103.30 |
| | 09/04/2024 | $1,514.88 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

|  | **TOTAL TOPNET INC** | **$58,628.50** |  |
|---|---|---|---|

| 3.989 | TOWNLEY INC<br>10 WEST 33RD STREET<br>NEW YORK, NY 10001<br>US | 07/09/2024 | $15,603.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/17/2024 | $165.60 |  |

|  | **TOTAL TOWNLEY INC** | **$15,768.60** |
|---|---|---|

| 3.990 | TRADE LINES INC<br>660 MONTROSE AVE<br>SOUTH PLAINFIELD, NJ 07080-2602<br>US | 06/21/2024 | $7,976.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 09/04/2024 | $33,909.00 |  |

|  | **TOTAL TRADE LINES INC** | **$41,885.00** |
|---|---|---|

| 3.991 | TRAMONTINA USA INC<br>12955 WEST AIRPORT BLVD<br>SUGAR LAND, TX 77478-6119<br>US | 06/21/2024 | $39,440.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
|  |  | 07/05/2024 | $25,745.50 |  |

|  | **TOTAL TRAMONTINA USA INC** | **$65,186.10** |
|---|---|---|

| 3.992 | TRANSNATIONAL FOODS INC<br>1110 BRICKELL AVE STE 808<br>MIAMI, FL 33131-3138<br>US | 07/12/2024 | $2,557.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL TRANSNATIONAL FOODS INC** | **$2,557.44** |
|---|---|---|

| 3.993 | TREND SOURCE DISTRIBUTION<br>13932 SE 126TH AVE<br>CLACKAMAS, OR 97015<br>US | 07/26/2024 | $16,113.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL TREND SOURCE DISTRIBUTION** | **$16,113.60** |
|---|---|---|

| 3.994 | TRIACE USA<br>7555 COPPER CREEK LANE<br>CINCINNATI, OH 45247<br>US | 07/26/2024 | $26,377.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

|  | **TOTAL TRIACE USA** | **$26,377.10** |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.995 | TRIANGLE HOME FASHIONS LLC<br>9A NICHOLAS COURT<br>DAYTON, NJ 08810-1560<br>US | 06/14/2024 | $19,309.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $19,189.08 | |
| | | 07/12/2024 | $19,003.00 | |
| | | 07/26/2024 | $4,025.00 | |
| | | 08/02/2024 | $11,700.00 | |
| | | 08/09/2024 | $25,185.57 | |
| | | 08/30/2024 | $34,622.30 | |

**TOTAL TRIANGLE HOME FASHIONS LLC**  $133,034.15

| 3.996 | TRILLIANT FOOD & NUTRITION<br>PO BOX 307<br>LITTLE CHUTE, WI 54140-0307<br>US | 06/14/2024 | $127,734.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $256,385.34 | |
| | | 07/05/2024 | $33,774.72 | |
| | | 07/19/2024 | $129,271.20 | |
| | | 07/26/2024 | $20,908.80 | |
| | | 08/09/2024 | $169,696.96 | |

**TOTAL TRILLIANT FOOD & NUTRITION**  $737,771.50

| 3.997 | TRINIDAD BENHAM CORPORATION<br>3091 SOLUTIONS CTR<br>CHICAGO, IL 60677-3000<br>US | 06/21/2024 | $15,859.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 07/26/2024 | $7,929.60 | |

**TOTAL TRINIDAD BENHAM CORPORATION**  $23,788.80

| 3.998 | TRIO HOME GROUP INC<br>541 INDUSTRIAL WAY W<br>EATONTOWN, NJ 7724<br>US | 06/14/2024 | $8,337.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL TRIO HOME GROUP INC**  $8,337.00

| 3.999 | TROPICAL NUT & FRUIT<br>3150 URBANCREST INDUSTRIAL DR<br>GROVE CITY, OH 43123-1767<br>US | 06/13/2024 | $12,984.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**TOTAL TROPICAL NUT & FRUIT**  $12,984.00

| 3.1000 | TV DIRECT LLC<br>385 FIFTH AVE RM 809<br>NEW YORK, NY 10016-3343<br>US | 06/21/2024 | $15,828.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 06/28/2024 | $5,894.40 | |
| | | 07/05/2024 | $1,020.60 | |
| | | 08/15/2024 | $27,140.20 | |

**TOTAL TV DIRECT LLC**  $49,883.80

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.1001** TZUMI INNOVATIONS LLC
16 E 34TH ST
MANHATTAN, NY 10016
US

| | 06/28/2024 | $41,230.50 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL TZUMI INNOVATIONS LLC | $41,230.50 |
|---|---|

**3.1002** UBRANDS
27401 LOS ALTOS SUITE 100
MISSION VIEJO, CA 92691-6316
US

| | 06/21/2024 | $7,008.00 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL UBRANDS | $7,008.00 |
|---|---|

**3.1003** UCP INTERNATIONAL CO
BK C 3/F ELDEX INT'L BLDG
KOWLOON,
HK

| | 07/09/2024 | $8,514.88 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL UCP INTERNATIONAL CO | $8,514.88 |
|---|---|

**3.1004** UNIFIRST CORP-NATIONAL ACCOUNT
PO BOX 650481
DALLAS, TX 75265-0481
US

| | 07/12/2024 | $456.31 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| TOTAL UNIFIRST CORP-NATIONAL ACCOUNT | $456.31 |
|---|---|

