UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Big Lots, Inc., et al.  Case No. (Jointly Administered): 24-11967 (JKS)
Reporting Period: September 9, 2024 – September 28, 2024

| SUPPORTING DOCUMENTATION TO UST FORM 11-MOR |
|---|

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |

In re: Big Lots, Inc., et al.                                                                 Case No. (Jointly Administered): 24-11967 (JKS)
                                                                                              Reporting Period: September 9, 2024 – September 28, 2024

Notes to the Monthly Operating Report

**General:**

The report includes activity from the following Debtors and related Case Numbers:

| Debtor Name | Case No. |
|---|---|
| Great Basin, LLC | 24-11966 (JKS) |
| Big Lots, Inc. | 24-11967 (JKS) |
| Consolidated Property Holdings, LLC | 24-11968 (JKS) |
| Big Lots Management, LLC | 24-11969 (JKS) |
| Big Lots Stores - PNS, LLC | 24-11970 (JKS) |
| Broyhill LLC | 24-11971 (JKS) |
| BLBO Tenant, LLC | 24-11972 (JKS) |
| Big Lots Stores, LLC | 24-11973 (JKS) |
| CSC Distribution LLC | 24-11974 (JKS) |
| Durant DC, LLC | 24-11975 (JKS) |
| Big Lots Stores - CSR, LLC | 24-11976 (JKS) |
| GAFDC LLC | 24-11977 (JKS) |
| Closeout Distribution, LLC | 24-11978 (JKS) |
| WAFDC, LLC | 24-11979 (JKS) |
| Big Lots eCommerce LLC | 24-11980 (JKS) |
| AVDC, LLC | 24-11981 (JKS) |
| PAFDC LLC | 24-11982 (JKS) |
| INFDC, LLC | 24-11983 (JKS) |
| Big Lots F&S, LLC | 24-11984 (JKS) |

**Introduction**: On September 9, 2024 (the "Petition Date"), Big Lots, Inc. and its affiliated debtors and debtors in possession (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing these cases jointly administered as *In re: Big Lots, Inc., et al.*, No. 24-11967 (JKS) ("Chapter 11 Cases"). The Debtors are authorized to continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

On September 10, 2024, the Bankruptcy Court entered an order [Docket No. 95] authorizing the joint administration of these Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. On September 23, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 248].

Additional information about these Chapter 11 Cases, court filings, and claims information is available at the Debtors' restructuring website: https://cases.ra.kroll.com/biglots.

**Accounting Principles:** This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the Debtors' obligations to provide monthly operating reports during these Chapter 11 Cases. This MOR is not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all information and disclosures required by U.S. GAAP. The MOR is not intended to reconcile to any financial statement otherwise prepared or distributed by the Debtors. The Debtors have prepared this MOR using the best information presently available to them at this time, which has been collected, maintained, and prepared in accordance

with their historical accounting practices. This MOR is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data. The MOR should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

**General Methodology**: The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. Additionally, the information furnished in this report includes primarily normal recurring adjustments, but does not include all the adjustments necessary to ensure that the quarterly and/or annual consolidated financial statements are in accordance with U.S. GAAP, including income tax accruals that would typically be made. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual consolidated financial information in accordance with U.S. GAAP. Because the Debtors' accounting systems, policies, and practices were developed to produce financial statements at a consolidated level, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income or expenses have been recorded on the correct entity. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

**Reporting Period:** This is the first MOR filed since the Petition Date and includes cash activity in MOR-1 from September 9, 2024 through September 28, 2024. In preparing this MOR, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.

**Accuracy:** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors and their advisors are not liable for and undertake no responsibility to indicate variations from security laws herein or for any evaluations of the Debtors based on this financial information or any other information.

**Carrying Value of Assets:** Unless otherwise noted, this MOR reflects the carrying values of the assets as recorded on the Debtors' books and records as of the end of the fiscal period and is not based upon an estimate of their current market value. The Debtors reserve their right to amend or adjust the value of each asset set forth herein.

