## **Exhibit A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 477 & 478** |

## ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF OCTOBER 31, 2024 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notices of rejection (the "**Rejection Notices**") by the Debtors [D.I. 477 & 478]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notices and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notices, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notices and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of October 31, 2024 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2.      The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in any leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3.      All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor

third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.      Notice of the Rejection Notices is deemed good and sufficient notice of the relief requested therein.

8.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1 | 1863 | 1150A UNION STREET EXT WEST SPRINGFIELD, MA | Big Lots Stores, LLC | 1150 UNION STREET CORPORATION | 149 COLONIAL ROAD, P.O. BOX 1270, MANCHESTER, CT, 06045-1270 | 10/31/2024 |
| 2 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | 2353 NORTH PARK DRIVE LLC | 4435 E BROADWAY RD STE FIVE, MESA, AZ, 85206-2012 | 10/31/2024 |
| 3 | 5089 | 2353 N PARK DR HOLLAND, MI | Big Lots Stores, LLC | TRENT J TAYLOR, ESQ | MILLER, CANFIELD, PADDOCK AND STONE PLC, 99 MONROE AVE NW, GRAND RAPIS, MI, 49503 | 10/31/2024 |
| 4 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | 3045 E TEXAS STREET LLC | 900 PIERREMONT RD STE 115, P O BOX 6212, SHREVEPORT, LA, 71106-2055 | 10/31/2024 |
| 5 | 4162 | 3161 E TEXAS ST BOSSIER CITY, LA | BLBO Tenant, LLC | BIG BCLA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 6 | 5336 | 511 N STATE RD 7 ROYAL PALM BEACH, FL | Big Lots Stores, LLC | 511 SR7 OWNER, LLC | C/O HIFFMAN ASSET MANAGEMENT, LLC (D/B/A HIFFMAN NATIONAL, LLC), 1 OAKBROOK TER STE 400, OAKBROOK TERRACE, IL, 60181 | 10/31/2024 |
| 7 | 5203 | 710 ACADEMY DR BESSEMER, AL | Big Lots Stores, LLC | 59 WEST INVESTORS LLC | C/O VICTORY REAL ESTATE INVESTMENTS LLC, 240 BROOKSTONE CENTRE PARKWAY, COLUMBUS, GA, 31904 | 10/31/2024 |
| 8 | 1628 | 7067 W BROWARD BLVD STE B PLANTATION, FL | Big Lots Stores, LLC | 7023 BROWARD, LLC | C/O SFLRE GROUP, LLC, 1650 SE 17TH ST STE 214, FORT LAUDERDALE, FL, 33316 | 10/31/2024 |
| 9 | 5108 | 1515 GARNER STATION BLVD RALEIGH, NC | Big Lots Stores, LLC | 8401 MICHIGAN ROAD LLC | C/O MADISON PROPERTIES, 3611 14TH AVE., SUITE 552, BROOKLYN, NY, 11218 | 10/31/2024 |
| 10 | 1169 | 8533 MIDLOTHIAN TPKE NORTH CHESTERFIELD, VA | Big Lots Stores, LLC | 8501 MIDLO PIKE LLC | 4525 MAIN ST STE 900, VIRGINIA BEACH, VA, 23462-3431 | 10/31/2024 |
| 11 | 4123 | 5085 N ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | ABMAR GK US INC | C/O EGAN PROPERTY MANAGEMENT, P.O. BOX 38175, COLORADO SPRINGS, CO, 80937-8175 | 10/31/2024 |
| 12 | 1793 | 303 US ROUTE 4 E RUTLAND, VT | Big Lots Stores, LLC | AEJ RUTLAND, LLC | C/O JUSTER DEVELOPMENT, 120 WHITE PLAINS ROAD, SUITE 110, TARRYTOWN, NY, 10591-5522 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 13 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | AGREE CENTRAL, LLC | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE , ROYAL OAK , MI, 48073 | 10/31/2024 |
| 14 | 5420 | 4025 POPLAR LEVEL RD UNIT 102 LOUISVILLE, KY | Big Lots Stores, LLC | LOWELL D. SALESIN, ESQ. | HONIGMAN MILLER SCHWARTZ AND COHN LLP, 39400 WOODWARD AVE., SUITE 101, BLOOMFIELD HILLS, MI, 48304 | 10/31/2024 |
| 15 | 1274 | 1410 S 1ST ST UNION CITY, TN | Big Lots Stores, LLC | ALATEX, A JOINT VENTURE | 1630 TOWN SQUARE S.W., CULLMAN, AL, 35055-0996 | 10/31/2024 |
| 16 | 1719 | 750 PERRY AVE BIG RAPIDS, MI | Big Lots Stores, LLC | ALEA PROPERTIES LLC | 5725 DRAGON WAY  STE 400, CINCINNATI, OH, 45227-4519 | 10/31/2024 |
| 17 | 4615 | 204 S. RANDALL RD. ELGIN, IL | Big Lots Stores-PNS, LLC | AR-OTTER CREEK LLC | 11155 RED RUN BLVD SUITE 320, OWINGS MILLS, MD, 21117-3256 | 10/31/2024 |
| 18 | 1660 | 3105 BERLIN TPKE NEWINGTON, CT | Big Lots Stores, LLC | BERLIN NEWINGTON ASSOCIATES | C/O GILMAN MANAGEMENT CORP., P.O. BOX 222143, GREAT NECK, NY, 11022-2143 | 10/31/2024 |
