**SIGN-IN SHEET**

| CASE NAME:  Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 10/31/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Fox Rothschild LLP | Mays SDC 1 LLC |
| Linda Casey | UST | UST |
| Susan Ryers Quechan | Thomas Nichols | Debtors |
| Mike Kent | Morgan Ingram | Debtors |
| Micah Zetterberg | Davis Polk | Debtors |
| Steven Kasnar | Cole Schotz | Comm. Trade |
| Sarah Ruskin | Richards Layton & Finger | Gordon Brothers / 1903 |
| Leslie Heilman | Ballard Spahr LLP | Bryant Property Group, The Parties &, Buxton PECo LLC |
| | | Schwartz Nishicom Co. |
| Carl N. Kunz | Morris James | Brook Valley Thrift Store |
| Matthew Ward | Womble | Burlington Coat Factory |
| Daniel Butz | MJ/FF | Debtors |

**SIGN-IN SHEET**

CASE NAME:  Big Lots, Inc.

COURTROOM #6

CASE NUMBER:  24-11967 JKS

DATE: 10/31/2024

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joe Mintz | Paul Jone LLP | Ollie's Bargain Outlet |
| Bill Sullivan | Sullivan Hazeltine Allison | St. Mary Bishon Cupen LC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

<u>12:00 PM</u>

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| <u>Justin R. Alberto</u> | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Sherlly Alceus</u> | Kelley Drye & Warren LLP | Landlord creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Rick Archer</u> | Law360 | | 12:00 PM | Audio Only | no |
| <u>Yelena Archiyan</u> | Katten Muchin Rosenman LLP | Realty Income Corporation | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Matthew P. Austria</u> | Austria Legal, LLC | Dell Financial Services L.L.C. | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Darren Azman</u> | McDermott Will & Emery | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Scott A Bachert</u> | Kerrick Bachert PSC | Big MIFL2 Owner, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Ryan Beall</u> | Golden Goodrich | Cedar Enterprises | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Jessica Bonteque</u> | Duane Morris LLP | Chubb Companies | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Steven Brown</u> | Steve Brown & Associates | Yale Casitas | 12:00 PM | Audio Only | yes |
| <u>Daniel B. Butz</u> | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Vincent Cahill</u> | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| William Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 12:00 PM | Zoom(Video and Audio) | yes |
| Gregory Joseph Flasser | Potter Anderson & Corroon LLP | Westerville Square | 12:00 PM | Zoom(Video and Audio) | yes |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | Cambridge Investment Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Ashlyn Gallagher | Kirkland & Ellis | | 12:00 PM | Audio Only | no |
| Clara E Geoghegan | Law360 | | 12:00 PM | Audio Only | no |
| Sarah Gladieux | Potter Anderson & Corroon LLP | Westerville Square and Ceres Marketplace Investors | 12:00 PM | Zoom(Video and Audio) | yes |
| Kristin Going | McDermott Will & Emery | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| Ivan M Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | Schwartz Torrance Co. LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Richard M Goldman | Joele Frank | | 12:00 PM | Audio Only | no |
| Hunter Grobmyer | Gordon Brothers | Gordon Brothers | 12:00 PM | Audio Only | yes |
| PETER HALEY | | self | 12:00 PM | Audio Only | no |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 12:00 PM | Zoom(Video and Audio) | yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Kevin Kuehl | Big Lots | big lots | 12:00 PM | Audio Only | yes |
| Stephen Lam | Corre Partners | interested party | 12:00 PM | Zoom(Video and Audio) | yes |
| Jacob Lang | | | 12:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Lappe | | | 12:00 PM | Audio Only | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Landlord Creditor | 12:00 PM | Zoom(Video and Audio) | yes |
| Brian Lindblom | | | 12:00 PM | Audio Only | no |
| Dorothy Ma | | | 12:00 PM | Audio Only | no |
| Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Jonas D McCray | Gordon Brothers | Gordon Brothers | 12:00 PM | Zoom(Video and Audio) | yes |
| Colin Andrew Meehan | Richards, Layton & Finger | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Mark A Mintz | JONES WALKER LLP | Shadrall Orlando, LP | 12:00 PM | Zoom(Video and Audio) | yes |
| Stacy L. Newman | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 12:00 PM | Zoom(Video and Audio) | yes |

| Aaron H. Stulman | Potter Anderson & Corroon LLP | Westerville Square and Ceres Marketplace Investors | 12:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 12:00 PM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 12:00 PM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 12:00 PM | Audio Only | no |
| Destiney Thompson | | | 12:00 PM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | Ulmer & Berne LLP | Shurmer Strongsville | 12:00 PM | Zoom(Video and Audio) | yes |
| Brianna Turner | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Carter Wietecha | | Interested Party | 12:00 PM | Zoom(Video and Audio) | yes |
| Kevin Winiarski | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Howard Wu | | | 12:00 PM | Audio Only | no |
| Alex Zuckerman | WhiteHawk Capital | WhiteHawk | 12:00 PM | Zoom(Video and Audio) | yes |

| Jonah A. Peppiatt | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Cameron Pincus | Gordon Brothers | Gordon Brothers | 12:00 PM | Zoom(Video and Audio) | yes |
| Robin Piree | | Burlington Coat Factory Warehouse Corporation | 12:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Raviele | Kelley Drye & Warren LLP | Landlord creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Brian Resnick | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 12:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye | | 12:00 PM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Adam L. Shpeen | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Chad B. Simon | Otterbourg P.C. | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Ethan Stern | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| <u>Taylor Harrison</u> | | | 12:00 PM | Audio Only | no |
| <u>Melissa M. Hartlipp</u> | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Taylor Hobbs</u> | Choate, Hall & Stewart | | 12:00 PM | Audio Only | no |
| <u>Catherine Holstein</u> | PNC Bank | | 12:00 PM | Audio Only | no |
| <u>Roman R Holthouse</u> | WhiteHawk Capital Partners, LP | | 12:00 PM | Audio Only | yes |
| <u>Audrey Hornisher</u> | Clark Hill PLC | USPG, GPR Investments, SanTan MP LP, et al. | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Scarlett Huang</u> | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Lauren Huber</u> | Potter Anderson & Corroon LLP | Westerville Square and Ceres Marketplace Investors | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Zachary Javorsky</u> | Richards, Layton & Finger | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>James Jeffers</u> | | Burlington Coat Factory Warehouse Corporation | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Jeffrey Kaplan</u> | | | 12:00 PM | Zoom(Video and Audio) | yes |
| <u>Dietrich Knauth</u> | Reuters | media | 12:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey Carbino | JMCarbinoLaw | Big MIFL2 Owner LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Sarah Carnes | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| Cameron Carpenter | Davis Polk & Wardwell LLP | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Edens Limited Partnership | 12:00 PM | Zoom(Video and Audio) | yes |
| Connor Casas | | Interested Party | 12:00 PM | Zoom(Video and Audio) | yes |
| Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Cat Corey | | | 12:00 PM | Audio Only | no |
| Nicole Costantino | | | 12:00 PM | Audio Only | no |
| Michael David DeBaecke | Ashby & Geddes | Shadrall Orlando, LP | 12:00 PM | Zoom(Video and Audio) | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Big Lots, Inc. | 12:00 PM | Zoom(Video and Audio) | yes |
| Jack M. Dougherty | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 12:00 PM | Zoom(Video and Audio) | yes |
| James Drew | Otterbourg P.C. | 1903P Loan Agent, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Todd Eyler | A&G Real Estate Partners | A&G Realty | 12:00 PM | Zoom(Video and Audio) | yes |