**Exhibit B**

Case 24-11967-JKS    Doc 790-2    Filed 11/01/24    Page 1 of 2



300 PHILLIPI ROAD
COLUMBUS, OHIO  43228-5311

August 22, 2014

**VIA CERTIFIED MAIL—RETURN RECEIPT REQUESTED**
7011 0110 0001 3364 7340

LEVIN PROPERTIES, LP
C/O LEVIN MANAGEMENT CORPORATION
P.O. BOX 326
PLAINFIELD, NJ 07061-0326

    Re:    **BIG LOTS #1950—Clifton, NJ**
                Lease Agreement by and between Levin Properties, LP, a limited partnership ("Landlord") and Big Lots Stores, Inc., an Ohio corporation, Tenant") dated December 16, 2004, as amended (collectively, the "Lease").

Dear Landlord:

Pursuant to the Lease, Tenant hereby exercises its option to extend the term of the Lease commencing y June 1, 2015, and expiring on May 31, 2020 ("Option 1"). Minimum Rent will be Three Hundred Nineteen Thousand Four Hundred Forty and 00/100 Dollars ($319,440.00) per annum, payable in equal monthly installments of Twenty-Six Thousand Six Hundred Twenty and 00/100 Dollars ($26,620.00). Thank you.

**BIG LOTS STORES, INC., an Ohio corporation**

Timothy A. Johnson
Executive Vice President,
Chief Financial Officer

TAJ /lms

OEL-175