# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No.: 24-11967 (JKS) |
| Debtors, | |

### CERTIFICATION OF SERVICE OF LIMITED OBJECTION BY 1600 EASTCHASE PARKWAY LEASING LLC, TO DEBTORS NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT

John Weaver, Esquire hereby certifies that on the 1st day of November, 2024, a true and correct copy of 1600 Eastchase Parkway Leasing LLC's Limited Objection to Debtors Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount, was served upon the addressees listed on the attached service list in the manner indicated.

Dated: November 1, 2024

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**
*By: /s/ John R. Weaver, Jr.*
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jweaverlaw@verizon.net

-and-

By: */s/ Thomas S. Onder*
By: */s/ Joseph H. Lemkin*
Thomas S. Onder, Esquire
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)

1

             (609) 895-7395 (facsimile)
             tonder@star-stark.com
             jlemkin@stark-stark.com
             Attorneys for Attorneys for 1600 Eastchase Parkway Leasing LLC

## **SERVICE LIST**
### VIA CM/ECF & ELECTRONIC MAIL & FEDERAL EXPRESS

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Brian M. Resnick, Esq.; Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.
Email: notice.biglots@davispolk.com
*Counsel to Debtor*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq.
Email: biglots.mnat@morrisnichols.com
*Counsel for Debtor*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com)
*Counsel to ABL Agent*

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com)
*Counsel to ABL Agent*

Otterbourg, P.C.
230 Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)
*Counsel to Term Agent*

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq. (knight@rlf.com)
*Counsel to Term Agent*

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com),
*Counsel to the Committee*

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com
*Counsel to the Committee*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com),
*Counsel to the Stalking Horse Bidder*

Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov)
*US Trustee*