**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**BIG LOTS, INC.,** *et al..*,<br><br>          Debtors. | **Chapter 11**<br><br>**Case No. 24-11967 (JKS)**<br><br>**(Jointly Administered)**<br><br>**Sale Hearing Date: November 12, 2024 1:30 PM**<br>**Sale Objection Date: November 6, 2024**<br>**Cure Objection Date: November 4, 2024 at Noon**<br><br>**Docket Nos. 18, 511 and 661** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on November 1, 2024, I served a copy of *Oracle's Limited Objection To And Reservation Of Rights Regarding Debtors' Sale Motion And Related Notice Of Potential Assumption And Assignment Of Executory Contracts Or Unexpired Leases And Cure Amount* on the parties listed on the attached Service List via electronic mail, where available.

            /s/ James E. Huggett
            James E. Huggett (#3956)

## SERVICE LIST

**BY ECF**

| | |
|---|---|
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 N. Market Street, 16th Floor,<br>Wilmington, DE 19801 | Linda Casey, Esq.<br>UNITED STATES TRUSTEE<br>844 King Street, Suite 2207,<br>Lockbox 35,<br>Wilmington, Delaware 19801 |
| Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>**Blank Rome LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | John H. Knight, Esq.<br>**Richards, Layton & Finger, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801 |
| Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>**Cole Schotz P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | |

**BY REGULAR MAIL**

| | |
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | John F. Ventola, Esq.<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA 02110 |
| Allan S. Brilliant, Esq.<br>Shmuel Vasser, Esq.<br>Stephen Wolpert, Esq.<br>**Dechert LLP**<br>1095 Avenue of the Americas<br>New York, New York 10036 | Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>**Otterbourg P.C.**<br>230 Park Avenue<br>New York, NY 10169 |
| Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>**McDermott Will & Emery LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017 | Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, New York 10022 |