# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BIG LOTS, INC., *et al.,* | ) | Case No. 24-11967-JKS |
| | | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that **Palatka Gas Authority** by and through its undersigned counsel hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3107, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that copies of all notices, pleadings, orders, motions, complaints, requests, application, and other documents brought before the Court in this case be served on it in care of the undersigned counsel.

**LaFLEUR LAW FIRM**

/s/ *Nina M. LaFleur*
By_____
      Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 840158
St. Augustine, Florida 32080
(904) 797-7995
nina@lafleurlaw.com

**Attorneys for Palatka Gas Authority**

## Certificate of Service

I HEREBY CERTIFY that this Notice of Appearance was filed electronically with the Clerk of Court using its CM/ECF System. Notice of this filing will be sent via U.S. mail, PACER, or email to all counsel by operation of the Court's CM/ECF System on this the 1st day of November, 2024.

/s/ *Nina M. LaFleur*

_____
          OF COUNSEL