**Exhibit 1**

**Summary of Unpaid Pre-Petition Fees**

**Aging Detail**
DB Caption: live2 01/22/2019   Property: .all   Tenant: biglots   Status: Current, Past, Future   Age As Of: 10/31/2024   Post To: 10/2024

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(2310saun)** | | | | | | | | | | | | | | |
| **Big Lots Stores, Inc., an Ohio corporation (biglots)** | | | | | | | | | | | | | | |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-2859 | rectax | 10/17/2023 | 10/2023 | -5,773.48 | 0.00 | 0.00 | 0.00 | -5,773.48 | 0.00 | -5,773.48 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3337 | operrec | 12/1/2023 | 12/2023 | 56,609.92 | 0.00 | 0.00 | 0.00 | 56,609.92 | 0.00 | 56,609.92 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3339 | rectax | 12/1/2023 | 12/2023 | 96,040.02 | 0.00 | 0.00 | 0.00 | 96,040.02 | 0.00 | 96,040.02 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3340 | operrec | 12/1/2023 | 12/2023 | 2,911.75 | 0.00 | 0.00 | 0.00 | 2,911.75 | 0.00 | 2,911.75 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3357 | operrec | 12/1/2023 | 12/2023 | -115,243.04 | 0.00 | 0.00 | 0.00 | -115,243.04 | 0.00 | -115,243.04 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3358 | adminfee | 12/1/2023 | 12/2023 | -861.46 | 0.00 | 0.00 | 0.00 | -861.46 | 0.00 | -861.46 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3185 | estins | 4/1/2024 | 04/2024 | 2,347.77 | 0.00 | 0.00 | 0.00 | 2,347.77 | 0.00 | 2,347.77 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3256 | estins | 5/1/2024 | 05/2024 | 3,543.63 | 0.00 | 0.00 | 0.00 | 3,543.63 | 0.00 | 3,543.63 |
| 2310saun | | Big Lots Stores, Inc., an Ohio corporation | Current | C-3405 | estins | 6/1/2024 | 06/2024 | 3,495.75 | 0.00 | 0.00 | 0.00 | 3,495.75 | 0.00 | 3,495.75 |
| | | **Big Lots Stores, Inc., an Ohio corporation** | | | | | | 43,070.86 | 0.00 | 0.00 | 0.00 | 43,070.86 | 0.00 | 43,070.86 |
| **2310saun** | | | | | | | | 43,070.86 | 0.00 | 0.00 | 0.00 | 43,070.86 | 0.00 | 43,070.86 |
| **Grand Total** | | | | | | | | 43,070.86 | 0.00 | 0.00 | 0.00 | 43,070.86 | 0.00 | 43,070.86 |

ACTIVE 703385529