IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BURGERFI INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12017 (CTG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Alberto F. Gomez, Jr. to represent Brightwork Real Estate, Inc. in the above-captioned case.

Dated: November 1, 2024

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
**LOIZIDES, P.A.**
1225 King St., Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Email: loizides@loizides.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: November 1, 2024

*/s/ Alberto F. Gomez*
Alberto "Al" F. Gomez, Jr.
**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP**
400 N. Ashley Dr., Suite 3100
Tampa, FL 33602
Telephone: (813)225-2500
Email: AL@jpfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.