# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF
## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

The Motion and Order for Admission Pro Hac Vice of Alberto F. Gomez, Jr. (D.I. 798) is hereby withdrawn as having been inadvertently filed in the wrong case.

Dated: November 1, 2024

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
**LOIZIDES, P.A.**
1225 King St., Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Email: loizides@loizides.com