# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Anthony & Partners, LLC hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P. ("Town N' Country Plaza") in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC** | **ANTHONY & PARTNERS, LLC** |
|---|---|
| David M. Klauder, Esquire | Townsend J. Belt, Esquire |
| 1204 N. King Street | 100 South Ashley Drive, Suite 1600 |
| Wilmington, DE 19801 | Tampa, FL 33602 |
| Phone: (302) 803-4600 | Phone: (813) 273-5616 |
| dklauder@bk-legal.com | tbelt@anthonyandpartners.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

Dated: November 1, 2024          **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

-and-

**Anthony & Partners, LLC**

Townsend J. Belt *(pro hac vice pending)*
Florida Bar Number: 0066811
tbelt@anthonyandpartners.com
lortega@anthonyandpartners.com
eservice@anthonyandpartners.com
100 South Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813-273-5616
Telecopier: 813-221-4113

*Co-Counsel to Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P.*