# Exhibit B

Big Lots #547B
Lease Admin Dept #10051
4900 E Dublin Granville Road
Columbus, OH   43081-7651

**Re: CAM Adjustment:**

Town 'N Country Plaza, LP - 7570 W. Hillsborough Ave., Tampa, FL 33615

Dear Tenant:

In order to avoid another large year-end adjustment for your pro rata share of the expenses, we find it necessary to adjust your monthly contribution for CAM, insurance and property taxes. Therefore, effective May 1, 2024, your monthly rent breakdown will be as indicated below:

| RECURRING CHARGES | DUE MONTHLY |
|---|---|
| MINIMUM RENT | $          15,625.00 |
| CAM | $            2,849.70 |
| **SUBTOTAL** | **$          18,474.70** |
| **TAX RATE** | 3.5% |
| **SALES TAX** | $               646.61 |
| **TOTAL** | **$          19,121.31** |

Please note your records accordingly so that there will be a minimum of confusion in this matter. Your understanding and cooperation is appreciated.  Should you have a question, feel free to contact our office.

**Please make check payable to:**

Town 'N Country Plaza, LP
204 N. Howard Ave.
Tampa, FL 33606
813-485-9025

**Town 'n Country**
**Operating Expenses**
**Invoice**

| | | | 2023 | | | | |
|---|---|---|---|---|---|---|---|
| Big Lots #547B | | | | | | | 2/29/2024 |
| Lease Admin Dept #10051 | | | | | | | |
| 4900 E Dublin Granville Road | | | | | | | |
| Columbus, OH  43081-7651 | | | | | | | |
| | | | | Less Amounts Billed to Tenant | Amount Due | Sales Tax | Total Due |
| CAM: | | | Actual Expense | | | | |
| Electric | | | $18,231.36 | | | | |
| Trash Removal | | | $4,931.08 | | | | |
| General Repairs | | | $34,954.81 | | | | |
| Security and Fire | | | $699.00 | | | | |
| R&M Electrical | | | $5,571.59 | | | | |
| R&M Plumbing | | | $6,320.00 | | | | |
| R&M Parking Lot | | | $3,809.07 | | | | |
| R&M Irrigation | | | $0.00 | | | | |
| Water Manangement | | | $0.00 | | | | |
| Landscaping | | | $11,425.00 | | 7% CAP from previous year payment | | |
| Parking Lot Clean & Sweep | | | $25,964.10 | | | | |
| Insurance | | | $296,408.40 | | | | |
| | Sub-Total CAM: | | $408,314.41 | | 2022 | 7% | 2023 |
| | Admin Fee: | 0.00% | $0.00 | | 34,637.77 | 2,424.64 | 37,062.41 |
| | Total CAM: | | $408,314.41 | | | | |
| | Pro rata | 30000/154,520 | 19.4150% | | | | |
| | Tenant's Pro-rata share CAM | | $79,274.09 | | | | |
| | | | | | | | |
| | | CAP | $37,062.41 | 36,031.61 | 1,030.80 | 61.85 | $1,092.65 |
| | | | | | | | |
| Real Estate Tax: | | | $140,872.87 | | | | |
| | Admin Fee: | 0.00% | $0.00 | | | | |
| | Total RET | | $140,872.87 | | | | |
| | Pro rata | 30000 /154,520 | 19.4150% | | | | |
| | Tenant's Pro-rata share RET | | $27,350.41 | 0.00 | 27,350.41 | 1,641.02 | $28,991.44 |
| | | | | | | | |
| Total due for CAM, Insurance and Real Estate Taxes | | | | | | | $30,084.09 |
| | | | | | | | |
| Attached: | | | | | | | |
| Invoice Copies (Disc) | | | | | | | |
| Tenant Roster | | | | | | | |
| Insurance Invoice & Dec Pages | | | | | | | |
| Paid Receipt Property Tax | | | | | | | |

REMIT TO:
Town 'N Country Plaza

c/o SSG Commercial LLC
204 N Howard Avenue
Tampa, FL 33606

Questions:
813-485-9025
lane@ssgcommercial.com

Big Lots #547B
Lease Admin Dept #10051
4900 E Dublin Granville Road
Columbus, OH  43081-7651

**Re: CAM Adjustment:**

Town 'N Country Plaza, LP - 7570 W. Hillsborough Ave., Tampa, FL 33615

Dear Tenant:

In order to avoid another large year-end adjustment for your pro rata share of the expenses, we find it necessary to adjust your monthly contribution for CAM, insurance and property taxes. Therefore, effective May 1, 2024, your monthly rent breakdown will be as indicated below:

| RECURRING CHARGES | | DUE MONTHLY |
|---|---|---|
| MINIMUM RENT | $ | 15,625.00 |
| CAM | $ | 2,849.70 |
| SUBTOTAL | $ | 18,474.70 |
| TAX RATE | | 6% |
| SALES TAX | $ | 1,108.48 |
| TOTAL | $ | 19,583.18 |

Please note your records accordingly so that there will be a minimum of confusion in this matter. Your understanding and cooperation is appreciated.  Should you have a question, feel free to contact our office.

