# EXHIBIT 1

## Bay Valley Shopping Center LLC
## A/R Aging Detail
### As of September 9, 2024

| Date | Transaction Type | Invoice Number | Customer | Due Date | Amount |
|---|---|---|---|---|---|
| 08/01/2024 | Invoice | 1504 | Unit 2580:Big Lots | 08/01/2024 | $ 13,271.54 |
| 07/08/2024 | Invoice | 1495 | Unit 2580:Big Lots | 08/07/2024 | $ 5,062.84 |
| 09/01/2024 | Invoice | 1517 | Unit 2580:Big Lots | 09/01/2024 | $ 13,271.54 |
| 08/08/2024 | Invoice | 1510 | Unit 2580:Big Lots | 09/07/2024 | $ 5,222.43 |
| 08/08/2024 | Invoice | 1508 | Unit 2580:Big Lots | 09/07/2024 | $ 25,483.52 |
| **TOTAL** | | | | | **$ 62,311.87** |

**Bay Valley Shopping Center LLC**  
19 Clifford St (c/o Parisienne Management)  
DETROIT, MI  48226 US  
sallen@parisiennedevelopment.com

# Invoice

| BILL TO |
| --- |
| Big Lots |
| Big Lots, Inc |
| 300 Phillipi Road |
| Columbus, OH  13104-3228 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1495 | 07/08/2024 | $5,062.84 | 08/07/2024 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Electric Tenant | 6/7 - 7/8 | 1 | 5,062.84 | 5,062.84 |

|  |  |
| --- | --- |
| SUBTOTAL | 5,062.84 |
| TAX | 0.00 |
| TOTAL | 5,062.84 |
| BALANCE DUE | **$5,062.84** |

**Bay Valley Shopping Center LLC**
19 Clifford St (c/o Parisienne Management)
DETROIT, MI  48226 US
sallen@parisiennedevelopment.com

# Invoice

**BILL TO**
Big Lots, Inc
300 Phillipi Road
Columbus, OH  13104-3228

| INVOICE # | DATE | TOTAL DUE | DUE DATE | ENCLOSED |
|---|---|---|---|---|
| 1504 | 08/01/2024 | $13,271.54 | 08/01/2024 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **Rent Big Lots** | Monthly Rental | 1 | 11,272.96 | 11,272.96 |
| | **CAM Big Lots** | | 1 | 1,998.58 | 1,998.58 |

SUBTOTAL  13,271.54
TAX  0.00
TOTAL  13,271.54
BALANCE DUE  **$13,271.54**

**Bay Valley Shopping Center LLC**
19 Clifford St (c/o Parisienne Management)
DETROIT, MI  48226 US
sallen@parisiennedevelopment.com

# Invoice

| BILL TO |
| --- |
| Big Lots |
| Big Lots, Inc |
| 34900 E Dublin Granville Rd |
| Columbus, OH  43081 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1508 | 08/08/2024 | $25,483.52 | 09/07/2024 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | **RET Big Lots** | 2024 Summer Property Tax | 182,808.59 | 0.1394 | 25,483.52 |

| | |
| --- | --- |
| SUBTOTAL | 25,483.52 |
| TAX | 0.00 |
| TOTAL | 25,483.52 |
| BALANCE DUE | **$25,483.52** |

**Bay Valley Shopping Center LLC**
19 Clifford St (c/o Parisienne Management)
DETROIT, MI  48226 US
sallen@parisiennedevelopment.com

# Invoice

| BILL TO |
| --- |
| Big Lots |
| Big Lots, Inc |
| 4900 E Dublin Granville Rd |
| Columbus, OH  43081 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1510 | 08/08/2024 | $5,222.43 | 09/07/2024 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | **Electric Tenant** | 7/8-8/8 | 1 | 5,222.43 | 5,222.43 |

|  |  |
| --- | --- |
| SUBTOTAL | 5,222.43 |
| TAX | 0.00 |
| TOTAL | 5,222.43 |
| BALANCE DUE | **$5,222.43** |

**Bay Valley Shopping Center LLC**
19 Clifford St (c/o Parisienne Management)
DETROIT, MI  48226 US
sallen@parisiennedevelopment.com

# Invoice

**BILL TO**
Big Lots, Inc
300 Phillipi Road
Columbus, OH  13104-3228

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 1517 | 09/01/2024 | $13,271.54 | 09/01/2024 | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **Rent Big Lots** | Monthly Rental | 1 | 10,669.62 | 10,669.62 |
| | **CAM Big Lots** | | 1 | 1,565.98 | 1,565.98 |
| | **Rent Big Lots** | | 1 | 160.51 | 160.51 |
| | **RET Big Lots** | rent increase | 1 | 875.43 | 875.43 |

|  |  |
|---|---|
| SUBTOTAL | 13,271.54 |
| TAX | 0.00 |
| TOTAL | 13,271.54 |
| BALANCE DUE | **$13,271.54** |