Donald J. Churnside, OSB 791876
dchurnside@hershnerhunter.com
Nancy Cary, OSB 902254
ncary@hershnerhunter.com
Hershner Hunter, LLP
675 Oak Street, Suite 400
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

*Of Attorneys for Creditor Polen Development LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 24-11967-jks11 |
|---|---|
| BIG LOTS, INC., *et al.*, | OBJECTION TO ASSUMPTION AND ASSIGNMENT |
| Debtors. | |

COMES NOW, Polen Development LLC, a duly qualified Oregon limited liability company, and hereby objects to the Debtors' statement of arrearage and amounts required to cure alleged defaults on Big Lots Store # 4547.

The arrearage alleged in the Debtors' notice is $25,840.00 for Store # 4547, 5790 Main Street, Springfield, Oregon. The actual arrearage for such store includes additional property taxes of $10,044.00. The arrearage on such lease is September rent of $24,456.67, September 20, 2024 common area maintenance charges of $1,383.47, and prorated property taxes of $10,044.00, for a total arrearage of $35,884.14.

Page 1 of 2 – OBJECTION TO ASSUMPTION AND ASSIGNMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

DATED: November 1, 2024.

                HERSHNER HUNTER, LLP

By  */s/ Donald J. Churnside*
     Donald J. Churnside, OSB 791876
     dchurnside@hershnerhunter.com
     Telephone: (541) 686-8511
     Facsimile: (541) 344-2025
     Of Attorneys for Creditor Polen Development LLC

Page 2 of 2 – OBJECTION TO ASSUMPTION AND ASSIGNMENT

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, the foregoing **OBJECTION TO ASSUMPTION AND ASSIGNMENT** was served on the parties listed below by: ___ depositing in the United States mail at Eugene, Oregon, enclosed in a sealed envelope, with postage paid; _√_ electronic filing; _____ sending via facsimile machine to each person(s) fax number of record; ____ delivering by messenger, and addressing as follows:

| Name and address | Service method |
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Notice.biglots@davispolk.com | Electronic Filing and E-mail |
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Buts, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Biglots.mnat@morrisnichols.com | Electronic Filing and E-mail |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@chote.com | Electronic Filing and E-mail |
| Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Regina.kelbon@blankrome.com<br>Stanley.tarr@blankrome.com | Electronic Filing and E-mail |

| | |
|---|---|
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com | Electronic Filing and E-mail |
| John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com | Electronic Filing and E-mail |
| Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Electronic Filing and E-mail |
| Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com | Electronic Filing and E-mail |
| Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>Nicholas.adzima@kirkland.com | Electronic Filing and E-mail |
| Linda J. Casey<br>Caleb Bobbs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Linda.casey@usdoj.gov | Electronic Filing and E-mail |

HERSHNER HUNTER, LLP


By  */s/ Donald J. Churnside*
Donald J. Churnside, OSB 791876
dchurnside@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
Of Attorneys for Creditor Polen Development LLC