**EXHIBIT "B"**

**Lawrenceville Comm. Properties, LLC** # Statement

5801 Congress Avenue
Suite #219
Boca Raton, FL 33487
561-860-9402

**TO:**

Big Lots #370
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651

| Billing Period | Statement Date |
|---|---|
| 08/01/24 - 10/29/24 | 10/29/24 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| Lawren | 1 | RET/OFF | 123 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 75,361.42 | 16,238.32 | 59,123.10 |

| Last Payment | Amount Enclosed |
|---|---|
| 10/4/24  $16,238.32  954282 | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 08/01/24 | IV# 26151 | Common Area Maint. | Common Area Maint. | 2,254.87 |
| 08/01/24 | IV# 26151 | Property Taxes | Property Taxes | 1,560.78 |
| 08/01/24 | IV# 26151 | Rent Charge | Rent Charge | 12,422.67 |
| 09/01/24 | IV# 26353 | Common Area Maint. | Common Area Maint. | 2,254.87 |
| 09/01/24 | IV# 26353 | Property Taxes | Property Taxes | 1,560.78 |
| 09/01/24 | IV# 26353 | Rent Charge | Rent Charge | 12,422.67 |
| 10/01/24 | IV# 26557 | Common Area Maint. | Common Area Maint. | 2,254.87 |
| 10/01/24 | IV# 26557 | Property Taxes | Property Taxes | 1,560.78 |
| 10/01/24 | IV# 26557 | Rent Charge | Rent Charge | 12,422.67 |
| 10/04/24 | 954282 | Payment Received | | -16,238.32 |
| 10/24/24 | | Common Area Maint. | 2024 CAM Rec (1/1-9/30) | 26,646.46 |
| | | | Balance Due | 59,123.10 |

| Comments |
|---|
| |