# EXHIBIT C

**LAW OFFICES**
# BLAXBERG GRAYSON, P. A.
SUITE 730, INGRAHAM BUILDING
25 SOUTHEAST SECOND AVENUE
MIAMI, FLORIDA  33131-1506
www.blaxgray.com

|  |  |  |
|---|---|---|
| I. Barry Blaxberg | Telephone: (305) 381-7979 | West Coast Office |
| Moises T Grayson* | Telefax: (305) 371-6816 | 2047 5th Avenue N |
| Isabel Colleran | Barry.blaxberg@blaxgray.com | St. Petersburg, Fl. 33713 |
| Amanda Lipsky |  |  |
| Lissette Garcia |  |  |
| Hayden Cruise |  |  |
| Matthew Krause | August 29, 2024 |  |
| *Also Licensed in New York |  |  |

**VIA Email: shutkai@biglots.com**
**Certified Mail**
**Return Receipt Requested**
**Tracking No. :9589 0710 5270 0388 9816 77**
**First-Class U.S. Mail**
Big Lots, Inc.
Attn: Steve Hutkai
VP, Tax and Treasurer
4900 East Dublin Granville Road
Columbus, OH 43081

**VIA  Email: rrobins@biglots.com**
**Certified Mail**
**Return Receipt Requested**
**Tracking No. :9589 0710 5270 0388 9816 91**
**First-Class U.S. Mail**
Big Lots, Inc.
Attn: Ronald A. Robins, Jr. (Rocky)
EVP, General Counsel & Corp. Secretary
4900 East Dublin Granville Road
Columbus, OH 43081

**VIA Email: cmacke@biglots.com**
**Certified Mail**
**Return Receipt Requested**
**Tracking No. :9589 0710 5270 0388 9816 84**
**First-Class U.S. Mail**
Big Lots, Inc.
Attn: Chris Macke
Director, Real Estate Counsel
4900 East Dublin Granville Road
Columbus, OH 43081

**VIA Email: janunez@vorys.com**
**Certified Mail**
**Return Receipt Requested**
**Tracking No. :9859 0710 5270 0388 9817 07**
**First-Class U.S. Mail**
Vorys, Sater, Seymour and Pease LLP
Attn: Jacino A. Núñez
50 S. Main Street, Suite 1200
Akron, OH 44224

*Re***:**   *NOTICE OF DEFAULT UNDER POST-CLOSING AGREEMENT & LEASE*
*Post-Closing Agreement between BIG VICA Owner LLC, BIG SATX Owner LLC, BIG LCNM Owner LLC, BIG TAMI Owner LLC, BIG VEFL Owner LLC, BIG YVCA Owner LLC, BIG MIFL1 Owner LLC, BIG FOCA Owner LLC, BIG LACA Owner LLC, BIG NCCA Owner LLC, BIG BPCA Owner LLC, BIG MIFL2 Owner LLC, BIG LOCA Owner LLC, BIG DETX Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG ARCA Owner LLC, BIG FBTX Owner LLC, BIG VECA Owner LLC, BIG INCA Owner LLC, BIG GACA Owner LLC, BIG CHCA Owner LLC, BIG FRCA Owner LLC, BIG LOSCA Owner LLC, and BIG AVCA Owner LLC, each a Delaware limited liability company (collectively, "Buyer"), and Big Lots Stores, LLC, an Ohio limited liability company ("BLS Seller"), Big Lots Stores – PNS, LLC, a California limited liability company ("PNS Seller"), and AVDC, LLC, an Ohio limited liability company ("AVDC Seller"; AVDC Seller, BLS Seller, and PNS*

Page **1** of **2**

> *Seller, collectively, "Seller"), and BLBO Tenant, LLC, an Ohio limited liability company ("Tenant") dated August 25, 2023 (the "Post-Closing Agreement")*
> *Lease Agreement between BIG MIFL2 Owner LLC, a Delaware limited liability company ("Landlord") & Tenant (the "Lease")*
> *Property: 18325 South Dixie Highway, Miami, FL 33157 (the "Premises")*
> *Our File No.: 5261.0000*

Dear Mr. Hutkai, Mr. Robins, Mr. Macke, and Mr. Núñez:

This firm is counsel to Buyer and Landlord. Pursuant to the Post-Closing Agreement, Tenant was obligated to perform certain acts in relation to the identified and necessary repairs to the Premises, which included, among other things, the replacement of the roof with TPO roofing and required parking lot related maintenance and repairs (the "Work"). Specifically, Tenant was required to complete the Work by August 25, 2024.

