# EXHIBIT A

Tenant:
Landlord:  Big MIFL2 Owner, LLC
Address:  18325 South Dixie Highway, Miami, Florida 33517

## Lease Cure Amounts

### Lease Monetary Defaults

| | |
|---|---:|
| Rent:  September, October and November 2024 | $108,974.94 |
| 2024 Real Estate Taxes | |
| Folio:  33-5032-047-0010 | $163,658.24 |
| Folio: 33-5032-047-021 | $27,764.33 |

### Post-Closing Matters Agreement Scheduled And Understated Repair/Replacement Costs

| | |
|---|---:|
| Patching, crack sealing, sealing and striping | $13,500.00 |
| Repair damaged aluminum and fabric canopies | $2,000.00 |
| TPO roof replacement | $201,500.00 |

### Repair and Maintenance Defaults Under Section 10 of Lease

The enumerated items are is not exclusive and are subject to further inspection of the Premises. The following are the items Big Mifl2 or its agents have identified to date:

- Roof Repairs                                  $512,800.00 – 758,800.00
- Asphalt Repairs                               $56,350.00
- Sealing and Striping                          $36,467.23
- Multiple instances of exposed electrical wiring both inside and outside the building. Specifically, exposed light pole wiring and a damaged electrical box are present in the rear parking lot, along with exposed fire system wiring at the fire riser.
- Exposed wiring can be found in the sales floor ceiling, at the front parking lot pylon sign, and at the side entrance.
- Inside, the storeroom contains further exposed wiring, along with multiple unrepaired punctures in the walls.
- Exterior electric concerns include a missing light pole with exposed wiring in the rear parking lot, a loose light fixture with exposed wiring at the back of the building, and improperly sealed punctures, including an unprotected pipe on the roof.
- Loose and cut wiring is found at the side of the building, as well as an improperly sealed puncture at the base.

- The Tenant has multiple open penetrations throughout the Building that facilitate water and potential pest intrusion.
- For example, disposable plastic grocery bags have been improperly used to fill a wall penetration at the back of the building.
- There is also an open penetration on the exterior wall near the fire system and another at the side of the Building, where exposed wiring is present, failing to comply with local codes.
- Holes in the front soffit panels at the pedestrian walkway and several open penetrations on the exterior walls at both the rear and front of the Building further contribute to these issues.
- Severe deterioration of concrete at both the garage door opening and a damaged concrete beam poses structural risks.
- The storefront's failing sealants lead to potential water intrusion, which is exacerbated by unsealed exterior joints at the rear.
- Water damage is evident at the rear of the building, indicating a lack of preventative maintenance.
- The front entrance features cracked and unsealed stucco, while the exterior façade is inadequately sealed, further compromising the building's integrity.
- Loose and unsecured soffit panels at the pedestrian walkway not only create safety hazards but also reflect a general neglect of maintenance.
- The condition of the lighting fixtures is alarming; many are rusted, failing, and loose, creating dangerous conditions for pedestrians.
- Damaged signage, including exposed electrical components at the side of the building, raises further safety and aesthetic concerns.
- On the roof, disconnected piping is causing rust on the HVAC unit, indicating neglect in maintenance and posing risks to other components.
- Unsecured conduits threaten the overall safety and functionality of the building, while improper roof maintenance has led to vegetation growth.
- A broken and unmaintained light fixture at the rear service door presents a safety hazard.
- The trash enclosure is missing gates, resulting in overflowing trash that is unsightly and out of compliance with local codes.
- Miscellaneous hazardous debris is scattered throughout the rear parking lot, obstructing emergency exits and posing serious risks to occupant safety.
- Signs of water intrusion and damage throughout the Building, particularly in the sales floor ceiling, where water damage is compromising structural roof panels. Water intrusion has also been detected in the rear stock room and is contributing to the deterioration of the Building.
- Structural concrete beams are showing significant water damage, raising serious concerns about the overall integrity and safety of the Building.
- The broken curbing on the Premises presents a trip hazard and is not compliant with safety codes.
- Damaged and misaligned wheel stops further increase the risk of accidents, while exposed steel pins create serious hazards for both pedestrians and vehicles. This combination of issues underscores the urgent need for repairs to ensure the safety of all individuals on the Premises.
- Overall, significant water intrusion damage throughout the Premises raises concerns about

potential mold growth. Suspect mold has been identified on the HVAC equipment, ceiling, and interior walls, as well as at the ventilation diffusers. Additionally, walls and ceilings show signs of water damage alongside suspect mold growth, particularly on masonry walls and drywall partitions. The sales floor ceiling exhibits similar issues, with ceiling tiles saturated and displaying suspect mold growth, necessitating immediate attention to address both the water intrusion and associated mold hazards.

- Failure to maintain the tree overgrowth surrounding the Building poses significant hazards to both the Premises and the public. The unchecked growth threatens the Building's structural integrity and creates safety risks to the public.