

October 29, 2024

**Mr. Robert Nolan**
**Facilities Manager**
**Geneva Management**
**2950 SW 27th Avenue, Suite 300**
**Miami, FL 33133**

RE:    **Visual Indoor Air Quality Assessment Report**
       **Big Lots**
       **18325 S Dixie Hwy**
       **Miami, Florida 33157**
       GHP Project Number: **240897.00**

Dear Mr. Nolan,

Mr. Edvin Ochoa, IH with GHP performed a visual indoor air quality assessment at the above-mentioned facility on October 25, 2024. Our GHP representative conducted the onsite assessment, which was limited to visual observations, and his findings are included in this report. Please find enclosed in this letter the description of the event(s) and any conclusions and/or recommendations.

If you have any questions or require additional information, please contact me by phone at (305) 967-4903 or email me at <u>eochoa@ghp1.com</u>.

Sincerely,
**GHP**

Edvin Ochoa
Industrial Hygienist



# VISUAL INDOOR AIR QUALITY ASSESSMENT REPORT



*At:*

**Big Lots**
**Visual Indoor Air Quality Assessment Report**
**18325 S Dixie Hwy**
**Miami, Florida 33157**

*For:*

**Mr. Robert Nolan**
**Facilities Manager**
**Big Lots**
**18325 S Dixie Hwy**
**Miami, Florida 33157**
**GHP Project No. 240897.00**
**Assessment Date:  October 25, 2024**
**Final Report Date:  October 29, 2024**

## I. EXECUTIVE SUMMARY

Mr. Robert Nolan contacted GHP to conduct a visual Indoor Air Quality (IAQ) assessment at Big Lots located at 18325 S Dixie Hwy, Miami, FL 33157. The intent of the assessment was to perform a general walkthrough of the building and report on visual observations of the existing conditions as they relate to indoor air quality. On October 25, 2024, GHP Representative Mr. Edvin Ochoa performed the visual indoor air quality assessment.

## II. VISUAL INSPECTION

GHP arrived onsite at approximately 1:00 PM EST on October 25th, 2024, to conduct the assessment. GHP performed a general walkthrough of the facility and noted visual observations. Water staining and suspect visible growth was observed in various locations on walls. This condition was observed both high on the wall at the roof deck and low on the wall near floor level. In some cases, the water staining on the wall extended down from the roof deck as far as approximately halfway to the floor. Water staining and suspect visible growth was also observed on HVAC units suspended from the roof deck, both on the outer casing of the unit and on the supply diffuser. Some water staining and suspect visible growth was also observed in various locations on the underside of the roof deck and on ceiling tiles.

## III. CONCLUSIONS & RECOMMENDATIONS

The observed water staining indicates building envelope issues, which are suspected to be associated with the roof based on the location of water staining. Suspect visible growth was observed in many areas where water staining was present, which may indicate that moisture issues are still present or suspect visible growth was not addressed after moisture issues were resolved. GHP recommends assessing the building envelope for moisture intrusion issues. GHP also recommends assessing the HVAC system for moisture intrusion issues and/or condensation issues. Any observed water staining and suspect visible growth should be addressed. Ceiling tiles with water staining and/or suspect visible growth should be removed and replaced. Note that if underlying envelope and HVAC system issues are not resolved, the potential exists for the recurrence of water staining and suspect visible growth after they have initially been addressed.

**Please refer to Appendix A for a Photographic Log of Observations.**

**Report Limitations**. *Unnecessary mold and/or bacterial amplification which may be visible to the unaided eye may be a recurring event. While the work we are performing will result in improvement, it may not eliminate all currently existing mold and/or bacterial amplification (e.g., hidden sources), and it may not prevent amplification in the future. Improper or incomplete preventive maintenance, product deterioration, moisture problems (condensation, plumbing leaks, etc.), weather events, and building usage may also contribute to unnecessary mold or bacterial amplification.*

**END OF REPORT**



# APPENDIX A – Photo Log



## Photo Log

| Project Name: | Geneva Mgt_Big Lots Miami_Visual IAQ Assessment |
|---|---|
| GHP Project No.: | 240897.00 |
| Project Address: | 18325 S Dixie Hwy<br>Miami, Florida 33157 |
| Contact/Client: | Mr. Robert Nolan |
| Work Area: | Big Lots Warehouse |
| Date(s): | 10/25/2024 |

| Photo | Location |
|---|---|
| | Visible Water stains and suspect visible growth in the Warehouse Wall |
| | Warehouse area |
| | Visible Water Stains and suspect visible growth on the Warehouse Wall |

| Photo | Location |
|---|---|
| | Visible Water stains and suspect visible growth in the Warehouse Area |
| | Visible Water stains and suspect visible growth on drywall at floor level |
| | Visible Water stains and suspect visible growth on drywall at floor level |
| | Warehouse Area |

| Photo | Location |
|---|---|
|  | Warehouse Area |
|  | Visible Water Stains and suspect visible growth in the Warehouse Area |
|  | Visible Water Marks |
|  | Visible water staining and suspect growth on underside of roof deck |

| Photo | Location |
|---|---|
|  | Visible water staining and suspect growth on underside of roof deck |
|  | Visible Water stains and suspect visible growth on ceiling tile |
|  | Visible water staining and suspect growth on HVAC unit casing and supply diffuser |
|  | Visible water staining and suspect growth on HVAC unit casing and supply diffuser |