## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> **BIG LOTS, INC.,** *et al.***,** <br><br>                              Debtors. | ) **Chapter 11** <br> ) <br> ) **Case No. 24-11967 (JKS)** <br> ) <br> ) **(Jointly Administered)** <br> ) <br> ) <br> ) |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: November 4, 2024              **Respectfully Submitted,**
       Lake Success, New York

                                     By:         /s/ Amish R. Doshi
                                             Amish R. Doshi, Esq.
                                     **DOSHI LEGAL GROUP, P.C.**
                                     1979 Marcus Avenue, Suite 210E
                                     Lake Success, NY 11042
                                     Tel (516) 622-2335
                                     E-Mail:    amish@doshilegal.com

                                     **Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>**BIG LOTS, INC.,** *et al.*,<br><br>                              Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 24-11967 (JKS)**<br>)<br>) **(Jointly Administered)**<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on November 4, 2024, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

   /s/ Amish R. Doshi            
Amish R. Doshi

2

## SERVICE LIST

**BY REGULAR MAIL**

| | |
|---|---|
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 N. Market Street, 16th Floor,<br>Wilmington, DE 19801 | Linda Casey, Esq.<br>UNITED STATES TRUSTEE<br>844 King Street, Suite 2207,<br>Lockbox 35,<br>Wilmington, Delaware 19801 |
| BigLots, Inc. Bankruptcy Team<br>c/o Kroll Restructuring Administration LLC<br>Grand Central Station, PO Box 4850<br>New York, NY 10163-4850 | Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 |