**EXHIBIT A**

**Northtowne Plaza Properties Ltd.**

7515 Greenville Avenue, Suite 504
Dallas, TX 75231

Big Lots & Big Lots
Attn: Accounts Payable
Store # 01224B
4900 E Dublin Granville Rd
Columbus,  OH 43081

# Lease Statement

| | |
|---|---|
| **Account:** | tx301860-t0000711-Big Lots & Big Lots |
| **Prop Name:** | Northtowne Plaza |
| **Assigned Spaces:** | 118 |
| **Date:** | 11/01/2024 |
| **Payment:** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | *30,640.34 |
| 09/1/2024 | Common Area Maint - Curr (09/01-.09/08/24) | 819.55 | 0.00 | 31,459.89 |
| 09/1/2024 | Property Insurance Reimb (09/01-09/08/24) | 291.70 | 0.00 | 31,751.59 |
| 09/1/2024 | Gross Potential Rent- (09/01- 09/08/24) | 5,413.59 | 0.00 | 37,165.18 |
| 09/1/2024 | Storage Container Rent-(09/01- 09/08/24) | 533.33 | 0.00 | 37,698.51 |

*Balance Forward:
2023 Make up CAM Balance $30,640.34

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 7,058.17 | 0.00 | 0.00 | 30,640.34 | 37,698.51 |

**Northtowne Plaza Properties Ltd.**

7515 Greenville Avenue, Suite 504
Dallas, TX 75231

Big Lots & Big Lots
Attn: Accounts Payable
Store # 01224B
4900 E Dublin Granville Rd
Columbus,  OH 43081

**Lease Statement**

| | |
|---|---|
| **Account:** | tx301860-t0000711-Big Lots & Big Lots |
| **Prop Name:** | Northtowne Plaza |
| **Assigned Spaces:** | 118 |
| **Date:** | 11/01/2024 |
| **Payment:** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | *23,204.33 |
| 11/1/2024 | Common Area Maint - Curr (11/2024) | 3,073.31 | 0.00 | 26,277.64 |
| 11/1/2024 | Property Insurance Reimb (11/2024) | 1,093.89 | 0.00 | 27,371.53 |
| 11/1/2024 | Gross Potential Rent-Ret (11/2024) | 20,300.97 | 0.00 | 47,672.50 |

*Balance Forward:
Rent 9/9 – 9/30/24 - $14,887.38
CAM 9/9-9/30/24 - $2,253.76
Insurance 9/9-9/30/24 $802.19
Late Fee 9/9-9/30/24 - $1,794.33
Sept.'24 Storage Container Rent - $1,466.67
Oct. '24 Storage Container Rent - $2,000

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 24,468.17 | 3,794.33 | 19,410.00 | 0.00 | 47,672.50 |

9/29/2024 9:08:23 PM