## CERTIFICATE OF SERVICE

I, Joseph C. Barsalona II, hereby certify that on this 4th day of November the foregoing *Objection to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 511]* was served on all parties registered to receive CM/ECF notifications in this matter.

**PASHMAN STEIN WALDER HAYDEN, P.C**

 */s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
 Email:  jbarsalona@pashmanstein.com

*Counsel to Northtowne Plaza Properties, Ltd.*

1