# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel for Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, Bayshore Mall 2, LLC (together, "Bayshore"), and the Pintzuk Organization, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Service List, in the above captioned case, and that all notices given or required to be given and all notices and papers served or required to be served, in this case be given to and served upon:

| | |
|---|---|
| **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** | **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** |
| Leslie B. Spoltore, Esq. | Edmond M. George, Esq. (*pro hac vice* pending) |
| 123 S. Justison Street | Centre Square West, Suite 3400 |
| Suite 100 | 1500 Market Street |
| Wilmington, DE 19801-5364 | Philadelphia, PA 19102 |
| Telephone: (302) 238-6947 | Telephone: (215) 665-3140 |
| Facsimile: (302) 665-1092 | Facsimile: (215) 665-3165 |
| Email: leslie.spoltore@obermayer.com | Email: edmond.george@obermayer.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (a) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that Bayshore does not intend for this entry of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Bayshore to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of Bayshore to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Bayshore to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Bayshore is or may be entitled.

Dated: November 4, 2024
       Wilmington, Delaware

                Respectfully submitted,

                **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
     Leslie B. Spoltore (No. 3605)
     123 S. Justison Street
     Suite 100
     Wilmington, DE 19801-5364
     Telephone: (302) 238-6947
     Facsimile: (302) 665-1092
     Email: leslie.spoltore@obermayer.com

*Counsel to Bayshore Mall Acquisition, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | : | Case No. 24-11967 (JKS) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Leslie B. Spoltore, attorney for Bayshore Mall Acquisition, LLC, hereby certify that on November 4, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers in the above captioned case was served electronically upon all parties scheduled to receive service via the Court's CM/ECF notification system and via U.S. first class mail, postage pre-paid, upon the parties listed on the attached service list.

*/s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4872-6438-0661 v1-11/1/24

## Service List

| | |
|---|---|
| Daniel B. Butz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>Wilmington, DE 19801<br>dbutz@mnat.com<br>*Counsel to Debtors* | Linda J. Casey<br>Office of United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov<br>*Counsel to the U.S. Trustee* |
| U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>USTPRegion03.WL.ECF@USDOJ.GOV | Justin R. Alberto<br>Cole Schotz P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>*Counsel to the Official Committee of Unsecured Creditors* |