# Exhibit C

# Lease Unpaid Charges

Tenant: Big Lots Stores, Inc.(t0000130)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---:|---:|---:|---:|
| 9/30/2023 | 4/15-7/15/23 Water | C-574 | 272.69 | 0.00 | 272.69 | 272.69 |
| 9/30/2023 | Unpaid Legal Fees | C-575 | 4,148.66 | 0.00 | 4,148.66 | 4,421.35 |
| 12/28/2023 | Period 4 2023 Sewer | C-2520 | 500.00 | 0.00 | 500.00 | 4,921.35 |
| 2/1/2024 | Monthly Estimated CAM (02/2024) | C-3143 | 358.50 | 0.00 | 358.50 | 5,279.85 |
| 2/21/2024 | 2023 Reconciliation Charge | C-5448 | 10,335.40 | 5,307.39 | 5,028.01 | 10,307.86 |
| 3/1/2024 | Monthly Estimated CAM (03/2024) | C-3529 | 2,868.00 | 2,509.50 | 358.50 | 10,666.36 |
| 3/25/2024 | Period 2 2024 Sewer | C-3845 | 500.00 | 0.00 | 500.00 | 11,166.36 |
| 4/1/2024 | Monthly Estimated CAM (04/2024) | C-4188 | 2,868.00 | 2,509.50 | 358.50 | 11,524.86 |
| 5/1/2024 | Monthly Estimated CAM (05/2024) | C-4780 | 2,868.00 | 2,509.50 | 358.50 | 11,883.36 |
| 6/1/2024 | Monthly Estimated CAM (06/2024) | C-5387 | 2,868.00 | 2,509.50 | 358.50 | 12,241.86 |
| 7/1/2024 | Monthly Estimated CAM (07/2024) | C-6016 | 2,868.00 | 2,509.50 | 358.50 | 12,600.36 |
| 8/1/2024 | Monthly Estimated CAM (08/2024) | C-6569 | 2,868.00 | 2,509.50 | 358.50 | 12,958.86 |
| 8/22/2024 | 4/15-7/15/24 Water | C-6726 | 272.69 | 0.00 | 272.69 | 13,231.55 |
| 9/1/2024 | Monthly Estimated CAM (09/2024) | C-7084 | 2,868.00 | 0.00 | 2,868.00 | 16,099.55 |
| 9/1/2024 | Monthly Estimated Insurance (09/2024) | C-7085 | 3,166.00 | 0.00 | 3,166.00 | 19,265.55 |
| 9/1/2024 | Monthly Estimated RE Taxes (09/2024) | C-7086 | 3,808.00 | 0.00 | 3,808.00 | 23,073.55 |
| 9/1/2024 | Rent (09/2024) | C-7087 | 17,925.00 | 0.00 | 17,925.00 | 40,998.55 |
| 10/1/2024 | Monthly Estimated CAM (10/2024) | C-7720 | 2,868.00 | 2,509.50 | 358.50 | 41,357.05 |
| 10/9/2024 | Period 4 2024 Sewer | C-7792 | 500.00 | 0.00 | 500.00 | 41,857.05 |
| 11/1/2024 | Monthly Estimated CAM (11/2024) | C-8226 | 2,868.00 | 0.00 | 2,868.00 | 44,725.05 |
| 11/1/2024 | Monthly Estimated Insurance (11/2024) | C-8227 | 3,166.00 | 0.00 | 3,166.00 | 47,891.05 |
| 11/1/2024 | Monthly Estimated RE Taxes (11/2024) | C-8228 | 3,808.00 | 0.00 | 3,808.00 | 51,699.05 |
| 11/1/2024 | Rent (11/2024) | C-8229 | 17,925.00 | 0.00 | 17,925.00 | 69,624.05 |