# Exhibit A

| Customer ID | Customer Name | Account # | Utility Provider | AR Balance | Last Invoice Amount | Aged 0 to 30 days | Aged 31 to 60 days |
|---|---|---|---|---|---|---|---|
| 340 | Big Lots, Inc. | 21603 | Southern California Edison | $ 6,119.75 | $ 1,580.36 | $ 1,785.06 | $ 2,754.33 |
| 340 | Big Lots, Inc. | 21605 | Southern California Edison | $ 398.65 | $ 121.19 | $ 155.18 | $ 122.28 |
| 340 | Big Lots, Inc. | 21607 | Southern California Edison | $ 260.78 | $ 83.24 | $ 177.54 | $ - |
| 340 | Big Lots, Inc. | 21612 | Southern California Edison | $ 5,412.62 | $ 5,412.62 | $ - | $ - |
| 340 | Big Lots, Inc. | 21615 | Southern California Edison | $ 10,006.88 | $ 10,006.88 | $ - | $ - |
| 340 | Big Lots, Inc. | 21618 | Southern California Edison | $ 10,492.20 | $ 1,489.56 | $ 4,877.51 | $ 4,125.13 |
| 340 | Big Lots, Inc. | 21619 | Southern California Edison | $ 5,516.09 | $ 1,674.89 | $ 1,875.84 | $ 1,965.36 |
| 340 | Big Lots, Inc. | 21621 | Southern California Edison | $ 5,338.53 | $ 1,682.43 | $ 1,751.76 | $ 1,904.34 |
| 340 | Big Lots, Inc. | 21622 | Southern California Edison | $ 8,300.36 | $ 2,191.57 | $ 2,892.92 | $ 3,215.87 |
| 340 | Big Lots, Inc. | 21623 | Southern California Edison | $ 9,255.22 | $ 2,530.38 | $ 3,151.87 | $ 3,572.97 |
| 340 | Big Lots, Inc. | 21625 | Southern California Edison | $ 11,182.32 | $ 2,600.13 | $ 8,582.19 | $ - |
| 340 | Big Lots, Inc. | 21631 | Southern California Edison | $ 9,797.42 | $ 1,335.39 | $ 4,109.67 | $ 4,352.36 |
| 340 | Big Lots, Inc. | 21632 | Southern California Edison | $ 6,408.27 | $ 6,408.27 | $ - | $ - |
| 340 | Big Lots, Inc. | 21633 | Southern California Edison | $ 8,652.68 | $ 3,947.70 | $ 4,704.98 | $ - |
| 340 | Big Lots, Inc. | 21638 | Southern California Edison | $ 9,164.50 | $ 2,463.60 | $ 6,700.90 | $ - |
| 340 | Big Lots, Inc. | 21646 | Southern California Edison | $ 13,640.47 | $ 3,489.85 | $ 4,688.65 | $ 5,461.97 |
| 340 | Big Lots, Inc. | 21650 | Southern California Edison | $ 11,264.84 | $ 3,245.58 | $ 3,904.67 | $ 4,114.59 |
| 340 | Big Lots, Inc. | 21651 | Southern California Edison | $ 10,580.78 | $ 2,709.14 | $ 3,609.27 | $ 4,262.37 |
| 340 | Big Lots, Inc. | 21653 | Southern California Edison | $ 6,234.17 | $ 1,478.14 | $ 2,344.76 | $ 2,411.27 |
| 340 | Big Lots, Inc. | 21654 | Southern California Edison | $ 15,797.50 | $ 2,589.47 | $ 3,064.47 | $ 10,143.56 |
| 340 | Big Lots, Inc. | 21655 | Southern California Edison | $ 10,577.58 | $ 1,659.96 | $ 1,942.02 | $ 6,975.60 |
| 340 | Big Lots, Inc. | 21656 | Southern California Edison | $ 11,557.97 | $ 3,134.94 | $ 3,970.81 | $ 4,452.22 |
| 340 | Big Lots, Inc. | 21660 | Southern California Edison | $ 18,594.78 | $ 4,860.88 | $ 13,733.90 | $ - |
| 340 | Big Lots, Inc. | 21667 | Southern California Edison | $ 14,780.85 | $ 4,115.88 | $ 10,664.97 | $ - |
