# Exhibit B

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 340 | 21603 | Big Lots Stores Inc | 242910055480305 | 10/17/2024 | $ 948.59 | $ 6,119.75 |
| 340 | 21603 | Big Lots Stores Inc | 242910055480304 | 10/17/2024 | $ 631.77 | $ 5,171.16 |
| 340 | 21603 | Big Lots Stores Inc | 242560055220294 | 9/12/2024 | $ 1,785.06 | $ 4,539.39 |
| 340 | 21603 | Big Lots Stores Inc | 242260055008159 | 8/13/2024 | $ 2,754.33 | $ 2,754.33 |
| 340 | 21605 | Big Lots Stores Inc | 242910055480307 | 10/17/2024 | $ 87.59 | $ 398.65 |
| 340 | 21605 | Big Lots Stores Inc | 242910055480306 | 10/17/2024 | $ 33.60 | $ 311.06 |
| 340 | 21605 | Big Lots Stores Inc | 242600055241370 | 9/16/2024 | $ 155.18 | $ 277.46 |
| 340 | 21605 | Big Lots Stores Inc | 242280055028882 | 8/15/2024 | $ 122.28 | $ 122.28 |
| 340 | 21607 | Big Lots Stores Inc | 242700055325633 | 9/26/2024 | $ 83.24 | $ 260.78 |
| 340 | 21607 | Big Lots Stores Inc | 242490055164813 | 9/5/2024 | $ 177.54 | $ 369.65 |
| 340 | 21612 | Big Lots Stores Inc | 242640055283566 | 9/20/2024 | $ 5,412.62 | $ 5,412.62 |
| 340 | 21615 | Big Lots Stores Inc | 242670055297693 | 9/23/2024 | $ 10,006.88 | $ 10,006.88 |
| 340 | 21618 | Big Lots Stores Inc | 242820055411006 | 10/8/2024 | $ 175.54 | $ 10,492.20 |
| 340 | 21618 | Big Lots Stores Inc | 242770055376162 | 10/3/2024 | $ 1,314.02 | $ 10,316.66 |
| 340 | 21618 | Big Lots Stores Inc | 242560055220295 | 9/12/2024 | $ 4,877.51 | $ 9,002.64 |
| 340 | 21618 | Big Lots Stores Inc | 242260055008160 | 8/13/2024 | $ 4,125.13 | $ 4,125.13 |
| 340 | 21619 | Big Lots Stores Inc | 242910055480309 | 10/17/2024 | $ 1,103.04 | $ 5,516.09 |
| 340 | 21619 | Big Lots Stores Inc | 242910055480308 | 10/17/2024 | $ 571.85 | $ 4,413.05 |
| 340 | 21619 | Big Lots Stores Inc | 242560055220296 | 9/12/2024 | $ 1,875.84 | $ 3,841.20 |
| 340 | 21619 | Big Lots Stores Inc | 242260055008161 | 8/13/2024 | $ 1,965.36 | $ 1,965.36 |
| 340 | 21621 | Big Lots Stores Inc | 242910055480311 | 10/17/2024 | $ 1,198.47 | $ 5,338.53 |
| 340 | 21621 | Big Lots Stores Inc | 242910055480310 | 10/17/2024 | $ 483.96 | $ 4,140.06 |
| 340 | 21621 | Big Lots Stores Inc | 242600055241371 | 9/16/2024 | $ 1,751.76 | $ 3,656.10 |
| 340 | 21621 | Big Lots Stores Inc | 242280055028883 | 8/15/2024 | $ 1,904.34 | $ 1,904.34 |
| 340 | 21622 | Big Lots Stores Inc | 242910055484729 | 10/17/2024 | $ 1,265.60 | $ 8,300.36 |
| 340 | 21622 | Big Lots Stores Inc | 242910055480312 | 10/17/2024 | $ 925.97 | $ 7,034.76 |
| 340 | 21622 | Big Lots Stores Inc | 242560055220297 | 9/12/2024 | $ 2,892.92 | $ 6,108.79 |
| 340 | 21622 | Big Lots Stores Inc | 242260055008162 | 8/13/2024 | $ 3,215.87 | $ 3,215.87 |
| 340 | 21623 | Big Lots Stores Inc | 242910055484731 | 10/17/2024 | $ 1,544.62 | $ 9,255.22 |
| 340 | 21623 | Big Lots Stores Inc | 242910055484730 | 10/17/2024 | $ 985.76 | $ 7,710.60 |
| 340 | 21623 | Big Lots Stores Inc | 242560055220298 | 9/12/2024 | $ 3,151.87 | $ 6,724.84 |
| 340 | 21623 | Big Lots Stores Inc | 242260055008163 | 8/13/2024 | $ 3,572.97 | $ 3,572.97 |
| 340 | 21625 | Big Lots Stores Inc | 242910055484733 | 10/17/2024 | $ 1,460.52 | $ 11,182.32 |
| 340 | 21625 | Big Lots Stores Inc | 242910055484732 | 10/17/2024 | $ 1,139.61 | $ 9,721.80 |
| 340 | 21625 | Big Lots Stores Inc | 242560055220299 | 9/12/2024 | $ 8,582.19 | $ 8,582.19 |
| 340 | 21631 | Big Lots Stores Inc | 242910055484734 | 10/17/2024 | $ 1,335.39 | $ 9,797.42 |
