# Exhibit A

BIG LOTS STORES INC
PRE AND POST-PETITION REPORT
Dated 11/01/2024

| | TOTAL POST-PETITION BALANCES FOR RELIANT SOLUTIONS AND NORTHEAST | | BIG LOTS TOTAL TOTAL PRE-PETITION BALANCES FOR RELIANT (SOLUTIONS AND NORTHEAST) |
|---|---|---|---|
| | $ 231,479.89 | | $ 576,194.86 |
| | POST PETITION BALANCE RELIANT SOLUTIONS | | PRE-PETITION BALANCE RELIANT SOLUTIONS |
| | $ 230,640.85 | | $ 416,128.05 |

| COMPANY CODE | BUSINESS PARTNER NUMBER | CONTRACT ACCOUNT NUMBER | POST PETITION CHARGES | BUSINESS PARTNER NAME | CONTRACT STATUS | INVOICE NUMBER | DUE DATE | CONTRACT ACCOUNT NUMBER | PRE-PETITION CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 4033254 | 5358719 | $ 4,572.18 | BIG LOTS STORES INC | ACTIVE | 113014071324 | 11/12/24 | 5358719 | $ 6,083.25 |
| 17 | 4033254 | 5358721 | $ 2,658.41 | BIG LOTS STORES INC | ACTIVE | 112017136204 | 11/05/24 | 5358721 | $ 5,475.36 |
| 17 | 4033254 | 5363657 | $ 3,457.14 | BIG LOTS STORES INC | ACTIVE | 111045946136 | 11/06/24 | 5363657 | $ 4,871.40 |
| 17 | 4033254 | 5363658 | $ 3,757.46 | BIG LOTS STORES INC | ACTIVE | 112017096402 | 10/28/24 | 5363658 | $ 5,286.92 |
| 17 | 4033254 | 5363660 | $ 3,256.16 | BIG LOTS STORES INC | ACTIVE | 112017112627 | 10/29/24 | 5363660 | $ 4,474.88 |
| 17 | 4033254 | 5363661 | $ 4,149.29 | BIG LOTS STORES INC | ACTIVE | 114012350235 | 11/06/24 | 5363661 | $ 6,094.08 |
| 17 | 4033254 | 5363662 | $ 3,359.47 | BIG LOTS STORES INC | ACTIVE | 111045911338 | 11/04/24 | 5363662 | $ 6,598.30 |
| 17 | 4033254 | 5363664 | $ 2,491.19 | BIG LOTS STORES INC | ACTIVE | 111045840295 | 10/28/24 | 5363664 | $ 4,371.43 |
| 17 | 4033254 | 5363665 | $ 1,666.28 | BIG LOTS STORES INC | ACTIVE | 112017081540 | 10/24/24 | 5363665 | $ 3,710.54 |
| 17 | 4033254 | 5363666 | $ 3,046.87 | BIG LOTS STORES INC | ACTIVE | 112017081541 | 10/24/24 | 5363666 | $ 6,860.61 |
| 17 | 4033254 | 5363667 | $ 2,994.68 | BIG LOTS STORES INC | ACTIVE | 112017116088 | 10/30/24 | 5363667 | $ 7,898.62 |
| 17 | 4033254 | 5363670 | $ 1,890.19 | BIG LOTS STORES INC | ACTIVE | 112017120277 | 10/31/24 | 5363670 | $ 4,435.36 |
| 17 | 4033254 | 5363671 | $ 2,381.40 | BIG LOTS STORES INC | ACTIVE | 111045840296 | 10/28/24 | 5363671 | $ 3,362.42 |
| 17 | 4033254 | 5363673 | $ 2,731.40 | BIG LOTS STORES INC | ACTIVE | 112017116089 | 10/30/24 | 5363673 | $ 7,784.44 |
| 17 | 4033254 | 5363674 | $ 2,300.98 | BIG LOTS STORES INC | ACTIVE | 113014071325 | 11/12/24 | 5363674 | $ 5,398.04 |
| 17 | 4033254 | 5363675 | $ 6.05 | BIG LOTS STORES INC | ACTIVE | 112017112628 | 10/29/24 | 5363675 | $ 6.21 |
