**IN THE UNITED STATES BANKRUPTCY COURT**
**for the DISTRICT of DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BIG LOTS, Inc.,** *et al.* | : | No. 24-11967(jks) |
| | : | |
| Debtors | : | RE: Doc. No. 511, 625 |

**AMENDED OBJECTION TO CURE AMOUNT**
**AND TO ASSUMPTION AND ASSIGNMENT OF LEASE**

**FNRP Realty Advisors,** LLC as asset manager for **Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC**, (collectively the **"Landlord"**), by its undersigned counsel, hereby makes this objection to the "cure amount" stated by the Debtors with respect to the Lease (defined below) and to the assumption and assignment of the Lease, as follows:

1.      The Landlord is the lessor of Big Lots' location #1583B, located at 3850 Union Deposit Road, Susquehanna Township, Harrisburg, PA 17109 (the **"Location"**).

2.      In its Notice of Potential Assumption and Assignment, dated October 16, 2024 (docket #511, at Page 22 of the attachment thereto), the "cure amount" due under the terms of the Lease is shown as $25,325.00 (the **"Alleged Cure Amount"**).

3.      The Alleged Cure Amount is incorrect.

4.      The correct cure amount (the **"Correct Cure Amount"**) is not less than $77,366.33, as shown on **Exhibit "A"**, an accounts receivable report generated by the Landlord's computer system on October 28, 2024.

5.      Indeed, the amount of the pre-petition arrearage, shown on the Landlord's filed Proof of Claim, number 80, filed September 11, 2024 (the **"Claim"**) was $76,084.80.

6.      The claim is incorporated by reference.  Copies of the Lease and its amendments (which are voluminous) are available from the Landlord's counsel upon request.

7.      The Landlord objects to any assumption or assignment of the Lease unless the total Correct Cure Amount is paid.

8.      The Location is part of a "shopping center" as that term is used in 11 U.S.C. §365.

9.      The Landlord specifically reserves its right to object to any other relief sought by the Debtors in connection with the assumption of the Lease, including, but not limited to, any additional amounts coming due under the Lease after the filing of this Objection, and any assignee's proposed adequate assurance of future performance (including, but not limited to, such adequate assurance pursuant to Sections 365(b) and 365(f) of the Bankruptcy Code), including but not limited to compliance with the "shopping center" provisions of Section 365.

Date: November 4, 2024          **McCARTER & ENGLISH**
        Wilmington, Delaware

                                */s/ Shannon D. Humiston*
                                Shannon D. Humiston (No 5740)
                                405 N. King Street, 8th Floor
                                Wilmington, DE 19801
                                Telephone (302) 984-6300
                                Facsimile (302) 442-4709
                                shumiston@mccarter.com

                                *Attorneys for Landlord*

**IN THE UNITED STATES BANKRUPTCY COURT**
**for the DISTRICT of DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BIG LOTS, Inc., *et al.*** | : | No. 24-11967(jks) |
| | : | |
| Debtors | : | |

**CERTIFICATE OF SERVICE**

I, Shannon D. Humiston, Esq. do hereby certify that on November 4, 2024, I (or the ECF system) will cause a true and correct copy of the foregoing amended objection to be sent to each of the following persons, by email and to their firms by first class mail:

(1) Counsel to the Debtors:
　　**Davis Polk & Wardwell, LLP**
　　　Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq.,
　　　　Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq.,
　　　　　and Ethan Stern, Esq.
　　450 Lexington Avenue
　　New York, NY 10017
　　　and to notice.biglots@davispolk.com
　　　　　　　　and
　　**Morris, Nichols, Arsht & Tunnell, LLP**
　　Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq.,
　　　Daniel B. Butz, Esq., Tamara K. Mann, Esq.,
　　　　and Casey B. Sawyer, Esq.
　　1201 North Market Street, 16th Floor
　　Wilmington, DE 19801
　　　and to biglots.mnat@morrisnichols.com

(2) Counsel to the ABL Agent:
　　**Choate, Hall & Stewart, LLP**
　　　Attn: John F. Ventola, Esq., and Jonathan D. Marshall, Esq.,
　　　　and Jacob S. Lang, Esq.
　　Two International Place
　　Boston, MA 02110
　　　and to jventola@choate.com, jmarshall@choate.com,
　　and Jacob S. Lang, Esq. jslang@choate.com
　　　　　　　　and

**[CONTINUED on NEXT PAGE]**

**[CONTINUED from PREVIOUS PAGE]**

**Blank Rome, LLP**
Attn: Regina Stango Kelbon, Esq., and Stanley Tarr, Esq.
1201 North Market Street, Suite 800
Wilmington, DE 19801
and to regina.kelbon@blankrome.com and
 stanley.tarr@blankrome.com

(3) Counsel to the Term Agent
**Otterbourg, P.C.**
 Attn: Chad B. Simon, Esq., James V. Drew, Esq.
  and Sarah L. Hautzinger, Esq.
230 Park Avenue
New York, NY 10169
 and to CSimon@otterbourg.com, JDrew@otterbourg.com,
  and shautzinger@otterbourg.com
      and
**Richards, Layton & Finger, P.A.**
 Attn: John H. Knight, Esq.
920 North King Street
Wilmington, DE 19801
 and to knight@rlf.com

(4) Counsel to the Committee
**McDermott Will & Emery, LLP**
 Attn: Darren Azman, Esq. and Kristin G. Going, Esq.
One Vanderbilt Avenue
New York, NY 10017
 and to dazman@mwe.com, and kgoing@mwe.com
      and
**Cole Schotz, P.C.**
 Attn: Justin R. Alberto, Esq. and Stacy L. Newman, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
 and to jalberto@coleschotz.com, and snewman@coleschotz.com

(5) Counsel to the Stalking Horse Bidder
**Kirkland & Ellis, LLP**
 Attn: Christopher Marcus, P.C., Douglas A. Ryder, P.C.
  and Nicholas M. Adzima, Esq.
601 Lexington Avenue
New York, New York 10022
 and to cmarcus@kirkland.com, douglas.ryder@kirkland.com,
  and nicholas.adzima@kirkland.com

**[CONTINUED on NEXT PAGE]**

**[CONTINUED from PREVIOUS PAGE]**

(6) U.S. Trustee
        Office of the United States Trustee:
        Attn: Linda Casey, Esq.
        844 King Street, Suite 2207
        Lockbox 35
        Wilmington, Delaware 19801
        and to linda.casey@usdoj.gov

        By: /s/ Shannon D. Humiston
        Shannon D. Humiston (No 5740)