# Exhibit A



# Aged Delinquencies
## By Tenant: Big Lots

Period: Oct 2024                           Dauphin Plaza (daupl)                           Period Format: Accounting Months
                                                                                           Income Categories: All

| Inv Date | Category | Description | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 001017 **Big Lots (17/18)** Caitlin Camboni | | | Master Occ. Id: 00001016 | Current Last Payment: 10/02/2024 | | | Security Deposit: $0.00 Day Due: 1  Delq Day: 10 | $25,324.81 |
| | CAM | Current CAM | 11,660.04 | 1,281.53 | 1,823.86 | 1,281.53 | 7,273.12 | 0.00 |
| | PYC | Prior Year CAM | 12,468.20 | 0.00 | 0.00 | 0.00 | 12,468.20 | 0.00 |
| | PYI | Prior Year Insurance | 14,360.36 | 0.00 | 0.00 | 0.00 | 13,142.80 | 1,217.56 |
| | PYT | Prior Year Property Tax | 12,397.66 | 0.00 | 0.00 | 0.00 | 2,910.16 | 9,487.50 |
| | RNT | Rent | 21,377.50 | 0.00 | 21,377.50 | 0.00 | 0.00 | 0.00 |
| | TAX | Current Property Tax | 5,102.57 | 0.00 | 3,404.98 | 0.00 | 1,697.59 | 0.00 |
| **Big Lots Totals:** | | | **77,366.33** | **1,281.53** | **26,606.34** | **1,281.53** | **37,491.87** | **10,705.06** |

Security Deposit: $0.00