**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                              Chapter __11__

Case No. __24__-__11967__ (_JKS_)

Debtor:  __BIG LOTS, INC., et al._____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __Edmond M. George_____

to represent __Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC__

in this action.

__/s/ Leslie B. Spoltore_____

Firm Name: OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Address:   123 S. Justison Street, Suite 100
Phone:     Wilmington, DE 19801-5364
           Telephone: (302) 238-6947
Email:     leslie.spoltore@obermayer.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

__/s/ Edmond M. George_____

Firm Name:  OBERMAYER REBMANN MAXWELL &
HIPPEL LLP

Address:    1500 Market Street, Suite 3400
            Philadelphia, PA 19102
Phone:      Telephone: (215) 665-3140
            edmond.george@obermayer.com
Email:

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.