**EXHIBIT "A"**



# BIG LOTS

4900 EAST DUBLIN GRANVILLE ROAD
COLUMBUS, OHIO 43081-7651

**Due to the inability to deliver this Notice by the means set forth in the Lease as a result of Government mandated business closures and other safety measures in response to the COVID-19 outbreak, we are delivering this notice to you by email in lieu of hand-delivery or other hard copy delivery.**

July 9, 2020

**VIA E-MAIL**

Allen Road Retail Business Center LLC
d/b/a Westgate Square Center
10912 N. 56th Street
Temple Terrace, FL 33617

Re: **BIG LOTS #1501 – Zephyrhills, FL**
Lease Agreement by and between Allen Road Retail Business Center LLC ("Landlord"), and Big Lots Stores, Inc., an Ohio corporation ("Tenant") dated September 21, 1999 (the "Lease").

Dear Landlord:

Pursuant to the Lease Agreement, Tenant hereby exercises its option to extend the term of the Lease commencing February 1, 2021 and expiring on January 31, 2026 ("Third Option Term"). Fixed Minimum Rent will be Two Hundred Twenty-One Thousand Seven Hundred Sixty-Five and 50/100 Dollars ($221,765.50) per annum, payable in equal monthly installments of Eighteen Thousand Four Hundred Eighty and 46/100 Dollars ($18,480.46).

Thank you.

**Big Lots Stores, Inc., an Ohio corporation**

DocuSigned by:
*Jonathan Ramsden*
FF2E51629539412...
Jonathan Ramsden
Executive Vice President
Chief Financial & Administrative Officer

JR/smm