**EXHIBIT "E"**

|  | Big Lots 1501 - Westgate/Allen Road | Big Lots 0546 - Dade City | Big Lots 1375 - SouthSq |
|---|---|---|---|
| September Rent | $18,480.46 | $9,375.00 | $12,416.67 |
| September CAM | $2,688.06 | $1,875.00 | $1,986.67 |
| September Insurance | $1,046.52 | $0.00 | $0.00 |
| September Property Tax | $1,777.72 | $2,900.00 | $0.00 |
| September Sales Tax | $719.78 | $424.50 | $360.08 |
| Total Sept - PAST DUE | $24,712.54 | $14,574.50 | $14,763.42 |
|  |  |  |  |
| Solid Waste 07/01/23 - 06/30/24 | $3,575.58 | $1,972.19 | $0.00 |
| Solid Waste Sales Tax | $107.24 | $164.34 | $0.00 |
| Total Solid Waste - PAST DUE | $3,682.82 | $2,136.53 | $0.00 |
|  |  |  |  |
| Misc Balance due - Payment shorted 05/31/22 - PAST DUE |  |  | $16.97 |
| Misc - Inv 6299 $ 6300 - Roofing Invoices - PAST DUE |  | $1,505.61 |  |
| 2023 CAM Recon - Payment shorted - PAST DUE | 860.97 |  |  |
|  |  |  |  |
| Estimated: |  |  |  |
| Solid Waste 07/01/24 - 10/31/24 - Estimated Anticipated but subject to reconciliation at time of assumption | $1,787.79 | $986.10 |  |
| Solid Waste Sales Tax - - Estimated Anticipated but subject to reconciliation at time of assumption | $53.63 | $29.58 |  |
| Total Estimated Solid Waste - - Estimated Anticipated but subject to reconciliation at time of assumption | $1,841.42 | $1,015.68 |  |
| Misc - Legal/Other - Anticipated but subject to reconciliation at time of assumption | $7,500.00 | $7,500.00 | $7,500.00 |
| Total Estimated - - Estimated Anticipated but subject to reconciliation at time of assumption | $9,341.42 | $8,515.68 | $7,500.00 |
|  |  |  |  |
| November Rent | $18,480.46 | $9,375.00 | $12,416.67 |
| November CAM | $2,688.06 | $1,875.00 | $1,986.67 |
| November Insurance | $1,046.52 | $0.00 | $0.00 |
| November Property Tax | $1,777.72 | $2,900.00 | $0.00 |
| November Sales Tax | $719.78 | $424.50 | $360.08 |
| Total Nov Recurring | $24,712.54 | $14,574.50 | $14,763.42 |
|  |  |  |  |
| Total | $63,310.29 | $41,306.82 | $37,043.81 |
| 2024 CAM Recon | $35,049.15 | $16,611.70 | $50,460.80 |
| **Total Due** | **$98,359.44** | **$57,918.52** | **$87,504.61** |

| 2024 CAM Recon - *See Notes (1) (2) (3)* |  |  |  |
|---|---|---|---|
| Pro Rata Share | 36.93% | 21.24% | 21.10% |
|  |  |  |  |
| CAM | $0.00 | N/A | N/A |
|  |  |  |  |
| INSURANCE | $66,205.00 | $94,150.00 | $132,250.00 |
| Prorata Share | $24,451.10 | $19,999.81 | $27,906.07 |
| Amount Charged 2024 *(4)* | $12,558.24 | $0.00 | $0.00 |
| 2024 CAM INS RECON DUE | $11,892.86 | $19,999.81 | $27,906.07 |
|  |  |  |  |
| 2024 RETAXES - per trim | $122,582.76 | $137,440.90 | $105,267.41 |
| 96% | $117,679.45 | $131,943.26 | $101,056.71 |
| Prorata Share | $43,461.85 | $28,028.05 | $21,323.98 |
| Amount Charged 2024 *(5)* | $21,326.40 | $31,900.00 | $0.00 |
| 2024 CAM RETAX DUE | $22,135.45 | -$3,871.95 | $21,323.98 |
|  |  |  |  |
| 2024 Total Recon | $34,028.30 | $16,127.86 | $49,230.05 |
| Tax Rate | 3.00% | 3.00% | 2.50% |
| Sales Tax 2024 Recon | $1,020.85 | $483.84 | $1,230.75 |
| Total | $35,049.15 | $16,611.70 | $50,460.80 |

|  | Big Lots 1501 - Westgate/Allen Road | Big Lots 0546 - Dade City | Big Lots 1375 - SouthSq |
|---|---|---|---|

***CAM Notes:***

*(1) Store 1501 - CAM CAP .90 PSF, CAM CAPPED OUT; INS Property Only ; TAX 4% Discount;*

*(2) Store 0546 - INS & TAX Recon only beginning 02/01/2024; TAX 4% Discount*

*(3) Store 1375- INS & TAX Recon only beginning 02/01/2024; TAX 4% Discount*

*(4) Store 1501 - 12 months @ $1,046.52; Store 0546 - $0 payments monthly; Store 1375 $0 payments monthly*

*(5) Store 1501 - 12 months @ $1,777.72; Store 0546 - Feb thru Dec 2024 : 11 months @ $2,900.00; Store 1375 $0 payments monthly*