# EXHIBIT A

## Lease Ledger

Page 1

Date: 10/28/2024
Property: ridgevie
Tenant: t0000136 Big Lot Store, Inc
From Date: 02/25/2012  To Date: 01/31/2026
Move In Date: 02/25/2012
Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/01/2021 | 07/15 - 08/19 Remaining balance | | 2,049.97 | 0.00 | 2,049.97 | C-1441 | No |
| 08/10/2021 | 07/09 - 10/10 | | 3,216.91 | 0.00 | 5,266.88 | C-1442 | No |
| 09/09/2021 | 08/10 - 09/09 | | 5,285.62 | 0.00 | 10,552.50 | C-1443 | No |
| 10/08/2021 | 09/09 - 10/08 | | 4,182.09 | 0.00 | 14,734.59 | C-1444 | No |
| 11/05/2021 | Electric--Oct 8 2021 to Nov 5 2021 | | 830.24 | 0.00 | 15,564.83 | C-5609 | No |
| 12/11/2021 | Electric-11/5/21 to 12/7/21 | | 691.07 | 0.00 | 16,255.90 | C-5611 | No |
| 01/01/2022 | CAM Estimate (01/2022) | 2659C | 2,985.67 | 0.00 | 19,241.57 | C-1093 | No |
| 01/01/2022 | Base Rent (01/2022) | 2659C | 20,570.44 | 0.00 | 39,812.01 | C-1094 | No |
| 01/04/2022 | Chk# 909790 :CHECKscan Payment | | 0.00 | 23,556.11 | 16,255.90 | R-195 | |
| 01/05/2022 | W-S 12.2.21 to 1.2.22 | | 48.07 | 0.00 | 16,303.97 | C-5467 | No |
| 01/08/2022 | Electric-- 12/7/21 to 1/8/22 | | 6,564.01 | 0.00 | 22,867.98 | C-5613 | No |
| 02/01/2022 | CAM Estimate (02/2022) | 2659C | 2,985.67 | 0.00 | 25,853.65 | C-2892 | No |
| 02/01/2022 | Base Rent (02/2022) | 2659C | 19,243.31 | 0.00 | 45,096.96 | C-2893 | No |
| 02/01/2022 | W-S 1.2.22 to 1.30.22 | | 22.47 | 0.00 | 45,119.43 | C-5495 | No |
| 02/01/2022 | Chk# 911399 :CHECKscan Payment | | 0.00 | 22,228.98 | 22,890.45 | R-731 | |
| 02/07/2022 | Chk# 911940 :CHECKscan Payment | | 0.00 | 9,467.71 | 13,422.74 | R-895 | |
| 02/08/2022 | Electric-1/8/22 to 2/8/22 | | 5,225.08 | 0.00 | 18,647.82 | C-5615 | No |
| 03/01/2022 | CAM Estimate (03/2022) | 2659C | 2,985.67 | 0.00 | 21,633.49 | C-5167 | No |
| 03/01/2022 | Base Rent (03/2022) | 2659C | 19,243.31 | 0.00 | 40,876.80 | C-5168 | No |
| 03/01/2022 | Chk# 912952 :CHECKscan Payment | | 0.00 | 22,228.98 | 18,647.82 | R-1164 | |
| 03/09/2022 | Electric-2/8/22 to 3/9/22 | | 851.22 | 0.00 | 19,499.04 | C-5617 | No |
| 03/31/2022 | Chk# 914503 | | 0.00 | 22,228.98 | (2,729.94) | R-1684 | |
| 04/01/2022 | CAM Estimate (04/2022) | 2659C | 2,985.67 | 0.00 | 255.73 | C-6088 | No |
| 04/01/2022 | Base Rent (04/2022) | 2659C | 19,243.31 | 0.00 | 19,499.04 | C-6089 | No |
| 04/19/2022 | Chk# 915911 :CHECKscan Payment | | 0.00 | 70.54 | 19,428.50 | R-1926 | |
| 04/26/2022 | Chk# 916113 :CHECKscan Payment | | 0.00 | 14,161.62 | 5,266.88 | R-2054 | |
| 05/01/2022 | CAM Estimate (05/2022) | 2659C | 2,985.67 | 0.00 | 8,252.55 | C-6916 | No |
| 05/01/2022 | Base Rent (05/2022) | 2659C | 19,243.31 | 0.00 | 27,495.86 | C-6917 | No |
| 05/03/2022 | Chk# 916321 :CHECKscan Payment | | 0.00 | 22,228.98 | 5,266.88 | R-2239 | |
| 05/06/2022 | W-S 3.1.22 to 4.4.22 | | 44.48 | 0.00 | 5,311.36 | C-7346 | No |
| 05/19/2022 | W/S 1.30 to 3.1.22 | | 30.35 | 0.00 | 5,341.71 | C-7427 | No |
| 06/01/2022 | CAM Estimate (06/2022) | 2659C | 2,985.67 | 0.00 | 8,327.38 | C-8117 | No |
| 06/01/2022 | Base Rent (06/2022) | 2659C | 19,243.31 | 0.00 | 27,570.69 | C-8118 | No |
| 06/01/2022 | Chk# 917714 :CHECKscan Payment | | 0.00 | 22,228.98 | 5,341.71 | R-2786 | |
| 06/01/2022 | Chk# 918074 :CHECKscan Payment | | 0.00 | 74.83 | 5,266.88 | R-2803 | |
| 06/28/2022 | Chk# 919005 :CHECKscan Payment | | 0.00 | 22,228.98 | (16,962.10) | R-3251 | |

