**CERTIFICATE OF SERVICE**

     I, Jamie L. Edmonson hereby certify that in addition to the notice and service provided through the Court's ECF system, on November 4, 2024, I caused a true and correct copy of the Objection and Reservation of Rights of Triple Bar Ridgeview Hanover, LLC with Respect to Debtors' Notices of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount to be served on the attached service list via email notification:

                                                */s/ Jamie L. Edmonson*
                                                Jamie L. Edmonson (No. 4247)

**SERVICE LIST**

Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
biglots.mnat@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Jonah A. Peppiatt
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
notice.biglots@davispolk.com
*Debtors' Counsel*

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov
*US Trustee*

Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jalberto@coleschotz.com
snewman@coleschotz.com
*Creditor Committee Counsel*

Darren Azman
Kristin Going
MCDERMOTT WILL & EMERY
One Vanerbilt Avenue
New York, New York 10017
dazman@mwe.com
kgoing@mwe.com
*Creditor Committee Counsel*

John F. Ventola
Jonathan D. Marshall
Jacob S. Lang
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com
*Counsel to the ABL Agent*

Regina Stango Kelbon
Stanley Tarr
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
*Counsel to the ABL Agent*

Chad B. Simon
James V. Drew
Sarah L. Hautzinger
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com
*Counsel to the Term Agent*

John H. Knight
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
knight@rlf.com
*Counsel to the Term Agent*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 1002
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
*Counsel to the Stalking Horse Bidder*

John H. Knight
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
knight@rlf.com
*Counsel to the Term Agent*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 1002
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
*Counsel to the Stalking Horse Bidder*