## **CERTIFICATE OF SERVICE**

I, Scott D. Cousins, hereby certify that on November 4, 2024, I caused a copy of the foregoing to be served on all parties listed below via electronic mail and on all parties who are scheduled to receive notice through the Court's ECF system.

Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Email: biglots.mnat@morrisnichols.com

Justin R. Alberto
Stacy L. Newman
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Email: jalberto@coleschotz.com
          snewman@coleschotz.com

John F. Ventola
Jonathan D. Marshall
Jacob S. Lang
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Email: jventola@choate.com
          jmarshall@choate.com
          jslang@choate.com

Chad B. Simon
James V. Drew
Sarah L. Hautzinger
**Otterbourg P.C.**
230 Park Avenue
New York, New York 10169
Email: csimon@otterbourg.com
          jdrew@otterbourg.com
          shautzinger@otterbourg.com

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Jonah A. Peppiatt
Ethan Stern
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Email: notice.biglots@davispolk.com

Linda J. Casey
**Office of the United States Trustee**
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: Linda.Casey@usdoj.gov

Darren Azman
Kristin Going
**MCDERMOTT WILL & EMERY**
One Vanderbilt Avenue
New York, New York 10017
Email: dazman@mwe.com
          kgoing@mwe.com

Regina Stango Kelbon
Stanley Tarr
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Email: regina.kelbon@blankrome.com
          stanley.tarr@blankrome.com

John H. Knight
**RICHARDS, LAYTON & FINGER P.A.**
920 N. King Street
Wilmington, Delaware 19801
Email: knight@rlf.com

7

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 1002
Email: cmarcus@kirkland.com
      douglas.ryder@kirkland.com
      nicholas.adzima@kirkland.com

Dated: November 4, 2024          */s/ Scott D. Cousins*
      Wilmington, Delaware      Scott D. Cousins (DE #3079)
                                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                    500 Delaware Ave., Suite 700
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 985-6000
                                    Email: scott.cousins@lewisbrisbois.com