# EXHIBIT A

## Contracts

| Debtor Name | Contract Counterparty Name | Preliminary Estimated Cure Amount | Contract/Lease Title or Description | Real Property Lease Premises Location |
|---|---|---|---|---|
| Big Lots, Inc. | AT&T | $ - | AT&T Signature Program Discount Agreemen | N/A |
| Big Lots, Inc. | AT&T | $ - | Change Order Request for Network Integratio | N/A |
| Big Lots, Inc. | AT&T | $ - | Change Order Request for Network Integratio | N/A |
| Big Lots, Inc. | AT&T | $ - | Confidentiality Agreement | N/A |
| Big Lots, Inc. | AT&T | $ - | Confidentiality Agreement | N/A |
| Big Lots, Inc. | AT&T | $ - | Confirmation of Service Order for AT&T Busir | N/A |
| Big Lots, Inc. | AT&T | $ - | Confirmation of Service Order for AT&T Busir | N/A |
| Big Lots, Inc. | AT&T | $ - | Customer Expectation Document (CED) | N/A |
| Big Lots, Inc. | AT&T | $ - | Customer Expectation Document (CED) | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Interstate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Interstate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ILEC Intrastate Services Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | ISDN PRI Short Term Arrangement | N/A |
| Big Lots, Inc. | AT&T | $ - | ISDN PRI Short Term Arrangement | N/A |
| Big Lots, Inc. | AT&T | $ - | ISDN PRI Short Term Arrangement | N/A |
| Big Lots, Inc. | AT&T | $ - | Mutual Non-Disclosure Agreement | N/A |
| Big Lots, Inc. | AT&T | $ - | Mutual Non-Disclosure Agreement | N/A |
| Big Lots, Inc. | AT&T | $ - | Network Services Discount Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | Network Services Discount Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T ILEC Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T ILEC Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T Interstate Broadba | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for AT&T Interstate Broadba | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ILEC Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ILEC Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for Integrated Data Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN Services | N/A |

| Debtor Name | Contract Counterparty Name | Preliminary Estimated Cure Amount | Contract/Lease Title or Description | Real Property Lease Premises Location |
|---|---|---|---|---|
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN Services | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN SmartTrunk Servic | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN SmartTrunk Servic | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN SmartTrunk Servic | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN SmartTrunk Servic | N/A |
| Big Lots, Inc. | AT&T | $ - | Pricing Schedule for ISDN SmartTrunk Servic | N/A |
| Big Lots, Inc. | AT&T | $ - | Responsible Organization Designation and A | N/A |
| Big Lots, Inc. | AT&T | $ - | Responsible Organization Designation and A | N/A |
| Big Lots Stores, LLC | AT&T | $ - | Service Delivery Agreement | N/A |
| Big Lots Stores, LLC | AT&T | $ - | Service Delivery Agreement | N/A |
| Big Lots, Inc. | AT&T | $ - | Unified Addendum to the Comprehensive Se | N/A |
| Big Lots, Inc. | AT&T | $ - | Unified Addendum to the Comprehensive Se | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Pricing Schedule for Secure Network Gatewa | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Pricing Schedule for Secure Network Gatewa | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp | $ - | Statement of Work for AT&T VoiceTone® and | N/A |
| Consolidated Property Hold | AT&T Corp | $ - | Supplemental Services Agreement | N/A |
| Consolidated Property Hold | AT&T Corp | $ - | Supplemental Services Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amended and Restated Pricing Schedule for | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amended and Restated Pricing Schedule for | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to AT&T Integrated Data Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Attachment No. 23906 | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Attachment No. 23906 | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Amendment to Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Contact Management Services Interact | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Contact Management Services Interact | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T High Speed Internet - Enterprise Pricing | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T High Speed Internet - Enterprise Pricing | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Managed Internet Service Pricing Adden | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Managed Internet Service Pricing Adden | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Network Based IP VPN Remote Access | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T Network Based IP VPN Remote Access | N/A |
| Big Lots Stores, LLC | AT&T Corp. | $ - | AT&T Network Integration Services Change F | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T VPN Service Pricing Addendum | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T VPN Service Pricing Addendum | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T VPN Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | AT&T VPN Service Pricing Schedule | N/A |
| Big Lots Stores, LLC | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots Stores, LLC | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Change Order Request for Network Integratic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Comprehensive Service Order Attachment | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Comprehensive Service Order Attachment | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Confidentiality Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Confidentiality Agreement | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Consolidated Property Hold | AT&T Corp. | $ - | Contract Tariff Order Form | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Discount Pricing Schedule for Network Servic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Discount Pricing Schedule for Network Servic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Ethernet Private Line Service Pricing Schedul | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Ethernet Private Line Service Pricing Schedul | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Interactive Voice Services (IVS) Advanced Pri | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Interactive Voice Services (IVS) Advanced Pri | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Local Exchange Services Service Order Attac | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Local Exchange Services Service Order Attac | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Local Exchange Services Service Order Attac | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Local Exchange Services Service Order Attac | N/A |
| Big Lots, Inc. | AT&T CORP. | $ - | Managed Internet Service Order | N/A |
| Big Lots, Inc. | AT&T CORP. | $ - | Managed Internet Service Order | N/A |
| Big Lots, Inc. | AT&T Corp. | $ - | Managed Internet Service Pricing Schedule | N/A |

| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
|---|---|---|---|---|---|
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Managed Internet Service Pricing Schedule | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Master Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Addendum for IP VPN Remote Access | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule / Confirmation of Service O | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule / Confirmation of Service O | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Bandwidth Service | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Business Network | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Business Network | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Business Network | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for AT&T Business Network | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for Integrated Data Services | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Pricing Schedule for IP VPN Remote Access S | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Release and Settlement Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Release and Settlement Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Release and Settlement Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Release and Settlement Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment - Voice/Data Servi | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment - Voice/Data Servi | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment - Voice/Data Servi | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment - Voice/Data Servi | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment for Voice/Data Ser | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment for Voice/Data Ser | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment-Voice/Data Servic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Service Order Attachment-Voice/Data Servic | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Statement of Work for AT&T VoiceTone® and | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Voice/Data Service Agreement | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Voice/Data Service Order Attachment | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | VPN Service Pricing Addendum | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | VPN Service Pricing Addendum | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Letter of Authorization for Switching Services | N/A |
| Big Lots, Inc. | AT&T Corp. | $ | - | Letter of Authorization for Telecommunicatic | N/A |
| Big Lots, Inc. | AT&T Global Services, Inc. | $ | 115,573 | Service Order Confirmation for Base Rate, Fr | N/A |
| Big Lots, Inc. | AT&T ILEC Service-Providing Affiliate | $ | - | ISDN PRI Short Term Arrangement | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Amendment to Corporate Digital Advantage / | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Confirmation of Service Order for AT&T Wirel | N/A |
| Big Lots, Inc. | AT&T Mobility National Accounts LLC | $ | - | Confirmation of Service Order for AT&T Wirel | N/A |
| Consolidated Property Holi | AT&T Networked Commerce Services Contract Management | $ | - | General Agreement for Networked Commerc | N/A |
| Consolidated Property Holi | AT&T Networked Commerce Services Contract Management | $ | - | General Agreement for Networked Commerc | N/A |
| Big Lots, Inc. | AT&T Ohio | $ | - | Special Construction Charge Agreement | N/A |
| Big Lots, Inc. | AT&T Ohio | $ | - | Special Construction Charge Agreement | N/A |
| Big Lots, Inc. | AT&T Services, Inc. | $ | - | Term Volume Discount Confirmation of Servi | N/A |
| Big Lots, Inc. | AT&T Services, Inc. | $ | - | Term Volume Discount Confirmation of Servi | N/A |
| Big Lots, Inc. | AT&T Solutions Inc. | $ | - | AT&T Interactive Voice Services (IVS) Advanc | N/A |
| Big Lots, Inc. | AT&T Solutions Inc. | $ | - | Interactive Voice Services Application Supple | N/A |
| Big Lots, Inc. | AT&T Solutions Inc. | $ | - | Supplement for AT&T Interactive Voice Servic | N/A |

| Big Lots, Inc. | SBC | $ | - | Confidentiality Agreement | N/A |
| Big Lots, Inc. | SBC | $ | - | Confirmation of Service Order Exchange Ded | N/A |
| Big Lots Stores, LLC | SBC | $ | - | Confirmation of Service Order for Special Ac | N/A |
| Big Lots, Inc. | SBC Advertising, LLC | $ | - | Talent Release Form | N/A |
| Big Lots, Inc. | SBC Advertising, LLC | $ | - | Talent Release Form | N/A |
| Big Lots, Inc. | SBC Advertising, LTD | $ | - | Amendment to Web Site Development and M | N/A |
| Big Lots, Inc. | SBC Advertising, LTD | $ | - | Comparative Shopping and Reporting Agreer | N/A |
| Big Lots, Inc. | SBC Advertising, LTD | $ | - | Comparative Shopping and Reporting Agreer | N/A |
| Big Lots, Inc. | SBC Advertising, LTD | $ | - | Search Engine Optimization Agreement | N/A |
| Big Lots, Inc. | SBC Advertising, LTD | $ | - | Web Site Development and Maintenance Agr | N/A |
| Big Lots, Inc. | SBC ADVERTISING, LTD. | $ | - | Non-Exclusive Agency Agreement | N/A |
| Big Lots, Inc. | SBC Advertising, Ltd. | $ | - | Notice of Termination and Agreement Regarc | N/A |
| Big Lots, Inc. | SBC Advertising, Ltd. | $ | - | Service Agreement | N/A |
| Big Lots, Inc. | SBC Advertising, Ltd. | $ | - | Service Agreement | N/A |
| Big Lots, Inc. | SBC Advertising, Ltd. | $ | - | Termination Notice | N/A |
| Big Lots, Inc. | SBC DataComm | $ | - | Statement of Work for IP Telephony Impleme | N/A |
| Big Lots, Inc. | SBC Global Markets | $ | - | Confirmation of Service Order for Special Ac | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Addendum to Master Agreement for SBC Net | N/A |
| Consolidated Property Hol | SBC Global Services, Inc. | $ | - | Agreement for SONET Ring Network Service | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Amendment to Agreement for SONET Ring N | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Amendment to Master Discount Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Amendment to Master Discount Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Convergent Bill Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Master Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Master Discount Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Wiring and Cabling Installation Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. | $ | - | Wiring and Cabling Installation Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. now dba AT&T Global Services on behalf | $ | - | Amendment to Telecommunication Services | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. now dba AT&T Global Services on behalf | $ | - | Amendment to Telecommunication Services | N/A |
| Big Lots, Inc. | SBC Global Services, Inc. on behalf of Ameritech Communication: | $ | - | Teleconferencing Services Agreement | N/A |
| Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Cc | $ | - | Addendum to Master Agreement for provisio | N/A |
| Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Cc | $ | - | Addendum to the SBC Master Agreement for | N/A |
| Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Cc | $ | - | Amendment to Addendum for ISDN Prime Se | N/A |