# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY ESKRA- BROWN, | CIVIL DIVISION |
| | No.: 24-11967 JKS |
| Movant, | |
| | Chapter 11 |
| v. | |
| BIG LOTS STORES, INC. d/b/a BIG LOTS, | |
| Debtor. | |

## NOTICE OF HEARING IN SUPPORT OF MOTION FOR RELIEF FROM T STAY

**PLEASE TAKE NOTICE** that on October 31, 2024, Carol Donnelly, by and through the undersigned counsel, filed a Motion For Relief From The Automatic Stay ("the Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court on or before November 14, 2024 at 4:00 p.m. (ET) (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon undersigned counsel:

> Wayne M. Chiurazzi, Esq.
> The Chiurazzi Law Group
> 101 Smithfield Street
> Pittsburgh, PA 15222

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on November 21, 2024, at 10:30 A.M. (ET) (the "Hearing") before the Honorable J. Kate Stickles,

United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 4, 2024 /s/ *Wayne M. Chiurazzi*
Wayne M. Chiurazzi, Esquire
*Counsel for Movant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

|          |                                              |
|----------|----------------------------------------------|
| _____ | First Class Mail, Postage Prepaid            |
| _____ | Certified Mail – Return Receipt Requested    |
| _____ | Hand Delivery                                |
| _____ | Facsimile Transmission                       |
| _____ | Overnight Delivery                           |
|     X    | Electronic Mail / CM/ECF Filing              |

**Lawrence E. Ging**
Mintzer Sarowitz Zeris & Willis, PLLC
2605 Nicholson Road
Building V, Suite 5100
Sewickley, PA 15143
lging@defensecounsel.com
*Counsel for Defendant*

**Daniel B. Butz**
**Robert J. Dehney**
**Andrew R. Remming**
**Sophie Rogers Churchill**
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
Wilmington, DE 19801
302-575-7348
Fax : 302-658-3989
dbutz@mnat.com
rdehney@morrisnichols.com
aremming@mnat.com
srchurchill@morrisnichols.com
*Bankruptcy Counsel for Debtor, Big Lots, Inc*

**James McClammy**
**Jonah Peppiatt**
**Stephen D. Piraino**
**Brian M. Resnick**

**Adam L. Shpeen**
**Ethan Stern**
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
212-450-4000
james.mcclammy@davispolk.com
jonah.peppiatt@davispolk.com
stephen.piraino@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
ethan.stern@davispolk.com
*Bankruptcy Counsel for Debtor, Big Lots, Inc*

and via CM/ECF electronic service upon parties registered to receive notices.

THE CHIURAZZI LAW GROUP

DATE: NOVEMBER 4, 2024        */s/ Wayne M. Chiurazzi*
                              Wayne M. Chiurazzi, Esquire
                              *Counsel for Movant*