**Exhibit A**

Sun Life Assurance Company of Canada

Summary Statement



| **Client Number** | **Customer Service Center** | **Payment Address** |
|---|---|---|
| 966203 | 1-800-247-6875 | Sun Life |
| | | PO Box 843201 |
| **Billing Group Number** | **Web Site** | Kansas City, MO 64184-3201 |
| 966203-0001 | www.sunlife.com/us | |
| Kim Sweet | Please be sure to include an updated | **Payment Due Date** |
| Big Lots, Inc. | copy of this Summary Statement with payment | 10/01/2024 |
| C/O BenefitMall | or email to premium.statements@sunlife.com. | |
| 2111 East Highland Ave Suite B-210 | | |
| Phoenix, AZ 85016 | | |

| Benefit | Option | Lives | Rate | Calculate | Volume | Current Period | Adjustments | Total Premium |
|---|---|---|---|---|---|---|---|---|
| Specific SL Emp & Family | Specific SL Emp & Family | 5679 | 11.19 | Lives x Rate | 0 | $ 63,548.01 | $ - | $ 63,548.01 |

The rates shown include insurance premium and fees for services.     **Total**     $ 63,548.01

**Explanation of Adjustments**

Premiums are due and payable on the premium due date. A grace period (as specified in your Group Insurance Policy) is granted for administrative and mailing purposes. If full payment is not received prior to the expiration of the grace period, all coverage will cease. Also, if any insureds contribute to the cost of coverage and you continue to collect contributions after the date of termination, you may be liable for claims. Mail in your completed statement to the PO Box listed above.

| Name of person completing this form | Title | Phone Number |
|---|---|---|
| Kim Sweet | Benefits Administrator | |

| Signature | Date | Email |
|---|---|---|
| | 10/22/2024 | |

**Exhibit B**

Sun Life Assurance Company of Canada  
Summary Statement  
**08/20/2024**



| **Client number:** | **Client Services** | Sun Life |
| 964261 | 800-247-6875 | P.O. Box 843201 |
| | | Kansas City, MO 64184-3201 |
| **Billing Group Number:** | **Website** | |
| 964261-0001 | www.sunlife.com/us | |

Julie Moll  
Big Lots Management, LLC  
4900 E. Dublin Granville Road  
Westerville OH 43081

**Please be sure to include an updated copy of this Summary Statement with Payment or Email it to Premium.Statements@sunlife.com**

**Your payment is due on 09/01/2024.**

If payment has already been submitted, please disregard this statement.

| | | Lives | | Volume | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Covered benefits** | **Description** | **Prior period estimate** | **Current period** | **Prior period estimate** | **Current period** | **Rate** | **Prior period estimate** | **Current period due** | **Adj.** | **Total** |
| Voluntary Spouse Life | Voluntary Spouse Life | 901 | | 9,010,000 | | 0.300 | 2,703.00 | | | |
| | Benefit subtotal | | | | | | **2,703.00** | | | |
| Employee Life | Employee Life | 9,913 | | 508,154,000 | | 0.095 | 48,274.63 | | | |
| | Benefit subtotal | | | | | | **48,274.63** | | | |

964261-0001

1

| Covered benefits | Description | Lives | | Volume | | Rate | Prior period estimate | Current period due | Adj. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior period estimate | Current period | Prior period estimate | Current period | | | | | |
| Employee AD&D | Employee AD&D | 9,906 | | 508,045,000 | | 0.018 | 9,144.81 | | | |
| | **Benefit subtotal** | | | | | | **9,144.81** | | | |
| Long Term Disability-Payroll | Long Term Disability | 2,251 | | 17,188,708 | | 0.395 | 67,895.40 | | | |
| | **Benefit subtotal** | | | | | | **67,895.40** | | | |
| Voluntary Employee Life | Voluntary Employee Life | 2,462 | | 194,192,500 | | Varies | 96,279.91 | | | |
| | **Benefit subtotal** | | | | | | **96,279.91** | | | |
| Dependent Life | Dependent Life | 9,906 | | 99,060,000 | | 1.25 | 12,382.50 | | | |
| | **Benefit subtotal** | | | | | | **12,382.50** | | | |
| | | | | | | | | | | |
| **Estimated premium due** | | | | | | | 236,680.25 | | | |

The rates shown include insurance premium and any fees for services that are not billed separately.

