# CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, hereby certify that on the 4th day of November 2024, a copy of the foregoing *Objection to Cure Amount and Reservation of Rights of Sun Life Assurance Company of Canada* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Proposed Counsel to the Debtors:*

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |

*Counsel to the ABL Agent:*

| | |
|---|---|
| John F. Ventola, Esq. | Regina Stango Kelbon, Esq. |
| Jonathan D. Marshall, Esq. | Stanley Tarr, Esq. |
| Jacob S. Lang, Esq. | Blank Rome LLP |
| Choate, Hall & Stewart LLP | 1201 N. Market Street, Suite 800, |
| Two International Place | Wilmington, DE 19801 |
| Boston, MA 02110 | regina.kelbon@blankrome.com |
| jventola@choate.com | stanley.tarr@blankrome.com |
| jmarshall@choate.com | |
| jslang@choate.com | |

*U.S. Trustee:*

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

*Counsel to the Term Agent:*

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

*Proposed Counsel to the Committee:*

Darren Azman, Esq.
Kristin G. Going, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

*Counsel to the Stalking Horse Bidder:*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

November 4, 2024
Date

*/s/ E.E. Allinson III*
Elihu E. Allinson, III