**UNPAID INVOICES**

GH2 NSB BB LLC
1998 FL-44
New Smyrna Beach, FL 32168
(352) 397-4869

**EXHIBIT B**

**Prepared For**

Big Lots Stores, Inc.
GH2 NSB BB LLC
1998 FL-44, Unit BIGLOTS
New Smyrna Beach, FL 32168

**Property:**

GH2 NSB BB LLC
1998 FL-44
New Smyrna Beach, FL 32168

**Billing Information:**

| Date | Control No | Description | Total Amount | Amount Paid | Balance due |
|---|---|---|---|---|---|
| 09/01/2024 | 2592 | Commercial Rent | 23,558.79 | 0.00 | 23,558.79 |
| 09/01/2024 | 2593 | Sales Tax | 588.97 | 0.00 | 588.97 |
| 09/08/2024 | 2810 | Insurance Reconciliation | 29,395.38 | 0.00 | 29,395.38 |
| 09/08/2024 | 2811 | Property Tax Reconciliation | 41,088.11 | 0.00 | 41,088.11 |
| 09/08/2024 | 2812 | Sales Tax | 1,762.09 | 0.00 | 1,762.09 |
| 09/08/2024 | 2813 | CAM Reconciliation | 17,167.28 | 0.00 | 17,167.28 |
| 09/08/2024 | 2814 | Sales Tax | 429.18 | 0.00 | 429.18 |
| 09/11/2024 | 2817 | Late Fees | 1,207.39 | 0.00 | 1,207.39 |
| | | **Grand Total** | 115,197.19 | 0.00 | 115,197.19 |

**Notes**

---

**Remittance Advice** (please detach and return)

| Tenant Information | | Invoice Information | |
|---|---|---|---|
| **Name:** | Big Lots Stores, Inc. | **Unit** | BIGLOTS |
| **Address:** | 1998 FL-44 | **Payment Date** | |
| **City/State/Zip** | New Smyrna Beach, FL 32168 | **Payment Amount** | |

Thank you for your prompt payment