# EXHIBIT A

# Premium Asset Management

1111 N. Plaza Drive, Suite 200
Schaumburg, Illinois 60173
**(847) 891-1800**

**STATEMENT**

| DATE |
|---|
| 11/2/2024 |

**To:**

Big Lots Stores Inc #553
4900 E. Dublin-Granville Road
Columbus, OH 43081

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $27,521.17 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/01/2024 | INV #96125. Orig. Amount $1,200.00.<br>Restoration Costs from Fire<br>--- Add. Rent $1,200.00<br>--- Tax: Sales Tax - SL (Y2022-23) @ 6.5% = 0.00 | 1,200.00 | 1,200.00 |
| 09/01/2024 | INV #97126. Orig. Amount $20,671.17.<br>--- Base Rent $12,500.00<br>--- CAMS $4,051.00<br>--- Ground Rent $3,518.10<br>--- Tax: Sales Tax - SL (6/24-C) @ 3.0% = 602.07 | 20,671.17 | 21,871.17 |
| 10/31/2024 | INV #99100. Orig. Amount $5,650.00.<br>Legal Fees<br>--- Legal Fees $5,650.00<br>--- Tax: Sales Tax - SL (Y2022-23) @ 6.5% = 0.00 | 5,650.00 | 27,521.17 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 5,650.00 | 20,671.17 | 0.00 | 1,200.00 | $27,521.17 |

# Premium Asset Management

1111 N. Plaza Drive, Suite 200
Schaumburg, Illinois 60173
**(847) 891-1800**

**STATEMENT**

| DATE |
|---|
| 11/2/2024 |

**To:**

Big Lots Inc #5230
4900 E. Dublin-Granville Road
Columbus, OH 43081

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $91,210.65 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 09/01/2024 | INV #97045. Orig. Amount $81,100.14. Sept-November 2024 Rent<br>--- Base Rent $26,246.00<br>--- Base Rent $26,246.00<br>--- Base Rent $26,246.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 2,362.14 | 81,100.14 | 81,100.14 |
| 09/06/2024 | INV #97621. Orig. Amount $4,460.51.<br>Late Fee September - November Rent<br>--- Late Fees $4,460.51<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 4,460.51 | 85,560.65 |
| 10/31/2024 | INV #99099. Orig. Amount $5,650.00.<br>Legal Fees<br>--- Legal Fees $5,650.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 5,650.00 | 91,210.65 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 5,650.00 | 85,560.65 | 0.00 | 0.00 | $91,210.65 |