# Exhibit A

| | | | |
|---|---|---|---|
| | | Amount Due | Amount Enc. |
| | | $136,174.20 | |
| Date | Transaction | Amount | Balance |
| 12/31/2023 | Balance forward | | -15,381.78 |
| 01/01/2024 | INV #9760. Due 12/28/2023. | 15,617.38 | 235.60 |
| | --- BASE RENT $9,424.00 | | |
| | --- COMMON AREA MAINTENANCE $2,356.00 | | |
| | --- INSURANCE $594.57 | | |
| | --- REAL ESTATE TAXES $3,242.81 | | |
| 01/11/2024 | Due 05/06/2024. | 33,707.22 | 33,942.82 |
| | 2023 Tax Reconciliation | | |
| | --- Tax Reconciliation $33,707.22 | | |
| 02/01/2024 | INV #10006. Due 01/28/2024. | 29,753.38 | 63,696.20 |
| | --- BASE RENT $23,560.00 | | |
| | --- COMMON AREA MAINTENANCE $2,356.00 | | |
| | --- INSURANCE $594.57 | | |
| | --- REAL ESTATE TAXES $3,242.81 | | |
| 02/01/2024 | PMT #1502220170. | -29,753.38 | 33,942.82 |
| 02/09/2024 | PMT #1502227077. | -33,707.22 | 235.60 |
| 03/01/2024 | INV #10200. Due 02/26/2024. | 29,753.38 | 29,988.98 |
| | --- BASE RENT $23,560.00 | | |
| | --- COMMON AREA MAINTENANCE $2,356.00 | | |
| | --- INSURANCE $594.57 | | |
| | --- REAL ESTATE TAXES $3,242.81 | | |
| 03/01/2024 | PMT #1502228075. | -29,753.38 | 235.60 |
| 04/01/2024 | INV #10399. Due 03/28/2024. | 29,753.38 | 29,988.98 |
| | --- BASE RENT $23,560.00 | | |
| | --- COMMON AREA MAINTENANCE $2,356.00 | | |
| | --- INSURANCE $594.57 | | |
| | --- REAL ESTATE TAXES $3,242.81 | | |
| 04/01/2024 | PMT #1502237160. | -29,753.38 | 235.60 |
| 05/01/2024 | INV #10609. Due 04/27/2024. | 29,753.38 | 29,988.98 |
| | --- BASE RENT $23,560.00 | | |
| | --- COMMON AREA MAINTENANCE $2,356.00 | | |
| | --- INSURANCE $594.57 | | |
| | --- REAL ESTATE TAXES $3,242.81 | | |
| 05/01/2024 | PMT #1502247339. | -29,753.38 | 235.60 |

**Statement**

Date: 11/1/2024

Milelli Realty, LLC
P.O. BOX 2229
MORRISTOWN, NJ 07962

To:
Consolidated Stores Corporation
4900 East Dublin Grandville Road
Columbus, OH 43081

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 29,753.38 | 76,431.84 | 29,753.38 | 235.60 | $136,174.20 |

Milelli Realty, LLC
P.O. BOX 2229
MORRISTOWN, NJ 07962

# Statement

| Date |
|---|
| 11/1/2024 |

| To: |
|---|
| Consolidated Stores Corporation |
| 4900 East Dublin Grandville Road |
| Columbus, OH 43081 |

| Amount Due | Amount Enc. |
|---|---|
| $136,174.20 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/31/2024 | PMT #1502265980. | -29,753.38 | -29,517.78 |
| 06/01/2024 | INV #10828. Due 05/28/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 235.60 |
| 07/01/2024 | INV #11003. Due 06/27/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 29,988.98 |
| 07/01/2024 | PMT #1502277946. | -29,753.38 | 235.60 |
| 08/01/2024 | INV #11222. Due 07/28/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 29,988.98 |
| 08/01/2024 | PMT #1502286117. | -29,753.38 | 235.60 |
| 09/01/2024 | INV #11436. Due 08/28/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 29,988.98 |
| 09/11/2024 | INV #11787. Due 09/11/2024.<br>--- Tax Reconciliation $46,678.46 | 46,678.46 | 76,667.44 |
| 10/01/2024 | INV #11630. Due 09/27/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 106,420.82 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 29,753.38 | 76,431.84 | 29,753.38 | 235.60 | $136,174.20 |

|  |  |  | Date |
|---|---|---|---|
|  |  |  | 11/1/2024 |

Milelli Realty, LLC
P.O. BOX 2229
MORRISTOWN, NJ 07962

# Statement

**To:**
Consolidated Stores Corporation
4900 East Dublin Grandville Road
Columbus, OH 43081

| Amount Due | Amount Enc. |
|---|---|
| $136,174.20 |  |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/01/2024 | INV #30. Due 10/28/2024.<br>--- BASE RENT $23,560.00<br>--- COMMON AREA MAINTENANCE $2,356.00<br>--- INSURANCE $594.57<br>--- REAL ESTATE TAXES $3,242.81 | 29,753.38 | 136,174.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 29,753.38 | 76,431.84 | 29,753.38 | 235.60 | $136,174.20 |