# CERTIFICATE OF SERVICE

I, Aaron H. Stulman, do hereby certify that on November 4, 2024, a copy of the foregoing **Objection and Reservation of Rights of Westerville Square, Inc. Related to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount** was served on the parties listed on the attached service list in the manner indicated.

    */s/ Aaron H. Stulman*
    Aaron H. Stulman (No. 5807)

# SERVICE LIST

| | |
|---|---|
| **Counsel to the Debtors**<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com<br><br>**Via Email** | **Counsel to the Debtors**<br>Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com<br><br>**Via Email** |
| **Counsel to the Committee**<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com;<br>snewman@coleschotz.com;<br><br>**Via Email** | **Counsel to the Committee**<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>McDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com;<br>kgoing@mwe.com<br><br>**Via Email** |
| **Office of the United States Trustee**<br>Linda Casey, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: linda.casey@usdoj.gov<br><br>**Via Email** | **Counsel to the ABL Agent**<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com;<br>jmarshall@choate.com; jslang@choate.com<br><br>**Via Email** |

| | |
|---|---|
| **Counsel to the ABL Agent**<br>Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com;<br>stanley.tarr@blankrome.com<br><br>**Via Email** | **Counsel to the Term Agent**<br>Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Email: CSimon@otterbourg.com;<br>JDrew@otterbourg.com;<br>shautzinger@otterbourg.com<br><br>**Via Email** |
| **Counsel to the Term Agent**<br>John H. Knight, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com<br><br>**Via Email** | **Counsel to the Stalking Horse Bidder**<br>Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: cmarcus@kirkland.com;<br>douglas.ryder@kirkland.com;<br>nicholas.adzima@kirkland.com<br><br>**Via Email** |