IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copies of the *Limited Objection and Reservation of Rights of BDPM Group, LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

*/s/ Christopher M. Donnelly*
Christopher M. Donnelly (DE Bar No. 7149)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

17014430/2

## SERVICE LIST

| | |
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br><br>and |
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com<br><br>*Counsel to the Debtors* | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br><br>*Proposed Counsel to the Committee* |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com |
| Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br><br>*Counsel to the ABL Agent* | John H. Knight, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.,<br>920 N. King Street,<br>Wilmington, DE 19801<br>knight@rlf.com<br><br>*Counsel to the Term Agent* |

2

| | |
|---|---|
| Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com<br><br>*Counsel to the Stalking Horse Bidder* | Linda J. Casey, Esq.<br>Office of the United States Trustee<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov<br><br>*U.S. Trustee* |