UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

                                          Case No. 24-11967 (JKS)

Debtor: BIG LOTS, INC., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Edmond M. George to represent Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC in this action.

/s/ Leslie B. Spoltore

Firm Name: OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Address: 123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Phone: Telephone: (302) 238-6947
Email: leslie.spoltore@obermayer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Edmond M. George

Firm Name: OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Address: 1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: Telephone: (215) 665-3140
Email: edmond.george@obermayer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 4th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Local Form 105