**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter _____

                                   Case No. _____-_____ (_____)

 Debtor:     _____

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of _____

to represent _____

in this action.

                          _____

                          Firm Name:

                          Address:

                          Phone:

                          Email:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____   and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.


                          _____

                          Firm Name:

                          Address:

                          Phone:

                          Email:


### ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

                          J. KATE STICKLES
                          UNITED STATES BANKRUPTCY JUDGE

**Dated: November 4th, 2024**
**Wilmington, Delaware**

Local Form 105