# Exhibit B

## DEFAULT NOTICE

**Date**: August 12, 2024
**To**:   BIG LOTS STORES – PNS, LLC, a California limited liability company "Tenant"

**From**: CORTA Stevens Point, LLC, a Florida limited liability company "Landlord"
  88-3043717
  Attn: Cory Presnick
  1112 1st Street
  Neptune Beach, FL 32266
  cpresnick@cortadev.com
  404-625-5119

**RE**: 5601 US Hwy 10 E, Stevens Point, WI

You are hereby notified in writing that BIG LOTS STORES – PNS, LLC, a California limited liability company, the "Tenant", has failed to pay Rent in accordance with the fully executed lease agreement dated January 18, 2023 and as amended by that certain fully executed first amendment to lease agreement dated April 10, 2023, collectively the "Lease" for the month of August which was due and payable per Section 5 of the Lease.  The Landlord intends to follow Section 19 – Default – and enforce its Lease rights if Rent payment is not received within Ten (10) Days of this written notice.

If you have any questions, please feel free to contact me at:

CORTA Stevens Point, LLC
Attn: Cory Presnick
404-625-5119
cpresnick@cortadev.com

Thank You**.**

**LANDLORD:**

**CORTA STEVENS POINT, LLC**
a Florida limited liability company

By:  _____
Title:  Cory Presnick – Principal/Manager