# Exhibit C

## DEFAULT NOTICE

**Date:** September 10, 2024
**To:** BIG LOTS STORES – PNS, LLC, a California limited liability company "Tenant"

**From:** CORTA Stevens Point, LLC, a Florida limited liability company "Landlord"
88-3043717
Attn: Cory Presnick
1112 1st Street
Neptune Beach, FL 32266
cpresnick@cortadev.com
404-625-5119

**RE:** 5601 US Hwy 10 E, Stevens Point, WI

You are hereby notified in writing that BIG LOTS STORES – PNS, LLC, a California limited liability company, the "Tenant", has failed to pay Rent in accordance with the fully executed lease agreement dated January 18, 2023 and as amended by that certain fully executed first amendment to lease agreement dated April 10, 2023, collectively the "Lease" for the month of September which was due and payable per Section 5 of the Lease. The Landlord intends to follow Section 19 – Default – and enforce its Lease rights if Rent payment is not received within Ten (10) Days of this written notice.

If you have any questions, please feel free to contact me at:

CORTA Stevens Point, LLC
Attn: Cory Presnick
404-625-5119
cpresnick@cortadev.com

Thank You.

**LANDLORD:**

**CORTA STEVENS POINT, LLC**
a Florida limited liability company

By: _____
Title: Cory Presnick – Principal/Manager

*Handwritten note:* ✳ Per Lease no notice required upon 3rd time of late rent payment. Next late payment will result in immediate lease termination.