# Exhibit D

United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Big Lots Stores - PNS, LLC

**Case Number:** 24-11970

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
CORTA Stevens Point, LLC, a Florida limited liability company
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
Address1: 1112 First St
Address2:
Address3:
Address4:
City: Neptune Beach
State: Florida
Postal Code: 32266-6010
Country:
Contact phone: 4046255119
Contact email: cpresnick@cortadev.com

**Where should payments to the creditor be sent?** (if different)
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:
Contact phone:
Contact email:

**4. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing?

**Claim Number: 542**                    Proof of Claim                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 38252.04 . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Payments due on Lease Contract

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 38252.04

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | [✓] No [ ] Yes. *Check one:* | **Amount entitled to priority** |
| | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | [ ] Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | [ ] Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | [ ] No [✓] Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $23291.75 |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

[✓] I am the creditor.
[ ] I am the creditor's attorney or authorized agent.
[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Cory Presnick*    09/16/2024
Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name: Cory Presnick
First name    Middle name    Last name

Title/Company: Manager
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1112 First Street
Number    Street
Neptune Beach    FL    32266-6010
City    State    ZIP Code    Country

Contact phone: 4046255119    Email: cpresnick@cortadev.com

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name: CORTA Stevens Point, LLC, a Florida limited liability company
Address1: 16232 SW 92nd Ave
Address2:
Address3:
Address4:
City: Miami
State: Florida
Postal Code: 33157
Country:

Contact Phone: 4046255119
Contact Email: cpresnick@cortadev.com

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided
☑ Yes
☐ No

---

Attachment Filename:

Big Lots - Stevens Point, WI - Lease Obligations Owed.pdf

**KROLL**

| WI1260-013390 | | Big Lots Stores | | Master Occupant Id: 000000011485-1 C    Current | | Day Due: 1  Delq Day: Last Payment:  8/20/2024 | | 22,327.50 | |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 | 964.25 |
| 2/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 | 964.25 |
| 3/1/2024 | CAP | Prior Year CAM | CH | 4,591.23 | 0.00 | 0.00 | 0.00 | 0.00 | 4,591.23 |
| 3/1/2024 | IAP | Prior Year Insurance | CH | 1,902.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1,902.08 |
| 3/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 | 964.25 |
| 3/1/2024 | RAP | Prior Year Taxes | CH | 752.98 | 0.00 | 0.00 | 0.00 | 0.00 | 752.98 |
| 4/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 | 964.25 |
| 5/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 | 964.25 |
| 6/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 0.00 | 964.25 | 0.00 |
| 7/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 0.00 | 964.25 | 0.00 | 0.00 |
| 8/1/2024 | INS | Insurance | CH | 964.25 | 0.00 | 964.25 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | CAM | Common Area Maintenance | CH | 2,327.50 | 2,327.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | INS | Insurance | CH | 964.25 | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 |

| Database: | MIDAM | | | Aged Delinquencies Mid-America Asset Management Corta Commons Period: 09/24 | | | | Page: Date: Time: | 2 9/9/2024 2:49 PM |
|---|---|---|---|---|---|---|---|---|---|
| PROJ: | WI1260 | | | | | | | | |

| Invoice Date | | Category | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | RNT | Minimum Base Rent | CH | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 2,327.50 | 2,327.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAP | Prior Year CAM | | 4,591.23 | 0.00 | 0.00 | 0.00 | 0.00 | 4,591.23 |
| | IAP | Prior Year Insurance | | 1,902.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1,902.08 |
| | INS | Insurance | | 8,678.25 | 964.25 | 964.25 | 964.25 | 964.25 | 4,821.25 |
| | RAP | Prior Year Taxes | | 752.98 | 0.00 | 0.00 | 0.00 | 0.00 | 752.98 |
| | RNT | Minimum Base Rent | | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Big Lots Stores Total:** | | | | 38,252.04 | 23,291.75 | 964.25 | 964.25 | 964.25 | 12,067.54 |

KROLL

Electronic Proof of Claim Confirmation: 3735-1-AUFDI-046831737

Claim Electronically Submitted on (UTC): 2024-09-17T00:03:43.939Z

Submitted by: CORTA Stevens Point, LLC
cpresnick@cortadev.com