**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Big Lots, Inc., *et al.* [1] | ) ) ) | Case No. 24-11967 (JKS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Related to Docket No.** |

**ORDER SHORTENING NOTICE OF BLUE OWL REAL ESTATE CAPITAL LLC'S EMERGENCY MOTION TO EXTEND CHALLENGE PERIOD**

Upon the motion (the "***Motion to Shorten***") of Blue Owl Real Estate Capital LLC to shorten the notice period with respect to *Blue Owl Real Estate Capital LLC's Emergency Motion to Extend Challenge Period* (the "***Challenge Extension Motion***"); and for good cause shown; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion to Shorten is **GRANTED** as set forth herein;

2. The Challenge Extension Motion shall be considered by the Court at a hearing to be held on **November ___, 2024 at ____ AM/PM (Eastern Time);**

3. Objections, if any, to the Challenge Extension Motion shall be served and filed prior to the time of the hearing on the Challenge Extension Motion;

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "***Debtors***"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

11199705.v2

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

11199705.v2