IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING CORTA STEVENS POINT, LLC'S MOTION TO COMPEL
IMMEDIATE PAYMENT OF POST-PETITION RENT**

Upon the Motion (the "Motion") of CORTA Stevens Point, LLC ("Landlord") for immediate payment of post-petition rent; and the Court having considered the Motion; and the Court having determined that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Motion, and of any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; and after due deliberation and for good cause,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Within five (5) days of the date of this Order, the Debtors shall pay to Landlord post-petition rent of $62,887.13.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

3. Within five (5) days of the date of this Order, Debtors shall pay to Landlord the court costs and reasonable attorney's fees incurred by Landlord in enforcing the provisions of the relevant lease in the amount of $_____.