Steven L. Taggart, Esq., ISB No. 8551
**OLSEN TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@olsentaggart.com

*Attorney for Hall Park, LLC,*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | BK Case No. 24-11967 JKS |
| BIG LOT, INC et al., | Chapter 11 |
| Debtors.[1] | Re: Docket No. 511 |

### LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>

Hall Park, LLC (hereafter "<u>Landlord</u>") by and through counsel, filed the Limited

Objection and Reservation of Rights (the "<u>Objection</u>") to the *Notice of Potential*

*Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure*

*Amounts* [Docket No. 511] (the "<u>Cure Notice</u>") filed by the above-captioned Debtors and

Debtors-in-Possession (collectively, "<u>Debtors</u>") and, in support hereof, respectfully as

follows:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their
respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc.
(9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC
(7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big
Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant
DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163);
INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of
the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## BACKGROUND

### A. Procedural History

1.     On September 9, 2024 ("Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") and, thereby, commenced their individual chapter 11 cases (collectively, the "Bankruptcy Cases").

2.     On September 9, 2024, the Debtors filed the *Motion of Debtors for Entry of Orders (1) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for,m and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interest, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 18] (the "Bid Procedures Motion").

3.     On September 10, 2024, the Court entered the *Order Directing Joint Administration of Chapter 11 Cases.* [Dk. No. 95].

4.     On October 16, 2024, the Debtors filed the Cure Notice which underestimated the amount owed to the Landlord for its lease interest and lists the preliminary estimated cure amount as $17,811 (the "Proposed Cure Amount"). They Cure Notice establishes November 4, 2024 as the deadline to object to the Cure Notice.

### B. Lease History

LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT

5.      The Landlord is the owner of the premises located at 15330 E. 17th Street Idaho Falls, Idaho 83404, (the "Premises") at which Big Lots Stores, Inc., (the "Debtor") operates store number 1939 at the Premises pursuant to that certain written lease of nonresidential real property (the "Lease")[2].

6.      Pursuant to the Lease, rent is due the first of every month. Additionally, the Debtors are responsible for payment of a portion of the common area maintenance ("CAM") expenses on a monthly basis.

7.      Additionally, the Lease assigns the responsibility for paying the real property taxes against the Premise (the "Real Estate Taxes"), Insurance Premiums and its share of Utilities (the "Utilities") to Debtors.

8.      Pre-Petition, the Debtors owed Landlord $18,793.64 for Rent, CAM and Utilities (in total "Pre-Petition Rent").

9.      As of the date of this filing, the Debtors owe Landlord $18,058.07 Post-Petition for September and October Rent, CAM, and Utilities (in total "Post-Petition Rent").

10.      As of this date, the total amount to Cure, consisting of Pre-Petition Rent and Post-Petition Rent is $38,851.71 plus accruing charges through the date of Cure pursuant to the Lease.

## LIMITED OBJECTION

11.      Landlord would prefer that Debtorss not assume the Lease.

---

[2] Due to the voluminous nature of the Lease, it is not attached here but, Landlord will provide the Lease upon request.

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT**

12.     However, to assume and assign the Lease, Debtor are required to pay the Pre-Petition Rent and the Post-Petition Rent, plus any addition charges to assume the Lease in its entirety.

13.     The Court should enter an order conditioning any assumption of the Lease on payment in full of all Pre-Petition Rent and Post-Petition, and any other amounts that come due under the terms of the Lease prior to the time the Lease is assumed (the "Outstanding Lease Obligations").

## **ARGUMENT**

14.     Section 365(b) provides in pertinent part as follows:

> If there has been a default in any executory contract ore unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default….
>
> (B) companies, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C) provides adequate assurance of future performance under such Contract or lease.

11 U.S.C. § 365(b)(1). Simply put, the Debtors must cure all defaults of the Lease and provide adequate assurance of future performance before it may be assumed.  *See In re Thane Int'l, Inc.,* 586 B.R. 540, 546 (Bankr. D. Del. 2018).

15.     Here, the Landlord objects to the Debtors' Proposed Cure Amount because

it fails to accurately reflect all of the outstanding Lease Obligations. The Debtors have

used, and continue to use, the Premises to generate business since the Petition Date but

have not paid all Outstanding Lease Obligations.

16.     The Landlord objects to the assumption of the Lease absent payment of all

amounts owed thereunder.

## **RESERVATION OF RIGHTS**

17.     Landlord hereby reserves its rights to object to adequate assurance of

future performance per 11 U.S.C. § 365(b)(1)(C) and to amend or supplement this

Objection in the future as it deems appropriate base on the foregoing items or otherwise

when the Lease is identified as a lease to be actually assume or assumed and assigned.

Nothing contained herein should be construed as a waiver of any right to object to the

Debtors' treatment of or performance under the Lease between the Debtors and Landlord.

Additionally, Landlord reserves its right to seek a § 503(b)(1) administrative claim for the

stub-rent owed for the period Post-Petition.

## **CONCLUSION**

18.     WHEREFORE, Landlord respectfully request that the Court enter an order

(i)     sustaining this Objection; (ii) requiring the Debtors to pay all amounts accrued

or accruing up until the date of assumption; (iii) requiring the Debtors to

provide adequate assurance of future performance; (iv) establishing the cure

amount of $38,851.71 at minimum is owed to Landlord under the Lease

pursuant to section 365(b)(1)(A) of the Bankruptcy Code; and (v) grant the

Landlord such further relief as it deems proper.

DATED:       November 4, 2024

OLSEN TAGGART PLLC


*/s/ Steven L. Taggart*
STEVEN L. TAGGART
*Counsel for Hall Park, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2024, I filed a copy of the foregoing pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Justin R. Alberto on behalf of Creditor Committee Official Committee of Unsecured Creditors
jalberto@coleschotz.com,  pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Elihu Ezekiel Allinson, III on behalf of Creditor Dole Packaged Food, LLC
ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org,  swulfekuhle@broward.org

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Matthew P. Austria on behalf of Creditor Dell Financial Services L.L.C.
maustria@austriallc.com

Matthew P. Austria on behalf of Creditor Joffe Properties, LP
maustria@austriallc.com

Scott A Bachert on behalf of Creditor BIG MIFL2 OWNER, LLC
sbachert@kerricklaw.com

Elizabeth Banda Calvo on behalf of Interested Party Burleson ISD
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party City of Burleson
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party City of Cleburne
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party City of Grapevine
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party City of Lake Worth
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party Cleburne ISD

ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party Grapevine-Colleyville ISD
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party Johnson County
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Interested Party Richardson ISD
ebcalvo@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Joseph Charles Barsalona II on behalf of Creditor Levin Properties, L.P.
jbarsalona@pashmanstein.com,  joseph--barsalona-5332@ecf.pacerpro.com

Joseph Charles Barsalona II on behalf of Creditor Northtowne Plaza Properties, Ltd.
jbarsalona@pashmanstein.com,  joseph--barsalona-5332@ecf.pacerpro.com

Joseph Charles Barsalona II on behalf of Creditor Pomeroy Enterprises, LLC
jbarsalona@pashmanstein.com,  joseph--barsalona-5332@ecf.pacerpro.com

Ryan Walter Beall on behalf of Creditor Cedars Enterprises Too, Inc.
rbeall@go2.law

Ryan J Bird on behalf of Creditor Blum Boulders Associates 1, LLC
rbird@gilbertbirdlaw.com,  rbird@gilbertbirdlaw.com

Ryan J Bird on behalf of Creditor CC Fund 1 Big Lots, LLC
rbird@gilbertbirdlaw.com,  rbird@gilbertbirdlaw.com

Wanda Borges on behalf of Creditor Kenney Manufacturing Company
ecfcases@borgeslawllc.com

Bartley P Bourgeois on behalf of Interested Party Siegen Village Shopping Center, LLC
bartley@thecohnlawfirm.com

Morton R. Branzburg on behalf of Creditor BIG AVCA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG BCLA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG CSCO Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG FBTX Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Page No. 8

Morton R. Branzburg on behalf of Creditor BIG FRCA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG LACA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG LCNM Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG LOCA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG SATX Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG TAMI Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG VICA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIG YVCA Owner LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIGCOOH002 LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIGDUOK001 LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIGMOAL001 LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor BIGTRPA001 LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

