Steven L. Taggart, Esq., ISB No. 8551
**OLSEN TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@olsentaggart.com

*Attorney for Hall Park, LLC,*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In Re: | BK Case No. 24-11967 JKS |
|---|---|
| BIG LOT, INC et al., | Chapter 11 |
| Debtors.[1] | Re: Docket No. 511 |

### *AFFIDAVIT TO* LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT</u>

STATE OF IDAHO      )
                    ::*SS*
County of Bonneville )

I, STEVEN L. TAGGART, being first duly sworn on oath, deposes and says:

1. I am the attorney of record for the Creditor, Hall Park, LLC in the above captioned case.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. On November 4th, 2024, I caused to be filed the **LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT** on time[2], but it was inadvertently filed into one of the jointly-administered cases (24-11976 JKS) (Doc. No. 25) with the Court via CM/ECF and served on all interested parties.

3. I hereby certify that it was intended to be filed into the above-captioned Case 24-11967 and linked to Doc. 511 as indicated.

DATED: November 4, 2024,

OLSEN TAGGART, PLLC

 /s/ Steven L. Taggart
STEVEN L. TAGGART, ESQ.

SUBSCRIBED AND SWORN TO before me this 4th day of November 2024.

 /s/ Rosalie J. Parson
NOTARY PUBLIC
Residing at:  Idaho Falls, Idaho
Expires: 2/25/2025

---

[2] The filing process started before the deadline, but the ECF was extremely slow to upload.
***AFFIDAVIT TO* LIMITED OBJECTION AND RESERVATION OR RIGHTS OF HALL PARK, LLC TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT**
Page No. 2