# EXHIBIT A

Montebello Town Square (BLDG: 100400)

Building Status: Active

Aging By Billing Date

Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| *100400-040811* | *Big Lots* | | | *Suite Id:* | *00010* | | *Day Due:* 1 | *Delq Day:* 15 | |
| *Contact:* | *Sherri Ralls* | | | *Status:* | *Current* | | *Last Payment:* | *10/2/2024* | *36,448.26* |
| *Legal / Bankruptcy Status: Bankruptcy* | | | *(614) 278-6957* | | *4686* | | *Master Occupant Id:* 00000761-3 | | |
| 7/31/2024 | TCG | RE CY Tax Rec County GRD | CH | 35,058.78 | 0.00 | 0.00 | 0.00 | 35,058.78 | 0.00 |
| 9/1/2024 | FXG | Fixed CAM GRD | CH | 7,139.46 | 0.00 | 0.00 | 7,139.46 | 0.00 | 0.00 |
| 9/1/2024 | GRD | Base Rent GRD | CH | 17,499.36 | 0.00 | 0.00 | 17,499.36 | 0.00 | 0.00 |
| 10/1/2024 | FXG | Fixed CAM GRD | CH | 1,343.87 | 0.00 | 1,343.87 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | FXG | Fixed CAM GRD | CH | 7,139.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | GRD | Base Rent GRD | CH | 30,652.67 | 30,652.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **98,833.60** | **37,792.13** | **1,343.87** | **24,638.82** | **35,058.78** | **0.00** |
| | **BLDG 100400 Total:** | | | **98,833.60** | **37,792.13** | **1,343.87** | **24,638.82** | **35,058.78** | **0.00** |

Greenwood S.C. (BLDG: 101530)

Aging By Billing Date

## Aged Delinquencies Report

Building Status: Active

Occupancy Status: Current, Inactive

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **101530-028330** | **Big Lots** | | | **Suite Id:** | **00001** | | Day Due: 1 | Delq Day: 15 | |
| Contact: | Dylan Ridge | | | **Status:** | **Current** | | Last Payment: | 10/8/2024 | 30,796.21 |
| Legal / Bankruptcy Status: Bankruptcy | | | | | 5382 | | Master Occupant Id: 00000236-4 | | |
| 2/27/2024 | CPR | CAM PY Rec RTL | CH | 1,680.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.22 |
| 3/2/2024 | CMR | CAM Escrow RTL | CH | 420.05 | 0.00 | 0.00 | 0.00 | 0.00 | 420.05 |
| 4/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 0.00 | 0.00 | 0.00 | 140.02 |
| 5/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 0.00 | 0.00 | 0.00 | 140.02 |
| 6/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 0.00 | 0.00 | 0.00 | 140.02 |
| 7/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 0.00 | 0.00 | 0.00 | 140.02 |
| 8/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 0.00 | 0.00 | 140.02 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 26,666.67 | 0.00 | 0.00 | 26,666.67 | 0.00 | 0.00 |
| 9/1/2024 | CMR | CAM Escrow RTL | CH | 4,269.56 | 0.00 | 0.00 | 4,269.56 | 0.00 | 0.00 |
| 10/1/2024 | CMR | CAM Escrow RTL | CH | 140.02 | 0.00 | 140.02 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 26,666.67 | 26,666.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 4,269.56 | 4,269.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **64,812.85** | **30,936.23** | **140.02** | **30,936.23** | **140.02** | **2,660.35** |
| | **BLDG 101530 Total:** | | | **64,812.85** | **30,936.23** | **140.02** | **30,936.23** | **140.02** | **2,660.35** |

Coral Square Promenade (BLDG: 106230)                                          Building Status: Active

