## CERTIFICATE OF SERVICE

I Rachel B. Mersky, Esq., hereby certify that on November 4, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel or record registered in this case through CM/ECF and by separate email upon the following:

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.,
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.,
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq.
knight@rlf.com

Darren Azman, Esq.
Kristin G. Going, Esq.
McDermott Will & Emery LLP One
Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

                                           */s/ Rachel B. Mersky*
                                           Rachel B. Mersky, Esquire (DE #2049)