**EXHIBIT 1**

**Potential Parties in Interest**

| **Debtors** | **Top 30 Creditors** |
| --- | --- |
| Big Lots, Inc. | Ashley Furniture |
| Consolidated Property Holdings, LLC | Serta Inc. |
| Broyhill LLC | Big AVCA Owner LLC |
| Big Lots Management, LLC | Sealy Inc. |
| Big Lots Stores - PNS, LLC | Everstar Merchandise Co. |
| BLBO Tenant, LLC | Fusion Furniture Inc. |
| Big Lots Stores, LLC | Elite Comfort Solutions |
| Big Lots Stores - CSR, LLC | Zest Garden Limited |
| AVDC, LLC | FXI Inc. |
| INFDC, LLC | Pan Asian Creations Limited |
| CSC Distribution LLC | Polygroup Evergreen Limited |
| GAFDC LLC | Round Tripping LTD |
| Great Basin, LLC | Keeco, LLC/22155 |
| Closeout Distribution, LLC | PPJ LLC |
| PAFDC LLC | Ameriwood Industries |
| Big Lots eCommerce LLC | Singson International Trade Co. LIM |
| Durant DC, LLC | All Courtesy Int's LTD |
| WAFDC, LLC | Giftree Crafts Co. LTD |
| Big Lots F&S, LLC | Carlington Industries Limited |
|  | Ningbo Electrical Appliance Co., LT |

**Depository Banks, Sureties, and Letter of Credit Providers**
PNC Bank
Wells Fargo Bank
Huntington Bank
Fifth Third Bank
Truist Bank
US Bank
Bank Of America
Citizens Bank Of Pennsylvania
Liberty Mutual Insurance Company
American Alternative Insurance Corporation

3M Company
Millenium Gifts LTD
Zhejiang Hengtai Crafts
Building Air Services HVAC LLC
Boston Warehouse Corp.
Dell Financial Services LLC
Hongkong GMS Intl Co. LTD
Twin Star International
Topmost Design Co. LTD
ESI Cases and Accessories Inc.

**Shareholders**
FMR LLC
BlackRock, Inc.
Liechtensteinische Landesbank Aktiengesellschaft
The Vanguard Group, Inc.

**Potential Purchasers/ Investors**
Nexus Capital Management LP