# Exhibit A

## Ledger of Amounts Due

11/4/2024 3:33 PM

# Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 7/27/2022 | 3/11-4/11-5/13-6/11 Water | | 131.40 | 0.00 | 131.40 | C-116175 | No |
| 8/1/2022 | Monthly CAM (08/2022) | 17 | 2,513.10 | 0.00 | 2,644.50 | C-117153 | No |
| 8/1/2022 | Monthly Insurance (08/2022) | 17 | 1,416.67 | 0.00 | 4,061.17 | C-117154 | No |
| 8/1/2022 | Rent (08/2022) | 17 | 19,546.33 | 0.00 | 23,607.50 | C-117155 | No |
| 8/1/2022 | Monthly Real Estate Tax (08/2022) | 17 | 3,397.60 | 0.00 | 27,005.10 | C-117156 | No |
| 8/15/2022 | Water Bill 06/12/22-07/12/22 | | 67.49 | 0.00 | 27,072.59 | C-117137 | No |
| 8/18/2022 | 07/13/22-08/10/22 Water | | 32.55 | 0.00 | 27,105.14 | C-117223 | No |
| 8/18/2022 | Chk# ach 08/2022 Rent Payment | | 0.00 | 26,873.70 | 231.44 | R-80405 | |
| 8/29/2022 | Chk# ach 09/2022 payment | | 0.00 | 26,873.70 | -26,642.26 | R-80868 | |
| 9/1/2022 | Monthly CAM (09/2022) | 17 | 2,513.10 | 0.00 | -24,129.16 | C-118061 | No |
| 9/1/2022 | Monthly Insurance (09/2022) | 17 | 1,416.67 | 0.00 | -22,712.49 | C-118062 | No |
| 9/1/2022 | Rent (09/2022) | 17 | 19,546.33 | 0.00 | -3,166.16 | C-118063 | No |
| 9/1/2022 | Monthly Real Estate Tax (09/2022) | 17 | 3,397.60 | 0.00 | 231.44 | C-118064 | No |
| 9/6/2022 | Chk# ach water bill | | 0.00 | 67.49 | 163.95 | R-80856 | |
| 9/12/2022 | Chk# ach 09/12/2022 payment | | 0.00 | 32.55 | 131.40 | R-80989 | |
| 9/19/2022 | 08/11/2022-09/10/2022 Water | | 33.28 | 0.00 | 164.68 | C-118280 | No |
| 9/26/2022 | Chk# ach 09/26/2022 payment - OCT22 | | 0.00 | 26,873.70 | -26,709.02 | R-81066 | |
| 10/1/2022 | Monthly CAM (10/2022) | 17 | 2,513.10 | 0.00 | -24,195.92 | C-119135 | No |
| 10/1/2022 | Monthly Insurance (10/2022) | 17 | 1,416.67 | 0.00 | -22,779.25 | C-119136 | No |
| 10/1/2022 | Rent (10/2022) | 17 | 19,546.33 | 0.00 | -3,232.92 | C-119137 | No |
| 10/1/2022 | Monthly Real Estate Tax (10/2022) | 17 | 3,397.60 | 0.00 | 164.68 | C-119138 | No |
| 10/11/2022 | Chk# ach 10/11/2022 water bill payment | | 0.00 | 33.28 | 131.40 | R-81655 | |
| 10/18/2022 | 09/11/22-10/07/22 Water | | 32.07 | 0.00 | 163.47 | C-119318 | No |
| 10/31/2022 | Chk# ach 10/31/2022 rent payment | | 0.00 | 26,873.70 | -26,710.23 | R-82070 | |
| 11/1/2022 | Monthly CAM (11/2022) | 17 | 2,513.10 | 0.00 | -24,197.13 | C-120129 | No |
| 11/1/2022 | Monthly Insurance (11/2022) | 17 | 1,416.67 | 0.00 | -22,780.46 | C-120130 | No |

