IN RE:  BIG LOTS, INC., *et al.*                    CASE NO.: 24-11967
                                                     CHAPTER 11

## CERTIFICATE OF SERVICE

    I, Bartley P. Bourgeois, do hereby certify that a true and correct copy of the above Siegen Village Shopping Center, LLC's Limited Objection and Reservation of Rights to Debtors' *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 511] and *Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 683] relating to Debtor's Store Located at 6900 Siegen Lane, Baton Rouge, Louisiana 70809 has been served upon the parties listed on the Court's CCF transmission list in this case via ECF e-notice, fax or U.S. mail on this the 4th day of November, 2024.

                                                 /s/ Bartley P. Bourgeois
                                                 Louisiana State Bar Number 26606
                                                 Attorney for *Siegen Village*
                                                 *Shopping Center, LLC*