# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Big Lots, Inc., *et al.* [1] | ) ) ) | Case No. 24-11967 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Related to Docket Nos. 870, 871, and 882 |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 4th day of October 2024, I served a copy of the following: *Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner* [Docket No. 870]; *Motion of Blue Owl Real Estate Capital LLC to Shorten Notice of Its Emergency Motion to Extend Challenge Period* [Docket No. 871]; and the *Order Shortening Notice of Blue Owl Real Estate Capital LLC'S Emergency Motion to Extend Challenge Period* [Docket No. 882] on the attached service list via electronic mail and via CM/ECF on all parties requesting notice.

/s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**SERVICE LIST**

Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: dbutz@mnat.com

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
Email: rdehney@morrisnichols.com

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Email: aremming@mnat.com

James McClammy
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
Email: james.mcclammy@davispolk.com

Stacy A Lutkus
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Email: salutkus@mwe.com

Darren Azman
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com

Justin R. Alberto
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com

Brian M. Resnick
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: brian.resnick@davispolk.com

Adam L. Shpeen
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: adam.shpeen@davispolk.com

Stephen D. Piraino
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10019
Email: stephen.piraino@davispolk.com

Matthew R. Brock
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10019
Email: matthew.brock@davispolk.com

John F. Ventola
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: jventola@choate.com

Jonathan D. Marshall
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: jmarshall@choate.com

Mark G. Edgarton
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: gedgarton@choate.com
Peter Feldman
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Email: pfeldman@otterbourg.com;

Phillip J. Block
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, Illinois 60606
Email: pblock@riemerlaw.com

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov