# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| Debtors.[1] | ) (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF NATALIE MARTINI IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR EFFECTIVE AS OF THE PETITION DATE

I, Natalie Martini, under penalty of perjury, declares as follows:

1. I am a partner at Deloitte & Touche LLP ("Deloitte & Touche"), which has an office at 111 S. Wacker Dr. Suite 2100, Chicago, Illinois 60606. I am duly authorized to make and submit this supplemental declaration (the "Supplemental Declaration") on behalf of Deloitte & Touche to supplement the disclosures contained in my initial declaration (the "Initial Declaration"), attached as Exhibit B to the *Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date* [Docket No. 455] (the "Application").[2]

---

[1] The debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      I previously submitted the Initial Declaration in support of the Application. Capitalized terms used but not defined herein shall have the meanings as set forth in the Application. As discussed in paragraph 17 of the Initial Declaration, I stated that as additional material information was discovered, Deloitte & Touche would supplement the Initial Declaration. The disclosures set forth below are subject to the statements and qualifications made in the Initial Declaration, which are incorporated herein by reference.

3.      In the ninety (90) days prior to the Petition Date, Deloitte & Touche received payments from the Debtors in the aggregate amount of $568,955. As stated in the Initial Declaration, as of the Petition Date, no amounts were outstanding with respect to invoices issued by Deloitte & Touche.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2024

*/s/ Natalie Martini*
Natalie Martini
Partner
Deloitte & Touche LLP