## Exhibit A

| Invoice No. | PayT | Customer PO. | Sales doc. | Doc. Date | Amount in local cur. |
|---|---|---|---|---|---|
| 5331464943 | SN60 | 154875 | 5004841466 | 07/19/2024 | 410.08 |
| 5331473819 | SN60 | WO-153630 | 5004832560 | 07/10/2024 | 693.10 |
| 5331483709 | SN60 | WO-154546 | 5004838996 | 07/10/2024 | 170.00 |
| 5331486987 | SN60 | WO-154254 | 5004838010 | 07/10/2024 | 215.04 |
| 5331496965 | SN60 | 461971882 | 3010708371 | 07/04/2024 | 11,793.19 |
| 5331497046 | SN60 | WO-154659 | 5004814911 | 07/10/2024 | 920.17 |
| 5331497047 | SN60 | WO-153884 | 5004833890 | 07/10/2024 | 852.10 |
| 5331500359 | SN60 | WO-154566 | 5004839275 | 07/10/2024 | 230.05 |
| 5331500377 | SN60 | WO-153892 | 5004835093 | 07/10/2024 | 179.00 |
| 5331500460 | SN60 | WO-154240 | 5004837346 | 07/10/2024 | 850.04 |
| 5331500461 | SN60 | WO-153838 | 5004834406 | 07/10/2024 | 215.04 |
| 5331500470 | SN60 | WO-154558 | 5004839324 | 07/10/2024 | 655.00 |
| 5331500475 | SN60 | WO-153841 | 5004833950 | 07/10/2024 | 227.94 |
| 5331500480 | SN60 | WO-154255 | 5004838061 | 07/10/2024 | 2,515.12 |
| 5331503100 | SN60 | WO-154776 | 5004840943 | 07/12/2024 | 101.65 |
| 5331503105 | SN60 | WO-154636 | 5004840988 | 07/12/2024 | 231.71 |
| 5331503110 | SN60 | WO-154753 | 5004840903 | 07/12/2024 | 1,925.00 |
| 5331503285 | SN60 | 148610 | 5004803432 | 07/12/2024 | 170.00 |
| 5331503311 | SN60 | WO-151085 | 5004813299 | 07/12/2024 | 215.04 |
| 5331505886 | SN60 | WO-154872 | 5004842633 | 07/16/2024 | 175.00 |
| 5331506051 | SN60 | WO-154200 | 5004835018 | 07/16/2024 | 150.85 |
| 5331507220 | SN60 | WO-155101 | 5004841030 | 07/17/2024 | 75.43 |
| 5331507221 | SN60 | WO-154923 | 5004842039 | 07/17/2024 | 215.04 |
| 5331508013 | SN60 | 154790 | 3010844614 | 08/21/2024 | 967.74 |
| 5331508790 | SN60 | WO-155099 | 5004843375 | 07/18/2024 | 170.00 |
| 5331511453 | SN60 | WO-154557 | 5004813304 | 08/07/2024 | 728.81 |
| 5331538342 | SN60 | WO-155622 | 5004847038 | 08/09/2024 | 700.00 |
| 5331538420 | SN60 | WO-156319 | 5004853303 | 08/05/2024 | 215.00 |
| 5331539139 | SN60 | WO-155057 | 5004842040 | 08/08/2024 | 230.09 |
| 5331540296 | SN60 | PO - 140695 | 3010816536 | 08/27/2024 | 5,363.84 |
| 5331540379 | SN60 | WO-155092 | 5004842918 | 08/08/2024 | 95.00 |
| 5331540550 | SN60 | WO-154726 | 5004838195 | 08/07/2024 | 2,806.86 |
| 5331541377 | SN60 | WO-154835 | 5004840599 | 08/08/2024 | 181.90 |
| 5331542368 | SN60 | WO-155571 | 5004847034 | 08/10/2024 | 215.04 |
| 5331543725 | SN60 | WO-156611 | 5004854418 | 08/11/2024 | 145.00 |
| 5331547569 | SN60 | WO-157081 | 5004858052 | 08/22/2024 | 992.86 |
| 5331549618 | SN60 | 157447 | 3010845749 | 09/04/2024 | 1,709.68 |
| 5331549911 | SN60 | 155382 | 3010864055 | 08/23/2024 | 1,608.80 |
| 5331552827 | SN60 | WO-154492 | 5004836405 | 08/21/2024 | 557.88 |
| 5331555010 | SN60 | WO-157424 | 5004855002 | 08/21/2024 | 184.88 |

- 2 -

| 5331555011 | SN60 | WO-157418 | 5004861124 | 08/21/2024 | 4,785.00 |
|---|---|---|---|---|---|
| 5331555865 | SN60 | 156665 | 3010864954 | 08/22/2024 | 743.24 |
| 5331556495 | SN60 | WO-157446 | 5004862169 | 08/22/2024 | 156.96 |
| 5331557883 | SN60 | PO - 152208 | 3010703424 | 08/29/2024 | 5,966.15 |
| 5331569187 | SN60 | WO-157528 | 5004863025 | 08/27/2024 | 230.09 |
| 5331569965 | SN60 | WO-157761 | 5004862758 | 08/27/2024 | 410.08 |
| 5449017421 | SN60 | Big Lots Data Monitoring | 2600148637 | 07/26/2024 | 25,637.20 |
| 5449017422 | SN60 | Big Lots Data Monitoring | 2600148637 | 07/26/2024 | 9,292.96 |
| 5449020905 | SN60 | Big Lots Data Monitoring | 2600148637 | 08/26/2024 | 25,756.70 |
| 5449020906 | SN60 | Big Lots Data Monitoring | 2600148637 | 08/26/2024 | 9,352.50 |
| 5449020990 | SN60 | Big Lots Data Monitoring | 2600148637 | 09/25/2024 | 25,758.43 |
| 5449020991 | SN60 | Big Lots Data Monitoring | 2600148637 | 09/25/2024 | 9,325.44 |
| | | | | **Total** | **$   148,148.28** |