## <u>CERTIFICATE OF SERVICE</u>

I, Raymond H. Lemisch, hereby certify that on the 4th day of November 2024, a true and correct copy of the *Limited Objection of The Grove Shops LLC to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount* was served on all parties registered to receive CM/ECF notifications in this matter and via electronic mail on the parties listed below.

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Email: biglots.mnat@morrisnichols.com
       rdehney@morrisnichols.com
       aremming@morrisnichols.com
       dbutz@morrisnichols.com
       tmann@morrisnichols.com
       csawyer@morrisnichols.com

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Email: notice.biglots@davispolk.com
       brian.resnick@davispolk.com
       adam.shpeen@davispolk.com
       jonah.peppiatt@davispolk.com
       ethan.stern@davispolk.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Email: jventola@choate.com
       jmarshall@choate.com
       jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Email: regina.kelbon@blankrome.com
       stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq
Sarah L. Hautzinger, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Email: CSimon@otterbourg.com
       JDrew@otterbourg.com
       shautzinger@otterbourg.com

John H. Knight, Esq.
RICHARDS, LAYTON, & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
Email: knight@rlf.com

Darren Azman, Esq.
Kristin G. Going, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com
          kgoing@mwe.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Email: cmarcus@kirkland.com
          douglas.ryder@kirkland.com
          nicholas.adzima@kirkland.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
          snewman@coleschotz.com

Linda J. Casey
U.S. TRUSTEE
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19895
Email: linda.casey@usdoj.gov

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)