**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 455 & 886** |

**CERTIFICATE OF NO OBJECTION REGARDING ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR EFFECTIVE AS OF THE PETITION DATE**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (the "**Debtors**") have received no answer, objection or other responsive pleading to the *Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date* (D.I. 455) (the "**Application**"), filed on October 9, 2024.

The undersigned counsel further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the notice filed with the Application, objections to the Application were to be filed and served no later than October 23, 2024, at 4:00 p.m. (ET).

The undersigned counsel further certifies that the Debtors received informal comments from the Office of the United States Trustee, which were subsequently resolved by the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

filing of the *Supplemental Declaration of Natalie Martini in Support of Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date* (D.I. 886).

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached to the Application at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 4, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew B. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian N. Resnick (admitted *pro hac vice*)<br>Adam L. Shpeen (admitted *pro hac vice*)<br>Stephen D. Pirano (admitted *pro hac vice*)<br>Jonah A. Peppiatt (admitted *pro hac vice*)<br>Ethan Stern (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.pirano@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com<br><br>*Counsel to the Debtors and Debtors in Possession* |