# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BIG LOTS, INC., *et al.*,<br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 24-11967(JKS)<br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF G. MARK EDGARTON

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of G. Mark Edgarton of the law firm Choate, Hall & Stewart LLP to represent PNC Bank, National Association in the above-captioned chapter 11 bankruptcy case and any related adversary proceedings.

Dated: November 4, 2024
　　　Wilmington, Delaware

*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
*Counsel for PNC Bank, National Association*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and the United States District Court for the District of Massachusetts; and the United States Court of Appeals for the First Circuit; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of this case or any proceeding or action in this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ G. Mark Edgarton*
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone:　(617) 248-5000
medgarton@choate.com

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.