B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Delaware

In re: CSC Distribution LLC.,
        Debtor

Chapter 11
Case No. 24-11974

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| AIG Insurance Company of Canada | Century Home Fashions Inc. |
| **Name and Address where notices to transferee should be sent:** | Claim No. 2352<br>Amount of Claim: $21,980.76<br><br>Date Claim Filed: 10/16/24 |
| AIG Insurance Company of Canada<br>c/o Adam L. Rosen PLLC<br>1051 Port Washington Blvd.<br>PO Box 552<br>Port Washington, New York 11050 | Century Home Fashions Inc.<br>76 Miranda Avenue<br>Toronto, Ontario<br>M6E 5A1, Canada<br>Attn: Ron Simpson |
| Last Four Digits of Acct #: None<br>Phone: (516) 407-3756 | Last Four Digits of Acct #: None<br>Phone: 416-256-9796 |

Name and Address where transferee payments
should be sent (if different from above):
Not applicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Adam L. Rosen*                        Date: November 5, 2024
    ADAM L. ROSEN PLLC
Attorney for AIG Insurance Company of Canada

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.