# E<span/>XHIBIT A

# EXHIBIT A

**Big Lots #4550 - 1913 Texas Avenue South, College Station TX**

| | | | |
|---|---|---|---|
| BK File Date: | 9/9/2024 | | |
| Square Footage: | 27,533 | Property SF: | 170,225 |
| Pro-Rata Share: | 16.1745% | | |

| | | |
|---|---|---|
| 9/1/2024 | Estimated CAM | $1,255.49 |
| 9/1/2024 | Base Rent | $15,257.87 |
| 1/1/2024-10/31/2024 | Accrued Property Ins. | $9,111.82 |
| 1/1/2024-10/31/2024 | Accrued Property Tax | $50,928.32 |
| | **Grand Total:** | **$76,553.51** |

**Big Lots #1155 - 125 Hwy 332 W, Lake Jackson 77566**

| | | | |
|---|---|---|---|
| BK File Date: | 9/9/2024 | | |
| Square Footage: | 31,405 | Property SF: | 96,479 |
| Pro-Rata Share: | 32.5511% | | |

| | | |
|---|---|---|
| 1/1/2024 | Estimated CAM | $70.76 |
| 2/1/2024 | Estimated CAM | $70.76 |
| 3/1/2024 | Estimated CAM | $70.76 |
| 4/1/2024 | Estimated CAM | $70.76 |
| 5/1/2024 | Estimated CAM | $70.76 |
| 6/1/2024 | Estimated CAM | $70.76 |
| 7/1/2024 | Estimated CAM | $70.76 |
| 8/1/2024 | Estimated CAM | $70.76 |
| 10/1/1024 | Estimated CAM | $70.76 |
| 4/26/2024 | Insurance Recon | -$1,697.69 |
| 4/26/2024 | Property Tax Recon | $4,405.53 |
| 4/26/2024 | Utilities Recon | $2,985.86 |
| 8/1/2024 | Prior Year Tax Refund | -$25,767.08 |
| 9/1/2024 | Estimated CAM | $1,307.13 |
| 9/1/2024 | Base Rent | $22,245.21 |
| 1/1/2024-10/31/2024 | Accrued Property Ins. | $21,597.58 |
| 1/1/2024-10/31/2024 | Accrued Property Tax | $29,078.54 |
| | **Grand Total:** | **$54,791.92** |