## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 5th day of November 2024, a copy of the foregoing *Limited Objection to Proposed Assumption and Assignment of Lease* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Proposed Counsel to the Debtors:*

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |

*Counsel to the ABL Agent:*

| | |
|---|---|
| John F. Ventola, Esq. | Regina Stango Kelbon, Esq. |
| Jonathan D. Marshall, Esq. | Stanley Tarr, Esq. |
| Jacob S. Lang, Esq. | Blank Rome LLP |
| Choate, Hall & Stewart LLP | 1201 N. Market Street, Suite 800, |
| Two International Place | Wilmington, DE 19801 |
| Boston, MA 02110 | regina.kelbon@blankrome.com |
| jventola@choate.com | stanley.tarr@blankrome.com |
| jmarshall@choate.com | |
| jslang@choate.com | |

*U.S. Trustee:*

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

*Counsel to the Term Agent:*

| | |
|---|---|
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |

*Proposed Counsel to the Committee:*

| | |
|---|---|
| Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |

*Counsel to the Stalking Horse Bidder:*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

| | |
|---|---|
| <u>November 5, 2024</u><br>Date | <u>/s/ *William A. Hazeltine*   </u><br>William A. Hazeltine |