# EXHIBIT B

11/4/2024 3:00 PM

## AR Aging Detail

DB Caption: Production   Property: z628510   Tenant: t0005661   Status: Current, Past, Future   Entity Type: Tenant   Age As Of: 11/30/2024   Post To: 11/2024   Secondary Sort: Post Month   [Showing Net Amounts]

* Base Currency: usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collin Creek (z628510)** | | | | | | | | | | | | | | | | | | | |
| **Big Lots (t0005661)** | | | | | | | | | | | | | | | | | | | |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202000005516 | C-876099 | CAM - Common Area Maintenance | 4/20/2020 | 5/1/2020 | 05/2020 | 1,897.18 | 0.00 | 551.73 | 0.00 | 0.00 | 0.00 | 0.00 | 551.73 | 0.00 | 551.73 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202300010884 | C-1614964 | RET - Real Estate Taxes | 12/8/2023 | 12/7/2023 | 12/2023 | 77,742.93 | 0.00 | 1,547.71 | 0.00 | 0.00 | 0.00 | 0.00 | 1,547.71 | 0.00 | 1,547.71 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400009325 | C-1759245 | CAM - Common Area Maintenance | 9/19/2024 | 10/1/2024 | 10/2024 | 2,352.42 | 0.00 | 2,352.42 | 0.00 | 2,352.42 | 0.00 | 0.00 | 0.00 | 0.00 | 2,352.42 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400009325 | C-1759244 | BRR - Base Rent - Retail | 9/19/2024 | 10/1/2024 | 10/2024 | 12,799.00 | 0.00 | 12,799.00 | 0.00 | 12,799.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,799.00 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400010265 | C-1780465 | CAM - Common Area Maintenance | 10/21/2024 | 11/1/2024 | 11/2024 | 2,352.42 | 0.00 | 2,352.42 | 2,352.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,352.42 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400010265 | C-1780464 | BRR - Base Rent - Retail | 10/21/2024 | 11/1/2024 | 11/2024 | 12,799.00 | 0.00 | 12,799.00 | 12,799.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,799.00 |
| | | | **Total For t0005661** | | | | | | | **109,942.95** | **0.00** | **32,402.28** | **15,151.42** | **15,151.42** | **0.00** | **0.00** | **2,099.44** | **0.00** | **32,402.28** |
| | | | **Total For z628510** | | | | | | | **109,942.95** | **0.00** | **32,402.28** | **15,151.42** | **15,151.42** | **0.00** | **0.00** | **2,099.44** | **0.00** | **32,402.28** |
| **Grand Total** | | | | | | | | | | **109,942.95** | **0.00** | **32,402.28** | **15,151.42** | **15,151.42** | **0.00** | **0.00** | **2,099.44** | **0.00** | **32,402.28** |

UserId : P897091 Date : 11/1/2024 Time :