# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I served or caused to be served the foregoing *PNC Bank, N.A.'s Response to Blue Owl Capital LLC's Emergency Motion to Extend the Challenge Deadline and Remove Blanket "Professionals' Eyes Only" Designation From Production or, in the Alternative, Appoint an Examiner* by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) upon the persons listed below via electronic mail:

Daniel B. Butz
Robert J. Dehney
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
dbutz@mnat.com
rdehney@morrisnichols.com
aremming@mnat.com

James McClammy
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Matthew R. Brock
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
james.mcclammy@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
matthew.brock@davispolk.com

Stacy A Lutkus
Darren Azman
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
salutkus@mwe.com
dazman@mwe.com

Justin R. Alberto
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com

Phillip J. Block
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, Illinois 60606
pblock@riemerlaw.com

Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
dpacitti@klehr.com

Benjamin Finestone
Victor Noskov
Zachary Russell
Joanna D. Caytas
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
benjaminfinestone@quinnemanuel.com
victornoskov@quinnemanuel.com
zacharyrussell@quinnemanuel.com
joannacaytas@quinnemanuel.com

*/s/ Stanley B. Tarr*
Stanley B. Tarr