Exhibit 3

| | |
|---|---|
| **From:** | Brock, Matthew R. |
| **Sent:** | Friday, October 18, 2024 2:00 PM |
| **To:** | Shpeen, Adam L.; 'Asher, Monica'; Resnick, Brian M. |
| **Cc:** | Azman, Darren; Going, Kristin; akratenstein@mwe.com; Lutkus, Stacy; JAlberto; snewman@coleschotz.com; biglots.dpw.rx; McClammy, James I.; Sun, Tony; Stroman, Samantha |
| **Subject:** | RE: In re Big Lots, Inc., et al., Case No. 24-11967 (JKS) (Bankr. D. Del.) |

Monica,

Are you available to discuss on Sunday?

Regards,
Matt


**Matthew R. Brock**

**Davis Polk & Wardwell LLP**
+1 212 450 3046 office
+1 917 374 4572 mobile
matthew.brock@davispolk.com

**From:** Shpeen, Adam L. <adam.shpeen@davispolk.com>
**Sent:** Thursday, October 17, 2024 6:20 PM
**To:** 'Asher, Monica' <MAsher@mwe.com>; Resnick, Brian M. <brian.resnick@davispolk.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Going, Kristin <Kgoing@mwe.com>; akratenstein@mwe.com; Lutkus, Stacy <Salutkus@mwe.com>; JAlberto <JAlberto@coleschotz.com>; snewman@coleschotz.com; biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Brock, Matthew R. <matthew.brock@davispolk.com>; Sun, Tony <tony.sun@davispolk.com>; Stroman, Samantha <samantha.stroman@davispolk.com>
**Subject:** RE: In re Big Lots, Inc., et al., Case No. 24-11967 (JKS) (Bankr. D. Del.)

Receipt confirmed. Looping in others from the DPW team (please keep them copied on future correspondence). We will revert.

Best,
Adam


**Adam L. Shpeen**

**Davis Polk & Wardwell LLP**
+1 212 450 4169 office
+1 646 290 0022 mobile
adam.shpeen@davispolk.com

**From:** Asher, Monica <MAsher@mwe.com>
**Sent:** Thursday, October 17, 2024 6:17 PM
**To:** Resnick, Brian M. <brian.resnick@davispolk.com>; Shpeen, Adam L. <adam.shpeen@davispolk.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Going, Kristin <Kgoing@mwe.com>; akratenstein@mwe.com; Lutkus, Stacy

<[Salutkus@mwe.com](mailto:Salutkus@mwe.com)>; JAlberto <[JAlberto@coleschotz.com](mailto:JAlberto@coleschotz.com)>; [snewman@coleschotz.com](mailto:snewman@coleschotz.com)
**Subject:** In re Big Lots, Inc., et al., Case No. 24-11967 (JKS) (Bankr. D. Del.)

Dear Brian and Adam:

As previewed in Darren Azman's e-mail correspondence to you yesterday, please see attached correspondence and First Request for the Production of Documents of the Official Committee of Unsecured Creditors to the Debtors.

Separately, given the anticipated extension of the Debtors' deadline to file schedules and statements, the Committee would also request that the Debtors either (i) confirm that Schedules I-VII appended to that certain *Amended and Restated Security Agreement*, dated April 18, 2024, by, among others, Big Lots, Inc. and PNC Bank, National Association, as Agent, were current and correct as of the Petition Date; or (ii) provide updated schedules as applicable.

MONICA S. ASHER
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5706     **Email** MAsher@mwe.com
Biography | Website | vCard | LinkedIn
Nancy Salzano, Assistant to Monica S. Asher
**Tel** +1 212 547 5487     **Email** nsalzano@mwe.com

*******************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*******************************************************************************************************

Please visit [http://www.mwe.com/](http://www.mwe.com/) for more information about our Firm.