# Exhibit 9

**Davis Polk**

Matthew R. Brock
+1 212 450 3046
matthew.brock@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

October 30, 2024

Re: *In re Big Lots, Inc.,* Case No. 24-11967 (JKS) (Bankr. D. Del. 2024)

Justin R. Alberto
Stacy L. Newman
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Darren Azman
Kristin Going
Stacy Lutkus
Natalie Rowles
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017

Dear Counsel:

On behalf of Debtors in the above-captioned action, you will be receiving an FTP link to documents bearing Bates numbers BIGLOTS_00012387 - BIGLOTS_00031598.

Please note that these documents are being designated as Confidential pursuant to the Bylaws of the Official Committee of Unsecured Creditors of Big Lots, Inc. et al., entered into as of October 2, 2024 by and among the Committee (the "**Bylaws**").  In addition, Debtors request that these documents be treated as Professional Eyes Only.  This production is made subject to and on the basis of the Confidentiality provision in Section 4 of the Bylaws and on the Committee maintaining these documents as Professional Eyes Only.

For security reasons the files have been encrypted.  The password for the production is d,fH9v7H%Dfh$&Q.

Sincerely,

*/s/ Matthew R. Brock*

Matthew R. Brock


**Electronic Mail**