# Exhibit 13

**Davis Polk**

Matthew R. Brock
+1 212 450 3046
matthew.brock@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

October 30, 2024

Re: *In re Big Lots, Inc.,* Case No. 24-11967 (JKS) (Bankr. D. Del. 2024)

Benjamin Finestone
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010

Dear Mr. Finestone:

On behalf of Debtors in the above-captioned action, you will be receiving an FTP link to documents bearing Bates numbers BIGLOTS_00000001 - BIGLOTS 00003650, BIGLOTS_00003651 - BIGLOTS_00012386, and VORYS00000001 - VORYS00095126.

Please note that these documents are being designated as Confidential pursuant to the Bylaws of the Official Committee of Unsecured Creditors of Big Lots, Inc. et al., entered into as of October 2, 2024 by and among the Committee (the "**Bylaws**").  In addition, by email dated October 30, 2024 you agreed to treat these documents as professionals' eyes only on a without prejudice basis, pending further discussion at our upcoming meet and confer.  This production is made subject to and on the basis of the Confidentiality provision in Section 4 of the Bylaws as well as our October 30, 2024 agreement.

For security reasons the files have been encrypted.  The password for BIGLOTS001 is CavInO7-IS and the password for BIGLOTS002 is #Ic6ISW7P@.  The remaining two zip files do not require additional passwords to access.

Sincerely,

*/s/ Matthew R. Brock*

Matthew R. Brock


**Electronic Mail**