**WORKOUT FOR LEGAL PRE-PETITION**
**GRAND CENTRAL MALL - BIG LOTS**
**INTEREST & LATE FEES THROUGH 9/8/2024**

Run Date: 10/28/2024

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2029

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 1/30/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Jan-23** | | **-0.01** | **-0.01** | **0.00** | **0.00** | **-0.01** |
| 2/27/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Feb-23** | | **-0.01** | **-0.02** | **0.00** | **0.00** | **-0.02** |
| 5/1/2023 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| 5/1/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| 5/30/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **May-23** | | **-0.03** | **-0.05** | **0.00** | **0.00** | **-0.05** |
| 6/26/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Jun-23** | | **-0.01** | **-0.06** | **0.00** | **0.00** | **-0.06** |
| 7/31/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Jul-23** | | **-0.01** | **-0.07** | **0.00** | **0.00** | **-0.07** |
| 8/28/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Aug-23** | | **-0.01** | **-0.08** | **0.00** | **0.00** | **-0.08** |
| 9/25/2023 | CMF | FIXED CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Sep-23** | | **-0.01** | **-0.09** | **0.00** | **0.00** | **-0.09** |
| 3/4/2024 | BRT | BASE RENT | -0.05 | -0.05 | | | | |
| | | **Mar-24** | | **-0.05** | **-0.14** | **0.00** | **0.00** | **-0.14** |
| 6/3/2024 | UAC | UNAPPLIED CASH | -0.03 | -0.03 | | | | |
| | | **Jun-24** | | **-0.03** | **-0.17** | **0.00** | **0.00** | **-0.17** |
| 7/5/2024 | UAC | UNAPPLIED CASH | -0.01 | -0.01 | | | | |
| 7/29/2024 | TPY | TAX PRIOR YR | 45,061.74 | 45,061.74 | | | | |
| | | **Jul-24** | | **45,061.73** | **45,061.56** | **45.06** | **250.00** | **45,356.62** |
| 8/1/2024 | CMF | FIXED CAM MONTHLY | 0.16 | 0.16 | | | | |
| | | **Aug-24** | | **0.16** | **45,061.72** | **45.06** | **250.00** | **45,651.84** |
| 9/1/2024 | BRT | BASE RENT | 24,375.00 | 6,500.00 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 4,558.15 | 1,215.51 | | | | |
| | | **Sep-24** | | **7,715.51** | **52,777.23** | **52.78** | **250.00** | **53,670.13** |
| | | **Total** | | **52,777.23** | | **142.90** | **750.00** | **53,670.13** |

| Future Charges Through Lease Expiration | | | Expiration: 1/31/2029 | Months Remaining: 52 | | **GRAND CENTRAL MALL BIG LOTS** | | |
|---|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due | |
| 2/1/2024 | BRT | BASE RENT | 24,375.00 | 52 | 1,267,500.00 | 0.00 | 1,267,500.00 | |

| Date | Code | Description | Amount | Months | Total | | |
|---|---|---|---|---|---|---|---|
| 2/1/2028 | CMF | FIXED CAM MONTHLY | 5,540.46 | 12 | 66,485.52 | 0.00 | 66,485.52 |
| 2/1/2027 | CMF | FIXED CAM MONTHLY | 5,276.63 | 12 | 63,319.56 | 0.00 | 63,319.56 |
| 2/1/2026 | CMF | FIXED CAM MONTHLY | 5,025.36 | 12 | 60,304.32 | 0.00 | 60,304.32 |
| 2/1/2025 | CMF | FIXED CAM MONTHLY | 4,786.06 | 12 | 57,432.72 | 0.00 | 57,432.72 |
| 2/1/2024 | CMF | FIXED CAM MONTHLY | 4,558.15 | 4 | 18,232.60 | 0.00 | 18,232.60 |
| | | Total Future Charges Through Lease Expiration | | | 1,533,274.72 | 0.00 | 1,533,274.72 |

**WORKOUT FOR LEGAL PRE-PETITION**
**PALMS CROSSING TOWN CENTER - BIG LOTS**
**INTEREST & LATE FEES THROUGH 9/8/2024**

Run Date: 10/28/2024

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2032

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2022 | BRT | BASE RENT | -2,829.16 | -2,829.16 | | | | |
| | | Sep-22 | | -2,829.16 | -2,829.16 | 0.00 | 0.00 | -2,829.16 |
| 1/1/2024 | BRT | BASE RENT | 90.12 | 90.12 | | | | |
| | | Jan-24 | | 90.12 | -2,739.04 | 0.00 | 250.00 | -2,489.04 |
| 2/26/2024 | CMF | FIXED CAM MONTHLY | -90.12 | -90.12 | | | | |
| 2/26/2024 | CMF | FIXED CAM MONTHLY | -87.50 | -87.50 | | | | |
| | | Feb-24 | | -177.62 | -2,916.66 | 0.00 | 0.00 | -2,666.66 |
| 8/25/2024 | TPY | TAX PRIOR YR | 95,889.95 | 95,889.95 | | | | |
| | | Aug-24 | | 95,889.95 | 92,973.29 | 92.97 | 250.00 | 93,566.26 |
| 9/1/2024 | BRT | BASE RENT | 23,333.33 | 6,222.22 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 825.14 | | | | |
| | | Sep-24 | | 7,047.37 | 100,020.66 | 100.02 | 250.00 | 100,963.65 |
| | | **Total** | | **100,020.66** | | **192.99** | **750.00** | **100,963.65** |

