**Exhibit 1**

**Aged Delinquencies Report Re: Store No. 5299**

# Aged Delinquencies Report
Food Lion

10/28/2024
Page 1 of 1

| Suite | Trans Date | Description | Total | 10/28/2024 0 Days | 09/28/2024 30 Days | 08/29/2024 60 Days | 07/30/2024 90 Days | 06/30/2024 120 + Days |
|---|---|---|---|---|---|---|---|---|
| **-S--Big Lots 02147** | | | | | | | | |
| -S-- 00 | 03/19/2024 | 2020 CAM Inv. #600927 CAM's Q4 10.01.20 - 12.31.20 | $9,452.25 | 0.00 | 0.00 | 0.00 | 0.00 | 9,452.25 |
| | 03/19/2024 | 2021 CAM Inv. #600928 CAM's 01.01.21 - 12.31.21 | $47,305.44 | 0.00 | 0.00 | 0.00 | 0.00 | 47,305.44 |
| | 03/19/2024 | 2022 CAM Inv. #600929 CAM's 01.01.22 - 12.31.22 | $41,653.82 | 0.00 | 0.00 | 0.00 | 0.00 | 41,653.82 |
| | 09/01/2024 | Base Rent9/2024--BRT | $21,830.00 | 0.00 | 21,830.00 | 0.00 | 0.00 | 0.00 |
| | | Suite Total: | $120,241.51 | 0.00 | 21,830.00 | 0.00 | 0.00 | 98,411.51 |
| | **Total: -S--Big Lots 02147** | | $120,241.51 | 0.00 | 21,830.00 | 0.00 | 0.00 | 98,411.51 |
| **Total: Food Lion** | | | $120,241.51 | 0.00 | 21,830.00 | 0.00 | 0.00 | 98,411.51 |
| **Grand Totals:** | | | $120,241.51 | 0.00 | 21,830.00 | 0.00 | 0.00 | 98,411.51 |