**Exhibit 1**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered)<br>**Re:  Docket No. ___** |

### <u>ORDER APPROVING APPEARANCE PURSUNT TO LOCAL RULE 9010-1(e)(ii)</u>

This matter coming before the Court upon the application of Gregory G. Hesse of Hunton Andrews Kurth LLP to appear in the above-captioned chapter 11 cases on behalf of 1255 Sunrise Realty, LLC and 4101 Transit Realty LLC pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Gregory G. Hesse may appear in the above-captioned cases on behalf of 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC pursuant to Local Rule 9010-1(e)(ii).

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.