# Exhibit A

**BRUNSWICK LEASE/STORE NO. 1694**

| Pay | Property | Charge Code | Account | Charge Date | Charge Amount | Amount Outstanding | Prior Paid | Ref | Notes | Charge | Auto Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23,833.33 | brunswic | rent | 4500-0000 | 9/1/2024 | 23,833.33 | 23,833.33 | 0.00 | :Post | Rent (09/2024) | C-260132 | No |
| 23,833.33 | brunswic | rent | 4500-0000 | 11/1/2024 | 23,833.33 | 23,833.33 | 0.00 | :Post | Rent (11/2024) | C-269783 | No |
| 476.67 | brunswic | latefee | 5800-0000 | 8/11/2024 | 476.67 | 476.67 | 0.00 | :Late1 | Late Fee, 2% of $23833.33 | C-259233 | No |
| 476.67 | brunswic | latefee | 5800-0000 | 9/11/2024 | 476.67 | 476.67 | 0.00 | :Late1 | Late Fee, 2% of $23833.33 | C-264055 | No |
| 476.67 | brunswic | latefee | 5800-0000 | 10/11/2024 | 476.67 | 476.67 | 0.00 | :Late1 | Late Fee, 2% of $23833.33 | C-268753 | No |
| | | | | | TOTAL: | 49,096.67 | | | | | |

[*] The total amount listed above does not include additional amounts that may accrue under the referenced lease prior to the date of assumption and assignment of the lease, including attorneys' fees.

## CHILI LEASE/STORE NO. 4706

| Pay | Property | Charge Code | Account | Charge Date | Charge Amount | Amount Outstanding | Prior Paid | Ref | Notes | Charge | Auto Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98.62 | chili | rent | 4500-0000 | 6/1/2024 | 25,333.33 | 98.62 | 25234.71 | :Post | Rent (06/2024) | C-244843 | No |
| 25,333.33 | chili | rent | 4500-0000 | 9/1/2024 | 25,333.33 | 25,333.33 | 0.00 | :Post | Rent (09/2024) | C-260290 | No |
| 25,333.33 | chili | rent | 4500-0000 | 11/1/2024 | 25,333.33 | 25,333.33 | 0.00 | :Post | Rent (11/2024) | C-269941 | No |
| 3,385.91 | chili | CAM2 | 5100-0000 | 9/1/2024 | 3,385.91 | 3,385.91 | 0.00 | :Post | Fixed CAM (09/2024) | C-260289 | No |
| 3,385.91 | chili | CAM2 | 5100-0000 | 11/1/2024 | 3,385.91 | 3,385.91 | 0.00 | :Post | Fixed CAM (11/2024) | C-269940 | No |
| 2,652.57 | chili | PYIns | 5150-0000 | 3/13/2023 | 21,331.64 | 2,652.57 | 18679.07 | :CAM PostTran | PY Insurance (01/2022 - 12/2022) | C-180205 | No |
| 13.82 | chili | latefee | 5800-0000 | 6/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-195600 | No |
| 13.82 | chili | latefee | 5800-0000 | 7/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-199238 | No |
| 13.82 | chili | latefee | 5800-0000 | 8/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-202863 | No |
| 13.82 | chili | latefee | 5800-0000 | 9/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-208468 | No |
| 183.69 | chili | latefee | 5800-0000 | 10/11/2023 | 183.69 | 183.69 | 0.00 | :Late1 | Late Fee, 0.520833% of $35269.36 | C-212534 | No |
| 13.82 | chili | latefee | 5800-0000 | 11/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-216221 | No |
| 13.82 | chili | latefee | 5800-0000 | 12/11/2023 | 13.82 | 13.82 | 0.00 | :Late1 | Late Fee, 0.520833% of $2652.57 | C-220104 | No |
| 14.33 | chili | latefee | 5800-0000 | 1/11/2024 | 14.33 | 14.33 | 0.00 | :Late1 | Late Fee, 0.520833% of $2751.19 | C-226616 | No |
| 126.90 | chili | latefee | 5800-0000 | 2/11/2024 | 126.90 | 126.90 | 0.00 | :Late1 | Late Fee, 0.520833% of $24364.87 | C-230423 | No |
| 14.33 | chili | latefee | 5800-0000 | 3/11/2024 | 14.33 | 14.33 | 0.00 | :Late1 | Late Fee, 0.520833% of $2751.19 | C-233872 | No |
| 14.33 | chili | latefee | 5800-0000 | 4/11/2024 | 14.33 | 14.33 | 0.00 | :Late1 | Late Fee, 0.520833% of $2751.19 | C-239580 | No |
| 14.33 | chili | latefee | 5800-0000 | 5/11/2024 | 14.33 | 14.33 | 0.00 | :Late1 | Late Fee, 0.520833% of $2751.19 | C-243985 | No |
| 7,285.97 | chili | PYIns | 5150-0000 | 6/7/2024 | 7,285.97 | 7,285.97 | 0.00 | :CAM PostTran | PY Insurance (01/2023 - 12/2023) | C-248435 | No |
| 14.33 | chili | latefee | 5800-0000 | 6/11/2024 | 14.33 | 14.33 | 0.00 | :Late1 | Late Fee, 0.520833% of $2751.19 | C-249408 | No |
| 52.28 | chili | latefee | 5800-0000 | 7/11/2024 | 52.28 | 52.28 | 0.00 | :Late1 | Late Fee, 0.520833% of $10037.16 | C-254657 | No |
| 52.28 | chili | latefee | 5800-0000 | 8/11/2024 | 52.28 | 52.28 | 0.00 | :Late1 | Late Fee, 0.520833% of $10037.16 | C-259244 | No |
| 201.86 | chili | latefee | 5800-0000 | 9/11/2024 | 201.86 | 201.86 | 0.00 | :Late1 | Late Fee, 0.520833% of $38756.40 | C-264063 | No |
| 25,468.52 | chili | PassRET | 5200-0000 | 9/23/2024 | 25,468.52 | 25,468.52 | 0.00 | | 2024-2025 School District Tax | C-268272 | No |
| 588.94 | chili | PassWate | 5300-0000 | 9/25/2024 | 588.94 | 588.94 | 0.00 | | Water for 09/01/2022 - 06/03/2024 | C-268324 | No |
| 337.57 | chili | latefee | 5800-0000 | 10/11/2024 | 337.57 | 337.57 | 0.00 | :Late1 | Late Fee, 0.520833% of $64813.86 | C-268764 | No |
| | | | | TOTAL: | | 94,642.25 | | | | | |

