# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 JKS<br>Jointly Administered |

## CERTIFICATE OF SERVICE

    I, Gregory T. Donilon, hereby certify that on November 5, 2024, I caused a true and correct copy of the **Objection and Reservation of Rights of Brunswick MZL, LLC, Chili MZL, LLC, G&I X Trexler Town MZL, LLC and Jacksonville MZL, LLC to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts** to be served via CM/ECF upon all parties receiving such service and additionally upon the parties listed on the service list, attached hereto as **Exhibit A**.

Dated: November 5, 2024  
       Wilmington, Delaware

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*  
Gregory T. Donilon No. 4244  
1105 North Market Street, 15th Floor  
Wilmington, Delaware 19801  
Telephone: 302 504-7800  
Facsimile: 215 731-3740  
Email: gdonilon@mmwr.com

*Attorney for Landlords Brunswick MZL, LLC, Chili MZL, LLC, Jacksonville MZL, LLC and G&I X Trexler Town MZL, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC 6158; Big Lots, Inc. 9097; Big Lots Management, LLC 7948; Consolidated Property Holdings, LLC 0984; Broyhill LLC 7868; Big Lots Stores – PNS, LLC 5262; Big Lots Stores, LLC 6811; BLBO Tenant, LLC 0552; Big Lots Stores – CSR, LLC 6182; CSC Distribution LLC 8785; Closeout Distribution, LLC 0309; Durant DC, LLC 2033; AVDC, LLC 3400; GAFDC LLC 8673; PAFDC LLC 2377; WAFDC, LLC 6163; INFDC, LLC 2820; Big Lots eCommerce LLC 9612; and Big Lots F&S, LLC 3277. The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

# EXHIBIT A

## SERVICE LIST

**VIA EMAIL:**

| **Counsel to the Debtors** | **Counsel to the Term Agent** |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick, Esq.,<br>Adam L. Shpeen, Esq.,<br>Stephen D. Piraino, Esq.,<br>Jonah A. Peppiatt, Esq., and<br>Ethan Stern, Esq.<br>notice.biglots@davispolk.com | Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Attn: Chad B. Simon, Esq.<br>CSimon@otterbourg.com<br>James V. Drew, Esq.<br>JDrew@otterbourg.com<br>and Sarah L. Hautzinger, Esq.<br>shautzinger@otterbourg.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.,<br>Daniel B. Butz, Esq.,<br>Tamara K. Mann, Esq., and<br>Casey B. Sawyer, Esq.<br>biglots.mnat@morrisnichols.com, | and<br><br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: John H. Knight, Esq. knight@rlf.com |
| **Counsel to the ABL Agent** | **Proposed counsel to the Committee** |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola, Esq.<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>jmarshall@choate.com | McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Attn: Darren Azman, Esq.<br>dazman@mwe.com<br>and Kristin G. Going, Esq.<br>kgoing@mwe.com |
| Blank Rome LLP,<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Attn: Regina Stango Kelbon, Esq.<br>regina.kelbon@blankrome.com<br>and Stanley Tarr, Esq.<br>stanley.tarr@blankrome.com | and<br><br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto, Esq.<br>jalberto@coleschotz.com and<br>Stacy L. Newman, Esq.<br>snewman@coleschotz.com |

**Counsel to the Stalking Horse Bidder**

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Christopher Marcus, P.C.
cmarcus@kirkland.com
Douglas A. Ryder, P.C.
douglas.ryder@kirkland.com
and Nicholas M. Adzima
nicholas.adzima@kirkland.com

**The U.S. Trustee**
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Linda J. Casey linda.casey@usdoj.gov

6671124v1