**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BIG LOTS, INC., *et al.*,[1] | : | Case No: 24-11967 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | | **Re: D.I. No. 683, 454, 16** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**OBJECTION OF LANDLORD COLUMBIA PARK RETAIL OWNER, LLC TO NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS, UNEXPIRED LEASES AND CURE AMOUNTS**

Columbia Park Retail Owner, LLC, as successor-in-interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord ("Landlord") of Store No. 5323 located at 3129 Kennedy Blvd, North Bergen, New Jersey 07047 (the "Premises") under lease (the "Lease") with the above-captioned Debtor, by and through its undersigned counsel, files this objection to the *Notice Of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts* [D.I. No. 683] and restates its objection [D.I. No. 454] to *Motion for Entry of Final Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* [D.I. No. 16] and in support thereof states as follows.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Currently, the cure amount owed under the Lease totals no less than approximately $146,924.15, comprised of $88,424.85 Base Rent, $24,363.90 CAM and $34,135.38 RET. Landlord reserves all rights to amend or supplement this objection as well as any additional grounds for objection to the proposed assumption and assignment.

Dated: Wilmington, Delaware
       November 5, 2024

                                                  */s/ Michael J. Joyce*
                                                  Michael J. Joyce (No. 4563)
                                                  **JOYCE, LLC**
                                                  1225 King Street, Suite 800
                                                  Wilmington, DE 19801
                                                  (302)-388-1944
                                                  mjoyce@mjlawoffices.com

                                                  -and-

                                                  Andrew R. Gottesman , Esq.
                                                  **ROSENBERG & ESTIS, P.C.**
                                                  733 Third Avenue
                                                  New York, New York 10017
                                                  Tel: (212) 551-1273
                                                  agottesman@rosenbergestis.com


                                                  *Counsel to Columbia Park Retail Owner, LLC, as successor-in-interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord*