## **CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on November 5, 2024, I caused to be served the foregoing *Objection of Landlord Columbia Park Retail Owner, LLC to Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.

Dated: November 5, 2024

                                                                     *Michael J. Joyce*
                                                                     Michael J. Joyce

Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800,
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

| | |
|---|---|
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | |