**Part 6:** **Certain Payments or Transfers**

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value[1] |
|---|---|---|---|
| 13.1 GOLDEN MANTELLA, LLC<br>ONE MARITIME PLAZA, LLC – SUITE 2100<br>SAN FRANCISCO, CA 94111 | SALE OF A PARTICIPATION IN DEBTORS' CLAIMS UNDER CERTAIN OUTSTANDING THIRD-PARTY LITIGATION PURSUANT TO A PARTICIPATION AGREEMENT BY AND AMONG CERTAIN OF THE DEBTORS AND GOLDEN MANTELLA, LLC | 06/21/2024 | $29,843,783.00 |
| | | TOTAL | $29,843,783.00 |

[1] Total Amount or Value represents the purchase price of the assets.

**Fill in this information to identify the case and this filing:**

Debtor Name: Big Lots, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): 24-11967

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Amendment to Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/5/24
MM / DD / YYYY

✘ /s/ Jonathan Ramsden
Signature of individual signing on behalf of debtor

Jonathan Ramsden
Printed name

Executive Vice President, Chief Financial and Administrative Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors