| Part 6: | Certain Payments or Transfers |
|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value[1] |
|---|---|---|---|
| 13.1 BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (6420 20TH STREET, VERO BEACH, FL) | 08/25/2023 | $3,984,213.00 |
| 13.2 BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (23351 EUREKA ROAD, TAYLOR, MI) | 08/25/2023 | $3,601,291.00 |
| 13.3 BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER RED MOUNTAIN GROUP 1234 EAST 17TH STREET SANTA ANA, CA 92701 | REAL PROPERTY (126 W TROUTMAN PARKWAY, FORT COLLINS, CO) | 01/23/2023 | $2,392,000.00 |
| 13.4 BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER RED MOUNTAIN GROUP 1234 EAST 17TH STREET SANTA ANA, CA 92701 | REAL PROPERTY (5227 LAKEWOOD BLVD., LAKEWOOD, CA) | 01/23/2023 | $4,190,000.00 |
| 13.5 BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER RED MOUNTAIN GROUP 1234 EAST 17TH STREET SANTA ANA, CA 92701 | REAL PROPERTY (HOMER M ADAMS PARKWAY, ALTON, IL) | 01/23/2023 | $224,800.00 |

[1] Total Amount or Value represents the purchase price of the assets.

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

| | TOTAL | $14,392,304.00 |
|--|-------|----------------|

**Fill in this information to identify the case and this filing:**

Debtor Name  __Big Lots Stores, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): __24-11973__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Amendment to Statement of Financial Affairs__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/5/24__          ✘ __/s/ Jonathan Ramsden__
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

__Jonathan Ramsden__
Printed name

__Executive Vice President, Chief Financial and Administrative Officer__
Position or relationship to debtor