# Part 6: Certain Payments or Transfers

13. **Transfers not already listed on this statement**

   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value[1] |
|---|---|---|---|---|
| 13.1 | BEACH PROMENADE, LLC<br>21190 BEACH BLVD.<br>HUNTINGTON BEACH, CA 92648 | REAL PROPERTY (21082 BEACH BLVD, HUNTINGTON BEACH, CA) | 03/31/2023 | $4,374,000.00 |
| 13.2 | BIG MIFL1 OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O BLUE OWL REAL ESTATE CAPITAL LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (2100 SW 27TH AVENUE, MIAMI, FL) | 10/05/2023 | $5,684,570.00 |
| 13.3 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (14790 LA PAZ DRIVE, VICTORVILLE, CA) | 08/25/2023 | $3,649,916.00 |
| 13.4 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (56865 29 PALMS HWY, YUCCA VALLEY, CA) | 08/25/2023 | $2,587,763.00 |
| 13.5 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (1070 W. AVENUE K STE A, LANCASTER, CA) | 08/25/2023 | $3,792,752.00 |

[1] Total Amount or Value represents the purchase price of the assets.

**Part 6:** **Certain Payments or Transfers**

| | | | | |
|---|---|---|---|---|
| 13.6 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (1410 E. PLAZA BLVD., NATIONAL CITY, CA) | 08/25/2023 | $4,291,159.00 |
| 13.7 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (380 S. CHEROKEE LANE, LODI, CA) | 08/25/2023 | $2,841,525.00 |
| 13.8 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (610 LAS TUNAS DRIVE, ARCADIA, CA) | 08/25/2023 | $3,742,608.00 |
| 13.9 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY C/O OAK STREET REAL ESTATE CAPITAL, LLC 30 N. LASALLE ST., STE. 4140 CHICAGO, IL 60602 | REAL PROPERTY (299 BORCHARD DRIVE, VENTURA, CA) | 08/25/2023 | $3,829,221.00 |

| **Part 6:** | **Certain Payments or Transfers** | | | |
|---|---|---|---|---|
| 13.10 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (3003 W. MANCHESTER BLVD., INGLEWOOD, CA) | 08/25/2023 | $6,032,543.00 |
| 13.11 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (2900 W. ROSECRANS AVENUE, GARDENA, CA) | 08/25/2023 | $5,084,355.00 |
| 13.12 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (12550 CENTRAL AVENUE, CHINO, CA) | 08/25/2023 | $3,687,905.00 |
| 13.13 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (4895 E. KINGS CANYON ROAD, FRESNO, CA) | 08/25/2023 | $2,838,486.00 |

## Part 6:  Certain Payments or Transfers

| | | | | |
|---|---|---|---|---|
| 13.14 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (1815 W. SLAUSON AVENUE, LOS ANGELES, CA) | 08/25/2023 | $4,832,112.00 |
| 13.15 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (1990 S. ACADEMY BLVD., COLORADO SPRINGS, CO) | 08/25/2023 | $2,476,837.00 |
| 13.16 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (18325 S. DIXIE HWY, MIAMI, FL) | 08/25/2023 | $5,512,863.00 |
| 13.17 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (3161 E. TEXAS STREET, BOSSIER CITY, LA) | 08/25/2023 | $2,254,986.00 |

## Part 6: Certain Payments or Transfers

| | | | | |
|---|---|---|---|---|
| 13.18 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (2350 E. LOHMAN AVENUE, LAS CRUCES, NM) | 08/25/2023 | $3,282,189.00 |
| 13.19 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (1739 SW LOOP 410 STE. 200, SAN ANTONIO, TX) | 08/25/2023 | $3,646,877.00 |
| 13.20 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (2249 S. LOOP 288, DENTON, TX) | 08/25/2023 | $2,926,619.00 |
| 13.21 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (2865 VALLEY VIEW LANE, FARMERS BRANCH, TX) | 08/25/2023 | $2,286,896.00 |

