# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kimberly A. Brown, Esquire, hereby certify that a true and correct copy of the *Objection and Reservation of Rights of Divisions, Inc. to: (I) the Notice of (a) Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and (b) Cure Amounts; and (II) the Proposed Sale* was caused to be served on November 5, 2024 via ECF and/or electronic mail on the following parties:

| | |
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email : biglots@davispolk.com | Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Email: jventola@choate.com
　　　　jmarshall@choate.com
　　　　jslang@choate.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
**OTTERBOURG P.C.**
230 Park Avenue
New York, NY 10169
Email: CSimon@otterbourg.com
　　　　JDrew@otterbourg.com
　　　　shautzinger@otterbourg.com

Darren Azman, Esq.
Kristin G. Going, Esq.
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com
　　　　kgoing@mwe.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Email: cmarcus@kirkland.com
　　　　douglas.ryder@kirkland.com
　　　　nicholas.adzima@kirkland.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
**BLANK ROME LLP**
1201 N. Market Street, Suite 800,
Wilmington, DE 19801
Email: regina.kelbon@blankrome.com
　　　　stanley.tarr@blankrome.com

John H. Knight, Esq.
**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
Wilmington, DE 19801
Email: knight@rlf.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
　　　　snewman@coleschotz.com

Linda J. Casey
**U.S. TRUSTEE**
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Email: linda.casey@usdoj.gov

| | |
|---|---|
| Dated: November 5, 2024<br>Wilmington, Delaware | **Landis Rath & Cobb LLP**<br><br>*/s/ Kimberly A. Brown*<br>Kimberly A. Brown (No. 5138)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  brown@lrclaw.com<br>          brooks@lrclaw.com<br><br>--and--<br><br>A.J. Webb (*pro hac vice* pending)<br>Ohio Bar No. 0093655<br>**Frost Brown Todd LLP**<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>Email: awebb@fbtlaw.com<br><br>*Counsel to Divisions, Inc.* |