# Exhibit A

| Transaction | Transaction Date | Due Date | Days Late | Original Amount | Remaining Amount | Type | Ship To Acct | Class | Terms | Operating Unit | Delinquency Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58403813 | 1-Sep-24 | 1-Oct-24 | 31 | $ 33,544.77 | $ 33,544.77 | Location Detail | | Invoice | Net 30 | MOOD US | Delinquent |
| 58439355 | 1-Sep-24 | 1-Oct-24 | 31 | $ 506.13 | $ 506.13 | Location Detail | | Invoice | Net 30 | MOOD US | Delinquent |
| 5673961 | 26-Aug-24 | 25-Sep-24 | 37 | $ 18.25 | $ 18.25 | Equipment Only | 799663 | Invoice | Net 30 | MOOD US | Delinquent |
| 5671165 | 20-Aug-24 | 19-Sep-24 | 43 | $ 19.46 | $ 19.46 | Equipment Only | 486376 | Invoice | Net 30 | MOOD US | Delinquent |
| 5671229 | 20-Aug-24 | 19-Sep-24 | 43 | $ 106.96 | $ 106.96 | Equipment Only Inst | 410865 | Invoice | Net 30 | MOOD US | Delinquent |
| 5667364 | 12-Aug-24 | 11-Sep-24 | 51 | $ 406.01 | $ 406.01 | Service Invoice | 519462 | Invoice | Net 30 | MOOD US | Delinquent |
| 5665214 | 6-Aug-24 | 5-Sep-24 | 57 | $ 253.52 | $ 253.52 | Service Invoice | 536422 | Invoice | Net 30 | MOOD US | Delinquent |
| 58366125 | 1-Aug-24 | 31-Aug-24 | 62 | $ 34,074.51 | $ 34,049.99 | Location Detail | | Invoice | Net 30 | MOOD US | Delinquent |
| 5658675 | 29-Jul-24 | 28-Aug-24 | 65 | $ 142.50 | $ 142.50 | Service Invoice | 522710 | Invoice | Net 30 | MOOD US | Delinquent |
| 58365451 | 15-Jul-24 | 14-Aug-24 | 79 | $ 26.67 | $ 26.67 | Location Detail | 1959015 | Invoice | Net 30 | MOOD US | Delinquent |
| 58302061 | 1-Jul-24 | 31-Jul-24 | 93 | $ 34,050.24 | $ 34,025.93 | Location Detail | | Invoice | Net 30 | MOOD US | Delinquent |
| 2817888 | 19-Jun-24 | 19-Jun-24 | 135 | $ (17.94) | $ (17.94) | Credit Memo | 936954 | Credit Memo | | MOOD US | Current |
| 2622970 | 7-May-24 | 7-May-24 | 178 | $ (254.12) | $ (12.24) | Credit Memo | 517839 | Credit Memo | | MOOD US | Current |
| 10132222 | 16-Nov-23 | 16-Nov-23 | 351 | $ (65.93) | $ (47.36) | RMR Credit Memo | 1532424 | Credit Memo | | MOOD US | Current |
| 1615924 | 13-Jun-23 | 13-Jun-23 | 507 | $ (24.29) | $ (24.29) | RMR Credit Memo | | Credit Memo | | MOOD US | Current |
| | | | | $ 102,786.74 | $ 102,998.36 | | | | | | |