- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2024, I caused to be served true and correct copies of the foregoing *Cure Objection and Reservation of Rights of Connectria, LLC to Proposed Assumption and Assignment of Executory Contracts* by filing such objection with the Court's CM/ECF system and by service via Electronic Mail on the attached service list.

*/s/ Todd A. Atkinson*
Todd A. Atkinson (Del. Bar No. 4825)

## SERVICE LIST

| | |
|---|---|
| *Counsel to the Debtors*<br>Robert J. Dehney, Sr<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com | *Counsel to the Debtors*<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com |
| *The Committee*<br>Justin R. Alberto<br>Stacy L. Newman<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>           snewman@coleschotz.com | *The Committee*<br>Darren Azman<br>Kristen G. Going<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>           kgoing@mwe.com |
| *Counsel to the ABL Agent*<br>Regina Stango Kelbon<br>Stanley Tarr<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com<br>           stanley.tarr@blankrome.com | *Counsel to the ABL Agent*<br>John F. Ventola<br>Jonathan D. Marshall<br>Jacob S. Lang<br>**CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com<br>           jmarshall@choate.com<br>           jslang@choate.com |
| *Counsel to the Term Agent*<br>John H. Knight<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com | *Counsel to the Term Agent*<br>Chad B. Simon<br>James V. Drew<br>Sarah L. Hautzinger<br>**OTTERBOURG P.C.**<br>230 Park Avenue<br>New York, NY 10169<br>Email: CSimon@otterbourg.com<br>           JDrew@otterbourg.com<br>           SHautzinger@otterbourg.com |

- 8 -

| | |
|---|---|
| ***Office of the United States Trustee*** <br> ***for the District of Delaware*** <br> Linda J. Casey <br> Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: linda.casey@usdoj.gov | ***Counsel to the Stalking Horse Bidder*** <br> Christopher Marcus <br> Douglas A. Ryder <br> Nicholas M. Adzima <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Email: cmarcus@kirkland.com <br>             douglas.ryder@kirkland.com <br>             nicholas.adzima@kirkland.com |