# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Dawn M. Cica, Esq. of Carlyon Cica Chtd. to represent Tropicana Palm Plaza LLC, in this action.

Dated: November 6, 2024

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
**ROBINSON & COLE LLP**
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1705
Fax: (302) 516-1699
Email: jedmonson@rc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Nevada, the State of California, and the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 6, 2024

*/s/ Dawn M. Cica*
Dawn M. Cica, Esq.
**Carlyon Cica Chtd.**
265 E. Warm Springs Rd., Suite 107
Las Vegas, Nevada 89119
Tel: (702) 685-4444
Email: dcica@carlyoncica.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.