**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Lucian B. Murley, hereby certify that on November 6, 2024, I caused a copy of *Limited Objection of Tejas Corporation to Proposed Assumption and Assignment of Lease and Cure Costs* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                                  **SAUL EWING LLP**

                              By: */s/ Lucian B. Murley*
                                   Lucian B. Murley (DE Bar No. 4892)
                                   1201 N. Market Street, Suite 2300
                                   P. O. Box 1266
                                   Wilmington, DE 19899
                                   (302) 421-6898

Dated: November 6, 2024

**Service List**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
biglots.mnat@morrisnichols.com
*(Counsel to the Debtors and Debtors in Possession)*

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt, Esquire
Ethan Stern, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com
notice.biglots@davispolk.com
*(Counsel to the Debtors and Debtors in Possession)*

Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Sarah Carnes, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com
scarnes@coleschotz.com
*(Counsel to the Official Committee of Unsecured Creditors)*

Darren Azman, Esquire
Kristin K. Going, Esquire
McDermott Will& Emery
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com
*(Counsel to the Official Committee of Unsecured Creditors)*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Jacob S. Lang, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com
*(Counsel to the ABL Agent)*

Regina Stango Kelbon, Esquire
Stanley Tarr, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
*(Counsel to the ABL Agent)*

53324929.3

Chad B. Simon, Esquire
James V. Drew, Esquire
Sarah L. Hautzinger, Esquire
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com
(*Counsel to the Term Agent*)

John H. Knight, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com
(*Counsel to the Term Agent*)

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
(*Counsel to the Stalking Horse Bidder*)

2

53324929.3