# Exhibit A

**ROF Grandville: Ledger of Amounts Due**

```
Occupant:   Master Occupant: Big Lots              From 1/1/2000     to 10/31/2024
                                          Case 24-11967-JKS   Doc 934-1   Filed 11/06/24   Page 2 of 2
Master Occupant ID   BIGLO402             Balance Forward:           0.00
Address Id:                               Charges (Debit)    1,212,205.07
BldgId                                    Receipts (Credit)  -1,123,181.88
LeaseID                                   Prepaid:                   0.00
Income Category:     All                  Net                   89,023.19
Receipt Type Id      All                  Security Deposit           0.00
Rcpt Descriptor      All
```

| Cat | Date | BatchID | BldgId | Lease ID | Sr | Description | Charges (Debit) | Receipts (Credit) | Rcpt | RcptDesc | Base Open Amt | Invc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C  | 1/1/2023   | 00057729 | ROF402 | 001955 | CH | AUTOCHRG @T1/31/2023 @R | 3,535.41  | 3,434.66 | | | 100.75 | |
| C  | 1/1/2024   | 00061716 | ROF402 | 001955 | CH | AUTOCHRG @T1/31/2024 @R | 3,641.48  | 3,535.41 | | | 106.07 | |
| C  | 2/1/2024   | 00062200 | ROF402 | 001955 | CH | AUTOCHRG @T2/29/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 3/1/2024   | 00062504 | ROF402 | 001955 | CH | AUTOCHRG @T3/31/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 4/1/2024   | 00062657 | ROF402 | 001955 | CH | AUTOCHRG @T4/30/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 5/1/2024   | 00063141 | ROF402 | 001955 | CH | AUTOCHRG @T5/31/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 6/1/2024   | 00063486 | ROF402 | 001955 | CH | AUTOCHRG @T6/30/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 7/1/2024   | 00063939 | ROF402 | 001955 | CH | AUTOCHRG @T7/31/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 8/1/2024   | 00064383 | ROF402 | 001955 | CH | AUTOCHRG @T8/31/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 9/1/2024   | 00064785 | ROF402 | 001955 | CH | AUTOCHRG @T9/30/2024 | 3,641.48  | 3,641.47 | | | 0.01 | |
| C  | 10/1/2024  | 00065164 | ROF402 | 001955 | CH | AUTOCHRG @T10/31/2024 | 3,641.48 | 0.00 | | | 3,641.48 | |
| R  | 10/1/2024  | 00065164 | ROF402 | 001955 | CH | AUTOCHRG @T10/31/2024 | 18,130.00 | 0.00 | | | 18,130.00 | |
| RE | 10/17/2024 | 00065647 | ROF402 | 001955 | CH | JAN-SEPT 24 REC | 67,044.81 | 0.00 | | | 67,044.81 | |
| | | | | | | | =============== | =============== | | | | |
| | | | | | | | 125,125.02 | 36,101.83 | | | | |