# **Exhibit B**

**New Port Richey: Ledger of Amounts Due**

53297729.3

| | | | | | |
|---|---|---|---|---|---|
| **Master Occupant ID** | **BIGLOT44** | | **Balance Forward:** | | 0.00 |
| **Address Id:** | | | **Charges (Debit)** | | 5,702,431.61 |
| **BldgId** | | | **Receipts (Credit)** | | -5,632,469.28 |
| **LeaseID** | | | **Prepaid:** | | 0.00 |
| **Income Category:** | **All** | | **Net** | | 69,962.33 |
| **Receipt Type Id** | **All** | | **Security Deposit** | | 0.00 |
| **Rcpt Descriptor** | **All** | | | | |

| Cat | Date | BatchID | BldgId | Lease ID | Sr | Description | Charges (Debit) | Receipts (Credit) | Rcpt | RcptDesc | Base Open Amt | Invc |
|---|---|---|---|---|---|---|---:|---:|---|---|---:|---|
| CY | 5/17/2023 | 00059293 | 44 | 001938 | CH | 2022 Recovery Reconciliation | 3,026.10 | 0.00 | | | 3,026.10 | |
| IY | 5/17/2023 | 00059293 | 44 | 001938 | CH | 2022 Recovery Reconciliation | 4,494.60 | 0.00 | | | 4,494.60 | |
| RY | 5/17/2023 | 00059293 | 44 | 001303 | CH | 2022 Recovery Reconciliation | 946.65 | 0.00 | | | 946.65 | |
| RY | 10/25/2023 | 00061008 | 44 | 001938 | CH | 2023 Taxes | 16,208.75 | 0.00 | | | 16,208.75 | |
| IY | 5/21/2024 | 00063517 | 44 | 001938 | CH | Recovery Reconciliation 12/23 | 6,365.70 | 0.00 | | | 6,365.70 | |
| C | 10/1/2024 | 00065164 | 44 | 001938 | CH | AUTOCHRG @T10/31/2024 | 2,475.00 | 0.00 | | | 2,475.00 | |
| R | 10/1/2024 | 00065164 | 44 | 001938 | CH | AUTOCHRG @T10/31/2024 | 19,800.00 | 0.00 | | | 19,800.00 | |
| I | 10/17/2024 | 00065647 | 44 | 001938 | CH | JAN-SEPT 24 REC | 4,545.47 | 0.00 | | | 4,545.47 | |
| RE | 10/17/2024 | 00065647 | 44 | 001938 | CH | JAN-SEPT 24 REC | 12,100.06 | 0.00 | | | 12,100.06 | |
| | | | | | | | =============== | =============== | | | | |
| | | | | | | | 69,962.33 | 0.00 | | | | |