# Exhibit C

**Yukon Route 66: Ledger of Amounts Due**

Case 24-11967-JKS   Doc 934-3   Filed 11/06/24   Page 2 of 2

| | | |
|---|---|---|
| **Master Occupant ID** BIGLOT67 | **Balance Forward:** | 0.00 |
| **Address Id:** | **Charges (Debit)** | 3,856,993.77 |
| **BldgId** | **Receipts (Credit)** | -3,721,428.32 |
| **LeaseID** | **Prepaid:** | 0.00 |
| **Income Category:** All | **Net** | 135,565.45 |
| **Receipt Type Id** All | **Security Deposit** | 0.00 |
| **Rcpt Descriptor** All | | |

| Cat | Date | BatchID | BldgId | Lease ID | Sr | Description | Charges (Debit) | Receipts (Credit) | Rcpt | RcptDesc | Base Open Amt | Invc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IY | 9/30/2023 | 00060716 | 67 | 001084 | CH | 2022 RECOVERY RECONCILATION | 9,701.52 | 0.00 | | | 9,701.52 | 003965 |
| IY | 6/26/2024 | 00063972 | 67 | 001084 | CH | 2023 RECOVERY RECONCILIATION | 14,439.21 | 0.00 | | | 14,439.21 | 004330 |
| RY | 6/26/2024 | 00063972 | 67 | 001084 | CH | 2023 RECOVERY RECONCILIATION | 40,946.47 | 0.00 | | | 40,946.47 | 004330 |
| C | 10/1/2024 | 00065164 | 67 | 001084 | CH | AUTOCHRG @T10/31/2024 | 2,668.71 | 0.00 | | | 2,668.71 | |
| R | 10/1/2024 | 00065164 | 67 | 001084 | CH | AUTOCHRG @T10/31/2024 | 25,625.00 | 0.00 | | | 25,625.00 | |
| I | 10/16/2024 | 00065632 | 67 | 001084 | CH | JAN-SEPT RECOVERY RECONCILATI | 11,474.69 | 0.00 | | | 11,474.69 | |
| RE | 10/16/2024 | 00065632 | 67 | 001084 | CH | JAN-SEPT RECOVERY RECONCILATI | 30,709.85 | 0.00 | | | 30,709.85 | |
| | | | | | | | ============== | ============== | | | | |
| | | | | | | | 135,565.45 | 0.00 | | | | |