# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Lucian B. Murley, hereby certify that on November 6, 2024, I caused a copy of *ROF Grandville LLC, New Port Richey Development Company LLC, and Yukon Route 66 II, LLC's Limited Objection and Reservations of Rights to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: November 6, 2024

53297729.3

## Service List

| | |
|---|---|
| Robert J. Dehney, Sr., Esquire<br>Andrew R. Remming, Esquire<br>Daniel B. Butz, Esquire<br>Tamara K. Mann, Esquire<br>Casey B. Sawyer, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>biglots.mnat@morrisnichols.com<br>(*Counsel to the Debtors and Debtors in Possession*) | Justin R. Alberto, Esquire<br>Stacy L. Newman, Esquire<br>Sarah Carnes, Esquire<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br>scarnes@coleschotz.com<br>(*Counsel to the Official Committee of Unsecured Creditors*) |
| Brian M. Resnick, Esquire<br>Adam L. Shpeen, Esquire<br>Stephen D. Piraino, Esquire<br>Jonah A. Peppiatt, Esquire<br>Ethan Stern, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com<br>notice.biglots@davispolk.com<br>(*Counsel to the Debtors and Debtors in Possession*) | Darren Azman, Esquire<br>Kristin K. Going, Esquire<br>McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br>(*Counsel to the Official Committee of Unsecured Creditors*) |
| | John F. Ventola, Esquire<br>Jonathan D. Marshall, Esquire<br>Jacob S. Lang, Esquire<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com<br>(*Counsel to the ABL Agent*) |
| Linda Casey, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Regina Stango Kelbon, Esquire<br>Stanley Tarr, Esquire<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>(*Counsel to the ABL Agent*) |

Chad B. Simon, Esquire
James V. Drew, Esquire
Sarah L. Hautzinger, Esquire
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com
(*Counsel to the Term Agent*)

John H. Knight, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com
(*Counsel to the Term Agent*)

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
(*Counsel to the Stalking Horse Bidder*)

53297729.3