# EXHIBIT A

# NCR AGREEMENTS

|        | Title                                                                                                                  | Date     |
|--------|------------------------------------------------------------------------------------------------------------------------|----------|
| 1      | **CONFIDENTIALITY AGREEMENT**                                                                                          | 11.21.03 |
| 2      | **NCR MASTER SOLUTIONS AGREEMENT**                                                                                     | 12.23.03 |
| 2a     | **Addendum to the Master Solutions Agreement for Acquisition, Licensing & Ongoing Service (ALOGS Addendum)**           | 1.19.04  |
| 2b     | **Hardware Maintenance Services Addendum**                                                                             | 8.1.13   |
| 2bi    | Amendment No. 1                                                                                                        | 9.9.13   |
| 2bii   | Amendment No. 2                                                                                                        | 2.13.14  |
| 2biii  | Amendment No. 3                                                                                                        | 6.2.14   |
| 2biv   | Amendment No. 4                                                                                                        | 12.15.16 |
| 2bv    | Amendment No. 5                                                                                                        | 1.1.19   |
| 2bvi   | Amendment No. 6                                                                                                        | 1.1.22   |
| 2bvii  | Amendment No. 7                                                                                                        | 1.1.23   |
| 2bviii | Amendment No. 8                                                                                                        | 2.1.23   |
| 2bix   | Amendment No. 9                                                                                                        | 6.1.23   |
| 2bx    | Amendment No. 10                                                                                                       | 7.1.23   |
| 2c     | **NCR Deployment Services Statement of Work Big Lots New Store Rollout/GOB Project**                                   | 1.1.15   |
| 2d     | **NCR Deployment Services Statement of Work Big Lots Deployment** (dated May 25, 2023, effective 6.1.23)               | 6.1.23   |
| 2di    | Change Request to Big Lots POS Deployment SOW                                                                          | 6.25.24  |