### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Lisa Bittle Tancredi, do herby certify that on November 6, 2024, I caused a true and correct copy of the *Cure Objection and Reservation of Rights of NCR Voyix Corporation to Proposed Assumption and Assignment of Executory Contracts* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed on the attached service list via Electronic Mail.

                                        **WOMBLE BOND DICKINSON (US) LLP**

Dated: November 6, 2024           By: */s/ Lisa Bittle Tancredi*
Wilmington, Delaware               Matthew P. Ward (Del. Bar No. 4471)
                                        Lisa Bittle Tancredi (Del. Bar No. 4657)
                                        1313 North Market Street, Suite 1200
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 252-4320
                                        Facsimile: (302) 252-4330
                                        Email: matthew.ward@wbd-us.com
                                                                 lisa.tancredi@wbd-us.com

                                        *Counsel for NCR Voyix Corporation*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**SERVICE LIST**

| | |
|---|---|
| ***Counsel to the Debtors***<br>Robert J. Dehney, Sr<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com | ***Counsel to the Debtors***<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com |
| ***The Committee***<br>Justin R. Alberto<br>Stacy L. Newman<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>　　　　snewman@coleschotz.com | ***The Committee***<br>Darren Azman<br>Kristen G. Going<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>　　　　kgoing@mwe.com |
| ***Counsel to the ABL Agent***<br>Regina Stango Kelbon<br>Stanley Tarr<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com<br>　　　　stanley.tarr@blankrome.com | ***Counsel to the ABL Agent***<br>John F. Ventola<br>Jonathan D. Marshall<br>Jacob S. Lang<br>**CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com<br>　　　　jmarshall@choate.com<br>　　　　jslang@choate.com |
| ***Counsel to the Term Agent***<br>John H. Knight<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com | ***Counsel to the Term Agent***<br>Chad B. Simon<br>James V. Drew<br>Sarah L. Hautzinger<br>**OTTERBOURG P.C.**<br>230 Park Avenue<br>New York, NY 10169<br>Email: CSimon@otterbourg.com<br>　　　　JDrew@otterbourg.com<br>　　　　SHautzinger@otterbourg.com |

| | |
|---|---|
| ***Office of the United States Trustee for the District of Delaware*** <br> Linda J. Casey <br> Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: linda.casey@usdoj.gov | ***Counsel to the Stalking Horse Bidder*** <br> Christopher Marcus <br> Douglas A. Ryder <br> Nicholas M. Adzima <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Email: cmarcus@kirkland.com <br>       douglas.ryder@kirkland.com <br>       nicholas.adzima@kirkland.com |