# EXHIBIT A
## Landlords' Calculation of Cure Costs*

**Pre-Petition Rent:**

| $ | 33,911.17 | September 2024 Base Rent |
|---|---|---|
| $ | 6,457.77 | September 2024 CAM |
| $ | 11,464.35 | 2023 CAM Reconciliation |
| $ | 6,213.00 | 8/5/24 Balance on Ledger |

**Total Pre-Petition Rent Owing: $58,046.29**

**Post-Petition Rent:**

| $ | 0.01 | October 2024 CAM |
|---|---|---|
| $ | 33,911.17 | November 2024 Base Rent |
| $ | 6,457.77 | November 2024 CAM |
| $ | 16,101.71 | 2024-2025 Real Estate Property Taxes Installment #2 |

**Total Post-Petition Rent Owing: $56,470.66**

**GRAND TOTAL:  $114,516.95**

---------------------------

* Plus any additional rents, fees, costs, or other amounts that may become due, including reconciliation and attorneys' fees and costs.