**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

I, Alan M. Root, hereby certify that on November 6, 2024, I caused to be served true and correct copies of the ***Objection of Darnestown Road Property Limited Partnership to Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts*** (i) by CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) by electronic mail upon the parties listed on the attached service list.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated: November 6, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (DE Bar No. 5427)<br>1313 N. Market St., Suite 5400<br>Wilmington, Delaware 19801<br>Tel: (302) 295-0191<br>Email: root@chipmanbrown.com<br><br>-and-<br><br>**SPOTTS FAIN PC**<br>Neil E. McCullagh, Esq.<br>411 E. Franklin Street, Suite 600<br>Richmond, VA 23219<br>Tel: (804) 697-2064<br>Email: nmccullagh@spottsfain.com<br><br>*Counsel to Darnestown Road Property Limited Partnership* |

**SERVICE LIST**

**By Electronic Mail:**

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Morris, Nichols, Arsht & Tunnell LLP<br>Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com |
| Choate, Hall & Stewart LLP<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com | Blank Rome LLP<br>Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| Otterbourg P.C.<br>Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | Richards, Layton & Finger, P.A.<br>John H. Knight, Esq.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| McDermott Will & Emery LLP<br>Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Cole Schotz P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Kirkland & Ellis LLP<br>Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima<br>601 Lexington Avenue<br>New York, New York 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | U.S. Trustee<br>Attn: Linda J. Casey<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |