**Exhibit A**

# **EXHIBIT A-1**

**Kin No.**     **3245**
Location:     2323 NW 13th Street, Gainesville, Florida
Landlord:     Pasan LLC ("Landlord")
Tenant:     Big Lots Stores, LLC ("Big Lots")
Lease:     Lease Agreement dated February 11, 2013, originally by and between Pasan LLC, as Landlord, and Big Lots Stores, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.**     **5289**

**Claim:**

| | |
|---|---:|
| CAM – Est (7/2024) [$1,941.00 Due; $1,741.72 Paid] | $199.28 |
| Sales Tax CAM – Est (7/2024) [$67.94 Due; $60.96 Paid] | $6.98 |
| CAM – Est (8/2024) [$1,941.00 Due; $1,741.72 Paid] | $199.28 |
| Sales Tax CAM – Est (8/2024) [$67.94 Due; $60.96 Paid] | $6.98 |
| CAM – Est (9/2024) [$1,941.00 Due; $1,741.72 Paid] | $199.28 |
| Sales Tax CAM – Est (9/2024) [$67.94 Due; $60.96 Paid] | $6.98 |
| CAM – Est (10/2024) | $1,941.00 |
| Sales Tax CAM – Est (10/2024) | $67.94 |
| Rent (10/2024) | $15,549.50 |
| Sales Tax Rent (10/2024) | $544.23 |
| 2024 Insurance (Fire & Extended Coverage & Common Area Liability) | $28,282.49 |
| 2024 Real Estate Tax (pro rata share) | t/b/d |
| Sales Tax 2024 Real Estate Tax (pro rata share) | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Parking Lot / Walkways | $83,933.00 |
| Framing | $3,000.00 |
| Building Cladding / Exteriors | $35,475.00 |
| Roof | $9,000.00 |
| Fire and Life Safeway Systems | $1,000.00 |
| Accessibility | $500.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$182,211.94** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

## **EXHIBIT A-2**

**Kin No.**      3397
Location:       416 South Bridge Street, Auburn, Massachusetts
Landlord:       Esan LLC and Alisan LLC ("Landlord")
Tenant:         Big Lots Stores – PNS, LLC ("Big Lots")
Lease:          Lease dated November 13, 1978, originally by and between American Property Investors VIII, as Landlord, and Toys "R" Us, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.**    4691

**Claim:**

| | |
|---|---:|
| Rent (due 10/30/2024) | $9,074.83 |
| Rent (due 11/30/2024) | $9,074.83 |
| Real Estate Taxes (Fiscal Year) [installments remaining due 11/1/2024; 2/1/2025 and 5/1/2025] | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| Grading, Drainage and Site Landscaping | $30,000.00 |
| Parking Lot / Walkways | $42,000.00 |
| Site Lighting | $3,400.00 |
| Building Cladding / Exteriors | $57,125.00 |
| Fire and Life Safety Systems | $2,000.00 |
| Tenant Finishes | $500.00 |
| Inspection Costs – Blew | $2,600.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**<sup>*</sup> | **$155,774.66** |

---

<sup>*</sup>Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

## **EXHIBIT A-3**

**Kin No.    3400**
Location:       4555 16th Avenue, Moline, Illinois
Landlord:      Esan LLC ("Landlord")
Tenant:         Big Lots Stores – PNS, LLC ("Big Lots")
Lease:          Lease dated December 6, 1978, originally by and between American Property Investors VIII, as Landlord, and Toys "R" Us, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.    4696**

**Claim:**

| | |
|---|---:|
| Rent [9/2024] | $11,756.08 |
| Rent [11/2024] | $11,756.08 |
| 2023 Real Estate Taxes [4th Quarter due 11/6/2024] | $13,544.14 |
| 2024 Real Estate Taxes [Installments due 6/6/2025, 8/6/2025; 9/6/2025, & 11/6/2025] | t/b/d |
| Unpaid Percentage Rent | t/b/d |
| City of Moline [Stormwater 7/23/24 thru 9/25/24] (Landlord paid to void disconnection, Tenant to reimburse Landlord) | $1,234.53 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping | $2,200.00 |
| Parking Lot / Walkways | $80,120.00 |
| Building Cladding / Exteriors | $54,000.00 |
| Accessibility | $5,100.00 |
| Inspection Costs -- Blew | $2,600.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$181,076.30** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-4**

**Kin No.** 3539
Location: 5910 Eastex Freeway, Beaumont, Texas
Landlord: Alisue LLC and Fundamentals Company, Inc. ("Landlord")
Tenant: Big Lots Stores –PNS, LLC ("Big Lots")
Lease: Lease dated November 19, 1980, originally by and between Winthrop Partners 80, as Landlord, and Toys "R" Us, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.** 4697

**Claim:**

| | |
|---|---:|
| Rent [9/2024] | $17,056.66 |
| 2024 Real Estate Taxes [due 1/31/2025] | t/b/d |
| Unpaid Percentage Rent | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| Grading, Drainage and Site Landscaping | $1,250.00 |
| Ingress/Egress | $1,800.00 |
| Parking Lot / Walkways | $23,850.00 |
| Site Fencing and Retaining Walls | $750.00 |
| Building Cladding / Exteriors | $34,750.00 |
| Roof | $5,500.00 |
| Inspection Costs – Blew | $2,600.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$87,556.66** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-5**

| | |
|---|---|
| **Kin No.** | **7030** |
| Location: | 15351 E. Hampden Avenue, Aurora, Colorado |
| Landlord: | Oakland Realty Company, Inc. ("Landlord") |
| Tenant: | Big Lots Stores -- PNS, LLC ("Big Lots") |
| Lease: | Grocery Supermarket Lease dated December 1, 1974, originally by and between Corporate Property Investors LLC, as Lessor, and Safeway Stores, Incorporated, Inc., as Lessee, as amended and assigned ("Lease") |
| **Big Lots Store No.** | **4133** |

**Claim:**

| | |
|---|---|
| Rent (9/2024) | $4,620.83 |
| 2024 Real Estate Taxes [Due 2/28/2025 & 6/17/2025] | t/b/d |
| City of Aurora, CO Notice of Assessment & Lien dated 5/15/2024, Reception #E4030286 | $1,211.00 |
| City of Aurora, CO Notice of Assessment & Lien dated 7/11/2024, Reception #E4030286 | $1,060.23 |
| Unpaid Percentage Rent | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping | $1,000.00 |
| Parking / Walkways | $25,610.00 |
| Site Fencing and Retaining Walls | $2,500.00 |
| Building Cladding / Exteriors | $23,100.00 |
| Roof | $1,500.00 |
| Appurtenances | $1,500.00 |
| HVAC | $36,000.00 |
| Electrical | $75.00 |
| Fire and Life Safety Systems | $2,000.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):*** | **$102,477.06** |

---

* Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-6**

| | |
|---|---|
| **Kin No.** | **7071** |
| Location: | 825 West Centerville Road, Garland, Texas |
| Landlord: | Roseff LLC and Hall Properties Company ("Landlord") |
| Tenant: | Big Lots Stores -- PNS, LLC ("Big Lots") |
| Lease: | Lease dated September 1, 1976, originally by and between S.S. Properties Associates II, as Lessor, and Safeway Stores, Incorporated, as Lessee, as amended and assigned ("Lease") |
| **Big Lots Store No.** | **4140** |

**Claim:**

| | |
|---|---|
| Grounds/Landscaping (Joshua Shipman) – cleanup trash, mow & weed | 1,093.00 |
| Grounds/Landscaping (Joshua Shipman) – tree removal | 4,675.00, |
| Abate Violations (Cody Jay Franks Property Services) | $412.50 |
| 2024 Real Estate Taxes [Due 1/31/2025] | t/b/d |
| Unpaid Percentage Rent | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping | $2,200.00 |
| Parking Lot / Walkways | $5,350.00 |
| Building Cladding / Exteriors | $5,500.00 |
| Roof | $350,000.00 |
| Appurtenances | $350.00 |
| Doors and Windows | $250.00 |
| Fire and Life Safety Systems | $1,200.00 |
| Inspection Costs – Interior Climate Solutions | 514.19 |
| Inspection Costs – Blew | 2,600.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$374,144.69** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-7**

**Kin No.** 7091
Location: 875 Stateline Road, Southaven, Mississippi
Landlord: Kin Properties Inc. ("Landlord")
Tenant: Big Lots Stores, LLC ("Big Lots")
Lease: Agreement of Lease dated June 10, 2001, originally by and between Kin Properties Inc., as Landlord, and Big Lots Stores, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.** 1648

**Claim:**

| | |
|---|---:|
| Rent (9/2024) | $11,787.92 |
| Tax – Est (9/2024) | $2,536.72 |
| 2024 Real Estate Taxes [due 2/2025] [balance due – paid] | t/b/d |
| Release of Lien City of Southaven for Cleaning Private Property | 268.19 |
| Unpaid Percentage Rent | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping | $1,000.00 |
| Parking Lot / Walkways | $200,000.00 |
| Foundations | $3,500.00 |
| Building Cladding / Exteriors | $84,000.00 |
| Roof | $7,500.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$312,892.83** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-8**

**Kin No.     7100**
Location:      901 E. Langsford Road, Lees Summit, Missouri
Landlord:     Ft. Wayne Matador, Inc. ("Landlord")
Tenant:        Big Lots Stores, LLC ("Big Lots")
Lease:         Lease Agreement dated July 23, 2012, originally by and between Ft. Wayne Matador, Inc., as Landlord, and Big Lots Stores, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.     5264**

**Claim:**

| | |
|---|---:|
| Rent (9/2024) | $19,175.48 |
| 2024 Real Estate Taxes [due 12/31/2024] | t/b/d |
| Lien – The Waldinger Corporation | 3,932.44 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping | $3,500.00 |
| Parking Lot / Walkways | $71,880.00 |
| Framing | $5,000.00 |
| Building Cladding / Exteriors | $18,000.00 |
| Roof | $5,000.00 |
| Tenant Finishes | $2,500.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |

**TOTAL (not less than):**[*]                                                                                              **$131,287.92**

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

**EXHIBIT A-9**

**Kin No.        7104**
Location:     4400 South Broadway, Tyler, Texas
Landlord:     Aleff LLC, Aneff LLC and Jefan LLC ("Landlord")
Tenant:         Big Lots Stores -- PNS, LLC ("Big Lots")
Lease Agreement dated April 15, 1974, originally by and between Surmar Co., as Lessor, and Safeway Stores, Incorporated, as Lessee, as amended and assigned ("Lease")
**Big Lots Store No.    4145**

**Claim:**

| | |
|---|---:|
| 2024 Estate Taxes [due 1/31/2025] | t/b/d |
| Unpaid Percentage Rent | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre-and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Parking Lot / Walkways | $24,460.00 |
| Building Cladding / Exteriors | $32,070.00 |
| Roof | $6,000.00 |
| Tenant Finishes | $2,700.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees – Tayman Lane Chaverri LLP | t/b/d |
| **TOTAL (not less than):**[*] | **$67,530.00** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.