# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-11967 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) |
| BIG LOTS, INC., *et al.*, |  |
| Debtors. |  |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC withdraws as counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC (together, "Post").

PLEASE TAKE FURTHER NOTICE that Tydings & Rosenberg LLP hereby substitutes its appearance as counsel to Post in the above-captioned cases. Attorney Stephen B. Gerald should be added to all service lists, including the court's electronic notification list, in the above-captioned cases with the following contact information:

> Stephen B. Gerald
> TYDINGS & ROSENBERG LLP
> 200 Continental Drive, Suite 401
> Newark, Delaware 19713
> Telephone: (410) 752-9799
> Email: sgerald@tydings.com

6258800.1

Dated: November 6, 2024

| WHITEFORD TAYLOR & PRESTON LLP<br>Original Attorneys | TYDINGS & ROSENBERG LLP<br>Substituted Attorneys |
|---|---|
| By: /s/ Richard W. Riley | By: /s/ Stephen B. Gerald |
| Richard W. Riley (No. 4052)<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Email: rriley@wtplaw.com | Stephen B. Gerald (Bar No. 5857)<br>200 Continental Drive, Suite 401<br>Newark, Delaware 19713<br>Telephone: (410) 752-9799<br>Email: sgerald@tydings.com |

Dated: November 6, 2024
       Wilmington, Delaware

Respectfully submitted,

TYDINGS & ROSENBERG LLP

/s/  Stephen B. Gerald
Stephen B. Gerald (Bar No. 5857)
200 Continental Drive, Suite 401
Newark, Delaware 19713
Telephone: (410) 752-9799
Email: sgerald@tydings.com

*Attorneys for Post Consumer Brands, LLC and Post Brands Pet Care, LLC*

**CERTIFICATE OF SERVICE**

      I, Stephen B. Gerald, do hereby certify that on the 6th day of November, 2024, I caused a copy of the foregoing Substitution of Appearance to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

      /s/     Stephen B. Gerald
      Stephen B. Gerald (DE No. 5857)