# EXHIBIT 1

| Landlord | Shopping Center | Location | Store No. |
|---|---|---|---|
| **2413 Brewerton Road Plaza LLC** | | | |
| 2413 Brewerton Road Plaza LLC | 2413 Brewerton Road | Mattydale, NY | 1217 Lease |
| 2413 Brewerton Road Plaza LLC | 2413 Brewerton Road | Mattydale, NY | 1217 Storage |
| **Benenson Capital Partners LLC** | | | |
| 3801 Washington Blvd Co. LLC | 3801 Washington Boulevard | South Ogden, UT | 4108 |
| 1980 Ridge Rd Co. LLC | 1980 Ridge Road | West Seneca, NY | 1520 |
| **CRI New Albany Square LLC** | | | |
| CRI New Albany Square LLC | New Albany Square | Gahanna, OH | 5447 |
| **DLC Management Corporation** | | | |
| Mid-Valley Improvements Owner LLC | Mid Valley Mall | Newburgh, NY | 5492 |
| Imperial Improvements, LLC | Imperial Plaza | Wappingers Falls, NY | 1396 |
| **Gibraltar Management Co., Inc.** | | | |
| GBR Neighborhood Road Limited Liability Company; Kingston Center L.P.; Kingshop Co., LLC | Kingston Plaza | Kingston, NY | 4757 |
| GBR Spencerport Limited Liability Company; Brockport 31 L.P. | Brockport Plaza | Brockport, NY | 5135 |
| GBR Erwin One Limited Liability Company; Corning Erwin Holdings L.P. | Corning Plaza | Painted Post (Corning), NY | 5294 |
| GBR Ephrata Limited Liability Company; Ephrata Holdings L.P. | Ephrata Plaza | Ephrata, PA | 5282 |
| GBR Greeneville Limited Liability Company; Greeneville Holdings L.P.; Green Sky LLC | Greeneville | Greeneville, TN | 1235 |
| GBR Morelock Limited Liability Company; Morristown Holdings L.P.; WLR Morristown, LLC | Morristown | Morristown, TN | 1052 |
| GBR Green Acres Limited Liability Company; LJG Greenwich NY LLC | Greenwich (Kmart Plaza) | Greenwich, NY | 4714 |
| GBR Market Street Limited Liability Company; Potsdam Holdings L.P. | Potsdam Plaza | Potsdam, NY | 5192 |
| **National Realty & Development Corp.** | | | |
| Salisbury Holdings, L.P.; GBR Cedar Lane Limited Liability Company | Fruitland Center | Salisbury, MD | 1581 |
| GBR West Main Limited Liability Company; WLR Waynesboro LLC | Waynesboro Plaza | Waynesboro, VA | 5339 |
| **Rivercrest Realty Associates, LLC** | | | |
| Lexington (Village), UY, LLC | Lexington Village Shopping Center | Lexington, SC | 5422 |
| Winston-Salem (Hanes), LLC | Hanes Commons | Winston-Salem, NC | 5386 |
| **Wheeler REIT, LP** | | | |
| WHLR - Franklin Village, LLC | Franklin Village | Kittanning, PA | 1740 |
| Cedar-Timpany, LLC | Timpany Plaza | Gardner, MA | 1802 |
| Cedar-Webster, LLC | Webster Commons | Webster, MA | 4669 |
| WHLR - Rivergate, LLC | Rivergate Shopping Center | Macon, GA | 5445 |

30044792.1