# **EXHIBIT 2**

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount | As of |
|---|---|---|---|---|---|---|
| **2413 Brewerton Road Plaza LLC** | | | | | | |
| 2413 Brewerton Road Plaza LLC | 2413 Brewerton Road | Mattydale, NY | 1217 Lease | $19,719.34 | $19,719.34 ** | 11/4/2024 |
| 2413 Brewerton Road Plaza LLC | 2413 Brewerton Road | Mattydale, NY | 1217 Storage | $0.00 | $0.00 ** | 11/4/2024 |
| **Benenson Capital Partners LLC - Appendix A** | | | | | | |
| 3801 Washington Blvd Co. LLC | 3801 Washington Boulevard | South Ogden, UT | 4108 | $2,120.83 | $4,241.66 | 11/1/2024 |
| 1980 Ridge Rd Co. LLC | 1980 Ridge Road | West Seneca, NY | 1520 | $32,165.93 | $57,045.22 | 11/1/2024 |
| **CRI New Albany Square LLC - Appendix B** | | | | | | |
| CRI New Albany Square LLC | New Albany Square | Gahanna, OH | 5447 | $32,142.28 | $57,153.40 | 11/4/2024 |
| **DLC Management Corporation - Appendix C** | | | | | | |
| Mid-Valley Improvements Owner LLC | Mid Valley Mall | Newburgh, NY | 5492 | $0.00 | $181,182.08 * | 11/4/2024 |
| Imperial Improvements, LLC | Imperial Plaza | Wappingers Falls, NY | 1396 | $70,274.75 | $102,347.88 | 11/4/2024 |
| **Gibraltar Management Co., Inc. - Appendix D** | | | | | | |
| GBR Neighborhood Road Limited Liability Company; Kingston Center L.P.; Kingshop Co., LLC | Kingston Plaza | Kingston, NY | 4757 | $36,687.42 | $73,373.06 | 11/5/2024 |
| GBR Spencerport Limited Liability Company; Brockport 31 L.P. | Brockport Plaza | Brockport, NY | 5135 | $14,527.80 | $29,055.60 | 11/5/2024 |
| GBR Erwin One Limited Liability Company; Corning Erwin Holdings L.P. | Corning Plaza | Painted Post (Corning), NY | 5294 | $15,595.44 | $35,230.09 | 11/5/2024 |
| GBR Ephrata Limited Liability Company; Ephrata Holdings L.P. | Ephrata Plaza | Ephrata, PA | 5282 | $15,643.83 | $33,766.28 | 11/5/2024 |
| GBR Greeneville Limited Liability Company; Greeneville Holdings L.P.; Green Sky LLC | Greeneville | Greeneville, TN | 1235 | $11,324.54 | $22,649.08 | 11/5/2024 |
| GBR Morelock Limited Liability Company; Morristown Holdings L.P.; WLR Morristown, LLC | Morristown | Morristown, TN | 1052 | $8,887.50 | $17,775.00 | 11/5/2024 |
| GBR Green Acres Limited Liability Company; LJG Greenwich NY LLC | Greenwich (Kmart Plaza) | Greenwich, NY | 4714 | $9,289.04 | $18,759.35 | 11/5/2024 |
| GBR Market Street Limited Liability Company; Potsdam Holdings L.P. | Potsdam Plaza | Potsdam, NY | 5192 | $18,828.85 | $37,657.70 | 11/5/2024 |
| **National Realty & Development Corp. - Appendix E** | | | | | | |
| Salisbury Holdings, L.P.; GBR Cedar Lane Limited Liability Company | Fruitland Center | Salisbury, MD | 1581 | $56,771.86 | $79,756.90 | 11/4/2024 |
| GBR West Main Limited Liability Company; WLR Waynesboro LLC | Waynesboro Plaza | Waynesboro, VA | 5339 | $17,205.44 | $34,410.88 | 11/4/2024 |
| **Rivercrest Realty Associates, LLC - Appendix F** | | | | | | |
| Lexington (Village), UY, LLC | Lexington Village Shopping Center | Lexington, SC | 5422 | $20,603.83 | $44,914.87 | 11/4/2024 |
| Winston-Salem (Hanes), LLC | Hanes Commons | Winston-Salem, NC | 5386 | $81,559.81 | $99,878.89 | 11/4/2024 |
| **Wheeler REIT, LP - Appendix G** | | | | | | |
| WHLR - Franklin Village, LLC | Franklin Village | Kittanning, PA | 1740 | $24,996.96 | $64,243.60 | 11/5/2024 |
| Cedar-Timpany, LLC | Timpany Plaza | Gardner, MA | 1802 | $21,474.58 | $36,005.64 | 11/5/2024 |
| Cedar-Webster, LLC | Webster Commons | Webster, MA | 4669 | $25,391.90 | $124,272.22 | 11/5/2024 |
| WHLR - Rivergate, LLC | Rivergate Shopping Center | Macon, GA | 5445 | $22,137.50 | $48,747.95 | 11/5/2024 |

*  Amount subject to change and additional charges being determined, including, but not limited to, RCD date change and recently billed real estate taxes.

** Amounts subject to change and additional charges being determined, including, but not limited to, utility statements.

# **Appendix A**

| Database: | Q67499900001 | | | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Benenson Capital Partners LLC | | | Date: | 10/29/2024 |
| BLDG: | 408000 | | | | UT South Ogden  3801 Washington Blvd | | | Time: | 11:40 AM |
| | | | | | Date:  11/1/2024 | | | | |

| Invoice Date | Income Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 408000-001181 | | Occupant: | **BIG LOTS** | | Master Occupant Id: 0000016: | | Day Due: 1 | Delq Day: | 5 |
| | | Legal Name: | Big Lots 6142783353 | | 0101 Current | | Last Payment: 10/4/2024 | | 4,241.66 |
| 09/01/2024 | 001 | BASE RENT | CH | 2,120.83 | 0.00 | 0.00 | 2,120.83 | 0.00 | 0.00 |
| 11/01/2024 | 001 | BASE RENT | CH | 2,120.83 | 2,120.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 001 | BASE RENT | | 4,241.66 | 2,120.83 | 0.00 | 2,120.83 | 0.00 | 0.00 |
| | **BIG LOTS Total:** | | | **4,241.66** | **2,120.83** | **0.00** | **2,120.83** | **0.00** | **0.00** |
| | 001 | BASE RENT | | 4,241.66 | 2,120.83 | 0.00 | 2,120.83 | 0.00 | 0.00 |
| | **BLDG 408000 Total:** | | | **4,241.66** | **2,120.83** | **0.00** | **2,120.83** | **0.00** | **0.00** |
| | 001 | BASE RENT | | 4,241.66 | 2,120.83 | 0.00 | 2,120.83 | 0.00 | 0.00 |
| | **Grand Total:** | | | 4,241.66 | 2,120.83 | 0.00 | 2,120.83 | 0.00 | 0.00 |

| Database: | Q67499900001 | | Aged Delinquencies | | | | Page: | 1 |
| BLDG: | 406215 | | Benenson Capital Partners LLC | | | | Date: | 10/29/2024 |
| | | | NY West Seneca 1980 Ridge Road | | | | Time: | 11:41 AM |
| | | | Date: 11/1/2024 | | | | | |

| Invoice Date | Income Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**406215-001156**   Occupant: **Big Lots**   Master Occupant Id: 0000083..   Day Due: 1   Delq Day: 5
Legal Name: Big Lots Stores, Inc.   0101   Current   Last Payment: 10/28/2024 127,032.04

| Invoice Date | Income Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 03/26/2024 | 184 | CAM RECONCILIATION | CH | 7,713.36 | 0.00 | 0.00 | 0.00 | 0.00 | 7,713.36 |
| 09/01/2024 | 001 | BASE RENT | CH | 21,958.93 | 0.00 | 0.00 | 21,958.93 | 0.00 | 0.00 |
| 09/01/2024 | 020 | COMMON AREA MAINT. | CH | 2,707.00 | 0.00 | 0.00 | 2,707.00 | 0.00 | 0.00 |
| 11/01/2024 | 001 | BASE RENT | CH | 21,958.93 | 21,958.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/2024 | 020 | COMMON AREA MAINT. | CH | 2,707.00 | 2,707.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 001 | BASE RENT | | 43,917.86 | 21,958.93 | 0.00 | 21,958.93 | 0.00 | 0.00 |
| | 020 | COMMON AREA MAINT. | | 5,414.00 | 2,707.00 | 0.00 | 2,707.00 | 0.00 | 0.00 |
| | 184 | CAM RECONCILIATION | | 7,713.36 | 0.00 | 0.00 | 0.00 | 0.00 | 7,713.36 |
| **Big Lots Total:** | | | | **57,045.22** | **24,665.93** | **0.00** | **24,665.93** | **0.00** | **7,713.36** |
| | 001 | BASE RENT | | 43,917.86 | 21,958.93 | 0.00 | 21,958.93 | 0.00 | 0.00 |
| | 020 | COMMON AREA MAINT. | | 5,414.00 | 2,707.00 | 0.00 | 2,707.00 | 0.00 | 0.00 |
| | 184 | CAM RECONCILIATION | | 7,713.36 | 0.00 | 0.00 | 0.00 | 0.00 | 7,713.36 |
| **BLDG 406215 Total:** | | | | **57,045.22** | **24,665.93** | **0.00** | **24,665.93** | **0.00** | **7,713.36** |
| | 001 | BASE RENT | | 43,917.86 | 21,958.93 | 0.00 | 21,958.93 | 0.00 | 0.00 |
| | 020 | COMMON AREA MAINT. | | 5,414.00 | 2,707.00 | 0.00 | 2,707.00 | 0.00 | 0.00 |
| | 184 | CAM RECONCILIATION | | 7,713.36 | 0.00 | 0.00 | 0.00 | 0.00 | 7,713.36 |
| **Grand Total:** | | | | 57,045.22 | 24,665.93 | 0.00 | 24,665.93 | 0.00 | 7,713.36 |

# **Appendix B**

**CRI New Albany Square LLC**

BIG LOTS #5447

| Cat | Date | Building ID | Lease ID | Src | Description | Charges | Receipts | Type | Descriptor | Balance |
|-----|------|-------------|----------|-----|-------------|---------|----------|------|------------|---------|
| 18 | 8/15/2024 | 103001 | HO1324 | CH | Insurance Reconciliation 12/24 | 7,131.16 | 0.00 | | | 7,131.16 |
| 1 | 9/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T9/30/2024 | 21,333.33 | 0.00 | | | 28,464.49 |
| 2 | 9/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T9/30/2024 | 3,677.79 | 0.00 | | | 32,142.28 |
| 1 | 10/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T10/31/2024 | 21,333.33 | 0.00 | | | 53,475.61 |
| 2 | 10/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T10/31/2024 | 3,677.79 | 0.00 | | | 57,153.40 |
| 1 | 10/4/2024 | 103001 | HO1324 | CR | Receipt | 0.00 | -21,333.33 | CHK | 954232 | 35,820.07 |
| 2 | 10/4/2024 | 103001 | HO1324 | CR | Receipt | 0.00 | -3,677.79 | CHK | 954232 | 32,142.28 |
| 1 | 11/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T11/30/2024 | 21,333.33 | 0.00 | | | 53,475.61 |
| 2 | 11/1/2024 | 103001 | HO1324 | CH | AUTOCHRG @T11/30/2024 | 3,677.79 | 0.00 | | | 57,153.40 |

# **Appendix C**

| Database: | DLCMANAGE | | Aged Delinquencies | | | Page: | 2 |
| | | | DLC Management Corp | | | Date: | 11/4/2024 |
| BLDG: | 229 | | MID-VALLEY IMPROVEMENTS OWNER LLC | | | Time: | 12:46 PM |
| | | | Date: 11/4/2024 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**229-008007**  **Big Lots**    Master Occupant Id: 229BigLo-1    Day Due: 1  Delq Day: 10
  009   Current    Last Payment: 10/2/2024  70,300.14

| Invoice Date | Cat | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2024 | 285 | RE TAX ANNUAL C/B | CH | 1,719.84 | 0.00 | 1,719.84 | 0.00 | 0.00 | 0.00 |
| 10/2/2024 | 285 | RE TAX ANNUAL C/B | CH | 28,062.21 | 0.00 | 28,062.21 | 0.00 | 0.00 | 0.00 |
| 10/21/2024 | 100 | BASE RENT | CH | 19,280.63 | 19,280.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/21/2024 | 100 | BASE RENT | CH | 1,865.87 | 1,865.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/21/2024 | 200 | CAM | CH | 4,152.75 | 4,152.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/21/2024 | 200 | CAM | CH | 401.88 | 401.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/25/2024 | 999 | UNAPPLIED PAYMENTS | CR | -82.36 | -82.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | 100 | BASE RENT | CH | 19,280.63 | 19,280.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | 200 | CAM | CH | 4,152.75 | 4,152.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Big Lots Total:** | | 78,834.20 | 49,052.15 | 29,782.05 | 0.00 | 0.00 | 0.00 |
| | | **BLDG 229 Total:** | | 78,834.20 | 49,052.15 | 29,782.05 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 181,182.08 | 81,125.28 | 29,782.05 | 32,073.13 | 32,073.13 | 6,128.49 |

| Database: | DLCMANAGE | | Aged Delinquencies | | | | Page: | | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | DLC Management Corp | | | | Date: | | 11/4/2024 |
| BLDG: | 025 | | IMPERIAL IMPROVEMENTS LLC | | | | Time: | | 12:46 PM |
| | | | Date: 11/4/2024 | | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 025-005427 | **BIG LOTS INC-Gross(10.1.18)** | | | Master Occupant Id: BIG INC-2 | | | Day Due: 1 | Delq Day: | 10 |
| | Sherri Ralls | | | 5 | Current | | Last Payment: | 10/2/2024 | 64,146.26 |
| | (614) 278-6625 | | | | | | | | |
| 10/7/2019 | 700 | REPAIRS AND MAINTENANC | CH | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| 10/25/2019 | 700 | REPAIRS AND MAINTENANC | CH | 1,556.83 | 0.00 | 0.00 | 0.00 | 0.00 | 1,556.83 |
| 2/15/2022 | 700 | REPAIRS AND MAINTENANC | CH | 2,846.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2,846.66 |
| 8/1/2024 | 100 | BASE RENT | CH | 32,073.13 | 0.00 | 0.00 | 0.00 | 32,073.13 | 0.00 |
| 9/1/2024 | 100 | BASE RENT | CH | 32,073.13 | 0.00 | 0.00 | 32,073.13 | 0.00 | 0.00 |
| 11/1/2024 | 100 | BASE RENT | CH | 32,073.13 | 32,073.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **BIG LOTS INC-Gross(10.1.18) Total:** | | | 102,347.88 | 32,073.13 | 0.00 | 32,073.13 | 32,073.13 | 6,128.49 |
| | **BLDG 025 Total:** | | | 102,347.88 | 32,073.13 | 0.00 | 32,073.13 | 32,073.13 | 6,128.49 |

# **Appendix D**

**UNPAID CHARGES**



**GIBRALTAR**
*REAL ESTATE & DEVELOPMENT*

150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
PNS Stores, Inc. (d/b/a Big Lots) #4757
4900 E. Dublin Granville Road
Columbs, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** PNS Stores, Inc. (d/b/a Big Lots)
1335-1399 Ulster Ave. Rt 9 W
Kingston, NY 12401

| Date | 11/05/2024 |
|---|---|
| Tenant ID | t0000338 |
| Property ID | ny5650 |

| | | | Unpaid Charge Details | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | **Post Month** | **Control No.** | **Description** | **Charges** | **Payments** | **Amount Owed** |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 12/01/2022 | 12/2022 | C-32030 | CAM Recovery (08/2022 - 12/2022) | -1.78 | 0.00 | -1.78 |
| 09/01/2024 | 09/2024 | C-34559 | Common Area Maintenance (09/2024) | 6,020.75 | 0.00 | 6,020.75 |
| 09/01/2024 | 09/2024 | C-34560 | Base Monthly rent (09/2024) | 30,666.67 | 0.00 | 30,666.67 |
| 11/01/2024 | 11/2024 | C-35759 | Common Area Maintenance (11/2024) | 6,020.75 | 0.00 | 6,020.75 |
| 11/01/2024 | 11/2024 | C-35760 | Base Monthly rent (11/2024) | 30,666.67 | 0.00 | 30,666.67 |
| | | | **Total** | **73,373.06** | **0.00** | **73,373.06** |

------------------------------------------------------------------------------------------

**Remittance Advice**                                              (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| PNS Stores, Inc. (d/b/a Big Lots) #4757<br>4900 E. Dublin Granville Road<br><br>Columbs, OH, 43081-7651 | **Tenant ID** | t0000338 |
| | **Property** | ny5650 |
| | **Payment Date** | /   / |
| | **Payment Amount** | $ 73,373.06 |

*Thank you for your prompt payment*

**UNPAID CHARGES**



**GIBRALTAR**
*REAL ESTATE & DEVELOPMENT*

150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots Stores, Inc. d/b/a Big Lots (#5135)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.
6517 Brockport Spencerport Rd
Brockport, NY 14420

| | |
|---|---|
| **Date** | 11/05/2024 |
| **Tenant ID** | t0000057 |
| **Property ID** | ny5050 |

| Unpaid Charge Details | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | **Post Month** | **Control No.** | **Description** | **Charges** | **Payments** | **Amount Owed** |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 09/01/2024 | 09/2024 | C-34484 | Base Monthly rent (09/2024) | 14,527.80 | 0.00 | 14,527.80 |
| 11/01/2024 | 11/2024 | C-35681 | Base Monthly rent (11/2024) | 14,527.80 | 0.00 | 14,527.80 |
| | | | **Total** | **29,055.60** | **0.00** | **29,055.60** |

----------------------------------------------------------------------------------------

**Remittance Advice**                                            (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots Stores, Inc. d/b/a Big Lots (#5135) | **Tenant ID** | t0000057 |
| Big Lots Stores, Inc. d/b/a Big Lots (#5135) | **Property** | ny5050 |
| 4900 E. Dublin Granville Road | **Payment Date** | /      / |
| | **Payment Amount** | $ 29,055.60 |
| Columbus, OH, 43081-7651 | | |

*Thank you for your prompt payment*

**UNPAID CHARGES**



**GIBRALTAR**
*REAL ESTATE & DEVELOPMENT*

150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots Stores, Inc. d/b/a Big Lots (Store #5294)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.
86-98 Victory Hwy
Corning, NY 14830

| | |
|---|---|
| **Date** | 11/05/2024 |
| **Tenant ID** | t0000274 |
| **Property ID** | ny6800 |

| | | | Unpaid Charge Details | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | **Post Month** | **Control No.** | **Description** | **Charges** | **Payments** | **Amount Owed** |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 05/07/2024 | 05/2024 | C-32620 | RoofConnect Inv.#562658 2/12/24 | 1,118.00 | 0.00 | 1,118.00 |
| 09/01/2024 | 09/2024 | C-34825 | Base Monthly rent (09/2024) | 15,595.44 | 0.00 | 15,595.44 |
| 10/08/2024 | 10/2024 | C-35618 | County Tax Recovery (01/2024 - | 2,921.21 | 0.00 | 2,921.21 |
| 11/01/2024 | 11/2024 | C-36028 | Base Monthly rent (11/2024) | 15,595.44 | 0.00 | 15,595.44 |
| | | | **Total** | **35,230.09** | **0.00** | **35,230.09** |

------------------------------------------------------------------------------------

**Remittance Advice**                                         (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots Stores, Inc. d/b/a Big Lots (Store #5294) | **Tenant ID** | t0000274 |
| Big Lots Stores, Inc. d/b/a Big Lots (Store #5294) | **Property** | ny6800 |
| 4900 E. Dublin Granville Road | **Payment Date** | /    / |
| | **Payment Amount** | $ 35,230.09 |
| Columbus, OH, 43081-7651 | | |

*Thank you for your prompt payment*

**UNPAID CHARGES**


**GIBRALTAR**
REAL ESTATE & DEVELOPMENT

150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots Stores, Inc. d/b/a Big Lots (Store # 5282)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.
385 N Reading Rd
Ephrata, PA 17522

| Date | 11/05/2024 |
|---|---|
| Tenant ID | t0000296 |
| Property ID | pa7900 |

| Unpaid Charge Details | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Date | Post Month | Control No. | Description | Charges | Payments | Amount Owed |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 02/22/2024 | 02/2024 | C-31262 | CAM Recovery (01/2023 - 12/2023) | 646.24 | 0.00 | 646.24 |
| 08/29/2024 | 08/2024 | C-34926 | School Tax Recovery (07/2024 - 06/2025) | 1,832.38 | 0.00 | 1,832.38 |
| 09/01/2024 | 09/2024 | C-34855 | Base Monthly rent (09/2024) | 15,643.83 | 0.00 | 15,643.83 |
| 11/01/2024 | 11/2024 | C-36058 | Base Monthly rent (11/2024) | 15,643.83 | 0.00 | 15,643.83 |
| | | | **Total** | **33,766.28** | **0.00** | **33,766.28** |

--------------------------------------------------------------------------------

**Remittance Advice**                                    (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots Stores, Inc. d/b/a Big Lots (Store # 5282) | **Tenant ID** | t0000296 |
| Big Lots Stores, Inc. d/b/a Big Lots (Store # 5282) | **Property** | pa7900 |
| 4900 E. Dublin Granville Road | **Payment Date** | /        / |
| | **Payment Amount** | $ 33,766.28 |
| Columbus, OH, 43081-7651 | | |

Thank you for your prompt payment

**UNPAID CHARGES**



150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots Stores, Inc.(#01235B)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.
East Andrew Johnson Highway
Greeneville, TN 37743

| | |
|---|---|
| **Date** | 11/05/2024 |
| **Tenant ID** | t0000308 |
| **Property ID** | tn8470 |

| Unpaid Charge Details | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | **Post Month** | **Control No.** | **Description** | **Charges** | **Payments** | **Amount Owed** |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 09/01/2024 | 09/2024 | C-34875 | Base Monthly rent (09/2024) | 11,324.54 | 0.00 | 11,324.54 |
| 11/01/2024 | 11/2024 | C-36078 | Base Monthly rent (11/2024) | 11,324.54 | 0.00 | 11,324.54 |
| | | | **Total** | **22,649.08** | **0.00** | **22,649.08** |

--------------------------------------------------------------------------------

**Remittance Advice**                                                          (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots Stores, Inc.(#01235B) | **Tenant ID** | t0000308 |
| Big Lots Stores, Inc.(#01235B) | **Property** | tn8470 |
| 4900 E. Dublin Granville Road | **Payment Date** | /     / |
| | **Payment Amount** | $ 22,649.08 |
| Columbus, OH, 43081-7651 | | |

Thank you for your prompt payment

**UNPAID CHARGES**



150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots, Inc. (#1052B)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.
2314,2350,2400 East
Morristown, TN 37814

| Date | 11/05/2024 |
|---|---|
| Tenant ID | t0000314 |
| Property ID | tn8530 |

| | | | Unpaid Charge Details | | | |
|---|---|---|---|---|---|---|
| Invoice Date | Post Month | Control No. | Description | Charges | Payments | Amount Owed |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 09/01/2024 | 09/2024 | C-34887 | Base Monthly rent (09/2024) | 8,887.50 | 0.00 | 8,887.50 |
| 11/01/2024 | 11/2024 | C-36090 | Base Monthly rent (11/2024) | 8,887.50 | 0.00 | 8,887.50 |
| | | **Total** | | **17,775.00** | **0.00** | **17,775.00** |

-------------------------------------------------------------------------------------

**Remittance Advice**                                                      (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots, Inc. (#1052B) | **Tenant ID** | t0000314 |
| Big Lots, Inc. (#1052B) | **Property** | tn8530 |
| 4900 E. Dublin Granville Road | **Payment Date** | /    / |
| | **Payment Amount** | $ 17,775.00 |
| Columbus, OH, 43081-7651 | | |

Thank you for your prompt payment

**UNPAID CHARGES**



150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
PNS Stores, Inc. d/b/a Big Lots
4900 E. Dublin Granville Road
COLUMBUS, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** PNS Stores, Inc. (d/b/a Big Lots)
1249 State Route 29
Greenwich, NY 12834

| Date | 11/05/2024 |
|---|---|
| Tenant ID | t0000092 |
| Property ID | ny5400 |

| | | | Unpaid Charge Details | | | |
|---|---|---|---|---|---|---|
| Invoice Date | Post Month | Control No. | Description | Charges | Payments | Amount Owed |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 09/01/2024 | 09/2024 | C-34527 | Base Monthly rent (09/2024) | 18,578.08 | 0.00 | 18,578.08 |
| 09/01/2024 | 09/2024 | C-34528 | Base Monthly rent (09/2024) | -9,289.04 | 0.00 | -9,289.04 |
| 10/01/2024 | 10/2024 | C-35175 | Base Monthly rent (10/2024) | 18,578.08 | 9,289.04 | 9,289.04 |
| 10/01/2024 | 10/2024 | C-35176 | Base Monthly rent (10/2024) | -9,289.04 | 0.00 | -9,289.04 |
| 10/07/2024 | 10/2024 | C-35602 | Water Charge for 05/01/24-08/30/24 | 181.27 | 0.00 | 181.27 |
| 11/01/2024 | 11/2024 | C-35727 | Base Monthly rent (11/2024) | 18,578.08 | 0.00 | 18,578.08 |
| 11/01/2024 | 11/2024 | C-35728 | Base Monthly rent (11/2024) | -9,289.04 | 0.00 | -9,289.04 |
| | | | **Total** | **28,048.39** | **9,289.04** | **18,759.35** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance Advice**                                                                 (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| PNS Stores, Inc. d/b/a Big Lots | **Tenant ID** | t0000092 |
| PNS Stores, Inc. d/b/a Big Lots | **Property** | ny5400 |
| 4900 E. Dublin Granville Road | **Payment Date** |   /     / |
| | **Payment Amount** | **$ 18,759.35** |
| COLUMBUS, OH, 43081-7651 | | |

*Thank you for your prompt payment*

**UNPAID CHARGES**



150 White Plains Road, Ste 400
Tarrytown, NY 10591

**To:**
Big Lots Stores, Inc. d/b/a Big Lots (Store # 5192)
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| | |
|---|---|
| **Tel:** | (914)-631-6200 |
| **Fax:** | (914)-631-6243 |
| **Fax:** | (914)-631-6654 |

**Premises:** Big Lots Stores, Inc.(#5192)
182 Market St
Potsdam, NY 13676

| Date | 11/05/2024 |
|---|---|
| Tenant ID | t0000127 |
| Property ID | ny6250 |

| Unpaid Charge Details | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Date | Post Month | Control No. | Description | Charges | Payments | Amount Owed |
| | | | Prepay | 0.00 | 0.00 | 0.00 |
| 09/01/2024 | 09/2024 | C-34576 | Base Monthly rent (09/2024) | 18,828.85 | 0.00 | 18,828.85 |
| 11/01/2024 | 11/2024 | C-35776 | Base Monthly rent (11/2024) | 18,828.85 | 0.00 | 18,828.85 |
| | | | **Total** | 37,657.70 | 0.00 | 37,657.70 |

----------------------------------------------------------------------

**Remittance Advice**                                                  (please detach and return)

| Customer Information | Invoice Information | |
|---|---|---|
| Big Lots Stores, Inc. d/b/a Big Lots (Store # 5192) | **Tenant ID** | t0000127 |
| Big Lots Stores, Inc. d/b/a Big Lots (Store # 5192) | **Property** | ny6250 |
| 4900 E. Dublin Granville Road | **Payment Date** | /    / |
| | **Payment Amount** | $ 37,657.70 |
| Columbus, OH, 43081-7651 | | |

Thank you for your prompt payment

# **Appendix E**

## Aging Detail

DB Caption: Live   All Selected Tenants  Status: Current, Past, Future   Age As Of: 11/04/2024  Post To: 11/2024

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALISBURY, MARYLAND (101800)** | | | | | | | | | | | | | | |
| **BIG LOTS STORES, INC. (t0000067)** | | | | | | | | | | | | | | |
| 101800 | | BIG LOTS STORES, INC. | Current | C-19112 | CAMESC | 3/1/2023 | 03/2023 | 124.92 | 0.00 | 0.00 | 0.00 | 124.92 | 0.00 | 124.92 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-29625 | CAMESC | 8/1/2023 | 08/2023 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-32200 | CAMESC | 9/1/2023 | 09/2023 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-34086 | CAMESC | 10/1/2023 | 10/2023 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-36285 | CAMESC | 11/1/2023 | 11/2023 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | R-14053 | Prepay | 11/6/2023 | 11/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -69.77 | -69.77 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-38285 | CAMESC | 12/1/2023 | 12/2023 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-40366 | CAMESC | 1/1/2024 | 01/2024 | 780.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 780.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | R-16529 | Prepay | 2/5/2024 | 02/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -39.00 | -39.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | R-17464 | Prepay | 3/4/2024 | 03/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -39.00 | -39.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | R-18458 | Prepay | 4/4/2024 | 04/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -39.00 | -39.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-56975 | WATER | 8/2/2024 | 08/2024 | 44.39 | 0.00 | 0.00 | 0.00 | 44.39 | 0.00 | 44.39 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-56979 | SEWER | 8/2/2024 | 08/2024 | 77.17 | 0.00 | 0.00 | 0.00 | 77.17 | 0.00 | 77.17 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-59143 | RETA | 8/27/2024 | 08/2024 | 19,058.47 | 0.00 | 0.00 | 0.00 | 19,058.47 | 0.00 | 19,058.47 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-59144 | RETA | 8/27/2024 | 08/2024 | 19,411.71 | 0.00 | 0.00 | 0.00 | 19,411.71 | 0.00 | 19,411.71 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-57604 | CAMESC | 9/1/2024 | 09/2024 | 2,587.00 | 0.00 | 0.00 | 2,587.00 | 0.00 | 0.00 | 2,587.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-57605 | INSESC | 9/1/2024 | 09/2024 | 586.62 | 0.00 | 0.00 | 586.62 | 0.00 | 0.00 | 586.62 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-57606 | RENT | 9/1/2024 | 09/2024 | 15,006.50 | 0.00 | 0.00 | 15,006.50 | 0.00 | 0.00 | 15,006.50 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-61941 | CAMESC | 11/1/2024 | 11/2024 | 2,587.00 | 2,587.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,587.00 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-61942 | INSESC | 11/1/2024 | 11/2024 | 586.62 | 586.62 | 0.00 | 0.00 | 0.00 | 0.00 | 586.62 |
| 101800 | | BIG LOTS STORES, INC. | Current | C-61943 | RENT | 11/1/2024 | 11/2024 | 15,006.50 | 15,006.50 | 0.00 | 0.00 | 0.00 | 0.00 | 15,006.50 |
| | | **BIG LOTS STORES, INC.** | | | | | | **79,756.90** | **18,180.12** | **0.00** | **18,180.12** | **43,396.66** | **-186.77** | **79,570.13** |

## Aging Detail

DB Caption: Live   All Selected Tenants  Status: Current, Past, Future   Age As Of: 11/04/2024  Post To: 11/2024

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WAYNESBORO, VIRGINIA (102000)** | | | | | | | | | | | | | | |
| **BIG LOTS RELOCATION (t0000075)** | | | | | | | | | | | | | | |
| 102000 | | BIG LOTS RELOCATION | Current | C-57628 | RENT | 9/1/2024 | 09/2024 | 17,205.44 | 0.00 | 0.00 | 17,205.44 | 0.00 | 0.00 | 17,205.44 |
| 102000 | | BIG LOTS RELOCATION | Current | C-61965 | RENT | 11/1/2024 | 11/2024 | 17,205.44 | 17,205.44 | 0.00 | 0.00 | 0.00 | 0.00 | 17,205.44 |
| | | **BIG LOTS RELOCATION** | | | | | | **34,410.88** | **17,205.44** | **0.00** | **17,205.44** | **0.00** | **0.00** | **34,410.88** |

## **Appendix F**

# Lease Ledger

Date: 11/04/2024
Property: 2083vill
Tenant: biglot04 BIG LOTS #5422 (BIG LOTS STORES, INC.)
From Date: 07/16/2020  To Date: 01/31/2030
Move In Date: 07/16/2020
Unit(S): 421

| Date | Description | Unit | Charge | Payment | Balance |
|------|-------------|------|--------|---------|---------|
| 9/1/2024 | REMOVED DAMAGED SHOPPING CART 7/2/2024 | | 327.21 | 0.00 | 327.21 |
| 9/1/2024 | ESTIMATED CAM (09/2024) | 421 | 2,101.33 | 0.00 | 2,428.54 |
| 9/1/2024 | BASE RENT (09/2024) | 421 | 18,502.50 | 0.00 | 20,931.04 |
| 10/1/2024 | SEALED AND PAINTED THE BLOCK ON STORAGE ROOM WALLS | | 3,380.00 | | 24,311.04 |
| 10/1/2024 | ESTIMATED CAM (10/2024) | 421 | 2,101.33 | | 26,412.37 |
| 10/1/2024 | BASE RENT (10/2024) | 421 | 18,502.50 | | 44,914.87 |
| 10/2/2024 | Chk# WT#10022024 OCT RENT PYMT | | | 20,603.83 | 24,311.04 |
| 11/1/2024 | ESTIMATED CAM (11/2024) | 421 | 2,101.33 | | 26,412.37 |
| 11/1/2024 | BASE RENT (11/2024) | 421 | 18,502.50 | | 44,914.87 |

# Lease Ledger

Date: 11/04/2024

Property: 2103hane

Tenant: biglot03 BIG LOTS #5386 (BIG LOTS STORES, INC.)

From Date: 10/11/2001  To Date: 01/31/2027

Move In Date: 10/11/2001

Unit(S): 975

| Date | Description | Unit | Charge | Payment | Balance |
|------|-------------|------|--------|---------|---------|
| 4/1/2024 | 2023 CAM ADJUSTMENT (01/2023 - 12/2023) | | -5,730.00 | 0.00 | -5,100.12 |
| 4/1/2024 | 2023 INS ADJUSTMENT (01/2023 - 12/2023) | | 3,287.63 | 0.00 | -1,812.49 |
| 4/1/2024 | ESTIMATED CAM (04/2024) | 975 | 1,867.00 | 0.00 | 54.51 |
| 4/1/2024 | ESTIMATED INSURANCE (04/2024) | 975 | 114.57 | 0.00 | 169.08 |
| 4/1/2024 | BASE RENT (04/2024) | 975 | 18,150.00 | 0.00 | 18,319.08 |
| 4/4/2024 | Chk# WT#04042024 | | 0.00 | 20,131.57 | -1,812.49 |
| 5/1/2024 | ESTIMATED CAM (05/2024) | 975 | 1,867.00 | 0.00 | 54.51 |
| 5/1/2024 | ESTIMATED INSURANCE (05/2024) | 975 | 114.57 | 0.00 | 169.08 |
| 5/1/2024 | BASE RENT (05/2024) | 975 | 18,150.00 | 0.00 | 18,319.08 |
| 5/6/2024 | Chk# WT#05062024 | | 0.00 | 20,131.57 | -1,812.49 |
| 6/1/2024 | ESTIMATED CAM (06/2024) | 975 | 1,867.00 | 0.00 | 54.51 |
| 6/1/2024 | ESTIMATED INSURANCE (06/2024) | 975 | 114.57 | 0.00 | 169.08 |
| 6/1/2024 | BASE RENT (06/2024) | 975 | 18,150.00 | 0.00 | 18,319.08 |
| 6/3/2024 | Chk# WT#06032024 | | 0.00 | 20,131.57 | -1,812.49 |
| 7/1/2024 | ESTIMATED CAM (07/2024) | 975 | 1,867.00 | 0.00 | 54.51 |
| 7/1/2024 | ESTIMATED INSURANCE (07/2024) | 975 | 114.57 | 0.00 | 169.08 |
| 7/1/2024 | BASE RENT (07/2024) | 975 | 18,150.00 | 0.00 | 18,319.08 |
| 7/5/2024 | Chk# WT#07052024 | | 0.00 | 20,131.57 | -1,812.49 |
| 8/1/2024 | ESTIMATED CAM (08/2024) | 975 | 1,867.00 | 0.00 | 54.51 |
| 8/1/2024 | ESTIMATED INSURANCE (08/2024) | 975 | 114.57 | 0.00 | 169.08 |
| 8/1/2024 | BASE RENT (08/2024) | 975 | 18,150.00 | 0.00 | 18,319.08 |
| 8/5/2024 | 2024 REAL ESTATE TAXES | | 61,428.24 | 0.00 | 79,747.32 |
| 8/5/2024 | Chk# WT#08052024 | | 0.00 | 20,131.57 | 59,615.75 |
| 9/1/2024 | ESTIMATED CAM (09/2024) | 975 | 1,867.00 | 0.00 | 61,482.75 |
| 9/1/2024 | ESTIMATED INSURANCE (09/2024) | 975 | 114.57 | 0.00 | 61,597.32 |
| 9/1/2024 | BASE RENT (09/2024) | 975 | 18,150.00 | 0.00 | 79,747.32 |
| 10/1/2024 | ESTIMATED CAM (10/2024) | 975 | 1,867.00 | | 81,614.32 |
| 10/1/2024 | ESTIMATED INSURANCE (10/2024) | 975 | 114.57 | | 81,728.89 |
| 10/1/2024 | BASE RENT (10/2024) | 975 | 18,150.00 | | 99,878.89 |
| 10/2/2024 | Chk# WT#10022024 OCT RENT PYMT | | | 20,131.57 | 79,747.32 |
| 11/1/2024 | ESTIMATED CAM (11/2024) | 975 | 1,867.00 | | 81,614.32 |
| 11/1/2024 | ESTIMATED INSURANCE (11/2024) | 975 | 114.57 | | 81,728.89 |
| 11/1/2024 | BASE RENT (11/2024) | 975 | 18,150.00 | | 99,878.89 |

# **Appendix G**

CM Inquiry Report for Occupant: BIG LOTS STORES #1740, INC.  From 4/1/2022 to 8/7/5202
Sorted by Date for Open Charges.

| | | |
|---|---|---|
| Master Occupant ID: | Balance Forward:: | 0.00 |
| Address Id:: | Charges (Debit): | 189,045.05 |
| Building ID: | WHLRFV | Receipts (Credit): | -142,864.48 |
| Lease ID: | 3/11/1914 | Prepaid:: | -3,449.88 |
| Income Category:: | All | Net: | 42,730.69 |
| Receipt Type Id: | All | Security Deposit: | 0.00 |
| Receipt Descriptor: | All | | |

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Receipt Type Id | Receipt Descriptor | Base Open Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAX | 4/1/2022 | 186043 | WHLRFV | | 5184 NC | RE TAX RECOVERY | 0.00 | 390.84 | | | -390.84 |
| TPY | 4/4/2022 | 186043 | WHLRFV | | 5184 NC | 2021 TAX REC | 0.00 | 1,172.51 | | | -1,172.51 |
| CAM | 5/1/2022 | 186043 | WHLRFV | | 5184 CH | CAM RECOVERY | 153.74 | 0.00 | | | 153.74 |
| IPY | 6/19/2023 | 186043 | WHLRFV | | 5184 CH | 2022 TAX REC | 2,698.95 | 0.00 | | | 2,698.95 |
| TPY | 6/19/2023 | 186043 | WHLRFV | | 5184 CH | 2022 TAX REC | 0.01 | 0.00 | | | 0.01 |
| CAM | 11/22/2023 | 186043 | WHLRFV | | 5184 NC | FEB 2023 CAM ADJ | 0.00 | 251.45 | | | -251.45 |
| TAX | 2/1/2024 | 181723 | WHLRFV | | 5184 CH | AUTOCHRG @T2/29/2024 @R | 2,418.48 | 2,167.03 | | | 251.45 |
| CAM | 3/1/2024 | 183156 | WHLRFV | | 5184 CH | AUTOCHRG @T3/31/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| CAM | 4/1/2024 | 184455 | WHLRFV | | 5184 CH | AUTOCHRG @T4/30/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| PPR | 4/29/2024 | 186123 | WHLRFV | | 5184 CR | PREPAID RENT | 0.00 | 3,449.88 | EFT | 011624ACHA | -3,449.88 |
| CAM | 5/1/2024 | 185803 | WHLRFV | | 5184 CH | AUTOCHRG @T5/31/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| CAM | 6/1/2024 | 187113 | WHLRFV | | 5184 CH | AUTOCHRG @T6/30/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| IPY | 6/13/2024 | 188318 | WHLRFV | | 5184 CH | 2023 Ins Reconciliation | 7,365.75 | 0.00 | | | 7,365.75 |
| CAM | 7/1/2024 | 188378 | WHLRFV | | 5184 CH | AUTOCHRG @T7/31/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| CAM | 8/1/2024 | 189779 | WHLRFV | | 5184 CH | AUTOCHRG @T8/31/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| BRT | 9/1/2024 | 191243 | WHLRFV | | 5184 CH | AUTOCHRG @T9/30/2024 | 13,201.13 | 0.00 | | | 13,201.13 |
| CAM | 9/1/2024 | 191243 | WHLRFV | | 5184 CH | AUTOCHRG @T9/30/2024 | 2,263.05 | 0.00 | | | 2,263.05 |
| TAX | 9/1/2024 | 191243 | WHLRFV | | 5184 CH | AUTOCHRG @T9/30/2024 | 2,418.48 | 0.00 | | | 2,418.48 |
| CAM | 10/1/2024 | 192378 | WHLRFV | | 5184 CH | AUTOCHRG @T10/31/2024 | 2,263.05 | 2,011.60 | | | 251.45 |
| BRT | 11/1/2024 | 193783 | WHLRFV | | 5184 CH | AUTOCHRG @T11/30/2024 | 13,201.13 | 0.00 | | | 13,201.13 |
| CAM | 11/1/2024 | 193783 | WHLRFV | | 5184 CH | AUTOCHRG @T11/30/2024 | 2,263.05 | 0.00 | | | 2,263.05 |
| TAX | 11/1/2024 | 193783 | WHLRFV | | 5184 CH | AUTOCHRG @T11/30/2024 | 2,418.48 | 0.00 | | | 2,418.48 |
| | | | | | | | ---------------- | ---------------- | | | |
| | | | | | | | 64,243.60 | 21,512.91 | | | |

CM Inquiry Report for Occupant: BIG LOTS #1802                    From 4/15/2021 to 11/1/2024
Sorted by Date for Open Charges.

| Master Occupant ID: | | Balance Forward:: | 0.00 |
| Address Id:: | | Charges (Debit): | 695,728.16 |
| Building ID: | 2/18/1904 | Receipts (Credit): | -660,426.02 |
| Lease ID: | CV6294 | Prepaid:: | 0.00 |
| Income Category:: | All | Net: | 35,302.14 |
| Receipt Type Id: | All | Security Deposit: | 0.00 |
| Receipt Descriptor: | All | | |

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Receipt Type Id | Receipt Descriptor | Base Open Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TXY | 8/2/2024 | 190518 | | 1510 CV6294 | CH | 1ST QTR 24/25 TAXES(7/24-9/24) | 7,330.28 | 479.28 | | | 6,851.00 |
| LCH | 9/12/2024 | 192323 | | 1510 CV6294 | CH | LATE FEE | 417.60 | 0.00 | | | 417.60 |
| ESC | 10/1/2024 | 192486 | | 1510 CV6294 | CH | AUTOCHRG @T10/31/2024 | 2,242.16 | 0.00 | | | 2,242.16 |
| RNB | 10/1/2024 | 192486 | | 1510 CV6294 | CH | AUTOCHRG @T10/31/2024 | 11,677.92 | 0.00 | | | 11,677.92 |
| PRP | 10/2/2024 | 193264 | | 1510 CV6294 | CR | PREPAID RENT | 0.00 | 224.22 | EFT | 100224ACH | -224.22 |
| LCH | 10/16/2024 | 193809 | | 1510 CV6294 | CH | LATE FEE | 417.60 | 0.00 | | | 417.60 |
| ESC | 11/1/2024 | 193862 | | 1510 CV6294 | CH | AUTOCHRG @T11/30/2024 | 2,242.16 | 0.00 | | | 2,242.16 |
| RNB | 11/1/2024 | 193862 | | 1510 CV6294 | CH | AUTOCHRG @T11/30/2024 | 11,677.92 | 0.00 | | | 11,677.92 |
| | | | | | | | ---------------- | ---------------- | | | |
| | | | | | | | 36,005.64 | 703.50 | | | |

CM Inquiry Report for Occupant: BIG LOTS #4669    From 6/29/2017 to 11/1/2024
Sorted by Date for Open Charges.

| | | | |
|---|---|---|---|
| Master Occupant ID: | | Balance Forward:: | 0.00 |
| Address Id:: | | Charges (Debit): | 2,993,861.12 |
| Building ID: | 2/13/1904 | Receipts (Credit): | -2,869,588.90 |
| Lease ID: | CV5107 | Prepaid:: | 0.00 |
| Income Category:: | All | Net: | 124,272.22 |
| Receipt Type Id: | All | Security Deposit: | 0.00 |
| Receipt Descriptor: | All | | |

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Base Open Amt |
|---|---|---|---|---|---|---|---|---|---|
| INY | 6/11/2024 | 188234 | 1505 | CV5107 | CH | 2023 Ins Reconciliation | 19,330.53 | 0.00 | 19,330.53 |
| TXY | 6/11/2024 | 188234 | 1505 | CV5107 | CH | 2023 Tax Reconciliation | 51,618.69 | 0.00 | 51,618.69 |
| LCH | 9/5/2024 | 192323 | 1505 | CV5107 | CH | LATE FEE | 1,269.60 | 0.00 | 1,269.60 |
| ESC | 10/1/2024 | 192483 | 1505 | CV5107 | CH | AUTOCHRG @T10/31/2024 | 3,794.57 | 0.00 | 3,794.57 |
| RNB | 10/1/2024 | 192483 | 1505 | CV5107 | CH | AUTOCHRG @T10/31/2024 | 21,597.33 | 0.00 | 21,597.33 |
| LCH | 10/5/2024 | 193808 | 1505 | CV5107 | CH | LATE FEE | 1,269.60 | 0.00 | 1,269.60 |
| ESC | 11/1/2024 | 193845 | 1505 | CV5107 | CH | AUTOCHRG @T11/30/2024 | 3,794.57 | 0.00 | 3,794.57 |
| RNB | 11/1/2024 | 193845 | 1505 | CV5107 | CH | AUTOCHRG @T11/30/2024 | 21,597.33 | 0.00 | 21,597.33 |
| | | | | | | | ---------------- | ---------------- | |
| | | | | | | | 124,272.22 | 0.00 | |

CM Inquiry Report for Occupant: BIG LOTS STORES #5445, INC          From 9/1/2021 to 11/1/2024
Sorted by Date for Open Charges.

| | | |
|---|---|---|
| Master Occupant ID: | Balance Forward:: | 0.00 |
| Address Id:: | Charges (Debit): | 1,212,770.37 |
| Building ID: | WHLRRG | Receipts (Credit): | -955,684.18 |
| Lease ID: | 9/2/1912 | Prepaid:: | -210,059.23 |
| Income Category:: | All | Net: | 47,026.96 |
| Receipt Type Id: | All | Security Deposit: | 0.00 |
| Receipt Descriptor: | All | | |

| Cat | Date | BatchID | Building ID | Lease ID | Src | Description | Charges (Debit) | Receipts (Credit) | Base Open Amt |
|---|---|---|---|---|---|---|---|---|---|
| CPY | 5/16/2024 | 187067 | WHLRRG | | 4629 CH | 2023 CAM REC | 2,259.20 | 1,720.99 | 538.21 |
| BRT | 9/1/2024 | 191333 | WHLRRG | | 4629 CH | AUTOCHRG @T9/30/2024 | 19,250.00 | 0.00 | 19,250.00 |
| CAM | 9/1/2024 | 191333 | WHLRRG | | 4629 CH | AUTOCHRG @T9/30/2024 | 2,887.50 | 0.00 | 2,887.50 |
| LAT | 9/26/2024 | 192672 | WHLRRG | | 4629 CH | LATE FEE | 2,213.75 | 0.00 | 2,213.75 |
| BRT | 11/1/2024 | 193882 | WHLRRG | | 4629 CH | AUTOCHRG @T11/30/2024 | 19,250.00 | 0.00 | 19,250.00 |
| CAM | 11/1/2024 | 193882 | WHLRRG | | 4629 CH | AUTOCHRG @T11/30/2024 | 2,887.50 | 0.00 | 2,887.50 |
| | | | | | | | --------------- | --------------- | |
| | | | | | | | 48,747.95 | 1,720.99 | |