## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that on November 6, 2024, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served by electronic service via the Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via First-Class Mail & E-mail*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn.: Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.,
Stephen D. Piraino, Esq.,
Jonah A. Peppiatt, Esq.,
Ethan Stern, Esq.
Email:notice.biglots@davispolk.com

*Co-Counsel to the Debtors*

*Via First-Class Mail & E-mail*
The Office of the United States Trustee
for the District of Delaware
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn: Linda Casey
Email: linda.casey@usdoj.gov

*Via Hand Delivery & E-mail*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.,
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.,
Tamara K. Mann, Esq.,
Casey B. Sawyer, Esq.
Email:biglots.mnat@morrisnichols.com

*Co-Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto,
Stacy L. Newman
Email: jalberto@coleschotz.com
          snewman@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

DMFIRM #414334674 v2

| | |
|---|---|
| *Via First-Class Mail & E-mail*<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Attn: Darren Azman<br>Kristin Going<br>Email: dazman@mwe.com<br>       kgoing@mwe.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | *Via First-Class Mail & E-mail*<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola, Esq.,<br>Jonathan D. Marshall, Esq.,<br>Jacob S. Lang, Esq.<br>Email: jventola@choate.com;<br>       jmarshall@choate.com;<br>       jslang@choate.com<br><br>*Counsel to the ABL Agent* |
| *Via Hand Delivery & E-mail*<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Attn: Regina Stango Kelbon, Esq.,<br>Stanley Tarr, Esq.<br>Email: regina.kelbon@blankrome.com;<br>       stanley.tarr@blankrome.com<br><br>*Counsel to the ABL Agent* | *Via First-Class Mail & E-mail*<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Attn: Chad B. Simon, Esq.,<br>James V. Drew, Esq.,<br>Sarah L. Hautzinger, Esq.<br>(shautzinger@otterbourg.com)<br>Email: CSimon@otterbourg.com<br>       JDrew@otterbourg.com<br>       shautzinger@otterbourg.com<br><br>*Counsel to the Term Agent* |
| *Via Hand Delivery & E-mail*<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Attn: John H. Knight, Esq.<br>Email: knight@rlf.com<br><br>*Counsel to the Term Agent* | *Via First-Class Mail & E-mail*<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Christopher Marcus, P.C.,<br>Douglas A. Ryder, P.C.,<br>Nicholas M. Adzima<br>Email: cmarcus@kirkland.com<br>       douglas.ryder@kirkland.com<br>       nicholas.adzima@kirkland.com<br><br>*Counsel to the Stalking Horse Bidder* |
| Dated: November 6, 2024<br>Wilmington, Delaware | <u>*/s/ Leslie C. Heilman*</u><br>Leslie C. Heilman (DE No. 4716)<br>BALLARD SPAHR LLP |