# EXHIBIT A

October 5, 2024

Big Lots Stores, Inc. Store 00109 B
Department 10051
Lease Administration
4900 E Dublin Granville Rd
Columbus OH  43081-7651

---

**BILLINGS ARE AT 38.94%**

COMMON AREA CHARGES SEPTEMBER 2024

$4,298.24

Location:        Store 00109 B, Bellevue KY

Attachments:    Copies of Invoices:

1. Gary Osborne – Site Management - $186.91
2. Oberson's – Sweep Parking Lot – $577.48
3. Joe Cox – Gate Tending & Maintenance - $405.56
4. Frankenmuth Insurance – Liability Premium - $1,761.94
5. Northern KY Water District – Water - $201.21
6. Sanitation District No. 1 – Sanitation – $290.39
7. Sanitation District No. 1 – Storm Water Surcharge – $761.06
8. Duke Energy – Parking Lot Lighting - $113.69

September 17, 2024

Big Lots Stores, Inc. Store 00109 B
Department 10051
Lease Administration
4900 E Dublin Granville Rd
Columbus OH  43081-7651

---

**BILLINGS ARE AT 38.94%**

COMMON AREA CHARGES AUGUST 2024

$1,244.53

Location:          Store 00109 B, Bellevue KY

Attachments:    Copies of Invoices:

1. Gary Osborne – Site Management - $163.55
2. Oberson's – Sweep Parking Lot – $577.48
3. Joe Cox – Gate Tending & Maintenance - $355.82
4. Duke Energy – Parking Lot Lighting - $147.68

August 3, 2024

Big Lots Stores, Inc. Store 00109 B
Department 10051
Lease Administration
4900 E Dublin Granville Rd
Columbus OH  43081-7651

---

**BILLINGS ARE AT 38.94%**

COMMON AREA CHARGES JULY 2024

$2,770.80

Location:        Store 00109 B, Bellevue KY

Attachments:     Copies of Invoices:

1. Gary Osborne – Site Management - $327.10
2. Oberson's – Sweep Parking Lot – $577.48
3. Joe Cox – Gate Tending & Maintenance - $365.25
4. Duke Energy – Parking Lot Lighting - $140.74
5. Total Home Care – Protective Poles for Parking Lot - $1,207.14
6. Duke Energy – Parking Lot Lighting - $153.09