# EXHIBIT B

**Lease Ledger**

| Lease Information | |
|---|---|
| Date | 11/05/2024 |
| Lease Id | t0045700 |
| Property | et.4112w |
| Location | Exeter 16290 NV, LLC - Warm Springs Promenade |
| Assigned Space(s) | 0A1 |
| Customer | |
| ICS Code | |
| Lease Type | Retail Net CAM |
| Sales Category | Not Applicable |
| Lease Term | From 12/07/2004 To 01/31/2026 |
| Lease Area | 30,000(Net Rent) |
| Monthly Rent | 28300.00 |
| Office Phone | |
| Fax No | |
| E-Mail | bmeginni@biglots.com |

Big Lots Stores, Inc.
Big Lots Stores, Inc.
4900 E. Dublin Granville Road
Columbus , OH , 43081-7651

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **0.00** |
| 11/30/16 | Balance forward-prior | (967.83) | | (967.83) |
| 11/30/16 | CAM Reconciliation-prior owner | 2,486.70 | | 1,518.87 |
| 11/30/16 | Tax Reconciliation-prior owner | (5.27) | | 1,513.60 |
| 11/30/16 | Insurance Reconciliation-prior owner | 1,102.45 | | 2,616.05 |
| 12/01/16 | Rent Charges (12/2016) | 25,725.00 | | 28,341.05 |
| 12/01/16 | CAM Estimates (12/2016) | 3,107.00 | | 31,448.05 |
| 12/01/16 | RE Tax Estimated (12/2016) | 2,424.83 | | 33,872.88 |
| 12/01/16 | Insurance Estimated (12/2016) | 429.17 | | 34,302.05 |
| 12/01/16 | CAM Estimate (12/2016) | (590.70) | | 33,711.35 |
| 12/01/16 | RE Tax Estimated (12/2016) | (748.89) | | 32,962.46 |
| 12/21/16 | wire | | 30,346.41 | 2,616.05 |
| 01/01/17 | Rent Charges (01/2017) | 25,725.00 | | 28,341.05 |
| 01/01/17 | RE Tax Estimated (01/2017) | 1,675.94 | | 30,016.99 |
| 01/01/17 | Prop Insurance Estimate (01/2017) | 429.17 | | 30,446.16 |
| 01/01/17 | CAM Estimate (01/2017) | 2,516.30 | | 32,962.46 |
| 01/09/17 | wire | | 30,346.41 | 2,616.05 |
| 02/01/17 | Rent Charges (02/2017) | 25,725.00 | | 28,341.05 |
| 02/01/17 | RE Tax Estimated (02/2017) | 1,675.94 | | 30,016.99 |
| 02/01/17 | Prop Insurance Estimate (02/2017) | 429.17 | | 30,446.16 |
| 02/01/17 | CAM Estimate (02/2017) | 2,516.30 | | 32,962.46 |
| 02/07/17 | Wire | | 30,346.41 | 2,616.05 |
| 02/27/17 | ach | | 30,346.41 | (27,730.36) |
| 03/01/17 | Rent Charges (03/2017) | 25,725.00 | | (2,005.36) |
| 03/01/17 | RE Tax Estimated (03/2017) | 1,675.94 | | (329.42) |
| 03/01/17 | Prop Insurance Estimate (03/2017) | 429.17 | | 99.75 |
| 03/01/17 | CAM Estimate (03/2017) | 2,516.30 | | 2,616.05 |
| 03/27/17 | ach | | 30,346.41 | (27,730.36) |
| 04/01/17 | Rent Charges (04/2017) | 25,725.00 | | (2,005.36) |
| 04/01/17 | RE Tax Estimated (04/2017) | 1,675.94 | | (329.42) |
| 04/01/17 | Prop Insurance Estimate (04/2017) | 429.17 | | 99.75 |
| 04/01/17 | CAM Estimate (04/2017) | 2,516.30 | | 2,616.05 |
| 05/01/17 | Rent Charges (05/2017) | 25,725.00 | | 28,341.05 |
| 05/01/17 | RE Tax Estimated (05/2017) | 1,675.94 | | 30,016.99 |
| 05/01/17 | Prop Insurance Estimate (05/2017) | 429.17 | | 30,446.16 |
| 05/01/17 | CAM Estimate (05/2017) | 2,516.30 | | 32,962.46 |
| 05/01/17 | ach | | 30,346.41 | 2,616.05 |
| 05/30/17 | ach | | 30,346.41 | (27,730.36) |
| 06/01/17 | Rent Charges (06/2017) | 25,725.00 | | (2,005.36) |
| 06/01/17 | RE Tax Estimated (06/2017) | 1,675.94 | | (329.42) |
| 06/01/17 | Prop Insurance Estimate (06/2017) | 429.17 | | 99.75 |
| 06/01/17 | CAM Estimate (06/2017) | 2,516.30 | | 2,616.05 |
| 06/26/17 | ach | | 30,346.41 | (27,730.36) |
| 07/01/17 | Rent Charges (07/2017) | 25,725.00 | | (2,005.36) |
| 07/01/17 | RE Tax Estimated (07/2017) | 1,675.94 | | (329.42) |
| 07/01/17 | Prop Insurance Estimate (07/2017) | 429.17 | | 99.75 |
| 07/01/17 | CAM Estimate (07/2017) | 2,516.30 | | 2,616.05 |
| 08/01/17 | Rent Charges (08/2017) | 25,725.00 | | 28,341.05 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **0.00** |
| 08/01/17 | RE Tax Estimated (08/2017) | 1,675.94 | | 30,016.99 |
| 08/01/17 | Prop Insurance Estimate (08/2017) | 429.17 | | 30,446.16 |
| 08/01/17 | CAM Estimate (08/2017) | 2,516.30 | | 32,962.46 |
| 08/15/17 | Chk# 1311186811 | | 30,346.41 | 2,616.05 |
| 08/28/17 | Chk# 1501346706 | | 30,346.41 | (27,730.36) |
| 09/01/17 | Rent Charges (09/2017) | 25,725.00 | | (2,005.36) |
| 09/01/17 | RE Tax Estimated (09/2017) | 1,675.94 | | (329.42) |
| 09/01/17 | Prop Insurance Estimate (09/2017) | 429.17 | | 99.75 |
| 09/01/17 | CAM Estimate (09/2017) | 2,516.30 | | 2,616.05 |
| 09/25/17 | Chk# 1501355593 | | 28,983.45 | (26,367.40) |
| 10/01/17 | Rent Charges (10/2017) | 25,725.00 | | (642.40) |
| 10/01/17 | RE Tax Estimated (10/2017) | 1,675.94 | | 1,033.54 |
| 10/01/17 | Prop Insurance Estimate (10/2017) | 429.17 | | 1,462.71 |
| 10/01/17 | CAM Estimate (10/2017) | 2,516.30 | | 3,979.01 |
| 10/30/17 | Chk# 1501374139 | | 30,346.41 | (26,367.40) |
| 11/01/17 | Rent Charges (11/2017) | 25,725.00 | | (642.40) |
| 11/01/17 | RE Tax Estimated (11/2017) | 1,675.94 | | 1,033.54 |
| 11/01/17 | Prop Insurance Estimate (11/2017) | 429.17 | | 1,462.71 |
| 11/01/17 | CAM Estimate (11/2017) | 2,516.30 | | 3,979.01 |
| 11/25/17 | 1501387377 ACH | | 30,346.41 | (26,367.40) |
| 12/01/17 | Rent Charges (12/2017) | 25,725.00 | | (642.40) |
| 12/01/17 | RE Tax Estimated (12/2017) | 1,675.94 | | 1,033.54 |
| 12/01/17 | Prop Insurance Estimate (12/2017) | 429.17 | | 1,462.71 |
| 12/01/17 | CAM Estimate (12/2017) | 2,516.30 | | 3,979.01 |
| 12/22/17 | 1501398314ACH | | 30,346.41 | (26,367.40) |
| 01/01/18 | Rent Charges (01/2018) | 25,725.00 | | (642.40) |
| 01/01/18 | RE Tax Estimated (01/2018) | 1,675.94 | | 1,033.54 |
| 01/01/18 | Prop Insurance Estimate (01/2018) | 429.17 | | 1,462.71 |
| 01/01/18 | CAM Estimate (01/2018) | 2,516.30 | | 3,979.01 |
| 02/01/18 | Rent Charges (02/2018) | 25,725.00 | | 29,704.01 |
| 02/01/18 | RE Tax Estimated (02/2018) | 1,675.94 | | 31,379.95 |
| 02/01/18 | Prop Insurance Estimate (02/2018) | 429.17 | | 31,809.12 |
| 02/01/18 | CAM Estimate (02/2018) | 2,516.30 | | 34,325.42 |
| 02/01/18 | Chk# 1501410312 | | 30,346.41 | 3,979.01 |
| 03/01/18 | Rent Charges (03/2018) | 25,725.00 | | 29,704.01 |
| 03/01/18 | RE Tax Estimated (03/2018) | 1,675.94 | | 31,379.95 |
| 03/01/18 | Prop Insurance Estimate (03/2018) | 429.17 | | 31,809.12 |
| 03/01/18 | CAM Estimate (03/2018) | 2,516.30 | | 34,325.42 |
| 03/01/18 | Chk# 1501418893 | | 30,346.41 | 3,979.01 |
| 04/01/18 | Rent Charges (04/2018) | 25,725.00 | | 29,704.01 |
| 04/01/18 | RE Tax Estimated (04/2018) | 1,675.94 | | 31,379.95 |
| 04/01/18 | Prop Insurance Estimate (04/2018) | 429.17 | | 31,809.12 |
| 04/01/18 | CAM Estimate (04/2018) | 2,516.30 | | 34,325.42 |
| 04/03/18 | ACH | | 30,346.41 | 3,979.01 |
| 05/01/18 | Rent Charges (05/2018) | 25,725.00 | | 29,704.01 |
| 05/01/18 | Prop Insurance Estimate (05/2018) | 429.17 | | 30,133.18 |
| 05/01/18 | RE Tax Estimated | 1,858.65 | | 31,991.83 |
| 05/01/18 | CAM Estimate | 6,424.70 | | 38,416.53 |
| 05/01/18 | ACH | | 30,346.41 | 8,070.12 |
| 06/01/18 | Rent Charges (06/2018) | 25,725.00 | | 33,795.12 |
| 06/01/18 | RE Tax Estimated (06/2018) | 1,858.65 | | 35,653.77 |
| 06/01/18 | Prop Insurance Estimate (06/2018) | 429.17 | | 36,082.94 |
| 06/01/18 | CAM Estimate (06/2018) | 6,424.70 | | 42,507.64 |
| 06/06/18 | ACH | | 30,346.41 | 12,161.23 |
| 07/01/18 | Rent Charges (07/2018) | 25,725.00 | | 37,886.23 |
| 07/01/18 | RE Tax Estimated (07/2018) | 1,858.65 | | 39,744.88 |
| 07/01/18 | Prop Insurance Estimate (07/2018) | 429.17 | | 40,174.05 |
| 07/01/18 | CAM Estimate (07/2018) | 6,424.70 | | 46,598.75 |
| 07/02/18 | ACh | | 30,346.41 | 16,252.34 |
| 07/30/18 | ACH | | 30,566.17 | (14,313.83) |
| 07/30/18 | ACH | | 1,538.32 | (15,852.15) |
| 08/01/18 | Rent Charges (08/2018) | 25,725.00 | | 9,872.85 |
| 08/01/18 | RE Tax Estimated (08/2018) | 1,858.65 | | 11,731.50 |
| 08/01/18 | Prop Insurance Estimate (08/2018) | 429.17 | | 12,160.67 |
| 08/01/18 | CAM Estimate (08/2018) | 6,424.70 | | 18,585.37 |
| 09/01/18 | CAM Estimate (09/2018) | 6,424.70 | | 25,010.07 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 09/01/18 | Prop Insurance Estimate (09/2018) | 429.17 | | 25,439.24 |
| 09/01/18 | Rent Charges (09/2018) | 25,725.00 | | 51,164.24 |
| 09/01/18 | RE Tax Estimated (09/2018) | 1,858.65 | | 53,022.89 |
| 09/01/18 | ACH | | 30,566.17 | 22,456.72 |
| 09/05/18 | ACH | | 3,155.06 | 19,301.66 |
| 10/01/18 | CAM Estimate (10/2018) | 6,424.70 | | 25,726.36 |
| 10/01/18 | Prop Insurance Estimate (10/2018) | 429.17 | | 26,155.53 |
| 10/01/18 | Rent Charges (10/2018) | 25,725.00 | | 51,880.53 |
| 10/01/18 | RE Tax Estimated (10/2018) | 1,858.65 | | 53,739.18 |
| 10/02/18 | ACH | | 30,566.17 | 23,173.01 |
| 11/01/18 | CAM Estimate (11/2018) | 6,424.70 | | 29,597.71 |
| 11/01/18 | Prop Insurance Estimate (11/2018) | 429.17 | | 30,026.88 |
| 11/01/18 | Rent Charges (11/2018) | 25,725.00 | | 55,751.88 |
| 11/01/18 | RE Tax Estimated (11/2018) | 1,858.65 | | 57,610.53 |
| 11/02/18 | ACH | | 30,566.17 | 27,044.36 |
| 12/01/18 | CAM Estimate (12/2018) | 6,424.70 | | 33,469.06 |
| 12/01/18 | Prop Insurance Estimate (12/2018) | 429.17 | | 33,898.23 |
| 12/01/18 | Rent Charges (12/2018) | 25,725.00 | | 59,623.23 |
| 12/01/18 | RE Tax Estimated (12/2018) | 1,858.65 | | 61,481.88 |
| 12/04/18 | ACH | | 30,566.17 | 30,915.71 |
| 12/31/18 | ACH | | 30,566.17 | 349.54 |
| 01/01/19 | CAM Estimate (01/2019) | 6,424.70 | | 6,774.24 |
| 01/01/19 | Prop Insurance Estimate (01/2019) | 429.17 | | 7,203.41 |
| 01/01/19 | Rent Charges (01/2019) | 25,725.00 | | 32,928.41 |
| 01/01/19 | RE Tax Estimated (01/2019) | 1,858.65 | | 34,787.06 |
| 01/31/19 | 013119 ACH | | 30,566.17 | 4,220.89 |
| 02/01/19 | CAM Estimate (02/2019) | 6,424.70 | | 10,645.59 |
| 02/01/19 | Prop Insurance Estimate (02/2019) | 429.17 | | 11,074.76 |
| 02/01/19 | Rent Charges (02/2019) | 25,725.00 | | 36,799.76 |
| 02/01/19 | RE Tax Estimated (02/2019) | 1,858.65 | | 38,658.41 |
| 02/28/19 | 022819EFT | | 30,566.17 | 8,092.24 |
| 03/01/19 | CAM Estimate (03/2019) | 6,424.70 | | 14,516.94 |
| 03/01/19 | Prop Insurance Estimate (03/2019) | 429.17 | | 14,946.11 |
| 03/01/19 | Rent Charges (03/2019) | 25,725.00 | | 40,671.11 |
| 03/01/19 | RE Tax Estimated (03/2019) | 1,858.65 | | 42,529.76 |
| 04/01/19 | CAM Estimate (04/2019) | 6,424.70 | | 48,954.46 |
| 04/01/19 | Prop Insurance Estimate (04/2019) | 429.17 | | 49,383.63 |
| 04/01/19 | Rent Charges (04/2019) | 25,725.00 | | 75,108.63 |
| 04/01/19 | RE Tax Estimated (04/2019) | 1,858.65 | | 76,967.28 |
| 04/01/19 | ACH | | 30,566.17 | 46,401.11 |
| 05/01/19 | CAM Estimate (05/2019) | 6,424.70 | | 52,825.81 |
| 05/01/19 | Prop Insurance Estimate (05/2019) | 429.17 | | 53,254.98 |
| 05/01/19 | Rent Charges (05/2019) | 25,725.00 | | 78,979.98 |
| 05/01/19 | RE Tax Estimated (05/2019) | 1,858.65 | | 80,838.63 |
| 05/01/19 | 050119ACH | | 30,566.17 | 50,272.46 |
| 05/31/19 | Chk# 053119 | | 30,566.17 | 19,706.29 |
| 06/01/19 | CAM Estimate (06/2019) | 6,424.70 | | 26,130.99 |
| 06/01/19 | Prop Insurance Estimate (06/2019) | 429.17 | | 26,560.16 |
| 06/01/19 | Rent Charges (06/2019) | 25,725.00 | | 52,285.16 |
| 06/01/19 | RE Tax Estimated (06/2019) | 1,858.65 | | 54,143.81 |
| 07/01/19 | CAM Estimate (07/2019) | 6,424.70 | | 60,568.51 |
| 07/01/19 | Prop Insurance Estimate (07/2019) | 429.17 | | 60,997.68 |
| 07/01/19 | Rent Charges (07/2019) | 25,725.00 | | 86,722.68 |
| 07/01/19 | RE Tax Estimated (07/2019) | 1,858.65 | | 88,581.33 |
| 07/01/19 | Chk# 070119 | | 30,566.17 | 58,015.16 |
| 08/01/19 | CAM Estimate (08/2019) | 6,424.70 | | 64,439.86 |
| 08/01/19 | Prop Insurance Estimate (08/2019) | 429.17 | | 64,869.03 |
| 08/01/19 | Rent Charges (08/2019) | 25,725.00 | | 90,594.03 |
| 08/01/19 | RE Tax Estimated (08/2019) | 1,858.65 | | 92,452.68 |
| 08/01/19 | ACH080119 | | 30,566.17 | 61,886.51 |
| 09/01/19 | CAM Estimate (09/2019) | 6,424.70 | | 68,311.21 |
| 09/01/19 | Prop Insurance Estimate (09/2019) | 429.17 | | 68,740.38 |
| 09/01/19 | Rent Charges (09/2019) | 25,725.00 | | 94,465.38 |
| 09/01/19 | RE Tax Estimated (09/2019) | 1,858.65 | | 96,324.03 |
| 09/09/19 | Chk# 1501655659 | | 30,566.17 | 65,757.86 |
| 09/30/19 | 093019ACH | | 30,566.17 | 35,191.69 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 10/01/19 | CAM Estimate (10/2019) | 6,424.70 | | 41,616.39 |
| 10/01/19 | Prop Insurance Estimate (10/2019) | 429.17 | | 42,045.56 |
| 10/01/19 | Rent Charges (10/2019) | 25,725.00 | | 67,770.56 |
| 10/01/19 | RE Tax Estimated (10/2019) | 1,858.65 | | 69,629.21 |
| 10/28/19 | Direct Dep | | 579.28 | 69,049.93 |
| 10/31/19 | Dir Dep | | 30,566.17 | 38,483.76 |
| 11/01/19 | CAM Estimate (11/2019) | 6,424.70 | | 44,908.46 |
| 11/01/19 | Prop Insurance Estimate (11/2019) | 429.17 | | 45,337.63 |
| 11/01/19 | Rent Charges (11/2019) | 25,725.00 | | 71,062.63 |
| 11/01/19 | RE Tax Estimated (11/2019) | 1,858.65 | | 72,921.28 |
| 11/15/19 | 2016-2018 CAM Reconciliation Adjustment | (53,465.25) | | 19,456.03 |
| 12/01/19 | CAM Estimate (12/2019) | 2,991.76 | | 22,447.79 |
| 12/01/19 | Prop Insurance Estimate (12/2019) | 577.00 | | 23,024.79 |
| 12/01/19 | Rent Charges (12/2019) | 25,725.00 | | 48,749.79 |
| 12/01/19 | RE Tax Estimated (12/2019) | 1,802.52 | | 50,552.31 |
| 12/02/19 | Chk# 12022019 | | 30,566.17 | 19,986.14 |
| 12/30/19 | Chk# 12302019 | | 30,566.17 | (10,580.03) |
| 01/01/20 | CAM Estimate (01/2020) | 2,991.76 | | (7,588.27) |
| 01/01/20 | Prop Insurance Estimate (01/2020) | 577.00 | | (7,011.27) |
| 01/01/20 | Rent Charges (01/2020) | 25,725.00 | | 18,713.73 |
| 01/01/20 | RE Tax Estimated (01/2020) | 1,802.52 | | 20,516.25 |
| 02/01/20 | CAM Estimate (02/2020) | 2,991.76 | | 23,508.01 |
| 02/01/20 | Prop Insurance Estimate (02/2020) | 577.00 | | 24,085.01 |
| 02/01/20 | Rent Charges (02/2020) | 25,725.00 | | 49,810.01 |
| 02/01/20 | RE Tax Estimated (02/2020) | 1,802.52 | | 51,612.53 |
| 02/03/20 | Chk# 1501724738 | | 30,566.17 | 21,046.36 |
| 03/01/20 | CAM Estimate (03/2020) | 2,991.76 | | 24,038.12 |
| 03/01/20 | Prop Insurance Estimate (03/2020) | 577.00 | | 24,615.12 |
| 03/01/20 | Rent Charges (03/2020) | 25,725.00 | | 50,340.12 |
| 03/01/20 | RE Tax Estimated (03/2020) | 1,802.52 | | 52,142.64 |
| 03/02/20 | Chk# 1501732285 | | 30,566.17 | 21,576.47 |
| 03/30/20 | Chk# 1501742910 | | 30,566.17 | (8,989.70) |
| 04/01/20 | CAM Estimate (04/2020) | 2,991.76 | | (5,997.94) |
| 04/01/20 | Prop Insurance Estimate (04/2020) | 577.00 | | (5,420.94) |
| 04/01/20 | Rent Charges (04/2020) | 25,725.00 | | 20,304.06 |
| 04/01/20 | RE Tax Estimated (04/2020) | 1,802.52 | | 22,106.58 |
| 05/01/20 | CAM Estimate (05/2020) | 2,991.76 | | 25,098.34 |
| 05/01/20 | Prop Insurance Estimate (05/2020) | 577.00 | | 25,675.34 |
| 05/01/20 | Rent Charges (05/2020) | 25,725.00 | | 51,400.34 |
| 05/01/20 | RE Tax Estimated (05/2020) | 1,802.52 | | 53,202.86 |
| 05/01/20 | 05012020ACH | | 22,848.67 | 30,354.19 |
| 06/01/20 | CAM Estimate (06/2020) | 2,991.76 | | 33,345.95 |
| 06/01/20 | Prop Insurance Estimate (06/2020) | 577.00 | | 33,922.95 |
| 06/01/20 | Rent Charges (06/2020) | 25,725.00 | | 59,647.95 |
| 06/01/20 | RE Tax Estimated (06/2020) | 1,802.52 | | 61,450.47 |
| 06/22/20 | 06222020ACH | | 38,283.67 | 23,166.80 |
| 06/29/20 | 06292020ACH | | 30,566.17 | (7,399.37) |
| 07/01/20 | CAM Estimate (07/2020) | 2,991.76 | | (4,407.61) |
| 07/01/20 | Prop Insurance Estimate (07/2020) | 577.00 | | (3,830.61) |
| 07/01/20 | Rent Charges (07/2020) | 25,725.00 | | 21,894.39 |
| 07/01/20 | RE Tax Estimated (07/2020) | 1,802.52 | | 23,696.91 |
| 08/01/20 | CAM Estimate (08/2020) | 2,991.76 | | 26,688.67 |
| 08/01/20 | Prop Insurance Estimate (08/2020) | 577.00 | | 27,265.67 |
| 08/01/20 | Rent Charges (08/2020) | 25,725.00 | | 52,990.67 |
| 08/01/20 | RE Tax Estimated (08/2020) | 1,802.52 | | 54,793.19 |
| 08/03/20 | 08032020ACH | | 30,566.17 | 24,227.02 |
| 08/03/20 | 08032020ACH | | 10,140.82 | 14,086.20 |
| 08/04/20 | 2017-2019 CAM Rec Adjustment | (178.41) | | 13,907.79 |
| 08/04/20 | 01/20-08/20 CAM Adj | 1,196.72 | | 15,104.51 |
| 08/04/20 | 01/20-08/20 Ins Adj | 888.08 | | 15,992.59 |
| 08/04/20 | 01/20-08/20 Tax Adj | 407.60 | | 16,400.19 |
| 08/10/20 | 08102020ACH | | 5,973.80 | 10,426.39 |
| 08/31/20 | 08312020ACH | | 31,560.68 | (21,134.29) |
| 09/01/20 | CAM Estimate (09/2020) | 3,141.35 | | (17,992.94) |
| 09/01/20 | Prop Insurance Estimate (09/2020) | 688.01 | | (17,304.93) |
| 09/01/20 | Rent Charges (09/2020) | 25,725.00 | | 8,420.07 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 09/01/20 | RE Tax Estimated (09/2020) | 2,006.32 | | 10,426.39 |
| 09/28/20 | 09282020ACH | | 31,560.68 | (21,134.29) |
| 10/01/20 | CAM Estimate (10/2020) | 3,141.35 | | (17,992.94) |
| 10/01/20 | Prop Insurance Estimate (10/2020) | 688.01 | | (17,304.93) |
| 10/01/20 | Rent Charges (10/2020) | 25,725.00 | | 8,420.07 |
| 10/01/20 | RE Tax Estimated (10/2020) | 2,006.32 | | 10,426.39 |
| 11/01/20 | CAM Estimate (11/2020) | 3,141.35 | | 13,567.74 |
| 11/01/20 | Prop Insurance Estimate (11/2020) | 688.01 | | 14,255.75 |
| 11/01/20 | Rent Charges (11/2020) | 25,725.00 | | 39,980.75 |
| 11/01/20 | RE Tax Estimated (11/2020) | 2,006.32 | | 41,987.07 |
| 11/02/20 | 11022020ACH | | 31,560.68 | 10,426.39 |
| 11/30/20 | 11302020ACH | | 31,560.68 | (21,134.29) |
| 12/01/20 | CAM Estimate (12/2020) | 3,141.35 | | (17,992.94) |
| 12/01/20 | Prop Insurance Estimate (12/2020) | 688.01 | | (17,304.93) |
| 12/01/20 | Rent Charges (12/2020) | 25,725.00 | | 8,420.07 |
| 12/01/20 | RE Tax Estimated (12/2020) | 2,006.32 | | 10,426.39 |
| 12/28/20 | 12282020ACH | | 31,560.68 | (21,134.29) |
| 01/01/21 | CAM Estimate (01/2021)<br>:Revised by ctrl# 1786865 | 3,141.35 | | (17,992.94) |
| 01/01/21 | Prop Insurance Estimate (01/2021)<br>:Revised by ctrl# 1786862 | 688.01 | | (17,304.93) |
| 01/01/21 | Rent Charges (01/2021) | 25,725.00 | | 8,420.07 |
| 01/01/21 | RE Tax Estimated (01/2021)<br>:Revised by ctrl# 1786859 | 2,006.32 | | 10,426.39 |
| 02/01/21 | CAM Estimate (02/2021)<br>:Revised by ctrl# 1786866 | 3,141.35 | | 13,567.74 |
| 02/01/21 | Prop Insurance Estimate (02/2021)<br>:Revised by ctrl# 1786863 | 688.01 | | 14,255.75 |
| 02/01/21 | Rent Charges (02/2021) | 28,300.00 | | 42,555.75 |
| 02/01/21 | RE Tax Estimated (02/2021)<br>:Revised by ctrl# 1786860 | 2,006.32 | | 44,562.07 |
| 02/01/21 | 02012021ACH | | 34,135.68 | 10,426.39 |
| 03/01/21 | RE Tax Estimated (01/2021) | 2,052.50 | | 12,478.89 |
| 03/01/21 | Reversed RE Tax Estimated (01/2021)<br>:Revises charge ctrl# 1758991 | (2,006.32) | | 10,472.57 |
| 03/01/21 | RE Tax Estimated (02/2021)<br>:Revises charge ctrl# 1773597 | 46.18 | | 10,518.75 |
| 03/01/21 | Prop Insurance Estimate (01/2021) | 835.40 | | 11,354.15 |
| 03/01/21 | Reversed Prop Insurance Estimate (01/2021)<br>:Revises charge ctrl# 1758989 | (688.01) | | 10,666.14 |
| 03/01/21 | Prop Insurance Estimate (02/2021)<br>:Revises charge ctrl# 1773595 | 147.39 | | 10,813.53 |
| 03/01/21 | CAM Estimate (01/2021) | 3,298.41 | | 14,111.94 |
| 03/01/21 | Reversed CAM Estimate (01/2021)<br>:Revises charge ctrl# 1758988 | (3,141.35) | | 10,970.59 |
| 03/01/21 | CAM Estimate (02/2021)<br>:Revises charge ctrl# 1773594 | 157.06 | | 11,127.65 |
| 03/01/21 | CAM Estimate (03/2021) | 3,298.41 | | 14,426.06 |
| 03/01/21 | Prop Insurance Estimate (03/2021) | 835.40 | | 15,261.46 |
| 03/01/21 | Rent Charges (03/2021) | 28,300.00 | | 43,561.46 |
| 03/01/21 | RE Tax Estimated (03/2021) | 2,052.50 | | 45,613.96 |
| 03/01/21 | 03012021ACH | | 34,135.68 | 11,478.28 |
| 03/29/21 | 03292021ACH | | 34,135.68 | (22,657.40) |
| 04/01/21 | CAM Estimate (04/2021) | 3,298.41 | | (19,358.99) |
| 04/01/21 | Prop Insurance Estimate (04/2021) | 835.40 | | (18,523.59) |
| 04/01/21 | Rent Charges (04/2021) | 28,300.00 | | 9,776.41 |
| 04/01/21 | RE Tax Estimated (04/2021) | 2,052.50 | | 11,828.91 |
| 05/01/21 | 2020 CAM Reconciliation | 478.71 | | 12,307.62 |
| 05/01/21 | CAM Estimate (05/2021) | 3,298.41 | | 15,606.03 |
| 05/01/21 | Prop Insurance Estimate (05/2021) | 835.40 | | 16,441.43 |
| 05/01/21 | Rent Charges (05/2021) | 28,300.00 | | 44,741.43 |
| 05/01/21 | RE Tax Estimated (05/2021) | 2,052.50 | | 46,793.93 |
| 05/03/21 | 05032021AC | | 1,522.16 | 45,271.77 |
| 05/03/21 | 05032021ACH | | 34,135.68 | 11,136.09 |
| 06/01/21 | CAM Estimate (06/2021) | 3,298.41 | | 14,434.50 |
| 06/01/21 | Prop Insurance Estimate (06/2021) | 835.40 | | 15,269.90 |
| 06/01/21 | Rent Charges (06/2021) | 28,300.00 | | 43,569.90 |
| 06/01/21 | RE Tax Estimated (06/2021) | 2,052.50 | | 45,622.40 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | **Balance Forward** |  |  | **0.00** |
| 06/01/21 | 06012021ACH |  | 34,440.13 | 11,182.27 |
| 06/14/21 | 06142021ACH |  | 478.79 | 10,703.48 |
| 06/28/21 | 06282021ACH |  | 34,440.13 | (23,736.65) |
| 07/01/21 | CAM Estimate (07/2021) | 3,298.41 |  | (20,438.24) |
| 07/01/21 | Prop Insurance Estimate (07/2021) | 835.40 |  | (19,602.84) |
| 07/01/21 | Rent Charges (07/2021) | 28,300.00 |  | 8,697.16 |
| 07/01/21 | RE Tax Estimated (07/2021) | 2,052.50 |  | 10,749.66 |
| 08/01/21 | CAM Estimate (08/2021) | 3,298.41 |  | 14,048.07 |
| 08/01/21 | Prop Insurance Estimate (08/2021) | 835.40 |  | 14,883.47 |
| 08/01/21 | Rent Charges (08/2021) | 28,300.00 |  | 43,183.47 |
| 08/01/21 | RE Tax Estimated (08/2021) | 2,052.50 |  | 45,235.97 |
| 08/02/21 | 08022021ACH |  | 34,440.13 | 10,795.84 |
| 08/30/21 | 08302021ACH |  | 34,440.13 | (23,644.29) |
| 09/01/21 | CAM Estimate (09/2021) | 3,298.41 |  | (20,345.88) |
| 09/01/21 | Prop Insurance Estimate (09/2021) | 835.40 |  | (19,510.48) |
| 09/01/21 | Rent Charges (09/2021) | 28,300.00 |  | 8,789.52 |
| 09/01/21 | RE Tax Estimated (09/2021) | 2,052.50 |  | 10,842.02 |
| 09/27/21 | 09272021ACH |  | 34,440.13 | (23,598.11) |
| 10/01/21 | CAM Estimate (10/2021) | 3,298.41 |  | (20,299.70) |
| 10/01/21 | Prop Insurance Estimate (10/2021) | 835.40 |  | (19,464.30) |
| 10/01/21 | Rent Charges (10/2021) | 28,300.00 |  | 8,835.70 |
| 10/01/21 | RE Tax Estimated (10/2021) | 2,052.50 |  | 10,888.20 |
| 11/01/21 | CAM Estimate (11/2021) | 3,298.41 |  | 14,186.61 |
| 11/01/21 | Prop Insurance Estimate (11/2021) | 835.40 |  | 15,022.01 |
| 11/01/21 | Rent Charges (11/2021) | 28,300.00 |  | 43,322.01 |
| 11/01/21 | RE Tax Estimated (11/2021) | 2,052.50 |  | 45,374.51 |
| 11/01/21 | 11012021ACH |  | 34,440.13 | 10,934.38 |
| 11/30/21 | 11302021ACH |  | 34,440.13 | (23,505.75) |
| 12/01/21 | CAM Estimate (12/2021) | 3,298.41 |  | (20,207.34) |
| 12/01/21 | Prop Insurance Estimate (12/2021) | 835.40 |  | (19,371.94) |
| 12/01/21 | Rent Charges (12/2021) | 28,300.00 |  | 8,928.06 |
| 12/01/21 | RE Tax Estimated (12/2021) | 2,052.50 |  | 10,980.56 |
| 12/27/21 | 12272021ACH |  | 34,440.13 | (23,459.57) |
| 01/01/22 | CAM Estimate (01/2022) | 3,463.33 |  | (19,996.24) |
| 01/01/22 | Prop Insurance Estimate (01/2022) | 860.46 |  | (19,135.78) |
| 01/01/22 | Rent Charges (01/2022) | 28,300.00 |  | 9,164.22 |
| 01/01/22 | RE Tax Estimated (01/2022) | 2,276.78 |  | 11,441.00 |
| 01/31/22 | 01312022ACH |  | 34,440.13 | (22,999.13) |
| 02/01/22 | CAM Estimate (02/2022) | 3,463.33 |  | (19,535.80) |
| 02/01/22 | Prop Insurance Estimate (02/2022) | 860.46 |  | (18,675.34) |
| 02/01/22 | Rent Charges (02/2022) | 28,300.00 |  | 9,624.66 |
| 02/01/22 | RE Tax Estimated (02/2022) | 2,276.78 |  | 11,901.44 |
| 02/28/22 | 02282022ACH |  | 34,440.13 | (22,538.69) |
| 03/01/22 | CAM Estimate (03/2022) | 3,463.33 |  | (19,075.36) |
| 03/01/22 | Prop Insurance Estimate (03/2022) | 860.46 |  | (18,214.90) |
| 03/01/22 | Rent Charges (03/2022) | 28,300.00 |  | 10,085.10 |
| 03/01/22 | RE Tax Estimated (03/2022) | 2,276.78 |  | 12,361.88 |
| 04/01/22 | CAM Estimate (04/2022) | 3,463.33 |  | 15,825.21 |
| 04/01/22 | Prop Insurance Estimate (04/2022) | 860.46 |  | 16,685.67 |
| 04/01/22 | Rent Charges (04/2022) | 28,300.00 |  | 44,985.67 |
| 04/01/22 | RE Tax Estimated (04/2022) | 2,276.78 |  | 47,262.45 |
| 04/01/22 | 04012022ACH |  | 34,440.13 | 12,822.32 |
| 05/01/22 | CAM Estimate (05/2022) | 3,463.33 |  | 16,285.65 |
| 05/01/22 | Prop Insurance Estimate (05/2022) | 860.46 |  | 17,146.11 |
| 05/01/22 | Rent Charges (05/2022) | 28,300.00 |  | 45,446.11 |
| 05/01/22 | RE Tax Estimated (05/2022) | 2,276.78 |  | 47,722.89 |
| 05/01/22 | 2021 CAM Reconciliation | 396.47 |  | 48,119.36 |
| 05/02/22 | 05022022ACH |  | 34,440.13 | 13,679.23 |
| 05/31/22 | 05312022ACH |  | 34,440.13 | (20,760.90) |
| 06/01/22 | CAM Estimate (06/2022) | 3,463.33 |  | (17,297.57) |
| 06/01/22 | Prop Insurance Estimate (06/2022) | 860.46 |  | (16,437.11) |
| 06/01/22 | Rent Charges (06/2022) | 28,300.00 |  | 11,862.89 |
| 06/01/22 | RE Tax Estimated (06/2022) | 2,276.78 |  | 14,139.67 |
| 06/27/22 | 06272022ACH |  | 34,440.13 | (20,300.46) |
| 07/01/22 | CAM Estimate (07/2022) | 3,463.33 |  | (16,837.13) |
| 07/01/22 | Prop Insurance Estimate (07/2022) | 860.46 |  | (15,976.67) |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **0.00** |
| 07/01/22 | Rent Charges (07/2022) | 28,300.00 | | 12,323.33 |
| 07/01/22 | RE Tax Estimated (07/2022) | 2,276.78 | | 14,600.11 |
| 08/01/22 | CAM Estimate (08/2022) | 3,463.33 | | 18,063.44 |
| 08/01/22 | Prop Insurance Estimate (08/2022) | 860.46 | | 18,923.90 |
| 08/01/22 | Rent Charges (08/2022) | 28,300.00 | | 47,223.90 |
| 08/01/22 | RE Tax Estimated (08/2022) | 2,276.78 | | 49,500.68 |
| 08/01/22 | 08012022ACH | | 34,440.13 | 15,060.55 |
| 08/29/22 | 08292022ACH | | 34,440.13 | (19,379.58) |
| 09/01/22 | CAM Estimate (09/2022) | 3,463.33 | | (15,916.25) |
| 09/01/22 | Prop Insurance Estimate (09/2022) | 860.46 | | (15,055.79) |
| 09/01/22 | Rent Charges (09/2022) | 28,300.00 | | 13,244.21 |
| 09/01/22 | RE Tax Estimated (09/2022) | 2,276.78 | | 15,520.99 |
| 09/26/22 | 09262022ACH | | 34,440.13 | (18,919.14) |
| 10/01/22 | CAM Estimate (10/2022) | 3,463.33 | | (15,455.81) |
| 10/01/22 | Prop Insurance Estimate (10/2022) | 860.46 | | (14,595.35) |
| 10/01/22 | Rent Charges (10/2022) | 28,300.00 | | 13,704.65 |
| 10/01/22 | RE Tax Estimated (10/2022) | 2,276.78 | | 15,981.43 |
| 10/31/22 | 10312022ACH | | 34,440.13 | (18,458.70) |
| 11/01/22 | CAM Estimate (11/2022) | 3,463.33 | | (14,995.37) |
| 11/01/22 | Prop Insurance Estimate (11/2022) | 860.46 | | (14,134.91) |
| 11/01/22 | Rent Charges (11/2022) | 28,300.00 | | 14,165.09 |
| 11/01/22 | RE Tax Estimated (11/2022) | 2,276.78 | | 16,441.87 |
| 11/28/22 | 11282022ACH | | 34,440.13 | (17,998.26) |
| 12/01/22 | CAM Estimate (12/2022) | 3,463.33 | | (14,534.93) |
| 12/01/22 | Prop Insurance Estimate (12/2022) | 860.46 | | (13,674.47) |
| 12/01/22 | Rent Charges (12/2022) | 28,300.00 | | 14,625.53 |
| 12/01/22 | RE Tax Estimated (12/2022) | 2,276.78 | | 16,902.31 |
| 12/27/22 | 12272022ACH | | 34,440.13 | (17,537.82) |
| 01/01/23 | CAM Estimate (01/2023) | 3,463.33 | | (14,074.49) |
| 01/01/23 | Prop Insurance Estimate (01/2023) | 860.46 | | (13,214.03) |
| 01/01/23 | Rent Charges (01/2023) | 28,300.00 | | 15,085.97 |
| 01/01/23 | RE Tax Estimated (01/2023) | 2,276.78 | | 17,362.75 |
| 01/30/23 | 01302023ACH | | 34,440.13 | (17,077.38) |
| 02/01/23 | CAM Estimate (02/2023) | 3,463.33 | | (13,614.05) |
| 02/01/23 | Prop Insurance Estimate (02/2023) | 860.46 | | (12,753.59) |
| 02/01/23 | Rent Charges (02/2023) | 28,300.00 | | 15,546.41 |
| 02/01/23 | RE Tax Estimated (02/2023) | 2,276.78 | | 17,823.19 |
| 02/27/23 | 02272023ACH | | 34,440.13 | (16,616.94) |
| 03/01/23 | CAM Estimate (03/2023) | 3,463.33 | | (13,153.61) |
| 03/01/23 | Prop Insurance Estimate (03/2023) | 860.46 | | (12,293.15) |
| 03/01/23 | Rent Charges (03/2023) | 28,300.00 | | 16,006.85 |
| 03/01/23 | RE Tax Estimated (03/2023) | 2,276.78 | | 18,283.63 |
| 03/27/23 | 03272023ACH | | 34,440.13 | (16,156.50) |
| 04/01/23 | CAM Estimate (04/2023) | 3,463.33 | | (12,693.17) |
| 04/01/23 | Prop Insurance Estimate (04/2023) | 860.46 | | (11,832.71) |
| 04/01/23 | Rent Charges (04/2023) | 28,300.00 | | 16,467.29 |
| 04/01/23 | RE Tax Estimated (04/2023) | 2,276.78 | | 18,744.07 |
| 05/01/23 | CAM Estimate (05/2023) | 3,463.33 | | 22,207.40 |
| 05/01/23 | Prop Insurance Estimate (05/2023) | 860.46 | | 23,067.86 |
| 05/01/23 | Rent Charges (05/2023) | 28,300.00 | | 51,367.86 |
| 05/01/23 | RE Tax Estimated (05/2023) | 2,276.78 | | 53,644.64 |
| 05/01/23 | 05012023ACH | | 34,440.13 | 19,204.51 |
| 05/08/23 | 05082023ACH | | 291.42 | 18,913.09 |
| 05/30/23 | 05302023ACH | | 34,440.13 | (15,527.04) |
| 06/01/23 | 01/2023-05/2023 CAM Adj | 865.85 | | (14,661.19) |
| 06/01/23 | 01/2023-05/2023 Ins Adj | 363.60 | | (14,297.59) |
| 06/01/23 | 01/2023-05/2023 Tax Adj | 572.00 | | (13,725.59) |
| 06/01/23 | 2022 CAM Reconciliation | 238.86 | | (13,486.73) |
| 06/01/23 | CAM Estimate (06/2023) | 3,636.50 | | (9,850.23) |
| 06/01/23 | Prop Insurance Estimate (06/2023) | 933.18 | | (8,917.05) |
| 06/01/23 | Rent Charges (06/2023) | 28,300.00 | | 19,382.95 |
| 06/01/23 | RE Tax Estimated (06/2023) | 2,391.18 | | 21,774.13 |
| 06/26/23 | 06262023ACH | | 34,440.13 | (12,666.00) |
| 07/01/23 | CAM Estimate (07/2023) | 3,636.50 | | (9,029.50) |
| 07/01/23 | Prop Insurance Estimate (07/2023) | 933.18 | | (8,096.32) |
| 07/01/23 | Rent Charges (07/2023) | 28,300.00 | | 20,203.68 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | **Balance Forward** |  |  | 0.00 |
| 07/01/23 | RE Tax Estimated (07/2023) | 2,391.18 |  | 22,594.86 |
| 07/31/23 | 07312023ACH |  | 34,440.13 | (11,845.27) |
| 08/01/23 | CAM Estimate (08/2023) | 3,636.50 |  | (8,208.77) |
| 08/01/23 | Prop Insurance Estimate (08/2023) | 933.18 |  | (7,275.59) |
| 08/01/23 | Rent Charges (08/2023) | 28,300.00 |  | 21,024.41 |
| 08/01/23 | RE Tax Estimated (08/2023) | 2,391.18 |  | 23,415.59 |
| 08/11/23 | 2021 CAM Rec Adjustment | (950.63) |  | 22,464.96 |
| 08/28/23 | 08282023ACH |  | 34,440.13 | (11,975.17) |
| 09/01/23 | CAM Estimate (09/2023) | 3,636.50 |  | (8,338.67) |
| 09/01/23 | Prop Insurance Estimate (09/2023) | 933.18 |  | (7,405.49) |
| 09/01/23 | Rent Charges (09/2023) | 28,300.00 |  | 20,894.51 |
| 09/01/23 | RE Tax Estimated (09/2023) | 2,391.18 |  | 23,285.69 |
| 09/25/23 | 09252023ACH |  | 34,440.13 | (11,154.44) |
| 10/01/23 | CAM Estimate (10/2023) | 3,636.50 |  | (7,517.94) |
| 10/01/23 | Prop Insurance Estimate (10/2023) | 933.18 |  | (6,584.76) |
| 10/01/23 | Rent Charges (10/2023) | 28,300.00 |  | 21,715.24 |
| 10/01/23 | RE Tax Estimated (10/2023) | 2,391.18 |  | 24,106.42 |
| 10/30/23 | 10302023ACH |  | 34,440.13 | (10,333.71) |
| 11/01/23 | CAM Estimate (11/2023) | 3,636.50 |  | (6,697.21) |
| 11/01/23 | Prop Insurance Estimate (11/2023) | 933.18 |  | (5,764.03) |
| 11/01/23 | Rent Charges (11/2023) | 28,300.00 |  | 22,535.97 |
| 11/01/23 | RE Tax Estimated (11/2023) | 2,391.18 |  | 24,927.15 |
| 11/27/23 | 11272023ACH |  | 34,440.13 | (9,512.98) |
| 12/01/23 | CAM Estimate (12/2023) | 3,636.50 |  | (5,876.48) |
| 12/01/23 | Prop Insurance Estimate (12/2023) | 933.18 |  | (4,943.30) |
| 12/01/23 | Rent Charges (12/2023) | 28,300.00 |  | 23,356.70 |
| 12/01/23 | RE Tax Estimated (12/2023) | 2,391.18 |  | 25,747.88 |
| 12/26/23 | 12262023ACH |  | 34,440.13 | (8,692.25) |
| 01/01/24 | CAM Estimate (01/2024) | 3,636.50 |  | (5,055.75) |
| 01/01/24 | Prop Insurance Estimate (01/2024) | 933.18 |  | (4,122.57) |
| 01/01/24 | Rent Charges (01/2024) | 28,300.00 |  | 24,177.43 |
| 01/01/24 | RE Tax Estimated (01/2024) | 2,391.18 |  | 26,568.61 |
| 02/01/24 | CAM Estimate (02/2024) | 3,636.50 |  | 30,205.11 |
| 02/01/24 | Prop Insurance Estimate (02/2024) | 933.18 |  | 31,138.29 |
| 02/01/24 | Rent Charges (02/2024) | 28,300.00 |  | 59,438.29 |
| 02/01/24 | RE Tax Estimated (02/2024) | 2,391.18 |  | 61,829.47 |
| 02/05/24 | 02052024ACH |  | 34,440.13 | 27,389.34 |
| 03/01/24 | CAM Estimate (03/2024) | 3,636.50 |  | 31,025.84 |
| 03/01/24 | Prop Insurance Estimate (03/2024) | 933.18 |  | 31,959.02 |
| 03/01/24 | Rent Charges (03/2024) | 28,300.00 |  | 60,259.02 |
| 03/01/24 | RE Tax Estimated (03/2024) | 2,391.18 |  | 62,650.20 |
| 03/04/24 | 03042024ACH |  | 34,440.13 | 28,210.07 |
| 04/01/24 | CAM Estimate (04/2024) | 3,636.50 |  | 31,846.57 |
| 04/01/24 | Prop Insurance Estimate (04/2024) | 933.18 |  | 32,779.75 |
| 04/01/24 | Rent Charges (04/2024) | 28,300.00 |  | 61,079.75 |
| 04/01/24 | RE Tax Estimated (04/2024) | 2,391.18 |  | 63,470.93 |
| 04/04/24 | 04042024ACH |  | 34,440.13 | 29,030.80 |
| 05/01/24 | 2023 CAM Reconciliation | 604.81 |  | 29,635.61 |
| 05/01/24 | CAM Estimate (05/2024) | 3,636.50 |  | 33,272.11 |
| 05/01/24 | Prop Insurance Estimate (05/2024) | 933.18 |  | 34,205.29 |
| 05/01/24 | Rent Charges (05/2024) | 28,300.00 |  | 62,505.29 |
| 05/01/24 | RE Tax Estimated (05/2024) | 2,391.18 |  | 64,896.47 |
| 05/06/24 | 05062024ACH |  | 34,440.13 | 30,456.34 |
| 06/01/24 | CAM Estimate (06/2024) | 3,636.50 |  | 34,092.84 |
| 06/01/24 | Prop Insurance Estimate (06/2024) | 933.18 |  | 35,026.02 |
| 06/01/24 | Rent Charges (06/2024) | 28,300.00 |  | 63,326.02 |
| 06/01/24 | RE Tax Estimated (06/2024) | 2,391.18 |  | 65,717.20 |
| 06/03/24 | 06032024ACH |  | 34,440.13 | 31,277.07 |
| 07/01/24 | CAM Estimate (07/2024) | 3,636.50 |  | 34,913.57 |
| 07/01/24 | Prop Insurance Estimate (07/2024) | 933.18 |  | 35,846.75 |
| 07/01/24 | Rent Charges (07/2024) | 28,300.00 |  | 64,146.75 |
| 07/01/24 | RE Tax Estimated (07/2024) | 2,391.18 |  | 66,537.93 |
| 07/05/24 | 07052024ACH |  | 34,440.13 | 32,097.80 |
| 08/01/24 | CAM Estimate (08/2024) | 3,636.50 |  | 35,734.30 |
| 08/01/24 | Prop Insurance Estimate (08/2024) | 933.18 |  | 36,667.48 |
| 08/01/24 | Rent Charges (08/2024) | 28,300.00 |  | 64,967.48 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **0.00** |
| 08/01/24 | RE Tax Estimated (08/2024) | 2,391.18 | | 67,358.66 |
| 08/05/24 | 08052024ACH | | 34,440.13 | 32,918.53 |
| 09/01/24 | CAM Estimate (09/2024) | 3,636.50 | | 36,555.03 |
| 09/01/24 | Prop Insurance Estimate (09/2024) | 933.18 | | 37,488.21 |
| 09/01/24 | Rent Charges (09/2024) | 28,300.00 | | 65,788.21 |
| 09/01/24 | RE Tax Estimated (09/2024) | 2,391.18 | | 68,179.39 |
| 10/01/24 | CAM Estimate (10/2024) | 3,636.50 | | 71,815.89 |
| 10/01/24 | Prop Insurance Estimate (10/2024) | 933.18 | | 72,749.07 |
| 10/01/24 | Rent Charges (10/2024) | 28,300.00 | | 101,049.07 |
| 10/01/24 | RE Tax Estimated (10/2024) | 2,391.18 | | 103,440.25 |
| 10/02/24 | 10022024ACH | | 34,440.13 | 69,000.12 |
| 11/01/24 | CAM Estimate (11/2024) | 3,636.50 | | 72,636.62 |
| 11/01/24 | Prop Insurance Estimate (11/2024) | 933.18 | | 73,569.80 |
| 11/01/24 | Rent Charges (11/2024) | 28,300.00 | | 101,869.80 |
| 11/01/24 | RE Tax Estimated (11/2024) | 2,391.18 | | 104,260.98 |
| 11/05/24 | 11052024ACH | | 34,440.13 | 69,820.85 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 820.73 | 820.73 | 35,260.86 | 32,918.53 | 69,820.85 |