**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 8, 2024, AT 10:30 A.M. (ET)**

> **AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

**ADJOURNED MATTERS**

1. Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (D.I. 18, filed 9/9/24).

    Objection Deadline: November 6, 2024, at 12:00 p.m. (ET).

    Other Responses Received:

    Related Documents:

    a) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 511, filed 10/16/24);

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Amended items appear in **bold**.

  b) Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief (D.I. 612, entered 10/25/24); and

  c) Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 683, filed 10/31/24).

 Status:  This matter is currently scheduled for the sale hearing on November 12, 2024 pursuant to D.I. 612.

2. Motion of Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code and Waiver of Fourteen Day Stay Imposed by Rule 4001 (a)(3) (D.I. 414, filed 10/4/24).

 Objection Deadline: October 25, 2024, at 4:00 p.m. (ET); extended for the Debtors.

 Responses Received: None at this time.

 Related Documents: None at this time.

 Status:  This matter is adjourned to the omnibus hearing scheduled for November 21, 2024, at 10:30 a.m. (ET).

3. Motion of Dell Financial Services L.L.C. for Relief from the Automatic Stay Pursuant to 11 U.S.C.§ 362(d), or in the Alternative, for Adequate Protection Payments (D.I. 436, filed 10/7/24).

 Objection Deadline: October 25, 2024, at 4:00 p.m. (ET); extended for the Debtors.

 Responses Received: None.

 Related Documents: None.

 Status:  This matter is adjourned to the omnibus hearing scheduled for November 21, 2024, at 10:30 a.m. (ET).

4. Application for Order Under Bankruptcy Code Section 1103 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 25, 2024 (D.I. 554, filed 10/18/24).

 Objection Deadline: November 1, 2024, at 4:00 p.m. (ET); extended to November 11, 2024, at 4:00 p.m. for the U.S. Trustee.

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter is adjourned to the omnibus hearing scheduled for November 21, 2024, at 10:30 a.m. (ET).

5. Cicero 8148 LLC's Motion to Compel Immediate Rejection of Lease, Payment of Postpetition Rent, Allowance and Payment of Administrative Claims, and Related Relief (D.I. 588, filed 10/18/24).

   Objection Deadline: November 1, 2024, at 4:00 p.m. (ET); extended for the Debtors to November 8, 2024.

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for November 21, 2024, at 10:30 a.m. (ET).

**MATTERS UNDER CERTIFICATION**

6. Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (D.I. 450, filed 10/9/24).

   Objection Deadline: October 23, 2024, at 4:00 p.m. (ET); extended to November 1, 2024, at 12:00 a.m. for Blue Owl Real Estate Capital, LLC ("**Blue Owl**").

   Responses Received:

   a) [Withdrawn] Limited Objection of Raymond Storage Concepts, Inc. and Raymond West Intralogistics Solutions to Debtors' Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of Debtors' Leased Distribution Centers (D.I. 596, filed 10/24/24); and

   b) [Withdrawn] Limited Objection of Dell Financial Services L.L.C. to Debtors' Abandonment and/or Disposal of Property (D.I. 597, filed 10/24/24).

   Related Documents:

   a) Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of the Debtors' Leased Distribution Centers Proposed to be Rejected Pursuant to the Motion of Debtors for Entry of an Order (I) Authorizing Debtors to

      Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (D.I. 476, filed 10/10/24);

    b)      Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (D.I. 545, filed 10/18/24); and

    c)      Certification of Counsel Regarding Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (D.I. 822, filed 11/3/24).

    Status: **This matter is adjourned to the omnibus hearing scheduled for November 12, 2024, at 1:30 p.m. (ET).**

7.      Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date (D.I. 455, filed 10/18/24).

    Objection Deadline: October 23, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a)      Certificate of No Objection Regarding Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor Effective as of the Petition Date (D.I. 892, filed 11/04/24).

    Status: **This matter is adjourned to the omnibus hearing scheduled for November 12, 2024, at 1:30 p.m. (ET).**

8.      Objection to Proposed Sale of Lease #5444, 1801 S. Semoran Blvd, Orlando, Florida (D.I. 604, filed 10/25/24).

    Objection Deadline:

    Responses Received:

    Related Documents:

    a)      Second Notice of Proposed Cure Amounts for Certain Unexpired Leases (D.I. 443, filed 10/8/24); and

    b)      Certification of Counsel Regarding Agreed Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors-In-Possession to Assume, Assign and Sell its Semoran Blvd., Orlando, Florida Real Property Lease (D.I. 935, filed 11/6/24).

Status: **This matter is adjourned to the omnibus hearing scheduled for November 12, 2024, at 1:30 p.m. (ET).**

**MATTERS GOING FORWARD**

9. Application of the Official Committee of Unsecured Creditors in Big Lots, Inc. *et al.*, to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective September 24, 2024 (D.I. 552, filed 10/18/24).

    Objection Deadline: November 1, 2024, at 4:00 p.m. (ET); extended to November 5, 2024, at 4:00 p.m. for the U.S. Trustee.

    Responses Received: None.

    Related Documents: None.

    Status: **This matter is adjourned to the omnibus hearing scheduled for November 12, 2024, at 1:30 p.m. (ET).**

10. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024 (D.I. 553, filed 10/18/24).

    Objection Deadline: November 1, 2024, at 4:00 p.m. (ET); extended to November 5, 2024, at 4:00 p.m. for the U.S. Trustee.

    Responses Received: None.

    Related Documents: None.

    Status: **This matter is adjourned to the omnibus hearing scheduled for November 12, 2024, at 1:30 p.m. (ET).**

*(Remainder of page intentionally left blank)*

Dated: November 6, 2024
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Casey B. Sawyer*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        *-and-*

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Jonah A. Peppiatt (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        jonah.peppiatt@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and*
        *Debtors in Possession*