1  **HAHN & HAHN LLP**
   DEAN G. RALLIS JR., State Bar No. 94266
2  E-Mail: drallis@hahnlawyers.com
   301 E. COLORADO BLVD., NINTH FLOOR
3  PASADENA, CALIFORNIA 91101-1977
   Telephone: (626) 796-9123
4  Facsimile: (626) 449-7357
5
   Attorneys for Creditor USRP Watt Town
6  Center Retail Partners
7
8
9              UNITED STATES BANKRUPTCY COURT
10              FOR THE DISTRICT OF DELAWARE

11 | In re                                  | Case No.  24-11967 (JKS)
12 | BIG LOTS, INC., *et al.*,              | [Chapter 11]
13 |         Debtor.                        | (Jointly Administered)
14 |                                        |
15 |                                        | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
16

17       **PLEASE TAKE NOTICE** that the undersigned appears for USRP Watt Town Center

18 Retail Partners, a creditor and landlord in the above-captioned chapter 11 bankruptcy case

19 ("Creditor"), and demands, pursuant to Rules 2002, 2015, 3017, 9007 and 9010(b) of the Federal

20 Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(l), 342 and 1109(b) of

21 Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be

22 given in this case and all papers served or required to be served in this case, be given to and served

23 upon the following person at the address listed below:

24                    Dean G. Rallis Jr., Esq.
                      HAHN & HAHN LLP
25                    301 E. Colorado Blvd., 9th Fl.
                      Pasadena, CA 91101-1977
26                    Phone: (626) 796-9123
                      Fax: (626) 449-7357
27                    Email: drallis@hahnlawyers.com
28

DRALLIS\36829.00004\4058283.1                                    Case No. 24-11967 (JKS)
NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Creditor does not, by filing this Notice of Appearance and Request for Notices or any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Court or intend that this Notice of Appearance and Request for Notices constitutes a waiver of (1) his rights to have (a) final orders in noncore proceedings entered only after de novo review by a district judge, (b) trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case, or (c) the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (2) any other rights, claims, actions, setoffs, or recoupments to which Creditor, as applicable, is or may be entitled, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments are hereby preserved.

Dated: November 6, 2024

*/s/ Dean G. Rallis Jr.*
Dean G. Rallis Jr.
HAHN & HAHN LLP
301 E. COLORADO BLVD., 9th FL.
PASADENA, CA 91101-1977
Phone: (626) 796-9123
Fax: (626) 449-7357
drallis@hahnlawyers.com