# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, a true and correct copy of the foregoing *Objection And Reservation Of Rights Of Ramsey Pike, LLC To The (I) Notice Of Proposed Assumption And Assignment Of Executory Contracts Or Unexpired Leases And Proposed Cure Amount And (II) Proposed Sale To Successful Bidder* was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105
schristianson@buchalter.com

Christopher Marcus, Esq.
Douglas A. Ryder, Esq.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

Linda J. Casey, Esq.
U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esq.
Kristin K. Going, Esq.
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: November 6, 2024