**BIG LOTS A/R**

| | Sweeping | Insurance | Property Tx | R&M | | CAM | INSURANCE |
|---|---|---|---|---|---|---|---|
| | | **EXPENSES** | | | | **REIMBURSED BY BIG LOTS** | |
| Jan | 2,106.38 | | | | | 374.38 | 170.05 |
| Feb | 537.95 | 1,898.19 | | | | 374.38 | 170.05 |
| Mar | 575.05 | | | | | 374.38 | 170.05 |
| Apr | 601.55 | 1,053.24 Ins Adj to Full Replacement Value | | | | 374.38 | 170.05 |
| May | 601.55 | 2,951.44 | | 3250.00 Paving | | 374.38 | 170.05 |
| Jun | 519.40 | | | | | 374.38 | 170.05 |
| Jul | 620.10 | | | | | 374.38 | 170.05 |
| Aug | 565.78 | 2,951.43 | | Marmic Fire | | 374.38 | 170.05 |
| Sep | 565.77 | | | 2835.77 Suppression | | | |
| Oct | *575.00* | 2,951.43 | 10,223.13 | System | | 374.38 | 170.05 |
| | 7,268.53 | 11,805.73 | 10,223.13 | 6,085.77 | | 3,369.42 | 1,530.45 |
| | | | | 35,383.16 | | | 4,899.87 |

| | |
|---|---|
| Total Expenses | $ 35,383.16 |
| Outstanding Rent, September | 10,647.47 |
| Total Reimbursement | (4,899.87) |
| Due to BKY from Big Lots | $ 41,130.76 |