# EXHIBIT A

**RPI LANDLORDS – Big Lots, Inc.**

| Store ID | Landlord | Location | Proposed Cure Amount | Correct Cure Amount | Exhibit ID |
|---|---|---|---|---|---|
| 1154 | RPI Courtyard Ltd. | 139 I-35 South<br>New Braunfels, TX | $ 22,238.00 | **$ 22,238.44** | A-1 |
| 1890 | RPI Overland Ltd. | 5781 SW Green Oaks Blvd.<br>Arlington, TX | $ 23,569.00 | $ 23,568.88<br>$ 59,568.99[1]<br>**$ 83,137.87** | A-2 |
| 4606 | RPI Ridgmar Town Square Ltd. | 1255 Town Square Drive<br>Fort Worth, TX | $ 21,757.54 | $ 20,338.56<br>$64,284.60[2]<br>**$ 84,623.16** | A-3 |

---

[1] **Overland** – Taxes are billed annually in December and payable within thirty (30) days after invoice. Taxes at issue are for 2024 in the amount of $59,568.99.

[2] **Ridgmar** – Insurance is billed annually in November and Taxes are billed annually in December, both payable within thirty (30) days after invoice. Taxes for October 2024 through September 2025 are in the amount of $30,640.07 and Insurance for 2024 is in the amount of $33,644.53, for a total amount of **$64,284.60**.

# Exhibit A-1

## ACCOUNT SUMMARY

| | |
|---|---|
| BIG LOTS, INC.   STORE 01154B | **Remit Payment To:** |
| DEPT #10061   LEASE ADMIN | RPI COURTYARD LTD |
| 4900 E. DUBLIN GRANVILLE RD. | 2929 CARLISLE STREET |
| COLUMBUS, OH  43081-7651 | STE 170 |
| | DALLAS, TX  75204 |
| | phone  972.250.1486 |

Invoice Date:          10-06-2024

| Suite # | Charge Date | Charge Type | Amount |
|---|---|---|---|
| 139 | 09-01-2024 | CAM Monthly Estimate | $860.00 |
| | | Insurance Monthly Estimate | $2,125.44 |
| | | RE Tax Monthly Estimate | $4,253.00 |
| | | Rent Charge | $15,000.00 |
| | | Total for Charge Date: | $22,238.44 |

Please pay by the due date designated in your lease in order to avoid late fees.

If you have questions concerning this Account Summary, please contact Kay Mead at 972.250.1486 ext. 105 or at kmead@retailplazas.com.

# Exhibit A-2

## ACCOUNT SUMMARY

| | |
|---|---|
| BIG LOTS!  #1890 | **Remit Payment To:** |
| DEPT #10061  LEASE ADMIN | RPI OVERLAND LTD |
| 4900 E. DUBLIN GRANVILLE RD. | 2929 CARLISLE STREET |
| COLUMBUS, OH  43081-7651 | STE 170 |
| | DALLAS, TX  75204 |
| | phone  972.250.1486 |

Invoice Date:        10-06-2024

| Suite # | Charge Date | Charge Type | Amount |
|---|---|---|---|
| 5781 | 09-01-2024 | CAM Monthly Estimate | $1,479.70 |
| | | Insurance Monthly Estimate | $2,926.68 |
| | | Rent Charge | $19,162.50 |
| | | Total for Charge Date: | $23,568.88 |

Please pay by the due date designated in your lease in order to avoid late fees.

If you have questions concerning this Account Summary, please contact Kay Mead at 972.250.1486 ext. 105 or at kmead@retailplazas.com.

```
Retail Plazas, Inc.            Reconciliation Worksheet                       11-01-2024
         Tenant:    BIG LOTS!  #1890                    Charge Type:  RE TAX
```

**Property:** 112-OS    **OVERLAND STAGE SHOPPING C**    Recovery Period:  1-2024  To  12-2024
**Lease:** BIG LOTS-OS                                  Frequency:        12 Months
**Unit:** 5781                  Move-In Date:  03-07-05   Move-Out Date:

|        | Month   | Expense $  | Less Base  | % Share    | $ Share  | Adj. Occup. |
|--------|---------|------------|------------|------------|----------|-------------|
| RE TAX | 01-2024 | 14,160.99  | 14,160.99  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 02-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 03-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 04-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 05-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 06-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 07-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 08-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 09-2024 | 14,161.01  | 14,161.01  | 35.05458 % | 4,964.08 | 4,964.08    |
|        | 10-2024 | 14,161.02  | 14,161.02  | 35.05458 % | 4,964.09 | 4,964.09    |
|        | 11-2024 | 14,161.02  | 14,161.02  | 35.05458 % | 4,964.09 | 4,964.09    |
|        | 12-2024 | 14,161.02  | 14,161.02  | 35.05458 % | 4,964.09 | 4,964.09    |
| TOTAL  |         | 169,932.13 | 169,932.13 |            | 59,568.99| 59,568.99   |

```
                 Total Tenant's Share:       59,568.99        Admin. Fee %:           .00
                         Stop Amount:             .00        Admin. Fee Due:          .00
                          Apply Stop:       59,568.99
                          Cap Amount:             .00
                           Apply Cap:       59,568.99
                    Previously Billed:            .00
                    Final Adjustment:       59,568.99        TOTAL DUE:         59,568.99
```

# Exhibit A-3

## ACCOUNT SUMMARY

BIG LOTS! STORE #4606  
DEPT #10061   LEASE ADMIN  
4900 E. DUBLIN GRANVILLE RD.  
COLUMBUS, OH  43081-7651

**Remit Payment To:**  
RPI RIDGMAR TOWN SQUARE LTD  
2929 CARLISLE STREET  
STE 170  
DALLAS, TX  75204  
phone  972.250.1486

Invoice Date:        10-06-2024

| Suite # | Charge Date | Charge Type | Amount |
|---|---|---|---|
| A-1255 | 04-05-2024 | FIRE ALARM SERVICE CALL | $209.85 |
| | 08-02-2024 | 2023 RE Tax Refund | $1,845.23- |
| | 09-01-2024 | CAM Monthly Estimate | $4,050.07 |
| | | Rent Charge | $17,707.67 |
| | | Total for Charge Date: | $21,757.74 |
| | 10-03-2024 | SEAL PITCH PAN & PVC PIPE | $216.50 |
| | | Total Due: | $20,338.86 |

Please pay by the due date designated in your lease in order to avoid late fees.

If you have questions concerning this Account Summary, please contact Kay Mead at 972.250.1486 ext. 105 or at kmead@retailplazas.com.

```
Retail Plazas, Inc.              Reconciliation Worksheet                          11-01-2024
           Tenant:    BIG LOTS! #4606                     Charge Type:  RE TAX
```

**Property:** 111-RM    **RIDGMAR TOWN SQUARE SHOP**    Recovery Period:  1-2024 To 12-2024
**Lease:** BIG LOTS-RM                                   Frequency:       12 Months
**Unit:** A-1255                Move-In Date:  06-07-12  Move-Out Date:

| | Month | Expense $ | Less Base | % Share | $ Share | Adj. Occup. |
|---|---|---|---|---|---|---|
| RE TAX | 01-2024 | 26,681.60 | 26,681.60 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 02-2024 | 26,681.60 | 26,681.60 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 03-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 04-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 05-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 06-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 07-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 08-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 09-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 10-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 11-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| | 12-2024 | 26,681.61 | 26,681.61 | 9.56966 % | 2,553.34 | 2,553.34 |
| TOTAL | | 320,179.30 | 320,179.30 | | 30,640.07 | 30,640.07 |

```
               Total Tenant's Share:      30,640.07        Admin. Fee %:            .00
                       Stop Amount:             .00        Admin. Fee Due:          .00
                        Apply Stop:      30,640.07
                        Cap Amount:             .00
                         Apply Cap:      30,640.07
                  Previously Billed:            .00
                  Final Adjustment:      30,640.07        TOTAL DUE:          30,640.07
```

```
Retail Plazas, Inc.              Reconciliation Worksheet                      11-01-2024
        Tenant:    BIG LOTS! #4606                      Charge Type:    INS
```

**Property:** 111-RM    **RIDGMAR TOWN SQUARE SHOP**    Recovery Period:    10-2023  To  9-2024
**Lease:** BIG LOTS-RM                                  Frequency:          12 Months
**Unit:** A-1255              Move-In Date:    06-07-12    Move-Out Date:

|  | Month | Expense $ | Less Base | % Share | $ Share | Adj. Occup. |
|---|---|---|---|---|---|---|
| INSURANCE | 10-2023 | 29,297.91 | 29,297.91 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 11-2023 | 29,297.91 | 29,297.91 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 12-2023 | 29,297.91 | 29,297.91 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 01-2024 | 29,297.91 | 29,297.91 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 02-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 03-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 04-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 05-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 06-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 07-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 08-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
|  | 09-2024 | 29,297.92 | 29,297.92 | 9.56966 % | 2,803.71 | 2,803.71 |
| TOTAL |  | 351,575.00 | 351,575.00 |  | 33,644.53 | 33,644.53 |

```
             Total Tenant's Share:      33,644.53       Admin. Fee %:              .00
                     Stop Amount:             .00       Admin. Fee Due:            .00
                      Apply Stop:      33,644.53
                      Cap Amount:             .00
                       Apply Cap:      33,644.53
                Previously Billed:            .00
                Final Adjustment:      33,644.53       TOTAL DUE:           33,644.53
```