## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below and all other "Objection Notice Parties" as required by the Cure Notice, on this 6th day of November, 2024.

| **DEBTORS:**<br>Big Lots, Inc., *et al*.<br>4900 E. Dublin-Granville Road<br>Columbus, OH 43081<br>**VIA ECF Noticing through their attorneys**<br><br>**COUNSEL TO THE ABL AGENT:**<br>John F. Ventola<br>Jonathan D. Marshall<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA 02110<br>**VIA ECF Noticing and/or VIA Email:**<br>(jventola@choate.com)<br>(jmarshall@choate.com)<br><br>Regina Stango Kelbon<br>Stanley Tarr<br>**Blank Rome LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>**VIA ECF Noticing and/or VIA Email:**<br>(regina.kelbon@blankrome.com)<br>(stanley.tarr@blankrome.com) | **COUNSEL FOR DEBTORS:**<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>**VIA ECF Noticing and/or VIA Email:**<br>(notice.biglots@davispolk.com)<br><br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>**VIA ECF Noticing and/or VIA Email:**<br>(biglots.mnat@morrisnichols.com) |

| | |
|---|---|
| **PROPOSED COUNSEL TO THE COMMITTEE:** <br> Darren Azman <br> Kristin G. Going <br> **McDermott Will & Emery LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> **VIA ECF Noticing and/or VIA Email:** <br> (dazman@mwe.com) <br> (kgoing@mwe.com) <br> <br> Justin R. Alberto <br> Stacy L. Newman <br> **Cole Schotz P.C.** <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> **VIA ECF Noticing and/or VIA Email:** <br> (jalberto@coleschotz.com) <br> (snewman@coleschotz.com) | **COUNSEL TO THE TERM AGENT:** <br> Chad B. Simon <br> James V. Drew <br> Sarah L. Hautzinger <br> **Otterbourg P.C.** <br> 230 Park Avenue <br> New York, NY 10169 <br> **VIA ECF Noticing and/or VIA Email:** <br> (csimon@otterbourg.com) <br> (jdrew@otterbourg.com) <br> (shautzinger@otterbourg.com) <br> <br> John H. Knight <br> **Richards, Layton & Finger, P.A.** <br> 920 N. King Street <br> Wilmington, DE 19801 <br> **VIA ECF Noticing and/or VIA Email:** <br> (knight@rlf.com) |
| **COUNSEL TO THE STALKING HORSE BIDDER:** <br> Christopher Marcus, P.C. <br> Douglas A. Ryder, P.C. <br> Nicholas M. Adzima <br> **Kirkland & Ellis LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> **VIA ECF Noticing and/or VIA Email:** <br> (cmarcus@kirkland.com) <br> (douglas.ryder@kirkland.com) <br> (nicholas.adzima@kirkland.com) | **US TRUSTEE:** <br> Linda J. Casey <br> Office of the US Trustee <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> **VIA ECF Noticing and/or VIA Email:** <br> (linda.casey@usdoj.gov) |

                                                  /s/ *Michelle E. Shriro*
                                                    Michelle E. Shriro