# **EXHIBIT A**

# Lease Ledger

Page 1

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/01/2021 | Balance forward from Zell as of 12/1 - CAM Reconciliation | | 1,234.51 | 0.00 | 1,234.51 | C-337819 | No |
| 12/01/2021 | Balance forward from Zell as of 12/1 - Privilege Tax | | 331.20 | 0.00 | 1,565.71 | C-337820 | No |
| 12/01/2021 | Balance forward from Zell as of 12/1 - Estimated CAM Charges | | 1,628.86 | 0.00 | 3,194.57 | C-337821 | No |
| 12/01/2021 | Balance forward from Zell as of 12/1 - Base Rent | | 13,697.13 | 0.00 | 16,891.70 | C-337822 | No |
| 12/07/2021 | Chk# 907866 :CHECKscan Payment | | 0.00 | 15,630.23 | 1,261.47 | R-154022 | |
| 12/17/2021 | 1st Half 2021 RE Taxes | | 6,906.66 | 0.00 | 8,168.13 | C-338437 | No |
| 12/17/2021 | Tax on 1st Half 2021 RE Taxes | | 138.13 | 0.00 | 8,306.26 | C-338438 | No |
| 12/27/2021 | Chk# 909233 :CHECKscan Payment | | 0.00 | 7,044.79 | 1,261.47 | R-155214 | |
| 01/01/2022 | Base Rent (01/2022) | A | 13,697.13 | 0.00 | 14,958.60 | C-341586 | No |
| 01/01/2022 | Privilege Tax for Base Rent (01/2022) | A | 273.94 | 0.00 | 15,232.54 | C-341587 | No |
| 01/01/2022 | Estimated Common Area Charges (01/2022) | A | 1,627.00 | 0.00 | 16,859.54 | C-341588 | No |
| 01/01/2022 | Privilege Tax for Estimated Common Area Charges (01/2022) | A | 32.54 | 0.00 | 16,892.08 | C-341589 | No |
| 01/14/2022 | Chk# 909805 :CHECKscan Payment | | 0.00 | 15,630.23 | 1,261.85 | R-157053 | |
| 02/01/2022 | Base Rent (02/2022) | A | 13,697.13 | 0.00 | 14,958.98 | C-351505 | No |
| 02/01/2022 | Privilege Tax for Base Rent (02/2022) | A | 273.94 | 0.00 | 15,232.92 | C-351506 | No |
| 02/01/2022 | Estimated Common Area Charges (02/2022) | A | 1,627.00 | 0.00 | 16,859.92 | C-351507 | No |
| 02/01/2022 | Privilege Tax for Estimated Common Area Charges (02/2022) | A | 32.54 | 0.00 | 16,892.46 | C-351508 | No |
| 02/28/2022 | Chk# 911415 :CHECKscan Payment | | 0.00 | 15,630.23 | 1,262.23 | R-161183 | |
| 02/28/2022 | Chk# 912968 :CHECKscan Payment | | 0.00 | 15,630.23 | (14,368.00) | R-161184 | |
| 03/01/2022 | Base Rent (03/2022) | A | 13,697.13 | 0.00 | (670.87) | C-359900 | No |
| 03/01/2022 | Privilege Tax for Base Rent (03/2022) | A | 273.94 | 0.00 | (396.93) | C-359901 | No |
| 03/01/2022 | Estimated Common Area Charges (03/2022) | A | 1,627.00 | 0.00 | 1,230.07 | C-359902 | No |
| 03/01/2022 | Privilege Tax for Estimated Common Area Charges (03/2022) | A | 32.54 | 0.00 | 1,262.61 | C-359903 | No |
| 03/03/2022 | 2020 CAM Rec Adjustment, per owner | | (1,253.14) | 0.00 | 9.47 | C-360392 | No |
| 03/03/2022 | Privilege Tax for 2020 CAM Rec Adjustment | | (25.06) | 0.00 | (15.59) | C-360393 | No |
| 04/01/2022 | Base Rent (04/2022) | A | 13,697.13 | 0.00 | 13,681.54 | C-364565 | No |
| 04/01/2022 | Privilege Tax for Base Rent (04/2022) | A | 273.94 | 0.00 | 13,955.48 | C-364566 | No |
| 04/01/2022 | Estimated Common Area Charges (04/2022) | A | 1,627.00 | 0.00 | 15,582.48 | C-364567 | No |
| 04/01/2022 | Privilege Tax for Estimated Common Area Charges (04/2022) | A | 32.54 | 0.00 | 15,615.02 | C-364568 | No |
| 04/01/2022 | CAM Reconciliation (01/2021 - 12/2021) | | 2,023.22 | 0.00 | 17,638.24 | C-374754 | No |
| 04/01/2022 | 2.00% Tax applied to Ctrl 374754 | | 40.47 | 0.00 | 17,678.71 | C-374758 | No |
| 04/01/2022 | BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | 2,048.48 | R-164012 | |

# Lease Ledger

Page 2

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/08/2022 | 2nd Half 2021 RE Taxes | | 6,906.66 | 0.00 | 8,955.14 | C-367490 | No |
| 04/08/2022 | Tax on 2nd Half 2021 RE Taxes | | 138.13 | 0.00 | 9,093.27 | C-367491 | No |
| 05/01/2022 | Base Rent (05/2022) | A | 13,697.13 | 0.00 | 22,790.40 | C-371459 | No |
| 05/01/2022 | Privilege Tax for Base Rent (05/2022) | A | 273.94 | 0.00 | 23,064.34 | C-371460 | No |
| 05/01/2022 | Estimated Common Area Charges (05/2022) | A | 1,627.00 | 0.00 | 24,691.34 | C-371461 | No |
| 05/01/2022 | Privilege Tax for Estimated Common Area Charges (05/2022) | A | 32.54 | 0.00 | 24,723.88 | C-371462 | No |
| 05/02/2022 | Chk# 5/2/22 ACH BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | 9,093.65 | R-167524 | |
| 05/23/2022 | Chk# 5/23/22 ACH 5/23/22 ACH | | 0.00 | 4,907.25 | 4,186.40 | R-169559 | |
| 05/31/2022 | Chk# 5/31/22 ACH 5/31/22 ACH | | 0.00 | 15,630.23 | (11,443.83) | R-169562 | |
| 06/01/2022 | Base Rent (06/2022) | A | 13,697.13 | 0.00 | 2,253.30 | C-379925 | No |
| 06/01/2022 | Privilege Tax for Base Rent (06/2022) | A | 273.94 | 0.00 | 2,527.24 | C-379926 | No |
| 06/01/2022 | Estimated Common Area Charges (06/2022) | A | 1,627.00 | 0.00 | 4,154.24 | C-379927 | No |
| 06/01/2022 | Privilege Tax for Estimated Common Area Charges (06/2022) | A | 32.54 | 0.00 | 4,186.78 | C-379928 | No |
| 06/27/2022 | Chk# 6/27/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (11,443.45) | R-171625 | |
| 07/01/2022 | Base Rent (07/2022) | A | 13,697.13 | 0.00 | 2,253.68 | C-383973 | No |
| 07/01/2022 | Privilege Tax for Base Rent (07/2022) | A | 273.94 | 0.00 | 2,527.62 | C-383974 | No |
| 07/01/2022 | Estimated Common Area Charges (07/2022) | A | 1,627.00 | 0.00 | 4,154.62 | C-383975 | No |
| 07/01/2022 | Privilege Tax for Estimated Common Area Charges (07/2022) | A | 32.54 | 0.00 | 4,187.16 | C-383976 | No |
| 08/01/2022 | Base Rent (08/2022) | A | 13,697.13 | 0.00 | 17,884.29 | C-392240 | No |
| 08/01/2022 | Privilege Tax for Base Rent (08/2022) | A | 273.94 | 0.00 | 18,158.23 | C-392241 | No |
| 08/01/2022 | Estimated Common Area Charges (08/2022) | A | 1,627.00 | 0.00 | 19,785.23 | C-392242 | No |
| 08/01/2022 | Privilege Tax for Estimated Common Area Charges (08/2022) | A | 32.54 | 0.00 | 19,817.77 | C-392243 | No |
| 08/01/2022 | Chk# 8/1/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | 4,187.54 | R-175196 | |
| 08/29/2022 | Chk# 8/29/22 ACH Aug 29, 2022 ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (11,442.69) | R-176892 | |
| 09/01/2022 | Base Rent (09/2022) | A | 13,697.13 | 0.00 | 2,254.44 | C-400159 | No |
| 09/01/2022 | Privilege Tax for Base Rent (09/2022) | A | 273.94 | 0.00 | 2,528.38 | C-400160 | No |
| 09/01/2022 | Estimated Common Area Charges (09/2022) | A | 1,627.00 | 0.00 | 4,155.38 | C-400161 | No |
| 09/01/2022 | Privilege Tax for Estimated Common Area Charges (09/2022) | A | 32.54 | 0.00 | 4,187.92 | C-400162 | No |
| 09/22/2022 | 2021 CAM Rec Revision :Reversed by Charge Ctrl# 407381 | | 1,673.46 | 0.00 | 5,861.38 | C-407380 | No |

# Lease Ledger

Page 3

Date: 11/05/2024
Property: yale
Tenant: t0003709 Big Lots
From Date: 10/22/2005  To Date: 01/31/2026
Move In Date: 10/22/2005
Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 09/22/2022 | :Reverse Charge Ctrl#407380<br>Should be Credit | | (1,673.46) | 0.00 | 4,187.92 | C-407381 | Yes |
| 09/22/2022 | 2021 CAM Rec Revision | | (1,673.46) | 0.00 | 2,514.46 | C-407382 | No |
| 09/26/2022 | Chk# 9/26/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (13,115.77) | R-179189 | |
| 10/01/2022 | Base Rent (10/2022) | A | 13,697.13 | 0.00 | 581.36 | C-406596 | No |
| 10/01/2022 | Privilege Tax for Base Rent (10/2022) | A | 273.94 | 0.00 | 855.30 | C-406597 | No |
| 10/01/2022 | Estimated Common Area Charges (10/2022) | A | 1,627.00 | 0.00 | 2,482.30 | C-406598 | No |
| 10/01/2022 | Privilege Tax for Estimated Common Area Charges (10/2022) | A | 32.54 | 0.00 | 2,514.84 | C-406599 | No |
| 10/19/2022 | 1st Half 2022 RE Taxes :Reversed by Charge Ctrl# 418337 | | 6,294.71 | 0.00 | 8,809.55 | C-411841 | No |
| 10/19/2022 | Tax on 1st Half 2022 RE Taxes :Reversed by Charge Ctrl# 418338 | | 125.89 | 0.00 | 8,935.44 | C-412215 | No |
| 10/31/2022 | Chk# 10/31/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (6,694.79) | R-181910 | |
| 11/01/2022 | Base Rent (11/2022) | A | 13,697.13 | 0.00 | 7,002.34 | C-414814 | No |
| 11/01/2022 | Privilege Tax for Base Rent (11/2022) | A | 273.94 | 0.00 | 7,276.28 | C-414815 | No |
| 11/01/2022 | Estimated Common Area Charges (11/2022) | A | 1,627.00 | 0.00 | 8,903.28 | C-414816 | No |
| 11/01/2022 | Privilege Tax for Estimated Common Area Charges (11/2022) | A | 32.54 | 0.00 | 8,935.82 | C-414817 | No |
| 11/01/2022 | Correct Tax on 1st Half 2022 RE Taxes :Reversed by Charge Ctrl# 418339 | | (125.89) | 0.00 | 8,809.93 | C-418334 | No |
| 11/01/2022 | Corrected Tax on 1st Half 2022 RE Taxes :Reversed by Charge Ctrl# 418340 | | 123.49 | 0.00 | 8,933.42 | C-418335 | No |
| 11/01/2022 | Correct 1st Half 2022 RE Taxes :Reversed by Charge Ctrl# 418341 | | (123.49) | 0.00 | 8,809.93 | C-418336 | No |
| 11/01/2022 | :Reverse Charge Ctrl#411841<br>Reverse to correct RE Tax Billback | | (6,294.71) | 0.00 | 2,515.22 | C-418337 | Yes |
| 11/01/2022 | :Reverse Charge Ctrl#412215<br>Reverse to correct RE Tax Billback | | (125.89) | 0.00 | 2,389.33 | C-418338 | Yes |
| 11/01/2022 | :Reverse Charge Ctrl#418334<br>Reverse to correct RE Tax Billback | | 125.89 | 0.00 | 2,515.22 | C-418339 | Yes |
| 11/01/2022 | :Reverse Charge Ctrl#418335<br>Reverse to correct RE Tax Billback | | (123.49) | 0.00 | 2,391.73 | C-418340 | Yes |
| 11/01/2022 | :Reverse Charge Ctrl#418336<br>Reverse to correct RE Tax Billback | | 123.49 | 0.00 | 2,515.22 | C-418341 | Yes |
| 11/01/2022 | 1st Half 2022 RE Taxes | | 6,171.28 | 0.00 | 8,686.50 | C-418342 | No |
| 11/01/2022 | Tax on 1st Half 2022 RE Taxes | | 123.43 | 0.00 | 8,809.93 | C-418343 | No |

## Lease Ledger

Page 4

Date: 11/05/2024
Property: yale
Tenant: t0003709 Big Lots
From Date: 10/22/2005  To Date: 01/31/2026
Move In Date: 10/22/2005
Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/07/2022 | Chk# 11/7/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 Reversed by ctrl# 183618 (Re-applied receipt) | | 0.00 | 6,294.71 | 2,515.22 | R-183457 | |
| 11/07/2022 | Chk# 11/7/22 ACH Reapplied Receipt | | 0.00 | 6,294.71 | (3,779.49) | R-183617 | |
| 11/07/2022 | Chk# 11/7/22 ACH :Prog Gen Reverses receipt Ctrl# 183457 (Re-applied receipt) | | 0.00 | (6,294.71) | 2,515.22 | R-183618 | |
| 11/28/2022 | Chk# 11/28/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (13,115.01) | R-184447 | |
| 12/01/2022 | Base Rent (12/2022) | A | 13,697.13 | 0.00 | 582.12 | C-421115 | No |
| 12/01/2022 | Privilege Tax for Base Rent (12/2022) | A | 273.94 | 0.00 | 856.06 | C-421116 | No |
| 12/01/2022 | Estimated Common Area Charges (12/2022) | A | 1,627.00 | 0.00 | 2,483.06 | C-421117 | No |
| 12/01/2022 | Privilege Tax for Estimated Common Area Charges (12/2022) | A | 32.54 | 0.00 | 2,515.60 | C-421118 | No |
| 12/27/2022 | Chk# 12/27/22 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,630.23 | (13,114.63) | R-186628 | |
| 01/01/2023 | Base Rent (01/2023) | A | 13,697.13 | 0.00 | 582.50 | C-429928 | No |
| 01/01/2023 | Privilege Tax for Base Rent (01/2023) | A | 273.94 | 0.00 | 856.44 | C-429929 | No |
| 01/01/2023 | Estimated Common Area Charges (01/2023) | A | 1,809.49 | 0.00 | 2,665.93 | C-429930 | No |
| 01/01/2023 | Privilege Tax for Estimated Common Area Charges (01/2023) :Write Off by Charge Ctrl# 433301 | A | 36.19 | 0.00 | 2,702.12 | C-429931 | No |
| 01/17/2023 | :Write Off Charge Ctrl#429931 Clear Account to $0 Balance | | (7.66) | 0.00 | 2,694.46 | C-433301 | Yes |
| 01/17/2023 | Chk# 1/17/22 ACH | | 0.00 | 2,694.46 | 0.00 | R-188964 | |
| 01/30/2023 | Chk# 1/30/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,816.75 | (15,816.75) | R-190272 | |
| 02/01/2023 | Base Rent (02/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-436735 | No |
| 02/01/2023 | Privilege Tax for Base Rent (02/2023) | A | 273.94 | 0.00 | (1,845.68) | C-436736 | No |
| 02/01/2023 | Estimated Common Area Charges (02/2023) | A | 1,809.49 | 0.00 | (36.19) | C-436737 | No |
| 02/01/2023 | Privilege Tax for Estimated Common Area Charges (02/2023) | A | 36.19 | 0.00 | 0.00 | C-436738 | No |
| 02/27/2023 | Chk# 2/27/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,816.75 | (15,816.75) | R-193053 | |
| 03/01/2023 | Base Rent (03/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-442514 | No |
| 03/01/2023 | Privilege Tax for Base Rent (03/2023) | A | 273.94 | 0.00 | (1,845.68) | C-442515 | No |
| 03/01/2023 | Estimated Common Area Charges (03/2023) | A | 1,809.49 | 0.00 | (36.19) | C-442516 | No |
| 03/01/2023 | Privilege Tax for Estimated Common Area Charges (03/2023) | A | 36.19 | 0.00 | 0.00 | C-442517 | No |
| 03/27/2023 | Chk# 3/27/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,816.75 | (15,816.75) | R-195716 | |
| 04/01/2023 | Base Rent (04/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-450873 | No |

## Lease Ledger

Page 5

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2023 | Privilege Tax for Base Rent (04/2023) | A | 273.94 | 0.00 | (1,845.68) | C-450874 | No |
| 04/01/2023 | Estimated Common Area Charges (04/2023) | A | 1,809.49 | 0.00 | (36.19) | C-450875 | No |
| 04/01/2023 | Privilege Tax for Estimated Common Area Charges (04/2023) | A | 36.19 | 0.00 | 0.00 | C-450876 | No |
| 04/30/2023 | 2nd Half 2022 RE Taxes | | 6,171.28 | 0.00 | 6,171.28 | C-467355 | No |
| 04/30/2023 | Tax on 2nd Half 2022 RE Taxes | | 123.43 | 0.00 | 6,294.71 | C-467356 | No |
| 05/01/2023 | Base Rent (05/2023) | A | 13,697.13 | 0.00 | 19,991.84 | C-466583 | No |
| 05/01/2023 | Privilege Tax for Base Rent (05/2023) | A | 273.94 | 0.00 | 20,265.78 | C-466584 | No |
| 05/01/2023 | Estimated Common Area Charges (05/2023) | A | 1,809.49 | 0.00 | 22,075.27 | C-466585 | No |
| 05/01/2023 | Privilege Tax for Estimated Common Area Charges (05/2023) | A | 36.19 | 0.00 | 22,111.46 | C-466586 | No |
| 05/01/2023 | CAM Reconciliation (01/2022 - 12/2022) | | 1,600.49 | 0.00 | 23,711.95 | C-467890 | No |
| 05/01/2023 | 2.00% Tax applied to Ctrl 467890 | | 32.01 | 0.00 | 23,743.96 | C-467894 | No |
| 05/01/2023 | Chk# 5/1/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,816.75 | 7,927.21 | R-199744 | |
| 05/15/2023 | Chk# 5/12/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 6,294.71 | 1,632.50 | R-200614 | |
| 05/25/2023 | Chk# 5/30/23 ACH Orig CO Name:Big Lots Stores Orig ID:1311186811 | | 0.00 | 16,702.24 | (15,069.74) | R-202185 | |
| 06/01/2023 | Base Rent (06/2023) | A | 13,697.13 | 0.00 | (1,372.61) | C-469103 | No |
| 06/01/2023 | Privilege Tax for Base Rent (06/2023) | A | 273.94 | 0.00 | (1,098.67) | C-469104 | No |
| 06/01/2023 | Estimated Common Area Charges (06/2023) | A | 1,809.49 | 0.00 | 710.82 | C-469105 | No |
| 06/01/2023 | Privilege Tax for Estimated Common Area Charges (06/2023) | A | 36.19 | 0.00 | 747.01 | C-469106 | No |
| 06/26/2023 | Chk# 6/26/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 15,816.75 | (15,069.74) | R-204702 | |
| 06/26/2023 | Chk# 6/26/23 ACH 2 ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 | | 0.00 | 747.01 | (15,816.75) | R-204703 | |
| 07/01/2023 | Base Rent (07/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-480007 | No |
| 07/01/2023 | Privilege Tax for Base Rent (07/2023) | A | 273.94 | 0.00 | (1,845.68) | C-480008 | No |
| 07/01/2023 | Estimated Common Area Charges (07/2023) | A | 1,809.49 | 0.00 | (36.19) | C-480009 | No |
| 07/01/2023 | Privilege Tax for Estimated Common Area Charges (07/2023) | A | 36.19 | 0.00 | 0.00 | C-480010 | No |
| 07/31/2023 | Chk# 7/31/23 ACH Orig CO Name:Big Lots Stores Orig ID:1311186811 Desc Date: CO Descr:Eftpaymentsec:CTX Trace#:043000097773746 Eed:230731 Ind ID: Ind Name:0009Show Low Yale CA Trn: 2127773746Tc | | 0.00 | 15,816.75 | (15,816.75) | R-208465 | |
| 08/01/2023 | Base Rent (08/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-490831 | No |
| 08/01/2023 | Privilege Tax for Base Rent (08/2023) | A | 273.94 | 0.00 | (1,845.68) | C-490832 | No |

# Lease Ledger

Page 6

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/01/2023 | Estimated Common Area Charges (08/2023) | A | 1,809.49 | 0.00 | (36.19) | C-490833 | No |
| 08/01/2023 | Privilege Tax for Estimated Common Area Charges (08/2023) | A | 36.19 | 0.00 | 0.00 | C-490834 | No |
| 08/28/2023 | Chk# 8/28/23 ACH ORIG CO NAME:BIG LOTS STORES ORIG ID:1311186811 DESC DATE: CO ENTRY DESCR:EFTPAYMENTSEC:CTX TRACE#:043000096662109 | | 0.00 | 15,816.75 | (15,816.75) | R-210730 | |
| 09/01/2023 | Base Rent (09/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-495066 | No |
| 09/01/2023 | Privilege Tax for Base Rent (09/2023) | A | 273.94 | 0.00 | (1,845.68) | C-495067 | No |
| 09/01/2023 | Estimated Common Area Charges (09/2023) | A | 1,809.49 | 0.00 | (36.19) | C-495068 | No |
| 09/01/2023 | Privilege Tax for Estimated Common Area Charges (09/2023) | A | 36.19 | 0.00 | 0.00 | C-495069 | No |
| 09/25/2023 | Chk# 9/26/23 ACH | | 0.00 | 15,816.75 | (15,816.75) | R-213607 | |
| 10/01/2023 | Base Rent (10/2023) | A | 13,697.13 | 0.00 | (2,119.62) | C-508137 | No |
| 10/01/2023 | Privilege Tax for Base Rent (10/2023) | A | 273.94 | 0.00 | (1,845.68) | C-508138 | No |
| 10/01/2023 | Estimated Common Area Charges (10/2023) | A | 1,809.49 | 0.00 | (36.19) | C-508139 | No |
| 10/01/2023 | Privilege Tax for Estimated Common Area Charges (10/2023) | A | 36.19 | 0.00 | 0.00 | C-508140 | No |
| 10/30/2023 | Chk# 10/30/23 ACH | | 0.00 | 15,816.75 | (15,816.75) | R-216790 | |
| 10/31/2023 | 1st Half 2023 RE Taxes | | 6,573.41 | 0.00 | (9,243.34) | C-519272 | No |
| 10/31/2023 | Tax on 1st Half 2023 RE Taxes | | 131.47 | 0.00 | (9,111.87) | C-519273 | No |
| 11/01/2023 | Base Rent (11/2023) | A | 13,697.13 | 0.00 | 4,585.26 | C-515405 | No |
| 11/01/2023 | Privilege Tax for Base Rent (11/2023) | A | 273.94 | 0.00 | 4,859.20 | C-515406 | No |
| 11/01/2023 | Estimated Common Area Charges (11/2023) | A | 1,809.49 | 0.00 | 6,668.69 | C-515407 | No |
| 11/01/2023 | Privilege Tax for Estimated Common Area Charges (11/2023) | A | 36.19 | 0.00 | 6,704.88 | C-515408 | No |
| 11/27/2023 | Chk# 11/27/23 ACH | | 0.00 | 15,816.75 | (9,111.87) | R-219535 | |
| 12/01/2023 | Base Rent (12/2023) | A | 13,697.13 | 0.00 | 4,585.26 | C-522476 | No |
| 12/01/2023 | Privilege Tax for Base Rent (12/2023) | A | 273.94 | 0.00 | 4,859.20 | C-522477 | No |
| 12/01/2023 | Estimated Common Area Charges (12/2023) | A | 1,809.49 | 0.00 | 6,668.69 | C-522478 | No |
| 12/01/2023 | Privilege Tax for Estimated Common Area Charges (12/2023) | A | 36.19 | 0.00 | 6,704.88 | C-522479 | No |
| 12/26/2023 | Chk# 12/26/23 ACH | | 0.00 | 15,816.75 | (9,111.87) | R-223839 | |
| 01/01/2024 | Base Rent (01/2024) | A | 13,697.13 | 0.00 | 4,585.26 | C-532841 | No |
| 01/01/2024 | Privilege Tax for Base Rent (01/2024) | A | 273.94 | 0.00 | 4,859.20 | C-532842 | No |
| 01/01/2024 | Estimated Common Area Charges (01/2024) :Revised by ctrl# 547999 | A | 1,809.49 | 0.00 | 6,668.69 | C-532843 | No |

## Lease Ledger

Page 7

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2024 | Privilege Tax for Estimated Common Area Charges (01/2024) :Revised by ctrl# 548003 | A | 36.19 | 0.00 | 6,704.88 | C-532844 | No |
| 02/01/2024 | Base Rent (02/2024) | A | 13,697.13 | 0.00 | 20,402.01 | C-542336 | No |
| 02/01/2024 | Privilege Tax for Base Rent (02/2024) | A | 273.94 | 0.00 | 20,675.95 | C-542337 | No |
| 02/01/2024 | Estimated Common Area Charges (02/2024) :Revised by ctrl# 548001 | A | 1,809.49 | 0.00 | 22,485.44 | C-542338 | No |
| 02/01/2024 | Privilege Tax for Estimated Common Area Charges (02/2024) :Revised by ctrl# 548005 | A | 36.19 | 0.00 | 22,521.63 | C-542339 | No |
| 02/01/2024 | Estimated Common Area Charges (01/2024) | A | 2,139.86 | 0.00 | 24,661.49 | C-547998 | No |
| 02/01/2024 | Reversed Estimated Common Area Charges (01/2024) :Revises charge ctrl# 532843 | A | (1,809.49) | 0.00 | 22,852.00 | C-547999 | No |
| 02/01/2024 | Estimated Common Area Charges (02/2024) | A | 2,139.86 | 0.00 | 24,991.86 | C-548000 | No |
| 02/01/2024 | Reversed Estimated Common Area Charges (02/2024) :Revises charge ctrl# 542338 | A | (1,809.49) | 0.00 | 23,182.37 | C-548001 | No |
| 02/01/2024 | Privilege Tax for Estimated Common Area Charges (01/2024) | A | 42.80 | 0.00 | 23,225.17 | C-548002 | No |
| 02/01/2024 | Reversed Privilege Tax for Estimated Common Area Charges (01/2024) :Revises charge ctrl# 532844 | A | (36.19) | 0.00 | 23,188.98 | C-548003 | No |
| 02/01/2024 | Privilege Tax for Estimated Common Area Charges (02/2024) | A | 42.80 | 0.00 | 23,231.78 | C-548004 | No |
| 02/01/2024 | Reversed Privilege Tax for Estimated Common Area Charges (02/2024) :Revises charge ctrl# 542339 | A | (36.19) | 0.00 | 23,195.59 | C-548005 | No |
| 02/05/2024 | Chk# 2/5/24 ACH | | 0.00 | 15,816.75 | 7,378.84 | R-227560 | |
| 02/27/2024 | CAM Reconciliation (01/2023 - 12/2023) | | 2,429.19 | 0.00 | 9,808.03 | C-552332 | No |
| 02/27/2024 | 2.00% Tax applied to Ctrl 552332 | | 48.58 | 0.00 | 9,856.61 | C-552333 | No |
| 03/01/2024 | Base Rent (03/2024) | A | 13,697.13 | 0.00 | 23,553.74 | C-550161 | No |
| 03/01/2024 | Privilege Tax for Base Rent (03/2024) | A | 273.94 | 0.00 | 23,827.68 | C-550162 | No |
| 03/01/2024 | Estimated Common Area Charges (03/2024) | A | 2,139.86 | 0.00 | 25,967.54 | C-550163 | No |
| 03/01/2024 | Privilege Tax for Estimated Common Area Charges (03/2024) | A | 42.80 | 0.00 | 26,010.34 | C-550164 | No |
| 03/04/2024 | Chk# 3/4/24 ACH | | 0.00 | 15,816.75 | 10,193.59 | R-230620 | |
| 03/04/2024 | Chk# 3/4/24 Property Tax | | 0.00 | 6,704.88 | 3,488.71 | R-230621 | |
| 04/01/2024 | Base Rent (04/2024) | A | 13,697.13 | 0.00 | 17,185.84 | C-554617 | No |
| 04/01/2024 | Privilege Tax for Base Rent (04/2024) | A | 273.94 | 0.00 | 17,459.78 | C-554618 | No |
| 04/01/2024 | Estimated Common Area Charges (04/2024) | A | 2,139.86 | 0.00 | 19,599.64 | C-554619 | No |
| 04/01/2024 | Privilege Tax for Estimated Common Area Charges (04/2024) | A | 42.80 | 0.00 | 19,642.44 | C-554620 | No |

## Lease Ledger

Page 8

Date: 11/05/2024

Property: yale

Tenant: t0003709 Big Lots

From Date: 10/22/2005  To Date: 01/31/2026

Move In Date: 10/22/2005

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 04/04/2024 | Chk# 4/4/24 ACH | | 0.00 | 15,816.75 | 3,825.69 | R-234132 | |
| 04/15/2024 | Chk# 4/15/24 ACH 2023 CAM Rec Payment | | 0.00 | 559.64 | 3,266.05 | R-234375 | |
| 04/16/2024 | 2nd Half 2023 RE Taxes | | 6,573.41 | 0.00 | 9,839.46 | C-562492 | No |
| 04/16/2024 | Tax on 2nd Half 2023 RE Taxes | | 131.47 | 0.00 | 9,970.93 | C-562493 | No |
| 05/01/2024 | Base Rent (05/2024) | A | 13,697.13 | 0.00 | 23,668.06 | C-566842 | No |
| 05/01/2024 | Privilege Tax for Base Rent (05/2024) | A | 273.94 | 0.00 | 23,942.00 | C-566843 | No |
| 05/01/2024 | Estimated Common Area Charges (05/2024) | A | 2,139.86 | 0.00 | 26,081.86 | C-566844 | No |
| 05/01/2024 | Privilege Tax for Estimated Common Area Charges (05/2024) | A | 42.80 | 0.00 | 26,124.66 | C-566845 | No |
| 05/06/2024 | Chk# 5/6/24 | | 0.00 | 15,816.75 | 10,307.91 | R-237487 | |
| 05/28/2024 | Chk# 5/28/24 ACH 2nd Half 2023 Taxes | | 0.00 | 6,704.88 | 3,603.03 | R-239250 | |
| 06/01/2024 | Base Rent (06/2024) | A | 13,697.13 | 0.00 | 17,300.16 | C-574278 | No |
| 06/01/2024 | Privilege Tax for Base Rent (06/2024) | A | 273.94 | 0.00 | 17,574.10 | C-574279 | No |
| 06/01/2024 | Estimated Common Area Charges (06/2024) | A | 2,139.86 | 0.00 | 19,713.96 | C-574280 | No |
| 06/01/2024 | Privilege Tax for Estimated Common Area Charges (06/2024) | A | 42.80 | 0.00 | 19,756.76 | C-574281 | No |
| 06/03/2024 | Chk# 6/3/24 ACH | | 0.00 | 15,816.75 | 3,940.01 | R-240516 | |
| 07/01/2024 | Base Rent (07/2024) | A | 13,697.13 | 0.00 | 17,637.14 | C-584323 | No |
| 07/01/2024 | Privilege Tax for Base Rent (07/2024) | A | 273.94 | 0.00 | 17,911.08 | C-584324 | No |
| 07/01/2024 | Estimated Common Area Charges (07/2024) | A | 2,139.86 | 0.00 | 20,050.94 | C-584325 | No |
| 07/01/2024 | Privilege Tax for Estimated Common Area Charges (07/2024) | A | 42.80 | 0.00 | 20,093.74 | C-584326 | No |
| 07/05/2024 | Chk# 7/5/24 ACH | | 0.00 | 15,816.75 | 4,276.99 | R-243799 | |
| 08/01/2024 | Base Rent (08/2024) | A | 13,697.13 | 0.00 | 17,974.12 | C-592375 | No |
| 08/01/2024 | Privilege Tax for Base Rent (08/2024) | A | 273.94 | 0.00 | 18,248.06 | C-592376 | No |
| 08/01/2024 | Estimated Common Area Charges (08/2024) | A | 2,139.86 | 0.00 | 20,387.92 | C-592377 | No |
| 08/01/2024 | Privilege Tax for Estimated Common Area Charges (08/2024) | A | 42.80 | 0.00 | 20,430.72 | C-592378 | No |
| 08/05/2024 | Chk# 8/5/24 ACH | | 0.00 | 15,816.75 | 4,613.97 | R-246774 | |
| 09/01/2024 | Base Rent (09/2024) | A | 13,697.13 | 0.00 | 18,311.10 | C-604113 | No |
| 09/01/2024 | Privilege Tax for Base Rent (09/2024) | A | 273.94 | 0.00 | 18,585.04 | C-604114 | No |
| 09/01/2024 | Estimated Common Area Charges (09/2024) | A | 2,139.86 | 0.00 | 20,724.90 | C-604115 | No |
| 09/01/2024 | Privilege Tax for Estimated Common Area Charges (09/2024) | A | 42.80 | 0.00 | 20,767.70 | C-604116 | No |
| 10/01/2024 | Base Rent (10/2024) | A | 13,697.13 | 0.00 | 34,464.83 | C-608985 | No |
| 10/01/2024 | Privilege Tax for Base Rent (10/2024) | A | 273.94 | 0.00 | 34,738.77 | C-608986 | No |
| 10/01/2024 | Estimated Common Area Charges (10/2024) | A | 2,139.86 | 0.00 | 36,878.63 | C-608987 | No |

## Lease Ledger

Page 9

Date: 11/05/2024
Property: yale
Tenant: t0003709 Big Lots
From Date: 10/22/2005  To Date: 01/31/2026
Move In Date: 10/22/2005
Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 10/01/2024 | Privilege Tax for Estimated Common Area Charges (10/2024) | A | 42.80 | 0.00 | 36,921.43 | C-608988 | No |
| 10/02/2024 | Chk# 10/2/24 ACH | | 0.00 | 15,816.75 | 21,104.68 | R-253207 | |
| 10/10/2024 | 1st Half 2024 RE Taxes | | 6,657.72 | 0.00 | 27,762.40 | C-616813 | No |
| 10/10/2024 | Tax on 1st Half 2024 RE Taxes | | 133.15 | 0.00 | 27,895.55 | C-616814 | No |
| 11/01/2024 | Base Rent (11/2024) | A | 13,697.13 | 0.00 | 41,592.68 | C-622598 | No |
| 11/01/2024 | Privilege Tax for Base Rent (11/2024) | A | 273.94 | 0.00 | 41,866.62 | C-622599 | No |
| 11/01/2024 | Estimated Common Area Charges (11/2024) | A | 2,139.86 | 0.00 | 44,006.48 | C-622600 | No |
| 11/01/2024 | Privilege Tax for Estimated Common Area Charges (11/2024) | A | 42.80 | 0.00 | 44,049.28 | C-622601 | No |
| 11/05/2024 | Chk# 11/5/24 ACH | | 0.00 | 15,816.75 | 28,232.53 | R-256695 | |

Tuesday, November 05, 2024
10:57 AM