## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

I, Alan M. Root, hereby certify that on November 6, 2024, I caused to be served true and correct copies of the ***Objection of North Oak Marketplace 07 A, LLC and North Oak Marketplace 18 B, LLC to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts*** (i) by CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) by electronic mail upon the parties listed on the attached service list.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: November 6, 2024

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (DE Bar No. 5427)
1313 N. Market St., Suite 5400
Wilmington, Delaware 19801
Tel: (302) 295-0191
Email: root@chipmanbrown.com

*-and-*

**FENNEMORE CRAIG, P.C.**
Patrick R. Akers
3615 Delgany Street, Suite 1100
Denver, Colorado 80216
(303) 291-3200
(303) 291-3201 (facsimile)
pakers@fennemorelaw.com

*Counsel for the Landlord*

4875-7379-4806, v. 1

**SERVICE LIST**

**By Electronic Mail:**

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br> Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Morris, Nichols, Arsht & Tunnell LLP<br>Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com |
| Choate, Hall & Stewart LLP<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com | Blank Rome LLP<br>Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| Otterbourg P.C.<br>Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | Richards, Layton & Finger, P.A.<br>John H. Knight, Esq.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| McDermott Will & Emery LLP<br>Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Cole Schotz P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Kirkland & Ellis LLP<br>Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima<br>601 Lexington Avenue<br>New York, New York 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | U.S. Trustee<br>Attn: Linda J. Casey<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |