## CERTIFICATE OF SERVICE

I, Aaron H. Stulman, do hereby certify that on November 6, 2024, a copy of the foregoing **Limited Objection of Marshall Realty Company, Successor by Merger to The Deerfield Company, Inc., to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts** was served on the parties listed on the attached service list in the manner indicated.

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)

**SERVICE LIST**

| **Counsel to the Debtors**<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com<br><br>**Via Email** | **Counsel to the Debtors**<br>Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com<br><br>**Via Email** |
|---|---|
| **Counsel to the Committee**<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com;<br>snewman@coleschotz.com;<br><br>**Via Email** | **Counsel to the Committee**<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>McDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com;<br>kgoing@mwe.com<br><br>**Via Email** |
| **Office of the United States Trustee**<br>Linda Casey, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: linda.casey@usdoj.gov<br><br>**Via Email** | **Counsel to the ABL Agent**<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com;<br>jmarshall@choate.com; jslang@choate.com<br><br>**Via Email** |

IMPAC - 11864541v.1

| **Counsel to the ABL Agent**<br>Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com;<br>stanley.tarr@blankrome.com<br><br>**Via Email** | **Counsel to the Term Agent**<br>Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Email: CSimon@otterbourg.com;<br>JDrew@otterbourg.com;<br>shautzinger@otterbourg.com<br><br>**Via Email** |
|---|---|
| **Counsel to the Term Agent**<br>John H. Knight, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com<br><br>**Via Email** | **Counsel to the Stalking Horse Bidder**<br>Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: cmarcus@kirkland.com;<br>douglas.ryder@kirkland.com;<br>nicholas.adzima@kirkland.com<br><br>**Via Email** |