## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that on November 6, 2024, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served by electronic service via the Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via First-Class Mail & E-mail*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn.: Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.,
Stephen D. Piraino, Esq.,
Jonah A. Peppiatt, Esq.,
Ethan Stern, Esq.
Email:notice.biglots@davispolk.com

*Co-Counsel to the Debtors*

*Via First-Class Mail & E-mail*
The Office of the United States Trustee
for the District of Delaware
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn: Linda Casey
Email: linda.casey@usdoj.gov

*Via Hand Delivery & E-mail*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.,
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.,
Tamara K. Mann, Esq.,
Casey B. Sawyer, Esq.
Email:biglots.mnat@morrisnichols.com

*Co-Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto,
Stacy L. Newman
Email: jalberto@coleschotz.com
          snewman@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

DMFIRM #414334674 v2

*Via First-Class Mail & E-mail*
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Darren Azman
Kristin Going
Email: dazman@mwe.com
kgoing@mwe.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

*Via Hand Delivery & E-mail*
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq.,
Stanley Tarr, Esq.
Email: regina.kelbon@blankrome.com;
stanley.tarr@blankrome.com

*Counsel to the ABL Agent*

*Via Hand Delivery & E-mail*
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq.
Email: knight@rlf.com

*Counsel to the Term Agent*

*Via First-Class Mail & E-mail*
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: John F. Ventola, Esq.,
Jonathan D. Marshall, Esq.,
Jacob S. Lang, Esq.
Email: jventola@choate.com;
jmarshall@choate.com;
jslang@choate.com

*Counsel to the ABL Agent*

*Via First-Class Mail & E-mail*
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq.,
James V. Drew, Esq.,
Sarah L. Hautzinger, Esq.
(shautzinger@otterbourg.com)
Email: CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

*Counsel to the Term Agent*

*Via First-Class Mail & E-mail*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Christopher Marcus, P.C.,
Douglas A. Ryder, P.C.,
Nicholas M. Adzima
Email: cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

*Counsel to the Stalking Horse Bidder*

Dated: November 6, 2024
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP