# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, a true and correct copy of the foregoing ***Objection of Certain Landlords to Debtors' Proposed Cure Amounts and Assumption and Assignment of Certain Leases*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

Christopher Marcus, Esq.
Douglas A. Ryder, Esq.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

Linda J. Casey, Esq.
U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esq.
Kristin K. Going, Esq.
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

                                  LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                  */s/ Susan E. Kaufman*
                                  Susan E. Kaufman, (DSB# 3381)
                                  919 North Market Street, Suite 460
                                  Wilmington, DE 19801
                                  (302) 472-7420
                                  (302) 792-7420 Fax
                                  skaufman@skaufmanlaw.com

Dated: November 6, 2024