## **EXHIBIT B**

# Invoice

**Morgan Britton Holdings LLC**

2213 Brighton Henrietta TL Rd.
Rochester, NY 14623

| Date | Invoice # |
|---|---|
| 9/1/2024 | 1306 |

**Bill To**

Big Lots Stores
300 Phillipi Rd.
Department 10061
Columbus, OH 43228-5311

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Rent | 25,966.67 | 25,966.67 |

**Total** $25,966.67

# Invoice

**Morgan Britton Holdings LLC**

2213 Brighton Henrietta TL Rd.
Rochester, NY 14623

| Date | Invoice # |
|---|---|
| 10/1/2024 | 1313 |

**Bill To**

Big Lots Stores
300 Phillipi Rd.
Department 10061
Columbus, OH 43228-5311

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Rent | 25,966.67 | 25,966.67 |

**Total** $25,966.67