**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copies of the *Objection of Morgan Britton LLC to Assumption and Assignment of Lease and Notice of Proposed Cure Amount for Unexpired Lease and Reservation of Rights* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or first-class mail on the parties listed on the attached service list.

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

17024169/1

**SERVICE LIST**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

*Counsel to the Debtors*

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

*Counsel to the ABL Agent*

Darren Azman, Esq.
Kristin G. Going, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

and

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

*Proposed Counsel to the Committee*

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.,
920 N. King Street,
Wilmington, DE 19801
knight@rlf.com

*Counsel to the Term Agent*

| | |
|---|---|
| Christopher Marcus, P.C. | Linda J. Casey, Esq. |
| Douglas A. Ryder, P.C. | Office of the United States Trustee |
| Nicholas M. Adzima, Esq. | Caleb Boggs Federal Building |
| KIRKLAND & ELLIS LLP | 844 King Street, Suite 2207 |
| 601 Lexington Avenue | Lockbox 35 |
| New York, NY 10022 | Wilmington, DE 19801 |
| cmarcus@kirkland.com | linda.casey@usdoj.gov |
| douglas.ryder@kirkland.com | |
| nicholas.adzima@kirkland.com | *U.S. Trustee* |

*Counsel to the Stalking Horse Bidder*