IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **BIG LOTS, INC.**, *et al*., ) | Case No. 24-11967 (JKS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Bond, Schoeneck & King, PLLC hereby appears as counsel in this case on behalf of United Properties Corp., Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equities, LLC, creditors and parties in interest, and requests that, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1) and 342, all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served as set forth below::

Edward J. LoBello, Esq.
Bond, Schoeneck & King, PLLC
225 Old Country Road
Melville, New York 11747
Telephone: (631) 761-0841
Email:  elobello@bsk.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements,

including all amendments to any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not a general authorization or consent for service of process, and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated:   Melville, New York
         November 6, 2024

                                    BOND, SCHOENECK & KING, PLLC

                                    By:   */s/ Edward J. LoBello*
                                          Edward J. LoBello
                                          A Member of the Firm
                                          225 Old Country Road
                                          Melville, New York 11747
                                          Telephone: (631) 761-0841
                                          Email: elobello@bsk.com

                                    *Attorneys for United Properties Corp.,*
                                    *Aldrich Management Co., LLC, Hauppauge*
                                    *Properties, LLC, New Castle Equities, LLC,*
                                    *Miamisburg Properties, LLC, Dublin Equities,*
                                    *LLC, Glenwood Ave Binghamton, LLC, Snellville*
                                    *Pavillion, LLC, Indiana Equities, LLC and*
                                    *TN Equities, LLC*