# Exhibit A

| | |
|---|---|
| From: | Eleeza Thomas |
| To: | Lily Robertson |
| Subject: | FW: Vendor #2003968 Big Lots #206 Fayetteville, NC |
| Date: | Monday, September 16, 2024 11:41:55 AM |

Please see below from Christopher Godwin.



Eleeza Thomas
Paralegal
PO Box 88095
Fayetteville, NC 28304
Voice: (910) 426-5291
Fax: (910) 426-9500

Effective January 16, 2024, our new office address will be 1019 Hay Street, Fayetteville, NC 28305. Our PO Box, phone and emails will remain the same.

**IMPORTANT:** This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete it immediately and notify us by return e-mail or by telephone (910) 426-5291.
**Professional Responsibility Rule 4.2 Notice:** Please be advised that the inclusion of any particular person as a recipient of this email (and specifically the inclusion of any client of Player McLean, LLP) does not constitute express or implied consent to opposing counsel to "Reply All" to this message or otherwise communicate with clients of the firm.
**IRS Circular Notice:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**From:** godwinoliveralaw@aol.com <godwinoliveralaw@aol.com>
**Sent:** Monday, September 16, 2024 10:11 AM
**To:** Eleeza Thomas <eleeza@playermclean.com>
**Subject:** Fw: Vendor #2003968 Big Lots #206 Fayetteville, NC

Good morning,

Chris asked that I forward emails regarding Big Lots to you. The thread below is regarding rent payments. If you have any questions please do not hesitate to call.

Thanks,

Christy Walters
Bookkeeper for Harolds Heirs, LLC
2513 Raeford Road Suite A
Fayetteville, North Carolina 28305
(910) 850-9800 Mobile
(910) 483-3858 Telephone
(910) 483-1292 Fax

----- Forwarded Message -----
**From:** godwinoliveralaw@aol.com <godwinoliveralaw@aol.com>
**To:** Meginnis, Becca <bmeginni@biglots.com>
**Sent:** Sunday, September 8, 2024 at 09:02:16 PM EDT
**Subject:** Re: Vendor #2003968 Big Lots #206 Fayetteville, NC

Hi Becca,

Just checking in to see if you need anything further to process rent payments.

Christy Walters
Bookkeeper for Harolds Heirs, LLC
2513 Raeford Road Suite A
Fayetteville, North Carolina 28305
(910) 850-9800 Mobile
(910) 483-3858 Telephone
(910) 483-1292 Fax

On Thursday, August 1, 2024 at 08:14:53 AM EDT, Meginnis, Becca <bmeginni@biglots.com> wrote:

Thanks! We'll get this going

Becca Meginnis

Manager, Lease Administration & Audit

*Big Lots Stores, LLC*

*Attn: Lease Administration, 1st Floor*

*4900 E Dublin Granville Rd*

*Columbus, OH 43081*



**From:** godwinoliveralaw@aol.com <godwinoliveralaw@aol.com>
**Sent:** Tuesday, July 30, 2024 10:48 AM
**To:** Meginnis, Becca <bmeginni@biglots.com>
**Subject:** Re: Vendor #2003968 Big Lots #206 Fayetteville, NC

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Good morning,

Chris & Prescott met with the estate attorney last week and have given instructions for rent payments. The June & July payments only should be paid to "Harold Lacy Godwin Estate". Rent payment for August and moving forward should be paid to "Harolds Heirs LLC". I have attached W9's for both along with a copy of the death certificate and letter of testamentary. Please let me know what additional documentation you need.

June & July to "Harold Lacy Godwin Estate":



*Account
*Routing

\*Account Name:  Estate of Harold Lacy Godwin

\*Email Remittance: christopher.godwin150@hotmail.com

August & future payments to "Harolds Heirs LLC":

\*Account [redacted]

\*Routing [redacted]

\*Account Name:  Harolds Heirs LLC

\*Email Remittance: christopher.godwin150@hotmail.com

Christy Walters

Bookkeeper for Harolds Heirs, LLC

2513 Raeford Road Suite A

Fayetteville, North Carolina 28305

(910) 850-9800 Mobile

(910) 483-3858 Telephone

(910) 483-1292 Fax

On Monday, July 22, 2024 at 12:38:05 PM EDT, godwinoliveralaw@aol.com <godwinoliveralaw@aol.com> wrote:

> Thanks for checking in on us!  I am just waiting on the estate attorney to let us know.  I just spoke with him last week and he hopes to let us know something by the end of July.
>
> Christy Walters

Bookkeeper for Harolds Heirs, LLC

2513 Raeford Road Suite A

Fayetteville, North Carolina 28305

(910) 850-9800 Mobile

(910) 483-3858 Telephone

(910) 483-1292 Fax

On Monday, July 22, 2024 at 12:20:28 PM EDT, Meginnis, Becca <bmeginni@biglots.com> wrote:

I just wanted to check in on this. The rent is on hold until we receive information. Thank you,

Becca Meginnis

Manager, Lease Administration & Audit

*Big Lots Stores, LLC*

*Attn: Lease Administration, 1st Floor*

*4900 E Dublin Granville Rd*

*Columbus, OH 43081*

**From:** Meginnis, Becca
**Sent:** Thursday, May 16, 2024 9:36 AM
**To:** godwinoliveralaw@aol.com
**Cc:** Jemison, Danette <DJemison@biglots.com>
**Subject:** RE: Vendor #2003968 Big Lots #206 Fayetteville, NC

I'm sorry to hear about Dr Godwins passing.

I have put the 6/2024 rent payment on hold until we can get the information needed to make the changes. I would need documentation of whom the rent would be now paid to and a completed W9 to accompany. We can pay rent via direct deposit which is what we recommend as the USPS is unreliable. We'd need the following information to get that set up:

- Bank Name
- Bank address
- Bank Account #
- Routing #
- Account Name
- Email remittance

Otherwise, we'd send a paper check on the 1st of each month. Let me know if you have any questions. Thank you,

Becca Meginnis

Manager, Lease Administration & Audit

*Big Lots Stores, LLC*

*Attn: Lease Administration, 1st Floor*

*4900 E Dublin Granville Rd*

*Columbus, OH 43081*

**From:** godwinoliveralaw@aol.com <godwinoliveralaw@aol.com>
**Sent:** Wednesday, May 15, 2024 1:43 PM
**To:** Meginnis, Becca <bmeginni@biglots.com>
**Subject:** Vendor #2003968

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Good afternoon,

Chris & Prescott Godwin met with the estate attorney this morning to discuss Dr. Harold Godwin's estate. At this time we are requesting that future payments be placed on hold until further notice. If you need to speak with Chris Godwin he may be reached at (910) 977-4886.

Thank you,

Christy Walters

Bookkeeper for Dr. Harold Godwin &

Assistant to Attorney Christopher Godwin

2513 Raeford Road Suite A

Fayetteville, North Carolina 28305

(910) 850-9800 Mobile

(910) 483-3858 Telephone

> (910) 483-1292 Fax
>
> NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.