**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on November 6, 2024, I caused a copy of the *Limited Objection of Boone Investment Group, LLC to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)

**Service List**

| | |
|---|---|
| Robert J. Dehney, Sr., Esquire<br>Andrew R. Remming, Esquire<br>Daniel B. Butz, Esquire<br>Tamara K. Mann, Esquire<br>Casey B. Sawyer, Esquire<br>MORRIS, NICHOLS, ARSHT &<br>　TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>biglots.mnat@morrisnichols.com<br>*Counsel for the Debtors and*<br>*Debtors in Possession* | Justin R. Alberto, Esquire<br>Stacey L. Newman, Esquire<br>Sarah Carnes, Esquire<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br>scarnes@coleschotz.com<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |
| Brian M. Resnick, Esquire<br>Adam L. Shpeen, Esquire<br>Stephen D. Piraino, Esquire<br>Jonah A. Peppiatt, Esquire<br>Ethan Stern, Esquire<br>DAVIS POLK & WARDELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com<br>notice.biglots@davispolk.com<br>*Counsel to the Debtors and*<br>*Debtors in Possession* | Darren Azman, Esquire<br>Kristin K. Going, Esquire<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br>*Counsel for the Official Committee of*<br>*Unsecure Creditors*<br><br>John F. Ventola, Esquire<br>Jonathan D. Marshall, Esquire<br>Jacob S. Lang, Esquire<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com<br>*Counsel for the ABL Agent* |
| Linda Casey, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Regina Stango Kelbon, Esquire<br>Stanley Tarr, Esquire<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>*Counsel for the ABL Agent* |

Chad B. Simon, Esquire
James V. Drew, Esquire
Sarah L. Hautzinger, Esquire
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com
*Counsel for the Term Agent*

John H. Knight, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com
*Counsel for the Term Agent*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
*Counsel for the Stalking Horse Bidder*