**EXHIBIT "A"**

| Client Entity Name | Store No. | Store Address | Big Lots Proposed Cure Amount | Actual Cure Amount |
|---|---|---|---|---|
| **UNITED PROPERTIES CORP. WITH BIG LOTS, INC., ET AL.** | | | | |
| Aldrich Management Co., LLC | 469 | 300 Downtowner Plaza Coshocton, OH | $14,634.67 | $30,732.81 |
| Hauppauge Properties, LLC/ New Castle Equities, LLC | 418 | 410 E. Diamond Ave Evansville, IN | $30,646.00 | $38,921.62 |
| Hauppauge Properties, LLC/ | 849 | 34 Putnam Village Dr. Hurrican, WV Scott Depot, WV | $24,134.68 | $85,757.50 |
| Hauppauge Properties, LLC/ Miamisburg Properties, LLC | 1118 | 1220 E. Central Ave Miamisburg, OH | $10,758.67 | $22,917.65 |
| Hauppauge Properties, LLC/ Dublin Equities, LLC | 1798 | 1941 Veterans Blvd Dublin, GA | $15,755.92 | $37,977.51 |
| Hauppauge Properties, LLC/ Glenwood Ave Binghamton, LLC | 5221 | 10 Glenwood Ave Binghamton, NY | $28,470.00 | $28,470.00 |
| Hauppauge Properties, LLC/ Snellville Pavillion, LLC | 5359 | 2059 Scenic Hwy. N. Snellville, GA | $41,142.10 | $63,333.04 |
| Indiana Equities, LLC | 1721 | 2080 N. Jefferson St. Huntington, IN | $8,940.20 | $ 9,387.21 |
| TN Equities, LLC | 1383 | 455 Hwy. 321 N. Lenor City, TN | $18,444.14 | $     0.00 |

18671169.v1-11/6/24