# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Joshua B. Brooks, Esquire, hereby certify that a true and correct copy of the *Objection and Reservation of Rights of Kroger Limited Partnership I to the (I) the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Proposed Cure Amount and (II) Proposed Sale of Substantially All of the Debtors' Assets* was caused to be served on November 6, 2024 via ECF and/or electronic mail on the following parties:

| | |
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email : notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>**CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com<br>         jmarshall@choate.com<br>         jslang@choate.com | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800,<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com<br>         stanley.tarr@blankrome.com |
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>**OTTERBOURG P.C.**<br>230 Park Avenue<br>New York, NY 10169<br>Email: CSimon@otterbourg.com<br>         JDrew@otterbourg.com<br>         shautzinger@otterbourg.com | John H. Knight, Esq.<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com |
| Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>         kgoing@mwe.com | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>         snewman@coleschotz.com |
| Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: cmarcus@kirkland.com<br>         douglas.ryder@kirkland.com<br>         nicholas.adzima@kirkland.com | Linda J. Casey<br>**U.S. TRUSTEE**<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Email: linda.casey@usdoj.gov |

| | |
|---|---|
| Dated: November 6, 2024<br>Wilmington, Delaware | **Landis Rath & Cobb LLP**<br><br>*/s/ Joshua B. Brooks*<br>Kimberly A. Brown (No. 5138)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>          brooks@lrclaw.com<br><br>--and--<br><br>A.J. Webb (admitted *pro hac vice*)<br>Ohio Bar No. 0093655<br>**Frost Brown Todd LLP**<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>Email: awebb@fbtlaw.com<br><br>*Counsel to Kroger Limited Partnership I* |