## EXHIBIT 1 - REGENCY LEASE SCHEDULE

| Debtor name | Contract Counterparty Name | Preliminary Estimated Cure Amount | Contract/Lease Title or Description | Real Property Lease Premises Location | Correct Counterparty Name | Unpaid Rents as of September 1, 2024 | Amounts Due October 1, 2024 through October 18, 2024 | Rent Due October 19, 2024 through November 1, 2024 | Additional Obligations Owing to Regency* | Correct Cure Amount as of 11/1/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| Big Lost Stores, LLC | REGENCY COMMERCIAL ASSOCIATES LLC | $14,268.58 | Real Property Lease-Store #316 | 371 Village Dr. Prestonsburg, KY | REGENCY CSP IV LLC | $14,268.58 | $0.00 | $14,268.58 | $29,829.09 | $58,366.25 |
| Big Lost Stores, LLC | REGENCY CSP IV LLC | $19,864.68 | Real Property Lease-Store #1243 | 888 Green Blvd. Aurora, IN | | $22,207.02 | $0.00 | $19,864.68 | $6,780.79 | $48,852 |
| Big Lost Stores, LLC | REGENCY CSP IV LLC | $10,591.82 | Real Property Lease-Store #1840 | 4700 Highway 90 Marianna, FL | | $10,591.82 | $0.00 | $10,591.82 | $0.00 | $21,183.64 |
| Big Lost Stores, LLC | REGENCY CSP IV LLC | $14,857.37 | Real Property Lease-Store #5419 | 1077 E Stuart Dr. Suite 100 Galax, VA | | $14,857.37 | $0.00 | $14,857.37 | $17,974.96 | $47,689.70 |
| Big Lost Stores, LLC | REGENCY HANNIBAL LLC | $27,532.76 | Real Property Lease-Store #452 | 230 Huck Finn Shopping Ctr Hannibal, MO | | $28,671.30 | $1,536.27 | $13,766.38 | $9,555.32 | $53,529 ** |
| Big Lost Stores, LLC | REGENCY MADBEDSEY LLC | $32,502.25 | Real Property Lease-Store #256 | 2000 E Tipton St. Seymour, IN | REGENCY CENTRAL INDIANA LLC | $32,502.25 | $365.10 | $7,743.09 | $20,315.19 | $60,926 *** |
| Big Lost Stores, LLC | REGENCY MADBEDSEY LLC | $6,850.48 | Real Property Lease-Store #257 | 3309 16th St. Bedford, IN | REGENCY CENTRAL INDIANA LLC | $6,850.48 | $0.00 | $6,850.48 | $25,254.06 | $38,955.02 |
| Big Lots Stores-CSR, LLC | REGENCY MOUNT VERNON LLC | $29,633.53 | Real Property Lease-Store #5418 | 1550 Coshocton Ave Mount Vernon, OH | | $29,633.53 | $0.00 | $17,089.59 | $19,474.66 | $66,197.78 |
| Big Lots Stores-PNS, LLC | REGENCY SUMMERSVILLE LLC | $13,598.00 | Real Property Lease-Store #4668 | 197 Merchants Walk Summerville, WV | | $13,598.18 | $0.00 | $13,598.18 | $21,428.23 | $48,624.59 |
| | TOTAL: | $169,699.47 | | | | $173,180.53 | $1,901.37 | $118,630.17 | $150,612.30 | $444,323.37^ |

\* Invoices setting forth the types and amounts of these additional obligations is attached at Exhibit 2. These invoices are provided for informational purposes and are not an attempt to collect on a pre-petition debt.
\*\* The $1,536.27 due from October 1, 2024 thorugh October 18, 2024 is for an annual property tax reconciliation billing for the time period from January 2023 through December 2023.
\*\*\* The $365 due from October 1, 2024 through October 18, 2024 is for an unpaid water bill.
^Plus all other amounts accrued and continuing to accrue as set forth in the Objection.