# EXHIBIT 2

# INVOICE

Regency CSP IV LLC
P.O. Box 201288
Dallas, TX, 75320-1288

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID   t0000075 - Big Lots #316**

| | |
|---|---:|
| Invoice No. | 202400012720 |
| Invoice Date | 11/01/2024 |
| Unit | 3100 |

**Property:** Prestonsburg Village  opky0001
355-505 Village Drive
Prestonsburg, KY 41653

**Billing Information:**

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Charges-CAM (01/2024 - 01/2024) | 1,288.26 |
| 11/30/2024 | Annual Recon Charges-CAM (02/2024 - 10/2024) | 11,594.32 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 01/2024) | 1,694.65 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (02/2024 - 10/2024) | 15,251.86 |
| | **Grand Total** | 29,829.09 |

**Notes**

---

**Remittance Advice**          (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000075 - Big Lots #316 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 3100 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency CSP IV LLC**
P.O. Box 201288
Dallas, TX, 75320-1288

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID   t0000119 - Big Lots #1243**

| | |
|---|---:|
| Invoice No. | 202400012717 |
| Invoice Date | 11/01/2024 |
| Unit | 1000 |

**Property:** River Creek Village  opin0005
922-13920 Wilson Creek Road
Aurora, IN 47001

## Billing Information:

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Charges-CAM (01/2024 - 10/2024) | -3,107.05 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 10/2024) | 9,887.84 |
| | **Grand Total** | **6,780.79** |

**Notes**

---

## Remittance Advice    (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000119 - Big Lots #1243 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1000 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency CSP IV LLC**
P.O. Box 201288
Dallas, TX, 75320-1288

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

**TENANT ID   t0000788 - Big Lots #5419**

| | |
|---|---|
| Invoice No. | 202400012723 |
| Invoice Date | 11/01/2024 |
| Unit | 1000 |

**Property:**   Twin County Plaza  opva0002
1043-1091 E. Stuart Drive
Galax, VA 24333

**Billing Information:**

| Date | Description | Amount |
|---|---|---|
| 11/30/2024 | Annual Recon Chgs - INS (01/2024 - 10/2024) | 2,669.05 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 10/2024) | 15,305.91 |
| | **Grand Total** | **17,974.96** |

**Notes**

---

## Remittance Advice                                                    (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000788 - Big Lots #5419 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1000 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency Commercial Associates LLC**
**PO Box 772302**
**Detroit, MI, 48277-2302**

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID   t0000267 - Big Lots #452**

| | |
|---|---:|
| Invoice No. | 202400012721 |
| Invoice Date | 11/01/2024 |
| Unit | 1300 |

**Property:** Huck Finn Shopping Center  opmo0001
4419 McMasters Avenue
Hannibal, MO 63401

**Billing Information:**

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Charges-CAM (01/2024 - 01/2024) | 68.04 |
| 11/30/2024 | Annual Recon Charges-CAM (02/2024 - 10/2024) | 603.42 |
| 11/30/2024 | Annual Recon Chgs - INS (01/2024 - 01/2024) | 614.40 |
| 11/30/2024 | Annual Recon Chgs - INS (02/2024 - 10/2024) | 5,529.64 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 01/2024) | 273.98 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (02/2024 - 10/2024) | 2,465.84 |
| | **Grand Total** | **9,555.32** |

**Notes**

---

## Remittance Advice                                   (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000267 - Big Lots #452 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1300 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency Commercial Associates LLC**
**PO Box 772302**
**Detroit, MI, 48277-2302**

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID**   t0000187 - Big Lots #256

| | |
|---|---|
| Invoice No. | 202400012719 |
| Invoice Date | 11/01/2024 |
| Unit | 1150 |

**Property:**  Seymour Plaza  opin0014
2000 E. Tipton Street
Seymour, IN 47274

## Billing Information:

| Date | Description | Amount |
|---|---|---|
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 10/2024) | 20,315.19 |
| | **Grand Total** | **20,315.19** |

**Notes**

---

## Remittance Advice

(please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000187 - Big Lots #256 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1150 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

**INVOICE**

**Regency Commercial Associates LLC**
**PO Box 772302**
**Detroit, MI, 48277-2302**

Big Lots Stores, Inc. Accounts Payable/Lease Admin
Big Lots Stores, Inc.
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

**TENANT ID   t0000183 - Big Lots #257**

| | |
|---|---:|
| Invoice No. | 202400012718 |
| Invoice Date | 11/01/2024 |
| Unit | 1000 |

**Property:** Bedford Plaza  opin0013
3291-3315 16th Street
Bedford, IN 47421

**Billing Information:**

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Charges-CAM (01/2024 - 03/2024) | 7,576.22 |
| 11/30/2024 | Annual Recon Charges-CAM (04/2024 - 10/2024) | 17,677.84 |
| | **Grand Total** | **25,254.06** |

**Notes**

---

**Remittance Advice**                                                                 (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000183 - Big Lots #257 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1000 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency Commercial Associates LLC**
**PO Box 772302**
**Detroit, MI, 48277-2302**

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Big Lots Stores, Inc. Accounts Payable/Lease Admin
C. S. Ross Company
Attn: Becca Meginnis
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID   t0000785 - Big Lots #5418**

| | |
|---|---:|
| Invoice No. | 202400012722 |
| Invoice Date | 11/01/2024 |
| Unit | 1000 |

**Property:** Knox Village Square  opoh0002
1500 Coshocton Avenue
Mount Vernon, OH 43050

## Billing Information:

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Chgs - INS (01/2024 - 10/2024) | 7,905.34 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 10/2024) | 11,569.32 |
| | **Grand Total** | 19,474.66 |

**Notes**

---

## Remittance Advice    (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000785 - Big Lots #5418 |
| **Name:** | Big Lots Stores, Inc. Accounts Payable/Lease Admin | **Unit** | 1000 |
| **Address:** | Attn: Becca Meginnis | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**

# INVOICE

**Regency Commercial Associates LLC**
**PO Box 772302**
**Detroit, MI, 48277-2302**

**IMPORTANT NOTES:** Please make sure to submit your payment to the address in the top left-hand corner. It is very important your check is mailed to the correct address. In order to apply your payment to the correct account, please include the TENANT ID on your payment which can be found in the section below. If you have any questions or concerns, please contact us at 812-424-9200.

Becca Meginnis
PNS Stores, Inc.
Attn: Real Estate Department
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

**TENANT ID   t0000677 - Big Lots #4668**

| | |
|---|---:|
| Invoice No. | 202400012724 |
| **Property:**   Merchants Walk  opwv0002 | |
| 221 Merchants Walk | Invoice Date   11/01/2024 |
| Summersville, WV 26651 | Unit   1000 |

**Billing Information:**

| Date | Description | Amount |
|---|---|---:|
| 11/30/2024 | Annual Recon Charges-CAM (01/2024 - 10/2024) | 61.19 |
| 11/30/2024 | Annual Recon Chgs-RTX Mthly Pay (01/2024 - 10/2024) | 21,367.04 |
| | **Grand Total** | **21,428.23** |

**Notes**

---

## Remittance Advice                                    (please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | Big Lots Stores, Inc. | **Tenant ID** | t0000677 - Big Lots #4668 |
| **Name:** | Becca Meginnis | **Unit** | 1000 |
| **Address:** | Attn: Real Estate Department | **Payment Date** | _____ |
| | 4900 E. Dublin Granville Road | **Payment Amount** | _____ |
| **City/State/Zip** | Columbus, OH, 43081-7651 | | |

**Thank you for your prompt payment**