RECEIVED
2024 NOV -5 AM 11:59

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:                                    Case No. 1:24-bk-11967
                                          Chapter 11
BIG LOTS, INC.,

    Debtor.
_____/

## CREATIVE HOME AND KITCHEN, LLC'S REQUEST FOR NOTICE

1. **PLEASE NOTE** this request for notice by **Peter Spindel, Esq.**, as counsel on behalf of **CREATIVE HOME AND KITCHEN, LLC**, a creditor in the above captioned case. All interested parties are requested to take notice of this request for notice.

2. Peter Spindel, Esq., P.A. hereby requests that he be served with copies of all notices, papers and pleadings of any kind filed in the within case.

3. All such notices, papers and pleadings should be addressed as follows:

        Creative Home and Kitchen, LLC
        c/o Peter Spindel, Esq., P.A.
        8181 NW 154 St. #204
        Miami Lakes, Florida 33016-5861
        email: peterspindel@gmail.com

4. Peter Spindel, Esq., requests that the Clerk of Bankruptcy Court place creditor's name and mailing address on the Debtor's mailing matrix.

/s/ Peter Spindel
PETER SPINDEL, ESQ.
Florida Bar No.: 816183
Attorney for Creative Home and Kitchen, LLC
Peter Spindel, Esq., P.A.
8181 NW 154 St. #204
Miami Lakes, FL 33016-5861
786.355.4631
email: peterspindel@gmail.com

## Certificate of Service

I CERTIFY that a true copy of the foregoing was served on all CM/ECF registered users via Notice of Electronic Filing on October 29, 2024, and by regular first class USPS carrier mail, postage fully prepaid, on all other creditors and interested parties as indicated on the attached service list on October 29, 2024.

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.

*Via NEF:*
All other CM/ECF registered parties

*By USPS carrier mail:*
Clerk of Bankruptcy Court
District of Delaware
824 Market St. N. 3rd Fl
Wilmington, DE 19801

Office of The United States Trustee
District of Delaware
844 King St. #2207
Wilmington, DE 19801

###|3915.2401\creativeHome\creativeHome1.app

Peter Spindel, Esq., P.A.
8181 NW 154 St. #204
Miami Lakes, FL 33018-2451

Clerk of Bankruptcy Court
824 Market St. N. 3rd Fl
Wilmington, DE 19801

19801-302499