## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Big Lots, Inc., *et al.* [1] | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 6th day of November 2024, I served a copy of **Blue Owl Real Estate Capital LLC's Objection to the Proposed Sale of Substantially All of the Debtors' Assets and Joinder in Support of the Official Committee of Unsecured Creditors' Sale Objection** on the attached service list via electronic mail and via CM/ECF on all parties requesting notice.

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "***Debtors***"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

## SERVICE LIST

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn:   Brian M. Resnick, Esq.
        Adam L. Shpeen, Esq.,
        Stephen D. Piraino, Esq.
        Jonah A. Peppiatt, Esq.
        Ethan Stern, Esq.
Email:  notice.biglots@davispolk.com

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn:   Robert J. Dehney, Sr., Esq.
        Andrew R. Remming, Esq.
        Daniel B. Butz, Esq.
        Tamara K. Mann, Esq.
        Casey B. Sawyer, Esq.
Email:  biglots.mnat@morrisnichols.com

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn:   John F. Ventola, Esq.
        Jonathan D. Marshall, Esq.
        Jacob S. Lang, Esq.
Email:  jventola@choate.com
        jmarshall@choate.com
        jslang@choate.com

Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Attn:   Regina Stango Kelbon, Esq.
        Stanley Tarr, Esq.
Email:  regina.kelbon@blankrome.com
        stanley.tarr@blankrome.com

Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn:   Chad B. Simon, Esq.
        James V. Drew, Esq.
        Sarah L. Hautzinger, Esq.
Email:  CSimon@otterbourg.com
        JDrew@otterbourg.com
        shautzinger@otterbourg.com

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn:   John H. Knight, Esq.
Email:  knight@rlf.com

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn:   Darren Azman, Esq.
        Kristin G. Going, Esq
Email:  dazman@mwe.com
        kgoing@mwe.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn:   Justin R. Alberto, Esq.
        Stacy L. Newman, Esq.
Email:  jalberto@coleschotz.com
        snewman@coleschotz.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn:   Christopher Marcus, P.C.
        Douglas A. Ryder, P.C.
        Nicholas M. Adzima
Email:  cmarcus@kirkland.com
        douglas.ryder@kirkland.com
        nicholas.adzima@kirkland.com

Office of the U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn:   Linda J. Casey
Email:  linda.casey@usdoj.gov