# Exhibit B

Exhibit B









