# Exhibit C

## Exhibit C

**Summary of Unpaid Invoices**

| Transaction | Invoice Date | Amount |
|---|---|---|
| **Unpaid Rent** | | |
| Sep-24 | 9/1/2024 | $16,000.01 |
| Aug-24 | 8/1/2024 | $16,000.01 |
| | | $32,000.02 |
| **CAM Charges** | 7/3/2024 | $6,275.58 |
| **Real Estate Taxes (pro rata share)** | 7/3/2024 | $39,872.68 |
| **Prepetition Legal Fees (Gordon D. Byers, Esq.)** | 10/3/2024 | $4,606.50 |
| **TOTAL** | | **$82,754.78** |
| **Postpetition Legal Fees and Costs (Whiteford, Taylor & Preston, LLP)** | | TBD |

Cambridge Investment

# Invoice

PO Box 549
Noblesville, IN 46061

| Date | Invoice # |
|------|-----------|
| 9/1/2024 | 71686 |

| Bill To |
|---------|
| BigLots<br>4900 E. Dublin Granville Rd.<br>Store # 5117<br>Columbus, OH 43081-7651 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | Rent | 16,000.01 | 16,000.01 |

| | **Total** | $16,000.01 |
|--|-----------|------------|

Cambridge Investment

PO Box 549
Noblesville, IN 46061

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 71660 |

**Bill To**

BigLots
4900 E. Dublin Granville Rd.
Store # 5117
Columbus, OH 43081-7651

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | Rent | 16,000.01 | 16,000.01 |

| | | **Total** | $16,000.01 |
|--|--|--|--|

# Invoice

**Cambridge Investment**

PO Box 549
Noblesville, IN 46061

| Date | Invoice # |
|------|-----------|
| 7/3/2024 | 71642 |

**Bill To**

BigLots
4900 E. Dublin Granville Rd.
Store # 5117
Columbus, OH 43081-7651

| P.O. No. | Terms | Project |
|----------|-------|---------|
| CAM BILLING | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Common Area Charges | 6,275.58 | 6,275.58 |

| | Total | $6,275.58 |
|--|-------|-----------|

Cambridge Investment

PO Box 549
Noblesville, IN 46061

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/3/2024 | 71643 |

| Bill To |
|---------|
| BigLots<br>4900 E. Dublin Granville Rd.<br>Store # 5117<br>Columbus, OH 43081-7651 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| CAM TAXES | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Property Taxes  Pro Rata Share - 74% | 39,872.68 | 39,872.68 |

| | **Total** | $39,872.68 |
|--|-----------|------------|

Gordon D. Byers
Attorney at Law
298 South 10th Street, Suite 300
Noblesville IN 46060

Invoice submitted to:
Luke Kenley



October 3, 2024
In Reference To: Big Lots Lease
Invoice #13689

Professional services

| | Hours | Amount |
|---|---|---|

Luke Kenley                                             Page    2

|                                      | Hours | Amount     |
| ------------------------------------ | ----- | ---------- |
|                                      |       |            |
| For professional services rendered   | 11.10 | $4,606.50  |
| Balance due                          |       | $4,606.50  |