**CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify that on the 6th day of November, 2024, I caused a copy of the foregoing *Objection of Cambridge Investment Inc. to the Potential Assumption and Assignment of Lease and Proposed Cure Amount* (the "Objection") to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding. I further certify that the Objection was served by email upon the parties on the attached Service List.

                                                        */s/ Richard W. Riley*
                                                        Richard W. Riley (DE No. 4052)

## SERVICE LIST

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP,
450 Lexington Avenue
New York, NY 10017
Email: notice.biglots@davispolk.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: jventola@choate.com;
jmarshall@choate.com;
jslang@choate.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue, New York, NY 10169
Email: CSimon@otterbourg.com;
JDrew@otterbourg.com;
shautzinger@otterbourg.com

Darren Azman, Esq.
Kristin G. Going, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com;
kgoing@mwe.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Email: cmarcus@kirkland.com;
douglas.ryder@kirkland.com;
nicholas.adzima@kirkland.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: biglots.mnat@morrisnichols.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801,
Email: regina.kelbon@blankrome.com;
stanley.tarr@blankrome.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Email: knight@rlf.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com;
snewman@coleschotz.com

Linda J. Casey
The U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: linda.casey@usdoj.gov