# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 683** |

## CERTIFICATE OF SERVICE

I, Sommer L. Ross, Esquire, certify that on November 6, 2024, a true and correct copy of the *Objection of IBM Credit LLC to Debtors' Proposed Cure Amount* was served via the Court's CM/ECF system upon the parties who have registered for CM/ECF notices in the above-captioned case and *via* First Class U.S. mail and E-mail upon the individuals identified in **Exhibit 1** attached hereto.

November 6, 2024

　　　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Sommer L. Ross*
　　　　　　　　　　　　　　　　　　　Sommer L. Ross, Esq. (DE 4598)
　　　　　　　　　　　　　　　　　　　1201 North Market St, Suite 501
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: 302.657.4951
　　　　　　　　　　　　　　　　　　　Email: SLRoss@DuaneMorris.com

　　　　　　　　　　　　　　　　　　　*Attorneys for International Business Machines Corporation*

DM3\10985692.1

**EXHIBIT F**
**CURE OBJECTION SERVICE LIST**

### Counsel to the Debtors

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

### Counsel to the ABL Agent

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: John F. Ventola Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq. (jmarshall@choate.com)


Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com)
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)

### Counsel to the Term Agent

Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com)
James V. Drew, Esq. (JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq. (knight@rlf.com)

**Counsel to the Committee**

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)

**Counsel to the Stalking Horse Bidder**

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com)
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

**The U.S. Trustee**

The U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Linda J. Casey (linda.casey@usdoj.gov)