**EXHIBIT A**

**EXHIBIT A**

| RECORDING REQUESTED BY | |
|---|---|
| Cedars Enterprises Too, Inc. | |
| AND WHEN RECORDED MAIL TO: | |
| NAME | Cedars Enterprises Too, Inc. |
| STREET ADDRESS | 3910 Prospect Ave, Suite E |
| CITY, STATE & ZIP CODE | Yorba Linda, CA 92886<br>CA    92886 |



Recorded in Official Records
San Bernardino County
Assessor-Recorder-County Clerk
DOC # 2024-0228972
09/25/2024
12:45 PM
SAN
C5032
Titles: 1    Pages: 2
Fees:        $29.00
Taxes:       $0.00
CA SB2 Fee:  $75.00
Total:       $104.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# MECHANICS' LIEN
## (Claim of Lien)

The undersigned, **Cedars Enterprises Too, Inc.** (FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN) referred to in this Claim of Lien as the Claimant, claims a mechanics' lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **San Bernardino**, State of California, and described as follows: **56865 Twentynine Palms Hwy, Yucca Valley, CA 92284 / APN: 0587-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**

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED. ALTHOUGH THE STREET ADDRESS IS SUFFICIENT, IT IS ADVISABLE TO GIVE BOTH THE STREET ADDRESS AND THE LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **5,280.00** (AMOUNT OF CLAIM DUE AND UNPAID) together with interest thereon at the rate of **18** percent per annum from **July 31, 2024**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Labor and materials provided, but not limited to: Demolition, Removal, Seismic Restructuring, Installation of Supports, Flooring, Drywall, Painting and Finish.**

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **Big Lots Stores, Inc. - 4900 E Dublin Granville Rd. Westerville, OH 43081 Big YVCA Owner LLC - 30 N LASALLE ST, SUITE 4140 CHICAGO, IL 60602**

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Big YVCA Owner LLC - 30 N LASALLE ST, SUITE 4140 CHICAGO, IL 60602**

(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant **Cedars Enterprises Too, Inc.**

By _[signature]_ **Sarah Johnson, Agent**
(SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT AND TITLE)

### VERIFICATION

I, the undersigned, declare: I am the **Agent** (TITLE) of **Cedars Enterprises Too, Inc** (NAME OF CLAIMANT), the Claimant named in the foregoing claim of mechanics' lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanics' lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**September 25, 2024**
(DATE OF SIGNATURE)

_[signature]_ **Sarah Johnson, Agent**
(SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

**AFFIDAVIT FOR SERVICE ON THE OWNER**

California Civil Code Section 8416 (a)(7) and (c)(1)

I, Sarah Johnson _____ (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: Big YVCA Owner LLC

Service Address: 30 N LASALLE ST, SUITE 4140 CHICAGO, IL 60602

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

Executed on September 25, 2024, at Redlands, CA.

By: _[signature]_ Sarah JOHNSON, Agent