**EXHIBIT A**



**This page is part of your document - DO NOT DISCARD**



# 20240747445



**Pages: 0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/31/24 AT 08:00AM**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**L E A D S H E E T**



**202410311040003**

**00024927366**



**014974126**

**SEQ:
01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

*E464443*



BIG LOTS #4343-20241031-

**PREPARED BY, RECORDING REQUESTED BY AND RETURN TO:**

CEDARS ENTERPRISES TOO, INC.
TRADITION LIEN SERVICE
1120 Lakewood Circle
Naperville, IL 60540-1901

## CLAIM OF MECHANICS LIEN (California Civil Code § 8400 et seq. )

The undersigned, CEDARS ENTERPRISES TOO, INC. | Attn: Anthony Almaz referred to in this Claim of Mechanics Lien as the Claimant, claims a lien under California Civil Code Section 8416 et seq., for the labor, services, equipment and/or materials furnished for a work of improvement upon that certain real property situated in the County of Los Angeles, State of California, and described as follows: BIG LOTS #4315, 1815 West Slauson Avenue, Los Angeles, CA 90047-1127, APN: 5005-032-035.

A detailed legal description of the property is detailed as follows: County: LOS ANGELES | City: LOS ANGELES | State: CA | ZIP+4: 90047-1127 | Legal Book / Page: 758 | 1 | Legal Lot: 3, 4 | APN: 5005-032-035 | Census Track / Block: 232500 / 2008 | Subdivision: 23781 | Municipality / Township: WEST /JEFFRSON PK/USC | Tract Number: 23781 | Legal Description: TRACT NO 23781 LOTS 3, 4 AND LOT/SEC 5

After deducting all just credits and offsets of $0.00, the sum of $273,007.89 together with interest thereon at the rate of 10.00% percent per annum from August 17, 2024, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: Labor and materials for seismic retrofit upgrade.  To the unpaid balance of $273,007.89, please add anticipated service charges, interest, court costs and attorney fees of $28,000.00.

The name of the person or company by whom the Claimant was employed, or to whom the Claimant furnished labor, services, equipment and/or materials is BIG LOTS STORES, LLC, 4900 E. Dublin Granville Road, Columbus, OH 43081.

The owner or reputed owner is REGENT PARK PROPERTIES LP, 6420 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90048-5502.

Date: October 31, 2024

Name of Claimant: CEDARS ENTERPRISES TOO, INC. | Attn: Anthony Almaz, 18757 Turfway Park, Yorba Linda, CA 92886-7019, Phone: (714) 685-0775

By: *Francesca Altman* CEDARS ENTERPRISES TOO, INC., Francesca Altman | Agent

### VERIFICATION

State of Illinois )
) §
County of DuPage )

I, CEDARS ENTERPRISES TOO, INC., state: I am the Francesca Altman | Agent of the claimant named in the foregoing Mechanics Lien. I have read said Mechanics Lien and know the contents thereof: the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State Of California that the foregoing is true and correct. Executed at Naperville, IL on October 31, 2024 for CEDARS ENTERPRISES TOO, INC. | Attn: Anthony Almaz, 18757 Turfway Park, Yorba Linda, CA 92886-7019, Phone: (714) 685-0775.

By: *Francesca Altman* CEDARS ENTERPRISES TOO, INC., Francesca Altman | Agent

# NOTICE OF MECHANICS LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded. The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

### PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416 (a)(7), (c)(1)

I, CEDARS ENTERPRISES TOO, INC., declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner or reputed owner of the property REGENT PARK PROPERTIES LP, at the following address: 6420 Wilshire Boulevard, Suite 1500, Los Angeles, CA  90048-5502 on this date: October 31, 2024. Signed at Naperville, DuPage County, on this date: October 31, 2024.

*Francesca Altman*

_____
**CEDARS ENTERPRISES TOO, INC., Francesca Altman | Agent**

### ACKNOWLEDGEMENT BY NOTARY PUBLIC

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Illinois )
) §
County of DuPage )

On October 31, 2024 before me, CRAIG R. ALTMAN, NOTARY PUBLIC, personally appeared CEDARS ENTERPRISES TOO, INC., who proved to me on the basis of satisfactory evidence to be the person(s)whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of Illinois that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal.

Signature_____ (Seal)

My Commission Expires: 05/18/2027

> CRAIG R ALTMAN
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires May 18, 2027