# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BIG LOTS, INC., et al.,[1]<br><br>              Debtors. | Chapter 11<br><br>No. 24-11967 (JKS)<br><br>(Jointly Administered) |

    I, Brian C. Free, hereby certify that on November 6, 2024, I caused to be served true and correct copies of the *Limited Objection and Reservation of Rights of WRP, LLC to Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (i) by CM/ECF upon those parties registered to receive such electronic notification in this case, and (ii) by electronic mail upon the parties listed on the attached service list.

| | |
|---|---|
| Dated: November 6, 2024<br>Seattle, Washington | HILLIS CLARK MARTIN & PETERSON, P.S.<br><br>By: */s/ Brian C. Free*<br>    Brian C. Free, WSBA #35788<br>    Pro Hac Vice pending<br>    999 Third Avenue, Suite 4600<br>    Seattle, WA 98126<br>    Tel: 206.470-7646<br>    Email: brian.free@hcmp.com<br><br>Counsel to WRP Gateway LLC |

ND: 24824.002 4861-1123-1222v1

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## SERVICE LIST

**By Electronic Mail:**

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Morris, Nichols, Arsht & Tunnell LLP<br>Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com |
| Choate, Hall & Stewart LLP<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com | Blank Rome LLP<br>Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| Otterbourg P.C.<br>Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | Richards, Layton & Finger, P.A.<br>John H. Knight, Esq.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| McDermott Will & Emery LLP<br>Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Cole Schotz P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Kirkland & Ellis LLP<br>Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima<br>601 Lexington Avenue<br>New York, New York 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | U.S. Trustee<br>Attn: Linda J. Casey<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |