# EXHIBIT A

**EXHIBIT A**

PREPARED BY, RECORDING
REQUESTED BY AND RETURN TO:

Sarah Levick
Inland Prelim Services, Inc.
P.O. Box 7167
Riverside, CA  92513



Recorded in Official Records
San Bernardino County
Assessor-Recorder-County Clerk
DOC # 2024-0209892
09/06/2024
11:15 AM
SAN
C5032
Titles: 1   Pages: 2
Fees:            $29.00
Taxes:           $0.00
CA SB2 Fee:  $75.00
Total:           $104.00

CLAIM OF MECHANICS LIEN (California Civil Code §  8400 et seq. )

The undersigned, Cedars Enterprises Too, Inc. referred to in this Claim of Mechanics Lien as the Claimant, claims a lien under California Civil Code Section 8416 et seq., for the labor, services, equipment and/or materials furnished for a work of improvement upon that certain real property situated in the County of San Bernardino, State of CA, and described as follows: Big Lots #4098, 12550 Central Ave, Chino, CA  91710, APN: 1015-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.

After deducting all just credits and offsets of $0.00, the sum of $5,280.00 together with interest thereon at the rate of 18.00% percent per annum from 07/31/2024, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: Labor and Materials provided for Demolition, Removal, Seismic Restructuring, Installation of Supports, Flooring, Drywall, Painting and Finis.  To the unpaid balance of $5,280.00, please add anticipated service charges, interest, court costs and attorney fees of $0.00.

The name of the person or company by whom the Claimant was employed, or to whom the Claimant furnished labor, services, equipment and/or materials is Big Lots Stores, Inc. , 4900 E Dublin Granville Rd, Westerville, OH  43081-7651.

The owner or reputed owner is Big Lots Stores, Inc. , 4900 E Dublin Granville Rd, Westerville, OH  43081-7651.
Additional owners: Canyon Grande Properties LP, 6420 Wilshire Blvd Ste 1500, Los Angeles, CA  90048-5502

Date: September 6, 2024

Name of Claimant: Cedars Enterprises Too, Inc., 18757 Turfway Park, Yorba Linda, CA  92886, Phone: (714) 685-0775

By:_____ Sarah Levick, Agent

VERIFICATION

State of California       )
                          ) §
County of Orange          )

I, Sarah Levick, state: I am the Agent of  the claimant named in the foregoing Mechanics Lien. I have read said Mechanics Lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State Of California that the foregoing is true and correct. Executed at Riverside, CA on September 6, 2024 for Cedars Enterprises Too, Inc., 18757 Turfway Park, Yorba Linda, CA  92886, Phone: (714) 685-0775.

By:_____ Sarah Levick, Agent

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded. The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Sarah Levick, declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner or reputed owner of the property Big Lots Stores, Inc. , at the following address: 4900 E Dublin Granville Rd, Westerville, OH  43081-7651 on this date: . Signed at Riverside,  County, on this date: September 6, 2024.

_____
Sarah Levick, Agent

### ACKNOWLEDGEMENT BY NOTARY PUBLIC

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                           ) §
County of Riverside        )

On September 6, 2024 before me, Katie Clark, NOTARY PUBLIC, personally appeared Sarah Levick, who proved to me on the basis of satisfactory evidence to be the person(s)whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal.

Signature_____(Seal)
My Commission Expires: 08/22/2027

KATIE CLARK
Notary Public - California
Riverside County
Commission # 2460288
My Comm. Expires Aug 22, 2027