# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Big Lots, Inc., *et al.* [1] | ) Case No. 24-11967 (JKS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on the 6th day of November 2024, a true and correct copy of the *Limited Objection and Reservation of Rights of Blue Owl to the Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases and the parties on the attached list via email.

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.


**SERVICE LIST**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn:  Brian M. Resnick, Esq.
       Adam L. Shpeen, Esq.,
       Stephen D. Piraino, Esq.
       Jonah A. Peppiatt, Esq.
       Ethan Stern, Esq.
Email: notice.biglots@davispolk.com

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn:  Robert J. Dehney, Sr., Esq.
       Andrew R. Remming, Esq.
       Daniel B. Butz, Esq.
       Tamara K. Mann, Esq.
       Casey B. Sawyer, Esq.
Email: biglots.mnat@morrisnichols.com

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn:  John F. Ventola, Esq.
       Jonathan D. Marshall, Esq.
       Jacob S. Lang, Esq.
Email: jventola@choate.com
       jmarshall@choate.com
       jslang@choate.com

Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Attn:  Regina Stango Kelbon, Esq.
       Stanley Tarr, Esq.
Email: regina.kelbon@blankrome.com
       stanley.tarr@blankrome.com

Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn:  Chad B. Simon, Esq.
       James V. Drew, Esq.
       Sarah L. Hautzinger, Esq.
Email: CSimon@otterbourg.com
       JDrew@otterbourg.com
       shautzinger@otterbourg.com

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn:  John H. Knight, Esq.
Email: knight@rlf.com

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn:  Darren Azman, Esq.
       Kristin G. Going, Esq
Email: dazman@mwe.com
       kgoing@mwe.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn:  Justin R. Alberto, Esq.
       Stacy L. Newman, Esq.
Email: jalberto@coleschotz.com
       snewman@coleschotz.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn:  Christopher Marcus, P.C.
       Douglas A. Ryder, P.C.
       Nicholas M. Adzima
Email: cmarcus@kirkland.com
       douglas.ryder@kirkland.com
       nicholas.adzima@kirkland.com

Office of the U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn:  Linda J. Casey
Email: linda.casey@usdoj.gov