5

**EXHIBIT A**

**This page is part of your document - DO NOT DISCARD**




# 20240690943

Pages: 0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/09/24 AT 02:43PM**

| | |
|---|---:|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**LEADSHEET**

202410093270019

00024865877

014936476

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E645115

PREPARED AND RECORDING REQUESTED BY:
Return Mail To:
Anthony Almaz,
2701 S. Center St.,
Santa Ana, CA, 92704


10/09/2024
*20240690943*

*SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE*

# Mechanics' Lien
## (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

The undersigned, Cedars Enterprises Too., Inc., referred to in this Claim of Mechanics' as the "Claimant" seeks to amend its Claim of Mechanics Lien, which was recorded in the Recorder's Office on September 3, 2024 as instrument number 20240589773, by releasing the Claim of Mechanics lien and refiling this Claim of Mechanics lien with the corrected information:

The undersigned Claimant claims a lien under California Civil Code Section 8000 et seq., for the labor services, equipment and/or materials furnished for a work of improvement upon that certain real property situated in the County of Los Angeles, State of CA, and described as follows: Big Lots #4118, 3003 W Manchester Blvd, Inglewood, CA 90305, APN: 4010-009-005.

After deducting all just credits and offsets the sum of $5,280.00 together with interest thereon at the rate of 18.00% percent per annum from 08/31/2024, is due to Claimant for the following labor, services, equipment and/or materials furnished by Claimant: Labor and materials provided for as it relates to services made in connection with the seismic retrofit upgrade with anchors and cross ties, including demolition, removal, installation of supports, flooring, dry wall, painting and finish.

The name(s) and addresses of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is(are):
Big Lots Stores, Inc. , 4900 E Dublin Granville Rd, Westerville, OH 43081-7651
Robhana Investments III, LLC, 606 S. Olive St., Suite 625 Los Angeles, CA 90014
RH Big Lots, LLC, 606 S. Olive St., Suite 600 Los Angeles, CA 90014
Rhet Florin LLC, 606 S. Olive St., Suite 625 Los Angeles, CA 90014

That Robhana Investments III, LLC, RH Big Lots, LLC Rhet Florin LLC are the reputed owners of said building and / or premises, or some interest.

Dated: October 9, 2024

Name of Claimant: Cedars Enterprises Too., Inc., 18757 Turfway Park, Yorba Linda, CA, 92886.

By: _____ Anthony Almaz, Attorney for Claimant

### VERIFICATION

I, the undersigned, certify that I am the Attorney of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 9, 2024, in the City of Long Beach, State of California.

By: _____ Anthony Almaz, Attorney for Claimant

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded. The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE IN- FORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416(a)(7) and (c)

I, Anthony Almaz, declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) at their respective addresses: Robhana Investments III, LLC, 606 S. Olive St., Suite 625 Los Angeles, CA 90014; RH Big Lots, LLC, 606 S. Olive St., Suite 600 Los Angeles, CA 90014; Rhet Florin LLC, 606 S. Olive St., Suite 625 Los Angeles, CA 90014 on October 9, 2024 at Los Angeles, County.

Anthony Almaz
Executed on 10.9.2024
at Norwalk, CA

## ACKNOWLEDGEMENT BY NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On 10/09/2024, 2024, before me, HEATHER SUEMAI CHUNG, NOTARY PUBLIC, a Notary Public, personally appeared ANTHONY ALMAZ, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)



HEATHER SUEMAI CHUNG
COMM. #2458726
Notary Public · California
Los Angeles County
My Comm. Expires Aug. 11, 2027