# CERTIFICATE OF SERVICE

I, Joyce A. Kuhns, hereby certify that on November 6, 2024, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served by electronic service via the Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

| Via First-Class Mail & E-mail | Via First-Class Mail & E-mail |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn.: Brian M. Resnick, Esq.,<br>Adam L. Shpeen, Esq.,<br>Stephen D. Piraino, Esq.,<br>Jonah A. Peppiatt, Esq.,<br>Ethan Stern, Esq.<br>Email: notice.biglots@davispolk.com<br>*Co-Counsel to the Debtors* | The Office of the United States Trustee<br>for the District of Delaware<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Linda Casey<br>Email: linda.casey@usdoj.gov |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Esq.,<br>Andrew R. Remming, Esq.,<br>Daniel B. Butz, Esq.,<br>Tamara K. Mann, Esq.,<br>Casey B. Sawyer, Esq.<br>Email: biglots.mnat@morrisnichols.com<br>*Co-Counsel to the Debtors* | Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto,<br>Stacy L. Newman<br>Email: jalberto@coleschotz.com;<br>snewman@coleschotz.com<br>*Co-Counsel to the Official Committee of Unsecured Creditors* |
| McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Attn: Darren Azman<br>Kristin Going<br>Email: dazman@mwe.com; kgoing@mwe.com;<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola, Esq.,<br>Jonathan D. Marshall, Esq.,<br>Jacob S. Lang, Esq.<br>Email: jventola@choate.com;<br>jmarshall@choate.com; jslang@choate.com<br>*Counsel to the ABL Agent* |

<u>Via Hand Delivery & E-mail</u>
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq.,
Stanley Tarr, Esq.
Email: regina.kelbon@blankrome.com;
stanley.tarr@blankrome.com
*Counsel to the ABL Agent*

<u>Via First-Class Mail & E-mail</u>
Otterbourg P.C. 230
Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq.,
James V. Drew, Esq.,
Sarah L. Hautzinger, Esq.
Email: CSimon@otterbourg.com;
JDrew@otterbourg.com;
*shautzinger@otterbourg.com Counsel to the Term Agent*

<u>Via Hand Delivery & E-mail</u>
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq.
Email: knight@rlf.com
*Counsel to the Term Agent*

<u>Via First-Class Mail & E-mail</u>
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Christopher Marcus, P.C.,
Douglas A. Ryder, P.C.,
Nicholas M. Adzima
Email: cmarcus@kirkland.com;
douglas.ryder@kirkland.com;
nicholas.adzima@kirkland.com
*Counsel to the Stalking Horse Bidder*

/s/ Joyce A. Kuhns
Joyce A. Kuhns, Esquire