# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **BIG LOTS, INC.**, *et al.*, ) | Case No. 24-11967 (JKS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, hereby certify that on November 6, 2024, a true and correct copy of the foregoing **OBJECTION OF UNITED PROPERTIES CORP. <u>ET</u> <u>AL</u>. TO PROPOSED CURE AMOUNT LISTED BY THE DEBTORS FOR THE ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES** was sent to the following as indicated:

<u>**VIA E-MAIL ONLY**</u>

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
notice.biglots@davispolk.com


Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
biglots.mnat@morrisnichols.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com


Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com


Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautizinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com


John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
knight@rlf.com


Christopher Marcus Esq.
Douglas A. Ryder, Esq.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
Nicholas.adzima@kirkland.com

2

Linda J. Casey, Esq.
U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Linda.casey@usdoj.gov


Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz, P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jalberto@coleschotz.com
snewman@coleschotz.com


Darren Azman, Esq.
Kristin K. Going, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017
dazman@mwe.com
kgoing@mwe.com

                                  BOND, SCHOENECK & KING, PLLC

                                  */s/ Edward J. LoBello*
                                  Edward J. LoBello
                                  225 Old Country Road
                                  Melville, New York 11747
                                  (516) 761-0841
                                  Elobello@bsk.com