# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*., | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that Steven Balasiano, Esq., Judah S. Balasiano, Esq. and the law firm of Balasiano & Associates, PLLCC hereby enter their appearance as counsel to Allura Imports, Inc. ("Allura") and request that copies of all pleadings and other papers (however designated) filed in the above-captioned case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

IN ADDITION, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Steven Balasiano, Esq.
Judah S. Balasiano, Esq.
**BALASIANO & ASSOCIATES, PLLC**
6701 Bay Parkway, 3rd Floor
Brooklyn, NY 11204
(347) 905-5669
steven@balasianolaw.com
judah@balasianolaw.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Allura to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.


Dated: November 6, 2024
Brooklyn, NY

.

*s/ Judah Balasiano*
Judah S. Balasiano, Esq
Steven Balasiano, Esq.
**BALASIANO & ASSOCIATES, PLLC**
6701 Bay Parkway, 3rd Floor
Brooklyn, NY 11204
(347) 905-5669
steven@balasianolaw.com
judah@balasianolaw.com

*Counsel to Allura Imports, Inc.*