IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**BIG LOTS, INC.,** *et al.*,<br><br>Debtors | **Chapter 11**<br><br>**Case No. 24-11967 (JKS)**<br><br>**(Jointly Administered)** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Counsel moves the admission *pro hac vice* of Joyce A. Kuhns, Esquire to represent interested party Commodore Realty, Inc. as property manager for Venice Plaza, Ltd. in this bankruptcy proceeding.

Dated: November 6, 2024

By: /s/ Brian McLaughlin
BRIAN J. McLAUGHLIN (DE Bar No. 2462)
**OFFIT KURMAN, P.A.**
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone: (302) 351-0916
E-mail: Brian.McLaughlin@offitkurman.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/31/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 6 2024

By: /s/ Joyce A. Kuhns
Joyce A. Kuhns, Esquire
1954 Greenspring Drive, Suite 605
Timonium, MD 21093
Telephone: (410) 209-6463
E-mail: jkuhns@offitkurman.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED Counsel's Motion for Admission *Pro Hac Vice* is granted.