## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Lots, Inc., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Notice of First Request for the Production of Documents of Blue Owl Real Estate Capital LLC Directed to the Debtors* were caused to be served on November 6, 2024 upon respective counsel listed below via electronic mail.

Brian M. Resnick
Adam L. Shpeen
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com

Robert J. Dehney
**MORRIS, NICHOLS, ARSHT & TUNNELL**
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Date: November 6, 2024<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (Delaware Bar No. 3989)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: 302-552-5511<br>Facsimile: 302-426-9193<br>Email: dpacitti@klehr.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone (admitted *pro hac vice*)<br>Victor Noskov (admitted *pro hac vice*)<br>Zachary Russell (admitted *pro hac vice*)<br>Joanna D. Caytas (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br>Email: victornoskov@quinnemanuel.com<br>Email: zacharyrussell@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>*Counsel for Blue Owl Real Estate Capital LLC* |