**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*., | Case No. 24-11967 (JKS) |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket No. 874** |

**NOTICE OF WITHDRAWAL OF CORTA STEVENS POINT, LLC'S MOTION**
**TO COMPEL IMMEDIATE PAYMENT OF POST-PETITION RENT**

PLEASE TAKE NOTICE that CORTA Stevens Point, LLC, by and through undersigned counsel, hereby withdraws *CORTA Stevens Point, LLC's Motion to Compel Immediate Payment of Post-Petition Rent* [D.I. 874] filed on November 4, 2024 in the above-captioned cases.

Dated: November 4, 2024

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
kmann@crosslaw.com

- and –

Michael P. Richman, Esq.
RICHMAN & RICHMAN LLC
122 W. Washington Avenue, Suite 850
Madison, WI 53703
(608) 630-8990
mrichman@randr.law

*Counsel to CORTA Stevens Point, LLC*