**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) |
| | ) Bankruptcy Case No. 24-11967(JKS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Harrison A. Pavlasek of Forshey & Prostok, LLP to represent Walnut Creek Plaza, LLC in these cases.

Dated: November 7, 2024

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
919 N. Market Street, Suite 460
Wilmington, DE 19801
Tel: (302) 472-7420 /Fax: (302) 792-7420
Email: skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: November 7, 2024

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek
TX State Bar No. 24126906
FORSHEY & PROSTOK, LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855 / Fax: (817) 877-4151
hpavlasek@forsheyprostok.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.