# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 24- 11967 (JKS)<br>(Jointly Administered)<br><br>Related to D.I. 511 and 656 |

## WITHDRAWAL OF OBJECTION OF CITY VIEW TOWNE CROSSING FORT WORTH, TX, LP TO DEBTORS' NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT AND RESERVATION OF RIGHTS

City View Towne Crossing Fort Worth, TX, LP ("City View"), by and through its undersigned attorneys, hereby withdraws, without prejudice, its objection filed on October 30, 2024 (the "Cure Objection") [D.I. 656] to the cure amount set forth in the Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") on October 16, 2024.

The Debtors and City View have reached an agreement in principle to resolve the Cure Objection. City View reserves the right to file a supplemental Cure Objection in the event that the Debtors assert a cure obligation inconsistent with the agreement of the parties.

Dated:  November 7, 2024

                                          **FLASTER GREENBERG**

                                          /s/ *William J. Burnett, Esquire*
By:   William J. Burnett, Esquire (Del. Bar No. 4078)
        221 W. 10th Street, 4th Floor
        Wilmington, DE 19801
        Telephone: (302) 351-1910
        Email: William.burnett@flastergreenberg.com

- and –

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for City View Towne Crossing Fort Worth, TX, LP