## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., et al., | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Hearing Date: November 21, 2024 at 10:30 a.m. EST |
| _____ | ) Objection Deadline: November 14, 2024 at 4:00 p.m. EST |

### CERTIFICATE OF SERVICE

I, James Tobia, hereby certify that on November 7, 2024, I caused the foregoing *Motion of John Florence For Order Granting Relief from the Automatic Stay* to be served by CM/ECF electronic transmission on all parties registered to receive notice via CM/ECF in these cases.

DATED: November 7, 2024                           THE LAW OFFICE OF JAMES TOBIA, LLC

                                                                                   By: */s/ James Tobia*
                                                                                   James Tobia, Esq. (#3798)
                                                                                   1716 Wawaset Street
                                                                                   Wilmington, DE 19806
                                                                                  Tel. (302) 655-5303
                                                                                  Fax (302) 656-8053
                                                                                  Email: jtobia@tobialaw.com
                                                                                  *Attorney for Movant John Florence*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.