# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 24-11967 (JKS) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr. certify that on November 6, 2024, I caused a copy of the *Creditor Cedars Enterprises, Too, Inc.'s Limited Objected to the Debtor's Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount* to be served via NEF upon all parties receiving such service, additionally, via E-Mail upon the parties on the attached service list.

Dated: November 7, 2024　　　　　　　　**RAINES FELDMAN LITTRELL LLP**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Francella, Jr.
　　　　　　　　　　　　　　　　　　　Thomas J. Francella Jr. (DE Bar No. 3835)
　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806-4204
　　　　　　　　　　　　　　　　　　　Telephone: (302) 772-5805
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 752-4596
　　　　　　　　　　　　　　　　　　　Email: tfrancella@raineslaw.com

　　　　　　　　　　　　　　　　　　　*Counsel to the Cedars Enterprises, Too, Inc.*

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (681); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution,, LLC (0309); Durant DC< LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

10394812.1

**SERVICE LIST**

Davis Polk & Wardwell LLP
Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

Choate, Hall & Stewart LLP
 Attn: John F. Ventola, Esq. (jventola@choate.com),
Jonathan D. Marshall, Esq. (jmarshall@choate.com), and
Jacob S. Lang, Esq. (jslang@choate.com)

Blank Rome LLP
 Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)

Otterbourg P.C.
Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com),
James V. Drew, Esq. (JDrew@otterbourg.com), and
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A
Attn: John H. Knight, Esq. (knight@rlf.com)

McDermott Will & Emery LLP
Attn: Darren Azman, Esq. (dazman@mwe.com) and
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.
Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and
Stacy L. Newman, Esq. (snewman@coleschotz.com)

Kirkland & Ellis LLP
Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com),
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

U.S. Trustee, Attn: Linda J. Casey (linda.casey@usdoj.gov)

10394812.1