UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-11967-JKS |
| BIG LOTS, et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | Sub-Chapter V |

### OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT

Jewell Square, RLLP, by and through its counsel, Wadsworth Garber Warner Conrardy, PC, for its Objection to Cure Amount respectfully states as follows:

1. Pursuant to the Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (Docket No. 683), the Debtors' proposed cure amount for the Jewell Square commercial real property lease is $16,773.77.[1]

2. Attached hereto as Exhibit A is Jewell Square's ledger for the Debtors' commercial real estate lease, which shows the correct cure amount is $44,289.50.

3. Except for the correction of the cure amount, Jewell Square does not object to the assumption of its lease.

WHEREFORE, Jewell Square respectfully requests the Court deny the assumption of its lease unless and until the Debtors' correct the cure amount and granting such other and further relief as this Court deems appropriate.

Dated: November 7, 2024                    Respectfully submitted,


                                           By: /s/ Aaron A. Garber
                                           Aaron A. Garber DE #3837 (CO # 36099)
                                           **Wadsworth Garber Warner Conrardy, P.C.**
                                           2580 West Main Street, Suite 200
                                           Littleton, CO 80120
                                           Telephone: (303) 296-1999
                                           Telecopy: (303) 296-7600
                                           Email: agarber@wgwc-law.com

---

[1] The Debtor entity designated by the Debtors as the counter-party to the Jewell Square lease is Big Lots Stores – PNS, LLC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 7, 2024, I served by ECF a copy of the **DEBTOR'S OBJECTION TO KYLE GARVIN AND ZACHARY LIVINGSTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Justin R. Alberto    jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
Scott Andron    sandron@broward.org, swulfekuhle@broward.org
Tara B. Annweiler    tannweiler@greerherz.com
Todd Allan Atkinson    todd.atkinson@wbd-us.com, heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
Matthew P. Austria    maustria@austriallc.com
Scott A Bachert    sbachert@kerricklaw.com
Judah S. Balasiano    judah@balasianolaw.com
Steven Balasiano    Steven@BalasianoLaw.com
Elizabeth Banda Calvo    ebcalvo@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Joseph Charles Barsalona II    jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com
Ryan Walter Beall    rbeall@go2.law
Karen C. Bifferato    kbifferato@connollygallagher.com
Ryan J Bird    rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com
Wanda Borges    ecfcases@borgeslawllc.com
Bartley P Bourgeois    bartley@thecohnlawfirm.com
Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
Joshua Brooks    brooks@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com
Kimberly A. Brown    brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com
William J. Burnett    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
Michael G. Busenkell    mbusenkell@gsbblaw.com
Daniel B. Butz    dbutz@mnat.com, rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
Jeffrey M. Carbino    jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com
Paul W. Carey    pcarey@mirickoconnell.com

Candace C Carlyon     ccarlyon@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com
James S. Carr     KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com
Jeffery D. Carruth     jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com
Linda J. Casey     Linda.Casey@usdoj.gov
David S. Catuogno     david.catuogno@klgates.com
Siena Cerra     scerra@morrisjames.com, slisko@morrisjames.com;ddepta@morrisjames.com
William E. Chipman     chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com
Wayne M Chiurazzi     wchiurazzi@the-attorneys.com
Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
Howard A. Cohen     hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com
Marcus O Colabianchi     mcolabianchi@duanemorris.com
Shannah L. Colbert     scolbert@mirickoconnell.com
Kevin G. Collins     kevin.collins@btlaw.com, klytle@btlaw.com
Mark D. Collins     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
David H. Conaway     dconaway@shumaker.com
Mark B. Conlan     mconlan@gibbonslaw.com, nmitchell@gibbonslaw.com
Scott D. Cousins     scott.cousins@lewisbrisbois.com, aran.heining@lewisbrisbois.com
Michael David DeBaecke     mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
Rocco Ignatius Debitetto     ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
Robert J. Dehney     rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
Michael Vincent DiPietro     mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Monique Bair DiSabatino     monique.disabatino@saul.com, robyn.warren@saul.com
R. Grant Dick     gdick@coochtaylor.com, gdick@ecf.courtdrive.com
Gregory T. Donilon     gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
Christopher M. Donnelly     cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
Jennifer V. Doran     jdoran@hinckleyallen.com, calirm@haslaw.com
Amish R. Doshi     amish@doshilegal.com
James Drew     jdrew@otterbourg.com, awilliams@otterbourg.com
Mark Iver Duedall     mduedall@bakerdonelson.com
Katharina Earle     kearle@gibbonslaw.com, nmitchell@gibbonslaw.com
Jamie Lynne Edmonson     jedmonson@rc.com, lshaw@rc.com
William Ehrlich     william@ehrlichlawfirm.com
Michael Seth Etkin     metkin@lowenstein.com
Justin Cory Falgowski     jfalgowski@burr.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email

William P. Fennell     william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;brendan.bargmann@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com
Niclas A. Ferland     nferland@barclaydamon.com
Benjamin Finestone     benjaminfinestone@quinnemanuel.com
Brian T. FitzGerald     fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org
Gregory Joseph Flasser     gflasser@potteranderson.com, kmccloskey@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com
Scott L. Fleischer     sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
Thomas Joseph Francella     TFrancella@raineslaw.com, thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com
Joseph D. Frank     jfrank@fgllp.com, csmith@fgllp.com;csucic@fgllp.com
Simon E. Fraser     sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com
Brian C. Free     brian.free@hcmp.com
Terri Jane Freedman     tfreedman@csglaw.com
Nicole M. Fulfree     nfulfree@lowenstein.com
David W. Gaffey     dgaffey@whitefordlaw.com
Alexis R. Gambale     agambale@pashmanstein.com, lsalcedo@pashmanstein.com
Craig Solomon Ganz     ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
Ronald S. Gellert     rgellert@gsbblaw.com
Edmond M George     edmond.george@obermayer.com
Stephen B Gerald     sgerald@tydings.com, trogers@whitefordlaw.com;clano@whitefordlaw.com
Stephen B Gerald     sgerald@whitefordlaw.com, trogers@whitefordlaw.com;clano@whitefordlaw.com
Matthew B. Goeller     matthew.goeller@klgates.com, alyssa.domorod@klgates.com
Ronald E Gold     rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
Jeffrey Ian Golden     jgolden@go2.law
Eric S. Goldstein     egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
Michael I. Gottfried     MGottfried@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com
Geoffrey G. Grivner     geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com
Karen M. Grivner     kgrivner@clarkhill.com, kwebster@clarkhill.com
Tara L. Grundemeier     houston_bankruptcy@lgbs.com
Hiram Abif Gutierrez     edinburgbankruptcy@pbfcm.com
Emily Margaret Hahn     ehahn@abernathy-law.com
William A. Hazeltine     whazeltine@sha-llc.com
Leslie C. Heilman     heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
Gregory G. Hesse     ghesse@huntonak.com, crankin@huntonak.com;creeves@huntonak.com

R. Karl Hill     khill@svglaw.com, csnyder@svglaw.com,cwalters@svglaw.com
Adam Hiller     ahiller@adamhillerlaw.com
John Turner Holt     jtholt@alexandervann.com
James E. Huggett     jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
Shannon Dougherty Humiston     shumiston@mccarter.com
Joseph H. Huston     jhh@stevenslee.com
Ericka Fredricks Johnson     ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com
Michael Joseph Joyce     mjoyce@mjlawoffices.com
Eve Helen Karasik     ehk@lnbyb.com
Shanti M. Katona     skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Susan E. Kaufman     skaufman@skaufmanlaw.com
Brya Michele Keilson     bkeilson@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
Regina S. Kelbon     kelbon@blankrome.com
Daniel C. Kerrick     dckerrick@dkhogan.com, bankruptcy@gmlaw.com
Jamie Kirk     bk-jkirk@texasattorneygeneral.gov
David M. Klauder     dklauder@bk-legal.com, DE17@ecfcbis.com
Jeremy C. Kleinman     jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
John Henry Knight     knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com
David J. Kozlowski     dkozlowski@gmail.com, autodocket@morrisoncohen.com
Kroll Restructuring Administration LLC     info@ra.kroll.com
Carl N. Kunz     ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
Jeffrey Kurtzman     kurtzman@kurtzmansteady.com
Jeffrey S Kwong     jsk@lnbyg.com
Nina M. LaFleur     nina@lafleurlaw.com
Jacob S Lang     jslang@choate.com
David Lapa     david@melalaw.com, office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com
Robert L. LeHane     KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com
Raymond Howard Lemisch     rlemisch@klehr.com
Joseph H Lemkin     jlemkin@stark-stark.com
Andrew Lennox     alennox@lennoxlaw.com
Scott J. Leonhardt     scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com
William J. Levant     wlevant@kaplaw.com
Peter C. Lewis     peter.lewis@solidcounsel.com
Zhao Liu     liu@teamrosner.com, wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com
Edward LoBello     elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Christopher Dean Loizides   loizides@loizides.com
Kevin J. Mangan   kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com
Kevin Scott Mann   kmann@crosslaw.com, smacdonald@crosslaw.com
Jonathan D. Marshall   jmarshall@choate.com
R. Craig Martin   craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com
J. Michael McCague   jmm@gmwpclaw.com
Daniel J. McCarthy   dmccarthy@hillfarrer.com
James McClammy   james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
Laura L. McCloud   agbankdelaware@ag.tn.gov
Garvan F. McDaniel   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Kyle P. McEvilly   kmcevilly@gibbonslaw.com
Drew McGehrin   dsmcgehrin@duanemorris.com
Brian J. McLaughlin   brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
Jennifer McLain McLemore   jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com
Dennis A. Meloro   melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
Michael G. Menkowitz   mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com
Rachel B. Mersky   rmersky@monlaw.com
Craig Thomas Mierzwa   cmierzwa@simonattys.com
Angela Z. Miller   amiller@phillipslytle.com, sreiner@phillipslytle.com
Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com
Timothy T Mitchell   dkrm@aol.com, donna@rashtiandmitchell.com
Byron Z Moldo   bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
James P. Moloy   jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Laura J. Monroe   lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin H Morse   kmorse@clarkhill.com
Michael D. Mueller   mmueller@williamsmullen.com, avaughn@williamsmullen.com
Lucian Borders Murley   luke.murley@saul.com, robyn.warren@saul.com
Tara E Nauful   tara@bestlawsc.com
Kevin M. Newman   knewman@barclaydamon.com, kmnbk@barclaydamon.com
Stacy L. Newman   snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
Seth A. Niederman   sniederman@foxrothschild.com, msteen@foxrothschild.com;r59257@notify.bestcase.com
Mark D. Olivere   olivere@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com
Thomas Onder   tonder@stark-stark.com, ereid@stark-stark.com
Michael A. Paasch   michael.paasch@dinsmore.com
Domenic E. Pacitti   dpacitti@klehr.com
Carl Palomino   attorneycarlpalomino@gmail.com

Julie Anne Parsons    jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
Raymond M. Patella    rpatella@lawjw.com
Kristhy M. Peguero    kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com
William Walt Pettit    walt.pettit@hutchenslawfirm.com
Dana S. Plon    dplon@sirlinlaw.com
David P. Primack    dprimack@mgmlaw.com, scarney@mdmc-law.com
Echo Yi Qian    eqian@morrisnichols.com
Dean George Rallis    drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
Timothy M. Reardon    treardon@brouse.com
Reliable Companies    gmatthews@reliable-co.com
Andrew R. Remming    aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
Jeffrey Rhodes    jrhodes@tlclawfirm.com
John Jeffery Rich    jrich@madisoncountyal.gov
Richard W. Riley    rriley@wtplaw.com, clano@wtplaw.com
Colin R. Robinson    crobinson@pszjlaw.com
Beth E Rogers    Brogers@berlawoffice.com
Sophie Rogers Churchill    srchurchill@morrisnichols.com, rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
Laurel D. Roglen    roglenl@ballardspahr.com, carbonej@ballardspahr.com
Alan Michael Root    root@chipmanbrown.com, aroot51@hotmail.com;fusco@chipmanbrown.com;dero@chipmanbrown.com
Frederick Brian Rosner    rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com
Sommer Leigh Ross    slross@duanemorris.com, AutoDocketWILM@duanemorris.com
Jeffrey C. Roth    jeff@rothandscholl.com
Richard A Rozanski    richard@rarlaw.net
LESLIE B. SPOLTORE    leslie.spoltore@obermayer.com, helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com
Diane W. Sanders    austin.bankruptcy@publicans.com
Joseph E. Sarachek    joe@sarscheklawfirm.com, jon@sarscheklawfirm.com;paul@sarscheklawfirm.com
Casey Sawyer    csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
Erin Powers Severini    eseverini@fbtlaw.com
Michelle E. Shriro    mshriro@singerlevick.com, scotton@singerlevick.com
Eric J Silver    esilver@stearnsweaver.com
Chad B. Simon    csimon@otterbourg.com
Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
David E. Sklar    dsklar@pashmanstein.com
Steven J. Solomon    steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com

Stephen W. Spence     sws@bmbde.com, sumspence@gmail.com
Charles S. Stahl     cstahl@smbtrials.com
Jason A. Starks     BKECF@traviscountytx.gov
Don Stecker     don.stecker@lgbs.com
Benjamin Joseph Steele     ecf@primeclerk.com
Jason V. Stitt     jstitt@kmklaw.com
Sabrina L. Streusand     streusand@slollp.com, prentice@slollp.com
Aaron H. Stulman     astulman@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
Brian A. Sullivan     bsullivan@werbsullivan.com, hbelair@werbsullivan.com
William D. Sullivan     wdsecfnotices@sha-llc.com
Steven L Taggart     staggart@olsentaggart.com
Damien Nicholas Tancredi     damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com
Lisa Bittle Tancredi     lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
Stanley B. Tarr     stanley.tarr@blankrome.com
Gregory A. Taylor     gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
William F. Taylor     wtaylor@whitefordlaw.com, clano@whitefordlaw.com
Jeffrey Thomas Testa     jtesta@mccarter.com, lrestivo@mccarter.com
James Tobia     tobijam@comcast.net;bankserve@tobialaw.com
Gordon J. Toering     gtoering@wnj.com
John Kendrick Turner     john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
John M Turner     jmt@tmsdlaw.com
U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
Melissa E. Valdez     mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
Lyndel Anne Vargas     LVargas@chfirm.com, chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com
Sally E. Veghte     sveghte@klehr.com
John Ventola     jventola@choate.com
Margaret A. Vesper     vesperm@ballardspahr.com
Steven Walsh     SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
Christopher A. Ward     cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Matthew P. Ward     matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
Stephanie Slater Ward     sslater@foxrothschild.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

John R. Weaver    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
A.J. Webb    awebb@fbtlaw.com, awebb@ecf.courtdrive.com
John W. Weiss    jweiss@pashmanstein.com
Jennifer Wertz    jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;steso@jw.com
Jordan Williams    jordan.williams@blankrome.com
Samuel C. Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com
Scott Alan Zuber    szuber@csglaw.com, ecf@csglaw.com
Richard Zucker    rzucker@lasserhochman.com

Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (2) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (3) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)
and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (4) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (5) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (6) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. Attn: Linda J. Casey (linda.casey@usdoj.gov)

      */s/ Nichole Garber*
      For Wadsworth Garber Warner Conrardy P.C.

**EXHIBIT A**

# Tenant Ledger

**Tenants:** Big Lots Inc.
**Mobile:** (614) 278-3353
**Unit:** 7777
**Property:** Jewell Square - 7777, 7817-7893 W Jewell Ave. Lakewood, CO 80232
**Status:** Current
**Move in date:** 12/15/2021
**Move out date:** --
**Lease Expiration:** 01/31/2026
**Rent:** 15,444.98
**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 01/01/2022 | | Rent Income - January 2022 - Rent Income | 15,444.98 | | 15,444.98 |
| 01/01/2022 | | CAM Income - January 2022 - CAM | 1,562.68 | | 17,007.66 |
| 01/19/2022 | Big Lots Inc. | Payment (Reference #ACH) 01/2022 - rent | | 16,652.98 | 354.68 |
| 01/20/2022 | | CAM Income - CAM Income Adjustment - tenant should be paying $1208/month | -354.68 | | 0.00 |
| 01/26/2022 | | CAM Admin - CAM Admin fee from January | 141.03 | | 141.03 |
| 01/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 02/2022 - rent | | 16,652.98 | -16,511.95 |
| 02/01/2022 | | Rent Income - February 2022 - Rent Income | 15,444.98 | | -1,066.97 |
| 02/01/2022 | | CAM Income - February 2022 - CAM | 1,208.00 | | 141.03 |
| 02/01/2022 | | CAM Admin - February 2022 - CAM Admin Fee | 141.03 | | 282.06 |
| 02/16/2022 | | CAM Income - Big Lots 2021 Taxes PR Share | 47,923.22 | | 48,205.28 |
| 02/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 03/2022 - rent | | 16,652.98 | 31,552.30 |
| 03/01/2022 | | Rent Income - March 2022 - Rent Income | 15,444.98 | | 46,997.28 |
| 03/01/2022 | | CAM Income - March 2022 - CAM | 1,208.00 | | 48,205.28 |
| 03/01/2022 | | CAM Admin - March 2022 - CAM Admin Fee | 141.03 | | 48,346.31 |
| 03/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 03 | | 47,923.22 | 423.09 |
| 04/01/2022 | | Rent Income - April 2022 - Rent Income | 15,444.98 | | 15,868.07 |
| 04/01/2022 | | CAM Income - April 2022 - CAM | 1,208.00 | | 17,076.07 |
| 04/01/2022 | | CAM Admin - April 2022 - CAM Admin Fee | 141.03 | | 17,217.10 |
| 04/04/2022 | Big Lots Inc. | Payment (Reference #ACH) 04/2022 - rent | | 16,652.98 | 564.12 |
| 05/01/2022 | | Rent Income - May 2022 - Rent Income | 15,444.98 | | 16,009.10 |
| 05/01/2022 | | CAM Income - May 2022 - CAM | 1,208.00 | | 17,217.10 |
| 05/01/2022 | | CAM Admin - May 2022 - CAM Admin Fee | 141.03 | | 17,358.13 |
| 05/02/2022 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | 705.15 |
| 05/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | -15,947.83 |
| 06/01/2022 | | Rent Income - June 2022 - Rent Income | 15,444.98 | | -502.85 |
| 06/01/2022 | | CAM Income - June 2022 - CAM | 1,208.00 | | 705.15 |
| 06/01/2022 | | CAM Admin - June 2022 - CAM Admin Fee | 141.03 | | 846.18 |
| 06/27/2022 | Big Lots Inc. | Payment (Reference #ACH) 06/2022 - rent | | 16,652.98 | -15,806.80 |
| 07/01/2022 | | Rent Income - July 2022 - Rent Income | 15,444.98 | | -361.82 |
| 07/01/2022 | | CAM Income - July 2022 - CAM | 1,208.00 | | 846.18 |
| 07/01/2022 | | CAM Admin - July 2022 - CAM Admin Fee | 141.03 | | 987.21 |
| 07/27/2022 | | CAM Admin - Incorrect charge since 1/2022- admin fee is included in admin income | -987.21 | | 0.00 |
| 08/01/2022 | | Rent Income - August 2022 - Rent Income | 15,444.98 | | 15,444.98 |
| 08/01/2022 | | CAM Income - August 2022 - CAM | 1,208.00 | | 16,652.98 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---:|---:|---:|
| 08/01/2022 | Big Lots Inc. | Payment (Reference #ACH) 08/2022 - rent | | 16,652.98 | 0.00 |
| 08/29/2022 | Big Lots Inc. | Payment (Reference #ACH) 09/2022 - rent | | 16,652.98 | -16,652.98 |
| 09/01/2022 | | Rent Income - September 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 09/01/2022 | | CAM Income - September 2022 - CAM | 1,208.00 | | 0.00 |
| 09/26/2022 | Big Lots Inc. | Payment (Reference #ACH) 10/2022 - rent | | 16,652.98 | -16,652.98 |
| 10/01/2022 | | Rent Income - October 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 10/01/2022 | | CAM Income - October 2022 - CAM | 1,208.00 | | 0.00 |
| 10/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 11/2022 - rent | | 16,652.98 | -16,652.98 |
| 11/01/2022 | | Rent Income - November 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 11/01/2022 | | CAM Income - November 2022 - CAM | 1,208.00 | | 0.00 |
| 11/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 12/2022 - rent | | 16,652.98 | -16,652.98 |
| 12/01/2022 | | Rent Income - December 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 12/01/2022 | | CAM Income - December 2022 - CAM | 1,208.00 | | 0.00 |
| 12/27/2022 | Big Lots Inc. | Payment (Reference #ACH) 12/2022 - rent | | 16,652.98 | -16,652.98 |
| 01/01/2023 | | Rent Income - January 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 01/01/2023 | | CAM Income - January 2023 - CAM | 1,208.00 | | 0.00 |
| 01/30/2023 | Big Lots Inc. | Payment (Reference #ACH) 02/2023 - rent | | 16,652.98 | -16,652.98 |
| 02/01/2023 | | Rent Income - February 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 02/01/2023 | | CAM Income - February 2023 - CAM | 1,208.00 | | 0.00 |
| 02/27/2023 | Big Lots Inc. | Payment (Reference #ACH) 03/2023 - rent | | 16,652.98 | -16,652.98 |
| 03/01/2023 | | Rent Income - March 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 03/01/2023 | | CAM Income - March 2023 - CAM | 1,208.00 | | 0.00 |
| 03/27/2023 | Big Lots Inc. | Payment (Reference #ACH) 04/2022 - rent | | 16,652.98 | -16,652.98 |
| 04/01/2023 | | Rent Income - April 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 04/01/2023 | | CAM Income - April 2023 - CAM | 1,208.00 | | 0.00 |
| 05/01/2023 | | Rent Income - May 2023 - Rent Income | 15,444.98 | | 15,444.98 |
| 05/01/2023 | | CAM Income - May 2023 - CAM | 1,208.00 | | 16,652.98 |
| 05/01/2023 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | 0.00 |
| 05/30/2023 | Big Lots Inc. | Payment (Reference #ACH) 06/2022 - rent | | 16,652.98 | -16,652.98 |
| 06/01/2023 | | Rent Income - June 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 06/01/2023 | | CAM Income - June 2023 - CAM | 1,208.00 | | 0.00 |
| 06/05/2023 | | Additional CAM Income - 2022 Tax Reimbursement | 61,021.07 | | 61,021.07 |
| 06/21/2023 | | CAM Income - - updated 2023 CAM (see attachments for documentation) | 1,328.79 | | 62,349.86 |
| 06/26/2023 | Big Lots Inc. | Payment (Reference #Put this amount to the oldest invoice open Additional CAM 2022) | | 16,652.98 | 45,696.88 |
| 07/01/2023 | | Rent Income - July 2023 - Rent Income | 15,444.98 | | 61,141.86 |
| 07/31/2023 | Big Lots Inc. | Payment Big Lots | | 72,848.35 | -11,706.49 |
| 08/01/2023 | | Rent Income - August 2023 - Rent Income | 15,444.98 | | 3,738.49 |
| 08/01/2023 | | CAM Income - August 2023 | 1,328.79 | | 5,067.28 |
| 08/28/2023 | Big Lots Inc. | Payment (Reference #ACH) September Rent | | 16,713.37 | -11,646.09 |
| 09/01/2023 | | Rent Income - September 2023 - Rent Income | 15,444.98 | | 3,798.89 |
| 09/01/2023 | | CAM Income - September 2023 | 1,328.79 | | 5,127.68 |
| 09/25/2023 | Big Lots Inc. | Payment | | 16,713.37 | -11,585.69 |
| 10/01/2023 | | Rent Income - October 2023 - Rent Income | 15,444.98 | | 3,859.29 |
| 10/01/2023 | | CAM Income - October 2023 | 1,328.79 | | 5,188.08 |
| 10/30/2023 | Big Lots Inc. | Payment (Reference #ACH) November Rent | | 16,713.37 | -11,525.29 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 11/01/2023 | | Rent Income - November 2023 - Rent Income | 15,444.98 | | 3,919.69 |
| 11/01/2023 | | CAM Income - November 2023 | 1,328.79 | | 5,248.48 |
| 11/27/2023 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - December rent & August partial CAM | | 16,713.33 | -11,464.85 |
| 12/01/2023 | | Rent Income - December 2023 - Rent Income | 15,444.98 | | 3,980.13 |
| 12/01/2023 | | CAM Income - December 2023 | 1,328.79 | | 5,308.92 |
| 12/26/2023 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - 08,09,10,11,12 CAM + 01/24 partial rent | | 16,773.77 | -11,464.85 |
| 01/01/2024 | | Rent Income - January 2024 - Rent Income | 15,444.98 | | 3,980.13 |
| 01/01/2024 | | CAM Income - January 2024 | 1,328.79 | | 5,308.92 |
| 02/01/2024 | | Rent Income - February 2024 - Rent Income | 15,444.98 | | 20,753.90 |
| 02/01/2024 | | CAM Income - February 2024 | 1,328.79 | | 22,082.69 |
| 02/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - January 2024 rent & CAM, February 2024 partial rent | | 16,773.77 | 5,308.92 |
| 03/01/2024 | | Rent Income - March 2024 - Rent Income | 15,444.98 | | 20,753.90 |
| 03/01/2024 | | CAM Income - March 2024 | 1,328.79 | | 22,082.69 |
| 03/04/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - February rent & CAM, March partial rent | | 16,773.77 | 5,308.92 |
| 04/01/2024 | | CAM Income - Overcharge for CAM of $60.39 - CAM charge should have been $1268.39 | -603.99 | | 4,704.93 |
| 04/01/2024 | | Rent Income - April 2024 - Rent Income | 15,444.98 | | 20,149.91 |
| 04/01/2024 | | CAM Income - April 2024 | 1,328.79 | | 21,478.70 |
| 04/04/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - March rent & CAM, April partial rent | | 16,773.77 | 4,704.93 |
| 04/25/2024 | | Additional CAM Income - 2023 CAM Reconciliation Balance Due | 18,308.47 | | 23,013.40 |
| 05/01/2024 | | Rent Income - May 2024 - Rent Income | 15,444.98 | | 38,458.38 |
| 05/01/2024 | | CAM Income - May 2024 | 3,284.08 | | 41,742.46 |
| 05/06/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - April CAM & May partial rent | | 16,773.77 | 24,968.69 |
| 05/20/2024 | Big Lots Inc. | Payment (Reference #ACH) May 2024 Rent & partial 2023 CAM Reconciliation | | 9,184.70 | 15,783.99 |
| 06/01/2024 | | Rent Income - June 2024 - Rent Income | 15,444.98 | | 31,228.97 |
| 06/01/2024 | | CAM Income - June 2024 | 3,284.08 | | 34,513.05 |
| 06/03/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 17,739.28 |
| 07/01/2024 | | Rent Income - July 2024 - Rent Income | 15,444.98 | | 33,184.26 |
| 07/01/2024 | | CAM Income - July 2024 | 3,284.08 | | 36,468.34 |
| 07/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 19,694.57 |
| 08/01/2024 | | Rent Income - August 2024 - Rent Income | 15,444.98 | | 35,139.55 |
| 08/01/2024 | | CAM Income - August 2024 | 3,284.08 | | 38,423.63 |
| 08/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 21,649.86 |
| 09/01/2024 | | Rent Income - September 2024 - Rent Income | 15,444.98 | | 37,094.84 |
| 09/01/2024 | | CAM Income - September 2024 | 3,284.08 | | 40,378.92 |
| 10/01/2024 | | Rent Income - October 2024 - Rent Income | 15,444.98 | | 55,823.90 |
| 10/01/2024 | | CAM Income - October 2024 | 3,284.08 | | 59,107.98 |
| 10/02/2024 | Big Lots Inc. | Payment Big Lots | | 16,773.77 | 42,334.21 |
| 11/01/2024 | | Rent Income - November 2024 - Rent Income | 15,444.98 | | 57,779.19 |
| 11/01/2024 | | CAM Income - November 2024 | 3,284.08 | | 61,063.27 |
| 11/05/2024 | Big Lots Inc. | Payment Big Lots | | 16,773.77 | 44,289.50 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| **Total** | | | | | **44,289.50** |