## EXHIBIT B

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**September 9, 2024 through September 30, 2024**

| Expense Category | Total Expenses |
|---|---:|
| Postage, Courier & Freight | $76.76 |
| Outside Documents & Research | $482.09 |
| Meals | $697.59 |
| Travel | $8,201.53 |
| Computer Research | $4,656.68 |
| Word Processing & Secretarial | $531.00 |
| **Grand Total Expenses** | **$14,645.65** |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/09/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/09/2024 | $140.33 |
| 09/11/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/11/2024 | $26.08 |
| 09/12/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/12/2024 | $40.09 |
| 09/12/24 | Computer research | Westlaw usage by SUN,TONY on 09/12/2024 | $60.14 |
| 09/12/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $55.85 |
| 09/12/24 | Computer research | LEXIS; SEARCH;ACCESS CHARGE | $523.79 |
| 09/12/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $111.69 |
| 09/13/24 | Computer research | LEXIS; SEARCH;ACCESS CHARGE | $756.58 |
| 09/13/24 | Computer research | LEXIS; US BUSINESS LEADER DIRECTORIES;DOC ACCESS | $249.26 |
| 09/13/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $55.85 |
| 09/13/24 | Computer research | Westlaw usage by SUN,TONY on 09/13/2024 | $40.09 |
| 09/13/24 | Computer research | Westlaw usage by FYNAN,FRANCES on 09/13/2024 | $62.75 |
| 09/14/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/14/2024 | $38.40 |
| 09/17/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/17/2024 | $153.60 |
| 09/17/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $269.12 |
| 09/18/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $269.12 |
| 09/18/24 | Computer research | Westlaw usage by SUN,TONY on 09/18/2024 | $192.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| Date | Expense Type | Description | Amount |
| 09/19/24 | Computer research | Westlaw usage by SUN,TONY on 09/19/2024 | $38.40 |
| 09/19/24 | Computer research | LEXIS; SEARCH;ACCESS CHARGE | $70.11 |
| 09/20/24 | Computer research | LEXIS; SEARCH;ACCESS CHARGE | $280.46 |
| 09/24/24 | Computer research | Westlaw usage by SUN,TONY on 09/24/2024 | $107.72 |
| 09/25/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/25/2024 | $53.86 |
| 09/26/24 | Computer research | Westlaw usage by BROCK,MATTHEW on 09/26/2024 | $603.99 |
| 09/26/24 | Computer research | Westlaw usage by SUN,TONY on 09/26/2024 | $80.79 |
| 09/27/24 | Computer research | Westlaw usage by SUN,TONY on 09/27/2024 | $215.44 |
| 09/27/24 | Computer research | LEXIS; SEARCH;ACCESS CHARGE | $82.25 |
| 09/27/24 | Computer research | LEXIS; US TREATISES;DOC ACCESS | $78.92 |
| 09/10/24 | Meals | Resnick, Brian M., Hotel DU Pont IRD Breakfast | $40.20 |
| 09/11/24 | Meals | Piraino, Stephen 07:49 PM | $18.00 |
| 09/12/24 | Meals | Guerrero, M., 8:13 PM, OT Dinner from Terra - Eat Better Food | $37.00 |
| 09/16/24 | Meals | Stern, Ethan, 9:14 PM, OT Meal from Doordash (Kosher Meal). | $40.89 |
| 09/16/24 | Meals | Goldberger, Jacob, 11:00 PM, UberEats, OT Meal | $35.00 |
| 09/17/24 | Meals | Piraino, Stephen, 07:57 PM (OT Dinner from Davis Polk Cafeteria) | $17.12 |
| 09/17/24 | Meals | Cahill,Vincent, 07:39 PM, OT Dinner from Davis Polk Cafeteria | $11.57 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/18/24 | Meals | Stern, Ethan, 8:14 PM, OT Meal from Pita Grill (Kosher Meal) | $37.92 |
| 09/18/24 | Meals | Goldberger, Jacob, 8:11 PM, UberEats, OT Meal (Kosher Meal) | $36.35 |
| 09/18/24 | Meals | Goldberger, Jacob, 7:00 PM, UberEats, OT Meal (Kosher Meal) | $36.35 |
| 09/19/24 | Meals | Goldberger, Jacob, 7:19 PM, UberEats, OT Meal (Kosher Meal) | $36.67 |
| 09/19/24 | Meals | Stern, Ethan, 9:04 PM, OT Meal from DoorDash (Kosher Meal) | $38.81 |
| 09/19/24 | Meals | Cahill, Vincent, 8:39 PM, OT Dinner from Taco Haus | $37.03 |
| 09/19/24 | Meals | Piraino, Stephen, 07:22 PM, OT Dinner from (Davis Polk Cafeteria) | $17.95 |
| 09/23/24 | Meals | Piraino, Stephen, 08:05 PM, OT Meal from (Davis Polk Cafeteria) | $17.55 |
| 09/23/24 | Meals | Stern, Ethan, 07:32 PM, OT Meal from (Davis Polk Cafeteria) | $19.05 |
| 09/24/24 | Meals | Piraino, Stephen, 06:58 PM, OT Meal from (Davis Polk Cafeteria) | $25.86 |
| 09/25/24 | Meals | Piraino, Stephen, 07:44 PM, OT Meal from (Davis Polk Cafeteria) | $21.97 |
| 09/25/24 | Meals | Peppiatt, Jonah, 7:49 PM, OT Meal from Red Poke | $58.52 |
| 09/25/24 | Meals | Cahill, Vincent, 7:39 PM, OT Meal from TAP | $37.00 |
| 09/26/24 | Meals | Stern, Ethan, 9:28 PM, Doordash, OT Meal | $30.53 |
| 09/26/24 | Meals | Piraino, Stephen, 08:32 PM, OT Meal from (Davis Polk Cafeteria) | $25.88 |
| 09/30/24 | Meals | Cancellation of Payee: Goldberger, Jacob, OT 8:11 PM, Uber,  OT Meal (Kosher) | $(36.35) |
| 09/30/24 | Meals | Goldberger, Jacob, 7:00 PM, UberEats, OT Meal - (Kosher Meal) | $35.72 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 09/30/24 | Meals | Shpeen, Adam L., Sheraton Suites | $21.00 |
| 09/13/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Frances Fynan; 9/13/2024 11:56:00 AM; Description: Downloaded W0001: Docket #761 (Main Document); Charge id: 534745 | $3.27 |
| 09/13/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Frances Fynan; 9/13/2024 11:42:00 AM; Description: Single case search; Charge id: 534744 | $5.44 |
| 09/13/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For FRANCES FYNAN | $3.71 |
| 09/13/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For FRANCES FYNAN | $0.26 |
| 09/15/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/15/2024 8:24:00 AM; Description: Multiple case search; Charge id: 534964 | $21.78 |
| 09/15/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/15/2024 8:26:00 AM; Description: Downloaded R0177: Docket #2264; Charge id: 534965 | $3.27 |
| 09/15/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/15/2024 8:26:00 AM; Description: Downloaded R0177: Docket #2266; Charge id: 534966 | $3.27 |
| 09/15/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/15/2024 8:26:00 AM; Description: Downloaded R0177: Docket #4184; Charge id: 534967 | $3.27 |
| 09/15/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/15/2024 8:26:00 AM; Description: Downloaded R0177: Docket #4570; Charge id: 534968 | $3.27 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535674 | $21.78 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535675 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:08:00 PM; Description: Multiple case search; Charge id: 535664 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:11:00 PM; Description: Downloaded Missing Document (Main Document); Charge id: 535665 | $3.27 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:15:00 PM; Description: Downloaded A0359: Docket #406 (Main Document); Charge id: 535666 | $3.27 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535667 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 7:10:00 PM; Description: Multiple case search; Charge id: 535694 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535670 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535671 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535672 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535673 | $21.78 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535676 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 7:08:00 PM; Description: Multiple case search; Charge id: 535690 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 7:09:00 PM; Description: Multiple case search; Charge id: 535692 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535668 | $21.78 |
| 09/19/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/19/2024 3:21:00 PM; Description: Multiple case search; Charge id: 535669 | $21.78 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:34:00 AM; Description: Downloaded L0169: Docket #223 (Main Document); Charge id: 536004 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:34:00 AM; Description: Downloaded O0081: Docket #300 (Main Document); Charge id: 536005 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:39:00 AM; Description: Multiple case search; Charge id: 536006 | $21.78 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:42:00 AM; Description: Downloaded T0272: Docket #255; Charge id: 536007 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:54:00 AM; Description: Downloaded C0327: Docket #289 (Main Document); Charge id: 536012 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:54:00 AM; Description: Downloaded I0108: Docket #69 (Main Document); Charge id: 536013 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:50:00 AM; Description: Multiple case search; Charge id: 536008 | $21.78 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:53:00 AM; Description: Downloaded O0073: Docket #132 (Main Document); Charge id: 536011 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:28:00 AM; Description: Multiple case search; Charge id: 535998 | $21.78 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:32:00 AM; Description: Downloaded A0365: Docket #463 (Main Document); Charge id: 535999 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:32:00 AM; Description: Downloaded V0086: Docket #207 (Main Document); Charge id: 536000 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:33:00 AM; Description: Downloaded Z0021: Docket #194 (Main Document); Charge id: 536001 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:33:00 AM; Description: Downloaded J0049: Docket #103 (Main Document); Charge id: 536002 | $3.27 |
| 09/23/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 9/23/2024 8:34:00 AM; Description: Downloaded A0366: Docket #523 (Main Document); Charge id: 536003 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|------|------------|-------------|-------:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 09/25/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 9/25/2024 7:26:00 AM; Description: Multiple case search; Charge id: 536383 | $21.78 |
| 09/17/24 | Postage, courier & freight | From Matthew O'Donnell to Brendan Shaw/Otterbourg P.C. | $38.38 |
| 09/17/24 | Postage, courier & freight | From Matthew O'Donnell to Taylor Hobbs/Choate, Hall & Stewart LLP | $38.38 |
| 09/09/24 | Travel | Piraino, Stephen, Amtrak train from New York to Wilmington, DE | $209.13 |
| 09/09/24 | Travel | Peppiatt, Jonah, Amtrak train from New York to Wilmington, DE | $209.13 |
| 09/09/24 | Travel | Stern, Ethan, Amtrak train from Newark, NJ to Wilmington, DE | $201.13 |
| 09/09/24 | Travel | Peppiatt, Jonah, Cancellation of Amtrak train from New York to Wilmington, DE | $(150.30) |
| 09/09/24 | Travel | Stern, Ethan, Cancellation of Amtrak train from Newark, NJ to Wilmington, DE | $(220.50) |
| 09/09/24 | Travel | Stern, Ethan, Sheraton Suites Downtown Wilmington | $207.90 |
| 09/09/24 | Travel | Stern, Ethan, 12:12 AM, Uber, Taxi from Home to Newark, NJ train station | $42.05 |
| 09/09/24 | Travel | Stern, Ethan,7:33 PM, Uber, Taxi from Home to Newark, NJ train station | $38.17 |
| 09/09/24 | Travel | Shpeen, Adam L., Car to Davis Polk offices from Home for working call | $74.37 |
| 09/09/24 | Travel | Shpeen, Adam L., Amtrak train from New York to Wilmington, DE | $328.00 |
| 09/09/24 | Travel | Shpeen, Adam L., Hotel DuPont | $548.90 |
| 09/10/24 | Travel | Winiarski, Kevin L., Sheraton Suites Wilmington Downtown | $207.90 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 09/10/24 | Travel | Winiarski, Kevin L., Uber, Wilmington, DE Amtrak Station to Morris Nichols offices | $9.40 |
| 09/10/24 | Travel | Winiarski, Kevin L., Amtrak train from Wilmington, DE to New York | $135.00 |
| 09/10/24 | Travel | Piraino, Stephen D. 9:46 PM, Uber, Taxi from New York Penn Station to Home | $141.77 |
| 09/10/24 | Travel | Piraino, Stephen D., Hotel, Sheraton Suites Downtown Wilmington | $155.00 |
| 09/10/24 | Travel | Piraino, Stephen D., Hotel, Sheraton Suites Downtown Wilmington | $217.85 |
| 09/10/24 | Travel | Resnick, Brian M., Amtrak train from New York to Wilmington, DE | $328.00 |
| 09/10/24 | Travel | Resnick, Brian M. 8:29 PM, Uber, Taxi from New York Penn Station to Home | $220.79 |
| 09/10/24 | Travel | Resnick, Brian M., Hotel Du Pont | $394.90 |
| 09/10/24 | Travel | Stern, Ethan, Amtrak train from Wilmington, DE to Newark, NJ | $136.50 |
| 09/10/24 | Travel | Piraino, Stephen, Amtrak train from Wilmington, DE to New York | $141.50 |
| 09/10/24 | Travel | Peppiatt, Jonah, Amtrak train from Wilmington, DE to New York | $62.30 |
| 09/10/24 | Travel | Piraino, Stephen, Amtrak train from Wilmington, DE to New York | $219.43 |
| 09/10/24 | Travel | Peppiatt, Jonah, Amtrak train from Wilmington, DE to New York | $142.13 |
| 09/10/24 | Travel | Shpeen, Adam, Amtrak train from Wilmington, DE to New York | $219.43 |
| 09/10/24 | Travel | Stern, Ethan, Amtrak train from Wilmington, DE to Newark, NJ | $178.20 |
| 09/10/24 | Travel | Stern, Ethan, Cancellation of Amtrak train from Wilmington, DE to Newark, NJ | $(61.20) |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 09/10/24 | Travel | Piraino, Stephen, Cancellation of Amtrak train from Wilmington, DE to New York | $(229.50) |
| 09/10/24 | Travel | Peppiatt, Jonah A.8:27 PM, Taxi, OT Taxi from New York Penn Station to Home | $68.54 |
| 09/11/24 | Travel | Peppiatt, Jonah A., 9:31 PM, Curb, OT Taxi from Davis Polk Offices to Home | $35.88 |
| 09/11/24 | Travel | Piraino, Stephen, 8:30 pm, OT Taxi from Davis Polk offices to Home | $245.48 |
| 09/16/24 | Travel | Stern, Ethan, 9:51pm OT Taxi from Davis Polk offices to Home | $151.21 |
| 09/16/24 | Travel | Cahill, Vincent,10:15 PM, Uber, OT Taxi from Davis Polk offices to Home | $13.93 |
| 09/16/24 | Travel | Goldberger, Jacob, 8:33 PM, Uber, OT Taxi from Davis Polk Offices to Home | $204.45 |
| 09/18/24 | Travel | Goldberger, Jacob, 7:36 PM, Uber, OT Taxi from Davis Polk offices to Home | $212.42 |
| 09/18/24 | Travel | Shpeen, Adam L., Car to Davis Polk offices from Home for working call | $49.94 |
| 09/18/24 | Travel | Stern, Ethan, 10:49 PM, Lyft, OT Taxi from Davis Polk offices to Home | $105.57 |
| 09/18/24 | Travel | Goldberger, Jacob, 8:36 PM, Uber, OT Taxi from Davis Polk offices to Home | $212.42 |
| 09/19/24 | Travel | Stern, Ethan, 9:49 PM, Lyft, OT Taxi from Davis Polk offices to Home | $86.25 |
| 09/19/24 | Travel | Goldberger, Jacob, 8:36 PM, Uber, OT Taxi from Davis Polk offices to Home | $209.35 |
| 09/20/24 | Travel | Cahill, Vincent, OT 1:11 AM, Uber, OT Taxi from Davis Polk offices to Home | $18.93 |
| 09/23/24 | Travel | E. Stern, 7:45pm OT Taxi from Davis Polk offices to Home | $221.55 |
| 09/24/24 | Travel | Piraino, Stephen, 9:30pm OT Taxi from Davis Polk offices to Home | $144.11 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 09/24/24 | Travel | Jacob Goldberger, 10:06pm, OT Taxi from Davis Polk offices to Home | $208.40 |
| 09/24/24 | Travel | Jacob Goldberger, Travel Meal, 9:00pm | $37.25 |
| 09/26/24 | Travel | Stern, Ethan, 11:02 PM, Lyft, OT Taxi from Davis Polk offices to Home | $75.75 |
| 09/27/24 | Travel | Piraino, Stephen, Amtrak from New York to Wilmington, DE | $657.80 |
| 09/27/24 | Travel | Piraino, Stephen, Amtrak fee | $33.13 |
| 09/29/24 | Travel | Shpeen, Adam L., Amtrak from New York to Wilmington, DE | $376.00 |
| 09/29/24 | Travel | Piraino, Stephen D., Uber from Home to Penn Station, | $116.17 |
| 09/29/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $182.60 |
| 09/30/24 | Travel | Shpeen, Adam L., Uber from Morris Nichols offices to Wilmington, DE Amtrak station | $17.28 |
| 09/30/24 | Travel | Shpeen, Adam L., Train from Wilmington, DE to New York, Amtrak | $376.00 |
| 09/30/24 | Travel | Shpeen, Adam L., Sheraton Suites Wilmington Downtown | $185.90 |
| 09/30/24 | Travel | Goldberger, Jacob, 7:36 PM, Cancellation of Uber, OT Taxi Home | $(212.42) |
| 09/30/24 | Travel | Piraino, Stephen D., Uber from meeting in Delaware to Wilmington, DE Amtrak station | $17.28 |
| 09/30/24 | Travel | Piraino, Stephen D., Uber from Penn Station to Davis Polk offices | $42.98 |
| 09/09/24 | Word Processing & secretarial | For: Jonathan Bi, Format Excel to PDF | $22.50 |
| 09/11/24 | Word Processing & secretarial | For: Gennie Amir, Combine Files | $13.50 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 09/15/24 | Word Processing & secretarial | For: Jacob Goldberger, Convert PDF | $58.50 |
| 09/15/24 | Word Processing & secretarial | For: Jacob Goldberger, Convert PDF | $31.50 |
| 09/17/24 | Word Processing & secretarial | For: Jacob Goldberger, Format Court Papers | $90.00 |
| 09/18/24 | Word Processing & secretarial | For: Jacob Goldberger, Format Blackline | $40.50 |
| 09/20/24 | Word Processing & secretarial | For: Adam Shpeen, Convert Letter to Word | $22.50 |
| 09/23/24 | Word Processing & secretarial | For: Jacob Goldberger, Format Excel to PDF | $9.00 |
| 09/26/24 | Word Processing & secretarial | For: Jacob Goldberger, Edit Working Group List | $49.50 |
| 09/27/24 | Word Processing & secretarial | For: Gennie Amir, Save documents as new versions | $90.00 |
| 09/29/24 | Word Processing & secretarial | For: Jacob Goldberger, Inserting Signatures into Attachments | $58.50 |
| 09/29/24 | Word Processing & secretarial | For: Jacob Goldberger, Convert Word to PDF and add signature | $18.00 |
| 09/30/24 | Word Processing & secretarial | For: Jacob Goldberger, Edit PDF | $27.00 |
| TOTAL | | | $14,645.65 |