## EXHIBIT A

**Revised Proposed Order**

11206290.v2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Big Lots, Inc., *et al.* [1] | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Relating to Docket No. 870 |

### ORDER EXTENDING CHALLENGE PERIOD

Upon consideration of the motion (the "***Motion***") by Blue Owl Capital ("***Blue Owl***") for entry of an order, pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-2 extending the Challenge Period; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of the Chapter 11 Case and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in part and denied in part as set forth herein.

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "***Debtors***"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

2. The Challenge Period is extended for cause to November 15, 2024 at 12:00 p.m. (ET) for the Committee and Blue Owl Real Estate Capital LLC only.

3. This Order shall be without prejudice to the rights of each of the Committee and Blue Owl Real Estate Capital LLC to seek further extensions of the Challenge Period for cause.

4. The request to lift blanket designation of documents produced by the Debtors, 1903P Loan Agent, LLC ("***1903P***"), Gordon Brothers Retail Partners, LLC ("***GBRP***"), and PNC Bank, N.A. ("***PNC***") as "Professional Eyes Only" is denied without prejudice to the right to raise further challenges.

5. Parties shall confer about the blanket designation of documents produced by the Debtors, 1903P, GBRP, and PNC as "Professional Eyes Only."

6. All documents produced to the Committee on a "Professional Eyes Only" basis shall, upon request by any professional of a Committee member, be made immediately available by counsel to the Committee to such professional on a "Professional Eyes Only" basis for the purpose of investigating and prosecuting a Challenge (as defined in the Final DIP Order), if any.

7. The Debtors shall confer with the Committee, Blue Owl Real Estate Capital LLC, 1903P, GBRP, and PNC regarding the timing of the Sale Hearing.

8. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.