**EXHIBIT B**

**REDLINED Revised Proposed Order**

11206290.v2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Big Lots, Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. ~~_____~~ 870** |

**ORDER EXTENDING CHALLENGE PERIOD**

Upon consideration of the motion (the "***Motion***") by Blue Owl Capital ("***Blue Owl***") for entry of an order, pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-2 extending the Challenge Period; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of the Chapter 11 Case and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. ~~DublinGranville~~ Dublin-Granville Road, Columbus, OH 43081.

given; and ~~this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and~~ after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted <u>in part and denied in part</u> as set forth herein.

2. The Challenge Period is extended <u>for cause</u> to November ~~22~~<u>15</u>, 2024 at 12:00 p.m. (ET)<u> for the Committee and Blue Owl Real Estate Capital LLC only</u>.

3. This Order shall be without prejudice to the ~~right~~<u>rights of each of the Committee and Blue Owl Real Estate Capital LLC</u> to seek further extensions of the Challenge Period<u> for cause</u>.

4. The <u>request to lift</u> blanket designation of documents produced by the Debtors, 1903P Loan Agent, LLC <u>("*1903P*")</u>, Gordon Brothers Retail Partners, LLC <u>("*GBRP*")</u>, and PNC Bank, N.A. <u>("*PNC*")</u> as "Professional Eyes Only" is ~~lifted~~<u>denied without prejudice to the right to raise further challenges</u>.

5. <u>Parties shall confer about the blanket designation of documents produced by the Debtors, 1903P, GBRP, and PNC as "Professional Eyes Only."</u>

6. <u>All documents produced to the Committee on a "Professional Eyes Only" basis shall, upon request by any professional of a Committee member, be made immediately available by counsel to the Committee to such professional on a "Professional Eyes Only" basis for the purpose of investigating and prosecuting a Challenge (as defined in the Final DIP Order), if any.</u>

7. <u>The Debtors shall confer with the Committee, Blue Owl Real Estate Capital LLC, 1903P, GBRP, and PNC regarding the timing of the Sale Hearing.</u>

8. ~~5.~~ This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.