## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 553** |

### CERTIFICATION OF COUNSEL REGARDING
### APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103
### AUTHORIZING AND APPROVING THE RETENTION AND EMPLOYMENT
### OF COLE SCHOTZ P.C. AS SPECIAL REAL ESTATE COUNSEL, EFFICIENCY
### COUNSEL AND DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 24, 2024

The undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of Big Lots, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases, hereby certifies as follows:

1.     On October 18, 2024, the *Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024* [Docket No. 553] (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Application (the "Proposed Order").

2.      Pursuant to the *Notice of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024*, objections or responses to the Application and entry of the Proposed Order were to be filed and served on the undersigned proposed counsel by November 1, 2024, at 4:00 p.m. (prevailing Eastern Time), which was extended until November 5, 2024, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") (the "Objection Deadline").

3.      Prior to the Objection Deadline, the Committee received informal comments to the Application and Proposed Order from the U.S. Trustee.

4.      The Committee has not received any objections or other informal comments to the Application and Proposed Order.

5.      The Committee revised the Proposed Order to address the informal comments received from the U.S. Trustee, and the parties agreed to a revised Proposed Order, a copy of which is attached hereto as **Exhibit 1** (the "Revised Proposed Order").  The U.S. Trustee does not object to entry of the Revised Proposed Order.

6.      A blackline comparing the Revised Proposed Order against the Proposed Order filed with the Application is attached hereto as **Exhibit 2**.

7.      The Committee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 8, 2024
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel:    (302) 652-3131
Fax:   (302) 652-3117
Email: jalberto@coleschotz.com
        snewman@coleschotz.com

*-and-*

Sarah A. Carnes, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Tel:    (212) 752-8000
Fax:   (212) 752-8393
Email: scarnes@coleschotz.com

*-and-*

**MCDERMOTT WILL & EMERY LLP**

Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
Stacy Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY, 10017
Tel:    (212) 547-5400
Fax:   (212) 547-5444
Email: dazman@mwe.com
        kgoing@mwe.com
        salutkus@mwe.com
        nrowles@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*