## Exhibit A to Post-Auction Notice

## Successful Bidder List

| Lease Asset(s) | Lease Counterparty | Successful Bidder | Type of Agreement | Price[1] | Cure |
|---|---|---|---|---|---|
| #5166, 1101 WP Ball Blvd., Sanford, Florida | CTO Realty Growth, Inc., Indigo Group Inc., and CTO24 MSTC LLC, as successor in interest to WRI Seminole Marketplace, LLC | TO Realty Growth, Inc., Indigo Group Inc., and CTO24 MSTC LLC, as successor in interest to WRI Seminole Marketplace, LLC | Lease Termination | $10,000 | $57,019 |
| #1531, 180 Madison Square Dr., Madisonville, Kentucky | Pinnacle Properties II, LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $42,638 | $25,000 |
| #4560, 3940 Blue Diamond Rd., Las Vegas, Nevada | Blue Diamond Crossing, LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $81,456 | $31,456 |
| #5323, 3129 Kennedy Blvd., North Bergen, New Jersey | Columbia Park Retail Owner, LLC | Columbia Park Retail Owner, LLC | Lease Termination | $146,924 | $112,789 |
| #5319, 2353 State Route 66, Ocean, New Jersey | Seaview Acquisition, LLC | Seaview Acquisition, LLC | Lease Termination | $174,367 | $58,367 |
| #4720, 2700 US Highway 22, Union, New Jersey | DT Route 22 Retail LLC | Dick's Sporting Goods, Inc. | Assumption & Assignment | $575,087 | $88,087 |
| #4566, 3333 Preston, Ste. 700, Frisco, Texas | BRE Retail Residual Owner 1 LLC | Brixmor Operating Partnership LP | Lease Termination | $38,309 | $38,309 |
| #1625, 5910 Broadway St., Galveston, Texas | Grace Business Holdings, LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $42,638 | $15,360 |
| #4195, 8210 Kirby Dr., Houston, Texas | Main/OST, LTD | Burlington Coat Factory of Texas, L.P. | Assumption & Assignment | $67,465 | $17,465 |

[1] The listed price is inclusive of the value of cure waivers in instances of landlord termination bids.