**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 28, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 269] (the "***Notice of Commencement***")

On October 29, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Brothers Realty and Property Management LLC, (ADRID: 29433226), Attn: Archie Mojares, 1625 W. Big Beaver Road, Suite D, Troy MI 48084:

- Notice of Proposed Cure Amounts for Certain Unexpired Leases [Docket No. 443]

On November 1, 2024 at my direction and under my supervision, employees of Kroll caused the Notice of Commencement to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit B**:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: November 5, 2024

> */s/ Paul Pullo*
> Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 5, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 83297, 83332 & 83425

**Exhibit A**

Exhibit A

Supplemental Mailing  List

Served via First Class Mail

| ADDRESSID | NAME | Address1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29368185 | ADAMS, BRENDAN | ADDRESS ON FILE | | | |
| 29360215 | ARMSTRONG, DIANA LYNN | ADDRESS ON FILE | | | |
| 29403782 | CHASTAIN, ANDREW | ADDRESS ON FILE | | | |
| 29300149 | CITY OF CREST HILL | 20600 CITY CENTER BLVD | CREST HILL | IL | 60403-1988 |
| 29398666 | COLEMAN, LAMOUNTE | ADDRESS ON FILE | | | |
| 29358054 | COWGILL, KIRSTEN | ADDRESS ON FILE | | | |
| 29358171 | DUNN, CHEYENNE | ADDRESS ON FILE | | | |
| 29407276 | FOSTER, BENJAMIN L | ADDRESS ON FILE | | | |
| 29378862 | FOX, ANGEL DAWN | ADDRESS ON FILE | | | |
| 29372790 | GERRING, CIARA Y | ADDRESS ON FILE | | | |
| 29408927 | GOEPFERT, JOHN | ADDRESS ON FILE | | | |
| 29388249 | GONZALEZ, CARLOS | ADDRESS ON FILE | | | |
| 29423695 | GOOD, TYLER | ADDRESS ON FILE | | | |
| 29415563 | HAMIDOU, DOREEN | ADDRESS ON FILE | | | |
| 29425084 | HUDSON, ELIZABETH ANN | ADDRESS ON FILE | | | |
| 29389663 | JONES, DESONYA | ADDRESS ON FILE | | | |
| 29422799 | KHAN, MUSTAFA ASIM | ADDRESS ON FILE | | | |
| 29426225 | LATHROP, SARAH RENEE | ADDRESS ON FILE | | | |
| 29357847 | LUTTRELL, MANDY | ADDRESS ON FILE | | | |
| 29393795 | MACKEY, ERICA LADONNA | ADDRESS ON FILE | | | |
| 29403664 | MCCAMEY, TYLER AUSTIN | ADDRESS ON FILE | | | |
| 29366097 | PURVIS, MELYNDA | ADDRESS ON FILE | | | |
| 29354601 | REYNOLDS, MEGAN | ADDRESS ON FILE | | | |
| 29366342 | RICH, VICTORIA ROSE | ADDRESS ON FILE | | | |
| 29410307 | RICHARDSON, TYISHA | ADDRESS ON FILE | | | |
| 29421137 | STEVENSON, PAITYN L | ADDRESS ON FILE | | | |
| 29369898 | STHEINER, MONTGOMERY WILSON | ADDRESS ON FILE | | | |
| 29374799 | STUMP, ERICA LYNN | ADDRESS ON FILE | | | |
| 29367753 | VALENCIA, RUTH | ADDRESS ON FILE | | | |

## Exhibit B

Exhibit B

Supplemental Mailing List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29326537 | ABITIA, IGNACIO | ADDRESS ON FILE | | | | | |
| 29414543 | ABRAMSON LEVIN & GINDI LLP | ABRAMSON LABOR GROUP | 1700 W BURBANK BLVD | | BURBANK | CA | 91506-1313 |
| 29393453 | ABREU, AGUSTIN ALEXIS | ADDRESS ON FILE | | | | | |
| 29414552 | ACCESSIBLE TRANSLATION SOLUTIONS LL | PO BOX 15155 | | | SAINT LOUIS | MO | 63110-0155 |
| 29349392 | AGUILAR, JAVIER ANTONIO | ADDRESS ON FILE | | | | | |
| 29405845 | ALCANTAR, LISA | ADDRESS ON FILE | | | | | |
| 29416184 | ALEXANDER, JOY | ADDRESS ON FILE | | | | | |
| 29410052 | ALLEN, MIRACLE | ADDRESS ON FILE | | | | | |
| 29433978 | ALLIED TRAILER SALES & RENTALS | 9299 WASHINGTON BLVD N | | | LAUREL | MD | 20723-1347 |
| 29427879 | AMOS, BRANET | ADDRESS ON FILE | | | | | |
| 29399666 | ANAYA, JASMINE R. | ADDRESS ON FILE | | | | | |
| 29401692 | ANDALON, ANNABEL MALIA | ADDRESS ON FILE | | | | | |
| 29386767 | ANDERSON, TOMMY JOE | ADDRESS ON FILE | | | | | |
| 29390372 | ANTHONY, HEATHER R | ADDRESS ON FILE | | | | | |
| 29337099 | ARDMORE FINANCE | 400 W MAIN ST | UNIT A | | DURANT | OK | 74701-5000 |
| 29429764 | ARENDELL-BROLLIAR, JESSICA RAE | ADDRESS ON FILE | | | | | |
| 29355690 | ARMSTRONG, JUSTIN TYLER | ADDRESS ON FILE | | | | | |
| 29397756 | ARRIOLA, ADAM | ADDRESS ON FILE | | | | | |
| 29399139 | ARTHUR, JONNECIA | ADDRESS ON FILE | | | | | |
| 29394650 | BAIRD, AMANDA S | ADDRESS ON FILE | | | | | |
| 29365580 | BALLESTERO, TILLIE ANN | ADDRESS ON FILE | | | | | |
| 29423085 | BARNETT, MARK | ADDRESS ON FILE | | | | | |
| 29409566 | BARRETT, MADISON | ADDRESS ON FILE | | | | | |
| 29397904 | BARROW, LOLETA J | ADDRESS ON FILE | | | | | |
| 29338718 | BASALDUA, TIM | ADDRESS ON FILE | | | | | |
| 29422191 | BASCUE, BRYSEN | ADDRESS ON FILE | | | | | |
| 29396604 | BEARDEN WHITE, TERRI LYNN | ADDRESS ON FILE | | | | | |
| 29398049 | BECKMAN, TIMOTHY | ADDRESS ON FILE | | | | | |
| 29357623 | BEEKMAN, SUSAN MARIE | ADDRESS ON FILE | | | | | |
| 29326191 | BELLAU, KATHLYN | ADDRESS ON FILE | | | | | |
| 29417169 | BELLOTTE, KYLE HARRY-JAMES | ADDRESS ON FILE | | | | | |
| 29392831 | BELSHAW, DARCY JUNE | ADDRESS ON FILE | | | | | |
| 29417239 | BENI, LEANNE | ADDRESS ON FILE | | | | | |
| 29414749 | BENMEZIANE, BADR | ADDRESS ON FILE | | | | | |
| 29382686 | BENNETT, ZULA | ADDRESS ON FILE | | | | | |
| 29371935 | BERARDI, BILLIE LYNN | ADDRESS ON FILE | | | | | |
| 29371135 | BERNARD, MAYA | ADDRESS ON FILE | | | | | |
| 29335587 | BISMARK BURLEIGH PUBLIC HEALTH | ENVIRONMENTAL HEALTH DIVISION | 407 S 26TH ST | | BISMARK | ND | 58504-6087 |
| 29353971 | BLANGO, RONDA CHESNUT | ADDRESS ON FILE | | | | | |
| 29326430 | BOATMAN, MARK | ADDRESS ON FILE | | | | | |
| 29374801 | BOBKO, LINDA MARIE | ADDRESS ON FILE | | | | | |
| 29396067 | BOE, NICOLAS OSCAR | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29360466 | BORUS, TEIGAN | ADDRESS ON FILE | | | | | |
| 29386589 | BOTTOMS, MEGHAN | ADDRESS ON FILE | | | | | |
| 29417171 | BOULER, JESSICA | ADDRESS ON FILE | | | | | |
| 29353580 | BOUSQUET, THOMAS | ADDRESS ON FILE | | | | | |
| 29370916 | BOUTTE, ALORA | ADDRESS ON FILE | | | | | |
| 29377464 | BOWLING, CHRISTOPHER LYNN | ADDRESS ON FILE | | | | | |
| 29424187 | BRADLEY, KELLCE | ADDRESS ON FILE | | | | | |
| 29382073 | BRIDGES, JENNY | ADDRESS ON FILE | | | | | |
| 29414875 | BRINES REFRIGERATION HEATING | AND COOLING INC | 23800 NORTHWESTERN HWY STE 140 | | SHOUTHFIELD | MI | 48075-7739 |
| 29424031 | BROOKS, NABIA ALIYA | ADDRESS ON FILE | | | | | |
| 29397034 | BROUGHTON, BRANDI | ADDRESS ON FILE | | | | | |
| 29407383 | BROWN, AMARI | ADDRESS ON FILE | | | | | |
| 29395034 | BROWN, BRANDI CHRISTINE | ADDRESS ON FILE | | | | | |
| 29421144 | BROWN, DAVID LESLIE | ADDRESS ON FILE | | | | | |
| 29368430 | BROWN, DENICE K. | ADDRESS ON FILE | | | | | |
| 29383275 | BROWN, GREGG AARON | ADDRESS ON FILE | | | | | |
| 29395028 | BROWN, JASMEINE NICOLE | ADDRESS ON FILE | | | | | |
| 29400821 | BROWN, RACHAEL FLYNN | ADDRESS ON FILE | | | | | |
| 29357933 | BROWN, TAEVON LASHON | ADDRESS ON FILE | | | | | |
| 29423082 | BRUNO, TERRENCE CHRISTOPHER | ADDRESS ON FILE | | | | | |
| 29354704 | BRYAN, MICHAEL | ADDRESS ON FILE | | | | | |
| 29357333 | BUCKMASTER, CHRISTINA IRENE | ADDRESS ON FILE | | | | | |
| 29382852 | BURNETT, DEARION S | ADDRESS ON FILE | | | | | |
| 29377470 | BURZINSKI, ELIJAH | ADDRESS ON FILE | | | | | |
| 29403146 | CABRERA, JUNIOR VINCENT | ADDRESS ON FILE | | | | | |
| 29400504 | CAMACHO, DAVID | ADDRESS ON FILE | | | | | |
| 29399873 | CAMPBELL, RONALD | ADDRESS ON FILE | | | | | |
| 29428522 | CANLAS, GIANA MARIE | ADDRESS ON FILE | | | | | |
| 29358573 | CARNCROSS, KAT | ADDRESS ON FILE | | | | | |
| 29405252 | CARPENTER, ROBYN | ADDRESS ON FILE | | | | | |
| 29349094 | CARRASCO, SKYLA ROSEMARY MARIE | ADDRESS ON FILE | | | | | |
| 29398812 | CARTER, LATASHA M | ADDRESS ON FILE | | | | | |
| 29418948 | CARTER, MICHELE LYNN | ADDRESS ON FILE | | | | | |
| 29422861 | CARTER, OLIVIA CLAIRE | ADDRESS ON FILE | | | | | |
| 29428290 | CARTER, ZYARIUS | ADDRESS ON FILE | | | | | |
| 29372170 | CARTRETTE, JOSHUA LEE | ADDRESS ON FILE | | | | | |
| 29422090 | CASTRO, HOLTON | ADDRESS ON FILE | | | | | |
| 29409715 | CASTRO, JESSE ARQUIMIDES | ADDRESS ON FILE | | | | | |
| 29423460 | CHACON, BRITTNEY | ADDRESS ON FILE | | | | | |
| 29407257 | CHAND, CAROL D | ADDRESS ON FILE | | | | | |
| 29365830 | CHANG, ASHLEY | ADDRESS ON FILE | | | | | |
| 29421150 | CHARTRAND, TYLER JON | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29366570 | CHAVEZ, DIANA | ADDRESS ON FILE | | | | | |
| 29339208 | CHILIN, NELSON V. CANYON GRANDE PROPERTIES (4098 CHINO, CA) | PO BOX 74850 | | | LOS ANGELES | CA | 90004-0850 |
| 29384079 | CHRISTIAN, VANDIE M | ADDRESS ON FILE | | | | | |
| 29409451 | CLARK, BARBARA SUE | ADDRESS ON FILE | | | | | |
| 29395397 | CLARK, DYNASTY DARLENE | ADDRESS ON FILE | | | | | |
| 29403182 | CLARK, KRISTIN L | ADDRESS ON FILE | | | | | |
| 29387179 | CLARKE, TEVIN ADRIAN | ADDRESS ON FILE | | | | | |
| 29337349 | COAST PROFESSIONAL INC | PO BOX 1462 | | | WEST MONROE | LA | 71294-1462 |
| 29412421 | COLEMAN, JAMES | ADDRESS ON FILE | | | | | |
| 29376810 | COLL, LISA | ADDRESS ON FILE | | | | | |
| 29381474 | CONN, MADLYN GRACE | ADDRESS ON FILE | | | | | |
| 29423768 | COOPER, KINDER LEONE | ADDRESS ON FILE | | | | | |
| 29369299 | CORMICAN, ISAAC AARON | ADDRESS ON FILE | | | | | |
| 29416068 | COSTANZA, JAMIE | ADDRESS ON FILE | | | | | |
| 29419932 | COURSEY, ALICIA | ADDRESS ON FILE | | | | | |
| 29366616 | COURTNEY, TIMOTHY | ADDRESS ON FILE | | | | | |
| 29414939 | COUSINS, CAROL | ADDRESS ON FILE | | | | | |
| 29368479 | CRISS, QUALYN RIONNA | ADDRESS ON FILE | | | | | |
| 29383015 | CROSS, RONALD | ADDRESS ON FILE | | | | | |
| 29396591 | CRUMP, JONATHAN DAVID | ADDRESS ON FILE | | | | | |
| 29364528 | CRUZ, ASUSENA | ADDRESS ON FILE | | | | | |
| 29370836 | CURRY, RAYMOND | ADDRESS ON FILE | | | | | |
| 29415958 | DADE, HENRIETTA | ADDRESS ON FILE | | | | | |
| 29430320 | DANDY, JUANNIESHA STAR | ADDRESS ON FILE | | | | | |
| 29366373 | DANFORD III, WARREN CANDLER | ADDRESS ON FILE | | | | | |
| 29418099 | DANIELS, RICKEY | ADDRESS ON FILE | | | | | |
| 29424024 | DANZ, MICHAEL | ADDRESS ON FILE | | | | | |
| 29368016 | DAVIS, AALIYAH | ADDRESS ON FILE | | | | | |
| 29339269 | DAVIS, MARCUS | ADDRESS ON FILE | | | | | |
| 29366711 | DAVIS, MICHELLE | ADDRESS ON FILE | | | | | |
| 29370695 | DAVIS, SKYLEE | ADDRESS ON FILE | | | | | |
| 29389439 | DAVIS, WHITNEY ANN | ADDRESS ON FILE | | | | | |
| 29395772 | DAXON, GARR DANIEL | ADDRESS ON FILE | | | | | |
| 29424422 | DECK, BRITTANY JEWELL | ADDRESS ON FILE | | | | | |
| 29350586 | DEITER, CARL M. | ADDRESS ON FILE | | | | | |
| 29323816 | DELAWARE GENERAL HEALTH DIST | 470 S SANDUSKY ST | | | DELAWARE | OH | 43015-2623 |
| 29403492 | DELLINGER, NICHOLAS LEWIS SEBASTIAN | ADDRESS ON FILE | | | | | |
| 29326599 | DEVITO, JOSEPH | ADDRESS ON FILE | | | | | |
| 29364793 | DEWITT, TRISTAN GAGE | ADDRESS ON FILE | | | | | |
| 29370576 | DIAZ, ROSA A | ADDRESS ON FILE | | | | | |
| 29418799 | DIBBLE, LISA | ADDRESS ON FILE | | | | | |
| 29415528 | DIEFER LAW GROUP PC | 6670 ALESSANDRO BLVD STE H | | | RIVERSIDE | CA | 92506-5334 |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29360479 | DILLARD, JASMINE | ADDRESS ON FILE | | | | | |
| 29424336 | DILLON, ARIELLE DEVON | ADDRESS ON FILE | | | | | |
| 29376921 | DOEPKER, JENNIFER | ADDRESS ON FILE | | | | | |
| 29370604 | DOOLEY, DERIQ D | ADDRESS ON FILE | | | | | |
| 29384865 | DOW, ANTHONY E | ADDRESS ON FILE | | | | | |
| 29384525 | DROLLINGER-SMITH, NEVADA S | ADDRESS ON FILE | | | | | |
| 29337005 | DUBA, WILLIAM | ADDRESS ON FILE | | | | | |
| 29382819 | DUBOIS, LORI JEANNE | ADDRESS ON FILE | | | | | |
| 29417546 | DWIGHT, FATIHAH | ADDRESS ON FILE | | | | | |
| 29391843 | EBERHARDT, RENADO LASHON | ADDRESS ON FILE | | | | | |
| 29392971 | EDWARDS, MERZEDES MILEKA | ADDRESS ON FILE | | | | | |
| 29391460 | ELLIS, KAMILLE AMIRA | ADDRESS ON FILE | | | | | |
| 29427983 | ELLIS, LAYTON COLE | ADDRESS ON FILE | | | | | |
| 29420227 | ELPIDAMA JR., JOSE | ADDRESS ON FILE | | | | | |
| 29419203 | ESPINOSA, ANJILITA | ADDRESS ON FILE | | | | | |
| 29339330 | ESTRADA, JOSE (1910 LAKEWOOD CA) | ADDRESS ON FILE | | | | | |
| 29356642 | EUBANKS, KELSEY T | ADDRESS ON FILE | | | | | |
| 29359526 | EVANS, BRADLEY JERMAINE | ADDRESS ON FILE | | | | | |
| 29409677 | EVANS, KEENA | ADDRESS ON FILE | | | | | |
| 29428228 | FACCOU, NINA | ADDRESS ON FILE | | | | | |
| 29396000 | FARMER, MATT RAY | ADDRESS ON FILE | | | | | |
| 29399833 | FARRISH, AUSTIN THATCHER | ADDRESS ON FILE | | | | | |
| 29387621 | FELDER, STACI | ADDRESS ON FILE | | | | | |
| 29355601 | FERRER, JAZMINE | ADDRESS ON FILE | | | | | |
| 29369088 | FLEMING, GRANT ENOCH | ADDRESS ON FILE | | | | | |
| 29430494 | FLIS, CAROL | ADDRESS ON FILE | | | | | |
| 29367634 | FORD, SHAWNTREL | ADDRESS ON FILE | | | | | |
| 29393031 | FOX, STEPHANIE | ADDRESS ON FILE | | | | | |
| 29402999 | FRADY, CHARITY | ADDRESS ON FILE | | | | | |
| 29378059 | FRALEY, CHLOE | ADDRESS ON FILE | | | | | |
| 29365960 | FRANKFORD, CHEYANNE | ADDRESS ON FILE | | | | | |
| 29403636 | FRAZIER, DEREK R. | ADDRESS ON FILE | | | | | |
| 29397095 | FRAZIER, STEPHANIE | ADDRESS ON FILE | | | | | |
| 29370923 | FREEMAN, LAVENIA | ADDRESS ON FILE | | | | | |
| 29424334 | FUSCO, DOROTHY ANNE | ADDRESS ON FILE | | | | | |
| 29386818 | FUTRELL, MICHAEL NOVELLE-ELIJAH | ADDRESS ON FILE | | | | | |
| 29367153 | GAGE, SHANOBEE AUNTINETTE | ADDRESS ON FILE | | | | | |
| 29410403 | GAINT, YOLONDA | ADDRESS ON FILE | | | | | |
| 29373033 | GALEANA, JASON | ADDRESS ON FILE | | | | | |
| 29421863 | GALES, RAYVEN | ADDRESS ON FILE | | | | | |
| 29330575 | GALLEGOS, ANTONIO | ADDRESS ON FILE | | | | | |
| 29379453 | GALLOWAY, BRIAN | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29401788 | GAMRAK, TRINITY R | ADDRESS ON FILE | | | | | |
| 29366440 | GARCIA, CRISTIAN | ADDRESS ON FILE | | | | | |
| 29331593 | GARCIA, SONYA | ADDRESS ON FILE | | | | | |
| 29401556 | GARRETT, ANNE MARIA | ADDRESS ON FILE | | | | | |
| 29399045 | GARRETT, ISAIAH | ADDRESS ON FILE | | | | | |
| 29421739 | GERGENTI, ASHLEY | ADDRESS ON FILE | | | | | |
| 29400006 | GIALDINI, AMY | ADDRESS ON FILE | | | | | |
| 29395465 | GIBSON, CORRIE QWAUNITALEE | ADDRESS ON FILE | | | | | |
| 29390908 | GJURICH, TYLER CHRISTIAN | ADDRESS ON FILE | | | | | |
| 29427895 | GLADGO, DAVID LUGENE | ADDRESS ON FILE | | | | | |
| 29399076 | GLASS, TRACY C | ADDRESS ON FILE | | | | | |
| 29427418 | GLAZNER, HALEY ELIZABETH | ADDRESS ON FILE | | | | | |
| 29380698 | GOLLIHUE, GABRIELLE GRAYCE | ADDRESS ON FILE | | | | | |
| 29387608 | GOMEZ, STARR MARIE | ADDRESS ON FILE | | | | | |
| 29409303 | GONZALEZ, CLAUDIA | ADDRESS ON FILE | | | | | |
| 29417075 | GOPAR CERVANTES, LETICIA | ADDRESS ON FILE | | | | | |
| 29386852 | GRAHAM, EMERY BELLE | ADDRESS ON FILE | | | | | |
| 29393359 | GRANDE, ANTHONY | ADDRESS ON FILE | | | | | |
| 29425352 | GRANT BROWN, DELESIA C | ADDRESS ON FILE | | | | | |
| 29368292 | GREER-KIMBRELL, SHELBY LYNN | ADDRESS ON FILE | | | | | |
| 29356344 | GRZEGORCZYK, SCOTT | ADDRESS ON FILE | | | | | |
| 29385005 | GUERRERO, CYNTHIA | ADDRESS ON FILE | | | | | |
| 29428503 | GUIDRY, LEVI ZACHARY | ADDRESS ON FILE | | | | | |
| 29423197 | GUTIERREZ, DIANGELO | ADDRESS ON FILE | | | | | |
| 29382060 | GUTIERREZ, REYNA | ADDRESS ON FILE | | | | | |
| 29365695 | HAIR, KAYLA MACEY | ADDRESS ON FILE | | | | | |
| 29350629 | HALL, DANIELLE | ADDRESS ON FILE | | | | | |
| 29356306 | HALL, TERESA ANN | ADDRESS ON FILE | | | | | |
| 29411194 | HALTOM, ADAM | ADDRESS ON FILE | | | | | |
| 29425981 | HAMILTON, JAMYA ROSEANNA | ADDRESS ON FILE | | | | | |
| 29409275 | HARDESTY, RYAN JAMES | ADDRESS ON FILE | | | | | |
| 29374756 | HARMON, JUDITH LOUISE | ADDRESS ON FILE | | | | | |
| 29411103 | HARPER, MATTHEW SILAS | ADDRESS ON FILE | | | | | |
| 29391758 | HARPER, ROMONIA | ADDRESS ON FILE | | | | | |
| 29397940 | HARPER, RYAN R. | ADDRESS ON FILE | | | | | |
| 29364167 | HARRIS, CHRIS | ADDRESS ON FILE | | | | | |
| 29435437 | HASLAM FIRM | ROBERT E HASLAM INC | 5608 MALVEY AVE STE 400 | | FT WORTH | TX | 76107-5163 |
| 29423910 | HAWKINS, MARY | ADDRESS ON FILE | | | | | |
| 29422101 | HAYES, DEANDRA | ADDRESS ON FILE | | | | | |
| 29409827 | HAYFORD, VANESSA MONIQUE | ADDRESS ON FILE | | | | | |
| 29383113 | HAYNES, CAMERON BLAKE | ADDRESS ON FILE | | | | | |
| 29418960 | HEARN-TROUT, KRISTIN LYNNE | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29417646 | HELPRIN, TEKLA VALLEY | ADDRESS ON FILE | | | | | |
| 29421701 | HENDERSON, MYRACLE | ADDRESS ON FILE | | | | | |
| 29387322 | HENDERSON, PHOEBE A. | ADDRESS ON FILE | | | | | |
| 29375198 | HENDRICKSON, MATTHEW | ADDRESS ON FILE | | | | | |
| 29380261 | HERGRUDER, CHRISTOPHER MARK | ADDRESS ON FILE | | | | | |
| 29367945 | HERNANDEZ, VIRGINIA | ADDRESS ON FILE | | | | | |
| 29339419 | HERNANDEZ-MENDOZA, JORGE (GEORGE) | ADDRESS ON FILE | | | | | |
| 29407614 | HESSE, BROOKE | ADDRESS ON FILE | | | | | |
| 29386347 | HESTER, JOEL E | ADDRESS ON FILE | | | | | |
| 29419598 | HICKS, TIM R | ADDRESS ON FILE | | | | | |
| 29360664 | HILL, LIAM BEAR | ADDRESS ON FILE | | | | | |
| 29376101 | HILL, TIERRA | ADDRESS ON FILE | | | | | |
| 29435558 | HOLLIMAN, JACQUELYN | ADDRESS ON FILE | | | | | |
| 29378263 | HOLMES, EVAN L. | ADDRESS ON FILE | | | | | |
| 29431394 | HOLMES, MICHAEL | ADDRESS ON FILE | | | | | |
| 29376276 | HONEYMAN, DAENA JUNE | ADDRESS ON FILE | | | | | |
| 29428260 | HOOD, LAVKEYSHA | ADDRESS ON FILE | | | | | |
| 29407504 | HOOKS, VICTORIA | ADDRESS ON FILE | | | | | |
| 29384729 | HOPKINS, SEAN | ADDRESS ON FILE | | | | | |
| 29388711 | HORST, HANNAH | ADDRESS ON FILE | | | | | |
| 29389679 | HOVIS, CURTIS R | ADDRESS ON FILE | | | | | |
| 29356303 | HUDDLESTON, JUSTIN | ADDRESS ON FILE | | | | | |
| 29372200 | HULSEY, HOLLEY IRENE | ADDRESS ON FILE | | | | | |
| 29353734 | HUMMEL, DENNIS | ADDRESS ON FILE | | | | | |
| 29375067 | HUNT, CHRISTOPHER | ADDRESS ON FILE | | | | | |
| 29384954 | HURLBURT-CHAPMAN, GARRETT DOUGLAS | ADDRESS ON FILE | | | | | |
| 29341737 | HURT, JARED ALLEN | ADDRESS ON FILE | | | | | |
| 29397677 | IUNKER, DEREK | ADDRESS ON FILE | | | | | |
| 29346281 | JADA TOYS CO LTD | 18521 RAILROAD ST | | | CITY INDUSTRY | CA | 91748-1316 |
| 29393266 | JAMES, SHAROLEE C | ADDRESS ON FILE | | | | | |
| 29387411 | JARMUSZ, KATHY | ADDRESS ON FILE | | | | | |
| 29382338 | JASPER, JOHNATHAN MICHAEL | ADDRESS ON FILE | | | | | |
| 29376525 | JAVIER-OLIVARES, LESLEY ABIGAIL | ADDRESS ON FILE | | | | | |
| 29380701 | JEFFERSON, AARON DE'ANDRE | ADDRESS ON FILE | | | | | |
| 29401012 | JEFFERY, ADLEY MICHAEL | ADDRESS ON FILE | | | | | |
| 29375151 | JIMENEZ, MANUEL | ADDRESS ON FILE | | | | | |
| 29431702 | JOHNSON, APRIL | ADDRESS ON FILE | | | | | |
| 29428195 | JOHNSON, BREANNA | ADDRESS ON FILE | | | | | |
| 29431240 | JOHNSON, BRYAN LEO | ADDRESS ON FILE | | | | | |
| 29395024 | JOHNSON, CANDICE CORMACK | ADDRESS ON FILE | | | | | |
| 29407517 | JOHNSON, CHANATE | ADDRESS ON FILE | | | | | |
| 29383363 | JOHNSON, CHERYL MIGNON | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29327247 | JOHNSON, JAMES | ADDRESS ON FILE | | | | | |
| 29376314 | JOHNSON, KIMBERLY | ADDRESS ON FILE | | | | | |
| 29341475 | JOHNSON, MELBA RENEE | ADDRESS ON FILE | | | | | |
| 29358708 | JOHNSON, RAYSHON | ADDRESS ON FILE | | | | | |
| 29329034 | JOHNSON-LEWIS, KOWANA | ADDRESS ON FILE | | | | | |
| 29424291 | JORDAN, TAJANNA QUANETRIS | ADDRESS ON FILE | | | | | |
| 29375637 | JOYNER, TONIA R | ADDRESS ON FILE | | | | | |
| 29374852 | KEATING, FALINA KATHLEEN | ADDRESS ON FILE | | | | | |
| 29391225 | KENNEDY, DEJA | ADDRESS ON FILE | | | | | |
| 29334967 | KING COUNTY TREASURY | 201 S JACKSON ST | | | SEATTLE | WA | 98104-3854 |
| 29397731 | KING, JAYONNI AMAYA | ADDRESS ON FILE | | | | | |
| 29377257 | KING, MARQUIS | ADDRESS ON FILE | | | | | |
| 29346339 | KINGSLEY BEVERAGES USA, INC | KINGSLEY BEVERAGES USA, INC. | 3129 KINGSLEY DR | STE 1810 | PEARLAND | TX | 77584-8511 |
| 29401036 | KISCHMISCHIAN, JEANNELLE NICOLE | ADDRESS ON FILE | | | | | |
| 29333488 | KISS MY KETO | PO Box 13308 | | | LOS ANGELES | CA | 90013-0308 |
| 29386120 | KLUCK, NICHOLAS | ADDRESS ON FILE | | | | | |
| 29381531 | KOETEA, FLOMO M. | ADDRESS ON FILE | | | | | |
| 29387587 | KRATZ, KALE ASHER | ADDRESS ON FILE | | | | | |
| 29418059 | KRATZ, SHAYLYN INA | ADDRESS ON FILE | | | | | |
| 29351305 | KRAUSE, TIMOTHY WILLIAM | ADDRESS ON FILE | | | | | |
| 29405189 | KUPFERMAN, CORY THOMAS | ADDRESS ON FILE | | | | | |
| 29426183 | LACY, BIANCA N. | ADDRESS ON FILE | | | | | |
| 29410969 | LAGUNAS, JOSE | ADDRESS ON FILE | | | | | |
| 29429656 | LAMAR, ELETTE BALENE | ADDRESS ON FILE | | | | | |
| 29371000 | LAMPKIN, AMANDA P. PAULETTE | ADDRESS ON FILE | | | | | |
| 29368352 | LANDERS, STEPHANIE MARIE | ADDRESS ON FILE | | | | | |
| 29380699 | LEE, CATHIE S | ADDRESS ON FILE | | | | | |
| 29326841 | LEE, JAMES (4094 ROWLAND HEIGHTS CA) | ADDRESS ON FILE | | | | | |
| 29360477 | LESTER, KRISSY | ADDRESS ON FILE | | | | | |
| 29386444 | LEWIS, KALISTA LYNN | ADDRESS ON FILE | | | | | |
| 29404954 | LEWIS, KENEENE T. | ADDRESS ON FILE | | | | | |
| 29425451 | LINTHICUM, SANDRA | ADDRESS ON FILE | | | | | |
| 29348969 | LITVINS, ADAM | ADDRESS ON FILE | | | | | |
| 29302007 | LOGICALIS, INC. | 2600 W BIG BEAVER RD STE 150 | | | TROY | MI | 48084-3541 |
| 29403209 | LOPEZ, ARIANNE | ADDRESS ON FILE | | | | | |
| 29391021 | LOTT, SHANETRA | ADDRESS ON FILE | | | | | |
| 29399972 | LUCAS, THYKASHIA | ADDRESS ON FILE | | | | | |
| 29404864 | LUGO RIVERA, EVETTE | ADDRESS ON FILE | | | | | |
| 29366259 | LUIS, CRYSTAL | ADDRESS ON FILE | | | | | |
| 29344480 | LYNALL, SAMANTHA | ADDRESS ON FILE | | | | | |
| 29376947 | MADRUGA, SAMANTHA | ADDRESS ON FILE | | | | | |
| 29370573 | MAGAN, SUSAN ANN | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29368914 | MAGEE, BRIESHA | ADDRESS ON FILE | | | | | |
| 29360587 | MAGEE, KARY KHADIJAH | ADDRESS ON FILE | | | | | |
| 29357620 | MANEAFAIGA, SCHUYLER L | ADDRESS ON FILE | | | | | |
| 29418955 | MANSOUR, ANDREA PATRICIA | ADDRESS ON FILE | | | | | |
| 29358596 | MANTOOTH, MASON JAMES | ADDRESS ON FILE | | | | | |
| 29394657 | MAPULA, DIANE L | ADDRESS ON FILE | | | | | |
| 29335023 | MARKET PLAZA LIMITED PARTNERSHIP | 22 Lantern Hill Rd | | | LITTLE ROCK | AR | 72227-2934 |
| 29368163 | MARQUEZ, GISELLE | ADDRESS ON FILE | | | | | |
| 29360888 | MARRERO, CARMEN | ADDRESS ON FILE | | | | | |
| 29369916 | MARSHALL, MICHAEL | ADDRESS ON FILE | | | | | |
| 29393418 | MARTIN, DELICIA | ADDRESS ON FILE | | | | | |
| 29410593 | MARTIN, RACHEL | ADDRESS ON FILE | | | | | |
| 29426020 | MARTIN, SAHIYA | ADDRESS ON FILE | | | | | |
| 29335027 | MARTINEAU PROPERTIES | 2530 WILSHIRE BLVD FL 2 | | | SANTA MONICA | CA | 90403-4643 |
| 29410901 | MARTINEZ, JACOB | ADDRESS ON FILE | | | | | |
| 29367456 | MARTINEZ, MELISSA | ADDRESS ON FILE | | | | | |
| 29365596 | MCCLAREN, BRENDA | ADDRESS ON FILE | | | | | |
| 29381991 | MCCORMICK, WILLIAM HENRY | ADDRESS ON FILE | | | | | |
| 29410548 | MCCULLOUGH, LINDSEY | ADDRESS ON FILE | | | | | |
| 29373379 | MCCUSKER, GEORGE FRANCIS | ADDRESS ON FILE | | | | | |
| 29421337 | MCGLOTHERN, CIERA L | ADDRESS ON FILE | | | | | |
| 29429598 | MCNAIR, PRECIOUS | ADDRESS ON FILE | | | | | |
| 29431378 | MEADOWS, RACHEL L | ADDRESS ON FILE | | | | | |
| 29330112 | MEARS, ANEITA | ADDRESS ON FILE | | | | | |
| 29356581 | MEARS, MARISSA | ADDRESS ON FILE | | | | | |
| 29368907 | MEDINA, MARIA GUADALUPE | ADDRESS ON FILE | | | | | |
| 29428961 | MEDINA, ORLANDO SANTIAGO | ADDRESS ON FILE | | | | | |
| 29409780 | MEDLOCK, KENDREA SHAQUANNA | ADDRESS ON FILE | | | | | |
| 29360353 | MELENDEZ, ALEXA NICOLE | ADDRESS ON FILE | | | | | |
| 29428212 | MELENDEZ, NOE JOSE | ADDRESS ON FILE | | | | | |
| 29365838 | MELGOZA, JASMINE | ADDRESS ON FILE | | | | | |
| 29372701 | MENDEZ, CRYSTAL MARIE | ADDRESS ON FILE | | | | | |
| 29341053 | MENDIVIL, SONIA M | ADDRESS ON FILE | | | | | |
| 29366347 | MENDOZA, ANTONIO | ADDRESS ON FILE | | | | | |
| 29379946 | MENDOZA, ISAAC | ADDRESS ON FILE | | | | | |
| 29407153 | MILBRATH, DAYTON | ADDRESS ON FILE | | | | | |
| 29358328 | MILES, JEREMIAH DENZEL | ADDRESS ON FILE | | | | | |
| 29407155 | MILLER, ALEXANDER | ADDRESS ON FILE | | | | | |
| 29396122 | MILLER, MADYSON ROSE | ADDRESS ON FILE | | | | | |
| 29356067 | MITCHELL, TYMBER | ADDRESS ON FILE | | | | | |
| 29382098 | MIZEUR, JACOB | ADDRESS ON FILE | | | | | |
| 29358681 | MOBLEY, JENA | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29426243 | MONTGOMERY, AMBERLEE | ADDRESS ON FILE | | | | | |
| 29338688 | MONTGOMERY, TYRAN | ADDRESS ON FILE | | | | | |
| 29401706 | MONTOYA, CRISTINA | ADDRESS ON FILE | | | | | |
| 29428218 | MORALES, SARAH | ADDRESS ON FILE | | | | | |
| 29405128 | MORGAN, KATRINA | ADDRESS ON FILE | | | | | |
| 29354179 | MORRIS, KAREN MARIE | ADDRESS ON FILE | | | | | |
| 29395650 | MORRIS, TAYLOR MESHEA | ADDRESS ON FILE | | | | | |
| 29366346 | MORRISSETTE, ANNA | ADDRESS ON FILE | | | | | |
| 29431690 | MORROW, CORY LAMAR | ADDRESS ON FILE | | | | | |
| 29381307 | MOUTON, MARK D | ADDRESS ON FILE | | | | | |
| 29401421 | MULLEN, MEGGAN | ADDRESS ON FILE | | | | | |
| 29367226 | MULLINS, CHELSIA GENENE | ADDRESS ON FILE | | | | | |
| 29404862 | MURRAY, REBECCA | ADDRESS ON FILE | | | | | |
| 29425604 | MUZZY, AARON | ADDRESS ON FILE | | | | | |
| 29378219 | NANCE, CHRISTOPHER M. | ADDRESS ON FILE | | | | | |
| 29436356 | NASIBA, JAFARI | ADDRESS ON FILE | | | | | |
| 29393462 | NELDON, RILEY | ADDRESS ON FILE | | | | | |
| 29372664 | NELSON TAYLOR, STACIE LEE | ADDRESS ON FILE | | | | | |
| 29351042 | NELSON, NICHOLAS A. | ADDRESS ON FILE | | | | | |
| 29399911 | NEWKIRK, ZARIAHA DAYSHANIC | ADDRESS ON FILE | | | | | |
| 29354276 | NGUON, LANCE R. | ADDRESS ON FILE | | | | | |
| 29346541 | NINE STARS GROUP USA INC | 1775 S BUSINESS PKWY | | | ONTARIO | CA | 91761-8528 |
| 29372454 | NIXON, NASHWA | ADDRESS ON FILE | | | | | |
| 29380515 | NURSE, MATTHEW O'BRIEN | ADDRESS ON FILE | | | | | |
| 29423438 | O'BURKE, ALLIAE | ADDRESS ON FILE | | | | | |
| 29399725 | OGBEYAMA, JENNIE | ADDRESS ON FILE | | | | | |
| 29419258 | OLAGUE JR, DOMINIC | ADDRESS ON FILE | | | | | |
| 29418060 | OLIVARES, JACQUELINE | ADDRESS ON FILE | | | | | |
| 29393976 | ORETA, BARBARA JULIANNE | ADDRESS ON FILE | | | | | |
| 29366190 | OROZCO, OLGA | ADDRESS ON FILE | | | | | |
| 29355410 | ORTIZ, MARILANE MIRANDA | ADDRESS ON FILE | | | | | |
| 29356559 | ORTIZ, MIRIAM | ADDRESS ON FILE | | | | | |
| 29409724 | OWENS, ALYCIA SHANTE | ADDRESS ON FILE | | | | | |
| 29421104 | PACE, TONI | ADDRESS ON FILE | | | | | |
| 29421597 | PADRON, GABBY | ADDRESS ON FILE | | | | | |
| 29429932 | PAEZ, MARIA G | ADDRESS ON FILE | | | | | |
| 29420911 | PARKER, TRINITY | ADDRESS ON FILE | | | | | |
| 29427053 | PAVONE, TRISTON | ADDRESS ON FILE | | | | | |
| 29354373 | PELTIER, BRITTANY | ADDRESS ON FILE | | | | | |
| 29415882 | PEOPLES, GLORIA | ADDRESS ON FILE | | | | | |
| 29423886 | PEREZ, BENJAMIN | ADDRESS ON FILE | | | | | |
| 29326094 | PEREZ, SHANNON | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29430215 | PEREZ, VANESSA M | ADDRESS ON FILE | | | | | |
| 29387507 | PERKINS, CAMARY LAJOYCE | ADDRESS ON FILE | | | | | |
| 29395251 | PERKINS, JENNIFER | ADDRESS ON FILE | | | | | |
| 29403519 | PETERS, THOMAS | ADDRESS ON FILE | | | | | |
| 29366925 | PETERSEN, KEITH E. | ADDRESS ON FILE | | | | | |
| 29338757 | PETERSON, EBONY | ADDRESS ON FILE | | | | | |
| 29326096 | PETERSON, NATIYA | ADDRESS ON FILE | | | | | |
| 29372096 | PETERSON, QUINTON JAMES | ADDRESS ON FILE | | | | | |
| 29417766 | PETTY, RACHEL | ADDRESS ON FILE | | | | | |
| 29372597 | PHIFER, ELIZABETH | ADDRESS ON FILE | | | | | |
| 29397050 | PHIFER, HEATHER LYNN | ADDRESS ON FILE | | | | | |
| 29401538 | PHIFFER, JAIDEN LANE | ADDRESS ON FILE | | | | | |
| 29385295 | PIERCE, CHEYENNE | ADDRESS ON FILE | | | | | |
| 29391606 | PITTS, TERRELL | ADDRESS ON FILE | | | | | |
| 29426616 | POLL, ALANAH M | ADDRESS ON FILE | | | | | |
| 29435270 | PONCE, FLOR | ADDRESS ON FILE | | | | | |
| 29408985 | POST, JESSICA LYNN | ADDRESS ON FILE | | | | | |
| 29338773 | POUTSMA, ERICK | ADDRESS ON FILE | | | | | |
| 29419751 | POWELL, ANTHONY JAMES | ADDRESS ON FILE | | | | | |
| 29404989 | PRICE, JACKSON | ADDRESS ON FILE | | | | | |
| 29395340 | PRICE, LINDSI | ADDRESS ON FILE | | | | | |
| 29376419 | RAMEY, TINA M. | ADDRESS ON FILE | | | | | |
| 29423317 | RAMIREZ, GABRIELLA D | ADDRESS ON FILE | | | | | |
| 29417806 | RAMIREZ, SAMANTHA MARIE | ADDRESS ON FILE | | | | | |
| 29368555 | RAMOS, ADAM VAUGHN | ADDRESS ON FILE | | | | | |
| 29411888 | RAMOS, CHAD | ADDRESS ON FILE | | | | | |
| 29394751 | RATLIFF, HOPE | ADDRESS ON FILE | | | | | |
| 29350244 | RAYFORD, CHRISTOPHER WENDELL | ADDRESS ON FILE | | | | | |
| 29383205 | REDD, RUBEN GIONNI | ADDRESS ON FILE | | | | | |
| 29427455 | REDDEN, DYLAN MATTHEW | ADDRESS ON FILE | | | | | |
| 29373053 | REDDEN, LOUISE F | ADDRESS ON FILE | | | | | |
| 29416259 | REECE, KEMESHA | ADDRESS ON FILE | | | | | |
| 29386882 | REIBER, LYNN | ADDRESS ON FILE | | | | | |
| 29423360 | REID, HAILEY ELIZABETH | ADDRESS ON FILE | | | | | |
| 29366839 | REYMUNDO, CYNTHIA | ADDRESS ON FILE | | | | | |
| 29367732 | REYNA, PAULA | ADDRESS ON FILE | | | | | |
| 29409570 | RHINEHART, GRACE STARR | ADDRESS ON FILE | | | | | |
| 29381074 | RICE, RILEY MADISON | ADDRESS ON FILE | | | | | |
| 29430826 | RICHARDSON, BRAYAN | ADDRESS ON FILE | | | | | |
| 29427070 | RICO, LAURA | ADDRESS ON FILE | | | | | |
| 29381111 | RIED, XANDER | ADDRESS ON FILE | | | | | |
| 29335246 | RITA FELDMAN TRUST FBO | VALERIE FELDMAN | 281 BAYOU CIR | | DEBARY | FL | 32713-4000 |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29350601 | ROBERTS, NIKAI S | ADDRESS ON FILE | | | | | |
| 29385006 | ROBERTS, WESLEY | ADDRESS ON FILE | | | | | |
| 29350831 | ROCHA, GUSTAVO | ADDRESS ON FILE | | | | | |
| 29375471 | ROCHLIN, JOEL | ADDRESS ON FILE | | | | | |
| 29388407 | RODRIGUEZ, DEBORAH | ADDRESS ON FILE | | | | | |
| 29401349 | RODRIGUEZ, JULIAN RYAN | ADDRESS ON FILE | | | | | |
| 29343632 | RODRIGUEZ, TRINADIE | ADDRESS ON FILE | | | | | |
| 29354633 | ROGERS, DEVIN | ADDRESS ON FILE | | | | | |
| 29377460 | ROLL, CHARLES WILLIAM | ADDRESS ON FILE | | | | | |
| 29393115 | ROLLE, CIONA CHANTEL | ADDRESS ON FILE | | | | | |
| 29426227 | ROONEY, PAUL RAYMOND | ADDRESS ON FILE | | | | | |
| 29419487 | ROSEBORO, ASHANTI MONA | ADDRESS ON FILE | | | | | |
| 29326269 | ROSITAS, MARY ELLEN | ADDRESS ON FILE | | | | | |
| 29423776 | ROSS, CHARLES | ADDRESS ON FILE | | | | | |
| 29403461 | ROSS, HUNTER JOESEPH | ADDRESS ON FILE | | | | | |
| 29428018 | ROTHLISBERGER, RYAN PATRYCK | ADDRESS ON FILE | | | | | |
| 29404733 | RUBERT, GRACE MARIE | ADDRESS ON FILE | | | | | |
| 29331410 | RYAN FRAUD AND FORENSIC | 13155 NOEL RD STE 100 | | | DALLAS | TX | 75240-5050 |
| 29399787 | RZEPKA, DOMINIKA | ADDRESS ON FILE | | | | | |
| 29389190 | SABIN, CHRISTOPHER | ADDRESS ON FILE | | | | | |
| 29394599 | SALAS, LEA ALEXANDRA | ADDRESS ON FILE | | | | | |
| 29368770 | SALISBURY, BRUCE | ADDRESS ON FILE | | | | | |
| 29426569 | SAMADI, SEEMA | ADDRESS ON FILE | | | | | |
| 29432273 | SAMARO, DENNIS | ADDRESS ON FILE | | | | | |
| 29430526 | SAMARO, DENNIS CONRAD | ADDRESS ON FILE | | | | | |
| 29354110 | SANCHEZ, NEVAEH BERNYCE | ADDRESS ON FILE | | | | | |
| 29338106 | SANFORD & ADAMS PLLC | 204 MARY ANN DR | | | BRANDON | MS | 39042-3318 |
| 29371015 | SANSON, CORINTHA | ADDRESS ON FILE | | | | | |
| 29398047 | SANTIAGO, JOHN M | ADDRESS ON FILE | | | | | |
| 29393419 | SAUKERSON, CASSANDRA | ADDRESS ON FILE | | | | | |
| 29331463 | SAVARY APC | 402 W BROADWAY STC 1500 | | | SAN DIEGO | CA | 92101-8509 |
| 29383020 | SCHMID, BRADEN | ADDRESS ON FILE | | | | | |
| 29406691 | SEBOLD, ZACHARY JOSEPH | ADDRESS ON FILE | | | | | |
| 29388813 | SEMIVAN, ANDREW JOHN | ADDRESS ON FILE | | | | | |
| 29376918 | SENOFONTE, TIFFANI | ADDRESS ON FILE | | | | | |
| 29391604 | SEXSMITH, LEILANI | ADDRESS ON FILE | | | | | |
| 29396750 | SHANNON, HARRIET W | ADDRESS ON FILE | | | | | |
| 29391145 | SHARP, PASSIONATE | ADDRESS ON FILE | | | | | |
| 29376436 | SHIPMAN, ANDREA | ADDRESS ON FILE | | | | | |
| 29367765 | SHORE, SOREN M | ADDRESS ON FILE | | | | | |
| 29330306 | SHWE, ROBERT TIN | ADDRESS ON FILE | | | | | |
| 29409106 | SIEBERT, KANE M. | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29430518 | SIFUENTES, JESUS DOMINIC | ADDRESS ON FILE | | | | | |
| 29354823 | SIMMS, WILL | ADDRESS ON FILE | | | | | |
| 29423211 | SKINNER, CHLOE M | ADDRESS ON FILE | | | | | |
| 29354259 | SMITH, DERRICK DEMOND | ADDRESS ON FILE | | | | | |
| 29431097 | SMITH, GLORIA | ADDRESS ON FILE | | | | | |
| 29410819 | SMITH, MATTHEW ALEXANDER | ADDRESS ON FILE | | | | | |
| 29372594 | SNEAD, BILLY | ADDRESS ON FILE | | | | | |
| 29338470 | SOUTHERN BEVERAGE COMPANBY INC | 270 HIGHLAND COLONY PKWY | | | RIDGELAND | MS | 39157-6064 |
| 29381886 | SPINDLER, JOSHUA JEFFREY | ADDRESS ON FILE | | | | | |
| 29376881 | SPIVEY, BRANDON A | ADDRESS ON FILE | | | | | |
| 29410413 | STAUFFER, BRYAN | ADDRESS ON FILE | | | | | |
| 29344683 | STEVEN L VICTOR ATTORNEY AT LAW | 2204 GARNET AVE | STE 2048 | | SAN DIEGO | CA | 92109-3771 |
| 29395372 | STEWART, BILLY | ADDRESS ON FILE | | | | | |
| 29372943 | STEWART, JODY RENEE | ADDRESS ON FILE | | | | | |
| 29403359 | STEWART, VION | ADDRESS ON FILE | | | | | |
| 29400641 | STONESTREET, DAJUAN | ADDRESS ON FILE | | | | | |
| 29375042 | STREET, CIARA | ADDRESS ON FILE | | | | | |
| 29428272 | STRINGER, CHLOE GABRIELLE | ADDRESS ON FILE | | | | | |
| 29397817 | STROM, XENA | ADDRESS ON FILE | | | | | |
| 29356464 | STRONG, REBECCA LYNN | ADDRESS ON FILE | | | | | |
| 29379904 | STRONG, RENEE | ADDRESS ON FILE | | | | | |
| 29384022 | SUDZ, VICTORIA B | ADDRESS ON FILE | | | | | |
| 29366379 | SUMMERVILLE, JORDAN CARNETTA | ADDRESS ON FILE | | | | | |
| 29374316 | SUMNER, TINA LEE | ADDRESS ON FILE | | | | | |
| 29366196 | SURIS, MARIA FELIX | ADDRESS ON FILE | | | | | |
| 29427585 | SUZON, FAREEHA | ADDRESS ON FILE | | | | | |
| 29378187 | TACCONI, NANCY | ADDRESS ON FILE | | | | | |
| 29348027 | TANQUE VERDE CENTER LLC | 2102 N | COUNTRY CLUB | RD STE 7 | TUCSON | AZ | 85716 |
| 29331731 | TANYA DAVIS TRUCKING | TANYA DAVIS | 387 SHAWNEE VALLEY DR | | E STROUDSBURG | PA | 18302-7807 |
| 29423916 | TARVIN, INDYA ANAYA | ADDRESS ON FILE | | | | | |
| 29358189 | TAYLOR, EVON MARIE | ADDRESS ON FILE | | | | | |
| 29358219 | TAYLOR, LAURA LYNN | ADDRESS ON FILE | | | | | |
| 29420267 | THEDFORD, RAHSAAN | ADDRESS ON FILE | | | | | |
| 29374800 | THERIAQUE, JASON | ADDRESS ON FILE | | | | | |
| 29389222 | THOMAS, ANGELA FAYELLEN | ADDRESS ON FILE | | | | | |
| 29396912 | THOMAS, STEVEN MICHAEL | ADDRESS ON FILE | | | | | |
| 29376692 | THOMPSON, KEITH | ADDRESS ON FILE | | | | | |
| 29393632 | THORNTON, CHRISTINA | ADDRESS ON FILE | | | | | |
| 29422141 | THURMAN, VIRGINIA GRACE | ADDRESS ON FILE | | | | | |
| 29387669 | TILLMAN, CYNTHIA ALEXANDRIA | ADDRESS ON FILE | | | | | |
| 29401456 | TITTERINGTON, MATTHEW | ADDRESS ON FILE | | | | | |
| 29366600 | TOMLIN, TACAIRA | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29346903 | TONE IT UP | PO BOX 173 | | | WESTPORT | CT | 06881-0173 |
| 29346904 | TONGFANG GLOBAL INC | 3403 10TH ST STE 709 | | | RIVERSIDE | CA | 92501-3641 |
| 29404900 | TORRES, ABEL GILBERT | ADDRESS ON FILE | | | | | |
| 29413248 | TOTORO, JENEVA | ADDRESS ON FILE | | | | | |
| 29332668 | TRENDSPO INC | LEES POTTERY INC | 61 S BALDWIN AVE # 1510 | | SIERRA MADRE | CA | 91024-2553 |
| 29399970 | TROUT, PARKER JOHN | ADDRESS ON FILE | | | | | |
| 29425814 | TYSON, CHEYANNE L-NICOLE | ADDRESS ON FILE | | | | | |
| 29378505 | URCIUOLI, DAVID MICHAEL | ADDRESS ON FILE | | | | | |
| 29429881 | VALENCIA, GABRIEL | ADDRESS ON FILE | | | | | |
| 29380665 | VALENZUELA, ADRIAN ANGEL | ADDRESS ON FILE | | | | | |
| 29426563 | VAUGHN, BENNETT CHRISTIAN | ADDRESS ON FILE | | | | | |
| 29356405 | VAZQUEZ, ANAHI | ADDRESS ON FILE | | | | | |
| 29426363 | VELA, LAURA | ADDRESS ON FILE | | | | | |
| 29419099 | VELASQUEZ, ILLIANNA LETTICIA | ADDRESS ON FILE | | | | | |
| 29389581 | VELAZQUEZ, ALEXANDER | ADDRESS ON FILE | | | | | |
| 29360608 | VELAZQUEZ, TIANA L | ADDRESS ON FILE | | | | | |
| 29394935 | VERDUGO, GIOVANIE ALEJANDRO | ADDRESS ON FILE | | | | | |
| 29389337 | VORTICE, CAMERON | ADDRESS ON FILE | | | | | |
| 29344818 | WADE, TIFFANY | ADDRESS ON FILE | | | | | |
| 29356091 | WADLEY, LAINA PAIGE | ADDRESS ON FILE | | | | | |
| 29384722 | WADMAN, ERICA NADINE | ADDRESS ON FILE | | | | | |
| 29422146 | WAGEMANN, CHANTEL LYNEE | ADDRESS ON FILE | | | | | |
| 29420092 | WALKER, CORTNIE BRIANNE | ADDRESS ON FILE | | | | | |
| 29389816 | WALLS, STEPHEN G | ADDRESS ON FILE | | | | | |
| 29399606 | WARE, DANILE | ADDRESS ON FILE | | | | | |
| 29405884 | WATSON, LENA E | ADDRESS ON FILE | | | | | |
| 29426494 | WEIR, RACHEL | ADDRESS ON FILE | | | | | |
| 29433886 | WEST MESA JUSTICE COURT | 222 E JAVELINA | AVE | | MESA | AZ | 85210 |
| 29388794 | WETTIG, DARRE'N | ADDRESS ON FILE | | | | | |
| 29401691 | WETZBARGER, MARK | ADDRESS ON FILE | | | | | |
| 29402012 | WHEELER, KORIN DAVID | ADDRESS ON FILE | | | | | |
| 29368280 | WIDEMAN, LUCINDA | ADDRESS ON FILE | | | | | |
| 29419298 | WILFORD, MONIQUE S | ADDRESS ON FILE | | | | | |
| 29332033 | WILKERSON COMPANY | EVERT WILKERSON | 1064 HORIZON DRIVE STE 10 | | FAIRFIELD | CA | 94533-1407 |
| 29354281 | WILLIAMS, A'SAVIA | ADDRESS ON FILE | | | | | |
| 29417895 | WILLIAMS, BREANNA MARIE | ADDRESS ON FILE | | | | | |
| 29427614 | WILLIAMS, CURYONA DENISHA | ADDRESS ON FILE | | | | | |
| 29366297 | WILLIAMSON, SYDNEY | ADDRESS ON FILE | | | | | |
| 29380316 | WISE, DANIEL | ADDRESS ON FILE | | | | | |
| 29378344 | WOODS, CRAIG | ADDRESS ON FILE | | | | | |
| 29380822 | WOOTEN, TOMMY LASHAWN | ADDRESS ON FILE | | | | | |
| 29411662 | WRIGHT, CHERYL LYNN | ADDRESS ON FILE | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29430987 | WRIGHT, SHANE MATTHEW | ADDRESS ON FILE | | | | | |
| 29340184 | WYCHE, KEVIN | ADDRESS ON FILE | | | | | |
| 29407085 | YANEZ, MELISSA | ADDRESS ON FILE | | | | | |
| 29417988 | YEAGER, LILLY | ADDRESS ON FILE | | | | | |
| 29416620 | YEAGER, MATTHEW | ADDRESS ON FILE | | | | | |
| 29373253 | YOUNG, CANDICE | ADDRESS ON FILE | | | | | |
| 29376679 | ZAMORA, ALEXIS CHAYANNE | ADDRESS ON FILE | | | | | |
| 29392834 | ZAVALA, RAQUEL | ADDRESS ON FILE | | | | | |
| 29392647 | ZHUK, LYUDMYLA | ADDRESS ON FILE | | | | | |