# **EXHIBIT B**

Expense Detail

**Guggenheim Securities**

EXHIBIT B

## Guggenheim Securities, LLC
Expense Detail for the Period of
September 9, 2024 - October 31, 2024

| Expense Tag | Transaction Date | Spend Category | Vendor/Payee | Amount - USD | Employee |
|---|---|---|---|---|---|
| Ground Transport | 9/9/2024 | T&E Taxi/Car Service | AMTRAK AGE2530946170044 | 297.70 | Braeden Berry Kobza |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | UBER   TRIP | 13.98 | Kelly Ann Walsh |
| Other | 9/10/2024 | OFFICE Postage and Delivery | UBER   TRIP | 101.85 | Lily Grace Zelov |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.03 | Lily Grace Zelov |
| Meals | 9/10/2024 | T&E Meals | FABER NEWS # 1378  QPS | 26.25 | Braeden Berry Kobza |
| Other | 9/10/2024 | T&E Other | OVATION GBT | 8.00 | Braeden Berry Kobza |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | AMTRAK TEL2541633019790 | 98.80 | Braeden Berry Kobza |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | UBER   TRIP | 55.79 | Cole Edward Ahnell |
| Meals | 9/10/2024 | T&E Meals | Faber Store - Amtrak | 20.00 | Stuart Erickson |
| Other | 9/10/2024 | T&E Other | OVATION GBT | 28.00 | Stuart Erickson |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | AMTRAK AGE2540884025126 | 123.10 | Stuart Erickson |
| Ground Transport | 9/10/2024 | T&E Taxi/Car Service | AMTRAK TEL2542642058084 | 66.90 | Stuart Erickson |
| Ground Transport | 9/11/2024 | T&E Taxi/Car Service | UBER   TRIP | 38.38 | Stuart Erickson |
| Other | 9/12/2024 | T&E Other | OVATION GBT | 3.00 | Adam Rifkin |
| Ground Transport | 9/12/2024 | T&E Taxi/Car Service | UBER   TRIP | 5.00 | Lily Grace Zelov |
| Ground Transport | 9/12/2024 | T&E Taxi/Car Service | UBER   TRIP | 18.40 | Lily Grace Zelov |
| Other | 9/12/2024 | T&E Other | OVATION GBT | 3.00 | Braeden Berry Kobza |
| Other | 9/12/2024 | T&E Other | OVATION GBT | 3.00 | Cole Edward Ahnell |
| Other | 9/12/2024 | T&E Other | OVATION GBT | 3.00 | Stuart Erickson |
| Ground Transport | 9/12/2024 | T&E Taxi/Car Service | NY BLACKCAR | 652.65 | Stuart Erickson |
| Ground Transport | 9/13/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/13/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.95 | Lily Grace Zelov |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 22.59 | Kelly Ann Walsh |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 24.15 | Kelly Ann Walsh |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 28.09 | Kelly Ann Walsh |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.53 | Kelly Ann Walsh |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.40 | Kelly Ann Walsh |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 10.79 | Lily Grace Zelov |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.69 | Lily Grace Zelov |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.40 | Lily Grace Zelov |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.50 | Lily Grace Zelov |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.10 | Cole Edward Ahnell |
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.67 | Josh Borow |

**Guggenheim Securities**

## EXHIBIT B

## Guggenheim Securities, LLC
Expense Detail for the Period of
September 9, 2024 - October 31, 2024

| Expense Tag | Transaction Date | Spend Category | Vendor/Payee | Amount - USD | Employee |
|---|---|---|---|---|---|
| Meals | 9/15/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.10 | Josh Borow |
| Ground Transport | 9/16/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/16/2024 | T&E Taxi/Car Service | UBER   TRIP | 11.09 | Lily Grace Zelov |
| Other | 9/17/2024 | T&E Internet | UA INFLT 01644344987460 | 20.99 | Kelly Ann Walsh |
| Ground Transport | 9/17/2024 | T&E Taxi/Car Service | UBER   TRIP | 14.99 | Kelly Ann Walsh |
| Ground Transport | 9/17/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/17/2024 | T&E Taxi/Car Service | UBER   TRIP | 12.97 | Lily Grace Zelov |
| Ground Transport | 9/18/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/18/2024 | T&E Taxi/Car Service | UBER   TRIP | 15.95 | Lily Grace Zelov |
| Ground Transport | 9/19/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/19/2024 | T&E Taxi/Car Service | UBER   TRIP | 15.93 | Lily Grace Zelov |
| Ground Transport | 9/20/2024 | T&E Taxi/Car Service | UBER   TRIP | 23.95 | Lily Grace Zelov |
| Ground Transport | 9/20/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Meals | 9/21/2024 | T&E Meals - Overtime | SHAREBITE INC | 24.02 | Kelly Ann Walsh |
| Meals | 9/21/2024 | T&E Meals - Overtime | SHAREBITE INC | 25.84 | Kelly Ann Walsh |
| Meals | 9/21/2024 | T&E Meals - Overtime | SHAREBITE INC | 25.85 | Lily Grace Zelov |
| Meals | 9/21/2024 | T&E Meals - Overtime | SHAREBITE INC | 25.94 | Lily Grace Zelov |
| Ground Transport | 9/21/2024 | T&E Taxi/Car Service | UBER   TRIP | 21.04 | Lily Grace Zelov |
| Meals | 9/21/2024 | T&E Meals - Overtime | SHAREBITE INC | 26.93 | Josh Borow |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.70 | Kelly Ann Walsh |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 24.38 | Lily Grace Zelov |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 25.97 | Lily Grace Zelov |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.68 | Lily Grace Zelov |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.07 | Lily Grace Zelov |
| Ground Transport | 9/22/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.15 | Lily Grace Zelov |
| Meals | 9/22/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.41 | Stuart Erickson |
| Ground Transport | 9/24/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.03 | Lily Grace Zelov |
| Ground Transport | 9/26/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/26/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.89 | Lily Grace Zelov |
| Ground Transport | 9/27/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 9/27/2024 | T&E Taxi/Car Service | UBER   TRIP | 6.15 | Lily Grace Zelov |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.29 | Adam Rifkin |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 26.60 | Lily Grace Zelov |

**Guggenheim Securities**

EXHIBIT B

# Guggenheim Securities, LLC
Expense Detail for the Period of
September 9, 2024 - October 31, 2024

| Expense Tag | Transaction Date | Spend Category | Vendor/Payee | Amount - USD | Employee |
|---|---|---|---|---|---|
| **Expense Detail** | | | | | |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 28.95 | Lily Grace Zelov |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.30 | Lily Grace Zelov |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.51 | Lily Grace Zelov |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.53 | Cole Edward Ahnell |
| Meals | 9/29/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.60 | Cole Edward Ahnell |
| Other | 9/30/2024 | T&E Internet | VIVA WIFI | 399.90 | Kelly Ann Walsh |
| Other | 9/30/2024 | T&E Internet | UA INFLT 01644375529506 | 14.99 | Kelly Ann Walsh |
| Ground Transport | 10/1/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.28 | Lily Grace Zelov |
| Ground Transport | 10/2/2024 | T&E Taxi/Car Service | UBER   TRIP | 18.00 | Kelly Ann Walsh |
| Ground Transport | 10/3/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.93 | Kelly Ann Walsh |
| Ground Transport | 10/3/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 10/3/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.52 | Lily Grace Zelov |
| Ground Transport | 10/3/2024 | T&E Taxi/Car Service | UBER   TRIP | 57.40 | Cole Edward Ahnell |
| Ground Transport | 10/4/2024 | T&E Taxi/Car Service | UBER   TRIP | 14.97 | Kelly Ann Walsh |
| Ground Transport | 10/4/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Ground Transport | 10/4/2024 | T&E Taxi/Car Service | UBER   TRIP | 17.97 | Lily Grace Zelov |
| Ground Transport | 10/5/2024 | T&E Taxi/Car Service | UBER   TRIP | 3.00 | Lily Grace Zelov |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 20.44 | Kelly Ann Walsh |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 24.79 | Kelly Ann Walsh |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.93 | Kelly Ann Walsh |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 20.44 | Lily Grace Zelov |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.93 | Lily Grace Zelov |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.44 | Lily Grace Zelov |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.59 | Lily Grace Zelov |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.48 | Cole Edward Ahnell |
| Meals | 10/6/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.47 | Josh Borow |
| Air Travel | 10/8/2024 | T&E Airfare | American Airlines | 336.56 | Adam Rifkin |
| Other | 10/8/2024 | T&E Other | Ovation | 28.00 | Adam Rifkin |
| Ground Transport | 10/8/2024 | T&E Taxi/Car Service | UBER   TRIP | 14.06 | Lily Grace Zelov |
| Lodging | 10/8/2024 | T&E Hotel | Hotel DuPont | 438.90 | Cole Edward Ahnell |
| Ground Transport | 10/9/2024 | T&E Taxi/Car Service | UBER   TRIP | 1.00 | Lily Grace Zelov |
| Ground Transport | 10/9/2024 | T&E Taxi/Car Service | UBER   TRIP | 18.83 | Lily Grace Zelov |
| Ground Transport | 10/10/2024 | T&E Taxi/Car Service | UBER   TRIP | 64.97 | Cole Edward Ahnell |

**Guggenheim Securities**

EXHIBIT B

# Guggenheim Securities, LLC
Expense Detail for the Period of
September 9, 2024 - October 31, 2024

| Expense Tag | Transaction Date | Spend Category | Vendor/Payee | Amount - USD | Employee |
|---|---|---|---|---:|---|
| Other | 10/10/2024 | T&E Internet | AMERICANAIRLINES PAC U | 35.00 | Stuart Erickson |
| Ground Transport | 10/11/2024 | T&E Taxi/Car Service | UBER   TRIP | 23.90 | Kelly Ann Walsh |
| Ground Transport | 10/11/2024 | T&E Taxi/Car Service | UBER   TRIP | 76.11 | Cole Edward Ahnell |
| Legal | 10/11/2024 | PROFESSIONAL Legal | DENTONS US LLP | 12,694.00 | |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 25.44 | Kelly Ann Walsh |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 26.70 | Kelly Ann Walsh |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 27.78 | Kelly Ann Walsh |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 28.09 | Kelly Ann Walsh |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 28.61 | Lily Grace Zelov |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.04 | Lily Grace Zelov |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 29.64 | Cole Edward Ahnell |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.17 | Cole Edward Ahnell |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.60 | Cole Edward Ahnell |
| Meals | 10/13/2024 | T&E Meals - Overtime | GRUBHUB HOLDINGS INC | 30.04 | Josh Borow |
| Other | 10/13/2024 | T&E Internet | Aeromobile | 15.14 | Stuart Erickson |
| Ground Transport | 10/15/2024 | T&E Taxi/Car Service | UBER   TRIP | 16.00 | Lily Grace Zelov |
| Ground Transport | 10/15/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946155258 | 351.00 | Braeden Berry Kobza |
| Other | 10/15/2024 | T&E Other | OVATION GBT | 8.00 | Cole Edward Ahnell |
| Ground Transport | 10/15/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946074046 | 351.00 | Cole Edward Ahnell |
| Other | 10/15/2024 | T&E Other | OVATION GBT | 8.00 | Josh Borow |
| Ground Transport | 10/15/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946068402 | 351.00 | Josh Borow |
| Ground Transport | 10/15/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946030253 | 324.00 | Stuart Erickson |
| Other | 10/16/2024 | T&E Other | OVATION GBT | 8.00 | Kelly Ann Walsh |
| Ground Transport | 10/16/2024 | T&E Taxi/Car Service | AMTRAK AGE2900946031431 | 415.80 | Kelly Ann Walsh |
| Other | 10/16/2024 | T&E Other | OVATION GBT | 8.00 | Braeden Berry Kobza |
| Other | 10/16/2024 | T&E Other | OVATION GBT | 8.00 | Stuart Erickson |
| Ground Transport | 10/17/2024 | T&E Taxi/Car Service | UBER   TRIP | 1.00 | Lily Grace Zelov |
| Ground Transport | 10/17/2024 | T&E Taxi/Car Service | UBER   TRIP | 20.83 | Lily Grace Zelov |
| Ground Transport | 10/20/2024 | T&E Taxi/Car Service | UBER   TRIP | 2.08 | Lily Grace Zelov |
| Meals | 10/21/2024 | T&E Meals | JIMMY JOHNS - 2005 | 15.05 | Kelly Ann Walsh |
| Meals | 10/21/2024 | T&E Meals | SQ  BIRCH COFFEE MOYNI | 10.62 | Kelly Ann Walsh |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | AMTRAK AGE2900946031449 | (77.30) | Kelly Ann Walsh |
| Meals | 10/21/2024 | T&E Meals | JIMMY JOHNS - 2005 | 13.25 | Braeden Berry Kobza |

Guggenheim Securities

EXHIBIT B

# Guggenheim Securities, LLC
Expense Detail for the Period of
September 9, 2024 - October 31, 2024

**Expense Detail**

| Expense Tag | Transaction Date | Spend Category | Vendor/Payee | Amount - USD | Employee |
|---|---|---|---|---:|---|
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946155266 | (12.50) | Braeden Berry Kobza |
| Meals | 10/21/2024 | T&E Meals | JIMMY JOHNS - 2005 | 12.36 | Cole Edward Ahnell |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946074053 | (12.50) | Cole Edward Ahnell |
| Meals | 10/21/2024 | T&E Meals | JIMMY JOHNS - 2005 | 16.50 | Josh Borow |
| Meals | 10/21/2024 | T&E Meals | TST ZAROS - PENN 1 | 9.24 | Josh Borow |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | AMTRAK AGE2890946068410 | (12.50) | Josh Borow |
| Meals | 10/21/2024 | T&E Meals | FABER NEWS # 1378  QPS | 9.10 | Stuart Erickson |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | AMTRAK TEL2957619015547 | 27.00 | Stuart Erickson |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | UBER   TRIP | 6.50 | Stuart Erickson |
| Ground Transport | 10/21/2024 | T&E Taxi/Car Service | UBER   TRIP | 32.95 | Stuart Erickson |
| Ground Transport | 10/22/2024 | T&E Taxi/Car Service | UBER   TRIP | 30.89 | Kelly Ann Walsh |
| Ground Transport | 10/22/2024 | T&E Taxi/Car Service | UBER   TRIP | 15.91 | Lily Grace Zelov |
| Ground Transport | 10/22/2024 | T&E Taxi/Car Service | UBER   TRIP | 34.92 | Stuart Erickson |
| Ground Transport | 10/24/2024 | T&E Taxi/Car Service | UBER   TRIP | 64.92 | Cole Edward Ahnell |
| Ground Transport | 10/25/2024 | T&E Taxi/Car Service | UBER   TRIP | 1.00 | Lily Grace Zelov |
| Ground Transport | 10/25/2024 | T&E Taxi/Car Service | UBER   TRIP | 13.97 | Lily Grace Zelov |
| Ground Transport | 10/25/2024 | T&E Taxi/Car Service | UBER   TRIP | 56.90 | Cole Edward Ahnell |
| Ground Transport | 10/28/2024 | T&E Taxi/Car Service | CURB SVC - TAXI APP | 18.70 | Michael Evan Gottlieb |
| **Total** | | | | **$19,638.23** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Guggenheim Securities
330 Madison Avenue
New York NY 10017
United States

October 11, 2024

**Invoice No. 2788052**

Client/Matter: 21421443-000063

Big Lots, Inc.

Payment Due Upon Receipt

| | |
|---|---|
| Total This Invoice | $ 12,694.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ███████
Account #: ███████
Account Name: Dentons US LLP
Swift Code: ███████
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000



Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Guggenheim Securities  
330 Madison Avenue  
New York NY 10017  
United States

October 11, 2024

**Invoice No. 2788052**

Client/Matter:   21421443-000063

Big Lots, Inc.

___

For Professional Services Rendered through September 30, 2024:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/09/24 | T. Labuda | 0.20 | 290.00 | Emails with client team re compensation procedures and fee filings. |
| 09/09/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re prepetition payment history. |
| 09/09/24 | T. Labuda | 0.20 | 290.00 | Review prepetition payment history. |
| 09/09/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re draft retention documents. |
| 09/09/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda and B. Kobza re Guggenheim Securities' retention application. |
| 09/09/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda re retention application. |
| 09/10/24 | T. Labuda | 0.30 | 435.00 | Emails and conferences with Ruben re draft retention documents and filing status. |
| 09/10/24 | S. Ruben | 0.10 | 76.00 | Conference with T. Labuda re retention application. |
| 09/10/24 | S. Ruben | 1.40 | 1,064.00 | Draft retention application. |
| 09/10/24 | S. Ruben | 0.10 | 76.00 | Correspond with C. Sawyer re Guggenheim Securities' retention application. |
| 09/10/24 | S. Ruben | 0.10 | 76.00 | Review local rules on retention applications. |
| 09/11/24 | S. Ruben | 0.10 | 76.00 | Correspond with C. Sawyer re Guggenheim Securities' retention application. |
| 09/11/24 | S. Ruben | 0.20 | 152.00 | Discuss retention application with T. Labuda. |
| 09/11/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda, S. Erickson and D. Fogel re Guggenheim Securities' retention application. |
| 09/11/24 | S. Ruben | 0.60 | 456.00 | Draft retention application. |
| 09/11/24 | T. Labuda | 1.00 | 1,450.00 | Review and comments on retention application, order and declaration. |

Big Lots, Inc.  
Matter: 21421443-000063  
Invoice No.: 2788052  

October 11, 2024

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/11/24 | T. Labuda | 0.20 | 290.00 | Conference with Ruben re retention documents revisions. |
| 09/11/24 | T. Labuda | 0.10 | 145.00 | Emails with client team re retention documents filing timing. |
| 09/11/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re retention documents filing timing. |
| 09/11/24 | T. Labuda | 0.20 | 290.00 | Review revised retention documents. |
| 09/12/24 | S. Ruben | 0.10 | 76.00 | Correspond with C. Sawyer re Guggenheim Securities' retention application. |
| 09/13/24 | S. Ruben | 0.20 | 152.00 | Conference with T. Labuda re bid procedures declaration. |
| 09/13/24 | S. Ruben | 1.00 | 760.00 | Revise bid procedures declaration. |
| 09/13/24 | S. Ruben | 0.10 | 76.00 | Correspond with D. Fogel, A. Rifkin, deal team and T. Labuda re bid procedures declaration. |
| 09/13/24 | T. Labuda | 0.10 | 145.00 | Emails with client team re bid procedures declaration comments. |
| 09/13/24 | T. Labuda | 0.10 | 145.00 | Conference and emails with Ruben re bid procedures declaration revisions. |
| 09/13/24 | T. Labuda | 0.10 | 145.00 | Review revised bid procedures declaration. |
| 09/13/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben and Fogel re bid procedures declaration comments. |
| 09/16/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda, S. Erickson and D. Fogel re Guggenheim Securities' retention application. |
| 09/16/24 | S. Ruben | 0.30 | 228.00 | Revise retention application. |
| 09/16/24 | T. Labuda | 0.30 | 435.00 | Emails with client team re draft retention documents. |
| 09/17/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re retention document status. |
| 09/17/24 | T. Labuda | 0.10 | 145.00 | Conference with Fogel re retention declaration. |
| 09/17/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda re retention application. |
| 09/17/24 | S. Ruben | 0.10 | 76.00 | Correspond with C. Sawyer re Guggenheim Securities' retention application. |

Big Lots, Inc.  
Matter: 21421443-000063  
Invoice No.: 2788052  

October 11, 2024

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/18/24 | S. Ruben | 0.20 | 152.00 | Correspond with C. Sawyer re Guggenheim Securities' retention application. |
| 09/18/24 | S. Ruben | 0.20 | 152.00 | Discuss retention application with T. Labuda. |
| 09/18/24 | S. Ruben | 0.60 | 456.00 | Revise retention application. |
| 09/18/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda and D. Fogel re Guggenheim Securities' retention application. |
| 09/18/24 | S. Ruben | 0.10 | 76.00 | Correspond with T. Labuda, S. Erickson and D. Fogel re Guggenheim Securities' retention application. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with Fogel re retention documents. |
| 09/18/24 | T. Labuda | 0.20 | 290.00 | Review retention document revisions. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Conference with Ruben re retention documents revisions and filing preparation. |
| 09/18/24 | T. Labuda | 0.20 | 290.00 | Review and comment on revised retention documents. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with Erickson and team re revised retention documents. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with client team re declaration schedules. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re retention documents revisions. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with Erickson re revised retention documents. |
| 09/18/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben and MNAT re retention documents filing. |
| 09/19/24 | T. Labuda | 0.20 | 290.00 | Emails and conference with client team re compensation procedures. |
| 09/30/24 | S. Ruben | 0.10 | 76.00 | Correspond withT. Labuda re UST comments to Guggenheim Securities' retention application. |
| 09/30/24 | S. Ruben | 0.10 | 76.00 | Correspond with C. Sawyer re UST comments to Guggenheim Securities' retention application. |
| 09/30/24 | S. Ruben | 0.10 | 76.00 | Analysis re UST comments to Guggenheim Securities' retention application. |
| 09/30/24 | T. Labuda | 0.10 | 145.00 | Emails with MNAT re UST retention application comments. |

4

Big Lots, Inc.  
Matter: 21421443-000063  
Invoice No.: 2788052

October 11, 2024

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/30/24 | T. Labuda | 0.20 | 290.00 | Emails and conference with Fogel re retention application comments. |
| 09/30/24 | T. Labuda | 0.10 | 145.00 | Emails with Ruben re revised retention order and supplemental declaration. |
| 09/30/24 | T. Labuda | 0.30 | 435.00 | Review and analyze UST retention application comments. |
| Total Hours | | 11.80 | | |
| Fee Amount | | | | $ 12,694.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,450.00 | 5.40 | $ 7,830.00 |
| S. Ruben | $ 760.00 | 6.40 | $ 4,864.00 |
| Totals | | 11.80 | $ 12,694.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 12,694.00 |
| Invoice Total | $ | 12,694.00 |

5