**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jonathan Ruvinov, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 5, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Ordinary Course Professionals Notice Parties Service List attached hereto as **Exhibit A**:

- Declaration of Disinterestedness of Lindsey Saville in Support of Employment of Mayer LLP as a Professional Utilized in the Ordinary Course of Business [Docket No. 900]

Dated: November 8, 2024

*/s/ Jonathan Ruvinov*
Jonathan Ruvinov

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 8, 2024, by Jonathan Ruvinov, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**<u>Exhibit A</u>**

## Exhibit A
Ordinary Course Professionals Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com<br>kgoing@mwe.com |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |