**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 30, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Nexus Capital Management LP Adequate Assurance Package (the ***"Nexus Capital Management LP Adequate Assurance Package"***)

On October 31, 2024, at my direction and under my supervision, employees of Kroll caused the Nexus Capital Management LP Adequate Assurance Package to be served via First Class Mail and Email on Cambridge Investment Inc. (ADRID: 29475149) c/o Whiteford, David W. Gaffey, 3190 Fairview Park Drive, Suite 800 Falls Church, VA 22042, DGaffey@whitefordlaw.com.

*[Remainder of the page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: November 8, 2024

/s/ Eladio Perez
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 8, 2024, by Eladio Perez, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 83375 & 83412

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served via First Class Mail and Email

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 29474929 | NEW PORT RICHEY DVLPMNT CO LLC | c/o Saul Ewing LLP, Turner N. Falk | Centre Square West | 1501 Market Street, 38th Floor | Philadelphia | PA | 19102-2186 | turner.falk@saul.com |
| 29474928 | ROF GRANDVILLE LLC | c/o Saul Ewing LLP, Turner N. Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102-2186 | turner.falk@saul.com |
| 29474930 | YUKON ROUTE 66 II LLC | c/o Saul Ewing LLP, Turner N. Falk | Centre Square West | 1502 Market Street, 38th Floor | Philadelphia | PA | 19102-2186 | turner.falk@saul.com |