**EXHIBIT 1**

**Potential Parties in Interest**

| **Debtors** | **Top 30 Creditors** |
|---|---|
| Big Lots, Inc. | Ashley Furniture |
| Consolidated Property Holdings, LLC | Serta Inc. |
| Broyhill LLC | Big AVCA Owner LLC |
| Big Lots Management, LLC | Sealy Inc. |
| Big Lots Stores - PNS, LLC | Everstar Merchandise Co. |
| BLBO Tenant, LLC | Fusion Furniture Inc. |
| Big Lots Stores, LLC | Elite Comfort Solutions |
| Big Lots Stores - CSR, LLC | Zest Garden Limited |
| AVDC, LLC | FXI Inc. |
| INFDC, LLC | Pan Asian Creations Limited |
| CSC Distribution LLC | Polygroup Evergreen Limited |
| GAFDC LLC | Round Tripping LTD |
| Great Basin, LLC | Keeco, LLC/22155 |
| Closeout Distribution, LLC | PPJ LLC |
| PAFDC LLC | Ameriwood Industries |
| Big Lots eCommerce LLC | Singson International Trade Co. LIM |
| Durant DC, LLC | All Courtesy Int's LTD |
| WAFDC, LLC | Giftree Crafts Co. LTD |
| Big Lots F&S, LLC | Carlington Industries Limited |
| | Ningbo Electrical Appliance Co., LT |
| **Depository Banks, Sureties, and Letter of Credit Providers** | 3M Company |
| | Millenium Gifts LTD |
| PNC Bank | Zhejiang Hengtai Crafts |
| Wells Fargo Bank | Building Air Services HVAC LLC |
| Huntington Bank | Boston Warehouse Corp. |
| Fifth Third Bank | Dell Financial Services LLC |
| Truist Bank | Hongkong GMS Intl Co. LTD |
| US Bank | Twin Star International |
| Bank Of America | Topmost Design Co. LTD |
| Citizens Bank Of Pennsylvania | ESI Cases and Accessories Inc. |
| Liberty Mutual Insurance Company | |
| American Alternative Insurance Corporation | |

**Shareholders**
FMR LLC
BlackRock, Inc.
Liechtensteinische Landesbank Aktiengesellschaft
The Vanguard Group, Inc.

**Potential Purchasers/ Investors**
Nexus Capital Management LP