## Exhibit A

## Supplemental List of Ordinary Course Professionals

The following Ordinary Course Professional is added to the list of Ordinary Course Professionals:

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Porter, Wright, Morris & Arthur LLP | Legal Services | Independent Internal Investigation |