Rob Bonta
Attorney General of California
MICHAEL P. CAYABAN (SBN 179252)
Supervising Deputy Attorney General
NATALIE E. COLLINS (SBN 338348)
BARBARA SPIEGEL (SBN 144896)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3527
Fax: (415) 703-5480
E-mail: Barbara.Spiegel@doj.ca.gov
*Attorneys for California Department
of Resources Recycling and Recovery*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **Big Lots, Inc.,** <br><br> Debtor. | CASE NO. 24-11967 (JKS) <br><br> **REQUEST FOR SPECIAL NOTICE** <br><br> Chapter 11 Case |

PLEASE TAKE NOTICE that the California Department of Justice, counsel for the California Department of Resources Recycling and Recovery (CalRecycle), in the above-captioned Chapter 11 case, hereby requests that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest (including all matters described pursuant to Bankruptcy Code section 102 (1) and Bankruptcy Rule 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned case, be served on the addressees listed below and that, pursuant to

Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

> ROB BONTA
> Attorney General of California
> BARBARA C. SPIEGEL (SBN 144896)
> Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-7004
> Telephone: (415) 510-3527
> Fax: (415) 703-5480
> E-mail: Barbara.Spiegel@doj.ca.gov
>
> ROB BONTA
> Attorney General of California
> NATALIE E. COLLINS (SBN 338348)
> Deputy Attorney General
> 600 West Broadway, Suite 1800
> San Diego, CA 92186-5266
> Telephone: (619) 738-9140
> Fax: (619) 645-2012
> E-mail: Natalie.Collins@doj.ca.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, electronic mail, telephone, telegraph, facsimile transmission, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this request for notice nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by CalRecycle to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving CalRecycle;

(b) a waiver of any right of CalRecycle to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the case or in any case, controversy, or proceeding related to the case, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which CalRecycle is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby, (vi) the requirements for service of process under Federal Rule of Bankruptcy Procedure 7004; or (vii) the requirements for service of an objection to claim under Federal Rule

of Bankruptcy Procedure 3007, all of which rights, claims, actions, defenses, setoffs, and recoupments CalRecycle expressly reserves; or

(c) a waiver of any objections or defenses that CalRecycle or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, CalRecycle, or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

Dated: November 12, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

/s/ Barbara Spiegel

BARBARA SPIEGEL
*Attorneys for California Department of Resources Recycling and Recovery*

SD2024401729
44278383.docx