IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 461, 477 & 478** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF OCTOBER 31, 2024 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On the October 10, 2024, the Debtors filed the *First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 477) (the "**First Rejection Notice**").

2. On October 10, 2024, the Debtors filed the *Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 478) (the "**Second Rejection Notice**").

3. The deadline to object to the proposed rejection and abandonment provided for in the First Rejection Notice was October 24, 2024. Prior to the objection deadline, Ceres

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Marketplace Investors, LLC ("**Ceres**"), as landlord for Store No. 4773, filed the *Limited Objection and Reservation of Rights of Ceres Marketplace Investors, LLC to the Proposed Rejection of the Unexpired Lease at 1611 E. Hatch Rd, Ste A, Ceres, CA and Proposed Abandonment of Personal Property in Connection Therewith* (D.I. 626) (the "**Ceres Objection**").

4.  On October 31, 2024, the Debtors filed the *Certification of Counsel Regarding Omnibus Order (I) Authorizing the Debtors to (A) Rejection Certain Unexpired Leases Effective as of October 31, 2024 and (B) Abandon Certain Personal Property and (II) Granting Related Relief* (D.I. 738), which attached a proposed form of order (the "**Omnibus Rejection Order**") approving the First Rejection Notice and the Second Rejection Notice, except with respect to the lease affected by the Ceres Objection.

5.  The Court entered the Omnibus Rejection Order on November 1, 2024.

6.  The Debtors have subsequently resolved the Ceres Objection. Attached hereto as **Exhibit A** is a proposed form of order approving the First Rejection Notice with respect to the lease held by Ceres. Counsel to Ceres has confirmed that it consents to entry of the attached proposed order.

WHEREFORE, the Debtors respectfully request entry of the proposed order attached hereto as **Exhibit A**.

*(Remainder of page intentionally left blank)*

Dated: November 13, 2024
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*