## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1 | 4773 | 1611 E HATCH RD, STE A CERES, CA | Big Lots Stores- PNS, LLC | CERES MARKETPLACE INVESTORS LLC | C/O JB MATTESON INC , 1900 S NORFOLK ST, STE 225, SAN MATEO, CA, 94403 | 10/31/2024 |