# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC (the "Interested Parties"). Request is made that the documents filed in this case and identified below be served on counsel identified below at the following addresses:

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

    -and-

**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP**
James B. Eising II (FL Bar No. 1034650)
(admitted *pro hac vice*)
400 N. Ashley Dr., Suite 3100

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Tampa, FL 33602
Telephone: (813)225-2500
Emal: jeising@jpfirm.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth above be added to any service list in this case. This Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of rights of the Interested Parties to (i) have final orders in non-core matters entered only after *de novo review* by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which they (or any of them) may be entitled, which they expressly reserve. Further, this Notice of Appearance and Demand for Service of Papers shall not be deemed to constitute a submission to the jurisdiction of the Bankruptcy Court.

Date: November 13, 2024,   BY:   */s/ Christopher D. Loizides*
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

– and –

**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP**
James B. Eising II (FL Bar No. 1034650)
(admitted *pro hac vice*)
400 N. Ashley Dr., Suite 3100

Tampa, FL 33602
Telephone: (813)225-2500
Emal: jeising@jpfirm.com