**Potential Parties in Interest**

**Debtors**
Big Lots, Inc.
Consolidated Property Holdings, LLC
Broyhill LLC
Big Lots Management, LLC
Big Lots Stores - PNS, LLC
BLBO Tenant, LLC
Big Lots Stores, LLC
Big Lots Stores - CSR, LLC
AVDC, LLC
INFDC, LLC
CSC Distribution LLC
GAFDC LLC
Great Basin, LLC
Closeout Distribution, LLC
PAFDC LLC
Big Lots eCommerce LLC
Durant DC, LLC
WAFDC, LLC
Big Lots F&S, LLC

**Depository Banks, Sureties, and Letter of Credit Providers**
PNC Bank
Wells Fargo Bank
Huntington Bank
Fifth Third Bank
Truist Bank
US Bank
Bank Of America
Citizens Bank Of Pennsylvania
Liberty Mutual Insurance Company
American Alternative Insurance Corporation

**Shareholders**
FMR LLC
BlackRock, Inc.
Liechtensteinische Landesbank Aktiengesellschaft
The Vanguard Group, Inc.

**Potential Purchasers/ Investors**
Nexus Capital Management LP

**Top 30 Creditors**
Ashley Furniture
Serta Inc.
Big AVCA Owner LLC
Sealy Inc.
Everstar Merchandise Co.
Fusion Furniture Inc.
Elite Comfort Solutions
Zest Garden Limited
FXI Inc.
Pan Asian Creations Limited
Polygroup Evergreen Limited
Round Tripping LTD
Keeco, LLC/22155
PPJ LLC
Ameriwood Industries
Singson International Trade Co. LIM
All Courtesy Int's LTD
Giftree Crafts Co. LTD
Carlington Industries Limited
Ningbo Electrical Appliance Co., LT
3M Company
Millenium Gifts LTD
Zhejiang Hengtai Crafts
Building Air Services HVAC LLC
Boston Warehouse Corp.
Dell Financial Services LLC
Hongkong GMS Intl Co. LTD
Twin Star International
Topmost Design Co. LTD
ESI Cases and Accessories Inc.