**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of David S. Bloomfield, Jr. to represent the Debtors in this action.

Dated: November 14, 2024        */s/ Casey B. Sawyer*
                                                  Casey B. Sawyer (No. 7260)
                                                  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                                  1201 North Market Street, 16th Floor
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 658-9200
                                                  Email: csawyer@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Ohio, the United States District Courts for the Northern and Southern Districts of Ohio, and Eastern District of Wisconsin, and the United States Courts of Appeals for the Second, Third, and Sixth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 14, 2024        */s/ David S. Bloomfield, Jr.*
                                                  David S. Bloomfield, Jr.
                                                  **PORTER WRIGHT MORRIS & ARTHUR LLP**
                                                  41 South High Street, Suites 2800 - 3200
                                                  Columbus, OH 43215
                                                  Telephone: (614) 227-2169
                                                  Email: dbloomfield@porterwright.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.