**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.,* | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Bartley P. Bourgeois, Esq. of The Cohn Law Firm, to represent Siegen Village Shopping Center, LLC in this action.

Date: November 14, 2024

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
GELLERT SEITZ BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Louisiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: November 14, 2024

*/s/ Bartley P. Bourgeois*
Bartley P. Bourgeois, Esq.
THE COHN LAW FIRM
10754 Linkwood Court, Suite 1
Baton Rouge, LA 70810
Telephone (225) 769-0858
bartley@thecohnlawfirm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted