UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-11967-JKS |
| BIG LOTS, et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | |

**ORDER GRANTING MOTION TO ALLOW LATE FILING OF OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT**

UPON CONSIDERATION of the Motion to Allow Late Filing of Objection of Jewell Square, RLLP to Cure Amount, and no sustainable objections having been filed and for cause shown,

IT IS HEREBY ORDER THAT:

1. The Motion is GRANTED.
2. The Objection of Jewell Square, RLLP to Cure Amount is hereby deemed timely filed.

Dated: December ____, 2024                By the Court:

_____
Honorable J. Kate Stickles
United States Bankruptcy Court Judge