**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| BIG LOTS, INC, *et al.*, | : | Case No. 24-11967 (JKS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 684** |
| | : | |

**NOTICE OF WITHDRAWAL OF LOGO BRANDS, INC.'S**
**MOTION FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSE CLAIM AND IMMEDIATE PAYMENT THEREOF**

PLEASE TAKE NOTICE that Logo Brands, Inc. hereby withdraws *Logo Brands Inc.'s Motion for Allowance of Administrative Expense Claim and Immediate Payment Thereof* [Docket No. 684].

Dated: November 15, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898
luke.murley@saul.com

*Attorneys for Logo Brands, Inc.*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

53370353.1