## CERTIFICATE OF SERVICE

I, Shannon D. Humiston, Esquire, certify that on November 15, 2024, I caused a true and correct copy of the foregoing *Application of Nandini Textiles, Ltd. for an Order Compelling Payment of Administrative Expenses* to be served on the parties electronically through the CM/ECF system.


/s/ Shannon D. Humiston

November 15, 2024                    Shannon D. Humiston (No. 5740)