# Exhibit A



Page 1 of 7

| | |
|---|---|
| PO # | **95378880** |
| Date Created | 05/13/2024 |
| Version: | 0 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 07/08/2024 |
| Cancel if not Shipped by: | 07/15/2024 |
| Must be Routed by: | 06/17/2024 |
| Payment Terms: | Wire Transfer + 60 Days Upon Receipt in DC |
| Freight Terms: | Collect |
| FOB: | LCL-NHAVA SHEVA, INDIA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**
APPLE VALLEY DC - #0869
AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY CA  92307

Telephone:   760-503-0520         Fax:

**BILL TO**
AVDC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800           Fax: 614-278-6871

Purchase From Vendor:   5007036

NANDINI TEXTILE
GOVIND DAYAMA
703 HARIPADAM RESIDENCY SAMRAT CHOW
413002 SOLAPUR
INDIA
Contact:
Telephone:                 Fax
E-Mail:

**ADDITIONAL COMMENTS**

Vendor Signature  _____
Signee's Name     _____
Title             _____
Date              _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 6,786 | 52,978.14 | 12,296.16 | 76.132 |

OFFICE-COPY



OFFICE-COPY

PO#: 95378880

Page 6 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | Package Art | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |

| 354 | 810755693 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 558 | 2.80 | 2,104.78 | 09/09/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| 35084 | NT-KT001 | KITCHENTWL | | | 18 | | 31 | 0.97 | 7,248.42 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 1 | 481075569300 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755712 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 180 | 2.80 | 678.96 | 09/09/2024 |
| 35084 | NT-KT002 | KITCHENTWL | | | 18 | | 10 | 0.97 | 2,338.20 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 2 | 481075571204 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755762 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 558 | 2.80 | 2,104.78 | 09/09/2024 |
| 35084 | NT-KT003 | KITCHENTWL | | | 18 | | 31 | 0.97 | 7,248.42 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 3 | 481075576209 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755694 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 558 | 2.80 | 2,104.78 | 09/09/2024 |
| 35084 | NT-KT004 | KITCHENTWL | | | 18 | | 31 | 0.97 | 7,248.42 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 4 | 481075569409 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755713 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 558 | 2.80 | 2,104.78 | 09/09/2024 |
| 35084 | NT-KT005 | KITCHENTWL | | | 18 | | 31 | 0.97 | 7,248.42 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 5 | 481075571303 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755761 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 558 | 2.80 | 2,104.78 | 09/09/2024 |
| 35084 | NT-KT006 | KITCHENTWL | | | 18 | | 31 | 0.97 | 7,248.42 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 6 | 481075576100 | | GRM | 3.792 | A1 | | | | | |



OFFICE-COPY

PO#: 95378880

Page 7 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | | Ticket Type | | EAS Tag | PDQ Pkg | |
| 354 | 810755753 | BORDEAUX 2PC GRAY K | 0.00 | IN | 36 | | 540 | 1.03 | 724.25 | 09/09/2024 |
| 35084 | NT-KT011 | KITCHENTWL | | | 36 | | 15 | 0.31 | 2,154.60 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 7 | 481075575301 | | GRM | 2.236 | | A1 | | | | |
| 354 | 810755752 | BORDEAUX 2PC GREEN | 0.00 | IN | 36 | | 540 | 1.03 | 724.25 | 09/09/2024 |
| 35084 | NT-KT012 | KITCHENTWL | | | 6 | | 15 | 0.31 | 2,154.60 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 8 | 481075575202 | | GRM | 2.236 | | A1 | | | | |
| 354 | 810755698 | BORDEAUX 2PC TAN KT | 0.00 | IN | 36 | | 540 | 1.03 | 724.25 | 09/09/2024 |
| 35084 | NT-KT013 | KITCHENTWL | | | 36 | | 15 | 0.31 | 2,154.60 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 9 | 481075569805 | | GRM | 2.236 | | A1 | | | | |
| 354 | 810755697 | BORDEAUX 2PC BLUE K | 0.00 | IN | 36 | | 540 | 1.03 | 724.25 | 09/09/2024 |
| 35084 | NT-KT014 | KITCHENTWL | | | 36 | | 15 | 0.31 | 2,154.60 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 10 | 481075569706 | | GRM | 2.236 | | A1 | | | | |
| 354 | 810755731 | EMIL 2PC BLUE KT | 0.00 | IN | 36 | | 540 | 1.06 | 741.10 | 09/09/2024 |
| 35084 | NT-KT015 | KITCHENTWL | | | 36 | | 15 | 0.31 | 1,884.60 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 11 | 481075573109 | | GRM | 2.236 | | A1 | | | | |
| 354 | 810755732 | EMIL 2PC GRAY KT | 0.00 | IN | 36 | | 1,116 | 1.06 | 1,531.60 | 09/09/2024 |
| 35084 | NT-KT016 | KITCHENTWL | | | 36 | | 31 | 0.31 | 3,894.84 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 12 | 481075573208 | | GRM | 2.236 | | A1 | | | | |



Page 1 of 7

| | |
|---|---|
| PO # | 95378881 |
| Date Created | 05/13/2024 |
| Version: | 0 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 07/15/2024 |
| Cancel if not Shipped by: | 07/22/2024 |
| Must be Routed by: | 06/24/2024 |
| Payment Terms: | Wire Transfer + 60 Days Upon Receipt in DC |
| Freight Terms: | Collect |
| FOB: | LCL-NHAVA SHEVA, INDIA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:  334-286-6633          Fax:   334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800          Fax:  614-278-6871

Purchase From Vendor:   5007036

NANDINI TEXTILE
GOVIND DAYAMA
703 HARIPADAM RESIDENCY SAMRAT CHOW
413002 SOLAPUR
INDIA
Contact:
Telephone:                    Fax
E-Mail:

ADDITIONAL COMMENTS

Vendor Signature _____

Signee's Name  _____

Title _____

Date _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 7,236 | 56,501.64 | 13,113.36 | 76.134 |

OFFICE-COPY



OFFICE-COPY

PO#: 95378881

Page 6 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| | | | | | | | | | | |
| 354 | 810755693 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 594 | 2.80 | 2,240.57 | 09/09/2024 |
| 35084 | NT-KT001 | KITCHENTWL | | | 18 | | 33 | 0.97 | 7,716.06 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 1 | 481075569300 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755712 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 198 | 2.80 | 746.86 | 09/09/2024 |
| 35084 | NT-KT002 | KITCHENTWL | | | 18 | | 11 | 0.97 | 2,572.02 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 2 | 481075571204 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755762 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 594 | 2.80 | 2,240.57 | 09/09/2024 |
| 35084 | NT-KT003 | KITCHENTWL | | | 18 | | 33 | 0.97 | 7,716.06 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 3 | 481075576209 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755694 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 594 | 2.80 | 2,240.57 | 09/09/2024 |
| 35084 | NT-KT004 | KITCHENTWL | | | 18 | | 33 | 0.97 | 7,716.06 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 4 | 481075569409 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755713 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 594 | 2.80 | 2,240.57 | 09/09/2024 |
| 35084 | NT-KT005 | KITCHENTWL | | | 18 | | 33 | 0.97 | 7,716.06 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 5 | 481075571303 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755761 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 594 | 2.80 | 2,240.57 | 09/09/2024 |
| 35084 | NT-KT006 | KITCHENTWL | | | 18 | | 33 | 0.97 | 7,716.06 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 6 | 481075576100 | | GRM | 3.792 | A1 | | | | | |



OFFICE-COPY

PO#:  95378881

Page 7 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 354 | 810755753 | BORDEAUX 2PC GRAY K | 0.00 | IN | 36 | | 576 | 1.03 | 772.53 | 09/09/2024 |
| 35084 | NT-KT011 | KITCHENTWL | | | 36 | | 16 | 0.31 | 2,298.24 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 7 | 481075575301 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755752 | BORDEAUX 2PC GREEN | 0.00 | IN | 36 | | 576 | 1.03 | 772.53 | 09/09/2024 |
| 35084 | NT-KT012 | KITCHENTWL | | | 6 | | 16 | 0.31 | 2,298.24 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 8 | 481075575202 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755698 | BORDEAUX 2PC TAN KT | 0.00 | IN | 36 | | 576 | 1.03 | 772.53 | 09/09/2024 |
| 35084 | NT-KT013 | KITCHENTWL | | | 36 | | 16 | 0.31 | 2,298.24 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 9 | 481075569805 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755697 | BORDEAUX 2PC BLUE K | 0.00 | IN | 36 | | 576 | 1.03 | 772.53 | 09/09/2024 |
| 35084 | NT-KT014 | KITCHENTWL | | | 36 | | 16 | 0.31 | 2,298.24 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 10 | 481075569706 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755731 | EMIL 2PC BLUE KT | 0.00 | IN | 36 | | 576 | 1.06 | 790.50 | 09/09/2024 |
| 35084 | NT-KT015 | KITCHENTWL | | | 36 | | 16 | 0.31 | 2,010.24 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 11 | 481075573109 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755732 | EMIL 2PC GRAY KT | 0.00 | IN | 36 | | 1,188 | 1.06 | 1,630.41 | 09/09/2024 |
| 35084 | NT-KT016 | KITCHENTWL | | | 36 | | 33 | 0.31 | 4,146.12 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 12 | 481075573208 | | GRM | 2.236 | A1 | | | | | |

Page 1 of 7



| | | | |
|---|---|---|---|
| **PO #** | **95378882** | See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors | Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program. |
| Date Created | 05/13/2024 | | |
| Version: | 0 | | |
| Buyer: | LECLAIRE, NICOLE | | |
| Do Not Ship Before: | 07/15/2024 | | |
| Cancel if not Shipped by: | 07/22/2024 | | |
| Must be Routed by: | 06/24/2024 | | |
| Payment Terms: | Wire Transfer + 60 Days Upon Receipt in DC | | |
| Freight Terms: | Collect | | |
| FOB: | LCL-NHAVA SHEVA | | |

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:   570-695-2848          Fax:    570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800          Fax:  614-278-6871

Purchase From Vendor:   5007036

NANDINI TEXTILE
GOVIND DAYAMA
703 HARIPADAM RESIDENCY SAMRAT CHOW
413002 SOLAPUR
INDIA
Contact:
Telephone:                                    Fax
E-Mail:

ADDITIONAL COMMENTS

Vendor Signature _____

Signee's Name _____

Title _____

Date _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 8,442 | 65,543.58 | 15,224.40 | 76.120 |

OFFICE-COPY



OFFICE-COPY

PO#: 95378882

Page 6 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 354 | 810755693 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 684 | 2.80 | 2,580.05 | 09/09/2024 |
| 35084 | NT-KT001 | KITCHENTWL | | | 18 | | 38 | 0.97 | 8,885.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 1 | 481075569300 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755712 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 234 | 2.80 | 882.65 | 09/09/2024 |
| 35084 | NT-KT002 | KITCHENTWL | | | 18 | | 13 | 0.97 | 3,039.66 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 2 | 481075571204 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755762 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 684 | 2.80 | 2,580.05 | 09/09/2024 |
| 35084 | NT-KT003 | KITCHENTWL | | | 18 | | 38 | 0.97 | 8,885.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 3 | 481075576209 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755694 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 684 | 2.80 | 2,580.05 | 09/09/2024 |
| 35084 | NT-KT004 | KITCHENTWL | | | 18 | | 38 | 0.97 | 8,885.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 4 | 481075569409 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755713 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 684 | 2.80 | 2,580.05 | 09/09/2024 |
| 35084 | NT-KT005 | KITCHENTWL | | | 18 | | 38 | 0.97 | 8,885.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 5 | 481075571303 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755761 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 684 | 2.80 | 2,580.05 | 09/09/2024 |
| 35084 | NT-KT006 | KITCHENTWL | | | 18 | | 38 | 0.97 | 8,885.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 6 | 481075576100 | | GRM | 3.792 | A1 | | | | | |



OFFICE-COPY

PO#: 95378882

Page 7 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |

| 354 | 810755753 | BORDEAUX 2PC GRAY K | 0.00 | IN | 36 | | 684 | 1.03 | 917.38 | 09/09/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| 35084 | NT-KT011 | KITCHENTWL | | | 36 | | 19 | 0.31 | 2,729.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 7 | 481075575301 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755752 | BORDEAUX 2PC GREEN | 0.00 | IN | 36 | | 684 | 1.03 | 917.38 | 09/09/2024 |
| 35084 | NT-KT012 | KITCHENTWL | | | 6 | | 19 | 0.31 | 2,729.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 8 | 481075575202 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755698 | BORDEAUX 2PC TAN KT | 0.00 | IN | 36 | | 684 | 1.03 | 917.38 | 09/09/2024 |
| 35084 | NT-KT013 | KITCHENTWL | | | 36 | | 19 | 0.31 | 2,729.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 9 | 481075569805 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755697 | BORDEAUX 2PC BLUE K | 0.00 | IN | 36 | | 684 | 1.03 | 917.38 | 09/09/2024 |
| 35084 | NT-KT014 | KITCHENTWL | | | 36 | | 19 | 0.31 | 2,729.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 10 | 481075569706 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755731 | EMIL 2PC BLUE KT | 0.00 | IN | 36 | | 684 | 1.06 | 938.72 | 09/09/2024 |
| 35084 | NT-KT015 | KITCHENTWL | | | 36 | | 19 | 0.31 | 2,387.16 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 11 | 481075573109 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755732 | EMIL 2PC GRAY KT | 0.00 | IN | 36 | | 1,368 | 1.06 | 1,877.44 | 09/09/2024 |
| 35084 | NT-KT016 | KITCHENTWL | | | 36 | | 38 | 0.31 | 4,774.32 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 12 | 481075573208 | | GRM | 2.236 | A1 | | | | | |



Page 1 of 7

| | |
|---|---|
| **PO #** | **95378883** |
| Date Created | 05/13/2024 |
| Version: | 0 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 07/01/2024 |
| Cancel if not Shipped by: | 07/08/2024 |
| Must be Routed by: | 06/10/2024 |
| Payment Terms: | Wire Transfer + 60 Days Upon Receipt in DC |
| Freight Terms: | Collect |
| FOB: | LCL-NHAVA SHEVA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone: 580-931-2100     Fax: 580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800     Fax: 614-278-6871

**Purchase From Vendor:** 5007036

NANDINI TEXTILE
GOVIND DAYAMA
703 HARIPADAM RESIDENCY SAMRAT CHOW
413002 SOLAPUR
INDIA
Contact:    GOVIND DAYAMA
Telephone: +919325352922    Fax
E-Mail:    NANDINITEXTILE@GMAIL.COM

**ADDITIONAL COMMENTS**

Vendor Signature _____
Signee's Name _____
Title _____
Date _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 6,354 | 49,688.46 | 11,529.36 | 76.140 |

OFFICE-COPY



OFFICE-COPY

PO#: 95378883

Page 6 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | | Ticket Type | | EAS Tag | PDQ Pkg | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 354 | 810755693 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 522 | 2.80 | 1,968.98 | 09/09/2024 |
| 35084 | NT-KT001 | KITCHENTWL | | | 18 | | 29 | 0.97 | 6,780.78 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 1 | 481075569300 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755712 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 180 | 2.80 | 678.96 | 09/09/2024 |
| 35084 | NT-KT002 | KITCHENTWL | | | 18 | | 10 | 0.97 | 2,338.20 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 2 | 481075571204 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755762 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 522 | 2.80 | 1,968.98 | 09/09/2024 |
| 35084 | NT-KT003 | KITCHENTWL | | | 18 | | 29 | 0.97 | 6,780.78 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 3 | 481075576209 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755694 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 522 | 2.80 | 1,968.98 | 09/09/2024 |
| 35084 | NT-KT004 | KITCHENTWL | | | 18 | | 29 | 0.97 | 6,780.78 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 4 | 481075569409 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755713 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 522 | 2.80 | 1,968.98 | 09/09/2024 |
| 35084 | NT-KT005 | KITCHENTWL | | | 18 | | 29 | 0.97 | 6,780.78 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 5 | 481075571303 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755761 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 522 | 2.80 | 1,968.98 | 09/09/2024 |
| 35084 | NT-KT006 | KITCHENTWL | | | 18 | | 29 | 0.97 | 6,780.78 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 6 | 481075576100 | | GRM | 3.792 | A1 | | | | | |



OFFICE-COPY

PO#: 95378883

Page 7 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 354 | 810755753 | BORDEAUX 2PC GRAY K | 0.00 | IN | 36 | | 504 | 1.03 | 675.96 | 09/09/2024 |
| 35084 | NT-KT011 | KITCHENTWL | | | 36 | | 14 | 0.31 | 2,010.96 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 7 | 481075575301 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755752 | BORDEAUX 2PC GREEN | 0.00 | IN | 36 | | 504 | 1.03 | 675.96 | 09/09/2024 |
| 35084 | NT-KT012 | KITCHENTWL | | | 6 | | 14 | 0.31 | 2,010.96 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 8 | 481075575202 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755698 | BORDEAUX 2PC TAN KT | 0.00 | IN | 36 | | 504 | 1.03 | 675.96 | 09/09/2024 |
| 35084 | NT-KT013 | KITCHENTWL | | | 36 | | 14 | 0.31 | 2,010.96 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 9 | 481075569805 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755697 | BORDEAUX 2PC BLUE K | 0.00 | IN | 36 | | 504 | 1.03 | 675.96 | 09/09/2024 |
| 35084 | NT-KT014 | KITCHENTWL | | | 36 | | 14 | 0.31 | 2,010.96 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 10 | 481075569706 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755731 | EMIL 2PC BLUE KT | 0.00 | IN | 36 | | 504 | 1.06 | 691.69 | 09/09/2024 |
| 35084 | NT-KT015 | KITCHENTWL | | | 36 | | 14 | 0.31 | 1,758.96 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 11 | 481075573109 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755732 | EMIL 2PC GRAY KT | 0.00 | IN | 36 | | 1,044 | 1.06 | 1,432.79 | 09/09/2024 |
| 35084 | NT-KT016 | KITCHENTWL | | | 36 | | 29 | 0.31 | 3,643.56 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 12 | 481075573208 | | GRM | 2.236 | A1 | | | | | |



Page 1 of 7

| | |
|---|---|
| PO # | **95378884** |
| Date Created | 05/13/2024 |
| Version: | 0 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 07/15/2024 |
| Cancel if not Shipped by: | 07/22/2024 |
| Must be Routed by: | 06/24/2024 |
| Payment Terms: | Wire Transfer + 60 Days Upon Receipt in DC |
| Freight Terms: | Collect |
| FOB: | LCL-NHAVA SHEVA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

COLUMBUS DC - #0890
BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS OH  43228-9006

Telephone:  614-278-6800        Fax:   614-278-3809

**BILL TO**

BIG LOTS STORES, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800        Fax:   614-278-6871

Purchase From Vendor:   5007036

NANDINI TEXTILE
GOVIND DAYAMA
703 HARIPADAM RESIDENCY SAMRAT CHOW
413002 SOLAPUR
INDIA
Contact:       GOVIND DAYAMA
Telephone:   +919325352922        Fax
E-Mail:         NANDINITEXTILE@GMAIL.COM

**ADDITIONAL COMMENTS**

Vendor Signature  _____
Signee's Name     _____
Title                     _____
Date                    _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 8,118 | 63,314.82 | 14,697.36 | 76.130 |

OFFICE-COPY



OFFICE-COPY

PO#:  95378884

Page 6 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 354 | 810755693 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 666 | 2.80 | 2,512.15 | 09/09/2024 |
| 35084 | NT-KT001 | KITCHENTWL | | | 18 | | 37 | 0.97 | 8,651.34 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 1 | 481075569300 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755712 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 216 | 2.80 | 814.75 | 09/09/2024 |
| 35084 | NT-KT002 | KITCHENTWL | | | 18 | | 12 | 0.97 | 2,805.84 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 2 | 481075571204 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755762 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 666 | 2.80 | 2,512.15 | 09/09/2024 |
| 35084 | NT-KT003 | KITCHENTWL | | | 18 | | 37 | 0.97 | 8,651.34 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 3 | 481075576209 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755694 | WEAVELY 6PC TAN KT | 0.00 | IN | 18 | | 666 | 2.80 | 2,512.15 | 09/09/2024 |
| 35084 | NT-KT004 | KITCHENTWL | | | 18 | | 37 | 0.97 | 8,651.34 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 4 | 481075569409 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755713 | WEAVELY 6PC GRAY KT | 0.00 | IN | 18 | | 666 | 2.80 | 2,512.15 | 09/09/2024 |
| 35084 | NT-KT005 | KITCHENTWL | | | 18 | | 37 | 0.97 | 8,651.34 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 5 | 481075571303 | | GRM | 3.792 | A1 | | | | | |
| 354 | 810755761 | WEAVELY 6PC AQUA KT | 0.00 | IN | 18 | | 666 | 2.80 | 2,512.15 | 09/09/2024 |
| 35084 | NT-KT006 | KITCHENTWL | | | 18 | | 37 | 0.97 | 8,651.34 | |
| 35084003 | NA | CLOSEOUT | | | | | | 12.99 | 70.962 | 24.00 |
| 6 | 481075576100 | | GRM | 3.792 | A1 | | | | | |



OFFICE-COPY

PO#: 95378884

Page 7 of 7

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 354 | 810755753 | BORDEAUX 2PC GRAY K | 0.00 | IN | 36 | | 648 | 1.03 | 869.10 | 09/09/2024 |
| 35084 | NT-KT011 | KITCHENTWL | | | 36 | | 18 | 0.31 | 2,585.52 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 7 | 481075575301 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755752 | BORDEAUX 2PC GREEN | 0.00 | IN | 36 | | 648 | 1.03 | 869.10 | 09/09/2024 |
| 35084 | NT-KT012 | KITCHENTWL | | | 6 | | 18 | 0.31 | 2,585.52 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 8 | 481075575202 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755698 | BORDEAUX 2PC TAN KT | 0.00 | IN | 36 | | 648 | 1.03 | 869.10 | 09/09/2024 |
| 35084 | NT-KT013 | KITCHENTWL | | | 36 | | 18 | 0.31 | 2,585.52 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 9 | 481075569805 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755697 | BORDEAUX 2PC BLUE K | 0.00 | IN | 36 | | 648 | 1.03 | 869.10 | 09/09/2024 |
| 35084 | NT-KT014 | KITCHENTWL | | | 36 | | 18 | 0.31 | 2,585.52 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.99 | 66.386 | 6.00 |
| 10 | 481075569706 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755731 | EMIL 2PC BLUE KT | 0.00 | IN | 36 | | 648 | 1.06 | 889.32 | 09/09/2024 |
| 35084 | NT-KT015 | KITCHENTWL | | | 36 | | 18 | 0.31 | 2,261.52 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 11 | 481075573109 | | GRM | 2.236 | A1 | | | | | |
| 354 | 810755732 | EMIL 2PC GRAY KT | 0.00 | IN | 36 | | 1,332 | 1.06 | 1,828.04 | 09/09/2024 |
| 35084 | NT-KT016 | KITCHENTWL | | | 36 | | 37 | 0.31 | 4,648.68 | |
| 35084003 | NA | CLOSEOUT | | | | | | 3.49 | 60.676 | 6.00 |
| 12 | 481075573208 | | GRM | 2.236 | A1 | | | | | |