# Exhibit B

| INVOICE | | | | |
|---|---|---|---|---|
| **Consignee (Bill To)**<br>**AVDC, LLC**<br>4900 E, DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 US<br>TEL - 614-278-6800 | | **Exporter**<br>**NANDINI TEXTILE**<br>703, HARI PADAM RESIDENCY,<br>SAMRAT CHOWK, SOLAPUR - 413002<br>(MAHARASHTRA) INDIA<br>IEC NUMBER - ABGHS3593H<br>REX NO. - INREXABGHS3593HEC001<br>MOB - + 919325352922 | | |
| **Consignee (Ship To)**<br>**APPLE VALLEY DC _ #0869**<br>AVDC, LLC<br>18880 NAVAJO ROAD<br>APPLE VALLEY CA 92307<br>TEL - 760-503-0520 | | **BUYER PO  #95378880** | | |
| CUSTOMER NAME : LECLAIRE NICOLE<br>COUNTRY: US<br>CONTACT: 614-278-6800<br>TOTAL PACKING | INV NO.:<br>PORT OF LOADING<br>PORT OF DISCHARGE<br>COUNTRY OF ORIGIN<br>PAYMENT TERMS | NT/24-25/1125         DT.12-07-2024<br>NHAVA SHEVA<br>APPLE VALLEY<br>**INDIA**<br>WIRE TRANSFER 60 DAYS | | |
| **DESCRIPTION / DESIGN** | **SIZE IN INCHES** | **TOTAL SET** | **FOB ($)** | **AMOUNT ($)** |
| **85% COTTON + 15% POLYSTER KITCHEN TOWEL** | | | | |
| WEAVELY 6PC SET | 16X26 | 2970 | $2.800 | $8,316.00 |
| BORDEAUX 2PC SET | 16X28 | 2160 | $1.030 | $2,224.80 |
| EMIL 2PC SET | 16X28 | 1656 | $1.060 | $1,755.36 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | TOTAL PCS | 6786 | TOTAL AMT | $12,296.16 |

Amount Chargable €  (in words)
SAY TOTAL $ : TWELVE THOUSAND TWO HUNDRED NINTY SIX AND SIXTEEN CENTS ONLY

| | | |
|---|---|---|
| Beneficiary name: | NANDINI TEXTILE | **NANDINI TEXTILES** |
| Bank name: | UNION BANK OF INDIA | |
| Account Bank number: | 321601110000001 |  |
| Swift | UBININBBAUR | |
| Bank address | UNION BANK OF INDIA<br>KHUMBHAR VES MAIN<br>BRANCH SOLAPUR | Authorised Signature |

<u>Declaration</u>
The exporter NANDINI TEXTILES REX Registratio N INREXABGHS3593HEC001
of the products covered by this documents declares that,except where
otherwise clearly indicated, these products are of INDIA preferential origin
according to rules of origin of the Generalized System of Preferences of the
European Community and that the origin criterion met is "P" 6302

| INVOICE | | | | |
|---|---|---|---|---|
| **Consignee (Bill To)**<br>**CSC DISTRIBUTION, LLC**<br>4900 E, DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 US<br>TEL - 614-278-6800 | | **Exporter**<br>**NANDINI TEXTILE**<br>703, HARI PADAM RESIDENCY,<br>SAMRAT CHOWK, SOLAPUR - 413002<br>(MAHARASHTRA) INDIA<br>IEC NUMBER - ABGHS3593H<br>REX NO. - INREXABGHS3593HEC001<br>MOB - + 919325352922 | | |
| **Consignee (Ship To)**<br>**MONTGOMERY DC - #0870**<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY AL 36108-5035<br>TEL - 334-286-6633 | | **BUYER PO  #95378881** | | |
| CUSTOMER NAME : LECLAIRE NICOLE<br>COUNTRY: US<br>CONTACT: 614-278-6800<br>TOTAL PACKING | INV NO.:<br>PORT OF LOADING<br>PORT OF DISCHARGE<br>COUNTRY OF ORIGIN<br>PAYMENT TERMS | NT/24-25/1132        DT.29-07-2024<br>NHAVA SHEVA<br>MONTGOMERY<br>**INDIA**<br>**WIRE TRANSFER 60 DAYS** | | |
| **DESCRIPTION / DESIGN** | **SIZE IN INCHES** | **TOTAL SET** | **FOB ($)** | **AMOUNT ($)** |
| **85% COTTON + 15% POLYSTER KITCHEN TOWEL** | | | | |
| WEAVELY 6PC SET | 16X26 | 3168 | $2.800 | $8,870.40 |
| BORDEAUX 2PC SET | 16X28 | 2304 | $1.030 | $2,373.12 |
| EMIL 2PC SET | 16X28 | 1764 | $1.060 | $1,869.84 |
| | | | | |
| | | TOTAL PCS | 7236 | TOTAL AMT | $13,113.36 |

Amount Chargable €  (in words)
**SAY TOTAL $ : THIRTEEN THOUSAND ONE HUNDRED THIRTEEN AND THIRTY SIX CENTS ONLY**

Beneficiary name:        **NANDINI TEXTILE**            **NANDINI TEXTILES**
Bank name:               **UNION BANK OF INDIA**
Account Bank number:     **321601110000001**
Swift                    **UBININBBAUR**
Bank address

**UNION BANK OF INDIA**
**KHUMBHAR VES MAIN**
**BRANCH SOLAPUR**



Authorised Signature

Declaration
The exporter NANDINI TEXTILES REX Registratio N INREXABGHS3593HEC001
of the products covered by this documents declares that,except where
otherwise clearly indicated, these products are of INDIA preferential origin
according to rules of origin of the Generalized System of Preferences of the
European Community and that the origin criterion met is "P" 6302

| INVOICE |||||
|---|---|---|---|---|
| **Consignee (Bill To)**<br>**CLOSEOUT DISTRIBUTION, LLC**<br>4900 E, DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 US<br>TEL - 614-278-6800 || **Exporter**<br>**NANDINI TEXTILE**<br>703, HARI PADAM RESIDENCY,<br>SAMRAT CHOWK, SOLAPUR - 413002<br>(MAHARASHTRA) INDIA<br>IEC NUMBER - ABGHS3593H<br>REX NO. - INREXABGHS3593HEC001<br>MOB - + 919325352922 |||
| **Consignee (Ship To)**<br>**TREMONT DC - #0874**<br>CLOSEOUT DISTRIBUTION, LLC<br>50 ROSCH CREEK RD<br>TREMONT PA 17981-1734<br>TEL - 570-695-6800 || **BUYER PO  #95378882** |||
| CUSTOMER NAME : LECLAIRE NICOLE<br>COUNTRY: US<br>CONTACT: 614-278-6800<br>TOTAL PACKING | INV NO.:<br>PORT OF LOADING<br>PORT OF DISCHARGE<br>COUNTRY OF ORIGIN<br>PAYMENT TERMS | NT/24-25/1133           DT.29-07-2024<br>NHAVA SHEVA<br>TREMONT<br>**INDIA**<br>**WIRE TRANSFER 60 DAYS** |||
| **DESCRIPTION / DESIGN** | **SIZE IN INCHES** | **TOTAL SET** | **FOB ($)** | **AMOUNT ($)** |
| **85% COTTON + 15% POLYSTER KITCHEN TOWEL** |||||
| WEAVELY 6PC SET | 16X26 | 3654 | $2.800 | $10,231.20 |
| BORDEAUX 2PC SET | 16X28 | 2736 | $1.030 | $2,818.08 |
| EMIL 2PC SET | 16X28 | 2052 | $1.060 | $2,175.12 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | TOTAL PCS | 8442 | TOTAL AMT | $15,224.40 |

Amount Chargable €  (in words)
**SAY TOTAL $ : FITFTEEN THOUSAND TWO HUNDRED TWENTY FOUR AND FOURTY CENTS ONLY**

Beneficiary name:          NANDINI TEXTILE                    **NANDINI TEXTILES**
Bank name:                     **UNION BANK OF INDIA**
Account Bank number:   321601110000001
Swift                                  **UBININBBAUR**
Bank address
                                          **UNION BANK OF INDIA**
                                          **KHUMBHAR VES MAIN**
                                          **BRANCH SOLAPUR**

Authorised Signature

Declaration
The exporter NANDINI TEXTILES REX Registratio N INREXABGHS3593HEC001
of the products covered by this documents declares that,except where
otherwise clearly indicated, these products are of INDIA preferential origin
according to rules of origin of the Generalized System of Preferences of the
European Community and that the origin criterion met is "P" 6302

| INVOICE | | | | | |
|---|---|---|---|---|---|
| Consignee (Bill To) **DURANT DC, LLC** 4900 E, DUBLIN GRANVILLE ROAD COLUMBUS, OH 43081-7651 US TEL - 614-278-6800 | | | Exporter **NANDINI TEXTILE** 703, HARI PADAM RESIDENCY, SAMRAT CHOWK, SOLAPUR - 413002 (MAHARASHTRA) INDIA IEC NUMBER - ABGHS3593H REX NO. - INREXABGHS3593HEC001 MOB - + 919325352922 | | |
| Consignee (Ship To) **DURANT DC -#0879** DURANT DC,LLC 2306 ENTERPRISE DR DURANT OK 74701-1964 TEL - 580-931-2100 | | | **BUYER PO  #95378883** | | |
| BUYER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800 TOTAL PACKING | INV NO.: PORT OF LOADING PORT OF DISCHARGE COUNTRY OF ORIGIN PAYMENT TERMS | | NT/24-25/1124       DT.12-07-2024 NHAVA SHEVA DURANT DC **INDIA** **WIRE TRANSFER 60 DAYS** | | |
| **DESCRIPTION / DESIGN** | **SIZE IN INCHES** | **TOTAL SET** | **FOB ($)** | | **AMOUNT ($)** |
| **85% COTTON + 15% POLYSTER KITCHEN TOWEL** | | | | | |
| WEAVELY 6PC SET | 16X26 | 2790 | $2.800 | | $7,812.00 |
| BORDEAUX 2PC SET | 16X28 | 2016 | $1.030 | | $2,076.48 |
| EMIL 2PC SET | 16X28 | 1548 | $1.060 | | $1,640.88 |
|  |  |  |  | | |
|  |  |  |  | | |
|  | TOTAL PCS | 6354 | TOTAL AMT | | $11,529.36 |

Amount Chargable €  (in words)
**SAY TOTAL $ : ELEVEN THOUSAND FIVE HUNDRED TWENTY NINE AND THIRTY SIX CENTS ONLY**

| | | |
|---|---|---|
| Beneficiary name: | NANDINI TEXTILE | **NANDINI TEXTILES** |
| Bank name: | UNION BANK OF INDIA | |
| Account Bank number: | 321601110000001 |  |
| Swift | UBININBBAUR | |
| Bank address | UNION BANK OF INDIA KHUMBHAR VES MAIN BRANCH SOLAPUR | Authorised Signature |

<u>Declaration</u>
The exporter NANDINI TEXTILES REX Registratio N INREXABGHS3593HEC001
of the products covered by this documents declares that,except where
otherwise clearly indicated, these products are of INDIA preferential origin
according to rules of origin of the Generalized System of Preferences of the
European Community and that the origin criterion met is "P" 6302

| INVOICE | | | | | |
|---|---|---|---|---|---|
| **Consignee (Bill To)**<br>**BIG LOTS STORES, LLC**<br>4900 E, DUBLIN GRANVILLE ROAD<br>COLUMBUS, OH 43081-7651 US<br>TEL - 614-278-6800 | | | **Exporter**<br>**NANDINI TEXTILE**<br>703, HARI PADAM RESIDENCY,<br>SAMRAT CHOWK, SOLAPUR - 413002<br>(MAHARASHTRA) INDIA<br>IEC NUMBER - ABGHS3593H<br>REX NO. - INREXABGHS3593HEC001<br>MOB - + 919325352922 | | |
| **Consignee (Ship To)**<br>**COLUMBUS DC - #0890**<br>BIG LOTS STORES, LLC<br>500 PHILLIPI RD<br>COLUMBUS OH 43228-9006<br>TEL - 614-278-6800 | | | **BUYER PO  #95378884** | | |
| CUSTOMER NAME : LECLAIRE NICOLE<br>COUNTRY: US<br>CONTACT: 614-278-6800<br>TOTAL PACKING | INV NO.:<br>PORT OF LOADING<br>PORT OF DISCHARGE<br>COUNTRY OF ORIGIN<br>PAYMENT TERMS | | NT/24-25/1134      DT.29-07-2024<br>NHAVA SHEVA<br>COLUMBUS OH<br>**INDIA**<br>**WIRE TRANSFER 60 DAYS** | | |
| **DESCRIPTION / DESIGN** | **SIZE IN INCHES** | **TOTAL SET** | **FOB ($)** | | **AMOUNT ($)** |
| **85% COTTON + 15% POLYSTER KITCHEN TOWEL** | | | | | |
| WEAVELY 6PC SET | 16X26 | 3546 | $2.800 | | $9,928.80 |
| BORDEAUX 2PC SET | 16X28 | 2592 | $1.030 | | $2,669.76 |
| EMIL 2PC SET | 16X28 | 1980 | $1.060 | | $2,098.80 |
| | | | | | |
| | | TOTAL PCS | 8118 | TOTAL AMT | $14,697.36 |

Amount Chargable €  (in words)
**SAY TOTAL $ : FORTEEN THOUSAND SIX HUNDRED NINTY SEVEN AND THIRTY SIX CENTS ONLY**

| | | |
|---|---|---|
| Beneficiary name: | **NANDINI TEXTILE** | **NANDINI TEXTILES** |
| Bank name: | **UNION BANK OF INDIA** | |
| Account Bank number: | **321601110000001** | |
| Swift | **UBININBBAUR** | |
| Bank address | **UNION BANK OF INDIA**<br>**KHUMBHAR VES MAIN**<br>**BRANCH SOLAPUR** | Authorised Signature |

<u>Declaration</u>
The exporter NANDINI TEXTILES REX Registratio N INREXABGHS3593HEC001
of the products covered by this documents declares that,except where
otherwise clearly indicated, these products are of INDIA preferential origin
according to rules of origin of the Generalized System of Preferences of the
European Community and that the origin criterion met is "P" 6302