# Exhibit C



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2407374 | 13-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |

| TYPE | INV | ITEM | CONT |
|---|---|---|---|
| Nos | 1 | 3 | 0 |
| PKG | 271 | G.WT KGS | 2912.58 |

* SB22180720241911

## PART - I - SHIPPING BILL SUMMARY

**A STATUS**

| 1.MODE | 2.ASSESS | 3.EXMN | 4.JOBBING | 5.MEIS | 6.DBK | 7.RODTP | 8.LICENCE | 9.DFRC | 10.RE-EXP | 11.LUT |
|---|---|---|---|---|---|---|---|---|---|---|
| SEA | Y | Y | N | Y | Y | N | N | N | | N |

| | | | |
|---|---|---|---|
| 12.PORT OF LOADING | INNSA1 (Jawaharlal Nehru (Nh) | 13.COUNTRY OF FINALDESTINATIO | UNITED STATES |
| 14.STATE OF ORIGIN | Maharashtra | 15.PORT OF FINAL DESTINATION | USYAW (Apple Valley) |
| 16.PORT OF DISCHARGE | USYAW (Apple Valley) | 17.COUNTRY OF DISCHARGE | UNITED STATES |

**B DECLARANT DETAILS**

| 1.EXPORTER'S NAME & ADDRESS | | 7.CONSIGNEE NAME & ADDRESS | |
|---|---|---|---|
| NANDINI TEXTILE | | APPLE VALLEY DC _ #0869 | |
| 703, B WING, HARI PADAM APARTMENT, | | AVDC, LLC 18880 NAVAJO ROAD APPLE V | |
| | | ALLEY CA 92307 | |
| SOLAPUR | 2.Type Private | US | |
| 3. AD CODE: | 0290768 | 8. GSTIN / TYPE | 27ABGHS3593H1ZO GSN |
| 4.RBI WAIVER NO.& DT | | 9.FOREX BANK A/C NO. | 32XXXXXXXXXX001 |
| 5.CB NAME | INTERPORT GLOBAL LOGISTICS PVT LTD | 10.DBK BANK A/C NO. | 32XXXXXXXXXX001 |
| 6.AEO | | 11. IFSC NO. | UBIN0532169 |

**C.VALUE SUMMARY**

| 1.FOB VALUE | 2.FREIGHT | 3.INSURANC | 4.DISCOU | 5.COM |
|---|---|---|---|---|
| 1016892.43 | 0 | 0 | 0 | 0 |
| 6.DEDUCTIONS | 7.P/C | | 8.DUTY | 9.CESS |
| 0 | 0 | | | |

**D. EX.PR.**

| 1.DBK CLAIM | 2. IGST AMT | 3.CESS AMT |
|---|---|---|
| 26439 | 50844.35 | |
| 4.IGST VALUE | 5.RODTEP AMT | 6.ROSCTL AMT |
| 1016886.96 | 0 | 75555 |

**E MANIFEST DETAILS**

| 1.MAWB NO. | 2.MAWB DT | 3.HAWB NO. | 4.HAWB DT | N.O.C. |
|---|---|---|---|---|
| | | | | |

| 4. CIN NO. | 5. CIN DT. | 6. CIN SITE ID |
|---|---|---|
| 24PCEG07181361187400 | 18-JUL-24 | INNSA1 |

**F.INVOICE SUMMARY**

| 1.SNO | 2.INV NO. | 3. INV AMT. | 4.CURRENC |
|---|---|---|---|
| 1 | NT/24-25/1125 | 12296.16 | USD |

**G. EQUIPMENT DETAILS**

| 1.CONTAINER | 2.SEAL | 3.DATE | 4.S No |
|---|---|---|---|

**H CHALLAN DETAILS**

| 1SR.NO | 2.CHALLAN NO | 3.PAYMT DT | 4.AMOUNT |
|---|---|---|---|

**I. ANNEX DETAILS**

| 1.SEAL TYPE | 2.NATURE OF CARGO | 3.NO. OF PACKETS | 4.NO. OF CONTAINERS | 5.LOOSE PACKETS |
|---|---|---|---|---|
| WAREHOUSE SEALED | CONTAINERISED | 271 | 0 | 0 |

**6.MARKS & NUMBERS**: AS PER INVOICE. (CUSTOMER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800)"WE INTEND TO CLAIM REWARDS UNDER"SCHEME FOR REBATE OF STATE AND CENTRAL TAXES AND LEVIES (ROSCTL)"

**J.PROCESS DETAILS**

| 1.EVENT | 2.DATE | 3.TIME | 4.LEO NO. | 26/43 |
|---|---|---|---|---|
| 5.Submission | 13-JUL-24 | 19:04 | 6.LEO Date. | 18-JUL-24 |
| 5.Assessment | 15-JUL-24 | 12:27 | 8.BRC Realisation Date | 30-APR-25 |
| 7.Examination | 18-JUL-24 | 18:44 | | |
| 9.LEO | 18-JUL-24 | 19:11 | | |
| 10. SEZ UNIT Details | | | | |

LET EXPORT COPY

Glossary

**A:** ASSESS - Assessed, EXMN - Examined, MEIS - Merchantise Export Incentive Scheme, DBK - Drawback, ROSL - Rebate of State Levies, DEEC - Duty Exemption Entitlement Certificate, DFRC - Duty Free Replenishment Certificate,LUT - Letter of Under Taking. **B:** CB - Customs Broker AD Authoized Dealer , AEO - Authorized Economic Operator, UCR - Unique Customs Reference **C:** DISCOU - Discount, COM - Commission, P/C Packing Charges,**D:** EX. PR.- Export Promotions **E:** MAWB / HAWB - Master / House Airway Bill Number J:BRC- Bank Realisation Certificate

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407374 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 271 | G.WT KGS | 2912.58 |

* SB22180720241911

## PART - II - INVOICE DETAILS

**A. REF**

| 1.S.No | 2.INVOICE No. & Dt. | 3.P.O.No. & Dt. | 4.LoC No. & Dt | 5.Contract No.&Dt | 6.AD code | 7.INVTERM |
|---|---|---|---|---|---|---|
| 1 | NT/24-25/1125 12/07/2024 | | | | 0290768 | FOB |

**B. TRANSACTION PARTIES**

| 1.EXPORTER'S NAME & ADDRESS | 2.BUYER'S NAME & ADDRESS |
|---|---|
| NANDINI TEXTILE | AVDC, LLC |
| 703, B WING, HARI PADAM APARTMENT, | 4900 E, DUBLIN GRANVILLE ROAD COLUM |
| | BUS, OH 43081-7651 US |
| 413001 | |
| **3.THIRD PARTY NAME & ADDRESS** | **4.BUYER AEO STATUS** |
| | |

**C.VAL DTLS**

| 1.INVOICE VALUE | 2.FOB VALUE | 3FREIGHT | 4.INSURANCE | 5DISCOUNT | 6.COMMISON | 7.DEDUCT | 8.P/C | 9.EXCHANGE RATE |
|---|---|---|---|---|---|---|---|---|
| 12296.16 USD | 12296.16 USD | 0 USD | 0 USD | 0 | 0 | 0 | | 1 USD INR 82.7 |

**D. ITEM DETAILS**

| 1.ItemSNo | 2.HS CD | 3.DESCRIPTION | 4.QUANTITY | 5.UQC | 6.RATE | 7.VALUE(F/C) |
|---|---|---|---|---|---|---|
| 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 2970 | SET | 2.8 | 8316 |
| 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2160 | SET | 1.03 | 2224.8 |
| 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1656 | SET | 1.06 | 1755.36 |

LET EXPORT COPY

Glossary
A: Ref - Reference P.O. - Purchase Order, LoC - Letter of Credit, AD - Authorised Dealer **C:** VAL DTLS - Valuation Details
FOB - Freight On Board, DEDUCT - Deduction , P/C - Packing Charge **D:** HS CD - Harmonized System Code, UQC - Unit Quantity Code

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407374 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 271 | G.WT KGS | 2912.58 |

* SB22180720241911

## PART - III - ITEM DETAILS

INVOICE (1/1)

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 2970 | SET | 2.8 | 8316 | 687733.2 | 254.72 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 687733.2 | 34386.66 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2970 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2160 | SET | 1.03 | 2224.8 | 183990.92 | 93.7 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 183988.8 | 9199.44 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2160 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1656 | SET | 1.06 | 1755.36 | 145168.31 | 96.43 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 145164.96 | 7258.25 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 1656 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

LET EXPORT COPY

GLOSSARY

FOB - Freight On Board, HS CD Harmonized System Code, UQC - Unit Quantity Code, PMV - Present Market Value, CESAM - Cess Amount
IGSTSTA - IGST Payment Status, VAL - IGST Value, PAID - IGST Amount Paid, SCHCOD - Scheme Code, SQC MSR - Standard Quantity Measurement, comp - compensatory, PT Abroad - Preferential treatment Availed Abroad

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407374 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 271 | G.WT KGS | 2912.58 |

* SB22180720241911

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### A. DRAWBACK & ROSL CLAIM

| 1.INV SNO | 2.ITEM SNO | 3.DBK SNO. | 4.QTY/WT | 5.VALUE | 6.RATE | 7.DBK AMT | 8.STALEV | 9.CENLEV | 10.ROSCTL AMT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 630402B | 1871.1 | 687733.2 | 2.6 | 17881.06 | 30260 | 20838 | 51098 |
| 1 | 2 | 630402B | 466.56 | 183990.92 | 2.6 | 4783.76 | 8096 | 5575 | 13671 |
| 1 | 3 | 630402B | 357.696 | 145168.31 | 2.6 | 3774.38 | 6387 | 4399 | 10786 |

### B. AA / DFIA LICENCE DETAILS

| 1.INV SNO | 2.ITEM SNO | 3.LICENCE NO | 4.DESCN OF EXPORT ITEM | 5.EXP SNO | 6.EXPQTY | 7.UQC | 8.FOB VALUE |
|---|---|---|---|---|---|---|---|
| | | 9.SION | 10.DESCN OF IMPORT ITEM | 11IMP SNO | 12IMPQT | 13.UQC | 14.INDIG / IMP |

### C. JOBBING DETAILS

| 1.BE NO | 2.BE DATE | 3.PORT CODE | 4.DESCN OF IMPORTED GOODS | 5.QTY IMP | 6.QTY USED |
|---|---|---|---|---|---|

### D. SINGLE WINDOW DECLARATION

| 1.INVSN | 2.ITMSN | 3.INFO | 4.QUALIFIER | 5.INFO CD | 6.INFO TEXT | 7.INFO MSR | 8.UQC |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CHR | SQC | | | 2970 | NOS |
| 1 | 1 | DTY | GCESS | | | 0 | INR |
| 1 | 1 | ORC | DOO | 496 | | | |
| 1 | 1 | ORC | EPT | NCPTI | | | |
| 1 | 1 | ORC | STO | 27 | | | |
| 1 | 2 | CHR | SQC | | | 2160 | NOS |
| 1 | 2 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | DOO | 496 | | | |
| 1 | 2 | ORC | EPT | NCPTI | | | |
| 1 | 2 | ORC | STO | 27 | | | |
| 1 | 3 | CHR | SQC | | | 1656 | NOS |
| 1 | 3 | DTY | GCESS | | | 0 | INR |
| 1 | 3 | ORC | DOO | 496 | | | |
| 1 | 3 | ORC | EPT | NCPTI | | | |
| 1 | 3 | ORC | STO | 27 | | | |

### E. SINGLE WINDOW DECLARATION - CONSTITUENTS

| 1.INVSN | 2.ITMSNO | 3.C SNO | 4.NAME | 5.CODE | 6.PERCENTAGE | 7.YIELD PCT | 8.ING |
|---|---|---|---|---|---|---|---|

### F. SINGLE WINDOW DECLARATION - CONTROL

| 1.INVSN | 2.ITMSNO | 3.CONTROL TYPE | 4.LOCATION | 5.ST DT | 6.END DT | 7.RES CD | 8.RES TEXT |
|---|---|---|---|---|---|---|---|

### G.SUPPORTING DOCUMENTS

| 1.INVSN | 2.ITMSNO | 3 DOCTYPCD | 4. ICEGATE ID | 5. IRN | 6.PARTY CD | 7.ISSUE PLA | 8.ISS DT | 9.EXP DT |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 331000 | INTERPORTCB1 | 2024071300101547 | | MAHARASHTR | 13-JUL-24 | |

### H.INVOICE DETAILS

| 1.SNO | 2.INVOICE NO | 3.INVOICE AMOUNT | 4.CURRENCY |
|---|---|---|---|
| 1 | NT/24-25/1125 | 12296.16 | USD |

### I.CONTAINER DETAILS

| 1.SNO | 2.CONTAINER | 3.SEAL | 4.DATE |
|---|---|---|---|

### J.AR4 DETAILS

| 1.INVSN | 2.ITMSN | 3.AR4 NUMBER | 4.AR4 DATE | 5.COMMISSIONERATE | 6.DIVISION | 7.RANGE |
|---|---|---|---|---|---|---|

### K. THIRD PARTY DETAILS

| 1.INVSN | 2.ITMSN | 3.IEC | 4. EXPORTER NAME | 5. ADDRESS | 6.GSTN ID AND TYPE |
|---|---|---|---|---|---|

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen
**E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407374 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 271 | G.WT KGS | 2912.58 |

* SB22180720241911

## PART - IV - EXPORT SCHEME DETAILS

**OTHER ADDITIONAL INFORMATION**

### L. ITEM MANUFACTURER/PRODUCER/GROWER DETAILS

| 1.INVSN | 2.ITMSN | 3.TYPE | 4.MANUFACT CD | 5.SOURCE STATE | 6.TRANS CY | 7.ADDRESS |
|---|---|---|---|---|---|---|
| | | | | | | |

### M. RODTEP DETAILS

| 1.INVSN | 2.ITMSN | 3. QUANTITY | 4. UQC | 5. NO. OF UNITS | 6. VALUE |
|---|---|---|---|---|---|
| | | | | | |

### N. REEXPORT DETAILS

| 1.INVS | 2.ITMSN | 3.BE SITE ID | 4.BE NUMBER | 5.BE DATE | 6.BE INV SNO | 7.BE ITEM S | 8. BE QTY | 9. BE UQC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

LET EXPORT COPY

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen
**E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



INDIAN CUSTOMS EDI SYSTEM
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date | | |
|---|---|---|---|---|
| INNSA1 | 2407374 | 13-JUL-24 | | |
| IEC/Br | ABGHS3593H | | 0 | |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | | |
| CB CODE | AACI3746ACH002 | | | |
| TYPE | INV | ITEM | CONT | |
| Nos | 1 | 3 | 0 | |
| PKG | 271 | G.WT | KGS | 2912.58 |

* SB22180720241911

## PART - V - DECLARATIONS

A. DECLARATION STATEMENT

LET EXPORT COPY

B. AUTHORIZED SIGNATORY

DATE

AUTHORIZED SIGNATORY

CHA NAME :AAACI3746ACH002

PLACE

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400815

Maker/Supplier's INVOICE No. NT1125

Dated: July 12, 2024

Date of Receipt of Cargo July 19, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : AVDC, LLC
18880 NAVAJO ROAD, APPLE VALLEY, CA 92307, USA

Shipment From : NHAVA SHEVA To : APPLE VALLEY, CA

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| 1 TO 271 | | NOTIFY PARTY: GEODIS<br>5101 S. BROAD STREET<br>PHILADELPHIA, PA 19112-1404, U.S.A.<br>ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>1300 SOUTH MINT STREET SUITE 200<br>CHARLOTTE NC 28203 USA<br>TEL: 704-593-6329<br>EMAIL: DATAQUALITY@EDRAYCPL.COM<br>CFS-CY<br>HLBU1013769 (PART) SEAL# HLG9031057 40H DRY<br>SET OF 6KITCHEN TOWEL<br>SET OF 2KITCHEN TOWEL<br>SHIP TO CODE & LOCATION : 00869-APPLE VALLEY, CA<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | | |
| | 271 CARTONS | | 18.916 CBM | 2,912.58 KGS |

TOTAL : TWO HUNDRED SEVENTY-ONE (271) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "SEASPAN GANGES" VOY NO. 4130 DISCHARGED AT SAVANNAH, GA
SAILING ON / ABOUT July 30, 2024. CARGO RECEIVED ON July 19, 2024.

ORIGINAL

THIS IS NOT A DOCUMENT OF TITLE

The Goods and instructions are accepted and dealt with subject to the YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side hereof.)

NHAVA SHEVA August 12, 2024

(Place and date of issue.)

YUSEN LOGISTICS

For Yusen Logistics (India) Private Limited

Authorised Signatory

As Agent

(Authorized Signature) V1

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

# Forwarders' Cargo Receipt
## Terms and Conditions

1. DEFINITIONS

1.1 "Company" means Yusen Logistics Global Management Limited trading or any of its affiliate entities issuing these Conditions in its capacity as an origin services provider for its customer who is the ultimate consignee of this shipment.

1.2 "Conditions" means the entire undertakings, terms, conditions, and clauses embodied herein, and includes terms and conditions on the front and any Shippers' Instructions received in writing at the time of receipt.

1.3 "Shipper" means the vendor tendering items to Company for Services and any person at whose request or on whose behalf Shipper undertakes any tender of those cargoes to Company.

1.4 "Shippers' Instructions" means any of Shipper's specific written shipping instructions or requirements delivered to Company at the time of receipt of the cargoes.

1.5 "Laws" means any laws, statutes, regulations, or conventions which apply compulsorily to any element of the Services or any subject matter incidental to these Conditions.

1.6 "Services" means the origin services to be provided by Company and includes the receipt of cargoes from Shipper and subsequent arranging for the storage, warehousing, collection, delivery, local transportation, insurance, customs clearance, packing, unpacking, and other handling of goods and other services intended to accomplish delivery of the cargoes to Company's customer, the ultimate consignee.

1.7 "Owner" means the owner of the cargoes (including any packings, containers, or equipment other than those provided by Customer or carriers) to which any business concluded under these Conditions relates and any other person who is or may become interested in them depending upon the commercial terms of sale and including the ultimate consignee.

2. COMPULSORY LEGISLATION AND STATUTORY PROTECTION

2.1 In the event that any provisions contained herein are inconsistent with any Laws that apply compulsorily to any element of the Services, those provisions, to the extent of such inconsistency, shall be null and void in relation to such element of the Services by Company, but the remaining provisions of this forwarders' certificate of receipt ("FCR") shall remain valid and enforceable.

2.2 Nothing in these Conditions shall operate to limit or deprive Company of any statutory protection, defense, exception, or limitation of liability authorized by any applicable Laws.

2.3 Any and all advice, information or Services provided by Company gratuitously is provided on the basis that Company will not accept any liability whatsoever therefor, whether in tort, bailment, or otherwise.

3. SHIPPER'S WARRANTIES

3.1 Shipper warrants as follows:

a) By accepting these Conditions, Shipper agrees to be bound by all stipulations, exceptions, terms, and conditions on the front and back hereof, whether written, typed, stamped, or printed, as fully as if signed by Shipper;

b) By accepting these Conditions and agreeing to the terms hereof, Shipper is, or is the agent of and has the authority of, the Owner or person owning or entitled to the possession of the cargoes or of the person who is or may become interested in the cargoes;

c) The description and particulars relating to the cargoes set out on the front hereof: (a) have been checked by Shipper on receipt of these Conditions; and (b) are full and accurate;

d) The cargoes contain no drugs, prohibited or stolen goods, contraband, or other illegal material or substance or stowaways;

e) The cargoes have been properly and sufficiently prepared, packed, stowed, labelled, and/or marked by or on behalf of Shipper, and the preparation, packing, stowage, labelling, and/or marking are appropriate to the storage, handling, and any operations or transactions that may affect the cargoes and are in compliance with all applicable Laws;

f) Shipper complies with all Laws, requirements, directions, recommendations, rules, guidelines of customs, port, import, export, and other authorities;

g) Shipper shall provide the total gross mass established using calibrated and certified equipment of each packed Container (FCL) or each package of cargoes (LCL) in accordance with SOLAS. Shipper acknowledges and agrees that Company will rely on the accuracy and timeliness of such gross mass information and will use this to comply with its obligations in accordance with SOLAS.

h) Proper Packing, etc.: All the cargoes, the subject of any Service provided by Company, have been properly and sufficiently packed and/or prepared, and that Company has no liability for any loss of or damage to cargoes which are improperly or insufficiently packed or prepared, no matter how such loss or damage is caused.

i) Transport Unit: Where the cargoes delivered by or on behalf of Shipper are already carried in or on containers, trailers, flats, tilts, railway wagons, tanks, igloos, or any other unit load device (each hereafter referred to as a "transport unit") then:

i) The transport unit is in good condition, is suitable to carry the goods loaded therein or thereon, and is suitable for the intended carriage and other handling; and

ii) The cargoes are suitable for carriage and other handling in or on the transport unit and has been properly and competently packed or loaded in or on the transport unit.

j) Description of Cargoes: All descriptions, values, and other particulars of the goods furnished to Company are true, complete, and accurate, it being the duty of Shipper to provide such information to Company and to ensure that such information is true, complete, and accurate.

k) Fitness of Cargoes: The cargoes are fit and suitable for the carriage (international as well as local), storage, packing, unpacking, and other handling in accordance with, pursuant, related, or incidental to Shipper's instructions.

l) Delivery of Cargoes: The consignee or other person entitled to the delivery of the goods shall take delivery of the goods upon their arrival at destination and shall pay all necessary charges, taxes, and duties and shall comply with all necessary formalities and procedures.

4. DANGEROUS GOODS

4.1 Cargoes tendered by Shipper to Company are not of such nature that they are or may become dangerous, hazardous, noxious (including radioactive materials), inflammable, explosive, or which do or may present a risk of damage to any property or person whatsoever ("Dangerous Goods") unless Shipper, or someone acting on its behalf, has given Company written notice of the nature of the Dangerous Goods prior to Company's receipt of such Dangerous Goods and Company has expressly accepted in writing to deal with the Dangerous Goods. Shipper's notice will include all information necessary for Company to perform its obligation in connection with the Dangerous Goods in accordance with all applicable Laws or requirements (or any combination of the foregoing), including without limitation information about the characteristics of the Dangerous Goods, the appropriate manner and method of storage and handling of the Dangerous Goods.

4.2 Any Dangerous Goods must be distinctly marked on the outside so as to indicate the nature and characteristics of the Dangerous Goods and so as to comply with all Laws.

4.3 Additional charges may apply to the storage and handling of Dangerous Goods. If any Dangerous Goods are tendered in breach of this Section, they may, at any time or place be unloaded, destroyed, disposed, abandoned, or rendered harmless, as circumstances may require, at Shipper's cost.

5. COMPANY'S AUTHORITY

5.1 SHIPPER ACKNOWLEDGES AND AGREES THAT COMPANY'S: A) ROLE IS SOLELY THAT OF ORIGIN SERVICES PROVIDER, AND THAT COMPANY WILL NOT UNDER THESE CONDITIONS PERFORM IN THE CAPACITY OF A CARRIER, NON-VESSEL-OPERATING COMMON CARRIER, CUSTOMS HOUSE BROKER, OR AS A SHIPPER AS THAT TERM IS UNDERSTOOD UNDER APPLICABLE LAWS; B) CUSTOMER IS THE ULTIMATE CONSIGNEE OF THE CARGOES PROVIDED BY SHIPPER TO COMPANY UNDER THESE CONDITIONS AND CUSTOMER WILL BE IDENTIFIED AS THE LAWFUL SHIPPER FOR INTERNATIONAL OCEAN CARRIAGE; AND C) SERVICES ARE DELIVERED AS A CONVENIENCE TO SHIPPER IN ITS TRANSACTION WITH THE ULTIMATE CONSIGNEE AND FOR WHICH COMPANY IS ENTITLED TO COLLECT FROM SHIPPER FOR THOSE SERVICES RENDERED AT ORIGIN.

5.2 Company is authorized to depart or deviate from Shipper Instructions in any respect if in the opinion of Company such departure or deviation is necessary or desirable in Shipper's interests or is expedient.

5.3 Company is authorized by Shipper to act or to enter into any contract or arrangement with third-parties for performance of the Services without prior consultation with or further authorization from Shipper.

5.4 Company is authorized to agree with any 3rd Party the charges payable to such 3rd Party without reference to or further authorization from Shipper, it being agreed that the difference between the charges payable by Company to 3rd Party(ies), and the charges payable by Shipper to Company is Company's commission or remuneration or profit. Shipper waives any and has no right of enquiry of the charges payable to 3rd Party(ies) and Company is not under any duty to account to Shipper for Company's commissions, remunerations, or profits.

5.5 Company is authorized (but not obligated) to inspect or arrange for cargoes to be inspected.

5.6 Company is not obliged to arrange for Shipper's goods to be carried, forwarded, packed, unpacked, stored, or handled separately. Company is authorized (but not obliged) to consolidate or arrange to be consolidated cargoes of Shipper with other goods.

5.7 Shipper expressly agrees to be bound in all respects by any act, contract, or arrangement entered into by Company with third-parties pursuant to the aforesaid authorizations. Company is not and does not act as Shipper's agent with respect to any cargoes or shipments under these Conditions, and Company does not accept any such purported appointment of agency.

6. LIABILITY AND LIMITATIONS

6.1 SHIPPER ACKNOWLEDGES AND AGREES THAT IT HEREBY WAIVES ALL CLAIMS AGAINST COMPANY: (A) FOR CARGO LOSS, DAMAGE, OR DELAY, EXCEPT TO THE EXTENT SHIPPER CAN PROVE THAT SUCH HARM OCCURRED WHILE SUCH CARGOES WERE IN THE CARE, CUSTODY, AND CONTROL OF COMPANY DURING PERFORMANCE OF THE SERVICES PURSUANT TO THESE CONDITIONS; (B) RELATED TO THE RELEASE OF THE CARGOES TO THE CONSIGNEE OR OTHER PARTIES INCLUDING CARRIERS AND SERVICE PROVIDERS; AND (C) FOR LOSS OF PROFIT, LOSS OF SALES, LOSS OF BUSINESS, LOSS OF GOODWILL OR REPUTATION, THIRD-PARTY CLAIMS OF ANY NATURE, OR ASSERTING SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND.

6.2 Company's liability for the cargoes, if any, shall be determined and limited in accordance with this Section.

6.3 Liability for Loss or Damage to Cargoes – Without prejudice to any other right or remedies Company may have, Company shall be relieved of liability for any loss or damage to cargoes if, and to the extent that, such loss or damage is caused by:

a) A force majeure event;

b) Strike, lock-out, stoppage or restraint of labor, the consequences of which Company is unable to avoid by the exercise of reasonable diligence;

c) Any cause or event which Company is unable to avoid and the consequences whereof Company is unable to prevent by the exercise of reasonable diligence; or

d) Compliance with instructions or directions of Shipper or the consignee or any person authorized to give them.

6.4 Amount of Compensation – Subject to these Conditions, if Company is liable for loss of or damage to cargoes, the liability of Company shall be limited to the lesser of:

a) The landed cost at the destination of only those cargoes damaged or lost (excluding insurance); or

b) Two (2) SDRs per kilo of the gross weight of any cargoes lost or damaged.

6.5 No insurance will be arranged by Company for the benefit of Shipper.

6.6 Entire Liability – Except as set forth in in this Section, Company shall not be liable for loss of or damage to any cargoes or have any liability whatsoever for any events arising out or in connection with the storage and handling of cargoes and/or this FCR.

6.7 Application of Defenses, Limits, and Exclusions of Liability – The defenses, limits and exclusions of liability provided for in these Conditions of receipt shall apply in any action against Company arising out of or in connection with the Services (including loss or damage to cargoes) and whether the action be founded in contract, bailment, tort, breach of express or implied warranty, or otherwise, even if the loss or damage arises as a result of negligence, willful misconduct, or fundamental breach of contract.

6.8 By special arrangement which must be agreed to in writing, Company may accept liability in excess of the limit set forth herein if Shipper agrees to pay, and has paid, Company's additional charges for accepting such increased liability.

7. INDEMNITY

7.1 Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses (including without limitation all duties, taxes, imposts, levies, deposits, fines, and outlays of whatsoever nature levied by any authority) arising out of Company acting in accordance with Shipper's instructions, or arising from a breach of warranty or obligation by Shipper, or arising from Shipper's inaccurate or incomplete or ambiguous information or instructions, or arising from the negligence of Shipper or Owner.

7.2 Advice and Information, in whatever form as may be given by Company, are provided by Company for Shipper only and Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses arising out of any other person relying on such advice or information. Except under special arrangements previously made in writing, advice, or information which is not related to specific instructions accepted by Shipper is provided gratuitously and without liability.

7.3 Shipper undertakes that no claim shall be made against any officer, servant, agent, or sub-contractor of Company which imposes or attempts to impose upon them any liability in connection with any Services provided or to be provided by Company. If any such claim should nevertheless be made Shipper shall indemnify Company against all consequences thereof. Without prejudice to the foregoing, every such officer, servant, agent, and sub-contractor shall have the benefit of all provisions herein benefiting Company as if such provisions were expressly for his or its benefit. For the foregoing purposes, Shipper contracts for itself as well as agents for all the aforesaid persons.

7.4 Shipper shall defend, indemnify, and hold harmless Company from and against all claims, costs, and demands whatsoever and by whomsoever made or preferred in excess of the liability of Company under the terms of these Conditions, and without prejudice to the generality of the foregoing this indemnity shall include (without limitation) all claims, costs, and demands arising from or in connection with the negligence of Company, its officers, servants, agents, or sub-contractors.

8. WAREHOUSING

8.1 Pending release of the cargoes after provision of Services at origin, cargoes may be warehoused or otherwise held at the risk of Shipper or the Owner at any place at the sole discretion of Company and the cost therefore shall be for the account of Shipper.

9. DECLARED VALUE

9.1 Company shall not be obliged to make any declaration for the purpose of any statute or convention, or contract as to the nature or value of any goods or as to any special interest in delivery unless express instructions in writing were previously given to and accepted by Company. A mere statement or declaration of the value or nature of cargoes for insurance or export or customs or other purposes is not and shall not be construed to be Shipper's instructions to Company to make any such declaration.

10. SHIPPER'S OBLIGATION TO PAY DUTIES, TAXES, ETC.

10.1 Shipper shall be liable for any duties, taxes, levies, deposits, or outlays of any kind levied by the authorities at any port or place for or in connection with cargoes and for any payments, storage, demurrage, fines, expenses, loss, or damage whatsoever incurred or sustained by Company in connection therewith.

11. LIEN, DISPOSAL OF GOODS, ETC.

11.1 Company shall have a general lien on all cargoes (and documents relating thereto) and any other property belonging to Shipper, directly or indirectly in Company's possession, custody, control, or enroute for all monies due to Company and/or its affiliates from Shipper or the ultimate consignee. Company may at its sole discretion exercise its lien at any time and at any place. The lien shall cover without limitation all charges, expenses, and advances of whatsoever nature due to Company and/or its affiliates and inclusive of any costs incurred enforcing and preserving its lien (including but not limited to storage charges) and in recovering or attempting to recover any sums due from Shipper or the ultimate consignee (whether in respect of the storage and handling herein or otherwise).

11.2 Company shall be entitled to sell (at any time and at any place) at the costs of Shipper cargoes and/or any such other property by private treaty or by public auction or other means, without giving prior notice or incurring any liability to Shipper and to apply the proceeds of such sale (net of expenses) in or towards the payment of any amount due to Company. Company shall be entitled to claim the difference against Shipper or the ultimate consignee in the event that the (net) sale proceeds do not discharge in full the amount due from Shipper or the ultimate consignee. Company's lien shall survive delivery or deemed delivery of cargoes.

11.3 Perishable cargoes which are not taken up immediately upon arrival or which are insufficiently addressed or marked or otherwise not readily identifiable, may be sold or otherwise disposed of without any notice to Shipper or the Owner and payment or tender of the net proceeds of any sale after deduction of charges and expenses shall be equivalent to delivery. All charges and expenses arising in connection with the sale or disposal of cargoes shall be paid by Shipper.

11.4 The rights of Company under this Section are independent and cumulative.

12. RATES AND CHARGES

12.1 Shipper is directly and primarily liable for the payment of all charges owed to Company in performance of the Services at origin for its benefit. Shipper shall pay to Company all sums immediately when due without deduction or deferment on account of any claim, counterclaim, or set-off.

12.2 Company at its discretion may request an advance to cover fees, duties, charges, taxes, and/or other expenses payable before Shipper's invoice is rendered. Forthwith upon such request being made, Shipper shall make such advance to Company.

12.3 On all amounts overdue to Company, Company shall be entitled to interest calculated on a monthly basis from the date such accounts are overdue until payment thereof at 2% per month (compounded monthly) during the period that such amounts are overdue.

13. NOTICE OF CLAIM

13.1 Any claim against Company must be in writing and delivered to Company at its registered office or its principal place of business in Hong Kong within 3 days of:

a) In the case of damage to goods, the date of delivery of cargoes;

b) In the case of loss or non-delivery or mis-delivery of cargoes, the date that cargoes should have been delivered; and

c) In any other case, the date of the event giving rise to the claim.

13.2 No action shall lie against Company if the claim is not made within the times and in the manner specified herein.

14. TIME BAR

14.1 Any right of action against Company shall be extinguished if suit is not brought in the proper forum and written notice thereof received by Company within three 3 months from the date cargoes arrived at the destination or the date cargoes should have arrived at the destination (whichever date is the earlier).

15. NO COLLECT ON DELIVERY (C.O.D.) SHIPMENTS

15.1 Shipper agrees that: (a) Company shall have no obligation to Shipper whatsoever related to Collect on Delivery (C.O.D.) shipments and commensurate obligations for collection of bank drafts or otherwise, or to collect on any specified terms by time drafts or otherwise; and (b) Shipper bears all risk for the payment of costs and/or collection of the invoice price from its customer and the consignee.

16. GOVERNING LAW

16.1 These Conditions, and any act or contract to which they apply shall be governed by and construed according to the laws of the Hong Kong Special Administrative Region. Any dispute arising out of these Conditions or any such act or contract shall be subject to the non-exclusive jurisdiction of the courts of the Hong Kong Special Administrative Region.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811565 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AACI3746ACH002 | |
| TYPE | INV / ITEM / CONT | |
| Nos | 1 / 3 / 0 | |
| PKG | 289 | G.WT KGS 3106.18 |

* SB22010820241951

## PART - I - SHIPPING BILL SUMMARY

**A STATUS**

| 1.MODE | 2.ASSESS | 3.EXMN | 4.JOBBING | 5.MEIS | 6.DBK | 7.RODTP | 8.LICENCE | 9.DFRC | 10.RE-EXP | 11.LUT |
|---|---|---|---|---|---|---|---|---|---|---|
| SEA | Y | Y | N | Y | Y | N | N | N | | N |

| | | | |
|---|---|---|---|
| 12.PORT OF LOADING | INNSA1 (Jawaharlal Nehru (Nh) | 13.COUNTRY OF FINALDESTINATIO | UNITED STATES |
| 14.STATE OF ORIGIN | Maharashtra | 15.PORT OF FINAL DESTINATION | USMGM (Montgomery) |
| 16.PORT OF DISCHARGE | USMGM (Montgomery) | 17.COUNTRY OF DISCHARGE | UNITED STATES |

**B DECLARAN DETAILS**

| | | | |
|---|---|---|---|
| 1.EXPORTER'S NAME & ADDRESS | | 7.CONSIGNEE NAME & ADDRESS | |
| NANDINI TEXTILE | | MONTGOMERY DC - #0870 | |
| 703, B WING, HARI PADAM APARTMENT, | | CSC DISTRIBUTION, LLC 2855 SELMA HW | |
| | | Y,MONTGOMERY AL 36108-5035,TEL - 33 4-286-6633 | |
| SOLAPUR | 2.Type Private | US | |
| 3. AD CODE: | 0290768 | 8. GSTIN / TYPE | 27ABGHS3593H1ZO GSN |
| 4.RBI WAIVER NO.& DT | | 9.FOREX BANK A/C NO. | 32XXXXXXXXXX001 |
| 5.CB NAME | INTERPORT GLOBAL LOGISTICS PVT LTD | 10.DBK BANK A/C NO. | 32XXXXXXXXXX001 |
| 6.AEO | | 11. IFSC NO. | UBIN0532169 |

**C.VALU SUMMA**

| 1.FOB VALUE | 2.FREIGHT | 3.INSURANC | 4.DISCOU | 5.COM |
|---|---|---|---|---|
| 1085786.21 | 0 | 0 | 0 | 0 |
| 6.DEDUCTIONS | 7.P/C | | 8.DUTY | 9.CESS |
| 0 | 0 | | | |

**D. EX.PR.**

| 1.DBK CLAIM | 2. IGST AMT | 3.CESS AMT |
|---|---|---|
| 28230 | 54289.32 | |
| 4.IGST VALUE | 5.RODTEP AMT | 6.ROSCTL AMT |
| 1085786.21 | 0 | 80674 |

**E MANIFEST DETAILS**

| 1.MAWB NO. | 2.MAWB DT | 3.HAWB NO. | 4.HAWB DT | N.O.C. |
|---|---|---|---|---|
| | | | | |

| 4. CIN NO. | 5. CIN DT. | 6. CIN SITE ID |
|---|---|---|
| 24PCEG08011398224800 | 01-AUG-24 | INNSA1 |

**F.INVOICE SUMMARY**

| 1.SNO | 2.INV NO. | 3. INV AMT. | 4.CURRENC |
|---|---|---|---|
| 1 | NT/24-25/1132 | 13113.36 | USD |

**G. EQUIPMENT DETAILS**

| 1.CONTAINER | 2.SEAL | 3.DATE | 4.S No |
|---|---|---|---|

**H CHALLAN DETAILS**

| 1SR.NO | 2.CHALLAN NO | 3.PAYMT DT | 4.AMOUNT |
|---|---|---|---|

**I. ANNEX DETAILS**

| 1.SEAL TYPE | 2.NATURE OF CARGO | 3.NO. OF PACKETS | 4.NO. OF CONTAINERS | 5.LOOSE PACKETS |
|---|---|---|---|---|
| WAREHOUSE SEALED | CONTAINERISED | 289 | 0 | 0 |

6.MARKS & NUMBERS: AS PER INVOICE. (BUYER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800) "WE INTEND TO CLAIM REWARDS UNDER"SCHEME FOR REBATE OF STATE AND CENTRAL TAXES AND LEVIES (ROSCTL)"

**J.PROCESS DETAILS**

| 1.EVENT | 2.DATE | 3.TIME | 4.LEO NO. | 26/41 |
|---|---|---|---|---|
| 5.Submission | 30-JUL-24 | 12:17 | 6.LEO Date. | 01-AUG-24 |
| 5.Assessment | 30-JUL-24 | 15:44 | 8.BRC Realisation Date | 31-MAY-25 |
| 7.Examination | 01-AUG-24 | 19:06 | | |
| 9.LEO | 01-AUG-24 | 19:51 | | |
| 10. SEZ UNIT Details | | | | |

LET EXPORT COPY

Glossary

**A:** ASSESS - Assessed, EXMN - Examined, MEIS - Merchantise Export Incentive Scheme, DBK - Drawback, ROSL - Rebate of State Levies, DEEC - Duty Exemption Entitlement Certificate, DFRC - Duty Free Replenishment Certificate,LUT - Letter of Under Taking. **B:** CB - Customs Broker AD Authoized Dealer , AEO - Authorized Economic Operator, UCR - Unique Customs Reference **C:** DISCOU - Discount, COM - Commission, P/C Packing Charges,**D:** EX. PR.- Export Promotions **E:** MAWB / HAWB - Master / House Airway Bill Number **J**:BRC- Bank Realisation Certificate

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811565 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 289 | G.WT KGS | 3106.18 |

* SB22010820241951

## PART - II - INVOICE DETAILS

**A. REF**

| 1.S.No | 2.INVOICE No. & Dt. | 3.P.O.No. & Dt. | 4.LoC No. & Dt | 5.Contract No.&Dt | 6.AD code | 7.INVTERM |
|---|---|---|---|---|---|---|
| 1 | NT/24-25/1132 29/07/2024 | | | | 0290768 | FOB |

**B. TRANSACTION PARTIES**

| 1.EXPORTER'S NAME & ADDRESS | 2.BUYER'S NAME & ADDRESS |
|---|---|
| NANDINI TEXTILE | CSC DISTRIBUTION, LLC |
| 703, B WING, HARI PADAM APARTMENT, | 4900 E, DUBLIN GRANVILLE ROAD COLUM |
| | BUS, OH 43081-7651 US TEL - 614-278 |
| 413001 | -6800 |

| 3.THIRD PARTY NAME & ADDRESS | 4.BUYER AEO STATUS |
|---|---|
| | |

**C.VAL DTLS**

| 1.INVOICE VALUE | 2.FOB VALUE | 3FREIGHT | 4.INSURANCE | 5DISCOUNT | 6.COMMISON | 7.DEDUCT | 8.P/C | 9.EXCHANGE RATE |
|---|---|---|---|---|---|---|---|---|
| 13113.36 USD | 13113.36 USD | 0 USD | 0 USD | 0 | 0 | 0 | | 1 USD INR 82.8 |

**D. ITEM DETAILS**

| 1.ItemSNo | 2.HS CD | 3.DESCRIPTION | 4.QUANTITY | 5.UQC | 6.RATE | 7.VALUE(F/C) |
|---|---|---|---|---|---|---|
| 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3168 | SET | 2.8 | 8870.4 |
| 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2304 | SET | 1.03 | 2373.12 |
| 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1764 | SET | 1.06 | 1869.84 |

LET EXPORT COPY

Glossary
A: Ref - Reference P.O. - Purchase Order, LoC - Letter of Credit, AD - Authorised Dealer **C:** VAL DTLS - Valuation Details
FOB - Freight On Board, DEDUCT - Deduction , P/C - Packing Charge **D**: HS CD - Harmonized System Code, UQC - Unit Quantity Code

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



# INDIAN CUSTOMS EDI SYSTEM

CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811565 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |
| TYPE | INV / ITEM / CONT | |
| Nos | 1 / 3 | 0 |
| PKG | 289 / G.WT KGS | 3106.18 |

* SB22010820241951

## PART - III - ITEM DETAILS

INVOICE (1/1)

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3168 | SET | 2.8 | 8870.4 | 734469.12 | 255.02 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 734469.12 | 36723.46 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 3168 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2304 | SET | 1.03 | 2373.12 | 196494.3 | 93.81 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 196494.34 | 9824.72 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2304 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1764 | SET | 1.06 | 1869.84 | 154822.8 | 96.54 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 154822.75 | 7741.14 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 1764 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

LET EXPORT COPY

GLOSSARY

FOB - Freight On Board, HS CD Harmonized System Code, UQC - Unit Quantity Code, PMV - Present Market Value, CESAM - Cess Amount IGSTSTA - IGST Payment Status, VAL - IGST Value, PAID - IGST Amount Paid, SCHCOD - Scheme Code, SQC MSR - Standard Quantity Measurement, comp - compensatory, PT Abroad - Preferential treatment Availed Abroad

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811565 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 289 | G.WT KGS | 3106.18 |

* SB22010820241951

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### A. DRAWBACK & ROSL CLAIM

| 1.INV SNO | 2.ITEM SNO | 3.DBK SNO. | 4.QTY/WT | 5.VALUE | 6.RATE | 7.DBK AMT | 8.STALEV | 9.CENLEV | 10.ROSCTL AMT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 630402B | 1995.84 | 734469.12 | 2.6 | 19096.2 | 32317 | 22254 | 54571 |
| 1 | 2 | 630402B | 497.664 | 196494.3 | 2.6 | 5108.85 | 8646 | 5954 | 14600 |
| 1 | 3 | 630402B | 381.024 | 154822.8 | 2.6 | 4025.39 | 6812 | 4691 | 11503 |

### B. AA / DFIA LICENCE DETAILS

| 1.INV SNO | 2.ITEM SNO | 3.LICENCE NO | 4.DESCN OF EXPORT ITEM | 5.EXP SNO | 6.EXPQTY | 7.UQC | 8.FOB VALUE |
|---|---|---|---|---|---|---|---|
| | | 9.SION | 10.DESCN OF IMPORT ITEM | 11IMP SNO | 12IMPQT | 13.UQC | 14.INDIG / IMP |

### C. JOBBING DETAILS

| 1.BE NO | 2.BE DATE | 3.PORT CODE | 4.DESCN OF IMPORTED GOODS | 5.QTY IMP | 6.QTY USED |
|---|---|---|---|---|---|

### D. SINGLE WINDOW DECLARATION

| 1.INVSN | 2.ITMSN | 3.INFO | 4.QUALIFIER | 5.INFO CD | 6.INFO TEXT | 7.INFO MSR | 8.UQC |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ORC | DOO | 496 | | | |
| 1 | 1 | ORC | STO | 27 | | | |
| 1 | 1 | CHR | SQC | | | 3168 | NOS |
| 1 | 1 | ORC | EPT | NCPTI | | | |
| 1 | 1 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | STO | 27 | | | |
| 1 | 2 | ORC | EPT | NCPTI | | | |
| 1 | 2 | CHR | SQC | | | 2304 | NOS |
| 1 | 2 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | DOO | 496 | | | |
| 1 | 3 | ORC | DOO | 496 | | | |
| 1 | 3 | CHR | SQC | | | 1764 | NOS |
| 1 | 3 | ORC | EPT | NCPTI | | | |
| 1 | 3 | DTY | GCESS | | | 0 | INR |
| 1 | 3 | ORC | STO | 27 | | | |

### E. SINGLE WINDOW DECLARATION - CONSTITUENTS

| 1.INVSN | 2.ITMSNO | 3.C SNO | 4.NAME | 5.CODE | 6.PERCENTAGE | 7.YIELD PCT | 8.ING |
|---|---|---|---|---|---|---|---|

### F. SINGLE WINDOW DECLARATION - CONTROL

| 1.INVSN | 2.ITMSNO | 3.CONTROL TYPE | 4.LOCATION | 5.ST DT | 6.END DT | 7.RES CD | 8.RES TEXT |
|---|---|---|---|---|---|---|---|

### G.SUPPORTING DOCUMENTS

| 1.INVSN | 2.ITMSNO | 3 DOCTYPCD | 4. ICEGATE ID | 5. IRN | 6.PARTY CD | 7.ISSUE PLA | 8.ISS DT | 9.EXP DT |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 331000 | INTERPORTCB | 2024073000028000 | | MAHARASHTR | 30-JUL-24 | |

### H.INVOICE DETAILS

| 1.SNO | 2.INVOICE NO | 3.INVOICE AMOUNT | 4.CURRENCY |
|---|---|---|---|
| 1 | NT/24-25/1132 | 13113.36 | USD |

### I.CONTAINER DETAILS

| 1.SNO | 2.CONTAINER | 3.SEAL | 4.DATE |
|---|---|---|---|

### J.AR4 DETAILS

| 1.INVSN | 2.ITMSN | 3.AR4 NUMBER | 4.AR4 DATE | 5.COMMISSIONERATE | 6.DIVISION | 7.RANGE |
|---|---|---|---|---|---|---|

### K. THIRD PARTY DETAILS

| 1.INVSN | 2.ITMSN | 3.IEC | 4. EXPORTER NAME | 5. ADDRESS | 6.GSTN ID AND TYPE |
|---|---|---|---|---|---|

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

E-EXPORT COPY



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811565 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 289 | G.WT KGS | 3106.18 |

* SB22010820241951

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### L. ITEM MANUFACTURER/PRODUCER/GROWER DETAILS

| 1.INVSN | 2.ITMSN | 3.TYPE | 4.MANUFACT CD | 5.SOURCE STATE | 6.TRANS CY | 7.ADDRESS |
|---|---|---|---|---|---|---|

### M. RODTEP DETAILS

| 1.INVSN | 2.ITMSN | 3. QUANTITY | 4. UQC | 5. NO. OF UNITS | 6. VALUE |
|---|---|---|---|---|---|

### N. REEXPORT DETAILS

| 1.INVS | 2.ITMSN | 3.BE SITE ID | 4.BE NUMBER | 5.BE DATE | 6.BE INV SNO | 7.BE ITEM S | 8. BE QTY | 9. BE UQC |
|---|---|---|---|---|---|---|---|---|

LET EXPORT COPY

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



INDIAN CUSTOMS EDI SYSTEM
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811565 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 289 | G.WT KGS | 3106.18 |

* SB22010820241951

## PART - V - DECLARATIONS

A. DECLARATION STATEMENT

LET EXPORT COPY

B. AUTHORIZED SIGNATORY

**DATE** **AUTHORIZED SIGNATORY** CHA NAME :AAACI3746ACH002

**PLACE**

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400816

Maker/Supplier's INVOICE No. NT1132
Dated: July 29, 2024

Date of Receipt of Cargo August 02, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA

Shipment From : NHAVA SHEVA To : MONTGOMERY, AL

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378881
SKU NO: 810755693, 810755694, 810755697, 810755698, 810755712, 810755713, 810755731, 810755732, 810755752, 810755753, 810755761, 810755762
CARTON 1 - 289
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA

ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM

CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378881
SKU NO: 810755693, 810755694, 810755697, 810755698, 810755712, 810755713, 810755731, 810755732, 810755752, 810755753, 810755761, 810755762
QTY: 7236
GR.WT: 3106.180 KGS
SB.NO: 2811565 DT. 30/07/2024

HLBU1665957 (PART) SEAL# HLG6279148 40H DRY

SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL

289 CARTONS 20.594 CBM 3,106.18 KGS

TOTAL : TWO HUNDRED EIGHTY-NINE (289) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "TUCAPEL" VOY NO. 4133 DISCHARGED AT SAVANNAH, GA
SAILING ON / ABOUT August 21, 2024. CARGO RECEIVED ON August 2, 2024.

ORIGINAL

THIS IS NOT A DOCUMENT OF TITLE

The Goods and instructions are accepted and dealt with subject to the YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side hereof.)

NHAVA SHEVA August 12, 2024
(Place and date of issue.)

YUSEN LOGISTICS

For Yusen Logistics (India) Private Limited

Authorised Signatory

As Agent

(Authorized Signature) V2

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400816

Maker/Supplier's INVOICE No.
NT1132

Dated: July 29, 2024

Date of Receipt of Cargo
August 02, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA

Shipment From : NHAVA SHEVA To : MONTGOMERY, AL

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378881
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755712, 810755713,
810755731, 810755732,
810755752, 810755753,
810755761, 810755762
CARTON 1 - 289
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM
CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378881
SKU NO: 810755693, 810755694, 810755697, 810755698,
810755712, 810755713,
810755731, 810755732, 810755752, 810755753, 810755761,
810755762
QTY: 7236
GR.WT: 3106.180 KGS
SB.NO: 2811565 DT. 30/07/2024

HLBU1665957 (PART) SEAL# HLG6279148 40H DRY

SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL

289 CARTONS 20.594 CBM 3,106.18 KGS

TOTAL : TWO HUNDRED EIGHTY-NINE (289) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "TUCAPEL" VOY NO. 4133 DISCHARGED AT SAVANNAH, GA
SAILING ON / ABOUT August 21, 2024. CARGO RECEIVED ON August 2, 2024.

Non-Negotiable Copy

THIS IS NOT A DOCUMENT OF TITLE

**Non-Negotiable**

Copy

NHAVA SHEVA August 12, 2024

(Place and date of issue.)

YUSEN LOGISTICS

As Agent

V2

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

# Forwarders' Cargo Receipt
## Terms and Conditions

**1. DEFINITIONS**

1.1. "Company" means Yusen Logistics Global Management Limited trading or any of its affiliate entities issuing these Conditions in its capacity as an origin services provider for its customer who is the ultimate consignee of this shipment.

1.2. "Conditions" means the entire undertakings, terms, conditions, and clauses embodied herein, and includes terms and conditions on the front and any Shippers' Instructions received in writing at the time of receipt.

1.3. "Shipper" means the vendor tendering items to Company for Services and any person at whose request or on whose behalf Shipper undertakes any tender of those cargoes to Company.

1.4. "Shippers' Instructions" means any of Shipper's specific written shipping instructions or requirements delivered to Company at the time of receipt of the cargoes.

1.5. "Laws" means any laws, statutes, regulations, or conventions which apply compulsorily to any element of the Services or any subject matter incidental to these Conditions.

1.6. "Services" means the origin services to be provided by Company and includes the receipt of cargoes from Shipper and subsequent arranging for the storage, warehousing, collection, delivery, local transportation, insurance, customs clearance, packing, unpacking, and other handling of goods and other services intended to accomplish delivery of the cargoes to Company's customer, the ultimate consignee.

1.7. "Owner" means the owner of the cargoes (including any packings, containers, or equipment other than those provided by Customer or carriers) to which any business concluded under these Conditions relates and any other person who is or may become interested in them depending upon the commercial terms of sale and including the ultimate consignee.

**2. COMPULSORY LEGISLATION AND STATUTORY PROTECTION**

2.1 In the event that any provisions contained herein are inconsistent with any Laws that apply compulsorily to any element of the Services, those provisions, to the extent of such inconsistency, shall be null and void in relation to such element of the Services by Company, but the remaining provisions of this forwarders' certificate of receipt ("FCR") shall remain valid and enforceable.

2.2 Nothing in these Conditions shall operate to limit or deprive Company of any statutory protection, defense, exception, or limitation of liability authorized by any applicable Laws.

2.3 Any and all advice information or Services provided by Company gratuitously is provided on the basis that Company will not accept any liability whatsoever therefor, whether in tort, bailment, or otherwise.

**3. SHIPPER'S WARRANTIES**

3.1 Shipper warrants as follows:

a) By accepting these Conditions, Shipper agrees to be bound by all stipulations, exceptions, terms, and conditions on the front and back hereof, whether written, typed, stamped, or printed, as fully as if signed by Shipper.

b) By accepting these Conditions and agreeing to the terms hereof, Shipper is, or is the agent of and has the authority of, the Owner or person owning or entitled to the possession of the cargoes or of the person who is or may become interested in the cargoes;

c) The description and particulars relating to the cargoes set out on the front hereof: (a) have been checked by Shipper on receipt of these Conditions; and (b) are full and accurate;

d) The cargoes contain no drugs, prohibited or stolen goods, contraband, or other illegal material or substance or stowaways;

e) The cargoes have been properly and sufficiently prepared, packed, stowed, labelled, and/or marked by or on behalf of Shipper, and the preparation, packing, stowage, labelling, and/or marking are appropriate to the storage, handling, and any operations or transactions that may affect the cargoes and are in compliance with all applicable Laws;

f) Shipper complies with all Laws, requirements, directions, recommendations, rules, guidelines of customs, port, import, export, and other authorities;

g) Shipper shall provide the total gross mass established using calibrated and certified equipment of each packed Container (FCL) or each package of cargoes (LCL) in accordance with SOLAS. Shipper acknowledges and agrees that Company will rely on the accuracy and timeliness of such gross mass information and will use this to comply with its obligations in accordance with SOLAS.

h) Proper Packing, etc.: All the cargoes, the subject of any Service provided by Company, have been properly and sufficiently packed and/or prepared, and that Company has no liability for any loss of or damage to cargoes which are improperly or insufficiently packed or prepared, no matter how such loss or damage is caused.

i) Transport Unit: Where the cargoes delivered by or on behalf of Shipper are already carried in or on containers, trailers, flats, tilts, railway wagons, tanks, igloos, or any other unit load device (each hereafter referred to as a "transport unit") then:

i) The transport unit is in good condition, is suitable to carry the goods loaded therein or thereon, and is suitable for the intended carriage and other handling; and

ii) The cargoes are suitable for carriage and other handling in or on the transport unit and has been properly and competently packed or loaded in or on the transport unit.

j) Description of Cargoes: All descriptions, values, and other particulars of the goods furnished to Company are true, complete, and accurate, it being the duty of Shipper to provide such information to Company and to ensure that such information is true, complete, and accurate.

k) Fitness of Cargoes: The cargoes are fit and suitable for the carriage (international as well as local), storage, packing, unpacking, and other handling in accordance with, pursuant, related, or incidental to Shipper's Instructions.

l) Delivery of Cargoes: The consignee or other person entitled to the delivery of the goods shall take delivery of the goods upon their arrival at destination and shall pay all necessary charges, taxes, and duties and shall comply with all necessary formalities and procedures.

**4. DANGEROUS GOODS**

4.1 Cargoes tendered by Shipper to Company are not of such nature that they are or may become dangerous, hazardous, noxious (including radioactive materials), inflammable, explosive, or which do or may present a risk of damage to any property or person whatsoever ("Dangerous Goods") unless Shipper, or someone acting on its behalf, has given Company written notice of the nature of the Dangerous Goods prior to Company's receipt of such Dangerous Goods and Company has expressly accepted in writing to deal with the Dangerous Goods. Shipper's notice will include all information necessary for Company to perform its obligation in connection with the Dangerous Goods in accordance with all applicable Laws or requirements (or any combination of the foregoing), including without limitation information about the characteristics of the Dangerous Goods, the appropriate manner and method of storage and handling of the Dangerous Goods.

4.2 Any Dangerous Goods must be distinctly marked on the outside so as to indicate the nature and characteristics of the Dangerous Goods and so as to comply with all Laws.

4.3 Additional charges may apply to the storage and handling of Dangerous Goods. If any Dangerous Goods are tendered in breach of this Section, they may, at any time or place be unloaded, destroyed, disposed, abandoned, or rendered harmless, as circumstances may require, at Shipper's cost.

**5. COMPANY'S AUTHORITY**

5.1 SHIPPER ACKNOWLEDGES AND AGREES THAT COMPANY'S: A) ROLE IS SOLELY THAT OF ORIGIN SERVICES PROVIDER, AND THAT COMPANY WILL NOT UNDER THESE CONDITIONS PERFORM IN THE CAPACITY OF A CARRIER, NON-VESSEL-OPERATING COMMON CARRIER, CUSTOMS HOUSE BROKER, OR AS A SHIPPER AS THAT TERM IS UNDERSTOOD UNDER APPLICABLE LAWS; B) CUSTOMER IS THE ULTIMATE CONSIGNEE OF THE CARGOES PROVIDED BY SHIPPER TO COMPANY UNDER THESE CONDITIONS AND CUSTOMER WILL BE IDENTIFIED AS THE LAWFUL SHIPPER FOR INTERNATIONAL OCEAN CARRIAGE; AND C) SERVICES ARE DELIVERED AS A CONVENIENCE TO SHIPPER IN ITS TRANSACTION WITH THE ULTIMATE CONSIGNEE AND FOR WHICH COMPANY IS ENTITLED TO COLLECT FROM SHIPPER FOR THOSE SERVICES RENDERED AT ORIGIN.

5.2 Company is authorized to depart or deviate from Shipper Instructions in any respect if in the opinion of Company such departure or deviation is necessary or desirable in Shipper's interests or is expedient.

5.3 Company is authorized by Shipper to act or to enter into any contract or arrangement with third-parties for performance of the Services without prior consultation with or further authorization from Shipper.

5.4 Company is authorized to agree with any 3rd Party the charges payable to such 3rd Party without reference to or further authorization from Shipper, it being agreed that the difference between the charges payable by Company to 3rd Party(ies), and the charges payable by Shipper to Company is Company's commission or remuneration or profit. Shipper waives any and has no right of enquiry of the charges payable to 3rd Party(ies) and Company is not under any duty to account to Shipper for Company's commissions, remunerations, or profits.

5.5 Company is authorized (but not obligated) to inspect or arrange for cargoes to be inspected.

5.6 Company is not obliged to arrange for Shipper's goods to be carried, forwarded, packed, unpacked, stored, or handled separately. Company is authorized (but not obliged) to consolidate or arrange to be consolidated cargoes of Shipper with other goods.

5.7 Shipper expressly agrees to be bound in all respects by any act, contract, or arrangement entered into by Company with third-parties pursuant to the aforesaid authorizations. Company is not and does not act as Shipper's agent with respect to any cargoes or shipments under these Conditions, and Company does not accept any such purported appointment of agency.

**6. LIABILITY AND LIMITATIONS**

6.1 SHIPPER ACKNOWLEDGES AND AGREES THAT IT HEREBY WAIVES ALL CLAIMS AGAINST COMPANY: (A) FOR CARGO LOSS, DAMAGE, OR DELAY, EXCEPT TO THE EXTENT SHIPPER CAN PROVE THAT SUCH HARM OCCURRED WHILE SUCH CARGOES WERE IN THE CARE, CUSTODY, AND CONTROL OF COMPANY DURING PERFORMANCE OF THE SERVICES PURSUANT TO THESE CONDITIONS; (B) RELATED TO THE RELEASE OF THE CARGOES TO THE CONSIGNEE OR OTHER PARTIES INCLUDING CARRIERS AND SERVICE PROVIDERS; AND (C) FOR LOSS OF PROFIT, LOSS OF SALES, LOSS OF BUSINESS, LOSS OF GOODWILL OR REPUTATION, THIRD-PARTY CLAIMS OF ANY NATURE, OR ASSERTING SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND.

6.2 Company's liability for the cargoes, if any, shall be determined and limited in accordance with this Section.

6.3 Liability for Loss or Damage to Cargoes – Without prejudice to any other right or remedies Company may have, Company shall be relieved of liability for any loss or damage to cargoes if, and to the extent that, such loss or damage is caused by:

a) A force majeure event;

b) Strike, lock-out, stoppage or restraint of labor, the consequences of which Company is unable to avoid by the exercise of reasonable diligence;

c) Any cause or event which Company is unable to avoid and the consequences whereof Company is unable to prevent by the exercise of reasonable diligence; or

d) Compliance with instructions or directions of Shipper or the consignee or any person authorized to give them.

6.4 Amount of Compensation – Subject to these Conditions, if Company is liable for loss of or damage to cargoes, the liability of Company shall be limited to the lesser of:

a) The landed cost at the destination of only those cargoes damaged or lost (excluding insurance); or

b) Two (2) SDRs per kilo of the gross weight of any cargoes lost or damaged.

6.5 No insurance will be arranged by Company for the benefit of Shipper.

6.6 Entire Liability – Except as set forth in in this Section, Company shall not be liable for loss of or damage to any cargoes or have any liability whatsoever for any events arising out or in connection with the storage and handling of cargoes and/or the FCR.

6.7 Application of Defenses, Limits, and Exclusions of Liability - The defenses, limits and exclusions of liability provided for in these Conditions of receipt shall apply in any action against Company arising out of or in connection with the Services (including loss or damage to cargoes) and whether the action be founded in contract, bailment, tort, breach of express or implied warranty, or otherwise, even if the loss or damage arose as a result of negligence, willful misconduct, or fundamental breach of contract.

6.8 By special arrangement which must be agreed to in writing, Company may accept liability in excess of the limit set forth herein if Shipper agrees to pay, and has paid, Company's additional charges for accepting such increased liability.

**7. INDEMNITY**

7.1. Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses (including without limitation all duties, taxes, imposts, levies, deposits, fines, and outlays of whatsoever nature levied by any authority) arising out of Company acting in accordance with Shipper's instructions, or arising from a breach of warranty or obligation by Shipper, or arising from Shipper's inaccurate or incomplete or ambiguous information or instructions, or arising from the negligence of Shipper or Owner.

7.2. Advice and information, in whatever form as may be given by Company, are provided by Company for Shipper only and Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses arising out of any other person relying on such advice or information. Except under special arrangements previously made in writing, advice, or information which is not related to specific instructions accepted by Shipper is provided gratuitously and without liability.

7.3. Shipper undertakes that no claim shall be made against any officer, servant, agent, or sub-contractor of Company which imposes or attempts to impose upon them any liability in connection with any Services provided or to be provided by Company. If any such claim should nevertheless be made Shipper shall indemnify Company against all consequences thereof. Without prejudice to the foregoing every such officer, servant, agent, and sub-contractor shall have the benefit of all provisions herein benefiting Company as if such provisions were expressly for his or its benefit. For the foregoing purposes, Shipper contracts for itself as well as agents for all the aforesaid persons.

7.4. Shipper shall defend, indemnify, and hold harmless Company from and against all claims, costs, and demands whatsoever and by whomsoever made or preferred in excess of the liability of Company under the terms of these Conditions, and without prejudice to the generality of the foregoing the indemnity shall include (without limitation) all claims, costs, and demands arising from or in connection with the negligence of Company, its officers, servants, agents, or sub-contractors.

**8. WAREHOUSING**

8.1 Pending release of the cargoes after provision of Services at origin, cargoes may be warehoused or otherwise held at the risk of Shipper or the Owner at any place at the sole discretion of Company and the cost therefore shall be for the account of Shipper.

**9. DECLARED VALUE**

9.1 Company shall not be obliged to make any declaration for the purpose of any statute or convention or contract as to the nature or value of any goods or as to any special interest in delivery unless express instructions in writing were previously given to and accepted by Company. A mere statement or declaration of the value or nature of cargoes for insurance or export or customs or other purposes is not and shall not be construed to be Shipper's instructions to Company to make any such declaration.

**10. SHIPPER'S OBLIGATION TO PAY DUTIES, TAXES, ETC.**

10.1 Shipper shall be liable for any duties, taxes, levies, deposits, or outlays of any kind levied by the authorities at any port or place for or in connection with cargoes and for any payments, storage, demurrage, fines, expenses, loss, or damage whatsoever incurred or sustained by Company in connection therewith.

**11. LIEN, DISPOSAL OF GOODS, ETC.**

11.1 Company shall have a general lien on all cargoes (and documents relating thereto) and any other property belonging to Shipper, directly or indirectly in Company's possession, custody, control, or enroute for all monies due to Company and/or its affiliates from Shipper or the ultimate consignee. Company may at its sole discretion exercise its lien at any time and at any place. The lien shall cover without limitation all charges, expenses, and advances of whatsoever nature due to Company and/or its affiliates and inclusive of any costs incurred enforcing and preserving its lien (including but not limited to storage charges) and in recovering or attempting to recover any sums due from Shipper or the ultimate consignee (whether in respect of the storage and handling herein or otherwise).

11.2 Company shall be entitled to sell (at any time and at any place) at the costs of Shipper cargoes and/or any such other property by private treaty or by public auction or other means, without giving prior notice or incurring any liability to Shipper and to apply the proceeds of such sale (net of expenses) in or towards the payment of any amount due to Company. Company shall be entitled to claim the difference against Shipper or the ultimate consignee in the event that the (net) sale proceeds do not discharge in full the amount due from Shipper or the ultimate consignee. Company's lien shall survive delivery or deemed delivery of cargoes.

11.3 Perishable cargoes which are not taken up immediately upon arrival or which are insufficiently addressed or marked or otherwise not readily identifiable, may be sold or otherwise disposed of without any notice to Shipper or the Owner and payment or tender of the net proceeds of any sale after deduction of charges and expenses shall be equivalent to delivery. All charges and expenses arising in connection with the sale or disposal of cargoes shall be paid by Shipper.

11.4 The rights of Company under this Section are independent and cumulative.

**12. RATES AND CHARGES**

12.1 Shipper is directly and primarily liable for the payment of all charges owed to Company in performance of the Services at origin for its benefit. Shipper shall pay to Company all sums immediately when due without deduction or deferment on account of any claim, counterclaim, or set-off.

12.2 Company at its discretion may request an advance to cover fees, duties, charges, taxes, and/or other expenses payable before Shipper's invoice is rendered. Forthwith upon such request being made, Shipper shall make such advance to Company.

12.3 On all amounts overdue to Company, Company shall be entitled to interest calculated on a monthly basis from the date such accounts are overdue until payment thereof at 2% per month (compounded monthly) during the period that such amounts are overdue.

**13. NOTICE OF CLAIM**

13.1 Any claim against Company must be in writing and delivered to Company at its registered office or its principal place of business in Hong Kong within 3 days of:

a) In the case of damage to goods, the date of delivery of cargoes;

b) In the case of loss or non-delivery or mis-delivery of cargoes, the date that cargoes should have been delivered; and

c) In any other case, the date of the event giving rise to the claim.

13.2 No action shall lie against Company if the claim is not made within the times and in the manner specified herein.

**14. TIME BAR**

14.1 Any right of action against Company shall be extinguished if suit is not brought in the proper forum and written notice thereof received by Company within three 3 months from the date cargoes arrived at the destination or the date cargoes should have arrived at the destination (whichever date is the earlier).

**15. NO COLLECT ON DELIVERY (C.O.D.) SHIPMENTS**

15.1 Shipper agrees that: (a) Company shall have no obligation to Shipper whatsoever related to Collect on Delivery (C.O.D.) shipments and commensurate obligations for collection of bank drafts or otherwise, or to collect on any specified terms by time drafts or otherwise; and (b) Shipper bears all risk for the payment of costs and/or collection of the invoice price from its customer and the consignee.

**16. GOVERNING LAW**

16.1 These Conditions and any act or contract to which they apply shall be governed by and construed according to the laws of the Hong Kong Special Administrative Region. Any dispute arising out of these Conditions or any such act or contract shall be subject to the non-exclusive jurisdiction of the courts of the Hong Kong Special Administrative Region.



# INDIAN CUSTOMS EDI SYSTEM

CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811025 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - I - SHIPPING BILL SUMMARY

**A STATUS**

| 1.MODE | 2.ASSESS | 3.EXMN | 4.JOBBING | 5.MEIS | 6.DBK | 7.RODTP | 8.LICENCE | 9.DFRC | 10.RE-EXP | 11.LUT |
|---|---|---|---|---|---|---|---|---|---|---|
| SEA | Y | N | N | Y | Y | N | N | N | | N |

| | | | |
|---|---|---|---|
| 12.PORT OF LOADING | INNSA1 (Jawaharlal Nehru (Nh) | 13.COUNTRY OF FINALDESTINATIO | UNITED STATES |
| 14.STATE OF ORIGIN | Maharashtra | 15.PORT OF FINAL DESTINATION | USTOX (Tremont) |
| 16.PORT OF DISCHARGE | USTOX (Tremont) | 17.COUNTRY OF DISCHARGE | UNITED STATES |

**B DECLARANT DETAILS**

| 1.EXPORTER'S NAME & ADDRESS | | 7.CONSIGNEE NAME & ADDRESS | |
|---|---|---|---|
| NANDINI TEXTILE | | TREMONT DC - #0874 | |
| 703, B WING, HARI PADAM APARTMENT, | | CLOSEOUT DISTRIBUTION, LLC 50 ROSCH | |
| | | CREEK RD,TREMONT PA 17981-1734,TEL - 570-695-6800 | |
| SOLAPUR | 2.Type Private | US | |
| 3. AD CODE: | 0290768 | 8. GSTIN / TYPE | 27ABGHS3593H1ZO GSN |
| 4.RBI WAIVER NO.& DT | | 9.FOREX BANK A/C NO. | 32XXXXXXXXXX001 |
| 5.CB NAME | INTERPORT GLOBAL LOGISTICS PVT LTD | 10.DBK BANK A/C NO. | 32XXXXXXXXXX001 |
| 6.AEO | | 11. IFSC NO. | UBIN0532169 |

**C.VALUE SUMMARY**

| 1.FOB VALUE | 2.FREIGHT | 3.INSURANC | 4.DISCOU | 5.COM |
|---|---|---|---|---|
| 1260580.32 | 0 | 0 | 0 | 0 |
| 6.DEDUCTIONS | 7.P/C | | 8.DUTY | 9.CESS |
| 0 | 0 | | | |

**D. EX.PR.**

| 1.DBK CLAIM | 2. IGST AMT | 3.CESS AMT |
|---|---|---|
| 32775 | 63029.02 | |
| 4.IGST VALUE | 5.RODTEP AMT | 6.ROSCTL AMT |
| 1260580.32 | 0 | 93660 |

**E MANIFEST DETAILS**

| 1.MAWB NO. | 2.MAWB DT | 3.HAWB NO. | 4.HAWB DT | N.O.C. |
|---|---|---|---|---|
| | | | | |
| 4. CIN NO. | | 5. CIN DT. | 6. CIN SITE ID | |

**F.INVOICE SUMMARY**

| 1.SNO | 2.INV NO. | 3. INV AMT. | 4.CURRENC |
|---|---|---|---|
| 1 | NT/24-25/1133 | 15224.4 | USD |

**G. EQUIPMENT DETAILS**

| 1.CONTAINER | 2.SEAL | 3.DATE | 4.S No |
|---|---|---|---|

**H CHALLAN DETAILS**

| 1SR.NO | 2.CHALLAN NO | 3.PAYMT DT | 4.AMOUNT |
|---|---|---|---|

ASSESSED COPY

**I. ANNEX DETAILS**

| 1.SEAL TYPE | 2.NATURE OF CARGO | 3.NO. OF PACKETS | 4.NO. OF CONTAINERS | 5.LOOSE PACKETS |
|---|---|---|---|---|
| | CONTAINERISED | 336 | 0 | |

6.MARKS & NUMBERS: AS PER INVOICE. (BUYER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800) "WE INTEND TO CLAIM REWARDS UNDER"SCHEME FOR REBATE OF STATE AND CENTRAL TAXES AND LEVIES (ROSCTL)"

**J.PROCESS DETAILS**

| 1.EVENT | 2.DATE | 3.TIME | 4.LEO NO. |
|---|---|---|---|
| 5.Submission | 30-JUL-24 | 12:09 | 6.LEO Date. |
| 5.Assessment | 30-JUL-24 | 15:44 | 8.BRC Realisation Date |
| 7.Examination | | | |
| 9.LEO | | | |
| 10. SEZ UNIT Details | | | |

Glossary

**A:** ASSESS - Assessed, EXMN - Examined, MEIS - Merchantise Export Incentive Scheme, DBK - Drawback, ROSL - Rebate of State Levies, DEEC - Duty Exemption Entitlement Certificate, DFRC - Duty Free Replenishment Certificate,LUT - Letter of Under Taking. **B:** CB - Customs Broker AD Authoized Dealer , AEO - Authorized Economic Operator, UCR - Unique Customs Reference **C:** DISCOU - Discount, COM - Commission, P/C Packing Charges,**D:** EX. PR.- Export Promotions **E:** MAWB / HAWB - Master / House Airway Bill Number **J:**BRC- Bank Realisation Certificate

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811025 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - II - INVOICE DETAILS

**A. REF**

| 1.S.No | 2.INVOICE No. & Dt. | 3.P.O.No. & Dt. | 4.LoC No. & Dt | 5.Contract No.&Dt | 6.AD code | 7.INVTERM |
|---|---|---|---|---|---|---|
| 1 | NT/24-25/1133 29/07/2024 | | | | 0290768 | FOB |

**B. TRANSACTION PARTIES**

| 1.EXPORTER'S NAME & ADDRESS | 2.BUYER'S NAME & ADDRESS |
|---|---|
| NANDINI TEXTILE | CLOSEOUT DISTRIBUTION, LLC |
| 703, B WING, HARI PADAM APARTMENT, | 4900 E, DUBLIN GRANVILLE ROAD COLUM |
| | BUS, OH 43081-7651 US TEL - 614-278 |
| 413001 | -6800 |
| **3.THIRD PARTY NAME & ADDRESS** | **4.BUYER AEO STATUS** |
| | |

**C.VAL DTLS**

| 1.INVOICE VALUE | 2.FOB VALUE | 3FREIGHT | 4.INSURANCE | 5DISCOUNT | 6.COMMISON | 7.DEDUCT | 8.P/C | 9.EXCHANGE RATE |
|---|---|---|---|---|---|---|---|---|
| 15224.4 USD | 15224.4 USD | 0 USD | 0 USD | 0 | 0 | 0 | | 1 USD INR 82.8 |

**D. ITEM DETAILS**

| 1.ItemSNo | 2.HS CD | 3.DESCRIPTION | 4.QUANTITY | 5.UQC | 6.RATE | 7.VALUE(F/C) |
|---|---|---|---|---|---|---|
| 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3654 | SET | 2.8 | 10231.2 |
| 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2736 | SET | 1.03 | 2818.08 |
| 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 2052 | SET | 1.06 | 2175.12 |

ASSESSED COPY

Glossary
A: Ref - Reference P.O. - Purchase Order, LoC - Letter of Credit, AD - Authorised Dealer **C:** VAL DTLS - Valuation Details
FOB - Freight On Board, DEDUCT - Deduction , P/C - Packing Charge **D**: HS CD - Harmonized System Code, UQC - Unit Quantity Code

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811025 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - III - ITEM DETAILS

INVOICE (1/1)

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3654 | SET | 2.8 | 10231.2 | 847143.38 | 255.02 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 847143.36 | 42357.17 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 3654 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2736 | SET | 1.03 | 2818.08 | 233337.07 | 93.81 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 233337.02 | 11666.85 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2736 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 2052 | SET | 1.06 | 2175.12 | 180099.99 | 96.54 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 180099.94 | 9005 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2052 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

AS SEEN COPY

GLOSSARY

FOB - Freight On Board, HS CD Harmonized System Code, UQC - Unit Quantity Code, PMV - Present Market Value, CESAM - Cess Amount

IGSTSTA - IGST Payment Status, VAL - IGST Value, PAID - IGST Amount Paid, SCHCOD - Scheme Code, SQC MSR - Standard Quantity

Measurement, comp - compensatory, PT Abroad - Preferential treatment Availed Abroad

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811025 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### A. DRAWBACK & ROSL CLAIM

| 1.INV SNO | 2.ITEM SNO | 3.DBK SNO. | 4.QTY/WT | 5.VALUE | 6.RATE | 7.DBK AMT | 8.STALEV | 9.CENLEV | 10.ROSCTL AMT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 630402B | 2302.02 | 847143.38 | 2.6 | 22025.73 | 37274 | 25668 | 62942 |
| 1 | 2 | 630402B | 590.976 | 233337.07 | 2.6 | 6066.76 | 10267 | 7070 | 17337 |
| 1 | 3 | 630402B | 443.232 | 180099.99 | 2.6 | 4682.6 | 7924 | 5457 | 13381 |

### B. AA / DFIA LICENCE DETAILS

| 1.INV SNO | 2.ITEM SNO | 3.LICENCE NO | 4.DESCN OF EXPORT ITEM | 5.EXP SNO | 6.EXPQTY | 7.UQC | 8.FOB VALUE |
|---|---|---|---|---|---|---|---|
| | | 9.SION | 10.DESCN OF IMPORT ITEM | 11IMP SNO | 12IMPQT | 13.UQC | 14.INDIG / IMP |

### C. JOBBING DETAILS

| 1.BE NO | 2.BE DATE | 3.PORT CODE | 4.DESCN OF IMPORTED GOODS | 5.QTY IMP | 6.QTY USED |
|---|---|---|---|---|---|

### D. SINGLE WINDOW DECLARATION

| 1.INVSN | 2.ITMSN | 3.INFO | 4.QUALIFIER | 5.INFO CD | 6.INFO TEXT | 7.INFO MSR | 8.UQC |
|---|---|---|---|---|---|---|---|
| 1 | 1 | DTY | GCESS | | | 0 | INR |
| 1 | 1 | ORC | EPT | NCPTI | | | |
| 1 | 1 | CHR | SQC | | | 3654 | NOS |
| 1 | 1 | ORC | STO | 27 | | | |
| 1 | 1 | ORC | DOO | 496 | | | |
| 1 | 2 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | EPT | NCPTI | | | |
| 1 | 2 | CHR | SQC | | | 2736 | NOS |
| 1 | 2 | ORC | STO | 27 | | | |
| 1 | 2 | ORC | DOO | 496 | | | |
| 1 | 3 | ORC | STO | 27 | | | |
| 1 | 3 | ORC | DOO | 496 | | | |
| 1 | 3 | ORC | EPT | NCPTI | | | |
| 1 | 3 | CHR | SQC | | | 2052 | NOS |
| 1 | 3 | DTY | GCESS | | | 0 | INR |

### E. SINGLE WINDOW DECLARATION - CONSTITUENTS

| 1.INVSN | 2.ITMSNO | 3.C SNO | 4.NAME | 5.CODE | 6.PERCENTAGE | 7.YIELD PCT | 8.ING |
|---|---|---|---|---|---|---|---|

### F. SINGLE WINDOW DECLARATION - CONTROL

| 1.INVSN | 2.ITMSNO | 3.CONTROL TYPE | 4.LOCATION | 5.ST DT | 6.END DT | 7.RES CD | 8.RES TEXT |
|---|---|---|---|---|---|---|---|

### G.SUPPORTING DOCUMENTS

| 1.INVSN | 2.ITMSNO | 3 DOCTYPCD | 4. ICEGATE ID | 5. IRN | 6.PARTY CD | 7.ISSUE PLA | 8.ISS DT | 9.EXP DT |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 331000 | INTERPORTCB | 2024073000028001 | | MAHARASHTR | 30-JUL-24 | |

### H.INVOICE DETAILS

| 1.SNO | 2.INVOICE NO | 3.INVOICE AMOUNT | 4.CURRENCY |
|---|---|---|---|
| 1 | NT/24-25/1133 | 15224.4 | USD |

### I.CONTAINER DETAILS

| 1.SNO | 2.CONTAINER | 3.SEAL | 4.DATE |
|---|---|---|---|

### J.AR4 DETAILS

| 1.INVSN | 2.ITMSN | 3.AR4 NUMBER | 4.AR4 DATE | 5.COMMISSIONERATE | 6.DIVISION | 7.RANGE |
|---|---|---|---|---|---|---|

### K. THIRD PARTY DETAILS

| 1.INVSN | 2.ITMSN | 3.IEC | 4. EXPORTER NAME | 5. ADDRESS | 6.GSTN ID AND TYPE |
|---|---|---|---|---|---|

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811025 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### L. ITEM MANUFACTURER/PRODUCER/GROWER DETAILS

| 1.INVSN | 2.ITMSN | 3.TYPE | 4.MANUFACT CD | 5.SOURCE STATE | 6.TRANS CY | 7.ADDRESS |
|---|---|---|---|---|---|---|
| | | | | | | |

### M. RODTEP DETAILS

| 1.INVSN | 2.ITMSN | 3. QUANTITY | 4. UQC | 5. NO. OF UNITS | 6. VALUE |
|---|---|---|---|---|---|
| | | | | | |

### N. REEXPORT DETAILS

| 1.INVS | 2.ITMSN | 3.BE SITE ID | 4.BE NUMBER | 5.BE DATE | 6.BE INV SNO | 7.BE ITEM S | 8. BE QTY | 9. BE UQC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ASSESSED COPY

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



INDIAN CUSTOMS EDI SYSTEM
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811025 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 336 | G.WT KGS | 3605.56 |

* SB21300720241636

## PART - V - DECLARATIONS

A. DECLARATION STATEMENT

ASSESSED COPY

B. AUTHORIZED SIGNATORY

DATE

AUTHORIZED SIGNATORY

CHA NAME :AAACI3746ACH002

PLACE

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

Yusen Logistics - Yusen Logistics **Yusen Logistics** Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400817

Maker/Supplier's INVOICE No. NT1133

Dated: July 29, 2024

Date of Receipt of Cargo August 02, 2024

Maker/Supplier: NANDINI TEXTILE

Buyer/Consignee: CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

Shipment From: NHAVA SHEVA To: TREMONT, PA

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378882
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755712,
810755713, 810755731,
810755732,
810755752, 810755753,
810755761,
810755762
CARTON 1 - 336
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM

CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378882
SKU NO: 810755693, 810755694,810755697, 810755698,
810755712,
810755713, 810755731, 810755732,810755752, 810755753,
810755761,810755762
QTY: 8442
GR.WT: 3605.560 KGS
SB.NO: 2811025 DT. 30/07/2024

UETU5610836 (PART) SEAL# OOLJSC2217 40H DRY

SHIP TO CODE & LOCATION : 00874-TREMONT, PA
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
MATERIAL

336 CARTONS 23.910 CBM 3,605.56 KGS

TOTAL : THREE HUNDRED THIRTY-SIX (336) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "APL SOUTHAMPTON" VOY NO. 418W DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT August 18, 2024. CARGO RECEIVED ON August 2, 2024.

ORIGINAL

THIS IS NOT A DOCUMENT OF TITLE

The Goods and instructions are accepted and dealt with subject to the YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side hereof.)

NHAVA SHEVA August 12, 2024
(Place and date of issue.)
YUSEN LOGISTICS

For Yusen Logistics (India) Private Limited

Authorised Signatory
As Agent

(Authorized Signature) V2

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics **Yusen Logistics** Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400817

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

Shipment From : NHAVA SHEVA To : TREMONT, PA

Maker/Supplier's INVOICE No.
NT1133

Dated: July 29, 2024

Date of Receipt of Cargo
August 02, 2024

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378882
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755712,
810755713, 810755731,
810755732,
810755752, 810755753,
810755761,
810755762
CARTON 1 - 336
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM
CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378882
SKU NO: 810755693, 810755694,810755697, 810755698,
810755712,
810755713, 810755731, 810755732,810755752, 810755753,
810755761,810755762
QTY: 8442
GR.WT: 3605.560 KGS
SB.NO: 2811025 DT. 30/07/2024

UETU5610836 (PART) SEAL# COLJSC2217 40H DRY

SHIP TO CODE & LOCATION : 00874-TREMONT, PA
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
MATERIAL

336 CARTONS 23.910 CBM 3,605.56 KGS

TOTAL : THREE HUNDRED THIRTY-SIX (336) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "APL SOUTHAMPTON" VOY NO. 418W DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT August 18, 2024. CARGO RECEIVED ON August 2, 2024.

THIS IS NOT A DOCUMENT OF TITLE

**Non-Negotiable**

Copy

NHAVA SHEVA August 12, 2024

(Place and date of issue.)

YUSEN LOGISTICS

As Agent

V2

Non-Negotiable Copy

# Forwarders' Cargo Receipt
## Terms and Conditions

**1. DEFINITIONS**

1.1. "Company" means Yusen Logistics Global Management Limited trading or any of its affiliate entities issuing these Conditions in its capacity as an origin services provider for its customer who is the ultimate consignee of this shipment.

1.2. "Conditions" means the entire undertakings, terms, conditions, and clauses embodied herein, and includes terms and conditions on the front and any Shippers' Instructions received in writing at the time of receipt.

1.3. "Shipper" means the vendor tendering items to Company for Services and any person at whose request or on whose behalf Shipper undertakes any tender of those cargoes to Company.

1.4. "Shippers' Instructions" means any of Shipper's specific written shipping instructions or requirements delivered to Company at the time of receipt of the cargoes.

1.5. "Laws" means any laws, statutes, regulations, or conventions which apply compulsorily to any element of the Services or any subject matter incidental to these Conditions.

1.6. "Services" means the origin services to be provided by Company and includes the receipt of cargoes from Shipper and subsequent arranging for the storage, warehousing, collection, delivery, local transportation, insurance, customs clearance, packing, unpacking, and other handling of goods and other services intended to accomplish delivery of the cargoes to Company's customer, the ultimate consignee.

1.7. "Owner" means the owner of the cargoes (including any packings, containers, or equipment other than those provided by Customer or carriers) to which any business concluded under these Conditions relates and any other person who is or may become interested in them depending upon the commercial terms of sale and including the ultimate consignee.

**2. COMPULSORY LEGISLATION AND STATUTORY PROTECTION**

2.1 In the event that any provisions contained herein are inconsistent with any Laws that apply compulsorily to any element of the Services, those provisions, to the extent of such inconsistency, shall be null and void in relation to such element of the Services by Company, but the remaining provisions of the forwarders' certificate of receipt ("FCR") shall remain valid and enforceable.

2.2 Nothing in these Conditions shall operate to limit or deprive Company of any statutory protection, defense, exception, or limitation of liability authorized by any applicable Laws.

2.3 Any and all advice, information or Services provided by Company gratuitously is provided on the basis that Company will not accept any liability whatsoever therefor, whether in tort, bailment, or otherwise.

**3. SHIPPER'S WARRANTIES**

3.1 Shipper warrants as follows:

a) By accepting these Conditions, Shipper agrees to be bound by all stipulations, exceptions, terms, and conditions on the front and back hereof, whether written, typed, stamped, or printed, as fully as if signed by Shipper;

b) By accepting these Conditions and agreeing to the terms hereof, Shipper is, or is the agent of and has the authority of, the Owner or person owning or entitled to the possession of the cargoes or of the person who is or may become interested in the cargoes;

c) The description and particulars relating to the cargoes set out on the front hereof: (a) have been checked by Shipper on receipt of these Conditions; and (b) are full and accurate;

d) The cargoes contain no drugs, prohibited or stolen goods, contraband, or other illegal material or substance or stowaways;

e) The cargoes have been properly and sufficiently prepared, packed, stowed, labelled, and/or marked by or on behalf of Shipper, and the preparation, packing, stowage, labelling, and/or marking are appropriate to the storage, handling, and any operations or transactions that may affect the cargoes and are in compliance with all applicable Laws;

f) Shipper complies with all Laws, requirements, directions, recommendations, rules, guidelines of customs, port, import, export, and other authorities;

g) Shipper shall provide the total gross mass established using calibrated and certified equipment of each packed Container (FCL) or each package of cargoes (LCL) in accordance with SOLAS. Shipper acknowledges and agrees that Company will rely on the accuracy and timeliness of such gross mass information and will use this to comply with its obligations in accordance with SOLAS.

h) Proper Packing, etc.: All the cargoes, the subject of any Service provided by Company, have been properly and sufficiently packed and/or prepared, and that Company has no liability for any loss of or damage to cargoes which are improperly or insufficiently packed or prepared, no matter how such loss or damage is caused.

i) Transport Unit: Where the cargoes delivered by or on behalf of Shipper are already carried in or on containers, trailers, flats, tilts, railway wagons, tanks, igloos, or any other unit load device (each hereafter referred to as a "transport unit") then:

i) The transport unit is in good condition, is suitable to carry the goods loaded therein or thereon, and is suitable for the intended carriage and other handling; and

ii) The cargoes are suitable for carriage and other handling in or on the transport unit and has been properly and competently packed or loaded in or on the transport unit.

j) Description of Cargoes: All descriptions, values, and other particulars of the goods furnished to Company are true, complete, and accurate, it being the duty of Shipper to provide such information to Company and to ensure that such information is true, complete, and accurate.

k) Fitness of Cargoes: The cargoes are fit and suitable for the carriage (international as well as local), storage, packing, unpacking, and other handling in accordance with, pursuant, related, or incidental to Shipper's instructions.

l) Delivery of Cargoes: The consignee or other person entitled to the delivery of the goods shall take delivery of the goods upon their arrival at destination and shall pay all necessary charges, taxes, and duties and shall comply with all necessary formalities and procedures.

**4. DANGEROUS GOODS**

4.1 Cargoes tendered by Shipper to Company are not of such nature that they are or may become dangerous, hazardous, noxious (including radioactive materials), inflammable, explosive, or which do or may present a risk of damage to any property or person whatsoever ("Dangerous Goods") unless Shipper, or someone acting on its behalf, has given Company written notice of the nature of the Dangerous Goods prior to Company's receipt of such Dangerous Goods and Company has expressly accepted in writing to deal with the Dangerous Goods. Shipper's notice will include all information necessary for Company to perform its obligation in connection with the Dangerous Goods in accordance with all applicable Laws or requirements (or any combination of the foregoing), including without limitation information about the characteristics of the Dangerous Goods, the appropriate manner and method of storage and handling of the Dangerous Goods.

4.2 Any Dangerous Goods must be distinctly marked on the outside so as to indicate the nature and characteristics of the Dangerous Goods and so as to comply with all Laws.

4.3 Additional charges may apply to the storage and handling of Dangerous Goods. If any Dangerous Goods are tendered in breach of this Section, they may, at any time or place be unloaded, destroyed, disposed, abandoned, or rendered harmless, as circumstances may require, at Shipper's cost.

**5. COMPANY'S AUTHORITY**

5.1 SHIPPER ACKNOWLEDGES AND AGREES THAT COMPANY'S: A) ROLE IS SOLELY THAT OF ORIGIN SERVICES PROVIDER, AND THAT COMPANY WILL NOT UNDER THESE CONDITIONS PERFORM IN THE CAPACITY OF A CARRIER, NON-VESSEL-OPERATING COMMON CARRIER, CUSTOMS HOUSE BROKER, OR AS A SHIPPER AS THAT TERM IS UNDERSTOOD UNDER APPLICABLE LAWS; B) CUSTOMER IS THE ULTIMATE CONSIGNEE OF THE CARGOES PROVIDED BY SHIPPER TO COMPANY UNDER THESE CONDITIONS AND CUSTOMER WILL BE IDENTIFIED AS THE LAWFUL SHIPPER FOR INTERNATIONAL OCEAN CARRIAGE; AND C) SERVICES ARE DELIVERED AS A CONVENIENCE TO SHIPPER IN ITS TRANSACTION WITH THE ULTIMATE CONSIGNEE AND FOR WHICH COMPANY IS ENTITLED TO COLLECT FROM SHIPPER FOR THOSE SERVICES RENDERED AT ORIGIN.

5.2 Company is authorized to depart or deviate from Shipper Instructions in any respect if in the opinion of Company such departure or deviation is necessary or desirable in Shipper's interests or is expedient.

5.3 Company is authorized by Shipper to act or to enter into any contract or arrangement with third-parties for performance of the Services without prior consultation with or further authorization from Shipper.

5.4 Company is authorized to agree with any 3rd Party the charges payable to such 3rd Party without reference to or further authorization from Shipper, it being agreed that the difference between the charges payable by Company to 3rd Party(ies), and the charges payable by Shipper to Company is Company's commission or remuneration or profit. Shipper waives any and has no right of enquiry of the charges payable to 3rd Party(ies) and Company is not under any duty to account to Shipper for Company's commissions, remunerations, or profits.

5.5 Company is authorized (but not obligated) to inspect or arrange for cargoes to be inspected.

5.6 Company is not obliged to arrange for Shipper's goods to be carried, forwarded, packed, unpacked, stored, or handled separately. Company is authorized (but not obliged) to consolidate or arrange to be consolidated cargoes of Shipper with other goods.

5.7 Shipper expressly agrees to be bound in all respects by any act, contract, or arrangement entered into by Company with third-parties pursuant to the aforesaid authorizations. Company is not and does not act as Shipper's agent with respect to any cargoes or shipments under these Conditions, and Company does not accept any such purported appointment of agency.

**6. LIABILITY AND LIMITATIONS**

6.1 SHIPPER ACKNOWLEDGES AND AGREES THAT IT HEREBY WAIVES ALL CLAIMS AGAINST COMPANY: (A) FOR CARGO LOSS, DAMAGE, OR DELAY, EXCEPT TO THE EXTENT SHIPPER CAN PROVE THAT SUCH HARM OCCURRED WHILE SUCH CARGOES WERE IN THE CARE, CUSTODY, AND CONTROL OF COMPANY DURING PERFORMANCE OF THE SERVICES PURSUANT TO THESE CONDITIONS; (B) RELATED TO THE RELEASE OF THE CARGOES TO THE CONSIGNEE OR OTHER PARTIES INCLUDING CARRIERS AND SERVICE PROVIDERS; AND (C) FOR LOSS OF PROFIT, LOSS OF SALES, LOSS OF BUSINESS, LOSS OF GOODWILL OR REPUTATION, THIRD-PARTY CLAIMS OF ANY NATURE, OR ASSERTING SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND.

6.2 Company's liability for the cargoes, if any, shall be determined and limited in accordance with this Section.

6.3 Liability for Loss or Damage to Cargoes – Without prejudice to any other right or remedies Company may have, Company shall be relieved of liability for any loss or damage to cargoes if, and to the extent that, such loss or damage is caused by:

a) A force majeure event;

b) Strike, lock-out, stoppage or restraint of labor, the consequences of which Company is unable to avoid by the exercise of reasonable diligence;

c) Any cause or event which Company is unable to avoid and the consequences whereof Company is unable to prevent by the exercise of reasonable diligence; or

d) Compliance with instructions or directions of Shipper or the consignee or any person authorized to give them.

6.4 Amount of Compensation – Subject to these Conditions, if Company is liable for loss of or damage to cargoes, the liability of Company shall be limited to the lesser of:

a) The landed cost at the destination of only those cargoes damaged or lost (excluding insurance); or

b) Two (2) SDRs per kilo of the gross weight of any cargoes lost or damaged.

6.5 No insurance will be arranged by Company for the benefit of Shipper.

6.6 Entire Liability – Except as set forth in in this Section, Company shall not be liable for loss of or damage to any cargoes or have any liability whatsoever for any events arising out or in connection with the storage and handling of cargoes and/or the FCR.

6.7 Application of Defenses, Limits, and Exclusions of Liability – The defenses, limits and exclusions of liability provided for in these Conditions of receipt shall apply in any action against Company arising out of or in connection with the Services (including loss or damage to cargoes) and whether the action be founded in contract, bailment, tort, breach of express or implied warranty, or otherwise, even if the loss or damage arose as a result of negligence, willful misconduct, or fundamental breach of contract.

6.8 By special arrangement which must be agreed to in writing, Company may accept liability in excess of the limit set forth herein if Shipper agrees to pay, and has paid, Company's additional charges for accepting such increased liability.

**7. INDEMNITY**

7.1. Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses (including without limitation all duties, taxes, imposts, levies, deposits, fines, and outlays of whatsoever nature levied by any authority) arising out of Company acting in accordance with Shipper's instructions, or arising from a breach of warranty or obligation by Shipper, or arising from Shipper's inaccurate or incomplete or ambiguous information or instructions, or arising from the negligence of Shipper or Owner.

7.2. Advice and information, in whatever form as may be given by Company, are provided by Company for Shipper only and Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses arising out of any other person relying on such advice or information. Except under special arrangements previously made in writing, advice, or information which is not related to specific instructions accepted by Shipper is provided gratuitously and without liability.

7.3. Shipper undertakes that no claim shall be made against any officer, servant, agent, or sub-contractor of Company which imposes or attempts to impose upon them any liability in connection with any Services provided or to be provided by Company. If any such claim should nevertheless be made Shipper shall indemnify Company against all consequences thereof. Without prejudice to the foregoing every such officer, servant, agent, and sub-contractor shall have the benefit of all provisions herein benefiting Company as if such provisions were expressly for his or its benefit. For the foregoing purposes, Shipper contracts for itself as well as agents for all the aforesaid persons.

7.4. Shipper shall defend, indemnify, and hold harmless Company from and against all claims, costs, and demands whatsoever and by whomsoever made or preferred in excess of the liability of Company under the terms of these Conditions, and without prejudice to the generality of the foregoing this indemnity shall include (without limitation) all claims, costs, and demands arising from or in connection with the negligence of Company, its officers, servants, agents, or sub-contractors.

**8. WAREHOUSING**

8.1 Pending release of the cargoes after provision of Services at origin, cargoes may be warehoused or otherwise held at the risk of Shipper or the Owner at any place at the sole discretion of Company and the cost therefore shall be for the account of Shipper.

**9. DECLARED VALUE**

9.1 Company shall not be obliged to make any declaration for the purpose of any statute or convention or contract as to the nature or value of any goods or as to any special interest in delivery unless express instructions in writing were previously given to and accepted by Company. A mere statement or declaration of the value or nature of cargoes for insurance or export or customs or other purposes is not and shall not be construed to be Shipper's Instructions to Company to make any such declaration.

**10. SHIPPER'S OBLIGATION TO PAY DUTIES, TAXES, ETC.**

10.1 Shipper shall be liable for any duties, taxes, levies, deposits, or outlays of any kind levied by the authorities at any port or place for or in connection with cargoes and for any payments, storage, demurrage, fines, expenses, loss, or damage whatsoever incurred or sustained by Company in connection therewith.

**11. LIEN, DISPOSAL OF GOODS, ETC.**

11.1 Company shall have a general lien on all cargoes (and documents relating thereto) and any other property belonging to Shipper, directly or indirectly, in Company's possession, custody, control, or enroute for all monies due to Company and/or its affiliates from Shipper or the ultimate consignee. Company may at its sole discretion enforce its lien at any time and at any place. The lien shall cover without limitation all charges, expenses, and advances of whatsoever nature due to Company and/or its affiliates and inclusive of any costs incurred enforcing and preserving its lien (including but not limited to storage charges) and in recovering or attempting to recover any sums due from Shipper or the ultimate consignee (whether in respect of the storage and handling herein or otherwise).

11.2 Company shall be entitled to sell (at any time and at any place) at the costs of Shipper cargoes and/or any such other property by private treaty or by public auction or other means, without giving prior notice or incurring any liability to Shipper and to apply the proceeds of such sale (net of expenses) in or towards the payment of any amount due to Company. Company shall be entitled to claim the difference against Shipper or the ultimate consignee. In the event that the (net) sale proceeds do not discharge in full the amount due from Shipper or the ultimate consignee. Company's lien shall survive delivery or deemed delivery of cargoes.

11.3 Perishable cargoes which are not taken up immediately upon arrival or which are insufficiently addressed or marked or otherwise not readily identifiable, may be sold or otherwise disposed of without any notice to Shipper or the Owner and payment or tender of the net proceeds of any sale after deduction of charges and expenses shall be equivalent to delivery. All charges and expenses arising in connection with the sale or disposal of cargoes shall be paid by Shipper.

11.4 The rights of Company under this Section are independent and cumulative.

**12. RATES AND CHARGES**

12.1 Shipper is directly and primarily liable for the payment of all charges owed to Company in performance of the Services at origin for its benefit. Shipper shall pay to Company all sums immediately when due without deduction or deferment on account of any claim, counterclaim, or set-off.

12.2 Company at its discretion may request an advance to cover fees, duties, charges, taxes, and/or other expenses payable before Shipper's invoice is rendered. Forthwith upon such request being made, Shipper shall make such advance to Company.

12.3 On all amounts overdue to Company, Company shall be entitled to interest calculated on a monthly basis from the date such accounts are overdue until payment thereof at 2% per month (compounded monthly) during the period that such amounts are overdue.

**13. NOTICE OF CLAIM**

13.1 Any claim against Company must be in writing and delivered to Company at its registered office or its principal place of business in Hong Kong within 3 days of:

a) In the case of damage to goods, the date of delivery of cargoes;

b) In the case of loss or non-delivery or mis-delivery of cargoes, the date that cargoes should have been delivered; and

c) In any other case, the date of the event giving rise to the claim.

13.2 No action shall lie against Company if the claim is not made within the times and in the manner specified herein.

**14. TIME BAR**

14.1 Any right of action against Company shall be extinguished if suit is not brought in the proper forum and written notice thereof received by Company within three 3 months from the date cargoes arrived at the destination or the date cargoes should have arrived at the destination (whichever date is the earlier).

**15. NO COLLECT ON DELIVERY (C.O.D.) SHIPMENTS**

15.1 Shipper agrees that: (a) Company shall have no obligation to Shipper whatsoever related to Collect on Delivery (C.O.D.) shipments and commensurate obligations for collection of bank drafts or otherwise, or to collect on any specified terms by time drafts or otherwise; and (b) Shipper bears all risk for the payment of costs and/or collection of the invoice price from its customer and the consignee.

**16. GOVERNING LAW**

16.1 These Conditions and any act or contract to which they apply shall be governed by and construed according to the laws of the Hong Kong Special Administrative Region. Any dispute arising out of these Conditions or any such act or contract shall be subject to the non-exclusive jurisdiction of the courts of the Hong Kong Special Administrative Region.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407378 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 254 | G.WT KGS | 2731.12 |

* SB22180720241910

## PART - I - SHIPPING BILL SUMMARY

**A STATUS**

| 1.MODE | 2.ASSESS | 3.EXMN | 4.JOBBING | 5.MEIS | 6.DBK | 7.RODTP | 8.LICENCE | 9.DFRC | 10.RE-EXP | 11.LUT |
|---|---|---|---|---|---|---|---|---|---|---|
| SEA | N | Y | N | Y | Y | N | N | N | | N |

| | | | |
|---|---|---|---|
| 12.PORT OF LOADING | INNSA1 (Jawaharlal Nehru (Nh) | 13.COUNTRY OF FINALDESTINATIO | UNITED STATES |
| 14.STATE OF ORIGIN | Maharashtra | 15.PORT OF FINAL DESTINATION | USDUA (Durant) |
| 16.PORT OF DISCHARGE | USDUA (Durant) | 17.COUNTRY OF DISCHARGE | UNITED STATES |

**B DECLARAN DETAILS**

| | | | |
|---|---|---|---|
| 1.EXPORTER'S NAME & ADDRESS | | 7.CONSIGNEE NAME & ADDRESS | |
| NANDINI TEXTILE | | DURANT DC -#0879 | |
| 703, B WING, HARI PADAM APARTMENT, | | DURANT DC,LLC 2306 ENTERPRISE DR DU | |
| | | RANT OK 74701-1964 | |
| SOLAPUR | 2.Type Private | US | |
| 3. AD CODE: | 0290768 | 8. GSTIN / TYPE | 27ABGHS3593H1ZO GSN |
| 4.RBI WAIVER NO.& DT | | 9.FOREX BANK A/C NO. | 32XXXXXXXXXX001 |
| 5.CB NAME | INTERPORT GLOBAL LOGISTICS PVT LTD | 10.DBK BANK A/C NO. | 32XXXXXXXXXX001 |
| 6.AEO | | 11. IFSC NO. | UBIN0532169 |

**C.VALU SUMMA**

| 1.FOB VALUE | 2.FREIGHT | 3.INSURANC | 4.DISCOU | 5.COM |
|---|---|---|---|---|
| 953478.07 | 0 | 0 | 0 | 0 |
| 6.DEDUCTIONS | 7.P/C | | 8.DUTY | 9.CESS |
| 0 | 0 | | | |

**D. EX.PR.**

| 1.DBK CLAIM | 2. IGST AMT | 3.CESS AMT |
|---|---|---|
| 24790 | 47673.64 | |
| 4.IGST VALUE | 5.RODTEP AMT | 6.ROSCTL AMT |
| 953472.96 | 0 | 70843 |

**E MANIFEST DETAILS**

| 1.MAWB NO. | 2.MAWB DT | 3.HAWB NO. | 4.HAWB DT | N.O.C. |
|---|---|---|---|---|
| | | | | |

| 4. CIN NO. | 5. CIN DT. | 6. CIN SITE ID |
|---|---|---|
| 24PCEG07181361189400 | 18-JUL-24 | INNSA1 |

**F.INVOICE SUMMARY**

| 1.SNO | 2.INV NO. | 3. INV AMT. | 4.CURRENC |
|---|---|---|---|
| 1 | NT/24-25/1124 | 11529.36 | USD |

**G. EQUIPMENT DETAILS**

| 1.CONTAINER | 2.SEAL | 3.DATE | 4.S No |
|---|---|---|---|

**H CHALLAN DETAILS**

| 1SR.NO | 2.CHALLAN NO | 3.PAYMT DT | 4.AMOUNT |
|---|---|---|---|

**I. ANNEX DETAILS**

| 1.SEAL TYPE | 2.NATURE OF CARGO | 3.NO. OF PACKETS | 4.NO. OF CONTAINERS | 5.LOOSE PACKETS |
|---|---|---|---|---|
| WAREHOUSE SEALED | CONTAINERISED | 254 | 0 | 0 |

**6.MARKS & NUMBERS** AS PER INVOICE. (BUYER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800) "WE INTEND TO CLAIM REWARDS UNDER"SCHEME FOR REBATE OF STATE AND CENTRAL TAXES AND LEVIES (ROSCTL)"

**J.PROCESS DETAILS**

| 1.EVENT | 2.DATE | 3.TIME | 4.LEO NO. | 26/42 |
|---|---|---|---|---|
| 5.Submission | 13-JUL-24 | 19:04 | 6.LEO Date. | 18-JUL-24 |
| 5.Assessment | 15-JUL-24 | 12:27 | 8.BRC Realisation Date | 30-APR-25 |
| 7.Examination | 18-JUL-24 | 18:46 | | |
| 9.LEO | 18-JUL-24 | 19:10 | | |
| 10. SEZ UNIT Details | | | | |

LET EXPORT COPY

Glossary

**A:** ASSESS - Assessed, EXMN - Examined, MEIS - Merchantise Export Incentive Scheme, DBK - Drawback, ROSL - Rebate of State Levies, DEEC - Duty Exemption Entitlement Certificate, DFRC - Duty Free Replenishment Certificate,LUT - Letter of Under Taking. **B:** CB - Customs Broker AD Authoized Dealer , AEO - Authorized Economic Operator, UCR - Unique Customs Reference **C:** DISCOU - Discount, COM - Commission, P/C Packing Charges,**D:** EX. PR.- Export Promotions **E:** MAWB / HAWB - Master / House Airway Bill Number J:BRC- Bank Realisation Certificate

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407378 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 254 | G.WT KGS | 2731.12 |

* SB22180720241910

## PART - II - INVOICE DETAILS

**A. REF**

| 1.S.No | 2.INVOICE No. & Dt. | 3.P.O.No. & Dt. | 4.LoC No. & Dt | 5.Contract No.&Dt | 6.AD code | 7.INVTERM |
|---|---|---|---|---|---|---|
| 1 | NT/24-25/1124 12/07/2024 | | | | 0290768 | FOB |

**B. TRANSACTION PARTIES**

| 1.EXPORTER'S NAME & ADDRESS | 2.BUYER'S NAME & ADDRESS |
|---|---|
| NANDINI TEXTILE | DURANT DC, LLC |
| 703, B WING, HARI PADAM APARTMENT, | 4900 E, DUBLIN GRANVILLE ROAD COLUM |
| | BUS, OH 43081-7651 US |
| 413001 | |
| **3.THIRD PARTY NAME & ADDRESS** | **4.BUYER AEO STATUS** |
| | |

**C.VAL DTLS**

| 1.INVOICE VALUE | 2.FOB VALUE | 3FREIGHT | 4.INSURANCE | 5DISCOUNT | 6.COMMISON | 7.DEDUCT | 8.P/C | 9.EXCHANGE RATE |
|---|---|---|---|---|---|---|---|---|
| 11529.36 USD | 11529.36 USD | 0 USD | 0 USD | 0 | 0 | 0 | | 1 USD INR 82.7 |

**D. ITEM DETAILS**

| 1.ItemSNo | 2.HS CD | 3.DESCRIPTION | 4.QUANTITY | 5.UQC | 6.RATE | 7.VALUE(F/C) |
|---|---|---|---|---|---|---|
| 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 2790 | SET | 2.8 | 7812 |
| 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2016 | SET | 1.03 | 2076.48 |
| 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1548 | SET | 1.06 | 1640.88 |

LET EXPORT COPY

Glossary

A: Ref - Reference P.O. - Purchase Order, LoC - Letter of Credit, AD - Authorised Dealer **C:** VAL DTLS - Valuation Details
FOB - Freight On Board, DEDUCT - Deduction , P/C - Packing Charge **D**: HS CD - Harmonized System Code, UQC - Unit Quantity Code

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2407378 | 13-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AACI3746ACH002 | |

| TYPE | INV | ITEM | CONT |
|---|---|---|---|
| Nos | 1 | 3 | 0 |
| PKG | 254 | G.WT KGS | 2731.12 |

* SB22180720241910

## PART - III - ITEM DETAILS

INVOICE (1/1)

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 2790 | SET | 2.8 | 7812 | 646052.43 | 254.72 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 646052.4 | 32302.62 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2790 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2016 | SET | 1.03 | 2076.48 | 171724.93 | 93.7 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 171722.88 | 8586.14 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2016 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1548 | SET | 1.06 | 1640.88 | 135700.81 | 96.43 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 135697.68 | 6784.88 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 1548 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

LET EXPORT COPY

GLOSSARY

FOB - Freight On Board, HS CD Harmonized System Code, UQC - Unit Quantity Code, PMV - Present Market Value, CESAM - Cess Amount
IGSTSTA - IGST Payment Status, VAL - IGST Value, PAID - IGST Amount Paid, SCHCOD - Scheme Code, SQC MSR - Standard Quantity Measurement, comp - compensatory, PT Abroad - Preferential treatment Availed Abroad

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407378 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 254 | G.WT KGS | 2731.12 |



* SB22180720241910

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### A. DRAWBACK & ROSL CLAIM

| 1.INV SNO | 2.ITEM SNO | 3.DBK SNO. | 4.QTY/WT | 5.VALUE | 6.RATE | 7.DBK AMT | 8.STALEV | 9.CENLEV | 10.ROSCTL AMT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 630402B | 1757.7 | 646052.43 | 2.6 | 16797.36 | 28426 | 19575 | 48001 |
| 1 | 2 | 630402B | 435.456 | 171724.93 | 2.6 | 4464.85 | 7556 | 5203 | 12759 |
| 1 | 3 | 630402B | 334.368 | 135700.81 | 2.6 | 3528.22 | 5971 | 4112 | 10083 |

### B. AA / DFIA LICENCE DETAILS

| 1.INV SNO | 2.ITEM SNO | 3.LICENCE NO | 4.DESCN OF EXPORT ITEM | 5.EXP SNO | 6.EXPQTY | 7.UQC | 8.FOB VALUE |
|---|---|---|---|---|---|---|---|
| | | 9.SION | 10.DESCN OF IMPORT ITEM | 11IMP SNO | 12IMPQT | 13.UQC | 14.INDIG / IMP |

### C. JOBBING DETAILS

| 1.BE NO | 2.BE DATE | 3.PORT CODE | 4.DESCN OF IMPORTED GOODS | 5.QTY IMP | 6.QTY USED |
|---|---|---|---|---|---|

### D. SINGLE WINDOW DECLARATION

| 1.INVSN | 2.ITMSN | 3.INFO | 4.QUALIFIER | 5.INFO CD | 6.INFO TEXT | 7.INFO MSR | 8.UQC |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CHR | SQC | | | 2790 | NOS |
| 1 | 1 | DTY | GCESS | | | 0 | INR |
| 1 | 1 | ORC | DOO | 496 | | | |
| 1 | 1 | ORC | EPT | NCPTI | | | |
| 1 | 1 | ORC | STO | 27 | | | |
| 1 | 2 | CHR | SQC | | | 2016 | NOS |
| 1 | 2 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | DOO | 496 | | | |
| 1 | 2 | ORC | EPT | NCPTI | | | |
| 1 | 2 | ORC | STO | 27 | | | |
| 1 | 3 | CHR | SQC | | | 1548 | NOS |
| 1 | 3 | DTY | GCESS | | | 0 | INR |
| 1 | 3 | ORC | DOO | 496 | | | |
| 1 | 3 | ORC | EPT | NCPTI | | | |
| 1 | 3 | ORC | STO | 27 | | | |

### E. SINGLE WINDOW DECLARATION - CONSTITUENTS

| 1.INVSN | 2.ITMSNO | 3.C SNO | 4.NAME | 5.CODE | 6.PERCENTAGE | 7.YIELD PCT | 8.ING |
|---|---|---|---|---|---|---|---|

### F. SINGLE WINDOW DECLARATION - CONTROL

| 1.INVSN | 2.ITMSNO | 3.CONTROL TYPE | 4.LOCATION | 5.ST DT | 6.END DT | 7.RES CD | 8.RES TEXT |
|---|---|---|---|---|---|---|---|

### G.SUPPORTING DOCUMENTS

| 1.INVSN | 2.ITMSNO | 3 DOCTYPCD | 4. ICEGATE ID | 5. IRN | 6.PARTY CD | 7.ISSUE PLA | 8.ISS DT | 9.EXP DT |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 331000 | INTERPORTCB1 | 2024071300101546 | | MAHARASHTR | 13-JUL-24 | |

### H.INVOICE DETAILS

| 1.SNO | 2.INVOICE NO | 3.INVOICE AMOUNT | 4.CURRENCY |
|---|---|---|---|
| 1 | NT/24-25/1124 | 11529.36 | USD |

### I.CONTAINER DETAILS

| 1.SNO | 2.CONTAINER | 3.SEAL | 4.DATE |
|---|---|---|---|

### J.AR4 DETAILS

| 1.INVSN | 2.ITMSN | 3.AR4 NUMBER | 4.AR4 DATE | 5.COMMISSIONERATE | 6.DIVISION | 7.RANGE |
|---|---|---|---|---|---|---|

### K. THIRD PARTY DETAILS

| 1.INVSN | 2.ITMSN | 3.IEC | 4. EXPORTER NAME | 5. ADDRESS | 6.GSTN ID AND TYPE |
|---|---|---|---|---|---|

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2407378 | | 13-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 254 | G.WT KGS | 2731.12 |

* SB22180720241910

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### L. ITEM MANUFACTURER/PRODUCER/GROWER DETAILS

| 1.INVSN | 2.ITMSN | 3.TYPE | 4.MANUFACT CD | 5.SOURCE STATE | 6.TRANS CY | 7.ADDRESS |
|---|---|---|---|---|---|---|

### M. RODTEP DETAILS

| 1.INVSN | 2.ITMSN | 3. QUANTITY | 4. UQC | 5. NO. OF UNITS | 6. VALUE |
|---|---|---|---|---|---|

### N. REEXPORT DETAILS

| 1.INVS | 2.ITMSN | 3.BE SITE ID | 4.BE NUMBER | 5.BE DATE | 6.BE INV SNO | 7.BE ITEM S | 8. BE QTY | 9. BE UQC |
|---|---|---|---|---|---|---|---|---|

LET EXPORT COPY

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



INDIAN CUSTOMS EDI SYSTEM
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date | |
|---|---|---|---|---|
| INNSA1 | 2407378 | | 13-JUL-24 | |
| IEC/Br | ABGHS3593H | | 0 | |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | | |
| CB CODE | AAACI3746ACH002 | | | |
| TYPE | INV | ITEM | CONT | |
| Nos | 1 | 3 | 0 | |
| PKG | 254 | G.WT | KGS | 2731.12 |

* SB22180720241910

## PART - V - DECLARATIONS

A. DECLARATION STATEMENT

LET EXPORT COPY

B. AUTHORIZED SIGNATORY

DATE

AUTHORIZED SIGNATORY

CHA NAME :AAACI3746ACH002

PLACE

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400814

Maker/Supplier's INVOICE No. NT1124

Dated: July 12, 2024

Date of Receipt of Cargo July 19, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

Shipment From : NHAVA SHEVA To : DURANT, OK

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378883
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755712,
810755713, 810755731,
810755732,
810755752, 810755753,
810755761,
810755762
CARTON 1 - 254
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM
CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378883
SKU NO: 810755693, 810755694, 810755697, 810755698,
810755712,
810755713, 810755731, 810755732, 810755752, 810755753,
810755761,
810755762
QTY: 6354
GR.WT: 2731.120 KGS
SB.NO: 2407378 DT. 13/07/2024

NYKU5238310 (PART) SEAL# IN1482866 40H DRY

SHIP TO CODE & LOCATION : 00879-DURANT, OK
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL

254 CARTONS 17.737 CBM 2,731.12 KGS
==========================================================
TOTAL : TWO HUNDRED FIFTY-FOUR (254) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "EVER SAFETY" VOY NO. 114E DISCHARGED AT HOUSTON, TX
SAILING ON / ABOUT August 10, 2024. CARGO RECEIVED ON July 19, 2024.

ORIGINAL

THIS IS NOT A DOCUMENT OF TITLE

The Goods and instructions are accepted and dealt with subject to the YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side hereof.)

NHAVA SHEVA August 12, 2024
(Place and date of issue.)

YUSEN LOGISTICS

For Yusen Logistics (India) Private Limited

Authorised Signatory

As Agent

(Authorized Signature) V1

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400814

Maker/Supplier's INVOICE No.
NT1124

Dated: July 12, 2024

Date of Receipt of Cargo
July 19, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

Shipment From : NHAVA SHEVA To : DURANT, OK

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378883
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755712,
810755713, 810755731,
810755732,
810755752, 810755753,
810755761,
810755762
CARTON 1 - 254
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM

CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378883
SKU NO: 810755693, 810755694, 810755697, 810755698,
810755712,
810755713, 810755731, 810755732, 810755752, 810755753,
810755761,
810755762
QTY: 6354
GR.WT: 2731.120 KGS
SB.NO: 2407378 DT. 13/07/2024

NYKU5238310 (PART) SEAL# IN1482866 40H DRY

SHIP TO CODE & LOCATION : 00879-DURANT, OK
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
MATERIAL

254 CARTONS 17.737 CBM 2,731.12 KGS

TOTAL : TWO HUNDRED FIFTY-FOUR (254) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "EVER SAFETY" VOY NO. 114E DISCHARGED AT HOUSTON, TX
SAILING ON / ABOUT August 10, 2024. CARGO RECEIVED ON July 19, 2024.

Non-Negotiable Copy

THIS IS NOT A DOCUMENT OF TITLE

**Non-Negotiable**

Copy

NHAVA SHEVA August 12, 2024

(Place and date of issue.)

YUSEN LOGISTICS

As Agent

V1

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

# Forwarders' Cargo Receipt
# Terms and Conditions

1. **DEFINITIONS**

1.1. "Company" means Yusen Logistics Global Management Limited trading or any of its affiliate entities issuing these Conditions in its capacity as an origin services provider for its customer who is the ultimate consignee of the shipment.

1.2. "Conditions" means the entire undertakings, terms, conditions, and clauses embodied herein, and includes terms and conditions on the front and any Shippers' Instructions received in writing at the time of receipt.

1.3. "Shipper" means the vendor tendering items to Company for Services and any person at whose request or on whose behalf Shipper undertakes any tender of those cargoes to Company.

1.4. "Shippers' Instructions" means any of Shipper's specific written shipping instructions or requirements delivered to Company at the time of receipt of the cargoes.

1.5. "Laws" means any laws, statutes, regulations, or conventions which apply compulsorily to any element of the Services or any subject matter incidental to these Conditions.

1.6. "Services" means the origin services to be provided by Company and includes the receipt of cargoes from Shipper and subsequent arranging for the storage, warehousing, collection, delivery, local transportation, insurance, customs clearance, packing, unpacking, and other handling of goods and other services intended to accomplish delivery of the cargoes to Company's customer, the ultimate consignee.

1.7. "Owner" means the owner of the cargoes (including any packings, containers, or equipment other than those provided by Customer or carriers) to which any business concluded under these Conditions relates and any other person who is or may become interested in them depending upon the commercial terms of sale and including the ultimate consignee.

2. **COMPULSORY LEGISLATION AND STATUTORY PROTECTION**

2.1 In the event that any provisions contained herein are inconsistent with any Laws that apply compulsorily to any element of the Services, those provisions, to the extent of such inconsistency, shall be null and void in relation to such element of the Services by Company, but the remaining provisions of this forwarders' certificate of receipt ("FCR") shall remain valid and enforceable.

2.2 Nothing in these Conditions shall operate to limit or deprive Company of any statutory protection, defense, exception, or limitation of liability authorized by any applicable Laws.

2.3 Any and all advice, information or Services provided by Company gratuitously is provided on the basis that Company will not accept any liability whatsoever therefor, whether in tort, bailment, or otherwise.

3. **SHIPPER'S WARRANTIES**

3.1 Shipper warrants as follows:

a) By accepting these Conditions, Shipper agrees to be bound by all stipulations, exceptions, terms, and conditions on the front and back hereof, whether written, typed, stamped, or printed, as fully as if signed by Shipper;

b) By accepting these Conditions and agreeing to the terms hereof, Shipper is, or is the agent of and has the authority of, the Owner or person owning or entitled to the possession of the cargoes or of the person who is or may become interested in the cargoes;

c) The description and particulars relating to the cargoes set out on the front hereof: (a) have been checked by Shipper on receipt of these Conditions; and (b) are full and accurate;

d) The cargoes contain no drugs, prohibited or stolen goods, contraband, or other illegal material or substance or stowaways;

e) The cargoes have been properly and sufficiently prepared, packed, stowed, labelled, and/or marked by or on behalf of Shipper, and the preparation, packing, stowage, labelling, and/or marking are appropriate to the storage, handling, and any operations or transactions that may affect the cargoes and are in compliance with all applicable Laws;

f) Shipper complies with all Laws, requirements, directions, recommendations, rules, guidelines of customs, port, import, export, and other authorities;

g) Shipper shall provide the total gross mass established using calibrated and certified equipment of each packed Container (FCL) or each package of cargoes (LCL) in accordance with SOLAS. Shipper acknowledges and agrees that Company will rely on the accuracy and timeliness of such gross mass information and will use this to comply with its obligations in accordance with SOLAS.

h) Proper Packing, etc.: All the cargoes, the subject of any Service provided by Company, have been properly and sufficiently packed and/or prepared, and that Company has no liability for any loss of or damage to cargoes which are improperly or insufficiently packed or prepared, no matter how such loss or damage is caused.

i) Transport Unit: Where the cargoes delivered by or on behalf of Shipper are already carried in or on containers, trailers, flats, tilts, railway wagons, tanks, igloos, or any other unit load device (each hereafter referred to as a "transport unit") then:

   i) The transport unit is in good condition, is suitable to carry the goods loaded therein or thereon, and is suitable for the intended carriage and other handling; and

   ii) The cargoes are suitable for carriage and other handling in or on the transport unit and has been properly and competently packed or loaded in or on the transport unit.

j) Description of Cargoes: All descriptions, values, and other particulars of the goods furnished to Company are true, complete, and accurate, it being the duty of Shipper to provide such information to Company and to ensure that such information is true, complete, and accurate.

k) Fitness of Cargoes: The cargoes are fit and suitable for the carriage (international as well as local), storage, packing, unpacking, and other handling in accordance with, pursuant, related, or incidental to Shipper's Instructions.

l) Delivery of Cargoes: The consignee or other person entitled to the delivery of the goods shall take delivery of the goods upon their arrival at destination and shall pay all necessary charges, taxes, and duties and shall comply with all necessary formalities and procedures.

4. **DANGEROUS GOODS**

4.1 Cargoes tendered by Shipper to Company are not of such nature that they are or may become dangerous, hazardous, noxious (including radioactive materials), inflammable, explosive, or which do or may present a risk of damage to any property or person whatsoever ("Dangerous Goods") unless Shipper, or someone acting on its behalf, has given Company written notice of the nature of the Dangerous Goods prior to Company's receipt of such Dangerous Goods and Company has expressly accepted in writing to deal with the Dangerous Goods. Shipper's notice will include all information necessary for Company to perform its obligation in connection with the Dangerous Goods in accordance with all applicable Laws or requirements (or any combination of the foregoing), including without limitation information about the characteristics of the Dangerous Goods, the appropriate manner and method of storage and handling of the Dangerous Goods.

4.2 Any Dangerous Goods must be distinctly marked on the outside so as to indicate the nature and characteristics of the Dangerous Goods and so as to comply with all Laws.

4.3 Additional charges may apply to the storage and handling of Dangerous Goods. If any Dangerous Goods are tendered in breach of this Section, they may, at any time or place be unloaded, destroyed, disposed, abandoned, or rendered harmless as circumstances may require, at Shipper's cost.

5. **COMPANY'S AUTHORITY**

5.1 SHIPPER ACKNOWLEDGES AND AGREES THAT COMPANY'S: A) ROLE IS SOLELY THAT OF ORIGIN SERVICES PROVIDER, AND THAT COMPANY WILL NOT UNDER THESE CONDITIONS PERFORM IN THE CAPACITY OF A CARRIER, NON-VESSEL-OPERATING COMMON CARRIER, CUSTOMS HOUSE BROKER, OR AS A SHIPPER AS THAT TERM IS UNDERSTOOD UNDER APPLICABLE LAWS; B) CUSTOMER IS THE ULTIMATE CONSIGNEE OF THE CARGOES PROVIDED BY SHIPPER TO COMPANY UNDER THESE CONDITIONS AND CUSTOMER WILL BE IDENTIFIED AS THE LAWFUL SHIPPER FOR INTERNATIONAL OCEAN CARRIAGE; AND C) SERVICES ARE DELIVERED AS A CONVENIENCE TO SHIPPER IN ITS TRANSACTION WITH THE ULTIMATE CONSIGNEE AND FOR WHICH COMPANY IS ENTITLED TO COLLECT FROM SHIPPER FOR THOSE SERVICES RENDERED AT ORIGIN.

5.2 Company is authorized to depart or deviate from Shipper Instructions in any respect if in the opinion of Company such departure or deviation is necessary or desirable in Shipper's interests or is expedient.

5.3 Company is authorized by Shipper to act or to enter into any contract or arrangement with third-parties for performance of the Services without prior consultation with or further authorization from Shipper.

5.4 Company is authorized to agree with any 3rd Party the charges payable to such 3rd Party without reference to or further authorization from Shipper, it being agreed that the difference between the charges payable by Company to 3rd Party(ies), and the charges payable by Shipper to Company is Company's commission or remuneration or profit. Shipper waives any and has no right of enquiry of the charges payable to 3rd Party(ies) and Company is not under any duty to account to Shipper for Company's commissions, remunerations, or profits.

5.5 Company is authorized (but not obligated) to inspect or arrange for cargoes to be inspected.

5.6 Company is not obliged to arrange for Shipper's goods to be carried, forwarded, packed, unpacked, stored, or handled separately. Company is authorized (but not obliged) to consolidate or arrange to be consolidated cargoes of Shipper with other goods.

5.7 Shipper expressly agrees to be bound in all respects by any act, contract, or arrangement entered into by Company with third-parties pursuant to the aforesaid authorizations. Company is not and does not act as Shipper's agent with respect to any cargoes or shipments under these Conditions, and Company does not accept any such purported appointment of agency.

6. **LIABILITY AND LIMITATIONS**

6.1 SHIPPER ACKNOWLEDGES AND AGREES THAT IT HEREBY WAIVES ALL CLAIMS AGAINST COMPANY: (A) FOR CARGO LOSS, DAMAGE, OR DELAY, EXCEPT TO THE EXTENT SHIPPER CAN PROVE THAT SUCH HARM OCCURRED WHILE SUCH CARGOES WERE IN THE CARE, CUSTODY, AND CONTROL OF COMPANY DURING PERFORMANCE OF THE SERVICES PURSUANT TO THESE CONDITIONS; (B) RELATED TO THE RELEASE OF THE CARGOES TO THE CONSIGNEE OR OTHER PARTIES INCLUDING CARRIERS AND SERVICE PROVIDERS; AND (C) FOR LOSS OF PROFIT, LOSS OF SALES, LOSS OF BUSINESS, LOSS OF GOODWILL OR REPUTATION, THIRD-PARTY CLAIMS OF ANY NATURE, OR ASSERTING SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND.

6.2 Company's liability for the cargoes, if any, shall be determined and limited in accordance with this Section.

6.3 Liability for Loss or Damage to Cargoes – Without prejudice to any other right or remedies Company may have, Company shall be relieved of liability for any loss or damage to cargoes if, and to the extent that, such loss or damage is caused by:

a) A force majeure event;

b) Strike, lock-out, stoppage or restraint of labor, the consequences of which Company is unable to avoid by the exercise of reasonable diligence;

c) Any cause or event which Company is unable to avoid and the consequences whereof Company is unable to prevent by the exercise of reasonable diligence; or

d) Compliance with instructions or directions of Shipper or the consignee or any person authorized to give them.

6.4 Amount of Compensation – Subject to these Conditions, if Company is liable for loss of or damage to cargoes, the liability of Company shall be limited to the lesser of:

a) The landed cost at the destination of only those cargoes damaged or lost (excluding insurance); or

b) Two (2) SDRs per kilo of the gross weight of any cargoes lost or damaged.

6.5 No insurance will be arranged by Company for the benefit of Shipper.

6.6 Entire Liability – Except as set forth in in this Section, Company shall not be liable for loss of or damage to any cargoes or have any liability whatsoever for any events arising out or in connection with the storage and handling of cargoes and/or this FCR.

6.7 Application of Defenses, Limits, and Exclusions of Liability – The defenses, limits and exclusions of liability provided for in these Conditions of receipt shall apply in any action against Company arising out of or in connection with the Services (including loss or damage to cargoes) and whether the action be founded in contract, bailment, tort, breach of express or implied warranty, or otherwise, even if the loss or damage arose as a result of negligence, willful misconduct, or fundamental breach of contract.

6.8 By special arrangement which must be agreed to in writing, Company may accept liability in excess of the limit set forth herein if Shipper agrees to pay, and has paid, Company's additional charges for accepting such increased liability.

7. **INDEMNITY**

7.1. Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses (including without limitation all duties, taxes, imposts, levies, deposits, fines, and outlays of whatsoever nature levied by any authority) arising out of Company acting in accordance with Shipper's Instructions, or arising from a breach of warranty or obligation by Shipper, or arising from Shipper's inaccurate or incomplete or ambiguous information or instructions, or arising from the negligence of Shipper or Owner.

7.2. Advice and information, in whatever form as may be given by Company, are provided by Company for Shipper only and Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses arising out of any other person relying on such advice or information. Except under special arrangements previously made in writing, advice, or information which is not related to specific instructions accepted by Shipper is provided gratuitously and without liability.

7.3. Shipper undertakes that no claim shall be made against any officer, servant, agent, or sub-contractor of Company which imposes or attempts to impose upon them any liability in connection with any Services provided or to be provided by Company. If any such claim should nevertheless be made Shipper shall indemnify Company against all consequences thereof. Without prejudice to the foregoing, every such officer, servant, agent, and sub-contractor shall have the benefit of all provisions herein benefiting Company as if such provisions were expressly for his or its benefit. For the foregoing purposes, Shipper contracts for itself as well as agents for all the aforesaid persons.

7.4. Shipper shall defend, indemnify, and hold harmless Company from and against all claims, costs, and demands whatsoever and by whomsoever made or preferred in excess of the liability of Company under the terms of these Conditions, and without prejudice to the generality of the foregoing this indemnity shall include (without limitation) all claims, costs, and demands arising from or in connection with the negligence of Company, its officers, servants, agents, or sub-contractors.

8. **WAREHOUSING**

8.1 Pending release of the cargoes after provision of Services at origin, cargoes may be warehoused or otherwise held at the risk of Shipper or the Owner at any place at the sole discretion of Company and the cost therefore shall be for the account of Shipper.

9. **DECLARED VALUE**

9.1 Company shall not be obliged to make any declaration for the purpose of any statute or convention or contract as to the nature or value of any goods or as to any special interest in delivery unless express instructions in writing were previously given to and accepted by Company. A mere statement or declaration of the value or nature of cargoes for insurance or export or customs or other purposes is not and shall not be construed to be Shipper's Instructions to Company to make any such declaration.

10. **SHIPPER'S OBLIGATION TO PAY DUTIES, TAXES, ETC.**

10.1 Shipper shall be liable for any duties, taxes, levies, deposits, or outlays of any kind levied by the authorities at any port or place for or in connection with cargoes and for any payments, storage, demurrage, fines, expenses, loss, or damage whatsoever incurred or sustained by Company in connection therewith.

11. **LIEN, DISPOSAL OF GOODS, ETC.**

11.1 Company shall have a general lien on all cargoes (and documents relating thereto) and any other property belonging to Shipper, directly or indirectly in Company's possession, custody, control, or enroute for all monies due to Company and/or its affiliates from Shipper or the ultimate consignee. Company may at its sole discretion exercise its lien at any time and at any place. The lien shall cover without limitation all charges, expenses, and advances of whatsoever nature due to Company and/or its affiliates and includes of any costs incurred enforcing and preserving its lien (including but not limited to storage charges) and in recovering or attempting to recover any sums due from Shipper or the ultimate consignee (whether in respect of the storage and handling herein or otherwise).

11.2 Company shall be entitled to sell (at any time and at any place) at the costs of Shipper cargoes and/or any such other property by private treaty or by public auction or other means without giving prior notice or incurring any liability to Shipper and to apply the proceeds of such sale (net of expenses) in or towards the payment of any amount due to Company. Company shall be entitled to claim the difference against Shipper or the ultimate consignee in the event that the (net) sale proceeds do not discharge in full the amount due from Shipper or the ultimate consignee. Company's lien shall survive delivery or deemed delivery of cargoes.

11.3 Perishable cargoes which are not taken up immediately upon arrival or which are insufficiently addressed or marked or otherwise not readily identifiable, may be sold or otherwise disposed of without any notice to Shipper or the Owner and payment or tender of the net proceeds of any sale after deduction of charges and expenses shall be equivalent to delivery. All charges and expenses arising in connection with the sale or disposal of cargoes shall be paid by Shipper.

11.4 The rights of Company under this Section are independent and cumulative.

12. **RATES AND CHARGES**

12.1 Shipper is directly and primarily liable for the payment of all charges owed to Company in performance of the Services at origin for its benefit. Shipper shall pay to Company all sums immediately when due without deduction or deferment on account of any claim, counterclaim, or set-off.

12.2 Company at its discretion may request an advance to cover fees, duties, charges, taxes, and/or other expenses payable before Shipper's invoice is rendered. Forthwith upon such request being made, Shipper shall make such advance to Company.

12.3 On all amounts overdue to Company, Company shall be entitled to interest calculated on a monthly basis from the date such accounts are overdue until payment thereof at 2% per month (compounded monthly) during the period that such amounts are overdue.

13. **NOTICE OF CLAIM**

13.1 Any claim against Company must be in writing and delivered to Company at its registered office or its principal place of business in Hong Kong within 3 days of:

a) In the case of damage to goods, the date of delivery of cargoes;

b) In the case of loss or non-delivery or mis-delivery of cargoes, the date that cargoes should have been delivered; and

c) In any other case, the date of the event giving rise to the claim.

13.2 No action shall lie against Company if the claim is not made within the times and in the manner specified herein.

14. **TIME BAR**

14.1 Any right of action against Company shall be extinguished if suit is not brought in the proper forum and written notice thereof received by Company within three 3 months from the date cargoes arrived at the destination or the date cargoes should have arrived at the destination (whichever date is the earlier).

15. **NO COLLECT ON DELIVERY (C.O.D.) SHIPMENTS**

15.1 Shipper agrees that: (a) Company shall have no obligation to Shipper whatsoever related to Collect on Delivery (C.O.D.) shipments and commensurate obligations for collection of bank drafts or otherwise, or to collect on any specified terms by time drafts or otherwise; and (b) Shipper bears all risk for the payment of costs and/or collection of the invoice price from its customer and the consignee.

16. **GOVERNING LAW**

16.1 These Conditions and any act or contract to which they apply shall be governed by and construed according to the laws of the Hong Kong Special Administrative Region. Any dispute arising out of these Conditions or any such act or contract shall be subject to the non exclusive jurisdiction of the courts of the Hong Kong Special Administrative Region.




**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811018 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 324 | G.WT KGS | 3481.24 |

* SB22010820241956

## PART - I - SHIPPING BILL SUMMARY

**A STATUS**

| 1.MODE | 2.ASSESS | 3.EXMN | 4.JOBBING | 5.MEIS | 6.DBK | 7.RODTP | 8.LICENCE | 9.DFRC | 10.RE-EXP | 11.LUT |
|---|---|---|---|---|---|---|---|---|---|---|
| SEA | Y | Y | N | Y | Y | N | N | N | | N |

| | | | |
|---|---|---|---|
| 12.PORT OF LOADING | INNSA1 (Jawaharlal Nehru (Nh) | 13.COUNTRY OF FINALDESTINATIO | UNITED STATES |
| 14.STATE OF ORIGIN | Maharashtra | 15.PORT OF FINAL DESTINATION | USCMH (Columbus) |
| 16.PORT OF DISCHARGE | USCMH (Columbus) | 17.COUNTRY OF DISCHARGE | UNITED STATES |

**B DECLARAN DETAILS**

| 1.EXPORTER'S NAME & ADDRESS | | 7.CONSIGNEE NAME & ADDRESS | |
|---|---|---|---|
| NANDINI TEXTILE | | COLUMBUS DC - #0890 | |
| 703, B WING, HARI PADAM APARTMENT, | | BIG LOTS STORES, LLC 500 PHILLIPI R | |
| | | D,COLUMBUS OH 43228-9006,TEL - 614- 278-6800 | |
| SOLAPUR | 2.Type Private | US | |
| 3. AD CODE: | 0290768 | 8. GSTIN / TYPE | 27ABGHS3593H1ZO GSN |
| 4.RBI WAIVER NO.& DT | | 9.FOREX BANK A/C NO. | 32XXXXXXXXXX001 |
| 5.CB NAME | INTERPORT GLOBAL LOGISTICS PVT LTD | 10.DBK BANK A/C NO. | 32XXXXXXXXXX001 |
| 6.AEO | | 11. IFSC NO. | UBIN0532169 |

**C.VALU SUMMA**

| 1.FOB VALUE | 2.FREIGHT | 3.INSURANC | 4.DISCOU | 5.COM |
|---|---|---|---|---|
| 1216941.41 | 0 | 0 | 0 | 0 |
| 6.DEDUCTIONS | 7.P/C | | 8.DUTY | 9.CESS |
| 0 | 0 | | | |

**D. EX.PR.**

| 1.DBK CLAIM | 2. IGST AMT | 3.CESS AMT |
|---|---|---|
| 31640 | 60847.07 | |
| 4.IGST VALUE | 5.RODTEP AMT | 6.ROSCTL AMT |
| 1216941.41 | 0 | 90419 |

**E MANIFEST DETAILS**

| 1.MAWB NO. | 2.MAWB DT | 3.HAWB NO. | 4.HAWB DT | N.O.C. |
|---|---|---|---|---|
| | | | | |
| 4. CIN NO. | | 5. CIN DT. | 6. CIN SITE ID | |
| 24PCEG08011398223500 | | 01-AUG-24 | INNSA1 | |

**F.INVOICE SUMMARY**

| 1.SNO | 2.INV NO. | 3. INV AMT. | 4.CURRENC |
|---|---|---|---|
| 1 | NT/24-25/1134 | 14697.36 | USD |

**G. EQUIPMENT DETAILS**

| 1.CONTAINER | 2.SEAL | 3.DATE | 4.S No |
|---|---|---|---|

**H CHALLAN DETAILS**

| 1SR.NO | 2.CHALLAN NO | 3.PAYMT DT | 4.AMOUNT |
|---|---|---|---|

**I. ANNEX DETAILS**

| 1.SEAL TYPE | 2.NATURE OF CARGO | 3.NO. OF PACKETS | 4.NO. OF CONTAINERS | 5.LOOSE PACKETS |
|---|---|---|---|---|
| WAREHOUSE SEALED | CONTAINERISED | 324 | 0 | 0 |

**6.MARKS & NUMBERS**: AS PER INVOICE. (BUYER NAME : LECLAIRE NICOLE COUNTRY: US CONTACT: 614-278-6800) "WE INTEND TO CLAIM REWARDS UNDER"SCHEME FOR REBATE OF STATE AND CENTRAL TAXES AND LEVIES (ROSCTL)"

**J.PROCESS DETAILS**

| 1.EVENT | 2.DATE | 3.TIME | 4.LEO NO. | 26/40 |
|---|---|---|---|---|
| 5.Submission | 30-JUL-24 | 12:09 | 6.LEO Date. | 01-AUG-24 |
| 5.Assessment | 30-JUL-24 | 15:44 | 8.BRC Realisation Date | 31-MAY-25 |
| 7.Examination | 01-AUG-24 | 19:06 | | |
| 9.LEO | 01-AUG-24 | 19:50 | | |
| 10. SEZ UNIT Details | | | | |

LET EXPORT

Glossary

**A:** ASSESS - Assessed, EXMN - Examined, MEIS - Merchantise Export Incentive Scheme, DBK - Drawback, ROSL - Rebate of State Levies, DEEC - Duty Exemption Entitlement Certificate, DFRC - Duty Free Replenishment Certificate,LUT - Letter of Under Taking. **B:** CB - Customs Broker AD Authoized Dealer , AEO - Authorized Economic Operator, UCR - Unique Customs Reference **C:** DISCOU - Discount, COM - Commission, P/C Packing Charges,**D:** EX. PR.- Export Promotions **E:** MAWB / HAWB - Master / House Airway Bill Number **J:**BRC- Bank Realisation Certificate

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



# INDIAN CUSTOMS EDI SYSTEM

CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811018 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 324 | G.WT KGS | 3481.24 |

* SB22010820241956

## PART - II - INVOICE DETAILS

**A. REF**

| 1.S.No | 2.INVOICE No. & Dt. | 3.P.O.No. & Dt. | 4.LoC No. & Dt | 5.Contract No.&Dt | 6.AD code | 7.INVTERM |
|---|---|---|---|---|---|---|
| 1 | NT/24-25/1134 29/07/2024 | | | | 0290768 | FOB |

**B. TRANSACTION PARTIES**

| 1.EXPORTER'S NAME & ADDRESS | 2.BUYER'S NAME & ADDRESS |
|---|---|
| NANDINI TEXTILE | BIG LOTS STORES, LLC |
| 703, B WING, HARI PADAM APARTMENT, | 4900 E, DUBLIN GRANVILLE ROAD COLUM |
| | BUS, OH 43081-7651 US TEL - 614-278 |
| 413001 | -6800 |

| 3.THIRD PARTY NAME & ADDRESS | 4.BUYER AEO STATUS |
|---|---|
| | |

**C.VAL DTLS**

| 1.INVOICE VALUE | 2.FOB VALUE | 3FREIGHT | 4.INSURANCE | 5DISCOUNT | 6.COMMISON | 7.DEDUCT | 8.P/C | 9.EXCHANGE RATE |
|---|---|---|---|---|---|---|---|---|
| 14697.36 USD | 14697.36 USD | 0 USD | 0 USD | 0 | 0 | 0 | | 1 USD INR 82.8 |

**D. ITEM DETAILS**

| 1.ItemSNo | 2.HS CD | 3.DESCRIPTION | 4.QUANTITY | 5.UQC | 6.RATE | 7.VALUE(F/C) |
|---|---|---|---|---|---|---|
| 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3546 | SET | 2.8 | 9928.8 |
| 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2592 | SET | 1.03 | 2669.76 |
| 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1980 | SET | 1.06 | 2098.8 |

LET EXPORT COPY

Glossary

A: Ref - Reference P.O. - Purchase Order, LoC - Letter of Credit, AD - Authorised Dealer **C:** VAL DTLS - Valuation Details
FOB - Freight On Board, DEDUCT - Deduction , P/C - Packing Charge **D**: HS CD - Harmonized System Code, UQC - Unit Quantity Code

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



## INDIAN CUSTOMS EDI SYSTEM

CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811018 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |

| TYPE | INV | ITEM | CONT |
|---|---|---|---|
| Nos | 1 | 3 | 0 |
| PKG | 324 | G.WT KGS | 3481.24 |

* SB22010820241956

## PART - III - ITEM DETAILS

INVOICE (1/1)

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - WEAVELY 6PC SET SIZE INCHES:16X26 | 3546 | SET | 2.8 | 9928.8 | 822104.65 | 255.02 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 822104.64 | 41105.23 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 3546 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - BORDEAUX 2PC SET SIZE INCHES:16X28 | 2592 | SET | 1.03 | 2669.76 | 221056.07 | 93.81 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 221056.13 | 11052.81 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 2592 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

| 1INVSN | 2ITEMSN | 3.HS CD | 4.DESCRIPTION | 5.QUANTITY | 6UQC | 7.RATE | 8VALUE(F/C) | 9.FOB (INR) | 10.PMV |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 63049250 | 85% COTTON + 15% POLYSTER KITCHEN TOWEL - EMIL 2PC SET SIZE INCHES:16X28 | 1980 | SET | 1.06 | 2098.8 | 173780.69 | 96.54 |

| 11.DUTYAMT | 12.CESS RT | 13CESAMT | 14.DBKCLMD | 15.IGSTSTAT | 16. IGST VALUE | 17. IGST AMOUNT | 18SCHCOD |
|---|---|---|---|---|---|---|---|
| | | | Y | P | 173780.64 | 8689.03 | 60 |

| 19. SCHEME DESCRIPTION | 20. SQC MSR | 21. SQC UQC | 22. STATE OF ORIGIN | 23. DISTRICT OF ORIGIN |
|---|---|---|---|---|
| Drawback,and ROSCTL | 1980 | NOS | Maharashtra | SOLAPUR |

| 24. PT Abroad | 25.COMP CESS | 26.END USE | 27.FTA BENEFIT AVAILED | 28. REWARD BENEFIT | 29. THIRD PARTY ITEM |
|---|---|---|---|---|---|
| NCPTI | 0 INR | GNX100 | Y | Yes | N |

LET EXPORT COPY

GLOSSARY

FOB - Freight On Board, HS CD Harmonized System Code, UQC - Unit Quantity Code, PMV - Present Market Value, CESAM - Cess Amount
IGSTSTA - IGST Payment Status, VAL - IGST Value, PAID - IGST Amount Paid, SCHCOD - Scheme Code, SQC MSR - Standard Quantity Measurement, comp - compensatory, PT Abroad - Preferential treatment Availed Abroad

**Scan QR Code using ICETRAK Mobile App for authentication.**
**Visit ICEGATE portal to verify latest version*.**



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date |
|---|---|---|---|
| INNSA1 | 2811018 | | 30-JUL-24 |
| IEC/Br | ABGHS3593H | | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | |
| CB CODE | AAACI3746ACH002 | | |
| TYPE | INV | ITEM | CONT |
| Nos | 1 | 3 | 0 |
| PKG | 324 | G.WT KGS | 3481.24 |

* SB22010820241956

## PART - IV - EXPORT SCHEME DETAILS

OTHER ADDITIONAL INFORMATION

### A. DRAWBACK & ROSL CLAIM

| 1.INV SNO | 2.ITEM SNO | 3.DBK SNO. | 4.QTY/WT | 5.VALUE | 6.RATE | 7.DBK AMT | 8.STALEV | 9.CENLEV | 10.ROSCTL AMT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 630402B | 2233.98 | 822104.65 | 2.6 | 21374.72 | 36173 | 24910 | 61083 |
| 1 | 2 | 630402B | 559.872 | 221056.07 | 2.6 | 5747.46 | 9726 | 6698 | 16424 |
| 1 | 3 | 630402B | 427.68 | 173780.69 | 2.6 | 4518.3 | 7646 | 5266 | 12912 |

### B. AA / DFIA LICENCE DETAILS

| 1.INV SNO | 2.ITEM SNO | 3.LICENCE NO | 4.DESCN OF EXPORT ITEM | 5.EXP SNO | 6.EXPQTY | 7.UQC | 8.FOB VALUE |
|---|---|---|---|---|---|---|---|
| | | 9.SION | 10.DESCN OF IMPORT ITEM | 11IMP SNO | 12IMPQT | 13.UQC | 14.INDIG / IMP |

### C. JOBBING DETAILS

| 1.BE NO | 2.BE DATE | 3.PORT CODE | 4.DESCN OF IMPORTED GOODS | 5.QTY IMP | 6.QTY USED |
|---|---|---|---|---|---|

### D. SINGLE WINDOW DECLARATION

| 1.INVSN | 2.ITMSN | 3.INFO | 4.QUALIFIER | 5.INFO CD | 6.INFO TEXT | 7.INFO MSR | 8.UQC |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ORC | STO | 27 | | | |
| 1 | 1 | ORC | DOO | 496 | | | |
| 1 | 1 | CHR | SQC | | | 3546 | NOS |
| 1 | 1 | ORC | EPT | NCPTI | | | |
| 1 | 1 | DTY | GCESS | | | 0 | INR |
| 1 | 2 | ORC | STO | 27 | | | |
| 1 | 2 | ORC | DOO | 496 | | | |
| 1 | 2 | CHR | SQC | | | 2592 | NOS |
| 1 | 2 | ORC | EPT | NCPTI | | | |
| 1 | 2 | DTY | GCESS | | | 0 | INR |
| 1 | 3 | ORC | STO | 27 | | | |
| 1 | 3 | ORC | DOO | 496 | | | |
| 1 | 3 | CHR | SQC | | | 1980 | NOS |
| 1 | 3 | ORC | EPT | NCPTI | | | |
| 1 | 3 | DTY | GCESS | | | 0 | INR |

### E. SINGLE WINDOW DECLARATION - CONSTITUENTS

| 1.INVSN | 2.ITMSNO | 3.C SNO | 4.NAME | 5.CODE | 6.PERCENTAGE | 7.YIELD PCT | 8.ING |
|---|---|---|---|---|---|---|---|

### F. SINGLE WINDOW DECLARATION - CONTROL

| 1.INVSN | 2.ITMSNO | 3.CONTROL TYPE | 4.LOCATION | 5.ST DT | 6.END DT | 7.RES CD | 8.RES TEXT |
|---|---|---|---|---|---|---|---|

### G.SUPPORTING DOCUMENTS

| 1.INVSN | 2.ITMSNO | 3 DOCTYPCD | 4. ICEGATE ID | 5. IRN | 6.PARTY CD | 7.ISSUE PLA | 8.ISS DT | 9.EXP DT |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 331000 | INTERPORTCB | 2024073000028002 | | MAHARASHTR | 30-JUL-24 | |

### H.INVOICE DETAILS

| 1.SNO | 2.INVOICE NO | 3.INVOICE AMOUNT | 4.CURRENCY |
|---|---|---|---|
| 1 | NT/24-25/1134 | 14697.36 | USD |

### I.CONTAINER DETAILS

| 1.SNO | 2.CONTAINER | 3.SEAL | 4.DATE |
|---|---|---|---|

### J.AR4 DETAILS

| 1.INVSN | 2.ITMSN | 3.AR4 NUMBER | 4.AR4 DATE | 5.COMMISSIONERATE | 6.DIVISION | 7.RANGE |
|---|---|---|---|---|---|---|

### K. THIRD PARTY DETAILS

| 1.INVSN | 2.ITMSN | 3.IEC | 4. EXPORTER NAME | 5. ADDRESS | 6.GSTN ID AND TYPE |
|---|---|---|---|---|---|

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.



**INDIAN CUSTOMS EDI SYSTEM**
CENTRAL BOARD OF INDIRECT TAXES AND CUSTOMS
DEPARTMENT OF REVENUE - MINISTRY OF FINANCE
GOVERNMENT OF INDIA

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

| Port Code | SB No | | SB Date | |
|---|---|---|---|---|
| INNSA1 | 2811018 | | 30-JUL-24 | |
| IEC/Br | ABGHS3593H | | 0 | |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | | | |
| CB CODE | AAACI3746ACH002 | | | |
| TYPE | INV | ITEM | | CONT |
| Nos | 1 | 3 | | 0 |
| PKG | 324 | G.WT | KGS | 3481.24 |

* SB22010820241956

## PART - IV - EXPORT SCHEME DETAILS

**OTHER ADDITIONAL INFORMATION**

### L. ITEM MANUFACTURER/PRODUCER/GROWER DETAILS

| 1.INVSN | 2.ITMSN | 3.TYPE | 4.MANUFACT CD | 5.SOURCE STATE | 6.TRANS CY | 7.ADDRESS |
|---|---|---|---|---|---|---|

### M. RODTEP DETAILS

| 1.INVSN | 2.ITMSN | 3. QUANTITY | 4. UQC | 5. NO. OF UNITS | 6. VALUE |
|---|---|---|---|---|---|

### N. REEXPORT DETAILS

| 1.INVS | 2.ITMSN | 3.BE SITE ID | 4.BE NUMBER | 5.BE DATE | 6.BE INV SNO | 7.BE ITEM S | 8. BE QTY | 9. BE UQC |
|---|---|---|---|---|---|---|---|---|

LET EXPORT COPY

**Glossary**

INVSN - Invoice Serial Number ITMSN - Item Serial Number **A:** DBK - Drawback, ROSL - Rebate of State Levies, **B:** DFIA - Duty Free Import Authorization, EXP - Export , IMP - Import , UQC-Unit Quanity CodeFOB - Freight On Board **D:** INFO - Information CD - Code MSR - Measuremen **E:** ING - Ingredient **F :** RES CD - Result Code, RES TXT - Result Text ST DT -Start Date **G:** IRN - Image Reference Number CD - Code PLA - Pla

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

| Port Code | SB No | SB Date |
|---|---|---|
| INNSA1 | 2811018 | 30-JUL-24 |
| IEC/Br | ABGHS3593H | 0 |
| GSTIN/TYPE | 27ABGHS3593H1ZO GSN | |
| CB CODE | AAACI3746ACH002 | |

| TYPE | INV | ITEM | CONT |
|---|---|---|---|
| Nos | 1 | 3 | 0 |
| PKG | 324 | G.WT KGS | 3481.24 |

* SB22010820241956

JNCH, NHAVA SHEVA, TAL:URAN, DIST-RAIGAD-400707

## PART - V - DECLARATIONS

A. DECLARATION STATEMENT

LET EXPORT COPY

B. AUTHORIZED SIGNATORY

DATE

AUTHORIZED SIGNATORY

CHA NAME :AAACI3746ACH002

PLACE

Scan QR Code using ICETRAK Mobile App for authentication.
Visit ICEGATE portal to verify latest version*.

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400818

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

Shipment From : NHAVA SHEVA To : COLUMBUS, OH

Maker/Supplier's INVOICE No. NT1134

Dated: July 29, 2024

Date of Receipt of Cargo August 02, 2024

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378884
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755698,
810755712, 810755713,
810755731,
810755732, 810755752,
810755753,
810755761, 810755762
CARTON 1 - 324
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM
CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378884
SKU NO: 810755693, 810755694, 810755697, 810755698,
810755698,
810755712, 810755713, 810755731, 810755732, 810755752,
810755753,
810755761, 810755762
GR.WT: 3481.240 KGS
SB.NO: 2811018 DT. 30/07/2024

HLBU1066434 (PART) SEAL# HLG6335897 40H DRY

SHIP TO CODE & LOCATION : 00890-COLUMBUS, OH
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL

324 CARTONS 23.082 CBM 3,481.24 KGS
===================================================================
TOTAL : THREE HUNDRED TWENTY-FOUR (324) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "TUCAPEL" VOY NO. 4133 DISCHARGED AT NORFOLK, VA
SAILING ON / ABOUT August 19, 2024. CARGO RECEIVED ON August 2, 2024.

ORIGINAL

THIS IS NOT A DOCUMENT OF TITLE

The Goods and instructions are accepted and dealt with subject to the YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side hereof.)

NHAVA SHEVA August 12, 2024
(Place and date of issue.)

YUSEN LOGISTICS

For Yusen Logistics (India) Private Limited

Authorised Signatory
As Agent

(Authorized Signature) V2

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics **Yusen Logistics** Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No. CNS-NSA-2400818

Maker/Supplier's INVOICE No. NT1134
Dated: July 29, 2024
Date of Receipt of Cargo: August 02, 2024

Maker/Supplier : NANDINI TEXTILE

Buyer/Consignee : BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

Shipment From : NHAVA SHEVA To : COLUMBUS, OH

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

BIG LOTS STORES
PO NO: 95378884
SKU NO: 810755693, 810755694,
810755697, 810755698,
810755698,
810755712, 810755713,
810755731,
810755732, 810755752,
810755753,
810755761, 810755762
CARTON 1 - 324
MADE IN INDIA

NOTIFY PARTY: GEODIS
5101 S. BROAD STREET
PHILADELPHIA, PA 19112-1404, U.S.A.
ATTN: ALENA LAMINA
ALSO NOTIFY: EDRAY 2020 LLC.
1300 SOUTH MINT STREET SUITE 200
CHARLOTTE NC 28203 USA
TEL: 704-593-6329
EMAIL: DATAQUALITY@EDRAYCPL.COM
CFS-CY

SET OF 6KITCHEN TOWEL
SET OF 2KITCHEN TOWEL
PO NO: 95378884
SKU NO: 810755693, 810755694, 810755697, 810755698,
810755698,
810755712, 810755713, 810755731, 810755732, 810755752,
810755753,
810755761, 810755762
GR.WT: 3481.240 KGS
SB.NO: 2811018 DT. 30/07/2024

HLBU1066434 (PART) SEAL# HLG6335897 40H DRY

SHIP TO CODE & LOCATION : 00890-COLUMBUS, OH
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL

324 CARTONS 23.082 CBM 3,481.24 KGS

TOTAL : THREE HUNDRED TWENTY-FOUR (324) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "TUCAPEL" VOY NO. 4133 DISCHARGED AT NORFOLK, VA
SAILING ON / ABOUT August 19, 2024. CARGO RECEIVED ON August 2, 2024.

Non-Negotiable Copy

THIS IS NOT A DOCUMENT OF TITLE

**Non-Negotiable**

Copy

NHAVA SHEVA August 12, 2024
(Place and date of issue.)

YUSEN LOGISTICS

As Agent

V2

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

1. DEFINITIONS

1.1. "Company" means Yusen Logistics Global Management Limited trading or any of its affiliate entities issuing these Conditions in its capacity as an origin services provider for its customer who is the ultimate consignee of this shipment.

1.2. "Conditions" means the entire undertakings, terms, conditions, and clauses embodied herein, and includes terms and conditions on the front and any Shippers' Instructions received in writing at the time of receipt.

1.3. "Shipper" means the vendor tendering items to Company for Services and any person at whose request or on whose behalf Shipper undertakes any tender of those cargoes to Company.

1.4. "Shippers' Instructions" means any of Shipper's specific written shipping instructions or requirements delivered to Company at the time of receipt of the cargoes.

1.5. "Laws" means any laws, statutes, regulations, or conventions which apply compulsorily to any element of the Services or any subject matter incidental to these Conditions.

1.6. "Services" means the origin services to be provided by Company and includes the receipt of cargoes from Shipper and subsequent arranging for the storage, warehousing, collection, delivery, local transportation, insurance, customs clearance, packing, unpacking, and other handling of goods and other services intended to accomplish delivery of the cargoes to Company's customer, the ultimate consignee.

1.7. "Owner" means the owner of the cargoes (including any packing, containers, or equipment other than those provided by Customer or carriers) to which any business concluded under these Conditions relates and any other person who is or may become interested in them depending upon the commercial terms of sale and including the ultimate consignee.

2. COMPULSORY LEGISLATION AND STATUTORY PROTECTION

2.1 In the event that any provisions contained herein are inconsistent with any Laws that apply compulsorily to any element of the Services, those provisions, to the extent of such inconsistency, shall be null and void in relation to such element of the Services by Company, but the remaining provisions of this forwarders' certificate of receipt ("FCR") shall remain valid and enforceable.

2.2 Nothing in these Conditions shall operate to limit or deprive Company of any statutory protection, defense, exception, or limitation of liability authorized by any applicable Laws.

2.3 Any and all advice, information or Services provided by Company gratuitously is provided on the basis that Company will not accept any liability whatsoever therefor, whether in tort, bailment, or otherwise.

3. SHIPPER'S WARRANTIES

3.1 Shipper warrants as follows:

a) By accepting these Conditions, Shipper agrees to be bound by all stipulations, exceptions, terms, and conditions on the front and back hereof, whether written, typed, stamped, or printed, as fully as if signed by Shipper;

b) By accepting these Conditions and agreeing to the terms hereof, Shipper is, or is the agent of and has the authority of, the Owner or person owning or entitled to the possession of the cargoes or of the person who is or may become interested in the cargoes;

c) The description and particulars relating to the cargoes set out on the front hereof (a) have been checked by Shipper on receipt of these Conditions; and (b) are full and accurate;

d) The cargoes contain no drugs, prohibited or stolen goods, contraband, or other illegal material or substance or stowaways;

e) The cargoes have been properly and sufficiently prepared, packed, stowed, labelled, and/or marked by or on behalf of Shipper, and the preparation, packing, stowage, labelling, and/or marking are appropriate to the storage, handling, and any operations or transactions that may affect the cargoes and are in compliance with all applicable Laws;

f) Shipper complies with all Laws, requirements, directions, recommendations, rules, guidelines of customs, port, import, export, and other authorities;

g) Shipper shall provide the total gross mass established using calibrated and certified equipment of each packed Container (FCL) or each package of cargoes (LCL) in accordance with SOLAS. Shipper acknowledges and agrees that Company will rely on the accuracy and timeliness of such gross mass information and will use this to comply with its obligations in accordance with SOLAS;

h) Proper Packing, etc.: All the cargoes, the subject of any Service provided by Company, have been properly and sufficiently packed and/or prepared, and that Company has no liability for any loss of or damage to cargoes which are improperly or insufficiently packed or prepared, no matter how such loss or damage is caused;

i) Transport Unit: Where the cargoes delivered by or on behalf of Shipper are already carried in or on containers, trailers, flats, tilts, railway wagons, tanks, igloos, or any other unit load device (each hereafter referred to as a "transport unit") then:

i) The transport unit is in good condition, is suitable to carry the goods loaded therein or thereon, and is suitable for the intended carriage and other handling; and

ii) The cargoes are suitable for carriage and other handling in or on the transport unit and has been properly and competently packed or loaded in or on the transport unit;

j) Description of Cargoes: All descriptions, values, and other particulars of the goods furnished to Company are true, complete, and accurate, it being the duty of Shipper to provide such information to Company and to ensure that such information is true, complete, and accurate;

k) Fitness of Cargoes: The cargoes are fit and suitable for the carriage (international as well as local), storage, packing, unpacking, and other handling in accordance with, pursuant, related, or incidental to Shipper's Instructions;

l) Delivery of Cargoes: The consignee or other person entitled to the delivery of the goods shall take delivery of the goods upon their arrival at destination and shall pay all necessary charges, taxes, and duties and shall comply with all necessary formalities and procedures.

4. DANGEROUS GOODS

4.1 Cargoes tendered by Shipper to Company are not of such nature that they are or may become dangerous, hazardous, noxious (including radioactive materials), inflammable, explosive, or which do or may present a risk of damage to any property or person whatsoever ("Dangerous Goods") unless Shipper, or someone acting on its behalf, has given Company written notice of the nature of the Dangerous Goods prior to Company's receipt of such Dangerous Goods and Company has expressly accepted in writing to deal with the Dangerous Goods. Shipper's notice will include all information necessary for Company to perform its obligation in connection with the Dangerous Goods in accordance with all applicable Laws or requirements (or any combination of the foregoing), including without limitation information about the characteristics of the Dangerous Goods, the appropriate manner and method of storage and handling of the Dangerous Goods.

4.2 Any Dangerous Goods must be distinctly marked on the outside so as to indicate the nature and characteristics of the Dangerous Goods and so as to comply with all Laws.

4.3 Additional charges may apply to the storage and handling of Dangerous Goods. If any Dangerous Goods are tendered in breach of this Section, they may, at any time or place be unloaded, destroyed, disposed, abandoned, or rendered harmless, as circumstances may require, at Shipper's cost.

5. COMPANY'S AUTHORITY

5.1 SHIPPER ACKNOWLEDGES AND AGREES THAT COMPANY'S: A) ROLE IS SOLELY THAT OF ORIGIN SERVICES PROVIDER, AND THAT COMPANY WILL NOT UNDER THESE CONDITIONS PERFORM IN THE CAPACITY OF A CARRIER, NON-VESSEL-OPERATING COMMON CARRIER, CUSTOMS HOUSE BROKER, OR AS A SHIPPER AS THAT TERM IS UNDERSTOOD UNDER APPLICABLE LAWS; B) CUSTOMER IS THE ULTIMATE CONSIGNEE OF THE CARGOES PROVIDED BY SHIPPER TO COMPANY UNDER THESE CONDITIONS AND CUSTOMER WILL BE IDENTIFIED AS THE LAWFUL SHIPPER FOR INTERNATIONAL OCEAN CARRIAGE; AND C) SERVICES ARE DELIVERED AS A CONVENIENCE TO SHIPPER IN ITS TRANSACTION WITH THE ULTIMATE CONSIGNEE AND FOR WHICH COMPANY IS ENTITLED TO COLLECT FROM SHIPPER FOR THOSE SERVICES RENDERED AT ORIGIN.

5.2 Company is authorized to depart or deviate from Shipper Instructions in any respect if in the opinion of Company such departure or deviation is necessary or desirable in Shipper's interests or is expedient.

5.3 Company is authorized by Shipper to act or to enter into any contract or arrangement with third-parties for performance of the Services without prior consultation with or further authorization from Shipper.

5.4 Company is authorized to agree with any 3rd Party the charges payable to such 3rd Party without reference to or further authorization from Shipper, it being agreed that the difference between the charges payable by Company to 3rd Party(ies) and the charges payable by Shipper to Company is Company's commission or remuneration or profit. Shipper waives any and has no right of enquiry of the charges payable to 3rd Party(ies) and Company is not under any duty to account to Shipper for Company's commissions, remunerations, or profits.

5.5 Company is authorized (but not obligated) to inspect or arrange for cargoes to be inspected.

5.6 Company is not obliged to arrange for Shipper's goods to be carried, forwarded, packed, unpacked, stored, or handled separately. Company is authorized (but not obliged) to consolidate or arrange to be consolidated cargoes of Shipper with other goods.

5.7 Shipper expressly agrees to be bound in all respects by any act, contract, or arrangement entered into by Company with third-parties pursuant to the aforesaid authorizations. Company is not and does not act as Shipper's agent with respect to any cargoes or shipments under these Conditions, and Company does not accept any such purported appointment of agency.

6. LIABILITY AND LIMITATIONS

6.1 SHIPPER ACKNOWLEDGES AND AGREES THAT IT HEREBY WAIVES ALL CLAIMS AGAINST COMPANY: (A) FOR CARGO LOSS, DAMAGE, OR DELAY, EXCEPT TO THE EXTENT SHIPPER CAN PROVE THAT SUCH HARM OCCURRED WHILE SUCH CARGOES WERE IN THE CARE, CUSTODY, AND CONTROL OF COMPANY DURING PERFORMANCE OF THE SERVICES PURSUANT TO THESE CONDITIONS; (B) RELATED TO THE RELEASE OF THE CARGOES TO THE CONSIGNEE OR OTHER PARTIES INCLUDING CARRIERS AND SERVICE PROVIDERS; AND (C) FOR LOSS OF PROFIT, LOSS OF SALES, LOSS OF BUSINESS, LOSS OF GOODWILL OR REPUTATION, THIRD-PARTY CLAIMS OF ANY NATURE, OR ASSERTING SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND.

6.2 Company's liability for the cargoes, if any, shall be determined and limited in accordance with this Section.

6.3 Liability for Loss or Damage to Cargoes. – Without prejudice to any other right or remedies Company may have, Company shall be relieved of liability for any loss or damage to cargoes if, and to the extent that, such loss or damage is caused by:

a) A force majeure event;

b) Strike, lock-out, stoppage or restraint of labor, the consequences of which Company is unable to avoid by the exercise of reasonable diligence;

c) Any cause or event which Company is unable to avoid and the consequences whereof Company is unable to prevent by the exercise of reasonable diligence; or

d) Compliance with instructions or directions of Shipper or the consignee or any person authorized to give them.

6.4 Amount of Compensation. – Subject to these Conditions, if Company is liable for loss of or damage to cargoes, the liability of Company shall be limited to the lesser of:

a) The landed cost at the destination of only those cargoes damaged or lost (excluding insurance); or

b) Two (2) SDRs per kilo of the gross weight of any cargoes lost or damaged.

6.5 No insurance will be arranged by Company for the benefit of Shipper.

6.6 Entire Liability. – Except as set forth in in this Section, Company shall not be liable for loss of or damage to any cargoes or have any liability whatsoever for any events arising out of or in connection with the storage and handling of cargoes and/or this FCR.

6.7 Application of Defenses, Limits, and Exclusions of Liability. – The defenses, limits and exclusions of liability provided for in these Conditions of receipt shall apply in any action against Company arising out of or in connection with the Services (including loss or damage to cargoes) and whether the action be founded in contract, bailment, tort, breach of express or implied warranty, or otherwise, even if the loss or damage arose as a result of negligence, willful misconduct, or fundamental breach of contract.

6.8 By special arrangement which must be agreed to in writing, Company may accept liability in excess of the limit set forth herein if Shipper agrees to pay, and has paid, Company's additional charges for accepting such increased liability.

7. INDEMNITY

7.1 Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses (including without limitation all duties, taxes, imposts, levies, deposits, fines, and outlays of whatsoever nature levied by any authority) arising out of Company acting in accordance with Shipper's instructions, or arising from a breach of warranty or obligation by Shipper, or arising from Shipper's inaccurate or incomplete or ambiguous information or instructions, or arising from the negligence of Shipper or Owner.

7.2 Advice and information, in whatever form as may be given by Company, are provided by Company for Shipper only and Shipper shall save harmless and indemnify and keep indemnified Company from and against all claims, liabilities, losses, damages, costs, and expenses arising out of any other person relying on such advice or information. Except under special arrangements previously made in writing, advice, or information which is not related to specific instructions accepted by Shipper is provided gratuitously and without liability.

7.3 Shipper undertakes that no claim shall be made against any officer, servant, agent, or sub-contractor of Company which imposes or attempts to impose upon them any liability in connection with any Services provided or to be provided by Company. If any such claim should nevertheless be made Shipper shall indemnify Company against all consequences thereof. Without prejudice to the foregoing every such officer, servant, agent, and sub-contractor shall have the benefit of all provisions herein benefiting Company as if such provisions were expressly for his or its benefit. For the foregoing purposes Shipper contracts for itself as well as agents for all the aforesaid persons.

7.4 Shipper shall defend, indemnify, and hold harmless Company from and against all claims, costs, and demands whatsoever and by whomsoever made or preferred in excess of the liability of Company under the terms of these Conditions, and without prejudice to the generality of the foregoing this indemnity shall include (without limitation) all claims, costs, and demands arising from or in connection with the negligence of Company, its officers, servants, agents, or sub-contractors.

8. WAREHOUSING

8.1 Pending release of the cargoes after provision of Services at origin, cargoes may be warehoused or otherwise held at the risk of Shipper or the Owner at any place at the sole discretion of Company and the cost therefore shall be for the account of Shipper.

9. DECLARED VALUE

9.1 Company shall not be obliged to make any declaration for the purpose of any statute or convention or contract as to the nature or value of any goods or as to any special interest in delivery unless express instructions in writing were previously given to and accepted by Company. A mere statement or declaration of the value or nature of cargoes for insurance or export or customs or other purposes is not and shall not be construed to be Shipper's Instructions to Company to make any such declaration.

10. SHIPPER'S OBLIGATION TO PAY DUTIES, TAXES, ETC.

10.1 Shipper shall be liable for any duties, taxes, levies, deposits, or outlays of any kind levied by the authorities at any port or place for or in connection with cargoes and for any payments, storage, demurrage, fines, expenses, loss, or damage whatsoever incurred or sustained by Company in connection therewith.

11. LIEN, DISPOSAL OF GOODS, ETC.

11.1 Company shall have a general lien on all cargoes (and documents relating thereto), and any other property belonging to Shipper, directly or indirectly in Company's possession, custody, control, or enroute for all monies due to Company and/or its affiliates from Shipper or the ultimate consignee. Company may at its sole discretion exercise its lien at any time and at any place. The lien shall cover without limitation all charges, expenses, and advances of whatsoever nature due to Company and/or its affiliates and includes of any costs incurred enforcing and preserving its lien (including but not limited to storage charges) and in recovering or attempting to recover any sums due from Shipper or the ultimate consignee (whether in respect of the storage and handling herein or otherwise).

11.2 Company shall be entitled to sell (at any time and at any place) at the costs of Shipper cargoes and/or any such other property by private treaty or by public auction or other means, without giving prior notice or incurring any liability to Shipper and to apply the proceeds of such sale (net of expenses) in or towards the payment of any amount due to Company. Company shall be entitled to claim the difference against Shipper or the ultimate consignee. In the event that the (net) sale proceeds do not discharge in full the amount due from Shipper or the ultimate consignee. Company's lien shall survive delivery or deemed delivery of cargoes.

11.3 Perishable cargoes which are not taken up immediately upon arrival or which are insufficiently addressed or marked or otherwise not readily identifiable, may be sold or otherwise disposed of without any notice to Shipper or the Owner and payment or tender of the net proceeds of any sale after deduction of charges and expenses shall be equivalent to delivery. All charges and expenses arising in connection with the sale or disposal of cargoes shall be paid by Shipper.

11.4 The rights of Company under this Section are independent and cumulative.

12. RATES AND CHARGES

12.1 Shipper is directly and primarily liable for the payment of all charges owed to Company in performance of the Services at origin for its benefit. Shipper shall pay to Company all sums immediately when due without deduction or deferment on account of any claim, counterclaim, or set-off.

12.2 Company at its discretion may request an advance to cover fees, duties, charges, taxes, and/or other expenses payable before Shipper's invoice is rendered. Forthwith upon such request being made, Shipper shall make such advance to Company.

12.3 On all amounts overdue to Company, Company shall be entitled to interest calculated on a monthly basis from the date such accounts are overdue until payment thereof at 2% per month (compounded monthly) during the period that such amounts are overdue.

13. NOTICE OF CLAIM

13.1 Any claim against Company must be in writing and delivered to Company at its registered office, or its principal place of business in Hong Kong within 3 days of:

a) In the case of damage to goods, the date of delivery of cargoes;

b) In the case of loss or non-delivery or mis-delivery of cargoes, the date that cargoes should have been delivered; and

c) In any other case, the date of the event giving rise to the claim.

13.2 No action shall lie against Company if the claim is not made within the times and in the manner specified herein.

14. TIME BAR

14.1 Any right of action against Company shall be extinguished if suit is not brought in the proper forum and written notice thereof received by Company within three 3 months from the date cargoes arrived at the destination or the date cargoes should have arrived at the destination (whichever date is the earlier).

15. NO COLLECT ON DELIVERY (C.O.D.) SHIPMENTS

15.1 Shipper agrees that: (a) Company shall have no obligation to Shipper whatsoever related to Collect on Delivery (C.O.D.) shipments and commensurate obligations for collection of bank drafts or otherwise, or to collect on any specified terms by time drafts or otherwise; and (b) Shipper bears all risk for the payment of costs and/or collection of the invoice price from its customer and the consignee.

16. GOVERNING LAW

16.1 These Conditions and any act or contract to which they apply shall be governed by and construed according to the laws of the Hong Kong Special Administrative Region. Any dispute arising out of these Conditions or any such act or contract shall be subject to the non exclusive jurisdiction of the courts of the Hong Kong Special Administrative Region.