# Exhibit D

| | |
|---|---|
| **From:** | Nandini Textile <nandinitextile@gmail.com> |
| **Sent:** | Monday, September 9, 2024 8:47 AM |
| **To:** | prakash.m@in.yusen-logistics.com; biglots@hk.yusen-logistics.com; ocm.doc1@in.yusen-logistics.com; Amardeep Mahata Mantra; Nidhi Tushir |
| **Subject:** | Legal Action Notice |

**Hi Prakash ,**

**Kindly note below are the details of Nandini Textile shipment shipped to biglots , Still nothing has reached the desitination ,DON'T HANDOVER THE GOODS TO BIGLOTS IF YOU HANDOVER THE GOODS WE WILL TAKE LEGAL ACTION AGAINST YUSEN LOGISTICS INDIA TEAM .**

**I need a confirmation from your side on the same .**

**Regards**
**Govind Dayama**
**Nandini Textile**

| Vendor Name : NANDINI TEXTILE | | | | | |
|---|---|---|---|---|---|
| **INVOICE #** | **PO#** | **Values** | **FCR DT.** | **60 days from FCR** | **ETD** |
| NT/24-25/1124 | 95378883 | $11,529.36 | 19 July 2024 | 19 September 2024 | 10 August 2024 |
| NT/24-25/1125 | 95378880 | $12,296.16 | 19 July 2024 | 19 September 2024 | 30 July 2024 |
| NT/24-25/1132 | 95378881 | $13,113.36 | 02 August 2024 | 02 October 2024 | 19 August 2024 |
| NT/24-25/1133 | 95378882 | $15,224.40 | 02 August 2024 | 02 October 2024 | 18 August 2024 |
| NT/24-25/1134 | 95378884 | $14,697.36 | 02 August 2024 | 02 October 2024 | 19 August 2024 |

--
Regards
Govind

1