**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) ) ) | Case No. 24-11967 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew B. Kratenstein of McDermott Will & Emery LLP to represent the Official Committee of Unsecured Creditors in the above-referenced cases.

Dated: November 15, 2024

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Email: jalberto@coleschotz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the U.S. Courts of Appeals for the Second, Third and Eleventh Circuits, and the U.S. District Courts for the Eastern, Southern and Western Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 15, 2024

*/s/ Andrew B. Kratenstein*
Andrew B. Kratenstein
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Email: akratenstein@mwe.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.