## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.,* | (Joint Administered) |
| Debtors.[1] | **RE: D.I. 548** |

### DECLARATION OF DISINTERESTEDNESS OF ETHAN MILLER IN SUPPORT OF EMPLOYMENT OF ALSTON & BIRD LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

Ethan Millar, declares and says:

1.      I am a partner of Alston & Bird LLP, located at 350 South Grand Avenue, Suite 5100, Los Angeles CA 90071 (the **"Firm")**. The Firm is a legal services firm.

2.      Big Lots, Inc. and certain of its affiliates (collectively, the **"Debtors"),** each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the **"Chapter 11 Cases"),** have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide those services.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3.      Pursuant to rule 2014 of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, the Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the Debtors or to the Chapter 11 Cases, for persons that are claimants or other parties in interest in the Chapter 11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 Cases.

4.      Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5.      Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than the partners and associates of the Firm.

6.      The Debtors do not owe the Firm any amounts for prepetition services.

7.      The Firm is not party to an indemnification agreement with the Debtors.

8.      The Firm reviewed its connections to, if any, the key parties-in-interest provided on **Exhibit 1.** The Firm is conducting further inquiries regarding its retention by creditors of the Debtors and, upon conclusion of that inquiry or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this declaration.

9.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 12, 2024.

_____
Ethan Millar