IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| BIG LOTS, INC., *et al.,* | : | Case No. 24-11967 (JKS) |
| Debtors. | : | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert R. Feuille of ScottHulse, P.C. to represent landlords AP Growth Properties, L.P., Cielo Paso Parke Green, L.P., KAMS Partners, L.P., Mesilla Valley Business Partners, LLC, Pleasanton Partners, L.P., and Ten East Partners, L.P. in the above-captioned matter.

Dated: November 18, 2024

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
Law Office of Susan E. Kaufman, LLC
919 North Market St., Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 18, 2024

*/s/Robert R. Feuille*
Robert R. Feuille
ScottHulse, PC
201 E. Main Dr., Suite 1100
El Paso, Texas 79901
(915) 533-2493 / (915) 546-8333 Fax
bfeu@scotthulse.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: November 18th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE