**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 554 and 1115** |

**CERTIFICATION OF COUNSEL REGARDING**
**APPLICATION FOR ORDER UNDER BANKRUPTCY CODE SECTION 1103**
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING,**
**INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS EFFECTIVE AS OF SEPTEMBER 25, 2024**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee") of Big Lots, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases, hereby certifies as follows:

1. On October 18, 2024, the *Application for Order Under Bankruptcy Code Section 1103 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 25, 2024* [Docket No. 554] (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Application (the "Proposed Order").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. Pursuant to the *Notice of Application for Order Under Bankruptcy Code Section 1103 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 25, 2024*, objections or responses to the Application and entry of the Proposed Order were to be filed and served on the undersigned counsel by November 1, 2024, at 4:00 p.m. (prevailing Eastern Time), which was extended until November 12, 2024, at 5:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

3. Prior to the Objection Deadline, the Committee received informal comments to the Application and Proposed Order from the U.S Trustee.

4. The Committee has not received any objections or other informal comments to the Application and Proposed Order.

5. On November 15, 2024, the Committee filed the *Supplemental Declaration of Cliff Zucker in Support of the Application Order Under Bankruptcy Code Section 1103 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Effective as of September 25, 2024* [Docket No. 1115] (the "Supplemental Declaration") in response to the informal comments received from the U.S. Trustee.

6. The U.S. Trustee confirmed that the Supplemental Declaration resolves the U.S. Trustee's informal comments.

7. The Committee respectfully requests that the Court enter the Proposed Order attached to the Application as Exhibit A at its earliest convenience.

[*Remainder of this page intentionally left blank.*]

| | |
|---|---|
| Dated: November 18, 2024<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Jack M. Dougherty (No. 6784)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:   (302) 652-3131<br>Fax:  (302) 652-3117<br>Email: jalberto@coleschotz.com<br>         snewman@coleschotz.com<br><br>*-and-*<br><br>Sarah A. Carnes, Esq. (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel:   (212) 752-8000<br>Fax:  (212) 752-8393<br>Email: scarnes@coleschotz.com<br><br>*-and-*<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>Darren Azman (admitted *pro hac vice*)<br>Kristin K. Going (admitted *pro hac vice*)<br>Stacy Lutkus (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Tel:   (212) 547-5400<br>Fax:  (212) 547-5444<br>Email: dazman@mwe.com<br>         kgoing@mwe.com<br>         salutkus@mwe.com<br>         nrowles@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |