# CERTIFICATE OF SERVICE

I, Jeffrey M. Carbino, hereby certify that on this 13th day of November, 2024 the foregoing Big Milf2 Objection to Debtors' Rejection/Abandonment Motion [Docket No. 666] was served on all parties registered to receive CM/ECF notifications in this matter and upon the parties identified below via email.

SERVICE LIST VIA EMAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. Market Street, 16th Floor Wilmington, DE 19801 Attn: Robert J. Dehney, Sr. Andrew R. Remming Daniel B. Butz Tamara K. Mann Sophie Rogers Churchill Email: rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com srchurchill@morrisnichols.com
DAVIS POLK & WARDWELL LLP 450 Lexington Avenue New York, NY 10017 Attn: Brian M. Resnick Adam L. Shpeen Stephen D. Piraino Ethan Stern Email: brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.co m ethan.stern@davispolk.com
COMMITTEE COUNSEL jalberto@coleschotz.com snewma@coleschotz.com scarnes@coleschotz.com dazman@mwe.com kgoing@mwe.com
OFFICE OF THE UNITED STATES TRUSTEE linda.casey@usdoj.gov

      /s/ *Jeffrey M. Carbino*
      Jeffrey M. Carbino