## Schedule 2

| | |
|---|---|
| **Benefit Providers** | Truist Bank |
| Anthem, Inc. | US Bank National Association |
| Metropolitan Life Insurance Company | Wells Fargo Bank, N.A. |
| Nationwide Mutual Insurance Company | **Equipment Lessors & Financing** |
| Optum Financial, Inc. | IBM Credit LLC |
| OptumRx | Mitsubishi HC Capital America |
| Sedgwick Claims Management | **Former Officers** |
| Sun Life and Health Insurance Company | Ashley M. White |
| The Allstate Corporation | **Insurance Premium Financing** |
| **Creditor Professionals** | AFCO Credit Corporation |
| Berkeley Research Group, LLC | AON Premium Finance, LLC |
| Choate, Hall & Stewart LLP | FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. |
| **Debtors** | **Insurance Providers** |
| AVDC, LLC | ACE American Insurance Co. |
| Big Lots eCommerce LLC | ACE Insurance |
| Big Lots F&S, LLC | ACE Property and Casualty Insurance Company (Chubb) |
| Big Lots Management, LLC | AIG Specialty Insurance Company |
| Big Lots Stores - CSR, LLC | ALLIANZ GLOBAL RISKS US INS CO |
| Big Lots Stores - PNS, LLC | Allied World Assurance Company (AWAC) |
| Big Lots Stores, LLC | Allied World Assurance Company LTD (AWAC) |
| Big Lots, Inc. | Allied World National Assurance Company (AWAC) |
| BLBO Tenant, LLC | American International Reinsurance Co Ltd (AIRCo) |
| Broyhill LLC | American International Reinsurance Company LTD (AIG) |
| Closeout Distribution, LLC | Aon plc |
| Consolidated Property Holdings, LLC | Aspen |
| CSC Distribution LLC | **AWAC/Allied World Assurance Co.** |
| Durant DC, LLC | AXA XL |
| GAFDC LLC | AXA XL (Indian Harbor) |
| Great Basin, LLC | AXA XL/XL Insurance America Inc. |
| INFDC, LLC | AXIS Insurance Co |
| PAFDC LLC | AXIS SURPLUS INSURANCE COMPANY |
| WAFDC, LLC | Beazley - Lloyd's Syndicate 2623/623 |
| **Debtors' Bankruptcy Professionals** | Beazley Insurance Company, Inc. |
| AlixPartners, LLP | Berkshire Hathaway Specialty Insurance Co. |
| Davis Polk & Wardwell | Berkshire Hathaway Specialty Insurance Co. |
| Gordon Brothers Retail Partners, LLC | **C.N.A** |
| Guggenheim Securities, LLC | Chubb Bermuda Insurance Ltd. |
| Kroll Restructuring Administration, LLC | Chubb/Ace American Insurance Co. |
| Morris, Nichols, Arsht & Tunnell LLP | Continental Casualty Company |
| **Depository Banks** | Edgewood Partners Insurance Center ("EPIC") |
| Bank of America, N.A. | Endurance American Insurance Company (Sompo) |
| Citizens Bank, N.A. | Everest Indemnity Insurance Company |
| Fifth Third Bank, National Association | Federal Insurance Co |
| PNC Bank, National Association | Federal Insurance Co |
| The Huntington National Bank | Federal Insurance Company |

## Schedule 2

| | |
|---|---|
| FEDERAL INSURANCE COMPANY/CHUBB | Carlin, Nicholas EEOC |
| Fidelis Bermuda | Imagesound Inc. |
| Great American Spirit Ins. Company | People of the State of California |
| HDI Specialty Insurance Company | Phillips, Abigail |
| Hiscox Insurance Company | State of New Jersey |
| **HOMELAND INSURANCE CO OF NY** | State of New York |
| Hub International Limited | United States of America |
| Hudson Insurance Company | Visa - Interchange |
| KINSALE INSURANCE CO | Williams, James |
| LEXINGTON INSURANCE COMPANY | **Litigation Parties' Opposing Counsel** |
| Liberty Excess & Surplus Lines Inc./Ironshore | Anderson Law Firm, PC |
| LLOYDS OF LONDON | Arnold & Porter Kaye Scholer LLP |
| LLOYDS OF LONDON | Blackstone Law |
| LLOYDS OF LONDON - Inigo | Dana & Dana |
| LLOYDS OF LONDON - RB JONES | Office of General Counsel, Office of the U.S. Trade Representative |
| LLOYDS OF LONDON- Faraday | Philips & Associates |
| LLOYDS OF LONDON- HDI | State of New Jersey |
| LLOYDS OF LONDON/HSCOX | State of New York |
| LLOYDS OF LONDON-Canopius | State of Tennessee |
| LLOYDS OF LONDON-Kiln | **The Barnes Firm, LC** |
| Marsh LLC | United States of America |
| National Union Fire Insurance Co of Pittsburgh, PA | Watts Guerra LLP |
| National Union Fire Insurance Company of PA (AIG) | **Ordinary Course Professionals** |
| NDIAN HARBOR INSURANCE CO/AXA XL | ALSTON & BIRD LLP |
| **North Rock Insurance Company Limited (CNA)** | AVALARA INC |
| Obsidian Specialty Insurance | BAKER & HOSTETLER LLP |
| RSUI Indemnity Company | BAKER MCKENZIE |
| SHELTER REINSURANCE | BENESCH FRIEDLANDER COPLAN & |
| Starr Indemnity & Liability Company | BRADLEY ARANT BOULT CUMMINGS |
| Starr Specialty Insurance Company | BURNS & FARREY PC |
| STARR SURPLUS LINES INS CO | DELOITTE & TOUCHE LLP |
| STARSTONE SPECIALTY INS CO (CORE) | DELOITTE TAX LLP |
| STEADFAST INSURANCE COMPANY/Zurich | FISH & RICHARDSON PC |
| The Ohio Casualty Insurance Company (Liberty) | GIBBS & BRUNS LLP |
| Travelers Casualty and Surety Company of America | GORDON REES SCULLY & MANSUKHANI LLP |
| Twin City Fire Insurance Company (The Hartford) | GREENBERG TRAURIG LLP |
| **Washington State Department of Labor & Industries** | ICE MILLER LLP |
| XL Insurance America, Inc. | KPMG LLP |
| Zurich | MOORE & VAN ALLEN PLLC |
| Zurich American Insurance Company | MORGAN LEWIS & BOCKIUS LLP |
| **Letter of Credit Providers** | NORTON ROSE FULBRIGHT US LLP |
| PNC Bank, National Association | PRICEWATERHOUSECOOPERS LLP |
| **Litigation Parties** | REED SMITH LLP |
| Allstate Insurance Company OBO Wiseltier, Emelia | STEPTOE & JOHNSON PLLC |
| Austin, Robert | **TAX CREDIT CO** |

## Schedule 2

| | |
|---|---|
| THOMPSON HINE LLP | FOOD LION, LLC |
| VERTEX INC | FORUM HOLDINGS, LLC |
| VORYS SATER SEYMOUR PEASE LLP | FOUNDRY COMMERCIAL |
| **Other Governmental Authorities/Agencies** | FRANKLIN SQUARE LP |
| Customs & Border Patrol | GDC INVESTMENT COMPANY |
| **Potential Purchasers/Investors** | GREENWOOD 153 LLC |
| Nexus Capital Management LP | GRI-EQY (CONCORD) LLC |
| **Real Estate Lessors/Landlords** | HAP PROPERTY OWNER, LP |
| ALBERTSON'S INC. | HONIGMAN LLP |
| ALBERTSON'S LLC | JONES LANG LASALLE AMERICAS, INC. |
| ALBERTSON'S, INC. | JUSTWATER, LLC |
| ARAPAHOE CROSSINGS, LP | KIMCO |
| ARC ASANDSC001, LLC | KIMCO CORAL SPRINGS 623 LLC |
| ARC NWNCHSC001, LLC | **KIR MONTEBELLO LP** |
| BETHEL GARP, LLC | KIR TAMPA 003, LLC |
| BOROUGH OF CHAMBERSBURG | KIRKLAND & ELLIS LLP |
| BRE RETAIL RESIDUAL OWNER 1 LLC | KITE REALTY GROUP, L.P. |
| BRE RETAIL NP MEMPHIS COMMONS OWNER LLC | KROGER LIMITED PARTNERSHIP I |
| BRE RETAIL NP OWNER 1 LLC | K-VA-T FOOD STORES INC |
| BRE RETAIL RESIDUAL NC OWNER L.P. | **LA RETAIL 1, LLC** |
| BRE RETAIL RESIDUAL OWNER 1 LLC - ATTN: G. C. | LIT Industrial Limited Partnership |
| BRE RETAIL RESIDUAL OWNER 1 LLC - REGIONAL COUNSEL | M&T BANK |
| BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | MAIN/OST LTD. |
| BRIXMOR COCONUT CREEK OWNER, LLC | **MICHIGAN CITY PLAZA LIMITED PARTNERSHIP** |
| BRIXMOR GA APOLLO II TX LP | MILLAN ENTERPRISES |
| BRIXMOR GA PANAMA CITY, LLC | MILLAN HOLDINGS, LLC |
| BRIXMOR GA WASHTENAW FOUNTAIN, LLC | MORSE ROAD COMPANY-I, LLC |
| BRIXMOR HOLDINGS 12 SPE, ATTN:GENERAL COUNSEL | NETSTREIT LP |
| BRIXMOR HOLDINGS 12 SPE, LLC | **OAK STREET REAL ESTATE CAPITAL** |
| BRIXMOR LEHIGH SC LLC | OAKWOOD PLAZA LTD. PTSHIP |
| BRIXMOR MIRACLE MILE LLC | OXFORD DEVELOPMENT COMPANY |
| BRIXMOR PROPERTY GROUP | PALMS CROSSING TOWN CENTER, LLC |
| BRIXMOR SPE 4 LLC | PMRE LLC |
| BRIXMOR WATSON GLEN, LLC | PROTECTIVE LIFE INSURANCE COMPANY |
| BRIXMOR/IA CAYUGA PLAZA LLC | RALEIGH ENTERPRISES, LLC |
| BRIXMOR/IA RUTLAND PLAZA, LLC | REALTY INCOME PROPERTIES 16, LLC |
| CARRINGTON CAPITAL INVESTMENTS IV LLC | REALTY INCOME PROPERTIES 21, LLC |
| CARRINGTON CAPITAL LLC | REALTY INCOME PROPERTIES 23, LLC |
| Columbia Group Ltd. | REALTY INCOME PROPERTIES 30, LLC |
| DDR CAROLINA PAVILION LP | REALTY INCOME PROPERTIES 4, LLC |
| DELHAIZE US HOLDING INC | ROBINSON, BRADSHAW & HINSON, P.A. |
| FLAGLER S.C., LLC | RPT REALTY LP |
| | RPT SPRING MEADOWS LLC |
| | SAFEWAY INC. |
| | SAFEWAY INC. ATTN: REAL ESTATE LAW |

**Schedule 2**

| | |
|---|---|
| SAFEWAY, INC. | SEALY INC |
| SITE CENTERS CORP. | SERTA INC |
| SPIRIT REALTY LP | **Sureties** |
| SUPERVALU INC | American Alternative Insurance Corporation |
| TEJAS CORPORATION | Liberty Mutual Insurance Company |
| TETON VENTURE, LLC | **Surety Bond Brokers** |
| THE KROGER COMPANY | Geodis SA |
| THE STOP & SHOP SUPERMARKET CO., LLC | **Taxing Authorities** |
| TRU 2005 RE I, LLC | ALABAMA DEPARTMENT OF REVENUE - MONTGOMERY, AL |
| URBAN EDGE PROPERTIES | **ALASKA DEPT OF REVENUE - JUNEAU, AK** |
| VENTURE PARTNERS LLC | **ALBERTA RECYCLING MGMT AUTHORITY - EDMONTON, AB** |
| WAL-MART EAST, LP | ARIZONA CORPORATION COMMISSION - PHOENIX, AZ |
| **WATERFORD VILLAGE LLC** | ARIZONA DEPARTMENT OF REVENUE - PHOENIX, AZ |
| WEGMANS FOOD MARKETS, INC. | ARKANSAS INSURANCE DEPARTMENT - LITTLE ROCK, AR |
| WEINGARTEN NOSTAT LLC | **BATTLECREEK CITY TREASURER - BATTLE CREEK, MI** |
| WEST POINT PARTNERS | BEXAR COUNTY TAX ASSESSOR-COLLECTOR - SAN ANTONIO, TX |
| WHITE OAKS PLAZA LLC | BOARD OF EQUALIZATION - SACRAMENTO, CA |
| WRI FREEDOM CENTRE, L.P. | BOROUGH OF CHAMBERSBURG - CHAMBERSBURG, PA |
| WRI SEMINOLE MARKETPLACE, LLC | BROWARD COUNTY TAX COLLECTOR - FORT LAUDERDALE, FL |
| WRI TRAUTMANN, L.P. | **CALIFORNIA DEPT OF PUBLIC HEALTH - SACRAMENTO, CA** |
| **Secured Lenders** | **CALIFORNIA SECRETARY OF STATE - SACRAMENTO, CA** |
| 1903 Partners, LLC | CALIFORNIA TRAVEL AND TOURISM - SACRAMENTO, CA |
| 1903P Loan Agent, LLC | CHARTER TOWNSHIP OF CLINTON - CLINTON TOWNSHIP, MI |
| Banc of America Leasing & Capital, LLC | **CHICAGO DEPT OF REVENUE - CHICAGO, IL** |
| Bank of America, N.A. | **CITY AND COUNTY OF DENVER - DALLAS, TX** |
| Fifth Third Bank, National Association | CITY AND COUNTY OF SAN FRANCISCO - SAN FRANCISCO, CA |
| Huntington National Bank | **CITY COLLECTOR - KANSAS CITY, MO** |
| MUFG Bank, Ltd. | CITY OF BATON ROUGE - BATON ROUGE, LA |
| PNC Bank, National Association | CITY OF BECKLEY - BECKLEY, WV |
| Truist Bank | CITY OF BIRMINGHAM - BIRMINGHAM, AL |
| U.S. Bank National Association | CITY OF CHARLESTON - CHARLESTON, SC |
| Wells Fargo Bank, National Association | CITY OF CHARLESTON - CHARLESTON, WV |
| WhiteHawk Finance LLC | CITY OF CHARLOTTE - CHARLOTTE, NC |
| **Shareholders** | CITY OF CLOVIS - CLOVIS, NM |
| BlackRock, Inc. | CITY OF COLUMBIA - COLUMBIA, SC |
| FMR LLC | |
| Liechtensteinische Landesbank Aktiengesellschaft | |
| The Vanguard Group, Inc. | |
| **Suppliers and Vendors** | |
| ASHLEY FURNITURE | |
| DATA 2 LOGISTICS | |
| ENGIE INSIGHT | |
| GEODIS USA LLC | |
| MEDIA STORM LLC | |
| PROCTER & GAMBLE | |

**Schedule 2**

| | |
|---|---|
| **CITY OF COLUMBUS - COLUMBUS, OH** | **CITY OF PHILADELPHIA - PHILADELPHIA, PA** |
| CITY OF CONCORD - CONCORD, CA | CITY OF PLACERVILLE - PLACERVILLE, CA |
| CITY OF CONCORD - CONCORD, NC | CITY OF PORTLAND - PORTLAND, OR |
| **CITY OF DALLAS - DALLAS, GA** | **CITY OF PORTLAND TREASURY - LEWISTON, ME** |
| CITY OF DALLAS - DALLAS, TX | **CITY OF ROCK HILL - ROCK HILL, SC** |
| **CITY OF DECATUR - BIRMINGHAM, AL** | CITY OF SACRAMENTO - SACRAMENTO, CA |
| **CITY OF DECATUR - DECATUR, AL** | CITY OF SAINT LOUIS - SAINT LOUIS, MO |
| CITY OF DUBLIN - DUBLIN, CA | CITY OF SAN DIEGO - SAN DIEGO, CA |
| **CITY OF ELIZABETHTOWN - ELIZABETHTOWN, KY** | **CITY OF SAN JOSE - SAN FRANCISCO, CA** |
| **CITY OF FLINT - FLINT, MI** | **CITY OF SAN JOSE - SAN JOSE, CA** |
| CITY OF FLORENCE - FLORENCE, KY | CITY OF SANTA CLARA - SANTA CLARA, CA |
| **CITY OF FORT MEYERS - FORT MYERS, FL** | **CITY OF SUNRISE - SUNRISE, FL** |
| CITY OF FRANKLIN - FRANKLIN, TN | CITY OF TAMPA - TAMPA, FL |
| CITY OF FRANKLIN - NASHVILLE, TN | **CITY OF THORNTON - THORNTON, CO** |
| **CITY OF FRANKLIN TAX - FRANKLIN, TN** | CITY OF TUCSON - TUCSON, AZ |
| CITY OF FRESNO - FRESNO, CA | CITY OF VICKSBURG - VICKSBURG, MS |
| CITY OF GLENDALE - GLENDALE, AZ | **CITY OF VIRGINIA BEACH TREAS - VIRGINIA BEACH, VA** |
| CITY OF HALLANDALE BEACH - HALLANDALE, FL | **CITY/COUNTY OF MOBILE - BIRMINGHAM, AL** |
| CITY OF HOLLYWOOD - HOLLYWOOD, FL | CLARK COUNTY ASSESSOR - LAS VEGAS, NV |
| CITY OF HOUSTON - HOUSTON, TX | COLORADO DEPT OF REVENUE - DENVER, CO |
| **CITY OF HOUSTON HEALTH & HUMAN - HOUSTON, TX** | COLORADO DEPT OF REVENUE - LAKEWOOD, CO |
| CITY OF HUNTINGTON BEACH - HUNTINGTON BEACH, CA | **COLORADO STATE TREASURER - DENVER, CO** |
| CITY OF HUNTSVILLE - HUNTSVILLE, AL | COMAL COUNTY TAX ASSESSOR-COLLECTOR - SAN ANTONIO, TX |
| CITY OF JACKSONVILLE - JACKSONVILLE, NC | **COMMISSIONER OF REVENUE - HARTFORD, CT** |
| CITY OF JOHNSON CITY - JOHNSON CITY, TN | COMMONWEALTH OF MASSACHUSETTS - BOSTON, MA |
| CITY OF KANSAS CITY - KANSAS CITY, KS | COMMONWEALTH OF MASSACHUSETTS - DANVERS, MA |
| CITY OF KANSAS CITY - KANSAS CITY, MO | COMMONWEALTH OF PENNSYLVANIA - HARRISBURG, PA |
| **CITY OF KENTWOOD-TAX - KENTWOOD, MI** | COMMONWEALTH OF PENNSYLVANIA - PHILADELPHIA, PA |
| CITY OF LAKELAND - LAKELAND, FL | COMMONWEALTH OF VIRGINIA - RICHMOND, VA |
| CITY OF LONG BEACH - LONG BEACH, CA | **COMPTROLLER OF THE TREASURY - ANNAPOLIS, MD** |
| **CITY OF LOS ANGELES - LOS ANGELES, CA** | **CONNECTICUT DEPT OF REVENUE - HARTFORD, CT** |
| **CITY OF LOS ANGELES - PASADENA, CA** | CONTRA COSTA COUNTY - CONCORD, CA |
| **CITY OF LOS ANGELES OFC OF - LOS ANGELES, CA** | **COUNTY OF ALBEMARLE - CHARLOTTESVILLE, VA** |
| CITY OF MEMPHIS, TENNESSEE - MEMPHIS, TN | **COUNTY OF BEXAR - SAN ANTONIO, TX** |
| **CITY OF MILWAUKEE - MILWAUKEE, WI** | **COUNTY OF FAIRFAX - FAIRFAX, VA** |
| **CITY OF MOBILE - BIRMINGHAM, AL** | **COUNTY OF FAIRFAX OFFICE OF FINANCE - FAIRFAX, VA** |
| CITY OF MOBILE - MOBILE, AL | COUNTY OF LOS ANGELES - LOS ANGELES, CA |
| **CITY OF MONTGOMERY - BIRMINGHAM, AL** | |
| CITY OF NEW ORLEANS - NEW ORLEANS, LA | |
| CITY OF NEWNAN - NEWNAN, GA | |
| **CITY OF OAKLAND - SAN FRANCISCO, CA** | |
| CITY OF OXNARD - OXNARD, CA | |

**Schedule 2**

| | |
|---|---|
| COUNTY OF LOS ANGELES - NORWALK, CA | **JEFFERSON COUNTY AL - BIRMINGHAM, AL** |
| COUNTY OF LOS ANGELES - SOUTH GATE, CA | **KANSAS DEPARTMENT OF REVENUE - TOPEKA, KS** |
| **COUNTY OF LOS ANGELES TAX COLL - LOS ANGELES, CA** | **KENTUCKY STATE TREASURER - FRANKFORT, KY** |
| COUNTY OF LOUDOUN - LEESBURG, VA | **KEYSTONE COLLECTIONS GROUP - IRWIN, PA** |
| **COUNTY OF MOBILE - MOBILE, AL** | LA DEPT OF REVENUE&TAXATION - BATON ROUGE, LA |
| COUNTY OF ORANGE - SANTA ANA, CA | **LEE COUNTY TAX COLLECTOR - FORT MYERS, FL** |
| COUNTY OF SACRAMENTO - RANCH CORDOVA, CA | **LOS ANGELES COUNTY - LOS ANGELES, CA** |
| COUNTY OF SACRAMENTO - SACRAMENTO, CA | **LOUISVILLE/JEFFERSON COUNTY RE - LOUISVILLE, KY** |
| COUNTY OF SACRAMENTO EMD - MATHER, CA | **MASSACHUSETTS DEPARTMENT OF REVENUE - BOSTON, MA** |
| COUNTY OF SAN BERNARDINO - SAN BERNARDINO, CA | **METROPOLITAN TRUSTEE - NASHVILLE, TN** |
| COUNTY OF SAN DIEGO - SAN DIEGO, CA | **MICHIGAN DEPT OF TREASURY - LANSING, MI** |
| **COUNTY OF SAN JOAQUIN - STOCKTON, CA** | **MINNESOTA SECRETARY OF STATE - SAINT PAUL, MN** |
| COUNTY OF SANTA CLARA - SAN JOSE, CA | **MISSISSIPPI DEPT OF REVENUE - JACKSON, MS** |
| DADE COUNTY TAX COLLECTOR - MIAMI, FL | **MULTNOMAH COUNTY - PORTLAND, OR** |
| DARLINGTON COUNTY TREASURER - DARLINGTON, SC | **MUNICIPAL REVENUE COLLECTION - SAN JUAN, PUERTO RICO** |
| **DELAWARE DEPT OF FINANCE - WILMINGTON, DE** | **NEBRASKA DEPARTMENT OF REVENUE - LINCOLN, NE** |
| **DELAWARE DEPT OF LABOR - PHILADELPHIA, PA** | **NEVADA DEPARTMENT OF TAXATION - LAS VEGAS, NV** |
| DELAWARE DIVISION OF REVENUE - WILMINGTON, DE | **NEW HAMPSHIRE DEPT OF REVENUE - CONCORD, NH** |
| **DEPARTMEMENT OF CONSERVATION - SACRAMENTO, CA** | **NEW JERSEY DIV OF TAXATION - TRENTON, NJ** |
| **DEPARTMENT OF REVENUE - ATLANTA, GA** | **NEW MEXICO STATE CORP - SANTA FE, NM** |
| **DEPARTMENT OF REVENUE - HELENA, MT** | **NEW YORK DEPARTMENT OF STATE - ALBANY, NY** |
| **FLORIDA DEPARTMENT REVENUE - TALLAHASSEE, FL** | **NEW YORK STATE DEPARTMENT OF - ALBANY, NY** |
| **FLORIDA DEPT OF FINANCIAL SVC - TALLAHASSEE, FL** | **NEW YORK STATE SALES TAX - NEW YORK, NY** |
| **GA DEPT OF REVENUE - ATLANTA, GA** | **NORTH CAROLINA DEPARTMENT OF - RALEIGH, NC** |
| HARRIS COUNTY M.U.D. # 102 - FRIENDSWOOD, TX | **NORTH CAROLINA DEPT OF REVENUE - RALEIGH, NC** |
| HARRIS COUNTY MUD #285 - HOUSTON, TX | **NORTHERN KENTUCKY DISTRICT - FLORENCE, KY** |
| **HARRIS COUNTY MUD #81 (HARRIS) - HOUSTON, TX** | **NYC DEPARTMENT OF FINANCE - KINGSTON, NY** |
| **HAWAII STATE TAX COLLECTOR - HONOLULU, HI** | **NYC DEPARTMENT OF FINANCE - NEW YORK, NY** |
| **IDAHO STATE TAX COMMISSION - BOISE, ID** | **NYC DEPT OF FINANCE - BROOKLYN, NY** |
| **ILLINOIS DEPARTMENT OF REVENUE - SPRINGFIELD, IL** | **NYS ASSESSMENT RECEIVABLES - BINGHAMTON, NY** |
| **INDIANA DEPARTMENT OF REVENUE - INDIANAPOLIS, IN** | **NYS DEPT OF TAXATION & FINANCE - ALBANY, NY** |
| INTERNAL REVENUE SERVICE - LONG BEACH, CA | |
| INTERNAL REVENUE SERVICE - OGDEN, UT | |
| INTERNAL REVENUE SERVICE - WASHINGTON, DC | |

## Schedule 2

| | |
|---|---|
| **OFFICE OF THE COMPTROLLER - WASHINGTON, DC** | **VIRGINIA DEPT OF TAXATION - RICHMOND, VA** |
| **OFFICE OF THE STATE CONTROLLER - SACRAMENTO, CA** | **WASHINGTON STATE DEPARTMENT OF - OLYMPIA, WA** |
| **OHIO DEPARTMENT OF TAXATION - COLUMBUS, OH** | **WISCONSIN DEPT OF REVENUE - MADISON, WI** |
| **OKLAHOMA TAX COMMISSION - OKLAHOMA CITY, OK** | **WISCONSIN DEPT OF REVENUE - MILWAUKEE, WI** |
| **OREGON DEPT OF REVENUE - SALEM, OR** | **WYOMING DEPT OF REVENUE - CHEYENNE, WY** |
| **PA DEPT OF REVENUE - HARRISBURG, PA** | **Temporary Labor/Staffing Agencies** |
| PRICEWATERHOUSECOOPER LLP - COLUMBUS, OH | ADECCO EMPLOYMENT SERVICES |
| **SANTA CLARA COUNTY - SAN JOSE, CA** | AKKODIS |
| SC DEPARTMENT OF REVENUE - COLUMBIA, SC | CHEP USA |
| **SECRETARY OF STATE - AUSTIN, TX** | COMPASS GROUP |
| **SOUTH CAROLINA DEPT OF REVENUE - COLUMBIA, SC** | INFOSYS LIMITED |
| **STATE OF ALASKA - JUNEAU, AK** | PRIDESTAFF |
| **STATE OF ARKANSAS - LITTLE ROCK, AR** | VERTIV CORPORATION |
| **STATE OF CALIFORNIA - SACRAMENTO, CA** | **Utility Providers** |
| **STATE OF COLORADO - DENVER, CO** | AEP - Appalachian Power |
| **STATE OF CONNECTICUT - HARTFORD, CT** | AES Indiana |
| **STATE OF HAWAII - HONOLULU, HI** | AES Ohio |
| **STATE OF LOUISIANA - BATON ROUGE, LA** | Alabama Power |
| **STATE OF MICHIGAN - LANSING, MI** | Alliant Energy/IPL |
| **STATE OF MISSOURI - JEFFERSON CITY, MO** | Alliant Energy/WPL |
| **STATE OF MONTANA - HELENA, MT** | Ameren Illinois |
| **STATE OF NEVADA - LAS VEGAS, NV** | Ameren Missouri |
| **STATE OF NEW HAMPSHIRE - CONCORD, NH** | American Electric Power/24002 |
| STATE OF NEW JERSEY - NEWARK, NJ | American Electric Power/24418 |
| STATE OF NEW JERSEY - TRENTON, NJ | AmeriGas - 9220 |
| **STATE OF WISCONSIN - MADISON, WI** | AmeriGas - 9335 |
| **TAX EXECUTIVES INSTITUTE INC - WASHINGTON, DC** | Appalachian Power |
| **TENNESSEE DEPARTMENT OF REVENU - NASHVILLE, TN** | APS |
| **TEXAS DEPARTMENT OF AGRICULTURE - AUSTIN, TX** | AQUA IL |
| **TEXAS DEPARTMENT OF HEALTH - AUSTIN, TX** | Aqua Indiana, Inc. |
| **TREASURER OF STATE OF OHIO - COLUMBUS, OH** | Aqua New Jersey/70279 |
| **TREASURER STATE OF CONNECTICUT - HARTFORD, CT** | Aqua OH |
| **UNIVERSITY OF KENTUCKY - LEXINGTON, KY** | Aqua Pennsylvania/70279 |
| **UTAH STATE TREASURER - SALT LAKE CITY, UT** | Arkansas Oklahoma Gas Corp (AOG) |
| **VERMONT DEPARTMENT OF TAXES - MONTPELIER, VT** | AT&T |
| **VIRGINIA DEPARTMENT OF - RICHMOND, VA** | AT&T MOBILITY |
| | Atlantic City Electric |
| | Atmos Energy/630872/740353 |
| | Avista Utilities |
| | Berkshire Gas Company |
| | BGE |
| | Black Hills Energy |
| | **Borough of Chambersburg, PA** |
| | California American Water Company |

## Schedule 2

| | |
|---|---|
| California Water Service-Bakersfield | City of Oklahoma City, OK |
| California Water Service-Chico | **City of Portland, TX** |
| California Water Service-Livermore | City of Richmond, VA |
| California Water Service-Rancho Domingue | City of Rochester, NH |
| California Water Service-Salinas | City of Rock Hill, SC |
| California Water Service-Stockton | City of Rome, GA |
| Cascade Natural Gas | **City of Sacramento, CA-Dept of Utilities** |
| CenterPoint Energy Minnegasco/4671 | City of Salina, KS |
| CenterPoint Energy/1325/4981/2628 | City of Santa Clara, CA |
| CenterPoint Energy/1423 | City of Seattle/Seattle City Light |
| CenterPoint Energy/2006 | **City of Southfield, MI** |
| CenterPoint Energy/4849 | City of Surprise, AZ |
| Central Hudson Gas & Electric Co | City of Tampa Utilities |
| Central Maine Power (CMP) | City of Toledo-Dept of Public Utilities |
| Chattanooga Gas Company/5408 | City of Tucson, AZ |
| Chesapeake Utilities | City of Turlock, CA |
| Citizens Energy Group/7056 | City of Vicksburg, MS |
| **Citizens Gas Fuel Co MI** | **City of West Plains, MO** |
| **City of Austin, TX** | City of Wilmington, DE |
| City of Clovis, CA | Clay County Utility Authority,FL |
| City of Clovis, NM | Cleco Power LLC |
| City of Colorado Springs, CO | Cloverland Electric Cooperative/Dafter |
| City of Columbia, MO | Columbia County Water Utility |
| **City of Columbia, SC - Water** | Columbia Gas of Maryland - GTS |
| City of Concord, NC | Columbia Gas of Ohio |
| City of Conway, SC | **Columbia Gas of Ohio - GTS** |
| City of Dallas, TX | Columbia Gas of Pennsylvania |
| City of Dublin, GA | Columbia Gas of Virginia |
| City of Florence, SC | Columbus Water Works |
| City of Fort Lauderdale, FL | **ComEd** |
| City of Fort Myers, FL | Connecticut Natural Gas Corp (CNG) |
| City of Franklin, TN | Constellation NewEnergy Gas Div LLC/5473 |
| City of Fresno, CA | Constellation NewEnergy/4640 |
| City of Gainesville, GA | Consumers Energy |
| City of Glendale, AZ/500 | Corning Natural Gas |
| City of Grand Rapids, MI | CoServ |
| City of Greensboro, NC/1170 | CPS Energy |
| City of Hallandale Beach, FL | Dekalb County/71224/105942 |
| City of Hollywood, FL | DELMARVA POWER DE/MD/VA/17000/13609 |
| **City of Houston, TX - Water/Wastewater** | Delta Natural Gas Co Inc |
| City of Jacksonville, NC | Direct Energy/643249/660749 |
| City of Live Oak FL | Direct Energy/70220 |
| City of Marysville, WA | **Dominion Energy North Carolina** |
| City of Millington, TN | Dominion Energy South Carolina |
| City of Millville, NJ | Dominion Energy/27031 |

**Schedule 2**

| | |
|---|---|
| DTE Energy/630795/740786 | Jefferson Parish, LA |
| Duke Energy/1094 | Jersey Central Power & Light |
| Duke Energy/1326/1327 | Kansas Gas Service |
| Duquesne Light Company | Kentucky American Water Company |
| Easton Utilities - 1189 | Kentucky Power Co/371496/371420 |
| EBMUD-East Bay Municipal Utility Dist | Keter Environmental Services |
| El Paso Electric/650801 | **KU-Kentucky Utilities Company** |
| Electric City Utilities | Lakeland Electric/City of Lakeland,FL |
| Elizabethtown Gas/6031 | LEVEL 3 COMMUNICATIONS |
| Elkton Gas | Lexington-Fayette Urban County Govt |
| Energy West - Montana | LG&E - Louisville Gas & Electric |
| Engie Power & Gas LLC/411330 | Liberty Utilities - NH |
| Engie Resources/9001025/841680 | Liberty Utilities AZ |
| Entergy Arkansas, Inc./8101 | Liberty Utilities Georgia |
| Entergy Gulf States LA, LLC/8103 | Liberty Utilities New York/75463 |
| Entergy Louisiana, Inc./8108 | Liberty Utilities/219094 |
| Entergy Mississippi, Inc./8105 | Liberty Utility CA/60144 |
| Entergy Texas, Inc./8104 | Liberty Utility Missouri/75660 |
| Eversource Energy 660753/56007 | Los Angeles Dept of Water & Power/30808 |
| Eversource Energy/56002 | Maine Natural Gas, ME |
| Eversource Energy/56003 | Memphis Light, Gas & Water Division |
| Eversource Energy/56004 | Met-Ed/3687 |
| Eversource Energy/56005 | **METROPOLITAN TELECOMMUNICATION** |
| Eversource/55215 | MHOG Utilities |
| Florida City Gas/22614 | MidAmerican Energy Company |
| Florida Public Utilities/825925 | Mississippi Power |
| FPL - Florida Power & Light Company | Missouri American Water |
| FPL Northwest FL | Modesto Irrigation District |
| Georgia Natural Gas/71245 | MonPower/Monongahela Power |
| Georgia Power | Montgomery Water Works |
| Golden State Water Co. | Mountaineer Gas/580211 |
| Green Mountain Power Corporation | Nashville Electric Service |
| GreyStone Power Corporation (elec) | National Fuel Resources/9072/371810 |
| Guardian/007912 | National Fuel/371835 |
| Harris County MUD 102 | National Grid - New York/371376 |
| Harris County MUD 81 | National Grid - Pittsburgh/371338 |
| **Hillsborough County Water Resource -BOCC** | National Grid - Pittsburgh/371382 |
| Hope Gas Inc | National Grid/371396 |
| Illinois American Water | New Jersey American Water Company/371331 |
| Indiana American Water | New Mexico Gas Company |
| Indiana Michigan Power | Newport News Waterworks |
| Intermountain Gas Company | Nicor Gas/2020/0632/5407 |
| Iowa American Water Company | NIPSCO - Northern Indiana Public Serv Co |
| JEA | NJNG |
| **Jefferson County AL, Sewer Service Fund** | NorthWestern Energy, MT |

Case 24-11967-JKS    Doc 1143-2    Filed 11/18/24    Page 10 of 12

**Schedule 2**

| | |
|---|---|
| NV Energy/30073 North Nevada | Southern Connecticut Gas (SCG) |
| NV Energy/30150 South Nevada | Southwest Gas |
| NW Natural | Southwestern Electric Power |
| NYSEG-New York State Electric & Gas | Spire/Birmingham |
| OG&E -Oklahoma Gas & Electric Service | Spire/St Louis |
| Ohio Edison | Sprague Operating Resources LLC/536469 |
| **Oklahoma Natural Gas Co: Kansas City** | Sprague Operating Resources LLC/782532 |
| Omaha Public Power District | SRP - Salt River Project/2951 |
| Orange County Utilities | Suburban Propane-1136 |
| Pacific Gas & Electric | Suburban Propane-1217 |
| Pacific Power-Rocky Mountain Power | Summit Natural Gas of Maine Inc |
| PECO/37629 | Summit Natural Gas of Missouri Inc |
| Penelec/3687 | Summit Utilities Arkansas Inc |
| Penn Power | Summit Utilities Oklahoma Inc |
| Pennsylvania American Water | Susquehanna Township Authority PA |
| Peoples/644760 | Symmetry Energy Solution LLC |
| PEPCO (Potomac Electric Power Company) | **T- MOBILE USA INC** |
| Philadelphia Gas Works | Teco Tampa Electric Company |
| Piedmont Natural Gas | Teco: Peoples Gas |
| PNM | Tennessee American Water Company |
| Portland General Electric (PGE) | Texas Gas Service |
| POTOMAC EDISON | The Illuminating Company |
| PPL Electric Utilities/419054 | The United Illuminating Company |
| PPL Electric Utilities/Allentown | Toledo Edison |
| PSE&G-Public Service Elec & Gas Co | Town of Babylon, NY |
| **PSEGLI** | Township of Falls Authority |
| Public Service Company of Oklahoma | Tucson Electric Power Company |
| Puget Sound Energy | Turlock Irrigation District |
| Republic Services #046 | TXU Energy/650638 |
| RG&E - Rochester Gas & Electric | TXU Energy/650700 |
| Rhode Island Energy | UBS-Utility Billing Services |
| Roseburg Urban Sanitary Authority | UGI Energy Services LLC |
| Sacramento County Utilities | UGI Utilities Inc |
| **San Antonio Water System, TX** | United Power |
| San Diego Gas & Electric | UNS Electric Inc |
| San Gabriel Valley Water Company | UNS Gas Inc |
| San Jose Water Company | Veolia Water New Jersey |
| Santee Cooper | Veolia Water Pennsylvania |
| Semco Energy Gas Company | Veolia Water Toms River |
| SMECO (Southern Maryland Electric Coop) | VERIZON WIRELESS |
| SMUD | Vermont Gas Systems, Inc. |
| **Snohomish County PUD** | Virginia American Water Company |
| South Jersey Gas Company | Virginia Natural Gas/5409 |
| Southern California Edison | Washington Gas/37747 |
| Southern California Gas (The Gas Co.) | Waste Management - 4648 |

Page 10

## Schedule 2

| | |
|---|---|
| Waste Management National Services, Inc. | PepsiCo, Inc. |
| Water Service Corp of Kentucky | Quacker Sales & Distribution, Inc |
| WE Energies/Wisconsin Electric/Gas | Richards, Layton & Finger, P.A. |
| West Penn Power | Rolling Frito-Lay Sales, LP |
| West Virginia American Water Company | Ryder Last Mile, Inc. |
| Xcel Energy | Saul Ewing LLP |
| Ypsilanti Community Utilities Authority | Securities & Exchange Commission - NY Office |
| **Master Service List Parties** | Securities & Exchange Commission - Philadelphia Office |
| 3M Company | Shipman & Goodwin LLP |
| American National Insurance Company | State of Alabama Attorney General |
| Ballard Spahr LLP | State of Alaska Attorney General |
| Barclay Damon LLP | State of Arizona Attorney General |
| BARNES & THORNBURG LLP | State of Arkansas Attorney General |
| Blank Rome LLP | State of California Attorney General |
| Brixmor Operating Partnership LP | State of Colorado Attorney General |
| Broward County | State of Connecticut Attorney General |
| Building Air Services Hvac LLC | State of Delaware Attorney General |
| Burlington Coat Factory Warehouse Corporation | State of Florida Attorney General |
| Burr & Forman LLP | State of Georgia Attorney General |
| Comenity Capital Bank | State of Hawaii Attorney General |
| Unilever United States | State of Idaho Attorney General |
| Conopco, Inc | State of Illinois Attorney General |
| Dell Financial Services LLC | State of Indiana Attorney General |
| Divisions Inc. | State of Iowa Attorney General |
| DLC Management Corporation | State of Kansas Attorney General |
| Elite Comfort Solutions | State of Kentucky Attorney General |
| FGX International, Inc. | State of Louisiana Attorney General |
| Frost brown Todd LLP | State of Maine Attorney General |
| Fxi Inc | State of Maryland Attorney General |
| Galveston County | State of Massachusetts Attorney General |
| Gibbons P.C. | State of Michigan Attorney General |
| Hahn Loeser & Parks LLP | State of Minnesota Attorney General |
| Hinckley, Allen & Snyder LLP | State of Mississippi Attorney General |
| Hostess Brands, Inc. | State of Missouri Attorney General |
| Internal Revenue Service | State of Montana Attorney General |
| IRS Insolvency Section | State of Nebraska Attorney General |
| Jackson Walker LLP | State of Nevada Attorney General |
| Kelley Drye & Warren LLP | State of New Hampshire Attorney General |
| Kimco Realty Corporation | State of New Jersey Attorney General |
| Kroll Restructuring Administration LLC | State of New Mexico Attorney General |
| Nissin Foods (USA) Co., Inc. | State of New York Attorney General |
| Office of the United States Trustee for the District of Delaware | State of North Carolina Attorney General |
| Offit Kurman PA | State of North Dakota Attorney General |
| Pashman Stein Walder Hayden, P.C | State of Ohio Attorney General |
| PepsiCo Sales, Inc | State of Oklahoma Attorney General |

**Schedule 2**

| | |
|---|---|
| State of Oregon Attorney General | **Duane Morris LLP** |
| State of Pennsylvania Attorney General | **Fox Rothschild LLP** |
| State of Rhode Island Attorney General | **Hill, Farrer & Burrill, LLP** |
| State of Tennessee Attorney General | **Hutchens Law Firm LLP** |
| State of Texas Attorney General | **K&L Gates LLP** |
| State of Utah Attorney General | **Klehr Harrison Harvey Branzburg LLP** |
| State of Vermont Attorney General | **McCarter & English, LLP** |
| State of Virginia Attorney General | **McNees Wallace & Nurick LLC** |
| State of Washington Attorney General | **Morrison Cohen LLP** |
| State of West Virginia Attorney General | **Perkins Coie LLP** |
| State of Wisconsin Attorney General | **Polsinelli PC** |
| State of Wyoming Attorney General | **Robinson & Cole LLP** |
| Tarant County | **TN Dept of Revenue** |
| Tempur Sealy International, Inc. and its affiliates | **Travis County** |
| The J.M. Smucker Company | **Williams Mullen** |
| U.S. Securities and Exchange Commission - Headquarters | **Womble Bond Dickinson (US) LLP** |
| United States of America Attorney General | **Official Committee of Unsecured Creditors – Members and Professionals** |
| Warner Norcross + Judd LLP | Realty Income Corporation |
| Whiteford, Taylor & Preston LLC | Blue Owl Real Estate Capital LLC |
| Accertify, Inc | NCR Voyix Corporation (f/k/a NCR Corporation) |
| **Oracle America, Inc.** | McDermott Will & Emery LLP |
| **Bellevue Holdings, LLC** | Cole Schotz P.C. |
| **Donlen Corporation** | |
| **SquareTrade, Inc.** | |
| **Sun Life Assurance Company of Canada** | |
| **Ocean Network Express (North America) Inc.** | |
| **Dole Packaged Foods, LLC** | |
| **City of Alexandria, Louisiana and Cleco Power LLC** | |
| **Post Consumer Brands, LLC** | |
| **Post Brands Pet Care, LLC** | |
| **Warm Springs Promenade, LLC** | |
| **Harris CO ESD # 29** | |
| **Harris CO ESD # 12** | |
| **Harris CO ESD # 08** | |
| **Harris CO ESD # 11** | |
| **Montgomery County** | |
| **Harris CO ESD # 48** | |
| **Harris CO ESD # 09** | |
| **Jefferson County** | |
| **Orange County** | |
| **Brazoria County** | |
| **ARD West Whiteland LLC** | |
| **Buchalter, A Professional Corporation** | |
| **Chiesa Shahinian & Giantomasi PC** | |
| **Clark Hill PLC** | |