IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Etkin of Lowenstein Sandler LLP to represent Corpus Christi Firefighters' Retirement System in the above-captioned cases and any related adversary proceedings.

Dated: November 18, 2024

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New Jersey and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 18, 2024

/s/ Michael S. Etkin
Michael S. Etkin, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey
Telephone: (973) 597-2500
metkin@lowenstein.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

46679/2
11/18/2024 217659199.1