**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 269] (the "***Notice of Commencement***")

On November 6, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Oakwood Plaza Ltd. Ptship, (ADRID: 29413768), C/O Kimco Realty Corporation, 500 North Broadway, Suite 201, Jericho, NY 11753:

- Second Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief [Docket No. 460] (the "***Second Interim Order Establishing Procedures to Sell Certain Leases***")

- Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases [Docket No. 461]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Order Approving Stipulation Resolving the Objection and Reservation of Rights of CRP/CHI Merrillville II Owner, L.L.C. To Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases [Docket No. 462]

- Notice of Disposition of Lease for Store #4054 [Docket No. 488]

- Amended Notice of Lease Sale Auction [Docket No. 502]

On November 6, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Commencement to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit B**.

On November 7, 2024, at my direction and under my supervision, employees of Kroll caused the Second Interim Order Establishing Procedures to Sell Certain Leases and following documents to be served via First Class Mail on Logicalis, Inc., (ADRID: 29302007), 2600 W Big Beaver Rd, Ste 150, Troy, MI 48084-3341:

- Notice of Abandonment, Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the October Wave Lease Sales [Docket No. 465]

- Second Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases [Docket No. 466]

- Notice of Potential Utilization and Disposal of Personal Property on Certain of the Debtors' Leased Premises Sold Pursuant to the October Wave Lease Sales [Docket No. 467]

On November 7, 2024, at my direction and under my supervision, employees of Krollcaused the following document to be served via First Class Mail on City Of Crest Hill, (ADRID: 29300149), 20600 City Center Blvd, Crest Hill, IL 60403-1988:

- Final Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 520]

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Jones Lang Lasalle Americas, Inc., (ADRID: 29305842), Attn: Retail Documents, 3344 Peachtree Rd NE, Ste 1200, Atlanta, GA 30326-4809:

- Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [Docket No. 239]

Dated: November 18, 2024

                                                                               */s/ Paul Pullo*
                                                                               Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 18, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29332723 | A Y INTERNATIONAL | A Y INTERNATIONAL | 10573 W PICO BLVD #165 | | LOS ANGELES | CA | 90064-2333 |
| 29424234 | ABNER, MADELINE VICTORIA | ADDRESS ON FILE | | | | | |
| 29374991 | ADAMS, MALEK E | ADDRESS ON FILE | | | | | |
| 29401794 | ALLGOOD, TRINITY LA'SHONE | ADDRESS ON FILE | | | | | |
| 29425032 | ALRIDGE, ANDERSON DREW | ADDRESS ON FILE | | | | | |
| 29411570 | ALVAREZ, ENRIQUE | ADDRESS ON FILE | | | | | |
| 29412163 | AMENT, PAIGE | ADDRESS ON FILE | | | | | |
| 29430049 | ANDERSON, TYREZ L | ADDRESS ON FILE | | | | | |
| 29422085 | ANGLE, NATHAN A | ADDRESS ON FILE | | | | | |
| 29398806 | ARTHUR, APRIL NICOLE | ADDRESS ON FILE | | | | | |
| 29405420 | AYERS, TYLER | ADDRESS ON FILE | | | | | |
| 29390999 | BAKER, MATT | ADDRESS ON FILE | | | | | |
| 29378875 | BALLEIN, BROOKLYN | ADDRESS ON FILE | | | | | |
| 29356687 | BARKER, JESSICA | ADDRESS ON FILE | | | | | |
| 29347254 | BBG INC | 8343 DOUGLAS AVE | STE 700 | | DALLAS | TX | 75225-5851 |
| 29376996 | BELL, AMBER | ADDRESS ON FILE | | | | | |
| 29390354 | BENNETT, JOVONTE | ADDRESS ON FILE | | | | | |
| 29379636 | BENOIT, SHERRIMEE LYNN | ADDRESS ON FILE | | | | | |
| 29422763 | BERRYMAN, ANISA | ADDRESS ON FILE | | | | | |
| 29355369 | BRADFORD, ASHLEY | ADDRESS ON FILE | | | | | |
| 29356135 | BRIDGES, JULIA BELLE | ADDRESS ON FILE | | | | | |
| 29431106 | BRISTOW, ALMA LEE | ADDRESS ON FILE | | | | | |
| 29417924 | BROWN, BRITTANY R | ADDRESS ON FILE | | | | | |
| 29404796 | BROWN, JAMONICA L | ADDRESS ON FILE | | | | | |
| 29382869 | BURCH, ANDRE | ADDRESS ON FILE | | | | | |
| 29416584 | CARTER, MARQUITA D | ADDRESS ON FILE | | | | | |
| 29418048 | CHALLIS, JOHN C | ADDRESS ON FILE | | | | | |
| 29429912 | COCHNAUER, PAULETTE R | ADDRESS ON FILE | | | | | |
| 29324818 | COLLECTION CENTER WYOMING | PO BOX 280687 | | | NASHVILLE | TN | 37228-0687 |
| 29409999 | COOK, DEBORAH | ADDRESS ON FILE | | | | | |
| 29382793 | COPPOCK, HANNAH RENE | ADDRESS ON FILE | | | | | |
| 29407402 | COSBY - RHYNES, MICHAEL LEE | ADDRESS ON FILE | | | | | |
| 29354672 | COX, KARRIE | ADDRESS ON FILE | | | | | |
| 29386984 | CRANMER, CHEYANNE | ADDRESS ON FILE | | | | | |
| 29324887 | CREDITORS RECOVERY CORP | PO BOX 3280 | | | BROKEN ARROW | OK | 74013-3280 |
| 29409856 | CRUCE, DRAKE WAYNE | ADDRESS ON FILE | | | | | |
| 29382438 | CURRY, SYRKINA | ADDRESS ON FILE | | | | | |
| 29430065 | DANIEL, JASON | ADDRESS ON FILE | | | | | |
| 29366856 | DANIELS, ANTHONY DRERAY | ADDRESS ON FILE | | | | | |
| 29402676 | DAVIS, QUINTINA | ADDRESS ON FILE | | | | | |
| 29376350 | DECKER, ELIZABETH ANN | ADDRESS ON FILE | | | | | |
| 29381213 | DOZIER, GARY LYNN | ADDRESS ON FILE | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29355977 | DUDLEY, TRINITY | ADDRESS ON FILE | | | | | |
| 29368641 | DUGAN, LAKIN FAYE | ADDRESS ON FILE | | | | | |
| 29417104 | DUNLAP, TAMMY | ADDRESS ON FILE | | | | | |
| 29359359 | DURR, ELIJAH | ADDRESS ON FILE | | | | | |
| 29370958 | DUVALL, JAYMEE LYNN | ADDRESS ON FILE | | | | | |
| 29409577 | EDWARDS, MADISON BROOKE | ADDRESS ON FILE | | | | | |
| 29343550 | ELLIS, ANTOINETTE DANIELLE | ADDRESS ON FILE | | | | | |
| 29368698 | ELLIS, SARA | ADDRESS ON FILE | | | | | |
| 29333149 | ELSA L INC | 27 RED ROCK WAY | | | SAN RAFAEL | CA | 94903-3840 |
| 29397679 | ENGART, DOROTHY | ADDRESS ON FILE | | | | | |
| 29399518 | FERGUSON, JASON JAMES | ADDRESS ON FILE | | | | | |
| 29373280 | FRANK, ISAIAH BLAIZE | ADDRESS ON FILE | | | | | |
| 29409173 | FRAUNFELDER, CHRISTOPHER | ADDRESS ON FILE | | | | | |
| 29327684 | GARNER, TAJUANA | ADDRESS ON FILE | | | | | |
| 29390410 | GLENN, ANDRE HAYES | ADDRESS ON FILE | | | | | |
| 29431086 | GREEN, FELICIA | ADDRESS ON FILE | | | | | |
| 29405678 | GUAJARDO, VANESSA | ADDRESS ON FILE | | | | | |
| 29384445 | HALL, ASHLEY NATASHA | ADDRESS ON FILE | | | | | |
| 29378719 | HALPIN, MARK H | ADDRESS ON FILE | | | | | |
| 29337011 | HANSEN, ANGELA | ADDRESS ON FILE | | | | | |
| 29368331 | HARRIS, GRACE | ADDRESS ON FILE | | | | | |
| 29435737 | HARRIS-CARTER, KAMERAN | ADDRESS ON FILE | | | | | |
| 29411618 | HEISER, ANDREW | ADDRESS ON FILE | | | | | |
| 29391195 | HICKS, LATRISHA | ADDRESS ON FILE | | | | | |
| 29402608 | HOGAN, LUKE ANTHONY | ADDRESS ON FILE | | | | | |
| 29401431 | HUDSON, THOMAS M | ADDRESS ON FILE | | | | | |
| 29429867 | HUNT, AKEEM | ADDRESS ON FILE | | | | | |
| 29333407 | INTERNATIONAL PURCHASE SYSTEM | INTERNATIONAL PURCHASE SYSTEM | 6 EXECUTIVE PLZ | STE 147 | YONKERS | NY | 10701-6835 |
| 29374926 | JACKS, JENNA DENESE | ADDRESS ON FILE | | | | | |
| 29397317 | JACKSON, JAELYN A. | ADDRESS ON FILE | | | | | |
| 29395190 | JERMALOWICZ, MARY ANN | ADDRESS ON FILE | | | | | |
| 29391627 | JOHNSON, ANGELA KEAUNA | ADDRESS ON FILE | | | | | |
| 29354684 | JOHNSON, CECILIA | ADDRESS ON FILE | | | | | |
| 29401445 | JOHNSON, LOLA | ADDRESS ON FILE | | | | | |
| 29401006 | JONES, JAMARCUS | ADDRESS ON FILE | | | | | |
| 29350722 | JONES, KEVIN | ADDRESS ON FILE | | | | | |
| 29384666 | KELSO, JOHN | ADDRESS ON FILE | | | | | |
| 29379330 | KEY, LATONYA | ADDRESS ON FILE | | | | | |
| 29406434 | KILBOURN, ALLYSON | ADDRESS ON FILE | | | | | |
| 29411037 | KING, DEVANTAE HAND | ADDRESS ON FILE | | | | | |
| 29333489 | KISS MY KETO LLC | KISS MY KETO LLC | PO BOX 13308 | | LOS ANGELES | CA | 90013-0308 |
| 29412252 | KNIGHT, REBECCA | ADDRESS ON FILE | | | | | |

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29394500 | LARGE, BRANDON JAMES | ADDRESS ON FILE | | | | | |
| 29328428 | LEE, LASONYA RENEE | ADDRESS ON FILE | | | | | |
| 29354575 | MACIAS, ERIKA | ADDRESS ON FILE | | | | | |
| 29366201 | MARTIN, ANGELA | ADDRESS ON FILE | | | | | |
| 29326892 | MARYSVILLE PLAZA, LLC V. CS ROSS COMPANY (0429 MARYSVILLE, OH) | LAW OFFICES OF BRYAN B. JOHNSON | JOHNSON, ESQ., BRYAN B. | 6241 MEMORIAL DR | DUBLIN | OH | 43017-8766 |
| 29379059 | MASON, RANDY | ADDRESS ON FILE | | | | | |
| 29380572 | MAYNEZ, KRISTINA MAE | ADDRESS ON FILE | | | | | |
| 29407213 | MCCANN, VICKI | ADDRESS ON FILE | | | | | |
| 29430863 | MCCANTS, ANGELIKA | ADDRESS ON FILE | | | | | |
| 29423092 | MCCAULEY, MICHEAL DION | ADDRESS ON FILE | | | | | |
| 29356017 | MCDONALD, CAIDEN | ADDRESS ON FILE | | | | | |
| 29369191 | MEDINA, KILYNN IZABEL | ADDRESS ON FILE | | | | | |
| 29394676 | MENDOZA, RAYMOND | ADDRESS ON FILE | | | | | |
| 29389485 | MIDER, KATHERINE ELIZABETH | ADDRESS ON FILE | | | | | |
| 29347748 | MONTGOMERY SQUARE SHOPPING CENTER L | 309 ARTILLERY PARK DR | UNIT 102 | | FT MITCHELL | KY | 41017-2798 |
| 29421235 | MOORE, MARCUS | ADDRESS ON FILE | | | | | |
| 29384625 | MORALES, ANDREW SAMUEL | ADDRESS ON FILE | | | | | |
| 29393137 | MUHAMMAD, KESI NA'ILAH | ADDRESS ON FILE | | | | | |
| 29396177 | NELSON, KARIA N | ADDRESS ON FILE | | | | | |
| 29353303 | NELSON, MONIQUE MARIE | ADDRESS ON FILE | | | | | |
| 29414322 | NEWS WEST PUBLISHING CO | 2580 HIGHWAY 95 STE 115 | | | BULLHEAD CITY | AZ | 86442-7324 |
| 29362703 | NGUYEN, SIMPSON KY | ADDRESS ON FILE | | | | | |
| 29363417 | NOBLIN-JELKS, TERRELL | ADDRESS ON FILE | | | | | |
| 29368232 | NOLAN, EARNEST | ADDRESS ON FILE | | | | | |
| 29436174 | NOLEN, MATTHEW | ADDRESS ON FILE | | | | | |
| 29391318 | NUNEZ, ELIJAH | ADDRESS ON FILE | | | | | |
| 29370935 | NUNEZ-CEJA, REYNA JESSICA | ADDRESS ON FILE | | | | | |
| 29391406 | OAKFORD, MARQUISE LESHONE | ADDRESS ON FILE | | | | | |
| 29417148 | OLVERA, ALYSIA GABRIELLE | ADDRESS ON FILE | | | | | |
| 29426166 | O'RILEY, BRENNA | ADDRESS ON FILE | | | | | |
| 29397562 | OWENS, KIMBERLY MARIE | ADDRESS ON FILE | | | | | |
| 29347800 | PAC LODI TIC | C/O TRI PROPERTY MGMT SVCS INC | 2205 PLAZA DR | STE 100 | ROCKLIN | CA | 95765-4441 |
| 29358453 | PADILLA, DAISY | ADDRESS ON FILE | | | | | |
| 29346603 | PEARSON CANDY COMPANY | PEARSON CANDY COMPANY | 2140 7TH ST W | | SAINT PAUL | MN | 55116-3199 |
| 29428531 | PENDLEY, MAVRICK AUSTIN | ADDRESS ON FILE | | | | | |
| 29421831 | PEVE, ALISHA C | ADDRESS ON FILE | | | | | |
| 29405667 | POPE, JAKKAR MOREY | ADDRESS ON FILE | | | | | |
| 29366862 | PRESTON, MICHAEL | ADDRESS ON FILE | | | | | |
| 29412506 | PRICE, TRISTAN TYLER | ADDRESS ON FILE | | | | | |
| 29358707 | RAND, AMAREON KEITH | ADDRESS ON FILE | | | | | |
| 29417038 | RANKIN, HAYLIE GRACE | ADDRESS ON FILE | | | | | |
| 29310313 | RECEIVER OF TAXES -TOWN OF RIVERHEAD | 4 W 2ND ST | | | RIVERHEAD | NY | 11901-2596 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29397088 | REED, ARYSSA KATHERINE | ADDRESS ON FILE | | | | | |
| 29429870 | REESE, COURTNEY | ADDRESS ON FILE | | | | | |
| 29375467 | REVELS, CARENDA SHEINA | ADDRESS ON FILE | | | | | |
| 29401487 | REYES, ARACELI ARACELI | ADDRESS ON FILE | | | | | |
| 29397897 | ROACH, HECTOR MANUEL | ADDRESS ON FILE | | | | | |
| 29410896 | RUDOLPH, KARLENDA | ADDRESS ON FILE | | | | | |
| 29386905 | SANCHEZ, MISTY | ADDRESS ON FILE | | | | | |
| 29384448 | SANTANA, RAMIEL NICHOLAS | ADDRESS ON FILE | | | | | |
| 29375776 | SAVANNAH, ALMA | ADDRESS ON FILE | | | | | |
| 29335297 | SCHWEGMANN FAMILY TRUST # 2 | 6125 BELLAIRE DR | | | NEW ORLEANS | LA | 70124-1243 |
| 29366263 | SCOTT, EBONIE | ADDRESS ON FILE | | | | | |
| 29401441 | SESTITO, NICOLE | ADDRESS ON FILE | | | | | |
| 29305862 | SHAW-MARTY ASSOCIATES | C/O EISNER-FOURCHY DEVELOPMENT | 6740 N WEST AVE | STE 107 | FRESNO | CA | 93711-4302 |
| 29401838 | SHEVTSOV, SERGEY | ADDRESS ON FILE | | | | | |
| 29426223 | SMITH, JAOMARI DASHAWN | ADDRESS ON FILE | | | | | |
| 29331090 | SPIRES, TIFFANY | ADDRESS ON FILE | | | | | |
| 29376965 | ST ONGE, DANIELLE MARIE | ADDRESS ON FILE | | | | | |
| 29425077 | STALLWORTH, DOMINIQUE | ADDRESS ON FILE | | | | | |
| 29427506 | STANLEY, CASSANDRA | ADDRESS ON FILE | | | | | |
| 29366525 | STEEL, BARIANNA JOSHALENA | ADDRESS ON FILE | | | | | |
| 29430450 | STEVENSON, JANET LEE | ADDRESS ON FILE | | | | | |
| 29346843 | SUCKERPUNCH | SUCKERPUNCH GOURMET LLC | 1333 BURR RIDGE PARKWAY | STE 200 | BURR RIDGE | IL | 60527-0833 |
| 29378926 | TAYLOR, DEAKODA ROSALIE | ADDRESS ON FILE | | | | | |
| 29385656 | THOMPKINS, TAMALYN SHANESE | ADDRESS ON FILE | | | | | |
| 29373958 | THOMPSON, JACK EDWARD | ADDRESS ON FILE | | | | | |
| 29404883 | VOORHIES, ALEX TODD | ADDRESS ON FILE | | | | | |
| 29389401 | WALKER, KAITLYN | ADDRESS ON FILE | | | | | |
| 29370805 | WALLACE, TANIA | ADDRESS ON FILE | | | | | |
| 29426786 | WATSON, KAMRYN | ADDRESS ON FILE | | | | | |
| 29365609 | WELLS, DAVID G | ADDRESS ON FILE | | | | | |
| 29363168 | WILCOX, MARC | ADDRESS ON FILE | | | | | |
| 29426683 | WILLIAMS, DONTAE MAURICE | ADDRESS ON FILE | | | | | |
| 29382455 | WILLIAMS, MICHELLE RENETHEA | ADDRESS ON FILE | | | | | |
| 29401513 | WILLIAMS, SARAH | ADDRESS ON FILE | | | | | |
| 29426242 | YUELLING, GREGORY GENE | ADDRESS ON FILE | | | | | |

**Exhibit B**

## Exhibit B

Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address |
|---|---|---|
| 29418570 | CASEY, AMANDA LEA | ADDRESS ON FILE |
| 29365802 | CLARKE, RYAN LAWRENCE | ADDRESS ON FILE |
| 29396764 | HOOD, DARYL M. | ADDRESS ON FILE |
| 29375368 | JOSE, WAYNE KENNETH | ADDRESS ON FILE |
| 29357727 | LARIMORE, CHASE LELAND | ADDRESS ON FILE |