**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 576** |
| | **Objection Deadline:**<br>**November 23, 2024, at 4:00 p.m. (ET)** |

**FIFTH NOTICE OF FILING OF LIST OF ADDITIONAL CLOSING STORES
PURSUANT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS TO
ASSUME THE CONSULTING AGREEMENT, (II) AUTHORIZING STORE
CLOSING SALES AND APPROVING RELATED PROCEDURES,
AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 9, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, and related pleadings with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, on October 21, 2024, the Court entered the *Final Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* (D.I. 576) (the "**Store Closing Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 20, 2024, the Debtors filed the *Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* (D.I. 239) in accordance with the Store Closing Order.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Store Closing Order.

**PLEASE TAKE FURTHER NOTICE** that, on September 27, 2024, Debtors filed the *Second Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* (D.I. 347) in accordance with the Store Closing Order.

**PLEASE TAKE FURTHER NOTICE** that, on October 4, 2024, Debtors filed the *Third Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* (D.I. 424) in accordance with the Store Closing Order.

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2024, Debtors filed the *Fourth Notice of Filing of List of Additional Closing Stores Pursuant to the Interim Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief* (D.I. 485) in accordance with the Store Closing Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 34 of the Store Closing Order, attached hereto as **Exhibit A** is a list of additional stores at which the Debtors intend to conduct Store Closing Sales (the "**Additional Closing Store List**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the attached Additional Closing Store List must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 23, 2024, at 4:00 p.m. (ET)** (the "**Objection Deadline**"); and (c) served so as to be received on or before the Objection Deadline by the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO TIMELY OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES HEREIN WITH RESPECT TO THE APPLICATION OF THE STORE CLOSING ORDER TO AN ADDITIONAL CLOSING STORE, THE DEBTORS ARE AUTHORIZED TO PROCEED WITH CONDUCTING THE SALES AT THE ADDITIONAL CLOSING STORES IN ACCORDANCE WITH THE STORE CLOSING ORDER, THE STORE CLOSING PROCEDURES, AND THE SERVICES AGREEMENT, AS APPLICABLE.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the application of the Store Closing Order to the Store or Stores included on the Additional Closing Store List is timely filed and not resolved, the application of the Store Closing Order to such Store or Stores will be considered by the Court at the next regularly scheduled omnibus hearing, subject to the rights of any party to seek relief on an emergency basis or shortened notice.

Dated: November 18, 2024
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*