## Exhibit A

**Additional Closing Stores**

# BIG LOTS, INC. Stores
**Exhibit**

**Store List**

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 1087 | PORTER | 23741 HWY 59 STE 30 | PORTER | TX | 77365 | 21,579 | 17,702 |
| 2 | 1384 | FORT WALTON BEACH | 111 RACETRACK RD NW | FORT WALTON BEACH | FL | 32547 | 30,909 | 22,531 |
| 3 | 1451 | SAN ANTONIO | 3715 COLONY DR | SAN ANTONIO | TX | 78230 | 33,086 | 20,748 |
| 4 | 1763 | ATLANTA | 3358 CHAMBLEE TUCKER RD | ATLANTA | GA | 30341 | 31,629 | 22,889 |
| 5 | 1922 | MERIDIAN | 100 E FAIRVIEW AVE | MERIDIAN | ID | 83642 | 26,682 | 18,160 |
| 6 | 4111 | REDONDO BEACH | 1207 AVIATION BLVD | REDONDO BEACH | CA | 90278 | 25,020 | 19,560 |
| 7 | 4124 | PHOENIX | 3543 W THUNDERBIRD RD | PHOENIX | AZ | 85053 | 27,392 | 18,880 |
| 8 | 4148 | WEBSTER | 1201 W NASA PKWY | WEBSTER | TX | 77598 | 26,439 | 20,122 |
| 9 | 4278 | MURRIETA | 25260 MADISON AVE | MURRIETA | CA | 92562 | 25,219 | 19,505 |
| 10 | 4315 | LOS ANGELES | 1815 W SLAUSON AVE | LOS ANGELES | CA | 90047 | 18,963 | 15,438 |
| 11 | 4465 | MEDFORD | 1070 BIDDLE RD | MEDFORD | OR | 97504 | 25,711 | 17,983 |
| 12 | 4470 | HERMISTON | 930 S HIGHWAY 395 STE A | HERMISTON | OR | 97838 | 23,488 | 18,716 |
| 13 | 4575 | TULARE | 1675 HILLMAN STREET | TULARE | CA | 93274 | 34,611 | 24,684 |
| 14 | 4601 | MOSES LAKE | 813 N STRATFORD RD. | MOSES LAKE | WA | 98837 | 39,839 | 26,064 |
| 15 | 4639 | LAS VEGAS | 7781 W TROPICAL PKWY | LAS VEGAS | NV | 89149 | 33,286 | 22,397 |
| 16 | 4655 | BAKERSFIELD | 4751 WHITE LANE | BAKERSFIELD | CA | 93309 | 29,610 | 22,057 |
| 17 | 4666 | ROSEBURG | 1350 NE STEPHENS ST STE 50 | ROSEBURG | OR | 97470 | 40,677 | 27,161 |
| 18 | 4677 | SPARKS | 1300 DISC DR | SPARKS | NV | 89436 | 32,308 | 22,438 |
| 19 | 5091 | ORLANDO | 2544 E COLONIAL DR | ORLANDO | FL | 32803 | 30,053 | 22,315 |