**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 450 & 822** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING
DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On the October 9, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order Authorizing Debtors To Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (D.I. 450) (the "**Motion**"), seeking to reject two of the Debtors' Distribution Center Leases (as defined in the Motion).[2] A proposed form of order granting this relief was attached to the Motion as Exhibit A (the "**Proposed Order**").

2. On October 10, 2024, the Debtors filed the *Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of the Debtors' Leased Distribution Centers Proposed to be Rejected Pursuant to the Motion of Debtors for Entry of an*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

*Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (D.I. 476).

3. A limited objection (D.I. 596) to the Motion was filed by Raymond Storage Concepts, Inc. and Raymond West Intralogistics Solutions on October 24, 2024, and subsequently withdrawn on October 29, 2024 (D.I. 649).

4. A limited objection (D.I. 597) to the Motion was also filed by Dell Financial Services L.L.C. on October 24, 2024, and subsequently withdrawn on October 30, 2024 (D.I. 665).

5. On November 3, 2024, the Debtors filed under certification of counsel a revised Proposed Order to incorporate comments from Blue Owl Real Estate Capital LLC (the "**Revised Proposed Order**") (D.I. 822).

6. Thereafter, the Court directed the Debtors to make additional changes to the Revised Proposed Order (the "**Further Revised Proposed Order**"). The Further Revised Proposed Order is attached hereto as **Exhibit A**.

7. For the convenience of the Court and all parties in interest, a redline comparing the Further Revised Proposed Order against the Revised Proposed Order is attached hereto as **Exhibit B**.

8. Counsel for Blue Owl Real Estate Capital LLC has reviewed the Further Revised Proposed Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request entry of the Further Revised Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: November 18, 2024
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*