**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Big Lots, Inc., *et al.*,<br>　　　　　　　　Debtors. | ) Chapter 11<br>) Case No. 24-11967 (JKS)<br>) (Jointly Administered)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Rebecca L. Matthews, Esquire of the law firm of Frost Brown Todd LLP to represent WPG Legacy, LLC, WPG Management Associates, Inc. and Tempur Sealy International, Inc. in the above-captioned cases.

　　　　　　　　　　　　　　　　　　*/s/ Susan E. Kaufman*
　　　　　　　　　　　　　　　　　　Susan E. Kaufman (DSB #3381)
　　　　　　　　　　　　　　　　　　Law Office of Susan E. Kaufman, LLC
　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 460
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 472-7420 / (320) 792-7420 Fax
Dated: November 19, 2024　　　　　skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  November 19, 2024　　　　　*/s/ Rebecca L. Matthews*
　　　　　　　　　　　　　　　　　　Rebecca L. Matthews, Esq.
　　　　　　　　　　　　　　　　　　Frost Brown Todd LLC
　　　　　　　　　　　　　　　　　　2101 Cedar Springs Road, Suite 900
　　　　　　　　　　　　　　　　　　Dallas, TX  75201
　　　　　　　　　　　　　　　　　　214-545-3472 / 214-545-3473 Fax
　　　　　　　　　　　　　　　　　　rmatthews@fbtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.