# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Lots, Inc., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to D.I. 18** |

### BLUE OWL CAPITAL LLC'S WITNESS LIST FOR HEARING SCHEDULED FOR NOVEMBER 21, 2024 AT 10:30 A.M. (ET)

Blue Owl Real Estate Capital LLC ("**Blue Owl**"),[2] submit this witness list identifying the witnesses it may call at the hearing scheduled for November 21, 2024, at 10:30 a.m. (ET) (the "Hearing") each in connection with the *Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 18] ("Sale Motion") and the objections filed with respect to the Sale Motion.

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] The affiliates of Blue Owl Real Estate Capital, LLC involved in these Chapter 11 Cases are as follows: BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, and BIGTRPA001 LLC.

1

11221327.v1

**WITNESSES**

Blue Owl may call the following witnesses at the Hearing:

1. Evan P. Glucoft, Managing Director, Nexus Capital Management LP;

2. Adam Rifkin, Senior Managing Director, Guggenheim Securities, LLC;

3. James A. King, Partner, Porter Wright Morris & Arthur LLP;

4. Jonathan Ramsden, Chief Financial and Administrative Officer, the Debtors;

5. Ronald A. Robins Jr., Executive Vice President, Chief Legal and Governance Officer, General Counsel and Corporate Secretary, the Debtors;

6. Any witness called by any other party;

7. Rebuttal witnesses, as necessary or as Blue Owl determines to be desirable; and

8. Blue Owl reserves the right to cross-examine any witness called by another party.

**RESERVATION OF RIGHTS**

Blue Owl reserves the right to amend, modify, or supplement the foregoing at any time prior to or at the Hearing. Blue Owl further reserves the right to (i) cross-designate all witnesses designated by any other party for the Hearing, (ii) call any rebuttal and/or impeachment witnesses as necessary, (iii) cross-examine any witness called by any other party at the Hearing, and (iv) not call any witness identified herein.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Date: November 19, 2024<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (Delaware Bar No. 3989)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: 302-552-5511 \|<br>Facsimile: 302-426-9193<br>Email: dpacitti@klehr.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone (admitted *pro hac vice*)<br>Victor Noskov (admitted *pro hac vice*)<br>Zachary Russell (admitted *pro hac vice*)<br>Joanna D. Caytas (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email:  benjaminfinestone@quinnemanuel.com<br>        victornoskov@quinnemanuel.com<br>        zacharyrussell@quinnemanuel.com<br>        joannacaytas@quinnemanuel.com<br><br>*Counsel for Blue Owl Real Estate Capital LLC* |