**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) ) ) | Case No. 24-11967 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the attached certification, I move for the admission *pro hac vice* of Emily L. Pagorski of Stoll Keenon Ogden PLLC, 400 West Market Street, Suite 2700, Louisville, Kentucky 40202-2828, to represent Regency Commercial Associates LLC and its affiliates including but not limited to Regency CSP IV LLC, Regency Central Indiana LLC, Regency Hannibal LLC, Regency Mount Vernon LLC and Regency Summersville LLC in these cases.

Dated: November 19, 2024
         Wilmington, Delaware

Respectfully submitted,

/s/*Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Fax: (610) 371-7972
jhh@stevenslee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Illinois, Indiana, and Kentucky, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has previously been paid to the Clerk of Court for the District Court on November 19, 2024.

Dated: November 19, 2024
         Louisville Kentucky

Respectfully submitted,

/s/
Emily L. Pagorski
**STOLL KEENON OGDEN PLLC**
400 West Market Street, Suite 2700
Louisville, Kentucky 40202-2828
Tel:     (502) 568-5763
Fax:    (502) 333-6099
E-mail:  emily.pagorski@skofirm.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.