## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Lots, Inc., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Blue Owl Real Estate Capital LLC's Notice of Deposition to Porter Wright Morris & Arthur LLP Pursuant to Rule 30(b)(6)* were caused to be served on November 19, 2024 upon respective counsel listed below via electronic mail.

**PORTER WRIGHT MORRIS & ARTHUR LLP**
41 South High Street Suites 2800 - 3200
Columbus, OH 43215
jking@porterwright.com
mstowe@porterwright.com
djia@porterwright.com

*[Signature Page to Follow]*

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "***Debtors***"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

13394-00001/15400560.1

| | |
|---|---|
| Dated: November 19, 2024<br>Wilmington, Delaware | /s/ Domenic E. Pacitti |

Domenic E. Pacitti (Delaware Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: 302-552-5511
Facsimile: 302-426-9193
Email: dpacitti@klehr.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted *pro hac vice*)
Victor Noskov (admitted *pro hac vice*)
Zachary Russell (admitted *pro hac vice*)
Joanna D. Caytas (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: benjaminfinestone@quinnemanuel.com
victornoskov@quinnemanuel.com
zacharyrussell@quinnemanuel.com
joannacaytas@quinnemanuel.com

*Counsel for Blue Owl Real Estate Capital LLC*