**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Big Lots, Inc., *et al.* | ) Case No. 24-11967 (JKS) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Steven J. Brown, Esq. of the law firm of Steve Brown & Associates, LLC to represent Show Low Yale Casitas, LLC in the above-captioned cases and any and all adversary proceedings in this action.

/s/ Sally E. Veghte
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

/s/ Steven J. Brown
Steven J. Brown, Esq.
STEVE BROWN & ASSOCIATES, LLC
1414 E. Indian School Road, Suite 200
Phoenix, AZ 8514
Telephone: (602) 264-9224
Email: sbrown@sjbrownlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

11201079.v1