**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. __** |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO SHORTEN NOTICE AND SCHEDULE
EXPEDITED HEARING ON ITS EMERGENCY MOTION FOR AN ORDER
FURTHER EXTENDING THE CHALLENGE DEADLINE**

Upon the motion (the "Scheduling Motion")[2] of the Official Committee of Unsecured

Creditors (the "Committee") to shorten the notice period with respect to the Committee's

Extension Motion; and for good cause shown; it is hereby **ORDERED**, **ADJUDGED**, **AND**

**DECREED THAT**:

1.      The Scheduling Motion is **GRANTED** as set forth herein.

2.      The Extension Motion shall be considered by the Court at a hearing to be held on

_____ _____, 2024, at __:__ __.m. (Prevailing Eastern Time).

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Scheduling Motion.

68457/0001-48852919

3.      Objections, if any, to the Extension Motion shall be served and filed prior to the time of the hearing on the Extension Motion.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

68457/0001-48852919