IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Big Lots, Inc., *et al.* [1] | ) Case No. 24-11967 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Related to Docket Nos. 1152 and 1171 |

**JOINDER OF BLUE OWL REAL ESTATE CAPITAL LLC IN THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN NOTICE AND SCHEDULE EXPEDITED HEARING ON EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER FURTHER EXTENDING THE CHALLENGE DEADLINE**

Blue Owl Real Estate Capital LLC ("Blue Owl"), by and through its undersigned counsel, hereby joins in the *Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing on the Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline* [Docket No. 1171] (the "Scheduling Motion"):

1. On November 18, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the *Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline* [Docket No. 1151]

2. On November 18, 2024, Blue Owl filed *Blue Owl Capital LLC's Second Motion to Extend Challenge Period* [Docket No. 1152] (the "Second Extension Motion").

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

11222267.v1

3.      For all the reasons set forth in the Scheduling Motion, which are incorporated herein, Blue Owl hereby joins in the relief requested by the Committee in the Scheduling Motion and requests the Court approve the same relief requested in the Scheduling Motion with respect to Blue Owl's Second Extension Motion.

**WHEREFORE**, the Blue Owl respectfully requests that the Court enter the Proposed Order, granting the relief requested herein and such other and further relief as the Court deems just and proper.

[Remainder of this page intentionally left blank]

11222267.v1

| | |
|---|---|
| Date: November 19, 2024<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/  Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: 302-552-5511 \|<br>Facsimile: 302-426-9193<br>Email: dpacitti@klehr.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone (admitted *pro hac vice*)<br>Victor Noskov (admitted *pro hac vice* )<br>Zachary Russell (admitted *pro hac vice*)<br>Joanna D. Caytas (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br>        victornoskov@quinnemanuel.com<br>        zacharyrussell@quinnemanuel.com<br>        joannacaytas@quinnemanuel.com<br><br>*Counsel for Blue Owl Real Estate Capital LLC* |

11222267.v1