# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>  Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN NOTICE AND SCHEDULE EXPEDITED HEARING ON ITS EMERGENCY MOTION FOR AN ORDER FURTHER EXTENDING THE CHALLENGE DEADLINE AND AS JOINED BY JOINED BY BLUE OWL REAL ESTATE CAPITAL LLC SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON WITH RESPECT TO BLUE OWL CAPITAL LLC'S SECOND MOTION TO EXTEND CHALLENGE PERIOD**

Upon the motion (the "Scheduling Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") to shorten the notice period with respect to the Committee's Extension Motion and as Joined by Blue Owl Real Estate Capital LLC ("Blue Owl") with respect to *Blue Owl Capital LLC's Second Motion to Extend Challenge Period* [Docket No. 1152] ("Second Extension Motion"); and for good cause shown; it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED THAT**:

 1. The Scheduling Motion is **GRANTED** as set forth herein.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Scheduling Motion.

2. The Blue Owl Second Extension Motion shall be considered by the Court at a hearing to be held on _____ \_\_\_\_\_, **2024, at \_\_:\_\_ \_\_.m. (Prevailing Eastern Time)**.

3. Objections, if any, to the Second Extension Motion shall be served and filed prior to the time of the hearing on the Second Extension Motion.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

11222267.v1