**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 541** |

### NOTICE OF WITHDRAWAL OF THE FIFTH AVENUE LANDLORD'S MOTION TO COMPEL IMMEDIATE PAYMENT OF STUB RENT IN ACCORDANCE WITH BANKRUPTCY CODE § 503(b) WITHOUT PREJUDICE

Fifth/Grand Holdings, LLC (the "Fifth Avenue Landlord") withdraws, without prejudice, the *Fifth Avenue Landlord's Motion to Compel Immediate Payment of Stub Rent in Accordance with Bankruptcy Code §503(b)* (D.I. 541).

The Fifth Avenue Landlord reserves all rights, claims, and interests with respect to Lease, the Fifth Avenue Store, and any related matters (including, without limitation, all rights under 11 U.S.C. §§ 365(b), 365(d)(3) and 503(b) and applicable law).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: November 19, 2024
      Wilmington, DE 19801

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(Phone) 302.650.7540
E-Mail: scott.leonhardt@esbrook.com

and

Robert B. Berner (0020055)
Bailey Cavalieri LLC
409 E. Monument Ave., Suite 103
Dayton, Ohio  45402
(Phone) 937.223.4701 / (Fax) 937.223.0170
E-Mail: rberner@baileycav.com
Counsel for Fifth/Grand Holdings, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Withdrawal of Fifth Avenue Landlord's Motion to Compel Immediate Payment of Stub Rent in Accordance with Bankruptcy Code § 503(b) Without Prejudice* was served electronically on the date of filing, through the Court's ECF System on all ECF participants registered in the case at the email address registered with the Court.

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(Phone) 302.650.7540
E-Mail: scott.leonhardt@esbrook.com

and

Robert B. Berner (0020055)
Bailey Cavalieri LLC
409 E. Monument Ave., Suite 103
Dayton, Ohio 45402
(Phone) 937.223.4701 / (Fax) 937.223.0170
E-Mail: rberner@baileycav.com
Counsel for Fifth/Grand (Med-Pro), LLC, Fifth/Grand
(CCFI), LLC, Fifth/Grand (Echo/Columbus), LLC, and
Fifth/Grand (Solihull), LLC