**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 13** |

**CERTIFICATION OF COUNSEL REGARDING FOURTH INTERIM ORDER (I)
ESTABLISHING PROCEDURES TO SELL CERTAIN LEASES, (II) APPROVING THE
SALE OF CERTAIN LEASES, AND (III) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On September 9, 2024 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, and related pleadings with the United States Bankruptcy Court for the District of Delaware.

2. On the Petition Date, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* (the "**Motion**")[2] (D.I. 13).  A proposed

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

form of order granting the Motion on an interim basis (the "**Proposed Order**") was attached to the Motion.

3.       Following a hearing to consider the motion on an interim basis, the Court entered the *Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 137).

4.       On October 9, 2024, the Court entered the *Second Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 460).

5.       On October 30, 2024, the Court entered the *Third Interim Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* (D.I. 650) (the "**Third Interim Order**").

6.       The Debtors have further prepared a fourth revised interim order approving lease sale procedures for December (the "**Proposed Fourth Interim Order**").  A copy of the Proposed Fourth Interim Order is attached hereto as **Exhibit A**.  The Debtors provided the Proposed Fourth Interim Order to counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and counsel for certain landlords represented Barclay Damon LLP, Ballard Spahr LLP, and Allen Matkins Leck Gamble Mallory & Natsis LLP, as well as counsel for the DIP lenders, all of whom confirmed that they do not oppose its entry.

7.       A redline comparing the Proposed Fourth Interim Order against the Third Interim Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request entry of the Proposed Fourth Interim Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: November 19, 2024
　　　　Wilmington, Delaware

                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                             */s/ Sophie Rogers Churchill*
                                             Robert J. Dehney, Sr. (No. 3578)
                                             Andrew R. Remming (No. 5120)
                                             Daniel B. Butz (No. 4227)
                                             Tamara K. Mann (No. 5643)
                                             Sophie Rogers Churchill (No. 6905)
                                             1201 N. Market Street, 16th Floor
                                             Wilmington, DE 19801
                                             Tel: (302) 658-9200
                                             rdehney@morrisnichols.com
                                             aremming@morrisnichols.com
                                             dbutz@morrisnichols.com
                                             tmann@morrisnichols.com
                                             srchurchill@morrisnichols.com

                                             *-and-*

                                             DAVIS POLK & WARDWELL LLP

                                             Brian M. Resnick (admitted *pro hac vice*)
                                             Adam L. Shpeen (admitted *pro hac vice*)
                                             Stephen D. Piraino (admitted *pro hac vice*)
                                             Jonah A. Peppiatt (admitted *pro hac vice*)
                                             Ethan Stern (admitted *pro hac vice*)
                                             450 Lexington Avenue
                                             New York, NY 10017
                                             Tel.: (212) 450-4000
                                             brian.resnick@davispolk.com
                                             adam.shpeen@davispolk.com
                                             stephen.piraino@davispolk.com
                                             jonah.peppiatt@davispolk.com
                                             ethan.stern@davispolk.com

                                             *Counsel to the Debtors and Debtors in Possession*