# EXHIBIT A

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I.** __ |

### ORDER GRANTING 1903P LOAN AGENT, LLC LEAVE TO FILE REPLY TO OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BLUE OWL REAL ESTATE CAPITAL LLC TO SALE

This matter coming before the Court on the *Motion of 1903P Loan Agent, LLC for Entry of an Order Granting Leave to File Reply to Objections of Official Committee of Unsecured Creditors and Blue Owl Real Estate Capital LLC to Sale* (the "Motion for Leave")[1] *1903P Loan Agent, LLC* (collectively, the "DIP Term Agent"); the Court having reviewed the Motion for Leave; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion for Leave was sufficient under the circumstances; the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion for Leave.

2

      2.      The DIP Term Agent is granted leave and permission to file and serve the Reply, and the Court will consider the reply at the hearing on November 21, 2024 at 10:30 a.m. (prevailing Eastern Time).

      3.      The DIP Term Agent is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

      4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.