**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 548** |

**NOTICE OF SUPPLEMENT TO**
**LIST OF ORDINARY COURSE PROFESSIONALS**

     **PLEASE TAKE NOTICE** that on October 18, 2024, the United States Bankruptcy

Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order Approving*

*Procedures for the Retention and Compensation of Ordinary Course Professionals* (D.I. 548) (the

"**OCP Order**").[2]

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, Big Lots,

Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor

in possession in the Chapter 11 Cases, may seek to retain an Ordinary Course Professional not

already listed on the Ordinary Course Professionals List by filing with the Court and serving on

the Reviewing Parties a notice listing those Ordinary Course Professionals to be added to the

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the OCP Order.

Ordinary Course Professionals List, along with the attendant Ordinary Course Professionals' Affidavits.

          **PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, attached hereto as **<u>Exhibit A</u>** is a supplemental list of Ordinary Course Professionals.

*[Signature page follows]*

Dated: November 19, 2024
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*