IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Pauline McTernan of Otterbourg, P.C., 230 Park Avenue, New York, NY 10169, to represent 1903P Loan Agent, LLC, as the DIP Term Agent and the Prepetition Term Loan Agent, in the above-captioned cases and any related proceedings.

Dated: November 19, 2024

*/s/ John H. Knight*
John H. Knight (No. 3848)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: Knight@rlf.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 19, 2024

*/s/ Pauline McTernan*
Pauline McTernan
**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169
Telephone: 212-661-9100
Email: pmcternan@otterbourg.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: November 20th, 2024**
**Wilmington, Delaware**

**KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 31916773v.1