IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Big Lots, Inc., *et al.* [1]<br><br>                Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 24-11967 (JKS)<br>)<br>)  (Jointly Administered)<br>)<br>)  Related to D.I. 1185 |

**JOINDER OF BLUE OWL REAL ESTATE CAPITAL LLC IN THE DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 21, 2024, AT 10:30 A.M. (PREVAILING EASTERN TIME)**

Blue Owl Real Estate Capital LLC ("Blue Owl"), by and through its undersigned counsel, hereby joins in the *Debtors' and Official Committee of Unsecured Creditors' Joint Witness and Exhibit List for Hearing Scheduled for November 21, 2024, at 10:30 a.m.* [D.I. 1185] (as may be amended or modified, the "Joint Exhibit List").

On November 20, 2024, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") filed the Joint Exhibit List, which identified the individuals the Debtors and/or the Committee may call as witnesses and the exhibits the Debtors and the Committee may introduce into evidence in connection with the *Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D)*

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "Debtors"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

11222267.v1

*Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [D.I. 18], the *Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets* [D.I. 981] and the *Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets* [D.I. 1154] at the November 21, 2024 hearing to be held at 10:30 a.m. (ET) (the "Hearing").

Blue Owl hereby joins in the Joint Exhibit List. Blue Owl may call any of the witnesses identified by either the Debtors or Committee in the Joint Exhibit List and may use any exhibit identified in the Joint Exhibit List at the Hearing.

[Remainder of this page intentionally left blank]

11222267.v1

| | |
|---|---|
| Date: November 20, 2024<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: 302-552-5511<br>Facsimile: 302-426-9193<br>Email: dpacitti@klehr.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone (admitted *pro hac vice*)<br>Victor Noskov (admitted *pro hac vice* )<br>Zachary Russell (admitted *pro hac vice*)<br>Joanna D. Caytas (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br>victornoskov@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com<br>joannacaytas@quinnemanuel.com<br><br>*Counsel for Blue Owl Real Estate Capital LLC* |