IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS BY FOG CP, LLC TO DEBTORS'[1] NOTICE OF: (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT; AND (II) ORDER (I)(A) APPROVING BIDDING PROCEDURES FOR SALE OF DEBTORS' ASSETS, (B) APPROVING THE STALKING HORSE BID PROTECTIONS, (C) SCHEDULING AUCTION FOR, AND HEARING TO APPROVE, SALE OF DEBTORS' ASSETS, (D) APPROVING FORM AND MANNER OF NOTICE OF SALE, AUCTION, AND SALE HEARING, AND (E) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (II)(A) APPROVING SALE OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

Fog CP, LLC ("Fog CP"), by and through its undersigned counsel, hereby withdraws is limited objection filed files its limited objection filed on November 4, 2024 (the "Cure Objection) [D. I. 850] to cure amount set forth in the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") on October 16, 2024 [D.I. 511].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC, LLC (8673); PAFDC LLC (2377); WAFDC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

The filing of this Withdrawal results from the execution of that certain Amendment to Lease between Fog CP and Big Lots Stores-PNS, LLC dated November 18, 2024 (the "Lease Amendment"). The withdrawal by Fog CP of its Cure Objection is based on the terms and subject to the conditions agreed to by the parties in the Lease Amendment.

Dated: November 20, 2024

/s/ Andrew W. Lennox
Andrew W. Lennox     (FBN: 937681)
alennox@lennoxlaw.com
Casey Reeder Lennox     (FBN: 041986)
clennox@lennoxlaw.com
LENNOX LAW, P.A.
PO Box 20505
Tampa, FL 33622
Tel: 813-831-3800
Fax: 813-749-9456
*Counsel for Fog CP, LLC*