# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of November 2024, a copy of the foregoing was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the District of Delaware, which will send notification of such filing to all registered parties in interest, and upon the following parties by electronic mail:

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.,
Stephen D. Piraino, Esq.,
Jonah A. Peppiatt, Esq., and
Ethan Stern, Esq.
(notice.biglots@davispolk.com)
*Counsel to the Debtors and Debtors in Possession*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.,
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.,
Tamara K. Mann, Esq., and
Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)
*Counsel to the Debtors and Debtors in Possession*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: John F. Ventola, Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq. (jmarshall@choate.com)
Jacob S. Lang, Esq. (jslang@choate.com)
*Counsel to the ABL Agent*

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com)
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)
*Counsel to the ABL Agent*

Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com)
James V. Drew, Esq. (JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)
*Counsel to the Term Agent*

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq. (knight@rlf.com)
*Counsel to the Term Agent*

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)
*Proposed Counsel to the Committee*

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)
*Proposed Counsel to the Committee*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com)
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)
*Counsel to the Stalking Horse Bidder*

U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35,
Wilmington, Delaware 19801
Attn: Linda J. Casey (linda.casey@usdoj.gov)

/s/ Andrew W. Lennox
Andrew W. Lennox