## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that on this 19th day of November, 2024, I caused a true and correct copy of the foregoing pleading to be served electronically on those parties requesting electronic service through the Court's CM/ECF system.

Dated: November 19, 2024  
Wilmington, Delaware

/s/ Leslie C. Heilman  
Leslie C. Heilman (DE 4716)  
BALLARD SPAHR LLP

DMFIRM #414376347 v1