IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Ordinary Course Professionals Notice Parties Service List attached hereto as **Exhibit A**:

- Declaration of Disinterestedness of Robert J. Tanouss in Support of Employment of Porter, Wright, Morris & Arthur LLP as a Professional Utilized in the Ordinary Course of Business [Docket No. 1063]

- Notice of Supplement to List of Ordinary Course Professionals [Docket No. 1064]

- Declaration of Disinterestedness of Nelson T. Rainey in Support of Employment of Segal McCambridge Singer & Mahoney as a Professional Utilized in the Ordinary Course of Business [Docket No. 1065]

- Declaration of Disinterestedness of the Chartwell Law Offices, LLP in Support of Employment of the Chartwell Law Offices, LLP as a Professional Utilized in the Ordinary Course of Business [Docket No. 1066]

- Declaration of Disinterestedness of in Support of Employment of Leak, Douglas, & Morano, PC as a Professional Utilized in the Ordinary Course of Business [Docket No. 1069]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: November 20, 2024

                                                                        */s/ Melissa Diaz*
                                                                          Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 20, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 83696

**Exhibit A**

Exhibit A
Ordinary Course Professionals Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com<br>kgoing@mwe.com |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |