## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC. *et al.*,[1] | Case No. 24-11967(JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that hereby appears in the above-captioned matter by and through the undersigned counsel, and requests, pursuant to sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices and pleadings given or filed in the above-captioned matter be given and served upon the undersigned at the following address and telephone/facsimile number:

Geoffrey G. Grivner, Esquire
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801
Office: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint,

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Albertsons LLC and Safeway Inc. (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Albertsons LLC and Safeway Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   Wilmington, DE
        November 20, 2024                **BUCHANAN INGERSOLL & ROONEY PC**

                                        */s/ Geoffrey G. Grivner*
                                        Geoffrey G. Grivner (#4711)
                                        500 Delaware Avenue, Ste. 720
                                        Wilmington, Delaware 19801
                                        Office: (302) 552-4200
                                        Facsimile: (302) 552-4295
                                        Email: geoffrey.grivner@bipc.com

                                        *Counsel for Albertsons LLC and Safeway Inc.*

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 20th day of November, 2024, I

caused a copy of the foregoing Notice of Entry of Appearance to be served upon interested

parties via ECF notification.

Date:   Wilmington, DE
        November 6, 2024

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)