## **CERTIFICATE OF SERVICE**

      I, Ericka F. Johnson, hereby certify that on November 20, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

**(Counsel to the Debtors and Debtors in Possession)**
Davis Polk & Wardwell LLP
450 Lexington Avenue, New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP,
1201 N. Market Street, 16th Floor
Wilmington, DE 19801,
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

**(Counsel to the ABL Agent)**
Choate, Hall & Stewart LLP
Two International Place, Boston, MA 02110,
John F. Ventola, Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq. (jmarshall@choate.com)

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com)
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)

**(Counsel to the Term Agent)**
Otterbourg P.C.
230 Park Avenue,
New York, NY 10169,
Chad B. Simon, Esq. (CSimon@otterbourg.com)
James V. Drew, Esq. (JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
John H. Knight, Esq. (knight@rlf.com)

**(Proposed Counsel to the Committee)**
McDermott Will & Emery LLP
One Vanderbilt Avenue,
New York NY 10017
Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto, Esq. (jalberto@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)

**(Counsel to the Stalking Horse Bidder)**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Christopher Marcus, P.C. (cmarcus@kirkland.com)
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

The U.S. Trustee,
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,
Linda J. Casey (linda.casey@usdoj.gov)

                                                  */s/ Ericka F. Johnson*
                                                  Ericka F. Johnson (No. 5024)