## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br> Debtors.¹ | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) <br><br> **Re: Docket No. _____** |

**ORDER AUTHORIZING FILING UNDER SEAL THE
SUPPLEMENTAL DECLARATION OF CLIFF ZUCKER
IN SUPPORT OF THE APPLICATION ORDER UNDER
BANKRUPTCY CODE SECTION 1103 AUTHORIZING THE
EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
<u>UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 25, 20247</u>**

Upon consideration of the motion (the "<u>Motion to Seal</u>")² filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1, authorizing the Committee to file under seal the Supplemental Declaration; and a publicly viewable proposed redacted version of the Supplemental Declaration having been filed in these Chapter 11 Cases; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings afforded to them in the Motion to Seal.

February 29, 2012; and the Court having found that venue of these cases and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion to Seal has been given as set forth in the Motion to Seal and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion to Seal support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Seal is **GRANTED** as provided herein.

2. The Committee is authorized to file under seal the Supplemental Declaration. The Supplemental Declaration shall remain under seal and shall not be made available to anyone except the Court, the U.S. Trustee, counsel to the Debtors and other parties in interest as may be ordered by the Court or agreed to by the Debtors and the Committee. All such parties receiving the unredacted Supplemental Declaration shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.