# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**In re:**

    **BIG LOTS, INC.,**
        *et al.*,

                **Debtors.**

Case No.: 24-11967 (JKS)

**Chapter 11**

**(Jointly Administered)**

## AMENDED NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the New York State Department of Taxation and Finance ("NYSTAX"), a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given to NYSTAX under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

        Robert J. Rock
        Assistant Attorney General
        Office of the New York State Attorney General
        Civil Recoveries Bureau, Bankruptcy Litigation Unit
        The Capitol
        Albany, New York 12224-0341

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  November 21, 2024
       Albany, New York

                                        Respectfully submitted,
                                        Letitia James
                                        Attorney General of the State of New York

                                        By:  ___*Robert J. Rock*_____
                                        Robert J. Rock
                                        Assistant Attorney General
                                        Civil Recoveries Bureau
                                        Bankruptcy Litigation Unit
                                        The Capitol
                                        Albany, New York 12224-0341
                                        Telephone: (518) 776-2603
                                        Email: robert.rock@ag.ny.gov

## CERTIFICATE OF SERVICE

I, Robert J. Rock of the NYS Office of the Attorney General, hereby certify that on the 21st day of November, 2024, I electronically filed the annexed Notice of Appearance and Request for Service of Notices and Pleadings with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system maintained by the Court for this Case.

*Robert J. Rock*
Robert J. Rock