**CERTIFICATE OF SERVICE**

      I, Shannon D. Humiston, Esquire, certify that on November 21, 2024, I caused a true and correct copy of the foregoing *Re-Notice of Application of Govind Dayana d/b/a of Nandini Textiles, Ltd. for an Order Compelling Payment of Administrative Expenses* to be served electronically on all parties of record through the CM/ECF system.

|  |  |
|---|---|
| November 21, 2024 | */s/ Shannon D. Humiston*<br>Shannon D. Humiston (No. 5740) |

ME1 51152501v.1