## SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 11/21/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Fox Rothschild LLP | Various landlords |
| Parveen McDaniel | Hagin McDaniel | Premium Asset Management |
| Kristin Going | MWE | Committee |
| Joel Haims | mWE | Committee |
| Regina Stango Kelley | Blank Rome | PNC |
| Jonathan Marshall | Choate | PNC |
| Brian Reswick | Davis Polk | Debtors |
| Adam Shpeen | " " | " |
| Jim McClammy | " " | " |
| Stephen Piraino | " " | " |
| Jacob Goldberger | " " | " |
| Ethan Stern | " " | " |
| Andrew Resnorn | Morris Nichols | " |
| Sophie Rogers Churchill | " " | " |
| Don Butz | " " | " |
| Casey Sawyer | " " | " |

# SIGN-IN SHEET

**CASE NAME:**                                          **COURTROOM LOCATION:**
**CASE NO:**                                            **DATE:**        at

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Josef Minte | Blank Rome | Ollie's |
| Lawrence Thomas | Blank Rome | Ollie's |
| Robert LeFlane | Kelly Drye & WMN LLP | Ludlade Site, Kite, TLM, et al. |
| Ben Firestone | Quinn Emanuel | Blue Owl |
| Victor Noskov | Quinn Emanuel | Blue Owl |
| Dominic Pacitti | Klehr | Blue Owl |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

| CASE NAME   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  11/21/2024 |

| __NAME__ | __LAW FIRM or COMPANY__ | __CLIENT REPRESENTING__ |
|---|---|---|
| Joshua Brooks | Landis Rath & Cobb | Kroger Divisions |
| Kim Brown | ↓ | ↓ |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin properties |
| Ashly Richer | Bayard PA | Kin properties |
| Stacy Newman | Cole Schotz | Committee |
| Richard Riley | Whiteford | Cambridge Investment Inc. |
| Ronald Gold | Frost Brown Todd | WPG KT GACS, WPG MGMT, BRIDGE33, Brixmor |
| Susan Kaufman | Law Office Susan Kaufman | Various Landlords & Tenant Sealy |
| John Knight | Richards Layton | 1903 |
| Chad Simon | Otterbourg | 1903 |
| Peter Feldman | Otterbourg | 1903 |
| John Ventola | Choate | PNC Bank |
| Jonathan Marshall | Choate | PNC Bank |

**SIGN-IN SHEET**

| CASE NAME   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE: 11/21/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Hazeltine | Sullivan Hazeltine Allinson | RPI Courtyard, RPI Overland RPI Rig Thor |
| Laurel Roglen | Ballard Spahr LLP | Various landlords |
| Ivan Gold | Allen Matkins | River Oaks Properties |
| Linda Casey | UST | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Big Lots, Inc. et al.
Case No. 24-11967 (JKS)

Hearing November 21, 2024
Clients represented by Law Office of Susan E. Kaufman, LLC
Susan E. Kaufman, Esquire

Aston Properties,
Basser-Kaufman,
Benderson Development, LLC,
Cloverleaf Group,
Delco Development Co. of Hicksville, L.P.,
Kite Realty Group,
NNN REIT, Inc.,
NewMark Merrill Companies, Inc.,
Regency Centers, L.P.,
SITE Centers Corp.,
TLM Realty Corp.

WPG Legacy, LLC
WPG Management Associates, Inc.
Tempur Sealy International, Inc.
BancKentucky, Inc.
Ramsey Pike, LLC

Walnut Creek Plaza, LLC

AP Growth Properties, L.P.,
Cielo Paso Parke Green, L.P.,
KAMS Partners, L.P.,
Mesilla Valley Business Partners, LLC,
Pleasanton Partners, L.P.,
Ten East Partners, L.P.

## 10:30 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Nicholas Adzima | Kirkland & Ellis | | 10:30 AM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 10:30 AM | Audio Only | no |
| Yelena Archiyan | Katten Muchin Rosenman LLP | Realty Income Corporation | 10:30 AM | Zoom(Video and Audio) | yes |
| Matthew P. Austria | Austria Legal, LLC | Dell Financial Services L.L.C. | 10:30 AM | Zoom(Video and Audio) | yes |
| Scott A Bachert | Kerrick Bachert PSC | Big MIFL2 Owner LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Scott A Bachert | Kerrick Bachert PSC | Big MIFL2 Owner LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Scott A Bachert | Kerrick Bachert PSC | Big MIFL2 Owner LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Matt Bernhardt | | | 10:30 AM | Zoom(Video and Audio) | no |
| Matt Bernhardt | BRG | DIP Agent | 10:30 AM | Audio Only | no |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 10:30 AM | Zoom(Video and Audio) | yes |
| John Bougiamas | Otterbourg P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |

| David Braun | Gordon Brothers | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Matthew Brock | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Steven Brown | Steve Brown & Associates | Yale Casitas | 10:30 AM | Audio Only | yes |
| Steven Brown | Steve Brown & Associates | Show Low Yale Casitas | 10:30 AM | Zoom(Video and Audio) | yes |
| Steven Brown | Steve Brown & Associates | Show Low Yale Casitas | 10:30 AM | Zoom(Video and Audio) | yes |
| Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | | 10:30 AM | Zoom(Video and Audio) | yes |
| Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Vincent Cahill | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Candace C Carlyon | Carlyon Cica Chtd | Tropicana Palm Plaza LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Cameron Carpenter | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Edens Limited Partnership | 10:30 AM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Eden Ltd. | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Weyman Carter | Burr & Forman LLP | Edens Limited Partnership | 10:30 AM | Zoom(Video and Audio) | yes |
| Connor Casas | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Connor Casas | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Katherine Cavins | Kelley Drye & Warren LLP | | 10:30 AM | Zoom(Video and Audio) | yes |
| Joanna Caytas | Quinn Emanuel Urquhart & Sullivan, LLP | Blue Owl | 10:30 AM | Zoom(Video and Audio) | yes |
| Dawn M. Cica | Carlyon Cica Chtd | Tropicana Palm Plaza | 10:30 AM | Zoom(Video and Audio) | yes |
| Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Cat Corey | | | 10:30 AM | Audio Only | no |
| Cat Corey | | | 10:30 AM | Audio Only | no |
| Jay Danforth | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael D DeBaecke | Ashby & Geddes, P.A. | Aub Properties Inc | 10:30 AM | Zoom(Video and Audio) | yes |

| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Shane M Doherty | BRG | DIP Agent | 10:30 AM | Audio Only | no |
| Gregory T. Donilon | Montgomery McCracken Walker & Rhoads LLP | Brunswick, Chili, Trexler, Jacksonville Landlords | 10:30 AM | Zoom(Video and Audio) | yes |
| Christopher M. Donnelly | Morris James LLP | Ogden Plaza LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Amish R. Doshi | Doshi Legal Group, P.C. | Oracle America, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| Amish R. Doshi | Doshi Legal Group, P.C. | Oracle America, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| Amish R. Doshi | Doshi Legal Group, P.C. | Oracle America, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| James Drew | Otterbourg P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| James V. Drew | OTTERBOURG, P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Mark Iver Duedall | Baker, Donelson, Bearman, | Capteris, LLC | 10:30 AM | Zoom(Video and Audio) | yes |

| | Caldwell & Berkowitz, PC | | | | |
|---|---|---|---|---|---|
| Mark Edgarton | Choate Hall & Stewart | | 10:30 AM | Zoom(Video and Audio) | yes |
| David Edmonson | | | 10:30 AM | Audio Only | no |
| James B Eising | Johnson Pope | Lawrenceville, Allen Road, South Square, Dade City | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael Seth Etkin | Lowenstein Sandler LLP | Corpus Christi Firefighters Retirement System | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael Seth Etkin | Lowenstein Sandler LLP | Corpus Christi Firefighters Retirement System | 10:30 AM | Zoom(Video and Audio) | yes |
| Darcy Eveleigh | | | 10:30 AM | Audio Only | no |
| Darcy Eveleigh | | | 10:30 AM | Audio Only | no |
| William T. Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:30 AM | Zoom(Video and Audio) | yes |
| Peter Feldman | OTTERBOURG, P.C. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| Peter Feldman | OTTERBOURG, P.C. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| Jennifer Fenn | Choate Hall & Stewart | PNC | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Robert R. Feuille | ScottHulse, P.C. | Pleasanton Partners, L.P. | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert Fitzgerald | | | 10:30 AM | Audio Only | no |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords | 10:30 AM | Zoom(Video and Audio) | yes |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords | 10:30 AM | Zoom(Video and Audio) | yes |
| Terri J Freedman | Chiesa Shahinian & Giantomasi PC | Liberty Mutual | 10:30 AM | Zoom(Video and Audio) | yes |
| Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System | 10:30 AM | Zoom(Video and Audio) | yes |
| Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System | 10:30 AM | Zoom(Video and Audio) | yes |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | Cambridge Investment Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| Gregg M. Galardi | Ropes & Gray LLP | Hilco Global | 10:30 AM | Zoom(Video and Audio) | yes |
| Ashlyn Gallagher | Kirkland & Ellis | | 10:30 AM | Audio Only | no |
| Ashlyn Gallagher | Kirkland & Ellis | | 10:30 AM | Audio Only | no |
| Sarah Gladieux | Potter | | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Evan Glucoft | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Lea Goff | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Lea Goff | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Ronald E Gold | Frost Brown Todd LLC | WPG Legacy, LLC and WPG Management Associates, Inc | 10:30 AM | Zoom(Video and Audio) | yes |
| Jacob Goldberger | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Richard M Goldman | Joele Frank | | 10:30 AM | Audio Only | no |
| Andrew Gottesman | Rosenberg & Estis, PC | Landlord | 10:30 AM | Zoom(Video and Audio) | yes |
| Hunter Grobmyer | Gordon Brothers | Gordon Brothers | 10:30 AM | Audio Only | yes |
| Hunter Grobmyer | Gordon Brothers | Gordon Brothers | 10:30 AM | Audio Only | yes |
| Micah Groppo | | Lotus Bakeries North America | 10:30 AM | Zoom(Video and Audio) | yes |
| PETER HALEY | | self | 10:30 AM | Audio Only | no |
| PETER HALEY | | self | 10:30 AM | Audio Only | no |
| James H. Haithcock | Burr & Forman LLP | Comenity Capital Bank | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| James Haithcock | Burr & Forman LLP | Comenity Capital Bank | 10:30 AM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 10:30 AM | Zoom(Video and Audio) | yes |
| Rachel Harrington | Quinn Emanuel Urquhart & Sullivan | Blue Owl | 10:30 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 10:30 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Jake Hines | BRG | DIP Agent | 10:30 AM | Audio Only | no |
| Jake Hines | BRG | DIP Agent | 10:30 AM | Audio Only | no |
| Taylor Hobbs | Choate, Hall & Stewart | | 10:30 AM | Audio Only | no |
| Cassie Holstein | | | 10:30 AM | Audio Only | no |
| Catherine Holstein | PNC Bank | | 10:30 AM | Audio Only | no |
| Roman R Holthouse | WhiteHawk Capital Partners, LP | | 10:30 AM | Audio Only | yes |
| Roman R Holthouse | WhiteHawk Capital Partners, LP | | 10:30 AM | Audio Only | yes |
| Audrey Hornisher | Clark Hill PLC | GPR Investments, USPG, et. al | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Audrey Hornisher | Clark Hill | USPG, SanTan MP LP, GPR Investments LLC, et al | 10:30 AM | Zoom(Video and Audio) | yes |
| Richard Howell | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Scarlett Huang | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Martha Glenn Huether | Wells Fargo | | 10:30 AM | Zoom(Video and Audio) | yes |
| Shannon Dougherty Humiston | McCarter & English, LLP | Govind Dayama d/b/a Nandini Textile | 10:30 AM | Zoom(Video and Audio) | yes |
| Joseph H Huston | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:30 AM | Zoom(Video and Audio) | yes |
| Dalila Z Jordan | Minnesota Attorney General's Office | State | 10:30 AM | Audio Only | no |

| Dalila Z Jordan | Minnesota Attorney General's Office | State | 10:30 AM | Audio Only | no |
| Michael J. Joyce | The Law Offices of Joyce, LLC | Columbia Park Retail Owner, LLC, as successor-in-i | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Kaplan | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Kaplan | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Kaplan | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Eve H Karasik | Levene, Neale, Bender, Yoo & Golubchik, LLP | SquareTrade, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 10:30 AM | Audio Only | no |
| Dietrich Knauth | Reuters | media | 10:30 AM | Audio Only | no |
| John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| Jane Komsky | | | 10:30 AM | Audio Only | no |
| Jane Komsky | | | 10:30 AM | Audio Only | no |
| Jane Komsky | | | 10:30 AM | Audio Only | no |

| Joyce A Kuhns | Offit Kurman, P.A. | | 10:30 AM | Audio Only | yes |
|---|---|---|---|---|---|
| Jeffrey Kwong | LNBYG | Squaretrade | 10:30 AM | Zoom(Video and Audio) | yes |
| Stephen Lam | Corre Partners | interested party | 10:30 AM | Zoom(Video and Audio) | yes |
| Stephen Lam | Corre Partners | interested party | 10:30 AM | Zoom(Video and Audio) | yes |
| Jacob Lang | Choate Hall & Stewart | PNC | 10:30 AM | Zoom(Video and Audio) | yes |
| Jennifer Lappe | | | 10:30 AM | Audio Only | yes |
| Jennifer Lappe | | | 10:30 AM | Audio Only | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Leary | RK Centers | RK Centers | 10:30 AM | Zoom(Video and Audio) | yes |
| Joseph H Lemkin | Stark & Stark | Unilever United States, et als. | 10:30 AM | Zoom(Video and Audio) | yes |
| Joshua Lewis | | | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brian Lindblom | | | 10:30 AM | Audio Only | no | |
| Brian Lindblom | | | 10:30 AM | Audio Only | no | |
| Brian Lindblom | | | 10:30 AM | Audio Only | no | |
| Dorothy Ma | | | 10:30 AM | Audio Only | no | |
| Joseph Malfitano | Gordon Brothers | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes | |
| Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes | |
| Joseph Maqlfitano | | 1903P Loan Agent LLC | 10:30 AM | Zoom(Video and Audio) | yes | |
| Christopher Marcus | Kirkland & Ellis | | 10:30 AM | Zoom(Video and Audio) | yes | |
| Tyler Marquette | JONES WALKER LLP | Aub Properties Inc | 10:30 AM | Zoom(Video and Audio) | yes | |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 10:30 AM | Zoom(Video and Audio) | yes | |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 10:30 AM | Zoom(Video and Audio) | yes | |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 10:30 AM | Zoom(Video and Audio) | yes | |

| | | | | | |
|---|---|---|---|---|---|
| James McClammy | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Jonas D McCray | Gordon Brothers | Gordon Brothers | 10:30 AM | Zoom(Video and Audio) | yes |
| Jonas D McCray | Gordon Brothers | Gordon Brothers | 10:30 AM | Zoom(Video and Audio) | yes |
| Neil Edward McCullagh | Spotts Fain PC | Darnestown Road Property L.P. | 10:30 AM | Zoom(Video and Audio) | yes |
| Maura P McIntyre | Squire Patton Boggs (US) LLP | | 10:30 AM | Audio Only | no |
| Pauline McTernan | OTTERBOURG, P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Pauline McTernan | OTTERBOURG, P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Colin A. Meehan | Richards Layton & Finger | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Dennis A. Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | 10:30 AM | Audio Only | yes |
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco, | 10:30 AM | Zoom(Video and Audio) | yes |
| Mark A Mintz | JONES WALKER LLP | Gordan Brothers | 10:30 AM | Zoom(Video and Audio) | yes |
| Rudy Morando | | | 10:30 AM | Zoom(Video and Audio) | no |

| | | | | | |
|---|---|---|---|---|---|
| Rudy Morando | BRG | DIP Agent | 10:30 AM | Audio Only | no |
| Frank Morton | Gordon Brothers | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael D. Mueller | Williams Mullen | Homestar/Prima Holdings | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael D. Mueller | Williams Mullen | Homestar/Prima Holdings | 10:30 AM | Zoom(Video and Audio) | yes |
| Thomas Onder | c/o Stark & Stark, P.C. | 1600 Eastchase Parkway Leasing | 10:30 AM | Zoom(Video and Audio) | yes |
| Thomas Onder | c/o Stark & Stark, P.C. | 1600 Eastchase Parkway | 10:30 AM | Zoom(Video and Audio) | yes |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Destiney Parker-Thompson | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Harrison Pavlasek | Forshey & Prostok, LLP | Walnut Creek Plaza, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:30 AM | Zoom(Video and Audio) | yes |
| Jonah A. Peppiatt | David Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |

| Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | Albertson's LLC and Safeway Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Cameron Pincus | Gordon Brothers | Gordon Brothers | 10:30 AM | Zoom(Video and Audio) | yes |
| Cameron Pincus | Gordon Brothers | Gordon Brothers | 10:30 AM | Zoom(Video and Audio) | yes |
| Stephen D. Piraino | David Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:30 AM | Zoom(Video and Audio) | yes |
| Brigid Prescott-Frank | DSD Partners | | 10:30 AM | Audio Only | yes |
| Cory Presnick | CORTA, LLC | CORTA Stevens Point, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Jennifer Raviele | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Jennifer Raviele | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Brian Resnick | David Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Michael P. Richman | Richman & Richman LLC | CORTA Stevens Point, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth | 10:30 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth | 10:30 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 10:30 AM | Zoom(Video and Audio) | yes |
| Colin Robinson | PSZJ | Villa Clark | 10:30 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Alyssa Russell | | | 10:30 AM | Audio Only | no |
| Zachary Russell | Quinn Emanuel Urquhart & Sullivan | Blue Owl | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeremy William Ryan | Potter Anderson & Corroon | | 10:30 AM | Zoom(Video and Audio) | yes |
| Hope Sanchez | | | 10:30 AM | Audio Only | no |
| Hope Sanchez | | | 10:30 AM | Audio Only | no |
| Hope Sanchez | | | 10:30 AM | Audio Only | no |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Allison Selick | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye | | 10:30 AM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye & Warren LLP | Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Steven Serajeddini | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Adam L. Shpeen | David Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Michelle Shriro | Singer & Levick, PC | Retail Plaza/B33 | 10:30 AM | Zoom(Video and Audio) | yes |
| Chad B. Simon | Otterbourg P.C. | 1903P Loan Agent, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Chad B. Simon | OTTERBOURG, P.C. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |
| Chad B. Simon | OTTERBOURG, P.C. | 1903P Loan Agent, LLC ( | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Marc Skapof | Royer Cooper Cohen Braunfeld LLC | 415 West Orchard | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael A. Solimani | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 10:30 AM | Zoom(Video and Audio) | yes |
| Steven J Solomon | GrayRobinson, P.A. | GH2 NSB BB, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Paul Starman | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Ethan Stern | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Sam Stoltenberg | | | 10:30 AM | Audio Only | no |
| Samantha Stroman | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | | 10:30 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:30 AM | Audio Only | no |
| Vince Sullivan | Law360 | | 10:30 AM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 10:30 AM | Zoom(Video and Audio) | yes |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 10:30 AM | Zoom(Video and Audio) | yes |
| Tony Sun | Davis Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 10:30 AM | Audio Only | no |
| Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | NCR Voyix | 10:30 AM | Zoom(Video and Audio) | yes |
| Domenic Tarquinio | | | 10:30 AM | Audio Only | no |
| Stanley B. Tarr | Blank Rome LLP | PNC Bank | 10:30 AM | Zoom(Video and Audio) | yes |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners | 10:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey Testa | McCarter & English LLP | Govind Dayama d/b/a Nandini Textile | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | Ulmer & Berne LLP | Shurmer Strongsville | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | Ulmer & Berne LLP | Shurmer Strongsville | 10:30 AM | Zoom(Video and Audio) | yes |
| Brianna M Turner | Morris Nichols Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| Sally E. Veghte | Klehr Harrison Harvey Branzburg LLP | Show Low Yale Casitas, LLC | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Grace M Venit | Morris Nichols Arsht & Tunnell LLP | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |
| DVIR WEINBERG | | | 10:30 AM | Audio Only | no |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | NCR Voyix | 10:30 AM | Zoom(Video and Audio) | yes |
| David A Wender | Eversheds Sutherland (US) LLP | Rialto | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Carter Wietecha | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Carter Wietecha | | Interested Party | 10:30 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | NCR Voyix | 10:30 AM | Zoom(Video and Audio) | yes |
| Gwen Williams | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Kevin Winiarski | David Polk | Debtors | 10:30 AM | Zoom(Video and Audio) | yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| [Alex Zuckerman](#) | WhiteHawk Capital | WhiteHawk | 10:30 AM | Zoom(Video and Audio) | yes |
| [Alex Zuckerman](#) | WhiteHawk Capital | WhiteHawk | 10:30 AM | Zoom(Video and Audio) | yes |