# **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, certify that on November 22, 2024, I caused a true and correct copy of *Limited Opposition and Notice of Reservation of Rights* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr. , Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Sophie Rogers Churchill, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com | DAVIS POLK & WARDWELL LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt , Esq.<br>Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com |

*/s/ Michael Busenkell*
Michael Busenkell (#3933)

Dated: November 22, 2024