SIGN-IN SHEET

| CASE NAME  Big Lots, Inc. | COURTROOM #6 |
| --- | --- |
| CASE NUMBER: 24-11967 JKS | DATE: 11/22/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Brian Resnick | Davis Polk | Debtor |
| Adan Shpeen | `` `` | `` |
| Jin McChamy | `` `` | `` |
| Stephen Piraino | `` `` | `` |
| Andrew Renning | Morris Nichols | `` |
| Sophie Rogers Churchill | `` | `` |
| Jordan Williams | Blank Rome | PNC |
| Jonathan Marshall | Choate | PNC |
| Ivan Gold | Allen Matkins | River Ozks Properties |
| Joshua Brooks | Landis Rath & Cobb | Kroger/Divisions |
| Richard Beck | Klebr Harrison Harvy Branbus | Blue Owl |
| Ben Firestone | Givian Emmanuel | `` |
| Viktor Noskov | `` | `` |
| Stacy Newman | CJC Schett | Committee |

## SIGN-IN SHEET

| CASE NAME Big Lots , Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 11/22/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Knight | Richards Layton & Finger | 1903 |
| Chad Simon | Otter bourg | 1903 |
| Jonathan Marshall | Choate | PNC Bank . |
| James Drew | Otterbourg | 1903 |
| Kristin Going | MWE | Committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGN-IN SHEET

| CASE NAME  Big Lots , Inc. | COURTROOM #6 |
| --- | --- |
| CASE NUMBER:  24-11967 JKS | DATE:  11/22/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Bill Hazeltine | Sullivan Hazeltine | RPI Landlords |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# 11/22/2024 Appearances

## 10:30 AM

☐ **24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Justin R. Alberto | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| ☐ Christopjer Carter | Morgan, Lewis & Bockius LLP | MUFG |
| ☐ Weyman Carter | Burr & Forman LLP | Eden Limited Partnership |
| ☐ Linda J. Casey | Office of United States Trustee | U.S. Trustee |
| ☐ Howard A. Cohen | Fox Rothschild LLP | Landlords |
| ☐ James Haithcock | Burr & Forman LLP | Comenity Capital Bank |
| ☐ Taylor Harrison | | |
| ☐ Melissa M. Hartlipp | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| ☐ Zachary Javorsky | Richards, Layton & Finger | Lenders |
| ☐ Jeffrey Kaplan | | |
| ☐ Susan E. Kaufman | Law Office of Susan E. Kaufman, LLC | Various Landlords and Tempur Sealy |
| ☐ Regina S. Kelbon | Blank Rome LLP | PNC Bank |
| ☐ Christopher L Lucas | Regency Properties | Regency CSP IV LLC |
| ☐ Maura P McIntyre | Squire Patton Boggs (US) LLP | |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth |
| ☐ Laurel Roglen | Ballard Spahr LLP | Brixmor Operating Partnership LP et al |

| ☐ Marc Skapof | Royer Cooper Cohen Braunfeld | 415 Orcharc |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth |
| ☐ David A Wender | Eversheds Sutherland (US) LLP | Rialto |