# **EXHIBIT A**

(Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

## ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO WPG MANAGEMENT ASSOCIATES, INC.

Upon consideration of the *Stipulation Granting Limited Relief From the Automatic Stay to WPG Management Associates, Inc.* (the "Stipulation")[1], a copy of which is attached to this Order as **Exhibit 1**, and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation; IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Debtors are authorized to enter into the Stipulation and to take any and all actions necessary and appropriate to consummate and perform the terms and conditions thereof.

3. WPG Management is also authorized, to the extent necessary, to take all actions necessary and appropriate to perform under the Stipulation, including, without limitation, exercising the Office Lease Option in accordance with the terms of the Office Lease, without further order of this Court or notice to any party, and the automatic stay under section 362 of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

Bankruptcy Code, if and to the extent applicable, shall be deemed modified and/or lifted to permit such relief.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation and enforcement of the Stipulation or this Order.