EXHIBIT A

| Store # | Store Address |
| --- | --- |
| 5435 | 121 PLAZA RD SW WISE, VA |
| 1838 | 120 HOOSICK ST STE 12 TROY, NY |
| 4665 | 150 SOUTH 11TH AVE. HANFORD, CA |
| 4511 | 220 N 66TH ST STE 320A LINCOLN, NE |
| 1543 | 400 W ROLLINS RD ROUND LAKE BEACH, IL |
| 4517 | 4260 WADSWORTH BLVD WHEAT RIDGE, CO |
| 5216 | 5702 NOLENSVILLE RD NASHVILLE, TN |
| 4620 | 1110 W SOUTHERN AVE STE 1 MESA, AZ |
| 5354 | 4154 HUNT RD BLUE ASH, OH |
| 5139 | 7620 RIVERS AVE STE 200 NORTH CHARLESTON, SC |
| 4256 | 4022 MADISON ST RIVERSIDE, CA |
| 5105 | 10321 EAST U.S. ROUTE 36 AVON, IN |
| 556 | 14948 N FLORIDA AVE TAMPA, FL |
| 5206 | 26425 GREAT NORTHERN PLAZA NORTH OLMSTED, OH |
| 1399 | 2580 TITTABAWASSEE RD SAGINAW, MI |
| 4476 | 14339 CLARK AVE BELLFLOWER, CA |
| 4096 | 2249 S LOOP 288 DENTON, TX |
| 4277 | 1070 W AVENUE K STE A LANCASTER, CA |
| 5271 | 23351 EUREKA RD. TAYLOR, MI |
| 1684 | 223 NEW MARKET CTR BOONE, NC |
| 1349 | 7950 GIACOSA PL MEMPHIS, TN |
| 1450 | 6138 HWY 6 N HOUSTON, TX |
| 1377 | 400 ROUTE 211 E STE 28 MIDDLETOWN, NY |
| 1706 | 6851 SHANNON PKWY UNION CITY, GA |
| 4713 | 811 N DELSEA DR GLASSBORO, NJ |
| 525 | 1055 62ND AVE N SAINT PETERSBURG, FL |
| 5117 | 1930 E. CONNOR ST NOBLESVILLE, IN |
| 1436 | 3510 E INTERSTATE 40 AMARILLO, TX |
| 4699 | 2500 W COMMONWEALTH AVE ALHAMBRA, CA |
| 4756 | 4101 INTERSTATE HWY 69 ACCESS RD CORPUS CHRISTI, TX |
| 4694 | 5800 OVERTON RIDGE BLVD FORT WORTH, TX |
| 4485 | 3931 W 9000  S WEST JORDAN, UT |
| 1795 | 4165 E HARRY ST WICHITA, KS |
| 4589 | 600 W 15TH ST PLANO, TX |
| 1878 | 5000 MAIN ST THE COLONY, TX |
| 4501 | 8570 W LAKE MEAD BLVD LAS VEGAS, NV |

| Store # | Store Address |
|---|---|
| 4602 | 10251 FAIRWAY DR. ROSEVILLE, CA |
| 1227 | 2601 FORT CAMPBELL BLVD HOPKINSVILLE, KY |
| 4778 | 5601 US HIGHWAY 10 E STEVENS POINT, WI |
| 5452 | 9880 OLDE US 20 ROSSFORD, OH |
| 1946 | 1201 E MANNING AVE REEDLEY, CA |
| 1490 | 3562 N BRADY ST DAVENPORT, IA |
| 5277 | 4801 LINTON BLVD STE 15A DELRAY BEACH, FL |
| 4597 | 96 MILTON RD ROCHESTER, NH |
| 4291 | 34601 YUCAIPA BLVD YUCAIPA, CA |
| 4550 | 1913 TEXAS AVE S COLLEGE STATION, TX |
| 4007 | 1625 E VALLEY PKWY ESCONDIDO, CA |
| 4514 | 1221 W WARM SPRINGS RD HENDERSON, NV |
| 1972 | 613 N PERKINS RD STILLWATER, OK |
| 5356 | 1451 W 5TH AVE COLUMBUS, OH |
| 5164 | 3340 CYPRESS PLANTATION DR RALEIGH, NC |
| 4225 | 2100 SW 27TH AVE MIAMI, FL |
| 4569 | 1000 Pocatello Creek Road Pocatello, ID |
| 5264 | 901 EAST LANGSFORD RD. LEES SUMMIT, MO |
| 1020 | 525 TITUS AVE STE 15 IRONDEQUOIT, NY |
| 1362 | 8939 S MEMORIAL DR TULSA, OK |
| 4777 | 850 E 23RD ST FREMONT, NE |
| 1785 | 425 SAWDUST RD STE A SPRING, TX |
| 5469 | 4010 W OWEN K GARRIOTT RD, STE 300 ENID, OK |
| 4533 | 409 N LITCHFIELD RD GOODYEAR, AZ |
| 1830 | 3113 GREEN GARDEN RD ALIQUIPPA, PA |
| 5300 | 20926 FREDERICK RD GERMANTOWN, MD |
| 4264 | 2727 N GRAND AVE SANTA ANA, CA |
| 5364 | 4215 E. BLACK HORSE PIKE, UNIT 31 MAYS LANDING, NJ |
| 5275 | 2020 GUNBARREL RD STE 186 CHATTANOOGA, TN |
| 805 | 1383 E PERSHING RD STE A DECATUR, IL |
| 5343 | 6235 WILSON MILLS RD HIGHLAND HEIGHTS, OH |
| 5221 | 10 GLENWOOD AVE. BINGHAMTON, NY |
| 5359 | 2059 SCENIC HWY N SNELLVILLE, GA |
| 1732 | 4365 MERLE HAY RD DES MOINES, IA |
| 4551 | 32241 MISSION TRL UNIT C LAKE ELSINORE, CA |
| 5350 | 949 CHURCH RD CHERRY HILL, NJ |

| Store # | Store Address |
|---|---|
| 527 | 1492 S BELCHER RD CLEARWATER, FL |
| 4716 | 4080 E BLUE GRASS RD MOUNT PLEASANT, MI |
| 188 | 918 W LINCOLN HWY NEW HAVEN, IN |
| 4030 | 299 BORCHARD DR VENTURA, CA |
| 1180 | 5005 LAPALCO BLVD MARRERO, LA |
| 5104 | 4600 HARDY ST STE 34 HATTIESBURG, MS |
| 286 | 1800 MILTON AVE STE 100 JANESVILLE, WI |
| 4646 | 205 MARYSVILLE MALL MARYSVILLE, WA |
| 1960 | 4047 WILLIAM PENN HWY MONROEVILLE, PA |
| 4671 | 78 FRONTAGE RD EAST HAVEN, CT |
| 4687 | 1851 SUNRISE HWY BAYSHORE, NY |
| 4697 | 5910 EASTEX FWY BEAUMONT, TX |
| 4686 | 1445 N MONTEBELLO BLVD MONTEBELLO, CA |
| 1992 | 785 CANANDAIGUA RD GENEVA, NY |
| 370 | 250 GRAYSON HWY STE 1 LAWRENCEVILLE, GA |
| 5095 | 30000 PLYMOUTH RD LIVONIA, MI |
| 552 | 250 N US HWY 17-92 LONGWOOD, FL |
| 5145 | 7155 MARKET PLACE DR AURORA, OH |
| 1643 | 10416 E INDEPENDENCE BLVD STE 500 MATTHEWS, NC |
| 4504 | 14537 W GRAND AVE STE 200 SURPRISE, AZ |
| 4630 | 4002 SUNSET DRIVE SAN ANGELO, TX |
| 1571 | 10 NEWBURY ST STE 5 DANVERS, MA |
| 822 | 3004 E HAMILTON AVE EAU CLAIRE, WI |
| 4576 | 8750 N 2ND ST MACHESNEY PARK, IL |
| 4741 | 4919 NORTH ST, STE 101 NACOGDOCHES, TX |
| 554 | 950 58TH ST N SAINT PETERSBURG, FL |
| 1994 | 4826 N OAK TRFY KANSAS CITY, MO |
| 4750 | 1239 U.S. 181 PORTLAND, TX |
| 1224 | 6900 SAN PEDRO AVE STE 119 SAN ANTONIO, TX |
| 1681 | 1795 W MCGALLIARD RD STE 2 MUNCIE, IN |
| 4574 | 1141 SANGUINETTI RD. SONORA, CA |
| 1743 | 14333 BEACH BLVD STE 18 JACKSONVILLE BEACH, FL |
| 4365 | 1955 FOOTHILL BLVD LA VERNE, CA |
| 4736 | 3300 W EXPRESSWAY 83 UNIT 200 MCALLEN, TX |
| 1582 | 6225 ALLISONVILLE RD INDIANAPOLIS, IN |
| 4761 | 3512 LAMAR AVE PARIS, TX |

| Store # | Store Address |
|---|---|
| 4690 | 5636 US ROUTE 60 HUNTINGTON, WV |
| 1663 | 2028 N MAIN ST PEARLAND, TX |
| 1919 | 10603 E APACHE TRAIL APACHE JUNCTION, AZ |
| 480 | 1109 280 BYP PHENIX CITY, AL |
| 5256 | 1950 PIPESTONE RD. BENTON HARBOR, MI |
| 5488 | 975 C HIGHWAY 51 S COVINGTON, TN |
| 4547 | 5790 MAIN ST SPRINGFIELD, OR |
| 5230 | 6420 20TH ST VERO BEACH, FL |
| 4693 | 11696 NE 76TH ST VANCOUVER, WA |
| 4480 | 14024 E SPRAGUE AVE SPOKANE VALLEY, WA |
| 5409 | 4585 EASTGATE BOULEVARD CINCINNATI, OH |
| 452 | 230 HUCK FINN SHOPPING CTR HANNIBAL, MO |
| 5418 | 1550 COSHOCTON AVE MOUNT VERNON, OH |
| 5308 | 1731 RITCHIE STATION COURT CAPITOL HEIGHTS, MD |
| 4548 | 1799 KIOWA AVE STE 106 LAKE HAVASU CITY, AZ |
| 4711 | 4655 CANAL AVE SW GRANDVILLE, MI |
| 4606 | 1255 TOWN SQUARE DR FORT WORTH, TX |
| 4745 | 16824 MAIN ST HESPERIA, CA |
| 4746 | 4050 183RD ST COUNTRY CLUB HILLS, IL |
| 1990 | 1293 SHREVEPORT BARKSDALE HWY SHREVEPORT, LA |
| 1758 | 6900 SIEGEN LN BATON ROUGE, LA |
| 1704 | 300 ENTERPRISE ST STERLING, VA |
| 4500 | 8140 S EASTERN AVE LAS VEGAS, NV |
| 827 | 4224 SUMMER AVE MEMPHIS, TN |
| 1970 | 5881 SUEMANDY RD SAINT PETERS, MO |
| 5150 | 406 E. MARTINTOWN RD NORTH AUGUSTA, SC |
| 1876 | 27816 STATE HWY 249 TOMBALL, TX |
| 1859 | 1201 S INTERSTATE 35 STE 200 ROUND ROCK, TX |
| 5212 | 2659 ANNAPOLIS RD. HANOVER, MD |
| 5233 | 5903 TRUSSVILLE CROSSING PKWY BIRMINGHAM, AL |
| 1949 | 3178 LAVON DR GARLAND, TX |
| 5222 | 725 US RT 440 JERSEY CITY, NJ |
| 4672 | 2401 N PEARL ST TACOMA, WA |
| 5251 | 751 GOOD HOMES RD ORLANDO, FL |
| 5316 | 3950 VENTURE DR DULUTH, GA |
| 1809 | 3472 CONCORD RD ASTON, PA |

| Store # | Store Address |
|---|---|
| 4532 | 989 N WALNUT CREEK DR STE 151 MANSFIELD, TX |
| 4701 | 5055 W SAHARA AVE LAS VEGAS, NV |
| 1662 | 923 S MASON RD KATY, TX |
| 1668 | 60 E SCHROCK RD WESTERVILLE, OH |
| 5116 | 5820 BALTIMORE NATIONAL PIKE CATONSVILLE, MD |