**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

| | |
|---|---|
| Re: | Expenses |
| Code: | 20008940PA0003.1.32 |

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 09/09/2024 | Airfare Job Chan 2024-09-09 DFW- CMH | 608.96 |
| 09/09/2024 | Airfare E Scales, Jr. 2024-09-09 ATL- CMH | 745.20 |
| 09/09/2024 | Taxi/Car Service Kent Percy Train station to Hotel | 8.93 |
| 09/09/2024 | Lodging Kent Percy Wilmington 2024-09-09 2024-09-10 | 199.30 |
| 09/09/2024 | Train Kent Percy - Wilmington, DE | 105.00 |
| 09/09/2024 | Taxi/Car Service Kent Percy Home to Train station | 30.97 |
| 09/09/2024 | Taxi/Car Service Thomas Reid Home to Airport | 46.71 |
| 09/09/2024 | Individual Meal Thomas Reid - Dinner | 53.80 |
| 09/09/2024 | Lodging Thomas Reid Columbus 2024-09-09 2024-09-12 | 423.09 |
| 09/09/2024 | Airfare Rosa Mecklemburg Tenorio 2024-09-16 ORD- CMH | 490.74 |
| 09/09/2024 | Lodging Jarod Clarrey Wilmington 2024-09-09 2024-09-10 | 199.30 |
| 09/09/2024 | Internet Access Jarod Clarrey | 8.00 |
| 09/09/2024 | Taxi/Car Service Jarod Clarrey Airport to Hotel | 97.80 |
| 09/09/2024 | Airfare Jarod Clarrey 2024-09-09 STL- PHL | 873.72 |
| 09/09/2024 | Lodging E Scales, Jr. Columbus 2024-09-09 2024-09-12 | 475.47 |
| 09/09/2024 | Individual Meal E Scales, Jr. - Dinner | 51.99 |
| 09/09/2024 | Taxi/Car Service E Scales, Jr. Home to Airport | 81.60 |
| 09/09/2024 | Taxi/Car Service E Scales, Jr. Airport to Hotel | 51.46 |
| 09/09/2024 | Taxi/Car Service Job Chan Home to Airport | 80.00 |
| 09/09/2024 | Taxi/Car Service Job Chan Airport to Site | 50.05 |
| 09/09/2024 | Taxi/Car Service Rowan Steere Home to Airport | 44.81 |
| 09/09/2024 | Lodging Rowan Steere Westerville 2024-09-09 2024-09-12 | 590.67 |
| 09/09/2024 | Individual Meal Rowan Steere - Dinner | 19.97 |
| 09/10/2024 | Airfare Rosa Mecklemburg Tenorio 2024-09-10 ORD- CMH | 480.50 |
| 09/10/2024 | Taxi/Car Service Kent Percy Office to Airport | 79.61 |
| 09/10/2024 | Taxi/Car Service Kent Percy Airport to Hotel | 36.80 |
| 09/10/2024 | Lodging Kent Percy Westerville 2024-09-10 2024-09-12 | 440.38 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/10/2024 | Individual Meal Kent Percy - Breakfast | 15.05 |
| 09/10/2024 | Individual Meal Kent Percy - Dinner | 75.00 |
| 09/10/2024 | Individual Meal Thomas Reid - Lunch | 23.72 |
| 09/10/2024 | Taxi/Car Service Anthony Perrella Home to Airport | 60.90 |
| 09/10/2024 | Lodging Anthony Perrella Westerville 2024-09-10 2024-09-12 | 440.38 |
| 09/10/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 10.00 |
| 09/10/2024 | Lodging Rosa Mecklemburg Tenorio Westerville 2024-09-10 2024-09-12 | 417.08 |
| 09/10/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home - chi to Ord | 38.82 |
| 09/10/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Airport to Client office | 20.15 |
| 09/10/2024 | Lodging Jarod Clarrey Philadelphia Airport 2024-09-10 2024-09-11 | 275.26 |
| 09/10/2024 | Individual Meal E Scales, Jr. - Breakfast | 4.10 |
| 09/10/2024 | Group Meal - Engagement Team E Scales, Jr. - Dinner - Anthony Perrella; Thomas Reid; Job Chan; E Scales, Jr.; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 415.04 |
| 09/10/2024 | Lodging Jimmy Jang Columbus 2024-09-10 2024-09-12 | 282.06 |
| 09/10/2024 | Individual Meal Jimmy Jang - Breakfast | 4.94 |
| 09/10/2024 | Taxi/Car Service Jimmy Jang Home to Airport | 56.41 |
| 09/10/2024 | Individual Meal Job Chan - Breakfast | 7.74 |
| 09/10/2024 | Individual Meal Job Chan - Lunch | 13.28 |
| 09/10/2024 | Airfare Kent Percy 2024-09-10 PHL- CMH | 359.45 |
| 09/11/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Job Chan; Kent Percy; Jimmy Jang; Rowan Steere | 375.00 |
| 09/11/2024 | Individual Meal Kent Percy - Lunch | 19.29 |
| 09/11/2024 | Airfare Kent Percy 2024-09-12 CMH- EWR | 433.87 |
| 09/11/2024 | Individual Meal Thomas Reid - Lunch | 22.03 |
| 09/11/2024 | Individual Meal Thomas Reid - Dinner | 75.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/11/2024 | Group Meal - Engagement Team Anthony Perrella - Breakfast - Anthony Perrella; Kent Percy | 23.32 |
| 09/11/2024 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 122.77 |
| 09/11/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 6.55 |
| 09/11/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner | 50.68 |
| 09/11/2024 | Airfare Rosa Mecklemburg Tenorio 2024-09-23 ORD- CMH | 250.67 |
| 09/11/2024 | Individual Meal Jarod Clarrey - Breakfast | 16.15 |
| 09/11/2024 | Parking/Tolls Jarod Clarrey | 52.00 |
| 09/11/2024 | Individual Meal Jarod Clarrey - Dinner | 63.48 |
| 09/11/2024 | Individual Meal E Scales, Jr. - Lunch | 11.45 |
| 09/11/2024 | Individual Meal E Scales, Jr. - Breakfast | 4.19 |
| 09/11/2024 | Individual Meal E Scales, Jr. - Dinner | 58.35 |
| 09/11/2024 | Airfare E Scales, Jr. 2024-09-16 ATL- CMH | 469.40 |
| 09/11/2024 | Individual Meal Jimmy Jang - Breakfast | 2.26 |
| 09/11/2024 | Individual Meal Job Chan - Lunch | 13.49 |
| 09/11/2024 | Individual Meal Job Chan - Breakfast | 10.64 |
| 09/11/2024 | Airfare Rowan Steere 2024-09-12 CMH- ORD | 92.26 |
| 09/12/2024 | Individual Meal Kent Percy - Breakfast | 5.27 |
| 09/12/2024 | Individual Meal Kent Percy - Lunch | 10.32 |
| 09/12/2024 | Individual Meal Thomas Reid - Lunch | 14.57 |
| 09/12/2024 | Gas/Fuel Thomas Reid | 12.63 |
| 09/12/2024 | Individual Meal Thomas Reid - Dinner | 75.00 |
| 09/12/2024 | Car Rental Anthony Perrella 2 Days Columbus, OH | 162.82 |
| 09/12/2024 | Group Meal Anthony Perrella - Dinner - Anthony Perrella; Jimmy Jang | 118.50 |
| 09/12/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 7.75 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/12/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Airport to Alixpartners chicago office | 39.49 |
| 09/12/2024 | Taxi/Car Service E Scales, Jr. Airport to Home | 86.52 |
| 09/12/2024 | Individual Meal E Scales, Jr. - Breakfast | 10.37 |
| 09/12/2024 | Individual Meal E Scales, Jr. - Lunch | 11.88 |
| 09/12/2024 | Individual Meal E Scales, Jr. - Dinner | 36.28 |
| 09/12/2024 | Individual Meal Jimmy Jang - Lunch | 25.00 |
| 09/12/2024 | Taxi/Car Service Jimmy Jang Airport to Home | 57.94 |
| 09/12/2024 | Individual Meal Jimmy Jang - Breakfast | 4.31 |
| 09/12/2024 | Taxi/Car Service Job Chan Airport to Home | 80.00 |
| 09/12/2024 | Airfare Job Chan 2024-09-17 LGA- CMH | 288.57 |
| 09/12/2024 | Individual Meal Job Chan - Breakfast | 4.09 |
| 09/12/2024 | Individual Meal Job Chan - Lunch | 15.00 |
| 09/12/2024 | Airfare Job Chan 2024-09-19 CMH- DFW | 379.11 |
| 09/12/2024 | Taxi/Car Service Rowan Steere Airport to Home | 51.38 |
| 09/12/2024 | Individual Meal Rowan Steere - Lunch | 20.51 |
| 09/12/2024 | Airfare Rowan Steere 2024-09-16 DTW- CMH | 104.74 |
| 09/13/2024 | Airfare Kent Percy 2024-09-16 LGA- CMH | 324.18 |
| 09/13/2024 | Car Rental Thomas Reid 2 Days Columbus, OH | 162.51 |
| 09/13/2024 | Taxi/Car Service Thomas Reid Airport to Home | 51.21 |
| 09/13/2024 | Taxi/Car Service Anthony Perrella Airport to Home | 49.97 |
| 09/13/2024 | Individual Meal Jimmy Jang - Breakfast | 7.67 |
| 09/13/2024 | Lodging Job Chan Westerville 2024-09-09  2024-09-12 | 590.67 |
| 09/14/2024 | Airfare Thomas Reid 2024-09-23 CHS- IAD | 224.10 |
| 09/14/2024 | Airfare Thomas Reid 2024-09-27 CMH- ORD | 79.44 |
| 09/14/2024 | Airfare Jimmy Jang 2024-09-16 LGA- CMH | 324.18 |
| 09/14/2024 | Airfare Jimmy Jang 2024-09-19 CMH- EWR | 442.87 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

| Re: | Expenses |
|---|---|
| Code: | 20008940PA0003.1.32 |

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/15/2024 | Airfare Jarod Clarrey 2024-09-16 STL- CMH | 869.45 |
| 09/15/2024 | Taxi/Car Service Job Chan Home to Airport | 80.00 |
| 09/15/2024 | Car Rental Rowan Steere 3 Days Columbus | 185.86 |
| 09/16/2024 | Individual Meal Kent Percy - Dinner | 27.38 |
| 09/16/2024 | Airfare Kent Percy 2024-09-19 CMH- EWR | 601.70 |
| 09/16/2024 | Taxi/Car Service Kent Percy Airport to Office | 26.77 |
| 09/16/2024 | Airfare Kent Percy 2024-09-27 CMH- IAH | 514.42 |
| 09/16/2024 | Lodging Kent Percy Westerville 2024-09-16 2024-09-19 | 825.00 |
| 09/16/2024 | Airfare Kent Percy 2024-09-25 SAV- CMH | 301.88 |
| 09/16/2024 | Individual Meal Thomas Reid - Dinner | 57.80 |
| 09/16/2024 | Lodging Thomas Reid Columbus 2024-09-16 2024-09-19 | 423.09 |
| 09/16/2024 | Taxi/Car Service Thomas Reid Home to Airport | 41.90 |
| 09/16/2024 | Taxi/Car Service Anthony Perrella Home to Airport | 73.57 |
| 09/16/2024 | Individual Meal Anthony Perrella - Dinner | 24.78 |
| 09/16/2024 | Lodging Anthony Perrella Westerville 2024-09-16 2024-09-19 | 660.57 |
| 09/16/2024 | Lodging Rosa Mecklemburg Tenorio Westerville 2024-09-16 2024-09-19 | 625.62 |
| 09/16/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Airport to Client office | 28.34 |
| 09/16/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner | 47.78 |
| 09/16/2024 | Lodging Jarod Clarrey Westerville 2024-09-16 2024-09-19 | 543.64 |
| 09/16/2024 | Taxi/Car Service Jarod Clarrey Airport to Hotel | 58.37 |
| 09/16/2024 | Individual Meal E Scales, Jr. - Dinner | 10.60 |
| 09/16/2024 | Lodging E Scales, Jr. Columbus 2024-09-16 2024-09-18 | 460.10 |
| 09/16/2024 | Taxi/Car Service E Scales, Jr. Home to Airport | 93.20 |
| 09/16/2024 | Taxi/Car Service E Scales, Jr. Client to Hotel | 35.76 |
| 09/16/2024 | Individual Meal E Scales, Jr. - Lunch | 55.00 |
| 09/16/2024 | Lodging Jimmy Jang Columbus 2024-09-16 2024-09-17 | 191.69 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/16/2024 | Individual Meal Jimmy Jang - Breakfast | 6.07 |
| 09/16/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jimmy Jang; Rowan Steere | 131.00 |
| 09/16/2024 | Taxi/Car Service Jimmy Jang Home to Airport | 45.05 |
| 09/16/2024 | Lodging Jimmy Jang Columbus 2024-09-16 2024-09-19 | 386.43 |
| 09/16/2024 | Group Meal Rowan Steere - Lunch - Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 62.89 |
| 09/16/2024 | Taxi/Car Service Rowan Steere Home to Airport | 58.13 |
| 09/16/2024 | Lodging Rowan Steere Columbus 2024-09-16 2024-09-19 | 640.44 |
| 09/17/2024 | Airfare Kent Percy 2024-09-29 IAH- CMH | 567.69 |
| 09/17/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Thomas Reid; Job Chan; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 525.00 |
| 09/17/2024 | Taxi/Car Service Kent Percy Office to Hotel | 23.85 |
| 09/17/2024 | Individual Meal Thomas Reid - Lunch | 17.47 |
| 09/17/2024 | Individual Meal Anthony Perrella - Breakfast | 4.50 |
| 09/17/2024 | Airfare Anthony Perrella 2024-09-23 LGA- CMH | 707.61 |
| 09/17/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 5.27 |
| 09/17/2024 | Individual Meal Jarod Clarrey - Lunch | 6.40 |
| 09/17/2024 | Individual Meal Jarod Clarrey - Dinner | 31.49 |
| 09/17/2024 | Individual Meal E Scales, Jr. - Lunch | 19.30 |
| 09/17/2024 | Taxi/Car Service E Scales, Jr. Hotel to Client | 32.38 |
| 09/17/2024 | Individual Meal E Scales, Jr. - Dinner | 52.51 |
| 09/17/2024 | Group Meal - Engagement Team Jimmy Jang - Lunch - Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio | 43.98 |
| 09/17/2024 | Individual Meal Jimmy Jang - Breakfast | 4.35 |
| 09/17/2024 | Taxi/Car Service Jimmy Jang Client site to Hotel | 20.86 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re: Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/17/2024 | Individual Meal Job Chan - Lunch | 11.13 |
| 09/17/2024 | Lodging Job Chan Columbus 2024-09-17 2024-09-19 | 510.95 |
| 09/17/2024 | Taxi/Car Service Job Chan Airport to Hotel | 36.06 |
| 09/17/2024 | Individual Meal Rowan Steere - Lunch | 14.44 |
| 09/17/2024 | Individual Meal Rowan Steere - Breakfast | 10.40 |
| 09/18/2024 | Individual Meal Kent Percy - Lunch | 20.07 |
| 09/18/2024 | Individual Meal Kent Percy - Breakfast | 12.52 |
| 09/18/2024 | Group Meal - Engagement Team Thomas Reid - Dinner - Jarod Clarrey; Anthony Perrella; Thomas Reid; Job Chan; Kent Percy | 375.00 |
| 09/18/2024 | Individual Meal Thomas Reid - Lunch | 14.57 |
| 09/18/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 5.25 |
| 09/18/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Hotel | 12.80 |
| 09/18/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner | 44.70 |
| 09/18/2024 | Taxi/Car Service E Scales, Jr. Client to Airport | 73.32 |
| 09/18/2024 | Individual Meal E Scales, Jr. - Breakfast | 11.37 |
| 09/18/2024 | Individual Meal Jimmy Jang - Lunch | 2.25 |
| 09/18/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jimmy Jang; Rowan Steere | 134.37 |
| 09/18/2024 | Individual Meal Jimmy Jang - Breakfast | 2.10 |
| 09/18/2024 | Taxi/Car Service Jimmy Jang Airport to Client site | 32.25 |
| 09/18/2024 | Airfare Job Chan 2024-09-23 DFW- CMH | 833.96 |
| 09/18/2024 | Individual Meal Job Chan - Breakfast | 19.85 |
| 09/18/2024 | Individual Meal Job Chan - Lunch | 20.10 |
| 09/18/2024 | Individual Meal Rowan Steere - Breakfast | 10.40 |
| 09/18/2024 | Airfare Rowan Steere 2024-09-22 BOS- CMH | 466.44 |
| 09/18/2024 | Airfare Rowan Steere 2024-09-19 CMH- BOS | 507.08 |
| 09/19/2024 | Taxi/Car Service Kent Percy Airport to Home | 228.00 |

# AlixPartners

Big Lots, Inc.  
4900 E. Dublin Granville Road  
Columbus, OH 43081  
0

Re:     Expenses  
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 09/19/2024 | Individual Meal Kent Percy - Lunch | 13.33 |
| 09/19/2024 | Taxi/Car Service Kent Percy Home to Airport | 168.00 |
| 09/19/2024 | Airfare Thomas Reid 2024-09-30 CHS- IAD | 229.00 |
| 09/19/2024 | Individual Meal Thomas Reid - Lunch | 29.35 |
| 09/19/2024 | Taxi/Car Service Thomas Reid Airport to Home | 52.49 |
| 09/19/2024 | Individual Meal Thomas Reid - Dinner | 29.22 |
| 09/19/2024 | Gas/Fuel Thomas Reid | 7.96 |
| 09/19/2024 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 166.09 |
| 09/19/2024 | Individual Meal Anthony Perrella - Lunch | 41.40 |
| 09/19/2024 | Car Rental Anthony Perrella 4 Days Columbus, OH | 232.24 |
| 09/19/2024 | Individual Meal Anthony Perrella - Dinner | 80.20 |
| 09/19/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 2.15 |
| 09/19/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Airport to Home | 56.91 |
| 09/19/2024 | Individual Meal Jarod Clarrey - Dinner | 13.27 |
| 09/19/2024 | Individual Meal Jarod Clarrey - Lunch | 5.75 |
| 09/19/2024 | Parking/Tolls Jarod Clarrey | 90.00 |
| 09/19/2024 | Taxi/Car Service Jarod Clarrey Office to Airport | 46.12 |
| 09/19/2024 | Airfare E Scales, Jr. 2024-09-24 RIC- ATL | 360.29 |
| 09/19/2024 | Taxi/Car Service E Scales, Jr. Airport to Home | 72.98 |
| 09/19/2024 | Public Transportation Jimmy Jang | 2.90 |
| 09/19/2024 | Public Transportation Jimmy Jang | 16.80 |
| 09/19/2024 | Individual Meal Jimmy Jang - Breakfast | 5.74 |
| 09/19/2024 | Individual Meal Job Chan - Lunch | 18.80 |
| 09/19/2024 | Individual Meal Job Chan - Breakfast | 22.70 |
| 09/19/2024 | Individual Meal Job Chan - Dinner | 27.25 |
| 09/19/2024 | Individual Meal Rowan Steere - Breakfast | 10.40 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/19/2024 | Individual Meal Rowan Steere - Dinner | 9.55 |
| 09/19/2024 | Taxi/Car Service Rowan Steere Big lots to Airport | 32.79 |
| 09/20/2024 | Car Rental Thomas Reid 2 Days Columbus, OH | 165.05 |
| 09/20/2024 | Taxi/Car Service Anthony Perrella Airport to Home | 61.93 |
| 09/20/2024 | Taxi/Car Service Job Chan Airport to Home | 80.00 |
| 09/21/2024 | Airfare Jimmy Jang 2024-09-23 LGA- CMH | 357.38 |
| 09/22/2024 | Individual Meal Jimmy Jang - Dinner | 31.33 |
| 09/22/2024 | Individual Meal Jimmy Jang - Breakfast | 2.49 |
| 09/22/2024 | Lodging Rowan Steere Columbus 2024-09-22 2024-09-26 | 638.47 |
| 09/22/2024 | Individual Meal Rowan Steere - Dinner | 49.46 |
| 09/22/2024 | Taxi/Car Service Rowan Steere Home to Airport | 82.99 |
| 09/23/2024 | Lodging Thomas Reid Westerville 2024-09-23 2024-09-25 | 332.66 |
| 09/23/2024 | Individual Meal Thomas Reid - Dinner | 64.17 |
| 09/23/2024 | Taxi/Car Service Thomas Reid Home to Airport | 39.31 |
| 09/23/2024 | Taxi/Car Service Thomas Reid Airport to Hotel | 37.58 |
| 09/23/2024 | Individual Meal Anthony Perrella - Dinner | 15.98 |
| 09/23/2024 | Lodging Anthony Perrella Westerville 2024-09-23 2024-09-26 | 625.62 |
| 09/23/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 17.15 |
| 09/23/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Airport to Client office | 25.99 |
| 09/23/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Airport | 65.80 |
| 09/23/2024 | Lodging Rosa Mecklemburg Tenorio Westerville 2024-09-23 2024-09-25 | 417.08 |
| 09/23/2024 | Group Meal - Engagement Team Jimmy Jang - Lunch - Jimmy Jang; Rosa Mecklemburg Tenorio | 22.17 |
| 09/23/2024 | Individual Meal Jimmy Jang - Breakfast | 2.25 |
| 09/23/2024 | Taxi/Car Service Jimmy Jang Home to Airport | 36.97 |
| 09/23/2024 | Taxi/Car Service Jimmy Jang Airport to Client site | 27.81 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 09/23/2024 | Lodging Jimmy Jang Columbus 2024-09-23 2024-09-26 | 492.47 |
| 09/23/2024 | Taxi/Car Service Job Chan Home to Airport | 80.00 |
| 09/23/2024 | Individual Meal Rowan Steere - Lunch | 14.80 |
| 09/23/2024 | Individual Meal Rowan Steere - Breakfast | 11.70 |
| 09/23/2024 | Group Meal Rowan Steere - Dinner - Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 225.00 |
| 09/23/2024 | Airfare Rowan Steere 2024-09-26 CMH- ORD | 307.23 |
| 09/24/2024 | Individual Meal Thomas Reid - Dinner | 65.72 |
| 09/24/2024 | Individual Meal Thomas Reid - Lunch | 16.72 |
| 09/24/2024 | Taxi/Car Service Thomas Reid Client site to Chs | 33.32 |
| 09/24/2024 | Taxi/Car Service Anthony Perrella Home to Airport | 75.90 |
| 09/24/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch | 7.75 |
| 09/24/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner | 23.29 |
| 09/24/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jimmy Jang; Rowan Steere | 134.02 |
| 09/24/2024 | Individual Meal Job Chan - Dinner | 64.50 |
| 09/24/2024 | Individual Meal Job Chan - Lunch | 13.87 |
| 09/24/2024 | Taxi/Car Service Job Chan Airport to Hotel | 63.22 |
| 09/24/2024 | Taxi/Car Service Job Chan Hotel to Client site | 21.78 |
| 09/24/2024 | Individual Meal Job Chan - Breakfast | 11.10 |
| 09/24/2024 | Group Meal Rowan Steere - Breakfast - Jimmy Jang; Rowan Steere | 26.27 |
| 09/24/2024 | Airfare Rowan Steere 2024-09-30 ORD- CMH | 307.23 |
| 09/24/2024 | Airfare Rosa Mecklemburg Tenorio 2024-09-30 ORD- CMH | 551.47 |
| 09/25/2024 | Lodging Kent Percy Westerville 2024-09-25 2024-09-26 | 196.89 |
| 09/25/2024 | Individual Meal Kent Percy - Breakfast | 20.52 |
| 09/25/2024 | Individual Meal Kent Percy - Lunch | 15.83 |
| 09/25/2024 | Individual Meal Thomas Reid - Dinner | 57.29 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/25/2024 | Individual Meal Thomas Reid - Lunch | 19.04 |
| 09/25/2024 | Lodging Thomas Reid Westerville 2024-09-25 2024-09-27 | 393.78 |
| 09/25/2024 | Airfare Anthony Perrella 2024-09-30 LGA- CMH | 306.17 |
| 09/25/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast | 5.25 |
| 09/25/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Airport | 34.67 |
| 09/25/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner | 12.27 |
| 09/25/2024 | Individual Meal Jimmy Jang - Breakfast | 7.19 |
| 09/25/2024 | Group Meal - Engagement Team Jimmy Jang - Lunch - Anthony Perrella; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere | 138.00 |
| 09/25/2024 | Group Meal - Engagement Team Job Chan - Dinner - Anthony Perrella; Job Chan; Jimmy Jang; Rowan Steere | 282.11 |
| 09/25/2024 | Individual Meal Job Chan - Breakfast | 4.95 |
| 09/25/2024 | Lodging Job Chan Westerville 2024-09-23  2024-09-24 | 196.89 |
| 09/25/2024 | Individual Meal Rowan Steere - Breakfast | 11.65 |
| 09/26/2024 | Lodging Kent Percy Westerville 2024-09-26 2024-09-27 | 196.89 |
| 09/26/2024 | Individual Meal Kent Percy - Lunch | 17.20 |
| 09/26/2024 | Individual Meal Kent Percy - Breakfast | 5.27 |
| 09/26/2024 | Individual Meal Thomas Reid - Dinner | 63.35 |
| 09/26/2024 | Individual Meal Thomas Reid - Lunch | 14.03 |
| 09/26/2024 | Individual Meal Anthony Perrella - Breakfast | 7.10 |
| 09/26/2024 | Individual Meal Anthony Perrella - Dinner | 48.00 |
| 09/26/2024 | Car Rental Anthony Perrella 2 Days Columbus, OH | 180.56 |
| 09/26/2024 | Taxi/Car Service Jimmy Jang Office to Airport | 38.82 |
| 09/26/2024 | Individual Meal Jimmy Jang - Lunch | 25.00 |
| 09/26/2024 | Individual Meal Jimmy Jang - Breakfast | 2.25 |
| 09/26/2024 | Taxi/Car Service Jimmy Jang Airport to Home | 32.36 |
| 09/26/2024 | Lodging Westerville Job Chan 2024-09-24  2024-09-26 | 351.76 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/26/2024 | Individual Meal Job Chan - Breakfast | 19.39 |
| 09/26/2024 | Individual Meal Job Chan - Lunch | 34.32 |
| 09/26/2024 | Individual Meal Rowan Steere - Lunch | 6.35 |
| 09/26/2024 | Individual Meal Rowan Steere - Dinner | 16.38 |
| 09/26/2024 | Car Rental Rowan Steere 3 Days Columbus | 238.79 |
| 09/26/2024 | Taxi/Car Service Rowan Steere Airport to Home | 35.90 |
| 09/26/2024 | Airfare E Scales, Jr. 2024-09-30 ATL- CMH | 203.29 |
| 09/27/2024 | Internet Access Kent Percy | 8.00 |
| 09/27/2024 | Gas/Fuel Thomas Reid | 9.31 |
| 09/27/2024 | Individual Meal Thomas Reid - Lunch | 14.07 |
| 09/27/2024 | Taxi/Car Service Thomas Reid Airport to Home | 54.80 |
| 09/27/2024 | Individual Meal Thomas Reid - Dinner | 47.62 |
| 09/27/2024 | Taxi/Car Service Anthony Perrella Airport to Home | 59.95 |
| 09/27/2024 | Taxi/Car Service Job Chan Airport to Home | 80.00 |
| 09/28/2024 | Individual Meal Kent Percy - Dinner | 75.00 |
| 09/29/2024 | Lodging Kent Percy Westerville 2024-09-29 2024-09-30 | 184.07 |
| 09/29/2024 | Car Rental Kent Percy 1 Days Columbus, OH | 178.60 |
| 09/29/2024 | Car Rental Thomas Reid 3 Days Columbus, OH | 185.86 |
| 09/29/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - chicago | 51.88 |
| 09/29/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - chicago | 7.78 |
| 09/30/2024 | Individual Meal Kent Percy - Dinner | 53.00 |
| 09/30/2024 | Taxi/Car Service Kent Percy Office to Hotel | 31.83 |
| 09/30/2024 | Individual Meal Kent Percy - Breakfast | 11.90 |
| 09/30/2024 | Individual Meal Kent Percy - Lunch | 10.25 |
| 09/30/2024 | Taxi/Car Service Kent Percy Hotel to Office | 21.85 |
| 09/30/2024 | Taxi/Car Service Thomas Reid Home to Airport | 41.61 |
| 09/30/2024 | Internet Access Thomas Reid | 8.00 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Re: Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/30/2024 | Individual Meal Thomas Reid - Dinner | 59.51 |
| 09/30/2024 | Taxi/Car Service Jimmy Jang Home to Airport | 19.50 |
| 09/30/2024 | Taxi/Car Service Rowan Steere Office to Airport | 67.75 |
| 09/30/2024 | Individual Meal Rowan Steere - Dinner | 17.08 |
| 09/30/2024 | Azure by WBS September Costs | 2,121.74 |
| 09/30/2024 | Individual Meal Anthony Perrella - Dinner | 35.96 |
| 09/30/2024 | Individual Meal Anthony Perrella - Breakfast | 10.00 |
| 09/30/2024 | Taxi/Car Service Anthony Perrella Home to Airport | 61.97 |
| 09/30/2024 | Individual Meal E Scales, Jr. - Dinner | 27.79 |
| 09/30/2024 | Taxi/Car Service E Scales, Jr. Client to Hotel | 23.94 |
| 09/30/2024 | Taxi/Car Service E Scales, Jr. Home to Atl airport | 78.81 |
| 09/30/2024 | Taxi/Car Service E Scales, Jr. Cmh airport to Client | 54.46 |
| 09/30/2024 | Individual Meal E Scales, Jr. - Lunch | 14.64 |
| 09/30/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord | 58.28 |
| 09/30/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel | 25.98 |
| **Total Expenses** | | **43,255.21** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
0

Client: 20008940Pa0003

| Expenses | Amount |
|---|---:|
| Airfare | 14,964.25 |
| Computer Supplies / Support | 2,121.74 |
| Gas/Fuel | 29.90 |
| Ground Transportation | 4,265.87 |
| Internet | 24.00 |
| Lodging | 13,627.77 |
| Meals | 6,282.39 |
| Parking & Tolls | 142.00 |
| Rental Car | 1,692.29 |
| Train | 105.00 |
| **Total Expenses** | USD  43,255.21 |