**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 1151, 1152** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING**
**(I) EMERGENCY MOTION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR AN ORDER FURTHER EXTENDING**
**THE CHALLENGE DEADLINE AND (II) BLUE OWL CAPITAL LLC'S**
**SECOND MOTION TO EXTEND CHALLENGE PERIOD**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee") of Big Lots, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases, hereby certifies as follows:

1. On November 18, 2024, the Committee filed the *Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline* [D.I. 1151] (the "Committee Motion").

2. On November 18, 2024, Blue Owl Real Estate Capital LLC ("Blue Owl") filed *Blue Owl Capital LLC's Second Motion to Extend Challenge Period* [D.I. 1152] (the "Blue Owl Motion", and together with the Committee Motion, the "Extension Motions").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3. On November 20, 2024, PNC Bank, National Association ("PNC") filed the *PNC Bank, National Association's Response to (I) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, (II) Emergency Motion Of The Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Period, and (III) Blue Owl Capital LLC's Second Motion to Extend the Challenge Period* [D.I. 1191].

4. On November 20, 2024, the Debtors' filed the *Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing* [D.I. 1193].

5. On November 20, 2024, 1903P Loan Agent, LLC ("1903") filed *1903P Loan Agent, LLC's Objection and Joinder To Debtors' Response With Respect to Emergency Motions to Extend the Challenge Deadline* [D.I. 1208].

6. On November 22, 2024, the Court held a hearing to consider the relief requested in the Extension Motions. As discussed on the record at the hearing, the Court denied the Extension Motions.

7. Attached hereto as **Exhibit 1** is a revised proposed form of order denying the Extension Motions (the "Revised Proposed Order"). The Revised Proposed Order has been circulated to the Debtors, Blue Owl, PNC, and 1903. None of those parties object to entry of the Revised Proposed Order.

8. Accordingly, undersigned counsel respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: November 25, 2024<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:   (302) 652-3131<br>Fax:   (302) 652-3117<br>Email: jalberto@coleschotz.com<br>            snewman@coleschotz.com<br><br>*-and-*<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>Darren Azman (admitted *pro hac vice*)<br>Kristin K. Going (admitted *pro hac vice*)<br>Stacy Lutkus (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Tel:   (212) 547-5400<br>Fax:   (212) 547-5444<br>Email: dazman@mwe.com<br>            kgoing@mwe.com<br>            salutkus@mwe.com<br>            nrowles@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |