**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 1151, 1152** |

**ORDER DENYING (I) EMERGENCY MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AN ORDER FURTHER EXTENDING
THE CHALLENGE DEADLINE AND (II) BLUE OWL CAPITAL LLC'S
SECOND MOTION TO EXTEND CHALLENGE PERIOD**

Upon the motions (together, the "Extension Motions")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Big Lots, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and Blue Owl Real Estate Capital LLC ("Blue Owl") seeking entry of an order, pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9006(b) and Local Rule 9006-2, extending the Challenge Deadline as set forth in the Extension Motions and all responses and objections thereto; and the Court having jurisdiction to consider the Extension Motions and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the *Amended Standing Order of Reference* of the United States District Court for the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Extension Motions.

District of Delaware, entered February 29, 2012; and consideration of the Extension Motions and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Extension Motions having been given and it appearing that no other or further notice need be given; and for the reasons set forth on the record at the hearing held on November 22, 2024 (the "<u>Hearing</u>"); and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Extension Motions is denied for the reasons set forth at the Hearing.

2. The Court retains jurisdiction as to all matters relating to or arising from the implementation, enforcement or interpretation of this Order.

**Dated: November 25th, 2024**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**