## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Effective Rejection Date |
|---|---|---|---|---|
| 1 | Big Lots Sores, LLC | BreakthroughFuel LLC | Statement of Work for Fuel Recovery Services | November 25, 2024 |
| 2 | Big Lots Stores, LLC | BreakthroughFuel LLC | Master Services Agreement | November 25, 2024 |
| 3 | Great Basin, LLC | DONLEN TRUST | Master Motor Vehicle Fixed Term Lease Agreement | November 25, 2024 |
| 4 | Big Lots Stores, LLC | ESI Cases and Accessories, Inc. | Scan-Based Trading Vendor Agreement | November 25, 2024 |
| 5 | Big Lots Stores, LLC | ESI Cases and Accessories, Inc. | First Amendment to Scan Based Trading Agreement | November 25, 2024 |
| 6 | Big Lots Stores, LLC | ESI Cases and Accessories, Inc. | Amendment 1 to Scan Based Trading Agreement | November 25, 2024 |
| 7 | Big Lots Stores, LLC | FGX International Inc. | Scan-Based Trading Vendor Agreement | November 25, 2024 |
| 8 | Big Lots Stores, LLC | FGX International Inc. | Amendment No 1. to Scan Based Trading Agreement | November 25, 2024 |
| 9 | Big Lots Stores, LLC | FGX International Inc. | Amendment No 2. to Scan Based Trading Agreement | November 25, 2024 |
| 10 | Big Lots Stores, LLC | FGX International Inc. | Amendment No 3. to Scan Based Trading Agreement | November 25, 2024 |
| 11 | Big Lots Stores, LLC | FGX International Inc. | FGX Amendment No 4. to Scan Based Trading Agreement | November 25, 2024 |
| 12 | Big Lots Stores, LLC | Thrasio, LLC | Revenue Share Agreement | November 25, 2024 |
| 13 | Big Lots Stores, LLC | Uncas International LLC | Scan-Based Trading Vendor Agreement | November 25, 2024 |
| 14 | Big Lots Stores, LLC | Viabella Holdings, LLC | Scan-Based Trading Vendor Agreement | November 25, 2024 |