**EXHIBIT B**

**Expense Detail**



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 3951859
Invoice Date: 11/22/2024

## COSTS & OTHER CHARGES

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| M. Asher | 10/29/24 | Express Mail<br>VENDOR: Federal Express Corporation<br>INVOICE#: 866468842 DATE: 10/29/2024 | 0.00 | 221.92 |
| D. Azman | 09/29/24 | Travel Expenses<br>9/29/2024 Hotel Accommodations<br>The Quoin - Wilmington, Delaware | 0.00 | 315.81 |
| D. Azman | 09/29/24 | Transportation/Parking<br>Uber car service<br>Residence to Hertz Car Rental at JFK Airport | 0.00 | 85.40 |
| D. Azman | 09/29/24 | Transportation/Parking<br>Car Rental – Hertz Corporation | 0.00 | 299.79 |
| D. Azman | 09/30/24 | Travel Expenses<br>Hotel parking<br>The Quoin - Wilmington, Delaware | 0.00 | 45.00 |
| D. Azman | 10/02/24 | Transportation/Parking<br>Uber car service<br>Hertz Car Rental at JFK Airport to Residence | 0.00 | 109.03 |
| D. Azman | 10/30/24 | Transportation/Parking<br>VENDOR: XYZ Two Way Radio Service Inc.<br>INVOICE #:1745063  DATE: 10/30/2024<br>Car Service - Residence to Wilmington, DE | 1.00 | 851.98 |
| D. Azman | 10/30/24 | Transportation/Parking<br>VENDOR: XYZ Two Way Radio Service Inc.<br>INVOICE #:1745063  DATE: 10/30/2024<br>Car service – Wilmington, DE to Residence | 1.00 | 955.27 |
| D. Azman | 10/30/24 | Transportation/Parking<br>Car Service to attend auction<br>Residence to Davis Polk & Wardwell NY Office | 0.00 | 200.00 |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 3951859
Invoice Date: 11/22/2024

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| K. Going | 10/09/24 | Travel Expenses<br>Amtrak Train Travel<br>New York, NY to Wilmington, DE | 0.00 | 262.00 |
| K. Going | 10/09/24 | Travel Expenses<br>Delaware Taxi<br>Wilmington, DE Train Station to Courthouse | 0.00 | 20.00 |
| K. Going | 10/09/24 | Travel Expenses<br>Amtrak Train Travel Wilmington, DE to New York, NY | 0.00 | 231.00 |
| K. Going | 10/23/24 | Transportation/Parking<br>Uber car service<br>MWE NY Office to Residence | 0.00 | 115.35 |
| J. Hirshon | 10/14/24 | Document Retrieval<br>VENDOR: CT Lien Solutions<br>INVOICE#: 04070521  DATE: 10/14/2024 | 0.00 | 493.00 |
| N. Rainey | 09/13/24 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#:<br>INVOICE#: WL118872  DATE: 9/11/2024<br>9/10/2024 Hearing Transcript | 0.00 | 248.40 |
| K. Suh | 10/23/24 | Document Retrieval<br>VENDOR: CT Corporation<br>INVOICE#: 32740603-RI  DATE: 10/23/2024 | 0.00 | 2,225.20 |

**TOTAL COSTS AND OTHER CHARGES** $6,679.15