## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors[1] | (Jointly Administered) |
| | **RE: DI 548** |

## DECLARATION OF DISINTERESTEDNESS OF SECREST WARDLE IN SUPPORT OF EMPLOYMENT OF SECREST WARDLE AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

**MARK MASTERS, declares and says:**

1. I am an Attorney of Secrest Wardle, located at 2600 Troy Center Drive, Troy, MI 48007 (the "**Firm**"). The Firm is a legal services firm.

2. Big Lots, Inc. and certain of its affiliates (collectively the "**Debtors**"), each of which is a debtor and in possession in the above-captioned Chapter 11 Cases (the "**Chapter 11 Cases**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide those services.

3. Pursuant to rule 2014 of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, the firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

to the Debtors Chapter 11 Cases, for persons that are claimants or other parties in interest in the Chapter 11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 Cases.

4. Neither I nor [any partner or associate of the Firm], insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5. Neither I nor [any partner or associate of the Firm] has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than the [partners and associates] of the Firm.

6. The Debtors owe the Firm $5,955.70 for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code. The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedule of liabilities and is not designated therein as contingent, unliquidated, or disrupted.

7. The Firm is not a party to an indemnification agreement with Debtors.

8. The Firm reviewed its connections to, if any, the key parties-in-interest provided in Exhibit 1. The Firm is conducting further inquiries regarding its retention by the creditors of the Debtors and, upon conclusion of that inquiry or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this declaration.

9. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 20, 2024.

Respectfully submitted,

SECREST WARDLE

By: */s/ Mark F. Masters*
MARK F. MASTERS (P48598)
2600 Troy Center Drive
Troy, MI 48007-5025
(248) 851-9500