**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**September 9, 2024, through September 30, 2024**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 1,095.20 |
| Pacer | 479.00 |
| In-House Printing - color | 2,418.40 |
| Secretarial Overtime | 48.35 |
| In-House Duplicating | 18.42 |
| Computer Research - Westlaw | 861.40 |
| Supplemental Tech Trial Support Services | 236.74 |
| Use of Facilities/Equipment | 1,325.00 |
| Courier/Delivery Service | 449.00 |
| Court Costs | 33,919.00 |
| Transcripts | 3,763.26 |
| Conference Calls | 22.74 |
| Meals | 955.38 |
| Photos/Art/Spec Duplicating-Out of Office | 2,707.68 |
| In-House Duplicating - color | 116.34 |
| Support Staff Overtime | 274.35 |
| **Grand Total Expenses** | **$48,690.26** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 09/09/24 | Pacer | 588.0 | 58.80 |
| 09/09/24 | Secretarial Overtime (Mary Hall) | 1.0 | 48.35 |
| 09/09/24 | In-House Printing - black & white | 4,333.0 | 433.30 |
| 09/09/24 | Court Costs - Chapter 11 filing fees for 8 petitions | 1.0 | 13,904.00 |
| 09/09/24 | Court Costs - Sale motion filing fee | 1.0 | 199.00 |
| 09/09/24 | Court Costs - Pro hac vice fee for Shpeen, Stern, Piraino, Peppiatt and McClammy | 1.0 | 250.00 |
| 09/09/24 | In-House Duplicating | 3.0 | 0.30 |
| 09/09/24 | Support Staff Overtime - DEANA DEMAIO | 1.0 | 98.99 |
| 09/09/24 | In-House Printing - color | 994.0 | 795.20 |
| 09/10/24 | Pacer | 76.0 | 7.60 |
| 09/10/24 | In-House Printing - black & white | 1,180.0 | 118.00 |
| 09/10/24 | In-House Printing - color | 1,115.0 | 892.00 |
| 09/10/24 | In-House Duplicating | 906.0 | 18.12 |
| 09/10/24 | Supplemental Tech Trial Support Services (D. Kelley) | 1.0 | 182.25 |
| 09/10/24 | Supplemental Tech Trial Support Services (I. Murphy) | 1.0 | 54.49 |
| 09/10/24 | Use of Facilities/Equipment - 9/10/24 - exclusive use of Litigation suite (including food, printing, and other services) | 1.0 | 1,325.00 |
| 09/10/24 | Courier/Delivery Service - Delivery fee for breakfast for first day hearing | 1.0 | 90.00 |
| 09/10/24 | Courier/Delivery Service - Delivery of first day materials from Morris Nichols to Judge J. Kate Stickles | 1.0 | 89.00 |
| 09/10/24 | Courier/Delivery Service - Delivery fee for lunch for first day hearing | 1.0 | 90.00 |
| 09/10/24 | Transcripts - Transcript of first day hearing | 1.0 | 1,472.00 |
| 09/10/24 | Court Costs - Pro hac vice fee for Resnick | 1.0 | 50.00 |
| 09/10/24 | Court Costs - Chapter 11 filing fees for 11 petitions | 1.0 | 19,118.00 |
| 09/10/24 | Meals - Breakfast for 10 people for first day hearing | 1.0 | 166.11 |
| 09/10/24 | Meals - Lunch for 10 people for first day hearing | 1.0 | 511.20 |
| 09/10/24 | Photos/Art/Spec Duplicating-Out of Office - Printing service for first day hearing materials | 1.0 | 2,707.68 |
| 09/10/24 | In-House Duplicating - color | 1,939.0 | 116.34 |
| 09/10/24 | Support Staff Overtime - DEANA DEMAIO | 1.0 | 47.79 |
| 09/11/24 | Pacer | 635.0 | 63.50 |
| 09/12/24 | Pacer | 309.0 | 30.90 |
| 09/12/24 | In-House Printing - color | 21.0 | 16.80 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 09/12/24 | Computer Research - Westlaw | 1.0 | 352.40 |
| 09/13/24 | Pacer | 90.0 | 9.00 |
| 09/16/24 | Pacer | 43.0 | 4.30 |
| 09/16/24 | Computer Research - Westlaw | 1.0 | 158.10 |
| 09/17/24 | Pacer | 335.0 | 33.50 |
| 09/17/24 | In-House Printing - black & white | 317.0 | 31.70 |
| 09/17/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 09/17/24 | In-House Printing - color | 20.0 | 16.00 |
| 09/18/24 | Pacer | 472.0 | 47.20 |
| 09/18/24 | Transcripts - Transcript of lease sale auction | 1.0 | 974.63 |
| 09/19/24 | Pacer | 29.0 | 2.90 |
| 09/19/24 | Conference Calls - IDI conference call | 1.0 | 22.74 |
| 09/20/24 | Pacer | 142.0 | 14.20 |
| 09/20/24 | Computer Research - Westlaw | 1.0 | 295.70 |
| 09/23/24 | Pacer | 1,084.0 | 108.40 |
| 09/23/24 | In-House Printing - black & white | 94.0 | 9.40 |
| 09/24/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 09/24/24 | Pacer | 129.0 | 12.90 |
| 09/25/24 | In-House Printing - black & white | 184.0 | 18.40 |
| 09/25/24 | Transcripts - Lease auction transcript | 1.0 | 940.63 |
| 09/25/24 | Pacer | 107.0 | 10.70 |
| 09/25/24 | In-House Printing - color | 4.0 | 3.20 |
| 09/26/24 | Pacer | 211.0 | 21.10 |
| 09/26/24 | In-House Printing - color | 45.0 | 36.00 |
| 09/26/24 | In-House Printing - black & white | 708.0 | 70.80 |
| 09/27/24 | In-House Printing - black & white | 2,218.0 | 221.80 |
| 09/27/24 | In-House Printing - color | 228.0 | 182.40 |
| 09/27/24 | Pacer | 249.0 | 24.90 |
| 09/29/24 | Support Staff Overtime - DEANA DEMAIO | 1.0 | 127.57 |
| 09/30/24 | In-House Printing - black & white | 1,918.0 | 191.80 |
| 09/30/24 | Pacer | 291.0 | 29.10 |
| 09/30/24 | Court Costs - COURTS/USBC-DE - RECEIPT A11818292 - FILING FEES FOR MOTION TO SALE OF PROPERTY FREE AND CLEAR OF LIENS - MTNS WD REFERENCE - MATTHEW TALMO - 09/30/2024 | 1.0 | 398.00 |
| 09/30/24 | Transcripts - Transcript of 9/30 hearing | 1.0 | 376.00 |
| 09/30/24 | Courier/Delivery Service - Delivery fee for lunch for 9/30 hearing | 1.0 | 90.00 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/30/24 | Courier/Delivery Service - Delivery fee for lunch for 9/30 hearing | 1.0 | 90.00 |
| 09/30/24 | In-House Printing - color | 596.0 | 476.80 |
| 09/30/24 | Meals - Lunch for 10 people for 9/30 hearing | 1.0 | 278.07 |
| | | **Total** | **$48,690.26** |