# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No.  24-11967 (JKS) |
| BIG LOTS, INC., et al. | : | |
| Debtors.[1] | : | |

**ORDER GRANTING MOTION OF MAUREEEN SCULLON FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d)**

Upon consideration of the Motion of Maureen Scullon ("Movant"), and the Court having jurisdiction over the motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The automatic stay shall be modified solely to permit the Scullon Action (as defined on the Motion) to proceed and to permit the Movant therein to continue to pursue litigation and coverage and a recovery ONLY TO THE POLICY LIMITS under the applicable insurance policy(ies) in connection with the Scullon Action and to pursue other Defendants in the Scullon Action; provided, however, that, with respect to any settlement or judgment against the Debtors in

---

[1] The debtors an debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores-PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

39051v1

connection with the Scullon Action, the Movant shall pursue their claims against and exhaust any potential recovery from the applicable insurance policies.

      3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

      4. This Order shall be effective immediately upon entry and the stay of proceedings under Bankruptcy Rule 4001(a)(3) shall not apply.

      5.     This Order shall be effective immediately upon entry and the stay of proceedings under Bankruptcy Rule 4001(a)(3) shall not apply.