IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.<br>Debtors.[1] | : Chapter 11<br>:<br>: Case No. 24-11967 (JKS)<br>:<br>:<br>: |

**NOTICE OF MOTION OF MAUREEEN SCULLON FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d)**

TO: (I) COUNSEL FOR THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL TO THE CREDITORS' COMMITTEE; (IV) COUNSEL FOR PNC BANK; (V) DEFENSE COUNSEL, AND (VI) ALL PERSONS AND ENTITIES THAT HAVE FILED A REQUEST FOR SERVICE OF FILINGS IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on November 27, 2024, Movant Maureen Scullon ("Movant"), filed a **Motion for Relief from the Automatic Stay Pursuant to Bankruptcy Code Section 362(d)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served so as to be received by the undersigned counsel on or before December 12, 2024 by 4:00 p.m. (et) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **December 19, 2019 @ 2:00 P.M. (et)** before the Honorable J. Kate Stickles in The United States

---

[1] The debtors an debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores-PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

Bankruptcy Court for The District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6 Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that if you fail to respond to the motion in accordance with this notice, the court may grant the relief requested therein without further notice or hearing.

      **ELLIOTT GREENLEAF, P.C.**

By:    /s/*Deirdre M. Richards*
        Deirdre M. Richards (#4191)
        1105 N. Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 384-9402
        dmr@elliottgreenleaf.com
        *Attorneys for Maureen Scullon*

Dated: November 27, 2024