# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., et al. | : |  |
| Debtors.[1] | : |  |

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, Esquire, hereby certify that on November 27, 2024, I caused to be served a true and correct copy of the foregoing *Motion of Maureen Scullon to Modify the Automatic Stay* to be served on the counsel below via e-mail and other parties via the Court's electronic ECF.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>Email: rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>Email: brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.co m<br>ethan.stern@davispolk.com |

---

[1] The debtors an debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores-PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

39051v1

39052v1

| | |
|---|---|
| Justin R. Alberto<br>Cole Schotz PC<br>500 Delaware Avenue, Ste 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br><br>Linda Casey<br>Office of the United States Trustee<br>Wilmington, DE 19801<br>Linda.casey@usdoj.gov<br><br>Regina Stango Kelbon<br>Blank Rome LLP<br>1201 Market Street, Ste 800<br>Wilmington, DE 19801<br>Regina.kelbon@blankrome.com<br><br>Susan D. Garrard, Esquire<br>WILLIAM J. FERREN & ASSOCIATES<br>P.O. Box 2903<br>Hartford, CT 06104-2903<br>sdgarrar@travelers.com | |

        /s/ Deirdre M. Richards
        Deirdre M. Richards (#4191)
        ELLIOTT GREENLEAF, PC
        1105 N. Market Street, 17th Floor
        Wilmington, DE 19801
        (302) 384-9402
        dmr@elliottgreenleaf.com
        *Attorneys for Maureen Scullon*

39052v1