# Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC*., et al.*, | Case No. 24-11967 (JKS) |
| Debtors[1]. | (Jointly Administered) |
| | **Objection Deadline: December 11, 2024 at 4 p.m.(ET)** |
| | **Hearing Date: December 19, 2024, at 2:00 p.m.(ET)** |

## ORDER GRANTING ATTIC PRODUCTS, DAN DEE INTERNATIONAL, LLC, AND DEWAN & SONS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS

Upon the motion[2] (the "Motion") of Attic Products, Dan Dee International, LLC ("Dan Dee"), and Dewan & Sons (collectively the "Claimants") for entry of an order (a) allowing Attic Products' administrative claim in the amount of $120,983.65; (b) allowing Dan Dee's administrative claim in the amount of $657,940.31; (c) allowing Dewan & Sons' administrative claim in the amount of $456,222.01; and (d) compelling the Debtors to pay such amounts within seven days of entry of an order approving this Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U. S. C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U. S. C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U. S. C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

{00040283. }

otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved, or overruled on the merits; and a hearing (if any) having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Attic Products is hereby granted an allowed administrative claim in the amount of $120,983.65.

3. Dan Dee is hereby granted an allowed administrative claim in the amount of $657,940.31.

4. Dewan & Sons is hereby granted an allowed administrative claim in the amount of $456,222.01.

5. The Debtors shall pay such amounts within seven days of entry of this Order.

6. This Court retains jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.