IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: December 11, 2024 at 4 p.m.(ET)**<br>**Hearing Date: December 19, 2024, at 2:00 p.m.(ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 27, 2024, Attic Products, Dan Dee International, LLC ("Dan Dee"), and Dewan & Sons (together, the "Claimants") filed their *Motion for Allowance and Payment of Administrative Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **December 11, 2024 at 4:00 p.m.(ET)** (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Claimants.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **December 19, 2024 at 2 p.m.(ET)**, before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated: November 27, 2024 | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>Email: rosner@teamrosner.com<br><br>**SARACHEK LAW FIRM**<br><br>*/s/ Zachary E. Mazur*<br>Zachary E. Mazur (NY Bar No. 5706726)<br>670 White Plains Road, Penthouse Suite<br>Scarsdale, NY 10583<br>Telephone: 646 519-4396<br>Email: zachary@saracheklawfirm.com<br><br>*Attorneys for Claimants* |

{00040281.2 }