**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 461 & 666** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED
LEASES EFFECTIVE AS OF NOVEMBER 30, 2024 AND (B) ABANDON CERTAIN
PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession

(the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases,

(b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases

and (ii) abandoning personal property in connection with any rejected Contract or Lease,

(c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting

related relief, all as more fully set forth in the Motion; and the order of this Court approving the

Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**")

by the Debtors [D.I. 666]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at a hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.       The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of November 30, 2024 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2.       The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in any leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3.       All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 4224[1] | 18325 S DIXIE HWY MIAMI, FL | BLBO Tenant, LLC | BIG MIFL2 OWNER LLC | 2950 SW 27TH AVE SUITE 300 MIAMI, FL 33133-3793 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 4091 | 4041W 5415 S KEARNS, UT | Big Lots Stores-PNS, LLC | KEARNS PROPERTY COMPANY, L.L.C. | 20 WEST CENTURY PARKWAY SALT LAKE CITY, UT 84115 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4631 | 390 W LAKE MEAD PKWY HENDERSON, NV | Big Lots Stores-PNS, LLC | LAKE MEAD DEVELOPMENT, LLC | 257 EAST MAIN STREET, SUITE 200 BARRINGTON, IL 60010 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4560 | 3940 BLUE DIAMOND RD LAS VEGAS, NV | Big Lots Stores-PNS, LLC | BLUE DIAMOND CROSSING LLC | 8375 W FLAMINGO RD STE 200 LAS VEGAS, NV 89147-4149 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 5323 | 3129 KENNEDY BLVD NORTH BERGEN, NJ | Big Lots Stores, LLC | COLUMBIA PARK RETAIL OWNER, LLC | 410 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, |

[1] Subject to an objection filed at D.I. 1079.

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | ~~Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 6 | 1948 | 16648 SAN PEDRO AVE SAN ANTONIO, TX | Big Lots Stores, LLC | CW PARK OAKS, LLC AND | 1801 S LA CIENEGA BLVD, STE 301 LOS ANGELES, CA 90035-4658 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 4726 | 5120 S FORT APACHE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | TROPICANA PALM PLAZA, LLC | 500 NEWPORT CENTER DR STE 550 NEWPORT BEACH, CA 92660 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 4731 | 1202 NEW BRUNSWICK AVE PHILLIPSBURG, NJ | Big Lots Stores-PNS, LLC | PHILLIPSBURG GREENWICH, LLC | 9 JEFFREY PLACE MONSEY, NY 10952 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~9~~ | ~~4566~~ | ~~3333 PRESTON ROAD STE 700 FRISCO, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~BRE RETAIL RESIDUAL OWNER 1 LLC~~ | ~~PO BOX 645346 CINCINNATI, OH 45264~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 10 | 1255 | 1418 W MOORE AVE TERRELL, TX | Big Lots Stores, LLC | ROCKMOOR TOWN WEST | 102 S GOLIAD, SUITE 200 ROCKWALL, TX 75087 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 438 | 2004 W SPRINGFIELD AVE CHAMPAIGN, IL | Big Lots Stores, LLC | GMS MANAGEMENT OF IL, INC | 4645 RICHMOND RD., #101 CLEVELAND, OH 44128-5917 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~12~~ | ~~5166~~ | ~~1101 WP BALL BLVD SANFORD, FL~~ | ~~Big Lots Stores, LLC~~ | ~~WRI SEMINOLE MARKETPLACE, LLC~~ | ~~2600 CITADEL PLAZA DRIVE, STE 125 HOUSTON, TX 77008~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~13~~ | ~~4195~~ | ~~8210 KIRBY DR HOUSTON, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~MAIN/OST LTD.~~ | ~~2600 CITADEL PLAZA DR, SUITE 125 HOUSTON, TX 77008~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 14 | 4195 | 8210 KIRBY DR HOUSTON, TX | Big Lots Stores-PNS, LLC | MAIN/OST LTD. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 15 | 4704 | 4815 E FREEWAY BAYTOWN, TX | Big Lots Stores-PNS, LLC | MDC COASTAL 5, LLC | 11995 EL CAMINO REAL SAN DIEGO, CA 92130 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 4146 | 10951 FM 1960 RD W HOUSTON, TX | Big Lots Stores-PNS, LLC | BRIXMOR GA APOLLO II TX LP | 1525 FARADAY AVE., STE 350 CARLSBAD, CA 92008 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~17~~ | ~~1531~~ | ~~180 MADISON SQUARE DR. MADISONVILLE, KY~~ | ~~Big Lots Stores, LLC~~ | ~~PINNACLE PROPERTIES II, LLC~~ | ~~P.O. BOX 1159, 1800 N. ELM ST (42420) HENDERSON, KY 42419-1159~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 18 | 4642 | 200 LEMMON DR. RENO, NV | Big Lots Stores-PNS, LLC | HART ESTATE INVESTMENT COMPANY | 1475 TERMINAL WAY STE A RENO, NV 89502-3432 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~19~~ | ~~1625~~ | ~~5910 BROADWAY ST GALVESTON, TX~~ | ~~Big Lots Stores, LLC~~ | ~~GRACE BUSINESS HOLDINGS, LLC~~ | ~~C/O GRACE BUSINESS VENTURES~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | ~~RICHMOND, TX 77406-0010~~ | | ~~and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 20 | 1007 | 140 S CLAIRBORNE RD OLATHE, KS | Big Lots Stores, LLC | GROUP SANTA FE, LLC | 2300 NW CORPORATE BOULEVARD, STE 141 BOCA RATON, FL 33431-7359 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 1449 | 311 DEO DR NEWARK, OH | Big Lots Stores-CSR, LLC | 1370 NORTH 21ST. LTD. | P.O. BOX 4053 NEWARK, OH 43058-4053 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1835 | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | 200 Ridge Pike, Suite 100 CONSHOHOCKEN, PA 19428 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 1835 - Storage | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | 200 Ridge Pike, Suite 100 CONSHOHOCKEN, PA 19428 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 24 | 474 | 1424 DARLINGTON AVE CRAWFORDSVILLE, IN | Big Lots Stores, LLC | LOUIS WIENER | 803 S CALHOUN ST., STE 600 FT. WAYNE, IN 46802 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores-PNS, LLC | TBP BUCKINGHAM LLC | 8080 NORTH CENTRAL EXPRESSWAY DALLAS , TX | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores-PNS, LLC | TBP BUCKINGHAM LLC | C/O GRAMERCY PROPERTY GROUP, PO BOX 20555, NEW YORK, NY, 10011 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 418 | 410 E DIAMOND AVE EVANSVILLE, IN | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE STE 309 EAST MEADOW, NY 11554-1703 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 1077 | 5000 TWIN CITY HWY GROVES, TX | Big Lots Stores, LLC | CROSSROAD PARTNERS, INC. | 1955 W TC JESTER BLVD. HOUSTON, TX 77008 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 29 | 4140 | 825 W CENTERVILLE RD GARLAND, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES, INC. | TENANT 100007071 BOCA RATON, FL 33431-4230 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 5398 | 275 ROUTE 18 EAST BRUNSWICK, NJ | Big Lots Stores, LLC | HARARY GROUP LLC | 2400 ROUTE 1 NORTH BRUNSWICK, NJ 08902-4303 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4486 | 4830 W 120TH AVE WESTMINSTER, CO | Big Lots Stores-PNS, LLC | TKG SHERIDAN CROSSING DEVELOPMENT, LLC | 211 NORTH STADIUM BLVD., STE 201 COLUMBIA, MO 65203-1161 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 4289 | 5017 S MCCARRAN BLVD RENO, NV | Big Lots Stores-PNS, LLC | ALBERTSON'S INC. | ATTN: PROPERTY ACCOUNTING & LEGAL DEPT. BOISE, ID 83726 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 428 | 8576 BEECHMONT AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | LIBBY-BEECHMONT PROPERTIES LTD | 803 COMMONWEALTH DRIVE | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | WARRENDALE, PA 15086 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 34 | 1966 | 3610 FOREST LN DALLAS, TX | Big Lots Stores, LLC | PARK FOREST SWC LTD | 16475 DALLAS PKWY STE 800 ADDISON, TX 75001-6840 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~35~~ | ~~5319~~ | ~~2353 STATE ROUTE 66 OCEAN, NJ~~ | ~~Big Lots Stores, LLC~~ | ~~SEAVIEW ACQUISITION, LLC~~ | ~~8 INDUSTRIAL WAY EAST 2ND FLOOR EATONTOWN, NJ 7724~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 36 | 4759 | 8400 EAST FWY FORT WORTH, TX | Big Lots Stores-PNS, LLC | 1600 Eastchase Parkway LLC | 911 East County Line Road Suite #206 Lakewood, NJ 8701 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 5489 | 130 COVINGTON MALL ANDALUSIA, AL | Big Lots Stores, LLC | COVINGTON MALL LLC | 205 CHURCH STREET ANDALUSIA, AL 36420-3701 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 38 | 5131 | 4213 E. MCCAIN BOULEVARD NORTH LITTLE ROCK, AR | Big Lots Stores, LLC | RCG-NORTH LITTLE ROCK VII, LLC | 3060 PEACHTREE RD NW, STE 400 ATLANTA , GA 30305 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 4591 | 2133 W. WASHINGTON STREET STEPHENVILLE, TX | Big Lots Stores-PNS, LLC | CARNEGIE PROPERTIES, INC. | 6190 COCHRAN RD., STE A SOLON, OH 44139 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 1091 | 5644 W SKELLY DR TULSA, OK | Big Lots Stores, LLC | FREESTAR INVESTMENTS, LLC | 6846 S CANTON AVE STE 100 TULSA, OK 74136-3413 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | CHESTER C & JOANN KERSTEIN | 2100 ARTESIAN RD EAGLE, ID 83616-5645 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | ONE GLENWOOD ASSOCIATES | C/O EQUITY RESOURCE INVESTMENTS, LLC, 1280 MASSACHUSETTS AVE., 4TH FLOOR, | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | CAMBRIDGE, MA, 2138 | | Miscellaneous Fixtures, Display Coolers |
| 43 | 4752 | 98 MIDTOWN PLZ KILGORE, TX | Big Lots Stores-PNS, LLC | 525 TX REF KILGORE LLC | PO BOX 217 MINEOLA, TX 75773-0217 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4744 | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores-PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM 88310-6162 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 4744 - Storage | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores-PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM 88310-6162 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 1051 | 1709 W THOMAS ST HAMMOND, LA | Big Lots Stores, LLC | SEVILLE PLAZA, LLC | 109 NORTHPARK BOULEVARD, STE 300 COVINGTON, LA 70433 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 5273 | 220 TROTTERS WAY FREEHOLD, NJ | Big Lots Stores, LLC | TROTTERS ENTERPRISES LLC | 250 WEST 26TH STREET, 4TH FLOOR NEW YORK, NY 10001 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 4720 | 2700 US HIGHWAY 22 UNION, NJ | Big Lots Stores- PNS, LLC | DT ROUTE 22 RETAIL LLC | ATTN: EXECUTIVE VP - LEASING BEACHWOOD, OH 44122 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |