UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-11967-JKS |
| BIG LOTS, et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | **Re: Docket No. 1102** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO ALLOW LATE FILING OF OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT**

The undersigned certifies that as of the date hereof Jewell Square, RLLP has not received an answer, objection or other responsive pleading to the *Motion to Allow Late Filing of Objection to Cure Amount* (Docket No. 1102) filed November 14, 2024.

The undersigned counsel further certifies that no answer, objection or other responsive pleading to the Motion appears on the Court's docket in these cases.  Pursuant to the notice filed with the Motion, objections to the Motion were to be filed and served no later than November 28, 2024, at 4:00 p.m. (ET) (which was Thanksgiving day, so objections were due November 29, 2024).

WHEREFORE Jewell Square respectfully requests that the Court enter the proposed Order filed with the Motion.

Dated: November 30, 2024.                    Respectfully submitted,

*/s/ Aaron Garber*
Aaron A. Garber DE #3837 (CO # 36099)
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com