## **Schedule 1**

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| ~~1~~ | ~~4224¹~~ | ~~18325 S DIXIE HWY MIAMI, FL~~ | ~~BLBO Tenant, LLC~~ | ~~BIG MHFL2 OWNER LLC~~ | ~~2950 SW 27TH AVE SUITE 300 MIAMI, FL 33133-3703~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 2 | 4091 | 4041W 5415 S KEARNS, UT | Big Lots Stores-PNS, LLC | KEARNS PROPERTY COMPANY, L.L.C. | 20 WEST CENTURY PARKWAY SALT LAKE CITY, UT 84115 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4631 | 390 W LAKE MEAD PKWY HENDERSON, NV | Big Lots Stores-PNS, LLC | LAKE MEAD DEVELOPMENT, LLC | 257 EAST MAIN STREET, SUITE 200 BARRINGTON, IL 60010 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~4~~ | ~~4560~~ | ~~3940 BLUE DIAMOND RD LAS VEGAS, NV~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~BLUE DIAMOND CROSSING LLC~~ | ~~8375 W FLAMINGO RD STE 200 LAS VEGAS, NV 89147-4149~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~5~~ | ~~5223~~ | ~~3129 KENNEDY BLVD NORTH BERGEN, NJ~~ | ~~Big Lots Stores, LLC~~ | ~~COLUMBIA PARK RETAIL OWNER, LLC~~ | ~~410 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |

¹ Subject to an objection filed at D.I. 1079.

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | ~~Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 6 | 1948 | 16648 SAN PEDRO AVE SAN ANTONIO, TX | Big Lots Stores, LLC | CW PARK OAKS, LLC AND | 1801 S LA CIENEGA BLVD, STE 301 LOS ANGELES, CA 90035-4658 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 4726 | 5120 S FORT APACHE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | TROPICANA PALM PLAZA, LLC | 500 NEWPORT CENTER DR STE 550 NEWPORT BEACH, CA 92660 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 4731 | 1202 NEW BRUNSWICK AVE PHILLIPSBURG, NJ | Big Lots Stores, LLC | PHILLIPSBURG GREENWICH, LLC | 9 JEFFREY PLACE MONSEY, NY 10952 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~9~~ | ~~4566~~ | ~~3333 PRESTON ROAD STE 700 FRISCO, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~BRE RETAIL RESIDUAL OWNER 1 LLC~~ | ~~PO BOX 645346 CINCINNATI, OH 45264~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |

2

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 10 | 1255 | 1418 W MOORE AVE TERRELL, TX | Big Lots Stores, LLC | ROCKMOOR TOWN WEST | 102 S GOLIAD, SUITE 200 ROCKWALL, TX 75087 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 438 | 2004 W SPRINGFIELD AVE CHAMPAIGN, IL | Big Lots Stores, LLC | GMS MANAGEMENT OF IL, INC | 4645 RICHMOND RD., #101 CLEVELAND, OH 44128-5917 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~12~~ | ~~5166~~ | ~~1101 WP BALL BLVD SANFORD, FL~~ | ~~Big Lots Stores, LLC~~ | ~~WRI-SEMINOLE MARKETPLACE, LLC~~ | ~~2600 CITADEL PLAZA DRIVE, STE 125 HOUSTON, TX 77008~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~13~~ | ~~4195~~ | ~~8210 KIRBY DR HOUSTON, TX~~ | ~~Big Lots Stores, PNS, LLC~~ | ~~MAIN/OST LTD.~~ | ~~2600 CITADEL PLAZA DR. SUITE 125 HOUSTON, TX 77008~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 14 | 4195 | 8210 KIRBY DR HOUSTON, TX | Big Lots Stores- PNS, LLC | MAIN/OST LTD. | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 15 | 4704 | 4815 E FREEWAY BAYTOWN, TX | Big Lots Stores- PNS, LLC | MDC COASTAL 5, LLC | 11995 EL CAMINO REAL SAN DIEGO, CA 92130 | 11/30/2024 | Miscellaneous Fixtures, Display Coolers |
| 16 | 4146 | 10951 FM 1960 RD W HOUSTON, TX | Big Lots Stores- PNS, LLC | BRIXMOR GA APOLLO II TX LP | 1525 FARADAY AVE., STE 350 CARLSBAD, CA 92008 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~17~~ | ~~1531~~ | ~~180 MADISON SQUARE DR. MADISONVILLE, KY~~ | ~~Big Lots Stores- LLC~~ | ~~PINNACLE PROPERTIES II, LLC~~ | ~~P.O. BOX 1159, 800 N. ELM ST (42420) HENDERSON, KY 42419-1159~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 18 | 4642 | 200 LEMMON DR. RENO, NV | Big Lots Stores- PNS, LLC | HART ESTATE INVESTMENT COMPANY | 1475 TERMINAL WAY STE A RENO, NV 89502-3432 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~19~~ | ~~1625~~ | ~~5910 BROADWAY ST GALVESTON, TX~~ | ~~Big Lots Stores, LLC~~ | ~~GRACE BUSINESS HOLDINGS, LLC~~ | ~~C/O GRACE BUSINESS VENTURES~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 20 | | | | | ~~RICHMOND, TX 77406-0010~~ | | ~~and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 21 | 1007 | 140 S CLAIRBORNE RD OLATHE, KS | Big Lots Stores, LLC | GROUP SANTA FE, LLC | 2300 NW CORPORATE BOULEVARD, STE 141 BOCA RATON, FL 33431-7359 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1449 | 311 DEO DR NEWARK, OH | Big Lots Stores-CSR, LLC | 1370 NORTH 21ST. LTD. | P.O. BOX 4053 NEWARK, OH 43058-4053 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 1835 | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | 200 Ridge Pike, Suite 100 CONSHOHOCKEN, PA 19428 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| | 1835 - Storage | 2506 W PARMER LN STE A AUSTIN, TX | Big Lots Stores, LLC | BRIXMOR HOLDINGS 12 SPE, LLC | 200 Ridge Pike, Suite 100 CONSHOHOCKEN, PA 19428 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 24 | 474 | 1424 DARLINGTON AVE CRAWFORDSVILLE, IN | Big Lots Stores, LLC | LOUIS WIENER | 803 S CALHOUN ST., STE 600 FT. WAYNE, IN 46802 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores- PNS, LLC | TBP BUCKINGHAM LLC | 8080 NORTH CENTRAL EXPRESSWAY DALLAS , TX | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 4143 | 1322 S PLANO RD STE 200 RICHARDSON, TX | Big Lots Stores- PNS, LLC | TBP BUCKINGHAM LLC | C/O GRAMERCY PROPERTY GROUP, PO BOX 20555, NEW YORK, NY, 10011 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 418 | 410 E DIAMOND AVE EVANSVILLE, IN | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE STE 309 EAST MEADOW, NY 11554-1703 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 1077 | 5000 TWIN CITY HWY GROVES, TX | Big Lots Stores, LLC | CROSSROAD PARTNERS, INC. | 1955 W TC JESTER BLVD. HOUSTON, TX 77008 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 29 | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 30 | 4140 | 825 W CENTERVILLE RD GARLAND, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES, INC. | TENANT 100007071 BOCA RATON, FL 33431-4230 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 5398 | 275 ROUTE 18 EAST BRUNSWICK, NJ | Big Lots Stores, LLC | HARARY GROUP LLC | 2400 ROUTE 1 NORTH BRUNSWICK, NJ 08902-4303 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 4486 | 4830 W 120TH AVE WESTMINSTER, CO | Big Lots Stores-PNS, LLC | TKG SHERIDAN CROSSING DEVELOPMENT, LLC | 211 NORTH STADIUM BLVD., STE 201 COLUMBIA, MO 65203-1161 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 4289 | 5017 S MCCARRAN BLVD RENO, NV | Big Lots Stores-PNS, LLC | ALBERTSON'S INC. | ATTN: PROPERTY ACCOUNTING & LEGAL DEPT. BOISE, ID 83726 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| | 428 | 8576 BEECHMONT AVE CINCINNATI, OH | Big Lots Stores-CSR, LLC | LIBBY-BEECHMONT PROPERTIES LTD | 803 COMMONWEALTH DRIVE | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | WARRENDALE, PA 15086 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 34 | 1966 | 3610 FOREST LN DALLAS, TX | Big Lots Stores, LLC | PARK FOREST SWC LTD | 16475 DALLAS PKWY STE 800 ADDISON, TX 75001-6840 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~35~~ | ~~5319~~ | ~~2353 STATE ROUTE 66 OCEAN, NJ~~ | ~~Big Lots Stores, LLC~~ | ~~SEAVIEW ACQUISITION, LLC~~ | ~~8 INDUSTRIAL WAY EAST 2ND FLOOR EATONTOWN, NJ 7724~~ | ~~11/30/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 36 | 4759 | 8400 EAST FWY FORT WORTH, TX | Big Lots Stores-PNS, LLC | 1600 Eastchase Parkway LLC | 911 East County Line Road Suite #206 Lakewood, NJ 8701 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 5489 | 130 COVINGTON MALL ANDALUSIA, AL | Big Lots Stores, LLC | COVINGTON MALL LLC | 205 CHURCH STREET ANDALUSIA, AL 36420-3701 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 38 | 5131 | 4213 E. MCCAIN BOULEVARD NORTH LITTLE ROCK, AR | Big Lots Stores, LLC | RCG-NORTH LITTLE ROCK VII, LLC | 3060 PEACHTREE RD NW, STE 400 ATLANTA, GA 30305 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 4591 | 2133 W. WASHINGTON STREET STEPHENVILLE, TX | Big Lots Stores-PNS, LLC | CARNEGIE PROPERTIES, INC. | 6190 COCHRAN RD., STE A SOLON, OH 44139 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 1091 | 5644 W SKELLY DR TULSA, OK | Big Lots Stores, LLC | FREESTAR INVESTMENTS, LLC | 6846 S CANTON AVE STE 100 TULSA, OK 74136-3413 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | CHESTER C & JOANN KERSTEIN | 2100 ARTESIAN RD EAGLE, ID 83616-5645 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 4119 | 7001 W STATE ST BOISE, ID | Big Lots Stores-PNS, LLC | ONE GLENWOOD ASSOCIATES | C/O EQUITY RESOURCE INVESTMENTS, LLC, 1280 MASSACHUSETTS AVE., 4TH FLOOR | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | CAMBRIDGE, MA, 2138 | | Miscellaneous Fixtures, Display Coolers |
| 43 | 4752 | 98 MIDTOWN PLZ KILGORE, TX | Big Lots Stores- PNS, LLC | 525 TX REF KILGORE LLC | PO BOX 217 MINEOLA, TX 75773-0217 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4744 | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores- PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM 88310-6162 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 4744 - Storage | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM | Big Lots Stores- PNS, LLC | FREE & FASHION ASSET LLC | 3199 N WHITE SANDS BLVD ALAMOGORDO, NM 88310-6162 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 1051 | 1709 W THOMAS ST HAMMOND, LA | Big Lots Stores, LLC | SEVILLE PLAZA, LLC | 109 NORTHPARK BOULEVARD, STE 300 COVINGTON, LA 70433 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 5273 | 220 TROTTERS WAY FREEHOLD, NJ | Big Lots Stores, LLC | TROTTERS ENTERPRISES LLC | 250 WEST 26TH STREET, 4TH FLOOR NEW YORK, NY 10001 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

11

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 4720 | 2700 US HIGHWAY 22 UNION, NJ | Big Lots Stores-PNS, LLC | DT ROUTE 22 RETAIL LLC | ATTN: EXECUTIVE VP – LEASING BEACHWOOD, OH 44122 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |