# Exhibit 2

**NORTH CAROLINA**                                                                 24 M _____

**WATAUGA COUNTY**

<u>**CLAIM OF LIEN ON REAL PROPERTY**</u>

1. **NAME AND ADDRESS OF PERSON CLAIMING THE CLAIM OF LIEN ON REAL PROPERTY:**

    Moore's Electrical & Mechanical Construction, Inc.
    P.O. Box 119
    Altavista, Virginia 24517
    (*Lien Claimant*)

2. **NAME AND ADDRESS OF RECORD OWNER(S) OF THE REAL PROPERTY CLAIMED TO BE SUBJECT TO THE CLAIM OF LIEN ON REAL PROPERTY AT THE TIME THE CLAIM OF LIEN ON REAL PROPERTY IS FILED:**

    Boone Investment Group, LLC
    3078 Zell Dr.
    Laguna Beach, CA 92651-2081
    *(fee owner)*

    Big Lots Stores, LLC
    4900 E. Dublin Granville Rd.
    Columbus, Ohio 43081
    *(lessee)*

    as their beneficial, title, and leasehold interests may appear.

3. **GENERAL DESCRIPTION OF REAL PROPERTY UPON WHICH THE CLAIM OF LIEN ON REAL PROPERTY IS CLAIMED:**

    The certain real property located at 223 New Market Centre, Boone, North Carolina 28607, Parcel ID 2910497495000, limited to the leasehold interest held by Big Lots Stores, LLC thereon; the real property further as described in that Special Warranty Deed dated 29 August 2002 and recorded in Deed Book 748, Pages 085 *et seq.* of the Watauga County Registry and that Special Non-Warranty Deed dated 29 August 2002 and recorded in Deed Book 748, Pages 090 *et seq.* of the Watauga County Registry.

4. **NAME AND ADDRESS OF THE PERSON WITH WHOM THE LIEN CLAIMANT CONTRACTED FOR THE FURNISHING OF LABOR OR MATERIALS:**

    Big Lots Stores, LLC
    f/k/a Big Lots Stores, Inc.
    4900 E. Dublin Granville Rd.
    Columbus, Ohio 43081

**5. DATE UPON WHICH LABOR AND/OR MATERIALS WERE FIRST FURNISHED UPON SAID PROPERTY BY THE LIEN CLAIMANT:**

June 25, 2024

**5a. DATE UPON WHICH LABOR AND/OR MATERIALS WERE LAST FURNISHED UPON SAID PROPERTY BY THE LIEN CLAIMANT:**

August 1, 2024

**6. GENERAL DESCRIPTION OF THE LABOR AND/OR MATERIALS FURNISHED AND THE AMOUNT CLAIMED THEREFORE:**

Lien Claimant contracted with Big Lots Stores, LLC f/k/a Big Lots Stores, Inc. to furnish labor, equipment, and materials for the installation and improvement of multiple heating, ventilation, and air conditioning (HVAC) units upon the subject improved real property.

For the work that Lien Claimant performed on the subject improved real property pursuant to the contract, Lien Claimant claims the current principal amount of forty-eight thousand six hundred sixty-four and 44/100 dollars ($48,664.44), plus interest at the highest rate allowed by law and attorneys' fees pursuant to N.C. Gen. Stat. § 44A-35.

**The undersigned hereby certifies that he has served the parties listed in Paragraph 2 above in accordance with the requirements of N.C. Gen. Stat. § 44A-11.**

This, the 7 day of November 2024.

        LIEN CLAIMANT:

        Moore's Electrical & Mechanical Construction, Inc.

        By: _____
        Daniel C. Watts
        N.C. Bar No. 49598
        CONNER GWYN SCHENCK PLLC
        P.O. Box 30933
        Raleigh, NC 27622
        Tel: (919) 789-9242
        Fax: (919) 789-9210
        dwatts@cgspllc.com
        *Attorneys for Moore's Electric & Mechanical Construction, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has this day duly served the foregoing **CLAIM OF LIEN ON REAL PROPERTY** upon the following parties by depositing a copy of same with a designated delivery service, addressed as follows:

Boone Investment Group, LLC
c/o Officer, Director or Managing Agent
3078 Zell Dr.
Laguna Beach, CA 92651-2081

Boone Investment Group, LLC
c/o Incorp Services, Inc., Registered Agent
176 Mine Lake Court, Suite 100
Raleigh, NC 27615-6417

Big Lots Stores, LLC f/k/a Big Lots Stores, Inc.
4900 E. Dublin Granville Rd.
Columbus, Ohio 43081
ATTN: Energy & Engineering

Big Lots Stores, LLC f/k/a Big Lots Stores, Inc.
c/o Corporation Service Company, Registered Agent
2626 Glenwood Ave., Suite 550
Raleigh, NC 27608

This, the 7 day of November 2024.

_____
Daniel C. Watts