## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING MOTION OF HH-LAVEEN, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE RENT

This Court has reviewed the motion for allowance and payment of administrative rent (the "Motion") filed by HH-Laveen, LLC ("Laveen").

After reviewing Laveen's Motion, this Court finds that (a) the Court has jurisdiction over Laveen's Motion, which is a core proceeding, (b) Laveen's notice of the Motion was proper and no further notice is required, and (c) good cause exists to grant Laveen's Motion.

It is therefore ORDERED that:

1. The Motion is granted in its entirety;

2. The Debtors must pay Laveen the post-petition rent of $17,246.46 within ten (10) days of the entry of this order.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

BN 85746924v2