

4900 EAST DUBLIN GRANVILLE ROAD
COLUMBUS, OHIO  43081-7651

September 21, 2020

**VIA FEDEX**

HH-Laveen, Inc.
c/o Hinkson Company
5050 N. 40th Street
Suite 350
Phoenix, AZ 85018

      Re:    **BIG LOTS #4648 – Laveen, AZ**
                Lease Agreement by and between HH-Laveen, Inc. ("Landlord"), and PNS Stores, Inc., a California corporation ("Tenant") dated March 21, 2013 (the "Lease").

Dear Landlord:

      Pursuant to the Lease Agreement, Tenant hereby exercises its option to extend the term of the Lease commencing February 1, 2021 and expiring on January 31, 2026 ("First Option Term"). Fixed Minimum Rent will be Two Hundred Eighteen Thousand Seven Hundred Fifty-Four and 25/100 Dollars ($218,754.25) per annum, payable in equal monthly installments of Eighteen Thousand Two Hundred Twenty-Nine and 52/100 Dollars ($18,229.52).

Thank you.


**PNS Stores, Inc., a California corporation**

*Jonathan Ramsden*
—DocuSigned by—
FF2E51629539412...
Jonathan Ramsden
Executive Vice President
Chief Financial & Administrative Officer


JR/smm