# Lease Ledger

Date: 09/10/2024
Property: 1183
Tenant: t0247505 PNS Stores, Inc.
From Date: 09/19/2013  To Date: 01/31/2026
Move In Date: 09/19/2013
Unit(S): 3630

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2024 | Fixed Cam Reimbursement (09/2024) | 3630 | 4,625.68 | 0.00 | | C-3672013 | No |
| 9/1/2024 | Rent (09/2024) | 3630 | 18,229.52 | 0.00 | | C-3672014 | No |
| 9/1/2024 | Tax on charge 3672013 | | 134.14 | 0.00 | | C-3677078 | No |
| 9/1/2024 | Tax on charge 3672014 | | 528.66 | 0.00 | | C-3677079 | No |

Due as of 9.9.2024
23,518.00 monthly charges
783.93   per day