IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

RECEIVED

2024 DEC -2  PM 12: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors[1] | (Jointly Administered) |
| | **RE: DI 314** |

## DECLARATION OF DISINTERESTEDNESS OF SECREST WARDLE &

## IN SUPPORT OF EMPLOYMENT OF SECREST WARDLE

## AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

**MARK MASTERS, declares and says:**

1. I am an Attorney of Secrest Wardle, located at 2600 Troy Center Drive, Troy, MI 48007 (the "**Firm**"). The Firm is a legal services firm.

2. Big Lots, Inc. and certain of its affiliates (collectively the "**Debtors**"), each of which is a debtor and in possession in the above-captioned Chapter 11 Cases (the "**Chapter 11 Cases**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide those services.

3. Pursuant to rule 2014 of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, the firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

1

to the Debtors Chapter 11 Cases, for persons that are claimants or other parties in interest in the Chapter 11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 Cases.

4.  Neither I nor [any partner or associate of the Firm], insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5.  Neither I nor [any partner or associate of the Firm] has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than the [partners and associates] of the Firm.

6.  The Debtors owe the Firm $5,955.70 for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code. The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedule of liabilities and is not designated therein as contingent, unliquidated, or disrupted.

7.  The Firm is not a party to an indemnification agreement with Debtors.

8.  The Firm reviewed its connections to, if any, the key parties-in-interest provided in Exhibit 1. The Firm is conducting further inquiries regarding its retention by the creditors of the Debtors and, upon conclusion of that inquiry or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this declaration.

9.  Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 20, 2024.

Respectfully submitted,

SECREST WARDLE

By:   /s/ Mark F. Masters
      MARK F. MASTERS (P48598)
      2600 Troy Center Drive
      Troy, MI 48007-5025
      (248) 851-9500



**SECREST**
**SW**
**WARDLE**

SECREST, WARDLE, LYNCH
HAMPTON, TRUEX & MORLEY
2600 TROY CENTER DRIVE P.O. BOX 5025
TROY, MICHIGAN 48007-5025
(248) 851-9500

IRS # 38-1863919

Shelly Duncan
Big Lots Stores Inc
4900 E Dublin Granville Rd
Westerville, OH 43081

October 04, 2024
Invoice # 1503052
Client No. BL
Matter No. 130408

RE:   Tolbert, Kimila vs Big Lots Stores LLC

Services Rendered:   CLAIM# 2024-00140

## CURRENT BILLING SUMMARY THROUGH SEPTEMBER 09, 2024

| | |
|---|---|
| Fees for Professional Services | $630.00 |
| Expenses Advanced | $0.00 |
| **CURRENT BILL DUE** | **$630.00** |

PLEASE REMIT TO:   SECREST, WARDLE, LYNCH,
HAMPTON, TRUEX & MORLEY, PC
P.O. BOX 772725
CHICAGO, IL 60677-2007

Matter: BL-130408
Tolbert, Kimila vs Big Lots Stores LLC

October 04, 2024
Page 2

## OUTSTANDING STATEMENTS AS OF October 04, 2024

| Statement No.: 1503052 | 10/04/2024 | 630.00 |
|---|---|---|
| | TOTAL | $630.00 |

Matter: BL-130408                                          October 04, 2024
Tolbert, Kimila vs Big Lots Stores LLC                              Page 3

| DATE | TKPR | PHASE TASK | DESCRIPTION | HOURS |
|------|------|------------|-------------|-------|
| 09/09/24 | MJC | L210 | Draft and prepare Big Lots' Response to Department of Civil Rights Complaint filed by Kimila Tolbert. | 2.80 |

**HOURLY CHARGES:**

| INIT | TIMEKEEPER | RATE | HOURS | BILLED |
|------|------------|------|-------|--------|
| MJC | MATTHEW J CONSOLO, Partner | $225.00 | 2.80 | $630.00 |

TOTAL HOURLY CHARGES:                                       $630.00

**ATTORNEY CUMULATIVE SUMMARY:**

| TIMEKEEPER/CLASS | ATTORNEY CUMULATIVE HOURS | ATTORNEY CUMULATIVE AMOUNT |
|------------------|---------------------------|----------------------------|
| MATTHEW J CONSOLO, Partner | 2.80 | $630.00 |

**L200**

| Task | | Hours | Amount |
|------|--|-------|--------|
| L210 | PLEADINGS | 2.80 | $630.00 |
| Phase Total | | 2.80 | $630.00 |

**TOTAL CURRENT BILL:**                                  **$630.00**



SECREST
SW
WARDLE

SECREST, WARDLE, LYNCH
HAMPTON, TRUEX & MORLEY
2600 TROY CENTER DRIVE P.O. BOX 5025
TROY, MICHIGAN 48007-5025
(248) 851-9500

IRS # 38-1863919

Shelly Duncan
Big Lots Stores Inc
4900 E Dublin Granville Rd
Westerville, OH 43081

October 04, 2024
Invoice # 1503052
Client No. BL
Matter No. 130408

RE:   Tolbert, Kimila vs Big Lots Stores LLC

Services Rendered:   CLAIM# 2024-00140

## CURRENT BILLING SUMMARY THROUGH SEPTEMBER 30, 2024

| | |
|---|---|
| Fees for Professional Services | $630.00 |
| Expenses Advanced | $0.00 |
| **CURRENT BILL DUE** | **$630.00** |

PLEASE REMIT TO:   SECREST, WARDLE, LYNCH,
HAMPTON, TRUEX & MORLEY, PC
P.O. BOX 772725
CHICAGO, IL 60677-2007

**REMITTANCE COPY**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT



SECREST
SW
WARDLE

SECREST, WARDLE, LYNCH
HAMPTON, TRUEX & MORLEY
2600 TROY CENTER DRIVE P.O. BOX 5025
TROY, MICHIGAN 48007-5025
(248) 851-9500

IRS # 38-1863919

Janelle Lopez
Big Lots Stores Inc
4900 E Dublin Granville Rd
Westerville, OH 43081

October 22, 2024
Invoice # 1504405
Client No. BL
Matter No. 127939

RE:   Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe Village

Services Rendered:   CLAIM# 20-0233644

---

### CURRENT BILLING SUMMARY THROUGH SEPTEMBER 09, 2024

| | |
|---|---|
| Fees for Professional Services | $5,284.50 |
| Expenses Advanced | $41.20 |
| **CURRENT BILL DUE** | **$5,325.70** |

### OUTSTANDING STATEMENTS - SEE PAGE TWO

---

PLEASE REMIT TO:   SECREST, WARDLE, LYNCH,
HAMPTON, TRUEX & MORLEY, PC
P.O. BOX 772725
CHICAGO, IL 60677-2007

Matter: BL-127939
Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe
Village

October 22, 2024
Page 2

### OUTSTANDING STATEMENTS AS OF October 22, 2024

| | | |
|---|---|---:|
| Statement No.: 1498032 | 07/08/2024 | 2,430.75 |
| Statement No.: 1499317 | 07/18/2024 | 2,342.60 |
| Statement No.: 1500907 | 08/20/2024 | 1,664.00 |
| Statement No.: 1504405 | 10/22/2024 | 5,325.70 |
| | TOTAL | $11,763.05 |

Matter: BL-127939
Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe
Village

October 22, 2024
Page 3

| DATE | TKPR | PHASE TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 08/06/24 | NNA | L240 | Draft correspondence to client regarding update on case including our pending motion for summary disposition | 0.10 |
| 08/08/24 | AMD | L110 | Begin summarizing Plaintiff's deposition testimony | 1.20 |
| 08/09/24 | AMD | L110 | Continue summarizing Plaintiff's deposition testimony and finalize narrative summary (summary is 8 pages). | 3.60 |
| 08/15/24 | NNA | L250 | Draft Reply Brief to Eastpointe's Response to Motion for Leave to File Cross-Claim against Eastpointe on behalf of Big Lots. | 4.80 |
| 08/15/24 | NNA | L110 | Review/analyze file in preparation of drafting Big Lots' Reply Brief in Support of its Motion for Leave to File Cross-Claim against Eastpointe including discovery, Big Lots files, Eastpointe's Response, discovery | 3.70 |
| 08/16/24 | NNA | L210 | Draft Supplemental Witness List | 0.80 |
| 08/16/24 | NNA | L210 | Draft Supplemental Exhibit List | 0.40 |
| 08/19/24 | JMT | L250 | Appear for an argue Defendant's Motion for Leave to file Cross-claim against Co-Defendant Eastpointe Village | 1.20 |
| 08/19/24 | JMT | L250 | Prepare for Defendant's Motion for Leave to file Cross Claim Against Co-Defendant by reviewing motion, lease agreement, co-defendant's response, and defendant's reply | 0.80 |
| 08/19/24 | MJC | L210 | Draft report to Client re: Motion for Leave to File a Crossclaim against Eastpointe Village for Indemnity. | 0.20 |
| 08/19/24 | MJC | L240 | Receipt, review, analyze Plaintiff's Response Brief in Opposition to Defendant's Motion for Summary Disposition (177 pages). | 1.40 |
| 08/22/24 | NNA | L120 | Prepared a detailed reply brief to support Defendant's position and counter Plaintiff's Arguments regarding defendant's liability. | 4.50 |
| 08/22/24 | NNA | L120 | Conducted comprehensive legal research/analysis to address arguments raised in Plaintiff's response to Big Lots Motion for Summary Disposition specifically regarding control and possession. | 3.10 |
| 08/23/24 | DRK | L210 | Amended Cross-Complaint after analyzing earlier Motion for Leave to File Cross-Complaint, response from landlord and our reply, as well as other complaint and various discovery documents, including Lease | 2.60 |

Matter: BL-127939
Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe
Village

October 22, 2024
Page 4

| DATE | TKPR | PHASE TASK | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Agreement and Amendment to Lease Agreement. Reviewed successful cross-complaints for indemnification from other cases and attempted to model this cross-complaint on those. | |
| 08/23/24 | MJC | L240 | RECEIPT, REVIEW, AND ANALYZE Defendant Eastpointe's Response to Big Lots' Motion for Summary Disposition. | 0.70 |
| 08/26/24 | BH | L240 | Prepared for Motion for Summary Disposition. Reviewed file to determine arguments and responses to anticipated arguments from Plaintiff's counsel and questions from the judge regarding lack of possession and control, contract language supporting lack of possession and control, lack of evidence showing conceding possession or control, lack of evidence regarding notice, and indemnification language removing liability from Defendant. | 0.90 |
| 08/26/24 | BH | L240 | Prepared order denying Defendant's Motion without prejudice. | 0.20 |
| 08/26/24 | BH | L240 | Appeared for Defendant's Motion for Summary Disposition via Zoom, no travel time. | 0.50 |
| 08/27/24 | MJC | L210 | Receipt, review, analyze Plaintiff's Case Evaluation with attachments | 1.40 |
| 09/03/24 | NNA | L210 | Email correspondence to Counsel for Eastpointe to inquire whether they will accept service of our cross-claim on behalf of Eastpointe, or if they would prefer we serve them with it personally | 0.10 |
| 09/09/24 | MJC | L230 | Draft and prepare case evaluation summary on behalf of Big Lots | 3.40 |

## HOURLY CHARGES:

| INIT | TIMEKEEPER | RATE | HOURS | BILLED |
|---|---|---|---|---|
| NNA | NOUR N AMINE, Paralegal | $110.00 | 17.50 | $1,925.00 |
| AMD | ANNA M DEGIUSTI, Paralegal | $110.00 | 4.80 | $528.00 |
| DRK | DAVID R KINZER, Associate (A) | $190.00 | 2.60 | $494.00 |
| JMT | JENNA M TEBBE, Associate | $190.00 | 2.00 | $380.00 |
| MJC | MATTHEW J CONSOLO, Partner | $225.00 | 7.10 | $1,597.50 |

Matter: BL-127939
Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe
Village

October 22, 2024
Page 5

| INIT | TIMEKEEPER | RATE | HOURS | BILLED |
|------|-----------|------|-------|--------|
| BH | BRANDON C HAGAMAN, Partner | $225.00 | 1.60 | $360.00 |

TOTAL HOURLY CHARGES: $5,284.50

**ATTORNEY CUMULATIVE SUMMARY:**

| TIMEKEEPER/CLASS | ATTORNEY CUMULATIVE HOURS | ATTORNEY CUMULATIVE AMOUNT |
|------------------|---------------------------|----------------------------|
| NOUR N AMINE, Paralegal | 43.40 | $4,923.50 |
| MATTHEW J CONSOLO, Partner | 52.70 | $11,857.50 |
| ANNA M DEGIUSTI, Paralegal | 4.80 | $528.00 |
| BRANDON C HAGAMAN, Partner | 1.60 | $360.00 |
| DAVID R KINZER, Associate (A) | 4.60 | $874.00 |
| JENNA M TEBBE, Associate | 2.00 | $380.00 |

**L100**

| Task | | Hours | Amount |
|------|--|-------|--------|
| L110 | FACT INVESTIGATION/DEVELOPMENT | 8.50 | $935.00 |
| L120 | ANALYSIS/STRATEGY | 7.60 | $836.00 |
| Phase Total | | 16.10 | $1,771.00 |

**L200**

| Task | | Hours | Amount |
|------|--|-------|--------|
| L210 | PLEADINGS | 5.50 | $997.00 |
| L230 | COURT MANDATED CONFERENCES | 3.40 | $765.00 |
| L240 | DISPOSITIVE MOTIONS | 3.80 | $843.50 |
| L250 | OTHER WRITTEN MOTIONS AND SUBMISSIONS | 6.80 | $908.00 |
| Phase Total | | 19.50 | $3,513.50 |

Matter: BL-127939                                                              October 22, 2024
Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe                Page 6
Village

**EXPENSES ADVANCED:**

| | | |
|---|---|---|
| 07/25/24 | Visa Inc - Motion Fees - Re: Court required e-filing fee (1.00 x 20.60) | $20.60 |
| 08/02/24 | Visa Inc - Motion Fees - Re: Court required e-filing fee (1.00 x 20.60) | $20.60 |
| | TOTAL EXPENSES ADVANCED: | $41.20 |
| | **TOTAL CURRENT BILL:** | **$5,325.70** |



SECREST
SW
WARDLE

SECREST, WARDLE, LYNCH
HAMPTON, TRUEX & MORLEY
2600 TROY CENTER DRIVE P.O. BOX 5025
TROY, MICHIGAN 48007-5025
(248) 851-9500

IRS # 38-1863919

Janelle Lopez
Big Lots Stores Inc
4900 E Dublin Granville Rd
Westerville, OH 43081

October 22, 2024
Invoice # 1504405
Client No. BL
Matter No. 127939

RE:    Christian, Kelly vs Big Lots Stores Inc; Big Lots Stores LLC; Eastpointe Village

Services Rendered:    CLAIM# 20-0233644

**CURRENT BILLING SUMMARY THROUGH SEPTEMBER 30, 2024**

| | |
|---|---|
| Fees for Professional Services | $5,284.50 |
| Expenses Advanced | $41.20 |
| **CURRENT BILL DUE** | **$5,325.70** |

PLEASE REMIT TO:    SECREST, WARDLE, LYNCH,
HAMPTON, TRUEX & MORLEY, PC
P.O. BOX 772725
CHICAGO, IL 60677-2007

**REMITTANCE COPY**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT



**SECREST**
# SW
**WARDLE**

2600 Troy Center Drive
P.O. Box 5025
Troy, MI 48007-5025
Tel: 248-851-9500
Fax: 248-538-1223
www.secrestwardle.com

**Mark F. Masters**
Direct: 248-539-2844
mmasters@secrestwardle.com

November 18, 2024

*Via U.S. Mail*
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RECEIVED

2024 DEC -2  PM 12: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Re:    Big Lots, Inc., et al.*
*Court Case No.: 24-11967 (JKS)*

Dear Sir/Madam:

Enclosed for filing in regard to the above-referenced matter, please find the
following documents on behalf of Secrest Wardle:

- Declaration of Disinterestedness of Secrest Wardle & In Support of
  Employment of Secrest Wardle as a Professional Utilized in the Ordinary
  Course of Business

Please file the same in your usual manner and return time-stamped copies to me in
the self-addressed, stamped envelope enclosed.

Please feel free to contact me in this regard or any other, and I thank you for your
attention to this matter.

Very truly yours,

*Mark F. Masters*

Mark F. Masters

MFM/sev
Enclosure
CC: Davis Polk & Wardwell LLP
    Morris, Nichols, Arsht & Tunnell LLP