## Exhibit A

**Additional Closing Stores**

**BIG LOTS, INC. Stores**
**Exhibit**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Store List** | | | | |

| # | Store # | Name | Address | City | State | Zip | Gross Sq. Feet | Selling Sq. Feet |
|---|---|---|---|---|---|---|---|---|
| 1 | 1879 | CORPUS CHRISTI | 4938 S STAPLES ST | CORPUS CHRISTI | TX | 78411 | 29,309 | 21,158 |
| 2 | 4469 | KENNEWICK | 3019 W KENNEWICK AVE | KENNEWICK | WA | 99336 | 26,134 | 20,251 |
| 3 | 4538 | LONGVIEW | 700 OCEAN BEACH HWY | LONGVIEW | WA | 98632 | 25,262 | 18,659 |
| 4 | 4558 | YAKIMA | 120 N. FAIR AVENUE | YAKIMA | WA | 98901 | 34,811 | 25,944 |
| 5 | 4563 | CARSON CITY | 4215 S CARSON ST | CARSON CITY | NV | 89701 | 34,549 | 25,517 |
| 6 | 4712 | REDDING | 2685 HILLTOP DR | REDDING | CA | 96002 | 34,972 | 25,674 |
| 7 | 4742 | ROCKWALL | 2855 RIDGE RD | ROCKWALL | TX | 75032 | 36,857 | 25,695 |
| 8 | 1386 | CHALMETTE | 8700 W JUDGE PEREZ DR | CHALMETTE | LA | 70043 | 29,271 | 21,929 |
| 9 | 1200 | SOUTH BEND | 1911 E IRELAND RD | SOUTH BEND | IN | 46614 | 50,664 | 28,886 |
| 10 | 472 | SUFFOLK | 924 N MAIN ST | SUFFOLK | VA | 23434 | 33,795 | 21,590 |