## **Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 5435 | 121 PLAZA RD SW WISE, VA | Big Lots Stores, LLC | WISE COUNTY PLAZA WVA, LLC | 1102 PONTE VEDRA BLVD., VEDRA BEACH, FL, 32082 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1838 | 120 HOOSICK ST STE 12 TROY, NY | Big Lots Stores, LLC | 120 Hoosick Street Holdings LLC | 139 Front Street, Fall River, MA, 2721 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4665 | 150 SOUTH 11TH AVE. HANFORD, CA | Big Lots Stores-PNS, LLC | 150 SOUTH 11TH AVE LLC | C/O MANCO ABBOTT , P.O. BOX  9440, FRESNO , CA, 93729 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4511 | 220 N 66TH ST STE 320A LINCOLN, NE | Big Lots Stores-PNS, LLC | 200 LINCOLN RETAIL, LLC | C/O THE LUND COMPANY, 450 REGENCY PARKWAY, SUITE 200, OMAHA, NE, 68114 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 1543 | 400 W ROLLINS RD ROUND LAKE BEACH, IL | Big Lots Stores, LLC | 400 ROLLINS ROAD LLC | LOCKBOX SERVICES 843584, 3440 FLAIR DRIVE, EL MONTE, CA, 91731 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 6 | 4517 | 4260 WADSWORTH BLVD WHEAT RIDGE, CO | Big Lots Stores-PNS, LLC | 44TH AND WADSWORTH LLC | C/O WESTAR REAL PROPERTY SERVICES, INC, 5125 S KIPLING PKWY STE 300, LITTLETON, CO, 80127-1736 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 5216 | 5702 NOLENSVILLE RD NASHVILLE, TN | Big Lots Stores, LLC | 5620 NOLENSVILLE PIKE, LLC | C/O ATLANTIC COAST PROPERTY MANAGEMENT, LLC, 18331 PINES BLVD #319, PEMBROKE PINES, FL, 33029 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 4620 | 1110 W SOUTHERN AVE STE 1 MESA, AZ | Big Lots Stores-PNS, LLC | A10 REVOLVING ASSET FINANCING I, LLC | C/O A10 CAPITAL, LLC, 800 W. MAIN STREET, SUITE 1100, BOISE, ID, 83702 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 5354 | 4154 HUNT RD BLUE ASH, OH | Big Lots Stores-CSR, LLC | ANDREW KAPLAN, ESQUIRE | EPSTEIN BECKER & GREEN, P.C., 150 COLLEGE ROAD WEST SUITE 301, PRINCETON, NJ, 8540 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 5139 | 7620 RIVERS AVE STE 200 NORTH CHARLESTON, SC | Big Lots Stores, LLC | ARC NWNCHS001, LLC | C/O HIFFMAN NATIONAL, LLC; ATTN: SHAWN BROWN, 1 OAKBROOK | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | TER STE 400, OAKBROOK TERRACE, IL, 60181-4449 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 4256 | 4022 MADISON ST RIVERSIDE, CA | Big Lots Stores-PNS, LLC | ARLINGTON SQUARE L.P. | C/O NEWMARK MERRILL COMPANIES, 24025 PARK SORRENTO STE 300, CALABASAS, CA, 91302-4001 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 5105 | 10321 EAST U.S. ROUTE 36 AVON, IN | Big Lots Stores, LLC | AVIANA COMPANY LTD | C/O CARNEGIE MANAGEMENT & DEVELOPMENT CO, 27500 DETROIT ROAD SUITE 300, WESTLAKE, OH, 44145 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 556 | 14948 N FLORIDA AVE TAMPA, FL | Big Lots Stores, LLC | B & B CASH GROCERY STORES, INC | , 927 US HIGHWAY 301 SOUTH, TAMPA, FL, 33619 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 5206 | 26425 GREAT NORTHERN PLAZA NORTH OLMSTED, OH | Big Lots Stores, LLC | B33 GREAT NORTHERN II LLC | 601 UNION ST, STE 1115, SEATTLE, WA, 98101 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 15 | 1399 | 2580 TITTABAWASSEE RD SAGINAW, MI | Big Lots Stores, LLC | BAY VALLEY SHOPPING CENTER LLC | C/O PARISIENNE MANAGEMENT & REAL ESTATE, 19 CLIFFORD STREET, DETROIT, MI, 48226-1705 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 4476 | 14339 CLARK AVE BELLFLOWER, CA | Big Lots Stores-PNS, LLC | BELLFLOWER PARK, LP | C/O SHARP CAPITAL, 333 S. BEVERLY DRIVE, SUITE 105, BEVERLY HILL, CA, 90212 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 4096 | 2249 S LOOP 288 DENTON, TX | BLBO Tenant, LLC | BIG DETX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC  , 30 NORTH LASALLE, SUITE 4140, CHICAGO  , IL, 60602 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 4277 | 1070 W AVENUE K STE A LANCASTER, CA | BLBO Tenant, LLC | BIG LACA OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC  , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 5271 | 23351 EUREKA RD. TAYLOR, MI | BLBO Tenant, LLC | BIG TAMI OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC  , 30 NORTH LASALLE , CHICAGO , IL, 60602 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 20 | 1684 | 223 NEW MARKET CTR BOONE, NC | Big Lots Stores, LLC | BOONE INVESTMENT GROUP LLC | PO BOX 68, LAGUNA BEACH, CA, 92652-0068 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 1349 | 7950 GIACOSA PL MEMPHIS, TN | Big Lots Stores, LLC | BRE RETAIL NP MEMPHIS COMMONS OWNER LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 100 RIDGE PIKE, SUITE 100 , CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1450 | 6138 HWY 6 N HOUSTON, TX | Big Lots Stores, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC - ATTN: G. C. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, Conshohocken, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 1377 | 400 ROUTE 211 E STE 28 MIDDLETOWN, NY | Big Lots Stores, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC - REGIONAL COUNSEL | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 1706 | 6851 SHANNON PKWY UNION CITY, GA | Big Lots Stores, LLC | BRICE SHANNON LLC | ATTN: MR. BRICE LADSON, 10385 FORD AVENUE, SUITE 3, | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | RICHMOND HILL, GA, 31324-8811 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 4713 | 811 N DELSEA DR GLASSBORO, NJ | Big Lots Stores-PNS, LLC | BRIXMOR PROPERTY GROUP | ONE FAYETTE ST., STE 150, CONSHOHOCKEN, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 525 | 1055 62ND AVE N SAINT PETERSBURG, FL | Big Lots Stores, LLC | BRIXMOR/IA RUTLAND PLAZA, LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 5117 | 1930 E. CONNOR ST NOBLESVILLE, IN | Big Lots Stores, LLC | CAMBRIDGE INVESTMENTS, INC | P.O. BOX 549, 1100 S. 9TH STREET SUITE 218, NOBLESVILLE, IN, 46061 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 1436 | 3510 E INTERSTATE 40 AMARILLO, TX | Big Lots Stores, LLC | CCG AMARILLO, LP | ATTN: CINDY VESTAL, 3625 N HALL ST STE 750, DALLAS, TX, 75219 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 29 | 4699 | 2500 W COMMONWEALTH AVE ALHAMBRA, CA | Big Lots Stores-PNS, LLC | CFT NV DEVELOPMENTS, LLC | LAKE FOREST TOWN CENTER ASSOCIATES LP, 1120 N TOWN CENTER DRIVE, SUITE 150, LAS VEGAS, NV, 89144 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 4756 | 4101 INTERSTATE HWY 69 ACCESS RD CORPUS CHRISTI, TX | Big Lots Stores-PNS, LLC | CIELO PASO PARKE GREEN, LP | C/O MIMCO, LLC, 6500 MONTANA AVENUE, EL PASO, TX, 79925 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4694 | 5800 OVERTON RIDGE BLVD FORT WORTH, TX | Big Lots Stores-PNS, LLC | CITY VIEW TOWNE CROSSING SHOPPING CENTER | C/O GLAZER PROPERTIES, 270 COMMERCE DRIVE, ROCHESTER, NY, 145623 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 4485 | 3931 W 9000 S WEST JORDAN, UT | Big Lots Stores-PNS, LLC | CLAYTON PROPERTY MANAGEMENT | KYLE CLAYTON, CSM, PO BOX 1733, DRAPER, UT, 84020 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 1795 | 4165 E HARRY ST WICHITA, KS | Big Lots Stores, LLC | CO-CO PROPERTIES LLC | 9435 E CENTRAL AVD BLDG 200, P O BOX 8086, WICHITA, KS, 67206-2552 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 34 | 4589 | 600 W 15TH ST PLANO, TX | Big Lots Stores-PNS, LLC | COLLIN CREEK ASSOCIATES, LLC | C/O FIDELIS REALTY PARTNERS, LTD, 8140 WALNUT LANE, SUITE 400, DALLAS, TX, 75231 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 1878 | 5000 MAIN ST THE COLONY, TX | Big Lots Stores, LLC | COLONY MARKETPLACE TENANCY IN COMMON | C/O HARKINSON INVESTMENT CORPORATION, 4560 BELTLINE ROAD, SUITE 400, ADDISON, TX, 75001-4563 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 4501 | 8570 W LAKE MEAD BLVD LAS VEGAS, NV | Big Lots Stores-PNS, LLC | Columbia Group Ltd. | c/o Americal Management Co., Inc, 10940 Wilshire Blvd., Suite #1960, Los Angeles , CA, 90024 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 4602 | 10251 FAIRWAY DR. ROSEVILLE, CA | Big Lots Stores-PNS, LLC | CONRAD URATA 4, LLC | C/O ETHAN CONRAD PROPERTIES, INC, 1300 NATIONAL DR., STE 100, SACRAMENTO, CA, 95834-1981 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 1227 | 2601 FORT CAMPBELL BLVD HOPKINSVILLE, KY | Big Lots Stores, LLC | CORE PARK PLAZA LLC | 125 W SUNBRIDGE, SUITE A, FAYETTEVILLE, AR, 72703 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 4778 | 5601 US HIGHWAY 10 E STEVENS POINT, WI | Big Lots Stores-PNS, LLC | CORTA STEVENS POINT LLC | 16232 SW 92ND AVENUE, MIAMI, FL, 33157-3462 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 5452 | 9880 OLDE US 20 ROSSFORD, OH | Big Lots Stores-CSR, LLC | CROSSROADS X, LLC | C/O EIDI FAMILY PROPERTIES, LLC, 6725 W. CENTRAL, SUITE U, TOLEDO, OH, 43617 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 1946 | 1201 E MANNING AVE REEDLEY, CA | Big Lots Stores, LLC | D & L LOWE LP | 985 E MANNING AVE, REEDLEY, CA, 93654-2348 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 1490 | 3562 N BRADY ST DAVENPORT, IA | Big Lots Stores, LLC | DANIELS INVESTMENT LIMITED COMPANY | C/O BUYERS REALTY INC , 4350 WESTOWN PKWY, SUITE 100 , WEST DES MOINES, IA, 50266 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 43 | 5277 | 4801 LINTON BLVD STE 15A DELRAY BEACH, FL | Big Lots Stores, LLC | DELRAY REALTY ASSOCIATES, LLC | C/O MYRON D. VOGEL, 17927 LAKE ESTATES DRIVE, BOCA RATON, FL, 33496 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4597 | 96 MILTON RD ROCHESTER, NH | Big Lots Stores-PNS, LLC | DEMOULAS SUPER MARKETS, INC | d/b/a DSM REALTY, 875 EAST STREET, TEWKSBURY, MA, 1876 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 4291 | 34601 YUCAIPA BLVD YUCAIPA, CA | Big Lots Stores-PNS, LLC | DIBA REAL ESTATE INVESTMENTS LLC | 28008 HARRISON PKWY, VALENCIA, CA, 91355-4162 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 4550 | 1913 TEXAS AVE S COLLEGE STATION, TX | Big Lots Stores-PNS, LLC | EDIFIS USC, LLC | C/O EDIFIS GROUP, 5301 KATY FWY STE 200, HOUSTON, TX, 77007-3866 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 4007 | 1625 E VALLEY PKWY ESCONDIDO, CA | Big Lots Stores-PNS, LLC | ESCONDIDO SAN JUAN RETAIL XVII, LLC | C/O ATHENA MANAGEMENT, INC., 730 EL CAMINO WAY, SUITE 200, TUSTIN, CA, 92780 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 48 | 4514 | 1221 W WARM SPRINGS RD HENDERSON, NV | Big Lots Stores-PNS, LLC | EXETER 16290 NV LLC | 105 E RENO AVE STE 3, LAS VEGAS, NV, 89119 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 1972 | 613 N PERKINS RD STILLWATER, OK | Big Lots Stores, LLC | FC ROBSON PROPERTIES LLC | ROBSON PROPERTIES , 310 S MISSOURI  P.O. BOX 986, CLAREMORE , OK, 74017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 5356 | 1451 W 5TH AVE COLUMBUS, OH | Big Lots Stores-CSR, LLC | FIFTH/GRAND (HOLDINGS), LLC | ATTN: KELSEY WRIGHTSEL, 3300 RIVERSIDE DRIVE, SUITE 100, UPPER ARLINGTON, OH, 43221-1766 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 5164 | 3340 CYPRESS PLANTATION DR RALEIGH, NC | Big Lots Stores, LLC | FINMARC RALEIGH LLC | C/O FINMARC MANAGEMENT, INC., 7200 WISCONSIN AVE, SUITE 1100, BETHESDA, MD, 20814 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 4225 | 2100 SW 27TH AVE MIAMI, FL | BLBO Tenant, LLC | FLORENCE VIEW PROPERTIES LLC | 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 53 | 4569 | 1000 Pocatello Creek Road Pocatello, ID | Big Lots Stores-PNS, LLC | FOOTHILL LUXURY PLAZA LLC | SCATTERFIELD HELM MANAGEMENT C/O BRANDT HELM, 5526 W 13400 S #315, HERRIMAN, UT, 84096 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 5264 | 901 EAST LANGSFORD RD. LEES SUMMIT, MO | Big Lots Stores, LLC | FORT WAYNE MATADOR, INC | C/O KIN PROPERTIES, INC, 185 NW SPANISH RIVER BLVD SUITE 100, BOCA RATON, FL, 33431 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 1020 | 525 TITUS AVE STE 15 IRONDEQUOIT, NY | Big Lots Stores, LLC | Four Points Property Management | 10101 FONDREN ROAD, STE 545, HOUSTON, TX, 77096 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 56 | 1362 | 8939 S MEMORIAL DR TULSA, OK | Big Lots Stores, LLC | FRANK C. ROBSON REVOCABLE TRUST, U/A | C/O ROBSON PROPERTIES, 310 SOUTH MISSOURI, P.O. BOX 986, CLAREMORE, OK, 74018 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 57 | 4777 | 850 E 23RD ST FREMONT, NE | Big Lots Stores-PNS, LLC | FREEMONT MALL LLC | 2361 NOSTRAND AVE STE 602, BROOKLYN, NY, 11210-3953 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 58 | 1785 | 425 SAWDUST RD STE A SPRING, TX | Big Lots Stores, LLC | GEMCO SAWDUST LP | 480 WILDWOOD FOREST DR STE 150, SPRING, TX, 77380-4121 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 5469 | 4010 W OWEN K GARRIOTT RD, STE 300 ENID, OK | Big Lots Stores, LLC | GERSHENSON REALTY & INVESTMENT LLC | 31500 NORTHWESTERN HWY, SUITE 100, FARMINGTON HILLS , MI, 48334 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 4533 | 409 N LITCHFIELD RD GOODYEAR, AZ | Big Lots Stores-PNS, LLC | GOODYEAR RETAIL I, LLC | ATTN: GARY OTTO, 520 NEWPORT CENTER DRIVE, SUITE 780, NEWPORT BEACH, CA, 92660 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 61 | 1830 | 3113 GREEN GARDEN RD ALIQUIPPA, PA | Big Lots Stores, LLC | GREEN GARDEN PLAZA 1989 L.P. | C/O GLIMCHER GROUP INC, 500 GRANT STREET, SUITE 2000, PITTSBURGH, PA, 15219-2515 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 62 | 5300 | 20926 FREDERICK RD GERMANTOWN, MD | Big Lots Stores, LLC | GURWICZ CALIFORNIA AVE, LLC | 331 TILTON RD, PO BOX 5, NORTHFIELD, NJ, 8225 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 63 | 4264 | 2727 N GRAND AVE SANTA ANA, CA | Big Lots Stores-PNS, LLC | GVD COMMERCIAL PROPERTIES INC | 1915-A E KATELLA AVE, ORANGE, CA, 92867-5109 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 5364 | 4215 E. BLACK HORSE PIKE, UNIT 31 MAYS LANDING, NJ | Big Lots Stores, LLC | HAMILTON COMMONS TEI EQUITIES LLC | C/O METRO COMMERCIAL MANAGEMENT SERVICES, INC. ATTN: ADAM WOLOSKY, PROPERTY MANAGER, 307 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ, 8054 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 65 | 5275 | 2020 GUNBARREL RD STE 186 CHATTANOOGA, TN | Big Lots Stores, LLC | HAMILTON VILLAGE STATION LLC | C/O PHILLIPS EDISON & COMPANY, LTD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 66 | 805 | 1383 E PERSHING RD STE A DECATUR, IL | Big Lots Stores, LLC | HARRISON MANAGEMENT GROUP LLC | 3203 E SANGAMON AVE, SPRINGFIELD, IL, 62702 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 67 | 5343 | 6235 WILSON MILLS RD HIGHLAND HEIGHTS, OH | Big Lots Stores-CSR, LLC | HAUCK HOLDINGS CLEVELAND BLD, LLC | C/O HAUCK HOLDINGS, 4334 GLENDALE MILFORD RD, CINCINNATI, OH, 45242 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 68 | 5221 | 10 GLENWOOD AVE. BINGHAMTON, NY | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES, LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 69 | 5359 | 2059 SCENIC HWY N SNELLVILLE, GA | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES, LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554-1703 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 1732 | 4365 MERLE HAY RD DES MOINES, IA | Big Lots Stores, LLC | HAYMARKET INVESTORS LLC | C/O HUBBELL REALTY COMPANY , 6900 WESTOWN PARKWAY , WEST DES MOINES , IA, 50266 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 71 | 4551 | 32241 MISSION TRL UNIT C LAKE ELSINORE, CA | Big Lots Stores-PNS, LLC | HCP BLUE CANARY LLC | C/O BLUE SANDS MANAGEMENT LLC, 5120 E. LA PALMA, SUITE 105, ANAHEIM, CA, 92807 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 72 | 5350 | 949 CHURCH RD CHERRY HILL, NJ | Big Lots Stores, LLC | ILF-CHERRY HILL, LLC AND ALS CHERRY HILL, LLC | C/O FLAUM MANAGEMENT CO., INC., 400 ANDREWS STREET, ROCHESTER, NY, 14604 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 73 | 527 | 1492 S BELCHER RD CLEARWATER, FL | Big Lots Stores, LLC | IMPERIAL SQUARE LLC | C/O SHOPPING CENTER MARKETING GROUP, INC, P.O. BOX 1488, LARGO, FL, 33779 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 4716 | 4080 E BLUE GRASS RD MOUNT PLEASANT, MI | Big Lots Stores-PNS, LLC | INDIAN HILLS PLAZA LLC | C/O GATOR INVESTMENTS, 7850 NORTHWEST 146TH STREET, MIAMI LAKES, FL, 33016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 188 | 918 W LINCOLN HWY NEW HAVEN, IN | Big Lots Stores, LLC | INVESTA CAPITAL LLC | P.O. BOX 25539, FORT WAYNE, IN, 46825-0539 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 76 | 4030 | 299 BORCHARD DR VENTURA, CA | BLBO Tenant, LLC | JASMINE MEADOWS PROPERTIES LP | C/0 RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 77 | 1180 | 5005 LAPALCO BLVD MARRERO, LA | Big Lots Stores, LLC | JASON ASSOCIATES, LLC | C/O PROPERTY MANAGEMENT, 1055 ST CHARLES AVE, STE 701, NEW ORLEANS, LA, 70130-3942 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 78 | 5104 | 4600 HARDY ST STE 34 HATTIESBURG, MS | Big Lots Stores, LLC | JOHNANN LLC | 2015 MAGAZINE ST, NEW ORLEANS, LA, 70130-5017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 79 | 286 | 1800 MILTON AVE STE 100 JANESVILLE, WI | Big Lots Stores, LLC | JOHNSON ACQUISITION CORP. | WC JOHNSON, LLC  , 747 SHERIDAN BLVD, UNIT 7D , LAKEWOOD , CO, 80214 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 80 | 4646 | 205 MARYSVILLE MALL MARYSVILLE, WA | Big Lots Stores-PNS, LLC | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS, 6365 HALCYON WAY STE 970, ALPHARETTA, GA, 30005 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 81 | 1960 | 4047 WILLIAM PENN HWY MONROEVILLE, PA | Big Lots Stores, LLC | JONNET DEVELOPMENT CORPORATION | 4075 WILLIAM PENN HIGHWAY, MONROEVILLE, PA, 15146 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 82 | 4671 | 78 FRONTAGE RD EAST HAVEN, CT | Big Lots Stores-PNS, LLC | KDS ASSOCIATES, L.L.C. | C/O C.A. WHITE, INC., 1211 CHAPEL ST, NEW HAVEN, CT, 6511 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 83 | 4687 | 1851 SUNRISE HWY BAYSHORE, NY | Big Lots Stores-PNS, LLC | KIMCO | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 84 | 4697 | 5910 EASTEX FWY BEAUMONT, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES | 185 NW SPANISH RIVER BLVD, SUITE 100, BOCA RATON , FL, 33431 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 85 | 4686 | 1445 N MONTEBELLO BLVD MONTEBELLO, CA | Big Lots Stores-PNS, LLC | KIR MONTEBELLO LP | C/O KIMCO REALTY CORPORATION, 2429 PARK AVENUE, TUSTIN, CA, 92606 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 86 | 1992 | 785 CANANDAIGUA RD GENEVA, NY | Big Lots Stores, LLC | LAKE GENEVA CENTER, LLC | 361 FRANKLIN AVENUE, P.O. BOX 270, NUTLEY, NJ, 7110 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 87 | 370 | 250 GRAYSON HWY STE 1 LAWRENCEVILLE, GA | Big Lots Stores, LLC | LAWRENCEVILLE COMMERCIAL PROPERTIES, LLC | 5801 CONGRESS AVENUE, SUITE 219, BOCA RATON, FL, 33487 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 88 | 5095 | 30000 PLYMOUTH RD LIVONIA, MI | Big Lots Stores, LLC | LIVONIA CENTERS LLC | 8351 N WAYNE RD, WESTLAND, MI, 48185-1351 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 89 | 552 | 250 N US HWY 17-92 LONGWOOD, FL | Big Lots Stores, LLC | LV RETAIL LLC | 2400 MAITLAND CENTER PKWY STE 107, MAITLAND, FL, 32751-7440 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|-------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 90 | 5145 | 7155 MARKET PLACE DR AURORA, OH | Big Lots Stores, LLC | MARKETPLACE ASSOCIATES, LLC | 181 S. FRANKLIN AVENUE, SUITE 701, VALLEY STREAM, NY, 11581 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 91 | 1643 | 10416 E INDEPENDENCE BLVD STE 500 MATTHEWS, NC | Big Lots Stores, LLC | MATTHEWS FESTIVAL, LP | C/O ZIFF PROPERTIES, INC, 210 WINGO WAY, SUITE 400, MOUNT PLEASANT, SC, 29464-1816 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 92 | 4504 | 14537 W GRAND AVE STE 200 SURPRISE, AZ | Big Lots Stores-PNS, LLC | MC AZ GRAND VILLAGE LLC | C/O MERRILL COMPANIES, LLC, 5621 WEST 135TH STREET, SUITE 2650, OVERLAND PARK, KS, 66223 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 93 | 4630 | 4002 SUNSET DRIVE SAN ANGELO, TX | Big Lots Stores-PNS, LLC | MDC COAST 18, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 94 | 1571 | 10 NEWBURY ST STE 5 DANVERS, MA | Big Lots Stores, LLC | MDG STRATEGIC ACQUISITION LLC | C/O DARTMOUTH PROPERTY MANAGEMENT LLC, 1330 AVE OF THE | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | AMERICAS, SUITE 700B, NEW YORK, NY, 10019 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 95 | 822 | 3004 E HAMILTON AVE EAU CLAIRE, WI | Big Lots Stores, LLC | MERICLE PROPERTIES, LLC | 4751 - 600th ST, MENOMONIE, WI, 54751 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 96 | 4576 | 8750 N 2ND ST MACHESNEY PARK, IL | Big Lots Stores-PNS, LLC | MICHALSEN PROPERTIES LLC | 8014 N 2ND ST, MACHESNEY PARK, IL, 61115-2406 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 97 | 4741 | 4919 NORTH ST, STE 101 NACOGDOCHES, TX | Big Lots Stores-PNS, LLC | NACOGDOCHES MP LTD | 8226 DOUGLAS AVE STE 709, DALLAS, TX, 75225-5929 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 98 | 554 | 950 58TH ST N SAINT PETERSBURG, FL | Big Lots Stores, LLC | NEWSEM TYRONE GARDENS PROPERTY OWNER,LLC | C/O BRIXMOR PROP GROUP , 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 99 | 1994 | 4826 N OAK TRFY KANSAS CITY, MO | Big Lots Stores, LLC | NORTH OAK MARKETPLACE 07 A, LLC | C/O ACF PROPERTY MANAGEMENT, INC, 12411 VENTURA BLVD., STUDIO CITY, CA, 91604 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 100 | 4750 | 1239 U.S. 181 PORTLAND, TX | Big Lots Stores-PNS, LLC | NORTHSHORE PLAZA LP | 3201 CHERRY RIDGE SUITE B 209, SAN ANTONIO, TX, 78230-4835 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |