# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 1224 | 6900 SAN PEDRO AVE STE 119 SAN ANTONIO, TX | Big Lots Stores, LLC | NORTHTOWNE PLAZA PROPERTIES LT | 7515 GREENVILLE AVE SUITE 504, DALLAS, TX, 75231-3868 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1681 | 1795 W MCGALLIARD RD STE 2 MUNCIE, IN | Big Lots Stores, LLC | NW PLAZA MUNCIE LLC | 9850 VON ALLMEN CT STE 202, LOUISVILLE, KY, 40241-2855 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4574 | 1141 SANGUINETTI RD. SONORA, CA | Big Lots Stores-PNS, LLC | OMEGA SONORA LLC | C/O CHRIS & PAULINE GIANULIAS, 3108 FLEUR DE LIS DRIVE, MODESTO, CA, 95356 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 1743 | 14333 BEACH BLVD STE 18 JACKSONVILLE BEACH, FL | Big Lots Stores, LLC | PABLO STATION, LLC | C/O HHH MANAGEMENT, INC, P.O. BOX 273760, BOCA RATON, FL, 33427-3760 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 4365 | 1955 FOOTHILL BLVD LA VERNE, CA | Big Lots Stores-PNS, LLC | PACIFIC REALTY ASSOCIATES, L.P. | 15350 SW SEQUOIA PRWY, SUITE 300, TENANT NO 5PTR5528 BIGL4365, PORTLAND, OR, 97224 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 6 | 4736 | 3300 W EXPRESSWAY 83 UNIT 200 MCALLEN, TX | Big Lots Stores-PNS, LLC | PALMS CROSSING TOWN CENTER, LLC | C/O WPG, 4900 EAST DUBLIN GRANVILLE RD, 4TH FL, COLUMBUS, OH, 43081 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 1582 | 6225 ALLISONVILLE RD INDIANAPOLIS, IN | Big Lots Stores, LLC | PARAGON WINDERMERE, LLC | ATTN: SAMANTHA DURHAM, 8700 NORTH ST STE 310, FISHERS, IN, 36038 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 4761 | 3512 LAMAR AVE PARIS, TX | Big Lots Stores-PNS, LLC | PARIS TOWNE CENTER LLC | 1700 GEORGE BUSH DR E STE 240, COLLEGE STATION, TX, 77840-3351 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 4690 | 5636 US ROUTE 60 HUNTINGTON, WV | Big Lots Stores-PNS, LLC | PEA RIDGE PARTNERS, LLC | 2926 FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 1663 | 2028 N MAIN ST PEARLAND, TX | Big Lots Stores, LLC | PEARLAND HWY 35 LP | C/O WULFE MANAGEMENT SERVICES INC , 1800 POST OAK BLVD. SUITE | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 400 , HOUSTON , TX, 77056 |  | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 1919 | 10603 E APACHE TRAIL APACHE JUNCTION, AZ | Big Lots Stores, LLC | PF PROPERTIES MESA COMMONS, LLC | C/O KITCHELL PROPERTY MANAGEMENT, 1707 E. HIGHLAND, SUITE #100, PHOENIX, AZ, 85016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 480 | 1109 280 BYP PHENIX CITY, AL | Big Lots Stores, LLC | PHENIX CITY SQARE LLC | 120 HUNTINGTON RD., PORT WASHINGTON, NY, 11050-3512 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 5256 | 1950 PIPESTONE RD. BENTON HARBOR, MI | Big Lots Stores, LLC | PIPESTONE PLAZA LLC | ATTN: JOHN M. BRIDGES, CPM, 37000 GRAND RIVER, SUITE 360, FARMINGTON HILLS, MI, 48335 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 5488 | 975 C HIGHWAY 51 S COVINGTON, TN | Big Lots Stores, LLC | PMRE LLC | 702 PADDINGTON, GREENVILLE, NC, 27858-5628 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 15 | 4547 | 5790 MAIN ST SPRINGFIELD, OR | Big Lots Stores-PNS, LLC | POLEN DEVELOPMENT LLC | PO BOX 71751, SPRINGFIELD, OR, 97475-0214 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 5230 | 6420 20TH ST VERO BEACH, FL | BLBO Tenant, LLC | PREMIUM ASSET MANAGEMENT INC | 1111 N PLAZA DRIVE STE 200, SCHAUMBURG, IL, 60173-4996 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 4693 | 11696 NE 76TH ST VANCOUVER, WA | AVDC, LLC | PRIME COMMERCIAL PARTNERS SOUTHTOWNE LLC | C/O SYNERGY DEVELOPMENT LLC, 1492 PARK AVE, PARK CITY, UT, 84060 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 4480 | 14024 E SPRAGUE AVE SPOKANE VALLEY, WA | Big Lots Stores-PNS, LLC | PSM PROPERTIES LLC | 5133 HIGHLAND DR SE, AUBURN, WA, 98092-8731 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 5409 | 4585 EASTGATE BOULEVARD CINCINNATI, OH | Big Lots Stores-CSR, LLC | RCC EASTGATE, LLC | C/O NEWLINK MANAGEMENT GROUP, 6806 PARAGON PLACE, SUITE 120, RICHMOND, VA, 23230 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | OtheMiscellaneous Fixtures, Display Coolers |
| 20 | 452 | 230 HUCK FINN SHOPPING CTR HANNIBAL, MO | Big Lots Stores, LLC | REGENCY HANNIBAL LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 5418 | 1550 COSHOCTON AVE MOUNT VERNON, OH | Big Lots Stores-CSR, LLC | REGENCY MOUNT VERNON LLC | C/O REGENCY PROPERTIES, 380 N. CROSS POINTE BLVD., EVANSVILLE, IN, 47715-4027 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 5308 | 1731 RITCHIE STATION COURT CAPITOL HEIGHTS, MD | Big Lots Stores, LLC | RITCHIE HILL, LLC | C/O NAI THE MICHAEL COMPANIES, 10100 BUSINESS PARKWAY, LANHAM, MD, 20706 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 4548 | 1799 KIOWA AVE STE 106 LAKE HAVASU CITY, AZ | Big Lots Stores-PNS, LLC | RIVERLAND DEVELOPMENT COMPANY, LLC | C/O EISENBERG COMPANY, 2710 E CAMELBACK ROAD, SUITE 210, PHOENIX, AZ, 85016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 4711 | 4655 CANAL AVE SW GRANDVILLE, MI | Big Lots Stores-PNS, LLC | ROF GRANDVILLE LLC | C/O CHASE PROPERTIES II LTD., 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 4606 | 1255 TOWN SQUARE DR FORT WORTH, TX | Big Lots Stores-PNS, LLC | RPI RIDGMAR TOWN SQUARE, LTD | C/O RETAIL PLAZAS, INC, 2929 CARLISLE ST., STE 170, DALLAS, TX, 75204-4067 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 4745 | 16824 MAIN ST HESPERIA, CA | Big Lots Stores-PNS, LLC | SALOMON WAINBERG AND OLGA WAINBERG FAMILY TRUST | C/O PRIORITY PROPERTY GROUP INC., 4607 LAKEVIEW CANYON RD., STE 512, WESTLAKE VILLAGE, CA, 91361 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4746 | 4050 183RD ST COUNTRY CLUB HILLS, IL | Big Lots Stores-PNS, LLC | SHOPS AT COOPERS GROVE, LLC | 2036 SE 27TH TERRACE, CAPE CORAL, FL, 33904 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 1990 | 1293 SHREVEPORT BARKSDALE HWY SHREVEPORT, LA | Big Lots Stores, LLC | SHREVE CITY LLC | 4801 HARBOR DR, FLOWER MOUND, TX, 75022-5489 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 29 | 1758 | 6900 SIEGEN LN BATON ROUGE, LA | Big Lots Stores, LLC | SIEGEN VILLAGE SHOPPING CENTER, LLC | C/O BBPM, PO BOX 66865, BATON ROUGE, LA, 70896 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 1704 | 300 ENTERPRISE ST STERLING, VA | Big Lots Stores, LLC | STERLING PARK SHOPPING CENTER, LP | 2120 L STREET N.W., SUITE 800, WASHINGTON, DC, 20037 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4500 | 8140 S EASTERN AVE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | STS EQUITY PARTNERS LLC | 16461 SHERMAN WAY STE 140, VAN NUYS, CA, 91406-3856 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 827 | 4224 SUMMER AVE MEMPHIS, TN | Big Lots Stores, LLC | SUMMER CENTER COMMONS, LLC | 12554 BRAVO ROAD, COLLIERVILLE, TN, 38017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 1970 | 5881 SUEMANDY RD SAINT PETERS, MO | Big Lots Stores, LLC | THE GREWE LIMITED PARTNERSHIP | C/O G. J. GREWE, INC., 639 GRAVOIS BLUFFS BLVD., SUITE D, FENTON, MO, 63026 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 34 | 5150 | 406 E. MARTINTOWN RD NORTH AUGUSTA, SC | Big Lots Stores, LLC | THE KROGER COMPANY | ATTN: REAL ESTATE DEPARTMENT, 1014 VINE STREET, CINCINNATI, OH, 45202-1100 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 1876 | 27816 STATE HWY 249 TOMBALL, TX | Big Lots Stores, LLC | TOMBALL PLAZA, LLC | C/O JBL ASSET MANAGEMENT LLC, 2028 HARRISON ST., STE 202, HOLLYWOOD, FL, 33020 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 1859 | 1201 S INTERSTATE 35 STE 200 ROUND ROCK, TX | Big Lots Stores, LLC | TRI MARSH REALTY LLC | ATTN: BO AVERY, 4801 HARBOR DR, FLOWER MOUND, TX, 75022-5489 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 5212 | 2659 ANNAPOLIS RD. HANOVER, MD | Big Lots Stores, LLC | TRIPLE BAR COLUMBIA MARKETPLACE, LLC | C/O J.C. BAR PROPERTIES, INC., 224 SAINT CHARLES WAY, SUITE 290, YORK, PA, 17402 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 5233 | 5903 TRUSSVILLE CROSSING PKWY BIRMINGHAM, AL | Big Lots Stores, LLC | TRUSSVILLE PROMENADE I OWNER, LLC | C/O ACADIA REALTY TRUST, 411 THEODORE FREMD AVE., STE 300, RYE, NY, 10580 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 1949 | 3178 LAVON DR GARLAND, TX | Big Lots Stores, LLC | TSCA 255 LLC | 301 S SHERMAN ST STE 100, RICHARDSON, TX, 75081-4176 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 5222 | 725 US RT 440 JERSEY CITY, NJ | Big Lots Stores, LLC | UE HUDSON MALL HOLDING LLC | C/O URBAN EDGE PROPERTIES, 210 ROUTE 4 EAST, PARAMUS, NJ, 7652 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 4672 | 2401 N PEARL ST TACOMA, WA | Big Lots Stores-PNS, LLC | UPPER FORK LLC | PO BOX 543, SAN MATEO, CA, 94401 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 5251 | 751 GOOD HOMES RD ORLANDO, FL | Big Lots Stores, LLC | V 3 OZ WEST COLONIAL LLC | C/O V 3 CAPITAL GROUP LLC, 496 S HUNT CLUB BLVD, APOPKA, FL, 32703 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 43 | 5316 | 3950 VENTURE DR DULUTH, GA | Big Lots Stores, LLC | VENTURE PARTNERS LLC | PO BOX 956338, DULUTH, GA, 30095-9506 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 1809 | 3472 CONCORD RD ASTON, PA | Big Lots Stores, LLC | VILLAGE GREEN REALTY L.P. | C/O RODGERS BRISTOL L.P., 12 PENNS TRAIL, STE103, NEWTOWN, PA, 18940-1892 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 4532 | 989 N WALNUT CREEK DR STE 151 MANSFIELD, TX | Big Lots Stores-PNS, LLC | WALNUT CREEK PLAZA, LLC | ATTN: SYNERGY ADVANTAGE, LLC, 2012 E. RANDOL MILL ROAD, SUITE 211, ARLINGTON, TX, 76011 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 4701 | 5055 W SAHARA AVE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | WEST SAHARA EQUITIES LLC | 3415 S SEPULVEDA BLVD STE 400, LOS ANGELES, CA, 90034-6094 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 1662 | 923 S MASON RD KATY, TX | Big Lots Stores, LLC | WESTERN PROPERTIES COMPANY | 9668 WESTHEIMER #220, HOUSTON, TX, 77063-3241 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 48 | 1668 | 60 E SCHROCK RD WESTERVILLE, OH | Big Lots Stores, LLC | WESTERVILLE SQUARE, INC. | C/O THE HADLER COMPANIES, 2000 WEST HENDERSON ROAD, SUITE 500, COLUMBUS, OH, 43220 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 5116 | 5820 BALTIMORE NATIONAL PIKE CATONSVILLE, MD | Big Lots Stores, LLC | WESTVIEW CENTER ASSOCIATES, L.C. | C/O WHARTON REALTY GROUP, 8 INDUSTRIAL WAY EAST 2ND FLOOR, EATONTOWN, NJ, 7724 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |