## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 24-11967 (JKS) (Jointly Administered) |
| BIG LOTS, INC., *et al.*,[1] | : |  |
|  | : | Re: Doc. No. 1113 |
| Debtors. | : |  |

## NOTICE OF WITHDRAWAL OF APPLICATION OF
## GOVIND DAYAMA D/B/A NANDINI TEXTILE
## FOR AN ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that Govind Dayama d/b/a Nandini Textile, by and through its undersigned counsel, hereby withdraws the *Application of Govind Dayam d/b/a Nandini Textile for an Order Compelling Payment of Administrative Expense* [D.I. 1113].

Dated: December 3, 2024
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ Shannon D. Humiston*
Kate Roggio Buck (No. 5140)
Shannon D. Humiston (No. 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
kbuck@mccarter.com
shumiston@mccarter.com

*Attorneys for Govind Dayama*
*d/b/a Nandini Textiles, Ltd.*

---

[1] The debtors and debtors in possession (collectively, the "**Debtors**") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.