**CERTIFICATE OF SERVICE**

      I, Shannon D. Humiston, Esquire, certify that on December 3, 2024, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Application of Govind Dayana d/b/a of Nandini Textiles, Ltd. for an Order Compelling Payment of Administrative Expenses* to be served electronically on all parties of record through the CM/ECF system.

| | |
|---|---|
| November 27, 2024 | */s/ Shannon D. Humiston*<br>Shannon D. Humiston (No. 5740) |

ME1 51320598v.1