## EXHIBIT B

### EXPENSE SUMMARY
### BIG LOTS, INC., *et al.*
### (Case No. 24-11967 (JKS))
### October 1, 2024 through October 31, 2024

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $9,576.04 |
| Court and Related Fees | $52.60 |
| Duplication | $224.85 |
| Meals | $6,111.74 |
| Outside Documents & Research | $433.60 |
| Postage, Courier & Freight | $36.79 |
| Travel | $11,547.04 |
| Word Processing & Secretarial | $166.50 |
| **Grand Total Expenses** | **$28,149.16** |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/07/24 | Court and related fees | Pacer transactions 10/2024 | $2.40 |
| 10/31/24 | Court and related fees | Pacer transactions 10/2024 | $50.20 |
| 10/01/24 | Meals | Stern, Ethan, 8:47 PM, Doordash, OT Meal (Kosher meal) | $33.07 |
| 10/01/24 | Meals | Goldberger, Jacob, 7:00 PM, Mr. Broadway, (Kosher meal) | $34.24 |
| 10/02/24 | Meals | Cahill, Vincent 7:12 PM, SeamlessWeb, Weekend Meal from TAP | $37.00 |
| 10/02/24 | Meals | Piraino, Stephen 7:39 PM OT Meal from Davis Polk Cafeteria | $23.30 |
| 10/03/24 | Meals | Piraino, Stephen, 7:54 PM OT Dinner from Davis Polk Cafeteria | $26.50 |
| 10/07/24 | Meals | Piraino, Stephen, 07:29 PM, OT Meal from (Davis Polk Cafeteria) | $18.20 |
| 10/07/24 | Meals | Stern, Ethan, OT 8:47 PM, Doordash, OT Meal (Kosher meal) | $34.29 |
| 10/08/24 | Meals | Cahill, Vincent, 8:34 PM, OT Meal from Just Salad | $31.61 |
| 10/08/24 | Meals | Piraino, Stephen, 6:57 PM, OT Meal from (Davis Polk Cafeteria) | $13.85 |
| 10/09/24 | Meals | Cahill, Vincent, 6:46 PM, SeamlessWeb, OT Meal | $37.00 |
| 10/09/24 | Meals | Stern, Ethan, 10:00 PM, OT Dinner from Sweetgreen | $37.23 |
| 10/09/24 | Meals | Resnick, Brian, 8:00 PM, OT Meal from Faber | $18.99 |
| 10/10/24 | Meals | Stern, Ethan, 9:00 PM, OT Meal (Kosher Meal) | $36.09 |
| 10/10/24 | Meals | Cahill, Vincent, 7:38 PM, OT Meal from Taco Haus | $37.00 |
| 10/10/24 | Meals | Piraino, Stephen, 7:40 PM, OT Dinner from (Davis Polk Cafeteria) | $22.80 |
| 10/14/24 | Meals | Piraino, Stephen, 7:24 PM, OT Meal from Davis Polk Cafeteria | $18.15 |
| 10/14/24 | Meals | Stern, Ethan, 7:15 PM, OT Meal from Mendy's NYC, (Kosher Meal) | $36.53 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 10/15/24 | Meals | Cahill, Vincent, 9:12 PM, OT Meal from Taco Haus | $37.00 |
| 10/15/24 | Meals | Stern, Ethan, 8:03 PM, OT Meal from Bravo Kosher Pizza | $29.06 |
| 10/16/24 | Meals | Winiarski, Kevin, 6:16 PM, OT Dinner from Chick-fil-A | $37.00 |
| 10/16/24 | Meals | Cahill, Vincent, 7:14 PM, OT Meal from Little Beet | $36.76 |
| 10/16/24 | Meals | Piraino, Stephen, 7:33 PM, OT Meal from Davis Polk Cafeteria | $22.75 |
| 10/17/24 | Meals | Piraino, Stephen, 7:39 PM, OT Meal from Davis Polk Cafeteria | $20.65 |
| 10/17/24 | Meals | Shpeen, Adam, 6:30 PM, OT Meal from Davis Polk Cafeteria | $13.28 |
| 10/17/24 | Meals | Cahill, Vincent, 6:57 PM, OT Meal from TAP | $37.00 |
| 10/18/24 | Meals | Cahill, Vincent, 9:27 PM, OT Meal from Parm | $37.00 |
| 10/19/24 | Meals | Peppiatt, Jonah, 3:43 PM, Weekend Meal from Red Poke for multiple Davis Polk team members | $89.83 |
| 10/19/24 | Meals | Cahill, Vincent, 3:42 PM, OT Meal from TAP | $37.00 |
| 10/19/24 | Meals | Piraino, Stephen, 2:59 PM, Weekend Meal from Chipotle | $31.40 |
| 10/20/24 | Meals | Winiarski, Kevin L., Travel Meal, Hotel Du Pont | $42.76 |
| 10/20/24 | Meals | Peppiatt, Jonah, 11:11 AM, Weekend Meal from Electric Burrito Chelsea | $42.92 |
| 10/20/24 | Meals | Piraino, Stephen, 4:41 PM, OT Meal from Evergreen on 38 | $41.94 |
| 10/21/24 | Meals | Winiarski, Kevin L., Travel Meal, Hotel Du Pont | $15.08 |
| 10/21/24 | Meals | Shpeen, Adam L., Travel Meal, Hotel DuPont | $19.45 |
| 10/21/24 | Meals | Resnick, Brian M., Travel Meal, Cafetero | $11.27 |
| 10/21/24 | Meals | Resnick, Brian M., Travel Meal, Faber Store | $19.00 |
| 10/22/24 | Meals | Piraino, Stephen, 7:47 PM, OT Meal from Davis Polk Cafeteria | $14.55 |
| 10/23/24 | Meals | Piraino, Stephen, 7:51 PM, OT Meal from Davis Polk Cafeteria | $20.05 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/23/24 | Meals | Winiarski, Kevin, 8:03 PM, OT Meal from Little Italy Pizza (3rd Ave) | $23.68 |
| 10/24/24 | Meals | Piraino, Stephen, 8:13 PM, OT Meal from Davis Polk Cafeteria | $15.55 |
| 10/28/24 | Meals | Goldberger, Jacob, 7:00 PM, OT Meal from Akimori UES | $42.26 |
| 10/28/24 | Meals | Stern, Ethan, 7:36 PM, OT Meal from Miznon Kosher | $40.15 |
| 10/29/24 | Meals | Goldberger, Jacob, 5:34 PM, OT Meal from Mendy's NYC | $36.92 |
| 10/29/24 | Meals | Stern, Ethan, 6:47 PM, OT Meal from Mr. Broadway Kosher | $38.80 |
| 10/29/24 | Meals | Catering from Meeting with Davis Polk team and Big Lots management, Davis Polk cafeteria | $57.16 |
| 10/30/24 | Meals | Brock, Matthew, 7:24 PM, OT Meal from Land of Plenty | $32.98 |
| 10/30/24 | Meals | Goldberger, Jacob, OT Meal from Faber Store | $10.60 |
| 10/30/24 | Meals | Catering for Auction, Davis Polk Cafeteria | $4,555.87 |
| 10/30/24 | Meals | Goldberger, Jacob, Travel Meal from Mr. Broadway. | $28.39 |
| 10/30/24 | Meals | Goldberger, Jacob, 6:30 PM, –OT Meal from Sushi Fusion-Middtown West | $40.78 |
| 10/31/24 | Meals | Winiarski, Kevin, 7:09 PM, OT Meal from Hatsuhana | $37.00 |
| 10/18/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MATTHEW BROCK | $3.26 |
| 10/18/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $0.23 |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 11:57:00 AM; Description: Single case search; Charge id: 540240 | $5.44 |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 11:56:00 AM; Description: Single case search; Charge id: 540239 | $5.44 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 12:03:00 PM; Description: Single case search; Charge id: 540243 | $5.44 |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 11:59:00 AM; Description: Single case search; Charge id: 540242 | $5.44 |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 11:58:00 AM; Description: Single case search; Charge id: 540241 | $5.44 |
| 10/18/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/18/2024 11:54:00 AM; Description: Single case search; Charge id: 540238 | $5.44 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 4:55:00 PM; Description: Multiple case search; Charge id: 540396 | $21.78 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/20/2024 4:49:00 PM; Description: Single case search; Charge id: 540395 | $5.44 |
| 10/20/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For ETHAN STERN | $5.98 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 10/20/2024 12:25:00 PM; Description: Multiple case search; Charge id: 540389 | $21.78 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:13:00 PM; Description: Downloaded G0177: Docket #113 (Main Document); Charge id: 540406 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:10:00 PM; Description: Multiple case search; Charge id: 540405 | $21.78 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:08:00 PM; Description: Multiple case search; Charge id: 540404 | $21.78 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:07:00 PM; Description: Downloaded S0322: Docket #87 (Main Document); Charge id: 540403 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:50:00 PM; Description: Downloaded P0224: Docket #116 (Main Document); Charge id: 540415 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:34:00 PM; Description: Downloaded N0147: Docket #209; Charge id: 540413 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:05:00 PM; Description: Downloaded C0326: Docket #361 (Main Document); Charge id: 540400 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:04:00 PM; Description: Downloaded C0326: Docket #293; Charge id: 540399 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:02:00 PM; Description: Downloaded C0321: Docket #257 (Exhibit 1); Charge id: 540398 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:01:00 PM; Description: Downloaded C0321: Docket #257 (Main Document); Charge id: 540397 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:21:00 PM; Description: Downloaded F0171: Docket #267 (Main Document); Charge id: 540408 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:13:00 PM; Description: Downloaded G0177: Docket #113 (Exhibit 1); Charge id: 540407 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/20/2024 4:33:00 PM; Description: Downloaded E0154: Docket #503; Charge id: 540394 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/20/2024 4:31:00 PM; Description: Single case search; Charge id: 540393 | $5.44 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 10/20/2024 12:27:00 PM; Description: Downloaded S0182: Docket #1463 (Main Document); Charge id: 540391 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 10/20/2024 12:26:00 PM; Description: Single case search; Charge id: 540390 | $5.44 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:06:00 PM; Description: Downloaded S0322: Docket #87 (Exhibits 1-4); Charge id: 540402 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:05:00 PM; Description: Downloaded C0326: Docket #361 (Exhibit 1); Charge id: 540401 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 6:15:00 PM; Description: Downloaded V0081: Docket #326 (Main Document); Charge id: 540418 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 6:08:00 PM; Description: Downloaded V0081: Docket #326 (Exhibit 1); Charge id: 540417 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:53:00 PM; Description: Downloaded A0365: Docket #298; Charge id: 540416 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:24:00 PM; Description: Downloaded A0364: Docket #150 (Exhibit A); Charge id: 540412 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/20/2024 5:24:00 PM; Description: Downloaded B0217: Docket #494; Charge id: 540411 | $3.27 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/20/2024 5:24:00 PM; Description: Single case search; Charge id: 540410 | $5.44 |
| 10/20/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/20/2024 5:24:00 PM; Description: Downloaded A0364: Docket #150 (Main Document); Charge id: 540409 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:07:00 AM; Description: Downloaded K0057: Docket #208 (Main Document); Charge id: 540423 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:04:00 AM; Description: Downloaded A0376: Docket #191 (Main Document); Charge id: 540422 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:35:00 AM; Description: Downloaded P0229: Docket #422 (Main Document); Charge id: 540429 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:35:00 AM; Description: Downloaded V0086: Docket #208 (Main Document); Charge id: 540428 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 9:48:00 AM; Description: Downloaded T0272: Docket #126 (Main Document); Charge id: 540530 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:42:00 AM; Description: Downloaded Z0021: Docket #192 (Exhibit B); Charge id: 540511 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:37:00 AM; Description: Downloaded Z0021: Docket #189; Charge id: 540509 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:37:00 AM; Description: Single case search; Charge id: 540508 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:17:00 AM; Description: Downloaded P0229: Docket #360; Charge id: 540494 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 7:16:00 AM; Description: Downloaded W0123: Docket #169; Charge id: 540488 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:11:00 AM; Description: Downloaded P0229: Docket #422 (Main Document); Charge id: 540484 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:11:00 AM; Description: Downloaded P0229: Docket #418; Charge id: 540483 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:10:00 AM; Description: Downloaded P0229: Docket #383 (Main Document); Charge id: 540482 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 8:07:00 AM; Description: Downloaded K0056: Docket #735 (Exhibit); Charge id: 540514 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 8:07:00 AM; Description: Downloaded K0056: Docket #735 (Main Document); Charge id: 540513 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:05:00 AM; Description: Downloaded Y0016: Docket #623 (Main Document); Charge id: 540470 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:04:00 AM; Description: Single case search; Charge id: 540465 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:03:00 AM; Description: Downloaded U0070: Docket #147; Charge id: 540463 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:01:00 AM; Description: Single case search; Charge id: 540461 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:17:00 AM; Description: Downloaded P0229: Docket #381; Charge id: 540491 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:16:00 AM; Description: Downloaded P0229: Docket #368 (Main Document); Charge id: 540489 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:26:00 AM; Description: Downloaded U0070: Docket #153 (Exhibits 1 - 4); Charge id: 540446 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:26:00 AM; Description: Downloaded U0070: Docket #153 (Main Document); Charge id: 540445 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:25:00 AM; Description: Downloaded I0108: Docket #68 (Exhibit 1); Charge id: 540444 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:25:00 AM; Description: Downloaded I0108: Docket #68 (Main Document); Charge id: 540443 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:06:00 AM; Description: Downloaded P0229: Docket #329 (Main Document); Charge id: 540475 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 7:06:00 AM; Description: Single case search; Charge id: 540474 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:20:00 AM; Description: Single case search; Charge id: 540440 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:19:00 AM; Description: Downloaded P0219: Docket #198; Charge id: 540439 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:19:00 AM; Description: Single case search; Charge id: 540438 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:17:00 AM; Description: Single case search; Charge id: 540437 | $5.44 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 7:00:00 AM; Description: Downloaded Z0021: Docket #194 (Exhibits 1 - 6); Charge id: 540460 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:54:00 AM; Description: Downloaded Z0021: Docket #194 (Main Document); Charge id: 540457 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:52:00 AM; Description: Downloaded Y0016: Docket #624 (Exhibit A - APA); Charge id: 540433 | $3.27 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:52:00 AM; Description: Downloaded Y0016: Docket #624 (Main Document); Charge id: 540432 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:52:00 AM; Description: Downloaded P0234: Docket #119 (Main Document); Charge id: 540431 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 5:45:00 AM; Description: Multiple case search; Charge id: 540430 | $21.78 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:24:00 AM; Description: Downloaded L0139: Docket #239; Charge id: 540442 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/21/2024 6:20:00 AM; Description: Downloaded L0139: Docket #269; Charge id: 540441 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:32:00 AM; Description: Downloaded Missing Document (Main Document); Charge id: 540427 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:09:00 AM; Description: Downloaded P0229: Docket #331 (Exhibit 3); Charge id: 540426 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:09:00 AM; Description: Downloaded P0229: Docket #331 (Exhibit 2); Charge id: 540425 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:08:00 AM; Description: Downloaded P0229: Docket #331 (Main Document); Charge id: 540424 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:16:00 AM; Description: Downloaded A0385: Docket #233 (Exhibit 1 (Staking Horse APA)); Charge id: 540436 | $3.27 |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 6:15:00 AM; Description: Downloaded A0385: Docket #233 (Main Document); Charge id: 540435 | $3.27 |

| \ | \ | \ | \ |
|---|---|---|---|
| **DISBURSEMENT DETAIL** | | | |
| Date | Expense Type | Description | Amount |
| 10/21/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Jacob Goldberger; 10/21/2024 5:04:00 AM; Description: Downloaded T0268: Docket #135 (Main Document); Charge id: 540421 | $3.27 |
| 10/29/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/29/2024 12:09:00 PM; Description: Downloaded S0186: Docket #291; Charge id: 541616 | $3.27 |
| 10/29/24 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 10/29/2024 12:08:00 PM; Description: Single case search; Charge id: 541615 | $5.44 |
| 10/31/24 | Outside Documents & Research | courtlink: COURTLINK DOCKET UPDATE DOCKET UPDATE For MARJORIE RICHMOND | $0.23 |
| 10/31/24 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MARJORIE RICHMOND | $1.61 |
| 10/31/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MARJORIE RICHMOND | $19.55 |
| 10/31/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MARJORIE RICHMOND | $2.99 |
| 10/18/24 | Postage, courier & freight | From Matthew R. Brock to Matthew R Brock | $36.79 |
| 10/01/24 | Travel | Stern, Ethan, 11:24 PM, OT Lyft from Davis Polk office to home | $72.94 |
| 10/02/24 | Travel | Cahill, Vincent, 10:08 PM, Uber, OT Taxi from Davis Polk office to Home | $23.94 |
| 10/03/24 | Travel | Piraino, Stephen, Amtrak from New York to Wilmington, DE | $647.73 |
| 10/03/24 | Travel | Kevin, Winiarski, 9:17 PM, OT Taxi from Davis Polk office to home | $57.97 |
| 10/07/24 | Travel | Shpeen, Adam L., Amtrak train from New York to Wilmington, DE | $376.00 |
| 10/07/24 | Travel | Piraino, Stephen D., Hotel for hearing, Staybridge Downtown Wilmington | $177.21 |

78

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 10/07/24 | Travel | Shpeen, Adam L., Hotel for hearing, Staybridge Downtown Wilmington | $316.83 |
| 10/07/24 | Travel | Stern, Ethan, 10:25 PM, OT Car from Davis Polk office to home | $75.15 |
| 10/08/24 | Travel | Resnick, Brian M., Amtrak train from New York to Wilmington, DE | $241.00 |
| 10/08/24 | Travel | Brock, Matthew, Amtrak train from New York to Wilmington, DE | $350.63 |
| 10/08/24 | Travel | Shpeen, Adam L., Hotel for hearing, Staybridge Downtown Wilmington | $318.83 |
| 10/08/24 | Travel | Resnick, Brian M., Hotel for hearing, The Quoin Wilmington, DE | $299.83 |
| 10/08/24 | Travel | Shpeen, Adam L., Taxi from train station to hotel, Wilmington, DE | $17.41 |
| 10/09/24 | Travel | Resnick, Brian M., Amtrak train from Wilmington, DE to New York | $175.33 |
| 10/09/24 | Travel | Resnick, Brian M., Taxi from New York train station to home | $22.77 |
| 10/09/24 | Travel | Cahill, Vincent, 1:42 AM, OT Uber from Davis Polk office to home | $20.66 |
| 10/10/24 | Travel | Cahill, Vincent, 9:00 PM, OT Uber from Davis Polk office to home | $29.18 |
| 10/10/24 | Travel | Shpeen, Adam L., 9:00 PM, OT Uber from Davis Polk office to home | $49.77 |
| 10/14/24 | Travel | Stern, Ethan, 10:36 PM, OT Lyft from Davis Polk office to home | $75.32 |
| 10/15/24 | Travel | Stern, Ethan, OT Taxi 11:49 PM, Lyft, | $78.08 |
| 10/17/24 | Travel | Piraino, Stephen, Amtrak train from New York to Wilmington, DE | $412.93 |
| 10/18/24 | Travel | Brock, Matthew, Amtrak train from New York to Wilmington, DE | $503.83 |
| 10/18/24 | Travel | Peppiatt, Jonah Amtrak train from New York to Wilmington, DE | $412.93 |
| 10/18/24 | Travel | Cahill, Vincent, 1:42 AM, OT Uber from Davis Polk office to home | $20.94 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/19/24 | Travel | Cahill, Vincent, 5:18 AM, OT Uber from Davis Polk office to home | $18.17 |
| 10/20/24 | Travel | Piraino, Stephen D., Hotel in Wilmington, DE for Big Lots hearing | $158.02 |
| 10/20/24 | Travel | Shpeen, Adam L., Uber to home from Penn Station | $40.92 |
| 10/20/24 | Travel | Shpeen, Adam L., Uber from Wilmington Train Station to Hotel DuPont | $17.44 |
| 10/20/24 | Travel | Winiarski, Kevin L., Hotel Du Pont | $394.90 |
| 10/20/24 | Travel | Stern, Ethan, Hotel Du Pont | $394.90 |
| 10/20/24 | Travel | Shpeen, Adam L., Hotel DuPont | $394.90 |
| 10/20/24 | Travel | Stern, Ethan, Lyft ride from home to Newark Amtrak Station | $56.14 |
| 10/20/24 | Travel | Winiarski, Kevin L., Amtrak from Newark to Wilmington | $245.00 |
| 10/20/24 | Travel | Shpeen, Adam L., Amtrak from New York to Wilmington | $288.00 |
| 10/20/24 | Travel | Stern, Ethan, Amtrak, from Newark to Wilmington, DE | $443.00 |
| 10/21/24 | Travel | Shpeen, Adam L., Amtrak from Wilmington, DE to New York | $157.00 |
| 10/21/24 | Travel | Winiarski, Kevin L., Amtrak from Wilmington, DE to New York | $207.00 |
| 10/21/24 | Travel | Resnick, Brian M. Amtrak from New York to Wilmington, DE | $190.00 |
| 10/21/24 | Travel | Resnick, Brian M., Amtrak from Wilmington, DE to New York | $99.00 |
| 10/21/24 | Travel | Resnick, Brian M., Amtrak from New York to Wilmington | $220.00 |
| 10/21/24 | Travel | Stern, Ethan, Lyft from Newark Amtrak to Teaneck, NJ | $62.36 |
| 10/21/24 | Travel | Shpeen, Adam L., Uber from Wilmington Train Station to home | $21.25 |
| 10/21/24 | Travel | Winiarski, Kevin L., Uber from Morris Nichols offices to Wilmington train station | $15.56 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/21/24 | Travel | Resnick, Brian M., Uber from New York Penn Station to home | $161.67 |
| 10/21/24 | Travel | Resnick, Brian M., Uber from Pelham, NY to New Rochelle train station | $37.43 |
| 10/21/24 | Travel | Winiarski, Kevin L., Taxi from Penn Station to Home | $44.96 |
| 10/23/24 | Travel | Peppiatt, Jonah, Amtrak from New York to Wilmington, DE | $492.13 |
| 10/23/24 | Travel | Peppiatt, Jonah, Amtrak cancellation | $(229.50) |
| 10/24/24 | Travel | Peppiatt, Jonah, Amtrak from Wilmington, DE to New York | $851.13 |
| 10/24/24 | Travel | Peppiatt, Jonah, Amtrak cancellation | $(467.50) |
| 10/24/24 | Travel | Winiarski, Kevin L., Amtrak from New York to to Wilmington, DE | $255.00 |
| 10/24/24 | Travel | Winiarski, Kevin L., Amtrak to Stamford, CT from Wilmington, DE | $553.00 |
| 10/25/24 | Travel | Resnick, Brian M., Amtrak from Wilmington, DE to New York | $379.63 |
| 10/25/24 | Travel | Winiarski, Kevin L., Uber from Wilmington, DE Amtrak station to Morris Nichols offices | $8.61 |
| 10/25/24 | Travel | Winiarski, Kevin L., Uber from Morris Nichols offices to Wilmington, DE train station | $21.75 |
| 10/25/24 | Travel | Winiarski, Kevin, 5:58 PM, Uber from Stamford, CT train station to home | $15.17 |
| 10/29/24 | Travel | Stern, Ethan, 9:10 PM, OT Lyft from Davis Polk office to home | $73.75 |
| 10/30/24 | Travel | Goldberger, Jacob, Amtrak, Round-trip from New York Penn Station to and from Wilmington, DE | $462.00 |
| 10/30/24 | Travel | Goldberger, Jacob, Change Fee, Amtrak | $48.00 |
| 10/30/24 | Travel | Goldberger, Jacob, Hotel DuPont | $603.90 |
| 10/30/24 | Travel | Goldberger, Jacob, Uber from Wilmington, DE train station to Hotel Du Pont | $15.64 |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 10/31/24 | Travel | Goldberger, Jacob, Uber from Morris Nichols offices to Wilmington train station | $19.50 |
| | | Document Process / Admin Asst. | $166.50 |
| | | Lexis | $7,813.98 |
| | | Westlaw | $1,762.06 |
| | | Electronic Copies (B/W) | $224.85 |
| **TOTAL** | | | **$28,149.16** |