IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., et al., | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| _____ | ) Re: Docket No. |

### [PROPOSED] ORDER GRANTING MOTION OF CALITEX, LLC AND VANYARMOUTH, LLC FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the *Motion of Calitex, LLC and Vanyarmouth, LLC For Order Granting Relief from the Automatic Stay* (the "Motion"[2]), the Court having found that notice of the Motion and of the hearing on the Motion was timely, proper and adequate under all applicable rules of procedure; and the Court, having found that cause exists under 11 U.S.C. § 362(d)(1) and that good and adequate cause exists for approval of the Motion,

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein; and

2.  The automatic stay of 11 U.S.C. § 362(a) of the Bankruptcy Code is immediately modified to allow the Parties to continue the Appeal to resolution, and the Appellate Court decide the Appeal and take appropriate steps as deemed necessary to effectuate said decision.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.

[2] Capitalized terms shall have the meanings ascribed to them in the Motion unless expressly defined otherwise herein.

3. This Order does not prevent Movants from seeking further relief from the automatic stay in connection with the Appeal or otherwise.

4. Nothing in this Order shall limit or affect the Movants' rights under any proofs of claim (the "Claims") that Movants have filed or may hereafter file, and the Debtors and their estates retain the right to raise any and all defenses to the Claims.

5. Nothing in this Order shall limit or affect the Movants' rights otherwise available to it regarding the Property and the Lease, including with respect to assumption and assignment, adequate protection and cure, and the Debtors and their estates retain all rights with respect thereto.

6. The fourteen day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived with respect to the relief granted herein.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.