# **<u>Exhibit B</u>**

# Big Lots, Inc.

# Deloitte & Touche LLP

# Expenses Sorted by Category for the Fee Period

October 01, 2024 - October 31, 2024

| Category | Date | Description | Amount |
|---|---|---|---|
| *Mileage* | | | |
| Klump, Stephanie | 10/30/2024 | Mileage from Cincinnati, OH to Columbus, OH - 110 miles. | $73.70 |
| Klump, Stephanie | 10/30/2024 | Mileage from Columbus, OH to Cincinnati, OH - 110 miles. | $73.70 |
| Subtotal for Mileage: | | | $147.40 |
| Total | | | $147.40 |

## Recapitulation

| Category | Amount |
|---|---|
| Mileage | $147.40 |

1