**Exhibit A to Post-Auction Notice**

**Successful Bidder List**

| Lease Asset(s) | Lease Counterparty | Successful Bidder | Type of Agreement | Price[3] | Cure |
|---|---|---|---|---|---|
| #4025, 610 Las Tunas Dr., Arcadia, CA | RHET FLORIN, LLC, ROBHANA INVESTMENTS III, LLC and RH BIG LOTS, LLC | RHET FLORIN, LLC, ROBHANA INVESTMENTS III, LLC and RH BIG LOTS, LLC | Lease Termination | $148,963 | $73,963 |
| #4476, 14339 Clark Ave, Bellflower, CA | Bellflower Park, LP, a California Limited Partnership, as successor in interest to Bellflower Shopping Center, LLC | Bellflower Park, LP, a California Limited Partnership, as successor in interest to Bellflower Shopping Center, LLC | Lease Termination | $48,330 | $48,330 |
| #1227, 2601 Fort Campbell Blvd, Hopkinsville, KY | Core Park Plaza LLC | Core Park Plaza LLC | Lease Termination | $34,484 | $34,484 |
| #1990, 1293 Shreveport Barksdale Hwy, Shreveport, LA | Shreve City, LLC | Shreve City, LLC | Lease Termination | $13,750 | $13,750 |
| #5271, 23351 Eureka Rd., Taylor, MI | BIG TAMI Owner LLC | Aldi Inc. | Assumption & Assignment | $195,922 | $70,922 |
| #1972, 613 N Perkins Rd., Stillwater, OK | FC Robson Properties LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $34,550 |
| #1809, 3472 Concord Rd., Aston, PA | Village Green Realty L.P. | Goodwill of Delaware and Delaware County, Inc. | Assumption & Assignment | $100,860 | $15,860 |
| #4756, 4101 Interstate Hwy 69 Access Rd., Corpus Christi, TX | Cielo Paso Parke Green, LP | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $22,523 |
| #4606, 1255 Town Square Dr., Fort Worth, TX | RPI Ridgmar Town Square, Ltd. | RPI Ridgmar Town Square, Ltd. | Lease Termination | $84,623 | $84,623 |

---

[3] The listed price is inclusive of the value of cure waivers in instances of landlord termination bids.

| | | | | | |
|---|---|---|---|---|---|
| #4741, 4919 North St, Ste 101, Nacogdoches, TX | Nacogdoches MP LTD | Aldi Inc. | Assumption & Assignment | $144,824 | $19,824 |
| #4686, 1445 N Montebello Blvd., Montebello, CA | KIR Montebello LP | Hobby Lobby Stores, Inc. | Assumption & Assignment | $550,000[4] | $71,507 |
| #4602, 10251 Fairway Dr., Roseville CA | Ethan Conrad as successor in interest to Conrad Urata 4, LLC | Ethan Conrad as successor in interest to Conrad Urata 4, LLC | Lease Termination | $30,000 | $28,382 |
| #4030, 299 Borchard Dr., Ventura, CA | Jasmine Meadow Properties, L.P. | Jasmine Meadow Properties, L.P. | Lease Termination | $175,675 | $75,675 |
| #4671, 78 Frontage Rd., East Haven, CT | KDS Associates, LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $104,786 | $89,688 |
| #4225, 2100 SW 27th Ave, Miami, FL | Orchard View Properties, LLC | Orchard View Properties, LLC | Lease Termination | $176,044[5] | $76,044 |
| #5230, 6420 20th St., Vero Beach, FL | Premium Asset Management Inc. | Aldi Inc. | Assumption & Assignment | $800,000[6] | $81,100 |
| #5316, 3950 Venture Dr., Duluth, GA | Venture Partners, LLC | Venture Partners, LLC | Lease Termination | $95,656 | $20,656 |
| #4711, 4655 Canal Ave SW, Grandville, MI | ROF Grandville LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $71,771 | $21,771 |
| #1970, 5881 Suemandy Rd., Saint Peter, MO | The Grewe Limited Partnership | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $23,261 |

---

[4] This lease is subject to a backup bid from KIR Montebello LP for $500,000.

[5] This lease is subject to a backup bid from Madesa Inc. for $87,750.

[6] This lease is subject to a backup bid from Havertys Furniture Companies, Inc. for $750,000.

7

| Location | Landlord | Counterparty | Action | Amount | Cure |
|---|---|---|---|---|---|
| #4687, 1851 Sunrise Hwy, Bayshore, NY | Kimco Landlords (an affiliate of Kimco Realty Corporation) | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $286,311[7] | $236,311 |
| #1377, 400 Route 211 E Ste 28, Middletown, NY | BRE RETAIL RESIDUAL OWNER 1 LLC | BRE RETAIL RESIDUAL OWNER 1 LLC | Lease Termination | $40,078 | $40,078 |
| #5216, 5702 Nolensville Rd., Nashville, TN | 5620 Nolensville Pike, LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $300,000[8] | $23,708 |
| #4277, 1070 W Avenue K Ste A, Lancaster, CA | BIG LACA Owner LLC | Burlington Coat Factory of Texas, Inc. | Assumption & Assignment | $61,790 | $11,790 |
| #527, 1492 S Belcher Rd., Clearwater, FL | Imperial Square LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $13,407 |
| #5264, 901 East Langsford Rd., Lees Summit, MO | Fort Wayne Matador, Inc. | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $19,175 |
| #4701, 5055 W Sahara Ave, Las Vegas NV | WEST SAHARA EQUITIES LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $87,283 | $37,283 |
| #5350, 949 Church Rd., Cherry Hill, NJ | ILF - Cherry Hill, LLC and; ALS - Cherry Hill, LLC, predecessor in interest to Jay Birnbaum – Cherry Hill, LLC | ILF - Cherry Hill, LLC and; ALS - Cherry Hill, LLC, predecessor in interest to Jay Birnbaum – Cherry Hill, LLC | Lease Termination | $101,139 | $76,139 |
| #1684, 223 New Market Ctr, Boone, NC | Boone Investment Group LLC | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $24,265 |

---

[7] This lease is subject to a backup bid from Kimco Landlords (an affiliate of Kimco Realty Corporation) for $236,311.

[8] This lease is subject to a backup bid from 5620 Nolensville Pike, LLC for $250,000.

8

| | | | | | |
|---|---|---|---|---|---|
| #4736, 3300 W Expressway 83 Unit 200, McAllen, TX | Palms Crossing Town Center, LLC | Burlington Coat Factory of Texas, L.P. | Assumption & Assignment | $76,428 | $26,428 |
| #1859, 1201 S Interstate 35 Ste 200, Round Rock, TX | Tri Marsh Realty, LLC | Tri Marsh Realty, LLC | Lease Termination | $59,748 | $34,748 |
| #556, 14948 N Florida Ave, Tampa, FL | B&B Cash Grocery Stores, Inc. | Ollie's Bargain Outlet, Inc. | Assumption & Assignment | $26,353 | $15,212 |
| #5275, 2020 Gunbarrel Rd Ste 186, Chattanooga, TN | Hamilton Village Station LLC | Hamilton Village Station LLC | Lease Termination | $21,304 | $21,304 |
| #4761, 3512 Lamar Ave, Paris, TX | Paris Towne Center, LLC | Ivan Smith Furniture Co., LLC | Lease Termination | $205,000[9] | $9,503 |

---

[9] This lease is subject to a backup bid from Burlington Coat Factory of Texas, L.P. for $195,000.