**EXHIBIT A**

| LEASE ASSET | LEASE COUNTERPARTY | SUCCESSFUL BIDDER | TYPE OF AGREEMENT | PRICE | CURE |
|---|---|---|---|---|---|
| 2700 US Highway 22, Union, NJ, 07083 | DT Route 22 Retail LLC | Dick's Sporting Goods, Inc. | Assumption & Assignment | $600,000 | $124,486.85 |