## EXHIBIT A

| LEASE ASSET(S) | LEASE COUNTERPARTY | SUCCESSFUL BIDDER | TYPE OF AGREEMENT | PRICE | CURE |
|---|---|---|---|---|---|
| #1171, 31 Hwy 138 W Ste 150, Stockbridge, GA | Mays SDC LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $88,250 | $38,337 |