**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**October 1, 2024, through October 31, 2024**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 857.20 |
| In-House Printing - color | 4,642.40 |
| In-House Printing - black & white | 2,670.00 |
| In-House Duplicating - color | 82.98 |
| In-House Duplicating | 48.74 |
| Computer Research - Westlaw | 91.10 |
| Meals | 1,981.19 |
| Courier/Delivery Service | 955.01 |
| Transcripts | 4,685.26 |
| Support Staff Overtime | 91.31 |
| Use of Facilities/Equipment | 1,325.00 |
| Supplemental Tech Trial Support Services | 81.74 |
| **Grand Total Expenses** | **$17,511.93** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/01/24 | Pacer | 30.0 | 3.00 |
| 10/01/24 | Meals – Breakfast for ten people for September 30 hearing. | 1.0 | 183.89 |
| 10/02/24 | Pacer | 92.0 | 9.20 |
| 10/03/24 | Computer Research - Westlaw | 2.0 | 35.90 |
| 10/04/24 | Pacer | 70.0 | 7.00 |
| 10/07/24 | In-House Printing - black & white | 822.0 | 82.20 |
| 10/07/24 | In-House Printing - color | 123.0 | 98.40 |
| 10/07/24 | In-House Duplicating - color | 1,383.0 | 82.98 |
| 10/07/24 | Pacer | 201.0 | 20.10 |
| 10/07/24 | In-House Duplicating | 2,437.0 | 48.74 |
| 10/07/24 | Use of Facilities/Equipment - Litigation suite rental for October 9 hearing | 1.0 | 1,325.00 |
| 10/08/24 | In-House Printing - color | 883.0 | 706.40 |
| 10/08/24 | In-House Printing - black & white | 4,502.0 | 450.20 |
| 10/08/24 | Meals – Lunch for ten people in preparation for second day hearing. | 1.0 | 193.54 |
| 10/08/24 | Courier/Delivery Service - Delivery fee for dinner in preparation for October 9 hearing | 1.0 | 50.00 |
| 10/08/24 | Pacer | 30.0 | 3.00 |
| 10/09/24 | In-House Printing - color | 1,315.0 | 1,052.00 |
| 10/09/24 | Pacer | 556.0 | 55.60 |
| 10/09/24 | In-House Printing - black & white | 524.0 | 52.40 |
| 10/09/24 | Meals – Breakfast and Delivery charge for special dietary need for October 9 hearing. | 1.0 | 56.99 |
| 10/09/24 | Meals – Working dinner for six people after second day hearing. | 1.0 | 225.00 |
| 10/09/24 | Meals – Breakfast for 15 people for October 9 hearing. | 1.0 | 143.73 |
| 10/09/24 | Courier/Delivery Service - Removal of materials from courtroom to Morris Nichols's office | 1.0 | 67.00 |
| 10/09/24 | Courier/Delivery Service - Delivery of hearing materials from Morris Nichols's office to courtroom | 1.0 | 60.00 |
| 10/09/24 | Courier/Delivery Service - Delivery fee for lunch for October 9 hearing | 1.0 | 30.00 |
| 10/09/24 | Courier/Delivery Service - Delivery fee for breakfast for October 9 hearing | 1.0 | 45.00 |
| 10/09/24 | Courier/Delivery Service - Delivery of materials to and from courtroom | 1.0 | 96.38 |
| 10/09/24 | Transcripts - Expedited transcript of 10/9 hearing | 1.0 | 530.70 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/09/24 | Support Staff Overtime for October 9 second day hearing | 1.0 | 91.31 |
| 10/10/24 | Pacer | 35.0 | 3.50 |
| 10/11/24 | Pacer | 32.0 | 3.20 |
| 10/11/24 | Transcripts - Transcript of October 9 second day hearing | 1.0 | 139.20 |
| 10/14/24 | Pacer | 126.0 | 12.60 |
| 10/14/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 10/15/24 | Pacer | 60.0 | 6.00 |
| 10/15/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 10/16/24 | Pacer | 1,715.0 | 171.50 |
| 10/16/24 | In-House Printing - color | 96.0 | 76.80 |
| 10/16/24 | In-House Printing - black & white | 2,318.0 | 231.80 |
| 10/17/24 | Pacer | 722.0 | 72.20 |
| 10/17/24 | In-House Printing - color | 1,077.0 | 861.60 |
| 10/17/24 | In-House Printing - black & white | 3,587.0 | 358.70 |
| 10/18/24 | Pacer | 117.0 | 11.70 |
| 10/18/24 | Meals - Lunch for ten people for October 21 hearing. | 1.0 | 231.79 |
| 10/18/24 | Transcripts - Transcript of October lease sale auction | 1.0 | 674.88 |
| 10/21/24 | Pacer | 280.0 | 28.00 |
| 10/21/24 | In-House Printing - black & white | 4,035.0 | 403.50 |
| 10/21/24 | In-House Printing - color | 1,819.0 | 1,455.20 |
| 10/21/24 | Transcripts - Expedited transcript of 10/21 hearing | 1.0 | 1,026.60 |
| 10/21/24 | Courier/Delivery Service - Delivery fee for breakfast for October 21 hearing | 1.0 | 90.00 |
| 10/21/24 | Courier/Delivery Service - Delivery fee for lunch for October 21 hearing | 1.0 | 90.00 |
| 10/21/24 | Meals - Lunch for 10 people for October 21 hearing | 1.0 | 120.00 |
| 10/21/24 | Supplemental Tech Trial Support Services for October 21 hearing | 1.0 | 81.74 |
| 10/22/24 | Pacer | 493.0 | 49.30 |
| 10/22/24 | Meals – Breakfast for ten people for October 21 hearing. | 1.0 | 110.00 |
| 10/23/24 | Pacer | 132.0 | 13.20 |
| 10/23/24 | Meals – Lunch for ten people for continued October 25 hearing. | 1.0 | 336.59 |
| 10/24/24 | Pacer | 150.0 | 15.00 |
| 10/24/24 | Meals – Breakfast for ten people for continued October 25 hearing. | 1.0 | 91.06 |

3

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/24/24 | Courier/Delivery Service - Delivery fee for breakfast in preparation for October 25 continued hearing | 1.0 | 90.00 |
| 10/24/24 | Courier/Delivery Service - Delivery fee for lunch in preparation for October 25 continued hearing | 1.0 | 90.00 |
| 10/25/24 | In-House Printing - color | 304.0 | 243.20 |
| 10/25/24 | In-House Printing - black & white | 1,240.0 | 124.00 |
| 10/25/24 | Transcripts - Transcript of October 25 hearing | 1.0 | 130.50 |
| 10/25/24 | Pacer | 276.0 | 27.60 |
| 10/28/24 | In-House Printing - black & white | 3,969.0 | 396.90 |
| 10/28/24 | In-House Printing - color | 97.0 | 77.60 |
| 10/28/24 | Pacer | 201.0 | 20.10 |
| 10/29/24 | In-House Printing - black & white | 339.0 | 33.90 |
| 10/29/24 | Pacer | 168.0 | 16.80 |
| 10/29/24 | In-House Printing - color | 58.0 | 46.40 |
| 10/30/24 | In-House Printing - black & white | 4,186.0 | 418.60 |
| 10/30/24 | Pacer | 375.0 | 37.50 |
| 10/30/24 | Transcripts - Court reporter and transcript cost for auction of substantially all the Debtors' assets. | 1.0 | 1,667.38 |
| 10/30/24 | In-House Printing - color | 31.0 | 24.80 |
| 10/31/24 | Pacer | 2,711.0 | 271.10 |
| 10/31/24 | In-House Printing - black & white | 1,178.0 | 117.80 |
| 10/31/24 | Meals – Lunch for seven people in preparation for October 31 hearing. | 1.0 | 288.60 |
| 10/31/24 | Transcripts - Transcript of October 31 hearing | 1.0 | 333.50 |
| 10/31/24 | Transcripts - Transcript of October 31 hearing | 1.0 | 182.50 |
| 10/31/24 | Courier/Delivery Service - Delivery fee for breakfast for October 31 hearing | 1.0 | 90.00 |
| 10/31/24 | Courier/Delivery Service - Delivery fee for lunch for October 31 hearing | 1.0 | 90.00 |
| 10/31/24 | Courier/Delivery Service – Fee for delivery of materials to and from courtroom for October 31 hearing. | 1.0 | 66.63 |
| | **Total** | | **$17,511.93** |