## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on December 9, 2024, I caused a copy of the *Limited Objection and Reservation of Rights of Uncas International LLC to Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

>  /s/ Kevin S. Mann
>  Kevin S. Mann (No. 4576)

**Service List**

| | |
|---|---|
| Robert J. Dehney, Sr., Esquire<br>Andrew R. Remming, Esquire<br>Daniel B. Butz, Esquire<br>Tamara K. Mann, Esquire<br>Casey B. Sawyer, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>biglots.mnat@morrisnichols.com | Justin R. Alberto, Esquire<br>Stacey L. Newman, Esquire<br>Sarah Carnes, Esquire<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br>scarnes@coleschotz.com |
| Brian M. Resnick, Esquire<br>Adam L. Shpeen, Esquire<br>Stephen D. Piraino, Esquire<br>Jonah A. Peppiatt, Esquire<br>Ethan Stern, Esquire<br>DAVIS POLK & WARDELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com<br>notice.biglots@davispolk.com | Darren Azman, Esquire<br>Kristin K. Going, Esquire<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br><br>Linda Casey, Esquire<br>Office Of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov |