## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511] (the "***Notice of Potential Assumption and Assignment of Executory Contracts***")

On November 26, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Landlords Service List attached hereto as **Exhibit B**:

- Nexus Capital Management LP Adequate Assurance Package

On November 26, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Potential Assumption and Assignment of Executory Contracts to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit C**.

On December 2, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit D**:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 683], an abridged version of the Cure Notice, a copy of which is attached hereto as **Exhibit E**

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing, a copy of which has been attached hereto as **Exhibit F** (the "***Sale Notice***")

On December 2, 2024, at my direction and under my supervision, employees of Kroll caused the Sale Notice to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit G**.

Dated: December 6, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 6, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 83991, 84026, 84029 & 84124

## Exhibit A

Exhibit A

Supplemental Contract Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29305854 | 150 SOUTH 11TH AVE LLC | C/O MANCO ABBOTT | 1398 W. HERNDON AVENUE | SUITE 105 | FRESNO | CA | 93711 | |
| 29463340 | Accertify, Inc. | 2 Pierce Place | Suite 900 | | Itasca | IL | 60143 | |
| 29463352 | Adobe Systems, Inc. | 1221 Peachtree Street NE | Suite 150 | | Atlanta | GA | 30361 | |
| 29463377 | All Access Entertainment | 211 Richmond Street | | | El Segundo | CA | 90245 | |
| 29463384 | Alteryx, Inc. | 3347 Michelson Drive | Suite 400 | | Irvine | CA | 92612 | |
| 29463406 | Aon Consulting, Inc. | 200 East Randolph St. | | | Chicago | IL | 60601 | |
| 29463411 | Aon Risk Consultants, Inc. | 9841 Broken Land Parkway | Suite 305 | | Columbia | MD | 21046 | |
| 29463471 | Bensons Pet Center | 3083 New York 50 | Saratoga | | Springs | NY | 12866 | |
| 29463487 | BLACKHAWK, INC. | 2520 PILOT KNOB ROAD | SUITE 300 | | MENDOTA HEIGHTS | MN | 55120 | |
| 29463514 | Building Air Services | 10460 68th Street North | | | Pinellas Park | FL | 33762 | |
| 29463526 | CAP Index, Inc. | 64 E Uwchlan Avenue Suite 520 | | | Exton | PA | 19341 | |
| 29463544 | CBRE, Inc. | 2121 North Pearl Street | Suite 300 | | Dallas | TX | 75201 | |
| 29463548 | CBTS | 25 Merchant St. | | | Cincinnati | OH | 45246 | |
| 29463568 | CFP Fire Protection, Inc. | 153 Technology Drive | Suite 200 | | Irvine | CA | 92618 | |
| 29463571 | CHEP USA | 7501 Greenbriar Parkway | | | Orlando | FL | 32819 | |
| 29463578 | Cincinnati Bell Technology Solutions Inc. | 25 Merchant St. | | | Cincinnati | OH | 45246 | |
| 29463585 | Cision US Inc. | 300 S Riverside Plaza | | | Chicago | IL | 60606 | |
| 29463594 | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd | | | Oklahoma City | OK | 73118 | |
| 29463635 | Computershare | 150 Royall Street | | | Canton | MA | 02021 | |
| 29463646 | Consolidated Stores | 2226 Delaware Ave | | | Buffalo | NY | 14216-2618 | |
| 29463665 | Consolidated Stores International Corporation | 3804 Main St | | | Chula Vista | CA | 91911 | |
| 29463675 | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Pkwy | Ste 100 | | Louisville | KY | 40220-3788 | |
| 29463698 | Corporation Service Company | 251 Little Falls Dr. | | | Wilmington | DE | 19808 | |
| 29463716 | D&B | 5335 Gate Parkway | | | Jacksonville | FL | 32256 | |
| 29463717 | D&J Master Clean, Inc. | 680 Dearborn Park Lane | | | Columbus | OH | 43085 | |
| 29463728 | Data Driven Decisions Incorporated | 2030 Addison Street | Suite 650 | | Berkeley | CA | 94704 | |
| 29463786 | DocuSign | 221 Main Street | Suite 1000 | | San Francisco | CA | 94105 | |
| 29463804 | E & A Worldwide Traders, Inc. | 235 Little East Neck Rd | Building D | | West Babylon | NY | 11704 | |
| 29463822 | Equifax Workforce Solutions LLC | 11432 Lackland Rd | | | St Louis | MO | 63146 | |
| 29463885 | FourKites, Inc. | 110 N. Wacker Drive, Suite 455 | | | Chicago | IL | 60606 | |
| 29463917 | Georgeson Inc. | 1290 Avenue of the Americas | 9th Floor | | New York | NY | 10104 | |
| 29463964 | Homestar North America, LLC | 13355 Noel Road | Suite 510 | | Dallas | TX | 75215 | |
| 29463972 | Hub Group, Inc. d/b/a Unyson Logistics | 2001 Hub Group Way | | | Oak Brook | IL | 60523 | |
| 29464013 | IBM Credit LLC | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464019 | iCIMS, Inc. | 101 Crawfords Corner Road | Suite 3-100 | | Holmdel | NJ | 07733 | |
| 29464050 | Initiative | 100 W 33rd St | 4th Floor. | | New York | NY | 10001 | |
| 29464051 | Initiative Media Worldwide, Inc. | 100 West 33Rd. 4Th Floor | | | New York | NY | 10001 | |
| 29464052 | Initiative Media, Inc. | 100 W 33rd St | 4th Floor | | New York | NY | 10001 | |

Exhibit A

Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29464053 | Initiative Media, Inc., f/k/a Initiative Media Worldwide, Inc. | 100 W 33rd St | 4th Floor | | New York | NY | 10001 | |
| 29464055 | Initiative, a division of Initiative Media Worldwide, Inc. | 100 West 33rd | 4th Floor | | New York | NY | 10017 | |
| 29464058 | Initiative, a division of Mediabrands Worldwide, Inc. f/k/a Initiative Worldwide, Inc. | 100 West 33rd | 4th Floor | | New York | NY | 10001 | |
| 29464109 | International Business Machines Corporation | New Orchard Road Armonk | | | New York | NY | 10504 | |
| 29464140 | ISOTECH Pest Management, Inc. | 12881 Ramona Blvd | | | Irwindale | CA | 91706 | |
| 29464170 | K Line America, Inc | 4860 Cox Road, Suite 300 | | | Glen Allen | VA | 23060 | |
| 29464188 | KPMG | 515 BROADWAY | 4TH FLOOR | | ALBANY | NY | 12207-2974 | |
| 29464189 | KPMG Inc. | 227 N Bronough Street | Suite 7500 | | Tallahassee | FL | 32301 | |
| 29464197 | KPMG LLP | 345 Park Avenue | | | New York | NY | 10154 | |
| 29464194 | KPMG LLP | 515 BROADWAY | 4TH FLOOR | | ALBANY | NY | 12207-2974 | |
| 29464207 | Kronos Incorporated | 900 Chelmsford Street | | | Lowell | MA | 01851 | |
| 29464222 | LeaseNet, Inc. | 1951 Kidwell Drive | Suite 101 | | Vienna | VA | 22182 | |
| 29432761 | LIT INDUSTRIAL LIMITED PARTNERSHIP | C/O CLARION PARTNERS | 15731 W 100TH TER | | LENEXA | KS | 66219-1285 | |
| 29464249 | Maersk Agency U.S.A, Inc. as agent for Maersk Ling | 2 Giralda Farms | | | Madison | NJ | 07940 | |
| 29464270 | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S dba Maersk Line | 2 GIRALDA FARMS, | | | Madison | NJ | 07940 | |
| 29464273 | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Esplanaden 50 | | | Copenhagen | | 1098 | Denmark |
| 29464387 | Mirakl Inc. | 12, Rue de Lubeck | | | Paris | | 75116 | France |
| 29464392 | Monster | 133 Boston Post Road | | | Weston | MA | 02493 | |
| 29464410 | NASDAQ OMX Corporate Solutions, LLC | 151 West 42nd Street | Floors 26, 27, 28 | | New York | NY | 10036 | |
| 29464416 | National District Attorneys Association | 1400 Crystal Drive | Suite 330 | | Arlington | VA | 22202 | |
| 29413514 | NEW BOSTON RETAIL GROUP, LLC | 1001 HINGHAM STREET | SUITE 200 | | ROCKLAND | MA | 02370 | |
| 29464439 | Newfangled Studios, LLC | 560 Harrison Ave | 4th Floor | | Boston | MA | 02118 | |
| 29464445 | NFI Interactive Logistics, LLC | TRIAD1828 Centre | 2 Cooper Street | | Camden | NJ | 08102 | |
| 29464452 | North Center Productions Inc. | 8900 Venice Blvd | Ste 101 | | Culver City | CA | 90232-2361 | |
| 29464475 | Optimizely, Inc. | 119 5th Ave 7th floor | | | New York | NY | 10003 | |
| 29464477 | OptumRx, Inc. | 170 Professional Center Dr Ste C | | | Rohnert Park | CA | 94928 | |
| 29413948 | PALM CENTER ASSOCIATES, LLC | 397 LITTLE NECK ROAD | | | VIRGINIA BEACH | VA | 23452 | |
| 29464536 | Perceptyx, Inc. | 28765 Single Oak | Suite 250 | | Temecula | CA | 92590 | |
| 29464538 | Performance Team | 2240 E. Maple Ave | | | El Segundo | CA | 90245 | |
| 29464546 | Pitney Bowes | 3001 Summer Street | | | Stamford | CT | 06926 | |
| 29464548 | Pitney Bowes Global Financial Services LLC | 1 Elmcroft Rd | | | Stamford | CT | 06902 | |
| 29464594 | Prog Finance, LLC | 10619 S Jordan Gtwy | Ste 100 | | South Jordan | UT | 84095-3974 | |
| 29464614 | Rackspace US, Inc | 19122 US Highway 281N | Ste 128 | | San Antonio | TX | 78258-7667 | |
| 29464624 | Refinitiv | 28 Liberty Street | | | New York | NY | 10005 | |
| 29464650 | Safety-Kleen Systems, Inc. | 42 Longwater Drive | | | Norwell | MA | 02061 | |

Exhibit A

Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29464660 | salesforce.com, inc. | Salesforce Tower | 180 George St | | Sydney, NSW | | 2000 | Australia |
| 29464663 | SAP America, Inc. | 3999 West Chester Pike | | | Newtown Square | PA | 19073 | |
| 29464701 | Shred-it | 1383 North Service Road East | | | Oakville | ON | L6H 1A7 | Canada |
| 29414389 | SIMILARWEB INC | 6 E 32ND ST | 8 FLOOR | | NEW YORK | NY | 10016 | |
| 29464739 | Statista Inc. | 3 World Trade Center | 175 Greenwich Street | 36th Floor | New York | NY | 10007 | |
| 29464745 | Steptoe & Johnson LLP | 227 West Monroe Street | Suite 4700 | | Chicago | IL | 60606 | |
| 29464760 | Surge Staffing LLC | 4 Easton Oval | | | Columbus | OH | 43219 | |
| 29464778 | TDS Document June Management, Inc. d/b/a Shred-It | 1383 North Service Road East | | | Oakville | ON | ON L6H 1A7 | |
| 29464779 | TDS Document Management, Inc. d/b/a Shred-It | 7734 South 133rd Street | | | Omaha | NE | 68138 | |
| 29464790 | Texoma Business Services LLC | 3902 W Highway 70 | | | Durant | OK | 74701-4581 | |
| 29464820 | THE WALDINGER CORPORATION | 6200 Scout Trail | | | Des Moines | IA | 50321 | |
| 29464821 | Think, LLP | 3636 Birch Street | Suite 210 | | Newport Beach | CA | 92660 | |
| 29464834 | T-Mobile USA, Inc. | PO Box 37380 | | | Albuquerque | NM | 87176-7380 | |
| 29464839 | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza | 88 Container Port Road | | Kwai Chung, Hong Kong | | | China |
| 29464851 | Toll Global Forwarding Americas Inc. | 3780 Kilroy Airport Way | Suite 850 | | Long Beach | CA | 90806 | |
| 29464868 | TWC Services | 6200 Scout Trail | | | Des Moines | IA | 50321 | |
| 29464869 | TWC Services, Inc. | 6200 Scout Trail | | | Des Moines | IA | 50321 | |
| 29464890 | United Information Services, Inc., an EXELA Technologies company | 2701 E. Grauwyler Road | | | Irving | TX | 75061 | |
| 29464903 | VeriFone, Inc. | 11700 Great Oaks Way | Suites 150 & 200 | | Alpharetta | GA | 30022 | |
| 29464914 | Vertex, Inc. | 2301 Renaissance Blvd | | | King of Prussia | PA | 19406 | |
| 29464948 | WEST COAST LIQUIDATORS, INC. | 961 DUNFORD AVENUE | | | VICTORIA | BC | V9B 2S4 | Canada |
| 29305627 | WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | 1201 RXR PLAZA | | | UNIONDALE | NY | 11556 | |
| 29432932 | WINBROOK MANAGEMENT, LLC AS MANAGING AGENT | 15 Alexander Road | | | Billerica | MA | 01821 | |
| 29464971 | Xerox Corporation | 201 Merritt 7 | | | Norwalk | CT | 06851-105 | |
| 29464982 | Yext, Inc. | 61 9th Ave | | | New York | NY | 10011 | |

**Exhibit B**

Exhibit B

Supplemental Landlords Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29433032 | 440 GROUP. LTD | ATTN: JUNE WILLIAMS | 107 SOUTH WEST STREET | SUITE 250 | ALEXANDRIA | VA | 22314 |
| 29413879 | BRIXMOR PROPERTY GROUP | LONG, LAUREN | 100 PARK AVENUE | Suite 600N | NEW YORK | NY | 10017 |
| 29413856 | GROVES SHOPS LLC | 96 DANIEL WEBSTER HWY B 27 (Beside Shaw's) | | | BELMONT | NH | 03220 |
| 29305941 | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES | 535 5TH AVE | FL 12 | NEW YORK | NY | 10017-3628 |
| 29305813 | JPMCC 2007-LDP12 SOUTH EXPRESSWAY 83, LLC | C/O PROEQUITY ASSET MANAGEMENT CORP | 5180 GOLDEN FOOTHILL PKWY #210 | | EL DORADO HILLS | CA | 95762 |
| 29413848 | LA RETAIL 1, LLC | 1202 S IDAHO ST | | | LA HABRA | CA | 90631-0606 |
| 29299281 | RJB ENTERPRISES LLC | PO BOX 168 | | | ST AUGUSTINE | FL | 32085-0168 |
| 29413723 | SAVOY TEXAS LLC | C/O KEYPOINT PARTNERS LLC | 1 VAN DE GRAAFF DRIVE | SUITE 402 | BURLINGTON | MA | 01803 |
| 29305667 | SETH MARKOWITZ, P.C. | ATTN: SETH MARKOWITZ, ESQ. | 333 EARLE OVINGTON BLVD | STE 402 | UNIONDALE | NY | 11553-3645 |
| 29299877 | VENTURE PARTNERS LLC | 401 N. MICHIGAN AVE. | SUITE 1200 | | CHICAGO | IL | 60611 |
| 29413641 | WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | ATTENTION: STUART S. BALL, ESQ. | 1201 RXR PLAZA | | UNIONDALE | NY | 11556 |

**<u>Exhibit C</u>**

## Exhibit C
Supplemental Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|-----------|------|----------|----------|------|-------|-------------|
| 29467710 | Hyperion Solutions | 11808 Forest Knoll Court | | Bowie | MD | 20720 |
| 29467721 | Quest Software | 20 Enterprise | Suite 100 | Aliso Viejo | CA | 92656 |
| 29467761 | RIGHT CLIMATE INC | 1655 E 6th St. A3 | | Corona | CA | 92878 |
| 29467767 | WALDINGER CORPORATION | 6200 Scout Trail | | Des Moines | IA | 50321 |

**<u>Exhibit D</u>**

Exhibit D

Supplemental Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29463340 | Accertify, Inc. | 2 Pierce Place | Suite 900 | | Itasca | IL | 60143 | |
| 29475788 | ARC NWNCHS001, LLC | ATTN: GENERAL COUNSEL | P.O. BOX 3316 | | FAIRFIELD | CA | 94533 | |
| 29463529 | Capital One | Attn: Payment Processing | PO Box 71083 | | Charlotte | NC | 28272-1083 | |
| 29463544 | CBRE, Inc. | 2121 North Pearl Street | Suite 300 | | Dallas | TX | 75201 | |
| 29463586 | Cision US Inc. | 300 S Riverside Plaza | | | Chicago | IL | 60606 | |
| 29463716 | D&B | 5335 Gate Parkway | | | Jacksonville | FL | 32256 | |
| 29463804 | E & A Worldwide Traders, Inc. | 235 Little East Neck Rd | Building D | | West Babylon | NY | 11704 | |
| 29463838 | Estes Forwarding Worldwide, LLC | 100 Gateway Centre Pkwy | Ste 210 | | Richmond | VA | 23235-5174 | |
| 29463914 | Georgeson & Company Inc. | 100 University Avenue | 8th Floor | | Toronto | ON | M5J 2Y1 | |
| 29463917 | Georgeson Inc. | 1290 Avenue of the Americas | 9th Floor | | New York | NY | 10104 | |
| 29463920 | Giovanni Food Co., Inc. | 8800 Sixty Road | | | Baldwinsville | NY | 13027 | |
| 29463944 | Hapag-Lloyd | Ballindamm 25 | | | Hamburg | | 20095 | Germany |
| 29463995 | IBM | International Business Machines Corp. | New Orchard Road | | Armonk | NY | 10504 | |
| 29464109 | International Business Machines Corporation | International Business Machines Corp. | New Orchard Road | | Armonk | NY | 10504 | |
| 29464131 | Intralinks, Inc. | 622 3rd Avenue | 10th Floor | | New York | NY | 10017 | |
| 29464133 | Intran Media, LLC | 16355 36th Ave N #700 | | | Minneapolis | MN | 55446 | |
| 29305941 | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES | 535 5TH AVE | FL 12 | NEW YORK | NY | 10017-3628 | |
| 29413849 | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS | 3344 Peachtree Road Ne | Suite 1200 | Atlanta | GA | 30326 | |
| 29464171 | Kantar LLC d/b/a Employee Insights | 3 World Trade Center, | 175 Greenwich St, | 35th Floor, | New York | NY | 10007 | |
| 29464176 | KeyMe, LLC | 2000 Gateway Blvd Ste 100 | | | Herbon | KY | 41048-8200 | |
| 29464192 | KPMG LLP | 345 PARK AVENUE | | | NEW YORK | NY | 10154 | |
| 29464273 | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Esplanaden 50 | | | Copenhagen | | 1098 | Denmark |
| 29464284 | MÆRSK LINE | 180 Park Avenue | Building 105 | | Florham Park | NJ | 07932 | |
| 29464294 | Maersk Line A/S | Esplanaden 50 | | | Copenhagen | | 1263 | Denmark |
| 29464302 | MAERSK SEALAND | 180 Park Avenue | Building 105 | Po Box 950 | Florham | NJ | 07932 | |
| 29464392 | Monster | 133 Boston Post Road | | | Weston | MA | 02493 | |
| 29464410 | NASDAQ OMX Corporate Solutions, LLC | 151 West 42nd Street | Floors 26, 27, 28 | | New York | NY | 10036 | |
| 29464435 | Netspend Corporation | PO Box 2136 | | | Austin | TX | 78768-2136 | |
| 29464546 | Pitney Bowes | 3001 Summer Street | | | Stamford | CT | 06926 | |
| 29464566 | PowerReviews, Inc. | 1 N. Dearborn Street | | | Chicago | IL | 60602 | |
| 29347906 | RJB ENTERPRISES LLC | PO BOX 168 | | | ST AUGUSTINE | FL | 32085-0168 | |
| 29305667 | SETH MARKOWITZ, P.C. | ATTN: SETH MARKOWITZ, ESQ. | 333 EARLE OVINGTON BLVD | STE 402 | UNIONDALE | NY | 11553-3645 | |
| 29464739 | Statista Inc. | 3 World Trade Center | 175 Greenwich Street | 36th Floor | New York | NY | 10007 | |
| 29464795 | The Dun & Bradstreet Corporation | 5335 Gate Parkway | | | Jacksonville | FL | 32256 | |

# Exhibit D

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|-----------|------|----------|----------|----------|------|-------|-------------|---------|
| 29464800 | The Haskell Company | 111 Riverside Avenue | | | Jacksonville | FL | 32202 | |
| 29464900 | VeriFone, Inc. | 2560 N. 1st Street | Ste 220 | | San Jose | CA | 95131 | |
| 29463159 | WINSOR STAFFING | PO BOX 369 | | | WOODBRIDGE | NJ | 07095-0369 | |
| 29464980 | Yext, Inc. | 61 Ninth Avenue | | | New York | NY | 10011 | |

**Exhibit E**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 612** |

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

PLEASE TAKE FURTHER NOTICE that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids in connection with the Sale Transaction and the Auction (the "**Bidding Procedures**"),[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction (the "**Assumption and Assignment Procedures**").

PLEASE TAKE FURTHER NOTICE that, on October 25, 2024, the Court entered an order (D.I. 612) (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction, the Auction, and the Assumption and Assignment Procedures.

PLEASE TAKE FURTHER NOTICE that, on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time),** the Debtors held an Auction at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale Transaction, the Debtors intend to assume and assign to the Successful Bidder(s) the Proposed Assumed Contracts. A schedule listing the Proposed Assumed Contracts (the "**Proposed Assumed Contracts Schedule**") is attached hereto and may also be accessed free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com. In addition, the amount necessary to cure any prepetition defaults thereunder (the "**Cure Costs**"), if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedule. *Each Cure Cost listed on the Proposed Assumed Contracts Schedule represents all liabilities of any nature of the Debtors arising under an Assumed Contract or Assumed Lease prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date.* Pursuant to the Assumption and Assignment Procedures, all Assumption and Assignment Objections relating to a proposed Cure Cost (a "**Cure Objection**") must have been filed and served no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)**, and a Counterparty's failure to timely and properly file and serve its Cure Objection shall be (a) deemed to have consented to the Cure Costs (if any) set forth on the Potential Assumed Contracts Schedule (or a Supplemental Assumed Contracts Schedule, if applicable) and (b) forever barred from asserting any Cure Objection against the Debtors, the Successful Bidder, or the property of any such parties relating to such Counterparty's Assumed Contract(s) or Assumed Lease(s).

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A PROPOSED ASSUMED CONTRACT**. Under the terms of the Assumption and Assignment Procedures, (a) at or prior to the closing of a Sale Transaction, the Successful Bidder(s) may elect, in their sole and absolute discretion, to (i) exclude any Contract or Lease on the Proposed Assumed Contracts Schedule (as amended or supplemented) (in which case it shall become an Excluded Contract or Excluded Lease, as applicable) or (ii) include on the Proposed Assumed Contracts Schedule any Contract or Lease listed on the Potential Assumed Contracts Schedule (as amended or supplemented), by providing to the Debtors written notice of its election to exclude or include such Contract or Lease, as applicable, (b) if the Debtors or the Successful Bidder(s) identify during the pendency of the Chapter 11 Cases (before or after the closing of the applicable Sale Transaction) any Contract or Lease that is not listed on the Proposed Assumed Contracts Schedule, and such Contract or Lease has not been rejected by the Debtors, such Successful Bidder(s) may, in their sole and absolute discretion, elect by written notice to the Debtors to treat such Contract or Lease as an Assumed Contract or Assumed Lease, as applicable, and the Debtors shall seek to assume and assign such Assumed Contract or Assumed Lease in accordance with the Assumption and Assignment Procedures, and (c) following the Auction, the Debtors may, in accordance with the applicable purchase agreement, or as otherwise agreed by the Debtors and the Successful Bidder(s), at any time before the closing of the Sale Transaction, modify the previously stated Cure Costs associated with any Proposed Assumed Contract in accordance with the Assumption and Assignment Procedures. The Assumption and Assignment Procedures further provide that any Counterparty whose previously-stated Cure Cost is modified will receive notice thereof and an opportunity to file a Supplemental Assumption and Assignment Objection. **The assumption and assignment of the Contracts and Leases on the Proposed Assumed Contracts Schedule is not guaranteed**

and is subject to approval by the Court and the Debtors' or Successful Bidder's right to remove an Assumed Contract or Assumed Lease from the Proposed Assumed Contracts Schedule.

## Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com.

## Filing Objections

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of an Assumed Contract or Assumed Lease (an "**Assumption and Assignment Objection**") with respect to the ability of a Successful Bidder to provide adequate assurance of future performance must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof (including, to the extent modified from the previously stated amount, the Cure Costs), (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**"), (i) be filed with the Court and (ii) be served on (1) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (2) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (3) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (4) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (5) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (6) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. Attn: Linda J. Casey (linda.casey@usdoj.gov) (collectively, the "**Objection Notice Parties**").

Objections to the Sale Order, the conduct of the Auction, or the Sale Transaction, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") be (i) filed with the Court and (ii) served on the Objection Notice Parties.

A hearing to consider the approval of the proposed Sale Transaction(s) will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

## <u>CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION</u>

*Any Counterparty to an Assumed Contract or Assumed Lease who fails to timely make an objection to the proposed assumption and assignment of such Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs or the ability of the Successful Bidder to provide adequate assurance of future performance on or before the Assumption and Assignment Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, and this Notice (or in the case of a Supplemental Assumption and Assignment Objection, by 14 days from the date of service of such Supplemental Assumption and Assignment Notice) shall be deemed to have consented to the assumption and assignment of such Assumed Contract or Assumed Lease, including with respect to the ability of the Successful Bidder(s) to provide adequate assurance of future performance and the Debtors' proposed Cure Costs, to the extent modified from the previously stated amount, and shall be forever barred from asserting any objection or claims against the Debtors, the Successful Bidder(s), or the property of any such parties relating to the assumption and assignment of such Assumed Contract or Assumed Lease (including asserting additional Cure Costs with respect to such Assumed Contract or Assumed Lease). Notwithstanding anything to the contrary in such Assumed Contract or Assumed Lease, or any other document, the Cure Costs set forth on the Proposed Assumed Contracts Schedule (as amended or supplemented) shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Assumed Contract or Assumed Lease under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date.*

*[Remainder of page intentionally left blank]*

Dated:   October 31, 2024
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Due to the voluminous nature of Docket No. 683, this document has been abridged.  Full copy of the document can be found at**
**https://cases.ra.kroll.com/biglots/Home**

**Exhibit F**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids (the "**Bidding Procedures**") in connection with (i) the proposed sale of substantially all of the Debtors' assets to Gateway BL Acquisition, LLC (the "**Stalking Horse Bidder**") for approximately $760 million, consisting of $2.5 million in cash plus the Debt Payoff Amount (as defined in the Stalking Horse APA) and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers, (ii) the Sale Transaction, and (iii) the Auction,[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction [D.I. 612].

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the Notice of Successful Bidder for the Sale of the Debtors' Assets (the "**Notice of Successful Bidder**") designating the Stalking Horse Bidder as the Successful Bidder [D.I. 661].

### Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://cases.ra.kroll.com/biglots/* or can be requested by email at BigLotsInfo@ra.kroll.com.

### Important Dates and Deadlines[3]

1.  **Bid Deadline.** The deadline to submit a Qualified Bid was **October 28, 2024 at 12:00 p.m. (prevailing Eastern Time).**

2.  **Auction.** The Auction was held on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

3.  **Auction and Sale Objections Deadline.** The deadline to file with the Court an objection to the Sale Order, the conduct of the Auction, or the Sale Transaction (collectively, the "**Sale Objections**") is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").

4.  **Assumption and Assignment Objection Deadline.** The deadline for Counterparties to file with the Court an objection to the potential or proposed assumption or assignment of their Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs, if any, or the ability of a Successful Bidder to provide adequate assurance of future performance is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**").

5.  **Sale Hearing.** A hearing (the "**Sale Hearing**") to consider the approval of Sale Transactions will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

### Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the Sale Objection Deadline, and (e) no later than the Sale Objection Deadline, be served on (i) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.

---

[3] The following dates and deadlines may be extended by the Debtors, consistent with the terms of the DIP Credit Agreements, or the Court in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

(notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (ii) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (iii) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (iv) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (v) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party or entity who fails to timely make an objection to a Sale Transaction on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

## NO SUCCESSOR LIABILITY

*The assets sold in any Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction. Accordingly, as a result of a Sale Transaction, a Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and a Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the applicable Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

*[Remainder of page intentionally left blank]*

Dated:    October 31, 2024
          Wilmington, Delaware

                                        MORRIS, NICHOLS, ARSHT & TUNNELL
                                        LLP

                                        /s/ Sophie Rogers Churchill
                                        Robert J. Dehney, Sr. (No. 3578)
                                        Andrew R. Remming (No. 5120)
                                        Tamara K. Mann (No. 5643)
                                        Sophie Rogers Churchill (No. 6905)
                                        Casey B. Sawyer (No. 7260)
                                        1201 N. Market Street, 16th Floor
                                        Wilmington, DE 19801
                                        Tel: (302) 658-9200
                                        rdehney@morrisnichols.com
                                        aremming@morrisnichols.com
                                        tmann@morrisnichols.com
                                        srchurchill@morrisnichols.com
                                        csawyer@morrisnichols.com

                                        -and-

                                        DAVIS POLK & WARDWELL LLP

                                        Brian M. Resnick (admitted *pro hac vice*)
                                        Adam L. Shpeen (admitted *pro hac vice*)
                                        Stephen D. Piraino (admitted *pro hac vice*)
                                        Jonah A. Peppiatt (admitted *pro hac vice*)
                                        Ethan Stern (admitted *pro hac vice*)
                                        450 Lexington Avenue
                                        New York, NY 10017
                                        Tel.: (212) 450-4000
                                        brian.resnick@davispolk.com
                                        adam.shpeen@davispolk.com
                                        stephen.piraino@davispolk.com
                                        jonah.peppiatt@davispolk.com
                                        ethan.stern@davispolk.com

                                        *Counsel to the Debtors and Debtors in
                                        Possession*

**Exhibit G**

Exhibit G
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29401369 | ABBEY, NEDRA | ADDRESS ON FILE | | | | |
| 29398122 | ALVALLE, ARIELLA | ADDRESS ON FILE | | | | |
| 29374681 | ANDERSON, ANDREW REXFORD | ADDRESS ON FILE | | | | |
| 29417808 | ANDERSON, APRIL | ADDRESS ON FILE | | | | |
| 29387236 | ANDERSON, JOSHUA | ADDRESS ON FILE | | | | |
| 29357277 | ASHBY, AMAYA DANIELLE | ADDRESS ON FILE | | | | |
| 29392626 | AUGUSTE, CASSANDRA LYNDA | ADDRESS ON FILE | | | | |
| 29399827 | BAILEY, TAYLOR | ADDRESS ON FILE | | | | |
| 29409611 | BAKER, SAMIR MARTIN | ADDRESS ON FILE | | | | |
| 29358073 | BARON, ISAAC SAMUEL | ADDRESS ON FILE | | | | |
| 29369721 | BAXTER, JASMINE SHADAE | ADDRESS ON FILE | | | | |
| 29356577 | BENEVENTO, SELINA | ADDRESS ON FILE | | | | |
| 29384564 | BENNETT, ATHENA | ADDRESS ON FILE | | | | |
| 29406493 | BERGIN, SHEREE LYNNE | ADDRESS ON FILE | | | | |
| 29404591 | BLAIR, MICHELLE M | ADDRESS ON FILE | | | | |
| 29409016 | BLANFORD, JASON BEATTY | ADDRESS ON FILE | | | | |
| 29381084 | BOGAN, CHRISTINE RENEE | ADDRESS ON FILE | | | | |
| 29376562 | BOLTON, SEDRICK | ADDRESS ON FILE | | | | |
| 29355587 | BOWLES, KIMORA CATHERINE | ADDRESS ON FILE | | | | |
| 29398992 | BROWN, KIMANI | ADDRESS ON FILE | | | | |
| 29366955 | BUABENG, PRISCILLA | ADDRESS ON FILE | | | | |
| 29355936 | BUTLER, BRADLEY DANIEL | ADDRESS ON FILE | | | | |
| 29418073 | CAMPBELL, PATRIC SEAMUS | ADDRESS ON FILE | | | | |
| 29354565 | CHEEKS, JASMINE | ADDRESS ON FILE | | | | |
| 29380744 | CHISHOLM, KIERRA | ADDRESS ON FILE | | | | |
| 29327283 | CLARK, EVA | ADDRESS ON FILE | | | | |
| 29372154 | COLLINS, LUCAS KELLY | ADDRESS ON FILE | | | | |
| 29374980 | CRAMER, VICTORIA M | ADDRESS ON FILE | | | | |
| 29422267 | CRAWFORD JR, ERIC D | ADDRESS ON FILE | | | | |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

Exhibit G
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29381891 | CRAWFORD, ROBREIA | ADDRESS ON FILE | | | | |
| 29344500 | CUFFEE, SARA | ADDRESS ON FILE | | | | |
| 29400812 | DE GROOT, WILLIAM THOMAS | ADDRESS ON FILE | | | | |
| 29426603 | DURAN, MATTHEW FIORELLO | ADDRESS ON FILE | | | | |
| 29376735 | DURHAM, JUNIOR | ADDRESS ON FILE | | | | |
| 29377927 | DYKE, THOMAS C | ADDRESS ON FILE | | | | |
| 29397927 | EATON, IZIAH | ADDRESS ON FILE | | | | |
| 29368112 | FARMER, ALICIA | ADDRESS ON FILE | | | | |
| 29366005 | FELICIANO, KASSANDRA LEEGH | ADDRESS ON FILE | | | | |
| 29394043 | FERMAN, STANASIA | ADDRESS ON FILE | | | | |
| 29355502 | FIGURA, JESSICA D | ADDRESS ON FILE | | | | |
| 29435251 | FISH WINDOW CLEANING | RIVER RIGHT VENTURES INC | 5843 N PARK RD | HIXSON | TN | 37343-4667 |
| 29374651 | FITZGERALD, MARY A | ADDRESS ON FILE | | | | |
| 29360830 | FOWLER, RENEE N | ADDRESS ON FILE | | | | |
| 29392336 | FREEMAN, KENNETH FREEMAN | ADDRESS ON FILE | | | | |
| 29375939 | FRIDELLA, ROBERT J | ADDRESS ON FILE | | | | |
| 29404078 | GADTAULA, LATA | ADDRESS ON FILE | | | | |
| 29380294 | GASKILL, ELIZABETH LYNN | ADDRESS ON FILE | | | | |
| 29366096 | GBAYE, DEJENEE ANGEL-MARIE | ADDRESS ON FILE | | | | |
| 29341589 | GIERLOWSKI, CHRISTINE | ADDRESS ON FILE | | | | |
| 29411834 | GILBERT, RONALD ODELL | ADDRESS ON FILE | | | | |
| 29405067 | GRAYSON-DRAYTON, WANDA | ADDRESS ON FILE | | | | |
| 29377050 | GREEN, JULIE ANNE | ADDRESS ON FILE | | | | |
| 29374891 | HAIRSTON, SHANIKA | ADDRESS ON FILE | | | | |
| 29382140 | HAMILTON, TEAGAN MARIE | ADDRESS ON FILE | | | | |
| 29356606 | HAMMONDS, TARIQ HAKIM | ADDRESS ON FILE | | | | |
| 29361012 | HAWTHORNE, TRACY | ADDRESS ON FILE | | | | |
| 29419807 | HIGH, QUINETTA L. | ADDRESS ON FILE | | | | |
| 29331516 | HILL, SHARON | ADDRESS ON FILE | | | | |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

Exhibit G
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29404886 | HINKLEY, WILLIAM | ADDRESS ON FILE | | | | |
| 29370625 | HOEFLE, MARY | ADDRESS ON FILE | | | | |
| 29379858 | HOLDER, JORDAN | ADDRESS ON FILE | | | | |
| 29405502 | HUBBELL, JACOB BENJAMIN | ADDRESS ON FILE | | | | |
| 29422971 | HUDSON, AMY | ADDRESS ON FILE | | | | |
| 29428247 | HUTTIE, CAUA | ADDRESS ON FILE | | | | |
| 29333418 | J&C PET SUPPLY LLC | J&C PET SUPPLY LLC | 500 RIVER AVE STE 270 | LAKEWOOD | NJ | 08701-4743 |
| 29399574 | JACKSON, DAEJEONA | ADDRESS ON FILE | | | | |
| 29421232 | JACKSON, LORENZO | ADDRESS ON FILE | | | | |
| 29419569 | JOHNSON, LABREANNA | ADDRESS ON FILE | | | | |
| 29373155 | JOHNSTON, AMBER DAWN | ADDRESS ON FILE | | | | |
| 29390910 | JUSTIN GARCIA, JESIKA NICOLE | ADDRESS ON FILE | | | | |
| 29380592 | KEITH, BONNIE LOU | ADDRESS ON FILE | | | | |
| 29354175 | KENNEDY, KARRIEM CONYE MALIK | ADDRESS ON FILE | | | | |
| 29426659 | KINCAID, SIERRA | ADDRESS ON FILE | | | | |
| 29358748 | KING, TRINIK | ADDRESS ON FILE | | | | |
| 29378635 | KNOX, JANICQUA LAJAUWAN | ADDRESS ON FILE | | | | |
| 29417622 | LAMBERT, RANDY | ADDRESS ON FILE | | | | |
| 29421277 | LAWSON, SHYANNE RENEE | ADDRESS ON FILE | | | | |
| 29427420 | LEHMAN, CHRIS | ADDRESS ON FILE | | | | |
| 29393731 | LEONARD, GREG | ADDRESS ON FILE | | | | |
| 29391295 | LILLY, ALEXIS | ADDRESS ON FILE | | | | |
| 29412133 | LINDHOLME, REBECCA | ADDRESS ON FILE | | | | |
| 29408648 | LOOMIS, ASHLEY C | ADDRESS ON FILE | | | | |
| 29418449 | MALDONADO, CIENNA | ADDRESS ON FILE | | | | |
| 29418143 | MARSZALEK, KAYLEIGH ANN | ADDRESS ON FILE | | | | |
| 29370636 | MARTIN, BRANDON | ADDRESS ON FILE | | | | |
| 29419874 | MATTHEWS, HENRIETTA | ADDRESS ON FILE | | | | |
| 29359047 | MAZAK, MEAGAN | ADDRESS ON FILE | | | | |

Exhibit G
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29380450 | MCCLELLAN, TRAVONIA | ADDRESS ON FILE | | | | |
| 29403490 | MCCULLEN, TRAVIS | ADDRESS ON FILE | | | | |
| 29398623 | MCDANIEL, NAKIYAH | ADDRESS ON FILE | | | | |
| 29386123 | MCKENZIE, AMANDA LEIGH ANN | ADDRESS ON FILE | | | | |
| 29408857 | MCKINNEY, KISEY | ADDRESS ON FILE | | | | |
| 29372417 | MOORE, JANEY | ADDRESS ON FILE | | | | |
| 29375770 | MORAN, TABATHA | ADDRESS ON FILE | | | | |
| 29393536 | MULLIGAN, VICTORIA | ADDRESS ON FILE | | | | |
| 29372955 | MYERS, MADISON BROOKE | ADDRESS ON FILE | | | | |
| 29356058 | NABOR, EARLSON | ADDRESS ON FILE | | | | |
| 29389251 | NELTNOR, TERRELL | ADDRESS ON FILE | | | | |
| 29352591 | ORTIZ JR, ANIBAL | ADDRESS ON FILE | | | | |
| 29427539 | PATEL, DHVANI RITESH | ADDRESS ON FILE | | | | |
| 29360005 | PATEL, YASH H | ADDRESS ON FILE | | | | |
| 29406993 | PEARSON, JANIYAH SELESTE | ADDRESS ON FILE | | | | |
| 29326087 | PEDROZA, RAMIRO | ADDRESS ON FILE | | | | |
| 29407786 | POLICASTRO, SUZANNE | ADDRESS ON FILE | | | | |
| 29378983 | PRICE, JACKQUELINE SHAVONN | ADDRESS ON FILE | | | | |
| 29420887 | PUGSLEY, KYIENA | ADDRESS ON FILE | | | | |
| 29326236 | REDDING, SHERRYL | ADDRESS ON FILE | | | | |
| 29401646 | REESE, KENNETH | ADDRESS ON FILE | | | | |
| 29419316 | REWERS, SUSAN DEBRA | ADDRESS ON FILE | | | | |
| 29360349 | RIDDLE, ROGER CALVIN | ADDRESS ON FILE | | | | |
| 29338628 | RIPPEL, JANICE | ADDRESS ON FILE | | | | |
| 29357578 | RIVERA GARCIA, SHERRY E | ADDRESS ON FILE | | | | |
| 29395385 | RIVERA, ALEXANDRA CATHERINE | ADDRESS ON FILE | | | | |
| 29402463 | ROBINSON, CAMERON I | ADDRESS ON FILE | | | | |
| 29386284 | ROBINSON, DE'MYA SHA'DARIUS | ADDRESS ON FILE | | | | |
| 29377382 | ROTTMAN, JENNIFER | ADDRESS ON FILE | | | | |

Exhibit G
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29419304 | ROUSE, ANGELA ASIA | ADDRESS ON FILE | | | | |
| 29399727 | RUNION, KRISTEN | ADDRESS ON FILE | | | | |
| 29406652 | SAMIDE, DAN MICHAEL | ADDRESS ON FILE | | | | |
| 29404156 | SANCHEZ, BROOKE LYNN | ADDRESS ON FILE | | | | |
| 29426837 | SCALZO, PATIENCE FAYE | ADDRESS ON FILE | | | | |
| 29377303 | SHAPPELL, BRODEY | ADDRESS ON FILE | | | | |
| 29420884 | SHEIKOWITZ, LAYNE | ADDRESS ON FILE | | | | |
| 29364704 | SHUPING, CHLOE | ADDRESS ON FILE | | | | |
| 29329577 | SINGLETARY, MOLLIE ANN | ADDRESS ON FILE | | | | |
| 29358850 | SMALLS, ATRIANA | ADDRESS ON FILE | | | | |
| 29425739 | SMITH, CHRISTINA | ADDRESS ON FILE | | | | |
| 29380585 | SMITH, DECARLOS | ADDRESS ON FILE | | | | |
| 29378712 | SNELL, SAMANTHA LYNN | ADDRESS ON FILE | | | | |
| 29423948 | STAPLETON, JOSEPH | ADDRESS ON FILE | | | | |
| 29424113 | STEWART, DYLAN | ADDRESS ON FILE | | | | |
| 29427607 | STITES, KATHERINE | ADDRESS ON FILE | | | | |
| 29342986 | STRICKLAND, ANITA K | ADDRESS ON FILE | | | | |
| 29368011 | SUTTON, CAMRY | ADDRESS ON FILE | | | | |
| 29401762 | SZOSTAK, CHRISTOPHER R | ADDRESS ON FILE | | | | |
| 29411112 | TELFORD, CHRISTOPHER JOHN | ADDRESS ON FILE | | | | |
| 29382648 | THOMAS, KIAH | ADDRESS ON FILE | | | | |
| 29399022 | WALLACE, NICHOLAS JOSEPH | ADDRESS ON FILE | | | | |
| 29426416 | WARD, KENDRICK | ADDRESS ON FILE | | | | |
| 29423039 | WILCOX, WILMA | ADDRESS ON FILE | | | | |
| 29415593 | WILLIAMS, DUSHAWNA | ADDRESS ON FILE | | | | |
| 29354360 | WOODARD, LORI ANN | ADDRESS ON FILE | | | | |
| 29420045 | WORD, BRIANNA | ADDRESS ON FILE | | | | |
| 29384364 | YOUNG, PAULA I | ADDRESS ON FILE | | | | |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)