**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Big Lots, Inc., *et al.* [1] | ) Case No. 24-11967 (JKS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS FOR**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**PLEASE TAKE NOTICE** that, effective as of December 10, 2024, Quinn Emanuel Urquhart & Sullivan, LLP relocated its New York office to the following address:

**Quinn Emanuel Urquhart & Sullivan, LLP**
**295 5th Street**
**New York, New York 10016**
**Tel: +1 (212) 849-7000**
**Fax: +1 (212) 849-7100**

Please reflect this change in all future pleadings, notices, and other papers served or filed in the above-captioned matter.

---

[1] The debtors and debtors in possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

11254862.v1

Dated:  December 10, 2024          /s/ Domenic E. Pacitti
Wilmington, Delaware               Domenic E. Pacitti (DE Bar No. 3989)
                                   **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                   919 North Market Street, Suite 1000
                                   Wilmington, Delaware 19801
                                   Telephone: 302-552-5511
                                   Facsimile: 302-426-9193
                                   Email: dpacitti@klehr.com

                                   -and-

                                   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                   Benjamin Finestone (admitted *pro hac vice*)
                                   Victor Noskov (admitted *pro hac vice* )
                                   Zachary Russell (admitted *pro hac vice*)
                                   295 5th Street
                                   New York, New York 10016
                                   Telephone: 212-849-7000
                                   Facsimile: 212-849-7100
                                   Email: benjaminfinestone@quinnemanuel.com
                                          victornoskov@quinnemanuel.com
                                          zacharyrussell@quinnemanuel.com

                                   *Counsel for Blue Owl Real Estate Capital LLC*

2

11254862.v1