# Exhibit "2"

Big Lots 2024 Expense Reconciliation Estimate

| Expense Pool | Current Expense | BL Share | Total Est billed | Due | Tax | Total |
|---|---|---|---|---|---|---|
| CAM | | 22,325.60 | 20,465.17 | 1,860.43 | 65.12 | 1,925.55 |
| Insurance | 145,466.25 | 53,369.82 | 0.00 | 53,369.82 | 1,867.94 | 55,237.77 |
| Tax | 99,542.37 | 36,520.90 | 25,615.37 | 10,905.53 | 381.69 | 11,287.22 |

Total Estimated 2024 Expense Reconciliation    68,450.53

September Rent not paid        15,181.53

Big Lots September Rent

| Date | Description | Charge | | |
|---|---|---|---|---|
| 9/1/2024 | Estimated CAM (09/2024) :Revised by ctrl# 153969 | 1,860.47 | | |
| 9/1/2024 | Sales Tax for Estimated CAM (09/2024) :Revised by ctrl# 153973 | 65.12 | | |
| 9/1/2024 | Estimated RE Tax (09/2024) :Revised by ctrl# 153970 | 2,328.67 | | |
| 9/1/2024 | Sales Tax for Estimated RE Tax (09/2024) :Revised by ctrl# 153974 | 81.50 | | |
| 9/1/2024 | Rent - Base (09/2024) :Revised by ctrl# 153971 | 10,479.00 | | |
| 9/1/2024 | Sales Tax for Rent - Base (09/2024) :Revised by ctrl# 153972 | 366.77 | 15,181.53 | September Rent |

Big Lots Estimate CAM charged

| Date | Description | Amount |
|---|---|---|
| 1/1/2024 | Estimated CAM (01/2024) | 1,860.47 |
| 2/1/2024 | Estimated CAM (02/2024) | 1,860.47 |
| 3/1/2024 | Estimated CAM (03/2024) | 1,860.47 |
| 4/1/2024 | Estimated CAM (04/2024) | 1,860.47 |
| 5/1/2024 | Estimated CAM (05/2024) | 1,860.47 |
| 6/1/2024 | Estimated CAM (06/2024) | 1,860.47 |
| 7/1/2024 | Estimated CAM (07/2024) | 1,860.47 |
| 8/1/2024 | Estimated CAM (08/2024) | 1,860.47 |
| 9/1/2024 | Estimated CAM (09/2024) :Revised by ctrl# 153969 | 1,860.47 |
| 9/1/2024 | Reversed Estimated CAM (09/2024) :Revises charge ctrl# 153335 | -1,860.47 |
| 10/1/2024 | Estimated CAM (10/2024) | 1,860.47 |
| 11/1/2024 | Estimated CAM (11/2024) | 1,860.47 |
| 12/1/2024 | Estimated CAM (12/2024) | 1,860.47 |
| | | 20,465.17 Estimate paid |

Insurance for Bearss Plaza (Property only)

| Property | Property Name | Date | Period | Person/Description | Debit | Remarks |
|---|---|---|---|---|---|---|
| 5345.0001 | | | | INSURANCE - Property | | = Beginning Balance = |
| tsbp | BEARSS PLAZA | 1/31/2024 | 01-2024 | :PostRecurring Property Insurance | 14,899.43 | |
| tsbp | BEARSS PLAZA | 2/29/2024 | 02-2024 | :PostRecurring Property Insurance | 14,899.43 | |
| tsbp | BEARSS PLAZA | 3/31/2024 | 03-2024 | :PostRecurring Property Insurance | 14,899.43 | |
| tsbp | BEARSS PLAZA | 4/30/2024 | 04-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 5/31/2024 | 05-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 6/30/2024 | 06-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 7/31/2024 | 07-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 8/31/2024 | 08-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 9/30/2024 | 09-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | 10/31/2024 | 10-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | | 11-2024 | :PostRecurring Property Insurance | 11,196.44 | |
| tsbp | BEARSS PLAZA | | 12-2024 | :PostRecurring Property Insurance | 11,196.44 | |

145,466.25

36.6888% BL %
53,369.82
1,867.94 sales tax
55,237.77

Big Lots Tax and Estimated charges

| Center Tax | BL Share | BL est pd | Due | Tax | Total |
|---|---|---|---|---|---|
| 99,542.37 | 36,520.90 | 25,615.37 | 10,905.53 | 381.69 | 11,287.22 |

Estimate Tax charged

| Date | Description | Amount |
|---|---|---|
| 1/1/2024 | Estimated RE Tax (01/2024) | 2,328.67 |
| 2/1/2024 | Estimated RE Tax (02/2024) | 2,328.67 |
| 3/1/2024 | Estimated RE Tax (03/2024) | 2,328.67 |
| 4/1/2024 | Estimated RE Tax (04/2024) | 2,328.67 |
| 5/1/2024 | Estimated RE Tax (05/2024) | 2,328.67 |
| 6/1/2024 | Estimated RE Tax (06/2024) | 2,328.67 |
| 7/1/2024 | Estimated RE Tax (07/2024) | 2,328.67 |
| 8/1/2024 | Estimated RE Tax (08/2024) | 2,328.67 |
| 9/1/2024 | Estimated RE Tax (09/2024) :Revised by ctrl# 153970 | 2,328.67 |
| 9/1/2024 | Reversed Estimated RE Tax (09/2024) :Revises charge ctrl# 153337 | -2,328.67 |
| 10/1/2024 | Estimated RE Tax (10/2024) | 2,328.67 |
| 11/1/2024 | Estimated RE Tax (11/2024) | 2,328.67 |
| 12/1/2024 | Estimated RE Tax (12/2024) | 2,328.67 |
| | | 25,615.37 |