## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on December 11, 2024, I caused a copy of the *Objection of B & B Cash Grocery Stores, Inc. to Debtors' Fourth Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)

**Service List**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
MORRIS, NICHOLS, ARSHT &
   TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
biglots.mnat@morrisnichols.com
*Counsel for the Debtors and
Debtors in Possession*

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt, Esquire
Ethan Stern, Esquire
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com
notice.biglots@davispolk.com
*Counsel to the Debtors and
Debtors in Possession*

Linda Casey, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacey L. Newman, Esquire
Sarah Carnes, Esquire
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com
scarnes@coleschotz.com
*Counsel for the Official Committee of
Unsecured Creditors*

Darren Azman, Esquire
Kristin K. Going, Esquire
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com
*Counsel for the Official Committee of
Unsecure Creditors*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Jacob S. Lang, Esquire
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com
*Counsel for the ABL Agent*

Regina Stango Kelbon, Esquire
Stanley Tarr, Esquire
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
*Counsel for the ABL Agent*

Chad B. Simon, Esquire
James V. Drew, Esquire
Sarah L. Hautzinger, Esquire
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com
*Counsel for the Term Agent*

John H. Knight, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com
*Counsel for the Term Agent*

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com
*Counsel for the Stalking Horse Bidder*