EXHIBIT A

**WORKOUT FOR LEGAL PRE-PETITION**  
**PALMS CROSSING TOWN CENTER - BIG LOTS**  
**INTEREST & LATE FEES THROUGH 9/8/2024**

Run Date: 12/2/2024

Lease Information If payment not received when due:
Interest per month: 0.10%   Late Fee Percent: 0.00%   Or   Late Fee Amount: 250.00   Lease Expiration: 1/31/2032

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 9/1/2022 | BRT | BASE RENT | -2,829.16 | -2,829.16 | | | | |
| | | **Sep-22** | | **-2,829.16** | **-2,829.16** | **0.00** | **0.00** | **-2,829.16** |
| 1/1/2024 | BRT | BASE RENT | 90.12 | 90.12 | | | | |
| | | **Jan-24** | | **90.12** | **-2,739.04** | **0.00** | **250.00** | **-2,489.04** |
| 2/26/2024 | CMF | FIXED CAM MONTHLY | -90.12 | -90.12 | | | | |
| 2/26/2024 | CMF | FIXED CAM MONTHLY | -87.50 | -87.50 | | | | |
| | | **Feb-24** | | **-177.62** | **-2,916.66** | **0.00** | **0.00** | **-2,666.66** |
| 8/25/2024 | TPY | TAX PRIOR YR | 95,889.95 | 95,889.95 | | | | |
| | | **Aug-24** | | **95,889.95** | **92,973.29** | **92.97** | **250.00** | **93,566.26** |
| 9/1/2024 | BRT | BASE RENT | 23,333.33 | 6,222.22 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 825.14 | | | | |
| | | **Sep-24** | | **7,047.37** | **100,020.66** | **100.02** | **250.00** | **100,963.65** |
| | | **Total** | | **100,020.66** | | **192.99** | **750.00** | **100,963.65** |

| | | COLLECTION WORKOUT FOR LEGAL POST-PETITION<br>PALMS CROSSING TOWN CENTER - BIG LOTS<br>INTEREST & LATE FEES FROM 9/9/2024 THROUGH 12/31/2024 | | | | | Run Date: | 12/3/2024 |
|---|---|---|---|---|---|---|---|---|
| Lease Information If payment not received when due: | | | | | | | | |
| Interest per month: 0.10% | | Late Fee Percent: 0.00%  Or | | Late Fee Amount: 250.00 | | Lease Expiration: | | 1/31/2032 |
| Date | | Income category | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
| 9/1/2024 | BRT | BASE RENT | 23,333.33 | 17,111.11 | | | | |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 2,269.15 | | | | |
| | | **Sep-24** | | 19,380.25 | 19,380.25 | 19.38 | 250.00 | 19,649.63 |
| 12/1/2024 | BRT | BASE RENT | 23,333.33 | 23,333.33 | | | | |
| 12/1/2024 | CMF | FIXED CAM MONTHLY | 3,094.29 | 3,094.29 | | | | |
| | | **Dec-24** | | 26,427.62 | 45,807.87 | 45.81 | 250.00 | 46,373.06 |
| | | Total | | 45,807.87 | | 65.19 | 500.00 | 46,373.06 |

| Future Charges Through Lease Expiration | | | Expiration: 1/31/2032 | | Months Remaining: 85 | | PALMS CROSSING TOWN CENTER<br>BIG LOTS | |
|---|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 12/1/2021 | BRT | BASE RENT | | 23,333.33 | 85 | 1,983,333.05 | 0.00 | 1,983,333.05 |
| 2/1/2031 | CMF | FIXED CAM MONTHLY | | 3,805.59 | 12 | 45,667.08 | 0.00 | 45,667.08 |
| 2/1/2030 | CMF | FIXED CAM MONTHLY | | 3,694.75 | 12 | 44,337.00 | 0.00 | 44,337.00 |
| 2/1/2029 | CMF | FIXED CAM MONTHLY | | 3,587.13 | 12 | 43,045.56 | 0.00 | 43,045.56 |
| 2/1/2028 | CMF | FIXED CAM MONTHLY | | 3,482.65 | 12 | 41,791.80 | 0.00 | 41,791.80 |
| 2/1/2027 | CMF | FIXED CAM MONTHLY | | 3,381.22 | 12 | 40,574.64 | 0.00 | 40,574.64 |
| 2/1/2026 | CMF | FIXED CAM MONTHLY | | 3,282.73 | 12 | 39,392.76 | 0.00 | 39,392.76 |
| 2/1/2025 | CMF | FIXED CAM MONTHLY | | 3,187.12 | 12 | 38,245.44 | 0.00 | 38,245.44 |
| 3/1/2024 | CMF | FIXED CAM MONTHLY | | 3,094.29 | 1 | 3,094.29 | 0.00 | 3,094.29 |
| 12/1/2021 | TSH | TRASH PICKUP | | 1,370.83 | 85 | 116,520.55 | 0.00 | 116,520.55 |
| | | Total Future Charges Through Lease Expiration | | | | 2,396,002.17 | 0.00 | 2,396,002.17 |

Building: PALMS CROSSING TOWN CENTER
Year: 2023
Sq.Ft. Type: GLA
Tenant thru:

| Cat | Space | | 1/30/2023 30 | 2/27/2023 28 | 3/30/2023 31 | 4/29/2023 30 | 5/30/2025 31 | 6/29/2025 30 | 7/30/2023 31 | 8/30/2023 31 | 9/29/2023 30 | 10/30/2023 31 | 11/29/2023 30 | 12/30/2023 31 | 12/31/2023 1 | Weighted Average 365 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPIED | 2 | XG | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 |
| OCCUPIED | 2 | XDB | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| OCCUPIED | 2 | XE | 22,766 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,871 |
| OCCUPIED | 2 | XM | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| OCCUPIED | 1 | XDA | 0 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 13,767 |
| OCCUPIED | 2 | XKA | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| OCCUPIED | 1 | XL | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 | 50,640 |
| Vacant | 2 | XE | 0 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 22,766 | 20,895 |
| Vacant | 1 | XK | 12,623 | 12,623 | 12,623 | 12,623 | 12,623 | 12,623 | 12,623 | 12,623 | 12,623 | 6,000 | 6,000 | 6,000 | 6,000 | 10,935 |
| | | | | | | | | | | | | | | | | 0 |
| **TOTAL** | | | 221,029 | 236,029 | 236,029 | 236,029 | 236,029 | 236,029 | 236,029 | 236,029 | 236,029 | 229,406 | 229,406 | 229,406 | 229,406 | 233,109 |
| **VACANT** | | | 12,623 | 35,389 | 35,389 | 35,389 | 35,389 | 35,389 | 35,389 | 35,389 | 35,389 | 28,766 | 28,766 | 28,766 | 28,766 | 31,830 |
| **OCCUPIED** | | | 208,406 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 200,640 | 201,278 |
| | | | | | | | | | | | | | | | | |
| OCCUPIED | 6 | RR01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | LL01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | RR09 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | LL03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | LL02 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| OCCUPIED | 6 | RR03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | RR02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCCUPIED | 6 | RR04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | | | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| **VACANT** | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| **OCCUPIED** | | | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| | | | | | | | | | | | | | | | | 0 |
| OCCUPIED | 1 | G11 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| OCCUPIED | 1 | G03 | 0 | 0 | 0 | 0 | 1,894 | 1,894 | 1,894 | 1,894 | 1,894 | 1,894 | 1,894 | 1,894 | 1,894 | 1,277 |
| OCCUPIED | 1 | D17 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 | 3,123 |
| OCCUPIED | 1 | G01 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 | 1,447 |
| OCCUPIED | 1 | D11 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 |
| OCCUPIED | 1 | D15 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 | 1,036 |
| OCCUPIED | 1 | E05 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 | 10,451 |
| OCCUPIED | 1 | D01 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 | 3,238 |
| OCCUPIED | 1 | D04 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 |
| OCCUPIED | 1 | D03 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 |
| OCCUPIED | 1 | D10 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 1,911 | 0 | 0 | 0 | 1,586 |
| OCCUPIED | 1 | D07A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,191 | 11 |
| OCCUPIED | 1 | D09 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 2,591 | 0 | 2,584 |
| OCCUPIED | 1 | D05 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 | 1,954 |
| OCCUPIED | 1 | G07 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 |
| OCCUPIED | 1 | G13 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| OCCUPIED | 1 | D13 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 | 2,132 |
| OCCUPIED | 1 | G05 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 |
| OCCUPIED | 1 | D07 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 0 | 0 | 0 | 0 | 0 | 1,061 |
| OCCUPIED | 1 | G09 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 |
| OCCUPIED | 1 | G15 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Vacant | 1 | D07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 | 1,600 | 1,600 | 1,600 | 0 | 535 |
| Vacant | 1 | D10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,911 | 1,911 | 1,911 | 325 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacant | 1 | D21 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 | 5,760 |
| Vacant | 1 | D23 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Vacant | 1 | G03 | 1,894 | 1,894 | 1,894 | 1,894 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 617 |
| **TOTAL INLINE** | | | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 | 59,046 |
| **TOTAL VACANT INLINE** | | | 12,654 | 12,654 | 12,654 | 12,654 | 10,760 | 10,760 | 10,760 | 10,760 | 12,360 | 12,360 | 14,271 | 14,271 | 12,671 | 12,237 |
| **TOTAL OCCUPIED INLINE** | | | 46,392 | 46,392 | 46,392 | 46,392 | 48,286 | 48,286 | 48,286 | 48,286 | 46,686 | 46,686 | 44,775 | 44,775 | 46,375 | 46,809 |
| | | | | | | | | | | | | | | | | |
| **TOTAL LEASABLE** | | | 298,075 | 313,075 | 313,075 | 313,075 | 313,075 | 313,075 | 313,075 | 313,075 | 313,075 | 306,452 | 306,452 | 306,452 | 306,452 | 310,155 |
| **TOTAL VACANT** | | | 25,277 | 48,043 | 48,043 | 48,043 | 46,149 | 46,149 | 46,149 | 46,149 | 47,749 | 41,126 | 43,037 | 43,037 | 41,437 | 44,067 |
| **TOTAL OCCUPIED** | | | 272,798 | 265,032 | 265,032 | 265,032 | 266,926 | 266,926 | 266,926 | 266,926 | 265,326 | 265,326 | 263,415 | 263,415 | 265,015 | 266,087 |

| | Total | GLA | OCC | OCC% | SSOC | GLA | OCC | OCC% | FLOOR | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 01/30/23 | 298,075 | 272,798 | 91.52% | 01/30/23 | 59,046 | 46,392 | 78.57% | 5,472 | 95.00% |
| 28 | 02/27/23 | 313,075 | 265,032 | 84.65% | 02/27/23 | 59,046 | 46,392 | 78.57% | 5,184 | 90.00% |
| 31 | 03/30/23 | 313,075 | 265,032 | 84.65% | 03/30/23 | 59,046 | 46,392 | 78.57% | 4,896 | 85.00% |
| 30 | 04/29/23 | 313,075 | 265,032 | 84.65% | 04/29/23 | 59,046 | 46,392 | 78.57% | 4,608 | 80.00% |
| 31 | 05/30/23 | 313,075 | 266,926 | 85.26% | 05/30/23 | 59,046 | 48,286 | 81.78% | 4,320 | 75.00% |
| 30 | 06/29/23 | 313,075 | 266,926 | 85.26% | 06/29/23 | 59,046 | 48,286 | 81.78% | 4,032 | 70.00% |
| 31 | 07/30/23 | 313,075 | 266,926 | 85.26% | 07/30/23 | 59,046 | 48,286 | 81.78% | 3,744 | 65.00% |
| 31 | 08/30/23 | 313,075 | 266,926 | 85.26% | 08/30/23 | 59,046 | 48,286 | 81.78% | 3,456 | 60.00% |
| 30 | 09/29/23 | 313,075 | 265,326 | 84.75% | 09/29/23 | 59,046 | 46,686 | 79.07% | 3,168 | 55.00% |
| 31 | 10/30/23 | 306,452 | 265,326 | 86.58% | 10/30/23 | 59,046 | 46,686 | 79.07% | 2,880 | 50.00% |
| 30 | 11/29/23 | 306,452 | 263,415 | 85.96% | 11/29/23 | 59,046 | 44,775 | 75.83% | | |
| 31 | 12/30/23 | 306,452 | 263,415 | 85.96% | 12/30/23 | 59,046 | 44,775 | 75.83% | | |
| 1 | 12/31/23 | 306,452 | 265,015 | 86.48% | 12/31/23 | 59,046 | 46,375 | 78.54% | | |
| 365 | | **310,155** | **266,087** | **85.82%** | | **59,046** | **46,809** | **79.28%** | | |

# CITY OF MCALLEN 2023 TAX STATEMENT

**MAKE CHECKS/MONEY ORDERS PAYABLE TO:**

City of McAllen Tax Office
**311 N. 15th Street  (Physical Address)**
**McAllen, TX 78501**
**(956) 681-1330**
**Rebecca M. Grimes, RTA/RTC**

Date: 11/01/2023
P.I.D: M207500000009A00

BILL #: 048009

Pay online at **www.mcallen.net**
Payments made via credit card or electronic check are subject to an additional fee.

**RETURN TOP PORTION WITH YOUR PAYMENT**



| IF PAID BY | AMOUNT DUE |
|---|---|
| NOVEMBER 30, 2023 | 666.15 |
| DECEMBER 31, 2023 | 666.15 |
| JANUARY 31, 2024 | 666.15 |
| FEBRUARY 29, 2024 | 712.78 |
| MARCH 31, 2024 | 726.10 |
| APRIL 30, 2024 | 739.43 |

PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH 43216-2410

INT 21 461 11

M207500000009A00000000666158

**Pay only one of the amounts above**
**Prior years not included**
**Discounts or P & I have been applied**

| APPRAISED VALUE ASSESSED VALUE | APPRAISED / ASSESSED VALUE IMPROVEMENTS | AGRICULTURE VALUE | TAXABLE VALUE BEFORE EXEMPTIONS | ‡EXEMPTIONS | MORTGAGE CODE | BILL NUMBER |
|---|---|---|---|---|---|---|
| 145,676 LAND | 0 | 0 | 145,676 | | | 048009 |

| TAXING UNIT CODE | TAXING UNITS | ASSESSED VALUE (100% RATIO) | TOTAL EXEMPTIONS | NET TAXABLE VALUE | TAX RATE (PER $100) | LATE APPLICATION PENALTY | TAX AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| CML | CITY OF MCALLEN | 145,676 | | 145,676 | 0.457285 | | 666.15 |

1/2% Sales Tax Reduced   CITY TAXES BY $ 271.57          Total Property Taxes:   666.15

Property owners who qualify for an Over 65 or Homestead, Disabled and/or Disabled Veterans Exemption may qualify for our Quarterly Payment Plan. To qualify for this plan, you must notify our office and make the 1st installment no later than January 31st. For more information, please contact our office.

*INDICATES 10% CAPPED VALUE - QUESTIONS ON VALUES CALL HIDALGO COUNTY APPRAISAL DISTRICT AT (956) 381-8466

| TAXING UNIT CODE | FREEZE CODE | AMOUNT |
|---|---|---|
| | | |

**Property ID Number:** M207500000009A00

**Situs Location**
W INTERSTATE HWY 2

**Legal Description**
MCALLEN CONVENTION CENTER LOT 9A COMMON AREA

ACRES: 2.6754

| FULL MARKET VALUE | 145,676 |
|---|---|

| IF PAID BY | AMOUNT DUE |
|---|---|
| NOVEMBER 30, 2023 | 666.15 |
| DECEMBER 31, 2023 | 666.15 |
| JANUARY 31, 2024 | 666.15 |
| FEBRUARY 29, 2024 | 712.78 |
| MARCH 31, 2024 | 726.10 |
| APRIL 30, 2024 | 739.43 |

Pay To:  City of McAllen Tax Office
**311 N. 15th Street  (Physical Address)**
**McAllen, TX 78501**
**(956) 681-1330**
**Rebecca M. Grimes, RTA/RTC**

Pay online at **www.mcallen.net**
Payments made via credit card or electronic check are subject to an additional fee.



**PENALTY--INTEREST & COLLECTION FEES RESULTING FROM LATE PAYMENT OF TAXES PAID IN:**

| FEB, ADD 7% | MAY, ADD 13% | AUG, ADD 19% + 15% |
| MAR, ADD 9% | JUN, ADD 15% | SEP, ADD 20% + 15% |
| APR, ADD 11% | JUL, ADD 18% + 15% | OCT, ADD 21% + 15% |

**KEEP THIS COPY FOR YOUR RECORDS** | SEE REVERSE SIDE | **CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

**INFORMATION ON TEXAS PROPERTY TAX LAW**

1. A tax lien is AUTOMATICALLY placed on January 1 of each year to insure that taxes are paid. Tax rates are usually set in September and the tax bills are usually mailed on October 1.
2. You have from October 1 to January 31 of the next year to pay your taxes without penalty or interest. If you don't pay the FULL amount by January 31st, you will be charged penalty and interest beginning February 1st as reflected on the Tax Statement.
3. Penalty and interest is imposed at the statutory rate of 12% penalty and 12%/year interest per year on unpaid taxes WHETHER OR NOT THE TAXPAYER RECEIVED THE TAX BILL. By July, a delinquent taxpayer will have incurred an 18% penalty and interest, and run a high risk of being sued or having their property seized prior to that time.
4. If taxes are not paid by July 1, the provision of Chapter 33, Texas Property Tax Code, will necessitate an additional 15% collection fee.
5. The Tax Collector does not have ANY legal authority to forgive the penalty or interest charge on unpaid tax.
6. On real property (land and buildings), the current owner can be held accountable for any unpaid taxes even for years before she/he bought the property. The new owner is liable for the entire year's tax to the Tax Collector, even if that person bought the property during the year and had their tax prorated with the seller at the time of closing.
7. THE TAX OFFICE RECEIVES PROPERTY VALUES VIS-A-VIS THE COUNTY APPRAISAL DISTRICT OFFICE.
8. The City Tax Office just COLLECTS property Taxes.
9. The COUNTY APPRAISAL DISTRICT (CAD) is a separate local agency and is not a part of the City of McAllen Tax Office. The CAD decides what property is to be taxed, its appraised value, whether to grant exemptions, who the taxable owner is and their address, and what taxing jurisdictions can tax the property.
10. PARTIAL PAYMENT OF TAXES IS NOW ACCEPTABLE.

**ASSESSMENT RATIO FOR ALL TAXING UNITS IS 100%**

‡ Exemption Codes:
- A - Agricultural Value
- H - General Homestead
- * 1-9 - Veterans Disability Level
- D - Disability Homestead
- S - Senior Citizen Homestead
- * The Disabled Veterans Exemptions may occur in combination with a Homestead

## Five Year Tax History

Disclaimer: This information is provided to the taxpayer Per Senate Bill 18 and House Bill 1984, ammended subsection (c) and added subsection (c-1) to Section 31.01 of the Tax Code, enacted by the legislature of the State of Texas.

**Parcel ID:** M207500000009A00

| Tax Year | Tax Unit | Appraised Value | Taxable Value | Tax Rate | Tax Imposed | Tax Imposed Change From Previous Year | Tax Year | Tax Unit | Appraised Value | Taxable Value | Tax Rate | Tax Imposed | Tax Imposed Change From Previous Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CML | 145,676 | 145,676 | 0.457285 | 666.15 | -4.71 % | 2022 | CML | 145,676 | 145,676 | 0.479900 | 699.10 | -3.17 % |
| Total | | | | | 666.15 | -4.71 % | Total | | | | | 699.10 | -3.17 % |
| 2021 | CML | 145,676 | 145,676 | 0.495600 | 721.97 | 0.00 % | 2020 | CML | 145,676 | 145,676 | 0.495600 | 721.97 | -0.02 % |
| Total | | | | | 721.97 | 0.00 % | Total | | | | | 721.97 | -0.02 % |
| 2019 | CML | 145,676 | 145,676 | 0.495677 | 722.08 | 3.43 % | 2018 | CML | 145,676 | 145,676 | 0.479234 | 698.13 | |
| Total | | | | | 722.08 | 3.43 % | Total | | | | | 698.13 | |

| Tax Unit | 2023 Appraised Value | 2018 Appraised Value | 2023 Taxable Value | 2018 Taxable Value | 2023 Tax Rate | 2018 Tax Rate | 2023 Tax Imposed | 2018 Tax Imposed | Five Year % of Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Appraised Value | Taxable Value | Tax Rate | Tax Imposed |
| CML | 145,676 | 145,676 | 145,676 | 145,676 | 0.457285 | 0.479234 | 666.15 | 698.13 | 0.00 % | 0.00 % | -4.58 % | -4.58 % |
| Total | | | | | | | 666.15 | 698.13 | | | | -4.58 % |

Taxing Unit Code and Description:
CML - CITY OF MCALLEN

# CITY OF MCALLEN 2023 TAX STATEMENT

| MAKE CHECKS/MONEY ORDERS PAYABLE TO: | | RETURN TOP PORTION WITH YOUR PAYMENT | |
|---|---|---|---|
| City of McAllen Tax Office<br>**311 N. 15th Street  (Physical Address)**<br>**McAllen, TX 78501**<br>**(956) 681-1330**<br>**Rebecca M. Grimes, RTA/RTC**<br>Date:  11/01/2023<br>P.I.D: M207500000002B00 | BILL #: 047993<br>Pay online at **www.mcallen.net**<br>Payments made via credit card or electronic check are subject to an additional fee. |  | |
| | | **IF PAID BY** | **AMOUNT DUE** |
| | | NOVEMBER 30, 2023 | 164,494.65 |
| | | DECEMBER 31, 2023 | 164,494.65 |
| | | JANUARY  31, 2024 | 164,494.65 |
| | | FEBRUARY 29, 2024 | 176,009.28 |
| | | MARCH    31, 2024 | 179,299.17 |
| | | APRIL    30, 2024 | 182,589.06 |

PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH 43216-2410

INT 21 446 11

M207500000002B0000016449465 6

**Pay only one of the amounts above**
**Prior years not included**
**Discounts or P & I have been applied**

| APPRAISED VALUE ASSESSED VALUE | APPRAISED / ASSESSED VALUE IMPROVEMENTS | AGRICULTURE VALUE | TAXABLE VALUE BEFORE EXEMPTIONS | ‡EXEMPTIONS | MORTGAGE CODE | BILL NUMBER |
|---|---|---|---|---|---|---|
| 14,002,992 LAND | 21,969,028 | 0 | 35,972,020 | | | 047993 |

| TAXING UNIT CODE | TAXING UNITS | ASSESSED VALUE (100% RATIO) | TOTAL EXEMPTIONS | NET TAXABLE VALUE | TAX RATE (PER $100) | LATE APPLICATION PENALTY | TAX AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| CML | CITY OF MCALLEN | 35,972,020 | | 35,972,020 | 0.457285 | | 164,494.65 |

1/2% Sales Tax Reduced  CITY TAXES BY $ 67,060.83

**Total Property Taxes:**  164,494.65

Property owners who qualify for an Over 65 or Homestead, Disabled and/or Disabled Veterans Exemption may qualify for our Quarterly Payment Plan. To qualify for this plan, you must notify our office and make the 1st installment no later than January 31st. For more information, please contact our office.

**\*INDICATES 10% CAPPED VALUE - QUESTIONS ON VALUES CALL HIDALGO COUNTY APPRAISAL DISTRICT AT (956) 381-8466**

| TAXING UNIT CODE | FREEZE CODE | AMOUNT |
|---|---|---|

| Property ID Number | M207500000002B00 |
|---|---|
| **Situs Location** | |
| 3300  EXPWY 83 BLDG 800 MCALLEN | |
| **Legal Description** | |
| MCALLEN CONVENTION CENTER LOT 2B | |
| | ACRES:    26.7887 |

| FULL MARKET VALUE | 35,972,020 |
|---|---|

| IF PAID BY | AMOUNT DUE |
|---|---|
| NOVEMBER 30, 2023 | 164,494.65 |
| DECEMBER 31, 2023 | 164,494.65 |
| JANUARY  31, 2024 | 164,494.65 |
| FEBRUARY 29, 2024 | 176,009.28 |
| MARCH    31, 2024 | 179,299.17 |
| APRIL    30, 2024 | 182,589.06 |

Pay To:  City of McAllen Tax Office
         **311 N. 15th Street  (Physical Address)**
         **McAllen, TX 78501**
         **(956) 681-1330**
         **Rebecca M. Grimes, RTA/RTC**

Pay online at **www.mcallen.net**
Payments made via credit card or electronic check are subject to an additional fee.



**PENALTY--INTEREST & COLLECTION FEES RESULTING FROM LATE PAYMENT OF TAXES PAID IN:**

| FEB, ADD 7% | MAY, ADD 13% | AUG, ADD 19% + 15% |
| MAR, ADD 9% | JUN, ADD 15% | SEP, ADD 20% + 15% |
| APR, ADD 11% | JUL, ADD 18% + 15% | OCT, ADD 21% + 15% |

| KEEP THIS COPY FOR YOUR RECORDS | SEE REVERSE SIDE | CANCELLED CHECK WILL SERVE AS YOUR RECEIPT |

## INFORMATION ON TEXAS PROPERTY TAX LAW

1. A tax lien is AUTOMATICALLY placed on January 1 of each year to insure that taxes are paid. Tax rates are usually set in September and the tax bills are usually mailed on October 1.
2. You have from October 1 to January 31 of the next year to pay your taxes without penalty or interest. If you don't pay the FULL amount by January 31st, you will be charged penalty and interest beginning February 1st as reflected on the Tax Statement.
3. Penalty and interest is imposed at the statutory rate of 12% penalty and 12%/year interest per year on unpaid taxes WHETHER OR NOT THE TAXPAYER RECEIVED THE TAX BILL. By July, a delinquent taxpayer will have incurred an 18% penalty and interest, and run a high risk of being sued or having their property seized prior to that time.
4. If taxes are not paid by July 1, the provision of Chapter 33, Texas Property Tax Code, will necessitate an additional 15% collection fee.
5. The Tax Collector does not have ANY legal authority to forgive the penalty or interest charge on unpaid tax.
6. On real property (land and buildings), the current owner can be held accountable for any unpaid taxes even for years before she/he bought the property. The new owner is liable for the entire year's tax to the Tax Collector, even if that person bought the property during the year and had their tax prorated with the seller at the time of closing.
7. THE TAX OFFICE RECEIVES PROPERTY VALUES VIS-A-VIS THE COUNTY APPRAISAL DISTRICT OFFICE.
8. The City Tax Office just COLLECTS property Taxes.
9. The COUNTY APPRAISAL DISTRICT (CAD) is a separate local agency and is not a part of the City of McAllen Tax Office. The CAD decides what property is to be taxed, its appraised value, whether to grant exemptions, who the taxable owner is and their address, and what taxing jurisdictions can tax the property.
10. PARTIAL PAYMENT OF TAXES IS NOW ACCEPTABLE.

**ASSESSMENT RATIO FOR ALL TAXING UNITS IS 100%**

‡ **Exemption Codes:**
- A - Agricultural Value
- H - General Homestead
- * 1-9 - Veterans Disability Level
- D - Disability Homestead
- S - Senior Citizen Homestead
- * The Disabled Veterans Exemptions may occur in combination with a Homestead

## Five Year Tax History

Disclaimer: This information is provided to the taxpayer Per Senate Bill 18 and House Bill 1984, ammended subsection (c) and added subsection (c-1) to Section 31.01 of the Tax Code, enacted by the legislature of the State of Texas.

**Parcel ID:** M207500000002B00

| Tax Year | Tax Unit | Appraised Value | Taxable Value | Tax Rate | Tax Imposed | Tax Imposed Change From Previous Year | Tax Year | Tax Unit | Appraised Value | Taxable Value | Tax Rate | Tax Imposed | Tax Imposed Change From Previous Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CML | 35,972,020 | 35,972,020 | 0.457285 | 164,494.65 | -0.90 % | 2022 | CML | 34,588,481 | 34,588,481 | 0.479900 | 165,990.12 | 1.49 % |
| Total | | | | | 164,494.65 | -0.90 % | Total | | | | | 165,990.12 | 1.49 % |
| 2021 | CML | 33,000,000 | 33,000,000 | 0.495600 | 163,548.00 | -15.66 % | 2020 | CML | 39,127,930 | 39,127,930 | 0.495600 | 193,918.02 | -5.10 % |
| Total | | | | | 163,548.00 | -15.66 % | Total | | | | | 193,918.02 | -5.10 % |
| 2019 | CML | 41,225,596 | 41,225,596 | 0.495677 | 204,345.80 | 0.81 % | 2018 | CML | 42,298,199 | 42,298,199 | 0.479234 | 202,707.35 | |
| Total | | | | | 204,345.80 | 0.81 % | Total | | | | | 202,707.35 | |

| Tax Unit | 2023 Appraised Value | 2018 Appraised Value | 2023 Taxable Value | 2018 Taxable Value | 2023 Tax Rate | 2018 Tax Rate | 2023 Tax Imposed | 2018 Tax Imposed | Five Year % of Change Appraised Value | Taxable Value | Tax Rate | Tax Imposed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CML | 35,972,020 | 42,298,199 | 35,972,020 | 42,298,199 | 0.457285 | 0.479234 | 164,494.65 | 202,707.35 | -14.96 % | -14.96 % | -4.58 % | -18.85 % |
| Total | | | | | | | 164,494.65 | 202,707.35 | | | | -18.85 % |

Taxing Unit Code and Description:
CML - CITY OF MCALLEN

# 2023 TAX STATEMENT

**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**

**Certified Owner:**
PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH 43216-2410



**Legal Description:**
MCALLEN CONVENTION CENTER LOT 9A COMM AREA

**Legal Acres:** 2.6754

**Account No:** M2075-00-000-009A-00    **Appr. Dist. No.:** 711705    **Parcel Address:** W INTERSTATE HWY 2

**As of Date:** 04/24/2024    **Print Date:** 04/24/2024

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $145,676 | $0 | $145,676 | $145,676 | $0 | $0 | $0 | $145,676 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| HIDALGO COUNTY | $145,676 | | $0.00 | $145,676 | 0.5750000 | $837.64 |
| DRAINAGE DIST #1 | $145,676 | | $0.00 | $145,676 | 0.1139000 | $165.92 |
| MCALLEN ISD | $145,676 | | $0.00 | $145,676 | 1.0011000 | $1,458.36 |
| SOUTH TEXAS ISD | $145,676 | | $0.00 | $145,676 | 0.0492000 | $71.67 |
| SOUTH TEXAS COLLEGE | $145,676 | | $0.00 | $145,676 | 0.1562000 | $227.55 |

**Total Tax:** $2,761.14
**Total Tax Paid to date:** $2,761.14
**Total Tax Remaining:** $0.00

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 04/30/2024  11% | 05/31/2024  13% | 07/01/2024  15% | 07/31/2024  18 + up to 15% | 09/02/2024  19 + up to 15% | 09/30/2024  20 + up to 15% |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/31/2024  21 + up to 15% | 12/02/2024  22 + up to 15% | 12/31/2024  23 + up to 15% | 01/31/2025  24 + up to 15% | 02/28/2025  25 + up to 15% | 03/31/2025  26 + up to 15% |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**School Information:**
MCALLEN ISD         2023 M&O .84480000 I&S .15630000 Total 1.0011000  2022 M&O 1.0206000 I&S .07580000 Total 1.0964000

---

4.1.75

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

**Print Date:** 04/24/2024

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**
**(956) 318-2157**

M2075-00-000-009A-00

PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH 43216-2410



*M20750000009A00*

**AMOUNT PAID:**

$_____.____

0000711705000000000

# 2023 TAX STATEMENT



**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**

**Certified Owner:**
PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH  43216-2410



**Legal Description:**
MCALLEN CONVENTION CENTER LOT 2B

**Account No:** M2075-00-000-002B-00     **Appr. Dist. No.:** 714410
**As of Date:** 04/24/2024

**Legal Acres:** 26.7887
**Parcel Address:** 3300 EXPWY 83 BLDG-800
**Print Date:** 04/24/2024

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $14,002,992 | $21,969,028 | $35,972,020 | $35,972,020 | $0 | $0 | $0 | $35,972,020 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| HIDALGO COUNTY | $35,972,020 | | $0.00 | $35,972,020 | 0.5750000 | $206,839.12 |
| DRAINAGE DIST #1 | $35,972,020 | | $0.00 | $35,972,020 | 0.1139000 | $40,972.13 |
| MCALLEN ISD | $35,972,020 | | $0.00 | $35,972,020 | 1.0011000 | $360,115.89 |
| SOUTH TEXAS ISD | $35,972,020 | | $0.00 | $35,972,020 | 0.0492000 | $17,698.23 |
| SOUTH TEXAS COLLEGE | $35,972,020 | | $0.00 | $35,972,020 | 0.1562000 | $56,188.30 |

**Total Tax:** $681,813.67
**Total Tax Paid to date:** $681,813.67
**Total Tax Remaining:** $0.00

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 04/30/2024 11% | 05/31/2024 13% | 07/01/2024 15% | 07/31/2024 18 + up to 15% | 09/02/2024 19 + up to 15% | 09/30/2024 20 + up to 15% |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/31/2024 21 + up to 15% | 12/02/2024 22 + up to 15% | 12/31/2024 23 + up to 15% | 01/31/2025 24 + up to 15% | 02/28/2025 25 + up to 15% | 03/31/2025 26 + up to 15% |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**School Information:**
**MCALLEN ISD**     2023 M&O .84480000 I&S .15630000 Total 1.0011000  2022 M&O 1.0206000 I&S .07580000 Total 1.0964000

---

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**     4.1.75

**Print Date:**   04/24/2024

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**
**(956) 318-2157**



M2075-00-000-002B-00

*M2075000000002B00*

PALM CROSSING TOWN CENTER LLC
PO BOX 2410
COLUMBUS, OH  43216-2410

**AMOUNT PAID:**

$_____._____

00007144100000000000

2023 TAX Recoverable Cost Computation

| | | | | | | |
|---|---|---|---|---|---|---|
| RE: | TENANT: | BIG LOTS | | DATE: | | 3/31/2023 |
| | ACCOUNT: | 260320-046553 | | | | |
| | SUITE: | XDB | | | | |

| | RECOVERY FROM | 1/1/2023 | TO | 12/31/2023 |
|---|---|---|---|---|
| RECOVERY CATEGORY: RET - REAL ESTATE TAX | CENTER GLA | | 310,155 | |

| | | |
|---|---|---|
| NET CURRENT YEAR COSTS | $ | 849,735.61 |
| WEIGHTED AVERAGE PROJECT AREA (SQ FT) | | 266,087 |
| SUITE SQUARE FOOTAGE | | 35000 |
| TENANT AREA AS FRACTION OF TOTAL PROJECT AREA | | 0.1128468 |
| CHARGE COMMENCEMENT | | 1/1/2023 |
| TOTAL NUMBER OF TENANT RECOVERY DAYS | | 365 |
| TOTAL NUMBER OF DAYS COSTS INCURRED | | 365 |
| OCCUPANCY PERCENTAGE FOR YEAR | | 100% |
| TOTAL CHARGEABLE TO TT | $ | 95,889.95 |
| LESS:    AMOUNT BILLED FOR PERIOD | $ | - |
| ADDITIONAL AMOUNT DUE OR (CREDIT) | $ | 95,889.95 |

PLEASE REMIT PAYMENT TO THE FOLLOWING:
PALMS CROSSING TOWN CENTER
P.O. BOX 741751
ATLANTA, GA  30374-1751