**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, a true and correct copy of the foregoing *Limited Objection And Reservation Of Rights Of Wpg Legacy, LLC To The Assumption And Assignment Of Lease Pursuant To The Lease Sale Procedures* was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

Linda J. Casey, Esq.
U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esq.
Kristin K. Going, Esq.
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

                      LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                      */s/ Susan E. Kaufman*
                      Susan E. Kaufman, (DSB# 3381)
                      919 North Market Street, Suite 460
                      Wilmington, DE 19801
                      (302) 472-7420
                      (302) 792-7420 Fax
                      skaufman@skaufmanlaw.com

Dated: December 11, 2024