**EXHIBIT A**

**Kin No.**  **7100**
Location:      901 E. Langsford Road, Lees Summit, Missouri
Landlord:     Ft. Wayne Matador, Inc. ("Landlord")
Tenant:        Big Lots Stores, LLC ("Big Lots")
Lease:         Lease Agreement dated July 23, 2012, originally by and between Ft. Wayne Matador, Inc., as Landlord, and Big Lots Stores, Inc., as Tenant, as amended and assigned ("Lease")

**Big Lots Store No.**    **5264**

**Claim:**

| | |
|---|---:|
| Rent (9/2024) | $19,175.48 |
| Jackson County Real Estate Taxes (Parcel #61-240-18-05-00-0-00-000) | $52,638.21 |
| Jackson County Real Estate Taxes (Parcel #61-240-18-06-00-0-00-000) | $12,466.94 |
| Lien – The Waldinger Corporation | $3,932.44 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre- and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | t/b/d |
| Grading, Drainage and Site Landscaping (repair) | $4,000.00 |
| Parking Lot / Walkways (repairs) | $77,440.00 |
| Roof (repairs) | $6,350.00 |
| Necessary painting and resealing due to peeling paint on CMU blocks, areas of rusted railings, and peeling/faded paint on wood trim | $20,000.00 |
| CMU painting | $3,000.00 |
| Inspection Costs – Blew | $2,300.00 |
| Legal Fees | t/b/d |
| **TOTAL (not less than):**[*] | **$201,303.78** |

---

[*] Under the Lease, Big Lots is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.

12/12/24