# EXHIBIT A

**RMS PROPERTIES, INC.**
1111 N. PLAZA DRIVE, SUITE 200
SCHAUMBURG, ILLINOIS 60173

(847) 891-1800

**STATEMENT**

| DATE |
|---|
| 12/12/2024 |

**To:**
Big Lots Inc #5230
4900 E. Dublin-Granville Road
Columbus, OH 43081

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $165,210.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/03/2024 | PMT #ACH 6/3/24. June-August (Overpaid Sales Tax) | -1,929.86 | -1,929.86 |
| 09/01/2024 | INV #97045. Orig. Amount $81,100.14.<br>Sept-November 2024 Rent<br>--- Base Rent $26,246.00<br>--- Base Rent $26,246.00<br>--- Base Rent $26,246.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 2,362.14 | 81,100.14 | 79,170.28 |
| 09/06/2024 | INV #97621. Orig. Amount $4,460.51.<br>Late Fee Q3 Rent<br>--- Late Fees $4,460.51<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 4,460.51 | 83,630.79 |
| 09/27/2024 | INV #99856. Orig. Amount $3,500.00.<br>Legal Fees 9/27/24 Bilu<br>--- Legal Fees $3,500.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 3,500.00 | 87,130.79 |
| 10/08/2024 | INV #99855. Orig. Amount $1,500.00.<br>Legal Fees 10/8/24 Bilu<br>--- Legal Fees $1,500.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 1,500.00 | 88,630.79 |
| 10/31/2024 | INV #99099. Orig. Amount $5,650.00.<br>Legal Fees<br>--- Legal Fees $5,650.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 5,650.00 | 94,280.79 |
| 11/14/2024 | INV #99853. Orig. Amount $1,402.50.<br>Legal Fee statement 11.14.24 Bilu<br>--- Legal Fees $1,402.50<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 1,402.50 | 95,683.29 |
| 12/03/2024 | INV #99821. Orig. Amount $44,363.22.<br>RET<br>--- TAXES-Annual $43,071.09<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 1,292.13 | 44,363.22 | 140,046.51 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 13,480.50 | 57,448.71 | 5,650.00 | 5,000.00 | 83,630.79 | $165,210.00 |

**RMS PROPERTIES, INC.**
1111 N. PLAZA DRIVE, SUITE 200
SCHAUMBURG, ILLINOIS 60173

(847) 891-1800

**STATEMENT**

| DATE |
|---|
| 12/12/2024 |

**To:**

Big Lots Inc #5230
4900 E. Dublin-Granville Road
Columbus, OH 43081

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $165,210.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/03/2024 | INV #99851. Orig. Amount $2,439.98.<br>Late Fees for unpaid RET<br>--- Late Fees $2,439.98<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 2,439.98 | 142,486.49 |
| 12/03/2024 | INV #99852. Orig. Amount $3,655.00.<br>Legal Fees per statement 12.3.24 Bilu<br>--- Legal Fees $3,655.00<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 3,655.00 | 146,141.49 |
| 12/04/2024 | INV #99823. Orig. Amount $4,460.51.<br>Late Fees Q4 Rent<br>--- Late Fees $4,460.51<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 4,460.51 | 150,602.00 |
| 12/11/2024 | INV #99854. Orig. Amount $1,127.50.<br>Legal Fees Statement 12.11.24 Bilu<br>--- Legal Fees $1,127.50<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 1,127.50 | 151,729.50 |
| 12/12/2024 | INV #99858. Orig. Amount $13,480.50.<br>Legal Fees Hogan McDaniel<br>--- Legal Fees $13,480.50<br>--- Tax: Sales Tax - Vero Big Lots(2024) @ 3.0% = 0.00 | 13,480.50 | 165,210.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 13,480.50 | 57,448.71 | 5,650.00 | 5,000.00 | 83,630.79 | $165,210.00 |