## **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on this the 12th day of December, 2024, a true a correct copy of the foregoing *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PREMIUM ASSET MANAGEMENT, INC TO THE ASSUMPTION AND ASSIGNMENT OF LEASE PURSUANT TO THE LEASE SALES PROCEDURES* was served upon all parties noticed pursuant to the ECF filing system including the Objection Notice Parties as follows:

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Attn: Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
biglots.mnat@morrisnichols.com,

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: John F. Ventola, Esq.
jventola@choate.com),
Jonathan D. Marshall, Esq.
(jmarshall@choate.com),
Jacob S. Lang, Esq. (jslang@choate.com)

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Regina Stango Kelbon, Esq.
(regina.kelbon@blankrome.com)

Stanley Tarr, Esq.
(stanley.tarr@blankrome.com),
Otterbourg P.C.,
230 Park Avenue
New York, NY 10169
Attn: Chad B. Simon, Esq.
(CSimon@otterbourg.com),
James V. Drew, Esq.
(JDrew@otterbourg.com),
Sarah L. Hautzinger, Esq.
(shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.,
920 N. King Street
Wilmington, DE 19801
Attn: John H. Knight, Esq.
(knight@rlf.com),

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Darren Azman, Esq.
(dazman@mwe.com)
Kristin G. Going, Esq.
(kgoing@mwe.com),

Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801,
Attn: Justin R. Alberto, Esq.
(jalberto@coleschotz.com)
Stacy L. Newman, Esq.
(snewman@coleschotz.com),

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Christopher Marcus, P.C.
(cmarcus@kirkland.com),
Douglas A. Ryder, P.C.
(douglas.ryder@kirkland.com),
Nicholas M. Adzima
(nicholas.adzima@kirkland.com),

U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35, Wilmington
Delaware 19801
Attn: Linda J. Casey
(linda.casey@usdoj.gov)

                                            */s/Garvan F. McDaniel*
                                            Garvan F. McDaniel (#4167)