UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-11967-JKS |
| BIG LOTS, et al. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Sub-Chapter V |

**AMENDED OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT**

Jewell Square, RLLP, by and through its counsel, Wadsworth Garber Warner Conrardy, PC, for its Amended Objection to Cure Amount respectfully states as follows:

1.    Pursuant to the Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (Docket No. 683), the Debtors' proposed cure amount for the Jewell Square commercial real property lease (the "Lease") is $16,773.77.[1]

2.    On November 7, 2024, Jewell Square filed its Objection to Cure Amount (Docket No. 1039).

3.    Jewell Square has recently completed its 2024 common area maintenance reconciliation.

4.    Attached hereto as Exhibit A is Jewell Square's ledger, including the CAM reconciliation, for the Debtors' commercial real estate lease, which shows the correct cure amount is $100,021.91.

5.    Pursuant to Bankruptcy Code § 365(b)(1)(A), the Debtor cannot assume the Lease unless and until it cures or provides adequate assurance that it will promptly cure the Lease default.

6.    Except for the correction of the cure amount and promptly curing the Lease default, Jewell Square does not object to the assumption of its lease.

---

[1] The Debtor entity designated by the Debtors as the counter-party to the Jewell Square lease is Big Lots Stores – PNS, LLC.

WHEREFORE, Jewell Square respectfully requests the Court deny the assumption of its lease unless and until the Debtors' correct the cure amount and granting such other and further relief as this Court deems appropriate.

Dated: December 12, 2024                    Respectfully submitted,


By: /s/ Aaron A. Garber
      Aaron A. Garber DE #3837 (CO # 36099)
      **Wadsworth Garber Warner Conrardy, P.C.**
      2580 West Main Street, Suite 200
      Littleton, CO 80120
      Telephone: (303) 296-1999
      Telecopy: (303) 296-7600
      Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 12, 2024, I served by ECF and e-mail a copy of the **AMENDED OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT** on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

Justin R. Alberto     jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Elihu Ezekiel Allinson, III     ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Scott Andron     sandron@broward.org, swulfekuhle@broward.org

Tara B. Annweiler     tannweiler@greerherz.com

Todd Allan Atkinson     todd.atkinson@wbd-us.com, heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Matthew P. Austria     maustria@austriallc.com

Scott A Bachert     sbachert@kerricklaw.com

Judah S. Balasiano     judah@balasianolaw.com

Steven Balasiano     Steven@BalasianoLaw.com

Elizabeth Banda Calvo     ebcalvo@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Joseph Charles Barsalona II     jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Ryan Walter Beall     rbeall@go2.law

Karen C. Bifferato     kbifferato@connollygallagher.com

Ryan J Bird     rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Wanda Borges     ecfcases@borgeslawllc.com

Bartley P Bourgeois     bartley@thecohnlawfirm.com

Morton R. Branzburg     mbranzburg@klehr.com, jtaylor@klehr.com

Joshua Brooks     brooks@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Kimberly A. Brown     brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com

William J. Burnett     william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Michael G. Busenkell     mbusenkell@gsbblaw.com

Daniel B. Butz     dbutz@mnat.com, rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeffrey M. Carbino     jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Paul W. Carey     pcarey@mirickoconnell.com

Candace C Carlyon    ccarlyon@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com
James S. Carr    KDWBankruptcyDepartment@kelleydrye.com,
MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com
Jeffery D. Carruth    jcarruth@wkpz.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com
Linda J. Casey    Linda.Casey@usdoj.gov
David S. Catuogno    david.catuogno@klgates.com
Siena Cerra    scerra@morrisjames.com, slisko@morrisjames.com;ddepta@morrisjames.com
William E. Chipman    chipman@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com
Wayne M Chiurazzi    wchiurazzi@the-attorneys.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
Howard A. Cohen    hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com
Marcus O Colabianchi    mcolabianchi@duanemorris.com
Shannah L. Colbert    scolbert@mirickoconnell.com
Kevin G. Collins    kevin.collins@btlaw.com, klytle@btlaw.com
Mark D. Collins    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
David H. Conaway    dconaway@shumaker.com
Mark B. Conlan    mconlan@gibbonslaw.com, nmitchell@gibbonslaw.com
Scott D. Cousins    scott.cousins@lewisbrisbois.com, aran.heining@lewisbrisbois.com
Michael David DeBaecke    mdebaecke@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
Rocco Ignatius Debitetto    ridebitetto@hahnlaw.com,
hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
Robert J. Dehney    rdehney@morrisnichols.com, robert-dehney-
4464@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
Michael Vincent DiPietro    mdipietro@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Monique Bair DiSabatino    monique.disabatino@saul.com, robyn.warren@saul.com
R. Grant Dick    gdick@coochtaylor.com, gdick@ecf.courtdrive.com
Gregory T. Donilon    gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
Christopher M. Donnelly    cdonnelly@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com
Jennifer V. Doran    jdoran@hinckleyallen.com, calirm@haslaw.com
Amish R. Doshi    amish@doshilegal.com
James Drew    jdrew@otterbourg.com, awilliams@otterbourg.com
Mark Iver Duedall    mduedall@bakerdonelson.com
Katharina Earle    kearle@gibbonslaw.com, nmitchell@gibbonslaw.com
Jamie Lynne Edmonson    jedmonson@rc.com, lshaw@rc.com
William Ehrlich    william@ehrlichlawfirm.com
Michael Seth Etkin    metkin@lowenstein.com
Justin Cory Falgowski    jfalgowski@burr.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email

William P. Fennell    william.fennell@fennelllaw.com,
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;brendan.bargmann@fennelllaw.com;sam
antha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com
Niclas A. Ferland    nferland@barclaydamon.com
Benjamin Finestone    benjaminfinestone@quinnemanuel.com
Brian T. FitzGerald    fitzgeraldb@hillsboroughcounty.org,
connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org
Gregory Joseph Flasser    gflasser@potteranderson.com,
kmccloskey@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com
Scott L. Fleischer    sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
Thomas Joseph Francella    TFrancella@raineslaw.com, thomas-francella-
6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com
Joseph D. Frank    jfrank@fgllp.com, csmith@fgllp.com;csucic@fgllp.com
Simon E. Fraser    sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com
Brian C. Free    brian.free@hcmp.com
Terri Jane Freedman    tfreedman@csglaw.com
Nicole M. Fulfree    nfulfree@lowenstein.com
David W. Gaffey    dgaffey@whitefordlaw.com
Alexis R. Gambale    agambale@pashmanstein.com, lsalcedo@pashmanstein.com
Craig Solomon Ganz    ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
Ronald S. Gellert    rgellert@gsbblaw.com
Edmond M George    edmond.george@obermayer.com
Stephen B Gerald    sgerald@tydings.com,
trogers@whitefordlaw.com;clano@whitefordlaw.com
Stephen B Gerald    sgerald@whitefordlaw.com,
trogers@whitefordlaw.com;clano@whitefordlaw.com
Matthew B. Goeller    matthew.goeller@klgates.com, alyssa.domorod@klgates.com
Ronald E Gold    rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
Jeffrey Ian Golden    jgolden@go2.law
Eric S. Goldstein    egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
Michael I. Gottfried    MGottfried@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tpariza
d@elkinskalt.com
Geoffrey G. Grivner    geoffrey.grivner@bipc.com,
sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.co
m;joseph.roadarmel@bipc.com
Karen M. Grivner    kgrivner@clarkhill.com, kwebster@clarkhill.com
Tara L. Grundemeier    houston_bankruptcy@lgbs.com
Hiram Abif Gutierrez    edinburgbankruptcy@pbfcm.com
Emily Margaret Hahn    ehahn@abernathy-law.com
William A. Hazeltine    whazeltine@sha-llc.com
Leslie C. Heilman    heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
Gregory G. Hesse    ghesse@huntonak.com, crankin@huntonak.com;creeves@huntonak.com

R. Karl Hill     khill@svglaw.com, csnyder@svglaw.com,cwalters@svglaw.com
Adam Hiller     ahiller@adamhillerlaw.com
John Turner Holt     jtholt@alexandervann.com
James E. Huggett     jhuggett@margolisedelstein.com,
tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notif
y.bestcase.com;SmithCR50524@notify.bestcase.com
Shannon Dougherty Humiston     shumiston@mccarter.com
Joseph H. Huston     jhh@stevenslee.com
Ericka Fredricks Johnson     ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com
Michael Joseph Joyce     mjoyce@mjlawoffices.com
Eve Helen Karasik     ehk@lnbyb.com
Shanti M. Katona     skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Susan E. Kaufman     skaufman@skaufmanlaw.com
Brya Michele Keilson     bkeilson@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com
Regina S. Kelbon     kelbon@blankrome.com
Daniel C. Kerrick     dckerrick@dkhogan.com, bankruptcy@gmlaw.com
Jamie Kirk     bk-jkirk@texasattorneygeneral.gov
David M. Klauder     dklauder@bk-legal.com, DE17@ecfcbis.com
Jeremy C. Kleinman     jkleinman@fgllp.com, csuic@fgllp.com;csmith@fgllp.com
John Henry Knight     knight@rlf.com, RBGroup@RLF.com;ann-jerominski-
2390@ecf.pacerpro.com
David J. Kozlowski     dkozlowski@gmail.com, autodocket@morrisoncohen.com
Kroll Restructuring Administration LLC     info@ra.kroll.com
Carl N. Kunz     ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
Jeffrey Kurtzman     kurtzman@kurtzmansteady.com
Jeffrey S Kwong     jsk@lnbyg.com
Nina M. LaFleur     nina@lafleurlaw.com
Jacob S Lang     jslang@choate.com
David Lapa     david@melalaw.com,
office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com
Robert L.
LeHane     KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jch
urchill@kelleydrye.com
Raymond Howard Lemisch     rlemisch@klehr.com
Joseph H Lemkin     jlemkin@stark-stark.com
Andrew Lennox     alennox@lennoxlaw.com
Scott J. Leonhardt     scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com
William J. Levant     wlevant@kaplaw.com
Peter C. Lewis     peter.lewis@solidcounsel.com
Zhao Liu     liu@teamrosner.com,
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com
Edward LoBello     elobello@bsk.com,
elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Christopher Dean Loizides    loizides@loizides.com
Kevin J. Mangan    kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com
Kevin Scott Mann    kmann@crosslaw.com, smacdonald@crosslaw.com
Jonathan D. Marshall    jmarshall@choate.com
R. Craig Martin    craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com
J. Michael McCague    jmm@gmwpclaw.com
Daniel J. McCarthy    dmccarthy@hillfarrer.com
James McClammy    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
Laura L. McCloud    agbankdelaware@ag.tn.gov
Garvan F. McDaniel    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Kyle P. McEvilly    kmcevilly@gibbonslaw.com
Drew McGehrin    dsmcgehrin@duanemorris.com
Brian J. McLaughlin    brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
Jennifer McLain McLemore    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com
Dennis A. Meloro    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
Michael G. Menkowitz    mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com
Rachel B. Mersky    rmersky@monlaw.com
Craig Thomas Mierzwa    cmierzwa@simonattys.com
Angela Z. Miller    amiller@phillipslytle.com, sreiner@phillipslytle.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Timothy T Mitchell    dkrm@aol.com, donna@rashtiandmitchell.com
Byron Z Moldo    bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
James P. Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin H Morse    kmorse@clarkhill.com
Michael D. Mueller    mmueller@williamsmullen.com, avaughn@williamsmullen.com
Lucian Borders Murley    luke.murley@saul.com, robyn.warren@saul.com
Tara E Nauful    tara@bestlawsc.com
Kevin M. Newman    knewman@barclaydamon.com, kmnbk@barclaydamon.com
Stacy L. Newman    snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
Seth A. Niederman    sniederman@foxrothschild.com, msteen@foxrothschild.com;r59257@notify.bestcase.com
Mark D. Olivere    olivere@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com
Thomas Onder    tonder@stark-stark.com, ereid@stark-stark.com
Michael A. Paasch    michael.paasch@dinsmore.com
Domenic E. Pacitti    dpacitti@klehr.com
Carl Palomino    attorneycarlpalomino@gmail.com

Julie Anne Parsons     jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
Raymond M. Patella     rpatella@lawjw.com
Kristhy M. Peguero     kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com
William Walt Pettit     walt.pettit@hutchenslawfirm.com
Dana S. Plon     dplon@sirlinlaw.com
David P. Primack     dprimack@mgmlaw.com, scarney@mdmc-law.com
Echo Yi Qian     eqian@morrisnichols.com
Dean George Rallis     drallis@hahnlawyers.com,
jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
Timothy M. Reardon     treardon@brouse.com
Reliable Companies     gmatthews@reliable-co.com
Andrew R. Remming     aremming@mnat.com, andrew-remming-
0904@ecf.pacerpro.com;rebecca-weidman-
3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
Jeffrey Rhodes     jrhodes@tlclawfirm.com
John Jeffery Rich     jrich@madisoncountyal.gov
Richard W. Riley     rriley@wtplaw.com, clano@wtplaw.com
Colin R. Robinson     crobinson@pszjlaw.com
Beth E Rogers     Brogers@berlawoffice.com
Sophie Rogers Churchill     srchurchill@morrisnichols.com, rebecca-weidman-
3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
Laurel D. Roglen     roglenl@ballardspahr.com, carbonej@ballardspahr.com
Alan Michael Root     root@chipmanbrown.com,
aroot51@hotmail.com;fusco@chipmanbrown.com;dero@chipmanbrown.com
Frederick Brian Rosner     rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com
Sommer Leigh Ross     slross@duanemorris.com, AutoDocketWILM@duanemorris.com
Jeffrey C. Roth     jeff@rothandscholl.com
Richard A Rozanski     richard@rarlaw.net
LESLIE B. SPOLTORE     leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.co
m,lucille.acello@obermayer.com
Diane W. Sanders     austin.bankruptcy@publicans.com
Joseph E. Sarachek     joe@sarachecklawfirm.com,
jon@sarachecklawfirm.com;paul@sarachecklawfirm.com
Casey Sawyer     csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;rebecca-
weidman-3578@ecf.pacerpro.com;john-lawrence-
0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
Erin Powers Severini     eseverini@fbtlaw.com
Michelle E. Shriro     mshriro@singerlevick.com, scotton@singerlevick.com
Eric J Silver     esilver@stearnsweaver.com
Chad B. Simon     csimon@otterbourg.com
Christopher Page Simon     csimon@crosslaw.com, smacdonald@crosslaw.com
David E. Sklar     dsklar@pashmanstein.com
Steven J. Solomon     steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com

Stephen W. Spence    sws@bmbde.com, sumspence@gmail.com
Charles S. Stahl    cstahl@smbtrials.com
Jason A. Starks    BKECF@traviscountytx.gov
Don Stecker    don.stecker@lgbs.com
Benjamin Joseph Steele    ecf@primeclerk.com
Jason V. Stitt    jstitt@kmklaw.com
Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
Aaron H. Stulman    astulman@potteranderson.com,
lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com
;tmistretta@potteranderson.com
Brian A. Sullivan    bsullivan@werbsullivan.com, hbelair@werbsullivan.com
William D. Sullivan    wdsecfnotices@sha-llc.com
Steven L Taggart    staggart@olsentaggart.com
Damien Nicholas Tancredi    damien.tancredi@flastergreenberg.com,
damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@f
lastergreenberg.com
Lisa Bittle Tancredi    lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-
us.com;nichole.wilcher@wbd-us.com
Stanley B. Tarr    stanley.tarr@blankrome.com
Gregory A. Taylor    gtaylor@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
William F. Taylor    wtaylor@whitefordlaw.com, clano@whitefordlaw.com
Jeffrey Thomas Testa    jtesta@mccarter.com, lrestivo@mccarter.com
James Tobia    tobijam@comcast.net;bankserve@tobialaw.com
Gordon J. Toering    gtoering@wnj.com
John Kendrick Turner    john.turner@lgbs.com, Dora.Casiano-
Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
John M Turner    jmt@tmsdlaw.com
U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
Melissa E. Valdez    mvaldez@pbfcm.com,
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
Lyndel Anne Vargas    LVargas@chfirm.com,
chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com
Sally E. Veghte    sveghte@klehr.com
John Ventola    jventola@choate.com
Margaret A. Vesper    vesperm@ballardspahr.com
Steven Walsh    SWalsh@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com
Christopher A. Ward    cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Matthew P. Ward    matthew.ward@wbd-us.com, Heidi.sasso@wbd-
us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
Stephanie Slater Ward    sslater@foxrothschild.com
Jeffrey R. Waxman    jwaxman@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com

John R. Weaver      jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
A.J. Webb      awebb@fbtlaw.com, awebb@ecf.courtdrive.com
John W. Weiss      jweiss@pashmanstein.com
Jennifer Wertz      jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;steso@jw.com
Jordan Williams      jordan.williams@blankrome.com
Samuel C. Wisotzkey      swisotzkey@kmksc.com, kmksc@kmksc.com
Scott Alan Zuber      szuber@csglaw.com, ecf@csglaw.com
Richard Zucker      rzucker@lasserhochman.com

Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (2) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (3) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (4) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (5) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (6) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. Attn: Linda J. Casey (linda.casey@usdoj.gov)

*/s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy P.C.

**EXHIBIT A**

# Tenant Ledger

**Tenants:** Big Lots Inc.

**Mobile:** (614) 278-3353

**Unit:** 7777

**Property:** Jewell Square - 7777, 7817-7893 W Jewell Ave. Lakewood, CO 80232

**Status:** Current

**Move in date:** 12/15/2021

**Move out date:** --

**Lease Expiration:** 01/31/2026

**Rent:** 15,444.98

**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | | | | | 0.00 |
| | | | | | Starting Balance |
| 01/01/2022 | | Rent Income - January 2022 - Rent Income | 15,444.98 | | 15,444.98 |
| 01/01/2022 | | CAM Income - January 2022 - CAM | 1,562.68 | | 17,007.66 |
| 01/19/2022 | Big Lots Inc. | Payment (Reference #ACH) 01/2022 - rent | | 16,652.98 | 354.68 |
| 01/20/2022 | | CAM Income - CAM Income Adjustment - tenant should be paying $1208/month | -354.68 | | 0.00 |
| 01/26/2022 | | CAM Admin - CAM Admin fee from January | 141.03 | | 141.03 |
| 01/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 02/2022 - rent | | 16,652.98 | -16,511.95 |
| 02/01/2022 | | Rent Income - February 2022 - Rent Income | 15,444.98 | | -1,066.97 |
| 02/01/2022 | | CAM Income - February 2022 - CAM | 1,208.00 | | 141.03 |
| 02/01/2022 | | CAM Admin - February 2022 - CAM Admin Fee | 141.03 | | 282.06 |
| 02/16/2022 | | CAM Income - Big Lots 2021 Taxes PR Share | 47,923.22 | | 48,205.28 |
| 02/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 03/2022 - rent | | 16,652.98 | 31,552.30 |
| 03/01/2022 | | Rent Income - March 2022 - Rent Income | 15,444.98 | | 46,997.28 |
| 03/01/2022 | | CAM Income - March 2022 - CAM | 1,208.00 | | 48,205.28 |
| 03/01/2022 | | CAM Admin - March 2022 - CAM Admin Fee | 141.03 | | 48,346.31 |
| 03/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 03 | | 47,923.22 | 423.09 |
| 04/01/2022 | | Rent Income - April 2022 - Rent Income | 15,444.98 | | 15,868.07 |
| 04/01/2022 | | CAM Income - April 2022 - CAM | 1,208.00 | | 17,076.07 |
| 04/01/2022 | | CAM Admin - April 2022 - CAM Admin Fee | 141.03 | | 17,217.10 |
| 04/04/2022 | Big Lots Inc. | Payment (Reference #ACH) 04/2022 - rent | | 16,652.98 | 564.12 |
| 05/01/2022 | | Rent Income - May 2022 - Rent Income | 15,444.98 | | 16,009.10 |
| 05/01/2022 | | CAM Income - May 2022 - CAM | 1,208.00 | | 17,217.10 |
| 05/01/2022 | | CAM Admin - May 2022 - CAM Admin Fee | 141.03 | | 17,358.13 |
| 05/02/2022 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | 705.15 |
| 05/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | -15,947.83 |
| 06/01/2022 | | Rent Income - June 2022 - Rent Income | 15,444.98 | | -502.85 |
| 06/01/2022 | | CAM Income - June 2022 - CAM | 1,208.00 | | 705.15 |
| 06/01/2022 | | CAM Admin - June 2022 - CAM Admin Fee | 141.03 | | 846.18 |
| 06/27/2022 | Big Lots Inc. | Payment (Reference #ACH) 06/2022 - rent | | 16,652.98 | -15,806.80 |
| 07/01/2022 | | Rent Income - July 2022 - Rent Income | 15,444.98 | | -361.82 |
| 07/01/2022 | | CAM Income - July 2022 - CAM | 1,208.00 | | 846.18 |
| 07/01/2022 | | CAM Admin - July 2022 - CAM Admin Fee | 141.03 | | 987.21 |
| 07/27/2022 | | CAM Admin - Incorrect charge since 1/2022- admin fee is included in admin income | -987.21 | | 0.00 |
| 08/01/2022 | | Rent Income - August 2022 - Rent Income | 15,444.98 | | 15,444.98 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 08/01/2022 | | CAM Income - August 2022 - CAM | 1,208.00 | | 16,652.98 |
| 08/01/2022 | Big Lots Inc. | Payment (Reference #ACH) 08/2022 - rent | | 16,652.98 | 0.00 |
| 08/29/2022 | Big Lots Inc. | Payment (Reference #ACH) 09/2022 - rent | | 16,652.98 | -16,652.98 |
| 09/01/2022 | | Rent Income - September 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 09/01/2022 | | CAM Income - September 2022 - CAM | 1,208.00 | | 0.00 |
| 09/26/2022 | Big Lots Inc. | Payment (Reference #ACH) 10/2022 - rent | | 16,652.98 | -16,652.98 |
| 10/01/2022 | | Rent Income - October 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 10/01/2022 | | CAM Income - October 2022 - CAM | 1,208.00 | | 0.00 |
| 10/31/2022 | Big Lots Inc. | Payment (Reference #ACH) 11/2022 - rent | | 16,652.98 | -16,652.98 |
| 11/01/2022 | | Rent Income - November 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 11/01/2022 | | CAM Income - November 2022 - CAM | 1,208.00 | | 0.00 |
| 11/28/2022 | Big Lots Inc. | Payment (Reference #ACH) 12/2022 - rent | | 16,652.98 | -16,652.98 |
| 12/01/2022 | | Rent Income - December 2022 - Rent Income | 15,444.98 | | -1,208.00 |
| 12/01/2022 | | CAM Income - December 2022 - CAM | 1,208.00 | | 0.00 |
| 12/27/2022 | Big Lots Inc. | Payment (Reference #ACH) 12/2022 - rent | | 16,652.98 | -16,652.98 |
| 01/01/2023 | | Rent Income - January 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 01/01/2023 | | CAM Income - January 2023 - CAM | 1,208.00 | | 0.00 |
| 01/30/2023 | Big Lots Inc. | Payment (Reference #ACH) 02/2023 - rent | | 16,652.98 | -16,652.98 |
| 02/01/2023 | | Rent Income - February 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 02/01/2023 | | CAM Income - February 2023 - CAM | 1,208.00 | | 0.00 |
| 02/27/2023 | Big Lots Inc. | Payment (Reference #ACH) 03/2023 - rent | | 16,652.98 | -16,652.98 |
| 03/01/2023 | | Rent Income - March 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 03/01/2023 | | CAM Income - March 2023 - CAM | 1,208.00 | | 0.00 |
| 03/27/2023 | Big Lots Inc. | Payment (Reference #ACH) 04/2022 - rent | | 16,652.98 | -16,652.98 |
| 04/01/2023 | | Rent Income - April 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 04/01/2023 | | CAM Income - April 2023 - CAM | 1,208.00 | | 0.00 |
| 05/01/2023 | | Rent Income - May 2023 - Rent Income | 15,444.98 | | 15,444.98 |
| 05/01/2023 | | CAM Income - May 2023 - CAM | 1,208.00 | | 16,652.98 |
| 05/01/2023 | Big Lots Inc. | Payment (Reference #ACH) 05/2022 - rent | | 16,652.98 | 0.00 |
| 05/30/2023 | Big Lots Inc. | Payment (Reference #ACH) 06/2022 - rent | | 16,652.98 | -16,652.98 |
| 06/01/2023 | | Rent Income - June 2023 - Rent Income | 15,444.98 | | -1,208.00 |
| 06/01/2023 | | CAM Income - June 2023 - CAM | 1,208.00 | | 0.00 |
| 06/05/2023 | | Additional CAM Income - 2022 Tax Reimbursement | 61,021.07 | | 61,021.07 |
| 06/21/2023 | | CAM Income - - updated 2023 CAM (see attachments for documentation) | 1,328.79 | | 62,349.86 |
| 06/26/2023 | Big Lots Inc. | Payment (Reference #Put this amount to the oldest invoice open Additional CAM 2022) | | 16,652.98 | 45,696.88 |
| 07/01/2023 | | Rent Income - July 2023 - Rent Income | 15,444.98 | | 61,141.86 |
| 07/31/2023 | Big Lots Inc. | Payment Big Lots | | 72,848.35 | -11,706.49 |
| 08/01/2023 | | Rent Income - August 2023 - Rent Income | 15,444.98 | | 3,738.49 |
| 08/01/2023 | | CAM Income - August 2023 | 1,328.79 | | 5,067.28 |
| 08/28/2023 | Big Lots Inc. | Payment (Reference #ACH) September Rent | | 16,713.37 | -11,646.09 |
| 09/01/2023 | | Rent Income - September 2023 - Rent Income | 15,444.98 | | 3,798.89 |
| 09/01/2023 | | CAM Income - September 2023 | 1,328.79 | | 5,127.68 |
| 09/25/2023 | Big Lots Inc. | Payment | | 16,713.37 | -11,585.69 |
| 10/01/2023 | | Rent Income - October 2023 - Rent Income | 15,444.98 | | 3,859.29 |
| 10/01/2023 | | CAM Income - October 2023 | 1,328.79 | | 5,188.08 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|--------:|---------:|--------:|
| 10/30/2023 | Big Lots Inc. | Payment (Reference #ACH) November Rent | | 16,713.37 | -11,525.29 |
| 11/01/2023 | | Rent Income - November 2023 - Rent Income | 15,444.98 | | 3,919.69 |
| 11/01/2023 | | CAM Income - November 2023 | 1,328.79 | | 5,248.48 |
| 11/27/2023 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - December rent & August partial CAM | | 16,713.33 | -11,464.85 |
| 12/01/2023 | | Rent Income - December 2023 - Rent Income | 15,444.98 | | 3,980.13 |
| 12/01/2023 | | CAM Income - December 2023 | 1,328.79 | | 5,308.92 |
| 12/26/2023 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - 08,09,10,11,12 CAM + 01/24 partial rent | | 16,773.77 | -11,464.85 |
| 01/01/2024 | | Rent Income - January 2024 - Rent Income | 15,444.98 | | 3,980.13 |
| 01/01/2024 | | CAM Income - January 2024 | 1,328.79 | | 5,308.92 |
| 02/01/2024 | | Rent Income - February 2024 - Rent Income | 15,444.98 | | 20,753.90 |
| 02/01/2024 | | CAM Income - February 2024 | 1,328.79 | | 22,082.69 |
| 02/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - January 2024 rent & CAM, February 2024 partial rent | | 16,773.77 | 5,308.92 |
| 03/01/2024 | | Rent Income - March 2024 - Rent Income | 15,444.98 | | 20,753.90 |
| 03/01/2024 | | CAM Income - March 2024 | 1,328.79 | | 22,082.69 |
| 03/04/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - February rent & CAM, March partial rent | | 16,773.77 | 5,308.92 |
| 04/01/2024 | | CAM Income - Overcharge for CAM of $60.39 - CAM charge should have been $1268.39 | -603.99 | | 4,704.93 |
| 04/01/2024 | | Rent Income - April 2024 - Rent Income | 15,444.98 | | 20,149.91 |
| 04/01/2024 | | CAM Income - April 2024 | 1,328.79 | | 21,478.70 |
| 04/04/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - March rent & CAM, April partial rent | | 16,773.77 | 4,704.93 |
| 04/25/2024 | | Additional CAM Income - 2023 CAM Reconciliation Balance Due | 18,308.47 | | 23,013.40 |
| 05/01/2024 | | Rent Income - May 2024 - Rent Income | 15,444.98 | | 38,458.38 |
| 05/01/2024 | | CAM Income - May 2024 | 3,284.08 | | 41,742.46 |
| 05/06/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots - April CAM & May partial rent | | 16,773.77 | 24,968.69 |
| 05/20/2024 | Big Lots Inc. | Payment (Reference #ACH) May 2024 Rent & partial 2023 CAM Reconciliation | | 9,184.70 | 15,783.99 |
| 06/01/2024 | | Rent Income - June 2024 - Rent Income | 15,444.98 | | 31,228.97 |
| 06/01/2024 | | CAM Income - June 2024 | 3,284.08 | | 34,513.05 |
| 06/03/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 17,739.28 |
| 07/01/2024 | | Rent Income - July 2024 - Rent Income | 15,444.98 | | 33,184.26 |
| 07/01/2024 | | CAM Income - July 2024 | 3,284.08 | | 36,468.34 |
| 07/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 19,694.57 |
| 08/01/2024 | | Rent Income - August 2024 - Rent Income | 15,444.98 | | 35,139.55 |
| 08/01/2024 | | CAM Income - August 2024 | 3,284.08 | | 38,423.63 |
| 08/05/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 21,649.86 |
| 09/01/2024 | | Rent Income - September 2024 - Rent Income | 15,444.98 | | 37,094.84 |
| 09/01/2024 | | CAM Income - September 2024 | 3,284.08 | | 40,378.92 |
| 10/01/2024 | | Rent Income - October 2024 - Rent Income | 15,444.98 | | 55,823.90 |
| 10/01/2024 | | CAM Income - October 2024 | 3,284.08 | | 59,107.98 |
| 10/02/2024 | Big Lots Inc. | Payment Big Lots | | 16,773.77 | 42,334.21 |
| 11/01/2024 | | Rent Income - November 2024 - Rent Income | 15,444.98 | | 57,779.19 |
| 11/01/2024 | | CAM Income - November 2024 | 3,284.08 | | 61,063.27 |
| 11/05/2024 | Big Lots Inc. | Payment Big Lots | | 16,773.77 | 44,289.50 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|--------:|---------:|--------:|
| 12/01/2024 | | Rent Income - December 2024 - Rent Income | 15,444.98 | | 59,734.48 |
| 12/01/2024 | | CAM Income - December 2024 | 3,284.08 | | 63,018.56 |
| 12/03/2024 | | CAM Income - 2023 CAM Reconciliation Adjustment - overcharge on snow removal | -9,848.53 | | 53,170.03 |
| 12/03/2024 | | CAM Income - 2024 CAM Reconciliation | -7,981.64 | | 45,188.39 |
| 12/03/2024 | | Additional CAM Income - 2023 Tax Reimbursement | 71,607.29 | | 116,795.68 |
| 12/04/2024 | Big Lots Inc. | Payment (Reference #ACH) Big Lots | | 16,773.77 | 100,021.91 |

| **Total** | | | | | **100,021.91** |