IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 4, 2024 at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Second Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2024, through and Including October 31, 2024 [Docket No. 1305]

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: December 10, 2024

                                                                                                              */s/ Engels Medina*
                                                                                                                 Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 10, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Fee Application Service List
served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com; kgoing@mwe.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |