IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BIG LOTS, INC., *et al.*, [1] | : | Case No. 24-11967 (JKS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of James E. Rossow Jr. to represent Aldi Inc. in the above-captioned cases.

Dated: December 13, 2024

CONNOLLY GALLAGHER LLP

*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kbifferato@connollygallagher.com
*Attorneys for Aldi Inc.*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of Indiana, and in admitted to practice before the United States District Court for the State of Indiana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Date:  December 13, 2024

*/s/ James E. Rossow Jr.*
James E. Rossow Jr. (IN Atty No 21063-29)
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Email:  jim@rubin-levin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of James E. Rossow Jr. is granted.

Dated: December 13th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE