**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.* | Case No. 24-11967 (JKS) |
| DEBTORS | Jointly Administered |

**NOTICE OF APPEARANCE, DEMAND FOR**
**NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Lawrence J. Kotler, Esq. of the law firm Duane Morris LLP hereby appears in the above-referenced chapter 11 cases as counsel for **NP-AC INDUSTRIAL HOLDINGS, LLC ("NP-AC")**, and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, requests that copies of all notices and pleadings given or filed in these cases be given and served upon counsel at the following addresses and contact information:

Lawrence J. Kotler, Esquire
DUANE MORRIS LLP
1201 Market Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: ljkotler@duanemorris.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of NP-AC including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which NP-AC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  Further, this Notice of Appearance is not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

        Respectfully submitted,

Dated: December 13, 2024        DUANE MORRIS LLP

        */s/ Lawrence J. Kotler*
        Lawrence J. Kotler (DE 4181)
        1201 N. Market Street, Suite 501
        Wilmington, Delaware 19801
        Telephone: (302) 657-4950
        Email: ljkotler@duanemorris.com

        *Counsel for NP-AC Industrial Holdings, LLC*

2