## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, Inc., *et al.,*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on December 13, 2024, I caused a true and correct copy of the **Objection of 5620 Nolensville Pike, LLC to Proposed Assignment of Lease to Burlington Coat Factory Warehouse Corporation** to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by electronic mail upon the parties listed on the attached service list.

Dated:  December 13, 2024
          Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:    root@chipmanbrown.com

—and—

**VARNUM LLP**
Brendan G. Best
480 Pierce Street, Suite 300
Birmingham, MI  480009
Telephone:  (313) 481-7326
Email:    bgbest@varnumlaw.com

*Counsel for 5620 Nolensville Pike, LLC*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

**SERVICE LIST**

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
*Davis Polk & Wardwell LLP*
Email: notice.biglots@davispolk.com
(Counsel to the Debtors)

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
Email: biglots.mnat@morrisnichols.com
(Counsel to the Debtors)

Linda Casey, Esquire
*Office of the United States Trustee
     for the District of Delaware*
Email: linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Sarah Carnes, Esquire
*Cole Schotz P.C.*
Email: jalberto@coleschotz.com
         snewman@coleschotz.com
         scarnes@colescholtz.com
(Counsel to the Official Committee of Unsecured Creditors)

Darren Azman, Esquire
Kristin K. Going, Esquire
McDermott Will & Emery
Email: dazman@mwe.com
         kgoing@mwe.com
(Counsel to the Official Committee of Unsecured Creditors)