## CERTIFICATE OF SERVICE

I, Ericka F. Johnson, hereby certify that on December 13, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

**(Counsel to the Debtors and Debtors in Possession)**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Email: notice.biglots@davispolk.com

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801,
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Email: biglots.mnat@morrisnichols.com

**(Counsel to the ABL Agent)**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Email: jventola@choate.com; jmarshall@choate.com

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Email: regina.kelbon@blankrome.com; stanley.tarr@blankrome.com

**(Counsel to the Term Agent)**
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Email: CSimon@otterbourg.com; JDrew@otterbourg.com; shautzinger@otterbourg.com

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
John H. Knight, Esq.
Email: knight@rlf.com

**(Counsel to the Committee)**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York NY 10017
Darren Azman, Esq.
Kristin G. Going, Esq.
Email: dazman@mwe.com; kgoing@mwe.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Sarah Carnes, Esq.
Email: jalberto@coleschotz.com; snewman@coleschotz.com; scarnes@coleschotz.com

**(Counsel to the Stalking Horse Bidder)**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima
Email: cmarcus@kirkland.com; douglas.ryder@kirkland.com; nicholas.adzima@kirkland.com

The U.S. Trustee,
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Linda J. Casey
Email: linda.casey@usdoj.gov

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)