## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 584, 1232** |

### REQUEST FOR STATUS CONFERENCE

Landlord-creditors Expressway Marketplace, LLC, First Main Marketplace, LLC, GC Ambassador Row LLC, LA Retail I, LLC, Oakwood 900 Partners, LLC, Rio Grande Investment, Inc., River Oaks Properties, Ltd., ROP North Hills, LLC, The North Los Altos Shopping Center and 511 SR7 Owner, LLC (collectively, the "Requesting Landlords") respectfully request the following relief:

1.     Requesting Landlords, all lessors and former lessors of Debtors, request that this Court set a status conference, as soon as the next omnibus hearing date of December 19, 2024, with respect to two related matters: (1) Debtors' apparent failure, to date, to close the sale transaction (and associated lease assignments) with Nexus Capital Management, L.P. and affiliates by December 3, 2024, following entry of this Court's *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, etc.* [D.I. 1232] (the "Sale Order") and (2) Debtors' failure to pay September "stub rent" to real property landlords of rejected lease locations during the week ending December 7, 2024, as provided by the *Final Order Under*

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors To (A) Obtain Postpetition Financing and (B) Use Cash Collateral, etc.* [D.I. 584] (the "<u>Financing Order</u>").

2.     Bankruptcy Code section 105(d)(1) authorizes a bankruptcy court, on its own motion or on the request of any party in interest, to "hold such status conferences as are necessary to further the expeditious and economical resolution of the case . . . ."

3.     While Debtors' commitment to pay stub rent pursuant to a compromise reached with the Official Committee of Unsecured Creditors reflected in Paragraph 14(a) of the Financing Order was not linked to, or conditioned on, the successful consummation of the Nexus sale transaction under the Sale Order, it appears Debtors, their secured lenders, or both, are taking the position that stub rent will not be paid until the sale closes.  The current posture raises legitimate concerns regarding administrative solvency of these Chapter 11 cases.  Debtors have been unresponsive to inquiries as to the status of payment of stub rent.  In order to avoid motion practice to enforce the Financing Order and compel payment of stub rent or, alternatively, to coordinate any motion practice that may prove necessary, Requesting Landlords respectfully ask the Court to schedule a status conference.

Dated: December 16, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Laurel D. Roglen*
Leslie C. Heilman (DE 4716)
Laurel D. Roglen (DE 5759)
Nicholas J. Brannick (DE 5721)
Margaret Vesper (DE 6995)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel:  (302) 252-4465
Fax:  (302) 252-4466
Email: heilmanl@ballardspahr.com
          roglenl@ballardpshar.com
          brannickn@ballardspahr.com
          vesperm@ballardspahr.com

-and-

Ivan M. Gold (admitted *pro hac vice*)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516
E-mail:  igold@allenmatkins.com

*Attorneys for Expressway Marketplace, LLC, First Main Marketplace, LLC, GC Ambassador Row LLC, LA Retail I, LLC, Oakwood 900 Partners, LLC, Rio Grande Investment, Inc., River Oaks Properties, Ltd., ROP North Hills, LLC, The North Los Altos Shopping Center and 511 SR7 Owner, LLC*