## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that on December 16, 2024, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served by electronic service via the Court's CM/ECF system on all parties who have registered for electronic service in these cases.

Dated: December 16, 2024　　　　　　　　　　*/s/ Laurel D. Roglen*
Wilmington, Delaware　　　　　　　　　　　　Laurel D. Roglen (DE No. 5759)
　　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

DMFIRM #414752591 v1