## EXHIBIT A

| Hourly Rates Effective January 1, 2025 | |
|---|---|
| Partners | $1,005.00 – $1,895.00 |
| Of Counsel | $950.00 – $1,120.00 |
| Associates | $625.00 – $930.00 |
| Paraprofessionals | $260.00 – $435.00 |