## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 16, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/16/2024 | 1360 | Motion to Compel (Motion of the Official Committee of Unsecured Creditors to (I) Enforce the Final DIP Order and Compel Payment of Stub Rent and Section 503(b)(9) Claims, or (II) in the Alternative, Convert These Cases to Cases Under Chapter 7 of the Bankruptcy Code). Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibits A - E) (Alberto, Justin) (Entered: 12/16/2024) |
| 12/16/2024 | 1361 | Motion to Shorten (Motion of the Official Committee of Unsecured Creditors to Shorten Notice Period With Respect to Motion of the Official Committee of Unsecured Creditors to (I) Enforce the Final DIP Order and Compel Payment of Stub Rent and Section 503(b)(9) Claims, or (II) in the Alternative, Convert These Cases to Cases Under Chapter 7 of the Bankruptcy Code) (related document(s)1360) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A - Proposed Order) (Alberto, Justin) (Entered: 12/16/2024) |

Dated: December 16, 2024

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**

Perkins Coie LLPAttn: Amir Gamliel1888 Century Park EastSuite 1700Los AngelesCA90067-1721AGamliel@perkinscoie.com

**VIA ELECTRONIC MAIL**

State of Nevada Attorney GeneralAttn: Bankruptcy Department100 North Carson StreetCarson CityNV89701AGINFO@AG.NV.GOV

**VIA ELECTRONIC MAIL**

State of Arizona Attorney GeneralAttn: Bankruptcy Department2005 N Central AvePhoenixAZ85004-2926AGINFO@AZAG.GOV

**VIA ELECTRONIC MAIL**

State of Nebraska Attorney GeneralAttn: Bankruptcy Department2115 State Capitol2Nd Fl, Rm 2115LincolnNE68509-8920AGO.INFO.HELP@NEBRASKA.GOV

**VIA ELECTRONIC MAIL**

Clark Hill PLCAttn: Audrey L. Hornisher901 Main StreetSuite 6000DallasTX75202ahornisher@clarkhill.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins, and Mott, LLPAttn: Alysia CordovaPO Box 9132AmarilloTX79105amabkr@pbfcm.com acordova@pbfcm.com

**VIA ELECTRONIC MAIL**

Doshi Legal Group, P.C.Attn: Amish R. Doshi, Esq.1979 Marcus AvenueSuite 210ELake SuccessNY11042amish@doshilegal.com

**VIA ELECTRONIC MAIL**

State of New Mexico Attorney GeneralAttn: Bankruptcy DepartmentP.O. Drawer 1508Santa FeNM87504-1508aserrato@nmdoj.gov aswenson@nmdoj.gov

**VIA ELECTRONIC MAIL**

State of New Jersey Attorney GeneralAttn: Bankruptcy DepartmentRj Hughes Justice Complex25 Market Street, P.O. Box 080TrentonNJ08625-0080ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US Jeff.Koziar@law.njoag.gov

**VIA ELECTRONIC MAIL**

State of Missouri Attorney GeneralAttn: Bankruptcy DepartmentSupreme Court Building207 W. High St.Jefferson CityMO65102ATTORNEY.GENERAL@AGO.MO.GOV

**VIA ELECTRONIC MAIL**

State of Alaska Attorney GeneralAttn: Bankruptcy DepartmentP.O. Box 110300JuneauAK99811-0300ATTORNEY.GENERAL@ALASKA.GOV

**VIA ELECTRONIC MAIL**

State of Connecticut Attorney GeneralAttn: Bankruptcy Department165 Capitol AvenueHartfordCT06106ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV
brendan.flynn@ct.gov

**VIA ELECTRONIC MAIL**

State of Delaware Attorney GeneralAttn: Bankruptcy DepartmentCarvel State Office Bldg.820 N. French St.WilmingtonDE19801ATTORNEY.GENERAL@STATE.DE.US

**VIA ELECTRONIC MAIL**

State of New Hampshire Attorney GeneralAttn: Bankruptcy Department33 Capitol St.ConcordNH03301-0000ATTORNEYGENERAL@DOJ.NH.GOV

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: Diane W. SandersPO Box 17428AustinTX78760-7428austin.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Frost brown Todd LLPAttn: A.J. Webb, Joy D. Kleisinger3300 Great American Tower301 East Fourth StreetCincinnatiOH45202awebb@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**

State of Minnesota Attorney GeneralAttn: Bankruptcy Department1400 Bremer Tower445 Minnesota StreetSt. PaulMN55101-2131Bankruptcy.Notices@ag.state.mn.us

**VIA ELECTRONIC MAIL**

State of Utah Attorney GeneralAttn: Bankruptcy DepartmentPo Box 142320Salt Lake CityUT84114-2320bankruptcy@agutah.gov

**VIA ELECTRONIC MAIL**

State of California Attorney GeneralAttn: Bankruptcy DepartmentP.O. Box 944255SacramentoCA94244-2550BANKRUPTCY@COAG.GOV

**VIA ELECTRONIC MAIL**

Securities & Exchange Commission - NY OfficeAttn: Bankruptcy DepartmentBrookfield Place200 Vesey Street, Suite 400New YorkNY10281-1022bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

**VIA ELECTRONIC MAIL**

California Department of JusticeAttn: Barbara C. Spiegel455 Golden Gate AvenueSuite 11000San FranciscoCA94102-7004Barbara.Spiegel@doj.ca.gov

**VIA ELECTRONIC MAIL**

The Cohn Law Firm LLCAttn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau10754 Linkwood CourtSuite 1Baton RougeLA70810bartley@thecohnlawfirm.com dmcohn@thecohnlawfirm.com contact@thecohnlawfirm.com

**VIA ELECTRONIC MAIL**

Meyers, Rodbell & Rosenbaum, P.A.Attn: Nicole C. Kenworthy6801 Kenilworth AvenueSuite 400RiverdaleMD20737-1385bdept@mrrlaw.net

**VIA ELECTRONIC MAIL**

Morris James LLPAttn: Brya M. Keilson, Siena B. Cerra500 Delaware AvenueSuite 1500WilmingtonDE19801bkeilson@morrisjames.com scerra@morrisjames.com

**VIA ELECTRONIC MAIL**

Ervin Cohen & Jessup LLPAttn: Byron Z. Moldo9401 Wilshire Boulevard12th FloorBeverly HillsCA90212bmoldo@ecjlaw.com

**VIA ELECTRONIC MAIL**

Hillis Clark Martin & Peterson, P.S.Attn: Brian C. Free999 Third AvenueSuite 4600SeattleWA98104brian.free@hcmp.com

**VIA ELECTRONIC MAIL**

Offit Kurman PAAttn: Brian J McLaughlin222 Delaware AvenueSuite 1105WilmingtonDE19801brian.mclaughlin@offitkurm an.com

**VIA ELECTRONIC MAIL**

Davis Polk & Wardwell LLPAttn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern450 Lexington AvenueNew YorkNY10017brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com ethan.stern@davispolk.com

**VIA ELECTRONIC MAIL**

Rogers Law OfficesAttn: Beth E. Rogers Scott KuperbergRiver Ridge 9040 Roswell RdSuite 205AtlantaGA30350brogers@berlawoffice.com skuperberg@berlawoffice.com

**VIA ELECTRONIC MAIL**

Tenenbaum & Saas, P.C.Attn: Bradshaw Rost4504 Walsh Street, Suite 200Chevy ChaseMD20815brost@tspclaw.com

**VIA ELECTRONIC MAIL**

Werb & SullivanAttn: Brian A. Sullivan1225 N King StreetSuite 600WilmingtonDE19801bsullivan@werbsullivan.com

**VIA ELECTRONIC MAIL**

Carlyon Cica CHTD.Attn: Candace Carlyon, Dawn M. Cica265 E. Warm Springs RoadSuite 107Las VegasNV89119ccarlyon@carlyoncica.com dcica@carlyoncica.com

**VIA ELECTRONIC MAIL**

Morris James LLPAttn: Carl N. Kunz III and Christopher M. Donnelly500 Delaware AvenueSuite 1500WilmingtonDE19801ckunz@morrisjames.com cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**

Morris James LLPAttn: Carl N. Kunz, Christopher M. Donnelly500 Delaware AvenueSuite 1500WilmingtonDE19801ckunz@morrisjames.com cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**

Simon PLC Attorneys & CounselorsAttn: Craig T. Mierzwa363 W. Big Beaver RoadSuite 410TroyMI48084cmierzwa@simonattys.com

**VIA ELECTRONIC MAIL**

Kirkland & Ellis LLPAttn: Conor K. Casas333 West Wolf Point PlazaChicagoIL60654connor.casas@kirkland.com

**VIA ELECTRONIC MAIL**

State of Oregon Attorney GeneralAttn: Bankruptcy Department1162 Court Street NeSalemOR97301CONSUMER.HOTLINE@DOJ.STA TE.OR.US justin.leonard@doj.oregon.gov

**VIA ELECTRONIC MAIL**

State of West Virginia Attorney GeneralAttn: Bankruptcy DepartmentState Capitol Bldg 1 Room E 26CharlestonWV25305CONSUMER@WVAGO.GOV

**VIA ELECTRONIC MAIL**

State of South Dakota Attorney GeneralAttn: Bankruptcy Department1302 East Highway 14Suite 1PierreSD57501- 8501CONSUMERHELP@STATE.SD.US

**VIA ELECTRONIC MAIL**

State of Oklahoma Attorney GeneralAttn: Bankruptcy Department313 Ne 21St StreetOklahoma CityOK73105consumerprotection@oag.ok.gov

**VIA ELECTRONIC MAIL**

State of Montana Attorney GeneralAttn: Bankruptcy Department215 N Sanders, Third FloorPo Box 201401HelenaMT59620-1401CONTACTDOJ@MT.GOV

**VIA ELECTRONIC MAIL**

DLA PIPER LLP (US)Attn: R. Craig Martin1201 North Market Street, Suite 2100WilmingtonDE19801-1147craig.martin@us.dlapiper.com

**VIA ELECTRONIC MAIL**

Cross & Simon, LLCAttn: Christopher P. Simon1105 N. Market StreetSuite 901WilmingtonDE19801csimon@crosslaw.com

**VIA ELECTRONIC MAIL**

Cross & Simon, LLCAttn: Christopher P. Simon1105 North Market StreetSuite 901WilmingtonDE19801csimon@crosslaw.com

**VIA ELECTRONIC MAIL**

Otterbourg, P.CAttn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger230 Park Ave Ste 29New YorkNY10169csimon@otterbourg.com jdrew@otterbourg.com shautzinger@otterbourg.com

**VIA ELECTRONIC MAIL**

Polsinelli PCAttn: Christopher A. Ward, Michael V. DiPietro222 Delaware AvenueSuite 1101WilmingtonDE19801cward@polsinelli.com mdipietro@polsinelli.com

**VIA ELECTRONIC MAIL**

DLA PIPER LLP (US)Attn: Dale K. Cathell, Virginia R. Callahan650 S. Exeter Street, Suite 1100BaltimoreMD21202-4576dale.cathell@us.dlapiper.com virginia.callahan@us.dlapiper.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: John Kendrick Turner2777 N. Stemmons FreewaySuite 1000DallasTX75207dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: John Kendrick Turner2777 N. Stemmons FreewaySuite 1000DallasTX75207dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: John Kendrick Turner2777 N. Stemmons Freeway, Suite 1000DallasTX75207dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

K&L Gates LLPAttn: David S. Catuogno, Esq.One Newark Center Tenth Floor1085 Raymond BoulevardNewarkNJ07102david.catuogno@klgates.com

**VIA ELECTRONIC MAIL**

BARNES & THORNBURG LLPAttn: David A. Hall171 Monroe Avenue NWSuite 1000Grand RapidsMI49503-2694david.hall@btlaw.com

**VIA ELECTRONIC MAIL**

McDermott Will & EmeryAttn: Darren Azman, Kristin K. GoingOne Vanderbilt AvenueNew YorkNY10017dazman@mwe.com kgoing@mwe.com

**VIA ELECTRONIC MAIL**

Whiteford, Taylor & Preston LLPAttn: David W. Gaffey3190 Fairview Park DriveSuite 800Falls ChurchVA22042-4510dgaffey@whitefordlaw.com

**VIA ELECTRONIC MAIL**

BIELLI & KLAUDER, LLCAttn: David M. Klauder1204 N. King StreetWilmingtonDE19801dklauder@bk-legal.com

**VIA ELECTRONIC MAIL**

Morrison Cohen LLPAttn: David J. Kozlowski, Esq.909 Third Avenue27th FloorNew YorkNY10022-4784dkozlowski@morrisoncohen.com

**VIA ELECTRONIC MAIL**

Hill, Farrer & Burrill, LLPAttn: Daniel J. McCarthy300 South Grand AvenueOne California Plaza, 37th FloorLos AngelesCA90071-3147dmccarthy@hillfarrer.com

**VIA ELECTRONIC MAIL**

Elliott Greenleaf, P.C.Attn: Deirdre M. Richards1105 N. Market Street17th FloorWilmingtonDE19801dmr@elliottgreenleaf.com

**VIA ELECTRONIC MAIL**

State of Wisconsin Attorney GeneralAttn: Bankruptcy DepartmentWisconsin Department Of Justice17 West Main Street, Post Office Box 7857MadisonWI53707DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US

**VIA ELECTRONIC MAIL**

Sirlin Lesser & Benson, P.C.Attn: Dana S. Plon123 South Broad StreetSuite 2100PhiladelphiaPA19109dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**

Sirlin Lesser & Benson, P.C.Attn: Dana S. Plon123
South Broad StreetSuite
2100PhiladelphiaPA19109dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**

Manning Gross + Massenburg LLPAttn: David P.
Primack1007 N. Orange StreetSuite
711WilmingtonDE19801DPrimack@mgmlaw.com

**VIA ELECTRONIC MAIL**

Hahn & Hahn LLPAttn: Dean G. Rallis Jr.301 E.
Colorado Blvd., 9th Fl.PasadenaCA91101-
1977drallis@hahnlawyers.com

**VIA ELECTRONIC MAIL**

Pashman Stein Walder Hayden, P.CAttn: David E.
SklarCourt Plaza South, East Wing21 Main Street, Suite
200HackensackNJ07601dsklar@pashmanstein.com

**VIA ELECTRONIC MAIL**

Duane Morris LLPAttn: Drew S. McGehrin1201 N.
Market Street, Suite
501WilmingtonDE19801dsmcgehrin@duanemorris.co
m

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.Attn:
Elizabeth Banda Calvo500 E. Border Street, Suite
640ArlingtonTX76010ebcalvo@pbfcm.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins, and Mott, LLPAttn:
Hiram GutierrezPO Box
2916McAllenTX78502edinburgbankruptcy@pbfcm.co
m

**VIA ELECTRONIC MAIL**

Obermayer Rebmann Maxwell & Hippel LLPAttn:
Edmond M. GeorgeCentre Square West, Suite
34001500 Market
StreetPhiladelphiaPA19102edmond.george@obermayer
.com

**VIA ELECTRONIC MAIL**

Shipman & Goodwin LLPAttn: Eric S. GoldsteinOne
Constitution PlazaHartfordCT06103-
1919egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

**VIA ELECTRONIC MAIL**

Levene, Neale, Bender, Yoo & Golubchik L.L.P.Attn:
Eve H. Karasik, Jeffrey S. Kwong2818 La Cienega
AvenueLos AngelesCA90034EHK@lnbyg.com
JSK@lnbyg.com

**VIA ELECTRONIC MAIL**

Bayard, P.A.Attn: Ericka F. Johnson600 N. Market Street, Suite 400WilmingtonDE19801ejohnson@bayardlaw.com

**VIA ELECTRONIC MAIL**

Bond, Schoeneck & King, PLLCAttn: Edward J. LoBello225 Old Country RoadMelvilleNY11747elobello@bsk.com

**VIA ELECTRONIC MAIL**

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.AAttn: Eric J. Silver150 West Flagler StreetSuite 2200MiamiFL33120esilver@stearnsweaver.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLPAttn: J. Ellsworth Summers, Jr., Dana L. Robbins50 North Laura StreetSuite 3000JacksonvilleFL32202esummers@burr.com drobbins@burr.com

**VIA ELECTRONIC MAIL**

Hillsborough County Tax CollectorAttn: Brian T. FitzGeraldPost Office Box 1110TampaFL33601-1110fitzgeraldb@hcfl.gov stroupj@hcfl.gov connorsa@hcfl.gov

**VIA ELECTRONIC MAIL**

Buchanan Ingersoll & Rooney PCAttn: Geoffrey G. Grivner500 Delaware Avenue, Ste. 720WilmingtonDE19801geoffrey.grivner@bipc.com

**VIA ELECTRONIC MAIL**

Hunton Andrews Kurth LLPAttn: Gregory G. HesseFountain Place1445 Ross Avenue, Suite 3700DallasTX75202ghesse@huntonak.com

**VIA ELECTRONIC MAIL**

Law Offices of Gilbert A. Lazsarus, PLLCAttn: Gilbert A. Lazarus92-12 68th AvenueForest HillsNY11375gillazarus@gmail.com

**VIA ELECTRONIC MAIL**

Ashby & Geddes, P.A.Attn: Gregory A. Taylor500 Delaware Avenue8th FloorWilmingtonDE19801GTaylor@ashbygeddes.com

**VIA ELECTRONIC MAIL**

Warner Norcross + Judd LLPAttn: Gordon J. Toering150 Ottawa Avenue, NW, Suite 1500Grand RapidsMI49503gtoering@wnj.com

**VIA ELECTRONIC MAIL**

State of Hawaii Attorney GeneralAttn: Bankruptcy Department425 Queen St.HonoluluHI96813HAWAIIAG@HAWAII.GOV

**VIA ELECTRONIC MAIL**

Ballard Spahr LLPAttn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper919 N. Market Street11th FloorWilmingtonDE19801-3034heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**

Steeg Law Firm, LLCAttn: Henry Opotowsky201 St. Charles AvenueSuite 3201New OrleansLA70170hopotowsky@steeglaw.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: Tara L. GrundemeierPO Box 3064HoustonTX77253-3064houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: Tara L. GrundemeierPO Box 3064HoustonTX77253-3064houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: Tara L. GrundemeierPO Box 3064HoustonTX77253-3064houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

State of Indiana Attorney GeneralAttn: Bankruptcy DepartmentIndiana Government Center South302 W. Washington St., 5Th FloorIndianapolisIN46204INFO@ATG.IN.GOV

**VIA ELECTRONIC MAIL**

Cole Schotz, P.C.Attn: Justin R. Alberto, Stacy L. Newman500 Delaware Avenue, Suite 1410WilmingtonDE19801jalberto@coleschotz.com snewman@coleschotz.com

**VIA ELECTRONIC MAIL**

Texas Attorney General's OfficeAttn: Jamie KirkBankruptcy & Collections Division12221 Merit Drive, Suite 825DallasTX75251jamie.kirk@oag.texas.gov

**VIA ELECTRONIC MAIL**

Travis CountyAttn: Jason A. StarksP.O. Box 1748AustinTX78767Jason.Starks@traviscountytx.gov

**VIA ELECTRONIC MAIL**

Pashman Stein Walder Hayden, P.CAttn: Joseph C. Barsalona II824 North Market Street, Suite 800WilmingtonDE19801jbarsalona@pashmanstein.com

**VIA ELECTRONIC MAIL**

Leech Tishman Fuscaldo & Lampl, Inc.Attn: Jeffrey M. Carbino1007 N. Orange StreetSuite 420WilmingtonDE19801jcarbino@leechtishman.com

**VIA ELECTRONIC MAIL**

Kelley Drye & Warren LLPAttn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins3 World Trade Center175 Greenwich StreetNew YorkNY10007jcarr@kelleydrye.com kelliott@kelleydrye.com kcavins@kelleydrye.com

**VIA ELECTRONIC MAIL**

Weycer, Kaplan, Pulaski & Zuber, P.C.Attn: Jeff Carruth24 Greenway Plaza, Suite 2050HoustonTX77046jcarruth@wkpz.com

**VIA ELECTRONIC MAIL**

Hinckley, Allen & Snyder LLPAttn: Jennifer V. Doran28 State StreetBostonMA02109jdoran@hinckleyallen.com

**VIA ELECTRONIC MAIL**

Robinson & Cole LLPAttn: Jamie L. Edmonson1201 N. Market StreetSuite 1406WilmingtonDE19801jedmonson@rc.com

**VIA ELECTRONIC MAIL**

Robinson & Cole LLPAttn: Jamie L. Edmonson1201 N. Market StreetSuite 1406WilmingtonDE19801jedmonson@rc.com

**VIA ELECTRONIC MAIL**

Roth & SchollAttn: Jeffrey C. Roth866 South Dixie HighwayCoral GablesFL33146jeff@rothandscholl.com

**VIA ELECTRONIC MAIL**

Johnson, Pope, Bokor, Ruppel & Burns, LLPAttn: James B. Eising II400 N. Ashley Dr., Suite 3100TampaFL33602jeising@jpfirm.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLPAttn: J. Cory Falgowski222 Delaware Avenue, Suite 1030WilmingtonDE19801jfalgowski@burr.com

**VIA ELECTRONIC MAIL**

FrankGecker LLPAttn: Joseph D. Frank, Jeremy C. Kleinnman1327 W. Washington BlvdSuite 5 G-HChicagoIL60607jfrank@fgllp.com jkleinman@fgllp.com

**VIA ELECTRONIC MAIL**

Golden Goodrich LLPAttn: Jeffrey I. Golden3070 Bristol Street, Suite 640Costa MesaCA92626jgolden@go2.law

**VIA ELECTRONIC MAIL**

Burr & Forman LLPAttn: James H. Haithcock, III420 N. 20th Street, Suite 3400BirminghamAL35203jhaithcock@burr.com

**VIA ELECTRONIC MAIL**

Margolis EdelsteinAttn: James E. Huggett300 Delaware AvenueSuite 800WilmingtonDE19801jhuggett@margolisedelstein.com

**VIA ELECTRONIC MAIL**

Stark & Stark, P.C.Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. LemkinPO Box 5315PrincetonNJ08543jlemkin@stark-stark.com tonder@stark-stark.com jlemkin@stark-stark.com

**VIA ELECTRONIC MAIL**

Jonnet National Properties CorporationAttn: J. Michael McCague408 Cedar AvenuePittsburghPA15212jmm@gmwpclaw.com

**VIA ELECTRONIC MAIL**

Bose Mckinney & Evans LLPAttn: James P. Moloy111 Monument CircleSuite 2700IndianapolisIN46204jmoloy@boselaw.com

**VIA ELECTRONIC MAIL**

Turner Law APCAttn: John M. Turner, Esq.600 B StreetSuite 1700San DiegoCA92101jmt@tmsdlaw.com

**VIA ELECTRONIC MAIL**

McCreary, Veselka, Bragg, & Allen, P.C.Attn: Julie Anne Parsons700 Jeffrey WaySuite 100Round RockTX78665jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**

McCreary, Veselka, Bragg, & Allen, P.C.Attn: Julie Anne ParsonsPO Box 1269Round RockTX78680-1269jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**

Tayman Lane Chaverri LLPAttn: Jeffrey Rhodes2001 L Street, NW, Suite 500WashingtonDC20036jrhodes@tlclawfirm.com

**VIA ELECTRONIC MAIL**

Madison County, AlabamaAttn: J. Jeffery Rich100 Northside Square, Suite 700HuntsvilleAL35801jrich@madisoncountyal.gov

**VIA ELECTRONIC MAIL**

McCarter & English, LLPAttn: Jeffrey T. TestaFour Gateway Center100 Mulberry StreetNewarkNJ07102jtesta@mccarter.com

**VIA ELECTRONIC MAIL**

The Law Office of James Tobia, LLCAttn: James Tobia1716 Wawaset StreetWilmingtonDE19806jtobia@tobialaw.com

**VIA ELECTRONIC MAIL**

The Law Office of James Tobia, LLCAttn: James Tobia1716 Wawaset StreetWilmingtonDE19806jtobia@tobialaw.com

**VIA ELECTRONIC MAIL**

Choate, Hall & Stewart LLPAttn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. LangTwo International PlaceBostonMA02110jventola@choate.com jmarshall@choate.com jslang@choate.com

**VIA ELECTRONIC MAIL**

Pashman Stein Walder Hayden, P.CAttn: John W. Weiss, Alexis R. Gambale824 North Market StreetSuite 800WilmingtonDE19801jweiss@pashmanstein.com agambale@pashmanstein.com

**VIA ELECTRONIC MAIL**

McNees Wallace & Nurick LLCAttn: Kendall A. Camuti8490 Progress DriveSuite 225FrederickMD21701KCamuti@mcneeslaw.com

**VIA ELECTRONIC MAIL**

Benesch Friedlander Coplan & Aronoff LLPAttn: Kevin M. Capuzzi, Steven L. Walsh1313 North Market StreetSuite 1201WilmingtonDE19801-6101kcapuzzi@beneschlaw.com swalsh@beneschlaw.com

**VIA ELECTRONIC MAIL**

Gibbons P.C.Attn: Katharina Earle300 Delaware Avenue, Suite 1015WilmingtonDE19801-1671kearle@gibbonslaw.com

**VIA ELECTRONIC MAIL**

BARNES & THORNBURG LLPAttn: Kevin G. Collins222 Delaware AvenueSuite 1200WilmingtonDE19801kevin.collins@btlaw.com

**VIA ELECTRONIC MAIL**

Womble Bond Dickinson (US) LLPAttn: Kevin J. Mangan1313 North Market StreetSuite 1200WilmingtonDE19801kevin.mangan@wbd-us.com

**VIA ELECTRONIC MAIL**

Clark Hill PLCAttn: Karen M. Grivner824 N. Market StreetSuite 710WilmingtonDE19801kgrivner@clarkhill.com

**VIA ELECTRONIC MAIL**

Cross & Simon, LLCAttn: Kevin S. Mann1105 N. Market StreetSuite 901WilmingtonDE19801kmann@crosslaw.com

**VIA ELECTRONIC MAIL**

Gibbons P.C.Attn: Kyle P. McEvillyOne Gateway CenterNewarkNJ07102kmcevilly@gibbonslaw.com

**VIA ELECTRONIC MAIL**

Clark Hill PLCAttn: Kevin H. Morse130 E. Randolph StreetSuite 3900ChicagoIL60601kmorse@clarkhill.com

**VIA ELECTRONIC MAIL**

Barclay Damon LLPAttn: Kevin M. Newman125 East Jefferson StreetSyracuseNY13202knewman@barclaydamon.com

**VIA ELECTRONIC MAIL**

Richards, Layton & Finger, P.A.Attn: John H. Knight, Mark D. Collins, Zachary J. JavorskyOne Rodney Square920 N. King StreetWilmingtonDE19801knight@rlf.com
collins@rlf.com
javorsky@rlf.com

**VIA ELECTRONIC MAIL**

Jackson Walker LLPAttn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer1401 McKinney StreetSuite 1900HoustonTX77010kpeguero@jw.com
jwertz@jw.com
wfarmer@jw.com

**VIA ELECTRONIC MAIL**

Kurtzman Steady, LLCAttn: Jeffrey Kurtzman101 N. Washington AvenueSuite 4AMargateNJ08402kurtzman@kurtzmansteady.com

**VIA ELECTRONIC MAIL**

Michelle Leeson, Paralegal, Collections Specialist, CFCAAttn: Michelle Leeson1001 3rd Ave W, Suite 240BradentonFL34205-7863legal@taxcollector.com

**VIA ELECTRONIC MAIL**

Obermayer Rebmann Maxwell & Hippel LLPAttn: Leslie B. Spoltore123 S. Justison StreetSuite 100WilmingtonDE19801-5364leslie.spoltore@obermayer.com

**VIA ELECTRONIC MAIL**

Office of the United States Trustee for the District of DelawareAttn: Linda Casey844 King StreetSuite 2207WilmingtonDE19801Linda.Casey@usdoj.gov

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.Attn: Laura J. MonroeP.O. Box 817LubbockTX79408lmbkr@pbfcm.com

**VIA ELECTRONIC MAIL**

Loizides P.A.Attn: Christopher D. Loizides1225 King Street, Suite 800WilmingtonDE19801loizides@loizides.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.Attn: Linda D. Reece1919 S. Shiloh Rd., Suite 640, LB 40GarlandTX75042lreece@pbfcm.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLPAttn: Lucian B. Murley1201 North Market Street, Suite 2300P.O. Box 1266WilmingtonDE19899luke.murley@saul.com

**VIA ELECTRONIC MAIL**

State of Ohio Attorney GeneralAttn: Bankruptcy Department30 E. Broad St., 14Th FloorColumbusOH43215Mahisha.Sanson@OhioAGO.gov

**VIA ELECTRONIC MAIL**

Womble Bond Dickinson (US) LLPAttn: Matthew P. Ward, Lisa Bittle Tancredi1313 North Market StreetSuite 1200WilmingtonDE19801matthew.ward@wbd-us.com lisa.tancredi@wbd-us.com

**VIA ELECTRONIC MAIL**

Austria Legal, LLCAttn: Matthew P. Austria1007 N. Orange Street4th FloorWilmingtonDE19801maustria@austriallc.com

**VIA ELECTRONIC MAIL**

Klehr Harrison Harvey Branzburg LLPAttn: Morton R. Branzburg1835 Market StreetSuite 1400PhiladelphiaPA19103mbranzburg@klehr.com

**VIA ELECTRONIC MAIL**

Duane Morris LLPAttn: Marcus O. ColabianchiSpear TowerOne Market Plaza, Suite 2200San FranciscoCA94105-1127mcolabianchi@duanemorris.com

**VIA ELECTRONIC MAIL**

Gibbons P.C.Attn: Mark ConlanOne Gateway CenterNewarkNJ07102mconlan@gibbonslaw.com

**VIA ELECTRONIC MAIL**

Lowenstein Sandler LLPAttn: Michael S. Etkin, Esq., Nicole Fulfree Esq.One Lowenstein DriveRoselandNJ07068metkin@lowenstein.com nfulfree@lowenstein.com

**VIA ELECTRONIC MAIL**

Elkins Kalt Weintraub Reuben Gartside LLPAttn: Michael I. Gottfried10345 W. Olympic Blvd.Los AngelesCA90064mgottfried@elkinskalt.com

**VIA ELECTRONIC MAIL**

State of Michigan Attorney GeneralAttn: Bankruptcy DepartmentG. Mennen Williams Building, 7Th Floor525 W. Ottawa St., P.O. Box 30212LansingMI48909-0212MIAG@MICHIGAN.GOV AG-COD@michigan.gov

**VIA ELECTRONIC MAIL**

Fox Rothschild LLPAttn: Michael G. Menkowitz2000 Market Street20th FloorPhiladelphiaPA19103-3222mmenkowitz@foxrothschild.com

**VIA ELECTRONIC MAIL**

Williams MullenAttn: Michael D. Mueller, Jennifer M. McLemore200 South 10th, Street, Suite 1600RichmondVA23219-3095mmueller@williamsmullen.com jmclemore@williamsmullen.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLPAttn: Monique B. DiSabatino1201 North Market Street Suite 2300PO Box 1266WilmingtonDE19899monique.disabatino@saul.com

**VIA ELECTRONIC MAIL**

Thompson, O'Brien, Kappler & Nasuti, P.C.Attn: Michael B. Pugh2 Sun Court, Suite 400Peachtree CornersGA30092mpugh@tokn.com

**VIA ELECTRONIC MAIL**

Richman & Richman LLCAttn: Michael P. Richman, Esq.122 W. Washington AvenueSuite 850MadisonWI53703mrichman@randr.law

**VIA ELECTRONIC MAIL**

Singer & Levick, P.C.Attn: Michelle E. Shriro16200 Addison Road, Suite 140AddisonTX75001mshriro@singerlevick.com

**VIA ELECTRONIC MAIL**

Royer Cooper Cohen Braunfeld LLCAttn: Marc Skapof1120 Avenue of the Americas4th FloorNew YorkNY10036MSkapof@rccblaw.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.Attn: Melissa E. Valdez1235 North Loop WestSuite 600HoustonTX77008mvaldez@pbfcm.com

**VIA ELECTRONIC MAIL**

California Department of JusticeAttn: Natalie E. Collins600 West BroadwaySuite 1800San DiegoCA92186-5266Natalie.Collins@doj.ca.gov

**VIA ELECTRONIC MAIL**

State of North Dakota Attorney GeneralAttn: Bankruptcy DepartmentState Capitol600 E Boulevard Ave Dept 125BismarckND58505-0040NDAG@ND.GOV

**VIA ELECTRONIC MAIL**

Barclay Damon LLPAttn: Niclas A. Ferland545 Long Wharf DriveNinth FloorNew HavenCT06511nferland@barclaydamon.com

**VIA ELECTRONIC MAIL**

La Fleur Law FirmAttn: Nina M. LaFleurPost Office Box 840158St. AugustineFL32080nina@lafleurlaw.com

**VIA ELECTRONIC MAIL**

Washington DC Attorney GeneralAttn: Bankruptcy Department441 4Th Street, NwWashingtonDC20001OAG@DC.GOV

**VIA ELECTRONIC MAIL**

State of Maryland Attorney GeneralAttn: Bankruptcy Department200 St. Paul PlaceBaltimoreMD21202-2202OAG@OAG.STATE.MD.US

**VIA ELECTRONIC MAIL**

Mirick, O'Connell, DeMallie & Lougee, LLPAttn: Paul W. Carey100 Front StreetWorcesterMA01608pcarey@mirickoconnell.com

**VIA ELECTRONIC MAIL**

Scheef & Stone, L.L.P.Attn: Peter C. Lewis500 N. Akard St., Ste. 2700DallasTX75201peter.lewis@solidcounsel.com

**VIA ELECTRONIC MAIL**

Peter Spindel, Esq.Attn: Peter Spindel8181 NW 154 St. #204Miami LakesFL33016-5861peterspindel@gmail.com

**VIA ELECTRONIC MAIL**

Abernathy Roeder Boyd & Hullet PCAttn: Paul Lopez, Larry Boyd, Emily Hahn1700 Redbud BlvdSte 300McKinneyTX75069plopez@abernathy-law.com bankruptcy@abernathy-law.com ehahn@abernathy-law.com lboyd@abernathy-law.com

**VIA ELECTRONIC MAIL**

Kroll Restructuring Administration LLCAttn: Herb Baer, Jessica Berman, Christine Porter1 World Trade Center31st FloorNew YorkNY10007ProjectHilt@ra.kroll.com serviceqa@ra.kroll.com

**VIA ELECTRONIC MAIL**

State of Texas Attorney GeneralAttn: Bankruptcy DepartmentCapitol StationPO Box 12548AustinTX78711-2548public.information@oag.state.tx.us

**VIA ELECTRONIC MAIL**

Robbins Geller Rudman & Dowd LLPAttn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq.655 West BroadwaySuite 1900San DiegoCA92101randyb@rgrdlaw.com shubachek@rgrdlaw.com bennyg@rgrdlaw.com eluedeke@rgrdlaw.com

**VIA ELECTRONIC MAIL**

Golden Goodrich LLPAttn: Ryan W. Beall3070 Bristol StreetSuite 640Costa MesaCA92626rbeall@go2.law

**VIA ELECTRONIC MAIL**

Gilbert Bird Law Firm, PCAttn: Ryan J. Bird10575 North 114th StreetSuite 115ScottsdaleAZ85259rbird@gilbertbirdlaw.com

**VIA ELECTRONIC MAIL**

Morris, Nichols, Arsht & Tunnell LLPAttn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,1201 N. Market Street, 16th FloorWilmingtonDE19801rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com

**VIA ELECTRONIC MAIL**

Blank Rome, LLPAttn: Attn: Regina Kelbon1201 N. Market Street, Suite 800WilmingtonDE19801regina.kelbon@blankrome.com

**VIA ELECTRONIC MAIL**

Blank Rome LLPAttn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams1201 N. Market Street, Suite 800WilmingtonDE19801regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**VIA ELECTRONIC MAIL**

Frost brown Todd LLPAttn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger3300 Great American Tower301 East Fourth StreetCincinnatiOH45202rgold@fbtlaw.com
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**

Richard A. Rozanski, APLCAttn: Richard A. RozanskiP.O. Box 13199AlexandriaLA71315-3199richard@rarlaw.net

**VIA ELECTRONIC MAIL**

Hahn Loeser & Parks LLPAttn: Rocco I. Debitetto200 Public SquareSuite 2800ClevelandOH44114ridebitetto@hahnlaw.com

**VIA ELECTRONIC MAIL**

Klehr Harrison Harvey Branzburg LLPAttn: Raymond H. Lemisch, Domenic E. Pacitti919 N. Market StreetSuite 1000WilmingtonDE19801-3062rlemisch@klehr.com
dpacitti@klehr.com

**VIA ELECTRONIC MAIL**

Monzack Mersky and Browder, P.AAttn: Rachel B. Mersky1201 N. Orange StreetSuite 400WilmingtonDE19801rmersky@monlaw.com

**VIA ELECTRONIC MAIL**

Monzack Mersky and Browder, P.A.Attn: Rachel B. Mersky1201 N. Orange StreetSuite 400WilmingtonDE19801rmersky@monlaw.com

**VIA ELECTRONIC MAIL**

Office of the New York State Attorney GeneralAttn: Robert J. RockCivil Recoveries Bureau Bankruptcy Litigation UnitThe CapitolAlbanyNY12224-0341robert.rock@ag.ny.gov

**VIA ELECTRONIC MAIL**

The Rosner Law Group LLCAttn: Frederick B. Rosner, Zhao (Ruby) Liu824 N. Market St.Suite 810WilmingtonDE19801rosner@teamrosner.com
liu@teamronser.com

**VIA ELECTRONIC MAIL**

Whiteford, Taylor & Preston LLCAttn: Richard W. Riley600 North King StreetSuite 300WilmingtonDE19801rriley@whitefordlaw.com

**VIA ELECTRONIC MAIL**

Big Lots, Inc.Attn: Attn: Ronald A. Robins4900 E. Dublin-Granville RoadColumbusOH43081rrobins@biglots.com

**VIA ELECTRONIC MAIL**

UB Greensfelder LLPAttn: Randall F. Scherck10 S. BroadwaySuite 2000St. LouisMO63102rscherck@ubglaw.com

**VIA ELECTRONIC MAIL**

Price Meese Shulman & D'Arminio, P.C.Attn: Rick A. Steinberg50 Tice Boulevard, Suite 380Woodcliff LakeNJ07677rsteinberg@pricemeese.com

**VIA ELECTRONIC MAIL**

Lasser Hochman, LLCAttn: Richard L. Zucker75 Eisenhower ParkwaySuite 1200RoselandNJ07068rzucker@lasserhochman.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLPAttn: Don Stecker112 E. Pecan StreetSuite 2200San AntonioTX78205sanantonio.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Broward CountyAttn: Andrew J. Meyers115 South Andrews AvenueGovernmental Center, Suite 423Fort LauderdaleFL33301sandron@broward.org

**VIA ELECTRONIC MAIL**

Buchalter, A Professional CorporationAttn: Shawn M. Christianson425 Market StreetSuite 2900San FranciscoCA94105-3493schristianson@buchalter.com

**VIA ELECTRONIC MAIL**

Securities & Exchange Commission - Philadelphia OfficeAttn: Bankruptcy DepartmentOne Penn Center1617 JFK Blvd, Suite 520PhiladelphiaPA19103secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**

U.S. Securities and Exchange Commission - HeadquartersSecretary of the Treasury100 F. Street NEWashingtonDC20549secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**

Barclay Damon LLPAttn: Scott L. Fleischer1270 Avenue of the AmericasSuite 501New YorkNY10020sfleischer@barclaydamon.com

**VIA ELECTRONIC MAIL**

Riemer & Braunstein LLPAttn: Steven FoxTimes Square Tower7 Times Sq, Suite 2506New YorkNY10036SFox@riemerlaw.com

**VIA ELECTRONIC MAIL**

Tydings & Rosenberg LLPAttn: Stephen B. Gerald200 Continental DriveSuite 401NewarkDE19713sgerald@tydings.com

**VIA ELECTRONIC MAIL**

Tydings & Rosenberg LLPAttn: Stephen B. Gerald200 Continental Drive, Suite 401NewarkDE19713sgerald@tydings.com

**VIA ELECTRONIC MAIL**

Tydings & Rosenberg LLPAttn: Stephen B. Gerald200 Continental Drive, Suite 401NewarkDE19713sgerald@tydings.com

**VIA ELECTRONIC MAIL**

McCarter & English, LLPAttn: Shannon D. HumistonRenaissance Centre405 N. King Street, 8th FloorWilmingtonDE19801shumiston@mccarter.com

**VIA ELECTRONIC MAIL**

Fox Rothschild LLPAttn: Seth A. Niederman1201 N. Market StreetSuite 1200WilmingtonDE19801sniederman@foxrothschild.com

**VIA ELECTRONIC MAIL**

Olsen Taggart PLLCAttn: Steven L. Taggart, Esq.PO Box 3005Idaho FallsID83403-3005staggart@olsentaggart.com rparson@olsentaggart.com rlyon@olsentaggart.com taggartoffice01@gmail.com

**VIA ELECTRONIC MAIL**

State of Tennessee Attorney GeneralAttn: Bankruptcy Dept; Stephen R. ButlerP.O. Box 20207NashvilleTN37202-0207STEVE.BUTLER@AG.TN.GOV

**VIA ELECTRONIC MAIL**

Kirkland & Ellis LLPAttn: Steven N Serajeddini601 Lexington AvenueNew YorkNY10022steven.serajeddini@kirkland.com

**VIA ELECTRONIC MAIL**

Balasiano & Associates, PLLCAttn: Steven Balasiano, Judah S. Balasiano6701 Bay Parkway, 3rd FloorBrooklynNY11204steven@balasianolaw.com judah@balasianolaw.com

**VIA ELECTRONIC MAIL**

Streusand, Landon, Ozburn & Lemmon, LLPAttn: Sabrina L. Streusand1801 S. MoPac Expressway, Suite 320AustinTX78746streusand@slollp.com

**VIA ELECTRONIC MAIL**

Kohner, Mann & Kailas, S.C.Attn: Samuel C. WisotzkeyWashington Building, Barnabas Business Center4650 North Port Washington RoadMilwaukeeWI53212-1059swisotzkey@kmksc.com

**VIA ELECTRONIC MAIL**

Baird Mandalas Brockstedt & Federico, LLCAttn: Stephen W. Spence1413 Savannah RoadSuite 1LewesDE19958sws@bmbde.com

**VIA ELECTRONIC MAIL**

Chiesa Shahinian & Giantomasi PCAttn: Scott A. Zuber, Terri Jane Freedman105 Eisenhower ParkwayRoselandNJ07068szuber@csglaw.com tfreedman@csglaw.com

**VIA ELECTRONIC MAIL**

Oklahoma County TreasurerAttn: Tammy Jones320 Robert S. KerrRoom 307Oklahoma CityOK73102tammy.jones@oklahomacounty.org

**VIA ELECTRONIC MAIL**

Greer, Herz & Adams, LLPAttn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. YoungOne Moody Plaza18th FloorGalvestonTX77550tannweiler@greerherz.com

**VIA ELECTRONIC MAIL**

Best Law, PAAttn: Tara E. NaufuP.O. Box 2374Mount PleasantSC29465tara@bestlawsc.com

**VIA ELECTRONIC MAIL**

Anthony & Partners, LLCAttn: Townsend J. Belt100 South Ashley Drive, Suite 1600TampaFL33602tbelt@anthonyandpartners.com lortega@anthonyandpartners.com eservice@anthonyandpartners.com

**VIA ELECTRONIC MAIL**

HJH InvestmentsAttn: Teanna L. Liess, Cory Harkleroad300 W Douglas AveSuite 1031WichitaKS67202teanna@hjhinvestments.com

**VIA ELECTRONIC MAIL**

Rashti and Mitchell, Attorneys at lawAttn: Timothy T. Mitchell, Donna Kaye Rashti4422 Ridgeside DriveDallasTX75244tim@rashtiandmitchell.com dkrm@aol.com donna@rashtiandmitchell.com

**VIA ELECTRONIC MAIL**

Brouse McDowell, LPAAttn: Timothy M. Reardon6550 Seville Drive, Suite BCanfieldOH44406treardon@brouse.com

**VIA ELECTRONIC MAIL**

Brouse McDowell, LPAAttn: Timothy M. Reardon6550 Seville Drive, Suite BCanfieldOH44406treardon@brouse.com

**VIA ELECTRONIC MAIL**

Brouse McDowell, LPAAttn: Timothy M. Reardon6550 Seville Drive, Suite BCanfieldOH44406treardon@brouse.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLPAttn: Turner N FalkCentre Square West1500 Market Street, 38th FloorPhiladelphiaPA19102turner.falk@saul.com

**VIA ELECTRONIC MAIL**

Hutchens Law Firm LLPAttn: William Walt Pettit6230 Fairview RoadSuite 315CharlotteNC28210walt.pettit@hutchenslawfirm.com

**VIA ELECTRONIC MAIL**

Borges & Associates, LLCAttn: Wanda Borges, Sue L Chin575 Underhill BlvdSuite 118SyossetNY11791wborges@borgeslawllc.com schin@borgeslawllc.com

**VIA ELECTRONIC MAIL**

The Chiurazzi Law GroupAttn: Wayne M. Chiurazzi101 Smithfield StreetPittsburghPA15222wchiurazzi@the-attorneys.com

**VIA ELECTRONIC MAIL**

State of Illinois Attorney GeneralAttn: Bankruptcy Department100 West Randolph StreetChicagoIL60601WEBMASTER@ATG.STATE.IL.US

**VIA ELECTRONIC MAIL**

State of Iowa Attorney GeneralAttn: Bankruptcy Department1305 E. Walnut StreetDes MoinesIA50319WEBTEAM@AG.IOWA.GOV

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.Attn: Mollie LerewP.O. Box 8188Wichita FallsTX76307wichitafalls@pbfcm.com

**VIA ELECTRONIC MAIL**

The Ehrlich Law FirmAttn: William Ehrlich444 Executive Center BlvdSuite 240El PasoTX79902william@ehrlichlawfirm.com

**VIA ELECTRONIC MAIL**

Kaplin Stewart Meloff Reiter & Stein, PCAttn: William J. Levant910 Harvest DrivePO Box 3037Blue BellPA19422wlevant@kaplaw.com

**VIA ELECTRONIC MAIL**

Sarachek Law FirmAttn: Zachary E. Mazur, Joseph E. Sarachek670 White Plains RoadPenthouse SuiteScarsdaleNY10583zachary@saracheklawfirm.com joe@saracheklawfirm.com

**VIA FIRST CLASS MAIL**

ALEXANDER & VANN, LLP
Attn: John Turner Holt
411 Gordon Avenue
Thomasville, GA 31792

**VIA FIRST CLASS MAIL**

Becket & Lee LLP
Attn: Larry Butler
PO Box 3002
Malvern, PA 19355-0702

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
Attn: Raymond M. Patella
505 Morris Avenue
Springfield, NJ 07081

**VIA FIRST CLASS MAIL**

Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
PO Box 9547
Bowling Green, KY 42102-9547

**VIA FIRST CLASS MAIL**

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10Th Floor
Denver, CO 80203

**VIA FIRST CLASS MAIL**

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, Pl 01
Tallahassee, FL 32399-1050

**VIA FIRST CLASS MAIL**

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, Sw
Atlanta, GA 30334-1300

**VIA FIRST CLASS MAIL**

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

**VIA FIRST CLASS MAIL**

State of Kansas Attorney General
Attn: Bankruptcy Department
120 Sw 10Th Ave., 2Nd Floor
Topeka, KS 66612-1597

**VIA FIRST CLASS MAIL**

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

**VIA FIRST CLASS MAIL**

State of Louisiana Attorney General
Attn: Bankruptcy Department
P.O. Box 94095
Baton Rouge, LA 70804-4095

**VIA FIRST CLASS MAIL**

State of Maine Attorney General
Attn: Bankruptcy Department
6 State House Station
Augusta, ME 04333-0000

**VIA FIRST CLASS MAIL**

State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698

**VIA FIRST CLASS MAIL**

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201

**VIA FIRST CLASS MAIL**

State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341

**VIA FIRST CLASS MAIL**

State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001

**VIA FIRST CLASS MAIL**

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903-0000

**VIA FIRST CLASS MAIL**

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549

**VIA FIRST CLASS MAIL**

State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001

**VIA FIRST CLASS MAIL**

State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA 23218-0610

**VIA FIRST CLASS MAIL**

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA 98504-0100

**VIA FIRST CLASS MAIL**

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY 82002

**VIA FIRST CLASS MAIL**

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**VIA FIRST CLASS MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

United States of America Attorney General
Attn: Bankruptcy Department
Us Dept Of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0001

**VIA FIRST CLASS MAIL**

United Texas Bank
Attn: Loan Operations
13101 Preston Road
Suite 200
Dallas, TX 75240

**VIA FIRST CLASS MAIL**

Leech Tishman Fuscaldo & Lampl
Attn: Jeffrey M. Carbino
1007 N. Orange Street
Suite 420
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL 36130-0152

**VIA FIRST CLASS MAIL**

State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR 72201-2610

**VIA FIRST CLASS MAIL**

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Shannah L. Colbert
1800 West Park Dr
Suite 400
Westborough, MA 01581