# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, Inc., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Varnum LLP and Chipman Brown Cicero & Cole, LLP, hereby enter their appearance as counsel for and on behalf of 5620 Nolensville Pike, LLC ("**Nolensville**"), pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in the above-captioned bankruptcy cases (the "**Cases**"). Undersigned counsel further request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the Cases be given and served upon the undersigned as follows:

| | |
|---|---|
| Brendan G. Best, Esquire<br>VARNUM LLP<br>480 Pierce Street, Suite 300<br>Birmingham, Michigan 48009<br>Telephone: (248) 567-7800<br>Email: bgbest@varnumlaw.com | Alan M. Root, Esquire<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: root@chipmanbrown.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case or any related adversary proceeding. Such service shall be by mailing one copy of each paper, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later pleading, claim, or suit shall waive (1) the right of Nolensville to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "**District Court**"), (2) the right of Nolensville to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right of Nolensville to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Nolensville is or may be entitled under agreements in law or in equity.

Dated: December 17, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email: root@chipmanbrown.com

—and—

Brendan G. Best
**VARNUM LLP**
480 Pierce Street, Suite 300
Birmingham, Michigan 48009
Telephone:    (248) 567-7800
Email: bgbest@varnum.com

*Counsel for 5620 Nolensville Pike, LLC*