## N THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, Inc., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF BRENDAN G. BEST

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Brendan G. Best of Varnum LLP, to represent 5620 Nolensville Pike, LLC in the above-captioned cases.

Dated: December 17, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: root@chipmanbrown.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

### CERTIFICATION BY BRENDAN G. BEST
### TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 17, 2024

/s/ *Brendan G. Best*
Brendan G. Best
**VARNUM LLP**
480 Pierce Street, Suite 300
Birmingham, Michigan 48009
Telephone: (248) 567-7800
Email: bgbest@varnumlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Brendan G. Best is granted.

Dated: December 17th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4926-7778-1511, v. 1