# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No.** 1361 |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) ENFORCE THE FINAL DIP ORDER AND COMPEL PAYMENT OF STUB RENT AND SECTION 503(b)(9) CLAIMS, OR (II) IN THE ALTERNATIVE, CONVERT THESE CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion to Shorten")[2] of the Official Committee of Unsecured Creditors (the "Committee") to shorten the notice period with respect to the Committee's Motion to Compel; and for good cause shown; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is **GRANTED** as set forth herein.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion to Shorten.

68457/0001-49000083

2. The Motion to Compel shall be considered by the Court at the hearing to be held on **December 19, 2024, at 2:00 p.m. (Prevailing Eastern Time)** (the "December 19th Omnibus Hearing").

3. Objections, if any, to the Motion to Compel shall be served and filed prior to ~~the December 19th Omnibus Hearing~~. 9:30 am (ET) on December 19, 2024.

4. The December 19th Omnibus Hearing shall proceed as a status conference with respect to the Motion to Convert.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

December 17, 2024

/s/ [signature]
USBJ

68457/0001-49000083