# EXHIBIT B

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**November 1, 2024 through November 30, 2024**

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $1,805.39 |
| Duplication | $210.90 |
| Litigation Support | $722.50 |
| Meals | $805.08 |
| Outside Documents & Research | $12.49 |
| Travel | $8,624.53 |
| Word Processing & Secretarial | $886.50 |
| **Grand Total Expenses** | **$13,067.39** |

| **DISBURSEMENT DETAIL** | | | |
| --- | --- | --- | --- |
| Date | Expense Type | Description | Amount |
| 11/04/24 | Meals | Stern, Ethan, 6:31 PM, OT Meal, Mendy's | $44.21 |
| 11/04/24 | Meals | Goldberger, Jacob, 4:26 AM, OT Meal, Eden Wok | $41.81 |
| 11/04/24 | Meals | Cahill, Vincent, 7:28 PM, OT Meal, TAP | $37.00 |
| 11/05/24 | Meals | Resnick, Brian M., Travel Meal, Amtrak | $12.00 |
| 11/06/24 | Meals | Goldberger, Jacob, 4:55 AM, OT Meal, Eden Wok | $35.57 |
| 11/06/24 | Meals | Stern, Ethan, 7:13 PM, OT Meal Smash House Burgers | $41.24 |
| 11/12/24 | Meals | Stern, Ethan, 6:16 PM, OT meal, Eden Wok | $37.31 |
| 11/12/24 | Meals | Goldberger, Jacob, 7:00 PM, OT meal, Eden Wok - Midtown East | $41.50 |
| 11/12/24 | Meals | Piraino, Stephen, 7;30 PM, OT Meal, Davis Polk Cafeteria | $16.58 |
| 11/13/24 | Meals | Piraino, Stephen 7:33 PM, OT Meal, Davis Polk Cafeteria | $17.10 |
| 11/13/24 | Meals | Goldberger, Jacob, 8:30 PM, OT Meal, Mr. Broadway | $40.17 |
| 11/18/24 | Meals | Goldberger, Jacob,6:24 PM, OT Meal from Eden Wok - Midtown East | $40.85 |
| 11/18/24 | Meals | Brock, Matthew R., 6:14 PM, OT Meal from Empanada Mama. | $31.69 |
| 11/18/24 | Meals | Piraino, Stephen D., 08:06 PM, OT Meal from Davis Polk Cafeteria | $14.39 |
| 11/18/24 | Meals | Brock, Matthew R., 8:00 AM, Food service for deposition preparation session. | $35.93 |
| 11/18/24 | Meals | Shpeen, Adam L., 07:21 PM, OT Meal from Davis Polk Cafeteria | $9.25 |
| 11/18/24 | Meals | Resnick, Brian M., 01:53 PM, OT Meal from Davis Polk Cafeteria | $36.85 |
| 11/19/24 | Meals | Shpeen, Adam L. 07:32 PM, OT Meal from Davis Polk Cafeteria | $13.20 |
| 11/19/24 | Meals | Piraino, Stephen D., 07:37 PM, OT Meal from Davis Polk Cafeteria | $23.11 |
| 11/19/24 | Meals | Cahill, Vincent, 6:39 PM, OT Meal from TAP  100% Gluten-Free Sandwiches & Acai Bowl  Midtown East | $37.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 11/20/24 | Meals | Goldberger, Jacob, 5:34 PM, OT Meal from Eden Wok - Midtown East | $41.79 |
| 11/20/24 | Meals | Goldberger, Jacob, Travel Meal from Just By Julie - NYC | $34.78 |
| 11/21/24 | Meals | Goldberger, Jacob, Travel Meal from Sheraton Suites Wilmington | $6.25 |
| 11/22/24 | Meals | Shpeen, Adam L., Travel Meal from Chelsea Tavern (for six people from Davis Polk and Morris Nichols teams) | $115.50 |
| 11/19/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For GRACE LEE | $3.73 |
| 11/19/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For GRACE LEE | $0.26 |
| 11/20/24 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For GRACE LEE | $0.26 |
| 11/20/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For GRACE LEE | $3.73 |
| 11/26/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For SAMANTHA STROMAN | $0.26 |
| 11/26/24 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For VINCENT CAHILL | $0.26 |
| 11/26/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For VINCENT CAHILL | $3.73 |
| 11/26/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For VINCENT CAHILL | $0.26 |
| 11/04/24 | Travel | Stern, Ethan, 10:34 PM, OT Lyft from Davis Polk office to home | $70.82 |
| 11/04/24 | Travel | Cahill, Vincent, 8:00 PM, OT taxi from Davis Polk office to home | $149.16 |
| 11/04/24 | Travel | Goldberger, Jacob, 10:16 PM, OT Uber from Davis Polk office to home | $188.06 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 11/04/24 | Travel | Shpeen, Adam L., Amtrak train from New York to Wilmington, DE | $193.00 |
| 11/04/24 | Travel | Shpeen, Adam L., Amtrak train from Wilmington, DE to New York | $167.00 |
| 11/05/24 | Travel | Winiarski, Kevin L., Amtrak train from New York to Wilmington, DE | $255.00 |
| 11/05/24 | Travel | Winiarski, Kevin L., Amtrak from Wilmington, DE to New York | $131.00 |
| 11/05/24 | Travel | Brock, Matthew R., Amtrak train from New York to Wilmington, DE | $155.00 |
| 11/05/24 | Travel | Brock, Matthew R., Amtrak from Wilminton, DE to New York | $124.00 |
| 11/05/24 | Travel | Resnick, Brian M., Uber from home to New York Penn Station | $184.59 |
| 11/05/24 | Travel | Resnick, Brian M., Uber from New York Penn Station to home | $211.89 |
| 11/05/24 | Travel | Winiarski, Kevin L., Uber from Wilmington Train Station to Morris Nichols office | $6.48 |
| 11/05/24 | Travel | Brock, Matthew R., Uber from Wilmington Train Station to Morris Nichols office | $10.13 |
| 11/05/24 | Travel | Shpeen, Adam L., Uber to home from Penn Station | $37.99 |
| 11/06/24 | Travel | Goldberger, Jacob, 10:40 PM, OT Uber from Davis Polk office to home | $212.09 |
| 11/11/24 | Travel | Stern, Ethan, 8:56 PM, OT Lyft from Davis Polk office to home | $78.82 |
| 11/12/24 | Travel | Stern, Ethan, 8:50 PM, OT Lyft from Davis Polk office to home | $87.68 |
| 11/13/24 | Travel | Goldberger, Jacob, 8:31 PM, OT Uber from Davis Polk office to home | $209.55 |
| 11/18/24 | Travel | Goldberger, Jacob, 10:18 PM, Uber from Davis Polk New York office to 221 North Main Street, New City, NY. | $220.00 |
| 11/18/24 | Travel | Piraino, Stephen, Amtrak Service Fee | $33.13 |
| 11/18/24 | Travel | Carpenter, Cameron, Amtrak train New York, NY to Wilmington, DE | $277.00 |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 11/18/24 | Travel | Resnick, Brian M., Flight from Rochester, NY to Philadelphia, PA, Economy | $448.44 |
| 11/18/24 | Travel | Piraino, Stephen D., Amtrak train from New York, NY to Wilmington, DE | $536.80 |
| 11/19/24 | Travel | Shpeen, Adam L., Amtrak train from New York, NY to Wilmington, DE | $241.00 |
| 11/20/24 | Travel | Goldberger, Jacob, Amtrak train from New York, NY to Wilmington, DE | $255.00 |
| 11/20/24 | Travel | Brock, Matthew R., Amtrak train from New York, NY to Wilmington, DE | $124.00 |
| 11/20/24 | Travel | Carpenter, Cameron, Sheraton Suites Wilmington Downtown | $218.90 |
| 11/20/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $185.90 |
| 11/20/24 | Travel | Resnick, Brian M., 12:27 PM, Uber to Greater Rochester International Airport (ROC) before flight to Philadelphia for sale hearing | $36.58 |
| 11/20/24 | Travel | Shpeen, Adam L., 8:04 AM, Uber from Home to 450 Lexington | $58.12 |
| 11/20/24 | Travel | Goldberger, Jacob, 9:57 PM, Uber from 100 S French St, Wilmington, DE to 422 Delaware Ave, Wilmington, DE | $23.08 |
| 11/21/24 | Travel | Stern, Ethan, 8:05 PM, Lyft from Newark, NJ to Teaneck, NJ | $46.32 |
| 11/21/24 | Travel | Carpenter, Cameron, 7:42, PM, Taxi from Amtrak Penn Station to Home | $24.84 |
| 11/21/24 | Travel | Shpeen, Adam L., Hotel DuPont Wilmington | $394.90 |
| 11/21/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $171.60 |
| 11/21/24 | Travel | Piraino, Stephen D., travel meal from the Sheraton Suites Wilmington Downtown. | $4.00 |
| 11/21/24 | Travel | Goldberger, Jacob, Sheraton Suites Wilmington Downtown | $218.90 |
| 11/21/24 | Travel | Brock, Matthew R., Amtrak train from Wilmington, DE to New York, NY | $152.00 |
| 11/21/24 | Travel | Carpenter, Cameron, Amtrak train from Wilmington, DE to New York, NY | $61.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 11/21/24 | Travel | Carpenter, Cameron, Amtrak train from Wilmington, DE to New York, NY | $69.00 |
| 11/21/24 | Travel | Stern, Ethan, Round-trip Amtrak train from New York, NY to and from Wilmington, DE | $640.00 |
| 11/21/24 | Travel | Piraino, Stephen D., Amtrak train from Wilmington, DE to New York, NY | $121.00 |
| 11/21/24 | Travel | Piraino, Stephen D., Amtrak train from Wilmington, DE to New York, NY | $98.10 |
| 11/22/24 | Travel | Shpeen, Adam L., Amtrak train from Wilmington, DE to New York, NY | $500.63 |
| 11/22/24 | Travel | Resnick, Brian M., Amtrak train from Wilmington, DE to New York, NY | $500.63 |
| 11/22/24 | Travel | Shpeen, Adam L., Amtrak train from Wilmington, NY to New York, NY | $467.50 |
| 11/22/24 | Travel | Piraino, Stephen D., 4:28 PM, Uber from 1201 N. Market St Delaware to 100 Wilmington DE | $23.90 |
| | | Document Process / Admin Asst. | $886.50 |
| | | Lexis | $628.07 |
| | | Westlaw | $1,177.32 |
| | | Electronic Copies (Color) | $210.90 |
| | | Lit Doc Mgt-Data Storage | $722.50 |
| **TOTAL** | | | **$13,067.39** |