# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served (1) by the date and method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**, and (2) via email on November 20, 2024 on the Notice Parties Service List attached hereto as **Exhibit B**:

- Declaration of Disinterestedness of Robbins Geller Rudman & Dowd LLP in Support of Employment of Robbins Geller Rudman & Dowd LLP as a Professional Utilized in the Ordinary Course of Business [Docket No. 1179]

- Notice of Supplement to List of Ordinary Course Professionals [Docket No. 1180]

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: December 16, 2024

                                                         */s/ Sonia Akter*  
                                                         Sonia Akter

State of New York  
County of New York

Subscribed and sworn (or affirmed) to me on December 16, 2024, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*  
Notary Public, State of New York  
No. 01HO6295177  
Qualified in Nassau County  
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Ordinary Course Professionals Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29414614 | ALSTON & BIRD LLP | ATTN: ETHAN MILLAR, PO BOX 933124 | ATLANTA | GA | 31193-3124 | ETHAN.MILLAR@ALSTON.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438196 | AMIN WASSERMAN GURNANI, LLP | ATTN: MELANIE HARRISON, PO BOX 3243 | OAK BROOKE | IL | 60522-3243 | MHARRISON@AWGLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29414744 | AVALARA INC | ATTN: JARED KLEIN, DEPT CH 16781 | PALATINE | IL | 60055-6781 | JARED.KLEIN@AVALARA.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29414756 | BAKER & HOSTETLER LLP | ATTN: JOHN LETCHINGER, PO BOX 70189 | CLEVELAND | OH | 44190-0189 | JLETCHINGER@BAKERLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438218 | BAKER MCKENZIE | ATTN: GRACE TSO, 300 EAST RANDOLPH STREET, SUITE 5000 | CHICAGO | IL | 60601 | GRACE.TSO@BAKERMCKENZIE.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29414793 | BENESCH FRIEDLANDER COPLAN & | ARONOFF LLP, ATTN:ACCOUNTING DEPT, STEPHANIE SHERIDAN, 41 S HIGH ST STE 2600 | COLUMBUS | OH | 43215-6164 | SSHERIDAN@BENESCHLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29434228 | BRADLEY ARANT BOULT CUMMINGS | PO BOX 340025 | NASHVILLE | TN | 37203-0025 | | First Class Mail on November 19, 2024 |
| 29434229 | BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: J. KEITH WINDLE, PO BOX 830709 | BIRMINGHAM | AL | 35283-0709 | KWINDLE@BRADLEY.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29434287 | BURNS & FARREY PC | THOMAS B FARREY III, JAMES T. HUGGARD, 2 S BOLTON ST | MARLBOROUGH | MA | 01752-2841 | HUGGARD@BURNSANDFARREY.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29415002 | CHARTWELL LAW OFFICES LLP | CHARTWELL LAW, ATTN: JAMES FLYNN, PO BOX 355 | SOUDERTON | PA | 18964-0355 | JFLYNN@CHARTWELLLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29434899 | DAVIDS & COHEN PC | ATTN: ADAM COHEN, 34 WASHINGTON ST SUITE 201 | WELLESLY | MA | 02481-1903 | ACOHEN@DAVIDS-COHEN.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438206 | DOWNEY & LENKOV LLC | ATTN: CHRISTOPHER M. PUCKELWARTZ, 200 N LASALLE ST STE 2700 | CHICAGO | IL | 60601-1099 | CPUCKELWARTZ@DL-FIRM.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438219 | EXPERIAN PLC | ATTN: JUDY YI-LOPEZ, 475 ANTON BLVD. | COSTA MESA | CA | 92626 | JUDY.LI-LOPEZ@EXPERIAN.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435246 | FISH & RICHARDSON PC | ATTN: NEIL MCNABNAY, 1 MARINA PARK DRIVE | BOSTON | MA | 02210-1875 | MCNABNAY@FR.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438209 | GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH | ATTN: JOHN KEMPPAINEN, 701 POYDRAS ST SUITE 4040 | NEW ORLEANS | LA | 70139-4003 | JKEMPPAINEN@GALLOWAYLAWFIRM.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435351 | GIBBS & BRUNS LLP | ATTN: KATHY PATRICK, 1100 LOUISIANA STE 5300 | HOUSTON | TX | 77002-5215 | KPATRICK@GIBBSBRUNS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29415885 | GORDON REES SCULLY & MANSUKHANI LLP | GORDON & REES LLP, ATTN: JILL ORMOND, 1111 BROADWAY STE 1700 | OAKLAND | CA | 94607-4023 | JORMOND@GRSM.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29415901 | GREENBERG TRAURIG LLP | ATTN: MICHAEL FOSTER, 10845 GRIFFITH PEAK DR STE 600 | LAS VEGAS | NV | 89135-1557 | FOSTERMI@GTLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29415923 | HAIGHT BROWN & BONESTEEL LLP | ATTN: CHRIS STOUDER, 555 S FLOWER ST 45TH FL | LOS ANGELES | CA | 90071 | CSTOUDER@HBBLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435419 | HALL & EVANS LLC | ATTN: RONALD NERODA, 1001 17TH ST STE 300 | DENVER | CO | 80202 | NERODAR@HALLEVANS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435485 | HUTH REYNOLDS LLP | ATTN: MATTHEW REYNOLDS, 41 CANNON CT | HUNTINGTON | NY | 11743-2838 | REYNOLDS@HUTHREYNOLDS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435493 | ICE MILLER LLP | ATTN: CATHERINE STRAUSS, PO BOX 68 | INDIANAPOLIS | IN | 46206-0068 | CATHERINE.STRAUSS@ICEMILLER.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29416219 | KALBAUGH PFUND & MESSERSMITH PC | ATTN: TREY MONROE, 901 MOOREFIELD PK DR STE 200 | RICHMOND | VA | 23236-3660 | TREY.MONROE@KPMLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435831 | KOHRMAN JACKSON & KRANTZ LLP | ATTN: KYLE STROUP, 1375 E 9TH ST 29TH FL | CLEVELAND | OH | 44114-1793 | KDS@KJK.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29416306 | KPMG LLP | ATTN: BRIAN CAMPBELL, DEPT 970, PO BOX 120970 | DALLAS | TX | 75312-0970 | BCAMPBELL@KPMG.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29435939 | LAW OFICES OF MICHAEL STEEL | MICHAEL JACOB STEEL, 6303 WOOD DR | OAKLAND | CA | 94611-2106 | MJSLAW@OUTLOOK.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438210 | LEAK, DOUGLAS & MORANO, P.C. | ATTN: SPENCE MORANO, 17 NORTH 20TH ST. STE 200 | BIRMINGHAM | AL | 35203-4027 | SMORANO@LEAKDOUGLAS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |

Exhibit A
Ordinary Course Professionals Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29438211 | LEWIS THOMASON | ATTN: GLENN WALTER, PO BOX 2425 | KNOXVILLE | TN | 37901-2425 | GWALTER@LEWISTHOMASON.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29436182 | MAYER LLP | C/O ROSIO MORAN, ZACH MAYER, 750 N SAINT PAUL STREET STE 700 | DALLAS | TX | 75201-3236 | ZMAYER@MAYERLLP.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29436187 | MB LAW GROUP LLP | C/O NICOLE GALLAGHER, MICHAEL YOSHIDA, 117 SW TAYLOR ST STE 200 | PORTLAND | OR | 97204-3029 | MYOSHIDA@MBLGLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29416731 | MINTZER SAROWITZ ZERIS & WILLIS LLP | ADDRESS ON FILE | | | | EMAIL ADDRESS ON FILE | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29416753 | MOORE & VAN ALLEN PLLC | ATTN: CHRISTOPHER OGIBA, 100 NORTH TYRON STREET STE 4700 | CHARLOTTE | NC | 28202-4003 | CHRISOGIBA@MVALAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29436323 | MORGAN LEWIS & BOCKIUS LLP | COUNSELORS AT LAW, ATTN: ROBERT HAYES, PO BOX 846066 | LOS ANGELES | CA | 90084-6066 | ROBERT.HAYES@MORGANLEWIS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29436340 | MURPHY SANCHEZ PLLC | ATTN: BRADLEY LEVIEN, 500 OFFICE CENTER DR STE 400 | FORT WASHINGTON | PA | 19034 | BLEVIEN@MURPHYSANCHEZ.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29416855 | NORTON ROSE FULBRIGHT US LLP | ATTN: STEPHAN REISINGER, 1301 MCKINNEY STE 5100 | HOUSTON | TX | 77010-3095 | STEFAN.REISINGER@NORTONROSEFULBRIGHT.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29436424 | NUZZO & ROBERTS LLC | ATTN: KEVIN HINES, 1 TOWN CENTER | CHESHIRE | CT | 06410-3150 | KHINES@NUZZO-ROBERTS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29432639 | QUINN LAW FIRM | THE QUINN LAW FRIM LLC, ATTN: CLAYTON QUINN, 204 S BROAD ST | MILFORD | CT | 06460 | CQUINN@QUINN-LAWFIRM.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413361 | REED SMITH LLP | ATTN: DAVID GUTOWSKI, PO BOX 360110 | PITTSBURGH | PA | 15251-6110 | DGUTOWSKI@REEDSMITH.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413363 | RENDIGS, FRY, KIELY & DENNIS, LLP | ATTN: JONATHAN SWEETEN, 600 VINE ST STE 2650 | CINCINNATI | OH | 45202-2474 | WSWEETEN@RENDIGS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413364 | ROCK HUTCHINSON PLLP | ATTN: JOHN ROCK, 120 S SIXTH ST STE 2480 | MINNEAPOLIS | MN | 55402-1839 | JROCK@ROCKHUTCHINSON.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29432640 | SEA LTD | ATTN: JARED HENTHORN, PO BOX 932837 | CLEVELAND | OH | 44193-0001 | JHENTORN@SEALIMITED.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438212 | SECREST WARDLE | C/O JASON SZYMANSKI, MATTHEW CONSOLO, 2600 TROY CENTER DRIVE | TROY | MI | 48084-4770 | MCONSOLO@SECRESTWARDLE.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413367 | SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD | ATTN: NELSON RAINEY, 233 W WACKER DR SUITE 5500 | CHICAGO | IL | 60606-6366 | NRAINEY@SMSM.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29438213 | SG LAW | ATTN: GALEN SATTERLEE, 3133 W FRYE RD | CHANDLER | AZ | 85226-5132 | GALEN@SGALAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29432641 | STEPTOE & JOHNSON PLLC | ATTN: CAROL BROPHY, 1330 CONNECTICUT AVENUE NW | WASHINGTON | DC | 20036-1795 | CBROPHY@STEPTOE.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413369 | THOMPSON HINE LLP | ATTN: JAMES ROBENALT, 127 PUBLIC SQUARE | CLEVELAND | OH | 44114-1291 | JIM.ROBENALT@THOMPSONHINE.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413371 | TRUITT LAW FIRM LLC | ATTN: BOBBY TRUITT, 1321 OCHSNER BOULEVARD SUITE 200 | COVINGTON | LA | 70433-3235 | BTRUITT@TRUITTLAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29413372 | VERTEX INC | ATTN: LINDA KIMEL, LOCKBOX 25528, 25528 NETWORK PLACE | CHICAGO | IL | 60673-1255 | LINDA.KIMEL@VERTEXINC.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29432637 | VORYS SATER SEYMOUR PEASE LLP | ATTN: JOSEPH MILLER, PO BOX 631568 | CINCINNATI | OH | 45263-1568 | JRMILLER@VORYS.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |
| 29432638 | YOUNG MOORE AND HENDERSON PA | ATTN: BRITTANY LEVINE, 3101 GLENWOOD AVE | RALEIGH | NC | 27612-5096 | BRITTANY.LEVINE@YOUNGMOORELAW.COM | First Class Mail on November 19, 2024 and Email on November 20, 2024 |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com<br>kgoing@mwe.com |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | linda.casey@usdoj.gov |