**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Matthew R. Brock to represent the Debtors in this action.

Dated: December 17, 2024           */s/ Sophie Rogers Churchill*
                                                     Sophie Rogers Churchill (No. 6905)
                                                     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                                     1201 North Market Street, 16th Floor
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 658-9200
                                                     Email: srchurchill@morrisnichols.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the United States Courts of Appeals for the Second and Tenth Circuits, the United States District Court for the District of Colorado, the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: December 17, 2024           */s/ Matthew R. Brock*
                                                     Matthew R. Brock
                                                     **DAVIS POLK & WARDWELL LLP**
                                                     450 Lexington Avenue
                                                     New York, NY 10017
                                                     Telephone: (212) 450-4000
                                                     Email: matthew.brock@davispolk.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.