## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 6, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 683], an abridged version of the Cure Notice, a copy of which is attached hereto as **Exhibit B** (the "***Cure Notice***")

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing, a copy of which has been attached hereto as **Exhibit C** (the "***Sale Notice***")

On December 6, 2024, at my direction and under my supervision, employees of Kroll caused the Sale Notice to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit D**.

On December 6, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit E**:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511] (the "***Notice of Potential Assumption and Assignment of Executory Contracts***")

On December 10, 2024, at my direction and under my supervision, employees of Kroll caused the Cure Notice and Sale Notice to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit F**.

On December 10, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Potential Assumption and Assignment of Executory Contracts to be served via First Class Mail on the Supplemental Contract Counterparties List attached hereto as **Exhibit G**.

On December 10, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Landlords Service List attached hereto as **Exhibit H**:

- Nexus Capital Management LP Adequate Assurance Package

On December 10, 2024, at my direction and under my supervision, employees of Kroll caused the Sale Notice to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit I**.

Dated: December 16, 2024

State of New York
County of New York

*/s/ Paul Pullo*
Paul Pullo

Subscribed and sworn (or affirmed) to me on December 16, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

## Exhibit A

Exhibit A

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 29463380 | ALLOY | 41 E 11TH ST | 2ND FLOOR | | | NEW YORK | NY | 10003 | |
| 29463405 | Anthem Blue Cross and Blue Shield | 120 Monument Circle | | | | Indianapolis | IN | 46204 | |
| 29463407 | Aon Hewitt Consulting, Inc. | 1100 Virginia Dr. | Suite 250 | | | Fort Washington | PA | 19034 | |
| 29298116 | BIG LOTS INC | ADDRESS ON FILE | | | | | | | |
| 29463511 | BrowserStack, Inc. | 444 De Haro St | Suite 212 | | | San Francisco | CA | 94107 | |
| 29463592 | Clean Harbors Environmental Services, Inc. | 42 Longwater Drive | P.O. Box 9149 | | | Norwell | MA | 02061-9149 | |
| 29463618 | Comenity Capital Bank | 2795 E Cottwood Pky | | | | Salt Lake City | UT | 84121 | |
| 29463642 | Consolidated International | 3804 Main St | Suite 1 | | | Chula Vista | CA | 91911 | |
| 29463653 | Consolidated Stores Corp | P.O. Box 18177 | | | | Columbus | OH | 43218 | |
| 29463720 | Daily Services, LLC | 12 E Gambier | | | | St Mount Vernon | OH | 43050-3316 | |
| 29463727 | Data Clean Corporation | 1033 Graceland Ave | | | | Des Plaines | IL | 60016 | |
| 29463748 | Deloitte & Touche LLP | Rockefeller Plaza 41st Floor | | | | New York | NY | 10112-0015 | |
| 29463757 | Deloitte Tax LLP | 330 Rush Alley | Suite 800 | | | Columbus | OH | 43215-3932 | |
| 29463786 | DocuSign | 221 Main Street | Suite 1000 | | | San Francisco | CA | 94105 | |
| 29463802 | Dun & Bradstreet, Inc. | 5335 Gate Parkway | | | | Jacksonville | FL | 32256 | |
| 29463853 | Federal Express Corporation | Cantersteen/Kantersteen 47 | | | | Brussels | | 1000 | Belgium |
| 29463857 | FedEx | 3650 Hacks Cross Rd | | | | Memphis | TN | 38125 | |
| 29463859 | FEDEX CORPORATE SERVICES, INC. | 3875 AIRWAYS, MODULE H3 | DEPARTMENT 4634 | | | MEMPHIS | TN | 38116 | |
| 29463860 | FedEx Ground Package System, Inc. | 1000 FedEx Dr | | | | Coraopolis | PA | 15108 | |
| 29463864 | FGX International Inc. | 500 George Washington Highway | | | | Smithfield | RI | 02917 | |
| 29463919 | Georgeson Shareholder Communications Inc. | 1290 Avenue of the Americas | 9th Floor | | | New York | NY | 10104 | |

Exhibit A

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 29463934 | GovDocs, Inc. | 1305 Corporate Center Drive | Suite 400 | | | Eagan | MN | 55121 | |
| 29463951 | Hewlett Packard Enterprise | 1701 E Mossy Oaks Rd | | | | Spring Branch | TX | 77389 | |
| 29463955 | Hilton Columbus/Polaris | 8700 Lyra Dr | | | | Columbus | OH | 43240 | |
| 29463977 | Hyundai Merchant Marine Co., Ltd | 222 West Las Colinas Blvd | Suite 700 | | | Irving | TX | 75039 | |
| 29463998 | IBM Corporation | 1 New Orchard Road | | | | Armonk | NY | 10504-1722 | |
| 29464034 | Indecomm | 1 Tower Center Boulevard | Suite 1510-126 | | | East Brunswick | NJ | 08816 | |
| 29475235 | Infosys Limited fka Infosys Technologies Limited | Electronics City | Hosur Road | | | Bangalore, Karnataka | | 560 100 | India |
| 29464078 | Intelligrated Systems, LLC | 855 S. Mint Street | | | | Charlotte | NC | 28202 | |
| 29464126 | International Business Machines Corporation (IBM) | 1 New Orchard Road | | | | Armonk | NY | 10504-1722 | |
| 29464128 | International Business/Machines Corporation | 1 New Orchard Road | | | | Armonk | NY | 10504-1722 | |
| 29464199 | KPMG LLP | 515 BROADWAY | 4TH FLOOR | | | ALBANY | NY | 12207-2974 | |
| 29464220 | LeaseNet, Inc. | 1951 Kidwell Drive | Suite 101 | | | Vienna | VA | 22182 | |
| 29464235 | Liquid Asset Partners LLC | 2700 Patterson Ave SE | | | | Grand Rapids | MI | 49546 | |
| 29464256 | Mærsk Agency U.S.A., Inc. | 180 Park Avenue | Building 105 | | | Florham Park | NJ | 07932 | |
| 29464260 | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S dba MÆRSK LINE | 180 Park Avenue | Building 105 | PO Box 950 | | Florham Park | NJ | 07932 | |
| 29464261 | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S trading under the name of MÆRSK LINE | 180 Park Avenue, Building 105 | PO Box 950 | | | Florham Park | NJ | 07932 | |
| 29464263 | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S dbe MÆRSK LINE | Esplanaden 50 | | | | Copenhagen K | | DK-1263 | Denmark |
| 29464267 | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | 180 Park Avenue, Building 105 | PO Box 950 | | | Florham Park | NJ | 07932 | |
| 29464287 | Maersk Line | Esplanaden 50 | | | | Copenhagen K | | DK-1263 | Denmark |
| 29464292 | Maersk Line A/S | Esplanaden 50 | | | | Copenhagen K | | DK-1263 | Denmark |
| 29464298 | Maersk Sealand | 180 Park Avenue | Building 105 | PO Box 950 | | Florham Park | NJ | 07932 | |

Exhibit A

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 29464363 | Microsoft Corporation | 1 Microsoft Way | | | | Redmond | WA | 98052 | |
| 29464381 | MicroStrategy Services Corporation | 1850 Towers Crescent Plaza | | | | Tysons Corner | VA | 22182 | |
| 29464406 | Muzak, LLC d/b/a Mood Media | 2100 S IH 35 Frontage Rd. | Suite 201 | | | Austin | TX | 78704 | |
| 29464409 | Namogoo Technologies Inc. | 500 7th Avenue | | | | New York | NY | 10018 | |
| 29346539 | NIAGARA DRINKING WATERS | 1440 BRIDGEGATE DR. | | | | DIAMOND BAR | CA | 91765 | |
| 29464461 | Ohio CAT | Ohio Cat Facility Columbus | 5252 Walcutt Court | | | Columbus | OH | 43228 | |
| 29464462 | Ohio CAT Power Systems | 3993 E. Royalton Rd. | | | | Broadview Hts | OH | 44147 | |
| 29464495 | Orion Energy Systems, Ltd. | 2210 Woodland Drive | | | | Manitowoc | WI | 54220 | |
| 29464518 | Peabody Landscape Group | 2253 Dublin Rd | | | | Columbus | OH | 43204 | |
| 29464569 | Premier Cleaning, Inc. | 191 Locust St | | | | Claysburg | PA | 16625 | |
| 29464574 | PricewaterhouseCoopers Advisory Services LLC | Thibodaux Circle | | | | Eastwood | LA | 71067 | |
| 29464587 | PricewaterhouseCoopers LLP | 41 South High Street | Suite 2500 | | | Columbus | OH | 43215-6101 | |
| 29463160 | Progistics DistriB, LLC | 2270 Corporate Cir | Ste 220 | | | Henderson | NV | 89074-7755 | |
| 29464611 | Quad/Graphics, Inc. | N61 W23044 Harry's Way | | | | Sussex | WI | 53089 | |
| 29464634 | RGIS, LLC | 300 Trinity Park | Bickenhill | | | Birmingham, West Midlands | | B37 7ES | GB |
| 29464672 | SBC DataComm | 1878 Hickory Trace Dr | | | | Orange Park | FL | 32003-8387 | |
| 29464680 | Schindler Elevator Corporation | 20 Whippany Road | | | | Morristown | NJ | 07960 | |
| 29464719 | Sogeti USA LLC | 10100 Innovation Drive | Suite 200 | | | Dayton | OH | 45342 | |
| 29464787 | Terminix International Company, L.P. | 150 Peabody Pl | | | | Memphis | TN | 38103 | |
| 29464813 | The Salvation Army National Corporation | National Headquarters USA | 615 Slaters Lane | | | Alexandria | VA | 22314 | |
| 29464834 | T-Mobile USA, Inc. | PO Box 37380 | | | | Albuquerque | NM | 87176-7380 | |

Exhibit A

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 29464841 | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1 | Ever Gain Plaza | 88 Container Port Road | Kwai Chung | Hong Kong | | | Hong Kong |
| 29464894 | Upwork Inc. | 530 Lytton Ave | Suite 301 | | | Palo Alto | CA | 94301 | |
| 29464909 | Verizon Wireless | 1095 Avenue of the Americas | | | | New York | NY | 10036 | |
| 29464939 | West Coast Liquidators Unc | 961 Dunford Avenue | | | | Victoria | BC | V9B2S4 | Canada |
| 29464966 | Xerox Corporation | 201 Merritt 7 | | | | Norwalk | CT | 06851-1056 | |

**<u>Exhibit B</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 612** |

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids in connection with the Sale Transaction and the Auction (the "**Bidding Procedures**"),[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction (the "**Assumption and Assignment Procedures**").

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (D.I. 612) (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction, the Auction, and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time),** the Debtors held an Auction at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale Transaction, the Debtors intend to assume and assign to the Successful Bidder(s) the Proposed Assumed Contracts. A schedule listing the Proposed Assumed Contracts (the "**Proposed Assumed Contracts Schedule**") is attached hereto and may also be accessed free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com.  In addition, the amount necessary to cure any prepetition defaults thereunder (the "**Cure Costs**"), if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedule. *Each Cure Cost listed on the Proposed Assumed Contracts Schedule represents all liabilities of any nature of the Debtors arising under an Assumed Contract or Assumed Lease prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date.*  Pursuant to the Assumption and Assignment Procedures, all Assumption and Assignment Objections relating to a proposed Cure Cost (a "**Cure Objection**") must have been filed and served no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)**, and a Counterparty's failure to timely and properly file and serve its Cure Objection shall be (a) deemed to have consented to the Cure Costs (if any) set forth on the Potential Assumed Contracts Schedule (or a Supplemental Assumed Contracts Schedule, if applicable) and (b) forever barred from asserting any Cure Objection against the Debtors, the Successful Bidder, or the property of any such parties relating to such Counterparty's Assumed Contract(s) or Assumed Lease(s).

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A PROPOSED ASSUMED CONTRACT**. Under the terms of the Assumption and Assignment Procedures, (a) at or prior to the closing of a Sale Transaction, the Successful Bidder(s) may elect, in their sole and absolute discretion, to (i) exclude any Contract or Lease on the Proposed Assumed Contracts Schedule (as amended or supplemented) (in which case it shall become an Excluded Contract or Excluded Lease, as applicable) or (ii) include on the Proposed Assumed Contracts Schedule any Contract or Lease listed on the Potential Assumed Contracts Schedule (as amended or supplemented), by providing to the Debtors written notice of its election to exclude or include such Contract or Lease, as applicable, (b) if the Debtors or the Successful Bidder(s) identify during the pendency of the Chapter 11 Cases (before or after the closing of the applicable Sale Transaction) any Contract or Lease that is not listed on the Proposed Assumed Contracts Schedule, and such Contract or Lease has not been rejected by the Debtors, such Successful Bidder(s) may, in their sole and absolute discretion, elect by written notice to the Debtors to treat such Contract or Lease as an Assumed Contract or Assumed Lease, as applicable, and the Debtors shall seek to assume and assign such Assumed Contract or Assumed Lease in accordance with the Assumption and Assignment Procedures, and (c) following the Auction, the Debtors may, in accordance with the applicable purchase agreement, or as otherwise agreed by the Debtors and the Successful Bidder(s), at any time before the closing of the Sale Transaction, modify the previously stated Cure Costs associated with any Proposed Assumed Contract in accordance with the Assumption and Assignment Procedures.  The Assumption and Assignment Procedures further provide that any Counterparty whose previously-stated Cure Cost is modified will receive notice thereof and an opportunity to file a Supplemental Assumption and Assignment Objection.  **The assumption and assignment of the Contracts and Leases on the Proposed Assumed Contracts Schedule is not guaranteed**

and is subject to approval by the Court and the Debtors' or Successful Bidder's right to remove an Assumed Contract or Assumed Lease from the Proposed Assumed Contracts Schedule.

## Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com.

## Filing Objections

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of an Assumed Contract or Assumed Lease (an "**Assumption and Assignment Objection**") with respect to the ability of a Successful Bidder to provide adequate assurance of future performance must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof (including, to the extent modified from the previously stated amount, the Cure Costs), (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**"), (i) be filed with the Court and (ii) be served on (1) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (2) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (3) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (4) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (5) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (6) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. Attn: Linda J. Casey (linda.casey@usdoj.gov) (collectively, the "**Objection Notice Parties**").

Objections to the Sale Order, the conduct of the Auction, or the Sale Transaction, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") be (i) filed with the Court and (ii) served on the Objection Notice Parties.

A hearing to consider the approval of the proposed Sale Transaction(s) will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

## <u>CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION</u>

*Any Counterparty to an Assumed Contract or Assumed Lease who fails to timely make an objection to the proposed assumption and assignment of such Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs or the ability of the Successful Bidder to provide adequate assurance of future performance on or before the Assumption and Assignment Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, and this Notice (or in the case of a Supplemental Assumption and Assignment Objection, by 14 days from the date of service of such Supplemental Assumption and Assignment Notice) shall be deemed to have consented to the assumption and assignment of such Assumed Contract or Assumed Lease, including with respect to the ability of the Successful Bidder(s) to provide adequate assurance of future performance and the Debtors' proposed Cure Costs, to the extent modified from the previously stated amount, and shall be forever barred from asserting any objection or claims against the Debtors, the Successful Bidder(s), or the property of any such parties relating to the assumption and assignment of such Assumed Contract or Assumed Lease (including asserting additional Cure Costs with respect to such Assumed Contract or Assumed Lease). Notwithstanding anything to the contrary in such Assumed Contract or Assumed Lease, or any other document, the Cure Costs set forth on the Proposed Assumed Contracts Schedule (as amended or supplemented) shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Assumed Contract or Assumed Lease under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date.*

*[Remainder of page intentionally left blank]*

Dated:   October 31, 2024
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Due to the voluminous nature of Docket No. 683, this document has been abridged.  Full copy of the document can be found at**
**https://cases.ra.kroll.com/biglots/Home**

**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

      **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

      **PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids (the "**Bidding Procedures**") in connection with (i) the proposed sale of substantially all of the Debtors' assets to Gateway BL Acquisition, LLC (the "**Stalking Horse Bidder**") for approximately $760 million, consisting of $2.5 million in cash plus the Debt Payoff Amount (as defined in the Stalking Horse APA) and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers, (ii) the Sale Transaction, and (iii) the Auction,[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction.

      **PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction [D.I. 612].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the Notice of Successful Bidder for the Sale of the Debtors' Assets (the "**Notice of Successful Bidder**") designating the Stalking Horse Bidder as the Successful Bidder [D.I. 661].

### Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://cases.ra.kroll.com/biglots/* or can be requested by email at BigLotsInfo@ra.kroll.com.

### Important Dates and Deadlines[3]

1. **Bid Deadline.** The deadline to submit a Qualified Bid was **October 28, 2024 at 12:00 p.m. (prevailing Eastern Time).**

2. **Auction.** The Auction was held on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

3. **Auction and Sale Objections Deadline**. The deadline to file with the Court an objection to the Sale Order, the conduct of the Auction, or the Sale Transaction (collectively, the "**Sale Objections**") is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").

4. **Assumption and Assignment Objection Deadline**. The deadline for Counterparties to file with the Court an objection to the potential or proposed assumption or assignment of their Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs, if any, or the ability of a Successful Bidder to provide adequate assurance of future performance is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**").

5. **Sale Hearing**. A hearing (the "**Sale Hearing**") to consider the approval of Sale Transactions will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

### Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the Sale Objection Deadline, and (e) no later than the Sale Objection Deadline, be served on (i) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.

---

[3] The following dates and deadlines may be extended by the Debtors, consistent with the terms of the DIP Credit Agreements, or the Court in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

(notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (ii) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (iii) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (iv) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (v) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party or entity who fails to timely make an objection to a Sale Transaction on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

## NO SUCCESSOR LIABILITY

*The assets sold in any Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction. Accordingly, as a result of a Sale Transaction, a Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and a Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the applicable Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

*[Remainder of page intentionally left blank]*

Dated:    October 31, 2024
          Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit D**

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|-----------|------|----------|----------|----------|----------|------|-------|-------------|
| 29426309 | ALLEN, HANNA | Address on file | | | | | | |
| 29378663 | ALLEN, LISA | Address on file | | | | | | |
| 29407863 | AMBRIZ, DAMITA ANN | Address on file | | | | | | |
| 29398602 | ARELLANO, ISSAC ISMAEL | Address on file | | | | | | |
| 29353805 | BALOT, ATHENA MARIE | Address on file | | | | | | |
| 29404903 | BAYLESS, THERESA M | Address on file | | | | | | |
| 29356353 | BLACKWELL, BRIA J | Address on file | | | | | | |
| 29371968 | BOURQUE, COURTNEY FAITH | Address on file | | | | | | |
| 29401523 | BRADFORD, TITUS | Address on file | | | | | | |
| 29407438 | BROWN, JADA | Address on file | | | | | | |
| 29425648 | BULLARD, SEAN D | Address on file | | | | | | |
| 29360170 | BURKEY, BARBARA ANN | Address on file | | | | | | |
| 29417389 | CHECHUCK, TRACY J | Address on file | | | | | | |
| 29306564 | CITY OF THOMASVILLE TAX DEPT | PO BOX 1540 | | | | THOMASVILLE | GA | 31799-1540 |
| 29412421 | COLEMAN, JAMES | Address on file | | | | | | |
| 29423161 | COMBS, JORDAN T | Address on file | | | | | | |
| 29345042 | CURRY, WILLIAM | Address on file | | | | | | |
| 29341786 | DRISCOLL, JASON LEE | Address on file | | | | | | |
| 29360281 | ELLIS, HAILIE | Address on file | | | | | | |
| 29386690 | FLOWERS, KEGAN MACKENZIE | Address on file | | | | | | |
| 29381909 | FOX, JENNIFER | Address on file | | | | | | |
| 29407082 | GEORGE, IGNATIUS BLETHI | Address on file | | | | | | |
| 29370184 | GIRDNER, JAMES | Address on file | | | | | | |
| 29388290 | GRIMES, KUMOSKI D | Address on file | | | | | | |
| 29425955 | HELMES, JASMINE N | Address on file | | | | | | |
| 29431057 | HOLDEMAN, DAVID E | Address on file | | | | | | |
| 29427877 | JIMERSON, AMARI DESIREE | Address on file | | | | | | |
| 29380884 | JOINER, ELIZABETH AMANDA | Address on file | | | | | | |
| 29393896 | KOSIER, BROOKLYN OLIVIA | Address on file | | | | | | |
| 29369982 | LAYTON, ROBIN | Address on file | | | | | | |
| 29366965 | LOPEZ, ROBERT | Address on file | | | | | | |
| 29377429 | MAEEN, EISLEY MAE | Address on file | | | | | | |
| 29366433 | MARTINI, PAUL ALEX | Address on file | | | | | | |
| 29355446 | MCCLAIN, FAITH RENEE | Address on file | | | | | | |
| 29426539 | MCCORMICK JR, DAVID ERVIN | Address on file | | | | | | |
| 29429498 | MCCOY, DESTINY | Address on file | | | | | | |
| 29391429 | MCNEELY, DYLAN ANTHONY | Address on file | | | | | | |
| 29399576 | MITCHELL, KIAIRA ALEXA | Address on file | | | | | | |
| 29436382 | NEW ALBANY COMMUNITY FOUNDATION | PO BOX 604 | | | | NEW ALBANY | OH | 43054-0604 |
| 29372094 | PAGE, SANDI | Address on file | | | | | | |
| 29359739 | PARKER, CHARLIE | Address on file | | | | | | |
| 29326082 | PARKS, CLINTON (0513 PORT RICHEY FL) | Address on file | | | | | | |

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29423625 | PHILLIPS, SHAYLA | Address on file | | | | | | |
| 29392442 | PORTER, SUMMER LYNN | Address on file | | | | | | |
| 29428382 | PRATHER, JUSTIN DEAN | Address on file | | | | | | |
| 29331249 | QUANTUM FACILITIES SERVICES LLC | 4420 5TH ST W | | | | BRADENTON | FL | 34207-1531 |
| 29393657 | ROBINSON, SHONTAVIA | Address on file | | | | | | |
| 29364463 | RODRIGUEZ, EMILIO | Address on file | | | | | | |
| 29366631 | SALAZAR, SAUL | Address on file | | | | | | |
| 29344553 | SHIELDS, SHANETTA | Address on file | | | | | | |
| 29375775 | SNYDER, PAUL C | Address on file | | | | | | |
| 29384166 | STEELE, TIFFANY | Address on file | | | | | | |
| 29424001 | STUBBS, EDWARD | Address on file | | | | | | |
| 29399941 | STULL, BRANDON TYLER | Address on file | | | | | | |
| 29341873 | STURDIVANT, DAVID M. | Address on file | | | | | | |
| 29417913 | SULLIVAN, MAYBE | Address on file | | | | | | |
| 29375526 | THOMAS, SAMANTHA MARIA | Address on file | | | | | | |
| 29348843 | TILMA, MELANIE LEE | Address on file | | | | | | |
| 29408499 | VENABLE, BRENT | Address on file | | | | | | |
| 29352025 | WARD, AUDREY | Address on file | | | | | | |
| 29383786 | WARE, KELEIGH | Address on file | | | | | | |
| 29350792 | WILKINS, ARTHUR E. | Address on file | | | | | | |
| 29401003 | YEAGER, MICHAEL ROBERT | Address on file | | | | | | |

**Exhibit E**

Exhibit E
Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29463342 | Access Point, Inc. | 31700 Middlebelt Rd. | #230 | | Farmington Hills | MI | 48334 | |
| 29463392 | Amazon.com, Inc. | 2010 Broening Hwy | | | Baltimore | MD | 21224 | |
| 29463489 | BLOOMBERG L.P. | 731 Lexington Ave. | | | New York | NY | 10022 | |
| 29463641 | Connectria, LLC | 10845 Olive Blvd | Suite 300 | | St. Louis | MO | 63141 | |
| 29463644 | Consolidated International, Inc. | 67 Akti Miaouli | | | Piraeus, Attiki | | 18537 | Greece |
| 29463714 | Customer Impact, LLC | 1601 Sebesta Rd. | | | College Station | TX | 77845 | |
| 29463749 | Deloitte & Touche Tax Technologies LLC | 30 Rockefeller Plaza | 41st Floor | | New York | NY | 10112-0015 | |
| 29463797 | Dr Pepper/Seven Up, Inc. | c/o Keurig Dr Pepper | 53 South Avenue | | Burlington | MA | 01803 | |
| 29463945 | Hapag-Lloyd (America), LLC | 3 Ravinia Drive | Suite 1600 | | Atlanta | GA | 30346 | |
| 29464034 | Indecomm | 1 Tower Center Boulevard | Suite 1510-126 | | East Brunswick | NJ | 08816 | |
| 29464054 | Initiative Media, LLC | 100 W 33rd St, | 4th Floor | | New York | NY | 10001 | |
| 29464110 | International Business Machines Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464131 | Intralinks, Inc. | 80 Lamberton Road | | | Windsor | CT | 06095 | |
| 29464200 | KPMG LLP | 345 Park Avenue | | | New York | NY | 10154 | |
| 29464239 | LogicSource, Inc. | 44 Main Street | | | Westport | CT | 06880 | |
| 29464246 | LP Network, Inc. (d.b.a. Security Source) | 4151 Lafayette Center Dr | Suite 700 | | Chantilly | VA | 20151 | |
| 29464345 | Medical Data Recovery, Inc. | 2901 West Coast Highway | | | Newport Beach | CA | 92663 | |
| 29464425 | NCR Corporation | 864 Spring Street NW | | | Atlanta | GA | 30308 | |
| 29464529 | Penske Logistics LLC | Route 10 Green Hills | | | Reading | PA | 19603 | |
| 29464574 | PricewaterhouseCoopers Advisory Services LLC | Thibodaux Circle | | | Eastwood | LA | 71067 | |
| 29464670 | SBC ADVERTISING, LTD. | 333 W. NATIONWIDE BLVD. | | | COLUMBUS | OH | 43215 | |
| 29464784 | Terminix Commercial | 150 Peabody Pl | | | Memphis | TN | 38103 | |
| 29464806 | The Herjavec Group, Corp | 180 Duncan Mill Road | 7th Floor | | Toronto | ON | M3B 1Z6 | Canada |
| 29464840 | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza | 88 Container Port Road | Kwai Chung | Hong Kong | | | Hong Kong |
| 29464901 | Verifone, Inc. | 11700 Great Oaks Way | Suites 150 & 200 | | Alpharetta | GA | 30022 | |

**Exhibit F**

## Exhibit F

Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29463409 | Aon Investment Consulting, Inc. | 200 E. Randolph St. | Aon Center | Floor 3-11 | Chicago | IL | 60601 | |
| 29463665 | Consolidated Stores International Corporation | 3804 Main St | | | Chula Vista | CA | 91911 | |
| 29463952 | Hewlett-Packard Company | 1501 Page Mill Road | | | Palo Alto | CA | 94304 | |
| 29464040 | Information Control Company | PO Box 7147 | | | Rockford | IL | 61126 | |
| 29464169 | JumpMind, Inc. | 8999 Gemini Pkwy | | | Columbus | OH | 43240 | |
| 29464303 | Maersk Warehousing & Distribution Services USA LLC | 2240 E. Maple Ave | | | El Segundo | CA | 90245 | |
| 29464308 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | | Atlanta | GA | 30339 | |
| 29464629 | Retail Forward, Inc. | Vivo Building | 30 Stamford St | | London | | SE1 9LQ | United Kingdom |
| 29464862 | Trintech Inc. | 5600 Granite Parkway | Suite 10000 | | Plano | TX | 75024 | |

**Exhibit G**

Exhibit G

Supplemental Contract Counterparties List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|-----------|------|----------|----------|----------|------|-------|-------------|---------|
| 29463364 | AHF Products | P.O. Box 566 | | | Mountville | PA | 17554 | |
| 29463408 | Aon Hewitt Investment Consulting | 200 E Randolph St | Aon Center | Flrs 3-11 | Chicago | IL | 60601 | |
| 29463543 | CBIZ Property Tax Solutions, LLC | 5959 Rockside Woods Blvd. N. | Suite 600 | | Cleveland | OH | 44131 | |
| 29463572 | Chep USA | 7501 Greenbriar Parkway | | | Orlando | FL | 32819 | |
| 29463640 | Concur Technologies, Inc. | 601 108th Ave NE | Suite 1000 | | Bellevue | WA | 98004 | |
| 29463773 | Direct Energy Business LLC | 1001 Liberty Avenue | Suite 1200 | | Pittsburgh | PA | 15222 | |
| 29463934 | GovDocs, Inc. | 1305 Corporate Center Drive | Suite 400 | | Eagan | MN | 55121 | |
| 29463944 | Hapag-Lloyd | Ballindamm 25 | | | Hamburg | | 20095 | Germany |
| 29463952 | Hewlett-Packard Company | 1701 E Mossy Oaks Rd | | | Spring | TX | 77389 | |
| 29463955 | Hilton Columbus/Polaris | 8700 Lyra Dr | | | Columbus | OH | 43240 | |
| 29463977 | Hyundai Merchant Marine Co., Ltd | 222 West Las Colinas Blvd | Suite 700 | | Irving | TX | 75039 | |
| 29464015 | IBM Global Business Services | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464016 | IBM Global Services | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464037 | Infor (US), Inc. | 641 Avenue of the Americas | | | New York | NY | 10011 | |
| 29464062 | Insight Direct USA, Inc. | 2701 E. Insight Way | | | Chandler | AZ | 85286 | |
| 29464103 | International Business Machines Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464236 | LiveView Technologies, Inc. | 802 E 1050 S | | | American Fork | UT | 84003 | |
| 29464254 | Mærsk Agency U.S.A., as agent for Maersk Line A/S | 2 Giralda Farms | | | Madison | NJ | 07940 | |
| 29464298 | Maersk Sealand | 180 Park Avenue | Building 105 | PO Box 950 | Florham Park | NJ | 07932 | |
| 29464303 | Maersk Warehousing & Distribution Services USA LLC | 180 Park Avenue | Building 105 | PO Box 950 | Florham Park | NJ | 07932 | |
| 29464358 | Mert Agency U S A . Inc as agent for Maersk Line A/S | Esplanaden 50 | | | Copenhagen | | 1263 | Denmark |
| 29464362 | Microsoft | Microsoft Corporation One Microsoft Way | | | Redmond | WA | 98052-6399 | |
| 29464400 | MUFG Union Bank, N.A. | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | |
| 29464461 | Ohio CAT | 3993 E. Royalton Rd. | | | Broadview Hts | OH | 44147 | |
| 29464505 | Packsize, LLC | 3760 W. Smart Pack Way | | | Salt Lake City | UT | 84104 | |
| 29464567 | PR Newswire Association LLC | 6501 Americas Parkway NE | Suite 900 | | Albuquerque | NM | 87110 | |
| 29464680 | Schindler Elevator Corporation | 20 Whippany Road | | | Morristown | NJ | 07960 | |
| 29464704 | Sirius Computer Solutions, Inc. | 200 N Milwaukee Ave. | | | Vernon Hills | IL | 60061 | |
| 29464731 | Sprout Social, Inc. | 131 S Dearborn St. | Suite 700 | | Chicago | IL | 60603 | |
| 29464827 | Thomson Reuters (Tax & Accounting) Inc. | 400 West 15th Street | Suite 700 | | Austin | TX | 78701 | |
| 29464870 | U.S. Bank | 800 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| 29464871 | U.S. Bank National Association | 800 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| 29464900 | VeriFone, Inc. | 2560 N. 1st Street | Ste 220 | | San Jose | CA | 95131 | |

**Exhibit H**

# Exhibit H

Supplemental Landlords Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29414011 | ARDENA LR LLC | C/O COLLIERS-RICHMOND | 2221 EDWARD HOLLAND DRIVE | SUITE 600 | | RICHMOND | VA | 23230 |
| 29299869 | B&K ENTERPRISES, INC | 260 ROUTE 403 SOUTH | | | | STRONGSTOWN | PA | 15957 |
| 29413768 | OAKWOOD PLAZA LTD. PTSHIP | C/O KIMCO REALTY CORPORATION | 500 NORTH BROADWAY | SUITE 201 | | JERICHO | NY | 11753 |
| 29299735 | PRIME COMMERCIAL PARTNERS SOUTHTOWNE LLC | SOREN S. URRY | C/O SYNERGY DEVELOPMENT LLC | 1492 PARK AVENUE | PO BOX 982500 | PARK CITY | UT | 84098 |
| 29413532 | SOUTH CENTRAL INDUSTRIAL PROPERTIES XIV, L.P. | REYNA , BLAKE | 345 OWEN LANE | SUITE 141 | | WACO | TX | 76710 |
| 29433358 | WISE COUNTY PLAZA WVA, LLC | WHITE, CHRIS | 267 CHASES COVE LN | | | IRVINGTON | VA | 22480-2017 |

**Exhibit I**

## Exhibit I
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 29385463 | MCGRUDER, CIARA DIAMOND | ADDRESS ON FILE | | | |
| 29394987 | MILES, CHRISTINA A | ADDRESS ON FILE | | | |
| 29335060 | MILITARY CAPITAL VENTURE LLC | 1200 W MAGNOLIA AVE STE 220 | FORT WORTH | TX | 76104-4482 |