In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Summary by Billing Category and Project Category**

Exhibit A

| Billing Category and Project Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| Tax Compliance Services | 154.20 | $20,000.00 [1] |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *154.20* | *$20,000.00* |
| **Hourly Services** | | |
| Tax Advisory Services | 241.90 | $256,032.70 |
| *Subtotal - Hours and Compensation - Hourly Services* | *241.90* | *$256,032.70* |
| **Bankruptcy Compliance Services** | | |
| Retention Applications | 24.10 | $11,725.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Compliance Services* | *24.10* | *$11,725.00* |
| **Subtotal - Hours and Compensation** | **420.20** | **$287,757.70** |
| **Less Fee Reduction** | | **-$13,300.00** [2] |
| **Total - Hours and Compensation - All Services** | **420.20** | **$274,457.70** |

[1] As set forth in the PwC US Tax Retention Application, the tax compliance engagement is a fixed fee arrangement whereby PwC US Tax has agreed to be paid a total $150,000, exclusive of expenses. Prior to the Petition Date, PwC US Tax was paid $135,000 for tax compliance services, of which $83,000 remains as of the Petition Date to be applied against approved post-petition fees for such post-petition tax compliance services. By this Application, PwC US Tax seeks approval for, but not payment of, $20,000 of the fixed fee amount, and will seek approval, but not payment of, $63,000 in a subsequent fee application(s). The balance of the $150,000 fixed fee for tax compliance services, or $15,000, was not paid prior to the Petition Date and PwC US Tax will seek approval and payment of $15,000 in a subsequent fee application(s).

[2] Pursuant to a prior agreement with the Office of the United States Trustee, PwC US Tax agreed to reduce its first fee application request by $13,300.