**In re Big Lots, Inc., et al., Case No. 24-11967**                                                                **Exhibit B**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Fixed Fee Services** | | | |
| *Tax Compliance Services* | | | |
| Craig Keller | Partner | 2.00 | |
| Lesa Shoemaker | Partner | 1.50 | |
| Brian Trueman | Director | 17.00 | |
| Nicole Berkow | Senior Manager | 6.50 | |
| Anna Belluardo | Manager | 44.00 | |
| Austin Oberhausen | Manager | 1.00 | |
| Nicholl Troncoso | Manager | 1.00 | |
| Matt Koebbeman | Senior Associate | 1.00 | |
| Stella Huang | Senior Associate | 40.20 | |
| Hope Randolph | Associate | 3.00 | |
| Matthew Messer | Associate | 5.50 | |
| Tommy McAvoy | Associate | 30.00 | |
| Bryanna Fountain | Specialist | 0.50 | |
| Emily Nguyen | Specialist | 1.00 | |
| *Subtotal - Tax Compliance Services* | | *154.20* | *$20,000.00* |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **154.20** | **$20,000.00** |