In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| **Hourly Services** | | | | | |
| *Tax Compliance Services* | | | | | |
| 9/9/2024 | Brian Trueman | Director | 0924F0234: Florida - BLI, Inc. state extension issue, review letter to state for resolution. | 0.50 | |
| 9/9/2024 | Stella Huang | Senior Associate | 0924F0235: Prepare attribute schedule on carryforwards for net operating loss, charitable contributions, and credits for unitary states | 4.00 | |
| 9/9/2024 | Stella Huang | Senior Associate | 0924F0236: Call State of Florida about Big Lots, Inc. state extension issue (0.5) and prepare letter to state for resolution (1.5) | 2.00 | |
| 9/10/2024 | Brian Trueman | Director | 0924F0237: Meeting with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) to discuss the filing OK franchise returns and filing consolidated FL and GA returns, updates on FL extension letter to the state, NY refund issue being resolved with the state, and impact of bankruptcy on estimates that need to be paid for this year with B. Trueman (PwC), S. Huang (PwC) | 1.50 | |
| 9/10/2024 | Brian Trueman | Director | 0924F0238: Compliance questions (Big Lots - Brian G) - CPHI returns update and discussion with BL Federal team on status of 2023 Federal return, TP implications & timing of completion. | 1.00 | |
| 9/10/2024 | Stella Huang | Senior Associate | 0924F0239: Meeting with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) to discuss the filing OK franchise returns and filing consolidated FL and GA returns, updates on FL extension letter to the state, NY refund issue being resolved with the state, and impact of bankruptcy on estimates that need to be paid for this year with B. Trueman (PwC), S. Huang (PwC) | 1.50 | |
| 9/11/2024 | Stella Huang | Senior Associate | 0924F0240: Prepare attribute schedule on carryforwards for net operating loss, charitable contributions, and credits for separate states | 2.00 | |
| 9/11/2024 | Stella Huang | Senior Associate | 0924F0241: Review .xmls for Consolidated Property Holdings, Inc. separate returns | 0.50 | |
| 9/13/2024 | Brian Trueman | Director | 0924F0242: New York refund solution - respond to NY auditor questions. | 0.50 | |
| 9/17/2024 | Lesa Shoemaker | Partner | 0924F0243: Current state tax returns review | 0.50 | |
| 9/17/2024 | Brian Trueman | Director | 0924F0244: Review of state depreciation for FY23 state returns. | 1.00 | |
| 9/17/2024 | Hope Randolph | Associate | 0924F0245: Entered M Adjustments provided by the client into OneSource Income Tax (OIT) system, and uploaded deliverable files to Sightline for the client to review. | 0.50 | |
| 9/19/2024 | Brian Trueman | Director | 0924F0246: NYS refund resolution with NY DOR | 0.50 | |
| 9/20/2024 | Brian Trueman | Director | 0924F0247: New York update, review & comment on State attributes by entity. | 2.00 | |
| 9/20/2024 | Hope Randolph | Associate | 0924F0248: Entered an M Adjustment provided by the client into OneSource Income Tax (OIT) system, and uploaded the deliverable file to Sightline for the client to review. | 0.50 | |
| 9/23/2024 | Stella Huang | Senior Associate | 0924F0249: Prepare 163j attribute schedule | 2.50 | |
| 9/23/2024 | Hope Randolph | Associate | 0924F0250: Entering more M Adjustments into OneSource and providing the deliverable files in Sightline | 0.50 | |
| 9/24/2024 | Brian Trueman | Director | 0924F0251: Meeting with Big Lots discussing impacts of Transfer Pricing for states, updates on apportionment and federal returns for compliance, and NY refund issue related to NOL carryback with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 9/24/2024 | Brian Trueman | Director | 0924F0252: Call with NYDOR on refund claim status for NOL carrybacks. | 1.00 | |
| 9/24/2024 | Anna Belluardo | Manager | 0924F0253: Meeting with Big Lots discussing impacts of Transfer Pricing for states, updates on apportionment and federal returns for compliance, and NY refund issue related to NOL carryback with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 9/24/2024 | Stella Huang | Senior Associate | 0924F0254: Meeting with Big Lots discussing impacts of Transfer Pricing for states, updates on apportionment and federal returns for compliance, and NY refund issue related to NOL carryback with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 10/1/2024 | Brian Trueman | Director | 1024F0255: Federal return update, timing on state apportionment and Gain/Loss adjustments. | 0.50 | |
| 10/1/2024 | Anna Belluardo | Manager | 1024F0256: Coordinating compliance resources and granting team members necessary access | 0.50 | |
| 10/2/2024 | Stella Huang | Senior Associate | 1024F0257: OIT access for new team members | 0.50 | |
| 10/3/2024 | Austin Oberhausen | Manager | 1024F0258: Walking team through client schedules for the preparation of the form 4562 in the 2023 tax return, follow up communications with client | 1.00 | |
| 10/3/2024 | Stella Huang | Senior Associate | 1024F0259: Review workpapers list for associate to prepare | 1.00 | |
| 10/3/2024 | Hope Randolph | Associate | 1024F0260: Began filling out Form 4562 in OIT | 0.50 | |
| 10/3/2024 | Tommy McAvoy | Associate | 1024F0261: Updating 2023 Compliance workpapers for IA, IN, MI, OK, AR, AL, SC | 3.50 | |
| 10/4/2024 | Hope Randolph | Associate | 1024F0262: Finished filling out Form 4562 in OIT | 1.00 | |
| 10/4/2024 | Matthew Messer | Associate | 1024F0263: Complete Form 4562 in OIT | 1.50 | |
| 10/7/2024 | Brian Trueman | Director | 1024F0264: Discussion with B. Gallagher on apportionment and upload into OIT (.4); review status and timing of state modifications (.4); review NY update (.2). | 1.00 | |
| 10/8/2024 | Anna Belluardo | Manager | 1024F0265: Meeting with Big Lots to discuss status of state items, workpaper request list, and the city bot automation template with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) and A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 10/8/2024 | Stella Huang | Senior Associate | 1024F0266: Meeting with Big Lots to discuss status of state items, workpaper request list, and the city bot automation template with B. Gallagher, T. Weber, S. Schoch, N. Hefner (Big Lots) and A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 10/8/2024 | Stella Huang | Senior Associate | 1024F0267: Update apportionment details workpaper for Big Lots Stores and Big Lots Inc. | 1.00 | |
| 10/9/2024 | Nicole Berkow | Senior Manager | 1024F0268: Prepare for discussion regarding review of 2023 U.S. Federal Income Tax Return | 0.50 | |
| 10/9/2024 | Stella Huang | Senior Associate | 1024F0269: Update apportionment factor calculations in apportionment workpaper | 2.00 | |
| 10/9/2024 | Tommy McAvoy | Associate | 1024F0270: Updating 2023 Compliance workpapers with apportionment data | 1.50 | |
| 10/10/2024 | Brian Trueman | Director | 1024F0271: Connect with compliance team on approval and movement to e-file CPHI returns | 0.50 | |
| 10/10/2024 | Nicole Berkow | Senior Manager | 1024F0272: Preparation and review of addendum to 2023 U.S. Federal Compliance SOW | 1.50 | |
| 10/10/2024 | Anna Belluardo | Manager | 1024F0273: Email to client to follow up on status of state items and confirm federal taxable income | 1.00 | |
| 10/11/2024 | Brian Trueman | Director | 1024F0274: Investigate federal changes at CPHI & follow up with Big Lots on State specific detail/information. | 0.50 | |
| 10/11/2024 | Anna Belluardo | Manager | 1024F0275: Review of apportionment data import for accuracy and completeness | 1.00 | |
| 10/11/2024 | Anna Belluardo | Manager | 1024F0276: Review and return submission for CPHI returns | 1.00 | |
| 10/11/2024 | Stella Huang | Senior Associate | 1024F0277: Re-create and review PA and NC .xmls for Consolidated Property Holdings, Inc. | 0.50 | |
| 10/11/2024 | Stella Huang | Senior Associate | 1024F0278: Update consolidated apportionment workpaper | 1.00 | |
| 10/11/2024 | Tommy McAvoy | Associate | 1024F0279: Creating 2023 Compliance Fed wage credit workpaper | 1.00 | |
| 10/14/2024 | Anna Belluardo | Manager | 1024F0280: Review of state workpapers and follow up email with client on status. | 0.50 | |
| 10/15/2024 | Brian Trueman | Director | 1024F0281: Discuss the open information requests with Big Lots and the timing of state modifications & state specific workpapers to begin preparing returns. | 0.50 | |
| 10/15/2024 | Anna Belluardo | Manager | 1024F0282: Setting up state mapping in OneSource and confirming binder setup. | 0.50 | |
| 10/15/2024 | Anna Belluardo | Manager | 1024F0283: Updating attribute schedule for estimate FY23 net operating losses | 1.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 10/15/2024 | Stella Huang | Senior Associate | 1024F0284: Review workpaper request list to identify state workpapers that can be prepared by PwC | 0.50 | |
| 10/15/2024 | Stella Huang | Senior Associate | 1024F0285: Update estimated 2024 NOLs used/generated to attribute schedule | 1.70 | |
| 10/16/2024 | Lesa Shoemaker | Partner | 1024F0286: Big Lots compliance state update and review of work papers and next steps | 0.50 | |
| 10/16/2024 | Anna Belluardo | Manager | 1024F0287: Discussion regarding state workpapers to be prepared with A. Belluardo (PwC), T. McAvoy (PwC), S. Huang (PwC) | 0.50 | |
| 10/16/2024 | Anna Belluardo | Manager | 1024F0288: Updating state modification workpaper for data from the client (1.0); reviewing state workpapers (1.0) | 2.00 | |
| 10/16/2024 | Anna Belluardo | Manager | 1024F0289: Updating state modification workpaper for state inputs | 1.00 | |
| 10/16/2024 | Anna Belluardo | Manager | 1024F0290: Reviewing attributes and uploading logic chart. | 0.50 | |
| 10/16/2024 | Anna Belluardo | Manager | 1024F0291: Reviewing state workpapers prepared by PwC | 0.50 | |
| 10/16/2024 | Stella Huang | Senior Associate | 1024F0292: Discussion regarding state workpapers to be prepared with A. Belluardo (PwC), T. McAvoy (PwC), S. Huang (PwC) | 0.50 | |
| 10/16/2024 | Stella Huang | Senior Associate | 1024F0293: Updates to estimated NOL in attribute schedule and workpapers list | 2.00 | |
| 10/16/2024 | Matthew Messer | Associate | 1024F0294: Begin filling out Form 4797 in OIT | 1.50 | |
| 10/16/2024 | Tommy McAvoy | Associate | 1024F0295: Discussion regarding state workpapers to be prepared with A. Belluardo (PwC), T. McAvoy (PwC), S. Huang (PwC) | 0.50 | |
| 10/16/2024 | Tommy McAvoy | Associate | 1024F0296: Updating 2023 Compliance workpaper for CT | 2.00 | |
| 10/16/2024 | Tommy McAvoy | Associate | 1024F0297: Tax workpaper preparation | 0.50 | |
| 10/17/2024 | Brian Trueman | Director | 1024F0298: Meeting with client to discuss state workpapers and impact of various items on state returns with S. Schoch, N. Hefner, B. Gallagher (Big Lots) and A. Belluardo (PwC), S. Huang (PwC), B. Trueman (PwC) | 0.50 | |
| 10/17/2024 | Brian Trueman | Director | 1024F0299: Call with Big Lots on information request & update with Big Lots tax team on compliance items & 11/15 workpapers. | 0.50 | |
| 10/17/2024 | Anna Belluardo | Manager | 1024F0300: Meeting with client to discuss state workpapers and impact of various items on state returns with S. Schoch, N. Hefner, B. Gallagher (Big Lots) and A. Belluardo (PwC), S. Huang (PwC), B. Trueman (PwC) | 0.50 | |
| 10/17/2024 | Anna Belluardo | Manager | 1024F0301: Review of state specific apportionment workpapers prepared by client. | 1.00 | |
| 10/17/2024 | Stella Huang | Senior Associate | 1024F0302: Meeting with client to discuss state workpapers and impact of various items on state returns with S. Schoch, N. Hefner, B. Gallagher (Big Lots) and A. Belluardo (PwC), S. Huang (PwC), B. Trueman (PwC) | 0.50 | |
| 10/17/2024 | Matthew Messer | Associate | 1024F0303: Finished filling out Form 4797 in OIT | 1.00 | |
| 10/17/2024 | Tommy McAvoy | Associate | 1024F0304: Updating 2023 Compliance workpapers for apportionment/fed return numbers | 2.50 | |
| 10/17/2024 | Tommy McAvoy | Associate | 1024F0305: Updating 2023 Compliance workpapers for apportionment | 4.00 | |
| 10/18/2024 | Nicole Berkow | Senior Manager | 1024F0306: Prepare for discussion regarding tax accounting considerations in bankruptcy | 1.00 | |
| 10/18/2024 | Anna Belluardo | Manager | 1024F0307: Compiling list of info request to complete city template and updating city apportionment files | 2.00 | |
| 10/18/2024 | Anna Belluardo | Manager | 1024F0308: Preparing city workpapers and reviewing relevant data received from the client | 2.50 | |
| 10/18/2024 | Tommy McAvoy | Associate | 1024F0309: Updating 2023 Compliance workpapers for corrections needed | 2.50 | |
| 10/21/2024 | Nicole Berkow | Senior Manager | 1024F0310: 2023 Federal Tax Return Review - Form 4797 | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 10/21/2024 | Anna Belluardo | Manager | 1024F0311: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/21/2024 | Anna Belluardo | Manager | 1024F0312: Preparation of state 163j calculation and state franchise tax workpapers | 2.00 | |
| 10/21/2024 | Anna Belluardo | Manager | 1024F0313: Preparation for client call and updating Flex forecast hours and budget | 1.50 | |
| 10/21/2024 | Anna Belluardo | Manager | 1024F0314: Preparing state-specific workpapers and request list | 0.50 | |
| 10/21/2024 | Nicholl Troncoso | Manager | 1024F0315: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/21/2024 | Matt Koebbeman | Senior Associate | 1024F0316: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/21/2024 | Stella Huang | Senior Associate | 1024F0317: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/21/2024 | Stella Huang | Senior Associate | 1024F0318: Review state compliance workpapers prepared by team | 3.50 | |
| 10/21/2024 | Tommy McAvoy | Associate | 1024F0319: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/21/2024 | Tommy McAvoy | Associate | 1024F0320: Updating 2023 state compliance workpapers | 2.50 | |
| 10/21/2024 | Emily Nguyen | Specialist | 1024F0321: Meeting with new team members to discuss engagement structure, timing, workpapers, etc. with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC) | 0.50 | |
| 10/22/2024 | Craig Keller | Partner | 1024F0322: Meeting to discuss federal return open items, including Form 4797 questions with S. Schoch, T. Weber, B. Gallagher (Big Lots) with C. Keller (PwC), N. Berkow (PwC) | 0.50 | |
| 10/22/2024 | Brian Trueman | Director | 1024F0323: Meeting to discuss federal return open items, transfer pricing, and state workpapers with S. Schoch, T. Weber, N, Hefner (Big Lots) with A. Belluardo (PwC), B. Trueman (PwC), S. Huang (PwC) | 0.50 | |
| 10/22/2024 | Brian Trueman | Director | 1024F0324: Prepare for call with team on information requests, connect with Craig Keller (PwC) on federal items | 1.00 | |
| 10/22/2024 | Nicole Berkow | Senior Manager | 1024F0325: Meeting to discuss federal return open items, including Form 4797 questions with S. Schoch, T. Weber, B. Gallagher (Big Lots) with C. Keller (PwC), N. Berkow (PwC) | 0.50 | |
| 10/22/2024 | Nicole Berkow | Senior Manager | 1024F0326: Discussion with Big Lots on Form 4797 and recapture | 1.00 | |
| 10/22/2024 | Anna Belluardo | Manager | 1024F0327: Meeting to discuss federal return open items, transfer pricing, and state workpapers with S. Schoch, T. Weber, N, Hefner (Big Lots) with A. Belluardo (PwC), B. Trueman (PwC), S. Huang (PwC) | 0.50 | |
| 10/22/2024 | Anna Belluardo | Manager | 1024F0328: Preparation of Mississippi and North Carolina workpapers | 3.00 | |
| 10/22/2024 | Anna Belluardo | Manager | 1024F0329: Review workpapers and provide feedback | 0.50 | |
| 10/22/2024 | Stella Huang | Senior Associate | 1024F0330: Meeting to discuss federal return open items, transfer pricing, and state workpapers with S. Schoch, T. Weber, N, Hefner (Big Lots) with A. Belluardo (PwC), B. Trueman (PwC), S. Huang (PwC) | 0.50 | |
| 10/22/2024 | Stella Huang | Senior Associate | 1024F0331: Finish review of workpaper prepared, update workpaper list by due date | 1.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 10/22/2024 | Tommy McAvoy | Associate | 1024F0332: Updating 2023 state compliance workpapers for NJ, OK, MA, IN | 4.00 | |
| 10/23/2024 | Anna Belluardo | Manager | 1024F0333: Review of NY supporting workpapers for apportionment | 1.50 | |
| 10/23/2024 | Anna Belluardo | Manager | 1024F0334: Review of Kentucky workpapers and modifications | 1.50 | |
| 10/23/2024 | Anna Belluardo | Manager | 1024F0335: Georgia workpaper review and updates | 1.00 | |
| 10/24/2024 | Anna Belluardo | Manager | 1024F0336: Review of Iowa and South Carolina workpapers and tying out apportionment and modifications | 2.50 | |
| 10/24/2024 | Stella Huang | Senior Associate | 1024F0337: Review workpaper after updates, prepare city bot template for KY and MO cities, KY gross receipts for COGS workpaper | 3.00 | |
| 10/24/2024 | Tommy McAvoy | Associate | 1024F0338: Updating 2023 State compliance workpapers for City payment and federal info | 1.00 | |
| 10/24/2024 | Tommy McAvoy | Associate | 1024F0339: Updating 2023 State compliance workpaper for KY | 0.50 | |
| 10/25/2024 | Brian Trueman | Director | 1024F0340: Review federal tax return status with federal team and workpaper status based on information requests provided to client | 0.50 | |
| 10/25/2024 | Anna Belluardo | Manager | 1024F0341: Review and reconciliation of depreciation workpapers and emailing the client with questions | 2.00 | |
| 10/25/2024 | Anna Belluardo | Manager | 1024F0342: Updating Mississippi workpapers based on information from the client | 0.50 | |
| 10/25/2024 | Matthew Messer | Associate | 1024F0343: Form 4797 recapture from updates | 1.50 | |
| 10/28/2024 | Craig Keller | Partner | 1024F0344: Discussion with Big Lots on contributions of inventory for 2023 tax return, with C. Keller (PW) and N. Berkow (PwC) | 1.50 | |
| 10/28/2024 | Nicole Berkow | Senior Manager | 1024F0345: Discussion with Big Lots on contributions of inventory for 2023 tax return, with C. Keller (PW) and N. Berkow (PwC) | 1.50 | |
| 10/28/2024 | Anna Belluardo | Manager | 1024F0346: Corresponding with team regarding depreciation changes | 1.00 | |
| 10/29/2024 | Lesa Shoemaker | Partner | 1024F0347: Big Lots tax compliance review | 0.50 | |
| 10/29/2024 | Brian Trueman | Director | 1024F0348: Review updates on the status of federal changes and review KY Locality payment considerations. | 1.50 | |
| 10/29/2024 | Anna Belluardo | Manager | 1024F0349: Review of state workpapers related to gain/loss | 2.50 | |
| 10/29/2024 | Stella Huang | Senior Associate | 1024F0350: Add MI cities information to city bot template, update Big Lots Stores property factor in apportionment details file | 2.00 | |
| 10/30/2024 | Brian Trueman | Director | 1024F0351: NYS - respond to S. Hutkai (Big Lots) on refund status, connect with the state on the status & schedule call next week for discussion & updates. | 1.00 | |
| 10/30/2024 | Anna Belluardo | Manager | 1024F0352: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/30/2024 | Anna Belluardo | Manager | 1024F0353: Updating state modifications for federal changes. | 1.00 | |
| 10/30/2024 | Nicholl Troncoso | Manager | 1024F0354: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/30/2024 | Matt Koebbeman | Senior Associate | 1024F0355: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/30/2024 | Stella Huang | Senior Associate | 1024F0356: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 10/30/2024 | Tommy McAvoy | Associate | 1024F0357: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/30/2024 | Bryanna Fountain | Specialist | 1024F0358: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/30/2024 | Emily Nguyen | Specialist | 1024F0359: Call to discuss status of state return process with preparers with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), N. Troncoso (PwC), M. Koebbeman (PwC), E. Nguyen (PwC), B. Fountain (PwC) | 0.50 | |
| 10/31/2024 | Anna Belluardo | Manager | 1024F0360: Verifying 4797 changes and modification | 1.00 | |
| 10/31/2024 | Anna Belluardo | Manager | 1024F0361: Review of depreciation modifications | 3.50 | |
| 10/31/2024 | Stella Huang | Senior Associate | 1024F0362: Prepare unitary binders in OIT and check if state modifications and apportionment are flowing in organizer. | 3.50 | |
| 10/31/2024 | Stella Huang | Senior Associate | 1024F0363: Update depreciation amounts in OIT | 1.00 | |
| 10/31/2024 | Tommy McAvoy | Associate | 1024F0364: Clearing diagnostics for e-file authorization of return | 1.00 | |
| 10/31/2024 | Tommy McAvoy | Associate | 1024F0365: Preparing 2023 Delaware Big lots stores tax return | 2.00 | |
| *Subtotal - Tax Compliance Services* | | | | *154.20* | *$20,000.00* |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | | | **154.20** | **$20,000.00** |