In re Big Lots, Inc., et al., Case No. 24-11967

Exhibit D

PwC US Tax LLP

**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Art Sewall | Partner | $1,330 | 0.50 | $665.00 |
| Sean Kelly | Partner | $1,330 | 17.80 | $23,674.00 |
| Bob Ritter | Partner | $1,265 | 7.90 | $9,993.50 |
| Craig Keller | Partner | $1,265 | 6.10 | $7,716.50 |
| Lesa Shoemaker | Partner | $1,265 | 11.10 | $14,041.50 |
| Elyse Acosta | Senior Manager | $1,141 | 86.80 | $99,038.80 |
| Brian Trueman | Director | $1,006 | 13.60 | $13,681.60 |
| Zak Adkins | Director | $1,006 | 0.90 | $905.40 |
| Maddi Cooperrider | Senior Associate | $952 | 1.10 | $1,047.20 |
| Will Gaziano | Senior Associate | $952 | 65.10 | $61,975.20 |
| Evan Amundson | Senior Manager | $918 | 1.00 | $918.00 |
| Steven Shao | Manager | $829 | 1.00 | $829.00 |
| Evan Hannan | Experienced Associate | $743 | 29.00 | $21,547.00 |
| *Subtotal - Tax Advisory Services* | | | *241.90* | *$256,032.70* |
| **Subtotal - Hourly Services** | | | **241.90** | **$256,032.70** |
| **Bankruptcy Compliance Services** | | | | |
| *Retention Applications* | | | | |
| Thalia Cody | Director | $550 | 13.90 | $7,645.00 |
| Chris Lewis | Manager | $400 | 10.20 | $4,080.00 |
| *Subtotal - Retention Applications* | | | *24.10* | *$11,725.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **24.10** | **$11,725.00** |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **266.00** | **$267,757.70** |