In re Big Lots, Inc., et al., Case No. 24-11967   Exhibit E
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Tax Advisory Services* | | | | | | |
| 9/9/2024 | Elyse Acosta | Senior Manager | 0924H0001: Review bankruptcy updates for tax considerations and impacts | $1,141 | 1.50 | $1,711.50 |
| 9/10/2024 | Sean Kelly | Partner | 0924H0002: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,330 | 1.10 | $1,463.00 |
| 9/10/2024 | Sean Kelly | Partner | 0924H0003: Review and update requests and plan workstreams. | $1,330 | 0.30 | $399.00 |
| 9/10/2024 | Bob Ritter | Partner | 0924H0004: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,265 | 1.10 | $1,391.50 |
| 9/10/2024 | Bob Ritter | Partner | 0924H0005: Call with C. Keller (PwC) to discuss Big Lots bankruptcy | $1,265 | 0.50 | $632.50 |
| 9/10/2024 | Bob Ritter | Partner | 0924H0006: Prepare for Big Lots/PwC catch up meeting | $1,265 | 1.00 | $1,265.00 |
| 9/10/2024 | Craig Keller | Partner | 0924H0007: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,265 | 1.10 | $1,391.50 |
| 9/10/2024 | Craig Keller | Partner | 0924H0008: Call with B. Ritter (PwC) to discuss Big Lots bankruptcy | $1,265 | 0.50 | $632.50 |
| 9/10/2024 | Lesa Shoemaker | Partner | 0924H0009: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,265 | 1.10 | $1,391.50 |
| 9/10/2024 | Lesa Shoemaker | Partner | 0924H0010: Preparing for call with the client to discuss modeling, CODI, discussion of potential sales use, review of assets for scalp material, materiality, fixtures | $1,265 | 1.20 | $1,518.00 |
| 9/10/2024 | Elyse Acosta | Senior Manager | 0924H0011: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,141 | 1.10 | $1,255.10 |
| 9/10/2024 | Elyse Acosta | Senior Manager | 0924H0012: Preparing initial request list for sale modeling | $1,141 | 1.10 | $1,255.10 |
| 9/10/2024 | Brian Trueman | Director | 0924H0013: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $1,006 | 1.10 | $1,106.60 |
| 9/10/2024 | Brian Trueman | Director | 0924H0014: Sales & Use Tax issue on "scrap" - determine taxability in applicable jurisdictions. | $1,006 | 0.70 | $704.20 |
| 9/10/2024 | Brian Trueman | Director | 0924H0015: Prepare State Information Request to help model Gain/Loss at legal entity level. | $1,006 | 0.60 | $603.60 |
| 9/10/2024 | Zak Adkins | Director | 0924H0016: Review Ohio withdrawal and disposal from inventory research | $1,006 | 0.40 | $402.40 |
| 9/10/2024 | Zak Adkins | Director | 0924H0017: California assumption of debt research | $1,006 | 0.50 | $503.00 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/10/2024 | Maddi Cooperrider | Senior Associate | 0924H0018: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $952 | 1.10 | $1,047.20 |
| 9/10/2024 | Evan Hannan | Experienced Associate | 0924H0019: Meeting with Big Lots discussing immediate focus areas an information request list to build out model for various scenarios on Gain/Loss, Federal and State basis considerations, Transfer Pricing, and details needed for Purchase Price Allocation model with S. Hutkai, T. Weber, N. Hefner (Big Lots) and S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), M. Cooperrider (PwC), E. Hannan (PwC) | $743 | 1.10 | $817.30 |
| 9/11/2024 | Sean Kelly | Partner | 0924H0020: Review APA and provide observations to client/team on model | $1,330 | 1.20 | $1,596.00 |
| 9/11/2024 | Lesa Shoemaker | Partner | 0924H0021: Discussion with Big Lots on occasional sale and assumption of liabilities | $1,265 | 1.50 | $1,897.50 |
| 9/11/2024 | Elyse Acosta | Senior Manager | 0924H0022: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.30 | $342.30 |
| 9/11/2024 | Elyse Acosta | Senior Manager | 0924H0023: Respond to questions from Big Lots | $1,141 | 3.30 | $3,765.30 |
| 9/11/2024 | Brian Trueman | Director | 0924H0024: Review purchase price agreement on assumption of liability language an applicability to potential sales tax consequences. | $1,006 | 0.80 | $804.80 |
| 9/11/2024 | Will Gaziano | Senior Associate | 0924H0025: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.30 | $285.60 |
| 9/11/2024 | Will Gaziano | Senior Associate | 0924H0026: Review of documents provided by client | $952 | 0.50 | $476.00 |
| 9/11/2024 | Evan Hannan | Experienced Associate | 0924H0027: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.30 | $222.90 |
| 9/12/2024 | Sean Kelly | Partner | 0924H0028: Prepare for calls on transfer pricing policies, read policies and consider implications on PPA. | $1,330 | 1.10 | $1,463.00 |
| 9/12/2024 | Bob Ritter | Partner | 0924H0029: Analyze transfer pricing considerations | $1,265 | 1.00 | $1,265.00 |
| 9/12/2024 | Lesa Shoemaker | Partner | 0924H0030: Analyze transfer pricing considerations | $1,265 | 0.50 | $632.50 |
| 9/12/2024 | Elyse Acosta | Senior Manager | 0924H0031: Sale model updates, info review, shared drive | $1,141 | 3.00 | $3,423.00 |
| 9/12/2024 | Brian Trueman | Director | 0924H0032: Analyze Transfer Pricing application to methodology as result of bankruptcy declaration, including impact (tax liability) to the separate state tax filing jurisdictions at BLS, LLC. | $1,006 | 1.10 | $1,106.60 |
| 9/12/2024 | Evan Amundson | Senior Manager | 0924H0033: Prepare for calls to discuss transfer pricing associated with bankruptcy proceedings | $918 | 1.00 | $918.00 |
| 9/12/2024 | Evan Hannan | Experienced Associate | 0924H0034: Review Asset Purchase Agreement for tax impact | $743 | 0.60 | $445.80 |
| 9/12/2024 | Evan Hannan | Experienced Associate | 0924H0035: Organization chart detail review | $743 | 0.30 | $222.90 |
| 9/13/2024 | Sean Kelly | Partner | 0924H0036: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,330 | 0.50 | $665.00 |
| 9/13/2024 | Lesa Shoemaker | Partner | 0924H0037: Review attribute items and transfer pricing considerations | $1,265 | 0.50 | $632.50 |
| 9/13/2024 | Elyse Acosta | Senior Manager | 0924H0038: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,141 | 0.50 | $570.50 |
| 9/13/2024 | Elyse Acosta | Senior Manager | 0924H0039: PwC retention papers review and correspondence regarding information gathering | $1,141 | 2.10 | $2,396.10 |
| 9/13/2024 | Elyse Acosta | Senior Manager | 0924H0040: Sale modeling inputs, fixed assets, share site registration review | $1,141 | 3.40 | $3,879.40 |
| 9/13/2024 | Will Gaziano | Senior Associate | 0924H0041: Discussion on new documentation provided by Big Lots, and potential implications of section 382 with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $952 | 0.50 | $476.00 |
| 9/13/2024 | Will Gaziano | Senior Associate | 0924H0042: Calculation of tax basis of fixed assets by legal entity. | $952 | 2.50 | $2,380.00 |
| 9/13/2024 | Evan Hannan | Experienced Associate | 0924H0043: Prepare for call with W. Gaziano (PwC) to go over the Fixed Asset Detail. | $743 | 0.70 | $520.10 |
| 9/13/2024 | Evan Hannan | Experienced Associate | 0924H0044: Review and update information for PwC US Tax retention application | $743 | 0.40 | $297.20 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/13/2024 | Evan Hannan | Experienced Associate | 0924H0045: Fixed asset detail work. | $743 | 0.20 | $148.60 |
| 9/16/2024 | Sean Kelly | Partner | 0924H0046: Review transfer pricing documentation | $1,330 | 0.30 | $399.00 |
| 9/16/2024 | Bob Ritter | Partner | 0924H0047: Analyze transfer pricing considerations (continued) | $1,265 | 0.50 | $632.50 |
| 9/16/2024 | Craig Keller | Partner | 0924H0048: Review draft PwC US Tax retention application | $1,265 | 1.50 | $1,897.50 |
| 9/16/2024 | Lesa Shoemaker | Partner | 0924H0049: Analyze transfer pricing adjustments on the sale leaseback and impact on BLS LLC impact on solvency | $1,265 | 0.40 | $506.00 |
| 9/16/2024 | Elyse Acosta | Senior Manager | 0924H0050: Project coordination, continue to build out sale model, requested information review | $1,141 | 2.90 | $3,308.90 |
| 9/16/2024 | Evan Hannan | Experienced Associate | 0924H0051: Correspondence related to PwC US Tax retention application. | $743 | 1.00 | $743.00 |
| 9/16/2024 | Evan Hannan | Experienced Associate | 0924H0052: Work related to cash tax model. | $743 | 0.50 | $371.50 |
| 9/16/2024 | Evan Hannan | Experienced Associate | 0924H0053: Fixed asset detail work. | $743 | 0.30 | $222.90 |
| 9/17/2024 | Sean Kelly | Partner | 0924H0054: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,330 | 1.00 | $1,330.00 |
| 9/17/2024 | Sean Kelly | Partner | 0924H0055: Discussion on the working agenda, as well as discussion related to the creation of the TBBS's with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $1,330 | 0.40 | $532.00 |
| 9/17/2024 | Bob Ritter | Partner | 0924H0056: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 1.00 | $1,265.00 |
| 9/17/2024 | Bob Ritter | Partner | 0924H0057: Analyze transfer pricing considerations (continued) | $1,265 | 1.00 | $1,265.00 |
| 9/17/2024 | Craig Keller | Partner | 0924H0058: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 1.00 | $1,265.00 |
| 9/17/2024 | Lesa Shoemaker | Partner | 0924H0059: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 1.00 | $1,265.00 |
| 9/17/2024 | Elyse Acosta | Senior Manager | 0924H0060: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,141 | 1.00 | $1,141.00 |
| 9/17/2024 | Elyse Acosta | Senior Manager | 0924H0061: Discussion on the working agenda, as well as discussion related to the creation of the TBBS's with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $1,141 | 0.40 | $456.40 |
| 9/17/2024 | Elyse Acosta | Senior Manager | 0924H0062: Discussion on the documentation provided by Big Lots, and the breakdown of the 2021 and 2022 Tax Attributes with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.30 | $342.30 |
| 9/17/2024 | Elyse Acosta | Senior Manager | 0924H0063: Sale model - pull public filings for purposes of modeling assumptions, template updates | $1,141 | 3.70 | $4,221.70 |

In re Big Lots, Inc., et al., Case No. 24-11967　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Exhibit E
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/17/2024 | Elyse Acosta | Senior Manager | 0924H0064: Review sale modeling requests, bankruptcy updates, draft and review call agenda | $1,141 | 0.50 | $570.50 |
| 9/17/2024 | Brian Trueman | Director | 0924H0065: Meeting with S. Hutkai, T. Weber, N. Hefner of Big Lots discussing immediate focus areas and review of information request list, discuss various scenarios on Gain/Loss and solvency considerations, Federal and State basis considerations, and Transfer Pricing considerations with S. Kelly (PwC), C. Keller (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,006 | 1.00 | $1,006.00 |
| 9/17/2024 | Brian Trueman | Director | 0924H0066: Reviewing and reconciling federal v. State depreciation balances for State Gain/Loss computation/modeling. | $1,006 | 1.10 | $1,106.60 |
| 9/17/2024 | Will Gaziano | Senior Associate | 0924H0067: Discussion on the working agenda, as well as discussion related to the creation of the TBBS's with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $952 | 0.40 | $380.80 |
| 9/17/2024 | Will Gaziano | Senior Associate | 0924H0068: Discussion on the documentation provided by Big Lots, and the breakdown of the 2021 and 2022 Tax Attributes with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.30 | $285.60 |
| 9/17/2024 | Will Gaziano | Senior Associate | 0924H0069: Mapping of deferred tax balances by legal entity for tax basis balance sheet | $952 | 0.70 | $666.40 |
| 9/17/2024 | Will Gaziano | Senior Associate | 0924H0070: Review of balance sheets provided by client | $952 | 1.70 | $1,618.40 |
| 9/17/2024 | Evan Hannan | Experienced Associate | 0924H0071: Discussion on the working agenda, as well as discussion related to the creation of the TBBS's with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $743 | 0.40 | $297.20 |
| 9/17/2024 | Evan Hannan | Experienced Associate | 0924H0072: Discussion on the documentation provided by Big Lots, and the breakdown of the 2021 and 2022 Tax Attributes with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.30 | $222.90 |
| 9/17/2024 | Evan Hannan | Experienced Associate | 0924H0073: Tax Return Attribute Schedule - 2021-2022 | $743 | 0.70 | $520.10 |
| 9/18/2024 | Sean Kelly | Partner | 0924H0074: Emails with client (0.1), review data requests for deal model (0.2). | $1,330 | 0.30 | $399.00 |
| 9/18/2024 | Lesa Shoemaker | Partner | 0924H0075: Review of depreciation assets and attributes (NOLs) | $1,265 | 0.80 | $1,012.00 |
| 9/18/2024 | Elyse Acosta | Senior Manager | 0924H0076: Sale model - review new information, status recap, connect with state team re balance sheets | $1,141 | 3.20 | $3,651.20 |
| 9/18/2024 | Brian Trueman | Director | 0924H0077: Review IC payable/receivable file, state attribute by entity and state/fed depreciation differences impacting State Gain/Loss calculation. | $1,006 | 1.60 | $1,609.60 |
| 9/18/2024 | Will Gaziano | Senior Associate | 0924H0078: Creation of GAAP basis balance sheet for Big Lots Inc. and Big Lots Stores LLC | $952 | 2.40 | $2,284.80 |
| 9/18/2024 | Will Gaziano | Senior Associate | 0924H0079: Creation of tax basis balance sheet for Big Lots Inc. and Big Lots Stores LLC | $952 | 3.80 | $3,617.60 |
| 9/18/2024 | Evan Hannan | Experienced Associate | 0924H0080: Work related to the Book Basis Balance Sheet of Big Lots Store | $743 | 1.20 | $891.60 |
| 9/18/2024 | Evan Hannan | Experienced Associate | 0924H0081: Work related to the Book Basis Balance Sheet of Big Lots, Inc. | $743 | 1.00 | $743.00 |
| 9/18/2024 | Evan Hannan | Experienced Associate | 0924H0082: Work related to the Tax Basis Balance Sheet of Big Lots Stores | $743 | 0.80 | $594.40 |
| 9/18/2024 | Evan Hannan | Experienced Associate | 0924H0083: Work related to the Tax Basis Balance Sheet of Big Lots, Inc. | $743 | 1.20 | $891.60 |
| 9/19/2024 | Sean Kelly | Partner | 0924H0084: Discussion to discuss work related to the balance sheets, and tax adjustments with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $1,330 | 0.40 | $532.00 |
| 9/19/2024 | Elyse Acosta | Senior Manager | 0924H0085: Discussion to discuss work related to the balance sheets, and tax adjustments with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $1,141 | 0.40 | $456.40 |
| 9/19/2024 | Elyse Acosta | Senior Manager | 0924H0086: Discuss Federal Gain/Loss calculation implications with B. Trueman (PwC). | $1,141 | 0.40 | $456.40 |
| 9/19/2024 | Brian Trueman | Director | 0924H0087: Discuss Federal Gain/Loss calculation implications with E. Acosta (PwC). | $1,006 | 0.40 | $402.40 |
| 9/19/2024 | Will Gaziano | Senior Associate | 0924H0088: Discussion to discuss work related to the balance sheets, and tax adjustments with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $952 | 0.40 | $380.80 |
| 9/19/2024 | Will Gaziano | Senior Associate | 0924H0089: Continuation of work on consolidated tax basis balance sheet and purchase price allocation for asset sale scenario | $952 | 0.70 | $666.40 |
| 9/19/2024 | Will Gaziano | Senior Associate | 0924H0090: Finishing edits to tax basis balance sheets of Big lots inc. and Big Lots stores LLC on a legal entity basis. | $952 | 3.70 | $3,522.40 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/19/2024 | Will Gaziano | Senior Associate | 0924H0091: Creating consolidated tax basis balance sheet and purchase price allocation for asset sale scenario. | $952 | 3.50 | $3,332.00 |
| 9/19/2024 | Evan Hannan | Experienced Associate | 0924H0092: Discussion to discuss work related to the balance sheets, and tax adjustments with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), E. Hannan (PwC) | $743 | 0.40 | $297.20 |
| 9/19/2024 | Evan Hannan | Experienced Associate | 0924H0093: Continuation of work related to the Consolidated Tax Basis Balance sheet and tax adjustments | $743 | 2.50 | $1,857.50 |
| 9/20/2024 | Elyse Acosta | Senior Manager | 0924H0094: Meeting to discuss store closures file as well as appropriate adjustments and continuing work to be completed with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.50 | $570.50 |
| 9/20/2024 | Elyse Acosta | Senior Manager | 0924H0095: Sale model - tax basis balance sheet review | $1,141 | 3.60 | $4,107.60 |
| 9/20/2024 | Brian Trueman | Director | 0924H0096: Discuss with M&A team the federal gain computation, updates & state component for state gain purposes. | $1,006 | 0.30 | $301.80 |
| 9/20/2024 | Will Gaziano | Senior Associate | 0924H0097: Meeting to discuss store closures file as well as appropriate adjustments and continuing work to be completed with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.50 | $476.00 |
| 9/20/2024 | Will Gaziano | Senior Associate | 0924H0098: Updates to tax basis balance sheet and purchase price allocation for store closures and asset impairment. | $952 | 3.70 | $3,522.40 |
| 9/20/2024 | Evan Hannan | Experienced Associate | 0924H0099: Meeting to discuss store closures file as well as appropriate adjustments and continuing work to be completed with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.50 | $371.50 |
| 9/20/2024 | Evan Hannan | Experienced Associate | 0924H0100: Work related to store closure adjustments to PP&E with additional adjustments to the consolidated tax basis balance sheet. | $743 | 1.50 | $1,114.50 |
| 9/23/2024 | Sean Kelly | Partner | 0924H0101: Meeting to walk through the purchase price allocation and tax basis balance sheets and discuss key assumptions with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,330 | 0.50 | $665.00 |
| 9/23/2024 | Elyse Acosta | Senior Manager | 0924H0102: Meeting to walk through the purchase price allocation and tax basis balance sheets and discuss key assumptions with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,141 | 0.50 | $570.50 |
| 9/23/2024 | Elyse Acosta | Senior Manager | 0924H0103: Modeling - tax basis balance sheet updates for balance sheet coding and deferreds | $1,141 | 3.90 | $4,449.90 |
| 9/23/2024 | Elyse Acosta | Senior Manager | 0924H0104: Modeling - asset sale PPA modeling scenario updates and discussions | $1,141 | 2.60 | $2,966.60 |
| 9/23/2024 | Brian Trueman | Director | 0924H0105: Review and update state basis balances for purposes of State Gain computation (1.0); review 163(j) attribute summary by state and legal entity (0.8) | $1,006 | 1.80 | $1,810.80 |
| 9/23/2024 | Will Gaziano | Senior Associate | 0924H0106: Meeting to walk through the purchase price allocation and tax basis balance sheets and discuss key assumptions with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $952 | 0.50 | $476.00 |
| 9/23/2024 | Will Gaziano | Senior Associate | 0924H0107: Continuation of updates to tax basis balance sheet, including adjustments for asset impairments, and documenting assumptions used in our analysis | $952 | 2.30 | $2,189.60 |
| 9/23/2024 | Will Gaziano | Senior Associate | 0924H0108: Documentation of key assumptions, and updates to purchase price allocation to reflect alternative methods of allocating purchase price | $952 | 2.20 | $2,094.40 |
| 9/23/2024 | Evan Hannan | Experienced Associate | 0924H0109: Correspondence related to open items, key assumptions, and progress with the model. | $743 | 0.80 | $594.40 |
| 9/23/2024 | Evan Hannan | Experienced Associate | 0924H0110: Updates to the Big Lots Illustrative U.S. Cash Tax Model | $743 | 0.80 | $594.40 |
| 9/24/2024 | Sean Kelly | Partner | 0924H0111: Review and update model | $1,330 | 1.50 | $1,995.00 |
| 9/24/2024 | Bob Ritter | Partner | 0924H0112: Analyze transfer pricing considerations (continued) | $1,265 | 1.00 | $1,265.00 |
| 9/24/2024 | Lesa Shoemaker | Partner | 0924H0113: Review of state tax adjustments on assets, deprecation and review of attributes by entity, quick call with the client | $1,265 | 1.00 | $1,265.00 |
| 9/24/2024 | Elyse Acosta | Senior Manager | 0924H0114: Review bankruptcy court documents for debt tranches, WSL | $1,141 | 1.90 | $2,167.90 |
| 9/24/2024 | Elyse Acosta | Senior Manager | 0924H0115: Discussion with client regard initial observations | $1,141 | 1.10 | $1,255.10 |
| 9/24/2024 | Elyse Acosta | Senior Manager | 0924H0116: Updates and discussions re summary and assumptions | $1,141 | 2.70 | $3,080.70 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/24/2024 | Brian Trueman | Director | 0924H0117: Update state basis calculations per updated Store Closing list, discuss GAAP vs. Tax Basis for PPA purposes. | $1,006 | 0.50 | $503.00 |
| 9/24/2024 | Will Gaziano | Senior Associate | 0924H0118: Reconciling store closure file uploaded to court documents to estimated store closures in our analysis. | $952 | 0.80 | $761.60 |
| 9/24/2024 | Will Gaziano | Senior Associate | 0924H0119: Calculating section 1231, 1245 and 1250 gain in alternative 1 and alternative 2. | $952 | 1.10 | $1,047.20 |
| 9/24/2024 | Will Gaziano | Senior Associate | 0924H0120: Creation of executive summary. | $952 | 0.90 | $856.80 |
| 9/24/2024 | Evan Hannan | Experienced Associate | 0924H0121: Continued work related to adjustments for the Consolidated tax basis balance sheet and reconciliation to the newly provided balance sheets from client | $743 | 1.50 | $1,114.50 |
| 9/24/2024 | Evan Hannan | Experienced Associate | 0924H0122: Additional store closures reconciliation - adjustments | $743 | 0.60 | $445.80 |
| 9/25/2024 | Sean Kelly | Partner | 0924H0123: Big Lots model call with S. Hutkai (Big Lots) and team | $1,330 | 0.60 | $798.00 |
| 9/25/2024 | Lesa Shoemaker | Partner | 0924H0124: Big Lots review of additional items and review state adjustments and gain/loss | $1,265 | 0.60 | $759.00 |
| 9/25/2024 | Elyse Acosta | Senior Manager | 0924H0125: Discussion related to the Tax Basis Balance sheet's reconciliation and the appropriate adjustments with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.50 | $570.50 |
| 9/25/2024 | Elyse Acosta | Senior Manager | 0924H0126: Sale modeling - consolidated balance sheet reconciliation | $1,141 | 2.10 | $2,396.10 |
| 9/25/2024 | Elyse Acosta | Senior Manager | 0924H0127: Bankruptcy update and modeling discussion with client | $1,141 | 0.60 | $684.60 |
| 9/25/2024 | Elyse Acosta | Senior Manager | 0924H0128: Updates to sale model for impairments and assumptions | $1,141 | 3.70 | $4,221.70 |
| 9/25/2024 | Brian Trueman | Director | 0924H0129: Walk Lesa Shoemaker (PwC) through the PPA model, state basis computations and CODI income implications to attributes | $1,006 | 0.60 | $603.60 |
| 9/25/2024 | Will Gaziano | Senior Associate | 0924H0130: Discussion related to the Tax Basis Balance sheet's reconciliation and the appropriate adjustments with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.50 | $476.00 |
| 9/25/2024 | Will Gaziano | Senior Associate | 0924H0131: Checking latest Big Lots 10-Q and comparing differences in consolidated balance sheet prepared by PwC, and summarizing in an email | $952 | 1.00 | $952.00 |
| 9/25/2024 | Will Gaziano | Senior Associate | 0924H0132: Adjusting book consolidation adjustments in the tax basis balance sheet for consolidated balance sheet provided by client | $952 | 1.50 | $1,428.00 |
| 9/25/2024 | Will Gaziano | Senior Associate | 0924H0133: Reconciling consolidated balance sheet provided by client to consolidated balance sheet created by PwC | $952 | 1.10 | $1,047.20 |
| 9/25/2024 | Will Gaziano | Senior Associate | 0924H0134: Comparing store closure master list to closure files sent by client | $952 | 0.70 | $666.40 |
| 9/25/2024 | Evan Hannan | Experienced Associate | 0924H0135: Discussion related to the Tax Basis Balance sheet's reconciliation and the appropriate adjustments with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.50 | $371.50 |
| 9/30/2024 | Sean Kelly | Partner | 0924H0136: Meeting to discuss open items and assumptions in model with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,330 | 0.50 | $665.00 |
| 9/30/2024 | Elyse Acosta | Senior Manager | 0924H0137: Discussion related to the assumption for store closures with respect to impairment adjustments by E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.30 | $342.30 |
| 9/30/2024 | Elyse Acosta | Senior Manager | 0924H0138: Discussion related to the Key Assumptions and Footnotes with the necessary adjustments made with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.50 | $570.50 |
| 9/30/2024 | Elyse Acosta | Senior Manager | 0924H0139: Meeting to discuss open items and assumptions in model with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,141 | 0.50 | $570.50 |
| 9/30/2024 | Will Gaziano | Senior Associate | 0924H0140: Discussion related to the assumption for store closures with respect to impairment adjustments by E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.30 | $285.60 |
| 9/30/2024 | Will Gaziano | Senior Associate | 0924H0141: Discussion related to the Key Assumptions and Footnotes with the necessary adjustments made with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.50 | $476.00 |
| 9/30/2024 | Will Gaziano | Senior Associate | 0924H0142: Meeting to discuss open items and assumptions in model with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $952 | 0.50 | $476.00 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/30/2024 | Evan Hannan | Experienced Associate | 0924H0143: Discussion related to the assumption for store closures with respect to impairment adjustments by E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.30 | $222.90 |
| 9/30/2024 | Evan Hannan | Experienced Associate | 0924H0144: Discussion related to the Key Assumptions and Footnotes with the necessary adjustments made with E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.50 | $371.50 |
| 9/30/2024 | Evan Hannan | Experienced Associate | 0924H0145: Draft client email with respect to store closures | $743 | 0.30 | $222.90 |
| 10/1/2024 | Sean Kelly | Partner | 1024H0146: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,330 | 0.50 | $665.00 |
| 10/1/2024 | Bob Ritter | Partner | 1024H0147: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 0.50 | $632.50 |
| 10/1/2024 | Craig Keller | Partner | 1024H0148: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 0.50 | $632.50 |
| 10/1/2024 | Elyse Acosta | Senior Manager | 1024H0149: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,141 | 0.50 | $570.50 |
| 10/1/2024 | Elyse Acosta | Senior Manager | 1024H0150: Model - Store Closures & PPE, DIP Financing | $1,141 | 1.90 | $2,167.90 |
| 10/1/2024 | Brian Trueman | Director | 1024H0151: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,006 | 0.50 | $503.00 |
| 10/1/2024 | Will Gaziano | Senior Associate | 1024H0152: Call with S. Hutkai, T. Weber, N. Hefner (Big Lots) on asset purchase modeling and next steps with S. Kelly (PwC), C. Keller (PwC), W. Graziano (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC) | $952 | 0.50 | $476.00 |
| 10/1/2024 | Will Gaziano | Senior Associate | 1024H0153: Updates to tax basis balance sheet to breakout current assets by each individual asset | $952 | 1.60 | $1,523.20 |
| 10/2/2024 | Art Sewall | Partner | 1024H0154: Call on debt intended to be assumed and implications of a stock sale alternative with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), A. Sewall (PwC) | $1,330 | 0.50 | $665.00 |
| 10/2/2024 | Sean Kelly | Partner | 1024H0155: Call on debt intended to be assumed and implications of a stock sale alternative with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), A. Sewall (PwC) | $1,330 | 0.50 | $665.00 |
| 10/2/2024 | Lesa Shoemaker | Partner | 1024H0156: Analyze current year compliance and catch up on stats | $1,265 | 0.30 | $379.50 |
| 10/2/2024 | Elyse Acosta | Senior Manager | 1024H0157: Call on debt intended to be assumed and implications of a stock sale alternative with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), A. Sewall (PwC) | $1,141 | 0.50 | $570.50 |
| 10/2/2024 | Elyse Acosta | Senior Manager | 1024H0158: Prepare for discussions regarding insolvency, ELAs, sale modeling - attributes, solvency position, 382 workpaper, store closures (continued) | $1,141 | 2.00 | $2,282.00 |
| 10/2/2024 | Elyse Acosta | Senior Manager | 1024H0159: Prepare for discussions regarding insolvency, ELAs, sale modeling - attributes, solvency position, 382 workpaper, store closures | $1,141 | 4.00 | $4,564.00 |
| 10/2/2024 | Will Gaziano | Senior Associate | 1024H0160: Call on debt intended to be assumed and implications of a stock sale alternative with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC), A. Sewall (PwC) | $952 | 0.50 | $476.00 |
| 10/2/2024 | Will Gaziano | Senior Associate | 1024H0161: Updates to tax basis balance sheet to adjust consolidated book balances to be equal to pro forma model provided by client | $952 | 1.60 | $1,523.20 |
| 10/2/2024 | Evan Hannan | Experienced Associate | 1024H0162: 11.30 Adjustments to the Tax Basis Balance Sheets (Consolidated, BLS, BLI) | $743 | 0.40 | $297.20 |
| 10/2/2024 | Evan Hannan | Experienced Associate | 1024H0163: Footnote Adjustments and NOL attribute Footnote Adjustments. | $743 | 0.20 | $148.60 |
| 10/2/2024 | Evan Hannan | Experienced Associate | 1024H0164: Prepare for call for adjustments per the 11.30 proforma | $743 | 0.30 | $222.90 |

In re Big Lots, Inc., et al., Case No. 24-11967　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Exhibit E
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/4/2024 | Sean Kelly | Partner | 1024H0165: Review gain/loss file- prepare review comments | $1,330 | 0.60 | $798.00 |
| 10/4/2024 | Elyse Acosta | Senior Manager | 1024H0166: Analyze wave 7 store closures | $1,141 | 0.50 | $570.50 |
| 10/4/2024 | Steven Shao | Manager | 1024H0167: Analyze China tax issues | $829 | 1.00 | $829.00 |
| 10/7/2024 | Sean Kelly | Partner | 1024H0168: Call to discuss review notes of the tax basis balance sheet with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,330 | 0.40 | $532.00 |
| 10/7/2024 | Sean Kelly | Partner | 1024H0169: Review file, comments to team | $1,330 | 0.50 | $665.00 |
| 10/7/2024 | Elyse Acosta | Senior Manager | 1024H0170: Call to discuss review notes of the tax basis balance sheet with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,141 | 0.40 | $456.40 |
| 10/7/2024 | Elyse Acosta | Senior Manager | 1024H0171: Correspondence with PwC team on status and next steps | $1,141 | 1.20 | $1,369.20 |
| 10/7/2024 | Will Gaziano | Senior Associate | 1024H0172: Call to discuss review notes of the tax basis balance sheet with E. Acosta (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $952 | 0.40 | $380.80 |
| 10/7/2024 | Will Gaziano | Senior Associate | 1024H0173: Updating tax basis balance sheet and purchase price allocation | $952 | 4.00 | $3,808.00 |
| 10/8/2024 | Sean Kelly | Partner | 1024H0174: Meeting with S. Hutkai, Sean, and Lesa (Big Lots) on status of proceedings, discussion of basis allocation observations and modeling considerations with C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,330 | 0.70 | $931.00 |
| 10/8/2024 | Craig Keller | Partner | 1024H0175: Meeting with S. Hutkai, Sean, and Lesa (Big Lots) on status of proceedings, discussion of basis allocation observations and modeling considerations with C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,265 | 0.70 | $885.50 |
| 10/8/2024 | Lesa Shoemaker | Partner | 1024H0176: Meeting with S. Hutkai, Sean, and Lesa (Big Lots) on status of proceedings, discussion of basis allocation observations and modeling considerations with C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,265 | 0.70 | $885.50 |
| 10/8/2024 | Evan Hannan | Experienced Associate | 1024H0177: Big Lots work relevant to Tax Basis Balance Sheets and review | $743 | 1.00 | $743.00 |
| 10/9/2024 | Elyse Acosta | Senior Manager | 1024H0178: Review new information regarding sale modeling | $1,141 | 0.70 | $798.70 |
| 10/9/2024 | Evan Hannan | Experienced Associate | 1024H0179: Tax return review | $743 | 0.60 | $445.80 |
| 10/10/2024 | Elyse Acosta | Senior Manager | 1024H0180: Continue to review deferreds mapping, PP&E, refine assumptions and formatting | $1,141 | 1.30 | $1,483.30 |
| 10/10/2024 | Elyse Acosta | Senior Manager | 1024H0181: Review deferreds mapping, PP&E, refine assumptions and formatting | $1,141 | 4.00 | $4,564.00 |
| 10/10/2024 | Brian Trueman | Director | 1024H0182: Connect with C. Keller (PwC) on status of Bankruptcy Court retention approvals | $1,006 | 0.20 | $201.20 |
| 10/10/2024 | Will Gaziano | Senior Associate | 1024H0183: Updating formatting of purchase price allocation and documenting assumptions in model | $952 | 2.40 | $2,284.80 |
| 10/10/2024 | Evan Hannan | Experienced Associate | 1024H0184: Review and organization of 1984-2022 Tax Returns. | $743 | 1.50 | $1,114.50 |
| 10/11/2024 | Sean Kelly | Partner | 1024H0185: Review questions from S. Hutkai (Big Lots) | $1,330 | 0.30 | $399.00 |
| 10/11/2024 | Sean Kelly | Partner | 1024H0186: Review deal model updates | $1,330 | 0.90 | $1,197.00 |
| 10/11/2024 | Will Gaziano | Senior Associate | 1024H0187: Updates to formatting and footnotes in purchase price allocation analysis. | $952 | 2.10 | $1,999.20 |
| 10/11/2024 | Will Gaziano | Senior Associate | 1024H0188: Updating formatting to deferred tax reconciliation | $952 | 1.30 | $1,237.60 |
| 10/14/2024 | Sean Kelly | Partner | 1024H0189: Review of updated model, call with team on open points and deliverables. | $1,330 | 0.70 | $931.00 |
| 10/14/2024 | Elyse Acosta | Senior Manager | 1024H0190: Sale model - updates & review for partner review comments (continued) | $1,141 | 0.60 | $684.60 |
| 10/14/2024 | Elyse Acosta | Senior Manager | 1024H0191: Sale model - updates and review for partner review comments | $1,141 | 3.40 | $3,879.40 |
| 10/14/2024 | Elyse Acosta | Senior Manager | 1024H0192: Review of modeling and prepare for internal discussions | $1,141 | 0.80 | $912.80 |
| 10/14/2024 | Will Gaziano | Senior Associate | 1024H0193: Updates to purchase price allocation, fixed asset detail, and tax basis balance sheet analysis. | $952 | 2.70 | $2,570.40 |
| 10/15/2024 | Sean Kelly | Partner | 1024H0194: Review new structure, internal emails/calls on structuring alternatives. | $1,330 | 0.90 | $1,197.00 |
| 10/15/2024 | Lesa Shoemaker | Partner | 1024H0195: Review David Polk bankruptcy update | $1,265 | 0.30 | $379.50 |
| 10/15/2024 | Elyse Acosta | Senior Manager | 1024H0196: CODI modeling research (1.4), check court docket for liability info (0.4) | $1,141 | 1.80 | $2,053.80 |
| 10/15/2024 | Elyse Acosta | Senior Manager | 1024H0197: Bankruptcy update call with client | $1,141 | 0.60 | $684.60 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/15/2024 | Brian Trueman | Director | 1024H0198: Discussion with Big Lots (Steve Hutkai) to discuss status of the auction and open items including basis study, CODI and LIFO and the potential impact to the deal | $1,006 | 0.50 | $503.00 |
| 10/16/2024 | Sean Kelly | Partner | 1024H0199: Call with Big Lots and Davis Polk on structuring approach | $1,330 | 0.90 | $1,197.00 |
| 10/16/2024 | Lesa Shoemaker | Partner | 1024H0200: Review of acquisition deck | $1,265 | 0.40 | $506.00 |
| 10/16/2024 | Elyse Acosta | Senior Manager | 1024H0201: Bankruptcy call with Big Lots management & Davis Polk | $1,141 | 0.90 | $1,026.90 |
| 10/16/2024 | Elyse Acosta | Senior Manager | 1024H0202: Perform 382 analysis review | $1,141 | 1.30 | $1,483.30 |
| 10/16/2024 | Elyse Acosta | Senior Manager | 1024H0203: CODI analysis work | $1,141 | 1.30 | $1,483.30 |
| 10/16/2024 | Will Gaziano | Senior Associate | 1024H0204: Updating tax basis balance sheets for BLI and BLS for 1017 analysis | $952 | 1.00 | $952.00 |
| 10/18/2024 | Will Gaziano | Senior Associate | 1024H0205: Creating section 1017 analysis. | $952 | 1.10 | $1,047.20 |
| 10/21/2024 | Will Gaziano | Senior Associate | 1024H0206: Updates to section 1017 attribute reduction model. | $952 | 2.40 | $2,284.80 |
| 10/21/2024 | Evan Hannan | Experienced Associate | 1024H0207: Big Lots fees and rollforwards for billing purposes | $743 | 1.50 | $1,114.50 |
| 10/22/2024 | Sean Kelly | Partner | 1024H0208: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $1,330 | 0.50 | $665.00 |
| 10/22/2024 | Craig Keller | Partner | 1024H0209: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $1,265 | 0.50 | $632.50 |
| 10/22/2024 | Lesa Shoemaker | Partner | 1024H0210: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $1,265 | 0.50 | $632.50 |
| 10/22/2024 | Elyse Acosta | Senior Manager | 1024H0211: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $1,141 | 0.50 | $570.50 |
| 10/22/2024 | Elyse Acosta | Senior Manager | 1024H0212: Prepare for weekly update call with Big Lots | $1,141 | 0.40 | $456.40 |
| 10/22/2024 | Brian Trueman | Director | 1024H0213: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $1,006 | 0.50 | $503.00 |
| 10/22/2024 | Will Gaziano | Senior Associate | 1024H0214: Weekly update call with Big Lots, with C. Keller, S. Kelly, B. Trueman, L. Shoemaker, E. Acosta, W. Gaziano (all PwC) | $952 | 0.50 | $476.00 |
| 10/22/2024 | Will Gaziano | Senior Associate | 1024H0215: Continued work on Section 1017 modeling and documenting assumptions | $952 | 1.70 | $1,618.40 |
| 10/22/2024 | Evan Hannan | Experienced Associate | 1024H0216: Big Lots work relevant to Tax Basis Balance Sheets and review | $743 | 1.00 | $743.00 |
| 10/23/2024 | Elyse Acosta | Senior Manager | 1024H0217: Discussion with W. Gaziano (PwC) on status of tax analysis | $1,141 | 0.70 | $798.70 |
| 10/23/2024 | Will Gaziano | Senior Associate | 1024H0218: Discussion with E. Acosta (PwC) on status of tax analysis | $952 | 0.70 | $666.40 |
| 10/24/2024 | Elyse Acosta | Senior Manager | 1024H0219: Review and update purchase price analysis | $1,141 | 1.00 | $1,141.00 |
| 10/24/2024 | Elyse Acosta | Senior Manager | 1024H0220: Review and update billing analysis | $1,141 | 1.00 | $1,141.00 |
| 10/24/2024 | Evan Hannan | Experienced Associate | 1024H0221: Restructuring related work and team correspondence. | $743 | 0.50 | $371.50 |
| 10/25/2024 | Elyse Acosta | Senior Manager | 1024H0222: Call related to Big Lots billing with bankruptcy team and E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $1,141 | 0.80 | $912.80 |
| 10/25/2024 | Will Gaziano | Senior Associate | 1024H0223: Call related to Big Lots billing with bankruptcy team and E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $952 | 0.80 | $761.60 |
| 10/25/2024 | Evan Hannan | Experienced Associate | 1024H0224: Call related to Big Lots billing with bankruptcy team and E. Acosta (PwC), W. Gaziano (PwC), E. Hannan (PwC) | $743 | 0.80 | $594.40 |
| 10/29/2024 | Sean Kelly | Partner | 1024H0225: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,330 | 0.30 | $399.00 |
| 10/29/2024 | Bob Ritter | Partner | 1024H0226: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,265 | 0.30 | $379.50 |

In re Big Lots, Inc., et al., Case No. 24-11967  Exhibit E
PwC US Tax LLP
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/29/2024 | Craig Keller | Partner | 1024H0227: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,265 | 0.30 | $379.50 |
| 10/29/2024 | Lesa Shoemaker | Partner | 1024H0228: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,265 | 0.30 | $379.50 |
| 10/29/2024 | Elyse Acosta | Senior Manager | 1024H0229: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,141 | 0.30 | $342.30 |
| 10/29/2024 | Brian Trueman | Director | 1024H0230: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $1,006 | 0.30 | $301.80 |
| 10/29/2024 | Will Gaziano | Senior Associate | 1024H0231: Weekly regroup call with Big Lots to discuss updates on tax analysis and bankruptcy process with S. Hutkai, T. Weber, N. Hefner (Big Lots) and C. Keller (PwC), S. Kelly (PwC), L. Shoemaker (PwC), B. Ritter (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) | $952 | 0.30 | $285.60 |
| 10/30/2024 | Sean Kelly | Partner | 1024H0232: Nexus deal related review | $1,330 | 0.40 | $532.00 |
| 10/31/2024 | Elyse Acosta | Senior Manager | 1024H0233: Bankruptcy bidder update | $1,141 | 0.30 | $342.30 |
| *Subtotal - Tax Advisory Services* | | | | | 241.90 | $256,032.70 |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **241.90** | **$256,032.70** |
| **Bankruptcy Compliance Services** | | | | | | |
| *Retention Applications* | | | | | | |
| 9/10/2024 | Thalia Cody | Director | 0924H1000: Correspondence with S. Kelly and C. Keller (PwC) regarding PwC US Tax retention papers and engagements expected to go forward in the bankruptcy | $550 | 0.40 | $220.00 |
| 9/11/2024 | Thalia Cody | Director | 0924H1001: Review engagement letters to be included in PwC US Tax retention application | $550 | 0.50 | $275.00 |
| 9/11/2024 | Thalia Cody | Director | 0924H1002: Correspondence with PwC internal contract team (M. Haskin) on amendment to engagement letter | $550 | 0.20 | $110.00 |
| 9/13/2024 | Thalia Cody | Director | 0924H1003: Draft retention papers for Big Lots including retention application/proposed order/declaration | $550 | 3.80 | $2,090.00 |
| 9/13/2024 | Thalia Cody | Director | 0924H1004: Review 90 day payments data | $550 | 0.30 | $165.00 |
| 9/15/2024 | Thalia Cody | Director | 0924H1005: Correspondance with C. Keller and A. Oberhausen (PwC) on 90 day payments | $550 | 0.20 | $110.00 |
| 9/15/2024 | Thalia Cody | Director | 0924H1006: Finalize PwC US Tax retention papers for internal review by C. Keller (PwC) | $550 | 2.20 | $1,210.00 |
| 9/15/2024 | Chris Lewis | Manager | 0924H1007: Review and revise PwC US Tax retention papers (application, declaration, proposed order) | $400 | 1.60 | $640.00 |
| 9/16/2024 | Thalia Cody | Director | 0924H1008: Review retention papers with C. Keller (PwC), declarant for filing | $550 | 0.50 | $275.00 |
| 9/17/2024 | Thalia Cody | Director | 0924H1009: Correspondance with Davis Polk/Morris Nichols on PwC retention papers | $550 | 0.20 | $110.00 |
| 9/17/2024 | Thalia Cody | Director | 0924H1010: Revise the retention papers to reflect C. Keller's comments to the same | $550 | 0.50 | $275.00 |
| 9/18/2024 | Thalia Cody | Director | 0924H1011: Review comments from Morris Nichols (S. Rogers) to PwC retention papers | $550 | 0.50 | $275.00 |
| 9/18/2024 | Thalia Cody | Director | 0924H1012: Revise PwC retention papers to reflect Morris Nichols comments | $550 | 0.60 | $330.00 |
| 9/26/2024 | Thalia Cody | Director | 0924H1013: Draft first supplemental declaration in support of PwC US Tax retention | $550 | 0.50 | $275.00 |
| 9/27/2024 | Chris Lewis | Manager | 0924H1014: Review and revise draft first supplemental declaration in support of PwC US Tax retention | $400 | 0.20 | $80.00 |
| 9/27/2024 | Chris Lewis | Manager | 0924H1015: Prepare supplemental schedules in support of PwC US Tax retention | $400 | 1.20 | $480.00 |
| 9/30/2024 | Thalia Cody | Director | 0924H1016: Review comments from US Trustee regarding PwC US Tax retention application | $550 | 0.50 | $275.00 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/1/2024 | Chris Lewis | Manager | 1024H1017: Prepare Pillowtex analysis in connection with PwC US Tax retention application, including gathering of information and analysis of 90 day and historical payments | $400 | 3.80 | $1,520.00 |
| 10/2/2024 | Chris Lewis | Manager | Update Pillowtex analysis in connection with PwC US Tax retention application | $400 | 0.80 | $320.00 |
| 10/2/2024 | Thalia Cody | Director | 1024H1018: Draft responses to US Trustee comments including revise proposed order | $550 | 1.20 | $660.00 |
| 10/3/2024 | Chris Lewis | Manager | 1024H1019: Review revised proposed form of order granting PwC US Tax retention aplication | $400 | 0.30 | $120.00 |
| 10/3/2024 | Thalia Cody | Director | 1024H1020: Review US Trustee's additional comments to PwC response | $550 | 0.30 | $165.00 |
| 10/7/2024 | Thalia Cody | Director | 1024H1021: Draft response to US Trustee comments and supplemental disclosures | $550 | 0.50 | $275.00 |
| 10/7/2024 | Thalia Cody | Director | 1024H1022: Review correspondence from the US Trustee with additional comments to retention papers | $550 | 0.20 | $110.00 |
| 10/8/2024 | Chris Lewis | Manager | 1024H1023: Prepare additional information in support of Pillowtex analysis in connection with PwC US Tax retention application | $400 | 1.00 | $400.00 |
| 10/8/2024 | Thalia Cody | Director | 1024H1024: Draft second supplemental declaration to include language per US Trustee's informal comments | $550 | 0.30 | $165.00 |
| 10/9/2024 | Chris Lewis | Manager | 1024H1025: Reviewing emails regarding resolution of US Trustee comments to PwC US Tax retention | $400 | 0.20 | $80.00 |
| 10/9/2024 | Chris Lewis | Manager | 1024H1026: Review and revise draft second supplemental declaration in support of PwC US Tax retention | $400 | 0.50 | $200.00 |
| 10/10/2024 | Chris Lewis | Manager | 1024H1027: Review entered order approving PwC US Tax retention application | $400 | 0.20 | $80.00 |
| 10/18/2024 | Chris Lewis | Manager | 1024H1028: Review amended order approving PwC US Tax retention application | $400 | 0.20 | $80.00 |
| 10/22/2024 | Thalia Cody | Director | 1024H1029: Draft third supplemental declaration in support of PwC US Tax retention | $550 | 0.50 | $275.00 |
| 10/22/2024 | Chris Lewis | Manager | 1024H1030: Review and revise draft third supplemental declaration in support of PwC US Tax retention | $400 | 0.20 | $80.00 |
| *Subtotal - Retention Applications* | | | | | 24.10 | *$11,725.00* |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **24.10** | **$11,725.00** |
| | | | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | | | **266.00** | **$267,757.70** |