**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 3, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Tanque Verde Center LLC, (ADRID: 29433069), Dahlstrom 6872 Tanque Verde, 2012 N Country Club Rd, Ste 7, Tucson, AZ, 85716-2831:

- Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property) [Docket No. 478]

On December 3, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 683], an abridged version of the Cure Notice, a copy of which is attached hereto as **Exhibit B**

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing, a copy of which has been attached hereto as **Exhibit C** (the "***Sale Notice***")

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On December 3, 2024, at my direction and under my supervision, employees of Kroll caused the Sale Notice to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit D**.

On December 4, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Tanque Verde Center LLC, (ADRID: 29433069), Dahlstrom 6872 Tanque Verde, 2012 N Country Club Rd, Ste 7, Tucson, AZ, 85716-2831:

- Notice of Disposition of Lease for Store #4054 [Docket No. 488]

On December 4, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit E**:

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511]

On December 5, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Landlords Service List attached hereto as **Exhibit F**:

- Final Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [Docket No. 576]

- Order Authorizing the Debtors to File the Omnibus Reply in Support of the Store Closing Motion, Bidding Procedures Motion and DIP Motion [Docket No. 585]

On December 5, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Jacksonville MZL, LLC, (ADRID: 29305941), C/O Katz Properties, 535 5th Ave, Fl 12, New York, NY, 10017-3628:

- Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-possession to Terminate or Assume, Assign and Sell Certain Non-residential Real Property Leases [Docket No. 729]

- Notice of Closing of Lease Sale of West Bend Lease [Docket No. 812]

On December 5, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Tanque Verde Center LLC, (ADRID: 29433069), Dahlstrom 6872 Tanque Verde, 2012 N Country Club Rd, Ste 7, Tucson, AZ:

- Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases Effective as of October 31, 2024 and (B) Abandon Certain Personal Property and (II) Granting Related Relief [Docket No. 792]

Dated: December 13, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 13, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

Exhibit A
Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29467739 | A/C & R SERVICES INC | 582 YORKTOWN BLVD | | | CORPUS CHRISTI | TX | 78418 | |
| 29463373 | Alida (US) Inc. | 115 West 18th Street | 2nd floor | | New York | NY | 10011 | |
| 29463406 | Aon Consulting, Inc. | 200 East Randolph St. | | | Chicago | IL | 60601 | |
| 29463408 | Aon Hewitt Investment Consulting | 200 E Randolph St | | | Chicago | IL | 60601 | |
| 29463411 | Aon Risk Consultants, Inc. | 200 E. Randolph St. | Aon Center, flrs 3-11 | | Chicago | IL | 60601 | |
| 29475199 | APRUVD, LLC | 2999 North 44th Street | Suite 630 | | Phoenix | AZ | 85018 | |
| 29414011 | ARDENA LR LLC | C/O COLLIERS-RICHMOND | KLEIMOER 4 | | MARIAKERKE | | B-9030 | BELGIUM |
| 29475812 | BRIXMOR PROPERTY GROUP | 100 PARK AVENUE | SUITE 600N | | NEW YORK | NY | 10017 | |
| 29475813 | BZA BERNE SQUARE LLC | C/O BEARS MANAGEMENT GROUP, LLC | 1209 N. Saginaw Blvd. | Suite G-234 | Saginaw | TX | 76179 | |
| 29463524 | Canon USA, Inc. | One Canon Park | | | Melville | NY | 11747 | |
| 29463526 | CAP Index, Inc. | 64 E Uwchlan Avenue | Suite 520 | | Exton | PA | 19341 | |
| 29463531 | Capstone Mechanical LLC | 755 Banfield Rd. | Unit 102 | | Portsmouth | NH | 03801 | |
| 29463585 | Cision US Inc. | 300 S Riverside Plaza | | | Chicago | IL | 60606 | |
| 29463621 | Comenity Capital Bank | 3095 Loyalty Circle | | | Columbus | OH | 43219 | |
| 29463623 | Comforce Information Technologies, Inc. | 1455 Lincoln Parkway East | Suite 450 | | Atlanta | GA | 30346 | |
| 29463645 | Consolidated Maintenance Solutions, dba Authority HVAC | 1438 W Broadway Rd | Unit 211 | | Tempe | AZ | 85282 | |
| 29463646 | Consolidated Stores | 2226 Delaware Ave | | | Buffalo | NY | 14216-2618 | |
| 29463675 | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Pkwy | Ste 100 | | Louisville | KY | 40220-3788 | |
| 29463688 | Convercent, Inc. | 1200 Abernathy Rd | Suite 700 | | Atlanta | GA | 30328 | |

Exhibit A

Supplemental Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29463852 | Fashion Snoops, Inc. | 325 Hudson Street | 4th Floor | | New York | NY | 10013 | |
| 29463854 | FedEx | 3875 Airways, Module H3 | Department 4634 | | Memphis | TN | 38116 | |
| 29463855 | FedEx | 3650 Hacks Cross Rd | | | Memphis | TN | 38125 | |
| 29463885 | FourKites, Inc. | 110 N. Wacker Drive | Suite 455 | | Chicago | IL | 60606 | |
| 29475224 | Fresche Solutions USA Corporation | 124 Grove Street | Suite 309 | | Franklin | MA | 02038 | |
| 29463899 | Gallup, Inc. d/b/a The Gallup Organization | The Gallup Building | F Street, NW | | Washington | DC | 20004 | |
| 29463933 | GovDocs, Inc. | 1305 Corporate Center | Drive | Suite 400 | Eagan | MN | 55121 | |
| 29463964 | Homestar North America, LLC | 13355 Noel Road | Suite 510 | | Dallas | TX | 75215 | |
| 29463324 | Howling Music | 178 2nd Ave N | | | Nashville | TN | 37201 | |
| 29463972 | Hub Group, Inc. d/b/a Unyson Logistics | 2001 Hub Group Way | | | Oak Brook | IL | 60523 | |
| 29463993 | IBM | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464004 | IBM Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29463330 | Indeed | 200 W 6th St Ste 3600 | | | Austin | TX | 78701-3177 | |
| 29464039 | Informatic Technologies, Inc. | 825 Georges Road | | | North Brunswick Township | NJ | 08902 | |
| 29464062 | Insight Direct USA, Inc. | 2701 E. Insight Way | | | Chandler | AZ | 85286 | |
| 29464119 | International Business Machines Corporation | 1 New Orchard Road | | | New York | NY | 10504-1722 | |
| 29464165 | JumpMind Inc. | 8999 Gemini Pkwy | | | Columbus | OH | 43240 | |
| 29464170 | K Line America, Inc | 4860 Cox Road | Suite 300 | | Glen Allen | VA | 23060 | |
| 29464184 | Konica Minolta Business Solutions U.S.A., Inc. | 100 Williams Drive | | | Ramsey | NJ | 07446 | |

Exhibit A

Supplemental Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29464197 | KPMG LLP | 300 Tice Blvd | | | Woodcliff Lake | NJ | 07677 | |
| 29464251 | Mærsk Agency U.S.A. Inc. | Esplanaden 50 | | | Copenhagen K | | DK-1263 | Denmark |
| 29464270 | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S dba Maersk Line | 2 GIRALDA FARMS, | | | Madison | NJ | 07940 | |
| 29464305 | Manhattan Associates | 2300 Windy Ridge Parkway | 10th Floor | | Atlanta | GA | 30339 | |
| 29464309 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | | Atlanta | GA | 30339 | |
| 29464362 | Microsoft | 6880 Sierra Center Parkway | | | Reno | NV | 89511 | |
| 29464374 | Microsoft Volume Licensing | 6880 Sierra Center Parkway | | | Reno | NV | 89511 | |
| 29464416 | National District Attorneys Association | 1400 Crystal Drive | Suite 330 | | Arlington | VA | 22202 | |
| 29463074 | National Fuel Resources, Inc | 6363 Main Street | | | Williamsville | NY | 14221 | |
| 29464417 | NATIONWIDE CONSULTING COMPANY, INC. | 66 GLEN AVENUE | | | GLEN ROCK | NJ | 07452 | |
| 29464422 | NCR Corporation | 864 Spring St NW | | | Atlanta | GA | 30308 | |
| 29464436 | Netspend Corporation | PO Box 2136 | | | Austin | TX | 78768-2136 | |
| 29464505 | Packsize, LLC | 3760 W. Smart Pack Way | | | Salt Lake City | UT | 84104 | |
| 29298504 | PALM CENTER ASSOCIATES, LLC | C/O FRANKLIN STREET MANAGEMENT SERVICES | 1311 N. WESTSHORE BLVD | | TAMPA | FL | 33607 | |
| 29464545 | Pilot Air Freight, LLC dba Pilot Freight Services | 2 Braxton Way | | | Glen Mills | PA | 19342 | |
| 29464590 | PrimeRevenue, Inc. | 600 Peachtree St NE | Suite 4400 | | Atlanta | GA | 30308 | |
| 29467720 | Progressive Leasing | 256 W. Data Drive | | | Draper | UT | 84020 | |
| 29464603 | ProStaff, LLC, d/b/a ITStaff | 191 Rosa Parks St | 10th floor | | Cincinnati | OH | 45202 | |
| 29464604 | PROTOS SECURITY | 383 MAIN AVE | SUITE 505 | | NORWALK | CT | 06851 | |

Exhibit A

Supplemental Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29467721 | Quest Software | 20 Enterprise | Ste 100 | | Aliso Viejo | CA | 92656-7104 | |
| 29299943 | ROXBOROUGH ASSOCIATES LLC | ONE BUSH STREET | SUITE 1450 | | SAN FRANCISCO | CA | 94104 | |
| 29463096 | Sela Products, LLC | 2101 S Kelly Ave Ste B | | | Edmond | OK | 73013-3665 | |
| 29464705 | Sirius Computer Solutions, Inc. | 200 N Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| 29464731 | Sprout Social, Inc. | 131 S. Dearborn St. | Suite 700 | | Chicago | IL | 60603 | |
| 29463142 | TFI Publishing | 5650 Belcher Way | STE 100 | | Lebanon | IN | 46052 | |
| 29464824 | Thomson Reuters | 610 Opperman Drive | | | Eagan | MN | 55123 | |
| 29464828 | Thomson Reuters (Tax & Accounting), Inc. | 3 Times Square | | | New York | NY | 10036 | |
| 29464861 | Treasure Chest Advertising Company, Inc. | P.O. Box 950997 | | | Lake Mary | FL | 32795 | |
| 29464870 | U.S. Bank | 800 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| 29464871 | U.S. Bank National Association | 800 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| 29464876 | UAV Corporation | 115 County Road 381 | | | Wewahitchka | FL | 32465 | |
| 29305933 | V&S SEVEN OAKS LLC | 11155 RED RUN BLVD. | SUITE 320 | | OWINGS MILLS | MD | 21117 | |
| 29299877 | VENTURE PARTNERS LLC | 401 N. MICHIGAN AVE. | SUITE 1200 | | CHICAGO | IL | 60611 | |
| 29464901 | Verifone, Inc. | 11700 Great Oaks Way | Suites 150 & 200 | | Alpharetta | GA | 30022 | |
| 29464914 | Vertex, Inc. | 2301 Renaissance Blvd | | | King of Prussia | PA | 19406 | |
| 29464928 | Walmart Inc. | 2608 SE J Street | Mailstop 0230 | | Bentonville | AR | 72716-0230 | |
| 29464947 | West Coast Liquidators, Inc. | 12434 4th St | | | Rancho Cucamonga | CA | 91730 | |
| 29413641 | WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | ATTENTION: STUART S. BALL, ESQ. | 1201 RXR PLAZA | | UNIONDALE | NY | 11556 | |

Exhibit A

Supplemental Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29464975 | Xerox Corporation | 201 Merritt 7 | | | Norwalk | CT | 06851-1056 | |

**Exhibit B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 612** |

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids in connection with the Sale Transaction and the Auction (the "**Bidding Procedures**"),[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction (the "**Assumption and Assignment Procedures**").

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (D.I. 612) (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction, the Auction, and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time),** the Debtors held an Auction at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale Transaction, the Debtors intend to assume and assign to the Successful Bidder(s) the Proposed Assumed Contracts. A schedule listing the Proposed Assumed Contracts (the "**Proposed Assumed Contracts Schedule**") is attached hereto and may also be accessed free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com.  In addition, the amount necessary to cure any prepetition defaults thereunder (the "**Cure Costs**"), if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedule. *Each Cure Cost listed on the Proposed Assumed Contracts Schedule represents all liabilities of any nature of the Debtors arising under an Assumed Contract or Assumed Lease prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date*.  Pursuant to the Assumption and Assignment Procedures, all Assumption and Assignment Objections relating to a proposed Cure Cost (a "**Cure Objection**") must have been filed and served no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)**, and a Counterparty's failure to timely and properly file and serve its Cure Objection shall be (a) deemed to have consented to the Cure Costs (if any) set forth on the Potential Assumed Contracts Schedule (or a Supplemental Assumed Contracts Schedule, if applicable) and (b) forever barred from asserting any Cure Objection against the Debtors, the Successful Bidder, or the property of any such parties relating to such Counterparty's Assumed Contract(s) or Assumed Lease(s).

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A PROPOSED ASSUMED CONTRACT**. Under the terms of the Assumption and Assignment Procedures, (a) at or prior to the closing of a Sale Transaction, the Successful Bidder(s) may elect, in their sole and absolute discretion, to (i) exclude any Contract or Lease on the Proposed Assumed Contracts Schedule (as amended or supplemented) (in which case it shall become an Excluded Contract or Excluded Lease, as applicable) or (ii) include on the Proposed Assumed Contracts Schedule any Contract or Lease listed on the Potential Assumed Contracts Schedule (as amended or supplemented), by providing to the Debtors written notice of its election to exclude or include such Contract or Lease, as applicable, (b) if the Debtors or the Successful Bidder(s) identify during the pendency of the Chapter 11 Cases (before or after the closing of the applicable Sale Transaction) any Contract or Lease that is not listed on the Proposed Assumed Contracts Schedule, and such Contract or Lease has not been rejected by the Debtors, such Successful Bidder(s) may, in their sole and absolute discretion, elect by written notice to the Debtors to treat such Contract or Lease as an Assumed Contract or Assumed Lease, as applicable, and the Debtors shall seek to assume and assign such Assumed Contract or Assumed Lease in accordance with the Assumption and Assignment Procedures, and (c) following the Auction, the Debtors may, in accordance with the applicable purchase agreement, or as otherwise agreed by the Debtors and the Successful Bidder(s), at any time before the closing of the Sale Transaction, modify the previously stated Cure Costs associated with any Proposed Assumed Contract in accordance with the Assumption and Assignment Procedures.  The Assumption and Assignment Procedures further provide that any Counterparty whose previously-stated Cure Cost is modified will receive notice thereof and an opportunity to file a Supplemental Assumption and Assignment Objection.  **The assumption and assignment of the Contracts and Leases on the Proposed Assumed Contracts Schedule is not guaranteed**

**and is subject to approval by the Court and the Debtors' or Successful Bidder's right to remove an Assumed Contract or Assumed Lease from the Proposed Assumed Contracts Schedule.**

## Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://www.cases.ra.kroll.com/BigLots* or can be requested by email at BigLotsInfo@ra.kroll.com.

## Filing Objections

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of an Assumed Contract or Assumed Lease (an "**Assumption and Assignment Objection**") with respect to the ability of a Successful Bidder to provide adequate assurance of future performance must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof (including, to the extent modified from the previously stated amount, the Cure Costs), (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**"), (i) be filed with the Court and (ii) be served on (1) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (2) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (3) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (4) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (5) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (6) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. Attn: Linda J. Casey (linda.casey@usdoj.gov) (collectively, the "**Objection Notice Parties**").

Objections to the Sale Order, the conduct of the Auction, or the Sale Transaction, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and (d) by no later than **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") be (i) filed with the Court and (ii) served on the Objection Notice Parties.

A hearing to consider the approval of the proposed Sale Transaction(s) will be held before the Court on **November 12, 2024 at 1**:**30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any Counterparty to an Assumed Contract or Assumed Lease who fails to timely make an objection to the proposed assumption and assignment of such Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs or the ability of the Successful Bidder to provide adequate assurance of future performance on or before the Assumption and Assignment Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, and this Notice (or in the case of a Supplemental Assumption and Assignment Objection, by 14 days from the date of service of such Supplemental Assumption and Assignment Notice) shall be deemed to have consented to the assumption and assignment of such Assumed Contract or Assumed Lease, including with respect to the ability of the Successful Bidder(s) to provide adequate assurance of future performance and the Debtors' proposed Cure Costs, to the extent modified from the previously stated amount, and shall be forever barred from asserting any objection or claims against the Debtors, the Successful Bidder(s), or the property of any such parties relating to the assumption and assignment of such Assumed Contract or Assumed Lease (including asserting additional Cure Costs with respect to such Assumed Contract or Assumed Lease). Notwithstanding anything to the contrary in such Assumed Contract or Assumed Lease, or any other document, the Cure Costs set forth on the Proposed Assumed Contracts Schedule (as amended or supplemented) shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Assumed Contract or Assumed Lease under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the Petition Date, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the Petition Date.*

*[Remainder of page intentionally left blank]*

Dated:   October 31, 2024
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 9605)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Due to the voluminous nature of Docket No. 683, this document has been abridged.  Full copy of the document can be found at**
**https://cases.ra.kroll.com/biglots/Home**

**Exhibit C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids (the "**Bidding Procedures**") in connection with (i) the proposed sale of substantially all of the Debtors' assets to Gateway BL Acquisition, LLC (the "**Stalking Horse Bidder**") for approximately $760 million, consisting of $2.5 million in cash plus the Debt Payoff Amount (as defined in the Stalking Horse APA) and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers, (ii) the Sale Transaction, and (iii) the Auction,[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction [D.I. 612].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the Notice of Successful Bidder for the Sale of the Debtors' Assets (the "**Notice of Successful Bidder**") designating the Stalking Horse Bidder as the Successful Bidder [D.I. 661].

### Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://cases.ra.kroll.com/biglots/* or can be requested by email at BigLotsInfo@ra.kroll.com.

### Important Dates and Deadlines[3]

1. **Bid Deadline.** The deadline to submit a Qualified Bid was **October 28, 2024 at 12:00 p.m. (prevailing Eastern Time).**

2. **Auction.** The Auction was held on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

3. **Auction and Sale Objections Deadline**. The deadline to file with the Court an objection to the Sale Order, the conduct of the Auction, or the Sale Transaction (collectively, the "**Sale Objections**") is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").

4. **Assumption and Assignment Objection Deadline**. The deadline for Counterparties to file with the Court an objection to the potential or proposed assumption or assignment of their Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs, if any, or the ability of a Successful Bidder to provide adequate assurance of future performance is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**").

5. **Sale Hearing**. A hearing (the "**Sale Hearing**") to consider the approval of Sale Transactions will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

### Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the Sale Objection Deadline, and (e) no later than the Sale Objection Deadline, be served on (i) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.

---

[3] The following dates and deadlines may be extended by the Debtors, consistent with the terms of the DIP Credit Agreements, or the Court in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

(notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (ii) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (iii) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (iv) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (v) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party or entity who fails to timely make an objection to a Sale Transaction on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

## NO SUCCESSOR LIABILITY

*The assets sold in any Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction. Accordingly, as a result of a Sale Transaction, a Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and a Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the applicable Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

*[Remainder of page intentionally left blank]*

Dated:   October 31, 2024
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit D**

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29324580 | ALLIED INTERSTATE LLC | PO BOX 5004 | | | FOGELSVILLE | PA | 18051-5004 |
| 29324582 | ALLIED INTERSTATE LLC | PO BOX 5002 | | | FOGELSVILLE | PA | 18051-5002 |
| 29358346 | ALVAREZ, DONTARIUS | ADDRESS ON FILE | | | | | |
| 29372399 | ANDERSON, AUDREON KALEAL | ADDRESS ON FILE | | | | | |
| 29412242 | ANSLOW, KEEGAN | ADDRESS ON FILE | | | | | |
| 29428440 | BARNESS, NICHOLAS | ADDRESS ON FILE | | | | | |
| 29353985 | BENJAMIN, AMANDA | ADDRESS ON FILE | | | | | |
| 29392903 | BEST, JUSTIN | ADDRESS ON FILE | | | | | |
| 29355017 | BOBLITZ, SAVANAH | ADDRESS ON FILE | | | | | |
| 29331457 | BONNER, SARA | ADDRESS ON FILE | | | | | |
| 29401306 | BOURKE, SHEILA DAWN | ADDRESS ON FILE | | | | | |
| 29417144 | BREEDEN, CAMERON LEE | ADDRESS ON FILE | | | | | |
| 29401380 | BROWDER, KEARIANA | ADDRESS ON FILE | | | | | |
| 29393513 | BRYANT, CANIE | ADDRESS ON FILE | | | | | |
| 29392015 | BURNS, MAKIAH S | ADDRESS ON FILE | | | | | |
| 29403051 | BURRISS, BREANNA | ADDRESS ON FILE | | | | | |
| 29366320 | BURTON, KENNETH JAMES | ADDRESS ON FILE | | | | | |
| 29384434 | CAMPBELL, STEFAN | ADDRESS ON FILE | | | | | |
| 29435696 | CHANCEY, JOSEPH | ADDRESS ON FILE | | | | | |
| 29374467 | COLEMAN, VALERIE S | ADDRESS ON FILE | | | | | |
| 29421628 | CORBIN, NAIREE C | ADDRESS ON FILE | | | | | |
| 29358147 | CORNELL, QURAN | ADDRESS ON FILE | | | | | |
| 29425455 | DANIEL, ALLISON MAY | ADDRESS ON FILE | | | | | |
| 29357483 | DAVIE, MELODY | ADDRESS ON FILE | | | | | |
| 29394966 | DAVIS, ADDISON | ADDRESS ON FILE | | | | | |
| 29390444 | DEBOSE, ZACKERY | ADDRESS ON FILE | | | | | |
| 29394162 | DIXON, WHITNEY | ADDRESS ON FILE | | | | | |
| 29343207 | EASTER, PAMELA L | ADDRESS ON FILE | | | | | |
| 29402781 | ECK, KIMBERLY ANN | ADDRESS ON FILE | | | | | |
| 29402404 | EDO-OHONBA, ESOSA | ADDRESS ON FILE | | | | | |
| 29387459 | EDWARDS, JAHMIR | ADDRESS ON FILE | | | | | |
| 29435093 | ELEARNING BROTHERS LLC | PLATO ELEARNING LLC | PO BOX 1221 | | AMERICAN FORK | UT | 84003 |
| 29434929 | FAGINS, DEE ANN | ADDRESS ON FILE | | | | | |

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29379875 | FANNING, HEATHER | ADDRESS ON FILE | | | | | |
| 29423790 | GENTRY, KRISTINA | ADDRESS ON FILE | | | | | |
| 29409259 | GOREE, LASHAY | ADDRESS ON FILE | | | | | |
| 29409351 | GRACE, JAMES FINIAN | ADDRESS ON FILE | | | | | |
| 29393354 | GRASHAM, MARY ALANDRA | ADDRESS ON FILE | | | | | |
| 29396121 | HABIB, WASFY ASHRAF | ADDRESS ON FILE | | | | | |
| 29387420 | HALCOMB, TABITHA MICHELLE | ADDRESS ON FILE | | | | | |
| 29416628 | HAMPTON, MAURESHA | ADDRESS ON FILE | | | | | |
| 29416326 | HARBER, LACEY | ADDRESS ON FILE | | | | | |
| 29355961 | HARRIS, A'NIYA DENISE | ADDRESS ON FILE | | | | | |
| 29409446 | HILL, BERNARD | ADDRESS ON FILE | | | | | |
| 29352544 | HOLDAWAY, DAWSON EVERETT | ADDRESS ON FILE | | | | | |
| 29333407 | INTERNATIONAL PURCHASE SYSTEM | INTERNATIONAL PURCHASE SYSTEM | 6 EXECUTIVE PLZ | STE 147 | YONKERS | NY | 10701-6835 |
| 29403155 | JERNIGAN, JAMMIE MARY PEARL | ADDRESS ON FILE | | | | | |
| 29413040 | JOSEPHITIS, NICOLE | ADDRESS ON FILE | | | | | |
| 29375255 | LEVERETT, AURORA LYNNAE | ADDRESS ON FILE | | | | | |
| 29366038 | LEWIS, RACHEL LAGRETTA | ADDRESS ON FILE | | | | | |
| 29370639 | MACHART, BONNIE SUE | ADDRESS ON FILE | | | | | |
| 29419727 | MAHOSKEY, GABERIEL | ADDRESS ON FILE | | | | | |
| 29395431 | MARKOVIC, AMANDA JEAN | ADDRESS ON FILE | | | | | |
| 29388844 | MATHIS, LADARRIAN | ADDRESS ON FILE | | | | | |
| 29330875 | MCCAULEY, ELISHA M | ADDRESS ON FILE | | | | | |
| 29394027 | MCCOY, WILLIAM C | ADDRESS ON FILE | | | | | |
| 29421409 | MCDONALD, CHRISTOPHER | ADDRESS ON FILE | | | | | |
| 29405118 | MILLER, NAKAYA | ADDRESS ON FILE | | | | | |
| 29360733 | MILTON, QUINIESHA | ADDRESS ON FILE | | | | | |
| 29403381 | MOON, EMILY R | ADDRESS ON FILE | | | | | |
| 29370086 | MORGAN, DEBBIE MARIA | ADDRESS ON FILE | | | | | |
| 29388527 | MULLINS, BROOKE SADE | ADDRESS ON FILE | | | | | |
| 29386858 | MURRAY, WHITNEY LYNN | ADDRESS ON FILE | | | | | |
| 29395180 | NELLEM, DEAVION L | ADDRESS ON FILE | | | | | |
| 29427351 | NICHOLS, CORY ALLEN | ADDRESS ON FILE | | | | | |
| 29416826 | NICOLE, JOSEPHITIS | ADDRESS ON FILE | | | | | |

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29327793 | NIGRO, TERRI | ADDRESS ON FILE | | | | | |
| 29366872 | PADILLA, FELICITY D | ADDRESS ON FILE | | | | | |
| 29397853 | PADILLA, MARSHAL G | ADDRESS ON FILE | | | | | |
| 29407851 | PATMORE, CHRIS RICHARD | ADDRESS ON FILE | | | | | |
| 29407109 | PATTERSON, SAMANTHEA | ADDRESS ON FILE | | | | | |
| 29392534 | PAYTON, ROBERT R | ADDRESS ON FILE | | | | | |
| 29431430 | PEREZ, LILIAN | ADDRESS ON FILE | | | | | |
| 29378672 | PERROT, LIVIA KATHRYN | ADDRESS ON FILE | | | | | |
| 29386100 | QUINTON, MADELINE | ADDRESS ON FILE | | | | | |
| 29419353 | RAMOS, CYRUS ANGEL | ADDRESS ON FILE | | | | | |
| 29369790 | RAYBURN, ROD E | ADDRESS ON FILE | | | | | |
| 29406856 | REDFORD, LENNARD LEROY | ADDRESS ON FILE | | | | | |
| 29397651 | RICHARDSON, STEPHANIE | ADDRESS ON FILE | | | | | |
| 29427769 | RIVERS, ALITA | ADDRESS ON FILE | | | | | |
| 29384706 | ROBBINS, BRIANNA | ADDRESS ON FILE | | | | | |
| 29389545 | ROBINSON, APRIL LANA | ADDRESS ON FILE | | | | | |
| 29425635 | RODRIGUEZ, DIANELIZ | ADDRESS ON FILE | | | | | |
| 29349121 | RODRIGUEZ, ISAIAH | ADDRESS ON FILE | | | | | |
| 29354306 | RODRIGUEZ, MARIANA REBECCA | ADDRESS ON FILE | | | | | |
| 29368603 | ROE, JARED | ADDRESS ON FILE | | | | | |
| 29416183 | SANTIAGO, JORGE | ADDRESS ON FILE | | | | | |
| 29387092 | SAVINO, LORI | ADDRESS ON FILE | | | | | |
| 29422189 | SCHNEIDER, DAVID J | ADDRESS ON FILE | | | | | |
| 29395707 | SMITH, DEMARI LATRELL | ADDRESS ON FILE | | | | | |
| 29410810 | SMITH, MARK ANTHONY | ADDRESS ON FILE | | | | | |
| 29425668 | SOTO, DIANA | ADDRESS ON FILE | | | | | |
| 29423786 | STUCKEY, LEMAR DESHAUN | ADDRESS ON FILE | | | | | |
| 29389885 | SWEARINGEN, JEFFREY SCOTT | ADDRESS ON FILE | | | | | |
| 29356589 | THAXTON, ROD | ADDRESS ON FILE | | | | | |
| 29387464 | THOMAS, RODKIA SCHNELL | ADDRESS ON FILE | | | | | |
| 29378077 | THOMPSON, STEPHEN | ADDRESS ON FILE | | | | | |
| 29406116 | TORRES, JAZELLE M | ADDRESS ON FILE | | | | | |
| 29382740 | TRUJILLO, FELIPE | ADDRESS ON FILE | | | | | |

Exhibit D
Supplemental Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29387828 | TUCKER, TINA LOUISE | ADDRESS ON FILE | | | | | |
| 29370425 | TURNER, SHAUGHNESSY PEARL | ADDRESS ON FILE | | | | | |
| 29431096 | VANDETTI, JACK C | ADDRESS ON FILE | | | | | |
| 29377725 | VULGAMORE, TABITHA LYNN | ADDRESS ON FILE | | | | | |
| 29359041 | WALTERS, KERRI BETH | ADDRESS ON FILE | | | | | |
| 29421718 | WARD, MATTHEW RYAN | ADDRESS ON FILE | | | | | |
| 29408555 | WHITE, RENA | ADDRESS ON FILE | | | | | |
| 29398816 | WILSON, NATHAN AUGUST | ADDRESS ON FILE | | | | | |
| 29404510 | YOUNG, ORLANTHA | ADDRESS ON FILE | | | | | |

**Exhibit E**

Exhibit E

Supplemental Contract Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29332738 | ACESUR NORTH AMERICA INC | 2500 WESTCHESTER AVENUE | SUITE 402 | | PURCHASE | NY | 10577 | |
| 29463413 | APL | 1579 MIDDLE HARBOR RD | BERTH 0060 | | OAKLAND | CA | 94607 | |
| 29463418 | Applied OLAP, Inc. | 600 Boulevard South SW | Suite 306 | | Huntsville | AL | 35802 | |
| 29463455 | Auror USA, INC | 3601 Walnut St | Ste 500 | | Denver | CO | 80205-4198 | |
| 29463459 | Avecto, Inc. | Building One, Trident Business Park | Styal Road, Manchester Airport | | Manchester | GB | M22 5XB | |
| 29305482 | BDPM GROUP LLC | 640 E PURDUE AVE | #201 | | PHOENIX | AZ | 85020 | |
| 29463528 | Capital Fire Protection Co. | 3360 Valleyview Dr. | | | Columbus | OH | 43204 | |
| 29463547 | CBRE, Inc. | 2121 North Pearl Street | Suite 300 | | Dallas | TX | 75201 | |
| 29463586 | Cision US Inc. | 300 S Riverside Plaza | Suite 300 | | Chicago | IL | 60606 | |
| 29463626 | Command7 Services Group, LLC | 6440 Millrock Drive, #350 | | | Salt Lake City | UT | 84121 | |
| 29463636 | Computershare Inc. and Computershare Trust Company, N.A. | 150 Royall Street | | | Canton | MA | 02021 | |
| 29463666 | Consolidated Stores International Corporation | 4600 Progress Lane | | | Winston-Salem | NC | 27106 | |
| 29463679 | Constellation NewEnergy, Inc. | 1310 Point Street | | | Baltimore | MD | 21231 | |
| 29463696 | CORPORATE REMEDIES, INC. | 14001 Dallas Pkwy Ste 1200 | | | Dallas | TX | 75240-7369 | |
| 29463720 | Daily Services, LLC | 12 E Gambier | | | St Mount Vernon | OH | 43050-3316 | |
| 29463745 | Deloitte & Touche LLP | 30 Rockefeller Plz Ste 4350 | | | New York | NY | 10112-4399 | |
| 29463761 | Dematic | 756 W Peachtree St NW | | | Atlanta | GA | 30308 | |
| 29463838 | Estes Forwarding Worldwide, LLC | 100 Gateway Centre Pkwy | Ste 210 | | Richmond | VA | 23235-5174 | |
| 29463872 | First Contact LLC | St. Louis, Missouri | | | Charlotte | NC | 63119 | |
| 29463916 | Georgeson Inc. | 1290 Avenue of the Americas | 9th Floor | | New York | NY | 10104 | |
| 29463932 | GoSecure, Inc. | 2630-630 boul René-Lévesque O | | | Montreal | QC | H3B 1S6 | Canada |
| 29463933 | GovDocs, Inc. | 1305 Corporate Center | Drive | Suite 400 | Eagan | MN | 55121 | |
| 29463973 | Hub Group, Inc. d/b/a Unyson Logistics | 2001 Hub Group Way | | | Oak Brook | IL | 60523 | |
| 29463992 | IBM | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464004 | IBM Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464039 | Informatic Technologies, Inc. | 825 Georges Road | | | North Brunswick Township | NJ | 08902 | |
| 29464040 | Information Control Company | 5455 Rings Rd | Suite 500 | | Dublin | OH | 43017 | |
| 29464080 | Intelligrated Systems, LLC | 855 S Mint Street | Suite 600 | | Charlotte | NC | 28202 | |
| 29464098 | International Business Machines Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464159 | Johnson Controls, Inc. | 5757 N. Green Bay Ave. | | | Milwaukee | WI | 53201 | |
| 29464165 | JumpMind Inc. | 8999 Gemini Pkwy | | | Columbus | OH | 43240 | |
| 29464192 | KPMG LLP | 345 PARK AVENUE | | | NEW YORK | NY | 10154 | |
| 29464209 | Kronos Incorporated | 900 Chelmsford Street | | | Lowell | MA | 01851 | |
| 29464215 | Leasenet Inc | 1951 Kidwell Drive | Suite 101 | | Vienna | VA | 22182 | |
| 29464235 | Liquid Asset Partners LLC | 2700 Patterson Ave SE | | | Grand Rapids | MI | 49546 | |
| 29464238 | LogicSource | 44 Main Street | | | Westport | CT | 06880 | |
| 29464251 | Mærsk Agency U.S.A. Inc. | Esplanaden 50 | | | Copenhagen K | | DK-1263 | Denmark |
| 29464256 | Maersk Agency U.S.A., Inc. | 180 Park Avenue | Building 105 | | Florham Park | NJ | 07932 | |
| 29464284 | MÆRSK LINE | 180 Park Avenue | Building 105 | | Florham Park | NJ | 07932 | |
| 29464308 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | | Atlanta | GA | 30339 | |
| 29464338 | McCormick Equipment Company | 112 Northeast Drive | | | Loveland | OH | 45249 | |
| 29464357 | Meridian Compensation Partners, LLC | 3811 Turtle Creek Boulevard | Suite 425 | | Dallas | TX | 75219 | |
| 29464375 | MicroStrategy | 1850 Towers Crescent Plaza | | | Tysons Corner | VA | 22182 | |
| 29464377 | MicroStrategy Incorporated | 160 Elgin Street | Suite 2600 | | Ottawa | ON | K1P1C3 | Canada |

Exhibit E

Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 29464379 | MicroStrategy Services Corporation | 1850 Towers Crescent Plaza | | | Tysons Corner | VA | 22182 | |
| 29464404 | Muzak LLC d/b/a Mood Media | 2100 S IH 35 Frontage Rd. | Suite 201 | | Austin | TX | 78704 | |
| 29464417 | NATIONWIDE CONSULTING COMPANY, INC. | 66 GLEN AVENUE | | | GLEN ROCK | NJ | 07452 | |
| 29464434 | NetSpend Corporation | PO Box 2136 | | | Austin | TX | 78768-2136 | |
| 29464449 | NFI Interactive Logistics, LLC | 2 Cooper Street | | | Camden | NJ | 08102 | |
| 29464464 | OMNIA PARTNERS, LLC | 5001 Aspen Grove Drive | | | Franklin | TN | 37067 | |
| 29464470 | On-Target Cleaning | 911 College St | | | Bowling Green | KY | 42101 | |
| 29464495 | Orion Energy Systems, Ltd. | 2210 Woodland Drive | | | Manitowoc | WI | 54220 | |
| 29464499 | Otis Elevator Company | 1 Carrier Place | | | Farmington | CT | 06032 | |
| 29464541 | Pickup Now, Inc. | 14681 Midway Rd | | | Addison | TX | 75001 | |
| 29464545 | Pilot Air Freight, LLC dba Pilot Freight Services | 2 Braxton Way | | | Glen Mills | PA | 19342 | |
| 29464547 | Pitney Bowes Credit Corporation | 3001 Summer Street | | | Stamford | CT | 06926 | |
| 29344289 | PR NEWSWIRE | 200 VESEY STREET | 119TH FLOOR | | NEW YORK | NY | 10281 | |
| 29464577 | PricewaterhouseCoopers LLP | 1 Embankment Place | | | London | | WC2N 6RH | United Kingdom |
| 29464579 | PricewaterhouseCoopers LLP | 569 Brookwood Village | Suite 851 | | Birmingham | AL | 35209 | |
| 29464581 | PricewaterhouseCoopers LLP | 2121 N. Pearl Street | Suite 2000 | | Dallas | TX | 75201 | |
| 29464591 | PrimeRevenue, Inc. | 600 Peachtree St NE | Suite 4400 | | Atlanta | GA | 30308 | |
| 29464601 | Proofpoint, Inc. | 925 W Maude Avenue | | | Sunnyvale | CA | 94085 | |
| 29464603 | ProStaff, LLC, d/b/a ITStaff | 191 Rosa Parks St | 10th floor | | Cincinnati | OH | 45202 | |
| 29464622 | Red-Carpet Studios LTD | 107 Northeast Drive | | | Loveland | OH | 45140 | |
| 29464648 | Safety-Kleen Systems, Inc. | 42 Longwater Drive | | | Norwell | MA | 02061 | |
| 29464654 | SailPoint Technologies, Inc. | 11120 Four Points Drive | Suite 100 | | Austin | TX | 78726 | |
| 29464659 | salesforce.com, inc. | Salesforce.com, Inc. | 415 Mission St | | San Francisco | CA | 94105 | |
| 29464687 | Securit, DBA Shred-it | 1383 North Service Road East | | | Oakville | ON | L6H 1A7 | Canada |
| 29464695 | Service Express, Inc. | 3855 Sparks Dr SE | | | Grand Rapids | MI | 49546 | |
| 29305778 | SHABANI & SHABANI, LLP | ATTN: AMERICAN HERITAGE PLAZA | 1801 CENTURY PARK EAST | SUITE 2100 | LOS ANGELES | CA | 90067 | |
| 29464726 | Spireon, Inc. | 1500 Solana Blvd Ste 6300 | | | Roanoke | TX | 76262-1713 | |
| 29464732 | SquareTrade, Inc. | 2000 Sierra Point Pkwy, Ste 300 | | | Brisbane | CA | 94005 | |
| 29464748 | STG Logistics, Inc. | 951 Thorndale Avenue | | | Bensenville | IL | 60106 | |
| 29464766 | T.L. Ashford & Associates, Inc | 211 Grandview Dr Ste 205 | | | Fort Mitchell | KY | 41017-2726 | |
| 29464770 | Tango Analytics, LLC | 9797 Rombauer Road | Suite #450 | | Dallas | TX | 75019 | |
| 29464788 | Terminix International Company, L.P. | 29 Tandem Road | Unit #3 | | Concord | ON | L4K 3G1 | |
| 29464803 | The Haskell Company | 111 Riverside Avenue | | | Jacksonville | FL | 32202 | |
| 29464818 | The Terminix International Company, L.P. | 150 Peabody Pl- Terminix | | | Memphis | TN | 38103 | |
| 29464859 | Transitions RBG, LLC | 290 E Main St | | | Canton | GA | 30114-2709 | |
| 29464861 | Treasure Chest Advertising Company, Inc. | P.O. Box 950997 | | | Lake Mary | FL | 32795 | |
| 29464863 | Trintech Inc. | 5600 Granite Pkwy Ste 10000 | | | Plano | TX | 75024-4179 | |
| 29229877 | VENTURE PARTNERS LLC | 401 N. MICHIGAN AVE. | SUITE 1200 | | CHICAGO | IL | 60611 | |
| 29464904 | Verizon | One Verizon Way | | | Basking Ridge | NJ | 07920-1097 | |
| 29464909 | Verizon Wireless | 1095 Avenue of the Americas | | | New York | NY | 10036 | |
| 29464916 | Vertis, Inc. | N61W23044 Harry's Way | | | Sussex | WI | 53089 | |
| 29464947 | West Coast Liquidators, Inc. | 12434 4th St | | | Rancho Cucamonga | CA | 91730 | |
| 29464968 | Xerox Corporation | 201 Merritt 7 | | | Norwalk | CT | 06851-1056 | |

In re: Big Lots, Inc., et al.
Case No. 24-11967 (JKS)

Page 2 of 2

**<u>Exhibit F</u>**

Exhibit F

Supplemental Landlords Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29305941 | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES | 535 5TH AVE | FL 12 | NEW YORK | NY | 10017-3628 |
| 29433069 | TANQUE VERDE CENTER LLC | DAHLSTROM 6872 TANQUE VERDE | 2012 N COUNTRY CLUB RD | STE 7 | TUCSON | AZ | 85716-2831 |
| 29433358 | WISE COUNTY PLAZA WVA, LLC | WHITE, CHRIS | 267 CHASES COVE LN | | IRVINGTON | VA | 22480-2017 |