**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 511 & 821 |

**LANDLORD'S SUPPLEMENTAL LIMITED
OBJECTION TO CURE NOTICE AND RESERVATION OF RIGHTS**

BVB-NC, LLC (the "Landlord") files its supplemental limited objection, reservation of rights, and joinder (the "Supplemental Limited Objection") with respect to the *Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount* (D.I. 511) (the "Cure Notice"), and in support thereof respectfully states as follows:

1. On November 3, 2024, the Landlord filed its initial limited objection, reservation of rights, and joinder to the Cure Notice [D.I. 821] (the "Limited Objection")[2].

2. In its Limited Objection, the Landlord listed the Cure Amount as $29,327.41.

3. Landlord now supplements its objection to change the Cure Amount as of the Petition Date to $31,037.59 (the "Revised Cure Amount"). The basis for the Revised Cure Amount is set forth in the supporting affidavit attached hereto as **Exhibit A**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.

4.  The remaining objection is incorporated/not modified and Landlord reserves all rights.

Dated: December 18, 2024
       Wilmington, Delaware

**ESBROOK P.C.**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4995)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 308-8174
Email: Scott.leonhardt@esbrook.com

-and-

HUTCHENS LAW FIRM, LLP
William Walt Pettit (NC 9407)
6230 Fairview Road, Suite 315
Charlotte, NC 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

*Counsel for the Landlord*