UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter **11**

Case No. **24-11967** (**JKS**)

Debtor: **BIG LOTS, INC., et al.**  Related Docket No. 1384

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Russell R. Johnson III** to represent **Appalachian Power Company, et al. Utilities listed in Docket No. 272.** in this action.

Date: December 18, 2024
Wilmington, Delaware

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr.
Whiteford, Taylor & Preston LLC
600 North King Street
Suite 300
Wilmington, Delaware 19801
Tel: 302-353-4145
wtaylor@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **State of Virginia** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Firm Name: Law Firm of Russell R. Johnson III, PLC,
Address: 2258 Wheatlands Drive, Manakin-Sabot, VA 23102
Phone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 18th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE