**CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr., do hereby certify that in addition to the notice and service provided through the Court's ECF system, on December 18, 2024, I caused a true and correct copy of the *Joinder of Certain Utility Companies To the Motion of the Official Committee of Unsecured Creditors To (I) Enforce the Final DIP Order and Compel Payment of Stub Rent and Section 503(b)(9) Claims, or (II) In the Alternative, Convert These Cases Under Chapter 7 of the Bankruptcy Code* to be served by email on:

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers
Case B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Email: rdehney@morrisnichols.com, aremming@morrisnichols.com, tmann@morrisnichols.com, srchurchill@morrisnichols.com, csawyer@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Email: brian.resnick@davispolk.com, adam.shpeen@davispolk.com stephen.piraino@davispolk.com, ethan.stern@davispolk.com
*Debtors' Counsel*

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email:  Linda.Casey@usdoj.gov

Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Email:  jalberto@coleschotz.com, snewman@coleschotz.com
*Creditor Committee Counsel*

Darren Azman
Kristin Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, New York 10017
Email:  dazman@mwe.com, kgoing@mwe.com, salutkus@mwe.com, nrowles@mwe.com
*Creditor Committee Counsel*

> */s/ William F. Taylor, Jr.*
> William F. Taylor, Jr. (#2936)