**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1252** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
SEPTEMBER 9, 2024, THROUGH AND INCLUDING SEPTEMBER 30, 2024**

The undersigned counsel to the debtors and debtors in possession (the "Debtors") hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *First Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 9, 2024, through and Including September 30, 2024* [D.I. 1252] (the "Application"), filed on November 26, 2024.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Objections to the approval of the Application were to be filed and served no later than December 17, 2024, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $478,009.00 | $48,690.26 | $382,407.20 | $431,097.46 |

*[Remainder of page left intentionally blank]*

Dated: December 18, 2024
Wilmington, Delaware

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ *Casey B. Sawyer*
          Robert J. Dehney, Sr. (No. 3578)
          Andrew R. Remming (No. 5120)
          Tamara K. Mann (No. 5643)
          Sophie Rogers Churchill (No. 6905)
          Casey B. Sawyer (No. 7260)
          1201 N. Market Street, 16th Floor
          Wilmington, DE 19801
          Tel: (302) 658-9200
          rdehney@morrisnichols.com
          aremming@morrisnichols.com
          tmann@morrisnichols.com
          srchurchill@morrisnichols.com
          csawyer@morrisnichols.com

          *-and-*

          DAVIS POLK & WARDWELL LLP

          Brian M. Resnick (admitted *pro hac vice*)
          Adam L. Shpeen (admitted *pro hac vice*)
          Stephen D. Piraino (admitted *pro hac vice*)
          Jonah A. Peppiatt (admitted *pro hac vice*)
          Ethan Stern (admitted *pro hac vice*)
          450 Lexington Avenue
          New York, NY 10017
          Tel.: (212) 450-4000
          brian.resnick@davispolk.com
          adam.shpeen@davispolk.com
          stephen.piraino@davispolk.com
          jonah.peppiatt@davispolk.com
          ethan.stern@davispolk.com

          *Counsel to the Debtors and Debtors in Possession*