UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-11967-KS |
| BIG LOTS, et al. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | | Re: D.I. 1102 |

**ORDER GRANTING MOTION TO ALLOW LATE FILING OF OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT**

UPON CONSIDERATION of the Motion to Allow Late Filing of Objection of Jewell Square, RLLP to Cure Amount, and no sustainable objections having been filed and for cause shown,

IT IS HEREBY ORDER THAT:

1. The Motion is GRANTED.
2. The Objection of Jewell Square, RLLP to Cure Amount is hereby deemed timely filed.

Dated: December 18th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE