# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Danielle Mashburn-Myrick of Phelps Dunbar LLP to represent Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.

Dated: December 19, 2024  
Wilmington, Delaware

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899-1266

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the States Alabama, Florida, and Mississippi. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the Standing Order for the District Court Fund, revised on December 21, 2023. Furthermore, I certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Danielle Mashburn-Myrick*
Danielle Mashburn-Myrick, Esq.
**PHELPS DUNBAR LLP**
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Email: danielle.mashburnmyrick@phelps.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.