United States Bankruptcy Court for the District of Delaware

# WITHDRAWAL OF CLAIM

2024 DEC 19 PM 12: 22

| | |
|---|---|
| Debtor Name and Case Number: | 24-11967 |
| Creditor Name and Address: | Douglas County Tax Commissioner's Office<br>6200 FAIRBURN RD<br>DOUGLASVILLE GA 30134 |
| Court Claim Number (if known): | 3735-1-jekqq-379568593 |
| Date Claim Filed: | 10-29-2024 |
| Total Amount of Claim Filed: | 8309.25 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/09/2024

Print Name: Yanira Walker

Title (if applicable): Administrative Assistant

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

# 2024 PROPERTY TAX STATEMENT

| Bill No | Original Due Date | TOTAL DUE |
|---|---|---|
| 2024-1074164 | 12/04/2024 | $0.00 |

Parcel: P2585  Type: PP  Printed: 12/09/2024
Location: 2842 CHAPEL HILL RD 5168 30135

**GREGORY BAKER**
Douglas County Tax Commissioner
6200 Fairburn Rd
Douglasville, GA  30134

MAKE CHECK OR MONEY ORDER PAYABLE TO:
DOUGLAS COUNTY TAX COMMISSIONER

BIG LOTS STORE, INC.
DBA: BIG LOTS #5168
ATTN: TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081

**RETURN THIS PORTION WITH PAYMENT**

---

**GREGORY BAKER**
Douglas County Tax Commissioner
6200 Fairburn Rd
Douglasville, GA  30134
Phone (770) 920-7272
www.douglastax.org



**Tax Payer:** BIG LOTS STORE, INC.
**Map/Parcel#:** P2585   PERSONAL
**Description:** BUSINESS
**Location:** 2842 CHAPEL HILL RD 5168 30135
**Bill No:** 2024-1074164
**District:** 03 - DOUGLASVILLE

| Improvement Value | Land Value | Fair Market Value | Acres | Exemptions | Original Due Date | Print Date | Payment Good Through |
|---|---|---|---|---|---|---|---|
| | | 499,810 | | | 12/04/2024 | 12/09/2024 | 12/15/2024 |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | HTRG Credit | Net Tax |
|---|---|---|---|---|---|---|---|
| COUNTY TAX | 499,810 | 199,924 | | 199,924 | 15.846 | | 3,168.00 |
| SALES TAX CREDIT - COUNTY | 499,810 | 199,924 | | 199,924 | - 3.783 | | - 756.31 |
| SCHOOL BOND | 499,810 | 199,924 | | 199,924 | 0.500 | | 99.96 |
| SCHOOL TAX | 499,810 | 199,924 | | 199,924 | 18.900 | | 3,778.56 |
| DOUGLASVILLE BOND | 499,810 | 199,924 | | 199,924 | 1.350 | | 269.90 |
| CITY OF DOUGLASVILLE | 499,810 | 199,924 | | 199,924 | 12.689 | | 2,536.84 |
| SALES TAX CREDIT - CITY | 499,810 | 199,924 | | 199,924 | - 3.940 | | - 787.70 |
| **TOTALS** | | | | | 41.562 | | 8,309.25 |

Georgia law requires all bills be sent to the January 1st owner.

Appealed tax statements will be billed at 85% unless otherwise specified to be billed at 100%.

Delinquent taxes accrue interest monthly.  Penalties are also applied to delinquent taxes up to 20% maximum per GA Code 48-2-40 and 48-2-44.  If taxes are not paid in full, a lien will be filed on the property.

Payment Options:
Online : http://www.douglastax.org.  Accepts Visa, MasterCard, Discover, and American Express with a convenience fee of 3% charged by a third-party company.
Mail: Check or money order payable to DCTC. Mail to Douglas County Tax Commissioner 6200 Fairburn Rd. Douglasville, GA 30134.
In Person: Accepts Checks or Money Orders, Cash, and Visa, MasterCard, Discover, and American Express with a convenience fee of 3% charged by a third-party company.

Please visit our website www.douglastax.org.  Here you can pay your tax statement, view your bill, and retrieve additional information.

| | |
|---|---|
| Current Due | $8,309.25 |
| Penalty | $0.00 |
| Interest | $0.00 |
| Other Fees | $0.00 |
| Previous Payments | -$8,309.25 |
| Back Taxes | $0.00 |
| **TOTAL DUE** | **$0.00** |
| Printed: | 12/09/2024 |