**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**November 1, 2024, through November 30, 2024**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 534.00 |
| In-House Printing - black & white | 3,573.70 |
| In-House Printing - color | 3,633.60 |
| Support Staff Overtime | 5.50 |
| Computer Research - Westlaw | 965.40 |
| Messenger Service | 20.00 |
| Transcripts | 3,482.50 |
| Courier/Delivery Service | 1,651.60 |
| Photos/Art/Spec Duplicating-Out of Office | 3,312.90 |
| Meals | 262.38 |
| Court Costs | 84.00 |
| Supplemental Tech Trial Support Services | 27.25 |
| Miscellaneous | 10.00 |
| Use of Facilities/Equipment | 600.00 |
| **Grand Total Expenses** | **$18,162.83** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/25/24 | Transcripts - Transcript for sale research. | 1.0 | 74.25 |
| 10/28/24 | Transcripts - Auction transcriber fee. | 1.0 | 350.00 |
| 10/31/24 | Court Costs - Filing fee for amended schedules. | 1.0 | 34.00 |
| 11/01/24 | In-House Printing - black & white | 94.0 | 9.40 |
| 11/01/24 | Pacer | 178.0 | 17.80 |
| 11/01/24 | Computer Research - Westlaw | 1.0 | 119.40 |
| 11/03/24 | Pacer | 93.0 | 9.30 |
| 11/04/24 | Pacer | 546.0 | 54.60 |
| 11/04/24 | Computer Research - Westlaw | 3.0 | 82.80 |
| 11/05/24 | Pacer | 438.0 | 43.80 |
| 11/05/24 | In-House Printing - black & white | 2,039.0 | 203.90 |
| 11/05/24 | Transcripts - Transcript of November 5 hearing. | 1.0 | 500.40 |
| 11/05/24 | Courier/Delivery Service - Delivery of materials to and from courtroom for November 5 hearing. | 1.0 | 20.00 |
| 11/05/24 | Courier/Delivery Service - Lunch delivery fee for November 5 hearing. | 1.0 | 65.00 |
| 11/05/24 | Supplemental Tech Trial Support Services | 1.0 | 27.25 |
| 11/06/24 | Pacer | 115.0 | 11.50 |
| 11/06/24 | In-House Printing - black & white | 267.0 | 26.70 |
| 11/06/24 | In-House Printing - color | 6.0 | 4.80 |
| 11/07/24 | Pacer | 332.0 | 33.20 |
| 11/07/24 | Transcripts - 11/7/24 lease auction transcript. | 1.0 | 764.80 |
| 11/07/24 | Transcripts - Transcript of November 7 hearing. | 1.0 | 313.90 |
| 11/07/24 | Photos/Art/Spec Duplicating-Out of Office - Third party printing cost for Court's hearing binders. | 1.0 | 305.74 |
| 11/07/24 | In-House Printing - black & white | 155.0 | 15.50 |
| 11/07/24 | In-House Printing - color | 48.0 | 38.40 |
| 11/07/24 | Messenger Service – Delivery of agenda documents to chambers. | 1.0 | 5.00 |
| 11/08/24 | Pacer | 211.0 | 21.10 |
| 11/08/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 11/08/24 | In-House Printing - black & white | 181.0 | 18.10 |
| 11/10/24 | Computer Research - Westlaw | 1.0 | 220.80 |
| 11/11/24 | Pacer | 146.0 | 14.60 |
| 11/11/24 | Computer Research - Westlaw | 3.0 | 340.20 |
| 11/11/24 | In-House Printing - black & white | 39.0 | 3.90 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/11/24 | In-House Printing - color | 1.0 | 0.80 |
| 11/12/24 | Pacer | 140.0 | 14.00 |
| 11/12/24 | Transcripts - Transcript of November 12 hearing. | 1.0 | 55.10 |
| 11/12/24 | Computer Research - Westlaw | 1.0 | 0.00 |
| 11/13/24 | Pacer | 194.0 | 19.40 |
| 11/14/24 | Pacer | 215.0 | 21.50 |
| 11/14/24 | Support Staff Overtime | 1.0 | 5.50 |
| 11/14/24 | Court Costs - Pro hac vice fee for David S. Bloomfield, Jr. | 1.0 | 50.00 |
| 11/14/24 | Computer Research - Westlaw | 1.0 | 0.00 |
| 11/14/24 | In-House Printing - black & white | 90.0 | 9.00 |
| 11/15/24 | In-House Printing - color | 13.0 | 10.40 |
| 11/15/24 | In-House Printing - black & white | 30.0 | 3.00 |
| 11/15/24 | Pacer | 234.0 | 23.40 |
| 11/16/24 | Computer Research - Westlaw | 2.0 | 36.60 |
| 11/17/24 | Pacer | 160.0 | 16.00 |
| 11/18/24 | Pacer | 440.0 | 44.00 |
| 11/19/24 | In-House Printing - black & white | 1,573.0 | 157.30 |
| 11/19/24 | Pacer | 356.0 | 35.60 |
| 11/19/24 | In-House Printing - color | 96.0 | 76.80 |
| 11/19/24 | Computer Research - Westlaw | 1.0 | 82.80 |
| 11/19/24 | Photos/Art/Spec Duplicating-Out of Office - Third party printing cost for Court's binders. | 1.0 | 463.55 |
| 11/20/24 | In-House Printing - black & white | 18,167.0 | 1,816.70 |
| 11/20/24 | In-House Printing - color | 2,903.0 | 2,322.40 |
| 11/20/24 | Pacer | 378.0 | 37.80 |
| 11/20/24 | Courier/Delivery Service - Lunch delivery fee in preparation for November 21 hearing. | 1.0 | 65.00 |
| 11/20/24 | Computer Research - Westlaw | 2.0 | 27.60 |
| 11/20/24 | Messenger Service – Delivery of agenda documents to chambers. | 1.0 | 5.00 |
| 11/21/24 | In-House Printing - black & white | 10,379.0 | 1,037.90 |
| 11/21/24 | Pacer | 135.0 | 13.50 |
| 11/21/24 | Messenger Service – Delivery of agenda documents for continued hearing to chambers. | 2.0 | 10.00 |
| 11/21/24 | Courier/Delivery Service - Lunch delivery fee for November 21 hearing. | 1.0 | 45.00 |
| 11/21/24 | Courier/Delivery Service - Delivery from Judge J. Kate Stickles Courtroom 6 to Morris Nichols. | 1.0 | 53.00 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 11/21/24 | Courier/Delivery Service - Breakfast delivery for November 21 hearing. | 1.0 | 90.00 |
| 11/21/24 | Courier/Delivery Service - Delivery from Morris Nichols to U.S. Bankruptcy Court, 5th Floor | 1.0 | 116.00 |
| 11/21/24 | Courier/Delivery Service - Lunch for 25 people for November 21 hearing. | 1.0 | 1,197.60 |
| 11/21/24 | Photos/Art/Spec Duplicating-Out of Office - Third party printing costs for Court's binders. | 1.0 | 2,543.61 |
| 11/21/24 | Meals - Dinner cost for six attorneys for November 21 hearing. | 1.0 | 262.38 |
| 11/21/24 | In-House Printing - color | 842.0 | 673.60 |
| 11/21/24 | Miscellaneous security charge | 1.0 | 10.00 |
| 11/21/24 | Use of Facilities/Equipment – Use of trial space for November 21 hearing. | 1.0 | 600.00 |
| 11/22/24 | In-House Printing - black & white | 2,723.0 | 272.30 |
| 11/22/24 | Pacer | 102.0 | 10.20 |
| 11/22/24 | In-House Printing - color | 633.0 | 506.40 |
| 11/22/24 | Transcripts - Transcript of November 21 hearing. | 1.0 | 1,424.05 |
| 11/24/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 11/25/24 | Pacer | 217.0 | 21.70 |
| 11/26/24 | Pacer | 542.0 | 54.20 |
| 11/27/24 | Pacer | 125.0 | 12.50 |
| 11/29/24 | Pacer | 43.0 | 4.30 |
| | | **Total** | **$18,162.83** |