# SIGN-IN SHEET

| CASE NAME   Big Lots Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  12/19/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Darren Azman | McDermott | Committee |
| Justin Alberto | Cole Schotz | Committee |
| Stacy Newman | Cole Schotz | Committee |
| Brian Resnick | Davis Polk | Debtors |
| Adam Spheen | Davis Polk | |
| Robert Dehney | Morris Nichols | |
| Andrew Remming | Morris Nichols | |
| Stephen Piraino | Davis Polk | |
| Vincent Cahill | | |
| Kevin Winiarski | | |
| Jacob Goldberger | | |
| Sophia Churchill | Morris Nichols | |
| Bill Hazeltine | Sullivan Hazeltine | RPI Landlords |
| Larry Kotler | Duane Morris LLP | NP-AC Industrial Holdings, LLC |

# SIGN-IN SHEET

| CASE NAME   Big Lots Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  12/19/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ivan Gold | Allen Matkins | Various Landlords |
| Leslie Heilman | Ballard Spahr LLP | " " |
| Linda Casey | UST | UST |
| Susan Kaufman | Law Office of Susan Kaufman | Various Landlords + Tempur Sealy |
| Joe Mintz | Blank Rome | Ollies Bargain Outlet |
| Lorenzo Thomas | Blank Rome | " " |
| Monique DiSabatino | Saul Ewing | Philips Edison & Co |
| Domenic Pacitti | Klehr Harrison | Blue Owl |
| Ericka Johnson | Bayard | Loop 288 |
| Joshua Brooke | Landis Rath & Cobb | Kroger/Divisions |
| Jeffrey Carbino | | Big MSP |
| | | |
| | | |
| | | |

# 12/19/2024 Appearances

## 1:00 PM

☐ **24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Kevin Abrams | Conroad Associates, LP | Conroad Associates, LP |
| ☐ Areeb Maqbool Ahmed | | |
| ☐ Emilio Amendola | A&G Real Estate Partners | Debtors |
| ☐ Robert Amicone | | |
| ☐ Rick Archer | Law360 | |
| ☐ Yelena Archiyan | Katten Muchin Rosenman LLP | Realty Income Corporation |
| ☐ Robert Axenrod | | |
| ☐ Matthew Thomas Barr | Rubin & Levin, P.C. | Aldi Inc. |
| ☐ Jim T Bastian | Shulman Bastian Friedman & Bui LLP | 6351 Westminster Blvd LLC |
| ☐ Brendan G Best | Varnum LLP | 5620 Nolensville Pike, LLC |
| ☐ John Bougiamas | Otterbourg P.C. | 1903P Loan Agent, LLC |
| ☐ Matthew Brock | Davis Polk | Debtors |
| ☐ Joshua Brooks | Landis Rath & Cobb LLP | Kroger Limited Partnership I & Divisions, Inc. |
| ☐ Steven Brown | Steve Brown & Associates | Show Low Yale Casitas |
| ☐ Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | |
| ☐ Michael G. Busenkell | Gellert Seitz Busenkell & Brown, LLC | Connor Recreational Center, Inc. |
| ☐ Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtors |

| Name | Firm | Client |
|---|---|---|
| ☐ Vincent Cahill | Davis Polk | Debtors |
| ☐ Jeffrey Carbino | JMCarbinoLaw | Big Mifl2 Owner LLC |
| ☐ Candace C Carlyon | Carlyon Cica Chtd | Tropicana Palm Plaza |
| ☐ Sarah Carnes | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| ☐ Cameron Carpenter | Davis Polk | Debtors |
| ☐ Weyman Carter | Burr & Forman LLP | Eden Limited Partnership and Collins Corner |
| ☐ Connor Casas | | Interested Party |
| ☐ Steven Church | | |
| ☐ Christopher Coleman | King & Spalding LLP | PROG Holdings |
| ☐ Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC |
| ☐ Kevin G Collins | Barnes & Thornburg LLP | Jordan Manufacturing Company |
| ☐ David H. Conaway | Shumaker Loop & Kendrick LLP | |
| ☐ Mark B. Conlan | Gibbons P.C. | Roundtripping Ltd. |
| ☐ Cat Corey | | |
| ☐ Jay Danforth | | |
| ☐ Christopher Daniel | Big Lots | |
| ☐ Michael David DeBaecke | Ashby & Geddes | Colgate |
| ☐ Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtors |
| ☐ Anthony Dellose | Ashby & Geddes, P.A. | Gordan Brothers |
| ☐ Shane Doherty | | Agent |
| ☐ Gregory T Donilon | Montgomery McCracken Walker & Rhoads LLP | Brunswick-Chili-Trexler-Jacksonville Landlords |

| | | |
|---|---|---|
| ☐ Christopher M. Donnelly | Morris James LLP | Ogden Plaza LLC |
| ☐ Jack M. Dougherty | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| ☐ James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | |
| ☐ Mark Duedall | Baker Donelson | Capteris |
| ☐ David Keith Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. |
| ☐ James B Eising | Johnson Pope | Allen Road/Dade City/South Square/Lawrenceville |
| ☐ Robert Esposito | | |
| ☐ Darcy Eveleigh | | |
| ☐ Turner Falk | Saul Ewing LLP | Logo Brands |
| ☐ William T. Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ Mark E. Felger Esq. | Cozen O'Connor | Variety Wholesalers |
| ☐ Jennifer Fenn | Choate Hall & Stewart | |
| ☐ Robert R. Feuille | ScottHulse, P.C. | Cielo Paso Parke Green, LP |
| ☐ Robert Fitzgerald | | |
| ☐ Scott Flaherty | Debtwire/press outlet | |
| ☐ Scott L. Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 945] |
| ☐ Steven Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners, LLC |
| ☐ Simon E. Fraser | Cozen O'Connor | Variety Wholesalers |
| ☐ Gil Frazier | | Variety Wholesalers |
| ☐ Scott Friedman | Pulse Ratings | |
| ☐ Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System |
| ☐ David W. Gaffey | Whiteford Taylor & Preston, LLP | Cambridge Investment Inc. |

| | | |
|---|---|---|
| ☐ Jorge Garcia | Saul Ewing LLP | All Courtesy International Ltd. |
| ☐ Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Bayshore Mall 1A, 1B, and 2 |
| ☐ Ronald E Gold | Frost Brown Todd LLC | Tempur Sealy Intnl., and affiliates, WPG Legacy |
| ☐ Jacob Goldberger | Davis Polk | Debtors |
| ☐ Randy Green | | |
| ☐ Andrew J Greene | TLM Realty Corp. | Blue Ash, OH Realty LLC et. al. |
| ☐ Micah Groppo | | Lotus Bakeries North America |
| ☐ James H Haithcock | Burr & Forman LLP | Comenity Capital Bank |
| ☐ Jay Haithcock | Burr & Forman LLP | Comenity Bank |
| ☐ Chris Hasson | | |
| ☐ Jennifer Hepner | Katten | N/A |
| ☐ Jacob Hines | | Agent |
| ☐ Patrick Holohan | | |
| ☐ Cassue Holstein | | |
| ☐ Audrey Hornisher | Clark Hill PLC | USPG Portfolio Two, LLC et al. |
| ☐ Richard Howell | | Interested Party |
| ☐ Scarlett Huang | Davis Polk | Debtors |
| ☐ Lauren Huber | Potter Anderson & Corroon LLP | Interested Party |
| ☐ M. Glenn Huether | Wells Fargo | |
| ☐ Morgan Hutchinson | Husch Blackwell LLP | Elite Comfort Solutions |
| ☐ Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC |
| ☐ James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ Russell R. Johnson III | Law Firm of Russell R. Johnson III, PLC | Baltimore Gas and Electric Company, Commonwealth E |

| | Name | Firm | Client |
|---|---|---|---|
| ☐ | Jeffrey Kaplan | | |
| ☐ | Kaylena Kaufmann | | |
| ☐ | Joy D. Kleisinger | Frost Brown Todd LLC | Kroger Limited Partnership & Divisions, Inc. |
| ☐ | John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC |
| ☐ | Jane Komsky | | |
| ☐ | John Kuebler | Weil, Gotshal & Manges LLP | Observer |
| ☐ | Joyce A Kuhns | Offit Kurman, P.A. | |
| ☐ | Carl N. Kunz | Morris James LLP | Ogden Plaza LLC |
| ☐ | Jacob Lang | Choate Hall & Stewart | |
| ☐ | Raymond H. Lemisch | Klehr Harrison | The Grove Shops LLC |
| ☐ | Joseph H Lemkin | Stark & Stark | Unilever |
| ☐ | Scott J. Leonhardt | Esbrook P.C. | Normandy Square East, LLC, et al. |
| ☐ | Joshua A. Lesser | Bradley Arant Boult Cummings LLP | MARKET ON CHERRY (SOUTH CAROLINA) LIMITED PARTNERS |
| ☐ | Joshua Lewis | | |
| ☐ | Brian Lindblom | | |
| ☐ | Christopher L Lucas | Regency Properties | Regency Properties |
| ☐ | Christopher L Lucas | Regency Properties | Regency Properties |
| ☐ | Chris Macke | Big Lots | Debtors |
| ☐ | Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ | Kevin Mann | Cross & Simon, LLC | B & B Cash Grocery |
| ☐ | Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor |
| ☐ | James McClammy | Davis Polk | Debtors |

| | Name | Firm | Client |
|---|---|---|---|
| ☐ | Garvan McDaniel | 1975 | Premium Asset Management |
| ☐ | Maura P McIntyre | Squire Patton Boggs (US) LLP | |
| ☐ | Marcy J. McLaughlin Smith | Womble Bond Dickinson (US) LLP | Burlington Coat Factory |
| ☐ | Colin Meehan | Richards, Layton & Finger | 1903P |
| ☐ | Dennis A. Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP |
| ☐ | Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco |
| ☐ | Rudy Morando | | Agent |
| ☐ | Gabriel A Morgan | Weil, Gotshal & Manges LLP | Observer |
| ☐ | Stephanie N Morrison | Weil, Gotshal & Manges LLP | Observer |
| ☐ | James j Morrison | Morrison 6, LLC | River Oaks Shopping Center, LLC |
| ☐ | Michael D. Mueller | Williams Mullen | Homestar |
| ☐ | Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC |
| ☐ | Yun Park | Law360 | |
| ☐ | Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Jonah A. Peppiatt | Davis Polk | Debtors |
| ☐ | Adrian F Perez | Big lots | |
| ☐ | Rich Peterson | | Grand art factory vietnam |
| ☐ | Stephen D. Piraino | Davis Polk | Debtors |
| ☐ | Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Art Pope | | Variety Wholesalers |
| ☐ | Brigid Prescott-Frank | DSD Partners | DSD Partners, LLC d/b/a Tactiq |

| | | |
|---|---|---|
| ☐ David P. Primack | Manning Gross & Massenburg LLP | Certain Landlords |
| ☐ Jonathan Ramsden | Big Lots | Debtors |
| ☐ Jonathan Randles | | Bloomberg News |
| ☐ Jennifer Raviele | Kelley Drye & Warren LLP | Landlord Creditors |
| ☐ Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ Brian Resnick | Davis Polk | Debtors |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ Robert Rich | Hunton Andrews Kurth LLP | N/A |
| ☐ Richard W. Riley | Whiteford, Taylor & Preston LLC | Certain Utility Companies |
| ☐ Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth |
| ☐ Rocky Robins | Big Lots | Debtors |
| ☐ Colin Robinson | PSZJ | Landlord |
| ☐ Robert Rock | NYS Office of The Attorney General | New York State Department of Taxation and Finance |
| ☐ Beth E Rogers | Rogers Law Offices | Simmons Bedding Company |
| ☐ Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ Laurel Roglen | Ballard Spahr LLP | Various landlords |
| ☐ Ryan Romes | | |
| ☐ James E Rossow | Rubin & Levin, P.C. | Aldi Inc. |
| ☐ Ross Rubin | Hunton Andrews Kurth | N/A |
| ☐ Kyle Ruddy | American Textile Industries, LLC | American Textile Industries, LLC |
| ☐ Alyssa Russell | | |
| ☐ LESLIE B. SPOLTORE | Obermayer Redmann Maxwell & Hippell LLP | Bayshore Mall 1A, 1B, and 2 |

| | | |
|---|---|---|
| ☐ Jeffery L Sanches | Tuggle Duggins PA | Homelegance Inc. |
| ☐ Hope L Sanchez | | Hope Sanchez |
| ☐ Hope L Sanchez | | Hope Sanchez |
| ☐ Jeff Saye | Saye Capital | |
| ☐ Michael Schlonsky | Big Lots | Debtors |
| ☐ Allison Selick | Kelley Drye | |
| ☐ Steven Serajeddini | | Interested Party |
| ☐ Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC |
| ☐ Ted Shiung | Permian Investment Partners | Permian Investment Partners |
| ☐ Adam L. Shpeen | Davis Polk | Debtors |
| ☐ Chad B. Simon | Otterbourg, P.C. | 1903P Loan Agent, LLC |
| ☐ Michael Solimani | Cole Schotz P.C. | |
| ☐ Ryan Spengler | Duane Morris LLP | |
| ☐ Ethan Stern | Davis Polk | Debtors |
| ☐ Sam Stoltenberg | | |
| ☐ Chase A Stone | Ervin Cohen & Jessup LLP | Clovis I, LLC, Desert Sky Esplanade, LLC, Red Moun |
| ☐ Samantha Stroman | Davis Polk | Debtors |
| ☐ Vince Sullivan | Law360 | |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth |
| ☐ Tony Sun | Davis Polk | Debtors |
| ☐ Cathy Ta | | |
| ☐ Cathy Ta | | |
| ☐ Domenic Tarquinio | | |
| ☐ Stanley B. Tarr | Blank Rome LLP | PNC Bank |

| | | |
|---|---|---|
| ☐ Matthew Taylor | Moore & Van Allen PLLC | |
| ☐ Gregory A. Taylor | Ashby & Geddes | Gordon Brothers Retail Partners, LLC |
| ☐ Matthew Taylor | Moore & Van Allen PLLC | |
| ☐ Bruce Thorn | Big Lots | Debtors |
| ☐ Brianna M Turner | Morris Nichols Arsht & Tunnell LLP | Debtors |
| ☐ John W. Vantine | Williams Mullen | Homestar |
| ☐ DVIR WEINBERG | | |
| ☐ Tina Walker | Homelegance, LLC | Homelegance |
| ☐ Jeffrey R. Waxman | Morris James LLP | Gerald Bogle |
| ☐ A.J. Webb | Frost Brown Todd LLC | Kroger Limited Partnership & Divisions, Inc. |
| ☐ Robert Westermann | Hirschler Fleischer | PPJ, LLC |
| ☐ Carter Wietecha | | Interested Party |
| ☐ Nichole Wilcher | Womble Bond Dickinson (US) LLP | Burlington Coat Factory |
| ☐ Jordan Williams | Blank Rome LLP | PNC Bank |
| ☐ Kevin Winiarski | Davis Polk | Debtors |
| ☐ lloyd abrams | Conroad Associates, L.P. | Conroad Associates, L.P. - creditor |
| ☐ missty gray | Burton Property Group | Crestview Corners, LLC |

2:00 PM

| | | |
|---|---|---|
| ☐ Kevin Abrams | Conroad Associates, LP | Conroad Associates, LP |
| ☐ Robert Axenrod | | |
| ☐ Weyman Carter | Burr & Forman LLP | Eden Limited Partnership |
| ☐ Connor Casas | | Interested Party |
| ☐ Cat Corey | | |
| ☐ Ayden Crosby | 9fin | |

| | | |
|---|---|---|
| ☐ Christopher M. Donnelly | Morris James LLP | Ogden Plaza LLC |
| ☐ James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | |
| ☐ David Edmonson | | |
| ☐ James Eising | Johnson Pope Bokor Ruppel and Burns LLP | Allen Road Retail Business Center, LLC |
| ☐ Darcy Eveleigh | | |
| ☐ Scott L. Fleischer | Barclay Damon LLP | Various Landlords |
| ☐ Ronald E Gold | Frost Brown Todd LLC | WPG Management Associates, Inc. and Tempur Sealy |
| ☐ Andrew J Greene | TLM Realty Corp. | Blue Ash, OH Realty LLC et. al. |
| ☐ Micah Groppo | | Lotus Bakeries North America |
| ☐ Jay Haithcock | Burr & Forman LLP | Comenity Bank |
| ☐ James Haithcock | Burr & Forman LLP | Comenity Capital Bank |
| ☐ Jennifer Hepner | Katten | N/A |
| ☐ Audrey Hornisher | Clark Hill PLC | GPR Investments, USPG, et. al |
| ☐ Richard Howell | | Interested Party |
| ☐ Lauren Huber | Potter Anderson & Corroon LLP | Interested Party |
| ☐ M. Glenn Huether | Wells Fargo | |
| ☐ Jeffrey Kaplan | | |
| ☐ Jane Komsky | | |
| ☐ Carl N. Kunz | Morris James LLP | Ogden Plaza LLC |
| ☐ Christopher L Lucas | Regency Properties | Regency Properties |
| ☐ Joseph Malfitano | Gordon Brothers | 1903P Loan Agent, LLC |
| ☐ Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor |
| ☐ Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco |

| | | |
|---|---|---|
| ☐ Byron Z Moldo | ERVIN COHEN & JESSUP LLP | Clovis I, LLC, Desert Sky Esplanade, LLC, Red Moun |
| ☐ Adrian F Perez | Big lots | |
| ☐ Jonathan Randles | | Bloomberg News |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth |
| ☐ Robert Rock | NYS Office of The Attorney General | New York State Department of Taxation and Finance |
| ☐ Laurel Roglen | Ballard Spahr LLP | Various landlords |
| ☐ Hope L Sanchez | | Hope Sanchez |
| ☐ Jeff Saye | Saye Capital | |
| ☐ Allison Selick | Kelley Drye | |
| ☐ Steven Serajeddini | | Interested Party |
| ☐ Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC |
| ☐ Vince Sullivan | Law360 | |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth |
| ☐ Cathy Ta | | |
| ☐ Stanley B. Tarr | Blank Rome LLP | PNC Bank |
| ☐ Matthew Taylor | Moore & Van Allen PLLC | |
| ☐ DVIR WEINBERG | | |
| ☐ Jeffrey R. Waxman | Morris James LLP | Gerald Bogle |
| ☐ Carter Wietecha | | Interested Party |
| ☐ Alex ZUCKERMAN | | |
| ☐ Jenny Zhou | | |
| ☐ missty gray | Burton Property Group | Crestview Corners, LLC |