### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*, | ) Case No.: 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: January 21, 2025 at 1:00 p.m. |
| | ) Obj. Deadline: January 3, 2025 at 4:00 p.m. |

## NOTICE OF MOTION TO COMPEL IMMEDIATE PAYMENT OF STUB RENT

**PLEASE TAKE NOTICE** Paragon Windermere, LLC and Lebanon Windermere, LLC, tenants in common (collectively, the "Landlord"), filed the *Motion to Compel Immediate Payment of Stub Rent* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, objections to the Motion, if any, must be filed on or before **January 3, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Landlord so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m. (Prevailing Eastern Time)** before The Honorable J. Kate

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 20, 2024

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE  19801
Tel.: (302) 777-4200
Fax: (302) 777-4224
Email: csimon@crosslaw.com

-and-

BOSE MCKINNEY & EVANS LLP

James P. Moloy
Indiana Bar No. 10301-49
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Tel.: (317) 684-5000
Fax: (317) 684-5173
Email: jmoloy@boselaw.com

*Counsel for Paragon Windermere, LLC and Lebanon Windermere, LLC*