# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL**
**IMMEDIATE PAYMENT OF STUB RENT**

Chris Block, being duly sworn upon his oath, deposes and states as follows:

1.      I am over the age of eighteen (18), and have personal knowledge of the facts stated in this Affidavit.  I am a Vice President of Paragon Realty, LLC, the property manager of a shopping center located at 6225 Allisonville Road, Indianapolis, Indiana 46220 (the "Shopping Center").

2.      The Shopping Center is owned by Paragon Windermere, LLC and Lebanon Windermere, LLC, tenants in common (the "Landlord").  The Landlord leases a portion of the Shopping Center to Big Lots Stores, LLC pursuant to a lease dated October 31, 2000 and modified on July 17, 2006 and on July 8, 2022 (the "Lease").

3.      I have reviewed the Motion to Compel Immediate Payment of Stub Rent filed by the Landlord, and the facts stated therein are true and correct to the best of my knowledge.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4904780

4.     The rent due under the Lease for the month of September 2024 was due on September 1, 2024 in the amount of $17,521.30, and said rent was not paid and remains owing.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

Dated this __19__ day of December, 2024.

*Chris Block*
_____
Chris Block