**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. ___** |

**ORDER GRANTING MOTION TO COMPEL**
**IMMEDIATE PAYMENT OF STUB RENT**

Paragon Windermere, LLC and Lebanon Windermere, LLC, tenants in common (collectively, the "Landlord"), by counsel, having filed their Motion to Compel Immediate Payment of Stub Rent ("Motion"), requesting the immediate payment of stub rent in the amount of $12,264.91 pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), and the Court having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that:

1. The Motion is granted.

2. Big Lots Stores, LLC, one of the debtors herein ("Debtor") is authorized and directed to immediately pay the sum of $12,264.91 to the Landlord, representing stub rent payable under the Lease (as defined in the Motion) pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1).