**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al. | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Bradshaw Rost, Esq., of Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, Maryland 20815 hereby enters his appearance on behalf of Carrollton-White Marsh, LLC, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interest of Carrollton-White Marsh, LLC, and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Dated: December 19, 2024                                Respectfully Submitted,

/s/ Bradshaw Rost
Bradshaw Rost, Esq.
Tenenbaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
(301) 961-5300 – Phone
BRost@tspclaw.com
*Counsel for Creditor*,
*Carrollton-White Marsh, LLC*