**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: 1/7/2025 at 4:00 p.m. (ET)**<br>**Hearing Date: 1/21/2025 at 1:00 p.m. (ET)** |

**NOTICE OF MOTION OF ECOL PARTNERSHIP, LLC FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EPXENSE CLAIM**

TO:　All parties on the attached service list

PLEASE TAKE NOTICE that on December 20, 2024, ECOL Partnership, LLC, by and through its undersigned counsel, filed the foregoing *Motion for Allowance and Payment of Administrative Expense Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed with the Court on or before **January 7, 2025 at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court on **January 21, 2025 at 1:00 p.m. ET** before The Honorable J. Kate Stickles.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/biglots/

2

Dated: December 20, 2024      **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

-and-

Matthew J. Ochs (Colorado No. 31713)
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
Email: mjochs@hollandhart.com

*Counsel to Landlord ECOL Partnership, LLC*