# Exhibit 1

12/20/2024 9:09 AM

## Big Lots Total Rental Loss Calculations - ECOL Partnership, LLC

| Property | Customer | Tenant | Control # | Transaction Date | Post Month | Charge Code | Charges | Receipts | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Spanish Springs Center (407)** | | | | | | | | | | |
| **Big Lots! (t0000348)** | | | | | | | | | | |
| 407 | | Big Lots! | C-80979 | 9/1/2024 | 09/2024 | *Operating Expense Estimate (Prorated)* | 1,977.85 | - | 1,977.85 | Operating Expense Estimate (09/2024) |
| 407 | | Big Lots! | C-80980 | 9/1/2024 | 09/2024 | *Retail Rent (Prorated )* | 12,712.00 | - | 14,689.85 | Retail Rent (09/2024) |
| 407 | | Big Lots! | C-82261 | 10/1/2024 | 10/2024 | Operating Expense Estimate (opexest ) | 2,825.50 | - | 17,515.35 | Operating Expense Estimate (10/2024) |
| 407 | | Big Lots! | C-82262 | 10/1/2024 | 10/2024 | Retail Rent (retrent ) | 18,160.00 | - | 35,675.35 | Retail Rent (10/2024) |
| 407 | | Big Lots! | R-30305 | 10/2/2024 | 10/2024 | | - | (20,985.52) | 14,689.83 | *Post-petition payment toward 9/2024 Rents* |
| 407 | | Big Lots! | C-79933 | 10/31/2024 | 10/2024 | Reimbursed Expenses (rmbexp ) | 11,380.98 | - | 26,070.81 | Property Taxes (1/4 Installment) |
| 407 | | Big Lots! | C-83146 | 11/1/2024 | 11/2024 | Operating Expense Estimate (opexest ) | 2,825.50 | - | 28,896.31 | Operating Expense Estimate (11/2024) |
| 407 | | Big Lots! | C-83147 | 11/1/2024 | 11/2024 | Retail Rent (retrent ) | 18,160.00 | - | 47,056.31 | Retail Rent (11/2024) |
| 407 | | Big Lots! | C-83717 | 12/1/2024 | 12/2024 | Operating Expense Estimate (opexest ) | 2,825.50 | - | 49,881.81 | Operating Expense Estimate (12/2024) |
| 407 | | Big Lots! | C-83718 | 12/1/2024 | 12/2024 | Retail Rent (retrent ) | 18,160.00 | - | 68,041.81 | Retail Rent (12/2024) |
| | | | | | | | | | 68,041.81 | |
| | | | | | | | | | 68,041.81 | |
| | | | | | | | | $ | 68,041.81 | **Total Balance post-petition through 12/31/2024** |