IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*<sup>1</sup><br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Related to Docket No.** |

**ORDER GRANTING MOTION OF ECOL PARTNERSHIP, LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EPXENSE CLAIM**

Upon the *Motion for Allowance and Payment of Administrative Expense Claim* (this "Motion")[2] pursuant to Sections 365(d)(3), 503(a), 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code filed by ECOL Partnership, LLC ("Landlord"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Landlord shall have and is hereby granted and an allowed administrative expense claim against the Debtors for the Post-Petition Rent, comprised of $68,041.81 and all future rent due and owing under the Lease Agreement through the date of assumption or rejection the Lease Agreement.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/biglots/

[2] Capitalized terms not defined in this Order have the meaning given to them in the Motion.

2

3.      The Debtors shall immediately pay the Post-Petition Rent currently due and owing of $68,041.81, and the Debtors shall promptly pay all rent due and owing Landlord under the Lease Agreement that accrues after December 31, 2024 without further order of this Court.

4.      This Order shall be without prejudice to Landlord's right to seek allowance of further claims against the Debtor's estates, including, but not limited to, claims for damages arising from the Debtors' rejection of the Lease Agreement.

5.      No stay of this Order shall be in effect, including, but not limited to, any stay contemplated under Fed. R. Bankr. P. 4001(a)(3).

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.