# **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 20th day of December, 2024, I caused a true and correct copy of the foregoing **Motion of ECOL Partnership, LLC for Allowance and Payment of Administrative Expense Claim** to be served upon all parties registered in this case electronically via the Court's CM/ECF system and upon the parties listed below in the manner indicated:

**VIA EMAIL:**
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brain M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian.resnick@davispolk.com
Adam.shpeen@davispolk.com
Stephen.piraino@davispolk.com
Jonah.peppiatt@davispolk.com
Ethan.stern@davispolk.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
McDeermit Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

Linda J. Casey, Esq.
The United States Trustee for the
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

                                          */s/ Marc J. Phillips*
                                          Marc J. Phillips (No. 4445)