IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: December 17, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 17, 2024, Year, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Case # | Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|---|
| 24-11975 | 9 | AC Evolution LLC<br>704 Washington Street<br>Pembroke, MA 02359<br><br>AC Evolution LLC<br>16 James Way, Suite 2M<br>Marshfield, MA 02050<br><br>AC Evolution LLC<br>Silver Lining Holdings LLC<br>31-35 Crescent Street, Suite 2M<br>Astoria, NY 11106 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | 11/29/2024 |
| 24-11981 | 9 | AC Evolution LLC<br>704 Washington Street<br>Pembroke, MA 02359<br><br>AC Evolution LLC<br>16 James Way, Suite 2M<br>Marshfield, MA 02050<br><br>AC Evolution LLC<br>Silver Lining Holdings LLC<br>31-35 Crescent Street, Suite 2M<br>Astoria, NY 11106 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | 11/29/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Case # | Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|---|
| 24-11978 | 9 | AC Evolution LLC<br>704 Washington Street<br>Pembroke, MA 02359<br><br>AC Evolution LLC<br>16 James Way, Suite 2M<br>Marshfield, MA 02050<br><br>AC Evolution LLC<br>Silver Lining Holdings LLC<br>31-35 Crescent Street, Suite 2M<br>Astoria, NY 11106 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | 11/29/2024 |
| 24-11974 | 9 | AC Evolution LLC<br>704 Washington Street<br>Pembroke, MA 02359<br><br>AC Evolution LLC<br>16 James Way, Suite 2M<br>Marshfield, MA 02050<br><br>AC Evolution LLC<br>Silver Lining Holdings LLC<br>31-35 Crescent Street, Suite 2M<br>Astoria, NY 11106 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | 11/29/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Case # | Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|---|
| 24-11973 | 13 | AC Evolution LLC<br>704 Washington Street<br>Pembroke, MA 02359<br><br>AC Evolution LLC<br>16 James Way, Suite 2M<br>Marshfield, MA 02050<br><br>AC Evolution LLC<br>Silver Lining Holdings LLC<br>Scott Silver<br>31-35 Crescent Street, Suite 2M<br>Astoria, NY 11106 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | 11/29/2024 |