# **EXHIBIT B**

BOOK F128 PG 706
INSTRUMENT NUMBER 2021012244
RECORDED COUNTY OF CAPE MAY
RITA M. ROTHBERG, COUNTY CLERK
RECORDING FEE $20.00
RECORDED 03/10/2021 15:22:39

# Cape May County
## Document Summary Sheet

CAPE MAY COUNTY CLERK
PO BOX 5000
7 NORTH MAIN STREET
CAPE MAY COURT HOUSE NJ 08210

**Official Use Only**

| Transaction Identification Number | 5061091 | 4961124 |
|---|---|---|
| Submission Date *(mm/dd/yyyy)* | | |

**Return Address** *(for recorded documents)*
KEYSTONE AGENCY, INC.
1525 LOCUST ST STE 301
PHILADELPHIA, PA 19102

| | |
|---|---|
| No. of Pages *(excluding Summary Sheet)* | 1 |
| Recording Fee *(excluding transfer tax)* | $20.00 |
| Realty Transfer Tax | $0.00 |
| Total Amount | $20.00 |
| Document Type | NOTICE/SETTLEMENT/MTG COMMITMENT |

**Municipal Codes**
LOWER TOWNSHIP         5

**Batch Type**   L2 - LEVEL 2 (WITH IMAGES)

178767

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAPE MAY COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Cape May County
## Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Type** | NOTICE/SETTLEMENT/MTG COMMITMENT | | | | |
| **Consideration** | | | | | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| **Document Date** | 02/16/2021 | | | | |

**Reference Info**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

NOTICE/SETTLEMENT/MTG COMMITMENT

| BORROWER/MORTGAGOR | Name | Address |
|---|---|---|
| | BAY SHORE MALL 1A LLC | |
| | BAY SHORE MALL 2 LLC | |
| | BAY SHORE MALL 1B LLC | |

| LENDER/MORTGAGEE | Name | Address |
|---|---|---|
| | TOMPKINS VIST BANK | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | 5 | 741.01 | 28.01 | | 5 |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAPE MAY COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

**MORTGAGORS:** *(names and addresses)*
Bay Shore Mall 1A, LLC, a DE limited liability company, Bay Shore Mall 2A, LLC, a DE limited liability company and Bay Shore Mall 2, LLC, a DE limited liability company
491 Old York Road
Suite 200
Jenkintown, PA 19046

**NOTICE OF REAL ESTATE SETTLEMENT**

**MORTGAGEE:** *(name and address)*
Tompkins VIST Bank
1240 Broadcasting Road
Wyomissing, PA 19610

---

NOTICE is hereby given of a mortgage commitment between the parties hereto.

THE lands to be affected are described as follows:

> All that certain tract or parcel of land and premises situate lying and being in the **Township of Lower** of the **County of Cape May, State of New Jersey**, commonly known as:
>
> **3845 Bayshore Road**
>
> Also known as **Lot 28.01** in **Block 741.01** on the tax map of the **Township of Lower**.

KEYSTONE AGENCY, INC.
Title Representative* for Mortgagors

By _____/s/ Barri Beckman_____
Barri Beckman

State of PA, County of Montgomery

I CERTIFY that on February 16, 2021, ____Barri Beckman____ personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person) (a) is named in and personally signed this document; and (b) signed, sealed and delivered this document as his or her act and deed.

_____/s/_____
Michael S. Baurer
Notary Public of Pennsylvania
My commission expires ___January 16, 2024___

> Commonwealth of Pennsylvania - Notary Seal
> Michael S. Baurer, Notary Public
> Philadelphia County
> My commission expires January 16, 2024
> Commission number 1008270
> Member, Pennsylvania Association of Notaries

Record and Return to:
Keystone Agency, Inc.
1525 Locust Street
Suite 301
Philadelphia, PA 19102

*This form must be executed by a party or legal representative. If the notice is executed by anyone other than an Attorney at Law of New Jersey, it must be executed and acknowledged or proved in the same manner as a deed.

CFN 2021012244 BK F128 PG 708