# EXHIBIT "1"

## Summary Aging Report

| Sum of Item Amount | | Status | | |
|---|---|---|---|---|
| Years | Due Date) | Current | Past Due | Grand Total |
| 2024 | Nov | | 985,421.40 | 985,421.40 |
| | Dec | 65,962.20 | 211,641.12 | 277,603.32 |
| 2024 Total | | 65,962.20 | 1,197,062.52 | 1,263,024.72 |
| 2025 | Jan | 620,701.62 | | 620,701.62 |
| 2025 Total | | 620,701.62 | | 620,701.62 |
| Grand Total | | 686,663.82 | 1,197,062.52 | 1,883,726.34 |

## Payment History

| Payment Number | Deposit Date | Check Amount | Entry Date | Applied Date |
|---|---|---|---|---|
| 2328388 | 12/9/2024 | 278,411.52 | 12/9/2024 | 12/9/2024 |
| 2330383 | 12/6/2024 | 67,937.40 | 12/6/2024 | 12/6/2024 |
| 2325108 | 12/6/2024 | 1,099,978.60 | 12/6/2024 | 12/6/2024 |
| 2328825 | 11/25/2024 | 68,803.60 | 11/25/2024 | 11/26/2024 |
| 2328086 | 11/15/2024 | 638,256.00 | 11/15/2024 | 11/15/2024 |
| 2326742 | 11/8/2024 | 64,627.20 | 11/8/2024 | 11/12/2024 |
| 2319446 | 11/1/2024 | 19,857.60 | 11/1/2024 | 11/1/2024 |
| Total across 7 items: | | 2,237,871.92 | | |

## Order Summary Report

| Sum of Amount | | Sts | | |
|---|---|---|---|---|
| Start Ship | Cancel | HELD | Grand Total | |
| 1/6/2025 | 1/10/2025 | $20,850.00 | $20,850.00 | |
| 1/10/2025 | 1/16/2025 | $127,320.00 | $127,320.00 | |
| 1/13/2025 | 1/17/2025 | $34,200.00 | $34,200.00 | |
| 2/10/2025 | 2/14/2025 | $303,488.40 | $303,488.40 | |
| 2/14/2025 | 2/20/2025 | $39,060.00 | $39,060.00 | |
| 2/17/2025 | 2/21/2025 | $114,278.40 | $114,278.40 | |
| 2/21/2025 | 2/27/2025 | $62,370.00 | $62,370.00 | |
| 2/28/2025 | 3/6/2025 | $153,753.60 | $153,753.60 | |
| 5/5/2025 | 5/9/2025 | $298,003.68 | $298,003.68 | |
| Grand Total | | $1,153,324.08 | $1,153,324.08 | |