**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: 12/31/2024 at 4:00 p.m. (ET)**<br>**Hearing Date: 1/7/2025 at 1:00 p.m. (ET)** |

**NOTICE OF MOTION OF HYBRID PROMOTIONS, LLC FOR ALLOWANCE AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

TO:   All parties on the attached service list

PLEASE TAKE NOTICE that on December 23, 2024, Hybrid Promotions, LLC d/b/a Hybrid Apparel Air Waves, LLC, by and through its undersigned counsel, filed the *Motion for Allowance and Compelling Immediate Payment of Administrative Expense Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed with the Court on or before **December 31, 2024 at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court on **January 7, 2025 at 1:00 p.m. ET** before The Honorable J. Kate Stickles.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

                                                Respectfully submitted,

                                                THE WILLIAMS LAW FIRM, P.A.

Dated: December 23, 2024           By: */s/ John Legaré Williams*
                                                John Legaré Williams (Del. Bar. #4473)
                                                Brian Charles Crawford (Del. Bar. # 4941)
                                                1201 N. Orange Street, Suite 600
                                                Wilmington, DE  19801
                                                Tel: (302) 575-0873
                                                Fax: (302) 575-0925
                                                Email: John@TrustWilliams.com
                                                                   Brian@TrustWilliams.com

                                                and

                                                MANATT, PHELPS & PHILLIPS, LLP
                                                Schuyler G. Carroll (pro hac vice pending)
                                                7 Times Square
                                                New York, NY 10036
                                                Tel: (212) 790-4500
                                                SCarroll@manatt.com

                                                *Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*