**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December 2024, a true and correct copy of (i) the Notice of Motion of Hybrid Promotions, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim; (ii) the Notice of Motion of Hybrid Promotions, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim; and (iii) the [Proposed] Order Granting Motion of Hybrid Promotions, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim; were served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system including but not limited to:

David S. Bloomfield, Esq.
Daniel B. Butz, Esq.
Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Matthew R. Brock, Esq.
Vincent Cahill, Esq.
James McClammy, Esq.
Jonah Peppiatt, Esq.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

Stephen D. Piraino, Esq.
Bran M. Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Linda J. Casey, Esq.
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

                          Respectfully submitted,

                          THE WILLIAMS LAW FIRM, P.A.

Dated: December 23, 2024        By: */s/ John Legaré Williams*
                          John Legaré Williams (Del. Bar. #4473)
                          Brian Charles Crawford (Del. Bar. # 4941)
                          1201 N. Orange Street, Suite 600
                          Wilmington, DE  19801
                          Tel: (302) 575-0873
                          Fax: (302) 575-0925
                          Email: John@TrustWilliams.com
                                      Brian@TrustWilliams.com

                          and

                          MANATT, PHELPS & PHILLIPS, LLP
                          Schuyler G. Carroll (pro hac vice pending)
                          7 Times Square
                          New York, NY 10036
                          Tel: (212) 790-4500
                          SCarroll@manatt.com

                          *Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*