**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: 12/31/2024 at 4:00 p.m. (ET)**<br>**Hearing Date: 1/6/2025 at 2:00 p.m. (ET)** |

**AMENDED NOTICE OF MOTION OF HYBRID PROMOTIONS,**
**LLC FOR ALLOWANCE AND COMPELLING IMMEDIATE**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

TO:    All parties on the attached service list

PLEASE TAKE NOTICE that on December 23, 2024, Hybrid Promotions, LLC d/b/a Hybrid Apparel Air Waves, LLC, by and through its undersigned counsel, filed the *Motion for Allowance and Compelling Immediate Payment of Administrative Expense Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed with the Court on or before **December 31, 2024 at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court on **January 6, 2025 at 2:00 p.m. ET** before The Honorable J. Kate Stickles.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

Respectfully submitted,


THE WILLIAMS LAW FIRM, P.A.

Dated: December 24, 2024

By: /s/ *John L Williams*
John Legaré Williams (Del. Bar. #4473)
Brian Charles Crawford (Del. Bar. # 4941)
1201 N. Orange Street, Suite 600
Wilmington, DE  19801
Tel: (302) 575-0873
Fax: (302) 575-0925
Email: John@TrustWilliams.com
        Brian@TrustWilliams.com

and

MANATT, PHELPS & PHILLIPS, LLP
Schuyler G. Carroll (pro hac vice pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
SCarroll@manatt.com


*Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December 2024, a true and correct copy of the

foregoing was served upon those parties registered to receive electronic notices via the Court's

CM/ECF electronic noticing system including but not limited to:

David S. Bloomfield, Esq.
Daniel B. Butz, Esq.
Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801


Matthew R. Brock, Esq.
Vincent Cahill, Esq.
 James McClammy, Esq.
Jonah Peppiatt, Esq.
Stephen D. Piraino, Esq.
Bran M. Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Linda J. Casey, Esq.
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

                                        */s/ John L. Williams*
                                        John L. Williams (DE Bar No. 4473)