**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>Obj. Deadline: Dec. 24, 2024 at 4:00 p.m.<br><br>**Re: Docket Nos. 1397, 1417** |

### SHOW LOW YALE CASITAS, LLC'S JOINDER IN BAYSHORE MALL'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO SEVENTH NOTICE OF FILING LIST OF ADDITIONAL STORE CLOSINGS

Show Low Yale Casitas, LLC, store #4519 ("Show Low"), located at 4421 S. White Mountain Road, Suite A, Show Low, AZ ("Landlord") files this Joinder in Bayshore Mall's Limited Objection (D.I. 1417) to the Debtor's Seventh Notice of Store Closings (D.I. 1397). In particular, Show Low agrees with the list of requirements suggested by Bayshore Mall that should be imposed on Debtor, including: 1) pay administrative claims, including but not limited to those claims for stub rent, post-petition rent, CAM charges, and taxes; 2) confirm that they Debtor has set aside a fund providing for payment of post-petition administrative rent, current rent, and rent that will become due during the course of the store closing sales; 3) confirm that the Property will not be used to the detriment of the other tenants in the Property; 4) leave the Property broom clean

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

as required by the Lease; and 5) pay as part of any administrative claim any damages to the Property occasioned by the GOB sale and related activity.

Dated:  December 24, 2024

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:  302-552-5503
Email: sveghte@klehr.com

-And-

Steven J. Brown
**STEVEN BROWN & ASSOCIATES, LLC**
1414 E. Indian School Road, Suite 200
Phoenix, AZ  85014
Phone: 602-264-9224 | Fax: 602-264-8158
E-mail:  sbrown@sjbrownlaw.com

*Counsel for Show Low Yale Casitas, LLC*