**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of December, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Show Low Yale Casitas, LLC's Joinder in Bayshore Mall's Limited Objection and Reservation of Rights to Seventh Notice of Filing List of Additional Store Closings* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail on the parties listed on the attached service list.

*/s/ Sally E. Veghte*
Sally E. Veghte (Bar No. 4762)

## SERVICE LIST

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

Darren Azman, Esq.
Kristin G. Going, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.,
920 N. King Street,
Wilmington, DE 19801
knight@rlf.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com

Linda J. Casey, Esq.
Office of the United States Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE
linda.casey@usdoj.gov