Clerk of the Bankruptcy Court
824 Market Street 3rd Floor
Wilmington, DE 19801

RE: Big Lots Store #487
1103 Volunteer Pkwy
Bristol TN 37620
24-11967

To Whom it may concern:

I am the owner of the location named above and I did not agree to reduce any rents or change any terms of my lease during the negotiating process of the bankruptcy. I have fulfilled all my obligations as the property owner of the property and the terms of the lease with Big Lots until January 2032. I expect to continue receiving rents, CAM expenses, property tax and insurance reimbursement until the property is vacated by Big Lots Store, INC. I do not agree to any relief of such on the above property.

Sincerely,

Brenda Rigsby

Brenda Rigsby
Cell: 615-920-0001
Email: skytrace7@gmail.com

RECEIVED
2024 DEC 26 AM 10:52



USPS Receipt:
SODDY DAISY
10575 DAYTON PIKE
SODDY DAISY, TN 37379-9998
(800) 275-8777

12/20/2024                                03:07 PM

Product                    Qty    Unit Price    Price
PM Express                  1                   $32.00
Flat Rate Env
Wilmington, DE 19801
Flat Rate
Signature Requested
Scheduled Delivery Date
Sat 12/21/2024 06:00 PM
Tracking #:
EI220454496US
Insurance                                        $0.00
Up to $100.00 included

Total                                           $32.00
Grand Total:                                    $32.00

Credit Card Remit                               $32.00
Card Name: VISA
Account #: XXXXXXXXXXXX0436
Approval #: 410556
Transaction #: 450
AID: A0000000031010    Chip
AL: VISA CREDIT
PIN: Not Required

Tracking label: EI 220 454 496 US