## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| Big Lots, Inc., *et al.*, | ) | Case No. 24-11967 (JKS) |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Mark A. Platt, Esq. of the law firm of Frost Brown Todd LLP to represent WPG Legacy, LLC, WPG Management Associates, Inc., Ramsey Pike, LLC, BancKentucky, Inc., and Tempur Sealy International, Inc. in the above-captioned case.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
Dated:  December 26, 2024            skaufman@skaufmanlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Mark A. Platt*
Mark A. Platt, Esquire
Frost Brown Todd LLP
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Tel: (214) 580-5852 / Fax: (214) 545-3473
Email: mplatt@fbtlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.