**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24- 11967 (JKS) |
| *Debtors.* | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST
FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned hereby requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove William P. Fennell of the Law Office of William P. Fennell, APLC, from the electronic and paper noticing matrix for the above captioned case.

Dated: December 26, 2024    */s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

**CERTIFICATION BY COUNSEL BEING REMOVED FROM APPEARANCE**

Pursuant to Local Rule 9010-2(b)(ii), I certify that my firm, as well as my client, RDS Logistics Group, a California corporation ("RDS"), (a) have no controversy pending before the Court in this matter, and (b) that RDS consents to this withdrawal.

Dated: December 26, 2024    */s/ William P. Fennell*
William P. Fennell, Esq. (CA SBN 164210)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, California 92101
Tel: 619-325-1560
william.fennell@fennelllaw.com

Attorneys for RDS Logistics Group