## Exhibit A

**Wind-Down Budget**

# Big Lots Forecast

| Week # | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| *Beginning Date* | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 | 2/2/2025 | 2/9/2025 | 2/16/2025 | 2/23/2025 | 3/2/2025 | 1/5/2025 |
| *End Date* | 1/11/2025 | 1/18/2025 | 1/25/2025 | 2/1/2025 | 2/8/2025 | 2/15/2025 | 2/22/2025 | 3/1/2025 | 3/8/2025 | 3/8/2025 |
| *Actual / Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* |
| **Receipts** | 85,847 | 42,074 | 15,198 | 19,220 | 39,552 | 21,132 | 28,395 | 18,781 | 57,750 | 327,949 |
| **Operating Disbursements** | | | | | | | | | | |
| Merchandise Vendors | – | – | – | – | – | – | – | – | – | – |
| Other Accounts Payable | 3,897 | 3,897 | 3,897 | 3,897 | 3,897 | 3,705 | 3,705 | 3,705 | 8,299 | 38,897 |
| Payroll | 35,240 | 11,982 | 9,306 | 11,982 | 10,558 | 11,729 | 9,053 | 11,787 | 37,685 | 149,323 |
| Rent | 23,152 | – | – | – | 23,152 | – | – | – | – | 46,305 |
| Sales Tax | – | 25,000 | – | – | – | 3,679 | 13,797 | 979 | – | 43,455 |
| Other | 16,058 | 1,194 | 995 | 3,340 | 758 | 832 | 653 | 1,123 | 10,578 | 35,532 |
| **Total Operating Disbursements** | 78,347 | 42,074 | 14,198 | 19,220 | 38,365 | 19,945 | 27,208 | 17,593 | 56,562 | 313,512 |
| **Total Net Operating Cash Flow** | 7,500 | – | 1,000 | – | 1,187 | 1,188 | 1,188 | 1,188 | 1,188 | 14,438 |
| **Non-Operational Disbursements** | | | | | | | | | | |
| Professional Fees | 7,500 | – | – | – | 1,188 | 1,188 | 1,188 | 1,188 | 1,188 | 13,438 |
| UST Fees | – | – | 1,000 | – | – | – | – | – | – | 1,000 |
| **Total Non-Operating Disbursements** | 7,500 | – | 1,000 | – | 1,188 | 1,188 | 1,188 | 1,188 | 1,188 | 14,438 |
| **Net Cash Flow** | – | – | – | – | – | – | – | – | – | – |

\* The schedule above reflects a time period after the ABL and FILO are projected to be paid in full and the LCs are fully cash collateralized