**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Lucian B. Murley, hereby certify that on December 27, 2024, I caused a copy of *Joinder of Core Shoppes at Gloucester LLC, Core Highland Plaza LLC, Core Whispering Pines LLC, and Core North Hills One LLC to Limited Objection, and Joinder to Objections, of Lafayette Station LLC, South Oaks Station LLC and Five Town Station LLC to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                                          **SAUL EWING LLP**

                                          */s/ Lucian B. Murley*
                                          Lucian B. Murley (DE Bar No. 4892)
                                          1201 N. Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE 19899
                                          (302) 421-6898
                                          luke.murley@saul.com

Dated: December 27, 2024

53635220.1

**Service List**

| | |
|---|---|
| Robert J. Dehney, Sr., Esquire<br>Andrew R. Remming, Esquire<br>Daniel B. Butz, Esquire<br>Tamara K. Mann, Esquire<br>Casey B. Sawyer, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>Brian M. Resnick, Esquire<br>Adam L. Shpeen, Esquire<br>Stephen D. Piraino, Esquire<br>Jonah A. Peppiatt , Esquire<br>Ethan Stern, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Justin R. Alberto, Esquire<br>Stacy L. Newman, Esquire<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br><br>Darren Azman, Esquire<br>Kristin K. Going, Esquire<br>McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

53635220.1