# Exhibit B

Lloyd Goldstein
A&G Real Estate Partners
Lloyd@agrep.com
301-908-9797
www.agrep.com

---

**From:** Lloyd Goldstein <Lloyd@agrep.com>
**Sent:** Monday, September 16, 2024 10:14 AM
**To:** Susan Self <SSelf@ritterdallas.com>; Tanja Ritter <TRitter@ritterdallas.com>; dr.m.ritter@gmail.com <dr.m.ritter@gmail.com>
**Subject:** Re: Big Lots store #4742 Rockwall, TX


Hi Susan,    As you are aware Big Lots filed bankruptcy/Chapter 11 on September 9. Big Lots encountered difficult issues, both internal and external, over the last few years.  On a very positive note,  they have implemented numerous initiatives to turn things around.  A few examples include: closed several distribution centers, reduced SG&A expenses and staffing levels, closed/will close 100's of stores,  eliminated unproductive sku's, expanded Bargain Hunt and Extreme Bargain merchandise offerings, and resolved supply chain issues.

They are currently negotiating with a buyer for the entire company.  That buyer, as well as other interested parties, have demanded that Big Lots increase their liquidity, reduce store occupancy expenses and streamline the store fleet. This is where we need the help of our landlord/partners.  It's critical that Big Lots gets the rent abatement, cure waiver of past due amounts, rent reductions, and term modifications, that it is seeking.  Without these concessions, stores will close and the potential buyer(s) will move on and the company will likely liquidate.  Big Lots has just recently accelerated its store closing program.  They will be announcing 50 additional store closings every week. They, and the new owner are indifferent to what stores they close.  There is no emotion involved, if a store doesn't meet their financial hurdles, it will be closed.

The store I have with you is in the "Possible Close" category and has to be addressed quickly.  I would hate to see the store close without us putting forth a deal to keep the store open and operating.  I do want to make very clear that Big Lots has asked for a lot of concessions.  *My job, is to work with you, the landlord, and craft a deal that will work for all parties.  To that end, I do have leeway and flexibility in the proposed deal terms*.  So, let's work together on this matter.

I have attached a summary of the Landlord/Big Lots CEO call, the amendment for this store and I have provided an outline of the business terms below.  It's imperative we work on this store promptly. I am happy to discuss at your convenience.  Thanks,   Lloyd

#4742 Rockwell, TX
Lease term is revised/shortened to 1/31/30
As of 1/1/25 (after the rent abatement period), Base Rent is revised to $183,856/year through expiration, Tenant continues to pay extra charges as per the Lease
Base Rent abatement for October, November & December
Waive any and all past due amounts including September Gross Rent (Cure Waiver)

Replace existing options with new 4, 5-year options at 10% increases over the revised Base Rent, at the start of each option
Tenant to draft amendment

Lloyd Goldstein
A&G Real Estate Partners
Lloyd@agrep.com
301-908-9797
www.agrep.com

---

**From:** Lloyd Goldstein <Lloyd@agrep.com>
**Sent:** Tuesday, September 10, 2024 4:35 PM
**To:** Susan Self <SSelf@ritterdallas.com>
**Cc:** Tanja Ritter <TRitter@ritterdallas.com>; dr.m.ritter@gmail.com <dr.m.ritter@gmail.com>
**Subject:** Re: Big Lots store #4742 Rockwall, TX

Thanks for letting me know that you are the correct contact people.  I will send you a proposal/amendment, along with some color on the company, within the next 24-48 hours.  Once you review, we can discuss further and I will be happy to answer any questions you may have.   Regards,  Lloyd

Lloyd Goldstein
A&G Real Estate Partners
Lloyd@agrep.com
301-908-9797
www.agrep.com

---

**From:** Susan Self <SSelf@ritterdallas.com>
**Sent:** Tuesday, September 10, 2024 2:48 PM
**To:** Lloyd Goldstein <Lloyd@agrep.com>
**Cc:** Tanja Ritter <TRitter@ritterdallas.com>; dr.m.ritter@gmail.com <dr.m.ritter@gmail.com>
**Subject:** Re: Big Lots store #4742 Rockwall, TX

 Lloyd -
Dr's Tanja Ritter - Taube, Michael Ritter and myself will be your contacts for this Big Lot's lease. They are copied on this email.
Thanks.
Susan

S. Susan Self, CCIM
Vice President
Ritter Dallas
580 Decker Drive, Suite 203
Irving, Texas 75062
(972) 650-4200 – Phone
(972) 650-0300 – Fax
sself@ritterdallas.com

On Sep 10, 2024, at 10:08 AM, Lloyd Goldstein <Lloyd@agrep.com> wrote:

Hi Susan,     I am reaching out to you on behalf of Big Lots following the recent landlord call. A&G Real Estate Partners has been retained by Big Lots as their real estate advisors, and will be working with their numerous landlords during this bankruptcy process. As the company is making store closing decisions over the next few weeks, it's important that we work together in an expedited manner.  If you didn't get a chance to listen to the landlord call, I have provided the replay information below. It's important that you listen to the landlord call prior to us speaking.
Can you please confirm that you are the correct party to be handling lease negotiations for the above referenced store(s)?   In the event you aren't the correct person for me to work with, could you please be kind enough to provide contact information for the right person?

 **Media - Telephone Replay**
Replay Dial-In: 877-660-6853 / 201-612-7415
**Access ID: 13748793**

Regards,  Lloyd

Lloyd Goldstein
A&G Real Estate Partners
Lloyd@agrep.com
301-908-9797
www.agrep.com