In re Big Lots, Inc., et al., Case No. 24-11967            **Exhibit A**

**PwC US Tax LLP**
**Summary by Billing Category and Project Category**

| Billing Category and Project Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
|    Tax Compliance Services | 630.00 | $78,000.00 [1] |
| ***Subtotal - Hours and Compensation - Fixed Fee Services*** | ***630.00*** | ***$78,000.00*** |
| **Hourly Services** | | |
|    Tax Advisory Services | 219.20 | $225,535.00 |
| ***Subtotal - Hours and Compensation - Hourly Services*** | ***219.20*** | ***$225,535.00*** |
| **Bankruptcy Compliance Services** | | |
|    Retention Applications | 2.10 | $930.00 |
|    Fee Applications | 2.50 | $1,000.00 |
| ***Subtotal - Hours and Compensation - Bankruptcy Compliance Services*** | ***4.60*** | ***$1,930.00*** |
| | | |
| **Total - Hours and Compensation - All Services** | **853.80** | **$305,465.00** |

[1] As set forth in the PwC US Tax Retention Application, the tax compliance engagement is a fixed fee arrangement whereby PwC US Tax has agreed to be paid a total $150,000, exclusive of expenses. Prior to the Petition Date, PwC US Tax was paid $135,000 for tax compliance services, of which $83,000 remained as of the Petition Date to be applied against approved post-petition fees for such post-petition tax compliance services. Since the Petition Date, PwC US Tax has sought approval for, but not payment of, $20,000 of the fixed fee amount by its combined first monthly fee application for the period from September 9, 2024 to October 31, 2024 [Docket No. 1377]. By this Application, PwC US Tax seeks (i) approval but not payment of $63,000 of the total fixed fee amount, plus (ii) approval and payment of $15,000 of the total fixed fee amount (subject to 20% holdbacks).