In re Big Lots, Inc., et al., Case No. 24-11967 **Exhibit B**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Fixed Fee Services** | | | |
| *Tax Compliance Services* | | | |
| Craig Keller | Partner | 3.00 | |
| Lesa Shoemaker | Partner | 5.00 | |
| Brian Trueman | Director | 45.50 | |
| Nicole Berkow | Senior Manager | 24.00 | |
| Anna Belluardo | Manager | 120.50 | |
| Matt Koebbeman | Senior Associate | 53.00 | |
| Natania Patterson | Senior Associate | 7.00 | |
| Rhys Jonard | Senior Associate | 18.50 | |
| Stella Huang | Senior Associate | 102.00 | |
| Madeline Studer | Associate | 12.00 | |
| Matthew Messer | Associate | 1.50 | |
| Tommy McAvoy | Associate | 107.00 | |
| Alexander Loeb | Specialist | 17.50 | |
| Bryanna Fountain | Specialist | 9.50 | |
| Emily Nguyen | Specialist | 90.00 | |
| Mouad Kharbach | Specialist | 14.00 | |
| ***Subtotal - Tax Compliance Services*** | | ***630.00*** | ***$78,000.00*** |
| | | | |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **630.00** | **$78,000.00** |