In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| **Hourly Services** | | | | | |
| *Tax Compliance Services* | | | | | |
| 11/1/2024 | Brian Trueman | Director | 1124F0176: Review of 163j for state returns | 1.50 | |
| 11/1/2024 | Nicole Berkow | Senior Manager | 1124F0177: Review of Federal return to provision analysis for 2023 tax return | 4.00 | |
| 11/1/2024 | Anna Belluardo | Manager | 1124F0178: Preparing state specific binders and syncing/consolidating return data | 2.00 | |
| 11/1/2024 | Stella Huang | Senior Associate | 1124F0179: Check apportionment in OIT for other unitary binders | 1.00 | |
| 11/1/2024 | Tommy McAvoy | Associate | 1124F0180: Preparing 2023 Delaware Big lots Inc and Big lots Stores return | 2.50 | |
| 11/1/2024 | Tommy McAvoy | Associate | 1124F0181: Update 2023 state compliance workpapers | 0.50 | |
| 11/2/2024 | Mouad Kharbach | Specialist | 1124F0182: Big Lots state return processing | 4.00 | |
| 11/3/2024 | Emily Nguyen | Specialist | 1124F0183: Preparing BLS ME Unitary Tax Return | 2.00 | |
| 11/4/2024 | Brian Trueman | Director | 1124F0184: Discuss workpapers and timing with A. Belluardo (PwC) (0.5); review the open information for 11/15 state and city filings (0.5) | 1.00 | |
| 11/4/2024 | Nicole Berkow | Senior Manager | 1124F0185: Review of Federal return to provision analysis for 2023 tax return | 1.00 | |
| 11/4/2024 | Nicole Berkow | Senior Manager | 1124F0186: Review of Sale-Leaseback workpapers for 2023 tax return | 2.00 | |
| 11/4/2024 | Anna Belluardo | Manager | 1124F0187: Discuss workpapers and timing with B. Trueman (PwC) | 0.50 | |
| 11/4/2024 | Anna Belluardo | Manager | 1124F0188: Reconciling apportionment data in OIT in response to team member questions | 4.00 | |
| 11/4/2024 | Anna Belluardo | Manager | 1124F0189: Review of Delaware returns and supporting workpapers and OIT data. | 2.50 | |
| 11/4/2024 | Anna Belluardo | Manager | 1124F0190: Update city return template and 163j modification workpaper. | 1.00 | |
| 11/4/2024 | Stella Huang | Senior Associate | 1124F0191: Update sales and property factors in unitary apportionment file, review Big Lots Stores DE return, workpapers touch base | 3.50 | |
| 11/4/2024 | Tommy McAvoy | Associate | 1124F0192: Clearing diagnostics for return acceptance | 0.50 | |
| 11/4/2024 | Tommy McAvoy | Associate | 1124F0193: Preparing Delaware state compliance returns, and clearing review comments | 2.00 | |
| 11/4/2024 | Bryanna Fountain | Specialist | 1124F0194: Preparing 2023 BLI and Subs CO Unitary Tax Return | 1.50 | |
| 11/4/2024 | Emily Nguyen | Specialist | 1124F0195: Preparing BLI MO Unitary Tax Return | 4.00 | |
| 11/4/2024 | Emily Nguyen | Specialist | 1124F0196: Preparing BLS ME Unitary Tax Return | 4.00 | |
| 11/5/2024 | Brian Trueman | Director | 1124F0197: Review of 11/15 state returns (Delaware filings). | 1.00 | |
| 11/5/2024 | Nicole Berkow | Senior Manager | 1124F0198: Review of UNICAP and 163(j) for 2023 tax return | 2.00 | |
| 11/5/2024 | Anna Belluardo | Manager | 1124F0199: Apportionment tie out in the system. | 1.50 | |
| 11/5/2024 | Anna Belluardo | Manager | 1124F0200: Call to discuss the preparation of All combined workpaper with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC) | 0.50 | |
| 11/5/2024 | Anna Belluardo | Manager | 1124F0201: Delaware review and updates. | 1.50 | |
| 11/5/2024 | Anna Belluardo | Manager | 1124F0202: Georgia calculation workpaper. | 1.00 | |
| 11/5/2024 | Anna Belluardo | Manager | 1124F0203: Meeting with Big Lots to discuss updates on state and city returns due 11/15 with T. Weber, S. Schoch, A. Ohl (Big Lots) and A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 11/5/2024 | Matt Koebbeman | Senior Associate | 1124F0204: Reviewing Maine and Missouri returns for Big Lots and Subs Inc | 4.00 | |
| 11/5/2024 | Stella Huang | Senior Associate | 1124F0205: Call to discuss the preparation of All combined workpaper with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC) | 0.50 | |
| 11/5/2024 | Stella Huang | Senior Associate | 1124F0206: Meeting with Big Lots to discuss updates on state and city returns due 11/15 with T. Weber, S. Schoch, A. Ohl (Big Lots) and A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 11/5/2024 | Stella Huang | Senior Associate | 1124F0207: Prepare combined workpaper | 4.00 | |
| 11/5/2024 | Stella Huang | Senior Associate | 1124F0208: Updates to combined workpaper | 3.00 | |
| 11/5/2024 | Tommy McAvoy | Associate | 1124F0209: Call to discuss the preparation of All combined workpaper with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC) | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/5/2024 | Tommy McAvoy | Associate | 1124F0210: Prepare for call to discuss workpaper prep | 0.50 | |
| 11/5/2024 | Tommy McAvoy | Associate | 1124F0211: Preparing Big Lots all combined workpaper | 3.00 | |
| 11/5/2024 | Tommy McAvoy | Associate | 1124F0212: Updating Delaware 2023 compliance returns based on review comments | 3.00 | |
| 11/5/2024 | Bryanna Fountain | Specialist | 1124F0213: Preparing 2023 BLI and Subs CO Unitary Tax Return | 4.00 | |
| 11/5/2024 | Bryanna Fountain | Specialist | 1124F0214: Preparing 2023 BLI and Subs NM Unitary Tax Return | 4.00 | |
| 11/5/2024 | Emily Nguyen | Specialist | 1124F0215: Preparing BLI and Subs MS Combined Tax Return | 4.00 | |
| 11/5/2024 | Emily Nguyen | Specialist | 1124F0216: Preparing BLI MO Unitary Tax Return | 2.00 | |
| 11/6/2024 | Brian Trueman | Director | 1124F0217: NYS discussion with auditor on previous refund claims, update on processing. | 0.50 | |
| 11/6/2024 | Nicole Berkow | Senior Manager | 1124F0218: Review of Sale-Leaseback workpapers for 2023 tax return | 3.50 | |
| 11/6/2024 | Anna Belluardo | Manager | 1124F0219: Call to discuss compliance engagement and tasks with A. Belluardo (PwC), R. Jonard (PwC) | 0.50 | |
| 11/6/2024 | Anna Belluardo | Manager | 1124F0220: Reviewing consolidated workpapers. | 3.00 | |
| 11/6/2024 | Anna Belluardo | Manager | 1124F0221: Update city return template with apportionment data and reviewing mods. | 3.00 | |
| 11/6/2024 | Matt Koebbeman | Senior Associate | 1124F0222: Reviewing Colorado and Mississippi returns for Big Lots and Subs Inc | 3.00 | |
| 11/6/2024 | Rhys Jonard | Senior Associate | 1124F0223: Call to discuss compliance engagement and tasks with A. Belluardo (PwC), R. Jonard (PwC) | 0.50 | |
| 11/6/2024 | Stella Huang | Senior Associate | 1124F0224: Finish combined workpaper | 1.50 | |
| 11/6/2024 | Stella Huang | Senior Associate | 1124F0225: Update workpaper for OR-CAT, look into resolving NC diagnostic, re-consolidate unitary binders for federal changes | 2.50 | |
| 11/6/2024 | Matthew Messer | Associate | 1124F0226: Updating paid preparer/ERO information for all entities | 1.50 | |
| 11/6/2024 | Tommy McAvoy | Associate | 1124F0227: Prepare for call to discuss weekly updates | 0.50 | |
| 11/6/2024 | Tommy McAvoy | Associate | 1124F0228: Preparing New York 2nd extension | 1.00 | |
| 11/6/2024 | Tommy McAvoy | Associate | 1124F0229: Preparing North Carolina Big Lots stores/Inc | 2.50 | |
| 11/6/2024 | Emily Nguyen | Specialist | 1124F0230: Preparing BLI and Subs MS Combined Tax Return | 2.00 | |
| 11/6/2024 | Emily Nguyen | Specialist | 1124F0231: Preparing BLS and Subs RI Combined Tax Return | 4.00 | |
| 11/6/2024 | Emily Nguyen | Specialist | 1124F0232: Review and update BLI MO Unitary Tax Return | 0.50 | |
| 11/6/2024 | Emily Nguyen | Specialist | 1124F0233: Review and update BLS ME Unitary Tax Return | 0.50 | |
| 11/7/2024 | Lesa Shoemaker | Partner | 1124F0234: Prepare for Big Lots discussion of overpayment and state tax returns due 11/15 | 0.50 | |
| 11/7/2024 | Brian Trueman | Director | 1124F0235: Review KY local returns, discuss items around Sale leaseback and whether to have overpayments transferred or refunded. | 1.50 | |
| 11/7/2024 | Anna Belluardo | Manager | 1124F0236: Call to discuss preparing KY city returns with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), M. Studer (PwC) | 0.50 | |
| 11/7/2024 | Anna Belluardo | Manager | 1124F0237: Review of unitary returns - ID, NY Ext, CO, ME. | 4.00 | |
| 11/7/2024 | Anna Belluardo | Manager | 1124F0238: Review of unitary returns, NC, and city apportionment. | 4.00 | |
| 11/7/2024 | Matt Koebbeman | Senior Associate | 1124F0239: Preparing state and local income tax returns | 4.00 | |
| 11/7/2024 | Stella Huang | Senior Associate | 1124F0240: Call to discuss preparing KY city returns with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), M. Studer (PwC) | 0.50 | |
| 11/7/2024 | Stella Huang | Senior Associate | 1124F0241: Review city returns update for director comments | 4.00 | |
| 11/7/2024 | Stella Huang | Senior Associate | 1124F0242: Update city returns | 0.50 | |
| 11/7/2024 | Madeline Studer | Associate | 1124F0243: Call to discuss preparing KY city returns with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), M. Studer (PwC) | 0.50 | |
| 11/7/2024 | Tommy McAvoy | Associate | 1124F0244: Call to discuss preparing KY city returns with A. Belluardo (PwC), S. Huang (PwC), T. McAvoy (PwC), M. Studer (PwC) | 0.50 | |
| 11/7/2024 | Tommy McAvoy | Associate | 1124F0245: Calling OIT customer service for diagnostic issue on North Carolina | 0.50 | |
| 11/7/2024 | Tommy McAvoy | Associate | 1124F0246: Prepare for meeting to discuss city return preparation | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967     Exhibit C
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/7/2024 | Tommy McAvoy | Associate | 1124F0247: Preparing North Carolina Big Lots stores/Inc returns | 1.50 | |
| 11/7/2024 | Tommy McAvoy | Associate | 1124F0248: Preparing OR and MO returns | 3.50 | |
| 11/7/2024 | Emily Nguyen | Specialist | 1124F0249: Preparing BLI and Subs OR-CAT Combined Tax Return | 4.00 | |
| 11/7/2024 | Emily Nguyen | Specialist | 1124F0250: Qualifying BLI and Subs MS Combined Tax Return, working through diagnostics, with OIT support | 2.00 | |
| 11/7/2024 | Emily Nguyen | Specialist | 1124F0251: Qualifying BLS and Subs RI Combined Tax Return, working through diagnostics with OIT support | 2.00 | |
| 11/7/2024 | Mouad Kharbach | Specialist | 1124F0252: Preparing 2023 BLI and Subs ID Unitary Tax Return | 4.00 | |
| 11/7/2024 | Mouad Kharbach | Specialist | 1124F0253: Preparing 2023 BLI and Subs UT Unitary Tax Return | 4.00 | |
| 11/7/2024 | Mouad Kharbach | Specialist | 1124F0254: Preparing 2023 BLI and Subs UT Unitary Tax Return | 2.00 | |
| 11/8/2024 | Craig Keller | Partner | 1124F0255: Review of federal tax return | 2.00 | |
| 11/8/2024 | Brian Trueman | Director | 1124F0256: Review of KY local returns | 0.50 | |
| 11/8/2024 | Anna Belluardo | Manager | 1124F0257: City return review, unitary review and apportionment corrections. | 2.00 | |
| 11/8/2024 | Anna Belluardo | Manager | 1124F0258: Colorado and Missouri return review | 2.00 | |
| 11/8/2024 | Anna Belluardo | Manager | 1124F0259: Unitary return workpaper review. | 2.50 | |
| 11/8/2024 | Matt Koebbeman | Senior Associate | 1124F0260: Big Lots, Inc. and subsidiary state review ID and NM | 3.00 | |
| 11/8/2024 | Stella Huang | Senior Associate | 1124F0261: Review Big Lots Stores KY city returns | 4.00 | |
| 11/8/2024 | Stella Huang | Senior Associate | 1124F0262: Second review of KY city returns after updates | 2.00 | |
| 11/8/2024 | Madeline Studer | Associate | 1124F0263: Preparing KY City Returns | 4.00 | |
| 11/8/2024 | Madeline Studer | Associate | 1124F0264: Update returns based off reviewer returns | 1.00 | |
| 11/8/2024 | Tommy McAvoy | Associate | 1124F0265: Preparing and Review and update KY city returns | 2.50 | |
| 11/8/2024 | Tommy McAvoy | Associate | 1124F0266: Preparing KY city returns | 4.00 | |
| 11/8/2024 | Tommy McAvoy | Associate | 1124F0267: Review and update NC separate returns | 1.50 | |
| 11/8/2024 | Alexander Loeb | Specialist | 1124F0268: Onboarding to review Big Lots state tax returns | 1.00 | |
| 11/9/2024 | Anna Belluardo | Manager | 1124F0269: City return review, unitary review and apportionment corrections. | 2.50 | |
| 11/10/2024 | Nicole Berkow | Senior Manager | 1124F0270: Review of Sale-Leaseback workpapers for 2023 tax return | 3.00 | |
| 11/10/2024 | Alexander Loeb | Specialist | 1124F0271: Clearing comments on NM and OR-CAT | 1.50 | |
| 11/11/2024 | Lesa Shoemaker | Partner | 1124F0272: Review current year compliance items | 0.50 | |
| 11/11/2024 | Brian Trueman | Director | 1124F0273: Continue Return Review - 11/15 returns (KY Locals and various states). | 3.50 | |
| 11/11/2024 | Brian Trueman | Director | 1124F0274: Return review - 11/15 returns (KY Locals and various states). | 4.00 | |
| 11/11/2024 | Anna Belluardo | Manager | 1124F0275: Finalizing city returns and preparing to deliver to the client. | 3.50 | |
| 11/11/2024 | Anna Belluardo | Manager | 1124F0276: Preparing returns to deliver to client. | 0.50 | |
| 11/11/2024 | Anna Belluardo | Manager | 1124F0277: Reviewing unitary returns - CO, NM, OR, | 3.50 | |
| 11/11/2024 | Matt Koebbeman | Senior Associate | 1124F0278: Big Lots, Inc. and subsidiary state review RI and SC | 4.00 | |
| 11/11/2024 | Natania Patterson | Senior Associate | 1124F0279: Prepare for catch-up call | 0.50 | |
| 11/11/2024 | Natania Patterson | Senior Associate | 1124F0280: Review RI and SC returns | 4.00 | |
| 11/11/2024 | Natania Patterson | Senior Associate | 1124F0281: Review UT Return | 2.00 | |
| 11/11/2024 | Rhys Jonard | Senior Associate | 1124F0282: Prepared LA franchise tax apportionment workpaper for current year compliance | 3.00 | |
| 11/11/2024 | Stella Huang | Senior Associate | 1124F0283: Finish second review of KY city returns | 3.00 | |
| 11/11/2024 | Stella Huang | Senior Associate | 1124F0284: Updates to KY city returns for comments | 2.00 | |
| 11/11/2024 | Tommy McAvoy | Associate | 1124F0285: Calling OIT to follow up on NC issue | 0.50 | |
| 11/11/2024 | Tommy McAvoy | Associate | 1124F0286: Finishing KY city return prep | 1.50 | |
| 11/11/2024 | Tommy McAvoy | Associate | 1124F0287: Preparing transmittal letters for all cities and signed states | 1.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/11/2024 | Tommy McAvoy | Associate | 1124F0288: Review and update KY city returns | 4.00 | |
| 11/11/2024 | Alexander Loeb | Specialist | 1124F0289: WV tax return preparation, state apportionment updates | 3.00 | |
| 11/12/2024 | Craig Keller | Partner | 1124F0290: Review of federal tax return | 1.00 | |
| 11/12/2024 | Lesa Shoemaker | Partner | 1124F0291: Tax return compliance  11/15 filing | 1.00 | |
| 11/12/2024 | Brian Trueman | Director | 1124F0292: Meeting with Big Lots to discuss mailing KY city returns and filing state returns with T. Weber, S. Schoch, A. Ohl by B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 11/12/2024 | Brian Trueman | Director | 1124F0293: Status call with Teresa and Sarah (Big Lots) on various compliance questions and timing (0.5); Review to other 11/15 state returns (0.5). | 1.00 | |
| 11/12/2024 | Nicole Berkow | Senior Manager | 1124F0294: Preparing Federal return for signing | 1.50 | |
| 11/12/2024 | Anna Belluardo | Manager | 1124F0295: Meeting with Big Lots to discuss mailing KY city returns and file state returns with T. Weber, S. Schoch, A. Ohl (PwC) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 11/12/2024 | Anna Belluardo | Manager | 1124F0296: Reviewing unitary returns - GA and MS. | 4.00 | |
| 11/12/2024 | Anna Belluardo | Manager | 1124F0297: Reviewing WV return and assisting team with questions. | 3.50 | |
| 11/12/2024 | Anna Belluardo | Manager | 1124F0298: Second review and updated on GA return. | 1.50 | |
| 11/12/2024 | Matt Koebbeman | Senior Associate | 1124F0299: Big Lots Inc and subsidiaries state return review and updates | 4.00 | |
| 11/12/2024 | Matt Koebbeman | Senior Associate | 1124F0300: Big Lots Inc. and subsidiaries state return review and updates (continued) | 3.00 | |
| 11/12/2024 | Natania Patterson | Senior Associate | 1124F0301: Reviewing SC Return | 0.50 | |
| 11/12/2024 | Rhys Jonard | Senior Associate | 1124F0302: Update LA Apportionment workpaper for entity apportionment used for franchise calculation | 1.50 | |
| 11/12/2024 | Stella Huang | Senior Associate | 1124F0303: Meeting with Big Lots to discuss mailing KY city returns and file state returns with T. Weber, S. Schoch, A. Ohl (PwC) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC) | 0.50 | |
| 11/12/2024 | Stella Huang | Senior Associate | 1124F0304: Review Big Lots Inc NC return after updates and  put together KY cities mailing address file for Big Lots | 2.00 | |
| 11/12/2024 | Tommy McAvoy | Associate | 1124F0305: Prepare for call to discuss file review | 0.50 | |
| 11/12/2024 | Tommy McAvoy | Associate | 1124F0306: Preparing GA return | 0.50 | |
| 11/12/2024 | Tommy McAvoy | Associate | 1124F0307: State return review and clearing diagnostics to do XML review | 3.00 | |
| 11/12/2024 | Alexander Loeb | Specialist | 1124F0308: Call to OIT to resolve WV return issue | 1.50 | |
| 11/12/2024 | Emily Nguyen | Specialist | 1124F0309: Continue to update BLS and Subs RI Combined Tax Return | 2.00 | |
| 11/12/2024 | Emily Nguyen | Specialist | 1124F0310: Update BLI and Subs MS Combined Tax Return | 4.00 | |
| 11/13/2024 | Lesa Shoemaker | Partner | 1124F0311: Review of loss returns and prepare for discussion with 11/15 tax returns issues | 1.00 | |
| 11/13/2024 | Brian Trueman | Director | 1124F0312: Review and finalized 11/15 state returns. | 3.50 | |
| 11/13/2024 | Anna Belluardo | Manager | 1124F0313: Delivering returns to client and assisting prep team. | 1.50 | |
| 11/13/2024 | Anna Belluardo | Manager | 1124F0314: Reviewing RI and SC returns and updated to MS. | 4.00 | |
| 11/13/2024 | Anna Belluardo | Manager | 1124F0315: Reviewing UT, WV and OR returns. | 3.50 | |
| 11/13/2024 | Matt Koebbeman | Senior Associate | 1124F0316: Big Lots, Inc. and subsidiary state review WV and GA | 4.00 | |
| 11/13/2024 | Rhys Jonard | Senior Associate | 1124F0317: Update LA Workpaper for check figures to ensure ties to apportionment file | 1.50 | |
| 11/13/2024 | Stella Huang | Senior Associate | 1124F0318: Review comments for MS and OR-CAT | 1.50 | |
| 11/13/2024 | Stella Huang | Senior Associate | 1124F0319: Review manager comments for MS return, review OR-CAT after updates and email to client about OR-CAT payments | 4.00 | |
| 11/13/2024 | Tommy McAvoy | Associate | 1124F0320: Reviewing files for returns that were signed | 1.00 | |
| 11/13/2024 | Tommy McAvoy | Associate | 1124F0321: Update NC/WV/OR returns based on review comments | 3.50 | |
| 11/13/2024 | Emily Nguyen | Specialist | 1124F0322: Review and update BLS and Subs RI Combined Tax Return | 3.00 | |
| 11/14/2024 | Brian Trueman | Director | 1124F0323: Review and finalize remaining 11/15 state returns. | 3.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/14/2024 | Nicole Berkow | Senior Manager | 1124F0324: Finalizing and file Big Lots 2023 federal income tax return | 3.50 | |
| 11/14/2024 | Anna Belluardo | Manager | 1124F0325: Delivering returns to the client and update returns | 2.00 | |
| 11/14/2024 | Anna Belluardo | Manager | 1124F0326: Reviewing 11/15 return, submitting returns, and delivering returns to the client. | 4.00 | |
| 11/14/2024 | Anna Belluardo | Manager | 1124F0327: Update SC and RI returns and workpapers | 2.00 | |
| 11/14/2024 | Rhys Jonard | Senior Associate | 1124F0328: Gathering information needed to create LA workpaper updates | 1.50 | |
| 11/14/2024 | Rhys Jonard | Senior Associate | 1124F0329: Review and updating by entity LA franchise workpaper | 2.50 | |
| 11/14/2024 | Stella Huang | Senior Associate | 1124F0330: Second review and set up OH and MI city bot templates | 2.50 | |
| 11/14/2024 | Stella Huang | Senior Associate | 1124F0331: Update combined workpaper for returns due 12/15 | 4.00 | |
| 11/14/2024 | Tommy McAvoy | Associate | 1124F0332: Reviewing files for signed off returns | 1.50 | |
| 11/14/2024 | Tommy McAvoy | Associate | 1124F0333: Update authorization and transmittal letters | 1.00 | |
| 11/14/2024 | Emily Nguyen | Specialist | 1124F0334: Preparing BLS and Subs IA Combined Tax Return | 3.00 | |
| 11/15/2024 | Lesa Shoemaker | Partner | 1124F0335: Prepare for discussion of current year compliance due 11/15 and update on payment due | 0.50 | |
| 11/15/2024 | Brian Trueman | Director | 1124F0336: Troubleshoot North Carolina return issue. | 1.50 | |
| 11/15/2024 | Anna Belluardo | Manager | 1124F0337: Preparing city filing and workpapers | 2.50 | |
| 11/15/2024 | Anna Belluardo | Manager | 1124F0338: Return review and filing | 3.00 | |
| 11/15/2024 | Rhys Jonard | Senior Associate | 1124F0339: Update LA franchise workpaper required for return preparation | 1.50 | |
| 11/15/2024 | Stella Huang | Senior Associate | 1124F0340: Update state refund schedule and update returns for MS and Kansas City | 2.00 | |
| 11/15/2024 | Stella Huang | Senior Associate | 1124F0341: Update workpapers for returns due 12/15 and finish updating combined workpaper | 4.00 | |
| 11/15/2024 | Tommy McAvoy | Associate | 1124F0342: Calling OIT to check status on NC diagnostic issue | 0.50 | |
| 11/15/2024 | Tommy McAvoy | Associate | 1124F0343: Update Ohio city returns template | 3.00 | |
| 11/15/2024 | Emily Nguyen | Specialist | 1124F0344: Preparing BLS and Subs IA Combined Tax Return, Fixing Apportionment | 3.00 | |
| 11/17/2024 | Nicole Berkow | Senior Manager | 1124F0345: Discussion with Big Lots on 2024 tax return approach | 1.00 | |
| 11/18/2024 | Brian Trueman | Director | 1124F0346: Discuss Alabama 163(j) application in Consolidated return, determine if TN Real Property Refund claim applies and update with Anna Belluardo (PwC) on timing of returns | 1.50 | |
| 11/18/2024 | Nicole Berkow | Senior Manager | 1124F0347: Finalization of tax documents | 2.50 | |
| 11/18/2024 | Anna Belluardo | Manager | 1124F0348: Addressing return issues and update returns | 2.50 | |
| 11/18/2024 | Anna Belluardo | Manager | 1124F0349: Preparing city return bot for MI and OH cities. | 3.00 | |
| 11/18/2024 | Anna Belluardo | Manager | 1124F0350: Review of unitary state return workpapers for Florida, Iowa, and Louisiana. | 2.50 | |
| 11/18/2024 | Matt Koebbeman | Senior Associate | 1124F0351: Florida and Iowa state review BLI and Subs | 2.00 | |
| 11/18/2024 | Rhys Jonard | Senior Associate | 1124F0352: Creating and tying out franchise tax workpapers for outstanding returns | 4.00 | |
| 11/18/2024 | Stella Huang | Senior Associate | 1124F0353: Run city bot for MI and OH city returns and review MI city returns. | 2.50 | |
| 11/18/2024 | Stella Huang | Senior Associate | 1124F0354: Update MI and OH city templates and other workpapers. | 4.00 | |
| 11/18/2024 | Madeline Studer | Associate | 1124F0355: Preparing MI City Returns | 1.00 | |
| 11/18/2024 | Tommy McAvoy | Associate | 1124F0356: Correspondence with team on next steps in project | 0.50 | |
| 11/18/2024 | Tommy McAvoy | Associate | 1124F0357: Preparing MD/MA state workpapers | 2.00 | |
| 11/18/2024 | Tommy McAvoy | Associate | 1124F0358: Preparing MI/OH city tax returns | 2.00 | |
| 11/18/2024 | Tommy McAvoy | Associate | 1124F0359: Update MI city return template | 0.50 | |
| 11/18/2024 | Alexander Loeb | Specialist | 1124F0360: Prepare FL consolidated return, and begin MD return | 4.00 | |
| 11/19/2024 | Brian Trueman | Director | 1124F0361: Review MI local returns, Ohio local return review | 2.50 | |
| 11/19/2024 | Brian Trueman | Director | 1124F0362: Call with Big Lots to discuss Portland OR city payments, MD intangible addback exception calculations, PA depreciation, LA and TN amended returns, and FL extension with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/19/2024 | Anna Belluardo | Manager | 1124F0363: Call with Big Lots to discuss Portland OR city payments, MD intangible addback exception calculations, PA depreciation, LA and TN amended returns, and FL extension with T. Weber, S. Schoch, A. Ohl by B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/19/2024 | Anna Belluardo | Manager | 1124F0364: Review of Michigan city returns and delivery to the client. | 4.00 | |
| 11/19/2024 | Anna Belluardo | Manager | 1124F0365: Review of unitary returns including Iowa, Florida, Oregon and Oregon cities. | 4.00 | |
| 11/19/2024 | Matt Koebbeman | Senior Associate | 1124F0366: Pennsylvania and Maryland state review and updates | 4.00 | |
| 11/19/2024 | Rhys Jonard | Senior Associate | 1124F0367: Call with Big Lots to discuss Portland OR city payments, MD intangible addback exception calculations, PA depreciation, LA and TN amended returns, and FL extension with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/19/2024 | Rhys Jonard | Senior Associate | 1124F0368: Franchise Tax Workpapers updates and tying | 1.50 | |
| 11/19/2024 | Stella Huang | Senior Associate | 1124F0369: Call with Big Lots to discuss Portland OR city payments, MD intangible addback exception calculations, PA depreciation, LA and TN amended returns, and FL extension with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), A. Belluardo (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/19/2024 | Stella Huang | Senior Associate | 1124F0370: Initial review for OH city returns. | 4.00 | |
| 11/19/2024 | Stella Huang | Senior Associate | 1124F0371: Review MI city returns after updates and update LA interest expense addback workpaper. | 2.50 | |
| 11/19/2024 | Madeline Studer | Associate | 1124F0372: Preparing OH City Returns | 2.00 | |
| 11/19/2024 | Tommy McAvoy | Associate | 1124F0373: Preparing MI cities transmittal letter | 0.50 | |
| 11/19/2024 | Tommy McAvoy | Associate | 1124F0374: Preparing OH city tax returns | 3.50 | |
| 11/19/2024 | Tommy McAvoy | Associate | 1124F0375: Preparing Portland OR city return | 1.50 | |
| 11/19/2024 | Tommy McAvoy | Associate | 1124F0376: Review and update MI city tax returns | 2.00 | |
| 11/19/2024 | Alexander Loeb | Specialist | 1124F0377: Prepare MD return | 3.50 | |
| 11/19/2024 | Emily Nguyen | Specialist | 1124F0378: Big Lots Stores, LLC and Subsidiaries IA Return Prep | 4.00 | |
| 11/19/2024 | Emily Nguyen | Specialist | 1124F0379: Big Lots Stores, LLC and Subsidiaries IA Return Prep (continued) | 2.00 | |
| 11/20/2024 | Lesa Shoemaker | Partner | 1124F0380: Review and discuss 12/15 compliance due date | 0.50 | |
| 11/20/2024 | Brian Trueman | Director | 1124F0381: Review and finalize Ohio locality income tax returns. | 3.50 | |
| 11/20/2024 | Anna Belluardo | Manager | 1124F0382: Email to the client regarding questions on Louisiana workpapers. | 0.50 | |
| 11/20/2024 | Anna Belluardo | Manager | 1124F0383: Review of returns including Florida, Louisana, Tennessee and related workpapers | 4.00 | |
| 11/20/2024 | Anna Belluardo | Manager | 1124F0384: Review of unitary return calculations to determine outstanding return liabilities as requested by the client. | 2.00 | |
| 11/20/2024 | Anna Belluardo | Manager | 1124F0385: Review questions regarding apportionment and OIT system | 1.00 | |
| 11/20/2024 | Matt Koebbeman | Senior Associate | 1124F0386: New Hampshire and Louisiana return review | 3.00 | |
| 11/20/2024 | Stella Huang | Senior Associate | 1124F0387: Finish review for OH city returns. | 4.00 | |
| 11/20/2024 | Stella Huang | Senior Associate | 1124F0388: Update OH city template for RITA returns and run city bot. | 2.00 | |
| 11/20/2024 | Madeline Studer | Associate | 1124F0389: Preparing and clearing review comments on OH city returns | 3.00 | |
| 11/20/2024 | Tommy McAvoy | Associate | 1124F0390: Preparing/review and update OH/OR city returns | 3.50 | |
| 11/20/2024 | Tommy McAvoy | Associate | 1124F0391: TN state return preparation | 2.00 | |
| 11/20/2024 | Tommy McAvoy | Associate | 1124F0392: TN workpaper prep | 1.00 | |
| 11/20/2024 | Alexander Loeb | Specialist | 1124F0393: Update Big Lots state returns | 0.50 | |
| 11/20/2024 | Emily Nguyen | Specialist | 1124F0394: Big Lots Stores, LLC LA Return Preparation | 4.00 | |
| 11/20/2024 | Emily Nguyen | Specialist | 1124F0395: Big Lots Stores, LLC LA Return Preparation (continued) | 2.00 | |
| 11/20/2024 | Emily Nguyen | Specialist | 1124F0396: Big Lots Stores, LLC PA Return Preparation | 2.00 | |
| 11/21/2024 | Brian Trueman | Director | 1124F0397: Review and finalize state and local income tax returns | 3.50 | |
| 11/21/2024 | Anna Belluardo | Manager | 1124F0398: Assisting preparers with questions and reviewing and updating unitary workpapers | 3.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967                                                                                                                                                                                           Exhibit C
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/21/2024 | Anna Belluardo | Manager | 1124F0399: Calculating estimate liabilities and payments required on remaining returns as requested by the client | 2.00 | |
| 11/21/2024 | Anna Belluardo | Manager | 1124F0400: Review of NY, Louisiana and Tennessee returns | 4.00 | |
| 11/21/2024 | Matt Koebbeman | Senior Associate | 1124F0401: Preparing state and local income tax returns | 4.00 | |
| 11/21/2024 | Stella Huang | Senior Associate | 1124F0402: Review RITA and Columbus return | 2.00 | |
| 11/21/2024 | Stella Huang | Senior Associate | 1124F0403: Update FTI on a few OH city returns. | 1.50 | |
| 11/21/2024 | Madeline Studer | Associate | 1124F0404: Update Columbus, OH and Riverside, OH returns based on review comments | 0.50 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0405: Preparing authorization letter | 0.50 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0406: Preparing BLI Tennessee state return | 0.50 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0407: Preparing OH/OR cities transmittal letter | 1.00 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0408: Preparing RITA cities tax returns | 4.00 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0409: Preparing RITA city tax compliance | 0.50 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0410: Review and update Form R returns | 1.00 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0411: Update RITA cities returns based on review comments | 0.50 | |
| 11/21/2024 | Tommy McAvoy | Associate | 1124F0412: Update the Florida BLS return | 1.00 | |
| 11/21/2024 | Alexander Loeb | Specialist | 1124F0413: Prepare VT return | 2.50 | |
| 11/21/2024 | Emily Nguyen | Specialist | 1124F0414: Big Lots Stores, LLC and Subsidiaries NY State Return Preparation | 4.00 | |
| 11/21/2024 | Emily Nguyen | Specialist | 1124F0415: Big Lots Stores, LLC and Subsidiaries NY State Return Preparation (continued) | 2.00 | |
| 11/21/2024 | Emily Nguyen | Specialist | 1124F0416: Big Lots Stores, LLC PA Return Preparation | 2.00 | |
| 11/22/2024 | Brian Trueman | Director | 1124F0417: Review and finalize state and local income tax returns | 3.00 | |
| 11/22/2024 | Anna Belluardo | Manager | 1124F0418: Delivery of returns to the client and related documentation. | 3.50 | |
| 11/22/2024 | Anna Belluardo | Manager | 1124F0419: Meet with S. Huang (PwC) about CA workpaper and action items | 0.50 | |
| 11/22/2024 | Anna Belluardo | Manager | 1124F0420: Review of unitary state returns Tennessee and New York | 3.00 | |
| 11/22/2024 | Stella Huang | Senior Associate | 1124F0421: Meet with A. Belluardo (PwC) about CA workpaper and action items | 0.50 | |
| 11/22/2024 | Stella Huang | Senior Associate | 1124F0422: Review manager and director comments for NY and Big Lots Stores LA returns, and work on CA workpaper | 4.00 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0423: Calling OIT for MD diagnostic issue | 0.50 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0424: Finishing preparation of TN return | 1.00 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0425: Preparing BLI Maryland tax return | 3.00 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0426: Preparing LA tax return | 1.50 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0427: Preparing Transmittal letter | 0.50 | |
| 11/22/2024 | Tommy McAvoy | Associate | 1124F0428: Reviewing for signed returns | 1.00 | |
| 11/23/2024 | Brian Trueman | Director | 1124F0429: Review State income tax returns (0.5), discuss with client timing of remaining returns with information still outstanding (0.5). | 1.00 | |
| 11/23/2024 | Anna Belluardo | Manager | 1124F0430: Email response to client question on status of liabilities | 0.50 | |
| 11/25/2024 | Lesa Shoemaker | Partner | 1124F0431: Review Big lots returns | 0.50 | |
| 11/25/2024 | Brian Trueman | Director | 1124F0432: Review and finalize state and local income tax returns | 2.00 | |
| 11/25/2024 | Anna Belluardo | Manager | 1124F0433: Emails related to questions from the client on state workpapers | 1.00 | |
| 11/25/2024 | Matt Koebbeman | Senior Associate | 1124F0434: Preparing state and local income tax returns | 4.00 | |
| 11/25/2024 | Stella Huang | Senior Associate | 1124F0435: Review and updates to PA depreciation workpapers sent by Big Lots, send returns to Big Lots, put together MI and OH cities mailing address file for Big Lots. | 4.00 | |
| 11/25/2024 | Stella Huang | Senior Associate | 1124F0436: Review Big Lots Inc LA, Big Lots Inc MD and Big Lots Stores PA returns and clear director review comments | 4.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0437: Preparing KS unitary return | 2.50 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0438: Preparing MT unitary return | 2.00 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0439: Preparing Transmittal letter for signed returns | 0.50 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0440: Review and update BLI LA return | 1.50 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0441: Review and update BLI MD | 1.00 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0442: Review and update BLS PA return | 0.50 | |
| 11/25/2024 | Tommy McAvoy | Associate | 1124F0443: Updating diagnostics for MT unitary return based on comments | 0.50 | |
| 11/25/2024 | Emily Nguyen | Specialist | 1124F0444: Big Lots Stores, LLC and Subsidiaries MN Return Preparation | 4.00 | |
| 11/25/2024 | Emily Nguyen | Specialist | 1124F0445: Big Lots Stores, LLC and Subsidiaries NE Return Preparation | 4.00 | |
| 11/26/2024 | Lesa Shoemaker | Partner | 1124F0446: Big Lots returns Texas and final payment tracker, review current year returns and other items | 0.50 | |
| 11/26/2024 | Brian Trueman | Director | 1124F0447: Review of state returns | 2.50 | |
| 11/26/2024 | Brian Trueman | Director | 1124F0448: Call with Big Lots to discuss completing the remaining returns due 12/15, signer for returns after closing, and 2020 NY amended with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/26/2024 | Matt Koebbeman | Senior Associate | 1124F0449: Preparing state and local income tax returns | 4.00 | |
| 11/26/2024 | Rhys Jonard | Senior Associate | 1124F0450: Call with Big Lots to discuss completing the remaining returns due 12/15, signer for returns after closing, and 2020 NY amended with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/26/2024 | Stella Huang | Senior Associate | 1124F0451: Call with Big Lots to discuss completing the remaining returns due 12/15, signer for returns after closing, and 2020 NY amended with T. Weber, S. Schoch, A. Ohl (Big Lots) and B. Trueman (PwC), S. Huang (PwC), R. Jonard (PwC) | 0.50 | |
| 11/26/2024 | Stella Huang | Senior Associate | 1124F0452: Incorporate director comments for KS (1.0), update Portland/Multnomah and CES returns for payments (2.0), send returns to Big Lots (0.5). | 3.50 | |
| 11/26/2024 | Stella Huang | Senior Associate | 1124F0453: Initial review for KS, MT, ND returns, apportionment in OIT, and update attributes schedule. | 4.00 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0454: MT unitary return diagnostics | 1.00 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0455: Preparing auth/Transmittal letter | 1.00 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0456: Preparing ND return | 1.00 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0457: Preparing OK return | 1.50 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0458: Review and update KS/MT/LA returns based on review comments | 2.50 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0459: Reviewing tax returns for filing | 0.50 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0460: Update Portland, OR CES return | 0.50 | |
| 11/26/2024 | Tommy McAvoy | Associate | 1124F0461: Update return tracks to reflect signed returns | 0.50 | |
| 11/26/2024 | Emily Nguyen | Specialist | 1124F0462: Big Lots Stores, LLC and Subsidiaries MN Return Prep | 2.00 | |
| 11/26/2024 | Emily Nguyen | Specialist | 1124F0463: Big Lots, Inc. ("BLI") and Subsidiaries AL Return Prep | 4.00 | |
| 11/26/2024 | Emily Nguyen | Specialist | 1124F0464: Big Lots, Inc. ("BLI") and Subsidiaries AL Return Prep (continued) | 2.00 | |
| 11/27/2024 | Brian Trueman | Director | 1124F0465: Review and finalize state and local income tax returns | 1.50 | |
| 11/27/2024 | Matt Koebbeman | Senior Associate | 1124F0466: Preparing state and local income tax returns | 3.00 | |
| 11/27/2024 | Stella Huang | Senior Associate | 1124F0467: File returns and resolve issues | 2.00 | |
| 11/27/2024 | Stella Huang | Senior Associate | 1124F0468: Review for returns signed on 11/25 and 11/26, prepare 2020 NY amended return | 3.50 | |
| 11/27/2024 | Tommy McAvoy | Associate | 1124F0469: ND return comment review | 0.50 | |
| 11/27/2024 | Tommy McAvoy | Associate | 1124F0470: OK return preparation | 0.50 | |

**In re Big Lots, Inc., et al., Case No. 24-11967**  Exhibit C
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 11/27/2024 | Tommy McAvoy | Associate | 1124F0471: Review returns for filing | 1.00 | |
| 11/27/2024 | Emily Nguyen | Specialist | 1124F0472: Big Lots Stores, LLC and Subsidiaries IL Return Prep | 4.00 | |
| 11/27/2024 | Emily Nguyen | Specialist | 1124F0473: Big Lots, Inc. ("BLI") and Subsidiaries AL Return Prep | 2.00 | |
| 11/30/2024 | Brian Trueman | Director | 1124F0474: Review and finalize state and local income tax returns | 0.50 | |
| *Subtotal - Tax Compliance Services* | | | | *630.00* | *$78,000.00* |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | | | **630.00** | **$78,000.00** |