PwC US Tax LLP

**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Sean Kelly | Partner | $1,330 | 10.30 | $13,699.00 |
| Craig Keller | Partner | $1,265 | 4.80 | $6,072.00 |
| Lesa Shoemaker | Partner | $1,265 | 35.30 | $44,654.50 |
| Lindsay Galvin | Partner | $1,265 | 1.50 | $1,897.50 |
| Brian Trueman | Director | $1,006 | 33.00 | $33,198.00 |
| Hudson Harrison | Director | $1,006 | 2.50 | $2,515.00 |
| Tom Carpenter | Director | $1,006 | 8.50 | $8,551.00 |
| Tom Fagan | Director | $1,006 | 2.60 | $2,615.60 |
| Zak Adkins | Director | $1,006 | 12.50 | $12,575.00 |
| Elyse Acosta | Senior Manager | $1,141 | 41.80 | $47,693.80 |
| Evan Amundson | Senior Manager | $918 | 1.00 | $918.00 |
| Nicole Berkow | Senior Manager | $918 | 2.50 | $2,295.00 |
| Joseph Beiter | Manager | $829 | 5.50 | $4,559.50 |
| Steven Shao | Manager | $829 | 5.50 | $4,559.50 |
| Rhys Jonard | Senior Associate | $702 | 26.20 | $18,392.40 |
| Ryan Miller | Senior Associate | $702 | 2.20 | $1,544.40 |
| Will Gaziano | Senior Associate | $952 | 15.60 | $14,851.20 |
| Evan Hannan | Experienced Associate | $743 | 3.00 | $2,229.00 |
| Mia Gerthoffer | Experienced Associate | $554 | 4.90 | $2,714.60 |
| *Subtotal - Tax Advisory Services* | | | *219.20* | *$225,535.00* |
| **Subtotal - Hourly Services** | | | **219.20** | **$225,535.00** |
| **Bankruptcy Compliance Services** | | | | |
| *Retention Applications* | | | | |
| Thalia Cody | Director | $550 | 0.60 | $330.00 |
| Chris Lewis | Manager | $400 | 1.50 | $600.00 |
| *Subtotal - Retention Applications* | | | *2.10* | *$930.00* |
| *Fee Applications* | | | | |
| Chris Lewis | Manager | $400 | 2.50 | $1,000.00 |
| *Subtotal - Fee Applications* | | | *2.50* | *$1,000.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **4.60** | **$1,930.00** |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **223.80** | **$227,465.00** |