In re Big Lots, Inc., et al., Case No. 24-11967                                                                                                     **Exhibit E**
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Hourly Services** | | | | | | |
| *Tax Advisory Services* | | | | | | |
| 11/1/2024 | Sean Kelly | Partner | 1124H0001: Read updated bid materials (0.3), emails with client (0.1) | $1,330 | 0.40 | $532.00 |
| 11/2/2024 | Lesa Shoemaker | Partner | 1124H0002: Big Lots review agreements | $1,265 | 0.50 | $632.50 |
| 11/3/2024 | Lesa Shoemaker | Partner | 1124H0003: Prepare for discussion on tax structure | $1,265 | 0.50 | $632.50 |
| 11/4/2024 | Sean Kelly | Partner | 1124H0004: Meeting to discuss tax considerations of auction bid result and financing agreements of buyer with S. Hutkai (Big Lots), C. Keller (PwC), B. Trueman (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,330 | 1.00 | $1,330.00 |
| 11/4/2024 | Craig Keller | Partner | 1124H0005: Call with S. Hutkai (Big Lots VP of Tax and Treasury) to discuss sale considerations associated with China Rep Office with C. Keller (PwC), T. Carpenter (PwC) | $1,265 | 0.50 | $632.50 |
| 11/4/2024 | Craig Keller | Partner | 1124H0006: Meeting to discuss tax considerations of auction bid result and financing agreements of buyer with S. Hutkai (Big Lots), C. Keller (PwC), B. Trueman (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,265 | 1.00 | $1,265.00 |
| 11/4/2024 | Lesa Shoemaker | Partner | 1124H0007: Meeting to discuss tax considerations of auction bid result and financing agreements of buyer with S. Hutkai (Big Lots), C. Keller (PwC), B. Trueman (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,265 | 1.00 | $1,265.00 |
| 11/4/2024 | Lesa Shoemaker | Partner | 1124H0008: Review of closing and revised footprint and discussion of Ohio CAT issue | $1,265 | 1.30 | $1,644.50 |
| 11/4/2024 | Elyse Acosta | Senior Manager | 1124H0009: Call to discuss successful bidder implication and next steps with E. Acosta (PwC), W. Graziano (PwC), E. Hannan (PwC) | $1,141 | 0.50 | $570.50 |
| 11/4/2024 | Elyse Acosta | Senior Manager | 1124H0010: Update financing and deal docs for modeling purpose (2.8), buyer interaction discussion with bankruptcy team (0.3) | $1,141 | 3.10 | $3,537.10 |
| 11/4/2024 | Brian Trueman | Director | 1124H0011: Begin modeling structure implications based on store count (2.0); analyze transfer pricing and Sales/Use implications with asset sale (2.0). | $1,006 | 4.00 | $4,024.00 |
| 11/4/2024 | Brian Trueman | Director | 1124H0012: Discussion on winning bid with S. Hutkai (Big Lots) (0.5); prepare/analyze go forward structure considerations and discussion points for K&E (1.2) | $1,006 | 1.70 | $1,710.20 |
| 11/4/2024 | Brian Trueman | Director | 1124H0013: Meeting to discuss tax considerations of auction bid result and financing agreements of buyer with S. Hutkai (Big Lots), C. Keller (PwC), B. Trueman (PwC), S. Kelly (PwC), L. Shoemaker (PwC) | $1,006 | 1.00 | $1,006.00 |
| 11/4/2024 | Tom Carpenter | Director | 1124H0014: Call with S. Hutkai (Big Lots VP of Tax and Treasury) to discuss sale considerations associated with China Rep Office with C. Keller (PwC), T. Carpenter (PwC) | $1,006 | 0.50 | $503.00 |
| 11/4/2024 | Will Gaziano | Senior Associate | 1124H0015: Call to discuss successful bidder implication and next steps with E. Acosta (PwC), W. Graziano (PwC), E. Hannan (PwC) | $952 | 0.50 | $476.00 |
| 11/4/2024 | Evan Amundson | Senior Manager | 1124H0016: Evaluate transfer pricing considerations associated with bankruptcy proceedings | $918 | 0.50 | $459.00 |
| 11/4/2024 | Evan Hannan | Experienced Associate | 1124H0017: Call to discuss successful bidder implication and next steps with E. Acosta (PwC), W. Graziano (PwC), E. Hannan (PwC) | $743 | 0.50 | $371.50 |
| 11/5/2024 | Sean Kelly | Partner | 1124H0018: Call with S. Hutkai (Big Lots) and Buyer representatives to discuss state structure considerations | $1,330 | 0.50 | $665.00 |
| 11/5/2024 | Sean Kelly | Partner | 1124H0019: Prepare for call regarding state structure of proposed transaction | $1,330 | 0.30 | $399.00 |
| 11/5/2024 | Lesa Shoemaker | Partner | 1124H0020: Call with S. Hutkai (Big Lots) to discuss key deal ramifications including AL DC, Ohio CAT issues, store location, legal agreements | $1,265 | 0.80 | $1,012.00 |
| 11/5/2024 | Lesa Shoemaker | Partner | 1124H0021: Review documents provided by the client | $1,265 | 3.00 | $3,795.00 |
| 11/5/2024 | Elyse Acosta | Senior Manager | 1124H0022: Prepare for discussions regarding buyer interactions | $1,141 | 0.50 | $570.50 |
| 11/5/2024 | Brian Trueman | Director | 1124H0023: Model out the state income tax benefit on potential structure per forecasted financials | $1,006 | 4.00 | $4,024.00 |

In re Big Lots, Inc., et al., Case No. 24-11967                                                                                              **Exhibit E**
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/5/2024 | Brian Trueman | Director | 1124H0024: Prepare for transfer pricing calls discussing the structure going forward based on forecasted information. | $1,006 | 1.80 | $1,810.80 |
| 11/5/2024 | Evan Amundson | Senior Manager | 1124H0025: Continue to prepare transfer pricing considerations associated with bankruptcy proceedings | $918 | 0.50 | $459.00 |
| 11/5/2024 | Evan Hannan | Experienced Associate | 1124H0026: Assistance with Big Lots bankruptcy summary for PwC fee application | $743 | 2.00 | $1,486.00 |
| 11/6/2024 | Lesa Shoemaker | Partner | 1124H0027: Big Lots discussion with client regarding transition, indirect taxes, legal entity items, and agreement review | $1,265 | 1.90 | $2,403.50 |
| 11/6/2024 | Brian Trueman | Director | 1124H0028: Model out and prepare potential legal entity structures | $1,006 | 1.80 | $1,810.80 |
| 11/6/2024 | Brian Trueman | Director | 1124H0029: Update modeling for alternative structuring options | $1,006 | 2.00 | $2,012.00 |
| 11/7/2024 | Lesa Shoemaker | Partner | 1124H0030: Prepare for Big Lots call with client regarding discussion of gift cards, etc. | $1,265 | 0.80 | $1,012.00 |
| 11/7/2024 | Lindsay Galvin | Partner | 1124H0031: Prepare for call discuss next steps/draft bullets for client | $1,265 | 0.50 | $632.50 |
| 11/7/2024 | Brian Trueman | Director | 1124H0032: Discuss business operations of potential structures, pros/cons of preferred vs simple structures with S. Hukai (Big Lots) | $1,006 | 0.60 | $603.60 |
| 11/7/2024 | Tom Carpenter | Director | 1124H0033: Call to discuss China tax considerations and filing requirements with S. Shao (PwC), T. Carpenter (PwC), M. Gethoffer (PwC), and R. Miller (PwC) | $1,006 | 0.50 | $503.00 |
| 11/7/2024 | Tom Carpenter | Director | 1124H0034: Summarize notes from call with US-based China tax colleague | $1,006 | 0.50 | $503.00 |
| 11/7/2024 | Zak Adkins | Director | 1124H0035: Prepare for call to discuss state registrations | $1,006 | 1.00 | $1,006.00 |
| 11/7/2024 | Steven Shao | Manager | 1124H0036: Call to discuss China tax considerations and filing requirements with S. Shao (PwC), T. Carpenter (PwC), M. Gethoffer (PwC), and R. Miller (PwC) | $829 | 0.50 | $414.50 |
| 11/7/2024 | Steven Shao | Manager | 1124H0037: Research on Big Lots China rep office tax considerations | $829 | 0.50 | $414.50 |
| 11/7/2024 | Ryan Miller | Senior Associate | 1124H0038: Call to discuss China tax considerations and filing requirements with S. Shao (PwC), T. Carpenter (PwC), M. Gethoffer (PwC), and R. Miller (PwC) | $702 | 0.50 | $351.00 |
| 11/7/2024 | Ryan Miller | Senior Associate | 1124H0039: Summary email to US-based China tax colleague explaining the current status of Big Lots and the issue to be discussed during the call. | $702 | 0.30 | $210.60 |
| 11/7/2024 | Mia Gerthoffer | Experienced Associate | 1124H0040: Call to discuss China tax considerations and filing requirements with S. Shao (PwC), T. Carpenter (PwC), M. Gethoffer (PwC), and R. Miller (PwC) | $554 | 0.50 | $277.00 |
| 11/7/2024 | Mia Gerthoffer | Experienced Associate | 1124H0041: Draft email to US-based China tax colleague on tee up on tee up of Shanghai Rep office questions, and request to complete bankruptcy questionnaire. | $554 | 0.50 | $277.00 |
| 11/8/2024 | Sean Kelly | Partner | 1124H0042: Call with S. Hutkai (Big Lots) regarding new bid, employee implications, purchase price allocations. | $1,330 | 0.50 | $665.00 |
| 11/8/2024 | Lesa Shoemaker | Partner | 1124H0043: Big Lots discussion with client, items related to close, sales use issue in AL | $1,265 | 0.80 | $1,012.00 |
| 11/8/2024 | Elyse Acosta | Senior Manager | 1124H0044: Assist with preparation of PwC fee application | $1,141 | 1.40 | $1,597.40 |
| 11/8/2024 | Brian Trueman | Director | 1124H0045: Discuss with S. Hutkai (Big Lots) the payroll tax implications (rate transfer & registrations) of transaction | $1,006 | 0.50 | $503.00 |
| 11/8/2024 | Brian Trueman | Director | 1124H0046: Purchase Price Allocation discussion for opening balance sheet requirements | $1,006 | 0.70 | $704.20 |
| 11/8/2024 | Hudson Harrison | Director | 1124H0047: Call with Big Lots to discuss Alabama Sales & Use considerations with S. Hutkai, B. Green (Big Lots) and H. Harrison (PwC), Z. Adkins (PwC) | $1,006 | 0.50 | $503.00 |
| 11/8/2024 | Hudson Harrison | Director | 1124H0048: Research and email to client question on AL warehouse. | $1,006 | 1.00 | $1,006.00 |
| 11/8/2024 | Tom Carpenter | Director | 1124H0049: Correspondence on China CIT and VAT considerations | $1,006 | 0.40 | $402.40 |
| 11/8/2024 | Zak Adkins | Director | 1124H0050: Call with Big Lots to discuss Alabama Sales & Use considerations with S. Hutkai, B. Green (Big Lots) and H. Harrison (PwC), Z. Adkins (PwC) | $1,006 | 0.50 | $503.00 |
| 11/8/2024 | Will Gaziano | Senior Associate | 1124H0051: Assist with preparation of PwC fee application | $952 | 1.00 | $952.00 |
| 11/9/2024 | Hudson Harrison | Director | 1124H0052: Call with client regarding question on AL warehouse. | $1,006 | 1.00 | $1,006.00 |
| 11/11/2024 | Lesa Shoemaker | Partner | 1124H0053: Prepare for discussion of AL wholesaling exemption issue | $1,265 | 0.30 | $379.50 |

In re Big Lots, Inc., et al., Case No. 24-11967    **Exhibit E**
PwC US Tax LLP
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/11/2024 | Zak Adkins | Director | 1124H0054: Prepare for call to discuss indirect taxes | $1,006 | 0.50 | $503.00 |
| 11/11/2024 | Zak Adkins | Director | 1124H0055: Prepare for discussion of AL DC | $1,006 | 0.70 | $704.20 |
| 11/11/2024 | Steven Shao | Manager | 1124H0056: Conducting research and analysis regarding Big Lots China rep office tax considerations | $829 | 1.00 | $829.00 |
| 11/11/2024 | Mia Gerthoffer | Experienced Associate | 1124H0057: Draft email to US-based China tax colleague on Shanghai Rep Office on summary of discussion of tax liability, permanent establishment, wind down, and additional questions | $554 | 1.00 | $554.00 |
| 11/12/2024 | Craig Keller | Partner | 1124H0058: Call with S. Hutkai (Big Lots) on purchase price model and state tax considerations of transaction with C. Keller (PwC), L. Shoemaker (PwC) | $1,265 | 0.50 | $632.50 |
| 11/12/2024 | Lesa Shoemaker | Partner | 1124H0059: Call with S. Hutkai (Big Lots) on purchase price model and state tax considerations of transaction with C. Keller (PwC), L. Shoemaker (PwC) | $1,265 | 0.50 | $632.50 |
| 11/12/2024 | Lesa Shoemaker | Partner | 1124H0060: Sales and use tax items, property tax and sales tax wholesale exemption on the Alabama LLC for diligence items | $1,265 | 2.90 | $3,668.50 |
| 11/12/2024 | Elyse Acosta | Senior Manager | 1124H0061: Prepare for update call with Big Lots, new information/gathering | $1,141 | 0.80 | $912.80 |
| 11/12/2024 | Brian Trueman | Director | 1124H0062: Discuss structure implications with S. Hutkai (Big Lots) relating to legal entity with Distribution Centers and Gift Cards, Alabama wholesaler requirements and transfer tax implications. | $1,006 | 1.80 | $1,810.80 |
| 11/12/2024 | Zak Adkins | Director | 1124H0063: Discussion/emails on client indirect tax questions | $1,006 | 1.00 | $1,006.00 |
| 11/12/2024 | Mia Gerthoffer | Experienced Associate | 1124H0064: Draft email to US-based China tax colleague on Shanghai Rep Office including questions from Big Lots, Tax liabilities, and PE issues | $554 | 0.40 | $221.60 |
| 11/12/2024 | Mia Gerthoffer | Experienced Associate | 1124H0065: Shanghai Rep Office VAT estimation calculation - calculated by client provided data and VAT information provided by US-based China tax colleague | $554 | 0.50 | $277.00 |
| 11/13/2024 | Lesa Shoemaker | Partner | 1124H0066: Prepare for Big Lots bankruptcy discussion regarding questions asked by buyer to Big Lots | $1,265 | 0.60 | $759.00 |
| 11/13/2024 | Lindsay Galvin | Partner | 1124H0067: Draft note to client on client's Sales & Use questions. | $1,265 | 1.00 | $1,265.00 |
| 11/13/2024 | Brian Trueman | Director | 1124H0068: Review Transfer Tax implications relating to store leases | $1,006 | 0.80 | $804.80 |
| 11/13/2024 | Tom Carpenter | Director | 1124H0069: China transfer tax risk assessment | $1,006 | 0.50 | $503.00 |
| 11/13/2024 | Zak Adkins | Director | 1124H0070: Emails with client on Sales & Use tax questions | $1,006 | 0.80 | $804.80 |
| 11/13/2024 | Mia Gerthoffer | Experienced Associate | 1124H0071: Prepare email for US-based China tax colleague | $554 | 0.50 | $277.00 |
| 11/13/2024 | Mia Gerthoffer | Experienced Associate | 1124H0072: Update VAT and CGT estimate for Tom Carpenter's (PwC) comments | $554 | 1.00 | $554.00 |
| 11/14/2024 | Tom Carpenter | Director | 1124H0073: Summary email on China tax implications | $1,006 | 0.50 | $503.00 |
| 11/14/2024 | Will Gaziano | Senior Associate | 1124H0074: Updating tax basis balance sheets for BLI and BLS for purchase price allocation by legal entity. | $952 | 2.40 | $2,284.80 |
| 11/14/2024 | Steven Shao | Manager | 1124H0075: Summarize China tax implications associated with rep office structure | $829 | 1.00 | $829.00 |
| 11/15/2024 | Lesa Shoemaker | Partner | 1124H0076: Big Lots discussion with the client regarding the end date of payroll and potential for employees to not transfer for year end, discuss final returns, transfer tax implications, PPA items | $1,265 | 1.50 | $1,897.50 |
| 11/15/2024 | Brian Trueman | Director | 1124H0077: Determine the applicability of IRC 1146 (a) exemption. | $1,006 | 1.00 | $1,006.00 |
| 11/15/2024 | Brian Trueman | Director | 1124H0078: Prepare for discussion with Steve Hutkai (Big Lots) the state liability language in agreement for the Newco vs. Holdco. | $1,006 | 1.00 | $1,006.00 |
| 11/15/2024 | Tom Carpenter | Director | 1124H0079: Email summary on China tax implications | $1,006 | 1.30 | $1,307.80 |
| 11/15/2024 | Will Gaziano | Senior Associate | 1124H0080: Updates to purchase price allocation. | $952 | 3.30 | $3,141.60 |
| 11/15/2024 | Steven Shao | Manager | 1124H0081: Review of China tax model and considerations | $829 | 1.00 | $829.00 |
| 11/15/2024 | Mia Gerthoffer | Experienced Associate | 1124H0082: Update VAT and CGT estimate for Tom Carpenter's (PwC) comments | $554 | 0.50 | $277.00 |

In re Big Lots, Inc., et al., Case No. 24-11967

PwC US Tax LLP

**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/18/2024 | Lesa Shoemaker | Partner | 1124H0083: Client discussion of various payroll items for Big Lots if employees move post go live date and transfer tax issues owed by Big Lots | $1,265 | 0.50 | $632.50 |
| 11/18/2024 | Elyse Acosta | Senior Manager | 1124H0084: Prepare for discussion on PPA updates and breakout between BLI and BLS | $1,141 | 3.60 | $4,107.60 |
| 11/18/2024 | Brian Trueman | Director | 1124H0085: Confirmation with legal counsel regarding 1146(a) exemption application (0.5), address need for further analysis of transfer tax implications, estimate of overpayments (1.7). | $1,006 | 2.20 | $2,213.20 |
| 11/18/2024 | Tom Carpenter | Director | 1124H0086: Call to discuss China tax considerations with T. Weber (Big Lots), R. Miller (PwC) and T. Carpenter (PwC) | $1,006 | 0.50 | $503.00 |
| 11/18/2024 | Tom Carpenter | Director | 1124H0087: Draft/send email to T. Weber (Big Lots) on China taxes | $1,006 | 1.50 | $1,509.00 |
| 11/18/2024 | Tom Carpenter | Director | 1124H0088: Prepare for call with T. Weber (Big Lots) on China taxes | $1,006 | 0.50 | $503.00 |
| 11/18/2024 | Will Gaziano | Senior Associate | 1124H0089: Updates to purchase price allocation | $952 | 4.00 | $3,808.00 |
| 11/18/2024 | Will Gaziano | Senior Associate | 1124H0090: Updates to purchase price allocation (continued) | $952 | 0.40 | $380.80 |
| 11/18/2024 | Nicole Berkow | Senior Manager | 1124H0091: Updating bankruptcy restructuring workstream summary and gathering detail for Big Lots update | $918 | 1.50 | $1,377.00 |
| 11/18/2024 | Ryan Miller | Senior Associate | 1124H0092: Call to discuss China tax considerations with T. Weber (Big Lots), R. Miller (PwC) and T. Carpenter (PwC) | $702 | 0.50 | $351.00 |
| 11/18/2024 | Ryan Miller | Senior Associate | 1124H0093: Review summary of China tax considerations email to be sent to the client | $702 | 0.50 | $351.00 |
| 11/18/2024 | Ryan Miller | Senior Associate | 1124H0094: Update calculation of China tax model to include deemed profit margin, functional currency amounts, and adjust formatting | $702 | 0.40 | $280.80 |
| 11/19/2024 | Sean Kelly | Partner | 1124H0095: Call with S. Hutkai (Big Lots), S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) regarding new updates | $1,330 | 0.40 | $532.00 |
| 11/19/2024 | Sean Kelly | Partner | 1124H0096: Review new CODI materials | $1,330 | 0.30 | $399.00 |
| 11/19/2024 | Elyse Acosta | Senior Manager | 1124H0097: Call with S. Hutkai (Big Lots), S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) regarding new updates | $1,141 | 0.40 | $456.40 |
| 11/19/2024 | Elyse Acosta | Senior Manager | 1124H0098: Prepare for discussion regarding engagement services | $1,141 | 2.90 | $3,308.90 |
| 11/19/2024 | Elyse Acosta | Senior Manager | 1124H0099: Review updated PPA | $1,141 | 3.40 | $3,879.40 |
| 11/19/2024 | Brian Trueman | Director | 1124H0100: Call to discuss transfer tax implications with B. Trueman (PwC), R. Jonard (PwC) | $1,006 | 0.50 | $503.00 |
| 11/19/2024 | Will Gaziano | Senior Associate | 1124H0101: Call with S. Hutkai (Big Lots), S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) regarding new updates | $952 | 0.40 | $380.80 |
| 11/19/2024 | Will Gaziano | Senior Associate | 1124H0102: Review of APA documents for CODI analysis. | $952 | 0.40 | $380.80 |
| 11/19/2024 | Nicole Berkow | Senior Manager | 1124H0103: Managing updates to Big Lots bankruptcy restructuring workstream summary | $918 | 1.00 | $918.00 |
| 11/19/2024 | Rhys Jonard | Senior Associate | 1124H0104: Call to discuss transfer tax implications with B. Trueman (PwC), R. Jonard (PwC) | $702 | 0.50 | $351.00 |
| 11/19/2024 | Rhys Jonard | Senior Associate | 1124H0105: Drafting transfer tax matrix to research tax implications | $702 | 2.00 | $1,404.00 |
| 11/19/2024 | Rhys Jonard | Senior Associate | 1124H0106: Research and drafting transfer tax implication matrix | $702 | 1.70 | $1,193.40 |
| 11/20/2024 | Sean Kelly | Partner | 1124H0107: Review updated PPA model, read updated APA. | $1,330 | 0.80 | $1,064.00 |
| 11/20/2024 | Lesa Shoemaker | Partner | 1124H0108: Big Lots bankruptcy transfer tax emails and action items | $1,265 | 0.40 | $506.00 |
| 11/20/2024 | Elyse Acosta | Senior Manager | 1124H0109: Engagement regroup, model notes | $1,141 | 1.90 | $2,167.90 |
| 11/20/2024 | Brian Trueman | Director | 1124H0110: Transfer tax implications - coordinate with R. Jonard (PwC) regarding matrix to determine transfer tax implications on close date for company | $1,006 | 1.00 | $1,006.00 |
| 11/20/2024 | Rhys Jonard | Senior Associate | 1124H0111: Researching transfer tax implications for leases | $702 | 3.80 | $2,667.60 |
| 11/21/2024 | Elyse Acosta | Senior Manager | 1124H0112: Review APA and terms, CODI | $1,141 | 2.80 | $3,194.80 |
| 11/21/2024 | Brian Trueman | Director | 1124H0113: Review questions from Big Lots (Steve and Becky) and Rhys Jonard (PwC) on transfer tax application by jurisdiction and implications around store leases. | $1,006 | 1.30 | $1,307.80 |
| 11/21/2024 | Joseph Beiter | Manager | 1124H0114: Review of sales and use tax occassional/causal sale rules as directed by Big Lots | $829 | 1.50 | $1,243.50 |
| 11/21/2024 | Rhys Jonard | Senior Associate | 1124H0115: Calculating transfer tax/conveyance fee for states deemed taxable | $702 | 2.50 | $1,755.00 |

In re Big Lots, Inc., et al., Case No. 24-11967                                                                      **Exhibit E**
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/21/2024 | Rhys Jonard | Senior Associate | 1124H0116: Research transfer tax implications for owned and leased stores | $702 | 4.00 | $2,808.00 |
| 11/22/2024 | Sean Kelly | Partner | 1124H0117: Call to discuss and review CODI updates with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,330 | 1.00 | $1,330.00 |
| 11/22/2024 | Lesa Shoemaker | Partner | 1124H0118: CODI income analysis | $1,265 | 1.00 | $1,265.00 |
| 11/22/2024 | Lesa Shoemaker | Partner | 1124H0119: Review Big Lots bankruptcy final payments info | $1,265 | 1.00 | $1,265.00 |
| 11/22/2024 | Lesa Shoemaker | Partner | 1124H0120: Review calculations for final amounts owed | $1,265 | 1.20 | $1,518.00 |
| 11/22/2024 | Elyse Acosta | Senior Manager | 1124H0121: Call to discuss and review CODI updates with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,141 | 1.00 | $1,141.00 |
| 11/22/2024 | Elyse Acosta | Senior Manager | 1124H0122: Prepare for discussion with Big Lots | $1,141 | 1.30 | $1,483.30 |
| 11/22/2024 | Elyse Acosta | Senior Manager | 1124H0123: Review model updates | $1,141 | 2.00 | $2,282.00 |
| 11/22/2024 | Elyse Acosta | Senior Manager | 1124H0124: Review of CODI analysis and buyer organizational chart | $1,141 | 2.00 | $2,282.00 |
| 11/22/2024 | Brian Trueman | Director | 1124H0125: Call to discuss CODI income impact on Net operating loss attributes with B. Trueman (PwC), R. Jonard (PwC) | $1,006 | 0.40 | $402.40 |
| 11/22/2024 | Brian Trueman | Director | 1124H0126: CODI income application review for State attributes | $1,006 | 1.60 | $1,609.60 |
| 11/22/2024 | Brian Trueman | Director | 1124H0127: Prepare for call with B. Green (Big Lots) and S. Hutkai (Big Lots) describing the analysis and the values of real estate | $1,006 | 1.20 | $1,207.20 |
| 11/22/2024 | Brian Trueman | Director | 1124H0128: Review and update of Transfer Tax matrix for Big Lots. | $1,006 | 1.00 | $1,006.00 |
| 11/22/2024 | Zak Adkins | Director | 1124H0129: Review of state occasional sale research | $1,006 | 2.00 | $2,012.00 |
| 11/22/2024 | Will Gaziano | Senior Associate | 1124H0130: Call to discuss and review CODI updates with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $952 | 1.00 | $952.00 |
| 11/22/2024 | Evan Hannan | Experienced Associate | 1124H0131: Research asset sale reporting and tax related requirements | $743 | 0.50 | $371.50 |
| 11/22/2024 | Rhys Jonard | Senior Associate | 1124H0132: Call to discuss CODI income impact on Net operating loss attributes with B. Trueman (PwC), R. Jonard (PwC) | $702 | 0.40 | $280.80 |
| 11/23/2024 | Lesa Shoemaker | Partner | 1124H0133: Big Lots bankruptcy final items for 12/2 regarding last payments, items owed to attorneys | $1,265 | 0.60 | $759.00 |
| 11/23/2024 | Elyse Acosta | Senior Manager | 1124H0134: CODI analysis review | $1,141 | 2.10 | $2,396.10 |
| 11/24/2024 | Elyse Acosta | Senior Manager | 1124H0135: Consulting summary analysis | $1,141 | 0.70 | $798.70 |
| 11/25/2024 | Sean Kelly | Partner | 1124H0136: Call with S. Hutkai (Big Lots), B. Green (Big Lots), T. Weber (Big Lots) to discuss transfer taxes, deal updates, PPA, CODI items with S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC). | $1,330 | 1.80 | $2,394.00 |
| 11/25/2024 | Craig Keller | Partner | 1124H0137: Call with S. Hutkai (Big Lots), B. Green (Big Lots), T. Weber (Big Lots) to discuss transfer taxes, deal updates, PPA, CODI items with S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC). | $1,265 | 1.80 | $2,277.00 |
| 11/25/2024 | Lesa Shoemaker | Partner | 1124H0138: Call with S. Hutkai (Big Lots), B. Green (Big Lots), T. Weber (Big Lots) to discuss transfer taxes, deal updates, PPA, CODI items with S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC). | $1,265 | 1.80 | $2,277.00 |
| 11/25/2024 | Lesa Shoemaker | Partner | 1124H0139: Continue to finalize tax sales tax review Codi models | $1,265 | 2.90 | $3,668.50 |
| 11/25/2024 | Lesa Shoemaker | Partner | 1124H0140: Finalize tax sales tax review CODI models | $1,265 | 3.00 | $3,795.00 |
| 11/25/2024 | Elyse Acosta | Senior Manager | 1124H0141: Call with S. Hutkai (Big Lots), B. Green (Big Lots), T. Weber (Big Lots) to discuss transfer taxes, deal updates, PPA, CODI items with S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC). | $1,141 | 1.80 | $2,053.80 |
| 11/25/2024 | Elyse Acosta | Senior Manager | 1124H0142: Continue PPA updates for inventory and liabilities | $1,141 | 2.70 | $3,080.70 |
| 11/25/2024 | Elyse Acosta | Senior Manager | 1124H0143: PPA updates for transfer taxes and CODI | $1,141 | 2.50 | $2,852.50 |
| 11/25/2024 | Brian Trueman | Director | 1124H0144: Call with R. Jonard (PwC) regarding CODI state analysis and answer questions | $1,006 | 0.30 | $301.80 |

In re Big Lots, Inc., et al., Case No. 24-11967                                                                                                                                                                            Exhibit E
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/25/2024 | Brian Trueman | Director | 1124H0145: Analyze CODI implications | $1,006 | 0.80 | $804.80 |
| 11/25/2024 | Tom Fagan | Director | 1124H0146: Analysis of state and local tax considerations associated with CODI | $1,006 | 0.30 | $301.80 |
| 11/25/2024 | Zak Adkins | Director | 1124H0147: Sales & Use - follow-up research | $1,006 | 2.00 | $2,012.00 |
| 11/25/2024 | Rhys Jonard | Senior Associate | 1124H0148: Call with B. Trueman (PwC) regarding CODI state analysis and answer questions | $702 | 0.30 | $210.60 |
| 11/25/2024 | Rhys Jonard | Senior Associate | 1124H0149: Research and calculation of separate impact of cancellation of debt income | $702 | 3.00 | $2,106.00 |
| 11/25/2024 | Rhys Jonard | Senior Associate | 1124H0150: Research and calculation of unitary impact of cancellation of debt income | $702 | 4.00 | $2,808.00 |
| 11/26/2024 | Sean Kelly | Partner | 1124H0151: Call to discuss CODI implications based on updatd purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) | $1,330 | 0.50 | $665.00 |
| 11/26/2024 | Sean Kelly | Partner | 1124H0152: Call to discuss PPA and sales/transfer tax, and China tax related items with S. Hutkai (Big Lots), T. Weber (Big Lots), B. Green (Big Lots) and S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC), T. Carpenter (PwC) | $1,330 | 1.00 | $1,330.00 |
| 11/26/2024 | Sean Kelly | Partner | 1124H0153: Read updated APA addendum | $1,330 | 0.40 | $532.00 |
| 11/26/2024 | Craig Keller | Partner | 1124H0154: Call to discuss PPA and sales/transfer tax, and China tax related items with S. Hutkai (Big Lots), T. Weber (Big Lots), B. Green (Big Lots) and S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC), T. Carpenter (PwC) | $1,265 | 1.00 | $1,265.00 |
| 11/26/2024 | Lesa Shoemaker | Partner | 1124H0155: Call to discuss PPA and sales/transfer tax, and China tax related items with S. Hutkai (Big Lots), T. Weber (Big Lots), B. Green (Big Lots) and S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC), T. Carpenter (PwC) | $1,265 | 1.00 | $1,265.00 |
| 11/26/2024 | Lesa Shoemaker | Partner | 1124H0156: Call to discuss state and local tax considerations associated with CODI and review NOL workpapers with L. Shoemaker (PwC), T. Fagan (PwC), R. Jonard (PwC) | $1,265 | 2.30 | $2,909.50 |
| 11/26/2024 | Lesa Shoemaker | Partner | 1124H0157: Review changes in sales use estimates including AL, OK, AZ and FL. | $1,265 | 1.00 | $1,265.00 |
| 11/26/2024 | Elyse Acosta | Senior Manager | 1124H0158: Call to discuss CODI implications based on updatd purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) | $1,141 | 0.50 | $570.50 |
| 11/26/2024 | Elyse Acosta | Senior Manager | 1124H0159: Call to discuss PPA and sales/transfer tax, and China tax related items with S. Hutkai (Big Lots), T. Weber (Big Lots), B. Green (Big Lots) and S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC), T. Carpenter (PwC) | $1,141 | 1.00 | $1,141.00 |
| 11/26/2024 | Elyse Acosta | Senior Manager | 1124H0160: Update for new round of PPA updates for asset and debt amounts | $1,141 | 2.90 | $3,308.90 |
| 11/26/2024 | Tom Carpenter | Director | 1124H0161: Call to discuss PPA and sales/transfer tax, and China tax related items with S. Hutkai (Big Lots), T. Weber (Big Lots), B. Green (Big Lots) and S. Kelly (PwC), L. Shoemaker (PwC), C. Keller (PwC), E. Acosta (PwC), T. Carpenter (PwC) | $1,006 | 1.00 | $1,006.00 |
| 11/26/2024 | Tom Carpenter | Director | 1124H0162: Research on China tax liability issues | $1,006 | 0.80 | $804.80 |
| 11/26/2024 | Tom Fagan | Director | 1124H0163: Call to discuss state and local tax considerations associated with CODI and review NOL workpapers with L. Shoemaker (PwC), T. Fagan (PwC), R. Jonard (PwC) | $1,006 | 2.30 | $2,313.80 |
| 11/26/2024 | Zak Adkins | Director | 1124H0164: Sales & Use - follow-up research | $1,006 | 2.00 | $2,012.00 |
| 11/26/2024 | Zak Adkins | Director | 1124H0165: Sales & Use - follow-up research - vehicles | $1,006 | 2.00 | $2,012.00 |
| 11/26/2024 | Will Gaziano | Senior Associate | 1124H0166: Call to discuss CODI implications based on updatd purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), and W. Gaziano (PwC) | $952 | 0.50 | $476.00 |
| 11/26/2024 | Will Gaziano | Senior Associate | 1124H0167: Updates to purchase price allocation. | $952 | 1.70 | $1,618.40 |
| 11/26/2024 | Joseph Beiter | Manager | 1124H0168: Research and analysis of sales and use tax considerations | $829 | 4.00 | $3,316.00 |
| 11/26/2024 | Steven Shao | Manager | 1124H0169: Updates to China tax model and related considerations | $829 | 1.00 | $829.00 |
| 11/26/2024 | Rhys Jonard | Senior Associate | 1124H0170: Calculating separate amount of cancellation of debt income NOL reduction for unitary returns that treat entities separate | $702 | 1.70 | $1,193.40 |
| 11/26/2024 | Rhys Jonard | Senior Associate | 1124H0171: Call to discuss state and local tax considerations associated with CODI and review NOL workpapers with L. Shoemaker (PwC), T. Fagan (PwC), R. Jonard (PwC) | $702 | 2.30 | $1,614.60 |

**In re Big Lots, Inc., et al., Case No. 24-11967**
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/27/2024 | Sean Kelly | Partner | 1124H0172: Call with S. Hutkai (Big Lots) regarding new updates | $1,330 | 0.80 | $1,064.00 |
| 11/27/2024 | Sean Kelly | Partner | 1124H0173: Review updated CODI calculations for new model information | $1,330 | 0.60 | $798.00 |
| 11/27/2024 | Lesa Shoemaker | Partner | 1124H0174: Review of final PPA and bifurcation of NOLs by state by jurisdiction | $1,265 | 2.20 | $2,783.00 |
| 11/27/2024 | Steven Shao | Manager | 1124H0175: Updates to China tax model and related considerations | $829 | 0.50 | $414.50 |
| *Subtotal - Tax Advisory Services* | | | | | *219.20* | *$225,535.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **219.20** | **$225,535.00** |
| | | | | | | |
| **Bankruptcy Compliance Services** | | | | | | |
| *Retention Applications* | | | | | | |
| 11/14/2024 | Thalia Cody | Director | 1124H1000: Draft fourth supplemental declaration in support of PwC US Tax retention | $550 | 0.60 | $330.00 |
| 11/15/2024 | Chris Lewis | Manager | 1124H1001: Review and revise draft fourth supplemental declaration in support of PwC US Tax retention | $400 | 0.30 | $120.00 |
| 11/15/2024 | Chris Lewis | Manager | 1124H1002: Prepare supplemental schedules in support of PwC US Tax retention | $400 | 1.20 | $480.00 |
| *Subtotal - Retention Applications* | | | | | *2.10* | *$930.00* |
| *Fee Applications* | | | | | | |
| 11/26/2024 | Chris Lewis | Manager | 1124H1003: Begin to prepare exhibits to PwC US Tax's combined first monthly fee application (September-October 2024) | $400 | 2.50 | $1,000.00 |
| *Subtotal - Fee Applications* | | | | | *2.50* | *$1,000.00* |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **4.60** | **$1,930.00** |
| | | | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | | | **223.80** | **$227,465.00** |