IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Danielle Mashburn-Myrick of Phelps Dunbar LLP to represent Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.

Dated: December 27, 2024
Wilmington, Delaware

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899-1266

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the States Alabama, Florida, and Mississippi. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the Standing Order for the District Court Fund, revised on December 21, 2023. Furthermore, I certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

/s/ Danielle Mashburn-Myrick
Danielle Mashburn-Myrick, Esq.
**PHELPS DUNBAR LLP**
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Email: danielle.mashburnmyrick@phelps.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: December 27th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

53606724.1 12/27/2024