# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, [1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Motion of BDPM Group, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail or First-Class mail on the parties indicated on the attached service list.

*/s/ Christopher M. Donnelly*
Christopher M. Donnelly (DE Bar No. 7149)

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

17105083/1

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | 1700 Redbud Blvd | Ste 300 | McKinney | TX | 75069 | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com |
| ALEXANDER & VANN, LLP | Attn: John Turner Holt | 411 Gordon Avenue | | Thomasville | GA | 31792 | |
| Anthony & Partners, LLC | Attn: Townsend J. Belt | 100 South Ashley Drive, Suite 1600 | | Tampa | FL | 33602 | tbelt@anthonyandpartners.com; lortega@anthonyandpartners.com; eservice@anthonyandpartners.com |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue | 8th Floor | Wilmington | DE | 19801 | GTaylor@ashbygeddes.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | 1007 N. Orange Street | 4th Floor | Wilmington | DE | 19801 | maustria@austriallc.com |
| Baird Mandalas Brockstedt & Federico, LLC | Attn: Stephen W. Spence | 1413 Savannah Road | Suite 1 | Lewes | DE | 19958 | sws@bmbde.com |
| Balasiano & Associates, PLLC | Attn: Steven Balasiano, Judah S. Balasiano | 6701 Bay Parkway, 3rd Floor | | Brooklyn | NY | 11204 | steven@balasianolaw.com; judah@balasianolaw.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801-3034 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | 125 East Jefferson Street | | Syracuse | NY | 13202 | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | nferland@barclaydamon.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | sfleischer@barclaydamon.com |
| BARNES & THORNBURG LLP | Attn: David A. Hall | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503-2694 | david.hall@btlaw.com |
| BARNES & THORNBURG LLP | Attn: Kevin G. Collins | 222 Delaware Avenue | Suite 1200 | Wilmington | DE | 19801 | kevin.collins@btlaw.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | ejohnson@bayardlaw.com |
| Becket & Lee LLP | Attn: Larry Butler | PO Box 3002 | | Malvern | PA | 19355-0702 | |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | 1313 North Market Street | Suite 1201 | Wilmington | DE | 19801-6101 | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| Best Law, PA | Attn: Tara E. Naufu | P.O. Box 2374 | | Mount Pleasant | SC | 29465 | tara@bestlawsc.com |
| BIELLI & KLAUDER, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | dklauder@bk-legal.com |
| Big Lots, Inc. | Attn: Attn: Ronald A. Robins | 4900 E. Dublin-Granville Road | | Columbus | OH | 43081 | rrobins@biglots.com |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com |
| Blank Rome, LLP | Attn: Attn: Regina Kelbon | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | regina.kelbon@blankrome.com |
| Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello | 225 Old Country Road | | Melville | NY | 11747 | elobello@bsk.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | 575 Underhill Blvd | Suite 118 | Syosset | NY | 11791 | wborges@borgeslawllc.com; schin@borgeslawllc.com |
| Bose Mckinney & Evans LLP | Attn: James P. Moloy | 111 Monument Circle | Suite 2700 | Indianapolis | IN | 46204 | jmoloy@boselaw.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | 6550 Seville Drive, Suite B | | Canfield | OH | 44406 | treardon@brouse.com |
| Broward County | Attn: Andrew J. Meyers | 115 South Andrews Avenue | Governmental Center, Suite 423 | Fort Lauderdale | FL | 33301 | sandron@broward.org |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | 500 Delaware Avenue, Ste. 720 | | Wilmington | DE | 19801 | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street | Suite 3000 | Jacksonville | FL | 32202 | esummers@burr.com; drobbins@burr.com |
| Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | jhaithcock@burr.com |
| California Department of Justice | Attn: Barbara C. Spiegel | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | Barbara.Spiegel@doj.ca.gov |
| California Department of Justice | Attn: Natalie E. Collins | 600 West Broadway | Suite 1800 | San Diego | CA | 92186-5266 | Natalie.Collins@doj.ca.gov |
| Carlyon Cica CHTD. | Attn: Candace Carlyon, Dawn M. Cica | 265 E. Warm Springs Road | Suite 107 | Las Vegas | NV | 89119 | ccarlyon@carlyoncica.com; dcica@carlyoncica.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | 105 Eisenhower Parkway | | Roseland | NJ | 07068 | szuber@csglaw.com; tfreedman@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | Two International Place | | Boston | MA | 02110 | jventola@choate.com; jmarshall@choate.com; jslang@choate.com |

Page 1 of 7

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Attn: Audrey L. Hornisher | 901 Main Street | Suite 6000 | Dallas | TX | 75202 | ahornisher@clarkhill.com |
| Clark Hill PLC | Attn: Karen M. Grivner | 824 N. Market Street | Suite 710 | Wilmington | DE | 19801 | kgrivner@clarkhill.com |
| Clark Hill PLC | Attn: Kevin H. Morse | 130 E. Randolph Street | Suite 3900 | Chicago | IL | 60601 | kmorse@clarkhill.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | jalberto@coleschotz.com snewman@coleschotz.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato | 1201 N Market St | 20th Fl | Wilmington | DE | 19801 | bill.smelko@procopio.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 N. Market Street | Suite 901 | Wilmington | DE | 19801 | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 N. Market Street | Suite 901 | Wilmington | DE | 19801 | kmann@crosslaw.com |
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | 450 Lexington Avenue | | New York | NY | 10017 | brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com ethan.stern@davispolk.com |
| DLA PIPER LLP (US) | Attn: Dale K. Cathell, Virginia R. Callahan | 650 S. Exeter Street, Suite 1100 | | Baltimore | MD | 21202-4576 | dale.cathell@us.dlapiper.com virginia.callahan@us.dlapiper.com |
| DLA PIPER LLP (US) | Attn: R. Craig Martin | 1201 North Market Street, Suite 2100 | | Wilmington | DE | 19801-1147 | craig.martin@us.dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | 1979 Marcus Avenue | Suite 210E | Lake Success | NY | 11042 | amish@doshilegal.com |
| Duane Morris LLP | Attn: Drew S. McGehrin, Lawerence J. Kotler | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | dsmcgehrin@duanemorris.com ljkotler@duanemorris.com |
| Duane Morris LLP | Attn: Marcus O. Colabianchi | Spear Tower | 2200 | San Francisco | CA | 94105-1127 | mcolabianchi@duanemorris.com |
| Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 | mgottfried@elkinskalt.com |
| Elliott Greenleaf, P.C. | Attn: Deirdre M. Richards | 1105 N. Market Street | 17th Floor | Wilmington | DE | 19801 | dmr@elliottgreenleaf.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard | 12th Floor | Beverly Hills | CA | 90212 | bmoldo@ecjlaw.com |
| Fox Rothschild LLP | Attn: Michael G. Menkowitz | 2000 Market Street | 20th Floor | Philadelphia | PA | 19103-3222 | mmenkowitz@foxrothschild.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | 1201 N. Market Street | Suite 1200 | Wilmington | DE | 19801 | sniederman@foxrothschild.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | 1327 W. Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | jfrank@fgllp.com jkleinman@fgllp.com |
| Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | awebb@fbtlaw.com jkleisinger@fbtlaw.com |
| Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | rgold@fbtlaw.com eseverini@fbtlaw.com jkleisinger@fbtlaw.com |
| Gibbons P.C. | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801-1671 | kearle@gibbonslaw.com |
| Gibbons P.C. | Attn: Kyle P. McEvilly | One Gateway Center | | Newark | NJ | 07102 | kmcevilly@gibbonslaw.com |
| Gibbons P.C. | Attn: Mark Conlan | One Gateway Center | | Newark | NJ | 07102 | mconlan@gibbonslaw.com |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | 10575 North 114th Street | Suite 115 | Scottsdale | AZ | 85259 | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Attn: Jeffrey I. Golden | 3070 Bristol Street, Suite 640 | | Costa Mesa | CA | 92626 | jgolden@go2.law |
| Golden Goodrich LLP | Attn: Ryan W. Beall | 3070 Bristol Street | Suite 640 | Costa Mesa | CA | 92626 | rbeall@go2.law |
| Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | tannweiler@greerherz.com |
| Hahn & Hahn LLP | Attn: Dean G. Rallis Jr. | 301 E. Colorado Blvd., 9th Fl. | | Pasadena | CA | 91101-1977 | drallis@hahnlawyers.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | ridebitetto@hahnlaw.com |
| Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy | 300 South Grand Avenue | One California Plaza, 37th Floor | Los Angeles | CA | 90071-3147 | dmccarthy@hillfarrer.com |
| Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | 999 Third Avenue | Suite 4600 | Seattle | WA | 98104 | brian.free@hcmp.com |
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | Post Office Box 1110 | | Tampa | FL | 33601-1110 | fitzgeraldb@hcfl.gov stroupj@hcfl.gov connorsa@hcfl.gov |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | jdoran@hinckleyallen.com |
| HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad | 300 W Douglas Ave | Suite 1031 | Wichita | KS | 67202 | teanna@hjhinvestments.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | Fountain Place | 1445 Ross Avenue, Suite 3700 | Dallas | TX | 75202 | ghesse@huntonak.com |
| Hutchens Law Firm LLP | Attn: William Walt Pettit | 6230 Fairview Road | Suite 315 | Charlotte | NC | 28210 | walt.pettit@hutchenslawfirm.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | 1401 McKinney Street | Suite 1900 | Houston | TX | 77010 | kpeguero@jw.com jwertz@jw.com wfarmer@jw.com |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella | 505 Morris Avenue | | Springfield | NJ | 07081 | |
| Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: James B. Eising II | 400 N. Ashley Dr., Suite 3100 | | Tampa | FL | 33602 | jeising@jpfirm.com |
| Jonnet National Properties Corporation | Attn: J. Michael McCague | 408 Cedar Avenue | | Pittsburgh | PA | 15212 | jmm@gmwpclaw.com |
| K&L Gates LLP | Attn: David S. Catuogno, Esq. | One Newark Center Tenth Floor | 1085 Raymond Boulevard | Newark | NJ | 07102 | david.catuogno@klgates.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | 910 Harvest Drive | PO Box 3037 | Blue Bell | PA | 19422 | wlevant@kaplaw.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | jcarr@kelleydrye.com kelliott@kelleydrye.com kcavins@kelleydrye.com |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | 1411 Scottsville Road | PO Box 9547 | Bowling Green | KY | 42102-9547 | |
| Kirkland & Ellis LLP | Attn: Conor K. Casas | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | connor.casas@kirkland.com |
| Kirkland & Ellis LLP | Attn: Steven N Serajeddini | 601 Lexington Avenue | | New York | NY | 10022 | steven.serajeddini@kirkland.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street | Suite 1400 | Philadelphia | PA | 19103 | mbranzburg@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Domenic E. Pacitti | 919 N. Market Street | Suite 1000 | Wilmington | DE | 19801-3062 | rlemisch@klehr.com dpacitti@klehr.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Building, Barnabas Business Center | 4650 North Port Washington Road | Milwaukee | WI | 53212-1059 | swisotzkey@kmksc.com |
| Kroll Restructuring Administration LLC | Attn: Herb Baer, Jessica Berman, Christine Porter | 1 World Trade Center | 31st Floor | New York | NY | 10007 | ProjectHilt@ra.kroll.com serviceqa@ra.kroll.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | kurtzman@kurtzmansteady.com |
| La Fleur Law Firm | Attn: Nina M. LaFleur | Post Office Box 840158 | | St. Augustine | FL | 32080 | nina@lafleurlaw.com |
| Lasser Hochman, LLC | Attn: Richard L. Zucker | 75 Eisenhower Parkway | Suite 1200 | Roseland | NJ | 07068 | rzucker@lasserhochman.com |
| Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus | 92-12 68th Avenue | | Forest Hills | NY | 11375 | gillazarus@gmail.com |
| Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | 1007 N. Orange Street | Suite 420 | Wilmington | DE | 19801 | |
| Leech Tishman Fuscaldo & Lampl, Inc. | Attn: Jeffrey M. Carbino | 1007 N. Orange Street | Suite 420 | Wilmington | DE | 19801 | jcarbino@leechtishman.com |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong | 2818 La Cienega Avenue | | Los Angeles | CA | 90034 | EHK@lnbyg.com JSK@lnbyg.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | houston_bankruptcy@lgbs.com |
| Loizides P.A. | Attn: Christopher D. Loizides | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 | loizides@loizides.com |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq. | One Lowenstein Drive | | Roseland | NJ | 07068 | metkin@lowenstein.com nfulfree@lowenstein.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | 100 Northside Square, Suite 700 | | Huntsville | AL | 35801 | jrich@madisoncountyal.gov |
| Manning Gross + Massenburg LLP | Attn: David P. Primack | 1007 N. Orange Street | Suite 711 | Wilmington | DE | 19801 | DPrimack@mgmlaw.com |
| Margolis Edelstein | Attn: James E. Huggett | 300 Delaware Avenue | Suite 800 | Wilmington | DE | 19801 | jhuggett@margolisedelstein.com |
| McCarter & English, LLP | Attn: Jeffrey T. Testa | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | jtesta@mccarter.com |
| McCarter & English, LLP | Attn: Shannon D. Humiston | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | shumiston@mccarter.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way | Suite 100 | Round Rock | TX | 78665 | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | One Vanderbilt Avenue | | New York | NY | 10017 | dazman@mwe.com kgoing@mwe.com |
| McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti | 8490 Progress Drive | Suite 225 | Frederick | MD | 21701 | KCamuti@mcneeslaw.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue | Suite 400 | Riverdale | MD | 20737-1385 | bdept@mrrlaw.net |
| Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson | 1001 3rd Ave W, Suite 240 | | Bradenton | FL | 34205-7863 | legal@taxcollector.com |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 100 Front Street | | Worcester | MA | 01608 | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert | 1800 West Park Dr | Suite 400 | Westborough | MA | 01581 | |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | rmersky@monlaw.com |
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | rmersky@monlaw.com |
| Morris James LLP | Attn: Brya M. Keilson, Siena B. Cerra | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | bkeilson@morrisjames.com scerra@morrisjames.com |
| Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com |
| Morris James LLP | Attn: Carl N. Kunz, Christopher M. Donnelly | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | 1201 N. Market Street, 16th Floor | | Wilmington | DE | 19801 | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com csawyer@morrisnichols.com |
| Morrison Cohen LLP | Attn: David J. Kozlowski, Esq. | 909 Third Avenue | 27th Floor | New York | NY | 10022-4784 | dkozlowski@morrisoncohen.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Edmond M. George | Centre Square West, Suite 3400 | 1500 Market Street | Philadelphia | PA | 19102 | edmond.george@obermayer.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Leslie B. Spoltore | 123 S. Justison Street | Suite 100 | Wilmington | DE | 19801-5364 | leslie.spoltore@obermayer.com |
| Office of the New York State Attorney General | Attn: Robert J. Rock | Civil Recoveries Bureau Bankruptcy Litigation Unit | The Capitol | Albany | NY | 12224-0341 | robert.rock@ag.ny.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | Linda.Casey@usdoj.gov |
| Offit Kurman PA | Attn: Brian J McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | brian.mclaughlin@offitkurman.com |
| Oklahoma County Treasurer | Attn: Tammy Jones | 320 Robert S. Kerr | Room 307 | Oklahoma City | OK | 73102 | tammy.jones@oklahomacounty.org |
| Olsen Taggart PLLC | Attn: Steven L. Taggart, Esq. | PO Box 3005 | | Idaho Falls | ID | 83403-3005 | staggart@olsentaggart.com rparson@olsentaggart.com rlyon@olsentaggart.com taggartoffice01@gmail.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | 230 Park Ave Ste 29 | | New York | NY | 10169 | csimon@otterbourg.com jdrew@otterbourg.com shautzinger@otterbourg.com |
| Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | Court Plaza South, East Wing | 21 Main Street, Suite 200 | Hackensack | NJ | 07601 | dsklar@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: John W. Weiss, Alexis R. Gambale | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | jweiss@pashmanstein.com agambale@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | 824 North Market Street, Suite 800 | | Wilmington | DE | 19801 | jbarsalona@pashmanstein.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E. Border Street, Suite 640 | | Arlington | TX | 76010 | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd., Suite 640, LB 40 | | Garland | TX | 75042 | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | mvaldez@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | P.O. Box 8188 | | Wichita Falls | TX | 76307 | wichitafalls@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | PO Box 9132 | | Amarillo | TX | 79105 | amabkr@pbfcm.com acordova@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | PO Box 2916 | | McAllen | TX | 78502 | edinburgbankruptcy@pbfcm.com |
| Perkins Coie LLP | Attn: Amir Gamliel | 1888 Century Park East | Suite 1700 | Los Angeles | CA | 90067-1721 | AGamliel@perkinscoie.com |
| Peter Spindel, Esq. | Attn: Peter Spindel | 8181 NW 154 St. #204 | | Miami Lakes | FL | 33016-5861 | peterspindel@gmail.com |
| Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | cward@polsinelli.com mdipietro@polsinelli.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | 50 Tice Boulevard, Suite 380 | | Woodcliff Lake | NJ | 07677 | rsteinberg@pricemeese.com |
| Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | tim@rashtiandmitchell.com dkrm@aol.com donna@rashtiandmitchell.com |
| Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | P.O. Box 13199 | | Alexandria | LA | 71315-3199 | richard@rarlaw.net |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | knight@rlf.com; collins@rlf.com; javorsky@rlf.com |
| Richman & Richman LLC | Attn: Michael P. Richman, Esq. | 122 W. Washington Avenue | Suite 850 | Madison | WI | 53703 | mrichman@randr.law |
| Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower | 7 Times Sq, Suite 2506 | New York | NY | 10036 | SFox@riemerlaw.com |
| Robbins Geller Rudman & Dowd LLP | Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq. | 655 West Broadway | Suite 1900 | San Diego | CA | 92101 | randyb@rgrdlaw.com; shubachek@rgrdlaw.com; bennyg@rgrdlaw.com; eluedeke@rgrdlaw.com; hgeiger@rgrdlaw.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | 1201 N. Market Street | Suite 1406 | Wilmington | DE | 19801 | jedmonson@rc.com |
| Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | River Ridge 9040 Roswell Rd | Suite 205 | Atlanta | GA | 30350 | brogers@berlawoffice.com; skuperberg@berlawoffice.com |
| Roth & Scholl | Attn: Jeffrey C. Roth | 866 South Dixie Highway | | Coral Gables | FL | 33146 | jeff@rothandscholl.com |
| Royer Cooper Cohen Braunfeld LLC | Attn: Marc Skapof | 1120 Avenue of the Americas | 4th Floor | New York | NY | 10036 | MSkapof@rccblaw.com |
| Rubine & Levin, PC | Attn: James E. Rossow Jr. | 135 N. Pennsylvania St | Suite 1400 | Indianapolis | IN | 46204 | evan.miller@saul.com |
| Sarachek Law Firm | Attn: Zachary E. Mazur, Joseph E. Sarachek | 670 White Plains Road | Penthouse Suite | Scarsdale | NY | 10583 | zachary@sarascheklawfirm.com; joe@sarascheklawfirm.com |
| Saul Ewing LLP | Attn: Lucian B. Murley | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | luke.murley@saul.com |
| Saul Ewing LLP | Attn: Monique B. DiSabatino | 1201 North Market Street Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 | monique.disabatino@saul.com |
| Saul Ewing LLP | Attn: Turner N Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | turner.falk@saul.com |
| Scheef & Stone, L.L.P. | Attn: Peter C. Lewis | 500 N. Akard St., Ste. 2700 | | Dallas | TX | 75201 | peter.lewis@solidcounsel.com |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | secbankruptcy@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | 363 W. Big Beaver Road | Suite 410 | Troy | MI | 48084 | cmierzwa@simonattys.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | dplon@sirlinlaw.com |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | jlemkin@stark-stark.com; tonder@stark-stark.com; jlemkin@stark-stark.com |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | |
| State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | AGINFO@AZAG.GOV |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | |
| State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | BANKRUPTCY@COAG.GOV |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10Th Floor | Denver | CO | 80203 | |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV; brendan.flynn@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | |
| State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, Sw | | Atlanta | GA | 30334-1300 | |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | HAWAIIAG@HAWAII.GOV |
| State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | |
| State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | WEBMASTER@ATG.STATE.IL.US |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5Th Floor | Indianapolis | IN | 46204 | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | WEBTEAM@AG.IOWA.GOV |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 Sw 10Th Ave., 2Nd Floor | | Topeka | KS | 66612-1597 | |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | |
| State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333-0000 | |
| State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | OAG@OAG.STATE.MD.US |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | |
| State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7Th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | MIAG@MICHIGAN.GOV AG-COD@michigan.gov |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | Bankruptcy.Notices@ag.state.mn.us |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | |
| State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | Po Box 201401 | Helena | MT | 59620-1401 | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV |
| State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | aserrato@nmdoj.gov aswenson@nmdoj.gov |
| State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | |
| State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | NDAG@ND.GOV |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14Th Floor | | Columbus | OH | 43215 | Mahisha.Sanson@OhioAGO.gov |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 Ne 21St Street | | Oklahoma City | OK | 73105 | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street Ne | | Salem | OR | 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US justin.leonard@doj.oregon.gov |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16Th Floor | Harrisburg | PA | 17120 | |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903-0000 | |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | P.O. Box 20207 | | Nashville | TN | 37202-0207 | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | Po Box 142320 | | Salt Lake City | UT | 84114-2320 | bankruptcy@agutah.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | |
| State of Virginia Attorney General | Attn: Bankruptcy Department | Financial Recovery Section | Post Office Box 610 | Richmond | VA | 23218-0610 | |
| State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. Se | P.O. Box 40100 | Olympia | WA | 98504-0100 | |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | 17 West Main Street, Post Office Box 7857 | Madison | WI | 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24Th Street | Cheyenne | WY | 82002 | |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | 150 West Flagler Street | Suite 2200 | Miami | FL | 33120 | esilver@stearnsweaver.com |
| Steeg Law Firm, LLC | Attn: Henry Opotowsky | 201 St. Charles Avenue | Suite 3201 | New Orleans | LA | 70170 | hopotowsky@steeglaw.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | streusand@slollp.com |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | zallinson@sha-llc.com |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | jrhodes@tlclawfirm.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | brost@tspclaw.com |
| Texas Attorney General's Office | Attn: Jamie Kirk | Bankruptcy & Collections Division | 12221 Merit Drive, Suite 825 | Dallas | TX | 75251 | jamie.kirk@oag.texas.gov |

In re: Big Lots, Inc., *et al.*
Core/2002 Service List
Case No. 24-11967 (JKS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| The Chiurazzi Law Group | Attn: Wayne M. Chiurazzi | 101 Smithfield Street | | Pittsburgh | PA | 15222 | wchiurazzi@the-attorneys.com |
| The Cohn Law Firm LLC | Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau | 10754 Linkwood Court | Suite 1 | Baton Rouge | LA | 70810 | bartley@thecohnlawfirm.com dmcohn@thecohnlawfirm.com contact@thecohnlawfirm.com |
| The Ehrlich Law Firm | Attn: William Ehrlich | 444 Executive Center Blvd | Suite 240 | El Paso | TX | 79902 | william@ehrlichlawfirm.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset Street | | Wilmington | DE | 19806 | jtobia@tobialaw.com |
| The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu | 824 N. Market St. | Suite 810 | Wilmington | DE | 19801 | rosner@teamrosner.com liu@teamronser.com |
| Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B. Pugh | 2 Sun Court, Suite 400 | | Peachtree Corners | GA | 30092 | mpugh@tokn.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Travis County | Attn: Jason A. Starks | P.O. Box 1748 | | Austin | TX | 78767 | Jason.Starks@traviscountytx.gov |
| Turner Law APC | Attn: John M. Turner, Esq. | 600 B Street | Suite 1700 | San Diego | CA | 92101 | jmt@tmsdlaw.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive | Suite 401 | Newark | DE | 19713 | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive, Suite 401 | | Newark | DE | 19713 | sgerald@tydings.com |
| U.S. Attorney for Delaware | Attn: David C. Weiss | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | secbankruptcy@sec.gov |
| UB Greensfelder LLP | Attn: Randall F. Scherck | 10 S. Broadway | Suite 2000 | St. Louis | MO | 63102 | rscherck@ubglaw.com |
| United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | |
| United Texas Bank | Attn: Loan Operations | 13101 Preston Road | Suite 200 | Dallas | TX | 75240 | |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 150 Ottawa Avenue, NW, Suite 1500 | | Grand Rapids | MI | 49503 | gtoering@wnj.com |
| Washington DC Attorney General | Attn: Bankruptcy Department | 441 4Th Street, Nw | | Washington | DC | 20001 | OAG@DC.GOV |
| Werb & Sullivan | Attn: Brian A. Sullivan | 1225 N King Street | Suite 600 | Wilmington | DE | 19801 | bsullivan@werbsullivan.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 24 Greenway Plaza, Suite 2050 | | Houston | TX | 77046 | jcarruth@wkpz.com |
| Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | 600 North King Street | Suite 300 | Wilmington | DE | 19801 | rriley@whitefordlaw.com |
| Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey | 3190 Fairview Park Drive | Suite 800 | Falls Church | VA | 22042-4510 | dgaffey@whitefordlaw.com |
| Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore | 200 South 10th, Street, Suite 1600 | | Richmond | VA | 23219-3095 | mmueller@williamsmullen.com jmclemore@williamsmullen.com |
| Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | 1313 North Market Street | Suite 1200 | Wilmington | DE | 19801 | kevin.mangan@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi | 1313 North Market Street | Suite 1200 | Wilmington | DE | 19801 | matthew.ward@wbd-us.com lisa.tancredi@wbd-us.com |