**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: 1/10/2025 at 4:00 PM ET** |
| | **Hearing Date: 1/21/2025 at 1:00 PM ET** |

**NOTICE OF HEARING ON MOTION OF**
**HELLO SOFA, LLC FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on December 27, 2024, Hello Sofa, LLC ("**Claimant**")

filed the *Motion for Allowance and Payment of Administrative Expense Claim* ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on

**January 21, 2025 at 1:00 p.m.** (Eastern Time), before the Honorable J. Kate Stickles in the

Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware

19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in

writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the

undersigned counsel for **Claimant**, on or before **January 10, 2025 at 4:00 p.m.** (Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE**

**BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION**

**WITHOUT FURTHER NOTICE.**

Dated: December 27, 2024
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

-and-

**PHELPS DUNBAR LLP**
Danielle Mashburn-Myrick *(admitted Pro Hac Vice)*
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Telephone: (251) 441-8202
Email: Danielle.mashburn-myrick@phelp.com

*Attorneys for Hello Sofa, LLC*