**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | <u>**Objection Deadline**</u>**: 1/10/2025 at 4:00 PM ET**<br><u>**Hearing Date**</u>**: 1/21/2025 at 1:00 PM ET** |

**NOTICE OF HEARING ON MOTION OF AMERICAN FURNITURE FOR
<u>ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM</u>**

**PLEASE TAKE NOTICE** that on December 27, 2024, Peak Living, Inc. **("Peak Living"),** Delta Furniture Manufacturing, LLC **("Delta Furniture"),** and Independent Furniture Supply Co., Inc. **("IFS"**, collectively with Peak Living and Delta Furniture, **"American Furniture")**, filed the *Motion for Allowance and Payment of Administrative Expense Claim* **("Motion")**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m.** (Eastern Time), before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for **American Furniture**, on or before **January 10, 2025 at 4:00 p.m.** (Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

Dated: December 27, 2024
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

-and-

**PHELPS DUNBAR LLP**
Danielle Mashburn-Myrick *(admitted Pro Hac Vice)*
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Telephone: (251) 441-8202
Email: Danielle.mashburn-myrick@phelp.com

*Attorneys for American Furniture*