# EXHIBIT A

| Customer | Customer Name | Document Number | Document | Document | Doc Due Date | Document Reference | Total Amt Due | Doc | Current | 1 - 30 Days | 31 - 60 Days | Over 60 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Big Lots Store, Inc. | 38024 | INVC | 10/07/24 | 10/22/24 | PO:95613660-7 ORD:39999 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38025 | INVC | 10/07/24 | 10/22/24 | PO:95613660-28 ORD:40032 | 15,150.00 | | 0.00 | 0.00 | 15,150.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38027 | INVC | 10/07/24 | 10/22/24 | PO:95613660-6 ORD:39998 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38028 | INVC | 10/07/24 | 10/22/24 | PO:95613660-5 ORD:39997 | 13,490.00 | | 0.00 | 0.00 | 13,490.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38039 | INVC | 10/08/24 | 10/23/24 | PO:95613660-3 ORD:39995 | 12,800.00 | | 0.00 | 0.00 | 12,800.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38040 | INVC | 10/08/24 | 10/23/24 | PO:95613660-10 ORD:40002 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38041 | INVC | 10/08/24 | 10/23/24 | PO:95613660-9 ORD:40001 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38074 | INVC | 10/09/24 | 10/24/24 | PO:95613660-13 ORD:40005 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38081 | INVC | 10/10/24 | 10/25/24 | PO:95613660-20 ORD:40024 | 13,180.00 | | 0.00 | 0.00 | 13,180.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38084 | INVC | 10/10/24 | 10/25/24 | PO:95613660-11 ORD:40003 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38096 | INVC | 10/11/24 | 10/26/24 | PO:95613660-14 ORD:40006 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38097 | INVC | 10/11/24 | 10/26/24 | PO:95613660-15 ORD:40007 | 12,100.00 | | 0.00 | 0.00 | 12,100.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38099 | INVC | 10/11/24 | 10/26/24 | PO:95613660-26 ORD:40030 | 14,000.00 | | 0.00 | 0.00 | 14,000.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38100 | INVC | 10/11/24 | 10/26/24 | PO:95613660-27 ORD:40031 | 14,000.00 | | 0.00 | 0.00 | 14,000.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38107 | INVC | 10/14/24 | 10/29/24 | PO:95613660-23 ORD:40027 | 13,000.00 | | 0.00 | 0.00 | 13,000.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38145 | INVC | 10/17/24 | 11/01/24 | PO:95613660-19 ORD:40023 | 12,800.00 | | 0.00 | 0.00 | 12,800.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38209 | INVC | 10/24/24 | 11/08/24 | PO:95614171-12 ORD:40178 | 17,365.00 | | 0.00 | 0.00 | 17,365.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38210 | INVC | 10/24/24 | 11/08/24 | PO:95614171-13 ORD:40179 | 17,365.00 | | 0.00 | 0.00 | 17,365.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38212 | INVC | 10/24/24 | 11/08/24 | PO:95614171-11 ORD:40177 | 17,365.00 | | 0.00 | 0.00 | 17,365.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38274 | INVC | 10/31/24 | 11/15/24 | PO:95613660-25 ORD:40029 | 13,400.00 | | 0.00 | 0.00 | 13,400.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38322 | INVC | 11/06/24 | 11/21/24 | PO:95614172-2 ORD:40279 | 12,900.00 | | 0.00 | 12,900.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38331 | INVC | 11/07/24 | 11/22/24 | PO:95613665-7 ORD:40304 | 15,815.00 | | 0.00 | 15,815.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38335 | INVC | 11/07/24 | 11/22/24 | PO:95614172-3 ORD:40280 | 13,110.00 | | 0.00 | 13,110.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38346 | INVC | 11/11/24 | 11/26/24 | PO:95660781 ORD:40223 | 1,010.00 | | 0.00 | 1,010.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38348 | INVC | 11/11/24 | 11/26/24 | PO:95614172-8 ORD:40285 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38357 | INVC | 11/12/24 | 11/27/24 | PO:95659850-4 ORD:40170 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38386 | INVC | 11/13/24 | 11/28/24 | PO:95659850-3 ORD:40169 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38396 | INVC | 11/14/24 | 11/29/24 | PO:9564209-2 ORD:40358 | 13,690.00 | | 0.00 | 13,690.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38397 | INVC | 11/14/24 | 11/29/24 | PO:95659850-7 ORD:40173 | 13,890.00 | | 0.00 | 13,890.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38398 | INVC | 11/14/24 | 11/29/24 | PO:95659850-5 ORD:40171 | 13,600.00 | | 0.00 | 13,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38399 | INVC | 11/14/24 | 11/29/24 | PO:95659850-1 ORD:40167 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38400 | INVC | 11/14/24 | 11/29/24 | PO:95659850-9 ORD:40175 | 13,300.00 | | 0.00 | 13,300.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38401 | INVC | 11/14/24 | 11/29/24 | PO:95659850-6 ORD:40172 | 13,650.00 | | 0.00 | 13,650.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38419 | INVC | 11/18/24 | 12/03/24 | PO:95641218-1 ORD:40379 | 17,250.00 | | 0.00 | 17,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38420 | INVC | 11/18/24 | 12/03/24 | PO:95641211-3 ORD:40363 | 4,875.00 * | | 0.00 | 4,875.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38433 | INVC | 11/19/24 | 12/04/24 | PO:95641218-3 ORD:40381 | 5,175.00 | | 0.00 | 5,175.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38468 | INVC | 11/20/24 | 12/05/24 | PO:95641213-3 ORD:40371 | 11,730.00 | | 0.00 | 11,730.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38469 | INVC | 11/20/24 | 12/05/24 | PO:9564209-1 ORD:40357 | 12,960.00 | | 0.00 | 12,960.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38471 | INVC | 11/20/24 | 12/05/24 | PO:95641213-1 ORD:40369 | 12,480.00 | | 0.00 | 12,480.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38477 | INVC | 11/21/24 | 12/06/24 | PO:95641230-1 ORD:40385 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38478 | INVC | 11/21/24 | 12/06/24 | PO:95641236-1 ORD:40401 | 17,595.00 | | 0.00 | 17,595.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38479 | INVC | 11/21/24 | 12/06/24 | PO:95641230-2 ORD:40386 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38480 | INVC | 11/21/24 | 12/06/24 | PO:95641230-3 ORD:40387 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38481 | INVC | 11/21/24 | 12/06/24 | PO:95613665-3 ORD:40300 | 12,575.00 | | 0.00 | 12,575.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38482 | INVC | 11/21/24 | 12/06/24 | PO:95613665-5 ORD:40302 | 14,265.00 | | 0.00 | 14,265.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38483 | INVC | 11/21/24 | 12/06/24 | PO:95641236-2 ORD:40402 | 15,410.00 | | 0.00 | 15,410.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38484 | INVC | 11/21/24 | 12/06/24 | PO:95641214-1 ORD:40372 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38486 | INVC | 11/21/24 | 12/06/24 | PO:95641214-2 ORD:40373 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38487 | INVC | 11/21/24 | 12/06/24 | PO:95641216 ORD:40377 | 10,275.00 | | 0.00 | 10,275.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38488 | INVC | 11/21/24 | 12/06/24 | PO:95641211-4 ORD:40364 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38489 | INVC | 11/21/24 | 12/06/24 | PO:95641218-2 ORD:40380 | 17,250.00 | | 0.00 | 17,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38495 | INVC | 11/22/24 | 12/07/24 | PO:95662752-11 ORD:40647 | 12,450.00 | | 0.00 | 12,450.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38496 | INVC | 11/22/24 | 12/07/24 | PO:95662752-10 ORD:40646 | 12,450.00 | | 0.00 | 12,450.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38497 | INVC | 11/22/24 | 12/07/24 | PO:95662752-5 ORD:40641 | 12,600.00 | | 0.00 | 12,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38506 | INVC | 11/25/24 | 12/10/24 | PO:95613664-5 ORD:40311 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38507 | INVC | 11/25/24 | 12/10/24 | PO:95641234-1 ORD:40397 | 13,650.00 | | 0.00 | 13,650.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38508 | INVC | 11/25/24 | 12/10/24 | PO:95641232-2 ORD:40393 | 12,800.00 | | 0.00 | 12,800.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38509 | INVC | 11/25/24 | 12/10/24 | PO:95641231-2 ORD:40391 | 8,250.00 | | 0.00 | 8,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38510 | INVC | 11/25/24 | 12/10/24 | PO:95641223-2 ORD:40429 | 12,480.00 | | 0.00 | 12,480.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38511 | INVC | 11/25/24 | 12/10/24 | PO:95662752-12 ORD:40648 | 12,450.00 | | 0.00 | 12,450.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38512 | INVC | 11/25/24 | 12/10/24 | PO:95662752-1 ORD:40637 | 12,600.00 | | 0.00 | 12,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38513 | INVC | 11/25/24 | 12/10/24 | PO:95641211-2 ORD:40362 | 12,100.00 | | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38514 | INVC | 11/25/24 | 12/10/24 | PO:95673589 ORD:40602 | 12,235.00 | | 0.00 | 12,235.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38515 | INVC | 11/25/24 | 12/10/24 | PO:95641234-2 ORD:40398 | 8,050.00 | | 0.00 | 8,050.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38516 | INVC | 11/25/24 | 12/10/24 | PO:95641223-1 ORD:40428 | 12,480.00 | | 0.00 | 12,480.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38525 | INVC | 11/26/24 | 12/11/24 | PO:95641224-2 ORD:40436 | 12,675.00 | | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38527 | INVC | 11/26/24 | 12/11/24 | PO:95641227-1 ORD:40445 | 17,250.00 | | 0.00 | 17,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38528 | INVC | 11/26/24 | 12/11/24 | PO:95659850-10 ORD:40176 | 15,075.00 | | 0.00 | 15,075.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38529 | INVC | 11/26/24 | 12/11/24 | PO:95641228-1 ORD:40382 | 12,720.00 | | 0.00 | 12,720.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38530 | INVC | 11/26/24 | 12/11/24 | PO:95641228-2 ORD:40383 | 11,580.00 | | 0.00 | 11,580.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38531 | INVC | 11/26/24 | 12/11/24 | PO:95641227-2 ORD:40446 | 17,250.00 | | 0.00 | 17,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38532 | INVC | 11/26/24 | 12/11/24 | PO:95673588 ORD:40599 | 11,880.00 | | 0.00 | 11,880.00 | 0.00 | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Big Lots Store, Inc. | 38533 | INVC | 11/26/24 | 12/11/24 PO:95662752-4 ORD:40640 | 12,600.00 | 0.00 | 12,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38534 | INVC | 11/26/24 | 12/11/24 PO:95662752-13 ORD:40649 | 12,450.00 | 0.00 | 12,450.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38535 | INVC | 11/26/24 | 12/11/24 PO:95663752-3 ORD:40639 | 12,600.00 | 0.00 | 12,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38536 | INVC | 11/26/24 | 12/11/24 PO:95641223-3 ORD:40430 | 12,560.00 | 0.00 | 12,560.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38537 | INVC | 11/26/24 | 12/11/24 PO:95641227-3 ORD:40447 | 17,250.00 | 0.00 | 17,250.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38538 | INVC | 11/26/24 | 12/11/24 PO:95641224-3 ORD:40437 | 12,675.00 | 0.00 | 12,675.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38567 | INVC | 11/27/24 | 12/12/24 PO:95641211-1 ORD:40361 | 12,100.00 | 0.00 | 12,100.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38568 | INVC | 11/27/24 | 12/12/24 PO:95662752-2 ORD:40638 | 12,600.00 | 0.00 | 12,600.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38569 | INVC | 11/27/24 | 12/12/24 PO:95641217 ORD:40378 | 8,340.00 | 0.00 | 8,340.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38575 | INVC | 11/27/24 | 12/12/24 PO:95659850-8 ORD:40174 | 15,010.00 | 0.00 | 15,010.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38579 | INVC | 12/02/24 | 12/17/24 PO:95641235-1 ORD:40399 | 14,760.00 | 14,760.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38580 | INVC | 12/02/24 | 12/17/24 PO:95662752-7 ORD:40643 | 12,600.00 | 12,600.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38581 | INVC | 12/02/24 | 12/17/24 PO:95641224-1 ORD:40435 | 12,675.00 | 12,675.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38582 | INVC | 12/02/24 | 12/17/24 PO:95641229 ORD:40384 | 8,600.00 | 8,600.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38583 | INVC | 12/02/24 | 12/17/24 PO:95641220-1 ORD:40407 | 14,140.00 | 14,140.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38584 | INVC | 12/02/24 | 12/17/24 PO:95662752-6 ORD:40642 | 12,600.00 | 12,600.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38585 | INVC | 12/02/24 | 12/17/24 PO:95641221-2 ORD:40411 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38586 | INVC | 12/02/24 | 12/17/24 PO:95641219-3 ORD:40406 | 11,590.00 | 11,590.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38588 | INVC | 12/02/24 | 12/17/24 PO:95641219-2 ORD:40405 | 11,870.00 | 11,870.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38589 | INVC | 12/02/24 | 12/17/24 PO:95641221-1 ORD:40409 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38590 | INVC | 12/02/24 | 12/17/24 PO:95641221-3 ORD:40413 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38598 | INVC | 12/03/24 | 12/18/24 PO:95641225-1 ORD:40439 | 13,650.00 | 13,650.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38599 | INVC | 12/03/24 | 12/18/24 PO:95641219-1 ORD:40404 | 12,300.00 | 12,300.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38600 | INVC | 12/03/24 | 12/18/24 PO:95662752-8 ORD:40644 | 12,600.00 | 12,600.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38601 | INVC | 12/03/24 | 12/18/24 PO:95662752-9 ORD:40645 | 12,600.00 | 12,600.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38602 | INVC | 12/03/24 | 12/18/24 PO:95641222-1 ORD:40423 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38603 | INVC | 12/03/24 | 12/18/24 PO:95641221-4 ORD:40414 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38604 | INVC | 12/03/24 | 12/18/24 PO:95641222-3 ORD:40426 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38605 | INVC | 12/03/24 | 12/18/24 PO:95641221-6 ORD:40417 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38606 | INVC | 12/03/24 | 12/18/24 PO:95641221-5 ORD:40416 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38607 | INVC | 12/03/24 | 12/18/24 PO:95613664-14 ORD:40320 | 12,300.00 | 12,300.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38636 | INVC | 12/04/24 | 12/19/24 PO:95641226-1 ORD:40442 | 12,370.00 | 12,370.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38637 | INVC | 12/04/24 | 12/19/24 PO:95613664-6 ORD:40312 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38638 | INVC | 12/04/24 | 12/19/24 PO:95613664-13 ORD:40319 | 13,440.00 | 13,440.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38639 | INVC | 12/04/24 | 12/19/24 PO:95613664-11 ORD:40317 | 11,550.00 | 11,550.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38640 | INVC | 12/04/24 | 12/19/24 PO:95641225-3 ORD:40441 | 12,250.00 | 12,250.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38641 | INVC | 12/04/24 | 12/19/24 PO:95641225-2 ORD:40440 | 13,650.00 | 13,650.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38642 | INVC | 12/04/24 | 12/19/24 PO:95641226-2 ORD:40443 | 15,090.00 | 15,090.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38643 | INVC | 12/04/24 | 12/19/24 PO:95641223-4 ORD:40431 | 13,260.00 | 13,260.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38644 | INVC | 12/04/24 | 12/19/24 PO:95641222-2 ORD:40425 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38659 | INVC | 12/05/24 | 12/20/24 PO:95613664-8 ORD:40314 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38660 | INVC | 12/05/24 | 12/20/24 PO:95613664-9 ORD:40315 | 11,000.00 | 11,000.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38661 | INVC | 12/05/24 | 12/20/24 PO:95659850-2 ORD:40168 | 12,675.00 | 12,675.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38687 | INVC | 12/09/24 | 12/24/24 PO:95641246-2 ORD:40482 | 17,250.00 | 17,250.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38688 | INVC | 12/09/24 | 12/24/24 PO:95641244-1 ORD:40474 | 12,675.00 | 12,675.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38689 | INVC | 12/09/24 | 12/24/24 PO:95641243-1 ORD:40471 | 12,480.00 | 12,480.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38690 | INVC | 12/09/24 | 12/24/24 PO:95641244-2 ORD:40475 | 12,675.00 | 12,675.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38691 | INVC | 12/09/24 | 12/24/24 PO:95613664-10 ORD:40316 | 11,000.00 | 11,000.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38692 | INVC | 12/09/24 | 12/24/24 PO:95641243-2 ORD:40472 | 12,330.00 | 12,330.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38693 | INVC | 12/09/24 | 12/24/24 PO:95641246-3 ORD:40483 | 17,250.00 | 17,250.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38694 | INVC | 12/09/24 | 12/24/24 PO:95641246-1 ORD:40481 | 17,250.00 | 17,250.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38700 | INVC | 12/10/24 | 12/25/24 PO:95641242-2 ORD:40462 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38701 | INVC | 12/10/24 | 12/25/24 PO:95641242-5 ORD:40465 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38702 | INVC | 12/10/24 | 12/25/24 PO:95641242-3 ORD:40463 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38703 | INVC | 12/10/24 | 12/25/24 PO:95641242-6 ORD:40466 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38704 | INVC | 12/10/24 | 12/25/24 PO:95641242-1 ORD:40460 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| 61 | Big Lots Store, Inc. | 38739 | INVC | 12/11/24 | 12/26/24 PO:95641242-4 ORD:40464 | 12,100.00 | 12,100.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 1,646,885.00 | 596,180.00 | 779,990.00 | 270,715.00 | 0.00 |