**3.1005** UNILEVER DIV CONOPCO INC
3 CORPORATE DR
SHELTON, CT 06484-6222
US

| | 06/13/2024 | $280,550.90 |
|---|---|---|
| | 06/14/2024 | $12,740.03 |
| | 06/20/2024 | $130,690.68 |
| | 06/27/2024 | $42,400.88 |
| | 07/11/2024 | $139,784.51 |
| | 07/12/2024 | $1,424.61 |
| | 07/30/2024 | $87,497.63 |
| | 08/08/2024 | $140,548.67 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL UNILEVER DIV CONOPCO INC | $835,637.91 |
|---|---|

**3.1006** UNIQUE DESIGNS DBA TANYA CREATIONS
425 MEADOWLANDS PARKWAY
SECAUCUS, NJ 7094
US

| | 07/05/2024 | $1,576.80 |
|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| TOTAL UNIQUE DESIGNS DBA TANYA CREATIONS | $1,576.80 |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.1007** UNIQUE IMPEX
284 C AMUTHAM NAGAR
KARUR,
IN

| Date | Amount |
|------|--------|
| 06/21/2024 | $2,193.42 |
| 07/12/2024 | $2,389.50 |
| 07/26/2024 | $6,391.80 |
| 08/30/2024 | $144,779.36 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNIQUE IMPEX** **$155,754.08**

**3.1008** UNIQUE PETZ LLC
10 WEST 33RD ST STE 220
NEW YORK, NY 10001-3306
US

| Date | Amount |
|------|--------|
| 06/21/2024 | $25,284.80 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNIQUE PETZ LLC** **$25,284.80**

**3.1009** UNITED INDUSTRIES CORP
PO BOX 404456
ATLANTA, GA 30384-4456
US

| Date | Amount |
|------|--------|
| 06/14/2024 | $6,547.20 |
| 07/12/2024 | $60,724.08 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNITED INDUSTRIES CORP** **$67,271.28**

**3.1010** UNITED NATIONAL CONSUMER SUPPLIERS
CALLER SERVICE 105328
ATLANTA, GA 30348
US

| Date | Amount |
|------|--------|
| 06/14/2024 | $12,416.00 |
| 07/10/2024 | $3,078.00 |
| 08/01/2024 | $4,560.84 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNITED NATIONAL CONSUMER SUPPLIERS** **$20,054.84**

**3.1011** UNITED SCENTS LLC
75 ETHEL RD
EDISON, NJ 8817
US

| Date | Amount |
|------|--------|
| 09/05/2024 | $101,934.10 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNITED SCENTS LLC** **$101,934.10**

**3.1012** UNITED SOLAR SUPPLY LLC
50 AERO ROAD
BOHEMIA, NY 11716-2902
US

| Date | Amount |
|------|--------|
| 06/18/2024 | $4,320.00 |
| 06/27/2024 | $23,382.00 |
| 07/02/2024 | $15,403.68 |
| 07/03/2024 | $1,816.00 |
| 07/05/2024 | $8,928.00 |
| 07/09/2024 | $10,886.40 |
| 08/04/2024 | $1,800.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNITED SOLAR SUPPLY LLC** **$66,536.08**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3.1013** UNITED WEAVERS OF AMERICA INC
PO BOX 603
DALTON, GA 30722-0603
US

| | |
| --- | --- |
| 07/05/2024 | $28,603.00 |
| 07/19/2024 | $36,240.00 |
| 07/26/2024 | $20,185.50 |
| 08/15/2024 | $15,000.00 |
| 08/23/2024 | $70,301.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNITED WEAVERS OF AMERICA INC** — **$170,329.50**

**3.1014** UNIVERSAL BEAUTY PRODUCTS INC
500 WALL STREET
GLENDALE HEIGHTS, IL 60139-1988
US

| | |
| --- | --- |
| 06/14/2024 | $5,016.96 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNIVERSAL BEAUTY PRODUCTS INC** — **$5,016.96**

**3.1015** UNIVERSAL KNITWEARS
448, E.P.I.P. KUNDLI, INDUSTRIAL ES
SONEPAT,
IN

| | |
| --- | --- |
| 09/04/2024 | $17,486.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UNIVERSAL KNITWEARS** — **$17,486.40**

**3.1016** UPD INC
4507 S MAYWOOD AVE
VERNON, CA 90058-2610
US

| | |
| --- | --- |
| 06/21/2024 | $38,242.56 |
| 06/28/2024 | $83,635.08 |
| 07/12/2024 | $4,100.64 |
| 07/19/2024 | $38,562.00 |
| 07/26/2024 | $66,178.62 |
| 08/15/2024 | $164.16 |
| 08/21/2024 | $12,477.60 |
| 09/04/2024 | $58,325.28 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UPD INC** — **$301,685.94**

**3.1017** UPPER CANADA SOAP & CANDLE
5875 CHEDWORTH WAY
MISSISSAUGA, ON L5R 3L9
CA

| | |
| --- | --- |
| 06/28/2024 | $29,369.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL UPPER CANADA SOAP & CANDLE** — **$29,369.00**

**3.1018** URBAN LINENS LLC
13543 116TH STREET
SOUTH OZONE PARK, NY 11420
US

| | |
| --- | --- |
| 08/27/2024 | $17,694.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL URBAN LINENS LLC** — **$17,694.00**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.1019** US BANK
PO BOX 6343
FARGO, ND 58125-6343
US

| | |
|---|---|
| 09/03/2024 | $24.79 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**TOTAL US BANK** — **$24.79**

---

**3.1020** US HOME BRANDS LLC
12 W 31 STREET 5TH FLOOR
NEW YORK, NY 10001
US

| | |
|---|---|
| 06/21/2024 | $38,496.00 |
| 06/28/2024 | $22,003.20 |
| 07/19/2024 | $8,940.00 |
| 08/30/2024 | $70,944.60 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL US HOME BRANDS LLC** — **$140,383.80**

---

**3.1021** US PLAYING CARDS
443 SHAKER ROAD
EAST LONGMEADOW, MA 1028
US

| | |
|---|---|
| 07/19/2024 | $1,974.72 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL US PLAYING CARDS** — **$1,974.72**

---

**3.1022** UTZ QUALITY FOODS INC
900 HIGH ST
HANOVER, PA 17331-1639
US

| | |
|---|---|
| 06/14/2024 | $18,264.96 |
| 07/05/2024 | $20,004.48 |
| 07/12/2024 | $12,790.80 |
| 07/26/2024 | $29,011.20 |
| 08/15/2024 | $38,489.76 |
| 08/21/2024 | $18,186.24 |
| 09/05/2024 | $65,792.56 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL UTZ QUALITY FOODS INC** — **$202,540.00**

---

**3.1023** VALUE MERCHANDISING
2030 CROMWELL DIXON LN F
HELENA, MT 59601-0547
US

| | |
|---|---|
| 06/14/2024 | $7,660.80 |
| 06/20/2024 | $4,039.20 |
| 07/05/2024 | $3,060.00 |
| 07/12/2024 | $6,134.40 |
| 07/19/2024 | $5,670.00 |
| 07/26/2024 | $8,262.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL VALUE MERCHANDISING** — **$34,826.40**

---

**3.1024** VALUE SOURCE INTERNATIONAL
75 NORTH ST STE 330
PITTSFIELD, MA 01201-5150
US

| | |
|---|---|
| 06/28/2024 | $8,115.70 |
| 07/19/2024 | $30,469.30 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL VALUE SOURCE INTERNATIONAL** — **$38,585.00**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

| 3.1025 | VAN NESS PLASTIC MOLDING CO., INC.<br>400 BRIGHTON RD.<br>CLIFTON, NJ 7012<br>US | 07/05/2024 | $6,157.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VAN NESS PLASTIC MOLDING CO., INC. | | $6,157.44 | |

| 3.1026 | VANDERBILT HOME PRODUCTS LLC<br>261 5TH AVE STE 1512<br>NEW YORK, NY 10016-7709<br>US | 08/22/2024<br>08/27/2024 | $40,455.48<br>$50,616.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VANDERBILT HOME PRODUCTS LLC | | $91,071.68 | |

| 3.1027 | VEETEE FOODS INC<br>1377 MOTOR PARKWAY STE 305<br>ISLANDIA, NY 11749-5258<br>US | 07/26/2024 | $2,520.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VEETEE FOODS INC | | $2,520.00 | |

| 3.1028 | VELCRO USA INC<br>PO BOX 414871<br>BOSTON, MA 02241-4871<br>US | 06/14/2024<br>07/05/2024 | $2,151.36<br>$1,180.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VELCRO USA INC | | $3,332.16 | |

| 3.1029 | VENTURE III INDUSTRIES INC<br>2770 DUFFERIN STREET<br>NORTH YORK, ON M6B 3R7<br>CA | 07/23/2024 | $20,688.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VENTURE III INDUSTRIES INC | | $20,688.00 | |

| 3.1030 | VERAFLEX SRL<br>VIALE EUROPA 9<br>BERGAMO, BG<br>IT | 06/25/2024 | $44,269.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VERAFLEX SRL | | $44,269.94 | |

| 3.1031 | VERITIME USA LLC<br>PO BOX 811622<br>BOCA RATON, FL 33481<br>US | 07/16/2024<br>07/23/2024 | $43,736.00<br>$24,192.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| | TOTAL VERITIME USA LLC | | $67,928.00 | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.1032** VERIZON WIRELESS
PO BOX 16810
NEWARK, NJ 07101-6810
US

| | |
|---|---|
| 06/21/2024 | $77.21 |
| 06/28/2024 | $676.72 |
| 08/07/2024 | $593.88 |
| 08/15/2024 | $732.64 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL VERIZON WIRELESS** $2,080.45

**3.1033** VH HOME FRAGRANCE INC
AVENIDA LA PISTA #10 HAINAMOSA INVI
SANTO DOMINGO ESTE SANTO DOMINGO,
DO

| | |
|---|---|
| 06/21/2024 | $17,948.80 |
| 06/28/2024 | $5,958.00 |
| 07/19/2024 | $35,144.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VH HOME FRAGRANCE INC** $59,051.20

**3.1034** VI-JON LABS
PO BOX 504371
ST LOUIS, MO 63150-4371
US

| | |
|---|---|
| 07/05/2024 | $27,066.24 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VI-JON LABS** $27,066.24

**3.1035** VICTORY WHOLESALE GROCERS
PO BOX 73837
CLEVELAND, OH 44193-1264
US

| | |
|---|---|
| 06/14/2024 | $5,868.72 |
| 07/05/2024 | $32,513.58 |
| 07/12/2024 | $33,540.42 |
| 08/22/2024 | $56,929.86 |
| 08/26/2024 | $72,544.97 |
| 08/30/2024 | $111,611.98 |
| 09/04/2024 | $9,882.90 |
| 09/05/2024 | $196,598.70 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VICTORY WHOLESALE GROCERS** $519,491.13

**3.1036** VIETNAM HANG LAM FURNITURE COMPANY
LOT D4-CN,D5-CN,D6-CN,D7-CN,D8-CN,D
BEN CAT TOWN,
VN

| | |
|---|---|
| 07/02/2024 | $31,010.00 |
| 07/09/2024 | $41,080.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VIETNAM HANG LAM FURNITURE COMPANY** $72,090.00

**3.1037** VIITION (ASIA) LIMITED
HEYANG IND'L PARK, HESHI
QUANZHOU CITY FUJIAN CHINA,
CN

| | |
|---|---|
| 07/05/2024 | $5,463.60 |
| 08/30/2024 | $27,049.40 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VIITION (ASIA) LIMITED** $32,513.00

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.1038** VISION SERVICE PLAN (CT)
PO BOX 742788
LOS ANGELES, CA 90074-2788
US

| Date | Amount |
|---|---|
| 06/14/2024 | $3,426.43 |
| 07/12/2024 | $3,471.45 |
| 08/15/2024 | $4,424.31 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**TOTAL VISION SERVICE PLAN (CT)** — **$11,322.19**

---

**3.1039** VITA VERDE INC, DBA FLORA FINE FOOD
1237 W SAMPLE ROAD
CORAL SPRINGS, FL 33065
US

07/12/2024 — $7,695.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VITA VERDE INC, DBA FLORA FINE FOOD** — **$7,695.00**

---

**3.1040** VITALIZE LABS LLC
55 BROADWAY
NEW YORK, NY 10006
US

07/26/2024 — $13,366.08

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VITALIZE LABS LLC** — **$13,366.08**

---

**3.1041** VITELLI FOODS LLC
25 ROCKWOOD PLACE STE 220
ENGLEWOOD, NJ 07631-4959
US

06/21/2024 — $24,835.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VITELLI FOODS LLC** — **$24,835.20**

---

**3.1042** VIVO TRIBE LLC
1455 FRAZEE ROAD #500
SAN DIEGO, CA 92108
US

06/13/2024 — $3,704.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VIVO TRIBE LLC** — **$3,704.40**

---

**3.1043** VNGR BEVERAGE, LLC DBA POPPI
PO BOX 2999
PHOENIX, AZ 85062
US

07/26/2024 — $21,542.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VNGR BEVERAGE, LLC DBA POPPI** — **$21,542.40**

---

**3.1044** VOLUME DISTRIBUTERS, INC
4199 BANDINIA BLVD
VERNON, CA 90058-4208
US

07/19/2024 — $25,048.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**TOTAL VOLUME DISTRIBUTERS, INC** — **$25,048.50**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

| 3.1045 | VONTONE IMPORT AND EXPORT CO LTD<br>7F,MICROSOFT BUILDING, NO.555 JU XI<br>NINGBO,<br>CN | 06/18/2024 | $14,157.84 | ☐ Secured debt |
| | | 06/25/2024 | $12,268.80 | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL VONTONE IMPORT AND EXPORT CO LTD** — **$26,426.64**

| 3.1046 | VORNADO AIR, LLC<br>415 E 13TH STREET<br>ANDOVER, KS 67002<br>US | 06/28/2024 | $9,955.20 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL VORNADO AIR, LLC** — **$9,955.20**

| 3.1047 | VOTUM ENTERPRISES LLC<br>PO BOX 936601<br>ATLANTA, GA 31193-6601<br>US | 06/21/2024 | $1,728.00 | ☐ Secured debt |
| | | 06/27/2024 | $11,866.80 | ☐ Unsecured loan repayments |
| | | 06/28/2024 | $7,711.20 | ☑ Suppliers or vendors |
| | | 07/05/2024 | $9,090.00 | ☐ Services |
| | | 08/13/2024 | $50,826.28 | ☐ Other _____ |

**TOTAL VOTUM ENTERPRISES LLC** — **$81,222.28**

| 3.1048 | VTECH COMMUNICATIONS INC<br>PO BOX 1450 NW7858<br>MINNEAPOLIS, MN 55485-7858<br>US | 07/26/2024 | $3,598.88 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL VTECH COMMUNICATIONS INC** — **$3,598.88**

| 3.1049 | VULCAN MECHANICAL SERVICES INC<br>532 MINERAL TRACE<br>BIRMINGHAM, AL 35244-4571<br>US | 06/28/2024 | $2,158.00 | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☑ Services |
| | | | | ☐ Other _____ |

**TOTAL VULCAN MECHANICAL SERVICES INC** — **$2,158.00**

| 3.1050 | W APPLIANCE COMPANY LLC<br>PO BOX 84293<br>BOSTON, MA 02284-2932<br>US | 08/15/2024 | $208,127.50 | ☐ Secured debt |
| | | 08/23/2024 | $4,977.93 | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL W APPLIANCE COMPANY LLC** — **$213,105.43**

| 3.1051 | WAHL CLIPPER CO<br>PO BOX 5010<br>STERLING, IL 61081-5010<br>US | 06/14/2024 | $9,888.52 | ☐ Secured debt |
| | | 07/19/2024 | $20,804.92 | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**TOTAL WAHL CLIPPER CO** — **$30,693.44**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.1052 | WALKER EDISON FURNITURE COMPANY LLC<br>1553 W 9000 S<br>WEST JORDAN, UT 84088<br>US | 07/19/2024<br>07/26/2024 | $44,597.62<br>$35,277.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WALKER EDISON FURNITURE COMPANY LLC** — **$79,875.46**

| 3.1053 | WARP BROTHERS<br>4647 W AUGUSTA BLVD<br>CHICAGO, IL 60651-3310<br>US | 06/14/2024<br>07/19/2024 | $1,694.88<br>$1,694.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WARP BROTHERS** — **$3,389.76**

| 3.1054 | WASTE MANAGEMENT NATIONAL SERVICE I<br>PO BOX 740023<br>ATLANTA, GA 30374-0023<br>US | 06/28/2024<br>07/26/2024<br>09/04/2024 | $10,154.46<br>$12,848.61<br>$13,610.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WASTE MANAGEMENT NATIONAL SERVICE I** — **$36,613.16**

| 3.1055 | WELCHS<br>PO BOX 91464<br>CHICAGO, IL 60693-1464<br>US | 08/21/2024 | $6,912.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WELCHS** — **$6,912.00**

| 3.1056 | WELCOME INDUSTRIAL CORP<br>717 NORTH PARK AVE<br>BURLINGTON, NC 27217<br>US | 06/28/2024 | $23,556.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WELCOME INDUSTRIAL CORP** — **$23,556.50**

| 3.1057 | WELSPUN USA INC<br>295 5TH AVENUE<br>NEW YORK, NY 10016-7103<br>US | 07/26/2024 | $5,812.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WELSPUN USA INC** — **$5,812.00**

| 3.1058 | WESTEX INTERNATIONAL<br>6030 FREEMONT BLVD MISSISSAUGA, ON<br>MISSISSAUGA, ON L5R 3X4<br>CA | 06/14/2024 | $875.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|

**TOTAL WESTEX INTERNATIONAL** — **$875.00**

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.1059** WESTPORT CORPORATION
331 CHANGEBRIDGE RD
PINE BROOK, NJ 7058
US

| Date | Amount |
|---|---|
| 07/05/2024 | $3,990.00 |
| 07/26/2024 | $18,585.00 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL WESTPORT CORPORATION    $22,575.00**

**3.1060** WEX INC
97 DARLING AVE
SOUTH PORTLAND, ME 4106
US

| Date | Amount |
|---|---|
| 08/08/2024 | $1,258.95 |
| 08/23/2024 | $2,112.36 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

**TOTAL WEX INC    $3,371.31**

**3.1061** WHEELS LLC
PO BOX 96336
CHICAGO, IL 60693
US

| Date | Amount |
|---|---|
| 07/03/2024 | $124.28 |
| 08/23/2024 | $161.48 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

**TOTAL WHEELS LLC    $285.76**

**3.1062** WHITE COFFEE CORP
505 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10022
US

| Date | Amount |
|---|---|
| 07/19/2024 | $19,148.80 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL WHITE COFFEE CORP    $19,148.80**

**3.1063** WIDEWISE ELECTRONICS TECHNOLOGY LIM
8A 8F RICHMOND COMMERCIAL BUILDING
KOWLOON,
HK

| Date | Amount |
|---|---|
| 06/25/2024 | $5,787.60 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL WIDEWISE ELECTRONICS TECHNOLOGY LIM    $5,787.60**

**3.1064** WILTON INDUSTRIES INC
24485 NETWORK PLACE
CHICAGO, IL 60673-1244
US

| Date | Amount |
|---|---|
| 06/14/2024 | $1,068.78 |
| 07/19/2024 | $5,600.24 |
| 07/26/2024 | $9,195.98 |
| 08/30/2024 | $1,315.28 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL WILTON INDUSTRIES INC    $17,180.28**

**3.1065** WINCUP
4342 SOLUTIONS CTR
CHICAGO, IL 60677-4003
US

| Date | Amount |
|---|---|
| 06/25/2024 | $11,819.52 |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

**TOTAL WINCUP    $11,819.52**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3.1066  WINDHAM TRADING
8488 DUNSINANE DR
DUBLIN, OH 43017-9420
US

| | 07/26/2024 | $3,718.29 |
| --- | --- | --- |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WINDHAM TRADING** | **$3,718.29** |
| --- | --- |

3.1067  WINDMILL HEALTH PRODUCTS
10 HENDERSON DRIVE
WEST CALDWELL, NJ 07006-6608
US

| 06/12/2024 | $12,375.00 |
| --- | --- |
| 06/27/2024 | $12,634.50 |
| 07/26/2024 | $13,242.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WINDMILL HEALTH PRODUCTS** | **$38,251.50** |
| --- | --- |

3.1068  WK KELLOGG SALES LLC FDT
PO BOX 735608
CHICAGO, IL 60673-5608
US

| 06/14/2024 | $50,370.34 |
| --- | --- |
| 06/28/2024 | $25,523.05 |
| 08/15/2024 | $47,662.94 |
| 09/04/2024 | $42,483.94 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WK KELLOGG SALES LLC FDT** | **$166,040.27** |
| --- | --- |

3.1069  WM BARR & CO INC
1715 AARON BRENNER DRIVE
MEMPHIS, TN 38120
US

| 06/13/2024 | $24,053.40 |
| --- | --- |
| 06/20/2024 | $11,001.60 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WM BARR & CO INC** | **$35,055.00** |
| --- | --- |

3.1070  WOEBER MUSTARD MFG CO
PO BOX 388
SPRINGFIELD, OH 45501-0388
US

| 06/14/2024 | $8,380.94 |
| --- | --- |
| 07/05/2024 | $8,377.44 |
| 09/05/2024 | $32,338.22 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WOEBER MUSTARD MFG CO** | **$49,096.60** |
| --- | --- |

3.1071  WOLF MANUFACTURING CO INC
PO BOX 3100
WACO, TX 76707-0100
US

| | 07/26/2024 | $12,326.40 |
| --- | --- | --- |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WOLF MANUFACTURING CO INC** | **$12,326.40** |
| --- | --- |

3.1072  WOMYN HOME PRODUCTS INC
183 THREE BROOKS ROAD
FREEHOLD, NJ 7728
US

| | 07/05/2024 | $10,656.00 |
| --- | --- | --- |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| **TOTAL WOMYN HOME PRODUCTS INC** | **$10,656.00** |
| --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.1073** WONDERFUL PISTACHIOS & ALMONDS
PO BOX 200937
DALLAS, TX 75320-0937
US

06/21/2024     $50,123.04

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL WONDERFUL PISTACHIOS & ALMONDS**     **$50,123.04**

---

**3.1074** WORLD CONFECTIONS INC
515 VALLEY ST
MAPLEWOOD, NJ 07040-1389
US

07/12/2024     $10,621.44

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL WORLD CONFECTIONS INC**     **$10,621.44**

---

**3.1075** WORLD WIDE SNACKS LLC
6301 NW 5TH WAY
FORT LAUDERDALE, FL 33309
US

06/14/2024     $12,096.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL WORLD WIDE SNACKS LLC**     **$12,096.00**

---

**3.1076** WOW GEAR LLC
6100 HOLLISTER AVENUE
SANTA BARBARA, CA 93117
US

07/26/2024     $6,156.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL WOW GEAR LLC**     **$6,156.00**

---

**3.1077** XIAMEN HANKA HOME INTERNATIONAL TRA
CONSTRUCTION BANK BULIDING NO.98 LU
XIAMEN,
CN

07/09/2024     $19,130.33
09/04/2024     $9,441.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL XIAMEN HANKA HOME INTERNATIONAL TRA**     **$28,571.41**

---

**3.1078** YANGJIANG HOPEWAY INDUSTRY &
A2-1 HUANSHAN WEAT RD
GUANDONEG YANGDONG,
CN

07/05/2024     $10,027.32
07/19/2024     $4,270.56

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YANGJIANG HOPEWAY INDUSTRY &**     **$14,297.88**

---

**3.1079** YANKEE CANDLE COMPANY
PO BOX 416442
BOSTON, MA 02241-6442
US

06/14/2024     $3,780.00
06/27/2024     $1,959.22

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YANKEE CANDLE COMPANY**     **$5,739.22**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.1080** YES SALES INC
1103 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023
US

| | |
|---|---|
| 06/21/2024 | $29,589.96 |
| 07/12/2024 | $3,552.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YES SALES INC** **$33,141.96**

**3.1081** YI LONG ENTERPRISE INC. DBA WEST PA
190 W CROWTHER AVENUE
PLACENTIA, CA 92870
US

| | |
|---|---|
| 07/05/2024 | $43,320.82 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YI LONG ENTERPRISE INC. DBA WEST PA** **$43,320.82**

**3.1082** YM TRADING INC
PO BOX 1017
MONSEY, NY 10952-8017
US

| | |
|---|---|
| 08/19/2024 | $17,856.00 |
| 08/26/2024 | $62,127.70 |
| 08/30/2024 | $66,779.20 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YM TRADING INC** **$146,762.90**

**3.1083** YMF CARPET INC
201 B MIDDLESEX CENTER BLVD
MONROE, NJ 8831
US

| | |
|---|---|
| 06/14/2024 | $4,641.75 |
| 06/28/2024 | $5,329.10 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YMF CARPET INC** **$9,970.85**

**3.1084** YO MAMA'S FOODS
1125 ELDRIDGE STREET
CLEARWATER, FL 33755
US

| | |
|---|---|
| 07/12/2024 | $33,599.70 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL YO MAMA'S FOODS** **$33,599.70**

**3.1085** ZAK DESIGNS INC
PO BOX 19188
SPOKANE, WA 99219-9188
US

| | |
|---|---|
| 06/14/2024 | $8,096.70 |
| 07/05/2024 | $11,631.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ZAK DESIGNS INC** **$19,727.70**

**3.1086** ZEST GARDEN LIMITED
10F NO 143 SHIH SHANG RD SHIHLIN
TAIPEI,
TW

| | |
|---|---|
| 07/02/2024 | $6,660.80 |
| 07/09/2024 | $4,471.20 |
| 07/16/2024 | $23,027.56 |
| 07/23/2024 | $96,902.68 |
| 07/30/2024 | $11,088.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**TOTAL ZEST GARDEN LIMITED** **$142,150.24**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| 3.1087 | ZHEJIANG HENGTAI CRAFTS | 06/18/2024 | $2,857.50 | ☐ Secured debt |
| | HEHUA RD BAIHUASHAN INDUSTRIAL ARE | 07/23/2024 | $21,055.92 | ☐ Unsecured loan repayments |
| | YIWU ZHEJIANG, | | | ☑ Suppliers or vendors |
| | CN | 07/30/2024 | $28,082.00 | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZHEJIANG HENGTAI CRAFTS** | | **$51,995.42** |
|---|---|---|---|

| 3.1088 | ZHEJIANG SUNSHINE LEISURE PRODUCTS | 07/23/2024 | $100.00 | ☐ Secured debt |
| | 12F,WINNING INTERNATIONAL,100 JIANG | | | ☐ Unsecured loan repayments |
| | WUYI, | | | ☑ Suppliers or vendors |
| | CN | | | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZHEJIANG SUNSHINE LEISURE PRODUCTS** | | **$100.00** |
|---|---|---|---|

| 3.1089 | ZHENG SHENG INTERNATIONAL LIMITED | 07/30/2024 | $25,618.66 | ☐ Secured debt |
| | NO 158 LN 722 WENHUA RD WEST DIST | | | ☐ Unsecured loan repayments |
| | CHIAYA, | | | ☑ Suppliers or vendors |
| | TW | | | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZHENG SHENG INTERNATIONAL LIMITED** | | **$25,618.66** |
|---|---|---|---|

| 3.1090 | ZHENGHE RUICHANG IND ART | 06/21/2024 | $8,119.26 | ☐ Secured debt |
| | 119 NORTH ST | 07/12/2024 | $5,589.30 | ☐ Unsecured loan repayments |
| | ZHENGHE FUJIAN, | | | ☑ Suppliers or vendors |
| | CN | 07/26/2024 | $12,145.47 | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZHENGHE RUICHANG IND ART** | | **$25,854.03** |
|---|---|---|---|

| 3.1091 | ZINUS INC | 08/04/2024 | $17,050.00 | ☐ Secured debt |
| | 5731 PROMONTORY PKWY | | | ☐ Unsecured loan repayments |
| | TRACY, CA 95377 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZINUS INC** | | **$17,050.00** |
|---|---|---|---|

| 3.1092 | ZIPPYPAWS | 06/14/2024 | $100.00 | ☐ Secured debt |
| | 5548 DANIELS WAY | | | ☐ Unsecured loan repayments |
| | CHINO, CA 91710-6941 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZIPPYPAWS** | | **$100.00** |
|---|---|---|---|

| 3.1093 | ZURU LLC | 07/12/2024 | $18,562.20 | ☐ Secured debt |
| | 2121 E MAPLE AVENUE | | | ☐ Unsecured loan repayments |
| | EL SEGUNDO, CA 90245-4210 | | | ☑ Suppliers or vendors |
| | US | | | ☐ Services |
| | | | | ☐ Other |

| | **TOTAL ZURU LLC** | | **$18,562.20** |
|---|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reasons for Payment |
|---|---|---|---|
| 4.1 BIG LOTS F&S, LLC<br>4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651<br><br>DEBTOR AFFILIATE | 06/28/2024 | $315,135.00 | INTERCOMPANY TRANSFER |
| **TOTAL BIG LOTS F&S, LLC** | | **$315,135.00** | |
| 4.2 BIG LOTS STORES, LLC<br>4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651<br><br>DEBTOR AFFILIATE | 09/22/2024 | $2,595,322.00 | INTERCOMPANY TRANSFER |
| **TOTAL BIG LOTS STORES, LLC** | | **$2,595,322.00** | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's Name and Address | Description of the property | Date | Value of Property |
|-----------------------------|----------------------------|------|-------------------|
|                             |                            |      |                   |

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account Number | Amount |
|---|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None.

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of Property | Value |
|------------------------------|------------------------|-----------------------|------|-------------------------|-------|

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None.

| Recipient's Name and Address | Recipient's Relation to Debtor | Description of the Gifts and Contributions | Dates Given | Value |
|------------------------------|--------------------------------|--------------------------------------------|-------------|-------|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None.

| Description of the property lost and how the lost occurred | Amount of Payments Received for the Loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property). | Date of Loss | Value of Property Lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor | If not Money, Describe any Property Transferred | Dates | Value |
|---|---|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ None.

| Name of Trust or Device | Trustee | Describe any Property Transfered | Dates Transfers Were Made | Total Amount / Value |
|-------------------------|---------|----------------------------------|---------------------------|----------------------|

| Part 6: | Certain Payments or Transfers |

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
| --- | --- | --- | --- |

| **Part 7:** | **Previous Locations** |

14. **Previous Addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ None.

| Address | Dates of Occupancy |
|---------|--------------------|

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ None.

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
|---------------------------|------|------|------|------|

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes. State the nature of the information collected and retained.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None.

| Financial Institution Name and Address | Last 4 Digits of Account Number | Type of Account | Date of Closing | Last Balance |
| --- | --- | --- | --- | --- |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None.

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None.

| Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
| --- | --- | --- | --- | --- |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None.

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
| --- | --- | --- | --- |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ None.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|
| | | | |

| Part 12: | Details About Environmental Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

   ☑ None.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
| --- | --- | --- | --- |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ None.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None.

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number (Do not include SSN or ITIN) | Dates Business Existed |
|---|---|---|---|
| 25.1 SEE ATTACHED EXHIBIT STATEMENT OF FINANCIAL AFFAIRS, PART 13, QUESTION 25 | | | - |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None.

| Name and Address | Dates of Service |
|---|---|
| 26a.1 JONATHAN E. RAMSDEN<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | 09/09/2023 - 09/09/2024 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

26.  **Books, records, and financial statements**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None.

| Name and Address | Dates of Service |
|---|---|
| 26b.1  DELOITTE & TOUCHE LLP<br>PO BOX 844708<br>DALLAS, TX 75284-4708 | 09/09/2023 - 09/09/2024 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

26.  **Books, records, and financial statements**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None.

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1 JONATHAN E. RAMSDEN<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

26. **Books, records, and financial statements**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None.

**Name and Address**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ None.

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27.1  REFER TO GLOBAL NOTES | | | | |

**Exhibit Statement of Financial Affairs, Part 13, Question 25**

# Big Lots, Inc. Organizational Chart
## As of 3/23/2018



**Legend**

denotes Single Member LLC

Ownership is 100% unless otherwise indicated.

Big Lots, Inc.
06-1119097

AVDC, Inc.
47-4093400

Capital Retail Systems, Inc.
31-1602827
[Inactive]

Big Lots Stores, Inc.
31-1186811

MacFrugal's Bargains Close-outs, Inc.
95-2745285

BLC LLC
46-5027603

Liquidation World U.S.A. Holding Corp.
47-0900903

PNS Stores, Inc.
95-2745262

West Coast Liquidators, Inc.
95-1813424

Liquidation World U.S.A., Inc.
98-0153248
[Inactive]

LQW Traders, Inc.
26-1301274
[Inactive]

Liquidation Services, Inc.
74-3020083
[Inactive]

North American Solutions, Inc.
64-0928809
[Inactive]

Talon Wholesale, Inc.
80-0346463
[Inactive]

C.S. Ross Company
31-1286182

CSC Distribution, Inc.
06-1108785

Big Lots F&S, Inc.
26-4703277

Closeout Distribution, Inc.
31-1650309

Consolidated Property Holdings, Inc.
86-0860984

Big Lots Capital, Inc.
20-1492105

Midwestern Home Products, Inc.
51-0316542

Midwestern Home Products Company, Ltd.
31-1455723
[Inactive]

Industrial Products of New England, Inc.
01-0392472
[Inactive]

Tool and Supply Company of New England, Inc.
51-0316540
[Inactive]

Big Lots eCommerce LLC
47-1359612

Big Lots Online LLC
26-2779025
[Inactive]

Sonoran LLC
31-1686155

Sahara LLC
31-1686162

Durant DC, LLC
01-0562033

Great Basin LLC
31-1686158

BLSI Property, LLC
03-0445499

Barn Acquisition Corporation
31-1242851
[Inactive]

SS Investments Corporation
31-1284587
[Inactive]

Fashion Barn, Inc. & Subsidiaries
11-2169992
[Inactive]

# Big Lots, Inc. Organizational Chart
## As of 12/2019



**Big Lots, Inc. Organizational Chart**
**As of 7/2020**



# Big Lots, Inc. Organizational Chart
# As of January 2022

(Prior to restructuring effective 1/30/2022)

**Legend**

[dotted box] denotes Single Member LLC

Ownership is 100% unless otherwise indicated.



**Big Lots Organizational Chart**
As of September 2022



**Big Lots Organizational Chart**
As of September 2023



**Big Lots Organizational Chart**
As of Q1 FY 2024



| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None.

| Name and Address | Position and Nature of any Interest | Percent of Interest, if any |
|---|---|---|
| 28.1 BIG LOTS STORES, LLC<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | SHAREHOLDER | 100% |
| 28.2 BRUCE K. THORN<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | PRESIDENT, CHIEF EXECUTIVE OFFICER | |
| 28.3 EMILY E. SCHRECK<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | VICE PRESIDENT, SUPPLY CHAIN SOLUTIONS | |
| 28.4 JAMES A. SCHROEDER<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | SENIOR VICE PRESIDENT, CORPORATE FINANCE | |
| 28.5 JONATHAN E. RAMSDEN<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL AND ADMINISTRATIVE OFFICER | |
| 28.6 JUAN E. GUERRERO<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | SENIOR VICE PRESIDENT, CHIEF SUPPLY CHAIN OFFICER | |
| 28.7 MICHAEL A. SCHLONSKY<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | EXECUTIVE VICE PRESIDENT, CHIEF HUMAN RESOURCES OFFICER | |
| 28.8 MONICA M. WELT<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | VICE PRESIDENT, DEPUTY GENERAL COUNSEL AND ASSISTANT SECRETARY | |
| 28.9 RONALD A. ROBINS JR.<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | EXECUTIVE VICE PRESIDENT, CHIEF LEGAL AND GOVERNANCE OFFICER, GENERAL COUNSEL AND CORPORATE SECRETARY | |
| 28.10 STEVEN J. HUTKAI<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | VICE PRESIDENT, TAX AND TREASURER | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held |
| --- | --- | --- |
| 29.1  GREGG W. SAYERS<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | VICE PRESIDENT, DISTRIBUTION AND GLOBAL TRANSPORTATION | 09/09/2023 - 04/05/2024 |
| 29.2  MARGARITA GIANNANTONIO<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | EXECUTIVE VICE PRESIDENT, CHIEF MERCHANDISING OFFICER | 09/09/2023 - 03/19/2024 |
| 29.3  TIMOTHY J. KOVALCIK<br>C/O 4900 E. DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 | VICE PRESIDENT, CONTROLLER | 09/09/2023 - 07/19/2024 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

30. **Payments, Distributions, or Withdrawals Credited or Given to Insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ None.

| Name and Address of Recipient and Relationship to Debtor | Amount | Amount Description | Dates | Reason for Providing the Value |
|---|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

     ☐ None.

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
| --- | --- |
| 31.1 BIG LOTS, INC. | 06-1119097 |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None.

| Name of Pension Fund | Employer Identification Number of the Parent Corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:**   10/31/2024

**Signature:**   /s/ Jonathan Ramsden

Jonathan Ramsden, Executive Vice President, Chief Financial and Administrative Officer
**Name and Title**

Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

☑ No
☐ Yes