**Prepetition Liabilities Subject to Compromise:** As a result of the Chapter 11 Cases, the payment of certain prepetition indebtedness may be subject to compromise or other treatment under a plan of reorganization. Generally, actions to enforce or otherwise effect payment of pre-Chapter 11 liabilities are stayed. However, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims subject to certain terms and conditions.

**Past Performance:** The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and cash flows of the Debtors in the future. For the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in this MOR.

**Reservation of Rights:** The Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases. In future periods, any changes to prior period balances will be reflected in the current month's MOR.

In re: Big Lots, Inc., et al.                                                                                          Case No. (Jointly Administered): 24-11967 (JKS)
                                                                                                                       Reporting Period: September 9, 2024 – September 28, 2024

**Notes to Supporting Documentation**

**Notes to MOR-1**

   Cash is received and disbursed by the Debtors as described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts, and Business Forms, (B) Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [Docket No. 15] (the "Cash Management Motion") and is consistent with the Debtors' historical cash management practices. Debtor Big Lots Stores, LLC remits payments on behalf of other Debtor entities for certain expenses. The Debtors have made reasonable efforts to appropriate these expenses to their respective Debtors for purposes of MOR-1 and Form MOR-11 Part 1.

   Cash activity related to intercompany transfers among the Debtors are excluded from cash receipts and disbursements. As more fully described in the Debtors' Cash Management Motion, the Debtors elected to enter a Dominion Period prior to the Petition Date. Transfers conducted in accordance with the Dominion Period requirements are included in the Debtors' cash receipts and disbursements in this MOR.

   Figures include cash as reported in the Debtors' bank statements. Reconciliation differences exist between bank statement balances and balance sheet cash balances due to ordinary course timing differences between payment execution in the Debtors' financial system and disbursement of funds from Debtor bank accounts, as well as outstanding checks and deposits in transit. The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period.

**Notes to UST Form 11-MOR, Part 1 Cash Receipts and Disbursements:**

   Consistent with the guidance received from the U.S. Trustee in connection with the completion of UST Form 11-MOR Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany, debtor-to-debtor, transactions. As a result, for those Debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 will not agree with the ending cash balances per the Debtors' bank statements or the Debtors' books and records. For additional information on ending cash balances per the Debtors' books and records, see the attached Summary of Cash Receipts and Disbursements.

**Notes to UST Form 11-MOR, Part 6 Postpetition Taxes:**

   The Debtors' books and records are typically maintained on a consolidated basis. The Debtors' reasonably accessible records do not include information with respect to the Debtor entity liable for the postpetition tax obligations. Consequently, information on postpetition tax obligations is included in this MOR under Debtor Big Lots Stores, LLC. The Debtors reserve their rights with respect to the Debtor entities ultimately liable for tax obligations.

**Notes to UST Form 11-MOR, Part 7 Questionnaire, item (a):**

   Following the Petition Date, the Bankruptcy Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) services, fees, and charges assessed by the Debtors' bank; (ii) customer programs obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) insurance program obligations; (v) taxes and assessments; and (vi) critical vendor, 503(b)(9), lien, and foreign vendor obligations (collectively, the "First Day Orders"). To the extent any payments were made during the reporting

In re: Big Lots, Inc., et al.                      Case No. (Jointly Administered): 24-11967 (JKS)
                                                                                Reporting Period: September 9, 2024 – September 28, 2024

period on account of prepetition claims pursuant to authority granted to the Debtors by the Bankruptcy Court by the First Day Orders, such payments have been included in this MOR (subject to the notes and limitations provided herein).

Case 24-11967-JKS    Doc 742-1    Filed 10/31/24    Page 6 of 14

In re: Big Lots, Inc., et al.                                                                 Case No (Jointly Administered): 24-11967 (JKS)
Schedule of Cash Receipts and Disbursements - MOR-1                                           Reporting Period: September 9 - 28, 2024

**Summary of Cash Receipts and Disbursements**

**TIME PERIOD: 09/09/2024 through 09/28/2024**
*$USD in 000s*

| Debtor Name | Case No. | Receipts | Disbursements | Surplus / (Deficit) |
|---|---|---|---|---|
| Great Basin, LLC | 24-11966 | $ - | $ (707) | $ (707) |
| Big Lots, Inc. | 24-11967 | $ - | $ - | $ - |
| Consolidated Property Holdings, LLC | 24-11968 | $ - | $ - | $ - |
| Big Lots Management, LLC | 24-11969 | $ - | $ (831) | $ (831) |
| Big Lots Stores - PNS, LLC | 24-11970 | $ 10,625 | $ (12,828) | $ (2,203) |
| Broyhill LLC | 24-11971 | $ - | $ - | $ - |
| BLBO Tenant, LLC | 24-11972 | $ - | $ - | $ - |
| Big Lots Stores, LLC | 24-11973 | $ 427,756 | $ (368,717) | $ 59,039 |
| CSC Distribution LLC | 24-11974 | $ - | $ (6,158) | $ (6,158) |
| Durant DC, LLC | 24-11975 | $ - | $ (4,601) | $ (4,601) |
| Big Lots Stores - CSR, LLC | 24-11976 | $ 1,483 | $ (600) | $ 883 |
| GAFDC LLC | 24-11977 | $ - | $ - | $ - |
| Closeout Distribution, LLC | 24-11978 | $ 18 | $ (8,609) | $ (8,591) |
| WAFDC, LLC | 24-11979 | $ - | $ (356) | $ (356) |
| Big Lots eCommerce LLC | 24-11980 | $ - | $ (1,474) | $ (1,474) |
| AVDC, LLC | 24-11981 | $ 180 | $ (1,825) | $ (1,645) |
| PAFDC LLC | 24-11982 | $ - | $ - | $ - |
| INFDC, LLC | 24-11983 | $ - | $ - | $ - |
| Big Lots F&S, LLC | 24-11984 | $ - | $ (6) | $ (6) |
| | Total | $ 440,063 | $ (406,713) | $ 33,350 |

Case 24-11967-JKS    Doc 742-1    Filed 10/31/24    Page 7 of 14

In re: Big Lots, Inc., et al.                                                                                              Case No (Jointly Administered): 24-11967 (JKS)
Schedule of Cash Receipts and Disbursements - MOR-1                                                                        Reporting Period: September 9 - 28, 2024

**Schedule of Cash Receipts and Disbursements**

**TIME PERIOD: 09/09/2024 through 09/28/2024**
*$USD in 000s*

**Cash Receipts**
| | | |
|---|---|---:|
| Credit Card and Payment Processor Receipts | $ | 219,909 |
| Customer Receipts | $ | 44,538 |
| Debt Borrowing | $ | 172,118 |
| Other Receipts | $ | 3,498 |
| **Total Receipts** | **$** | **440,063** |

**Cash Disbursements**
| | | |
|---|---|---:|
| Credit Card Processor Obligations | $ | 17,909 |
| Debt Payments | $ | 222,587 |
| Freight | $ | 15,783 |
| Merchandise | $ | 54,465 |
| Other Expenses | $ | 5,166 |
| Payroll & Benefits | $ | 47,167 |
| Professional Fee Escrow | $ | 20,070 |
| Rent | $ | 173 |
| Taxes | $ | 23,393 |
| **Total Disbursements** | **$** | **406,713** |

In re: Big Lots, Inc., et al.  
Unaudited Statement of Operations for the fiscal month ended September 28, 2024 - MOR-2

Case No (Jointly Administered): 24-11967 (JKS)  
Reporting Period: September 9 - 28, 2024

| $USD in 000s | Big Lots Stores, LLC | Big Lots Stores - PNS, LLC | Big Lots Stores - CSR, LLC | Closeout Distribution, LLC | AVDC, LLC |
|---|---:|---:|---:|---:|---:|
| Sales | 202,960 | 75,876 | 12,874 | 199 | 1,042 |
| Misc Revenue | 1,465 | 112 | 35 | 1 | 1 |
| **Total Revenue** | 204,425 | 75,988 | 12,908 | 200 | 1,043 |
| Cost of Goods Sold | (137,798) | (56,685) | (8,506) | (184) | (1,101) |
| **Gross Margin** | 66,627 | 19,303 | 4,402 | 16 | (57) |
| Selling and admin expenses | 272,766 | 60,857 | 5,801 | (33) | (2,505) |
| Depreciation Expense | 19,708 | 10,423 | 559 | 137 | 3,825 |
| **Operating Profit/(Loss)** | (225,847) | (51,977) | (1,958) | (89) | (1,378) |
| Interest Expense | (4,382) | (14) | (2) | (117) | (0) |
| Other Income (expense) | 0 | - | - | (0) | 0 |
| Intercompany Charges | (117,968) | (15,659) | (1,959) | (89) | 88,169 |
| Reorganization Items, Net | (14,385) | 1,091 | - | - | - |
| **Pretax Income/(Loss)** | (362,582) | (66,558) | (3,919) | (294) | 86,791 |
| Income Taxes | 42 | - | - | - | - |
| **Net Income/(Loss)** | (362,624) | (66,558) | (3,919) | (294) | 86,791 |

In re: Big Lots, Inc., et al.  
Case No (Jointly Administered): 24-11967 (JKS)  
Unaudited Statement of Operations for the fiscal month ended September 28, 2024 - MOR-2  
Reporting Period: September 9 - 28, 2024

| $USD in 000s | Big Lots eCommerce LLC | Big Lots Management, LLC | Big Lots, Inc. | Consolidated Property Holdings, LLC | Broyhill LLC |
|---|---|---|---|---|---|
| Sales | 1,179 | - | - | - | - |
| Misc Revenue | 58 | - | - | - | - |
| **Total Revenue** | 1,236 | - | - | - | - |
| Cost of Goods Sold | (1,062) | - | - | - | - |
| **Gross Margin** | 175 | - | - | - | - |
| Selling and admin expenses | 402 | (1,441) | 102 | - | - |
| Depreciation Expense | 52 | 867 | - | - | - |
| **Operating Profit/(Loss)** | (279) | 574 | (102) | - | - |
| Interest Expense | - | - | - | - | - |
| Other Income (expense) | - | - | - | - | - |
| Intercompany Charges | (279) | 50,843 | - | (1,618) | - |
| Reorganization Items, Net | - | (20,869) | - | - | - |
| **Pretax Income/(Loss)** | (558) | 30,548 | (102) | (1,618) | - |
| Income Taxes | - | - | - | - | - |
| **Net Income/(Loss)** | (558) | 30,548 | (102) | (1,618) | - |

Case 24-11967-JKS  Doc 742-1  Filed 10/31/24  Page 10 of 14

In re: Big Lots, Inc., et al.  Case No (Jointly Administered): 24-11967 (JKS)
Unaudited Statement of Operations for the fiscal month ended September 28, 2024 - MOR-2  Reporting Period: September 9 - 28, 2024

| $USD in 000s | Great Basin, LLC | Big Lots F&S, LLC | CSC Distribution LLC | Durant DC, LLC | PAFDC LLC |
|---|---|---|---|---|---|
| Sales | - | - | - | - | - |
| Misc Revenue | - | - | - | - | - |
| **Total Revenue** | - | - | - | - | - |
| Cost of Goods Sold | - | - | (22) | (31) | - |
| **Gross Margin** | - | - | (22) | (31) | - |
| Selling and admin expenses | (128) | 1,036 | (153) | (68) | 1,079 |
| Depreciation Expense | 238 | 234 | 157 | 70 | - |
| **Operating Profit/(Loss)** | (110) | (1,270) | (27) | (34) | (1,079) |
| Interest Expense | - | - | (211) | (170) | - |
| Other Income (expense) | - | - | (0) | (0) | - |
| Intercompany Charges | (110) | (1,270) | (27) | (34) | - |
| Reorganization Items, Net | - | - | - | - | 1,079 |
| **Pretax Income/(Loss)** | (220) | (2,540) | (264) | (237) | - |
| Income Taxes | - | - | - | - | - |
| **Net Income/(Loss)** | (220) | (2,540) | (264) | (237) | - |

In re: Big Lots, Inc., et al.  Case No (Jointly Administered): 24-11967 (JKS)
Unaudited Statement of Operations for the fiscal month ended September 28, 2024 - MOR-2  Reporting Period: September 9 - 28, 2024

| $USD in 000s | WAFDC, LLC | INFDC, LLC | BLBO Tenant, LLC | GAFDC LLC |
|---|---|---|---|---|
| Sales | - | - | - | - |
| Misc Revenue | - | - | - | - |
| **Total Revenue** | - | - | - | - |
| Cost of Goods Sold | - | - | - | - |
| **Gross Margin** | - | - | - | - |
| Selling and admin expenses | 3 | 1,165 | - | - |
| Depreciation Expense | - | - | - | - |
| **Operating Profit/(Loss)** | (3) | (1,165) | - | - |
| Interest Expense | - | - | - | - |
| Other Income (expense) | - | - | - | - |
| Intercompany Charges | - | - | - | - |
| Reorganization Items, Net | - | 1,165 | - | - |
| **Pretax Income/(Loss)** | (3) | - | - | - |
| Income Taxes | - | - | - | - |
| **Net Income/(Loss)** | (3) | - | - | - |

In re: Big Lots, Inc., et al.  
Case No (Jointly Administered): 24-11967 (JKS)  
Unaudited Balance Sheet for the fiscal month ended September 28, 2024 - MOR-3  
Reporting Period: September 9 - 28, 2024

| $USD in 000s | Big Lots Stores, LLC | Big Lots Stores - PNS, LLC | Big Lots Stores - CSR, LLC | Closeout Distribution, LLC | AVDC, LLC | Big Lots eCommerce LLC | Big Lots Management, LLC | Big Lots, Inc. |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current assets:** | | | | | | | | |
| Cash and cash equivalents | 6,755 | 5,112 | 865 | (3,077) | 137 | 3,423 | 56,919 | 48 |
| Intercompany balances | (46,425) | 231,578 | 76,796 | 68,597 | 77,850 | 9,499 | (787,628) | 170,327 |
| Inventories | 399,805 | 105,660 | 25,306 | 54,412 | 21,600 | (368) | 5 | (0) |
| Other current assets | 101,444 | 5,281 | 708 | (4,407) | (10,020) | (763) | 20,066 | (7,544) |
| Total current assets | 461,578 | 347,632 | 103,675 | 115,525 | 89,567 | 11,790 | (710,638) | 162,830 |
| **Operating lease right-of-use assets** | 655,976 | 187,093 | 43,913 | 78,685 | 85,928 | - | - | (0) |
| **Property and equipment - net** | 158,052 | 51,079 | 11,479 | 10,643 | 62,725 | 1,337 | 86,064 | - |
| **Deferred income taxes** | (0) | 0 | 0 | 0 | - | - | (0) | (0) |
| **Other assets** | 17,882 | 2,626 | 129 | 3 | 498 | - | 10 | 308 |
| **Investment in Subsidiaries** | 156,179 | - | - | - | - | - | 471,246 | 501,929 |
| **Total Assets** | 1,449,667 | 588,430 | 159,197 | 204,857 | 238,718 | 13,127 | (153,319) | 665,066 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | | | |
| **Current liabilities:** | | | | | | | | |
| Accounts payable | (3,652) | 12,273 | 596 | 21,183 | 3,952 | 350 | 4 | 10 |
| Current operating lease liabilities | 0 | (0) | 0 | - | - | - | - | - |
| Property, payroll and other taxes | 12,851 | 8,815 | 556 | 222 | 478 | (38) | 79 | (0) |
| Accrued operating expenses | 7,022 | 1,609 | 120 | 89 | 183 | 3,203 | 733 | 13,492 |
| Current maturities of long-term debt obligations | 109,818 | - | - | - | - | - | - | - |
| Debtor in possession financing | 322,221 | - | - | - | - | - | - | - |
| Insurance reserves | 1,232 | 498 | 94 | 86 | 159 | 8 | 208 | (6) |
| Accrued salaries and wages | 5,262 | 4,195 | 470 | 382 | 445 | 27 | 4,200 | - |
| Other Current Liabilities | (59,967) | (16,810) | (807) | 536 | 51,191 | (246) | 38,815 | (346) |
| Total current liabilities | 394,787 | 10,581 | 1,030 | 22,497 | 56,408 | 3,304 | 44,038 | 13,150 |
| **Long-term debt** | (171) | - | - | - | - | - | 171 | - |
| **Noncurrent operating lease liabilities** | 0 | - | - | - | - | - | - | - |
| **Income taxes payable** | - | - | - | - | - | - | - | - |
| **Insurance reserves** | - | - | - | - | - | - | - | - |
| **Unrecognized tax benefits** | - | - | - | - | - | - | - | - |
| **Other liabilities** | - | - | - | - | - | - | - | - |
| **Liabilities Subject To Compromise** | 1,128,226 | 517,104 | 71,127 | 176,534 | 179,171 | 3,724 | 27,124 | 3,986 |
| **Shareholders' equity/(deficit)** | (73,175) | 60,745 | 87,040 | 5,825 | 3,138 | 6,099 | (224,652) | 647,930 |
| **Total Liabilities & Shareholders' Equity/(Deficit)** | 1,449,667 | 588,430 | 159,197 | 204,857 | 238,718 | 13,127 | (153,319) | 665,066 |

In re: Big Lots, Inc., et al.  
Unaudited Balance Sheet for the fiscal month ended September 28, 2024 - MOR-3

Case No (Jointly Administered): 24-11967 (JKS)  
Reporting Period: September 9 - 28, 2024

| $USD in 000s | Consolidated Property Holdings, LLC | Broyhill LLC | Great Basin, LLC | Big Lots F&S, LLC | CSC Distribution LLC | Durant DC, LLC | PAFDC LLC | WAFDC, LLC |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current assets:** | | | | | | | | |
| Cash and cash equivalents | 53 | - | - | (7) | (3) | (1) | - | - |
| Intercompany balances | 32,359 | - | 12,090 | 9,640 | 78,945 | 67,532 | (0) | (1,977) |
| Inventories | - | - | - | - | 50,302 | 33,203 | - | - |
| Other current assets | 3,599 | (0) | 13 | 4,552 | (5,086) | (3,501) | - | (27) |
| Total current assets | 36,011 | (0) | 12,103 | 14,186 | 124,157 | 97,233 | (0) | (2,004) |
| **Operating lease right-of-use assets** | - | - | 1,011 | - | 50,070 | 69,014 | 0 | - |
| **Property and equipment - net** | - | - | 12,669 | (1,380) | 13,552 | 5,200 | - | 94 |
| **Deferred income taxes** | 0 | - | - | (0) | - | 0 | - | - |
| **Other assets** | 15,757 | - | - | - | 86 | 77 | - | 1,573 |
| **Investment in Subsidiaries** | - | - | - | - | - | - | - | - |
| **Total Assets** | 51,768 | (0) | 25,783 | 12,806 | 187,865 | 171,524 | 0 | (337) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | | | |
| **Current liabilities:** | | | | | | | | |
| Accounts payable | - | - | 488 | 18 | 15,952 | 10,273 | - | - |
| Current operating lease liabilities | - | - | - | - | - | 0 | 0 | - |
| Property, payroll and other taxes | - | - | 6 | (3) | 44 | 48 | - | - |
| Accrued operating expenses | (8) | - | 555 | (8) | 389 | 114 | - | (279) |
| Current maturities of long-term debt obligations | - | - | - | - | - | - | - | - |
| Debtor in possession financing | - | - | - | - | - | - | - | - |
| Insurance reserves | - | - | - | 5 | 164 | 136 | - | - |
| Accrued salaries and wages | - | - | - | 4 | 397 | 257 | - | - |
| Other Current Liabilities | (1,741) | - | (351) | (34) | 769 | 462 | - | - |
| Total current liabilities | (1,749) | - | 697 | (19) | 17,715 | 11,290 | 0 | (279) |
| **Long-term debt** | - | - | - | - | - | - | - | - |
| **Noncurrent operating lease liabilities** | - | - | - | - | - | - | - | - |
| **Income taxes payable** | - | - | - | - | - | - | - | - |
| **Insurance reserves** | - | - | - | - | - | - | - | - |
| **Unrecognized tax benefits** | - | - | - | - | - | - | - | - |
| **Other liabilities** | - | - | - | - | - | - | - | - |
| **Liabilities Subject To Compromise** | 1,145 | - | 20,551 | 1,239 | 164,723 | 155,327 | 0 | 165 |
| **Shareholders' equity/(deficit)** | 52,373 | (0) | 4,535 | 11,585 | 5,427 | 4,908 | - | (224) |
| **Total Liabilities & Shareholders' Equity/(Deficit)** | 51,768 | (0) | 25,783 | 12,806 | 187,865 | 171,524 | 0 | (337) |

Case 24-11967-JKS    Doc 742-1    Filed 10/31/24    Page 14 of 14

In re: Big Lots, Inc., et al.                                                                                                                    Case No (Jointly Administered): 24-11967 (JKS)
Unaudited Balance Sheet for the fiscal month ended September 28, 2024 - MOR-3                                              Reporting Period: September 9 - 28, 2024

| $USD in 000s | INFDC, LLC | BLBO Tenant, LLC | GAFDC LLC |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
|   Cash and cash equivalents | - | - | - |
|   Intercompany balances | 0 | (12) | 871 |
|   Inventories | - | - | - |
|   Other current assets | - | - | (66) |
|     Total current assets | 0 | (12) | 805 |
| **Operating lease right-of-use assets** | 0 | - | 3,912 |
| **Property and equipment - net** | - | - | - |
| **Deferred income taxes** | - | - | - |
| **Other assets** | - | - | - |
| **Investment in Subsidiaries** | - | - | - |
| **Total Assets** | 0 | (12) | 4,717 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities:** | | | |
|   Accounts payable | - | - | - |
|   Current operating lease liabilities | - | - | - |
|   Property, payroll and other taxes | - | - | - |
|   Accrued operating expenses | - | - | - |
|   Current maturities of long-term debt obligations | - | - | - |
|   Debtor in possession financing | - | - | - |
|   Insurance reserves | - | - | - |
|   Accrued salaries and wages | - | - | - |
|   Other Current Liabilities | - | - | - |
|     Total current liabilities | - | - | - |
| **Long-term debt** | - | - | - |
| **Noncurrent operating lease liabilities** | - | - | - |
| **Income taxes payable** | - | - | - |
| **Insurance reserves** | - | - | - |
| **Unrecognized tax benefits** | - | - | - |
| **Other liabilities** | - | - | - |
| **Liabilities Subject To Compromise** | (0) | (12) | 4,717 |
| **Shareholders' equity/(deficit)** | - | - | - |
| **Total Liabilities & Shareholders' Equity/(Deficit)** | (0) | (12) | 4,717 |