| 19 | 4621 | 3399 BETHEL RD. SE PORT ORCHARD, WA | Big Lots Stores-PNS, LLC | BETHEL GARP, LLC | C/O GERRITY GROUP, LLC, 973 LOMAS SANTA FE DRIVE SUITE A, SOLANA BEACH, CA, 92075 | 10/31/2024 |
| 20 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 21 | 4104 | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | VANDE LAY CAPITAL PARTNERS, LLC | ATTN: VAN KORELL, 402 NORRIS AVE, STE #202, MCCOOK, NE, 69001 | 10/31/2024 |
| 22 | 4104 - Storage | 1990 S ACADEMY BLVD COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | BIG CSCO OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 23 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | BIG FRCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 24 | 4164 | 4895 E KINGS CANYON RD FRESNO, CA | BLBO Tenant, LLC | HAMBEY'S KINGS CANYON LLC | C/O BEACON ASSOCIATES, 1483 WEST SHAW AVENUE, FRESNO, CA, 93711 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 25 | 4031 | 2900 W ROSECRANS AVE GARDENA, CA | BLBO Tenant, LLC | BIG HOLDINGS 1 LLC | PO BOX 69344, WEST HOLLYWOOD, CA, 90069-0344 | 10/31/2024 |
| 26 | 4106 | 380 S CHEROKEE LN LODI, CA | BLBO Tenant, LLC | BIG LOCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALL, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 27 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BIG VICA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 10/31/2024 |
| 28 | 4045 | 14790 LA PAZ DR VICTORVILLE, CA | BLBO Tenant, LLC | BLM VICTORVILLE | C/O LUKO MGMT, 5862 BOLSA AVE STE 108, HUNTINGTON BEACH, CA, 92649-1169 | 10/31/2024 |
| 29 | 4087 | 56865 29 PALMS HWY YUCCA VALLEY, CA | BLBO Tenant, LLC | BIG YVCA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 10/31/2024 |
| 30 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES 1, LLC | C/O RAWSON, BLUM & LEON, FOUR EMBARCADERO CENTER, SUITE 1400, SAN FRANCISCO, CA, 94111 | 10/31/2024 |
| 31 | 4523 | 1260 GAIL GARDNER WAY PRESCOTT, AZ | Big Lots Stores-PNS, LLC | BLUM BOULDERS ASSOCIATES I, LLC | C/O ARIZONA COMMERCIAL, 212 E GURLEY STREET, PRESCOTT, AZ, 86301 | 10/31/2024 |
| ~~32~~ | ~~5086~~ | ~~8215 UNIVERSITY CITY BLVD STE E CHARLOTTE, NC~~ | ~~Big Lots Stores, LLC~~ | ~~BRE RETAIL RESIDUAL NC OWNER L.P.~~ | ~~C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428~~ | ~~10/31/2024~~ |
| 33 | 1532 | 4925 JACKMAN RD STE 15 TOLEDO, OH | Big Lots Stores-CSR, LLC | BRIXMOR MIRACLE MILE LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 |
| ~~34~~ | ~~4534~~ | ~~1100 BRIGHTON AVE PORTLAND, ME~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~BRIXMOR SPE 4 LLC~~ | ~~C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428~~ | ~~10/31/2024~~ |
| 35 | 4534 - Storage | 1100 BRIGHTON AVE PORTLAND, ME | Big Lots Stores-PNS, LLC | BRIXMOR SPE 4 LLC | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 |

#99229646v2

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 36 | 5191 | 209 S ROYAL OAKS BLVD STE 206 FRANKLIN, TN | Big Lots Stores, LLC | BRIXMOR WATSON GLEN, LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 |
| 37 | 830 | 2309 N TRIPHAMMER RD ITHACA, NY | Big Lots Stores-PNS, LLC | BRIXMOR/IA CAYUGA PLAZA LLC | PO BOX 645341, CINCINNATI, OH, 45264-5341 | 10/31/2024 |
| 38 | 4489 | 702 E STATE RD AMERICAN FORK, UT | Big Lots Stores-PNS, LLC | BRIXTON FORK TIC, LLC | ATTN: BRIXTON INVESTMENT MANAGEMENT, LLC, 120 S SIERRA AVE, SOLANA BEACH, CA, 92075 | 10/31/2024 |
| 39 | 1691 | 373 N WILLOWBROOK RD COLDWATER, MI | Big Lots Stores, LLC | BROOKWOOD CAPITAL GROUP LLC | PO BOX 688, WHITE BLUFF, TN, 37187-0688 | 10/31/2024 |
| 40 | 5154 | 32399 JOHN R RD. MADISON HEIGHTS, MI | Big Lots Stores, LLC | BROTHERS REALTY AND PROPERTY MANAGEMENT LLC | ATTN: ARCHIE MOJARES, 1625 W. BIG BEAVER ROAD SUITE D, TROY, MI, 48098 | 10/31/2024 |
| 41 | 5141 | 6275 UNIVERSITY DR NW HUNTSVILLE, AL | Big Lots Stores, LLC | BVA WESTSIDE SPE LLC | C/O BIG V PROPERTIES LLC, 176 N MAIN ST STE 210, FLORIDA, NY, 10921 | 10/31/2024 |
| 42 | 1796 | 3750 BEE RIDGE RD SARASOTA, FL | Big Lots Stores, LLC | CA NEW PLAN SARASOTA, LP - ATTN: SALES AUDIT DEPT. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 10/31/2024 |
| 43 | 4098 | 12550 CENTRAL AVE CHINO, CA | BLBO Tenant, LLC | CANYON GRANDE PROPERTIES LP | 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5502 | 10/31/2024 |
| 44 | 4678 | 3501 E LINCOLNWAY CHEYENNE, WY | Big Lots Stores-PNS, LLC | CAPITAL CITY PROPERTIES LLC | PO BOX 2975, CHEYENNE, WY, 82003-2975 | 10/31/2024 |
| 45 | 1607 | 43 BURNETT BLVD POUGHKEEPSIE, NY | Big Lots Stores, LLC | CAPSTONE PLAZA 44 LLC | C/O NEWMARK KNIGHT FRANK, 1240 HEADQUARTERS PLAZA, 8TH FLOOR EAST TOWER, MORRISTOWN, NJ, 7960 | 10/31/2024 |
| 46 | 4618 | 2121 NEWMARK ST. NORTH BEND, OR | Big Lots Stores-PNS, LLC | CARRINGTON CAPITAL | 707 H STREET, EUREKA, CA, 95501-1836 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| | | | | INVESTMENTS IV LLC | | |
| 47 | 4604 | 940 EAST BASELINE RD. TEMPE, AZ | Big Lots Stores-PNS, LLC | CC FUND 1 BIG LOTS LLC | 1155 KELLY JOHNSON BLVD STE 302, COLORADO SPRINGS, CO, 80920-3958 | 10/31/2024 |
| 48 | 5482 | 2110 WARDS RD LYNCHBURG, VA | Big Lots Stores, LLC | CENTER-LYNCHBURG ASSOCIATES LP | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | 10/31/2024 |
| 49¹ | 4773 | 1611 E HATCH RD, STE A CERES, CA | Big Lots Stores-PNS, LLC | CERES MARKETPLACE INVESTORS LLC | C/O JB MATTESON INC., 1900 S NORFOLK ST, STE 225, SAN MATEO, CA, 94403 | 10/31/2024 |
| 50 | 4728 | 8148 S CICERO AVE BURBANK, IL | Big Lots Stores-PNS, LLC | CICERO 8148 LLC | 5916 WEST 88TH PLACE, OAK LAWN, IL, 60453 | 10/31/2024 |
| 51 | 1408 | 138 W HIVELY AVE ELKHART, IN | Big Lots Stores, LLC | CITY OF ELKHART | 229 S SECOND STREET, ELKHART, IN, 46516-3112 | 10/31/2024 |
| 52 | 1251 | 216 WASHINGTON ST CLAREMONT, NH | Big Lots Stores, LLC | CLAREMONT ASSOCIATES | C/O ROSEN ASSOCIATES MGMT CO., 33 SOUTH SERVICE RD., JERICHO, NY, 11753-1006 | 10/31/2024 |
| 53 | 5349 | 1650 GENERAL BOOTH BLVD, STE 200 VIRGINIA BEACH, VA | Big Lots Stores, LLC | DAM NECK CROSSING, LLC | C/O GILMAN MANAGEMENT, 55 WATERMILL LANE, GREAT NECK, NY, 11022 | 10/31/2024 |
| 54 | 4653 | 5401 100TH ST SW STE 102 LAKEWOOD, WA | Big Lots Stores-PNS, LLC | DANIEL G KAMIN TACOMA, LLC | C/O KAMIN REALTY CO., 490 S. HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 10/31/2024 |
| 55 | 5302 | 9535 S BLVD STE C CHARLOTTE, NC | Big Lots Stores, LLC | DDR CAROLINA PAVILION LP | ATTN: EXECUTIVE VICE PRESIDENT - LEASING, 3300 ENTERPRISE PARKWAY, BEACHWOOD, OH, 44122 | 10/31/2024 |
| 56 | 1597 | 2276 DELAWARE AVE BUFFALO, NY | Big Lots Stores, LLC | DEL-LINDEN, LLC | C/O BENDERSON DEVELOPMENT, ATTN: LEASE ADMINISTRATION, 7978 COOPER CREEK BLVD., STE 100, UNIVERSITY PARK, FL, 34201-2139 | 10/31/2024 |

---

¹ Subject to an outstanding objection at D.I. 626.

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 57 | 5194 | 41 POND ST ASHLAND, MA | Big Lots Stores, LLC | DSM MB II LLC | C/O DSM REALTY, 875 EAST STREET, TEWKSBURY, MA, 1876 | 10/31/2024 |
| 58 | 190 | 1321 2ND ST HENDERSON, KY | Big Lots Stores, LLC | ERSHIG PROPERTIES INC. | 1800 N. ELM STREET, P.O. BOX 1127, HENDERSON, KY, 42420 | 10/31/2024 |
| 59 | 4766 | 6646 CLARK RD PARADISE, CA | Big Lots Stores-PNS, LLC | ETHAN CONRAD | 1300 NATIONAL DRIVE SUITE 100, SACRAMENTO, CA, 95834 | 10/31/2024 |
| 60 | 5195 | 375 PAVILION PARKWAY FAYETTEVILLE, GA | Big Lots Stores, LLC | FAYETTE PAVILION LLC | 945 HEIGHTS BLVD, HOUSTON, TX, 77008-6911 | 10/31/2024 |
| 61 | 5100 | 2400 W INTERNATIONAL SPEEDWAY DAYTONA BEACH, FL | Big Lots Stores, LLC | FESTIVAL PROPERTIES INC | 1215 GESSNER RD, HOUSTON, TX, 77055-6013 | 10/31/2024 |
| 62 | 4627 | 2975 NEW CENTER POINT COLORADO SPRINGS, CO | Big Lots Stores-PNS, LLC | FIRST AND MAIN SOUTH NO. 1, LLC | C/O NOR'WOOD LIMITED, INC, 111 SOUTH TEJON STREET, SUITE 222, COLORADO SPRINGS, CO, 80903 | 10/31/2024 |
| 63 | 4228 | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 |
| 64 | 4228 - Storage | 8265 W FLAGLER ST MIAMI, FL | Big Lots Stores-PNS, LLC | FLAGLER S.C., LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 |
| ~~65~~ | ~~564~~ | ~~41306 US HWY 19  N TARPON SPRINGS, FL~~ | ~~Big Lots Stores, LLC~~ | ~~FL TARPON SQUARE-HA, LLC~~ | ~~C/O RIVERCREST REALTY ASSOCIATES, LLC, 8816 SIX FORKS RD., STE 201, RALEIGH, NC, 27615~~ | ~~10/31/2024~~ |
| 66 | 1198 | 1391 W FORT WILLIAMS ST SYLACAUGA, AL | Big Lots Stores, LLC | FORT WILLIAMS SQUARE LLC | C/O REAL ESTATE SOUTHEAST LLC, PO BOX 681955, PRATTVILLE, AL, 36068 | 10/31/2024 |
| 67 | 5397 | 2820 GRACY CENTER WAY CORAOPOLIS, PA | Big Lots Stores, LLC | FRANKLIN SQUARE LP | 537 ROCHESTER RD, PITTSBURGH, PA, 15237-1747 | 10/31/2024 |
| 68 | 1810 | 1699 RIVER OAKS DR CALUMET CITY, IL | Big Lots Stores, LLC | FRONTLINE REAL ESTATE PARTNERS, LLC | ATTN: MATTHEW TARSHIS, 477 ELM PL, HIGHLAND PARK, IL, 60035 | 10/31/2024 |
| 69 | 1728 | 3958 ILLINOIS RD FORT WAYNE, IN | Big Lots Stores, LLC | FW PARKWEST LLC | 2883 E DUPONT RD, FORT WAYNE, IN, 46825 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 70 | 4499 | 1960 ECHO HOLLOW RD EUGENE, OR | Big Lots Stores-PNS, LLC | G & J EUGENE, LLC | C/O HAWKINS COMPANIES, 855 BROAD ST., SUITE 300, BOISE, ID, 83702 | 10/31/2024 |
| 71 | 1493 | 178 N KING ST NORTHAMPTON, MA | Big Lots Stores, LLC | GBR NORTH KING LLC & NORTHHAMPTON HOLDING, LP | C/O GIBRALTAR MANAGEMENT CO, INC, 150 WHITE PLAINS ROAD, STE 300, TARRYTOWN, NY, 10591-5521 | 10/31/2024 |
| 72 | 4592 | 1200 10TH AVENUE SOUTH GREAT FALLS, MT | Big Lots Stores-PNS, LLC | GK HOLIDAY VILLAGE, LLC | C/O GK DEVELOPMENT, INC., 257 E. MAIN STREET, SUITE 200, BARRINGTON, IL, 60010 | 10/31/2024 |
| 73 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC., 211 N STADIUM BLVD, SUITE 201, COLUMBIA, MO, 65203 | 10/31/2024 |
| 74 | 4490 | 2628 11TH AVE GREELEY, CO | Big Lots Stores-PNS, LLC | GKT UNIVERSITY SQUARE GREELEY LL2, LLC | C/O TKG MANAGEMENT, INC.; ATTN: WENDY BURKE, 8724 AVIATOR LANE, ENGLEWOOD, CO, 80112 | 10/31/2024 |
| 75 | 819 | 4406 STATE ROUTE 5 & 20 STE 129 CANANDAIGUA, NY | Big Lots Stores, LLC | GOAL INVESTMENT INC | 361 FRANKLIN AVENUE, P.O. BOX 270, NUTLEY, NJ, 7110 | 10/31/2024 |
| 76 | 5365 | 4645 COMMERCIAL DR NEW HARTFORD, NY | Big Lots Stores, LLC | GOODRICH NEW HARTFORD LLC | 560 SYLVAN AVE STE 2100, ENGLEWOOD CLIFFS, NJ, 07632-3174 | 10/31/2024 |
| 77 | 5219 | 6623 GOVERNOR RITCHIE HWY GLEN BURNIE, MD | Big Lots Stores, LLC | GOVERNOR PLAZA ASSOCIATES LEGAL DEPT | C/O FEDERAL REALTY INVESTMENT TRUST, 909 ROSE AVENUE, SUITE 200, NORTH BETHESDA, MD, 20852 | 10/31/2024 |
| 78 | 1801 | 2882 TAMIAMI TRL E NAPLES, FL | Big Lots Stores, LLC | GULF GATE PLAZA, LLC | C/O ISRAM REALTY AND MANAGEMENT, INC., 506 SOUTH DIXIE HIGHWAY, HALLANDALE, FL, 33009 | 10/31/2024 |
| 79 | 5473 | 263 S LIBERTY ST WAYNESBORO, GA | Big Lots Stores, LLC | H/S WAYNESBORO B.L., LLC | 3638 WALTON WAY EXTENSION, STE 201, AUGUSTA, GA, 30909 | 10/31/2024 |
| 80 | 5125 | 1980 PAVILION WAY LEXINGTON, KY | Big Lots Stores, LLC | HAP PROPERTY OWNER, LP | C/O CORE PROPERTY CAPITAL, 410 PEACHTREE PARKWAY SUITE 4165, CUMMING, GA, 30041 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 81 | 513 | 11854 US HIGHWAY 19 PORT RICHEY, FL | Big Lots Stores, LLC | HARMONY SHOPPING PLAZA LLC | 3980 TAMPA ROAD SUITE 205, OLDSMAR, FL, 34677 | 10/31/2024 |
| 82 | 4478 | 2520 S HARRISON RD TUCSON, AZ | Big Lots Stores-PNS, LLC | HARRISON 135TH ST., LLC | 7372 N CAMINO SIN VACAS, TUCSON, AZ, 85718 | 10/31/2024 |
| 83 | 4014 | 17575 FOOTHILL BLVD FONTANA, CA | BLBO Tenant, LLC | HAYFORD PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 10/31/2024 |
| 84 | 5096 | 4201 S NOLAND RD INDEPENDENCE, MO | Big Lots Stores, LLC | HJH INDEPENDENCE 1 LLC | 300 W DOUGLAS AVE STE 1031, WICHITA, KS, 67202-2911 | 10/31/2024 |
| 85 | 4654 | 3669 E. GRAND RIVER AVE HOWELL, MI | Big Lots Stores, LLC | HOWELL PROPERTY MANAGEMENT LLC | C/O HOWELL FAMILY VENTURES, LLC & GR HOWELL LLC, 812 S MAIN ST STE 200, ROYAL OAK, MI, 48067-3280 | 10/31/2024 |
| 86 | 4640 | 1139 W BROADWAY CENTRALIA, IL | Big Lots Stores-PNS, LLC | IPANEMA FAIRVIEW LLC | 5150 N MIAMI AVE, MIAMI, FL, 33127-2122 | 10/31/2024 |
| 87 | 1925 | 16074 SE MCLOUGHLIN BLVD STE 8 PORTLAND, OR | Big Lots Stores, LLC | JA INVESTMENT PROPERTIES LLC | 14845 SW MURRAY SCHOLLS DRIVE, SUITE 110, PMB 212, BEAVERTON, OR, 97007-9237 | 10/31/2024 |
| 88 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | ATTN: J. PATRICK AYLWARD, P.O. BOX 1688, WENATCHEE, WA, 98807-1688 | 10/31/2024 |
| 89 | 4612 | 151 EASY WAY WENATCHEE, WA | Big Lots Stores-PNS, LLC | WENATCHEE PRODUCTIONS CORPORATION | , P.O. BOX 2506, WENATCHEE, WA, 98807 | 10/31/2024 |
| 90 | 1896 | 8539 ELK GROVE BLVD ELK GROVE, CA | Big Lots Stores, LLC | JOATMON LLC | C/O BRET MADHVANI, 105 BELVEDERE ST, SAN FRANCISCO, CA, 94117 | 10/31/2024 |
| 91 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS, 3344 PEACHTREE RD NE, SUITE 1100, ATLANTA, GA, 30326 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 92 | 5402 | 14603 TELEGRAPH RD WOODBRIDGE, VA | Big Lots Stores, LLC | TRU 2005 RE I, LLC | C/O RAIDER HILL ADVISORS, LLC, 757 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY, 10017 | 10/31/2024 |
| 93 | 1984 | 199 FRANKLIN MILLS BLVD PHILADELPHIA, PA | Big Lots Stores, LLC | JPMCC 2016-JP4 KNIGHTS ROAD LLC | C/O METRO COMMERCIAL, 2340 COLLINS AVE, SUITE 700, MIAMI BEACH, FL, 33139 | 10/31/2024 |
| 94 | 293 | 410 E PERKINS AVE SANDUSKY, OH | Big Lots Stores-CSR, LLC | KENNEDY MALL, LTD | 5577 YOUNGSTOWN-WARREN ROAD, ATTN: LEGAL DEPARTMENT, NILES, OH, 44446 | 10/31/2024 |
| 95 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | 10/31/2024 |
| 96 | 5377 | 12601 CITRUS PLAZA DR TAMPA, FL | Big Lots Stores, LLC | KIR TAMPA 003, LLC | C/O KIMCO REALTY CO, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 |
| 97 | 4573 | 9612 N NEWPORT HIGHWAY SPOKANE, WA | Big Lots Stores-PNS, LLC | KITE REALTY GROUP, L.P. | ATTN: SENIOR VP, HEAD OF LEASING, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204 | 10/31/2024 |
| 98 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | 150 GREENWICH ST - FOUR WORLD TRADE CTR, 52ND FLOOR, NEW YORK, NY, 10007 | 10/31/2024 |
| 99 | 4645 | 1020 W IMPERIAL HWY LA HABRA, CA | Big Lots Stores-PNS, LLC | LA RETAIL 1, LLC | C/O NEWMARK GRUBB KNIGHT FRANK P.M., 4675 MACARTHUR COURT, SUITE 1600, NEWPORT BEACH, CA, 92660 | 10/31/2024 |
| 100 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LAW OFFICES OF DAVID SKRILOW | 250 PARK AVE, STE 2050, ATTN: DAVID SKRILOW, ESQ, NEW YORK , NY, 10177 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1 | 5245 | 169 DANBURY RD NEW MILFORD, CT | Big Lots Stores, LLC | LITCHFIELD CROSSING LLC | ATTN: KRISTIN GIZZI, 201 SAW MILL RIVER RD , YONKERS , NY, 10701 | 10/31/2024 |
| 2 | 5090 | 2999 N COLLEGE AVE FAYETTEVILLE, AR | Big Lots Stores, LLC | MATHIAS SHOPPING CENTERS, INC | C/O MATHIAS PROPERTIES, 5571 BLEAUX AVENUE, SPRINGDALE, AR, 72762 | 10/31/2024 |
| 3 | 5087 | 650 WOLCOTT ST WATERBURY, CT | Big Lots Stores, LLC | MATTATUCK INVESTORS LLC | 3265 MERIDAN PKWY STE 130, WESTON, FL, 33331-3506 | 10/31/2024 |
| 4 | 1171 | 31 HWY 138 W STE 150 STOCKBRIDGE, GA | Big Lots Stores, LLC | MAYS SDC LLC | C/O SAGLO DEVELOPMENT CORP, 290 NW 165TH ST, PH 2, MIAMI, FL, 33169 | 10/31/2024 |
| 5 | 5389 | 15271 MCGREGOR BLVD FORT MYERS, FL | Big Lots Stores, LLC | MCGREGOR POINTE SHOPPING CENTER, LLC | C/O MALON D. MIMMS CO, 85-A MILL ST., STE 100, ROSWELL, GA, 30075 | 10/31/2024 |
| 6 | 5254 | 2980 WHITEFORD RD YORK, PA | Big Lots Stores, LLC | MEADOWBROOK V LP | PO BOX 1092, BOULDER, CO, 80306-1092 | 10/31/2024 |
| 7 | 1762 | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | 10/31/2024 |
| 8 | 1762 - Storage | 698 S OGDEN ST BUFFALO, NY | Big Lots Stores, LLC | MR. JEFFREY REZNICKI | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 S. OGDEN ST., BUFFALO, NY, 14206 | 10/31/2024 |
| 9 | 1638 | 345 SCARLET RD STE 22 KENNETT SQUARE, PA | Big Lots Stores, LLC | NEW GARDEN SHOPPING CENTER LLC | 4950 DUNHAM DR, READING, PA, 19606-9091 | 10/31/2024 |
| 10 | 4246 | 13241 WHITTIER BLVD WHITTIER, CA | Big Lots Stores-PNS, LLC | NMC TOWER LLC | 24025 PARK SORRENTO STE 300, CALABASAS, CA, 91302-4001 | 10/31/2024 |
| 11 | 1671 | 359 MIAMISBURG CENTERVILLE RD DAYTON, OH | Big Lots Stores, LLC | NORMANDY SQUARE EAST LLC - ATTN: JOYCE TOMASHOT-PM | C/O BALTES COMMERCIAL REALTY, INC., 925 CONGRESS PARK DRIVE, DAYTON, OH, 45459-4099 | 10/31/2024 |
| 12 | 5292 | 1520 N CLINTON ST DEFIANCE, OH | Big Lots Stores, LLC | NORTHTOWNE ASSOCIATES | C/O JJ GUMBERG CO, 1051 BRINTON ROAD, PITTSBURGH, PA, 15221 | 10/31/2024 |
| 13 | 5228 | 4420 MITCHELVILLE RD. BOWIE, MD | Big Lots Stores, LLC | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT, 2021 MCKINNEY AVE STE 1150, DALLAS, TX, 75201 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 14 | 4657 | 5516 SOUTH 900 EAST MURRAY, UT | Big Lots Stores-PNS, LLC | OAKWOOD 900 PARTNERS, LLC | 445 SOUTH DOUGLAS STREET, SUITE 100, EL SEGUNDO, CA, 90245 | 10/31/2024 |
| 15 | 4449 | 2083 NE BURNSIDE RD GRESHAM, OR | Big Lots Stores-PNS, LLC | OREGON TRAIL CENTER VENTURE, LLC | C/O GRE MANAGEMENT SERVICES, 3005 DOUGLAS BLVD STE 200, ROSEVILLE, CA, 95661 | 10/31/2024 |
| 16 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CENTER, LLC | C/O RETAIL SPECIALIST COMMERCIAL, 6680 ALHAMBRA AVENUE, #133, MARTINEZ, CA, 94553 | 10/31/2024 |
| 17 | 4537 | 1875 ORO DAM BLVD E OROVILLE, CA | Big Lots Stores-PNS, LLC | OROVILLE PLAZA SHOPPING CTR LL | 6680 ALHAMBRA AVE STE 133, MARTINEZ, CA, 94553-6105 | 10/31/2024 |
| 18 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | PATHFINDER PATTERSON PLACE, LLC | C/O PATHFINDER INVESTMENT MANAGEMENT, 2420 OXFORD ROAD, RALEIGH, NC, 27608 | 10/31/2024 |
| 19 | 5408 | 3420 SOUTHWEST DURHAM DR DURHAM, NC | Big Lots Stores, LLC | ROBINSON, BRADSHAW & HINSON, P.A. | 101 N. TRYON ST., STE 1900, ATTN: CHRIS LOEB, CHARLOTTE, NC, 28246 | 10/31/2024 |
| 20 | 1196 | 316 CORNELIA ST PLATTSBURGH, NY | Big Lots Stores, LLC | PLATTSBURGH PLAZA, LLC | 180 DELAWARE AVE., SUITE #200, DELMAR, NY, 12054 | 10/31/2024 |
| 21 | 5200 | 1957 COBBS FORD RD. PRATTVILLE, AL | Big Lots Stores, LLC | PREMIERE PLACE SHOPPING CENTER, LLC | C/O MCCLINTON & COMPANY, INC. ATTN: PROPERTY MANAGER, 2005 COBBS FORD RD STE 304B, MONTGOMERY, AL, 36066-7894 | 10/31/2024 |
| 22 | 5410 | 9690 COLERAIN AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | PROSPECT COLERAIN LLC | 1111 META DR STE 100, CINCINNATI, OH, 45237-5014 | 10/31/2024 |
| ~~23~~ | ~~4599~~ | ~~2450 SOUTH 9TH ST. SALINA, KS~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~RAF SALINA LLC~~ | ~~C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122~~ | ~~10/31/2024~~ |
| 24 | 5401 | 590 BRANCHLANDS BLVD CHARLOTTESVILLE, VA | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 21, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 10/31/2024 |
| 25 | 1869 | 5625 W SAGINAW HWY UNIT 1 LANSING, MI | Big Lots Stores, LLC | REO FUNDIT 3 ASSET LLC | 38500 WOODWARD AVE STE 100, BLOOMFIELD HILLS, MI, 48304-5048 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 26 | 4718 | 1601 W CRAIG RD N LAS VEGAS, NV | Big Lots Stores-PNS, LLC | RETAIL CENTER PARTNERS, LTD. | 2716 OCEAN PARK BLVD., STE 2025, ATTN: CHRISTOPHER CHASE, GENERAL COUNSEL, SANTA MONICA, CA, 90405 | 10/31/2024 |
| 27 | 4482 | 304 NE AGNESS AVE GRANTS PASS, OR | Big Lots Stores-PNS, LLC | RI - GRANTS PASS, LLC | C/O READ INVESTMENTS, 2025 FOURTH STREET, BERKELEY, CA, 94710 | 10/31/2024 |
| 28 | 4614 | 400 E STATE HWY 260 STE A PAYSON, AZ | Big Lots Stores-PNS, LLC | RIM COUNTRY MALL SPE, LLC | LOCKBOX SERVICES #847366 ATTN: RIM COUNTRY MALL SPE, LLC, 3440 FLAIR DRIVE, EL MONTE, CA, 91731 | 10/31/2024 |
| 29 | 4553 | 17W714 W 22ND ST OAKBROOK TERRACE, IL | Big Lots Stores-PNS, LLC | RIO GRANDE INVESTMENT INC | ATTN: JOHN DEUBLER, 541 SOUTH SPRING STREET, SUITE 204, LOS ANGELES, CA, 90013 | 10/31/2024 |
| 30 | 5112 | 610 HOLCOMB BRIDGE RD STE 300 ROSWELL, GA | Big Lots Stores, LLC | ROSWELL TOWN CENTER, LLC | C/O MIMMS ENTERPRISES, INC, 780 OLD ROSWELL PLACE, SUITE 100, ROSWELL, GA, 30076 | 10/31/2024 |
| ~~31~~ | ~~4483~~ | ~~27142 LA PAZ RD MISSION VIEJO, CA~~ | ~~Big Lots Stores, LLC~~ | ~~RUSSELL E. FLUTER~~ | ~~2025 WEST BALBOA BOULEVARD, CANNERY VILLAGE REALTY, NEWPORT BEACH, CA, 92663~~ | ~~10/31/2024~~ |
| 32 | 4475 | 18565 SW TUALATIN VALLEY HWY BEAVERTON, OR | Big Lots Stores-PNS, LLC | SAFEWAY, INC. | C/O PROPERTY MANAGMENT, 250 PARKCENTER BLVD, BOISE, ID, 83706 | 10/31/2024 |
| 33 | 5467 | 3225 MISSOURI BLVD JEFFERSON CITY, MO | Big Lots Stores, LLC | SAJ ASSOCIATES, LLC | C/O SAMCO PROPERTIES, 455 FAIRWAY DRIVE, SUITE 301, DEERFIELD BEACH, FL, 33441 | 10/31/2024 |
| 34 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O CP RETAIL, INC., ATTN TANYA NIELSEN, 1313 FOOTHILL BOULEVARD, STE 2, LA CANADA FLINTRIDGE, CA, 91011 | 10/31/2024 |
| 35 | 4578 | 2817 S. MARKET ST. GILBERT, AZ | Big Lots Stores-PNS, LLC | SANTAN MP, LP | C/O VESTAR PROPERTIES, ATTN AMBER KING, 2415 E CAMELBACK RD STE 100, PHOENIX, AZ, 85016 | 10/31/2024 |
| 36 | 4192 | 2738 CANDLER RD DECATUR, GA | Big Lots Stores-PNS, LLC | SAUL HOLDINGS LIMITED PARTNERSHIP | ATTN: BARBARA PHILLIPS, 7501 WISCONSIN AVENUE, SUITE 1500E, BETHESDA, MD, 20814-6522 | 10/31/2024 |

#99229647v2

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| ~~37~~ | ~~4328~~ | ~~955 SEPULVEDA BLVD TORRANCE, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~SCHWARTZ TORRANCE COMPANY LLC~~ | ~~C/O 1ST COMMERCIAL REALTY GROUP, 2009 PORTERFIELD WAY, SUITE P, UPLAND, CA, 91786~~ | ~~10/31/2024~~ |
| ~~38~~ | ~~4568~~ | ~~18705 S I-19 FRONTAGE RD GREEN VALLEY, AZ~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~SD-SAHUARITA PROPERTIES, LLC~~ | ~~C/O LBM PROPERTY SERVICES, 8677 VILLA LA JOLLA DRIVE #331, LA JOLLA, CA, 92037~~ | ~~10/31/2024~~ |
| 39 | 5174 | 179 HIGHLAND AVE SEEKONK, MA | Big Lots Stores, LLC | SEEKONK SHOPPING CENTER EQUITIES II, LLC | C/O TIME EQUITIES, 55 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY, 10003 | 10/31/2024 |
| 40 | 4684 | 3520 W. SHAW AVE FRESNO, CA | Big Lots Stores-PNS, LLC | SHAW-MARTY ASSOCIATES | C/O EISNER-FOURCHY DEVELOPMENT, 5245 N GATES AVE SUITE 107, FRESNO, CA, 93722 | 10/31/2024 |
| 41 | 4510 | 10850 LINCOLN TRL FAIRVIEW HEIGHTS, IL | Big Lots Stores-PNS, LLC | SKY CROSSROADS LLC | 10101 FONDREN ROAD, SUITE 545, HOUSTON, TX, 77096 | 10/31/2024 |
| ~~42~~ | ~~4541~~ | ~~120 31ST AVE SE PUYALLUP, WA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~SOUTH HILL VILLAGE, LLC~~ | ~~C/O PACIFIC ASSET ADVISORS, INC., 14205 SE 36TH ST STE 215, BELLEVUE, WA, 98006-1574~~ | ~~10/31/2024~~ |
| 43[1] | 1314 | 4433 LEMAY FERRY RD SAINT LOUIS, MO | Big Lots Stores-PNS, LLC | SOUTHPOINT PLAZA SHOPPING CENTER | C/O KCM MANAGEMENT AND CONSULTING, LLC, 11939 MANCHESTER RD, STE 316, ST. LOUIS, MO, 63131 | 10/31/2024 |
| ~~44~~ | ~~4776~~ | ~~699 S GREEN BAY RD NEENAH, WI~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~SPRING CREEK CENTER II LLC~~ | ~~118 WEST PECKHAM STREET, NEENAH, WI, 54956-4028~~ | ~~10/31/2024~~ |
| ~~45~~ | ~~5471~~ | ~~2354 S RANGE AVE DENHAM SPRINGS, LA~~ | ~~Big Lots Stores, LLC~~ | ~~SPRING PARK PROPERTY OWNER, LLC~~ | ~~C/O SRI, LLC, 135 ROCKAWAY TURNPIKE, STE 101, LAWRENCE, NY, 11559~~ | ~~10/31/2024~~ |
| 46 | 5325 | 2301 GALLATIN PIKE N MADISON, TN | Big Lots Stores, LLC | SSI NORTHSIDE LLC | 5111 MARYLAND WAY STE 201, BRENTWOOD, TN, 37027-7513 | 10/31/2024 |

[1] Store 1314 is being rejected as of 10/31/2024 pursuant to the *Order Approving Stipulation Resolving the Motion of Southpoint Plaza, L.L.C. and GKKI, L.L.C. (I) to Compel Debtors to Immediately Assume or Reject a Lease of Non-Residential Real Property; (II) Compel Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Compel Debtors to Comply With Their Obligations Under 11 U.S.C. § 365(d)(3)* [D.I. 435].

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 47 | 5461 | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE BUSINESS COMPLEX LLC | P.O. BOX 15, 5573 ST RT 29, CELINA, OH, 45822 | 10/31/2024 |
| 48 | 5461 - Storage | 1170 INDIANA AVE SAINT MARYS, OH | Big Lots Stores-CSR, LLC | ST MARYS SQUARE BUSINESS COMPLEX LLC | P.O. BOX 15, 5573 ST RT 29, CELINA, OH, 45822 | 10/31/2024 |
| 49 | 5227 | 5370 STONE MOUNTAIN HWY STE 300 STONE MOUNTAIN, GA | Big Lots Stores, LLC | STONE MOUNTAIN SQUARE SHOPPING CENTER LLC | C/O SEDGH GROUP, 9454 WILSHIRE BLVD, SUITE 205, BEVERLY HILLS, CA, 90212 | 10/31/2024 |
| 50 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O SLATE ASSET MANAGEMENT L.P., 20 SOUTH CLARK STREET SUITE 1400, CHICAGO, IL, 60603 | 10/31/2024 |
| 51 | 5351 | 7381 52ND PL E BRADENTON, FL | Big Lots Stores, LLC | SUSO 5 CREEKWOOD LP | C/O DLC MANAGEMENT CORPORATION, 565 TAXTER ROAD, SUITE 400, ELMSFORD, NY, 10523 | 10/31/2024 |
| 52 | 4295 | 633 SWEETWATER RD SPRING VALLEY, CA | Big Lots Stores-PNS, LLC | SVSC HOLDINGS LP | 8100 LA MESA BLVD., SUITE 101, LA MESA, CA, 91942 | 10/31/2024 |
| 53 | 5478 | 2806 FRONTAGE RD WARSAW, IN | Big Lots Stores, LLC | SW WARSAW LLC | 4151 ASHFORD DUNWOODY RD NE, SUITE 155, ATLANTA, GA, 30319 | 10/31/2024 |
| 54 | 320 | 7779 TYLERSVILLE RD WEST CHESTER, OH | Big Lots Stores-CSR, LLC | T TYLERSVILLE OH LLC | 16600 DALLAS PARKWAY, SUITE 300 DALLAS, TX 75248 | 10/31/2024 |
| 55 | 5444 | 1801 S SEMORAN BLVD ORLANDO, FL | Big Lots Stores, LLC | TAL MOR | C/O AUBURNDALE PROPERTIES, 50 TICE BLVD., SUITE 320, WOODCLIFF LAKE, NJ, 7677 | 10/31/2024 |
| 56 | 4400 | 7025 E TANQUE VERDE RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TANQUE VERDE CENTER LLC | 2730 E BROADWAY BLVD STE 200, TUCSON, AZ, 85716-5341 | 10/31/2024 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 57 | 5279 | 42 TOWN ST STE 1200 NORWICH, CT | Big Lots Stores, LLC | TKG NORWICHTOWN COMMONS LLC | 211 N STADIUM BLVD STE 201, COLUMBIA, MO, 65203-1161 | 10/31/2024 |
| 58 | 1267 | 1931 E MAIN ST TORRINGTON, CT | Big Lots Stores, LLC | TOWER VENTURES CRE LLC | 495 TENNESSEE STREET SUITE 152, MEMPHIS, TN, 38103-2549 | 10/31/2024 |
| 59 | 4722 | 3900 W  INA RD TUCSON, AZ | Big Lots Stores-PNS, LLC | TOWN WEST REALTY, INC. | 555 E. RIVER RD., SUITE 201, TUCSON, AZ, 85704 | 10/31/2024 |
| 60 | 1394 | 901 N CONGRESS AVE BOYNTON BEACH, FL | Big Lots Stores, LLC | TOWNE CENTER INVESTMENTS LLC | 696 NE 125TH ST, NORTH MIAMI, FL, 33161-5546 | 10/31/2024 |
| 61 | 1817 | 11372 PRINCETON PIKE CINCINNATI, OH | Big Lots Stores, LLC | TPI CASSINELLI MANAGER LLC | C/O TARANTINO PROPERTIES INC, 7887 SAN FELIPE, STE 237, HOUSTON, TX, 77063 | 10/31/2024 |
| 62 | 5472 | 822 E MAIN ST JEFFERSON, NC | Big Lots Stores, LLC | TWIN RIVERS EQUITY PARTNERS LLC | C/O LRS MANAGEMENT LLC, PO BOX 4147, MOORESVILLE, NC, 28117-4147 | 10/31/2024 |
| 63 | 4732 | 1401 SPRING STREET PETOSKEY, MI | Big Lots Stores-PNS, LLC | USPG PORTFOLIO TWO, LLC | 3665 FISHINGER BLVD, HILLIARD, OH, 43026 | 10/31/2024 |
| 64 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY | 200 EAST LAS OLAS BLVD STE 1900, FORT LAUDERDALE, FL, 33301-2248 | 10/31/2024 |
| 65 | 536 | 11672 E COLONIAL DR ORLANDO, FL | Big Lots Stores, LLC | VILLAGE MARKETPLACE EQUITY PARTNERS, LLC | 200 SOUTH BISCAYNE BOULEVARD, SIXTH FLOOR, MIAMI, FL, 33131-5351 | 10/31/2024 |
| 66 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | C/O BOSSHARD PARKE, LTD, 750 N. 3RD STREET, LA CROSSE, WI, 54601 | 10/31/2024 |
| 67 | 5304 | 3960 MORMON COULEE RD LA CROSSE, WI | Big Lots Stores, LLC | VSC CORPORATION | ATTN: GEORGE PARKE III, P.O. BOX 966, LA CROSSE, WI, 54602-0966 | 10/31/2024 |
| ~~68~~ | ~~4555~~ | ~~3615 ELKHORN BLVD NORTH HIGHLANDS, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~WATT TOWN CENTER RETAIL PARTNERS, LLC~~ | ~~C/O JLL, 3001 DOUGLAS BLVD., SUITE 330, ROSEVILLE, CA, 95661-3853~~ | ~~10/31/2024~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 69 | 5357 | 5900 E. VIRGINIA BEACH BLVD. NORFOLK, VA | Big Lots Stores, LLC | WHLR-JANAF, LLC | C/O WHEELER REAL ESTATE, LLC, 2529 VIRGINIA BEACH BLVD., VIRGINIA BEACH, VA, 23452 | 10/31/2024 |
| 70 | 4775 | 560 WINDSOR AVE WINDSOR, CT | Big Lots Stores-PNS, LLC | WINDSOR SHOPPING CENTER LLP | C/O M.J. NEIDITZ & COMPANY INC, 125 LASALLE RD STE 304, WEST HARTFORD , CT, 6107 | 10/31/2024 |
| 71 | 5295 | 471 Green Street Woodbridge, NJ | Big Lots Stores, LLC | WOODBRIDGE CROSSING URBAN RENEWAL LLC | PO BOX 845094, BOSTON, MA, 02284-5094 | 10/31/2024 |
| 72 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 10/31/2024 |
| 73 | 4301 | 1986 FREEDOM BLVD FREEDOM, CA | Big Lots Stores-PNS, LLC | WRI FREEDOM CENTRE, L.P. | ATTN: LEGAL DEPARTMENT, 2429 PARK AVENUE , TUSTIN, CA, 92782 | 10/31/2024 |
| 74 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WALLACE PROPERTIES INC., 330 112TH AVE. NE, SUITE #200, BELLEVUE, WA, 98004 | 10/31/2024 |
| 75 | 4481 | 1743 GEORGE WASHINGTON WAY RICHLAND, WA | Big Lots Stores-PNS, LLC | WRP WASHINGTON PLAZA LLC | C/O WASHINGTON CAPITAL MANAGEMENT, INC, 1200 SIXTH AVENUE, SUITE 700, SEATTLE, WA, 98101 | 10/31/2024 |
| 76 | 4596 | 1320 FRANKLIN ROAD YUBA CITY, CA | Big Lots Stores-PNS, LLC | YLCA YUBA PROPERTY LLC | PO BOX 2514, TURLOCK, CA, 95381-2514 | 10/31/2024 |
| 77 | 1947 | 6540 GLENWOOD AVE RALEIGH, NC | Big Lots Stores, LLC | ZEISLER MORGAN PROPERTIES LTD | 30000 CHAGRIN BLVD STE 100, CLEVELAND, OH, 44124-5721 | 10/31/2024 |

#99229647v2