**Please make check payable to:**

Town 'N Country Plaza, LP
204 N. Howard Ave.
Tampa, FL 33606
813-485-9025

**Norma - Rent Roll Basic**

**Properties:** Town 'n Country Plaza LLC - 7500-7605 W. Hillsborough Ave. Tampa, FL 33615

**Units:** Active

**GL Accounts:** None

**As of:** 02/29/2024

| Unit | Tenant | Lease From | Lease To |
|------|--------|------------|----------|
| Town 'n Country Plaza LLC - 7500-7605 W. Hillsborough Ave. Tampa, FL 33615 | | | |
| 1 | Autozone #1212 | 09/28/2001 | 05/31/2027 |
| 2 | Star Hair Salon, Inc. | 08/01/2012 | 10/31/2027 |
| 2-A | Pretam Investments, LLC | 04/17/2008 | 03/31/2028 |
| 3 | Rent King | 08/01/2002 | 08/31/2024 |
| 4 | Sarione Grill Inc | 04/16/2005 | 10/31/2027 |
| 5 | Vuong Nails | 09/28/2001 | 01/31/2026 |
| 6A | Barber Shop (Rose Tozzi and Ronald Tozzi) | 04/01/2003 | 11/30/2025 |
| 6B | Cellular Touch Wireless, Inc. | 11/01/2011 | 12/31/2026 |
| 7-8 | David Fernandez dba Mr. Empanada | 05/01/2022 | 04/30/2027 |
| 9 | Infinity Pharmacy and Assoc., Inc. | 11/19/2018 | 10/31/2028 |
| 10 | VP Pub, LLC dba Pit Stop Pub | 04/01/2008 | 04/30/2028 |
| 11 | TJ Maxx | 09/28/2001 | 01/31/2029 |
| 12 | Brook Valley Thrift Stores, Inc. dba City Thrift | 07/01/2023 | 12/31/2030 |
| 13 | Big Lots #547 | 09/28/2001 | 01/31/2027 |
| 14 | Ace Hardware | 09/28/2001 | 03/31/2026 |
| 15 | Kentucky Fried Chicken (FQSR, LLC) | 09/28/2001 | 08/31/2033 |
| 16 | Checkers (Wow Burgers F3091, LLC) | 03/01/2011 | 02/28/2026 |
| 17 | Bank of America | 09/28/2001 | 12/14/2026 |
| 18 Units | | | |

**Total 18 Units**

Client Policy Schedule
# Town N Country *

| Cov | Policy Number | Description | Named Insured | Eff.Date | Exp.Date | Premium |
|-----|---------------|-------------|---------------|----------|----------|---------|
| FLD | 09115228273600 | TNC 7575 W Hillsborough | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $9,414.00 |
| FLD | 09115228273500 | TNC 7565 W Hillsborough Ave | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $10,246.00 |
| FLD | 09115228273300 | TNC 7551-7561 W Hillsborough | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $10,246.00 |
| FLD | 09115228273100 | TNC 7535-7543 W Hillsborough A | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $5,671.00 |
| FLD | 09115228268600 | TNC 7501 W Hillsborough Ave | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $10,246.00 |
| FLD | 09115228270600 | TNC 7509-7525 W Hillsborough | Town N Country Plaza, LP | 3/2/2023 | 3/2/2024 | $10,246.00 |
| XLC | EZXS3108530 | TNC - Excess | Town N Country Plaza LP | 3/1/2023 | 3/1/2024 | $5,958.76 |
| GLI | 3AA65143 | Town N Country | Town N Country | 3/1/2023 | 3/1/2024 | $27,465.90 |
| CPP | Master Policy * | Town N Country f | Town N Country | 3/1/2023 | 3/1/2024 | $206,915.10 |

Kenneth Jacobs: CL Producer
Adam Lopatin: CL Producer
Account Executive : Jeff Massie
Date Prepared: January 24, 2024



SSGCOM

## ACORD™    EVIDENCE OF PROPERTY INSURANCE

| | |
|---|---|
| | **DATE (MM/DD/YYYY)** 01/23/2024 |

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): 813 321-7500 | COMPANY |
|---|---|---|
| USI Insurance Services, LLC 2502 N Rocky Point Dr Ste 400 Tampa, FL 33607-1421 | | see remarks participating carriers |

| FAX (A/C, No): | E-MAIL ADDRESS: Jennnifer.Wells@usi.com |
|---|---|
| CODE: | SUB CODE: |

AGENCY CUSTOMER ID #: 1946881

| INSURED | | |
|---|---|---|
| SSG Commercial, LLC 204 N. Howard Ave Tampa, FL 33606 | LOAN NUMBER | POLICY NUMBER GA23LCM20DKC6IC |
| | EFFECTIVE DATE 03/01/23 | EXPIRATION DATE 03/01/24 | CONTINUED UNTIL TERMINATED IF CHECKED |
| | THIS REPLACES PRIOR EVIDENCE DATED: 11/03/2023 | |

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

Town N Country Plaza See Remarks for locations

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | BROAD | SPECIAL |
|---|---|---|---|---|
| COVERAGE/PERILS/FORMS | | | AMOUNT OF INSURANCE | DEDUCTIBLE |
| Total Building Values Business Interruption | | | $20,000,000 included | see remarks ALS |

## REMARKS (Including Special Conditions)

See below schedule of locations -
Town N Country Plaza LP 7501 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7509-7525 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7535-7543 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7551-7561 W Hillsborough Ave Tampa FL 33615
(See Attached Remarks)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | | |
|---|---|---|
| SSG Commercial 204 S Howard Avenue Tampa FL 33606 | ADDITIONAL INSURED | LENDER'S LOSS PAYABLE | LOSS PAYEE |
| | MORTGAGEE | | |
| | LOAN # | | |
| | AUTHORIZED REPRESENTATIVE | | |

ACORD 27 (2016/03)    1 of  2       S 1343223          © 1993-2015 ACORD CORPORATION.  All rights reserved.
JYWEW
The ACORD name and logo are registered marks of ACORD

## REMARKS (Continued from page 1.)

Town N Country Plaza LP 7565 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7575 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7605 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7545 W Hillsborough Ave Tampa FL 33615
Town N Country Plaza LP 7501 W Hillsborough Ave Tampa FL 33615

Participating Carriers  Property Layered Program
Navigators
Lloyd's Syndicates
Axis
Endurance Specialty
Arch
RSUI/Mt. Hawley
---

All Other Peril Deductible $10,000
All other wind $50,000
Named Storm 5% per building per occurrence minimum $50,000

Building/ Replacement Cost
Business Interruption - Actual Loss Sustained
Coinsurance - NA

Ordinanace or Law -Included

--

Equipment Breakdown Carrier The Hartford
Total Insured Value $50,000,000
Business Income $13,147,656
Direct Deductible $5,000 except$25/per HP minimum of $5,000
Indirect 24 Hour Waiting Period

Terrorism Carrier    Underwriters at Lloyd's
Total Insured Value $20,000,000
Business Interruption - included
Deductible $10,000 any one loss

Premium total for location  $206,915

USI Insurance Services, LLC

PO Box 62689 * Virginia Beach, VA 23466

*1300*

---------- INVOICE ----------

Town N Country Plaza, LP
204 N. Howard Ave
Tampa, FL 33606

**Print Date** 03/23/23
**Bill-to Code** TOWNN2

**Amount Remitted: $**
**Pay via Credit Card or EFT Draft:** usi.com/paymybill

Make checks payable to: USI Insurance Services, LLC

| Invoice No. | Effective Date | Policy Period | Coverage Description | Transaction Amt |
|---|---|---|---|---|
| 4537414 | 03/01/23 | 03/01/23 to 03/01/24 | Certain Underwriters at Lloyds Policy No. W34777230101 *New - Commercial Property | 69,624.89 |
| | | | Surplus Line Tax - Commercial Property | 3,484.48 |
| | | | Policy Fee - Commercial Property | 39.02 |
| | | | For client code SSGCOM | |
| | | | Named insured: SSG Commercial, LLC | |
| | | | Inv Order#: 413*7161471        Amount Due: | 73,148.39 |
| 4537373 | 03/01/23 | 03/01/23 to 03/01/24 | Landmark American Insurance Company Policy No. LHD930524 *New - Commercial Property | 17,363.90 |
| | | | Surplus Line Tax - Commercial Property | 870.15 |
| | | | Policy Fee - Commercial Property | 39.02 |
| | | | For client code SSGCOM | |
| | | | Named insured: SSG Commercial, LLC | |
| | | | Inv Order#: 413*7161434        Amount Due: | 18,273.07 |
| 4537313 | 03/01/23 | 03/01/23 to 03/01/24 | Navigators Specialty Insurance Co. Policy No. GA23LCMZ0DKC6IC *New - Commercial Property | 47,994.60 |
| | | | Surplus Line Tax - Commercial Property | 2,409.00 |
| | | | Policy Fee - Commercial Property | 185.34 |
| | | | For client code SSGCOM | |
| | | | Named insured: SSG Commercial, LLC | |
| | | | Inv Order#: 413*7161361        Amount Due: | 50,588.94 |

*Invoices are Due and Payable upon Receipt*

Page: 1                                              MULTIPLE INVOICE                              See last page.
FRAUD PREVENTION NOTICE: USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.

# ---------- I N V O I C E ----------

Town N Country Plaza, LP
204 N. Howard Ave
Tampa, FL  33606

**Print Date** 03/23/23
**Bill-to Code** TOWNN2

**Pay via Credit Card or EFT Draft:  usi.com/paymybill**

Make checks payable to: USI Insurance Services, LLC

| Invoice No. | Effective Date | Policy Period | Coverage Description | Transaction Amt |
|---|---|---|---|---|
| 4538812 | 03/01/23 | 03/01/23 to 03/01/24 | Endurance American Specialty Ins Co Policy No. ESP30033265000 *New - Commercial Property | 13,108.04 |
| | | | Surplus Line Tax - Commercial Property | 657.35 |
| | | | Policy Fee - Commercial Property | 39.02 |
| | | | For client code SSGCOM Named insured: SSG Commercial, LLC Inv Order#: 413*7163279          Amount Due: | 13,804.41 |
| 4537456 | 03/01/23 | 03/01/23 to 03/01/24 | Arch Specialty Insurance Company Policy No. ESP103344400 *New - Commercial Property | 27,506.21 |
| | | | Surplus Line Tax - Commercial Property | 1,377.26 |
| | | | Policy Fee - Commercial Property | 39.02 |
| | | | For client code SSGCOM Named insured: SSG Commercial, LLC Inv Order#: 413*7161515          Amount Due: | 28,922.49 |
| 4537350 | 03/01/23 | 03/01/23 to 03/01/24 | AXIS Specialty Insurance Company Policy No. EAF66560623 *New - Commercial Property | 20,094.64 |
| | | | Surplus Line Tax - Commercial Property | 1,007.48 |
| | | | Policy Fee - Commercial Property | 39.02 |
| | | | For client code SSGCOM Named insured: SSG Commercial, LLC Inv Order#: 413*7161409          Amount Due: | 21,141.14 |
| | | | Grand total: | $205,878.44 |

**Premiums Due and Payable on Effective Date**

MULTIPLE INVOICE

**FRAUD PREVENTION NOTICE:** USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.

USI Insurance Services, LLC

PO Box 62689 * Virginia Beach, VA 23466

*1300*

---------- I N V O I C E ----------

Town N Country Plaza, LP
204 N. Howard Ave
Tampa, FL  33606

| | |
|---|---|
| Invoice Date | 08/15/23 |
| Invoice No. | 4723973 |
| Bill-To Code | TOWNN2 |
| Client Code | SSGCOM |
| Inv Order No. | 413*7372589 |

Named Insured: SSG Commercial, LLC

Amount Remitted: $
Pay via Credit Card or EFT Draft: usi.com/paymybill

Make checks payable to: USI Insurance Services, LLC

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 08/10/23 | 08/10/23 to 08/10/24 | Hartford Steam Boiler Inspec & Ins Policy No. FBP2377450 *Renewal - Boiler and Machinery | 846.89 |
| | | State Guarantee Fund - Boiler and Mach | 5.93 |
| | | Invoice Number: 4723973          Amount Due: | 852.82 |

*Premiums Due and Payable on Effective Date*

FRAUD PREVENTION NOTICE: USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.
CLMCA    Page: 1                     INVOICE COPY

USI Insurance Services, LLC

PO Box 62689 * Virginia Beach, VA 23466

7300

---------- I N V O I C E ----------

Town N Country Plaza, LP
204 N. Howard Ave
Tampa, FL  33606

| | |
|---|---|
| Invoice Date | 12/18/23 |
| Invoice No. | 4869146 |
| Bill-To Code | TOWNN2 |
| Client Code | SSGCOM |
| Inv Order No. | 413*7529108 |

Named Insured: SSG Commercial, LLC

Amount Remitted: $
Pay via Credit Card or EFT Draft:  usi.com/paymybill

Make checks payable to: USI Insurance Services, LLC

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 12/05/23 | 12/05/23 to 03/01/24 | Certain Underwriters at Lloyds Policy No. 23N45524AATO71 *Renewal - Terrorism | 165.99 |
| | | Surplus Line Tax - Terrorism | 8.30 |
| | | Invoice Number: 4869146       Amount Due: | 174.29 |

*Premiums Due and Payable on Effective Date

FRAUD PREVENTION NOTICE: USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.

MXBA9    Page: 1                    INVOICE COPY

USI Insurance Services, LLC

PO Box 62689 * Virginia Beach, VA 23466

--------- **I N V O I C E** ---------

Town N Country Plaza, LP
204 N. Howard Ave
Tampa, FL 33606

| | |
|---|---|
| Invoice Date | 12/18/23 |
| Invoice No. | 4869056 |
| Bill-To Code | TOWNN2 |
| Client Code | SSGCOM |
| Inv Order No. | 413*7529033 |

Named Insured: SSG Commercial, LLC

Amount Remitted: $
Pay via Credit Card or EFT Draft: usi.com/paymybill

Make checks payable to: USI Insurance Services, LLC

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 11/30/23 | 08/10/23 to 08/10/24 | Hartford Steam Boiler Inspec & Ins Policy No. FBP2377450 | |
| | | *Endorsement - Boiler and Machinery | 9.47 |
| | | State Guarantee Fund - Boiler and Mach | 0.08 |
| | | Invoice Number: 4869056     Amount Due: | 9.55 |

*Premiums Due and Payable on Effective Date*

FRAUD PREVENTION NOTICE: USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.
CLMCA   Page: 1                    INVOICE COPY



**WRIGHT** Flood
Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/28/23
2000 11523 FLD  RGLR

## FLOOD DECLARATIONS PAGE
AMENDED EFFECTIVE:  3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282706  00 | 1152282706 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 3/02/23  To:3/02/24 12:01 am Standard Time | 03/28/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

southeastcarrierdocsdelivery@usi.com

TOWN N COUNTRY PLAZALP
204 N HOWARD AVE
TAMPA FL 33606-1552

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, 7509-7525 W HILLSBOROUGH, TAMPA FL 33615

### Rating Information

Rate Category:  Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description:  Commercial

Property Description: Slab on Grade, 1 floor

Flood Risk: AE
First Floor Height:   3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/1967
Prior NFIP Claims:      0

Replacement Cost Value:   3,062,500

### Coverage

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $25,000 | $11,102.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history can affect your premium.  For more information contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $2,746.00 |
| FULL RISK PREMIUM: | $8,431.00 |
| DISCOUNTED PREMIUM: | $8,431.00 |
| Reserve Fund Assessment: | $1,518.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |
| TOTAL WRITTEN PREMIUM AND FEES: | $10,246.00 |

## THIS IS NOT A BILL

Premium Paid by: Insured

### Forms and Endorsements

WFL 99.415 1117 1117      FFL 99.310 0120 0120      WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President



## POLICY PAYMENT TRANSMITTAL



Wright National Flood Insurance Company
A Stock Company
PO Box 33003
St. Petersburg, FL, 33733
Office: 800.820.3242
Fax: 800.850.3299 *20-036223.*

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZALP | 03/02/2023 | 12 Months | 09115228270600 |

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY ADDRESS | |
|---|---|---|---|
| Agency Number | 84316 | **Mailing Address** | 204 N HOWARD AVE |
| Agency | USI INSURANCE SERVICES LLC | | TAMPA, FL 33606-1552 |
| Address | 2502 N ROCKY POINT DR STE 400 | **Property Address** | 7501 W HILLSBOROUGH AVE |
| | TAMPA, FL 33607 | | TAMPA, FL 33615-4100 |
| Phone Number | 813.321.7500 | | |

## PAYMENT INFORMATION

| | |
|---|---|
| Payment Method | Check |
| Payor | TOWN N COUNTRY PLAZALP |
| Transaction Date | 03/02/2023 |
| Amount Paid | $10,246.00 |
| Check Number | 1000 |

## LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
**Loan Number:** tbd
**Lender Type:** First Mortgagee
**Lender Interest:** Building Only
**Lender Clause(s):** ISAOA ATIMA
**Bill To Lender?:** No

## NOTES

THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION
CHECKLIST
(additional items, not indicated below, may be required)

## PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282706 00 00000000 NB 1230302 2 ITY BCDSPXSELLDCOBJ.

*1300*



**WRIGHT** Flood

Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/28/23
2000 11523 FLD  RGLR

## FLOOD DECLARATIONS PAGE
AMENDED EFFECTIVE: 3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282733  00 | 1152282733 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 3/02/23  To:3/02/24 12:01 am Standard Time | 03/28/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

southeastcarrierdocsdelivery@usi.com

TOWN N COUNTRY PLAZALP
204 N HOWARD AVE
TAMPA FL 33606-1552

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, 7551-7561 W HILLSBOROUGH AVE, TAMPA FL 33615

### Rating Information

Rate Category: Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description:  Commercial

Flood Risk: AE
First Floor Height:   3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/1967
Prior NFIP Claims:   0

Property Description: Slab on Grade, 1 floor

Replacement Cost Value:   3,240,000

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $25,000 | $11,102.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history can affect your premium.  For more information contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $2,746.00 |
| FULL RISK PREMIUM: | $8,431.00 |
| DISCOUNTED PREMIUM: | $8,431.00 |
| Reserve Fund Assessment: | $1,518.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |

TOTAL WRITTEN PREMIUM AND FEES:          $10,246.00

## THIS IS NOT A BILL

Premium Paid by: Insured

### Forms and Endorsements

WFL 99.415 1117 1117    FFL 99.310 0120 0120    WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President



0084316091152282733323087                    00005

Company

## POLICY PAYMENT TRANSMITTAL

**WRIGHT** Flood

Wright National Flood Insurance Company
A Stock Company
PO Box 33003
St. Petersburg, FL, 33733
Office: 800.820.3242
Fax: 800.850.3299   20-030223-6

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZALP | 03/02/2023 | 12 Months | 09115228273300 |

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY ADDRESS | |
|---|---|---|---|
| Agency Number | 84316 | Mailing Address | 204 N HOWARD AVE |
| Agency | USI INSURANCE SERVICES LLC | | TAMPA, FL 33606-1552 |
| Address | 2502 N ROCKY POINT DR STE 400 | Property Address | 7501 W HILLSBOROUGH AVE |
| | TAMPA, FL 33607 | | TAMPA, FL 33615-4100 |
| Phone Number | 813.321.7500 | | |

### PAYMENT INFORMATION

| | |
|---|---|
| Payment Method | Check |
| Payor | TOWN N COUNTRY PLAZALP |
| Transaction Date | 03/02/2023 |
| Amount Paid | $10,246.00 |
| Check Number | 1000 |

### LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
**Loan Number:** tbd
**Lender Type:** First Mortgagee
**Lender Interest:** Building Only
**Lender Clause(s):** ISAOA ATIMA
**Bill To Lender?:** No

### NOTES

THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION CHECKLIST
(additional items, not indicated below, may be required)

### PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282733 00 00000000 NB 1230302 8 ITY

1300



**WRIGHT** Flood
Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/29/23
2000 11523 FLD  RGLR

# FLOOD DECLARATIONS PAGE
AMENDED EFFECTIVE:  3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282731  00 | 1152282731 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 3/02/23  To:3/02/24 12:01 am Standard Time | 03/29/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

TOWN N COUNTRY PLAZALP
204 N HOWARD AVE
TAMPA FL 33606-1552

southeastcarrierdocsdelivery@usi.com

Property Location (if other than above)           Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, 7535-7543 W HILLSBOROUGH AVE, TAMPA FL 33615

## Rating Information

Rate Category:  Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description:  Commercial

Flood Risk: AE
First Floor Height:    3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/1967
Prior NFIP Claims:    0

Property Description: Slab on Grade, 1 floor

Replacement Cost Value:    562,500

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $250,000 | $25,000 | $5,715.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history
can affect your premium.  For more information
contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $1,236.00 |
| FULL RISK PREMIUM: | $4,554.00 |
| DISCOUNTED PREMIUM: | $4,554.00 |
| Reserve Fund Assessment: | $820.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |
| TOTAL WRITTEN PREMIUM AND FEES: | $5,671.00 |

## THIS IS NOT A BILL

Premium Paid by: Insured

## Forms and Endorsements:

WFL 99.415 1117 1117    FFL 99.310 0120 0120    WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President

0084316091152282731230BB                    00004



Company

| POLICY PAYMENT TRANSMITTAL | |
|---|---|
|  | Wright National Flood Insurance Company<br>A Stock Company<br>PO Box 33003<br>St. Petersburg, FL, 33733<br>Office: 800.820.3242<br>Fax: 800.850.3299   *20-030223.A* |

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZALP | 03/02/2023 | 12 Months | 09115228273100 |

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY ADDRESS | |
|---|---|---|---|
| **Agency Number**   84316 | | **Mailing Address** | 204 N HOWARD AVE |
| **Agency**   USI INSURANCE SERVICES LLC | | | TAMPA, FL 33606-1552 |
| **Address**   2502 N ROCKY POINT DR STE 400 | | **Property Address** | 7501 W HILLSBOROUGH AVE |
| TAMPA, FL 33607 | | | TAMPA, FL 33615-4100 |
| **Phone Number**   813.321.7500 | | | |

### PAYMENT INFORMATION

**Payment Method**   Check
**Payor**   TOWN N COUNTRY PLAZALP
**Transaction Date**   03/02/2023
**Amount Paid**   $5,671.00
**Check Number**   1000

### LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
**Loan Number:** tbd
**Lender Type:** First Mortgagee
**Lender Interest:** Building Only
**Lender Clause(s):** ISAOA ATIMA
**Bill To Lender?:** No

### NOTES

THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION CHECKLIST
(additional items, not indicated below, may be required)

### PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

**NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.**
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282731 00 00000000 NB 1230302 4 ITY BCDSPXSELL

*1300*



**WRIGHT** Flood

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/28/23
2000 11523 FLD  RGLR

**FLOOD DECLARATIONS PAGE**
AMENDED EFFECTIVE: 3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282686  00 | 1152282686 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 3/02/23 To:3/02/24 12:01 am Standard Time | 03/28/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

TOWN N COUNTRY PLAZA
204 N HOWARD AVE
TAMPA FL 33606-1552

southeastcarrierdocsdelivery@usi.com

Property Location (if other than above)           Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, TAMPA FL 33615

**Rating Information**

Rate Category:  Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description:  Commercial

Property Description: Slab on Grade, 1 floor

Flood Risk: AE
First Floor Height:   3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/2003
Prior NFIP Claims:   0

Replacement Cost Value:   1,250,000

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $25,000 | $11,102.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history
can affect your premium.  For more information
contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $2,746.00 |
| FULL RISK PREMIUM: | $8,431.00 |
| DISCOUNTED PREMIUM: | $8,431.00 |
| Reserve Fund Assessment: | $1,518.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |
| TOTAL WRITTEN PREMIUM AND FEES: | $10,246.00 |

**THIS IS NOT A BILL**

Premium Paid by: Insured

**Forms and Endorsements:**
WFL 99.415 1117 1117    FFL 99.310 0120 0120    WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President

00843160911522826862308?        0000C        Company



## POLICY PAYMENT TRANSMITTAL



Wright National Flood Insurance Company
A Stock Company
PO Box 33003
St. Petersburg, FL, 33733
Office: 800.820.3242
Fax: 800.850.3299  20-030223.3

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZA | 03/02/2023 | 12 Months | 09115228268600 |

### AGENCY INFORMATION

| | |
|---|---|
| Agency Number | 84316 |
| Agency | USI INSURANCE SERVICES LLC |
| Address | 2502 N ROCKY POINT DR STE 400 |
| | TAMPA, FL 33607 |
| Phone Number | 813.321.7500 |

### INSURED MAILING AND PROPERTY ADDRESS

Mailing Address: 204 N HOWARD AVE, TAMPA, FL 33606-1552

Property Address: 7501 W HILLSBOROUGH AVE, TAMPA, FL 33615-4100

### PAYMENT INFORMATION

Payment Method: Check
Payor: TOWN N COUNTRY PLAZA
Transaction Date: 03/02/2023
Amount Paid: $10,246.00
Check Number: 1000

### LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
Loan Number: tbd
Lender Type: First Mortgagee
Lender Interest: Building Only
Lender Clause(s): ISAOA ATIMA
Bill To Lender?: No

### NOTES

THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION CHECKLIST
(additional items, not indicated below, may be required)

### PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282686 00 00000000 NB 1230302 1 ITY BPRSPGETSB

7300



**WRIGHT** Flood

Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/28/23
2000 11523 FLD  RGLR

## FLOOD DECLARATIONS PAGE
AMENDED EFFECTIVE:  3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282736  00 | 1152282736 | General Property Form |

| Policy Period | | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|---|
| From: 3/02/23 To:3/02/24 12:01 am Standard Time | | 03/28/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

TOWN N COUNTRY PLAZALP
204 N HOWARD AVE
TAMPA FL 33606-1552

southeastcarrierdocsdelivery@usi.com

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, FOR BLDG 7575, TAMPA FL 33615

### Rating Information

Rate Category: Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description:  Commercial

Flood Risk: AE
First Floor Height:   3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/1967
Prior NFIP Claims:    0

Property Description: Slab on Grade, 1 floor

Replacement Cost Value:   1,000,000

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $25,000 | $10,162.00 |
| CONTENTS    NO CONTENTS COVERAGE | | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history can affect your premium.  For more information contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $2,511.00 |
| FULL RISK PREMIUM: | $7,726.00 |
| DISCOUNTED PREMIUM: | $7,726.00 |
| Reserve Fund Assessment: | $1,391.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |
| TOTAL WRITTEN PREMIUM AND FEES: | $9,414.00 |

## THIS IS NOT A BILL

Premium Paid by: Insured

### Forms and Endorsements:

WFL 99.415 1117 1117   FFL 99.310 0120 0120   WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President



0084316091152282736 23087                    00008

| POLICY PAYMENT TRANSMITTAL | |
|---|---|
|  **WRIGHT** Flood | Wright National Flood Insurance Company<br>A Stock Company<br>PO Box 33003<br>St. Petersburg, FL, 33733<br>Office: 800.820.3242   20-030223.2<br>Fax: 800.850.3299 |

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZALP | 03/02/2023 | 12 Months | 09115228273600 |

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY ADDRESS | |
|---|---|---|---|
| **Agency Number** | 84316 | **Mailing Address** | 204 N HOWARD AVE |
| **Agency** | USI INSURANCE SERVICES LLC | | TAMPA, FL 33606-1552 |
| **Address** | 2502 N ROCKY POINT DR STE 400 | **Property Address** | 7501 W HILLSBOROUGH AVE |
| | TAMPA, FL 33607 | | TAMPA, FL 33615-4100 |
| **Phone Number** | 813.321.7500 | | |

## PAYMENT INFORMATION

| | |
|---|---|
| **Payment Method** | Check |
| **Payor** | TOWN N COUNTRY PLAZALP |
| **Transaction Date** | 03/02/2023 |
| **Amount Paid** | $9,414.00 |
| **Check Number** | 1000 |

## LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
Loan Number: tbd
Lender Type: First Mortgagee
Lender Interest: Building Only
Lender Clause(s): ISAOA ATIMA
Bill To Lender?: No

## NOTES

THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION CHECKLIST
(additional items, not indicated below, may be required)

## PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282736 00 00000000 NB 1230302 9 ITY BCDSPXSELL

1300



**WRIGHT**
Wright National Flood Insurance Company   Flood

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 1021
0084316
3/28/23
2000 11523 FLD  RGLR

**FLOOD DECLARATIONS PAGE**
AMENDED EFFECTIVE: 3/02/23

National Flood Insurance Policy

| Policy Number | NFIP Policy Number | Product Type: |
|---|---|---|
| 09 1152282735  00 | 1152282735 | General Property Form |

| Policy Period | | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|---|
| From: 3/02/23  To:3/02/24 12:01 am Standard Time | | 03/28/2023 | 0084316 | |

Agent (813)321-7500
USI INSURANCE SERVICES LLC
2502 N ROCKY POINT DR STE 400
TAMPA FL 33607-1443

southeastcarrierdocsdelivery@usi.com

TOWN N COUNTRY PLAZALP
204 N HOWARD AVE
TAMPA FL 33606-1552

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
7501 W HILLSBOROUGH AVE, FOR BLDG 7565, TAMPA FL 33615

**Rating Information**

Rate Category: Rating Engine
Primary Residence: N
Building Occupancy: Non-Residential Building
Building Description: Commercial

Property Description: Slab on Grade, 1 floor

Flood Risk: AE
First Floor Height:  3.5 ft
Method Used to Determine First Floor Height: FEMA Determined
Date of Construction: 07/01/1967
Prior NFIP Claims:   0

Replacement Cost Value:  10,000,000

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $25,000 | $11,102.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |

Your property's NFIP flood claims history
can affect your premium.  For more information
contact your insurance agent or company.

| | |
|---|---|
| ICC Premium: | $75.00 |
| Community Rating Discount: | $2,746.00 |
| FULL RISK PREMIUM: | $8,431.00 |
| DISCOUNTED PREMIUM: | $8,431.00 |
| Reserve Fund Assessment: | $1,518.00 |
| Federal Policy Service Fee: | $47.00 |
| HFIAA Surcharge: | $250.00 |
| TOTAL WRITTEN PREMIUM AND FEES: | $10,246.00 |

**THIS IS NOT A BILL**

Premium Paid by: Insured

**Forms and Endorsements**

WFL 99.415 1117 1117    FFL 99.310 0120 0120    WFL 99.118 1021 1021

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President





| POLICY PAYMENT TRANSMITTAL | |
|---|---|
|  WRIGHT *Flood* | Wright National Flood Insurance Company<br>A Stock Company<br>PO Box 33003<br>St. Petersburg, FL, 33733<br>Office: 800.820.3242<br>Fax: 800.850.3299  *20-030223-1* |

| INSURED | EFFECTIVE DATE | TERM | POLICY NUMBER |
|---|---|---|---|
| TOWN N COUNTRY PLAZALP | 03/02/2023 | 12 Months | 09115228273500 |

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY ADDRESS | |
|---|---|---|---|
| Agency Number | 84316 | Mailing Address | 204 N HOWARD AVE |
| Agency | USI INSURANCE SERVICES LLC | | TAMPA, FL 33606-1552 |
| Address | 2502 N ROCKY POINT DR STE 400 | Property Address | 7501 W HILLSBOROUGH AVE |
| | TAMPA, FL 33607 | | TAMPA, FL 33615-4100 |
| Phone Number | 813.321.7500 | | |

## PAYMENT INFORMATION

| | |
|---|---|
| Payment Method | Check |
| Payor | TOWN N COUNTRY PLAZALP |
| Transaction Date | 03/02/2023 |
| Amount Paid | $10,246.00 |
| Check Number | 1000 |

## LENDER INFORMATION

VALLEY NATIONAL BANK
PO BOX 3409
COPPELL, TX 75019
**Loan Number:** tbd
**Lender Type:** First Mortgagee
**Lender Interest:** Building Only
**Lender Clause(s):** ISAOA ATIMA
**Bill To Lender?:** No

## NOTES

**THIS IS NOT AN OFFER FOR ENDORSEMENT. THIS QUOTE IS NON-FIRM AND NON-BINDING AND SUBJECT TO REVIEW AND ADJUSTMENT. INCREASED COVERAGE DOES NOT EXIST UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED BY WRIGHT NATIONAL FLOOD INSURANCE COMPANY AND THE WAITING PERIOD HAS EXPIRED. REQUIRED DOCUMENTATION CHECKLIST**
**(additional items, not indicated below, may be required)**

## PLEASE SUBMIT THIS TRANSMITTAL WITH ALL CHECK PAYMENTS

Please include a copy of this form, signed by the check owner, when submitting your payment.

**NO COVERAGE EXISTS UNTIL PAYMENT OF TOTAL PREMIUM IS RECEIVED AND THE WAITING PERIOD HAS EXPIRED.**
Notice: This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

RGLR 091152282735 00 00000000 NB 1230302 2 ITY BGBSP238

*7300*



# EVANSTON INSURANCE COMPANY

State Transaction Code:

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 3AA651433      **RENEWAL OF POLICY:** NEW

Named Insured and Mailing Address (No., Street, Town or City, County, State, Zip Code)
TOWN N COUNTRY PLAZA
204 N HOWARD AVE
TAMPA, FL 33606

Policy Period: From 03/01/2023 to 03/01/2024 at 12:01 A.M. Standard Time at your mailing address shown above.

BUSINESS DESCRIPTION: REAL ESTATE

| FORM OF BUSINESS | | | | |
|---|---|---|---|---|
| ☐ Individual | ☐ Partnership | ☐ Joint Venture | ☐ Trust | ☐ Corporation |
| ☐ Limited Liability Company | | ☒ Other Organization: | LIMITED PARTNERSHIP | |

Audit Period: Annual unless otherwise stated:      FTZ Code:

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S), BUT ONLY FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | |
|---|---|
| Commercial Property Coverage Part | $ Not Covered |
| Commercial General Liability Coverage Part | $ 25,658.00 |
| Commercial Inland Marine Coverage Part | $ Not Covered |
| Commercial Ocean Marine Coverage Part | $ Not Covered |
| Commercial Professional Liability Coverage Part | $ Not Covered |
| Commercial Automobile Liability Coverage Part | $ Not Covered |
| Liquor Liability Coverage Part | $ Not Covered |
| Crime Coverage Part | $ Not Covered |
| Other Coverages: Terrorism - Certified Acts | $ Excluded |
| | $ |
| **Premium Total** | $ 25,658.00 |
| Other Charges: Taxes and Fees - See MDIL 1002 | $ 1,807.90 |
| | $ |
| | $ |
| **GRAND TOTAL** | $ 27,465.90 |

"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."

"SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

**Producer Number, Name and Mailing Address**

MDIL 1000 08 11      Page 1 of 2

| 210252 | State Surplus Lines License # |
| RT Specialty, LLC | |
| 150 South U.S. Highway 1 3rd Floor | Inspection Ordered: Yes ☒ No ☐ |
| Jupiter, FL 33477 | Program Code: |

| **Endorsements** |
| --- |
| Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue: |
| SEE FORMS SCHEDULE - MDIL 1001 |

| **These declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.** |
| --- |

Countersigned: <u>03/15/2023</u>            BY:
            Date



**EVANSTON INSURANCE COMPANY**

State Transaction Code:

**MARKEL®**

## COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

POLICY NUMBER: EZXS3108530                    RENEWAL OF POLICY: NEW

Named Insured and Mailing Address (No., Street, Town or City, County, State, Zip Code)

TOWN N COUNTRY PLAZA
204 N HOWARD AVE
TAMPA, FL  33606

Policy Period: From 03/01/2023 to 03/01/2024    at 12:01 A.M. Standard Time at your mailing address shown above.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

### Limits Of Insurance

| | |
|---|---|
| Each Occurrence Limit: | $ 5,000,000 |
| Aggregate Limit: | $ 5,000,000 |
| Retained Limit / Each Occurrence: | $ |

### Premium

| | |
|---|---|
| Policy Premium: | $ 5,500.00 |
| Terrorism Premium: | $ Not Covered |
| Fees (Where Applicable): | $ 458.76 |
| Total Premium: | $ 5,958.76    Payable At Inception |

Audit Period:  ☒ Not Applicable  ☐ Annual  ☐ Semi-Annual  ☐ Quarterly  ☐ Monthly

Rating Basis (If Subject To Audit)    Premium Basis:                    Rate:

"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.  PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."

"SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

**Producer Number, Name and Mailing Address**

210252
RT Specialty, LLC
150 South U.S. Highway 1 3rd Floor
Jupiter, FL  33477

### Endorsements

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

Per Forms Schedule

### Schedule Of Underlying Insurance

Per Schedule Of Underlying Insurance

**These declarations, together with the Coverage Form and any Endorsement(s), complete the above numbered policy.**

03/15/2023                    By:

USI Insurance Services, LLC

PO Box 62689 * Virginia Beach, VA 23466

*1300*

---------- **I N V O I C E** ----------

SSG Commercial, LLC
204 N. Howard Ave
Tampa, FL 33606

**Print Date** 04/18/23
**Bill-to Code** SSGCOM

**Amount Remitted: $**
Pay via Credit Card or EFT Draft; usi.com/paymybill

Make checks payable to: USI Insurance Services, LLC

| Invoice No. | Effective Date | Policy Period | Coverage Description | Transaction Amt |
|---|---|---|---|---|
| 4527252 | 03/01/23 | 03/01/23 to 03/01/24 | Evanston Insurance Company Policy No. EZXS3108530 *New - Excess Liability | 5,500.00 |
| | | | Policy Fee - Excess Liability | 175.00 |
| | | | Surplus Line Tax - Excess Liability | 280.35 |
| | | | Stamping Fee - Excess Liability | 3.41 |
| | | | Named insured: Town N Country Plaza LP | |
| | | | Inv Order#: 413*7148526          Amount Due: | 5,958.76 |
| 4560112 | 03/01/23 | 03/01/23 to 03/01/24 | Evanston Insurance Company Policy No. 3AA65143 *Renewal - General Liability | 25,658.00 |
| | | | Policy Fee - General Liability | 350.00 |
| | | | Stamping Fee - General Liability | 15.69 |
| | | | Surplus Line Tax - General Liability | 1,292.21 |
| | | | Inspection Fee - General Liability | 150.00 |
| | | | Named insured: Town N Country | |
| | | | Inv Order#: 413*7185697          Amount Due: | 27,465.90 |
| | | | Grand total: | $33,424.66 |

*Invoices are Due and Payable upon Receipt*

Page: 1                          MULTIPLE INVOICE
FRAUD PREVENTION NOTICE: USI will never provide unsolicited payment instructions. You should only change payment instructions if confirmed by calling your USI Account Manager or contacting your local USI office.



NANCY C. MILLAN
HILLSBOROUGH COUNTY
TAX COLLECTOR

**hillstax.org**



# 2023 HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| Account No.: A0080930000 | Property Location: |
|---|---|
| Account Name/Address: TOWN N COUNTRY PLAZA LP<br>204 N HOWARD AVE UNIT 2<br>TAMPA, FL 33606-1552 | 7501 W HILLSBOROUGH AVE,<br>TAMPA,<br>33615 |

**Legal Description:**
FROM SW COR OF SEC RUN N 20.9 FT TO NLY R/W OF
HILLSBORO AVE AND ELY 507.11 FT A
See Additional Legal on Tax Roll

## Ad Valorem Taxes

| Taxing Authority | Telephone | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Amount |
|---|---|---|---|---|---|---|
| COUNTY OPERATING | 813-272-5890 | 7,770,300 | 0 | 7,770,300 | 5.7309 | 44,530.81 |
| ENVIRONMENTAL LAND | 813-272-5890 | 7,770,300 | 0 | 7,770,300 | 0.0604 | 469.33 |
| COUNTY M.S.T.U. | 813-272-5890 | 7,770,300 | 0 | 7,770,300 | 4.3745 | 33,991.18 |
| LIBRARY-SERVICE | 813-273-3660 | 7,770,300 | 0 | 7,770,300 | 0.5583 | 4,338.16 |
| PARK BONDS - UNINCORPORATED | 813-272-5890 | 7,770,300 | 0 | 7,770,300 | 0.0259 | 201.25 |
| SCHOOL - LOCAL | 813-272-4064 | 7,770,300 | 0 | 7,770,300 | 2.2480 | 17,467.63 |
| SCHOOL - STATE | 813-272-4064 | 7,770,300 | 0 | 7,770,300 | 3.1520 | 24,491.99 |
| PORT AUTHORITY | 813-905-5132 | 7,770,300 | 0 | 7,770,300 | 0.0770 | 598.31 |
| HILLS CO TRANSIT AUTHORITY | 813-384-6583 | 7,770,300 | 0 | 7,770,300 | 0.5000 | 3,885.15 |
| CHILDRENS BOARD | 813-229-2884 | 7,770,300 | 0 | 7,770,300 | 0.4589 | 3,565.79 |
| WATER MANAGEMENT | 352-796-7211 | 7,770,300 | 0 | 7,770,300 | 0.2043 | 1,587.47 |

| | | | | Total Millage: | 17.3902 | Total Ad Valorem Taxes: | $135,127.07 |
|---|---|---|---|---|---|---|---|

## Non-Ad Valorem Taxes

| Taxing Authority | Telephone | Tax Amount |
|---|---|---|
| LIGHTING DISTRICT 1064 | 813-635-5400 | 1,428.91 |
| STORMWATER MANAGEMENT | 813-635-5400 | 10,186.59 |

| Total Non-Ad Valorem Assessments: | $11,615.50 | Combined Taxes & Assessments: | $146,742.57 |
|---|---|---|---|

⇩ Detach below portion and return it with your payment. ⇩

---

| Nancy C. Millan, Hillsborough County Tax Collector | 2023 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS |
|---|---|

| Account No.: A0080930000 | Tax District: U | Escrow: | Assessed Value: 7,770,300 | Exemptions: |
|---|---|---|---|---|

**ONLY PAY ONE AMOUNT**
Postmarks not accepted after March 31st.

| If Paid By | Amount Due |
|---|---|
| Nov 30, 2023 | $0.00 |
| | |
| | |
| | |

SAVE A STAMP
& PAY ONLINE!

SCAN QR CODE
WITH SMARTPHONE



Remember to write your account number on your check.
Make checks payable in US funds to:

Nancy C. Millan, Tax Collector
PO Box 30012
Tampa FL 33630-3012

TOWN N COUNTRY PLAZA LP
204 N HOWARD AVE UNIT 2
TAMPA, FL 33606-1552

11/21/2023ective Date 11/20/202: Receipt # 23-634-015537          $140,872.87          Paid

## Town 'N Country Plaza LLC

204 N Howard Avenue
Tampa, FL 33606

**Statement date**: 10/31/2024
**Move in date**: 09/28/2001
**Recurring rent**: 15,625.00

## Unpaid Charges



**Big Lots #547**

4900 E Dublin Granville Road
Lease Admin Dept #10051
Columbus, OH 43081-7651



**Town 'n Country Plaza LLC**

7500-7605 W. Hillsborough Ave.
Tampa, FL 33615

**Unit**: 13

**Phone**: (813) 249-4818
**Home**: (614) 278-3492

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 03/06/2024 | CAM Recovery - 2023 Annl CAM Recovery | 1,030.80 | 0.00 | 1,030.80 |
| 03/06/2024 | Real Estate Tax Recovery - 2023 Annual RET Recovery | 27,350.41 | 64.39 | 28,316.82 |
| 03/06/2024 | Sales Tax Liability - Tax charge from CAM Recovery | 61.85 | 0.00 | 28,378.67 |
| 03/06/2024 | Sales Tax Liability - Tax charge from Real Estate Tax Recovery | 1,641.02 | 2.25 | 30,017.44 |
| 07/01/2024 | Rental Income - July 2024 - RENT | 15,625.00 | 14,996.82 | 30,645.62 |
| 07/01/2024 | Sales Tax Liability - Tax charge from Rental Income | 546.88 | 524.89 | 30,667.61 |
| 08/01/2024 | Rental Income - August 2024 - RENT | 15,625.00 | 15,438.57 | 30,854.04 |
| 08/01/2024 | Sales Tax Liability - Tax charge from Rental Income | 546.88 | 540.35 | 30,860.57 |
| 09/01/2024 | CAM Recovery - September 2024 - CAM | 2,849.70 | 0.00 | 33,710.27 |
| 09/01/2024 | Rental Income - September 2024 - RENT | 15,625.00 | 0.00 | 49,335.27 |
| 09/01/2024 | Sales Tax Liability - Tax charge from CAM Recovery | 99.74 | 0.00 | 49,435.01 |
| 09/01/2024 | Sales Tax Liability - Tax charge from Rental Income | 546.88 | 0.00 | 49,981.89 |
| 10/01/2024 | Rental Income - October 2024 - RENT | 15,625.00 | 15,438.57 | 50,168.32 |
| 10/01/2024 | Sales Tax Liability - Tax charge from Rental Income | 546.88 | 540.35 | 50,174.85 |
| **Total** | | | | **50,174.85** |

| Total Amount Due | 0 - 30 Days | 30+ Days |
|---|---|---|
| 50,174.85 | 192.96 | 49,981.89 |