As of the date of this letter, Tenant has failed to complete the Work. As provided for under Section 8 of the Post-Closing Agreement, this failure constitutes a default that entitles Buyer to pursue any and all remedies under the Lease.

Accordingly, this letter shall constitute a Notice of Default due to the above-described default under the Post-Closing Agreement and the Lease. Pursuant to Section 23 of the Lease, Landlord demands that Tenant cure this default. Absent a cure of this default, Landlord may elect to exercise all remedies available to it, including, but not limited to, the eviction of Tenant, Landlord retaking possession of the premises, and acceleration of all rents due through the term of the Lease. Tenant also shall be responsible for all reasonable attorney's fees and costs.

Landlord reserves all of Buyer's Landlord's rights and remedies that are available under the terms of the Post-Closing Agreement and the Lease and applicable law.

PLEASE GOVERN YOURSELF ACCORDINGLY.

                Sincerely,

                */s/ I. Barry Blaxberg*
                I. Barry Blaxberg, Esq.
                Blaxberg Grayson, P.A.
                25 SE 2nd Avenue, Suite 730
                Miami. Florida 33131
                Barry.blaxberg@blaxgray.com

Conforming copies to:
BIG MIFL2 Owner LLC; inotkin@fllc.com

**Envelope 1:**

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131



CERTIFIED MAIL®

9589 0710 5270 0388 9816 91

**Certified Mail - Return Receipt Requested**

Big Lots, Inc.
Attn: Ronald A. Robins, Jr. (Rocky)
EVP, General Counsel & Corp. Secretary
4900 East Dublin Granville Road
Columbus, OH 43081

FP US POSTAGE
$009.64
08/29/2024
036B 0011811106
First-Class - IMI
ZIP 33131

**Envelope 2:**

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

Big Lots, Inc.
Attn: Ronald A. Robins, Jr. (Rocky)
EVP, General Counsel & Corp. Secretary
4900 East Dublin Granville Road
Columbus, OH 43081



FP US POSTAGE
$000.69
08/29/2024
036B 0011811106
First-Class - IMI
ZIP 33131

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

**CERTIFIED MAIL®**

9589 0710 5270 0388 9816 84

Certified Mail - Return Receipt Requested

Big Lots, Inc.
Attn: Chris Macke
Director, Real Estate Counsel
4900 East Dublin Granville Road
Columbus, OH 43081



08/29/2024
036B 0011811106
**FP® US POSTAGE**
**$009.64⁰**
First-Class - IMI
ZIP 33131

---

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

Big Lots, Inc.
Attn: Chris Macke
Director, Real Estate Counsel
4900 East Dublin Granville Road
Columbus, OH 43081

08/29/2024
036B 0011811106
**FP® US POSTAGE**
**$000.69⁰**
First-Class - IMI
ZIP 33131

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

9589 0710 5270 0388 9817 07

CERTIFIED MAIL

**Certified Mail - Return Receipt Requested**

Vorys, Sater, Seymour and Pease LLP
Attn: Jacino A. Núñez
50 S. Main Street, Suite 1200
Akron, OH 44224

08/29/2024
036B 0011811106
US POSTAGE
$009.64
First-Class - IMI
ZIP 33131

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

Vorys, Sater, Seymour and Pease LLP
Attn: Jacino A. Núñez
50 S. Main Street, Suite 1200
Akron, OH 44224

08/29/2024
036B 0011811106
US POSTAGE
$000.69
First-Class - IMI
ZIP 33131

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

9589 0710 5270 0388 9836 77

CERTIFIED MAIL

Certified Mail - Return Receipt Requested

Big Lots, Inc.
Attn: Steve Hutkai
VP, Tax and Treasurer
4900 East Dublin Granville Road
Columbus, OH 43081



08/29/2024
036B 0011811106
US POSTAGE $009.64
First-Class - IMI
ZIP 33131

I. Barry Blaxberg, Esquire
Blaxberg Grayson, P.A.
25 SE 2nd Avenue, Suite 730
Miami, Florida 33131

Big Lots, Inc.
Attn: Steve Hutkai
VP, Tax and Treasurer
4900 East Dublin Granville Road
Columbus, OH 43081



08/29/2024
036B 0011811106
US POSTAGE $000.69
First-Class - IMI
ZIP 33131