| 340 | Big Lots, Inc. | 21669 | Southern California Edison | $ 12,498.17 | $ 6,257.02 | $ 6,241.15 | $ - |
| 340 | Big Lots, Inc. | 21671 | Southern California Edison | $ 11,087.27 | $ 2,955.15 | $ 3,613.72 | $ 4,518.40 |
| 340 | Big Lots, Inc. | 21672 | Southern California Edison | $ 13,141.23 | $ 7,901.11 | $ 5,240.12 | $ - |
| 340 | Big Lots, Inc. | 21677 | Southern California Edison | $ 8,977.03 | $ 2,471.46 | $ 2,988.91 | $ 3,516.66 |
| 340 | Big Lots, Inc. | 21679 | Southern California Edison | $ 8,152.62 | $ 2,273.18 | $ 2,845.72 | $ 3,033.72 |
| 340 | Big Lots, Inc. | 21684 | Southern California Edison | $ 9,322.40 | $ 2,647.02 | $ 3,277.32 | $ 3,398.06 |
| 340 | Big Lots, Inc. | 21690 | Southern California Edison | $ 7,104.10 | $ 2,064.66 | $ 2,369.42 | $ 2,670.02 |
| 340 | Big Lots, Inc. | 838012 | Southern California Edison | $ 465.74 | $ 229.06 | $ 236.68 | $ - |
| 340 | Big Lots, Inc. | 838013 | Southern California Edison | $ 17,526.50 | $ 4,436.46 | $ 6,108.53 | $ 6,981.51 |
| 340 | Big Lots, Inc. | 1291939 | Southern California Edison | $ 2,943.35 | $ 43.50 | $ 2,899.85 | $ - |
| 340 | Big Lots, Inc. | 1291942 | Southern California Edison | $ 11,930.15 | $ 3,239.23 | $ 3,984.28 | $ 4,706.64 |
| 340 | Big Lots, Inc. | 1291946 | Southern California Edison | $ 8,327.65 | $ 3,239.17 | $ 5,088.48 | $ - |
| 340 | Big Lots, Inc. | 1291949 | Southern California Edison | $ 15,177.18 | $ 4,276.15 | $ 4,965.13 | $ 5,935.90 |
| 340 | Big Lots, Inc. | 1291950 | Southern California Edison | $ 5,820.11 | $ 3,864.17 | $ 1,955.94 | $ - |
| 340 | Big Lots, Inc. | 1291958 | Pacific Gas and Electric | $ 8,043.48 | $ 2,591.08 | $ 5,452.40 | $ - |
| 340 | Big Lots, Inc. | 1291961 | Pacific Gas and Electric | $ 6,911.33 | $ 2,524.83 | $ 4,386.50 | $ - |
| 340 | Big Lots, Inc. | 1291963 | Pacific Gas and Electric | $ 4,262.80 | $ 2,174.60 | $ 2,088.20 | $ - |
| 340 | Big Lots, Inc. | 1291964 | Pacific Gas and Electric | $ 3,660.52 | $ 1,095.07 | $ 2,565.45 | $ - |
| 340 | Big Lots, Inc. | 1291965 | Pacific Gas and Electric | $ 5,227.48 | $ 2,654.22 | $ 2,573.26 | $ - |
| 340 | Big Lots, Inc. | 1291969 | Pacific Gas and Electric | $ 6,852.63 | $ 2,337.87 | $ 4,514.76 | $ - |
| 340 | Big Lots, Inc. | 1291970 | Pacific Gas and Electric | $ 4,104.88 | $ 1,658.13 | $ 2,446.75 | $ - |
| 340 | Big Lots, Inc. | 1291971 | Pacific Gas and Electric | $ 5,342.12 | $ 1,430.28 | $ 3,911.84 | $ - |
| 340 | Big Lots, Inc. | 1291972 | Pacific Gas and Electric | $ 3,156.20 | $ 1,441.66 | $ 1,714.54 | $ - |
| 340 | Big Lots, Inc. | 1291974 | Pacific Gas and Electric | $ 4,432.78 | $ 403.68 | $ 1,945.41 | $ 2,083.69 |
| 340 | Big Lots, Inc. | 1291979 | Pacific Gas and Electric | $ 6,606.60 | $ 1,326.78 | $ 3,082.22 | $ 2,197.60 |
| 340 | Big Lots, Inc. | 1291981 | Pacific Gas and Electric | $ 1,295.40 | $ 120.19 | $ 545.91 | $ 629.30 |
| 340 | Big Lots, Inc. | 1291982 | Pacific Gas and Electric | $ 5,538.87 | $ 2,366.71 | $ 3,172.16 | $ - |
| 340 | Big Lots, Inc. | 1291986 | Pacific Gas and Electric | $ 6,124.55 | $ 2,943.96 | $ 3,180.59 | $ - |
| 340 | Big Lots, Inc. | 1291987 | Pacific Gas and Electric | $ 4,946.66 | $ - | $ 3,134.29 | $ - |
| 340 | Big Lots, Inc. | 1291995 | San Diego Gas and Electric | $ 8,632.27 | $ 3,902.89 | $ 4,729.38 | $ - |
| 340 | Big Lots, Inc. | 1291997 | San Diego Gas and Electric | $ 10,349.76 | $ 1,764.70 | $ 3,941.53 | $ 4,643.53 |
| 340 | Big Lots, Inc. | 1292004 | San Diego Gas and Electric | $ 5,780.87 | $ 1,842.04 | $ 3,285.02 | $ 653.81 |
| 340 | Big Lots, Inc. | 1292005 | San Diego Gas and Electric | $ 5,845.37 | $ 938.54 | $ 2,356.38 | $ 2,550.45 |
| 340 | Big Lots, Inc. | 1292009 | San Diego Gas and Electric | $ 486.28 | $ 207.59 | $ 278.69 | $ - |
| 340 | Big Lots, Inc. | 1292011 | San Diego Gas and Electric | $ 5,356.95 | $ 2,230.77 | $ 3,126.18 | $ - |
| 340 | Big Lots, Inc. | 1364023 | New York State Electric & Gas | $ 3,604.08 | $ 1,637.09 | $ 1,966.99 | $ - |
| 340 | Big Lots, Inc. | 1428362 | Pacific Gas and Electric | $ 3,287.18 | $ 1,140.95 | $ 2,146.23 | $ - |
| 340 | Big Lots, Inc. | 1535425 | Pacific Gas and Electric | $ 5,185.62 | $ 510.46 | $ 1,984.39 | $ 2,690.77 |
| 340 | Big Lots, Inc. | 1554656 | Commonwealth Edison | $ 3,642.74 | $ - | $ - | $ 3,642.74 |
| 340 | Big Lots, Inc. | 1554668 | Commonwealth Edison | $ 1,391.20 | $ - | $ 40.52 | $ 1,350.68 |
| 340 | Big Lots, Inc. | 1697430 | Southern California Edison | $ 9,686.46 | $ 2,394.53 | $ 3,444.20 | $ 3,847.73 |

| Customer ID | Customer Name | Account # | Utility Provider | AR Balance | Last Invoice Amount | Aged 0 to 30 days | Aged 31 to 60 days |
|---|---|---|---|---|---|---|---|
| 340 | Big Lots, Inc. | 1697437 | Southern California Edison | $ 13,790.60 | $ 4,372.42 | $ 4,020.47 | $ 5,397.71 |
| 340 | Big Lots, Inc. | 1697438 | Southern California Edison | $ 10,527.46 | $ 5,293.14 | $ 5,234.32 | $ - |
| 340 | Big Lots, Inc. | 1697439 | Southern California Edison | $ 213,755.36 | $ 100,893.04 | $ - | $ 112,862.32 |
| 340 | Big Lots, Inc. | 1697440 | Southern California Edison | $ 17,232.44 | $ 4,324.74 | $ 6,280.38 | $ 6,627.32 |
| 340 | Big Lots, Inc. | 1697441 | Southern California Edison | $ 12,995.60 | $ 3,691.55 | $ 4,083.05 | $ 5,221.00 |
| 340 | Big Lots, Inc. | 1702048 | Pacific Gas and Electric | $ 3,366.20 | $ 989.56 | $ 2,376.64 | $ - |
| 340 | Big Lots, Inc. | 1704321 | Southern California Edison | $ 5,809.35 | $ 2,629.86 | $ 3,179.49 | $ - |
| 340 | Big Lots, Inc. | 1709757 | Pacific Gas and Electric | $ 17,785.32 | $ 1,650.70 | $ 8,605.59 | $ 7,529.03 |
| 340 | Big Lots, Inc. | 1723161 | AEP - CS | $ 65,830.44 | $ 28,339.02 | $ 554.06 | $ 36,937.36 |
| 340 | Big Lots, Inc. | 1723162 | AEP - CS | $ 7,301.58 | $ 3,016.02 | $ 63.33 | $ 4,222.23 |
| 340 | Big Lots, Inc. | 1723163 | AEP - CS | $ 163.01 | $ - | $ 67.24 | $ 95.77 |
| 340 | Big Lots, Inc. | 1754329 | Pacific Gas and Electric | $ 3,706.92 | $ 1,114.15 | $ 2,592.77 | $ - |
| 340 | Big Lots, Inc. | 1754333 | Pacific Gas and Electric | $ 3,775.41 | $ 1,131.84 | $ 2,643.57 | $ - |
| 340 | Big Lots, Inc. | 1826849 | Southern California Edison | $ 6,393.96 | $ 3,105.92 | $ 3,288.04 | $ - |
| 340 | Big Lots, Inc. | 1832876 | San Diego Gas and Electric | $ 5,824.53 | $ 637.83 | $ 2,560.64 | $ 2,626.06 |
| 340 | Big Lots, Inc. | 1832877 | San Diego Gas and Electric | $ 7,107.18 | $ 2,512.48 | $ 4,594.70 | $ - |
|  |  |  | Totals | $ 886,929.15 | $ 322,050.28 | $ 262,662.27 | $ 300,404.23 |

| Customer ID | Customer Name | Account # | Utility Provider | AR Balance | Aged 0 to 30 days | Aged 31 to 60 days | Aged 61 to 90 days |
|---|---|---|---|---|---|---|---|
| 340 | Big Lots, Inc. | 14846 | AEP - CS | $ 1,849.19 | $ 487.31 | $ 1,341.88 | $ 20.00 |
| 340 | Big Lots, Inc. | 14853 | AEP - CS | $ 1,833.79 | $ 823.65 | $ 990.14 | $ 20.00 |
| 340 | Big Lots, Inc. | 1675748 | AEP - CS | $ 1,428.50 | $ 1,428.50 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675749 | AEP - CS | $ 2,929.06 | $ 1,438.60 | $ 1,490.46 | $ - |
| 340 | Big Lots, Inc. | 1675750 | AEP - CS | $ 59.82 | $ 59.82 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675753 | AEP - CS | $ 19.56 | $ 19.56 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675754 | AEP - CS | $ 871.34 | $ 871.34 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675756 | AEP - CS | $ 2,565.83 | $ 860.95 | $ 1,704.88 | $ - |
| 340 | Big Lots, Inc. | 1675757 | AEP - CS | $ 764.06 | $ 764.06 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675758 | AEP - CS | $ 569.86 | $ 236.12 | $ 333.74 | $ - |
| 340 | Big Lots, Inc. | 1675759 | AEP - CS | $ 2,468.80 | $ 913.89 | $ 1,554.91 | $ - |
| 340 | Big Lots, Inc. | 1675761 | AEP - CS | $ 85.94 | $ 35.73 | $ 50.21 | $ - |
| 340 | Big Lots, Inc. | 1675762 | AEP - CS | $ 1,283.12 | $ 506.54 | $ 776.58 | $ - |
| 340 | Big Lots, Inc. | 1675763 | AEP - CS | $ 1,806.66 | $ 1,806.66 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675764 | AEP - CS | $ 1,093.23 | $ 1,093.23 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675765 | AEP - CS | $ 1,158.85 | $ 443.16 | $ 715.69 | $ - |
| 340 | Big Lots, Inc. | 1675766 | AEP - CS | $ 1,262.22 | $ 1,262.22 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675768 | AEP - OP | $ 1,768.89 | $ 1,768.89 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675769 | AEP - OP | $ 548.02 | $ 548.02 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675771 | AEP - OP | $ 1,229.12 | $ 1,229.12 | $ - | $ - |
| 340 | Big Lots, Inc. | 1675772 | AEP - OP | $ 2,079.37 | $ 960.32 | $ 1,119.05 | $ - |
| 340 | Big Lots, Inc. | 1675773 | AEP - OP | $ 2,035.41 | $ 941.40 | $ 1,094.01 | $ - |
| 340 | Big Lots, Inc. | 1675774 | AEP - OP | $ 1,812.98 | $ 854.96 | $ 958.02 | $ - |
| 340 | Big Lots, Inc. | 1675775 | AEP - OP | $ 1,310.26 | $ 520.62 | $ 789.64 | $ - |
| 340 | Big Lots, Inc. | 1675776 | AEP - OP | $ 1,876.37 | $ 757.67 | $ 1,118.70 | $ - |
| 340 | Big Lots, Inc. | 1675777 | AEP - OP | $ 1,742.15 | $ 503.51 | $ 1,238.64 | $ - |
| 340 | Big Lots, Inc. | 1675778 | AEP - OP | $ 1,770.65 | $ 681.27 | $ 1,089.38 | $ - |
| 340 | Big Lots, Inc. | 1675779 | AEP - OP | $ 552.45 | $ 234.19 | $ 318.26 | $ - |
| 340 | Big Lots, Inc. | 1675782 | AEP - OP | $ 3.35 | $ 0.91 | $ 2.44 | $ - |
| 340 | Big Lots, Inc. | 1675784 | AEP - OP | $ 1,426.47 | $ 568.74 | $ 857.73 | $ - |
| 340 | Big Lots, Inc. | 1675785 | AEP - OP | $ 1,994.70 | $ 944.94 | $ 1,049.76 | $ - |
| 340 | Big Lots, Inc. | 1675786 | AEP - OP | $ 780.04 | $ - | $ 780.04 | $ - |
| 340 | Big Lots, Inc. | 1675787 | AEP - OP | $ 18.39 | $ 5.29 | $ 13.10 | $ - |
| 340 | Big Lots, Inc. | 1735364 | AEP - CS | $ 3,610.37 | $ 3,610.37 | $ - | $ - |
| 340 | Big Lots, Inc. | 1735365 | AEP - CS | $ 12,201.95 | $ 12,201.95 | $ - | $ - |
| | | | Totals | $ 58,810.77 | $ 39,383.51 | $ 19,387.26 | $ 40.00 |

| Customer ID | Customer Name | Account # | Utility Provider | AR Balance | Last Invoice Amount | Aged 0 to 30 days | Aged 31 to 60 days |
|---|---|---|---|---|---|---|---|
| 1915898 | Big Lots Stores LLC | 1856832 | Ameren CIPS | $ 7,697.53 | $ 2,012.57 | $ 5,658.62 | $ - |
| 1915898 | Big Lots Stores LLC | 1856833 | Ameren CILCO | $ 7,746.78 | $ - | $ 3,720.90 | $ 4,000.53 |
| 1915898 | Big Lots Stores LLC | 1856834 | Ameren CIPS | $ 11,434.66 | $ 5,315.94 | $ 6,118.72 | $ - |
| 1915898 | Big Lots Stores LLC | 1856835 | Ameren CIPS | $ 6,949.15 | $ 3,313.33 | $ 3,635.82 | $ - |
| 1915898 | Big Lots Stores LLC | 1856836 | Ameren IP | $ 6,865.24 | $ - | $ 2,250.59 | $ 4,586.51 |
| 1915898 | Big Lots Stores LLC | 1856837 | Ameren IP | $ 7,542.19 | $ - | $ 4,043.38 | $ 3,478.53 |
| 1915898 | Big Lots Stores LLC | 1856838 | Ameren IP | $ 14,305.15 | $ 4,549.77 | $ 4,775.53 | $ 4,979.85 |
| 1915898 | Big Lots Stores LLC | 1856839 | Ameren CIPS | $ 1,556.43 | $ 652.79 | $ 903.64 | $ - |
| 1915898 | Big Lots Stores LLC | 1856840 | Ameren IP | $ 9,551.52 | $ 3,995.79 | $ 5,555.73 | $ - |
| 1915898 | Big Lots Stores LLC | 1856841 | Ameren CIPS | $ 469.75 | $ 144.28 | $ 325.47 | $ - |
| 1915898 | Big Lots Stores LLC | 1856842 | Ameren CILCO | $ 6,981.09 | $ 3,061.22 | $ 3,919.87 | $ - |
| 1915898 | Big Lots Stores LLC | 1856843 | Ameren CIPS | $ 13,339.54 | $ 5,921.66 | $ 7,417.88 | $ - |
| 1915898 | Big Lots Stores LLC | 1856844 | Ameren IP | $ 3,725.18 | $ 1,121.11 | $ - | $ 2,604.07 |
|  |  |  | Totals | $ 98,164.21 | $ 30,088.46 | $ 48,326.15 | $ 19,649.49 |