| 340 | 21631 | Big Lots Stores Inc | 242560055220300 | 9/12/2024 | $ 4,109.67 | $ 8,462.03 |
| 340 | 21631 | Big Lots Stores Inc | 242260055008164 | 8/13/2024 | $ 4,352.36 | $ 4,352.36 |
| 340 | 21632 | Big Lots Stores Inc | 242670055297695 | 9/23/2024 | $ 6,408.27 | $ 6,408.27 |
| 340 | 21633 | Big Lots Stores Inc | 242850055437348 | 10/11/2024 | $ 1,214.95 | $ 8,652.68 |
| 340 | 21633 | Big Lots Stores Inc | 242640055283567 | 9/20/2024 | $ 2,732.75 | $ 7,437.73 |
| 340 | 21633 | Big Lots Stores Inc | 242430055136462 | 8/30/2024 | $ 4,704.98 | $ 9,916.57 |
| 340 | 21638 | Big Lots Stores Inc | 242910055484737 | 10/17/2024 | $ 1,452.48 | $ 9,164.50 |
| 340 | 21638 | Big Lots Stores Inc | 242910055484736 | 10/17/2024 | $ 1,011.12 | $ 7,712.02 |
| 340 | 21638 | Big Lots Stores Inc | 242560055220301 | 9/12/2024 | $ 6,700.90 | $ 6,700.90 |
| 340 | 21646 | Big Lots Stores Inc | 242910055484739 | 10/17/2024 | $ 1,959.96 | $ 13,640.47 |
| 340 | 21646 | Big Lots Stores Inc | 242910055484738 | 10/17/2024 | $ 1,529.89 | $ 11,680.51 |
| 340 | 21646 | Big Lots Stores Inc | 242560055220302 | 9/12/2024 | $ 4,688.65 | $ 10,150.62 |
| 340 | 21646 | Big Lots Stores Inc | 242260055008165 | 8/13/2024 | $ 5,461.97 | $ 5,461.97 |
| 340 | 21650 | Big Lots Stores Inc | 242910055484742 | 10/17/2024 | $ 1,960.69 | $ 11,264.84 |
| 340 | 21650 | Big Lots Stores Inc | 242910055484741 | 10/17/2024 | $ 1,284.89 | $ 9,304.15 |
| 340 | 21650 | Big Lots Stores Inc | 242560055220303 | 9/12/2024 | $ 3,904.67 | $ 8,019.26 |
| 340 | 21650 | Big Lots Stores Inc | 242260055008166 | 8/13/2024 | $ 4,114.59 | $ 4,114.59 |

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 340 | 21651 | Big Lots Stores Inc | 242910055484744 | 10/17/2024 | $ 1,528.07 | $ 10,580.78 |
| 340 | 21651 | Big Lots Stores Inc | 242910055484743 | 10/17/2024 | $ 1,181.07 | $ 9,052.71 |
| 340 | 21651 | Big Lots Stores Inc | 242560055220304 | 9/12/2024 | $ 3,609.27 | $ 7,871.64 |
| 340 | 21651 | Big Lots Stores Inc | 242260055008167 | 8/13/2024 | $ 4,262.37 | $ 4,262.37 |
| 340 | 21653 | Big Lots Stores Inc | 242910055484746 | 10/17/2024 | $ 645.19 | $ 6,234.17 |
| 340 | 21653 | Big Lots Stores Inc | 242910055484745 | 10/17/2024 | $ 832.95 | $ 5,588.98 |
| 340 | 21653 | Big Lots Stores Inc | 242560055220305 | 9/12/2024 | $ 2,344.76 | $ 4,756.03 |
| 340 | 21653 | Big Lots Stores Inc | 242260055008168 | 8/13/2024 | $ 2,411.27 | $ 2,411.27 |
| 340 | 21654 | Big Lots Stores Inc | 242910055484748 | 10/17/2024 | $ 1,543.48 | $ 15,797.50 |
| 340 | 21654 | Big Lots Stores Inc | 242910055484747 | 10/17/2024 | $ 1,045.99 | $ 14,254.02 |
| 340 | 21654 | Big Lots Stores Inc | 242560055220306 | 9/12/2024 | $ 3,064.47 | $ 13,208.03 |
| 340 | 21654 | Big Lots Stores Inc | 242260055008169 | 8/13/2024 | $ 10,143.56 | $ 10,143.56 |
| 340 | 21655 | Big Lots Stores Inc | 242910055484751 | 10/17/2024 | $ 1,027.08 | $ 10,577.58 |
| 340 | 21655 | Big Lots Stores Inc | 242910055484750 | 10/17/2024 | $ 632.88 | $ 9,550.50 |
| 340 | 21655 | Big Lots Stores Inc | 242560055220307 | 9/12/2024 | $ 1,942.02 | $ 8,917.62 |
| 340 | 21655 | Big Lots Stores Inc | 242260055008170 | 8/13/2024 | $ 6,975.60 | $ 6,975.60 |
| 340 | 21656 | Big Lots Stores Inc | 242910055484753 | 10/17/2024 | $ 1,906.99 | $ 11,557.97 |
| 340 | 21656 | Big Lots Stores Inc | 242910055484752 | 10/17/2024 | $ 1,227.95 | $ 9,650.98 |
| 340 | 21656 | Big Lots Stores Inc | 242560055220308 | 9/12/2024 | $ 3,970.81 | $ 8,423.03 |
| 340 | 21656 | Big Lots Stores Inc | 242260055008171 | 8/13/2024 | $ 4,452.22 | $ 4,452.22 |
| 340 | 21660 | Big Lots Stores Inc | 242910055484756 | 10/17/2024 | $ 2,759.10 | $ 18,594.78 |
| 340 | 21660 | Big Lots Stores Inc | 242910055484755 | 10/17/2024 | $ 2,101.78 | $ 15,835.68 |
| 340 | 21660 | Big Lots Stores Inc | 242560055220309 | 9/12/2024 | $ 13,733.90 | $ 13,733.90 |
| 340 | 21667 | Big Lots Stores Inc | 242910055484758 | 10/17/2024 | $ 2,453.39 | $ 14,780.85 |
| 340 | 21667 | Big Lots Stores Inc | 242910055484757 | 10/17/2024 | $ 1,662.49 | $ 12,327.46 |
| 340 | 21667 | Big Lots Stores Inc | 242560055220310 | 9/12/2024 | $ 10,664.97 | $ 10,664.97 |
| 340 | 21669 | Big Lots Stores Inc | 242640055283568 | 9/20/2024 | $ 6,257.02 | $ 12,498.17 |
| 340 | 21669 | Big Lots Stores Inc | 242320055047186 | 8/19/2024 | $ 6,241.15 | $ 12,630.23 |
| 340 | 21671 | Big Lots Stores Inc | 242910055484760 | 10/17/2024 | $ 1,768.98 | $ 11,087.27 |
| 340 | 21671 | Big Lots Stores Inc | 242910055484759 | 10/17/2024 | $ 1,186.17 | $ 9,318.29 |
| 340 | 21671 | Big Lots Stores Inc | 242560055220311 | 9/12/2024 | $ 3,613.72 | $ 8,132.12 |
| 340 | 21671 | Big Lots Stores Inc | 242260055008172 | 8/13/2024 | $ 4,518.40 | $ 4,518.40 |
| 340 | 21672 | Big Lots Stores Inc | 242910055484762 | 10/17/2024 | $ 2,231.93 | $ 13,141.23 |
| 340 | 21672 | Big Lots Stores Inc | 242910055484761 | 10/17/2024 | $ 5,669.18 | $ 10,909.30 |
| 340 | 21672 | Big Lots Stores Inc | 242620055262089 | 9/18/2024 | $ 5,240.12 | $ 5,240.12 |
| 340 | 21677 | Big Lots Stores Inc | 242910055484765 | 10/17/2024 | $ 1,388.79 | $ 8,977.03 |
| 340 | 21677 | Big Lots Stores Inc | 242910055484763 | 10/17/2024 | $ 1,082.67 | $ 7,588.24 |
| 340 | 21677 | Big Lots Stores Inc | 242560055220312 | 9/12/2024 | $ 2,988.91 | $ 6,505.57 |
| 340 | 21677 | Big Lots Stores Inc | 242260055008173 | 8/13/2024 | $ 3,516.66 | $ 3,516.66 |
| 340 | 21679 | Big Lots Stores Inc | 242910055484767 | 10/17/2024 | $ 1,327.35 | $ 8,152.62 |
| 340 | 21679 | Big Lots Stores Inc | 242910055484766 | 10/17/2024 | $ 945.83 | $ 6,825.27 |
| 340 | 21679 | Big Lots Stores Inc | 242560055220313 | 9/12/2024 | $ 2,845.72 | $ 5,879.44 |
| 340 | 21679 | Big Lots Stores Inc | 242260055008174 | 8/13/2024 | $ 3,033.72 | $ 3,033.72 |
| 340 | 21684 | Big Lots Stores Inc | 242910055484769 | 10/17/2024 | $ 1,568.65 | $ 9,322.40 |
| 340 | 21684 | Big Lots Stores Inc | 242910055484768 | 10/17/2024 | $ 1,078.37 | $ 7,753.75 |
| 340 | 21684 | Big Lots Stores Inc | 242560055220314 | 9/12/2024 | $ 3,277.32 | $ 6,675.38 |
| 340 | 21684 | Big Lots Stores Inc | 242260055008175 | 8/13/2024 | $ 3,398.06 | $ 3,398.06 |
| 340 | 21690 | Big Lots Stores Inc | 242910055484771 | 10/17/2024 | $ 1,158.16 | $ 7,104.10 |
| 340 | 21690 | Big Lots Stores Inc | 242910055484770 | 10/17/2024 | $ 906.50 | $ 5,945.94 |
| 340 | 21690 | Big Lots Stores Inc | 242560055220315 | 9/12/2024 | $ 2,369.42 | $ 5,039.44 |
| 340 | 21690 | Big Lots Stores Inc | 242260055008176 | 8/13/2024 | $ 2,670.02 | $ 2,670.02 |
| 340 | 838012 | Big Lots Stores Inc | 242890055459179 | 10/15/2024 | $ 71.06 | $ 465.74 |
| 340 | 838012 | Big Lots Stores Inc | 242680055307397 | 9/24/2024 | $ 158.00 | $ 394.68 |

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 340 | 838012 | Big Lots Stores Inc | 242470055145620 | 9/3/2024 | $ 236.68 | $ 511.67 |
| 340 | 838013 | Big Lots Stores Inc | 242910055484773 | 10/17/2024 | $ 2,313.47 | $ 17,526.50 |
| 340 | 838013 | Big Lots Stores Inc | 242910055484772 | 10/17/2024 | $ 2,122.99 | $ 15,213.03 |
| 340 | 838013 | Big Lots Stores Inc | 242560055220316 | 9/12/2024 | $ 6,108.53 | $ 13,090.04 |
| 340 | 838013 | Big Lots Stores Inc | 242260055008177 | 8/13/2024 | $ 6,981.51 | $ 6,981.51 |
| 340 | 1291939 | Big Lots Stores Inc | 242910055484774 | 10/17/2024 | $ 43.50 | $ 2,943.35 |
| 340 | 1291939 | Big Lots Stores Inc | 242490055168978 | 9/5/2024 | $ 2,899.85 | $ 2,899.85 |
| 340 | 1291942 | Big Lots Stores Inc | 242910055480273 | 10/17/2024 | $ 1,684.88 | $ 11,930.15 |
| 340 | 1291942 | Big Lots Stores Inc | 242910055480272 | 10/17/2024 | $ 1,554.35 | $ 10,245.27 |
| 340 | 1291942 | Big Lots Stores Inc | 242560055220577 | 9/12/2024 | $ 3,984.28 | $ 8,690.92 |
| 340 | 1291942 | Big Lots Stores Inc | 242260055008253 | 8/13/2024 | $ 4,706.64 | $ 4,706.64 |
| 340 | 1291946 | Big Lots Stores Inc | 242910055480274 | 10/17/2024 | $ 3,021.30 | $ 8,327.65 |
| 340 | 1291946 | Big Lots Stores Inc | 242750055358519 | 10/1/2024 | $ 217.87 | $ 5,306.35 |
| 340 | 1291946 | Big Lots Stores Inc | 242330055055937 | 8/20/2024 | $ 5,088.48 | $ 10,444.86 |
| 340 | 1291949 | Big Lots Stores Inc | 242910055480281 | 10/17/2024 | $ 2,377.94 | $ 15,177.18 |
| 340 | 1291949 | Big Lots Stores Inc | 242910055480277 | 10/17/2024 | $ 1,898.21 | $ 12,799.24 |
| 340 | 1291949 | Big Lots Stores Inc | 242560055220578 | 9/12/2024 | $ 4,965.13 | $ 10,901.03 |
| 340 | 1291949 | Big Lots Stores Inc | 242260055008254 | 8/13/2024 | $ 5,935.90 | $ 5,935.90 |
| 340 | 1291950 | Big Lots Stores Inc | 242910055480283 | 10/17/2024 | $ 1,529.95 | $ 5,820.11 |
| 340 | 1291950 | Big Lots Stores Inc | 242910055480282 | 10/17/2024 | $ 2,259.09 | $ 4,290.16 |
| 340 | 1291950 | Big Lots Stores Inc | 242640055286248 | 9/20/2024 | $ 75.13 | $ 2,031.07 |
| 340 | 1291950 | Big Lots Stores Inc | 242330055055938 | 8/20/2024 | $ 1,955.94 | $ 3,940.36 |
| 340 | 1291958 | Big Lots Stores Inc | 242810055405179 | 10/7/2024 | $ 157.54 | $ 8,043.48 |
| 340 | 1291958 | Big Lots Stores Inc | 242700055325703 | 9/26/2024 | $ 2,433.54 | $ 7,885.94 |
| 340 | 1291958 | Big Lots Stores Inc | 242490055164913 | 9/5/2024 | $ 5,452.40 | $ 5,452.40 |
| 340 | 1291961 | Big Lots Stores Inc | 242810055405180 | 10/7/2024 | $ 202.82 | $ 6,911.33 |
| 340 | 1291961 | Big Lots Stores Inc | 242670055297764 | 9/23/2024 | $ 2,322.01 | $ 6,708.51 |
| 340 | 1291961 | Big Lots Stores Inc | 242420055126833 | 8/29/2024 | $ 4,386.50 | $ 4,386.50 |
| 340 | 1291963 | Big Lots Stores Inc | 242810055405245 | 10/7/2024 | $ (1,614.25) | $ 4,262.80 |
| 340 | 1291963 | Big Lots Stores Inc | 242700055325704 | 9/26/2024 | $ 3,788.85 | $ 5,877.05 |
| 340 | 1291963 | Big Lots Stores Inc | 242390055099034 | 8/26/2024 | $ 2,088.20 | $ 4,328.85 |
| 340 | 1291964 | Big Lots Stores Inc | 242710055333338 | 9/27/2024 | $ 1,095.07 | $ 3,660.52 |
| 340 | 1291964 | Big Lots Stores Inc | 242500055175845 | 9/6/2024 | $ 2,565.45 | $ 5,942.47 |
| 340 | 1291965 | Big Lots Stores Inc | 242810055405181 | 10/7/2024 | $ 150.33 | $ 5,227.48 |
| 340 | 1291965 | Big Lots Stores Inc | 242640055286249 | 9/20/2024 | $ 2,503.89 | $ 5,077.15 |
| 340 | 1291965 | Big Lots Stores Inc | 242320055047362 | 8/19/2024 | $ 2,573.26 | $ 4,923.27 |
| 340 | 1291969 | Big Lots Stores Inc | 242810055405246 | 10/7/2024 | $ 226.32 | $ 6,852.63 |
| 340 | 1291969 | Big Lots Stores Inc | 242680055307457 | 9/24/2024 | $ 2,111.55 | $ 6,626.31 |
| 340 | 1291969 | Big Lots Stores Inc | 242470055146643 | 9/3/2024 | $ 4,514.76 | $ 4,514.76 |
| 340 | 1291970 | Big Lots Stores Inc | 242810055405247 | 10/7/2024 | $ 138.37 | $ 4,104.88 |
| 340 | 1291970 | Big Lots Stores Inc | 242680055307458 | 9/24/2024 | $ 1,519.76 | $ 3,966.51 |
| 340 | 1291970 | Big Lots Stores Inc | 242470055146644 | 9/3/2024 | $ 2,446.75 | $ 2,446.75 |
| 340 | 1291971 | Big Lots Stores Inc | 242750055358520 | 10/1/2024 | $ 1,430.28 | $ 5,342.12 |
| 340 | 1291971 | Big Lots Stores Inc | 242530055187874 | 9/9/2024 | $ 3,911.84 | $ 8,906.93 |
| 340 | 1291972 | Big Lots Stores Inc | 242680055307459 | 9/24/2024 | $ 1,441.66 | $ 3,156.20 |
| 340 | 1291972 | Big Lots Stores Inc | 242360055089899 | 8/23/2024 | $ 1,714.54 | $ 3,734.60 |
| 340 | 1291974 | Big Lots Stores Inc | 242830055424293 | 10/9/2024 | $ 372.42 | $ 4,432.78 |
| 340 | 1291974 | Big Lots Stores Inc | 242820055408847 | 10/8/2024 | $ 31.26 | $ 4,060.36 |
| 340 | 1291974 | Big Lots Stores Inc | 242600055241450 | 9/16/2024 | $ 1,945.41 | $ 4,029.10 |
| 340 | 1291974 | Big Lots Stores Inc | 242280055029116 | 8/15/2024 | $ 2,083.69 | $ 4,226.23 |
| 340 | 1291979 | Big Lots Stores Inc | 242910055480286 | 10/17/2024 | $ 1,326.78 | $ 6,606.60 |
| 340 | 1291979 | Big Lots Stores Inc | 242550055207056 | 9/11/2024 | $ 3,082.22 | $ 5,279.82 |
| 340 | 1291979 | Big Lots Stores Inc | 242260055008255 | 8/13/2024 | $ 2,197.60 | $ 2,197.60 |

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 340 | 1291981 | Big Lots Stores Inc | 242780055389549 | 10/4/2024 | $ 120.19 | $ 1,295.40 |
| 340 | 1291981 | Big Lots Stores Inc | 242570055233316 | 9/13/2024 | $ 545.91 | $ 1,175.21 |
| 340 | 1291981 | Big Lots Stores Inc | 242280055029117 | 8/15/2024 | $ 629.30 | $ 1,131.38 |
| 340 | 1291982 | Big Lots Stores Inc | 242640055286251 | 9/20/2024 | $ 2,366.71 | $ 5,538.87 |
| 340 | 1291982 | Big Lots Stores Inc | 242350055078902 | 8/22/2024 | $ 3,172.16 | $ 6,141.92 |
| 340 | 1291986 | Big Lots Stores Inc | 242840055430208 | 10/10/2024 | $ 127.69 | $ 6,124.55 |
| 340 | 1291986 | Big Lots Stores Inc | 242630055272271 | 9/19/2024 | $ 2,816.27 | $ 5,996.86 |
| 340 | 1291986 | Big Lots Stores Inc | 242320055047363 | 8/19/2024 | $ 3,180.59 | $ 6,510.03 |
| 340 | 1291987 | Big Lots Stores Inc | 242740055343349 | 9/30/2024 | $ 1,812.37 | $ 4,946.66 |
| 340 | 1291987 | Big Lots Stores Inc | 242430055136549 | 8/30/2024 | $ 3,134.29 | $ 6,787.70 |
| 340 | 1291995 | Big Lots Stores Inc | 242810055405248 | 10/7/2024 | $ 200.82 | $ 8,632.27 |
| 340 | 1291995 | Big Lots Stores Inc | 242640055286253 | 9/20/2024 | $ 3,702.07 | $ 8,431.45 |
| 340 | 1291995 | Big Lots Stores Inc | 242410055118507 | 8/28/2024 | $ 4,729.38 | $ 9,346.64 |
| 340 | 1291997 | Big Lots Stores Inc | 242810055405249 | 10/7/2024 | $ 218.55 | $ 10,349.76 |
| 340 | 1291997 | Big Lots Stores Inc | 242760055367526 | 10/2/2024 | $ 1,546.15 | $ 10,131.21 |
| 340 | 1291997 | Big Lots Stores Inc | 242550055207057 | 9/11/2024 | $ 3,941.53 | $ 8,585.06 |
| 340 | 1291997 | Big Lots Stores Inc | 242250054996656 | 8/12/2024 | $ 4,643.53 | $ 8,023.79 |
| 340 | 1292004 | Big Lots Stores Inc | 242700055325705 | 9/26/2024 | $ 1,842.04 | $ 5,780.87 |
| 340 | 1292004 | Big Lots Stores Inc | 242490055164914 | 9/5/2024 | $ 3,285.02 | $ 3,938.83 |
| 340 | 1292004 | Big Lots Stores Inc | 242180054940851 | 8/5/2024 | $ 3,474.58 | $ 6,327.72 |
| 340 | 1292005 | Big Lots Stores Inc | 242810055405250 | 10/7/2024 | $ 938.54 | $ 5,845.37 |
| 340 | 1292005 | Big Lots Stores Inc | 242560055220579 | 9/12/2024 | $ 2,356.38 | $ 4,906.83 |
| 340 | 1292005 | Big Lots Stores Inc | 242260055008256 | 8/13/2024 | $ 2,550.45 | $ 5,181.19 |
| 340 | 1292009 | Big Lots Stores Inc | 242640055286254 | 9/20/2024 | $ 207.59 | $ 486.28 |
| 340 | 1292009 | Big Lots Stores Inc | 242420055126834 | 8/29/2024 | $ 278.69 | $ 571.18 |
| 340 | 1292011 | Big Lots Stores Inc | 242810055405251 | 10/7/2024 | $ 172.75 | $ 5,356.95 |
| 340 | 1292011 | Big Lots Stores Inc | 242640055286255 | 9/20/2024 | $ 2,058.02 | $ 5,184.20 |
| 340 | 1292011 | Big Lots Stores Inc | 242420055126835 | 8/29/2024 | $ 3,126.18 | $ 6,486.50 |
| 340 | 1364023 | Big Lots Stores, Inc. | 242830055415854 | 10/9/2024 | $ 1,637.09 | $ 3,604.08 |
| 340 | 1364023 | Big Lots Stores, Inc. | 242620055262334 | 9/18/2024 | $ 514.85 | $ 1,966.99 |
| 340 | 1364023 | Big Lots Stores, Inc. | 242410055118508 | 8/28/2024 | $ 1,452.14 | $ 3,629.10 |
| 340 | 1428362 | Big Lots Stores Inc | 242740055343350 | 9/30/2024 | $ 1,140.95 | $ 3,287.18 |
| 340 | 1428362 | Big Lots Stores Inc | 242470055146645 | 9/3/2024 | $ 2,146.23 | $ 2,146.23 |
| 340 | 1535425 | Big Lots Stores, Inc. | 242910055480287 | 10/17/2024 | $ 510.46 | $ 5,185.62 |
| 340 | 1535425 | Big Lots Stores, Inc. | 242570055234071 | 9/13/2024 | $ 1,984.39 | $ 4,675.16 |
| 340 | 1535425 | Big Lots Stores, Inc. | 242280055030247 | 8/15/2024 | $ 2,690.77 | $ 5,138.68 |
| 340 | 1554656 | Big Lots Stores, Inc. | 242280055030248 | 8/15/2024 | $ 3,642.74 | $ 3,642.74 |
| 340 | 1554668 | Big Lots Stores, Inc. | 242710055334161 | 9/27/2024 | $ 20.26 | $ 1,391.20 |
| 340 | 1554668 | Big Lots Stores, Inc. | 242500055176724 | 9/6/2024 | $ 20.26 | $ 1,370.94 |
| 340 | 1554668 | Big Lots Stores, Inc. | 242290055039660 | 8/16/2024 | $ 1,350.68 | $ 1,350.68 |
| 340 | 1697430 | Big Lots Stores Inc | 242910055480289 | 10/17/2024 | $ 1,152.62 | $ 9,686.46 |
| 340 | 1697430 | Big Lots Stores Inc | 242910055480288 | 10/17/2024 | $ 1,241.91 | $ 8,533.84 |
| 340 | 1697430 | Big Lots Stores Inc | 242560055223081 | 9/12/2024 | $ 3,444.20 | $ 7,291.93 |
| 340 | 1697430 | Big Lots Stores Inc | 242260055009833 | 8/13/2024 | $ 3,847.73 | $ 3,847.73 |
| 340 | 1697437 | Big Lots Stores Inc | 242910055480291 | 10/17/2024 | $ 2,386.70 | $ 13,790.60 |
| 340 | 1697437 | Big Lots Stores Inc | 242910055480290 | 10/17/2024 | $ 1,985.72 | $ 11,403.90 |
| 340 | 1697437 | Big Lots Stores Inc | 242550055205710 | 9/11/2024 | $ 4,020.47 | $ 9,418.18 |
| 340 | 1697437 | Big Lots Stores Inc | 242260055009834 | 8/13/2024 | $ 5,397.71 | $ 5,397.71 |
| 340 | 1697438 | Big Lots Stores Inc | 242640055284778 | 9/20/2024 | $ 5,293.14 | $ 10,527.46 |
| 340 | 1697438 | Big Lots Stores Inc | 242330055057638 | 8/20/2024 | $ 5,234.32 | $ 10,325.23 |
| 340 | 1697439 | Big Lots Stores Inc | 242640055284779 | 9/20/2024 | $ 100,893.04 | $ 213,755.36 |
| 340 | 1697439 | Big Lots Stores Inc | 242280055030434 | 8/15/2024 | $ 112,862.32 | $ 112,862.32 |
| 340 | 1697440 | Big Lots Stores Inc | 242910055480293 | 10/17/2024 | $ 2,760.52 | $ 17,232.44 |

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 340 | 1697440 | Big Lots Stores Inc | 242910055480292 | 10/17/2024 | $ 1,564.22 | $ 14,471.92 |
| 340 | 1697440 | Big Lots Stores Inc | 242570055234399 | 9/13/2024 | $ 6,280.38 | $ 12,907.70 |
| 340 | 1697440 | Big Lots Stores Inc | 242270055018749 | 8/14/2024 | $ 6,627.32 | $ 6,627.32 |
| 340 | 1697441 | Big Lots Stores Inc | 242910055480295 | 10/17/2024 | $ 1,683.63 | $ 12,995.60 |
| 340 | 1697441 | Big Lots Stores Inc | 242910055480294 | 10/17/2024 | $ 2,007.92 | $ 11,311.97 |
| 340 | 1697441 | Big Lots Stores Inc | 242540055196463 | 9/10/2024 | $ 4,083.05 | $ 9,304.05 |
| 340 | 1697441 | Big Lots Stores Inc | 242250054997661 | 8/12/2024 | $ 5,221.00 | $ 5,221.00 |
| 340 | 1702048 | Big Lots Stores Inc | 242910055480296 | 10/17/2024 | $ 989.56 | $ 3,366.20 |
| 340 | 1702048 | Big Lots Stores Inc | 242530055188925 | 9/9/2024 | $ 2,376.64 | $ 5,017.91 |
| 340 | 1704321 | Big Lots Stores Inc | 242910055480298 | 10/17/2024 | $ 1,047.01 | $ 5,809.35 |
| 340 | 1704321 | Big Lots Stores Inc | 242910055480297 | 10/17/2024 | $ 1,582.85 | $ 4,762.34 |
| 340 | 1704321 | Big Lots Stores Inc | 242490055166766 | 9/5/2024 | $ 3,179.49 | $ 7,197.63 |
| 340 | 1709757 | Big Lots Stores Inc | 242830055424299 | 10/9/2024 | $ 1,537.76 | $ 17,785.32 |
| 340 | 1709757 | Big Lots Stores Inc | 242820055408237 | 10/8/2024 | $ 112.94 | $ 16,247.56 |
| 340 | 1709757 | Big Lots Stores Inc | 242600055242424 | 9/16/2024 | $ 8,605.59 | $ 16,134.62 |
| 340 | 1709757 | Big Lots Stores Inc | 242280055030435 | 8/15/2024 | $ 7,529.03 | $ 12,955.82 |
| 340 | 1723161 | Big Lots Stores Inc | 242850055439500 | 10/11/2024 | $ (8,092.86) | $ 65,830.44 |
| 340 | 1723161 | Big Lots Stores Inc | 242640055284780 | 9/20/2024 | $ 36,985.94 | $ 73,923.30 |
| 340 | 1723161 | Big Lots Stores Inc | 242350055080736 | 8/22/2024 | $ 36,937.36 | $ 36,937.36 |
| 340 | 1723162 | Big Lots Stores Inc | 242840055429916 | 10/10/2024 | $ (603.15) | $ 7,301.58 |
| 340 | 1723162 | Big Lots Stores Inc | 242630055274027 | 9/19/2024 | $ 3,682.50 | $ 7,904.73 |
| 340 | 1723162 | Big Lots Stores Inc | 242330055057639 | 8/20/2024 | $ 4,222.23 | $ 4,222.23 |
| 340 | 1723163 | Big Lots Stores Inc | 242640055284781 | 9/20/2024 | $ 67.24 | $ 163.01 |
| 340 | 1723163 | Big Lots Stores Inc | 242360055091183 | 8/23/2024 | $ 95.77 | $ 95.77 |
| 340 | 1754329 | Big Lots Stores Inc | 242740055345900 | 9/30/2024 | $ 1,114.15 | $ 3,706.92 |
| 340 | 1754329 | Big Lots Stores Inc | 242500055177794 | 9/6/2024 | $ 2,592.77 | $ 5,821.80 |
| 340 | 1754333 | Big Lots Stores Inc | 242740055345901 | 9/30/2024 | $ 1,131.84 | $ 3,775.41 |
| 340 | 1754333 | Big Lots Stores Inc | 242490055166767 | 9/5/2024 | $ 2,643.57 | $ 6,022.13 |
| 340 | 1826849 | Big Lots Stores Inc | 242910055480302 | 10/17/2024 | $ 3,105.92 | $ 6,393.96 |
| 340 | 1826849 | Big Lots Stores Inc | 242340055070074 | 8/21/2024 | $ 3,288.04 | $ 6,303.12 |
| 340 | 1832876 | Big Lots Stores Inc | 242910055480303 | 10/17/2024 | $ 637.83 | $ 5,824.53 |
| 340 | 1832876 | Big Lots Stores Inc | 242610055254494 | 9/17/2024 | $ 2,560.64 | $ 5,186.70 |
| 340 | 1832876 | Big Lots Stores Inc | 242280055031856 | 8/15/2024 | $ 2,626.06 | $ 4,452.48 |
| 340 | 1832877 | Big Lots Stores Inc | 242700055326609 | 9/26/2024 | $ 2,512.48 | $ 7,107.18 |
| 340 | 1832877 | Big Lots Stores Inc | 242490055168102 | 9/5/2024 | $ 4,594.70 | $ 9,453.83 |

| Customer_ID | Account_Number | Account_Name | Invoice_ID | Invoice_Date | Current_Charges | Total_Amount_Due |
|---|---|---|---|---|---|---|
| 1915898 | 1856832 | Big Lots Stores LLC | 242910055484814 | 10/17/2024 | $ 2,012.57 | $ 7,697.53 |
| 1915898 | 1856832 | Big Lots Stores LLC | 242490055164814 | 9/5/2024 | $ 5,684.96 | $ 5,684.96 |
| 1915898 | 1856833 | Big Lots Stores LLC | 242640055283569 | 9/20/2024 | $ 3,683.31 | $ 7,746.78 |
| 1915898 | 1856833 | Big Lots Stores LLC | 242350055078813 | 8/22/2024 | $ 4,063.47 | $ 4,063.47 |
| 1915898 | 1856834 | Big Lots Stores LLC | 242910055484822 | 10/17/2024 | $ 1,188.92 | $ 11,434.66 |
| 1915898 | 1856834 | Big Lots Stores LLC | 242910055484820 | 10/17/2024 | $ 4,118.52 | $ 10,245.74 |
| 1915898 | 1856834 | Big Lots Stores LLC | 242530055187679 | 9/9/2024 | $ 6,127.22 | $ 6,127.22 |
| 1915898 | 1856835 | Big Lots Stores LLC | 242820055405489 | 10/8/2024 | $ 3,278.61 | $ 6,949.15 |
| 1915898 | 1856835 | Big Lots Stores LLC | 242490055164815 | 9/5/2024 | $ 3,670.54 | $ 3,670.54 |
| 1915898 | 1856836 | Big Lots Stores LLC | 242700055325634 | 9/26/2024 | $ 2,249.32 | $ 6,865.24 |
| 1915898 | 1856836 | Big Lots Stores LLC | 242350055078814 | 8/22/2024 | $ 4,615.92 | $ 4,615.92 |
| 1915898 | 1856837 | Big Lots Stores LLC | 242640055283570 | 9/20/2024 | $ 4,008.31 | $ 7,542.19 |
| 1915898 | 1856837 | Big Lots Stores LLC | 242280055028884 | 8/15/2024 | $ 3,533.88 | $ 3,533.88 |
| 1915898 | 1856838 | Big Lots Stores LLC | 242910055485006 | 10/17/2024 | $ 3,316.78 | $ 14,305.15 |
| 1915898 | 1856838 | Big Lots Stores LLC | 242910055484940 | 10/17/2024 | $ 1,200.14 | $ 10,988.37 |
| 1915898 | 1856838 | Big Lots Stores LLC | 242550055207596 | 9/11/2024 | $ 4,726.89 | $ 9,788.23 |
| 1915898 | 1856838 | Big Lots Stores LLC | 242290055039057 | 8/16/2024 | $ 5,061.34 | $ 5,061.34 |
| 1915898 | 1856839 | Big Lots Stores LLC | 242910055485099 | 10/17/2024 | $ 170.16 | $ 1,556.43 |
| 1915898 | 1856839 | Big Lots Stores LLC | 242910055485077 | 10/17/2024 | $ 481.19 | $ 1,386.27 |
| 1915898 | 1856839 | Big Lots Stores LLC | 242530055187680 | 9/9/2024 | $ 905.08 | $ 905.08 |
| 1915898 | 1856840 | Big Lots Stores LLC | 242820055411004 | 10/8/2024 | $ 3,995.79 | $ 9,551.52 |
| 1915898 | 1856840 | Big Lots Stores LLC | 242530055187681 | 9/9/2024 | $ 5,555.73 | $ 5,555.73 |
| 1915898 | 1856841 | Big Lots Stores LLC | 242910055485101 | 10/17/2024 | $ 58.62 | $ 469.75 |
| 1915898 | 1856841 | Big Lots Stores LLC | 242910055485100 | 10/17/2024 | $ 84.89 | $ 411.13 |
| 1915898 | 1856841 | Big Lots Stores LLC | 242530055187682 | 9/9/2024 | $ 326.24 | $ 326.24 |
| 1915898 | 1856842 | Big Lots Stores LLC | 242910055485103 | 10/17/2024 | $ 1,540.46 | $ 6,981.09 |
| 1915898 | 1856842 | Big Lots Stores LLC | 242910055485102 | 10/17/2024 | $ 1,506.69 | $ 5,440.63 |
| 1915898 | 1856842 | Big Lots Stores LLC | 242490055164816 | 9/5/2024 | $ 3,933.94 | $ 3,933.94 |
| 1915898 | 1856843 | Big Lots Stores LLC | 242890055462794 | 10/15/2024 | $ 982.55 | $ 13,339.54 |
| 1915898 | 1856843 | Big Lots Stores LLC | 242890055462793 | 10/15/2024 | $ 2,047.01 | $ 12,356.99 |
| 1915898 | 1856843 | Big Lots Stores LLC | 242890055462792 | 10/15/2024 | $ 2,885.77 | $ 10,309.98 |
| 1915898 | 1856843 | Big Lots Stores LLC | 242530055187683 | 9/9/2024 | $ 7,424.21 | $ 7,424.21 |
| 1915898 | 1856844 | Big Lots Stores LLC | 242910055485104 | 10/17/2024 | $ 1,121.11 | $ 3,725.18 |
| 1915898 | 1856844 | Big Lots Stores LLC | 242360055089829 | 8/23/2024 | $ 2,604.07 | $ 2,604.07 |