| 17 | 4033254 | 5363676 | $ 3,823.97 | BIG LOTS STORES INC | ACTIVE | 111045897613 | 11/04/24 | 5363676 | $ 8,938.51 |
| 17 | 4033254 | 5363677 | $ 2,825.86 | BIG LOTS STORES INC | ACTIVE | 112017120278 | 10/31/24 | 5363677 | $ 5,566.38 |
| 17 | 4033254 | 5363678 | $ 4,504.60 | BIG LOTS STORES INC | ACTIVE | 111045913543 | 11/04/24 | 5363678 | $ 7,455.42 |
| 17 | 4033254 | 5363679 | $ 2,458.66 | BIG LOTS STORES INC | ACTIVE | 112017116090 | 10/30/24 | 5363679 | $ 6,858.71 |
| 17 | 4033254 | 5363680 | $ 3,121.72 | BIG LOTS STORES INC | ACTIVE | 112017136205 | 11/05/24 | 5363680 | $ 6,680.22 |
| 17 | 4033254 | 5363681 | $ 2,343.86 | BIG LOTS STORES INC | ACTIVE | 112017081542 | 10/24/24 | 5363681 | $ 4,782.83 |
| 17 | 4033254 | 5363682 | $ 3,508.99 | BIG LOTS STORES INC | ACTIVE | 112017120279 | 10/31/24 | 5363682 | $ 8,803.96 |
| 17 | 4033254 | 5363687 | $ 6,001.54 | BIG LOTS STORES INC | ACTIVE | 113014098016 | 11/18/24 | 5363687 | $ 5,627.30 |
| 17 | 4033254 | 5363690 | $ 3,389.21 | BIG LOTS STORES INC | ACTIVE | 111045911339 | 11/04/24 | 5363690 | $ 7,663.34 |
| 17 | 4033254 | 5363703 | $ 2,299.15 | BIG LOTS STORES INC | ACTIVE | 114012350236 | 11/06/24 | 5363703 | $ 4,605.28 |
| 17 | 4033254 | 5363704 | $ 2,462.70 | BIG LOTS STORES INC | ACTIVE | 114012350237 | 11/06/24 | 5363704 | $ 4,415.30 |
| 17 | 4033254 | 5363707 | $ 3,054.95 | BIG LOTS STORES INC | ACTIVE | 114012350238 | 11/06/24 | 5363707 | $ 5,695.79 |
| 17 | 4033254 | 5363708 | $ 3,510.83 | BIG LOTS STORES INC | ACTIVE | 112017147431 | 11/07/24 | 5363708 | $ 6,260.29 |
| 17 | 4033254 | 5363709 | $ 3,099.09 | BIG LOTS STORES INC | ACTIVE | 112017162854 | 11/12/24 | 5363709 | $ 3,819.86 |
| 17 | 4033254 | 5392728 | $ 3,284.28 | BIG LOTS STORES INC | ACTIVE | 112017166637 | 11/12/24 | 5392728 | $ 4,791.16 |
| 17 | 4033254 | 5392729 | $ 2,897.81 | BIG LOTS STORES INC | ACTIVE | 111045970770 | 11/12/24 | 5392729 | $ 4,664.82 |
| 17 | 4033254 | 5392730 | $ 3,505.59 | BIG LOTS STORES INC | ACTIVE | 112017166638 | 11/12/24 | 5392730 | $ 5,010.95 |
| 17 | 4033254 | 5392731 | $ 2,588.24 | BIG LOTS STORES INC | ACTIVE | 111045970771 | 11/12/24 | 5392731 | $ 4,312.11 |
| 17 | 4033254 | 5394133 | $ 4,690.19 | BIG LOTS STORES INC | ACTIVE | 112017170905 | 11/13/24 | 5394133 | $ 6,938.15 |
| 17 | 4033254 | 5394135 | $ 3,781.49 | BIG LOTS STORES INC | ACTIVE | 112017166639 | 11/12/24 | 5394135 | $ 5,909.41 |
| 17 | 4033254 | 5394137 | $ 9.50 | BIG LOTS STORES INC | ACTIVE | 111045970772 | 11/12/24 | 5394137 | $ 13.30 |
| 17 | 4033254 | 5394139 | $ 3,663.04 | BIG LOTS STORES INC | ACTIVE | 112017147432 | 11/07/24 | 5394139 | $ 6,179.80 |
| 17 | 4033254 | 5394143 | $ 130.39 | BIG LOTS STORES INC | ACTIVE | 111045970773 | 11/12/24 | 5394143 | $ 173.60 |
| 17 | 4033254 | 5394144 | $ 4,950.24 | BIG LOTS STORES INC | ACTIVE | 111045970774 | 11/12/24 | 5394144 | $ 6,513.94 |
| 17 | 4033254 | 5394148 | $ 4,509.69 | BIG LOTS STORES INC | ACTIVE | 111045970775 | 11/12/24 | 5394148 | $ 6,663.76 |
| 17 | 4033254 | 5394149 | $ 5,016.34 | BIG LOTS STORES INC | ACTIVE | 113014098017 | 11/18/24 | 5394149 | $ 5,068.32 |
| 17 | 4033254 | 5394150 | $ 3,431.15 | BIG LOTS STORES INC | ACTIVE | 112017166640 | 11/12/24 | 5394150 | $ 5,070.94 |
| 17 | 4033254 | 5394151 | $ 2,864.28 | BIG LOTS STORES INC | ACTIVE | 114012375065 | 11/12/24 | 5394151 | $ 3,358.19 |
| 17 | 4033254 | 5396642 | $ 1,580.97 | BIG LOTS STORES INC | ACTIVE | 112017075000 | 10/22/24 | 5396642 | $ 2,883.90 |
| 17 | 4033254 | 5396643 | $ 1,545.30 | BIG LOTS STORES INC | ACTIVE | 112017075001 | 10/22/24 | 5396643 | $ 3,024.81 |
| 17 | 4033254 | 5396644 | $ 5,013.57 | BIG LOTS STORES INC | ACTIVE | 111045995096 | 11/14/24 | 5396644 | $ 5,960.91 |
| 17 | 4033254 | 5397846 | $ 4,022.76 | BIG LOTS STORES INC | ACTIVE | 111045995097 | 11/14/24 | 5397846 | $ 5,304.59 |
| 17 | 4033254 | 5397847 | $ 3,659.39 | BIG LOTS STORES INC | ACTIVE | 111045995098 | 11/14/24 | 5397847 | $ 4,864.76 |

| Company Code | Business Partner Number | Contract Account Number | Post-Petition Charges | Business Partner Name | Contract Status | Invoice Number | Document Due Date | Contract Account Number | Pre-Petition Charges |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 4033254 | 5397881 | $ 1,579.37 | BIG LOTS STORES INC | ACTIVE | 112017073246 | 10/22/24 | 5397881 | $ 4,111.10 |
| 17 | 4033254 | 5398900 | $ 1,369.61 | BIG LOTS STORES INC | ACTIVE | 111045764259 | 10/21/24 | 5398900 | $ 4,101.10 |
| 17 | 4033254 | 5398901 | $ 26.17 | BIG LOTS STORES INC | ACTIVE | 113013998204 | 10/21/24 | 5398901 | $ 78.50 |
| 17 | 4033254 | 5398902 | $ 1,179.78 | BIG LOTS STORES INC | ACTIVE | 113013998205 | 10/21/24 | 5398902 | $ 3,879.32 |
| 17 | 4033254 | 5398903 | $ 2,046.29 | BIG LOTS STORES INC | ACTIVE | 111045764260 | 10/21/24 | 5398903 | $ 5,989.45 |
| 17 | 4033254 | 5608152 | $ 2,490.66 | BIG LOTS STORES INC | ACTIVE | 112017060294 | 10/21/24 | 5608152 | $ 5,822.84 |
| 17 | 4033254 | 5795673 | $ 364.79 | BIG LOTS STORES INC | ACTIVE | 112017081543 | 10/24/24 | 5795673 | $ 800.63 |
| 17 | 4033254 | 6145958 | $ 3,019.64 | BIG LOTS STORES INC | ACTIVE | 111045897614 | 11/04/24 | 6145958 | $ 7,223.24 |
| 17 | 4033254 | 6352936 | $ 2,554.22 | BIG LOTS STORES INC | ACTIVE | 112017098084 | 10/28/24 | 6352936 | $ 5,081.62 |
| 17 | 4033254 | 6886948 | $ 2,089.68 | BIG LOTS STORES INC | ACTIVE | 113014012788 | 10/24/24 | 6886948 | $ 4,521.37 |
| 17 | 4033254 | 7317787 | $ 2,523.30 | BIG LOTS STORES INC | ACTIVE | 112017133388 | 11/04/24 | 7317787 | $ 5,344.55 |
| 17 | 4033254 | 9168905 | $ 1,520.75 | BIG LOTS STORES INC | ACTIVE | 113014020913 | 10/28/24 | 9168905 | $ 3,130.80 |
| 17 | 4033254 | 9183329 | $ 1,606.25 | BIG LOTS STORES INC | ACTIVE | 112017061646 | 10/21/24 | 9183329 | $ 5,165.79 |
| 17 | 4033254 | 9198726 | $ 2,957.16 | BIG LOTS STORES INC | ACTIVE | 112017129531 | 11/04/24 | 9198726 | $ 5,945.52 |
| 17 | 4033254 | 9343003 | $ 2,869.71 | BIG LOTS STORES INC | ACTIVE | 113014020914 | 10/28/24 | 9343003 | $ 4,115.10 |
| 17 | 4033254 | 9372531 | $ 3,253.08 | BIG LOTS STORES INC | ACTIVE | 113014080782 | 11/12/24 | 9372531 | $ 4,976.33 |
| 17 | 4033254 | 9386146 | $ 2,634.60 | BIG LOTS STORES INC | ACTIVE | 111045866655 | 10/30/24 | 9386146 | $ 7,272.82 |
| 17 | 4033254 | 9528735 | $ 2,796.89 | BIG LOTS STORES INC | ACTIVE | 113014080783 | 11/12/24 | 9528735 | $ 4,045.80 |
| 17 | 4033254 | 9534826 | $ 4,383.49 | BIG LOTS STORES INC | ACTIVE | 113014090156 | 11/14/24 | 9534826 | $ 5,236.10 |
| 17 | 4033254 | 10546445 | $ 1,972.43 | BIG LOTS STORES INC | ACTIVE | 113014020915 | 10/28/24 | 10546445 | $ 3,989.40 |
| 17 | 4033254 | 10568026 | $ 4.06 | BIG LOTS STORES INC | ACTIVE | 113013996979 | 10/21/24 | 10568026 | $ 9.21 |
| 17 | 4033254 | 12554676 | $ 43.75 | BIG LOTS STORES INC | ACTIVE | 112017141823 | 11/06/24 | 12554676 | $ 75.58 |
| 17 | 4033254 | 13489686 | $ 839.20 | BIG LOTS STORES INC | ACTIVE | 113014051052 | 11/04/24 | 13489686 | $ 1,758.85 |
| 17 | 4033254 | 17066040 | $ 3,805.28 | BIG LOTS STORES INC | ACTIVE | 117011718317 | 10/31/24 | 17066040 | $ 7,360.91 |
| 17 | 4033254 | 17078662 | $ 3,885.78 | BIG LOTS STORES INC | ACTIVE | 113014058420 | 11/06/24 | 17078662 | $ 8,184.25 |
| 17 | 4033254 | 18160337 | $ 2,425.62 | BIG LOTS STORES INC | ACTIVE | 115012010227 | 11/04/24 | 18160337 | $ 5,605.55 |
| 17 | 4033254 | 18168224 | $ 3,090.59 | BIG LOTS STORES INC | ACTIVE | 116011815736 | 10/30/24 | 18168224 | $ 9,103.79 |
| 17 | 4033254 | 18735230 | $ 3,806.99 | BIG LOTS STORES INC | ACTIVE | 116011844127 | 11/07/24 | 18735230 | $ 5,570.65 |
| 17 | 4033254 | 19539047 | $ 3,179.84 | BIG LOTS STORES INC | ACTIVE | 116011827631 | 11/04/24 | 19539047 | $ 5,980.32 |
| 17 | 4033254 | 19959389 | $ 2,455.83 | BIG LOTS STORES INC | ACTIVE | 116011831335 | 11/04/24 | 19959389 | $ 5,310.81 |
| 17 | 4033254 | 20115210 | $ 3,216.15 | BIG LOTS STORES INC | ACTIVE | 115012021379 | 11/06/24 | 20115210 | $ 6,939.60 |
| 17 | 4033254 | 20436100 | $ 1,622.40 | BIG LOTS STORES INC | ACTIVE | 116011788452 | 10/22/24 | 20436100 | $ 4,534.82 |
| 17 | 4033254 | 20574621 | $ 2,158.75 | BIG LOTS STORES INC | ACTIVE | 117011700313 | 10/28/24 | 20574621 | $ 3,392.32 |
| 17 | 4033254 | 21170014 | $ 4,600.24 | BIG LOTS STORES INC | ACTIVE | 118011719326 | 11/14/24 | 21170014 | $ 4,877.54 |

| POST-PETITION BALANCE RELIANT NORTHEAST | PRE-PETITION BALANCE RELIANT NORTHEAST |
|---|---|
| $ 839.04 | $ 160,066.81 |

| Company Code | Business Partner Number | Contract Account Number | Post-Petition Charges | Business Partner Name | Contract Status | Invoice Number | Document Due Date | Contract Account Number | Pre-Petition Charges |
|---|---|---|---|---|---|---|---|---|---|
| 393 | 4033254 | 17415873 | $ 53.92 | BIG LOTS STORES INC | 9/9/2024 | 111046000568 | 11/14/24 | 17415873 | $ 29,899.59 |
| 393 | 4033254 | 17465521 | $ 47.67 | BIG LOTS STORES INC | 9/9/2024 | 8009355786 | 11/13/24 | 17465521 | $ 4,545.64 |
| 393 | 4033254 | 17465522 | $ 64.55 | BIG LOTS STORES INC | 9/9/2024 | 111045702217 | 10/30/24 | 17465522 | $ 21,990.09 |
| 393 | 4033254 | 17467230 | $ 55.84 | BIG LOTS STORES INC | 9/9/2024 | 8009358271 | 11/14/24 | 17467230 | $ 10,144.78 |
| 393 | 4033254 | 17467231 | $ 101.02 | BIG LOTS STORES INC | 9/9/2024 | 111045702218 | 10/30/24 | 17467231 | $ 15,558.48 |
| 393 | 4033254 | 17475336 | $ 91.32 | BIG LOTS STORES INC | 9/9/2024 | 8009358153 | 11/14/24 | 17475336 | $ 8,429.99 |
| 393 | 4033254 | 17475339 | $ 62.56 | BIG LOTS STORES INC | 9/9/2024 | 8009358154 | 11/14/24 | 17475339 | $ 2,628.72 |
| 393 | 4033254 | 17475342 | $ 47.46 | BIG LOTS STORES INC | 9/9/2024 | 111045999769 | 11/14/24 | 17475342 | $ 8,240.62 |
| 393 | 4033254 | 17475343 | $ 60.33 | BIG LOTS STORES INC | 9/9/2024 | 111045999773 | 11/14/24 | 17475343 | $ 7,722.95 |
| 393 | 4033254 | 17475352 | $ 44.52 | BIG LOTS STORES INC | 9/9/2024 | 112017179905 | 11/15/24 | 17475352 | $ 4,497.75 |
| 393 | 4033254 | 17475353 | $ 54.20 | BIG LOTS STORES INC | 9/9/2024 | 112017179913 | 11/15/24 | 17475353 | $ 8,853.14 |
| 393 | 4033254 | 17475354 | $ 50.59 | BIG LOTS STORES INC | 9/9/2024 | 111045999779 | 11/14/24 | 17475354 | $ 8,729.72 |
| 393 | 4033254 | 17480744 | $ 52.80 | BIG LOTS STORES INC | 9/9/2024 | 111045999041 | 11/15/24 | 17480744 | $ 9,302.88 |
| 393 | 4033254 | 17480745 | $ 52.26 | BIG LOTS STORES INC | 9/9/2024 | 8009358006 | 11/18/24 | 17480745 | $ 2,792.56 |
| | | | | | | | | 17486897 | $ 549.22 |
| | | | | | | | | 17486892 | $ 739.19 |
| | | | | | | | | 17450783 | $ 14,883.60 |
| | | | | | | | | 17475350 | $ 557.89 |