## Lease Ledger

Page 2

Date: 10/28/2024
Property: ridgevie
Tenant: t0000136 Big Lot Store, Inc
From Date: 02/25/2012  To Date: 01/31/2026
Move In Date: 02/25/2012
Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2022 | CAM Estimate (07/2022) | 2659C | 2,985.67 | 0.00 | (13,976.43) | C-9143 | No |
| 07/01/2022 | Base Rent (07/2022) | 2659C | 19,243.31 | 0.00 | 5,266.88 | C-9144 | No |
| 07/01/2022 | W.S. 4.4 to 5.31.22 | | 73.22 | 0.00 | 5,340.10 | C-9438 | No |
| 07/12/2022 | Chk# 919981 :CHECKscan Payment | | 0.00 | 73.22 | 5,266.88 | R-3549 | |
| 07/22/2022 | April Electric: Service Period 3.9 to 4.8.22 | | 3,575.68 | 0.00 | 8,842.56 | C-9564 | No |
| 07/22/2022 | May Electric: Service Period 4.8 to 5.9.22 | | 3,712.10 | 0.00 | 12,554.66 | C-9565 | No |
| 07/22/2022 | June Electric: Service Period 5.9 to 6.9.22 | | 4,069.25 | 0.00 | 16,623.91 | C-9566 | No |
| 08/01/2022 | CAM Estimate (08/2022) | 2659C | 2,985.67 | 0.00 | 19,609.58 | C-10463 | No |
| 08/01/2022 | Base Rent (08/2022) | 2659C | 19,243.31 | 0.00 | 38,852.89 | C-10464 | No |
| 08/01/2022 | Chk# 920651 :CHECKscan Payment | | 0.00 | 22,228.98 | 16,623.91 | R-3849 | |
| 08/09/2022 | Chk# 921255 :CHECKscan Payment | | 0.00 | 11,357.03 | 5,266.88 | R-4026 | |
| 08/19/2022 | WS 5.31 to 8.1.22 | | 75.05 | 0.00 | 5,341.93 | C-10858 | No |
| 08/25/2022 | 2022/2023 Real Estate Tax Share | | 47,450.55 | 0.00 | 52,792.48 | C-11707 | No |
| 08/30/2022 | Chk# 922088 :CHECKscan Payment | | 0.00 | 22,228.98 | 30,563.50 | R-4280 | |
| 08/31/2022 | Electric; Billing Period 5.31.22 to 7.22.22 | | 4,957.36 | 0.00 | 35,520.86 | C-11784 | No |
| 08/31/2022 | Electric; Billing Period 7.22.22 to 8.29.22 | | 7,464.76 | 0.00 | 42,985.62 | C-11785 | No |
| 09/01/2022 | CAM Estimate (09/2022) | 2659C | 2,985.67 | 0.00 | 45,971.29 | C-11593 | No |
| 09/01/2022 | Base Rent (09/2022) | 2659C | 19,243.31 | 0.00 | 65,214.60 | C-11594 | No |
| 09/28/2022 | Chk# 923504 :CHECKscan Payment | | 0.00 | 59,861.49 | 5,353.11 | R-4810 | |
| 09/28/2022 | Chk# 923713 :CHECKscan Payment | | 0.00 | 22,228.98 | (16,875.87) | R-4811 | |
| 10/01/2022 | CAM Estimate (10/2022) | 2659C | 2,985.67 | 0.00 | (13,890.20) | C-12484 | No |
| 10/01/2022 | Base Rent (10/2022) | 2659C | 19,243.31 | 0.00 | 5,353.11 | C-12485 | No |
| 11/01/2022 | CAM Estimate (11/2022) | 2659C | 2,985.67 | 0.00 | 8,338.78 | C-13837 | No |
| 11/01/2022 | Base Rent (11/2022) | 2659C | 19,243.31 | 0.00 | 27,582.09 | C-13838 | No |
| 11/01/2022 | Chk# 925352 :CHECKscan Payment | | 0.00 | 22,228.98 | 5,353.11 | R-5530 | |
| 11/23/2022 | Electric- Service Period: 8.29 to 9.12.22 | | 12,050.30 | 0.00 | 17,403.41 | C-14112 | No |
| 11/23/2022 | Electric; Service Period: 9.12 to 10.11.22 | | 7,862.07 | 0.00 | 25,265.48 | C-14113 | No |
| 11/23/2022 | Electric- Service Period: 10.11 to 10.31.22 | | 10,489.39 | 0.00 | 35,754.87 | C-14114 | No |
| 11/28/2022 | Chk# 926890 :CHECKscan Payment | | 0.00 | 22,228.98 | 13,525.89 | R-6009 | |
| 12/01/2022 | CAM Estimate (12/2022) | 2659C | 2,985.67 | 0.00 | 16,511.56 | C-15035 | No |
| 12/01/2022 | Base Rent (12/2022) | 2659C | 19,243.31 | 0.00 | 35,754.87 | C-15036 | No |
| 12/07/2022 | Prorated 2021 CAM Reconciliation | | 3,936.51 | 0.00 | 39,691.38 | C-15216 | No |
| 12/14/2022 | Chk# 927274 :CHECKscan Payment | | 0.00 | 30,401.76 | 9,289.62 | R-6366 | |
| 12/16/2022 | Electric; Service Period: 10.31.22 to 12.1.22 | | 9,000.50 | 0.00 | 18,290.12 | C-15355 | No |
| 12/29/2022 | Chk# 928065 :CHECKscan Payment | | 0.00 | 22,228.98 | (3,938.86) | R-6601 | |
| 01/01/2023 | CAM Estimate (01/2023) | 2659C | 2,985.67 | | (953.19) | C-16398 | No |

# Lease Ledger

Page 3

Date: 10/28/2024

Property: ridgevie

Tenant: t0000136 Big Lot Store, Inc

From Date: 02/25/2012  To Date: 01/31/2026

Move In Date: 02/25/2012

Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | Base Rent (01/2023) | 2659C | 19,243.31 | 0.00 | 18,290.12 | C-16399 | No |
| 01/03/2023 | Adjust 2021 CAM Reconciliation - Remove Excess Premium Expense | | (161.07) | 0.00 | 18,129.05 | C-16534 | No |
| 01/08/2023 | Chk# 928434 :CHECKscan Payment | | 0.00 | 9,000.50 | 9,128.55 | R-6934 | |
| 01/18/2023 | Chk# 928944 :CHECKscan Payment | | 0.00 | 3,775.44 | 5,353.11 | R-7051 | |
| 01/20/2023 | ELECTRIC; service period: 12.9 to 01.10.23 | | 10,319.85 | 0.00 | 15,672.96 | C-16672 | No |
| 01/30/2023 | Chk# 929452 :CHECKscan Payment | | 0.00 | 22,228.98 | (6,556.02) | R-7253 | |
| 02/01/2023 | CAM Estimate (02/2023) | 2659C | 2,985.67 | 0.00 | (3,570.35) | C-17632 | No |
| 02/01/2023 | Base Rent (02/2023) | 2659C | 19,243.31 | 0.00 | 15,672.96 | C-17633 | No |
| 02/07/2023 | Chk# 930214 :CHECKscan Payment | | 0.00 | 10,319.85 | 5,353.11 | R-7570 | |
| 02/10/2023 | ELECTRIC Bill: Service Period: 01.10 to 2.8.23 | | 10,049.13 | 0.00 | 15,402.24 | C-17729 | No |
| 02/13/2023 | W.S. 12.1 to 1.3.23 | | 33.08 | 0.00 | 15,435.32 | C-17883 | No |
| 02/27/2023 | Chk# 930931 :CHECKscan Payment | | 0.00 | 22,228.98 | (6,793.66) | R-7869 | |
| 02/28/2023 | Chk# 931352 :CHECKscan Payment | | 0.00 | 10,049.13 | (16,842.79) | R-7954 | |
| 03/01/2023 | CAM Estimate (03/2023) | 2659C | 2,985.67 | 0.00 | (13,857.12) | C-18947 | No |
| 03/01/2023 | Base Rent (03/2023) | 2659C | 19,243.31 | 0.00 | 5,386.19 | C-18948 | No |
| 03/16/2023 | ELECTRIC- 2.8.23 to 3.9.23 | | 8,497.73 | 0.00 | 13,883.92 | C-19286 | No |
| 03/20/2023 | Chk# 932110 :CHECKscan Payment | | 0.00 | 33.08 | 13,850.84 | R-8389 | |
| 03/22/2023 | W/S 1.3 to 2.1.23 | | 38.21 | 0.00 | 13,889.05 | C-19384 | No |
| 03/28/2023 | Chk# 932548 :CHECKscan Payment | | 0.00 | 22,228.98 | (8,339.93) | R-8628 | |
| 04/01/2023 | CAM Estimate (04/2023) | 2659C | 2,985.67 | 0.00 | (5,354.26) | C-20383 | No |
| 04/01/2023 | Base Rent (04/2023) | 2659C | 19,243.31 | 0.00 | 13,889.05 | C-20384 | No |
| 04/04/2023 | Chk# 932904 :CHECKscan Payment | | 0.00 | 8,497.73 | 5,391.32 | R-8798 | |
| 04/20/2023 | Electric for service dates 3.9.23 to 4.10.23 | | 7,509.09 | 0.00 | 12,900.41 | C-20634 | No |
| 05/01/2023 | CAM Estimate (05/2023) | 2659C | 2,985.67 | 0.00 | 15,886.08 | C-21639 | No |
| 05/01/2023 | Base Rent (05/2023) | 2659C | 19,243.31 | 0.00 | 35,129.39 | C-21640 | No |
| 05/02/2023 | Chk# 934055 :CHECKscan Payment | | 0.00 | 22,228.98 | 12,900.41 | R-9495 | |
| 05/09/2023 | Chk# 934426 :CHECKscan Payment | | 0.00 | 7,509.09 | 5,391.32 | R-9710 | |
| 05/12/2023 | W/S 2.1 to 3.1.23 | | 31.21 | 0.00 | 5,422.53 | C-21884 | No |
| 05/15/2023 | Electric @ 2659 Annapolis Rd-4.10 to 5.9.23 | | 5,640.61 | 0.00 | 11,063.14 | C-21906 | No |
| 05/23/2023 | 2022 CAM Reconciliation | | 11,369.99 | 0.00 | 22,433.13 | C-21986 | No |
| 05/23/2023 | Chk# 934954 :CHECKscan Payment | | 0.00 | 31.21 | 22,401.92 | R-9831 | |
| 06/01/2023 | CAM Estimate (06/2023) | 2659C | 3,500.00 | 0.00 | 25,901.92 | C-22986 | No |
| 06/01/2023 | Base Rent (06/2023) | 2659C | 19,243.31 | 0.00 | 45,145.23 | C-22987 | No |
| 06/01/2023 | Chk# 935141 :CHECKscan Payment | | 0.00 | 22,228.98 | 22,916.25 | R-10067 | |
| 06/01/2023 | Chk# 935449 :CHECKscan Payment | | 0.00 | 5,640.61 | 17,275.64 | R-10088 | |

## Lease Ledger

Page 4

Date: 10/28/2024
Property: ridgevie
Tenant: t0000136 Big Lot Store, Inc
From Date: 02/25/2012  To Date: 01/31/2026
Move In Date: 02/25/2012
Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/15/2023 | ELECTRIC @ 2659 Annapolis Rd- 5.10 to 6.9.23 | | 6,628.17 | 0.00 | 23,903.81 | C-23283 | No |
| 06/16/2023 | W/S 3.1 to 4.3.23 | | 43.32 | 0.00 | 23,947.13 | C-24727 | No |
| 06/21/2023 | Chk# 936244 :CHECKscan Payment | | 0.00 | 11,922.53 | 12,024.60 | R-10590 | |
| 06/27/2023 | Chk# 936930 :CHECKscan Payment | | 0.00 | 22,743.31 | (10,718.71) | R-10660 | |
| 07/01/2023 | CAM Estimate (07/2023) | 2659C | 3,500.00 | 0.00 | (7,218.71) | C-24583 | No |
| 07/01/2023 | Base Rent (07/2023) | 2659C | 19,243.31 | 0.00 | 12,024.60 | C-24584 | No |
| 07/05/2023 | Chk# 936985 :CHECKscan Payment | | 0.00 | 6,628.17 | 5,396.43 | R-10895 | |
| 07/11/2023 | Chk# 937202 :CHECKscan Payment | | 0.00 | 43.32 | 5,353.11 | R-11061 | |
| 07/14/2023 | W/S 6.9 to 7.11.23 | | 7,439.37 | 0.00 | 12,792.48 | C-24929 | No |
| 07/25/2023 | 2023/2024 Tax Share | | 54,960.01 | 0.00 | 67,752.49 | C-25922 | No |
| 07/31/2023 | Chk# 938114 :CHECKscan Payment | | 0.00 | 22,743.31 | 45,009.18 | R-11387 | |
| 08/01/2023 | CAM Estimate (08/2023) | 2659C | 3,500.00 | 0.00 | 48,509.18 | C-25790 | No |
| 08/01/2023 | Base Rent (08/2023) | 2659C | 19,243.31 | 0.00 | 67,752.49 | C-25791 | No |
| 08/04/2023 | Chk# 938176 :CHECKscan Payment | | 0.00 | 7,439.37 | 60,313.12 | R-11625 | |
| 08/10/2023 | ELECTRIC @ 2659 Annapolis Rd- 7.11 to 8.9.23 | | 6,961.91 | 0.00 | 67,275.03 | C-26078 | No |
| 08/15/2023 | W/S 4.3 TO 5.2.23 | | 41.08 | 0.00 | 67,316.11 | C-26153 | No |
| 08/15/2023 | Chk# 938634 :CHECKscan Payment | | 0.00 | 51,469.17 | 15,846.94 | R-11775 | |
| 08/25/2023 | W/S 5.2 to 6.1.23 | | 65.42 | 0.00 | 15,912.36 | C-27341 | No |
| 08/29/2023 | Chk# 939325 :CHECKscan Payment | | 0.00 | 6,961.91 | 8,950.45 | R-12036 | |
| 08/29/2023 | Chk# 939248 :CHECKscan Payment | | 0.00 | 22,743.31 | (13,792.86) | R-12037 | |
| 09/01/2023 | CAM Estimate (09/2023) | 2659C | 3,500.00 | 0.00 | (10,292.86) | C-27108 | No |
| 09/01/2023 | Base Rent (09/2023) | 2659C | 19,243.31 | 0.00 | 8,950.45 | C-27109 | No |
| 09/12/2023 | Electric-8.9 to 9.8.23 | | 7,106.06 | 0.00 | 16,056.51 | C-27449 | No |
| 09/12/2023 | Chk# 939786 :CHECKscan Payment | | 0.00 | 106.50 | 15,950.01 | R-12458 | |
| 09/26/2023 | Chk# 940512 :CHECKscan Payment | | 0.00 | 10,596.90 | 5,353.11 | R-12638 | |
| 09/28/2023 | W/S 6.1 to 6.30.23 | | 74.07 | 0.00 | 5,427.18 | C-28653 | No |
| 09/28/2023 | W/S 6.30 to 8.1.23 | | 80.32 | 0.00 | 5,507.50 | C-28683 | No |
| 10/01/2023 | CAM Estimate (10/2023) | 2659C | 3,500.00 | 0.00 | 9,007.50 | C-28386 | No |
| 10/01/2023 | Base Rent (10/2023) | 2659C | 19,243.31 | 0.00 | 28,250.81 | C-28387 | No |
| 10/02/2023 | Chk# 940460 :CHECKscan Payment | | 0.00 | 22,743.31 | 5,507.50 | R-12780 | |
| 10/11/2023 | ELECTRIC @ 2659 Annapolis Rd- 9.8 to 10.9.23 | | 6,861.19 | 0.00 | 12,368.69 | C-28724 | No |
| 10/11/2023 | Chk# 940989 :CHECKscan Payment | | 0.00 | 74.07 | 12,294.62 | R-13103 | |
| 10/24/2023 | Chk# 941581 :CHECKscan Payment | | 0.00 | 6,941.51 | 5,353.11 | R-13291 | |
| 10/30/2023 | Chk# 941760 :CHECKscan Payment | | 0.00 | 22,743.31 | (17,390.20) | R-13365 | |
| 11/01/2023 | CAM Estimate (11/2023) | 2659C | 3,500.00 | 0.00 | (13,890.20) | C-29591 | No |
| 11/01/2023 | Base Rent (11/2023) | 2659C | 19,243.31 | 0.00 | 5,353.11 | C-29592 | No |

## Lease Ledger

Page 5

Date: 10/28/2024
Property: ridgevie
Tenant: t0000136 Big Lot Store, Inc
From Date: 02/25/2012  To Date: 01/31/2026
Move In Date: 02/25/2012
Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 11/01/2023 | W/S 8.1 to 8.31.23 | | 68.11 | 0.00 | 5,421.22 | C-29810 | No |
| 11/13/2023 | Electric @ 2659 Annapolis Rd. 10.9 to 11.7.23 | | 4,345.21 | 0.00 | 9,766.43 | C-29967 | No |
| 11/21/2023 | Chk# 942622 :CHECKscan Payment | | 0.00 | 68.11 | 9,698.32 | R-14053 | |
| 11/28/2023 | Chk# 943094 :CHECKscan Payment | | 0.00 | 4,345.21 | 5,353.11 | R-14197 | |
| 11/28/2023 | Chk# 942989 :CHECKscan Payment | | 0.00 | 22,743.31 | (17,390.20) | R-14198 | |
| 12/01/2023 | CAM Estimate (12/2023) | 2659C | 3,500.00 | 0.00 | (13,890.20) | C-31190 | No |
| 12/01/2023 | Base Rent (12/2023) | 2659C | 19,243.31 | 0.00 | 5,353.11 | C-31191 | No |
| 12/07/2023 | W/S 8.31 to 10.2.23 | | 51.66 | 0.00 | 5,404.77 | C-31508 | No |
| 12/13/2023 | Electric @ 2659 Annapolis Rd- 11.7 to 12.7.23 | | 4,564.42 | 0.00 | 9,969.19 | C-31523 | No |
| 12/27/2023 | Chk# 944208 :CHECKscan Payment | | 0.00 | 22,743.31 | (12,774.12) | R-14790 | |
| 01/01/2024 | CAM Estimate (01/2024) | 2659C | 3,500.00 | 0.00 | (9,274.12) | C-32621 | No |
| 01/01/2024 | Base Rent (01/2024) | 2659C | 19,243.31 | 0.00 | 9,969.19 | C-32622 | No |
| 01/03/2024 | Chk# 944450 :CHECKscan Payment | | 0.00 | 4,616.08 | 5,353.11 | R-14957 | |
| 01/08/2024 | W/S 10.2 to 11.1.23 | | 48.46 | 0.00 | 5,401.57 | C-32798 | No |
| 01/18/2024 | Electric @ 2659 Annapolis Rd: 12.7.23 to 1.8.24 | | 6,349.99 | 0.00 | 11,751.56 | C-33153 | No |
| 01/23/2024 | Chk# 945144 :CHECKscan Payment | | 0.00 | 48.46 | 11,703.10 | R-15450 | |
| 01/31/2024 | W/S 11.1.23 to 12.1.23 | | 31.50 | 0.00 | 11,734.60 | C-34806 | No |
| 02/01/2024 | CAM Estimate (02/2024) | 2659C | 3,500.00 | 0.00 | 15,234.60 | C-34264 | No |
| 02/01/2024 | Base Rent (02/2024) | 2659C | 19,243.31 | 0.00 | 34,477.91 | C-34265 | No |
| 02/06/2024 | Chk# 945553 :CHECKscan Payment | | 0.00 | 22,743.31 | 11,734.60 | R-15847 | |
| 02/07/2024 | Chk# 945857 :CHECKscan Payment | | 0.00 | 6,349.99 | 5,384.61 | R-15885 | |
| 02/13/2024 | Remove duplicate 2021 charges | | (5,341.93) | 0.00 | 42.68 | C-34874 | No |
| 02/16/2024 | Electric 1.8.24 to 2.6.24 | | 5,845.26 | 0.00 | 5,887.94 | C-34910 | No |
| 02/21/2024 | Chk# 946348 :CHECKscan Payment | | 0.00 | 31.50 | 5,856.44 | R-16077 | |
| 03/01/2024 | CAM Estimate (03/2024) | 2659C | 3,500.00 | 0.00 | 9,356.44 | C-35893 | No |
| 03/01/2024 | Base Rent (03/2024) | 2659C | 19,243.31 | 0.00 | 28,599.75 | C-35894 | No |
| 03/04/2024 | Chk# 946702 :CHECKscan Payment | | 0.00 | 22,743.31 | 5,856.44 | R-16598 | |
| 03/06/2024 | Chk# 947089 :CHECKscan Payment | | 0.00 | 5,845.26 | 11.18 | R-16628 | |
| 03/12/2024 | Electric @ 2659 Annapolis Rd- 2.6 to 3.9.24 | | 5,811.08 | 0.00 | 5,822.26 | C-36419 | No |
| 03/12/2024 | W/S 12.1.23 to 1.2.24 | | 33.14 | 0.00 | 5,855.40 | C-36448 | No |
| 04/01/2024 | CAM Estimate (04/2024) | 2659C | 3,500.00 | 0.00 | 9,355.40 | C-37309 | No |
| 04/01/2024 | Base Rent (04/2024) | 2659C | 19,243.31 | 0.00 | 28,598.71 | C-37310 | No |
| 04/01/2024 | W/S 1.2 to 2.1.24 | | 34.57 | 0.00 | 28,633.28 | C-37633 | No |
| 04/05/2024 | Chk# 948065 :CHECKscan Payment | | 0.00 | 5,844.22 | 22,789.06 | R-17394 | |
| 04/05/2024 | Chk# 948237 :CHECKscan Payment | | 0.00 | 22,743.31 | 45.75 | R-17398 | |
| 04/18/2024 | ELECTRIC- 3.9 to 4.8.24 | | 4,384.43 | 0.00 | 4,430.18 | C-37800 | No |

Monday, October 28, 2024
11:08 AM

## Lease Ledger

Page 6

Date: 10/28/2024

Property: ridgevie

Tenant: t0000136 Big Lot Store, Inc

From Date: 02/25/2012  To Date: 01/31/2026

Move In Date: 02/25/2012

Unit(S): 2659C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/23/2024 | Chk# 948784 :CHECKscan Payment | | 0.00 | 34.57 | 4,395.61 | R-17749 | |
| 04/29/2024 | W/S 2.1 to 2.29.24 | | 39.50 | 0.00 | 4,435.11 | C-38950 | No |
| 05/01/2024 | CAM Estimate (05/2024) | 2659C | 3,500.00 | 0.00 | 7,935.11 | C-38630 | No |
| 05/01/2024 | Base Rent (05/2024) | 2659C | 19,243.31 | 0.00 | 27,178.42 | C-38631 | No |
| 05/08/2024 | Chk# 949342 :CHECKscan Payment | | 0.00 | 4,384.43 | 22,793.99 | R-18200 | |
| 05/08/2024 | Chk# 949134 :CHECKscan Payment | | 0.00 | 22,743.31 | 50.68 | R-18201 | |
| 05/14/2024 | Electric 4.8 to 5.7.24 | | 5,024.11 | 0.00 | 5,074.79 | C-39015 | No |
| 06/01/2024 | CAM Estimate (06/2024) | 2659C | 3,500.00 | 0.00 | 8,574.79 | C-39872 | No |
| 06/01/2024 | Base Rent (06/2024) | 2659C | 19,243.31 | 0.00 | 27,818.10 | C-39873 | No |
| 06/04/2024 | Chk# 950179 :CHECKscan Payment | | 0.00 | 5,063.61 | 22,754.49 | R-18883 | |
| 06/04/2024 | Chk# 950354 :CHECKscan Payment | | 0.00 | 22,743.31 | 11.18 | R-18885 | |
| 06/14/2024 | Electric- 5.7 to 6.7.24 | | 5,983.71 | 0.00 | 5,994.89 | C-40452 | No |
| 06/19/2024 | W/S 2.29 to 4.1.24 | | 44.83 | 0.00 | 6,039.72 | C-41004 | No |
| 07/01/2024 | CAM Estimate (07/2024) | 2659C | 3,500.00 | 0.00 | 9,539.72 | C-41581 | No |
| 07/01/2024 | Base Rent (07/2024) | 2659C | 19,243.31 | 0.00 | 28,783.03 | C-41582 | No |
| 07/03/2024 | Chk# 951263 :CHECKscan Payment | | 0.00 | 5,983.71 | 22,799.32 | R-19667 | |
| 07/10/2024 | Chk# 951610 :CHECKscan Payment | | 0.00 | 22,743.31 | 56.01 | R-19763 | |
| 07/11/2024 | Electric 6.7 to 7.9.24 | | 8,581.53 | 0.00 | 8,637.54 | C-41943 | No |
| 07/24/2024 | Chk# 952095 :CHECKscan Payment | | 0.00 | 8,581.53 | 56.01 | R-20023 | |
| 08/01/2024 | CAM Estimate (08/2024) | 2659C | 3,500.00 | 0.00 | 3,556.01 | C-42928 | No |
| 08/01/2024 | Base Rent (08/2024) | 2659C | 19,243.31 | 0.00 | 22,799.32 | C-42929 | No |
| 08/14/2024 | Electric- 7.9 to 8.8.24 | | 8,599.84 | 0.00 | 31,399.16 | C-43308 | No |
| 08/16/2024 | W/S 4.1 to 5.1.24 | | 76.25 | 0.00 | 31,475.41 | C-43475 | No |
| 08/16/2024 | W/S 5.1 to 5.31.24 | | 67.27 | 0.00 | 31,542.68 | C-43506 | No |
| 08/20/2024 | 2024/2025 Real Estate Tax Share | | 60,651.85 | 0.00 | 92,194.53 | C-43520 | No |
| 08/21/2024 | 2023 CAM Reconciliation | | 9,615.86 | 0.00 | 101,810.39 | C-43564 | No |
| 09/01/2024 | CAM Estimate (09/2024) | 2659C | 4,100.00 | 0.00 | 105,910.39 | C-44505 | No |
| 09/01/2024 | Base Rent (09/2024) | 2659C | 19,243.31 | 0.00 | 125,153.70 | C-44506 | No |
| 09/18/2024 | Electric- 8.8 to 9.9.24 | | 8,341.26 | 0.00 | 133,494.96 | C-45087 | No |
| 10/01/2024 | CAM Estimate (10/2024) | 2659C | 4,100.00 | 0.00 | 137,594.96 | C-45907 | No |
| 10/01/2024 | Base Rent (10/2024) | 2659C | 19,243.31 | 0.00 | 156,838.27 | C-45908 | No |
| 10/04/2024 | Chk# 954345 :CHECKscan Payment | | 0.00 | 22,743.31 | 134,094.96 | R-21980 | |
| 10/15/2024 | Electric 9.9-10.9.24 | | 7,740.92 | 0.00 | 141,835.88 | C-46445 | No |
| 11/01/2024 | CAM Estimate (11/2024) | 2659C | 4,100.00 | 0.00 | 145,935.88 | C-47312 | No |
| 11/01/2024 | Base Rent (11/2024) | 2659C | 19,243.31 | 0.00 | 165,179.19 | C-47313 | No |