**Explanation of adjustments**

Premiums are due and payable on the Premium Due Date. A Grace Period, as specified in your Group Insurance Policy, is granted for administrative and mailing purposes. If full payment is not received prior to the expiration of the Grace Period, all coverage will cease on the last day of the Grace Period. Also, if any insureds contribute to the cost of coverage and you continue to collect contributions after the date of the termination, you may be liable for claims. Mail your completed statement with payment to the Sun Life address listed above.

| Name of person completing this form | Title | Phone number |
|---|---|---|
| | | |

| Email | | Date |
|---|---|---|
| | | |

**Disclaimer**: This summary information is based on prior information submitted by you.

964261-0001

Sun Life Assurance Company of Canada 

Summary Statement

**09/19/2024**

| Client number: | Client Services | Sun Life |
|---|---|---|
| 964261 | 800-247-6875 | P.O. Box 843201 |
| | | Kansas City, MO 64184-3201 |
| **Billing Group Number:** | **Website** | |
| 964261-0001 | www.sunlife.com/us | |

Julie Moll
Big Lots Management, LLC
4900 E. Dublin Granville Road
Westerville OH 43081

**Please be sure to include an updated copy of this Summary Statement with Payment or Email it to Premium.Statements@sunlife.com**

**Your payment is due on 10/01/2024.**

If payment has already been submitted, please disregard this statement.

| Covered benefits | Description | Lives | | Volume | | Rate | | | Adj. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior period estimate | Current period | Prior period estimate | Current period | | Prior period estimate | Current period due | | |
| Employee Life | Employee Life | 9,913 | | 508,154,000 | | 0.095 | 48,274.63 | | | |
| | Benefit subtotal | | | | | | 48,274.63 | | | |
| Employee AD&D | Employee AD&D | 9,906 | | 508,045,000 | | 0.018 | 9,144.81 | | | |
| | Benefit subtotal | | | | | | 9,144.81 | | | |

964261-0001

1

| Covered benefits | Description | Lives | | Volume | | Rate | Prior period estimate | Current period due | Adj. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior period estimate | Current period | Prior period estimate | Current period | | | | | |
| Long Term Disability-Payroll | Long Term Disability | 2,251 | | 17,188,708 | | 0.395 | 67,895.40 | | | |
| | Benefit subtotal | | | | | | 67,895.40 | | | |
| Voluntary Employee Life | Voluntary Employee Life | 2,462 | | 194,192,500 | | Varies | 96,279.91 | | | |
| | Benefit subtotal | | | | | | 96,279.91 | | | |
| Dependent Life | Dependent Life | 9,906 | | 99,060,000 | | 1.25 | 12,382.50 | | | |
| | Benefit subtotal | | | | | | 12,382.50 | | | |
| Voluntary Spouse Life | Voluntary Spouse Life | 901 | | 9,010,000 | | 0.300 | 2,703.00 | | | |
| | Benefit subtotal | | | | | | 2,703.00 | | | |
| | | | | | | | | | | |
| Estimated premium due | | | | | | | 236,680.25 | | | |

The rates shown include insurance premium and any fees for services that are not billed separately.

964261-0001

**Explanation of adjustments**

Premiums are due and payable on the Premium Due Date. A Grace Period, as specified in your Group Insurance Policy, is granted for administrative and mailing purposes. If full payment is not received prior to the expiration of the Grace Period, all coverage will cease on the last day of the Grace Period. Also, if any insureds contribute to the cost of coverage and you continue to collect contributions after the date of the termination, you may be liable for claims. Mail your completed statement with payment to the Sun Life address listed above.

| Name of person completing this form | Title | Phone number |
|---|---|---|
| | | |

| Email | | Date |
|---|---|---|
| | | |

**Disclaimer**: This summary information is based on prior information submitted by you.

964261-0001