Morton R. Branzburg on behalf of Creditor Blue Owl Real Estate Capital, LLC
mbranzburg@klehr.com,  jtaylor@klehr.com

William J. Burnett on behalf of Creditor City View Towne Crossing Fort Worth, TX LP
william.burnett@flastergreenberg.com,  william.burnett@ecf.inforuptcy.com;nicole.pettit@flaster
greenberg.com

Daniel B. Butz on behalf of Debtor Big Lots Stores, LLC
dbutz@mnat.com,  rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

Daniel B. Butz on behalf of Debtor Big Lots, Inc.
dbutz@mnat.com, rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel B. Butz on behalf of Debtor CSC Distribution LLC
dbutz@mnat.com, rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel B. Butz on behalf of Debtor Durant DC, LLC
dbutz@mnat.com, rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Kevin M. Capuzzi on behalf of Creditor Infosys Ltd.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeffrey M. Carbino on behalf of Creditor Sun Plaza, LLC
jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-
7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Paul W. Carey on behalf of Creditor Sun Life Assurance Company of Canada
pcarey@mirickoconnell.com

James S. Carr on behalf of Creditor Ryder Last Mile, Inc.
KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@
KelleyDrye.com

Jeffery D. Carruth on behalf of Creditor Sky Crossroads, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.c
ourtdrive.com

Jeffery D. Carruth on behalf of Creditor Sky Irondequoit, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.c
ourtdrive.com

Jeffery D. Carruth on behalf of Creditor Sky NY Holdings, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.c
ourtdrive.com

Linda J. Casey on behalf of U.S. Trustee U.S. Trustee
Linda.Casey@usdoj.gov

David S. Catuogno on behalf of Creditor Donlen Corporation
david.catuogno@klgates.com

Siena Cerra on behalf of Creditor Vitamin Energy, Inc.
scerra@morrisjames.com, slisko@morrisjames.com;ddepta@morrisjames.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

William E. Chipman, Jr. on behalf of Cred. Comm. Chair Realty Income Corporation
chipman@chipmanbrown.com,  fusco@chipmanbrown.com;dero@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Spirit Realty, L.P.
chipman@chipmanbrown.com,  fusco@chipmanbrown.com;dero@chipmanbrown.com

Wayne M Chiurazzi on behalf of Interested Party Carol Donnelly
wchiurazzi@the-attorneys.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com,  cmcintire@buchalter.com

Howard A. Cohen on behalf of Interested Party MAYS SDC, LLC
hcohen@foxrothschild.com,  msteen@foxrothschild.com,rsolomon@foxrothschild.com

Marcus O Colabianchi on behalf of Creditor HART ESTATE INVESTMENT COMPANY
mcolabianchi@duanemorris.com

Shannah L. Colbert on behalf of Creditor Sun Life Assurance Company of Canada
scolbert@mirickoconnell.com

Kevin G. Collins on behalf of Interested Party Jordan Manufacturing Company, Inc.
kevin.collins@btlaw.com,  klytle@btlaw.com

Mark D. Collins on behalf of Interested Party 1903P Loan Agent, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark B. Conlan on behalf of Creditor Roundtripping Ltd.
mconlan@gibbonslaw.com,  nmitchell@gibbonslaw.com

Michael David DeBaecke on behalf of Creditor Shadrall Orlando, LP
mdebaecke@ashbygeddes.com,  kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKoslosk
e@ashbygeddes.com

Rocco Ignatius Debitetto on behalf of Creditor Nissin Foods (USA) Co., Inc.
ridebitetto@hahnlaw.com,  hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Robert J. Dehney on behalf of Debtor AVDC, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Big Lots F&S, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Big Lots Management, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-

3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Big Lots Stores - CSR, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Big Lots Stores, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Big Lots, Inc.
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Broyhill LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Closeout Distribution, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Great Basin, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor INFDC, LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor PAFDC LLC
rdehney@morrisnichols.com,  robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael Vincent DiPietro on behalf of Creditor Topaz Distribution, LLC
mdipietro@polsinelli.com,  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Monique Bair DiSabatino on behalf of Creditor Five Town Station LLC
monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Hamilton Village Station LLC
monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Lafayette Station LLC
monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Paradise Isle Destin LLC

monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Phillips Edison & Company
monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor South Oaks Station LLC
monique.disabatino@saul.com,  robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Stoltz Management of DE, Inc.
monique.disabatino@saul.com,  robyn.warren@saul.com

Christopher M. Donnelly on behalf of Interested Party GKKI, L.L.C.
cdonnelly@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Donnelly on behalf of Interested Party Ogden Plaza LLC
cdonnelly@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Donnelly on behalf of Interested Party Southpoint Plaza L.L.C.
cdonnelly@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Donnelly on behalf of Interested Party Gerald Bogle
cdonnelly@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

Jennifer V. Doran on behalf of Creditor FGX International, Inc.
jdoran@hinckleyallen.com,  calirm@haslaw.com

James Drew on behalf of Interested Party 1903P Loan Agent, LLC
jdrew@otterbourg.com,  awilliams@otterbourg.com

Katharina Earle on behalf of Creditor Geiger Brothers, Inc.
kearle@gibbonslaw.com,  nmitchell@gibbonslaw.com

Katharina Earle on behalf of Creditor Roundtripping Ltd.
kearle@gibbonslaw.com,  nmitchell@gibbonslaw.com

Jamie Lynne Edmonson on behalf of Creditor Triple Bar Ridgeview Hanover, LLC
jedmonson@rc.com,  lshaw@rc.com

William Ehrlich on behalf of Creditor AP GROWTH PROPERTIES, LP
william@ehrlichlawfirm.com

William Ehrlich on behalf of Creditor CIELO PASO PARKE GREEN, L.P.
william@ehrlichlawfirm.com

William Ehrlich on behalf of Creditor KAMS PARTNERS, LP
william@ehrlichlawfirm.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

William Ehrlich on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS, LLC
william@ehrlichlawfirm.com

William Ehrlich on behalf of Creditor PLEASANTON PARTNERS, LP
william@ehrlichlawfirm.com

William Ehrlich on behalf of Creditor TEN EAST PARTNERS, L.P.
william@ehrlichlawfirm.com

Justin Cory Falgowski on behalf of Creditor CTO Realty Growth, Inc.
jfalgowski@burr.com

Justin Cory Falgowski on behalf of Creditor Comenity Capital Bank
jfalgowski@burr.com

Turner Falk on behalf of Creditor Five Town Station LLC
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor Hamilton Village Station LLC
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor Lafayette Station LLC
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor Paradise Isle Destin LLC
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor Phillips Edison & Company
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor South Oaks Station LLC
turner.falk@saul.com,  tnfalk@recap.email

Turner Falk on behalf of Creditor Stoltz Management of DE, Inc.
turner.falk@saul.com,  tnfalk@recap.email

William P. Fennell on behalf of Interested Party RDS Logistics Group
william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;brendan.
bargmann@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com

Niclas A. Ferland on behalf of Creditor Benenson Capital Partners
nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor CRI New Albany Square LLC
nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor DLC Management Corporation

nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor Gibraltar Management Co., Inc.
nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor National Realty & Development Corp.
nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor Rivercrest Realty Associates, LLC
nferland@barclaydamon.com

Niclas A. Ferland on behalf of Creditor Wheeler REIT, LP
nferland@barclaydamon.com

Brian T. FitzGerald on behalf of Creditor Hillsborough County Tax Collector
fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Brian T. FitzGerald on behalf of Creditor Nancy Millan
fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Gregory Joseph Flasser on behalf of Interested Party Westerville Square, Inc.
gflasser@potteranderson.com, kmccloskey@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com

Scott L. Fleischer on behalf of Creditor Benenson Capital Partners
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor CRI New Albany Square LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor DLC Management Corporation
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor Gibraltar Management Co., Inc.
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor National Realty & Development Corp.
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor Rivercrest Realty Associates, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer on behalf of Creditor Wheeler REIT, LP
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Joseph D. Frank on behalf of Creditor PepsiCo, Inc., and its affiliates including PepsiCo Sales, Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales & Distribution, Inc.
jfrank@fgllp.com,  csmith@fgllp.com;csucic@fgllp.com

Simon E. Fraser on behalf of Interested Party River South Commons
sfraser@cozen.com,  simon-fraser-1269@ecf.pacerpro.com

Brian C. Free on behalf of Creditor WRP Gateway LLC
brian.free@hcmp.com

Brian C. Free on behalf of Creditor WRP Washington Plaza LLC
brian.free@hcmp.com

Brian C. Free on behalf of Creditor Wallace Properties-Kennewick LLC
brian.free@hcmp.com

Terri Jane Freedman on behalf of Interested Party Liberty Mutual Insurance Company
tfreedman@csglaw.com

David W. Gaffey on behalf of Creditor Cambridge Investment Inc.
dgaffey@whitefordlaw.com

Alexis R. Gambale on behalf of Creditor 415 Orchard Associates, LLC
agambale@pashmanstein.com,  lsalcedo@pashmanstein.com

Craig Solomon Ganz on behalf of Creditor Blair Bowie, LLC
ganzc@ballardspahr.com,  PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor Bowie Border, LLC
ganzc@ballardspahr.com,  PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor NS Retail Holdings, LLC
ganzc@ballardspahr.com,  PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Ronald S. Gellert on behalf of Creditor Lafayette Place OMV, LLC
rgellert@gsbblaw.com

Stephen B Gerald on behalf of Creditor Hostess Brands, Inc.
sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald on behalf of Creditor Hostess Brands, LLC
sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald on behalf of Creditor Post Brands Pet Care, LLC

sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald on behalf of Creditor Post Consumer Brands, LLC
sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald on behalf of Creditor The J. M. Smucker Company
sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Stephen B Gerald on behalf of Creditor The J.M. Smucker Company
sgerald@whitefordlaw.com,  trogers@whitefordlaw.com;clano@whitefordlaw.com

Ronald E Gold on behalf of Creditor Tempur Sealy International, Inc. and its affiliates
rgold@fbtlaw.com,  awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkha
ny@fbtlaw.com

Ronald E Gold on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com,  awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkha
ny@fbtlaw.com

Jeffrey Ian Golden on behalf of Creditor Cedars Enterprises Too, Inc.
jgolden@go2.law

Eric S. Goldstein on behalf of Creditor Levin Properties, L.P.
egoldstein@goodwin.com,  bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Michael I. Gottfried on behalf of Creditor West American Construction Corp.
MGottfried@elkinskalt.com,  cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@fil
ings.docketbird.com

Karen M. Grivner on behalf of Creditor Bellevue Holdings, LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor GPR Investments LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor SanTan MP LP
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor USPG Franklin LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor USPG Portfolio Eight, LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor USPG Portfolio Two, LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Karen M. Grivner on behalf of Creditor Warm Springs Promenade, LLC
kgrivner@clarkhill.com,  kwebster@clarkhill.com

Tara L. Grundemeier on behalf of Creditor Angelina County
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor City of Humble
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor City of Pasadena
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor City of Webster
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Fort Bend County
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Galveston County
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #08
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #09
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #11
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #12
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #29
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Harris County ESD #48
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Jefferson County
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Lone Star College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Montgomery County
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Orange County
houston_bankruptcy@lgbs.com

Hiram Abif Gutierrez on behalf of Creditor Brownsville Independent School District, Weslaco
Independent School District
edinburgbankruptcy@pbfcm.com

Emily Margaret Hahn on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
ehahn@abernathy-law.com

William A. Hazeltine on behalf of Creditor Clover Cortez LLC
whazeltine@sha-llc.com

Leslie C. Heilman on behalf of Creditor Brixmor Operating Partnership L.P.
heilmanl@ballardspahr.com,  friedmanm@ballardspahr.com

R. Karl Hill on behalf of Creditor Scott Randolph, as Orange County Florida Tax Collector
khill@svglaw.com,  csnyder@svglaw.com,cwalters@svglaw.com

Adam Hiller on behalf of Creditor Carl Brandt, Inc.
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Cicero 8148 LLC
ahiller@adamhillerlaw.com

John Turner Holt on behalf of Creditor Capital Plaza, Inc.
jtholt@alexandervann.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com
;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett on behalf of Creditor Judith Owczarkowski
jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Shannon Dougherty Humiston on behalf of Creditor Milelli Realty-Lehigh Street, LLC
shumiston@mccarter.com

Shannon Dougherty Humiston on behalf of Interested Party FNRP Realty Advisors, LLC
shumiston@mccarter.com

Ericka Fredricks Johnson on behalf of Interested Party Kin Properties, Inc., Nasan LLC, Pasan
LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc.,
Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
ejohnson@bayardlaw.com,  rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Michael Joseph Joyce on behalf of Creditor Columbia Park Retail Owner, LLC, as successor-in-
interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord
mjoyce@mjlawoffices.com

Eve Helen Karasik on behalf of Creditor SquareTrade, Inc.
ehk@lnbyb.com

Shanti M. Katona on behalf of Creditor CRP/CHI MERRILLVILLE II OWNER, L.L.C.
skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Susan E. Kaufman on behalf of Creditor Tempur Sealy International, Inc. and its affiliates
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor WPG Legacy, LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party 260 Voice Road, LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Aston Properties, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Basser-Kaufman
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Benderson Development Company LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Cloverleaf Realty, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Delco Development Company of Hicksville, L.P.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Kite Realty Group, L.P.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party NNN REIT, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party NewMark Merrill Companies, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party RDS Logistics Group
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Regency Centers, L.P.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party SITE Centers Corp.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party TLM Realty Holdings LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Voice Road L.P.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party WPG Management Associates, Inc.
skaufman@skaufmanlaw.com

Brya Michele Keilson on behalf of Creditor Vitamin Energy, Inc.
bkeilson@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

Regina S. Kelbon on behalf of Interested Party PNC Bank, National Association
kelbon@blankrome.com

Daniel C. Kerrick on behalf of Creditor Ocean Network Express (North America) Inc.
dckerrick@dkhogan.com,  bankruptcy@gmlaw.com

Jamie Kirk on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting
Division
bk-jkirk@texasattorneygeneral.gov

Jeremy C. Kleinman on behalf of Creditor PepsiCo, Inc., and its affiliates including PepsiCo Sales,
Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales & Distribution, Inc.
jkleinman@fgllp.com,  csucic@fgllp.com;csmith@fgllp.com

John Henry Knight on behalf of Interested Party 1903P Loan Agent, LLC
knight@rlf.com,  RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

David J. Kozlowski on behalf of Interested Party Grey Matter Concepts
dkozlowski@gmail.com, autodocket@morrisoncohen.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Carl N. Kunz, III on behalf of Creditor RCG-Chillicothe, LLC
ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III on behalf of Creditor RCG-Pascgoula SPE, LLC
ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III on behalf of Interested Party GKKI, L.L.C.
ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III on behalf of Interested Party Ogden Plaza LLC
ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III on behalf of Interested Party Southpoint Plaza L.L.C.
ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey Kurtzman on behalf of Creditor City View Towne Crossing Fort Worth, TX LP
kurtzman@kurtzmansteady.com

Jeffrey S Kwong on behalf of Creditor SquareTrade, Inc.
jsk@lnbyg.com

Nina M. LaFleur on behalf of Creditor Palatka Gas Authority
nina@lafleurlaw.com

Jacob S Lang on behalf of Interested Party PNC Bank, National Association
jslang@choate.com

David Lapa on behalf of Creditor CK Brands Limited
david@melalaw.com, office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

David Lapa on behalf of Creditor Creative Kids Far East Inc.
david@melalaw.com, office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

David Lapa on behalf of Creditor Polyfect Toys Co. Ltd
david@melalaw.com, office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

Robert L. LeHane on behalf of Interested Party Aston Properties, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Basser-Kaufman

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Benderson Development Company LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Cloverleaf Realty, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Delco Development Company of Hicksville, L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Kite Realty Group, L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party NNN REIT, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party NewMark Merrill Companies, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Regency Centers, L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party SITE Centers Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party TLM Realty Holdings LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane on behalf of Interested Party Voice Road L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Raymond Howard Lemisch on behalf of Interested Party The Grove Shops LLC
rlemisch@klehr.com

Joseph H Lemkin on behalf of Creditor 1600 Eastchase Parkway Leasing LLC

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

jlemkin@stark-stark.com

Joseph H Lemkin on behalf of Creditor Conopco, Inc. dba Unilever United States
jlemkin@stark-stark.com

Scott J. Leonhardt on behalf of Creditor Fifth/Grand Holdings, LLC
scott.leonhardt@esbrook.com,  scott.leonhardt@esbrook.com

Scott J. Leonhardt on behalf of Creditor Normandy Square East, LLC
scott.leonhardt@esbrook.com,  scott.leonhardt@esbrook.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 1, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 2, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 3, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 4, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 5, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 6, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 8, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza TIC 9, LLC
wlevant@kaplaw.com

William J. Levant on behalf of Creditor Dauphin Plaza, LLC
wlevant@kaplaw.com

Peter C. Lewis on behalf of Interested Party Y&O 240, LLC
peter.lewis@solidcounsel.com

Peter C. Lewis on behalf of Interested Party Y&O Faulkner, LLC
peter.lewis@solidcounsel.com

Peter C. Lewis on behalf of Interested Party Y&O Town & Country, LLC
peter.lewis@solidcounsel.com

Zhao Liu on behalf of Interested Party Liberty Mutual Insurance Company
liu@teamrosner.com,  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Christopher Dean Loizides on behalf of Creditor Allen Road Retail Business Center LLC
loizides@loizides.com

Christopher Dean Loizides on behalf of Creditor Dade City Shopping Plaza, LLC
loizides@loizides.com

Christopher Dean Loizides on behalf of Creditor Lawrenceville Commercial Properties, LLC
loizides@loizides.com

Christopher Dean Loizides on behalf of Creditor South Square Shopping Center, LLC
loizides@loizides.com

Kevin J. Mangan on behalf of Creditor Jetrich Canada Ltd.
kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-
us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin Scott Mann on behalf of Creditor CORTA Stevens Point, LLC
kmann@crosslaw.com,  smacdonald@crosslaw.com

Jonathan D. Marshall on behalf of Interested Party PNC Bank, National Association
jmarshall@choate.com

J. Michael McCague on behalf of Creditor Glen Jonnet
jmm@gmwpclaw.com

J. Michael McCague on behalf of Interested Party Jonnet National Properties Corporation
jmm@gmwpclaw.com

Daniel J. McCarthy on behalf of Creditor Oliveira Plaza SPE, LLC
dmccarthy@hillfarrer.com

Daniel J. McCarthy on behalf of Creditor Rim Country Mall SPE, LLC
dmccarthy@hillfarrer.com

James McClammy on behalf of Debtor Big Lots, Inc.
james.mcclammy@davispolk.com,  ecf.ct.papers@davispolk.com

Laura L. McCloud on behalf of Creditor TN Dept of Revenue
agbankdelaware@ag.tn.gov

Kyle P. McEvilly on behalf of Creditor Geiger Brothers, Inc.
kmcevilly@gibbonslaw.com

Drew McGehrin on behalf of Creditor HART ESTATE INVESTMENT COMPANY

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

dsmcgehrin@duanemorris.com

Brian J. McLaughlin on behalf of Creditor Saul Holdings Limited Partnership
brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Jennifer McLain McLemore on behalf of Creditor Homestar North America, LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Prima Holdings International Limited
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Dennis A. Meloro on behalf of Interested Party 2310 Saunders, LLC
melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Michael G. Menkowitz on behalf of Creditor Edgewater Park Urban Renewal, LLC
mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Rachel B. Mersky on behalf of Creditor Kimco Realty Corporation
rmersky@monlaw.com

Craig Thomas Mierzwa on behalf of Creditor Norman Owczarkowski
cmierzwa@simonattys.com

Mark Minuti on behalf of Creditor Wal-Mart Stores East, LP
mark.minuti@saul.com, robyn.warren@saul.com

Timothy T Mitchell on behalf of Creditor Colony Marketplace Tenancy in Common
dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell on behalf of Creditor Gratiot, LLC
dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell on behalf of Creditor JHR Summer Place Shopping Center LLC
dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell on behalf of Creditor Parkridge Main LLC
dkrm@aol.com, donna@rashtiandmitchell.com

Byron Z Moldo on behalf of Interested Party Clovis I, LLC
bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo on behalf of Interested Party Desert Sky Esplanade, LLC
bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo on behalf of Interested Party Red Mountain Asset Fund I, LLC
bmoldo@ecjlaw.com,  aantonio@ecjlaw.com;dperez@ecjlaw.com

James P. Moloy on behalf of Creditor Lebanon Windermere, LLC
jmoloy@boselaw.com,  dlingenfelter@boselaw.com;mwakefield@boselaw.com

James P. Moloy on behalf of Creditor Paragon Windermere, LLC
jmoloy@boselaw.com,  dlingenfelter@boselaw.com;mwakefield@boselaw.com

Laura J. Monroe on behalf of Creditor Lubbock Central Appraisal District, et al
lmbkr@pbfcm.com,  krobertson@ecf.inforuptcy.com

Kevin H Morse on behalf of Creditor Bellevue Holdings, LLC
kmorse@clarkhill.com

Michael D. Mueller on behalf of Creditor Homestar North America, LLC
mmueller@williamsmullen.com,  avaughn@williamsmullen.com

Michael D. Mueller on behalf of Creditor Prima Holdings International Limited
mmueller@williamsmullen.com,  avaughn@williamsmullen.com

Lucian Borders Murley on behalf of Creditor Logo Brands, Inc.
luke.murley@saul.com,  robyn.warren@saul.com

Lucian Borders Murley on behalf of Interested Party RAF Salina LLC
luke.murley@saul.com,  robyn.warren@saul.com

Tara E Nauful on behalf of Creditor Twin Rivers Equity Partners, LLC
tara@bestlawsc.com

Kevin M. Newman on behalf of Creditor Benenson Capital Partners
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor CRI New Albany Square LLC
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor DLC Management Corporation
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor Gibraltar Management Co., Inc.
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor National Realty & Development Corp.
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor Rivercrest Realty Associates, LLC

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Kevin M. Newman on behalf of Creditor Wheeler REIT, LP
knewman@barclaydamon.com,  kmnbk@barclaydamon.com

Stacy L. Newman on behalf of Creditor Committee Official Committee of Unsecured Creditors
snewman@coleschotz.com,  pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@
coleschotz.com

Seth A. Niederman on behalf of Creditor Edgewater Park Urban Renewal, LLC
sniederman@foxrothschild.com,  msteen@foxrothschild.com;r59257@notify.bestcase.com

Mark D. Olivere on behalf of Interested Party Upper Glen Street Associates, L.L.C.
olivere@chipmanbrown.com,  fusco@chipmanbrown.com;dero@chipmanbrown.com

Thomas Onder on behalf of Creditor 1600 Eastchase Parkway Leasing LLC
tonder@stark-stark.com,  ereid@stark-stark.com

Michael A. Paasch on behalf of Creditor Scott Randolph, as Orange County Florida Tax Collector
michael.paasch@dinsmore.com

Domenic E. Pacitti on behalf of Creditor BIG AVCA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG BCLA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG CSCO Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG FBTX Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG FRCA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG LACA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG LCNM Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG LOCA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG SATX Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG TAMI Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG VICA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIG YVCA Owner LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIGCOOH002 LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIGDUOK001 LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIGMOAL001 LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor BIGTRPA001 LLC
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Creditor Blue Owl Real Estate Capital, LLC
dpacitti@klehr.com

Carl Palomino on behalf of Attorney Belkis Millan
attorneycarlpalomino@gmail.com

Carl Palomino on behalf of Creditor Belkis Millan
attorneycarlpalomino@gmail.com

Julie Anne Parsons on behalf of Creditor Brown County Appraisal District
jparsons@mvbalaw.com,  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Central Appraisal District of Taylor County
jparsons@mvbalaw.com,  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor City of Waco and/or Waco ISD
jparsons@mvbalaw.com,  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Harrison Central Appraisal District
jparsons@mvbalaw.com,  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Midland Central Appraisal District
jparsons@mvbalaw.com,  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Pine Tree Independent School District

jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Tax Appraisal District of Bell County
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Brazos, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Comal, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Denton, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Erath, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Harrison, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Williamson, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District
jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Raymond M. Patella on behalf of Interested Party Dorsan Developments Limited c/o Levy Realty
Advisors LLC
rpatella@lawjw.com

Kristhy M. Peguero on behalf of Interested Party Burlington Coat Factory Warehouse Corporation
kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com

William Walt Pettit on behalf of Creditor BVB-NC, LLC
walt.pettit@hutchenslawfirm.com

Dana S. Plon on behalf of Creditor ARD MAC Commons LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor ARD West Whiteland LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Meadowbrook V, LP
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor The View at Marlton LLC
dplon@sirlinlaw.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE**
**OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR</u>**
**<u>UNEXPIRED LEASES AND CURE AMOUNT</u>**

Dana S. Plon on behalf of Creditor Village Green Realty L.P.
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Woodbridge Crossing Urban Renew LLC
dplon@sirlinlaw.com

David P. Primack on behalf of Creditor GKT University Square Greeley
dprimack@mgmlaw.com,  scarney@mdmc-law.com

David P. Primack on behalf of Creditor THF Greengate East Dev LP
dprimack@mgmlaw.com,  scarney@mdmc-law.com

David P. Primack on behalf of Creditor TKG Norwichtown Commons, LLC
dprimack@mgmlaw.com,  scarney@mdmc-law.com

David P. Primack on behalf of Creditor TKG Sheridan Crossing Dev LLC
dprimack@mgmlaw.com,  scarney@mdmc-law.com

David P. Primack on behalf of Creditor The Paducah Development LP
dprimack@mgmlaw.com,  scarney@mdmc-law.com

Echo Yi Qian on behalf of Debtor Big Lots F&S, LLC
eqian@morrisnichols.com

Echo Yi Qian on behalf of Debtor Big Lots Stores - CSR, LLC
eqian@morrisnichols.com

Echo Yi Qian on behalf of Debtor Closeout Distribution, LLC
eqian@morrisnichols.com

Echo Yi Qian on behalf of Debtor GAFDC LLC
eqian@morrisnichols.com

Echo Yi Qian on behalf of Debtor INFDC, LLC
eqian@morrisnichols.com

Timothy M. Reardon on behalf of Creditor Burdkidz LLC
treardon@brouse.com

Timothy M. Reardon on behalf of Creditor DKR Investments LLC
treardon@brouse.com

Timothy M. Reardon on behalf of Creditor MBM Investments LLC
treardon@brouse.com

Timothy M. Reardon on behalf of Creditor S.R. 170 Properties LLC

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

treardon@brouse.com

Reliable Companies
gmatthews@reliable-co.com

Andrew R. Remming on behalf of Debtor BLBO Tenant, LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor Big Lots Stores - PNS, LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor Big Lots eCommerce LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor Big Lots, Inc.
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor CSC Distribution LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor Consolidated Property Holdings, LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor Durant DC, LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor GAFDC LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming on behalf of Debtor WAFDC, LLC
aremming@mnat.com,  andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Jeffrey Rhodes on behalf of Interested Party Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan
LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC,
Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
jrhodes@tlclawfirm.com

John Jeffery Rich on behalf of Creditor Madison County, Alabama

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**
Page No. 32

jrich@madisoncountyal.gov

Richard W. Riley on behalf of Creditor Cambridge Investment Inc.
rriley@wtplaw.com,  clano@wtplaw.com

Beth E Rogers on behalf of Creditor Serta, Inc.
Brogers@berlawoffice.com

Sophie Rogers Churchill on behalf of Debtor Big Lots, Inc.
srchurchill@morrisnichols.com,  rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Laurel D. Roglen on behalf of Cred. Comm. Chair Rio Grande Investment, Inc.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor 511 SR7 Owner, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor ARC ASANDSC001, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor ARC NWNCHSC001, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Americal Management Co. Inc.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Arapahoe Crossings, LP
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor BRE Retail NP Memphis Commons Owner LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor BRE Retail NP Owner I LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor BRE Retail Residual Owner 1 LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor BRE Retail Residual Shoppes at Valley Forge Owner LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Blair Bowie, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Bowie Border, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Coconut Creek Owner, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor GA Apollo II TX LP
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor GA Panama City, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor GA Washtenaw Fountain, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Holdings 12 SPE LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Lehigh SC LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Miracle Mile, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Operating Partnership L.P.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Watson Glen LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor/IA Cayuga Plaza
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor/IA Rutland Plaza LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixton Capital
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixton Capital, CA New Plan Sarasota, LP
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor CA New Plan Sarasota, LP
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor California Property Owner I, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor County Line Plaza Realty Associates, LP

roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Crosspoint Realty Services, Inc.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor DPI Retail
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Expressway Marketplace, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Federal Realty OP LP
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor First Main Marketplace, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor French Shopping Center LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor GC Ambassador Row LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Gerrity Group
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Greenberg Gibbons Commercial
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Hanford Mall 2020 LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor KR Collegetown LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor LA Retail I, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Levin & Oberman II LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Mideb Nominees, Inc.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Mitchell Lauford, as Trustee of the Mitchell Lauford Trust
u/t/d 1/14/1988
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor NS Retail Holdings, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Newsem Tyrone Gardens Property Owner LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Oakwood 900 Partners, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Plaza at Buckland Hills, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor RD Management LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor ROP North Hills, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor River Oaks Properties, Ltd.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Robhana Group
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Schwartz Investments Co
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Schwartz Torrance Co. LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Starwood Retail Properties
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Sterling Organization
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor The Carrington Company
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor The North Los Altos Shopping Center
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Trussville Promenade I Owner, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Value Investment Group, Inc.

roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Watt Companies, Inc.
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Zurich Alternative Asset Management, LLC
roglenl@ballardspahr.com,  carbonej@ballardspahr.com

Frederick Brian Rosner on behalf of Creditor Attic Products
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner on behalf of Creditor Dan Dee International LLC
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner on behalf of Creditor Dewan & Sons
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner on behalf of Interested Party Attic Products
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner on behalf of Interested Party Dewan & Sons
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner on behalf of Interested Party Liberty Mutual Insurance Company
rosner@teamrosner.com,  chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Jeffrey C. Roth on behalf of Creditor 7023 Broward LLC
jeff@rothandscholl.com

Richard A Rozanski on behalf of Creditor City of Alexandria, Louisiana
richard@rarlaw.net

Richard A Rozanski on behalf of Creditor Cleco Power LLC
richard@rarlaw.net

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Diane W. Sanders on behalf of Creditor City of McAllen
austin.bankruptcy@publicans.com

Diane W. Sanders on behalf of Creditor Hidalgo County
austin.bankruptcy@publicans.com

Diane W. Sanders on behalf of Creditor Kerr County
austin.bankruptcy@publicans.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

Diane W. Sanders on behalf of Creditor Nueces County
austin.bankruptcy@publicans.com

Diane W. Sanders on behalf of Creditor San Patricio County
austin.bankruptcy@publicans.com

Diane W. Sanders on behalf of Creditor Victoria County
austin.bankruptcy@publicans.com

Joseph E. Sarachek on behalf of Creditor Attic Products
joe@saracheklawfirm.com,  jon@saracheklawfirm.com;paul@saracheklawfirm.com

Joseph E. Sarachek on behalf of Creditor Dan Dee International LLC
joe@saracheklawfirm.com,  jon@saracheklawfirm.com;paul@saracheklawfirm.com

Joseph E. Sarachek on behalf of Creditor Dewan & Sons
joe@saracheklawfirm.com,  jon@saracheklawfirm.com;paul@saracheklawfirm.com

Casey Sawyer on behalf of Debtor Big Lots Management, LLC
csawyer@morrisnichols.com,  casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Casey Sawyer on behalf of Debtor Big Lots, Inc.
csawyer@morrisnichols.com,  casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Casey Sawyer on behalf of Debtor Consolidated Property Holdings, LLC
csawyer@morrisnichols.com,  casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Casey Sawyer on behalf of Debtor Great Basin, LLC
csawyer@morrisnichols.com,  casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Erin Powers Severini on behalf of Creditor Tempur Sealy International, Inc. and its affiliates
eseverini@fbtlaw.com

Erin Powers Severini on behalf of Creditor WPG Legacy, LLC
eseverini@fbtlaw.com

Michelle E. Shriro on behalf of Creditor B33 Centereach II LLC
mshriro@singerlevick.com,  scotton@singerlevick.com

Michelle E. Shriro on behalf of Creditor B33 Great Northern II LLC
mshriro@singerlevick.com,  scotton@singerlevick.com

Michelle E. Shriro on behalf of Creditor RPI Courtyard Ltd

mshriro@singerlevick.com,  scotton@singerlevick.com

Michelle E. Shriro on behalf of Creditor RPI Overland Ltd
mshriro@singerlevick.com,  scotton@singerlevick.com

Michelle E. Shriro on behalf of Creditor RPI Ridgmar Town Square Ltd
mshriro@singerlevick.com,  scotton@singerlevick.com

Eric J Silver on behalf of Creditor c/o Eric J. Silver, Edifis LJC, LTD
esilver@stearnsweaver.com

Eric J Silver on behalf of Creditor c/o Eric Silver, Esq Edifis USC, LLC
esilver@stearnsweaver.com

Chad B. Simon on behalf of Interested Party 1903P Loan Agent, LLC
csimon@otterbourg.com

Christopher Page Simon on behalf of Creditor Cactus Crossing, LLC
csimon@crosslaw.com,  smacdonald@crosslaw.com

Christopher Page Simon on behalf of Creditor Lebanon Windermere, LLC
csimon@crosslaw.com,  smacdonald@crosslaw.com

Christopher Page Simon on behalf of Creditor Paragon Windermere, LLC
csimon@crosslaw.com,  smacdonald@crosslaw.com

David E. Sklar on behalf of Creditor Northtowne Plaza Properties, Ltd.
dsklar@pashmanstein.com

David E. Sklar on behalf of Creditor Pomeroy Enterprises, LLC
dsklar@pashmanstein.com

Stephen W. Spence on behalf of Creditor GVD Commercial Properties, Inc.
sws@bmbde.com,  sumspence@gmail.com

Charles S. Stahl, Jr. on behalf of Creditor Raymond Storage Concepts, Inc.
cstahl@smbtrials.com

Jason A. Starks on behalf of Creditor Travis County
BKECF@traviscountytx.gov

Don Stecker on behalf of Creditor Bexar County
don.stecker@lgbs.com

Don Stecker on behalf of Creditor City of El Paso
don.stecker@lgbs.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Don Stecker on behalf of Creditor Ector CAD
don.stecker@lgbs.com

Benjamin Joseph Steele on behalf of Claims Agent Kroll Restructuring Administration LLC
ecf@primeclerk.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com,  prentice@slollp.com

Aaron H. Stulman on behalf of Interested Party Ceres Marketplace Investors LLC
astulman@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;km
ccloskey@potteranderson.com;tmistretta@potteranderson.com

Brian A. Sullivan on behalf of Creditor Casitas Oceanside Three LP
bsullivan@werbsullivan.com,  hbelair@werbsullivan.com

Brian A. Sullivan on behalf of Creditor Serta, Inc.
bsullivan@werbsullivan.com,  hbelair@werbsullivan.com

Steven L Taggart on behalf of Creditor Hall Park, LLC
staggart@olsentaggart.com

Damien Nicholas Tancredi on behalf of Creditor AMERICAN NATIONAL INSURANCE
COMPANY
damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@f
lastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi on behalf of Creditor American National Insurance Company
damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@f
lastergreenberg.com;krystall.hasker@flastergreenberg.com

Lisa Bittle Tancredi on behalf of Creditor Everstar Merchandise Co.
lisa.tancredi@wbd-us.com,  cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lisa Bittle Tancredi on behalf of Creditor Everstar Merchandise Co., Ltd
lisa.tancredi@wbd-us.com,  cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lisa Bittle Tancredi on behalf of Interested Party NCR Voyix Corporation
lisa.tancredi@wbd-us.com,  cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Stanley B. Tarr on behalf of Interested Party PNC Bank, National Association
stanley.tarr@blankrome.com

Gregory A. Taylor on behalf of Creditor Gordon Brothers Retail Partners, LLC
gtaylor@ashbygeddes.com,  kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@
ashbygeddes.com

William F. Taylor, Jr on behalf of Creditor American Electric Power
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Appalachian Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Arizona Public Service Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Atlantic City Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Baltimore Gas and Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Boston Gas Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor CenterPoint Energy Resources Corp.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Central Maine Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Cleveland Electric Illuminating Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Commonwealth Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Consolidated Edison Company of New York, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Constellation NewEnergy Gas Division, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Constellation NewEnergy, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Delmarva Power & Light Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Dominion Energy South Carolina, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

William F. Taylor, Jr on behalf of Creditor Dominion Energy Virginia
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Entergy Arkansas, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Entergy Louisiana, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Entergy Mississippi, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Entergy Texas, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Eversource Gas of Massachusetts
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Florida Power & Light Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Georgia Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Indiana Michigan Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Jersey Central Power & Light Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor KeySpan Energy Delivery Long Island
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Massachusetts Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Metropolitan Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Monongahela Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor NStar East Electric
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor NStar Electric Company

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor NStar Electric Company, Western Massachusetts
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor New York State Electric and Gas Corporation
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Niagara Mohawk Power Corporation
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Ohio Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Ohio Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Oklahoma Gas and Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Orange & Rockland Utilities, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor PECO Energy Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor PSEG Long Island
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Pennsylvania Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Pennsylvania Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Peoples Gas System, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Potomac Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Public Service Company of New Hampshire
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Public Service Company of North Carolina
Incorporated
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

William F. Taylor, Jr on behalf of Creditor Public Service Company of Oklahoma
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Public Service Company of Oklahoma d/b/a American
Electric Power
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Public Service Electric and Gas Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Rochester Gas & Electric Corporation
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Salt River Project
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor San Diego Gas and Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Southern California Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Southern California Gas Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Southwestern Electric Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Symmetry Energy Solutions, LLC
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Tampa Electric Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor The Cleveland Electric Illuminating Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor The Connecticut Light & Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor The East Ohio Gas Company d/b/a Enbridge Gas Ohio
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor The Potomac Electric Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Toledo Edison Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Tucson Electric Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor UNS Electric, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor UNS Gas, Inc.
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor West Penn Power Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Western Massachusetts
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

William F. Taylor, Jr on behalf of Creditor Yankee Gas Services Company
wtaylor@whitefordlaw.com,  clano@whitefordlaw.com

Jeffrey Thomas Testa on behalf of Creditor Milelli Realty-Lehigh Street, LLC
jtesta@mccarter.com,  lrestivo@mccarter.com

Gordon J. Toering on behalf of Creditor Perrigo Direct, Inc.
gtoering@wnj.com

John Kendrick Turner on behalf of Creditor City of Carrollton
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor City of Frisco
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor City of Stephenville
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Gainesville ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Grayson County

john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Greenville ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Gregg County
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Hood CAD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Irving ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Lamar CAD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Lewisville ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Little Elm ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Parker CAD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Rockwall CAD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Sherman ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Stephenville ISD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Tarrant County
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Tom Green CAD
john.turner@lgbs.com,  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John M Turner, III on behalf of Creditor Dangood-RSM LP
jmt@tmsdlaw.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Melissa E. Valdez on behalf of Creditor Brazoria County, et al
mvaldez@pbfcm.com,  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez on behalf of Creditor Texas Taxing Authorities
mvaldez@pbfcm.com,  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Lyndel Anne Vargas on behalf of Creditor Wal-Mart Stores East, LP
LVargas@chfirm.com,  chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com

Sally E. Veghte on behalf of Interested Party The Gerson Company
sveghte@klehr.com

John Ventola on behalf of Interested Party PNC Bank, National Association
jventola@choate.com

Margaret A. Vesper on behalf of Creditor Brixmor Operating Partnership L.P.
vesperm@ballardspahr.com

Steven Walsh on behalf of Creditor Infosys Ltd.
SWalsh@beneschlaw.com,  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Christopher A. Ward on behalf of Creditor Topaz Distribution, LLC
cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Creditor Townley, Inc.
cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Matthew P. Ward on behalf of Interested Party NCR Voyix Corporation
matthew.ward@wbd-us.com,  Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Jeffrey R. Waxman on behalf of Interested Party Gerald Bogle
jwaxman@morrisjames.com,  ddepta@morrisjames.com;slisko@morrisjames.com

John R. Weaver, Jr. on behalf of Creditor 1600 Eastchase Parkway Leasing LLC
jrweaverlaw@verizon.net,  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr. on behalf of Creditor Conopco, Inc. dba Unilever United States
jrweaverlaw@verizon.net,  DCrivaro@stark-stark.com;DMisener@stark-stark.com

A.J. Webb on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group
awebb@fbtlaw.com,  awebb@ecf.courtdrive.com

John W. Weiss on behalf of Creditor 415 Orchard Associates, LLC
jweiss@pashmanstein.com

Jennifer Wertz on behalf of Interested Party Burlington Coat Factory Warehouse Corporation

jwertz@jw.com,  kgradney@jw.com;dtrevino@jw.com;steso@jw.com

Jordan Williams on behalf of Interested Party PNC Bank, National Association
jordan.williams@blankrome.com

Samuel C. Wisotzkey on behalf of Creditor Franco Manufacturing Co. Inc.
swisotzkey@kmksc.com,  kmksc@kmksc.com

Scott Alan Zuber on behalf of Interested Party Liberty Mutual Insurance Company
szuber@csglaw.com,  ecf@csglaw.com

Richard Zucker on behalf of Creditor Allegheny Plaza Associates I Limited Partnership
rzucker@lasserhochman.com

Richard Zucker on behalf of Creditor Claremont Associates
rzucker@lasserhochman.com

**24-11967-JKS Notice will not be electronically mailed to:**

Accertify, Inc
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Americas Realty, LLC
Attn: Robert Waugh
11155 Red Run Blvd.
Suite 320
Owings Mills, MD 21117

Yelena Archiyan on behalf of Cred. Comm. Chair Realty Income Corporation
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201

Yelena Archiyan on behalf of Interested Party Spirit Realty, L.P.
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201

Darren Azman on behalf of Creditor Committee Official Committee of Unsecured Creditors
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017

David M. Barlow on behalf of Creditor Cactus Crossing, LLC
TIFFANY & BOSCO, PA

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Page No. 48

2525 E Camelback Rd, Seventh Floor
Phoenix, AZ 85016

Betty L. Berens
14733 Hofacker Rd.
Newark, OH 43055

Blue Owl Real Estate Capital LLC
Attn: Andrew Morris
30 North LaSalle Street
Suite 4140
Chicago, IL 60602

Larry R. Boyd on behalf of Creditor City of McKinney
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor City of Paris
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor City of Plano
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor City of Sherman
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor Collin College
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor Collin County
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Larry R. Boyd on behalf of Creditor Mckinney ISD
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Larry R. Boyd on behalf of Creditor Paris Junior College
Abernathy, Roeder, Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Kendall A. Camuti on behalf of Creditor Triple Bar Ridgeview Hanover, LLC
8490 Progress Drive
Suite 225
Frederick, MD 21701

Sarah A. Carnes on behalf of Creditor Committee Official Committee of Unsecured Creditors
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

Connor K. Casas on behalf of Creditor BIG AVCA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG BCLA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG CSCO Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG FBTX Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG FRCA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG LACA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**
Page No. 50

Connor K. Casas on behalf of Creditor BIG LCNM Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG LOCA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG SATX Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG TAMI Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG VICA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIG YVCA Owner LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIGCOOH002 LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIGDUOK001 LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIGMOAL001 LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor BIGTRPA001 LLC
Kirkland & Ellis LLP

333 West Wolf Point Plaza
Chicago, IL 60654

Connor K. Casas on behalf of Creditor Blue Owl Real Estate Capital, LLC
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Katherine M. Cavins on behalf of Creditor Ryder Last Mile, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Sreet
New York, NY 10007

City of Jefferson
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064

David M. Cohn on behalf of Interested Party Siegen Village Shopping Center, LLC
The Cohn Law Firm
10754 Linkwood Court
Suite 1
Baton Rouge, LA 70810

Cooke County Appraisal District
c/o Perdue Brandon
P.O. Box 8188
Wichita Falls, TX 76307

Alysia Cordova on behalf of Interested Party Taxing Districts Collected by Potter County
Perdue, Brandon, Fielder, Collins and Mo
P.O. Box 9132
Amarillo, TX 79105

Alysia Cordova on behalf of Interested Party Taxing Districts Collected by Randall County c/o
Perdue, Brandon, Fielder, Collins and Mo
P.O. Box 9132
Amarillo, TX 79105

Kristin Elliott on behalf of Creditor Ryder Last Mile, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Stret
New York, NY 10007

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**
Page No. 52

Amy Eskra-Brown
535 S. Trenton Avenue
Pittsburgh, PA 15211

Everstar Merchandise Co., Limited
Unit 12-13
11/F Harbour Center
Hok Cheung Street
Hung Hom, Hong Kong,

William Farmer on behalf of Interested Party Burlington Coat Factory Warehouse Corporation
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

Steven E. Fox on behalf of Creditor Gordon Brothers Retail Partners, LLC
Riemer & Braunstein LLP
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524
sfox@riemerlaw.com,  dromanik@riemerlaw.com

Joe A.C. Fulcher on behalf of Creditor American National Insurance Company
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Amir Gamliel on behalf of Creditor Topaz Distribution, LLC
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

Kristin Going on behalf of Creditor Committee Official Committee of Unsecured Creditors
McDermott, Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017

Ivan M. Gold on behalf of Creditor DPI Retail
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Ivan M. Gold on behalf of Creditor Levin & Oberman II LLC
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

San Francisco, CA 94111-4074

Ivan M. Gold on behalf of Creditor Mideb Nominees, Inc.
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Ivan M. Gold on behalf of Creditor Mitchell Lauford, as Trustee of the Mitchell Lauford Trust
u/t/d 1/14/1988
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Ivan M. Gold on behalf of Creditor Schwartz Investments Co
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Ivan M. Gold on behalf of Creditor Zurich Alternative Asset Management, LLC
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Emily M. Hahn on behalf of Creditor City of McKinney
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor City of Paris
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor City of Plano
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor City of Sherman
Abernathy Roeder Boyd & Hullett P.C.

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor Collin College
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor Collin County
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor Mckinney ISD
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

Emily M. Hahn on behalf of Creditor Paris Junior College
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

James H. Haithcock, III on behalf of Creditor Comenity Capital Bank
Burr & Forman LLP
420 N. 20th Street
Suite 3400
Birmingham, AL 35203

David A. Hall on behalf of Interested Party Jordan Manufacturing Company, Inc.
Barnes & Thornburg LLP
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503

Audrey L. Hornisher on behalf of Creditor Bellevue Holdings, LLC
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor GPR Investments LLC
Clark Hill PLC

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**
Page No. 55

901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor SanTan MP LP
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor USPG Franklin LLC
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor USPG Portfolio Eight, LLC
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor USPG Portfolio Two, LLC
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Audrey L. Hornisher on behalf of Creditor Warm Springs Promenade, LLC
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Zachary J. Javorsky on behalf of Interested Party 1903P Loan Agent, LLC
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Jefferson Mountain Village, LLC.
,

Nicole C. Kenworthy on behalf of Creditor Prince George's County, Maryland
Meyers Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, MD 20737

Joy Kleisinger on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Cincinnati, OH 45202

Joy Kleisinger on behalf of Creditor Tempur Sealy International, Inc. and its affiliates
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Joy Kleisinger on behalf of Creditor WPG Legacy, LLC
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Scott Kuperberg on behalf of Creditor Serta, Inc.
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350

Gilbert A. Lazarus on behalf of Creditor Jetrich Canada Ltd.
Law Office of Gilbert A. Lazarus
92-12 68th Avenue
Forest Hills, NY 11375

Mollie Lerew on behalf of Creditor Cooke County
Perdue, Brandon, Fielder, Collins & Mott
PO Box 8188
Whichita Falls, TX 76307

Mollie Lerew on behalf of Creditor Wichita County
Perdue, Brandon, Fielder, Collins & Mott
PO Box 8188
Whichita Falls, TX 76307

Paul M Lopez on behalf of Creditor City of McKinney
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor City of Paris
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Paul M Lopez on behalf of Creditor City of Plano
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor City of Sherman
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor Collin College
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor Collin County
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor Mckinney ISD
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Paul M Lopez on behalf of Creditor Paris Junior College
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd
Suite 300
McKinney, TX 75069

Stacy A Lutkus on behalf of Creditor Committee Official Committee of Unsecured Creditors
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017

Zachary E. Mazur on behalf of Creditor Attic Products
The Sarachek Law Firm
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583

Zachary E. Mazur on behalf of Creditor Dan Dee International LLC

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

The Sarachek Law Firm
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583

Zachary E. Mazur on behalf of Creditor Dewan & Sons
The Sarachek Law Firm
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583

Zachary E. Mazur on behalf of Interested Party Dewan & Sons
The Sarachek Law Firm
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583

Mark A. Mintz on behalf of Creditor Shadrall Orlando, LP
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170
mmintz@joneswalker.com

John E Mitchell on behalf of Cred. Comm. Chair Realty Income Corporation
Katten Muchin Rosenman LLP
2121 N. Pearl St.
Suite 1100
Dallas, TX 75201

John E Mitchell on behalf of Interested Party Spirit Realty, L.P.
Katten Muchin Rosenman LLP
2121 N. Pearl St.
Suite 1100
Dallas, TX 75201

Laura J. Monroe on behalf of Creditor Midland County
Perdue Brandon Fielder Collins Mott LLP
P.O. Box 817
Lubbock, TX 79408

NCR Voyix Corporation
Attn: Ashley Thompson
Law Dept.
864 Spring Street, NE
Atlanta, GA 30308

Joel F. Newell on behalf of Creditor Blair Bowie, LLC
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**
Page No. 59

Phoenix, AZ 85004

Joel F. Newell on behalf of Creditor Bowie Border, LLC
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004

Joel F. Newell on behalf of Creditor NS Retail Holdings, LLC
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004

Henry Opotowsky on behalf of Creditor Eagles Enterprises of Jefferson, Inc.
Steeg Law Firm, LLC
201 St. Charles Avenue
Suite 3201
New Orleans, LA 70170

Orangeburg Realty Ltd. Partnership
,

Jonah Peppiatt on behalf of Debtor Big Lots, Inc.
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017

Stephen D. Piraino on behalf of Debtor Big Lots, Inc.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10019

Michael B. Pugh on behalf of Creditor The Malon D. Mimms Company
Thompson, O'Brien, Kappler & Nasuti, P.C
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Jennifer D. Raviele on behalf of Interested Party Aston Properties, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Basser-Kaufman
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Jennifer D. Raviele on behalf of Interested Party Benderson Development Company LLC
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Cloverleaf Realty, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Delco Development Company of Hicksville, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Kite Realty Group, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party NNN REIT, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Regency Centers, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party SITE Centers Corp.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party TLM Realty Holdings LLC
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street

New York, NY 10007

Jennifer D. Raviele on behalf of Interested Party Voice Road L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Linda D. Reece on behalf of Interested Party Bonham ISD
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Linda D. Reece on behalf of Interested Party Carrollton-Farmers Branch ISD
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Linda D. Reece on behalf of Interested Party City of Garland
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Linda D. Reece on behalf of Interested Party Frisco ISD
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Linda D. Reece on behalf of Interested Party Garland ISD
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Linda D. Reece on behalf of Interested Party Plano ISD
Perdue Brandon Fielder Collins & Mott
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland, TX 75042

Brian M. Resnick on behalf of Debtor Big Lots, Inc.
Davis Polk & Wardwell LLP
450 Lexington Avenue

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE
OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR
UNEXPIRED LEASES AND CURE AMOUNT</u>**

New York, NY 10017

Michael P. Richman on behalf of Creditor CORTA Stevens Point, LLC
Richman & Richman LLC
122 W. Washington Ave., Suite 850
Madison, WI 53703
hstroik@steinhilberswanson.com;5378539420@filings.docketbird.com

Dana Robbins on behalf of Creditor CTO Realty Growth, Inc.
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, FL 33602

Bradshaw Rost on behalf of Creditor Unison Mooresville, LLC
Tenenbaum & Saas P.C.
4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
brost@tspclaw.com,  BRost01@msn.com

Natalie Rowles on behalf of Creditor Committee Official Committee of Unsecured Creditors
McDermott, Will & Emergy
One Vanderbilt Avenue
New York, NY 10017

Joseph R. Russo, Jr. on behalf of Creditor American National Insurance Company
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Randall F. Scherck on behalf of Interested Party GKKI, L.L.C.
UB Greensfelder LLP
10 S. Broadway
Suite 2000
St. Louis, MO 63102

Randall F. Scherck on behalf of Interested Party Southpoint Plaza L.L.C.
UB Greensfelder LLP
10 S. Broadway
Suite 2000
St. Louis, MO 63102

Allison Selick on behalf of Interested Party Aston Properties, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

New York, NY 10007

Allison Selick on behalf of Interested Party Basser-Kaufman
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party Benderson Development Company LLC
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party Delco Development Company of Hicksville, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party Kite Realty Group, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party NNN REIT, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party NewMark Merrill Companies, Inc.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party Regency Centers, L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party SITE Centers Corp.
Kelley Drye & Warren LLP
3 World Trade Center

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party TLM Realty Holdings LLC
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Allison Selick on behalf of Interested Party Voice Road L.P.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Steven N. Serajeddini on behalf of Creditor BIG AVCA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG BCLA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG CSCO Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG FBTX Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG FRCA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG LACA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG LCNM Owner LLC
Kirkland & Ellis LLP

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG LOCA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG SATX Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG TAMI Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG VICA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIG YVCA Owner LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIGCOOH002 LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIGDUOK001 LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIGMOAL001 LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Steven N. Serajeddini on behalf of Creditor BIGTRPA001 LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**

Steven N. Serajeddini on behalf of Creditor Blue Owl Real Estate Capital, LLC
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Sara Shahbazi on behalf of Creditor Blair Bowie, LLC
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004

Sara Shahbazi on behalf of Creditor Bowie Border, LLC
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004

Sara Shahbazi on behalf of Creditor NS Retail Holdings, LLC
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004

Adam L. Shpeen on behalf of Debtor Big Lots, Inc.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Marc Skapof on behalf of Creditor 415 Orchard Associates, LLC
ROYER COOPER COHEN BRAUNFELD LLC
1120 Avenue of the Americas
4th Floor
New York, NY 10036

Rick A. Steinberg on behalf of Creditor Ocean Network Express (North America) Inc.
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard
Suite 380
Woodcliff Lake, NJ 07677

Ethan Stern on behalf of Debtor Big Lots, Inc.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

J. Ellsworth Summers, Jr. on behalf of Creditor CTO Realty Growth, Inc.
Burr & Forman LLP
50 North Laura Street
Suite 3000

Jacksonville, FL 32202

TR Capital Management, LLC
PO Box 633
Woodmere, NY 11598

Twin Star International, Inc.
Attn: Heather Brown
750 Park of Commerce Blvd.
Suite 400
Boca Raton, FL 33487

Marc Young on behalf of Creditor American National Insurance Company
Greer Herz & Adams LLP
One Moody Plaza
18th Floor
Galveston, TX 77550

Zest Garden Limited
Attn: Tim Juang
623 S. Doubleday Avenue
Ontario, CA 91761

*/s/ Rosalie Parson*
Rosalie Parson
Legal Assistant

**LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>**