Aging By Billing Date                                          Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **106230-003091** | | **Big Lots** | | **Suite Id:** | **00006** | | Day Due: | 1 | Delq Day: | 15 |
| Contact: | | Caitlin Camboni | | **Status:** | **Inactive** | | Last Payment: | 2/28/2022 | 21,994.60 |
| Legal / Bankruptcy Status: Bankruptcy | | | (614) 278-3355 | | 5113 | | Master Occupant Id: 00006179-1 |
| 9/12/2022 | STX | Sales Tax | CH | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 2.70 |
| 9/12/2022 | STX | Sales Tax | CH | 14.85 | 0.00 | 0.00 | 0.00 | 0.00 | 14.85 |
| 9/12/2022 | THO | Tnt Exp HVAC Direct | CH | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| 10/24/2022 | STX | Sales Tax | CH | 14.85 | 0.00 | 0.00 | 0.00 | 0.00 | 14.85 |
| 10/24/2022 | STX | Sales Tax | CH | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 2.70 |
| 10/24/2022 | THO | Tnt Exp HVAC Direct | CH | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| | | **Big Lots Total:** | | **575.10** | **0.00** | **0.00** | **0.00** | **0.00** | **575.10** |
| **106230-028985** | | **Big Lots** | | **Suite Id:** | **00006** | | Day Due: | 1 | Delq Day: | 15 |
| Contact: | | Dawn Reeves | | **Status:** | **Current** | | Last Payment: | 10/2/2024 | 21,938.13 |
| Legal / Bankruptcy Status: Bankruptcy | | | (614) 278-3355 | | 5113 | | Master Occupant Id: 00006179-2 |
| 11/27/2023 | STX | Sales Tax | CH | 907.40 | 0.00 | 0.00 | 0.00 | 0.00 | 907.40 |
| 1/1/2024 | CMR | CAM Escrow RTL | CH | 2,044.96 | 0.00 | 0.00 | 0.00 | 0.00 | 2,044.96 |
| 1/1/2024 | STX | Sales Tax | CH | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 57.70 |
| 1/1/2024 | STX | Sales Tax | CH | 259.65 | 0.00 | 0.00 | 0.00 | 0.00 | 259.65 |
| 2/1/2024 | CMR | CAM Escrow RTL | CH | 2,630.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2,630.66 |
| 2/1/2024 | STX | Sales Tax | CH | 26.31 | 0.00 | 0.00 | 0.00 | 0.00 | 26.31 |
| 2/1/2024 | STX | Sales Tax | CH | 118.38 | 0.00 | 0.00 | 0.00 | 0.00 | 118.38 |
| 2/12/2024 | UAC | Unapplied Cash | CR | -1,365.06 | 0.00 | 0.00 | 0.00 | 0.00 | -1,365.06 |
| 3/1/2024 | CMR | CAM Escrow RTL | CH | 616.51 | 0.00 | 0.00 | 0.00 | 0.00 | 616.51 |
| 3/1/2024 | STX | Sales Tax | CH | 173.17 | 0.00 | 0.00 | 0.00 | 0.00 | 173.17 |
| 3/1/2024 | STX | Sales Tax | CH | 779.27 | 0.00 | 0.00 | 0.00 | 0.00 | 779.27 |
| 3/1/2024 | STX | Sales Tax | CH | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 57.70 |
| 3/1/2024 | STX | Sales Tax | CH | 259.65 | 0.00 | 0.00 | 0.00 | 0.00 | 259.65 |
| 4/1/2024 | CMR | CAM Escrow RTL | CH | 1,787.96 | 0.00 | 0.00 | 0.00 | 0.00 | 1,787.96 |
| 4/1/2024 | STX | Sales Tax | CH | 17.88 | 0.00 | 0.00 | 0.00 | 0.00 | 17.88 |
| 4/1/2024 | STX | Sales Tax | CH | 80.46 | 0.00 | 0.00 | 0.00 | 0.00 | 80.46 |
| 5/1/2024 | CMR | CAM Escrow RTL | CH | 1,787.96 | 0.00 | 0.00 | 0.00 | 0.00 | 1,787.96 |
| 5/1/2024 | STX | Sales Tax | CH | 17.88 | 0.00 | 0.00 | 0.00 | 0.00 | 17.88 |
| 5/1/2024 | STX | Sales Tax | CH | 80.46 | 0.00 | 0.00 | 0.00 | 0.00 | 80.46 |
| 6/1/2024 | CMR | CAM Escrow RTL | CH | 1,270.99 | 0.00 | 0.00 | 0.00 | 0.00 | 1,270.99 |
| 6/1/2024 | STX | Sales Tax | CH | 12.71 | 0.00 | 0.00 | 0.00 | 0.00 | 12.71 |
| 6/1/2024 | STX | Sales Tax | CH | 25.42 | 0.00 | 0.00 | 0.00 | 0.00 | 25.42 |
| 7/1/2024 | CMR | CAM Escrow RTL | CH | 2,304.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2,304.93 |
| 7/1/2024 | STX | Sales Tax | CH | 23.05 | 0.00 | 0.00 | 0.00 | 0.00 | 23.05 |
| 7/1/2024 | STX | Sales Tax | CH | 46.10 | 0.00 | 0.00 | 0.00 | 0.00 | 46.10 |
| 8/1/2024 | CMR | CAM Escrow RTL | CH | 1,787.96 | 0.00 | 0.00 | 0.00 | 1,787.96 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 17.88 | 0.00 | 0.00 | 0.00 | 17.88 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 35.76 | 0.00 | 0.00 | 0.00 | 35.76 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 17,317.12 | 0.00 | 0.00 | 17,317.12 | 0.00 | 0.00 |
| 9/1/2024 | CMR | CAM Escrow RTL | CH | 5,770.00 | 0.00 | 0.00 | 5,770.00 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 173.17 | 0.00 | 0.00 | 173.17 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 346.34 | 0.00 | 0.00 | 346.34 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 57.70 | 0.00 | 0.00 | 57.70 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 115.40 | 0.00 | 0.00 | 115.40 | 0.00 | 0.00 |
| 10/1/2024 | CMR | CAM Escrow RTL | CH | 1,787.96 | 0.00 | 1,787.96 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | STX | Sales Tax | CH | 17.88 | 0.00 | 17.88 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | STX | Sales Tax | CH | 35.76 | 0.00 | 35.76 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 17,317.12 | 17,317.12 | 0.00 | 0.00 | 0.00 | 0.00 |

Filter: [FILTER]

Coral Square Promenade (BLDG: 106230)

Aging By Billing Date

**Aged Delinquencies Report**

Building Status: Active

Occupancy Status: Current, Inactive

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 5,770.00 | 5,770.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 57.70 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 115.40 | 115.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 173.17 | 173.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 346.34 | 346.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **65,264.76** | **23,779.73** | **1,841.60** | **23,779.73** | **1,841.60** | **14,022.10** |
| | **BLDG 106230 Total:** | | | **65,839.86** | **23,779.73** | **1,841.60** | **23,779.73** | **1,841.60** | **14,597.20** |

Market at Bay Shore (BLDG: 113570)

Aging By Billing Date

Building Status: Active

Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **113570-039075** | **Big Lots** | | | **Suite Id:** | **00009** | | Day Due: 1 | Delq Day: 15 | |
| Contact: | Sherri Ralls | | | **Status:** | **Current** | | Last Payment: | 10/2/2024 | 34,736.11 |
| Legal / Bankruptcy Status: Bankruptcy | | | | | 4687 | | Master Occupant Id: 00000178-5 | | |
| 8/1/2024 | BRN | Base Rent RTL | CH | 27,666.67 | 0.00 | 0.00 | 0.00 | 27,666.67 | 0.00 |
| 8/1/2024 | CMR | CAM Escrow RTL | CH | 7,069.44 | 0.00 | 0.00 | 0.00 | 7,069.44 | 0.00 |
| 8/22/2024 | TMR | RE CY Tax Rec Muni RTL | CH | 166,838.57 | 0.00 | 0.00 | 166,838.57 | 0.00 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 27,666.67 | 0.00 | 0.00 | 27,666.67 | 0.00 | 0.00 |
| 9/1/2024 | CMR | CAM Escrow RTL | CH | 7,069.44 | 0.00 | 0.00 | 7,069.44 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 27,666.67 | 27,666.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 7,069.44 | 7,069.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **271,046.90** | **34,736.11** | **0.00** | **201,574.68** | **34,736.11** | **0.00** |
| | **BLDG 113570 Total:** | | | **271,046.90** | **34,736.11** | **0.00** | **201,574.68** | **34,736.11** | **0.00** |

North Creek Plaza (BLDG: 118220)                                    Building Status: Active

Aging By Billing Date                                    Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **118220-041332** | **Big Lots** | | | **Suite Id:** | **00001** | | Day Due: | 1 | Delq Day: 10 |
| Contact: | Danette Jemison | | | Status: | Current | | Last Payment: | 6/6/2023 | 20,904.33 |
| Legal / Bankruptcy Status: Bankruptcy | | | | | 4603 | | Master Occupant Id: | 00016623-2 | |
| 10/1/2024 | BRN | Base Rent RTL | CH | 16,858.33 | 0.00 | 16,858.33 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | CMR | CAM Escrow RTL | CH | 4,046.00 | 0.00 | 4,046.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 16,858.33 | 16,858.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 4,046.00 | 4,046.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **41,808.66** | **20,904.33** | **20,904.33** | **0.00** | **0.00** | **0.00** |
| | **BLDG 118220 Total:** | | | **41,808.66** | **20,904.33** | **20,904.33** | **0.00** | **0.00** | **0.00** |

Colonial Plaza (BLDG: 118340)

Building Status: Active

Aging By Billing Date

Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **118340-033520** | | **Big Lots** | | **Suite Id:** | **00028** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | | *Caitlin Camboni* | | **Status:** | **Current** | | *Last Payment:* | 10/2/2024 | 28,677.45 |
| *Legal / Bankruptcy Status: Bankruptcy* | | | (614) 278-3355 | | **5091** | | *Master Occupant Id:* | 00015701-1 | |
| 2/19/2024 | CPR | CAM PY Rec RTL | CH | 1,252.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,252.54 |
| 2/19/2024 | STX | Sales Tax | CH | 56.36 | 0.00 | 0.00 | 0.00 | 0.00 | 56.36 |
| 2/19/2024 | STX | Sales Tax | CH | 6.26 | 0.00 | 0.00 | 0.00 | 0.00 | 6.26 |
| 4/1/2024 | CMR | CAM Escrow RTL | CH | 2,055.47 | 0.00 | 0.00 | 0.00 | 0.00 | 2,055.47 |
| 4/1/2024 | STX | Sales Tax | CH | 92.49 | 0.00 | 0.00 | 0.00 | 0.00 | 92.49 |
| 4/1/2024 | STX | Sales Tax | CH | 10.27 | 0.00 | 0.00 | 0.00 | 0.00 | 10.27 |
| 4/1/2024 | STX | Sales Tax | CH | 1.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1.40 |
| 4/1/2024 | STX | Sales Tax | CH | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 |
| 4/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 31.19 | 0.00 | 0.00 | 0.00 | 0.00 | 31.19 |
| 5/1/2024 | CMR | CAM Escrow RTL | CH | 2,634.19 | 0.00 | 0.00 | 0.00 | 0.00 | 2,634.19 |
| 5/1/2024 | STX | Sales Tax | CH | 118.54 | 0.00 | 0.00 | 0.00 | 0.00 | 118.54 |
| 5/1/2024 | STX | Sales Tax | CH | 13.17 | 0.00 | 0.00 | 0.00 | 0.00 | 13.17 |
| 6/1/2024 | CMR | CAM Escrow RTL | CH | 1,984.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,984.10 |
| 6/1/2024 | STX | Sales Tax | CH | 39.68 | 0.00 | 0.00 | 0.00 | 0.00 | 39.68 |
| 6/1/2024 | STX | Sales Tax | CH | 9.92 | 0.00 | 0.00 | 0.00 | 0.00 | 9.92 |
| 6/1/2024 | STX | Sales Tax | CH | 0.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.62 |
| 6/1/2024 | STX | Sales Tax | CH | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 |
| 6/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 31.19 | 0.00 | 0.00 | 0.00 | 0.00 | 31.19 |
| 7/1/2024 | CMR | CAM Escrow RTL | CH | 3,253.09 | 0.00 | 0.00 | 0.00 | 0.00 | 3,253.09 |
| 7/1/2024 | STX | Sales Tax | CH | 65.06 | 0.00 | 0.00 | 0.00 | 0.00 | 65.06 |
| 7/1/2024 | STX | Sales Tax | CH | 16.27 | 0.00 | 0.00 | 0.00 | 0.00 | 16.27 |
| 8/1/2024 | CMR | CAM Escrow RTL | CH | 2,603.00 | 0.00 | 0.00 | 0.00 | 2,603.00 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 52.06 | 0.00 | 0.00 | 0.00 | 52.06 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 13.01 | 0.00 | 0.00 | 0.00 | 13.01 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 0.62 | 0.00 | 0.00 | 0.00 | 0.62 | 0.00 |
| 8/1/2024 | STX | Sales Tax | CH | 0.16 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 |
| 8/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 31.19 | 0.00 | 0.00 | 0.00 | 31.19 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 22,500.00 | 0.00 | 0.00 | 22,500.00 | 0.00 | 0.00 |
| 9/1/2024 | CMR | CAM Escrow RTL | CH | 5,478.00 | 0.00 | 0.00 | 5,478.00 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 0.62 | 0.00 | 0.00 | 0.62 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 0.16 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 109.56 | 0.00 | 0.00 | 109.56 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 27.39 | 0.00 | 0.00 | 27.39 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 450.00 | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 |
| 9/1/2024 | STX | Sales Tax | CH | 112.50 | 0.00 | 0.00 | 112.50 | 0.00 | 0.00 |
| 9/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 31.19 | 0.00 | 0.00 | 31.19 | 0.00 | 0.00 |
| 10/1/2024 | CMR | CAM Escrow RTL | CH | 31.19 | 0.00 | 31.19 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | STX | Sales Tax | CH | 0.62 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | STX | Sales Tax | CH | 0.16 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 |
| 10/8/2024 | THO | Tnt Exp HVAC Direct | CH | 643.00 | 643.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/18/2024 | THO | Tnt Exp HVAC Direct | CH | 525.00 | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 22,500.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 5,478.00 | 5,478.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 109.56 | 109.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 27.39 | 27.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 450.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 112.50 | 112.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 0.62 | 0.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | STX | Sales Tax | CH | 0.16 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 31.19 | 31.19 | 0.00 | 0.00 | 0.00 | 0.00 |

Filter: [FILTER]

Colonial Plaza (BLDG: 118340)

Building Status: Active

Aging By Billing Date

Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|
| | **Big Lots Total:** | | 72,990.98 | 29,877.42 | 31.97 | 28,709.42 | 2,700.04 | 11,672.13 |
| | **BLDG 118340 Total:** | | 72,990.98 | 29,877.42 | 31.97 | 28,709.42 | 2,700.04 | 11,672.13 |

Shops at Three Corners (BLDG: 120280)

Aging By Billing Date

**Aged Delinquencies Report**

Building Status: Active

Occupancy Status: Current, Inactive

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **120280-035846** | **Big Lots** | | | **Suite Id:** | **00027** | | Day Due: | 1 | Delq Day: | 10 |
| Contact: | Danette Jemison | | | Status: | Current | | Last Payment: | 10/8/2024 | 17,464.69 |
| Legal / Bankruptcy Status: Bankruptcy | | | | | 4195 | | Master Occupant Id: 00015425-1 | | |
| 4/3/2024 | CPR | CAM PY Rec RTL | CH | 1,213.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,213.49 |
| 6/1/2024 | UER | TT Electric Escrow RTL | CH | 8.44 | 0.00 | 0.00 | 0.00 | 0.00 | 8.44 |
| 9/1/2024 | UER | TT Electric Escrow RTL | CH | 8.44 | 0.00 | 0.00 | 8.44 | 0.00 | 0.00 |
| 9/2/2024 | ROR | RE PY Tax Rec Other RTL | CH | 931.15 | 0.00 | 0.00 | 931.15 | 0.00 | 0.00 |
| 10/1/2024 | BRN | Base Rent RTL | CH | 17,456.25 | 0.00 | 17,456.25 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | UER | TT Electric Escrow RTL | CH | 8.44 | 0.00 | 8.44 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 17,456.25 | 17,456.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | UER | TT Electric Escrow RTL | CH | 8.44 | 8.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **37,090.90** | **17,464.69** | **17,464.69** | **939.59** | **0.00** | **1,221.93** |
| | **BLDG 120280 Total:** | | | **37,090.90** | **17,464.69** | **17,464.69** | **939.59** | **0.00** | **1,221.93** |

Southfield Plaza (BLDG: 125050)

Aging By Billing Date

# Aged Delinquencies Report

Building Status: Active

Occupancy Status: Current, Inactive

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **125050-048405** | *Big Lots* | | | *Suite Id:* | *00010* | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Neil Perry* | | | *Status:* | *Inactive* | | *Last Payment:* | | |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(614) 278-3492* | | | | | *Master Occupant Id: 00025161-2* | | |
| 4/1/2020 | CPR | CAM PY Rec RTL | CH | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 3/21/2021 | CPR | CAM PY Rec RTL | CH | 2,532.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,532.05 |
| 3/21/2021 | IPR | Insurance PY Rec RTL | CH | 3,331.65 | 0.00 | 0.00 | 0.00 | 0.00 | 3,331.65 |
| 5/20/2022 | CPR | CAM PY Rec RTL | CH | 6,365.66 | 0.00 | 0.00 | 0.00 | 0.00 | 6,365.66 |
| | **Big Lots Total:** | | | **12,329.36** | **0.00** | **0.00** | **0.00** | **0.00** | **12,329.36** |
| **125050-048422** | *Big Lots* | | | *Suite Id:* | *00010* | | *Day Due:* 1 | *Delq Day:* 10 | *20,401.33* |
| *Contact:* | *Callen Camboni* | | | *Status:* | *Current* | | *Last Payment:* | *10/8/2024* | *20,401.33* |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(614) 278-3492* | | | *5172* | | *Master Occupant Id: 00025161-3* | | |
| 6/10/2024 | STX | Sales Tax | CH | 152.84 | 0.00 | 0.00 | 0.00 | 0.00 | 152.84 |
| 6/10/2024 | STX | Sales Tax | CH | 145.64 | 0.00 | 0.00 | 0.00 | 0.00 | 145.64 |
| 6/10/2024 | TEO | Tnt Exp Electric Direct | CH | 2,428.26 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428.26 |
| 6/10/2024 | TEO | Tnt Exp Electric Direct | CH | 2,548.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2,548.25 |
| 6/20/2024 | UAC | Unapplied Cash | CR | -3,258.50 | 0.00 | 0.00 | 0.00 | 0.00 | -3,258.50 |
| 8/1/2024 | BRN | Base Rent RTL | CH | 20,401.33 | 0.00 | 0.00 | 0.00 | 20,401.33 | 0.00 |
| 8/5/2024 | STX | Sales Tax | CH | 210.32 | 0.00 | 0.00 | 0.00 | 210.32 | 0.00 |
| 8/5/2024 | STX | Sales Tax | CH | 207.45 | 0.00 | 0.00 | 0.00 | 207.45 | 0.00 |
| 8/5/2024 | TEO | Tnt Exp Electric Direct | CH | 3,458.35 | 0.00 | 0.00 | 0.00 | 3,458.35 | 0.00 |
| 8/5/2024 | TEO | Tnt Exp Electric Direct | CH | 3,506.25 | 0.00 | 0.00 | 0.00 | 3,506.25 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 20,401.33 | 0.00 | 0.00 | 20,401.33 | 0.00 | 0.00 |
| 9/9/2024 | STX | Sales Tax | CH | 286.48 | 0.00 | 286.48 | 0.00 | 0.00 | 0.00 |
| 9/9/2024 | TEO | Tnt Exp Electric Direct | CH | 4,775.60 | 0.00 | 4,775.60 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | STX | Sales Tax | CH | 187.33 | 187.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | STX | Sales Tax | CH | 229.00 | 229.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | TEO | Tnt Exp Electric Direct | CH | 3,123.04 | 3,123.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | TEO | Tnt Exp Electric Direct | CH | 3,817.59 | 3,817.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 20,401.33 | 20,401.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Big Lots Total:** | | | **83,021.89** | **27,758.29** | **5,062.08** | **20,401.33** | **27,783.70** | **2,016.49** |
| | **BLDG 125050 Total:** | | | **95,351.25** | **27,758.29** | **5,062.08** | **20,401.33** | **27,783.70** | **14,345.85** |

Filter: [FILTER]

Spring Meadows Place II (BLDG: 125351)

Aging By Billing Date

## Aged Delinquencies Report

Building Status: Active

Occupancy Status: Current, Inactive

Report Date: 11/4/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **125351-050019** | ***Big Lots*** | | | ***Suite Id:*** | ***00002*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Tonya Kean* | | | ***Status:*** | ***Inactive*** | | *Last Payment:* | *7/12/2021* | *193.40* |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(614) 278-6625* | | | | | *Master Occupant Id: 00025278-2* | | |
| 5/16/2017 | CPR | CAM PY Rec RTL | NC | -1,386.47 | 0.00 | 0.00 | 0.00 | 0.00 | -1,386.47 |
| 5/10/2018 | IPR | Insurance PY Rec RTL | CH | 606.34 | 0.00 | 0.00 | 0.00 | 0.00 | 606.34 |
| 8/13/2018 | RGR | RE PY Tax Rec Gen RTL | CH | 2,981.61 | 0.00 | 0.00 | 0.00 | 0.00 | 2,981.61 |
| 5/4/2020 | RGR | RE PY Tax Rec Gen RTL | CH | 392.08 | 0.00 | 0.00 | 0.00 | 0.00 | 392.08 |
| 7/12/2021 | UAC | Unapplied Cash | CR | -193.40 | 0.00 | 0.00 | 0.00 | 0.00 | -193.40 |
| | | **Big Lots Total:** | | **2,400.16** | **0.00** | **0.00** | **0.00** | **0.00** | **2,400.16** |
| **125351-050023** | ***Big Lots*** | | | ***Suite Id:*** | ***00002*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Tonya Kean* | | | ***Status:*** | ***Inactive*** | | *Last Payment:* | *12/26/2023* | *17,832.46* |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(614) 278-6625* | | | *1746* | | *Master Occupant Id: 00025278-3* | | |
| 5/4/2020 | RGR | RE PY Tax Rec Gen RTL | CH | 2,147.91 | 0.00 | 0.00 | 0.00 | 0.00 | 2,147.91 |
| 2/3/2021 | UER | TT Electric Escrow RTL | CH | 1,584.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,584.53 |
| 3/1/2022 | RGR | RE PY Tax Rec Gen RTL | CH | 4,786.91 | 0.00 | 0.00 | 0.00 | 0.00 | 4,786.91 |
| 4/6/2023 | IPR | Insurance PY Rec RTL | CH | 2,845.80 | 0.00 | 0.00 | 0.00 | 0.00 | 2,845.80 |
| 1/24/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 6,131.23 | 0.00 | 0.00 | 0.00 | 0.00 | 6,131.23 |
| 7/2/2024 | CMR | CAM Escrow RTL | CH | 134.13 | 0.00 | 0.00 | 0.00 | 0.00 | 134.13 |
| 7/2/2024 | EGR | RE Tax Escrow Gen RTL | CH | 510.94 | 0.00 | 0.00 | 0.00 | 0.00 | 510.94 |
| | | **Big Lots Total:** | | **18,141.45** | **0.00** | **0.00** | **0.00** | **0.00** | **18,141.45** |
| **125351-051606** | ***Big Lots*** | | | ***Suite Id:*** | ***00002*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Tonya Kean* | | | ***Status:*** | ***Current*** | | *Last Payment:* | *10/8/2024* | *19,018.21* |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(614) 278-6625* | | | | | *Master Occupant Id: 00025278-4* | | |
| 6/10/2024 | VER | TT Electric Income RTL | CH | 2,526.71 | 0.00 | 0.00 | 0.00 | 0.00 | 2,526.71 |
| 7/1/2024 | CMR | CAM Escrow RTL | CH | 645.07 | 0.00 | 0.00 | 0.00 | 0.00 | 645.07 |
| 7/2/2024 | CMR | CAM Escrow RTL | CH | 670.65 | 0.00 | 0.00 | 0.00 | 0.00 | 670.65 |
| 7/2/2024 | EGR | RE Tax Escrow Gen RTL | CH | 2,554.68 | 0.00 | 0.00 | 0.00 | 0.00 | 2,554.68 |
| 8/1/2024 | CMR | CAM Escrow RTL | CH | 645.07 | 0.00 | 0.00 | 0.00 | 645.07 | 0.00 |
| 8/5/2024 | VER | TT Electric Income RTL | CH | 3,125.71 | 0.00 | 0.00 | 0.00 | 3,125.71 | 0.00 |
| 8/5/2024 | VER | TT Electric Income RTL | CH | 2,947.14 | 0.00 | 0.00 | 0.00 | 2,947.14 | 0.00 |
| 9/1/2024 | BRN | Base Rent RTL | CH | 14,229.00 | 0.00 | 0.00 | 14,229.00 | 0.00 | 0.00 |
| 9/1/2024 | CMR | CAM Escrow RTL | CH | 1,660.05 | 0.00 | 0.00 | 1,660.05 | 0.00 | 0.00 |
| 9/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 3,774.23 | 0.00 | 0.00 | 3,774.23 | 0.00 | 0.00 |
| 9/9/2024 | VER | TT Electric Income RTL | CH | 3,085.44 | 0.00 | 3,085.44 | 0.00 | 0.00 | 0.00 |
| 10/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 645.07 | 0.00 | 645.07 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | TEO | Tnt Exp Electric Direct | CH | 3,223.46 | 3,223.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/16/2024 | TEO | Tnt Exp Electric Direct | CH | 2,626.46 | 2,626.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 14,229.00 | 14,229.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 1,660.05 | 1,660.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 3,774.23 | 3,774.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Big Lots Total:** | | **62,022.02** | **25,513.20** | **3,730.51** | **19,663.28** | **6,717.92** | **6,397.11** |
| | | **BLDG 125351 Total:** | | **82,563.63** | **25,513.20** | **3,730.51** | **19,663.28** | **6,717.92** | **26,938.72** |

Spring Meadows Place II (BLDG: 125351)

Building Status: Active

Aging By Billing Date

Occupancy Status: Current, Inactive

## Aged Delinquencies Report

Report Date: 11/4/2024

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|
| | **Grand Total:** | | **830,338.63** | **248,762.13** | **50,519.07** | **350,643.08** | **108,978.17** | **71,436.18** |