Page 1 of 9

11/4/2024 3:33 PM

## Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/1/2022 | Rent (11/2022) | 17 | 19,546.33 | 0.00 | -3,234.13 | C-120131 | No |
| 11/1/2022 | Monthly Real Estate Tax (11/2022) | 17 | 3,397.60 | 0.00 | 163.47 | C-120132 | No |
| 11/7/2022 | Chk# ach 11/7/2022 deposit | | 0.00 | 32.07 | 131.40 | R-82318 | |
| 11/17/2022 | 10/08/2022-11/08/2022 Water | | 31.86 | 0.00 | 163.26 | C-120306 | No |
| 11/28/2022 | Chk# ach 11/28/2022 rent payment | | 0.00 | 26,873.70 | -26,710.44 | R-83084 | |
| 12/1/2022 | Monthly CAM (12/2022) | 17 | 2,513.10 | 0.00 | -24,197.34 | C-121135 | No |
| 12/1/2022 | Monthly Insurance (12/2022) | 17 | 1,416.67 | 0.00 | -22,780.67 | C-121136 | No |
| 12/1/2022 | Rent (12/2022) | 17 | 19,546.33 | 0.00 | -3,234.34 | C-121137 | No |
| 12/1/2022 | Monthly Real Estate Tax (12/2022) | 17 | 3,397.60 | 0.00 | 163.26 | C-121138 | No |
| 12/12/2022 | Chk# ach 12/12/2022 payment | | 0.00 | 31.86 | 131.40 | R-83378 | |
| 12/20/2022 | 11/09/2022-12/08/2022 Water | | 31.95 | 0.00 | 163.35 | C-121325 | No |
| 12/27/2022 | Chk# ach 12/27/2022 payment | | 0.00 | 26,873.70 | -26,710.35 | R-83805 | |
| 1/1/2023 | Monthly CAM (01/2023) | 17 | 2,513.10 | 0.00 | -24,197.25 | C-122160 | No |
| 1/1/2023 | Monthly Insurance (01/2023) | 17 | 1,416.67 | 0.00 | -22,780.58 | C-122161 | No |
| 1/1/2023 | Rent (01/2023) | 17 | 19,546.33 | 0.00 | -3,234.25 | C-122162 | No |
| 1/1/2023 | Monthly Real Estate Tax (01/2023) | 17 | 3,397.60 | 0.00 | 163.35 | C-122163 | No |
| 1/17/2023 | Chk# ach 01/17/2023 payment | | 0.00 | 31.95 | 131.40 | R-84921 | |
| 1/25/2023 | 12/09/2022-01/13/2023 Water | | 229.15 | 0.00 | 360.55 | C-122368 | No |
| 1/30/2023 | Chk# ach 01/30/2023 payment | | 0.00 | 26,873.70 | -26,513.15 | R-84643 | |
| 2/1/2023 | Monthly CAM (02/2023) | 17 | 2,513.10 | 0.00 | -24,000.05 | C-123112 | No |
| 2/1/2023 | Monthly Insurance (02/2023) | 17 | 1,416.67 | 0.00 | -22,583.38 | C-123113 | No |
| 2/1/2023 | Rent (02/2023) | 17 | 19,546.33 | 0.00 | -3,037.05 | C-123114 | No |
| 2/1/2023 | Monthly Real Estate Tax (02/2023) | 17 | 3,397.60 | 0.00 | 360.55 | C-123115 | No |
| 2/13/2023 | Chk# ach 02/13/2023 payment | | 0.00 | 229.15 | 131.40 | R-85459 | |
| 2/27/2023 | Chk# ach 02/27/2023 payment | | 0.00 | 26,873.70 | -26,742.30 | R-85464 | |
| 3/1/2023 | Monthly CAM (03/2023) | 17 | 2,513.10 | 0.00 | -24,229.20 | C-124150 | No |

11/4/2024 3:33 PM

## Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 3/1/2023 | Monthly Insurance (03/2023) | 17 | 1,416.67 | 0.00 | -22,812.53 | C-124151 | No |
| 3/1/2023 | Rent (03/2023) | 17 | 19,546.33 | 0.00 | -3,266.20 | C-124152 | No |
| 3/1/2023 | Monthly Real Estate Tax (03/2023) | 17 | 3,397.60 | 0.00 | 131.40 | C-124153 | No |
| 3/27/2023 | Chk# ach 03/27/2023 payment | | 0.00 | 26,873.70 | -26,742.30 | R-86435 | |
| 3/28/2023 | 01/14/2023-02/10/2023 Water | | 65.25 | 0.00 | -26,677.05 | C-124479 | No |
| 3/28/2023 | 02/11/2023-03/13/2023 Water | | 65.80 | 0.00 | -26,611.25 | C-124497 | No |
| 3/31/2023 | 2022 CAM Reconciliation | | 27,579.93 | 0.00 | 968.68 | C-125400 | No |
| 4/1/2023 | Monthly CAM (04/2023) | 17 | 2,513.10 | 0.00 | 3,481.78 | C-125290 | No |
| 4/1/2023 | Monthly Insurance (04/2023) | 17 | 1,416.67 | 0.00 | 4,898.45 | C-125291 | No |
| 4/1/2023 | Rent (04/2023) | 17 | 19,546.33 | 0.00 | 24,444.78 | C-125292 | No |
| 4/1/2023 | Monthly Real Estate Tax (04/2023) | 17 | 3,397.60 | 0.00 | 27,842.38 | C-125293 | No |
| 4/17/2023 | Chk# ach 04/17/2023 payment | | 0.00 | 131.05 | 27,711.33 | R-86568 | |
| 4/24/2023 | Chk# ach 04/25/2023 payment | | 0.00 | 27,154.47 | 556.86 | R-87043 | |
| 4/25/2023 | 03/14/2023-04/13/2023 Water | | 65.22 | 0.00 | 622.08 | C-127510 | No |
| 5/1/2023 | Monthly CAM (05/2023) | 17 | 6,965.06 | 0.00 | 7,587.14 | C-128542 | No |
| 5/1/2023 | Monthly Insurance (05/2023) | 17 | 2,725.36 | 0.00 | 10,312.50 | C-128543 | No |
| 5/1/2023 | Rent (05/2023) | 17 | 19,546.33 | 0.00 | 29,858.83 | C-128544 | No |
| 5/1/2023 | Monthly Real Estate Tax (05/2023) | 17 | 3,001.01 | 0.00 | 32,859.84 | C-128545 | No |
| 5/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 28,407.88 | C-136596 | No |
| 5/1/2023 | Chk# ach 05/01/2023 payment | | 0.00 | 27,785.80 | 622.08 | R-86971 | |
| 5/15/2023 | Chk# ach 05/15/2023 payment | | 0.00 | 65.22 | 556.86 | R-87770 | |
| 5/24/2023 | 04/14/2023-05/12/2023 Water | | 64.45 | 0.00 | 621.31 | C-129596 | No |
| 5/30/2023 | Chk# ach 05/30/2023 payment | | 0.00 | 27,785.80 | -27,164.49 | R-87616 | |
| 6/1/2023 | Monthly CAM (06/2023) | 17 | 6,965.06 | 0.00 | -20,199.43 | C-130387 | No |
| 6/1/2023 | Monthly Insurance (06/2023) | 17 | 2,725.36 | 0.00 | -17,474.07 | C-130388 | No |
| 6/1/2023 | Rent (06/2023) | 17 | 19,546.33 | 0.00 | 2,072.26 | C-130389 | No |

Page 3 of 9

11/4/2024 3:33 PM

# Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 6/1/2023 | Monthly Real Estate Tax (06/2023) | 17 | 3,001.01 | 0.00 | 5,073.27 | C-130390 | No |
| 6/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 621.31 | C-136597 | No |
| 6/12/2023 | Chk# ach 06/12/2023 payment | | 0.00 | 64.45 | 556.86 | R-88013 | No |
| 6/26/2023 | Chk# ach 06/26/2023 payment | | 0.00 | 27,785.80 | -27,228.94 | R-88367 | No |
| 6/27/2023 | 05/13/2023-06/10/2023 Water | | 64.72 | 0.00 | -27,164.22 | C-131001 | No |
| 7/1/2023 | Monthly CAM (07/2023) | 17 | 6,965.06 | 0.00 | -20,199.16 | C-131642 | No |
| 7/1/2023 | Monthly Insurance (07/2023) | 17 | 2,725.36 | 0.00 | -17,473.80 | C-131643 | No |
| 7/1/2023 | Rent (07/2023) | 17 | 19,546.33 | 0.00 | 2,072.53 | C-131644 | No |
| 7/1/2023 | Monthly Real Estate Tax (07/2023) | 17 | 3,001.01 | 0.00 | 5,073.54 | C-131645 | No |
| 7/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 621.58 | C-136598 | No |
| 7/24/2023 | Chk# ach 07/24/2023 payment | | 0.00 | 64.72 | 556.86 | R-88805 | No |
| 7/25/2023 | 06/11/2023-07/12/2023 Water | | 63.40 | 0.00 | 620.26 | C-132098 | No |
| 7/31/2023 | Chk# ach 07/31/2023 payment | | 0.00 | 27,785.80 | -27,165.54 | R-88811 | No |
| 8/1/2023 | Monthly CAM (08/2023) | 17 | 6,965.06 | 0.00 | -20,200.48 | C-132765 | No |
| 8/1/2023 | Monthly Insurance (08/2023) | 17 | 2,725.36 | 0.00 | -17,475.12 | C-132766 | No |
| 8/1/2023 | Rent (08/2023) | 17 | 19,546.33 | 0.00 | 2,071.21 | C-132767 | No |
| 8/1/2023 | Monthly Real Estate Tax (08/2023) | 17 | 3,001.01 | 0.00 | 5,072.22 | C-132768 | No |
| 8/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 620.26 | C-136599 | No |
| 8/14/2023 | Chk# ach 08/14/2023 payment | | 0.00 | 63.40 | 556.86 | R-89009 | No |
| 8/21/2023 | Ace Roofing Inv 7306 | | 1,000.00 | 0.00 | 1,556.86 | C-132921 | No |
| 8/23/2023 | 07/13/2023-08/08/2023 Water | | 60.77 | 0.00 | 1,617.63 | C-132948 | No |
| 8/28/2023 | Chk# ach 08/28/2023 payment | | 0.00 | 27,785.80 | -26,168.17 | R-89312 | No |
| 9/1/2023 | Monthly CAM (09/2023) | 17 | 6,965.06 | 0.00 | -19,203.11 | C-133576 | No |
| 9/1/2023 | Monthly Insurance (09/2023) | 17 | 2,725.36 | 0.00 | -16,477.75 | C-133577 | No |
| 9/1/2023 | Rent (09/2023) | 17 | 19,546.33 | 0.00 | 3,068.58 | C-133578 | No |
| 9/1/2023 | Monthly Real Estate Tax (09/2023) | 17 | 3,001.01 | 0.00 | 6,069.59 | C-133579 | No |

Page 4 of 9

11/4/2024 3:33 PM

# Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 1,617.63 | C-136600 | No |
| 9/18/2023 | Chk# ach 09/18/2023 payment | | 0.00 | 60.77 | 1,556.86 | R-89771 | |
| 9/25/2023 | Chk# ach 09/25/2023 payment | | 0.00 | 27,785.80 | -26,228.94 | R-89775 | |
| 9/26/2023 | 08/09/2023-09/08/2023 Water | | 61.35 | 0.00 | -26,167.59 | C-133717 | No |
| 10/1/2023 | Monthly CAM (10/2023) | 17 | 6,965.06 | 0.00 | -19,202.53 | C-134339 | No |
| 10/1/2023 | Monthly Insurance (10/2023) | 17 | 2,725.36 | 0.00 | -16,477.17 | C-134340 | No |
| 10/1/2023 | Rent (10/2023) | 17 | 19,546.33 | 0.00 | 3,069.16 | C-134341 | No |
| 10/1/2023 | Monthly Real Estate Tax (10/2023) | 17 | 3,001.01 | 0.00 | 6,070.17 | C-134342 | No |
| 10/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 1,618.21 | C-136601 | No |
| 10/16/2023 | Chk# ach 10/16/2023 payment | | 0.00 | 61.35 | 1,556.86 | R-90398 | |
| 10/24/2023 | 09/09/2023-10/10/2023 Water | | 62.02 | 0.00 | 1,618.88 | C-134453 | No |
| 10/30/2023 | Chk# ach 10/30/2023 payment | | 0.00 | 27,785.80 | -26,166.92 | R-90391 | |
| 11/1/2023 | Monthly CAM (11/2023) | 17 | 6,965.06 | 0.00 | -19,201.86 | C-135059 | No |
| 11/1/2023 | Monthly Insurance (11/2023) | 17 | 2,725.36 | 0.00 | -16,476.50 | C-135060 | No |
| 11/1/2023 | Rent (11/2023) | 17 | 19,546.33 | 0.00 | 3,069.83 | C-135061 | No |
| 11/1/2023 | Monthly Real Estate Tax (11/2023) | 17 | 3,001.01 | 0.00 | 6,070.84 | C-135062 | No |
| 11/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 1,618.88 | C-136602 | No |
| 11/20/2023 | 10/11/2023-11/07/2023 Water | | 68.42 | 0.00 | 1,687.30 | C-135208 | No |
| 11/20/2023 | Chk# ach 11/20/2023 payment | | 0.00 | 62.02 | 1,625.28 | R-90825 | |
| 11/27/2023 | Chk# ach 11/27/2023 payment | | 0.00 | 27,785.80 | -26,160.52 | R-90827 | |
| 12/1/2023 | Monthly CAM (12/2023) | 17 | 6,965.06 | 0.00 | -19,195.46 | C-135767 | No |
| 12/1/2023 | Monthly Insurance (12/2023) | 17 | 2,725.36 | 0.00 | -16,470.10 | C-135768 | No |
| 12/1/2023 | Rent (12/2023) | 17 | 19,546.33 | 0.00 | 3,076.23 | C-135769 | No |
| 12/1/2023 | Monthly Real Estate Tax (12/2023) | 17 | 3,001.01 | 0.00 | 6,077.24 | C-135770 | No |
| 12/1/2023 | Credit for CAM Cap | | -4,451.96 | 0.00 | 1,625.28 | C-136603 | No |
| 12/18/2023 | Chk# ach 12/18/2023 payment | | 0.00 | 68.42 | 1,556.86 | R-91340 | |

Page 5 of 9

11/4/2024 3:33 PM

# Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019   To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/26/2023 | Chk# ach 12/26/2023 payment | | 0.00 | 27,785.80 | -26,228.94 | R-91344 | |
| 1/1/2024 | Monthly CAM (01/2024) | 17 | 6,965.06 | 0.00 | -19,263.88 | C-136465 | No |
| 1/1/2024 | Monthly Insurance (01/2024) | 17 | 2,725.36 | 0.00 | -16,538.52 | C-136466 | No |
| 1/1/2024 | Rent (01/2024) | 17 | 19,546.33 | 0.00 | 3,007.81 | C-136467 | No |
| 1/1/2024 | Monthly Real Estate Tax (01/2024) | 17 | 3,001.01 | 0.00 | 6,008.82 | C-136468 | No |
| 1/1/2024 | Credit for CAM Cap | | -4,451.96 | 0.00 | 1,556.86 | C-136604 | No |
| 1/3/2024 | 11/08/2023-12/08/2023 Water | | 67.96 | 0.00 | 1,624.82 | C-136588 | No |
| 2/1/2024 | Monthly CAM (02/2024) | 17 | 6,965.06 | 0.00 | 8,589.88 | C-137299 | No |
| 2/1/2024 | Monthly Insurance (02/2024) | 17 | 2,725.36 | 0.00 | 11,315.24 | C-137300 | No |
| 2/1/2024 | Rent (02/2024) | 17 | 20,942.50 | 0.00 | 32,257.74 | C-137301 | No |
| 2/1/2024 | Monthly Real Estate Tax (02/2024) | 17 | 3,001.01 | 0.00 | 35,258.75 | C-137302 | No |
| 2/1/2024 | Credit for CAM Cap | | -4,451.96 | 0.00 | 30,806.79 | C-137458 | No |
| 2/2/2024 | 12/09/2023-01/11/2024 Water | | 69.61 | 0.00 | 30,876.40 | C-137451 | No |
| 2/5/2024 | Chk# ach 02/05/2024 payment | | 0.00 | 67.96 | 30,808.44 | R-91883 | |
| 2/5/2024 | Chk# ach 02/05/2024 payment | | 0.00 | 29,181.97 | 1,626.47 | R-92309 | |
| 2/27/2024 | 01/12/2024-02/12/2024 Water | | 69.59 | 0.00 | 1,696.06 | C-137537 | No |
| 3/1/2024 | Monthly CAM (03/2024) | 17 | 6,965.06 | 0.00 | 8,661.12 | C-138121 | No |
| 3/1/2024 | Monthly Insurance (03/2024) | 17 | 2,725.36 | 0.00 | 11,386.48 | C-138122 | No |
| 3/1/2024 | Rent (03/2024) | 17 | 20,942.50 | 0.00 | 32,328.98 | C-138123 | No |
| 3/1/2024 | Monthly Real Estate Tax (03/2024) | 17 | 3,001.01 | 0.00 | 35,329.99 | C-138124 | No |
| 3/1/2024 | Credit for CAM Cap | | -4,451.96 | 0.00 | 30,878.03 | C-138190 | No |
| 3/4/2024 | Chk# ach 03/04/2024 payment | | 0.00 | 69.61 | 30,808.42 | R-92304 | |
| 3/4/2024 | Chk# ach 03/04/2024 payment | | 0.00 | 29,181.97 | 1,626.45 | R-92306 | |
| 3/25/2024 | Chk# ach 03/25/2024 payment | | 0.00 | 69.59 | 1,556.86 | R-92748 | |
| 3/27/2024 | 2023 CAM Reconciliation | | -572.84 | 0.00 | 984.02 | C-138356 | No |
| 3/28/2024 | 02/13/2024-03/12/2024 Water | | 70.28 | 0.00 | 1,054.30 | C-139075 | No |

11/4/2024 3:33 PM

## Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 4/1/2024 | Monthly CAM (04/2024) | 17 | 2,513.10 | 0.00 | 3,567.40 | C-138991 | No |
| 4/1/2024 | Monthly Insurance (04/2024) | 17 | 3,195.15 | 0.00 | 6,762.55 | C-138992 | No |
| 4/1/2024 | Rent (04/2024) | 17 | 20,942.50 | 0.00 | 27,705.05 | C-138993 | No |
| 4/1/2024 | Monthly Real Estate Tax (04/2024) | 17 | 3,095.89 | 0.00 | 30,800.94 | C-138994 | No |
| 4/4/2024 | Chk# ach 04/04/2024 payment | | 0.00 | 29,181.97 | 1,618.97 | R-92760 | |
| 4/24/2024 | 03/13/2024-04/10/2024 Water | | 69.32 | 0.00 | 1,688.29 | C-139231 | No |
| 5/1/2024 | Monthly CAM (05/2024) | 17 | 2,513.10 | 0.00 | 4,201.39 | C-139820 | No |
| 5/1/2024 | Monthly Insurance (05/2024) | 17 | 3,195.15 | 0.00 | 7,396.54 | C-139821 | No |
| 5/1/2024 | Rent (05/2024) | 17 | 20,942.50 | 0.00 | 28,339.04 | C-139822 | No |
| 5/1/2024 | Monthly Real Estate Tax (05/2024) | 17 | 3,095.89 | 0.00 | 31,434.93 | C-139823 | No |
| 5/6/2024 | Chk# ach 05/06/2024 payment | | 0.00 | 25,512.42 | 5,922.51 | R-93350 | |
| 5/13/2024 | Chk# ach 05/13/2024 payment | | 0.00 | 69.32 | 5,853.19 | R-93707 | |
| 5/20/2024 | Chk# ach 05/20/2024 payment | | 0.00 | 1,413.98 | 4,439.21 | R-93713 | |
| 5/24/2024 | 04/11/2024-05/13/2024 Water | | 70.82 | 0.00 | 4,510.03 | C-139993 | No |
| 6/1/2024 | Monthly CAM (06/2024) | 17 | 2,513.10 | 0.00 | 7,023.13 | C-140571 | No |
| 6/1/2024 | Monthly Insurance (06/2024) | 17 | 3,195.15 | 0.00 | 10,218.28 | C-140572 | No |
| 6/1/2024 | Rent (06/2024) | 17 | 20,942.50 | 0.00 | 31,160.78 | C-140573 | No |
| 6/1/2024 | Monthly Real Estate Tax (06/2024) | 17 | 3,095.89 | 0.00 | 34,256.67 | C-140574 | No |
| 6/3/2024 | Chk# ach 06/03/2024 payment | | 0.00 | 29,746.64 | 4,510.03 | R-93723 | |
| 6/17/2024 | Chk# ach 06/17/2024 payment | | 0.00 | 70.82 | 4,439.21 | R-93952 | |
| 6/26/2024 | 05/14/2024-06/11/2024 Water | | 69.81 | 0.00 | 4,509.02 | C-140765 | No |
| 7/1/2024 | Monthly CAM (07/2024) | 17 | 2,513.10 | 0.00 | 7,022.12 | C-141344 | No |
| 7/1/2024 | Monthly Insurance (07/2024) | 17 | 3,195.15 | 0.00 | 10,217.27 | C-141345 | No |
| 7/1/2024 | Rent (07/2024) | 17 | 20,942.50 | 0.00 | 31,159.77 | C-141346 | No |
| 7/1/2024 | Monthly Real Estate Tax (07/2024) | 17 | 3,095.89 | 0.00 | 34,255.66 | C-141347 | No |
| 7/5/2024 | Chk# ach 07/05/2024 payment | | 0.00 | 29,746.64 | 4,509.02 | R-94319 | |

11/4/2024 3:33 PM

# Lease Ledger

Date: 10/18/2024
Property: siegenvi
Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019  To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 7/15/2024 | Chk# ach 07/15/2024 payment | | 0.00 | 69.81 | 4,439.21 | R-94446 | |
| 7/23/2024 | Arceneaux Pest Mgmt Inv 144936 | | 4,650.00 | 0.00 | 9,089.21 | C-141479 | No |
| 7/25/2024 | 06/12/2024-07/10/2024 Water | | 69.58 | 0.00 | 9,158.79 | C-141500 | No |
| 8/1/2024 | Monthly CAM (08/2024) | 17 | 2,513.10 | 0.00 | 11,671.89 | C-142091 | No |
| 8/1/2024 | Monthly Insurance (08/2024) | 17 | 3,195.15 | 0.00 | 14,867.04 | C-142092 | No |
| 8/1/2024 | Rent (08/2024) | 17 | 20,942.50 | 0.00 | 35,809.54 | C-142093 | No |
| 8/1/2024 | Monthly Real Estate Tax (08/2024) | 17 | 3,095.89 | 0.00 | 38,905.43 | C-142094 | No |
| 8/1/2024 | Arceneaux Pest Management Inv 145013 | | 150.00 | 0.00 | 39,055.43 | C-142164 | No |
| 8/1/2024 | Arceneaux Pest Management Inv 145012 | | 150.00 | 0.00 | 39,205.43 | C-142165 | No |
| 8/1/2024 | Arceneaux Pest Management Inv 145014 | | 150.00 | 0.00 | 39,355.43 | C-142166 | No |
| 8/13/2024 | Arceneaux Pest Management Inv 144386 | | 600.00 | 0.00 | 39,955.43 | C-142197 | No |
| 8/14/2024 | Arceneaux Pest Management Inv 145051 | | 150.00 | 0.00 | 40,105.43 | C-142200 | No |
| 8/19/2024 | Arceneaux Pest Management Inv 145501 | | 150.00 | 0.00 | 40,255.43 | C-142237 | No |
| 8/19/2024 | Arceneaux Pest Management Inv 145500 | | 150.00 | 0.00 | 40,405.43 | C-142238 | No |
| 9/1/2024 | Monthly CAM (09/2024) | 17 | 2,513.10 | 0.00 | 42,918.53 | C-142850 | No |
| 9/1/2024 | Monthly Insurance (09/2024) | 17 | 3,195.15 | 0.00 | 46,113.68 | C-142851 | No |
| 9/1/2024 | Rent (09/2024) | 17 | 20,942.50 | 0.00 | 67,056.18 | C-142852 | No |
| 9/1/2024 | Monthly Real Estate Tax (09/2024) | 17 | 3,095.89 | 0.00 | 70,152.07 | C-142853 | No |
| 9/4/2024 | Arceneaux Pest Management Inv 146390 | | 150.00 | 0.00 | 70,302.07 | C-142929 | No |
| 9/4/2024 | Arceneaux Pest Management Inv 146389 | | 150.00 | 0.00 | 70,452.07 | C-142930 | No |
| 9/16/2024 | Arceneaux Pest Control Inv 145744 | | 600.00 | 0.00 | 71,052.07 | C-142964 | No |
| 9/23/2024 | water 8/11/2024-9/10/2024 | | 67.38 | 0.00 | 71,119.45 | C-142992 | No |
| 10/1/2024 | Monthly CAM (10/2024) | 17 | 2,513.10 | 0.00 | 73,632.55 | C-143571 | No |
| 10/1/2024 | Monthly Insurance (10/2024) | 17 | 3,195.15 | 0.00 | 76,827.70 | C-143572 | No |
| 10/1/2024 | Rent (10/2024) | 17 | 20,942.50 | 0.00 | 97,770.20 | C-143573 | No |
| 10/1/2024 | Monthly Real Estate Tax (10/2024) | 17 | 3,095.89 | 0.00 | 100,866.09 | C-143574 | No |

11/4/2024 3:33 PM

## Lease Ledger

Date: 10/18/2024
Property: siegenvi

Tenant: t0005838 Big Lots Stores, Inc. (BL #1758)
From Date: 02/01/2019 To Date: 01/31/2029
Move In Date: 02/01/2019
Unit(S): 17

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/2/2024 | Chk# ACH 10/02/2024 Payment | | 0.00 | 29,746.64 | 71,119.45 | R-95873 | |

Page 9 of 9