| Future Charges Through Lease Expiration | | | Expiration: 1/31/2032 | Months Remaining: 88 | **PALMS CROSSING TOWN CENTER BIG LOTS** | | |
|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 12/1/2021 | BRT | BASE RENT | 23,333.33 | 88 | 2,053,333.04 | 0.00 | 2,053,333.04 |
| 2/1/2031 | CMF | FIXED CAM MONTHLY | 3,805.59 | 12 | 45,667.08 | 0.00 | 45,667.08 |
| 2/1/2030 | CMF | FIXED CAM MONTHLY | 3,694.75 | 12 | 44,337.00 | 0.00 | 44,337.00 |
| 2/1/2029 | CMF | FIXED CAM MONTHLY | 3,587.13 | 12 | 43,045.56 | 0.00 | 43,045.56 |
| 2/1/2028 | CMF | FIXED CAM MONTHLY | 3,482.65 | 12 | 41,791.80 | 0.00 | 41,791.80 |
| 2/1/2027 | CMF | FIXED CAM MONTHLY | 3,381.22 | 12 | 40,574.64 | 0.00 | 40,574.64 |
| 2/1/2026 | CMF | FIXED CAM MONTHLY | 3,282.73 | 12 | 39,392.76 | 0.00 | 39,392.76 |
| 2/1/2025 | CMF | FIXED CAM MONTHLY | 3,187.12 | 12 | 38,245.44 | 0.00 | 38,245.44 |
| 3/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 4 | 12,377.16 | 0.00 | 12,377.16 |
| 12/1/2021 | TSH | TRASH PICKUP | 1,370.83 | 88 | 120,633.04 | 0.00 | 120,633.04 |
| | | Total Future Charges Through Lease Expiration | | | 2,479,397.52 | 0.00 | 2,479,397.52 |

|  |  |  | **WORKOUT FOR LEGAL PRE-PETITION**<br>**ST. CHARLES TOWNE PLAZA - BIG LOTS**<br>**INTEREST & LATE FEES THROUGH 9/8/2024** |  |  |  | Run Date: | 10/28/2024 |
|---|---|---|---|---|---|---|---|---|

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2025

| Date | | Income category | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | OPT | OPTION PERIOD BASE RENT | 22,887.33 | 6,103.29 | | | | |
| | | **Sep-24** | | **6,103.29** | **6,103.29** | **6.10** | **250.00** | **6,359.39** |
| | | Total | | 6,103.29 | | 6.10 | 250.00 | 6,359.39 |

**Future Charges Through Lease Expiration**    Expiration: 1/31/2025    Months Remaining: 4    ST. CHARLES TOWNE PLAZA
BIG LOTS

| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
|---|---|---|---|---|---|---|---|
| 2/1/2020 | BRT | BASE RENT | | 4 | 0.00 | 0.00 | 0.00 |
| 2/1/2020 | OPT | OPTION PERIOD BASE RENT | 22,887.33 | 4 | 91,549.32 | 0.00 | 91,549.32 |
| | | Total Future Charges Through Lease Expiration | | | 91,549.32 | 0.00 | 91,549.32 |

**WORKOUT FOR LEGAL PRE-PETITION**
**WHITE OAKS PLAZA - BIG LOTS**
**INTEREST & LATE FEES THROUGH 9/8/2024**

Run Date: 10/28/2024

Lease Information If payment not received when due:
Interest per month: 0.10%   Late Fee Percent: 0.00%   Or   Late Fee Amount: 250.00   Lease Expiration: 1/31/2022

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 6/24/2022 | CPY | CAM PRIOR YR | 1,900.11 | 1,900.11 | | | | |
| | | **Jun-22** | | **1,900.11** | **1,900.11** | **1.90** | **250.00** | **2,152.01** |
| | | **Total** | | **1,900.11** | | **1.90** | **250.00** | **2,152.01** |

**WORKOUT FOR LEGAL PRE-PETITION**
**WHITE OAKS PLAZA - BIG LOTS**
**INTEREST & LATE FEES THROUGH 9/8/2024**

Run Date: 10/28/2024

Lease Information If payment not received when due:
Interest per month: 0.10%   Late Fee Percent: 0.00%   Or   Late Fee Amount: 250.00   Lease Expiration: 1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 6/14/2024 | TPY | TAX PRIOR YR | 50.00 | 50.00 | | | | |
| | | **Jun-24** | | **50.00** | **1,950.11** | **1.95** | **250.00** | **2,453.96** |
| | | | | | | | | |
| 9/1/2024 | CAM | CAM MONTHLY | 3,104.66 | 827.91 | | | | |
| 9/1/2024 | OPT | OPTION PERIOD BASE RENT | 9,126.50 | 2,433.73 | | | | |
| | | **Sep-24** | | **3,261.64** | **5,211.75** | **5.21** | **250.00** | **5,970.81** |
| | | | | | | | | |
| | | Total | | 3,311.64 | | 7.16 | 500.00 | 3,818.80 |

**Future Charges Through Lease Expiration**   Expiration: 1/31/2027   Months Remaining: 28   **WHITE OAKS PLAZA**
**BIG LOTS**

| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
|---|---|---|---|---|---|---|---|
| 10/1/2021 | BRT | BASE RENT | | 28 | 0.00 | 0.00 | 0.00 |
| 10/1/2021 | CAM | CAM MONTHLY | 3,104.66 | 28 | 86,930.48 | 0.00 | 86,930.48 |
| 2/1/2022 | OPT | OPTION PERIOD BASE RENT | 9,126.50 | 28 | 255,542.00 | 0.00 | 255,542.00 |
| | | Total Future Charges Through Lease Expiration | | | 342,472.48 | 0.00 | 342,472.48 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**  
**GRAND CENTRAL MALL - BIG LOTS**  
**INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024**

Run Date:  10/23/2024

Lease Information If payment not received when due:  
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2029

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | BRT | BASE RENT | 24,375.00 | 17,875.00 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 4,558.15 | 3,342.64 | | | | |
| | | **Sep-24** | | 21,217.64 | 21,217.64 | 21.22 | 250.00 | 21,488.86 |
| 10/21/2024 | UAC | UNAPPLIED CASH | -0.01 | -0.01 | | | | |
| | | **Oct-24** | | -0.01 | 21,217.63 | 21.22 | 0.00 | 21,510.07 |
| | | Total | | 21,217.63 | | 42.44 | 250.00 | 21,510.07 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COLLECTION WORKOUT FOR LEGAL POST-PETITION | | | | | | | Run Date: | 10/23/2024 |
| PALMS CROSSING TOWN CENTER - BIG LOTS | | | | | | | | |
| INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024 | | | | | | | | |

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2032

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | BRT | BASE RENT | 23,333.33 | 17,111.11 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 2,269.15 | | | | |
| | | **Sep-24** | | **19,380.25** | **19,380.25** | **19.38** | **250.00** | **19,649.63** |
| | | **Total** | | **19,380.25** | | **19.38** | **250.00** | **19,649.63** |

| | | COLLECTION WORKOUT FOR LEGAL POST-PETITION<br>ST. CHARLES TOWNE PLAZA - BIG LOTS<br>INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024 | | | | | Run Date: 10/23/2024 |
|---|---|---|---|---|---|---|---|
| **Lease Information If payment not received when due:** | | | | | | | |
| Interest per month: 0.10% | | Late Fee Percent: 0.00%   Or | Late Fee Amount: 250.00 | | | Lease Expiration: 1/31/2025 | |
| Date | Income category | | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
| 9/1/2024 | OPT | OPTION PERIOD BASE RENT | 22,887.33 | 16,784.04 | | | | |
| | **Sep-24** | | | **16,784.04** | **16,784.04** | **16.78** | **250.00** | **17,050.82** |
| | | **Total** | | **16,784.04** | | **16.78** | **250.00** | **17,050.82** |

| | COLLECTION WORKOUT FOR LEGAL POST-PETITION | | | | | Run Date: | 10/23/2024 |
| | WHITE OAKS PLAZA - BIG LOTS | | | | | | |
| | INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024 | | | | | | |

Lease Information If payment not received when due:
Interest per month: 0.10%   Late Fee Percent: 0.00%   Or   Late Fee Amount: 250.00   Lease Expiration: 1/31/2022

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| | Total | | 0.00 | | 0.00 | 0.00 | 0.00 |

| | | COLLECTION WORKOUT FOR LEGAL POST-PETITION<br>WHITE OAKS PLAZA - BIG LOTS<br>INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024 | | | | Run Date: | 10/23/2024 |
|---|---|---|---|---|---|---|---|

Lease Information If payment not received when due:
Interest per month:  0.10%     Late Fee Percent:  0.00%     Or     Late Fee Amount: 250.00     Lease Expiration:   1/31/2027

| Date | | Income category | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
|---|---|---|---|---|---|---|---|---|
| 9/1/2024 | CAM | CAM MONTHLY | 3,104.66 | 2,276.75 | | | | |
| 9/1/2024 | OPT | OPTION PERIOD BASE RENT | 9,126.50 | 6,692.77 | | | | |
| | | **Sep-24** | | **8,969.52** | **8,969.52** | **8.97** | **250.00** | **9,228.49** |
| | | Total | | 8,969.52 | | 8.97 | 250.00 | 9,228.49 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**  
**WHITE OAKS PLAZA - TOYS R US**  
**INTEREST & LATE FEES FROM 9/9/2024 THROUGH 10/31/2024**

Run Date: 10/23/2024

Lease Information If payment not received when due:
Interest per month: 0.10%   Late Fee Percent: 0.00%   Or   Late Fee Amount: 250.00   Lease Expiration: 9/30/2018

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| | Total | | 0.00 | | 0.00 | 0.00 | 0.00 |