*The total amount listed above does not include additional amounts that may accrue under the referenced lease prior to the date of assumption and assignment of the lease, including attorneys' fees.

**TREXLER LEASE/STORE NO. 1956**

| Pay | Property | Charge Code | Account | Charge Date | Charge Amount | Amount Outstanding | Prior Paid | Ref | Notes | Charge | Auto Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13,388.67 | trexltow | rent | 4500-0000 | 9/1/2024 | 13,388.67 | 13,388.67 | 0.00 | :Post | Rent (09/2024) | C-262735 | No |
| 13,388.67 | trexltow | rent | 4500-0000 | 11/1/2024 | 13,388.67 | 13,388.67 | 0.00 | :Post | Rent (11/2024) | C-272373 | No |
| 1,973.07 | trexltow | cam | 5100-0000 | 9/1/2024 | 1,973.07 | 1,973.07 | 0.00 | :Post | Estimated CAM (09/2024) | C-262733 | No |
| 1,973.07 | trexltow | cam | 5100-0000 | 11/1/2024 | 1,973.07 | 1,973.07 | 0.00 | :Post | Estimated CAM (11/2024) | C-272371 | No |
| 151.02 | trexltow | latefee | 5800-0000 | 6/11/2024 | 151.02 | 151.02 | 0.00 | :Late1 | Late Fee, 0.520833% of $28995.54 | C-249347 | No |
| -0.01 | trexltow | PYCam | 5150-0000 | 6/27/2024 | -0.01 | -0.01 | 0.00 | :CAM PostTran | PY CAM (01/2023 - 01/2023) | C-254151 | No |
| -2,818.68 | trexltow | PYCam | 5150-0000 | 6/27/2024 | -2,818.68 | -2,818.68 | 0.00 | :CAM PostTran | PY CAM (02/2023 - 12/2023) | C-254152 | No |
| 1,231.49 | trexltow | PYIns | 5150-0000 | 6/27/2024 | 1,231.49 | 1,231.49 | 0.00 | :CAM PostTran | PY Insurance (01/2023 - 01/2023) | C-254153 | No |
| 10,404.48 | trexltow | PYIns | 5150-0000 | 6/27/2024 | 10,404.48 | 10,404.48 | 0.00 | :CAM PostTran | PY Insurance (02/2023 - 12/2023) | C-254154 | No |
| 211.62 | trexltow | latefee | 5800-0000 | 7/11/2024 | 211.62 | 211.62 | 0.00 | :Late1 | Late Fee, 0.520833% of $40631.51 | C-255056 | No |
| 211.62 | trexltow | latefee | 5800-0000 | 8/11/2024 | 211.62 | 211.62 | 0.00 | :Late1 | Late Fee, 0.520833% of $40631.51 | C-259552 | No |
| 1,011.39 | trexltow | PassINS | 5220-0000 | 9/1/2024 | 1,011.39 | 1,011.39 | 0.00 | :Post | Pass Thru Insurance (09/2024) | C-262734 | No |
| 461.07 | trexltow | latefee | 5800-0000 | 9/11/2024 | 461.07 | 461.07 | 0.00 | :Late1 | Late Fee, 0.520833% of $88524.61 | C-264349 | No |
| 145.88 | trexltow | latefee | 5800-0000 | 10/11/2024 | 145.88 | 145.88 | 0.00 | :Late1 | Late Fee, 0.520833% of $28009.10 | C-269024 | No |
| 1,011.39 | trexltow | PassINS | 5220-0000 | 11/1/2024 | 1,011.39 | 1,011.39 | 0.00 | :Post | Pass Thru Insurance (11/2024) | C-272372 | No |
| -1,957.46 | trexltow | prepay | 4810-0000 | 8/7/2024 | -1,957.46 | -1,957.46 | | | Available Prepay | | No |
| -752.41 | trexltow | prepay | 4810-0000 | 10/2/2024 | -752.41 | -752.41 | | | Available Prepay | | No |
| | | | | TOTAL: | | 40,034.88 | | | | | |

*The total amount listed above does not include additional amounts that may accrue under the referenced lease prior to the date of assumption and assignment of the lease.

## BRUNSWICK LEASE/STORE NO. 1694

| Pay | Property | Charge Code | Account | Charge Date | Charge Amount | Amount Outstanding | Prior Paid | Ref | Notes | Charge | Auto Apply |
|---:|---|---|---|---:|---:|---:|---:|---|---|---|---|
| 0.01 | jacksonv | rent | 4500-0000 | 45474 | 17,778.13 | 0.01 | 17,778.12 | :Post | Rent (07/2024) | C-250791 | No |
| 17,778.13 | jacksonv | rent | 4500-0000 | 45505 | 17,778.13 | 17,778.13 | 0.00 | :Post | Rent (08/2024) | C-256376 | No |
| 17,778.13 | jacksonv | rent | 4500-0000 | 45536 | 17,778.13 | 17,778.13 | 0.00 | :Post | Rent (09/2024) | C-260878 | No |
| 17,778.13 | jacksonv | rent | 4500-0000 | 45597 | 17,778.13 | 17,778.13 | 0.00 | :Post | Rent (11/2024) | C-270529 | No |
| 622.23 | jacksonv | salestax | 2410-0000 | 45505 | 622.23 | 622.23 | 0.00 | :Post | Sales Tax for Rent (08/2024) | C-256377 | No |
| 500.00 | jacksonv | latefee | 5800-0000 | 45515 | 500.00 | 500.00 | 0.00 | :Late1 | Late Fee, 4% of $17778.14, Maximum $500.00 | C-259285 | No |
| 11,995.78 | jacksonv | PYIns | 5150-0000 | 45534 | 11,995.78 | 11,995.78 | 0.00 | :CAM PostTran | PY Insurance (01/2023 - 12/2023) | C-263662 | No |
| 839.70 | jacksonv | salestax | 2410-0000 | 45534 | 839.70 | 839.70 | 0.00 | :CAM PostTran | 7.00% Tax applied to Ctrl 263662 | C-263844 | No |
| 622.23 | jacksonv | salestax | 2410-0000 | 45536 | 622.23 | 622.23 | 0.00 | :Post | Sales Tax for Rent (09/2024) | C-260879 | No |
| 500.00 | jacksonv | latefee | 5800-0000 | 45576 | 500.00 | 500.00 | 0.00 | :Late1 | Late Fee, 4% of $47552.05, Maximum $500.00 | C-268790 | No |
| 622.23 | jacksonv | salestax | 2410-0000 | 45597 | 622.23 | 622.23 | 0.00 | :Post | Sales Tax for Rent (11/2024) | C-270530 | No |
| | | | | TOTAL: | | 69,036.57 | | | | | |

*The total amount listed above does not include additional amounts that may accrue under the referenced lease prior to the date of assumption and assignment of the lease, including attorneys' fees.