## Part 6:    Certain Payments or Transfers

| | | | | |
|---|---|---|---|---|
| 13.22 | BIG PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG AVCA OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG DETX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG FBTX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; BIG SATX OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>C/O OAK STREET REAL ESTATE CAPITAL, LLC<br>30 N. LASALLE ST., STE. 4140<br>CHICAGO, IL 60602 | REAL PROPERTY (17575 FOOTHILL BOULEVARD, FONTANA, CA) | 08/25/2023 | $3,798,830.00 |
| 13.23 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (8125 SHERIDAN BLVD, ARVADA, CO) | 01/23/2023 | $1,951,000.00 |
| 13.24 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (635 N AZUSA AVENUE, WEST COVINA, CA) | 01/23/2023 | $2,691,000.00 |
| 13.25 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1730 NOGALES STREET, ROWLAND HEIGHTS, CA) | 01/23/2023 | $2,864,000.00 |
| 13.26 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (2155 PACIFIC COAST HWY, LOMITA, CA) | 01/23/2023 | $3,523,000.00 |
| 13.27 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1325 HUNTINGTON DRIVE, DUARTE, CA) | 01/23/2023 | $2,652,000.00 |
| 13.28 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1260 N LAKE AVENUE, PASADENA, CA) | 01/23/2023 | $3,273,000.00 |

| Part 6: | Certain Payments or Transfers | | | |
|---|---|---|---|---|
| 13.29 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1257 E YORBA LINDA BLVD., PLACENTIA, CA) | 01/23/2023 | $2,738,000.00 |
| 13.30 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (2093 E FLORIDA AVE, HEMET, CA) | 01/23/2023 | $2,054,000.00 |
| 13.31 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (26545 HIGHLAND AVENUE, HIGHLAND, CA) | 01/23/2023 | $1,332,000.00 |
| 13.32 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (17095 VALLEY BLVD, FONTANA, CA) | 01/23/2023 | $1,414,000.00 |
| 13.33 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (9008 FOOTHILL BLVD., RANCHO CUCAMONGA, CA) | 01/23/2023 | $1,540,000.00 |
| 13.34 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1655 EUCLID AVE., SAN DIEGO, CA) | 01/23/2023 | $2,297,000.00 |
| 13.35 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (1580 W VALLEY PKWY., ESCONDIDO, CA) | 01/23/2023 | $2,446,000.00 |

## Part 6: Certain Payments or Transfers

| | | | | |
|---|---|---|---|---|
| 13.36 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (2521 SOMERSVILLE RD., ANTIOCH, CA) | 01/23/2023 | $1,671,000.00 |
| 13.37 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (7991 AMADOR VALLEY BLVD., DUBLIN, CA) | 01/23/2023 | $2,410,000.00 |
| 13.38 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (8001 WEST LN., STOCKTON, CA) | 01/23/2023 | $1,379,000.00 |
| 13.39 | BL PORTFOLIO, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>ATTN: GEORGE F. DERRINGTON, CHIEF FINANCIAL OFFICER<br>RED MOUNTAIN GROUP<br>1234 EAST 17TH STREET<br>SANTA ANA, CA 92701 | REAL PROPERTY (3959 N ORACLE RD, TUCSON, AZ) | 01/23/2023 | $2,392,200.00 |
| 13.40 | ELEVATE HOUSING PARTNERS L.P., A CALIFORNIA LIMITED PARTNERSHIP<br>ATTN: GINA DACUS, EXECUTIVE DIRECTOR<br>515 CORTLAND AVENUE<br>SAN FRANCISCO, CA 94110 | REAL PROPERTY (3333 MISSION STREET, SAN FRANCISCO, CA) | 01/30/2024 | $2,050,000.00 |
| 13.41 | FIRESTONE CENTER PROPERTIES, LLC<br>ATTN: FRED HOURIANI AND AMIR HOURIANI<br>714 S. PLYMOUTH BLVD<br>LOS ANGELES, CA 90005 | REAL PROPERTY (9018-2020 FIRESTONE STREET, DOWNEY, CA) | 07/21/2023 | $4,926,000.00 |
| 13.42 | SOUTHWEST GROUP PROPERTIES<br>ATTN: FRED HOURIANI AND AMIR HOURIANI<br>714 S. PLYMOUTH BLVD<br>LOS ANGELES, CA 90005 | REAL PROPERTY (1821 TUSTIN STREET, ORANGE, CA) | 01/20/2023 | $2,675,000.00 |
| | | | TOTAL | $131,733,212.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Big Lots Stores - PNS, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): 24-11970

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Amendment to Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/5/24
MM / DD / YYYY

✗ */s/ Jonathan Ramsden*
Signature of individual signing on behalf of debtor

Jonathan Ramsden
Printed name

Executive Vice President, Chief Financial and Administrative Officer
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors