# EXHIBIT B

Page: 1

## Statement



PO Box 237
275 6th Avenu

| Please note remittance address: |
| :---: |
| Peak Living. |
| PO Box 74008196 |
| Chicago, IL 60674-8196 |

**Statement Date:** 12/17/2024

**Salesperson:** Chad Cunningham

Big Lots Stores, Inc
4900 E. Dublin Granville Rd
Columbus, OH  43081

**Customer Number:**  00-BIGL50

Tel:614-278-6800
Fax:614-278-6871

| Date | Reference | Invoice Due | Description | Customer PO | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/7/2024 | 0778658-IN | 10/22/2024 | | 0095607327 | 15,125.00 | | 15,125.00 |
| 10/7/2024 | 0778662-IN | 10/22/2024 | | 0095607327 | 12,768.00 | | 12,768.00 |
| 10/7/2024 | 0778669-IN | 10/22/2024 | | 0095607327 | 13,838.00 | | 13,838.00 |
| 10/7/2024 | 0778690-IN | 10/22/2024 | | 0095607327 | 14,190.00 | | 14,190.00 |
| 10/10/2024 | 0778881-IN | 10/25/2024 | | 0095607327 | 10,520.00 | | 10,520.00 |
| 10/10/2024 | 0778883-IN | 10/25/2024 | | 0095607327 | 13,160.00 | | 13,160.00 |
| 10/10/2024 | 0778893-IN | 10/25/2024 | | 0095607327 | 13,160.00 | | 13,160.00 |
| 10/10/2024 | 0778896-IN | 10/25/2024 | | 0095607327 | 13,218.00 | | 13,218.00 |
| 10/10/2024 | 0778904-IN | 10/25/2024 | | 0095607327 | 10,340.00 | | 10,340.00 |
| 10/10/2024 | 0778918-IN | 10/25/2024 | | 0095607327 | 10,720.00 | | 10,720.00 |
| 10/11/2024 | 0778938-IN | 10/26/2024 | | 0095614179 | 16,160.00 | | 16,160.00 |
| 10/14/2024 | 0778971-IN | 10/29/2024 | | 0095607327 | 11,620.00 | | 11,620.00 |
| 10/14/2024 | 0778982-IN | 10/29/2024 | | 0095614179 | 16,160.00 | | 16,160.00 |
| 10/14/2024 | 0778983-IN | 11/13/2024 | | 0095611522 | 14,726.00 | | 14,726.00 |
| 10/15/2024 | 0779054-IN | 10/30/2024 | | 0095611528 | 14,726.00 | | 14,726.00 |
| 10/15/2024 | 0779077-IN | 10/30/2024 | | 0095614179 | 16,160.00 | | 16,160.00 |
| 10/15/2024 | 0779081-IN | 10/30/2024 | | 0095614179 | 16,160.00 | | 16,160.00 |
| 10/16/2024 | 0779115-IN | 10/31/2024 | | 0095611556 | 14,726.00 | | 14,726.00 |
| 10/18/2024 | 0779185-IN | 11/2/2024 | | 0095611555 | 14,726.00 | | 14,726.00 |
| 10/18/2024 | 0779186-IN | 11/2/2024 | | 0095611558 | 14,726.00 | | 14,726.00 |
| 10/18/2024 | 0779191-IN | 11/2/2024 | | 0095611552 | 14,726.00 | | 14,726.00 |
| 10/18/2024 | 0779192-IN | 11/2/2024 | | 0095611422 | 13,077.00 | | 13,077.00 |
| 10/21/2024 | 0779196-IN | 11/5/2024 | | 0095611551 | 14,726.00 | | 14,726.00 |
| 10/21/2024 | 0779197-IN | 11/5/2024 | | 0095610242 | 23,652.00 | | 23,652.00 |
| 10/21/2024 | 0779227-IN | 11/5/2024 | | 0095611322 | 10,560.00 | | 10,560.00 |
| 10/24/2024 | 0779393-IN | 11/8/2024 | | 0095611325 | 10,560.00 | | 10,560.00 |

| Date | Invoice | Due Date | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 10/28/2024 | 0779430-IN | 11/12/2024 | 0095611319 | 10,560.00 | 10,560.00 |
| 10/28/2024 | 0779431-IN | 11/12/2024 | 0095610369 | 24,239.00 | 24,239.00 |
| 10/28/2024 | 0779474-IN | 11/12/2024 | 0095611425 | 13,077.00 | 13,077.00 |
| 10/28/2024 | 0779486-IN | 11/12/2024 | 0095610113 | 25,308.00 | 25,308.00 |
| 11/5/2024 | 0779747-IN | 11/20/2024 | 0095607332 | 11,305.00 | 11,305.00 |
| 11/6/2024 | 0779784-IN | 11/21/2024 | 0095652391 | 14,726.00 | 14,726.00 |
| 11/8/2024 | 0779876-IN | 11/23/2024 | 0095652421 | 13,077.00 | 13,077.00 |
| 11/8/2024 | 0779877-IN | 11/23/2024 | 0095652424 | 13,077.00 | 13,077.00 |
| 11/8/2024 | 0779878-IN | 11/23/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/8/2024 | 0779879-IN | 11/23/2024 | 0095611518 | 14,726.00 | 14,726.00 |
| 11/8/2024 | 0779883-IN | 11/23/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/8/2024 | 0779885-IN | 11/23/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/11/2024 | 0779889-IN | 11/26/2024 | 0095652388 | 14,726.00 | 14,726.00 |
| 11/11/2024 | 0779890-IN | 11/26/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/11/2024 | 0779894-IN | 11/26/2024 | 0095607307 | 15,936.00 | 15,936.00 |
| 11/11/2024 | 0779895-IN | 11/26/2024 | 0095607306 | 12,818.00 | 12,818.00 |
| 11/11/2024 | 0779897-IN | 11/26/2024 | 0095617750 | 14,726.00 | 14,726.00 |
| 11/11/2024 | 0779899-IN | 11/26/2024 | 0095652416 | 13,077.00 | 13,077.00 |
| 11/11/2024 | 0779900-IN | 11/26/2024 | 0095652448 | 15,120.00 | 15,120.00 |
| 11/11/2024 | 0779906-IN | 11/26/2024 | 0095652422 | 13,077.00 | 13,077.00 |
| 11/11/2024 | 0779908-IN | 11/26/2024 | 0095669865 | 13,077.00 | 13,077.00 |
| 11/11/2024 | 0779916-IN | 11/26/2024 | 0095607332 | 12,245.00 | 12,245.00 |
| 11/11/2024 | 0779919-IN | 11/26/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/11/2024 | 0779920-IN | 11/26/2024 | 0095669884 | 10,560.00 | 10,560.00 |
| 11/11/2024 | 0779921-IN | 11/26/2024 | 0095607307 | 14,516.00 | 14,516.00 |
| 11/11/2024 | 0779922-IN | 11/26/2024 | 0095625234 | 15,372.00 | 15,372.00 |
| 11/11/2024 | 0779923-IN | 11/26/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/11/2024 | 0779924-IN | 11/26/2024 | 0095646012 | 25,308.00 | 25,308.00 |
| 11/11/2024 | 0779925-IN | 11/26/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/11/2024 | 0779927-IN | 11/26/2024 | 0095669878 | 28,176.00 | 28,176.00 |
| 11/11/2024 | 0779928-IN | 11/26/2024 | 0095617692 | 25,308.00 | 25,308.00 |
| 11/11/2024 | 0779929-IN | 11/26/2024 | 0095607307 | 16,783.00 | 16,783.00 |
| 11/11/2024 | 0779930-IN | 11/26/2024 | 0095652166 | 30,222.00 | 30,222.00 |
| 11/11/2024 | 0779931-IN | 11/26/2024 | 0095607332 | 11,294.78 | 11,294.78 |
| 11/11/2024 | 0779932-IN | 11/26/2024 | 0095617707 | 15,120.00 | 15,120.00 |
| 11/11/2024 | 0779933-IN | 11/26/2024 | 0095607307 | 15,639.00 | 15,639.00 |
| 11/11/2024 | 0779934-IN | 11/26/2024 | 0095611448 | 13,077.00 | 13,077.00 |
| 11/11/2024 | 0779935-IN | 11/26/2024 | 0095625234 | 15,372.00 | 15,372.00 |
| 11/11/2024 | 0779936-IN | 11/26/2024 | 0095607307 | 15,936.00 | 15,936.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2024 | 0779937-IN | 11/26/2024 | 0095652389 | 14,726.00 | 14,726.00 |
| 11/12/2024 | 0779939-IN | 11/27/2024 | 0095652419 | 13,077.00 | 13,077.00 |
| 11/12/2024 | 0779953-IN | 11/27/2024 | 0095669881 | 25,308.00 | 25,308.00 |
| 11/12/2024 | 0779990-IN | 11/27/2024 | 0095625226 | 14,352.00 | 14,352.00 |
| 11/12/2024 | 0779991-IN | 11/27/2024 | 0095652165 | 30,222.00 | 30,222.00 |
| 11/12/2024 | 0779993-IN | 11/27/2024 | 0095646019 | 13,077.00 | 13,077.00 |
| 11/12/2024 | 0779994-IN | 11/27/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/12/2024 | 0780000-IN | 11/27/2024 | 0095607332 | 13,214.00 | 13,214.00 |
| 11/12/2024 | 0780004-IN | 11/27/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/12/2024 | 0780005-IN | 11/27/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/12/2024 | 0780006-IN | 11/27/2024 | 0095646015 | 10,560.00 | 10,560.00 |
| 11/12/2024 | 0780007-IN | 11/27/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/12/2024 | 0780015-IN | 11/27/2024 | 0095607327 | 7,833.00 | 7,833.00 |
| 11/12/2024 | 0780016-IN | 11/27/2024 | 0095607321 | 7,600.00 | 7,600.00 |
| 11/12/2024 | 0780017-IN | 11/27/2024 | 0095646022 | 14,726.00 | 14,726.00 |
| 11/12/2024 | 0780018-IN | 11/27/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/12/2024 | 0780019-IN | 11/27/2024 | 0095669882 | 25,308.00 | 25,308.00 |
| 11/12/2024 | 0780021-IN | 11/27/2024 | 0095652418 | 13,077.00 | 13,077.00 |
| 11/12/2024 | 0780025-IN | 11/27/2024 | 0095625234 | 15,372.00 | 15,372.00 |
| 11/12/2024 | 0780031-IN | 11/27/2024 | 0095614704 | 36,163.00 | 36,163.00 |
| 11/13/2024 | 0780032-IN | 11/28/2024 | 0095617742 | 14,726.00 | 14,726.00 |
| 11/13/2024 | 0780033-IN | 11/28/2024 | 0095669866 | 14,726.00 | 14,726.00 |
| 11/13/2024 | 0780034-IN | 11/28/2024 | 0095652425 | 13,077.00 | 13,077.00 |
| 11/13/2024 | 0780035-IN | 11/28/2024 | 0095607332 | 13,214.00 | 13,214.00 |
| 11/13/2024 | 0780036-IN | 11/28/2024 | 0095625226 | 15,318.00 | 15,318.00 |
| 11/13/2024 | 0780037-IN | 11/28/2024 | 0095607321 | 15,456.00 | 15,456.00 |
| 11/13/2024 | 0780038-IN | 11/28/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/13/2024 | 0780039-IN | 11/28/2024 | 0095625226 | 15,372.00 | 15,372.00 |
| 11/13/2024 | 0780040-IN | 11/28/2024 | 0095646014 | 10,560.00 | 10,560.00 |
| 11/13/2024 | 0780042-IN | 11/28/2024 | 0095646007 | 13,077.00 | 13,077.00 |
| 11/13/2024 | 0780043-IN | 11/28/2024 | 0095625226 | 14,352.00 | 14,352.00 |
| 11/13/2024 | 0780044-IN | 11/28/2024 | 0095625226 | 14,352.00 | 14,352.00 |
| 11/13/2024 | 0780045-IN | 11/28/2024 | 0095617741 | 14,726.00 | 14,726.00 |
| 11/13/2024 | 0780048-IN | 11/28/2024 | 0095669879 | 26,490.00 | 26,490.00 |
| 11/13/2024 | 0780049-IN | 11/28/2024 | 0095625226 | 14,352.00 | 14,352.00 |
| 11/13/2024 | 0780050-IN | 11/28/2024 | 0095669880 | 23,652.00 | 23,652.00 |
| 11/13/2024 | 0780053-IN | 11/28/2024 | 0095669875 | 27,460.00 | 27,460.00 |
| 11/13/2024 | 0780055-IN | 11/28/2024 | 0095617751 | 14,726.00 | 14,726.00 |
| 11/13/2024 | 0780057-IN | 11/28/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/13/2024 | 0780058-IN | 11/28/2024 | 0095652454 | 15,120.00 | 15,120.00 |

| Date | Invoice | Due Date | Reference | Amount | Amount |
|---|---|---|---|---|---|
| 11/13/2024 | 0780059-IN | 11/28/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/13/2024 | 0780060-IN | 11/28/2024 | 0095652450 | 15,120.00 | 15,120.00 |
| 11/13/2024 | 0780061-IN | 11/28/2024 | 0095607332 | 13,214.00 | 13,214.00 |
| 11/13/2024 | 0780063-IN | 11/28/2024 | 0095652452 | 15,120.00 | 15,120.00 |
| 11/13/2024 | 0780064-IN | 11/28/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/13/2024 | 0780065-IN | 11/28/2024 | 0095625234 | 14,352.00 | 14,352.00 |
| 11/13/2024 | 0780066-IN | 11/28/2024 | 0095669883 | 10,560.00 | 10,560.00 |
| 11/13/2024 | 0780067-IN | 11/28/2024 | 0095669887 | 13,077.00 | 13,077.00 |
| 11/13/2024 | 0780069-IN | 11/28/2024 | 0095669862 | 13,077.00 | 13,077.00 |
| 11/13/2024 | 0780079-IN | 11/28/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/13/2024 | 0780082-IN | 11/28/2024 | 0095611435 | 13,077.00 | 13,077.00 |
| 11/14/2024 | 0780083-IN | 11/29/2024 | 0095625226 | 15,372.00 | 15,372.00 |
| 11/14/2024 | 0780093-IN | 11/29/2024 | 0095625226 | 15,372.00 | 15,372.00 |
| 11/14/2024 | 0780094-IN | 11/29/2024 | 0095625226 | 15,372.00 | 15,372.00 |
| 11/14/2024 | 0780096-IN | 11/29/2024 | 0095617744 | 14,726.00 | 14,726.00 |
| 11/14/2024 | 0780098-IN | 11/29/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/14/2024 | 0780099-IN | 11/29/2024 | 0095625234 | 14,352.00 | 14,352.00 |
| 11/14/2024 | 0780103-IN | 11/29/2024 | 0095669864 | 13,077.00 | 13,077.00 |
| 11/14/2024 | 0780105-IN | 11/29/2024 | 0095669863 | 13,077.00 | 13,077.00 |
| 11/14/2024 | 0780106-IN | 11/29/2024 | 0095607306 | 12,620.00 | 12,620.00 |
| 11/14/2024 | 0780107-IN | 11/29/2024 | 0095625234 | 15,372.00 | 15,372.00 |
| 11/14/2024 | 0780108-IN | 11/29/2024 | 0095669885 | 10,560.00 | 10,560.00 |
| 11/14/2024 | 0780114-IN | 11/29/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/14/2024 | 0780115-IN | 11/29/2024 | 0095652386 | 14,726.00 | 14,726.00 |
| 11/14/2024 | 0780116-IN | 11/29/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/14/2024 | 0780118-IN | 11/29/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/14/2024 | 0780119-IN | 11/29/2024 | 0095669867 | 25,308.00 | 25,308.00 |
| 11/14/2024 | 0780120-IN | 11/29/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/14/2024 | 0780121-IN | 11/29/2024 | 0095625234 | 14,352.00 | 14,352.00 |
| 11/14/2024 | 0780127-IN | 11/29/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/14/2024 | 0780128-IN | 11/29/2024 | 0095669886 | 15,120.00 | 15,120.00 |
| 11/14/2024 | 0780129-IN | 11/29/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/14/2024 | 0780130-IN | 11/29/2024 | 0095646020 | 13,077.00 | 13,077.00 |
| 11/15/2024 | 0780138-IN | 11/30/2024 | 0095625227 | 15,466.00 | 15,466.00 |
| 11/15/2024 | 0780140-IN | 11/30/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/15/2024 | 0780148-IN | 11/30/2024 | 0095617728 | 13,077.00 | 13,077.00 |
| 11/15/2024 | 0780150-IN | 11/30/2024 | 0095611330 | 10,560.00 | 10,560.00 |
| 11/15/2024 | 0780151-IN | 11/30/2024 | 0095646011 | 37,014.00 | 37,014.00 |
| 11/15/2024 | 0780152-IN | 11/30/2024 | 0095646011 | 31,225.00 | 31,225.00 |

| | | | | | |
|---|---|---|---|---:|---:|
| 11/15/2024 | 0780153-IN | 11/30/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/15/2024 | 0780154-IN | 11/30/2024 | 0095607309 | 14,490.00 | 14,490.00 |
| 11/15/2024 | 0780155-IN | 11/30/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/15/2024 | 0780156-IN | 11/30/2024 | 0095625227 | 13,416.00 | 13,416.00 |
| 11/15/2024 | 0780157-IN | 11/30/2024 | 0095625227 | 15,217.00 | 15,217.00 |
| 11/15/2024 | 0780158-IN | 11/30/2024 | 0095607306 | 11,970.00 | 11,970.00 |
| 11/18/2024 | 0780159-IN | 12/3/2024 | 0095652412 | 14,726.00 | 14,726.00 |
| 11/18/2024 | 0780160-IN | 12/3/2024 | 0095607321 | 15,456.00 | 15,456.00 |
| 11/18/2024 | 0780164-IN | 12/3/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/18/2024 | 0780166-IN | 12/3/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/18/2024 | 0780167-IN | 12/3/2024 | 0095677645 | 14,726.00 | 14,726.00 |
| 11/18/2024 | 0780170-IN | 12/3/2024 | 0095617698 | 25,308.00 | 25,308.00 |
| 11/18/2024 | 0780171-IN | 12/3/2024 | 0095607309 | 12,430.00 | 12,430.00 |
| 11/18/2024 | 0780176-IN | 12/3/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/18/2024 | 0780178-IN | 12/3/2024 | 0095611421 | 13,077.00 | 13,077.00 |
| 11/18/2024 | 0780180-IN | 12/3/2024 | 0095617762 | 14,726.00 | 14,726.00 |
| 11/18/2024 | 0780182-IN | 12/3/2024 | 0095607309 | 15,092.00 | 15,092.00 |
| 11/18/2024 | 0780183-IN | 12/3/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/18/2024 | 0780184-IN | 12/3/2024 | 0095652415 | 14,726.00 | 14,726.00 |
| 11/18/2024 | 0780185-IN | 12/3/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/18/2024 | 0780189-IN | 12/3/2024 | 0095611419 | 13,077.00 | 13,077.00 |
| 11/18/2024 | 0780190-IN | 12/3/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/18/2024 | 0780192-IN | 12/3/2024 | 0095646017 | 15,120.00 | 15,120.00 |
| 11/18/2024 | 0780193-IN | 12/3/2024 | 0095646001 | 11,135.00 | 11,135.00 |
| 11/18/2024 | 0780194-IN | 12/3/2024 | 0095607309 | 16,874.00 | 16,874.00 |
| 11/18/2024 | 0780196-IN | 12/3/2024 | 0095652427 | 13,077.00 | 13,077.00 |
| 11/18/2024 | 0780197-IN | 12/3/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/18/2024 | 0780198-IN | 12/3/2024 | 0095646000 | 11,099.81 | 11,099.81 |
| 11/18/2024 | 0780200-IN | 12/3/2024 | 0095645991 | 15,662.00 | 15,662.00 |
| 11/18/2024 | 0780201-IN | 12/3/2024 | 0095662318 | 25,308.00 | 25,308.00 |
| 11/18/2024 | 0780202-IN | 12/3/2024 | 0095646000 | 13,175.73 | 13,175.73 |
| 11/18/2024 | 0780210-IN | 12/3/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/18/2024 | 0780221-IN | 12/3/2024 | 0095611423 | 13,077.00 | 13,077.00 |
| 11/19/2024 | 0780222-IN | 12/4/2024 | 0095652434 | 10,560.00 | 10,560.00 |
| 11/19/2024 | 0780230-IN | 12/4/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/19/2024 | 0780231-IN | 12/4/2024 | 0095611580 | 14,726.00 | 14,726.00 |
| 11/19/2024 | 0780232-IN | 12/4/2024 | 0095611575 | 14,726.00 | 14,726.00 |
| 11/19/2024 | 0780233-IN | 12/4/2024 | 0095611437 | 13,077.00 | 13,077.00 |
| 11/19/2024 | 0780235-IN | 12/4/2024 | 0095652372 | 25,308.00 | 25,308.00 |
| 11/19/2024 | 0780236-IN | 12/4/2024 | 0095646013 | 25,308.00 | 25,308.00 |

| Date | Invoice | Due Date | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 11/19/2024 | 0780247-IN | 12/4/2024 | 0095617689 | 30,222.00 | 30,222.00 |
| 11/19/2024 | 0780264-IN | 12/4/2024 | 0095652375 | 23,652.00 | 23,652.00 |
| 11/19/2024 | 0780271-IN | 12/4/2024 | 0095646011 | 14,762.00 | 14,762.00 |
| 11/19/2024 | 0780272-IN | 12/4/2024 | 0095607328 | 8,820.00 | 8,820.00 |
| 11/19/2024 | 0780273-IN | 12/4/2024 | 0095607332 | 13,214.00 | 13,214.00 |
| 11/19/2024 | 0780274-IN | 12/4/2024 | 0095611445 | 13,077.00 | 13,077.00 |
| 11/19/2024 | 0780275-IN | 12/4/2024 | 0095617761 | 14,726.00 | 14,726.00 |
| 11/19/2024 | 0780276-IN | 12/4/2024 | 0095607332 | 11,800.00 | 11,800.00 |
| 11/19/2024 | 0780283-IN | 12/4/2024 | 0095607309 | 15,490.00 | 15,490.00 |
| 11/19/2024 | 0780287-IN | 12/4/2024 | 0095617755 | 14,726.00 | 14,726.00 |
| 11/19/2024 | 0780293-IN | 12/4/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/19/2024 | 0780298-IN | 12/4/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/19/2024 | 0780299-IN | 12/4/2024 | 0095607309 | 15,872.00 | 15,872.00 |
| 11/19/2024 | 0780300-IN | 12/4/2024 | 0095617687 | 31,293.00 | 31,293.00 |
| 11/19/2024 | 0780301-IN | 12/4/2024 | 0095607334 | 14,060.00 | 14,060.00 |
| 11/19/2024 | 0780303-IN | 12/4/2024 | 0095607332 | 13,214.00 | 13,214.00 |
| 11/19/2024 | 0780305-IN | 12/4/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/19/2024 | 0780308-IN | 12/4/2024 | 0095611566 | 14,726.00 | 14,726.00 |
| 11/19/2024 | 0780310-IN | 12/4/2024 | 0095607332 | 10,971.82 | 10,971.82 |
| 11/19/2024 | 0780311-IN | 12/4/2024 | 0095646000 | 11,523.79 | 11,523.79 |
| 11/20/2024 | 0780313-IN | 12/5/2024 | 0095618401 | 27,360.00 | 27,360.00 |
| 11/20/2024 | 0780314-IN | 12/5/2024 | 0095611569 | 14,726.00 | 14,726.00 |
| 11/20/2024 | 0780325-IN | 12/5/2024 | 0095625235 | 15,466.00 | 15,466.00 |
| 11/20/2024 | 0780330-IN | 12/5/2024 | 0095645993 | 24,750.00 | 24,750.00 |
| 11/20/2024 | 0780331-IN | 12/5/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/20/2024 | 0780332-IN | 12/5/2024 | 0095646016 | 10,560.00 | 10,560.00 |
| 11/20/2024 | 0780333-IN | 12/5/2024 | 0095617730 | 14,726.00 | 14,726.00 |
| 11/20/2024 | 0780334-IN | 12/5/2024 | 0095611434 | 13,077.00 | 13,077.00 |
| 11/20/2024 | 0780336-IN | 12/5/2024 | 0095607309 | 12,430.00 | 12,430.00 |
| 11/20/2024 | 0780337-IN | 12/5/2024 | 0095611565 | 14,726.00 | 14,726.00 |
| 11/20/2024 | 0780338-IN | 12/5/2024 | 0095652413 | 14,726.00 | 14,726.00 |
| 11/20/2024 | 0780339-IN | 12/5/2024 | 0095607333 | 14,400.00 | 14,400.00 |
| 11/20/2024 | 0780340-IN | 12/5/2024 | 0095607334 | 12,430.00 | 12,430.00 |
| 11/20/2024 | 0780342-IN | 12/5/2024 | 0095625226 | 5,980.00 | 5,980.00 |
| 11/20/2024 | 0780343-IN | 12/5/2024 | 0095625227 | 6,993.00 | 6,993.00 |
| 11/20/2024 | 0780347-IN | 12/5/2024 | 0095645993 | 24,750.00 | 24,750.00 |
| 11/20/2024 | 0780349-IN | 12/5/2024 | 0095625235 | 15,466.00 | 15,466.00 |
| 11/20/2024 | 0780350-IN | 12/5/2024 | 0095607334 | 13,074.00 | 13,074.00 |
| 11/20/2024 | 0780352-IN | 12/5/2024 | 0095617754 | 14,726.00 | 14,726.00 |

| Date | Invoice | Due Date | Reference | Amount | Balance |
|---|---|---|---|---:|---:|
| 11/20/2024 | 0780354-IN | 12/5/2024 | 0095607334 | 14,850.00 | 14,850.00 |
| 11/20/2024 | 0780356-IN | 12/5/2024 | 0095607309 | 12,125.00 | 12,125.00 |
| 11/20/2024 | 0780357-IN | 12/5/2024 | 0095625235 | 15,466.00 | 15,466.00 |
| 11/20/2024 | 0780363-IN | 12/5/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/20/2024 | 0780364-IN | 12/5/2024 | 0095607334 | 14,850.00 | 14,850.00 |
| 11/20/2024 | 0780365-IN | 12/5/2024 | 0095618052 | 27,360.00 | 27,360.00 |
| 11/20/2024 | 0780368-IN | 12/5/2024 | 0095607332 | 13,956.00 | 13,956.00 |
| 11/20/2024 | 0780369-IN | 12/5/2024 | 0095646001 | 11,305.00 | 11,305.00 |
| 11/20/2024 | 0780370-IN | 12/5/2024 | 0095607334 | 12,815.00 | 12,815.00 |
| 11/20/2024 | 0780371-IN | 12/5/2024 | 0095607333 | 17,959.00 | 17,959.00 |
| 11/21/2024 | 0780372-IN | 12/6/2024 | 0095625235 | 16,998.00 | 16,998.00 |
| 11/21/2024 | 0780374-IN | 12/6/2024 | 0095625235 | 15,466.00 | 15,466.00 |
| 11/21/2024 | 0780380-IN | 12/6/2024 | 0095646034 | 14,352.00 | 14,352.00 |
| 11/21/2024 | 0780381-IN | 12/6/2024 | 0095617753 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780382-IN | 12/6/2024 | 0095625235 | 15,466.00 | 15,466.00 |
| 11/21/2024 | 0780383-IN | 12/6/2024 | 0095652410 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780387-IN | 12/6/2024 | 0095611567 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780390-IN | 12/6/2024 | 0095607334 | 12,480.00 | 12,480.00 |
| 11/21/2024 | 0780392-IN | 12/6/2024 | 0095646001 | 12,000.00 | 12,000.00 |
| 11/21/2024 | 0780394-IN | 12/6/2024 | 0095607334 | 13,569.00 | 13,569.00 |
| 11/21/2024 | 0780396-IN | 12/6/2024 | 0095646000 | 13,420.00 | 13,420.00 |
| 11/21/2024 | 0780397-IN | 12/6/2024 | 0095617752 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780401-IN | 12/6/2024 | 0095645991 | 15,466.00 | 15,466.00 |
| 11/21/2024 | 0780403-IN | 12/6/2024 | 0095652436 | 10,560.00 | 10,560.00 |
| 11/21/2024 | 0780405-IN | 12/6/2024 | 0095611572 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780407-IN | 12/6/2024 | 0095646034 | 14,352.00 | 14,352.00 |
| 11/21/2024 | 0780408-IN | 12/6/2024 | 0095611568 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780410-IN | 12/6/2024 | 0095607334 | 12,990.00 | 12,990.00 |
| 11/21/2024 | 0780411-IN | 12/6/2024 | 0095607334 | 12,480.00 | 12,480.00 |
| 11/21/2024 | 0780413-IN | 12/6/2024 | 0095645991 | 12,432.00 | 12,432.00 |
| 11/21/2024 | 0780414-IN | 12/6/2024 | 0095611571 | 14,726.00 | 14,726.00 |
| 11/21/2024 | 0780415-IN | 12/6/2024 | 0095607333 | 14,400.00 | 14,400.00 |
| 11/21/2024 | 0780425-IN | 12/6/2024 | 0095646000 | 12,369.95 | 12,369.95 |
| 11/21/2024 | 0780427-IN | 12/6/2024 | 0095607334 | 14,850.00 | 14,850.00 |
| 11/21/2024 | 0780428-IN | 12/6/2024 | 0095646001 | 14,748.00 | 14,748.00 |
| 11/22/2024 | 0780429-IN | 12/7/2024 | 0095611548 | 14,726.00 | 14,726.00 |
| 11/22/2024 | 0780436-IN | 12/7/2024 | 0095607334 | 12,480.00 | 12,480.00 |
| 11/22/2024 | 0780438-IN | 12/7/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/22/2024 | 0780443-IN | 12/7/2024 | 0095607334 | 6,600.00 | 6,600.00 |
| 11/22/2024 | 0780444-IN | 12/7/2024 | 0095607331 | 7,930.00 | 7,930.00 |

| Date | Invoice | Due Date | Reference | Amount | Balance |
|---|---|---|---|---:|---:|
| 11/22/2024 | 0780447-IN | 12/7/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/22/2024 | 0780458-IN | 12/7/2024 | 0095645991 | 9,842.00 | 9,842.00 |
| 11/22/2024 | 0780459-IN | 12/7/2024 | 0095607303 | 3,375.00 | 3,375.00 |
| 11/22/2024 | 0780461-IN | 12/7/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/22/2024 | 0780464-IN | 12/7/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/25/2024 | 0780479-IN | 12/10/2024 | 0095607321 | 10,140.00 | 10,140.00 |
| 11/25/2024 | 0780484-IN | 12/10/2024 | 0095617974 | 21,492.00 | 21,492.00 |
| 11/25/2024 | 0780485-IN | 12/10/2024 | 0095617729 | 13,077.00 | 13,077.00 |
| 11/25/2024 | 0780487-IN | 12/10/2024 | 0095617694 | 25,308.00 | 25,308.00 |
| 11/25/2024 | 0780488-IN | 12/10/2024 | 0095607333 | 14,079.00 | 14,079.00 |
| 11/25/2024 | 0780492-IN | 12/10/2024 | 0095652437 | 10,560.00 | 10,560.00 |
| 11/25/2024 | 0780493-IN | 12/10/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/25/2024 | 0780499-IN | 12/10/2024 | 0095607333 | 13,620.00 | 13,620.00 |
| 11/25/2024 | 0780500-IN | 12/10/2024 | 0095617764 | 14,726.00 | 14,726.00 |
| 11/25/2024 | 0780501-IN | 12/10/2024 | 0095617696 | 25,308.00 | 25,308.00 |
| 11/25/2024 | 0780502-IN | 12/10/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/25/2024 | 0780504-IN | 12/10/2024 | 0095652442 | 10,560.00 | 10,560.00 |
| 11/25/2024 | 0780505-IN | 12/10/2024 | 0095646008 | 13,077.00 | 13,077.00 |
| 11/25/2024 | 0780512-IN | 12/10/2024 | 0095617709 | 15,120.00 | 15,120.00 |
| 11/25/2024 | 0780513-IN | 12/10/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/25/2024 | 0780519-IN | 12/10/2024 | 0095607335 | 11,120.00 | 11,120.00 |
| 11/25/2024 | 0780522-IN | 12/10/2024 | 0095646034 | 14,352.00 | 14,352.00 |
| 11/25/2024 | 0780523-IN | 12/10/2024 | 0095617714 | 13,077.00 | 13,077.00 |
| 11/25/2024 | 0780526-IN | 12/10/2024 | 0095607333 | 14,400.00 | 14,400.00 |
| 11/25/2024 | 0780527-IN | 12/10/2024 | 0095607333 | 18,012.00 | 18,012.00 |
| 11/26/2024 | 0780541-IN | 12/11/2024 | 0095646018 | 15,120.00 | 15,120.00 |
| 11/26/2024 | 0780550-IN | 12/11/2024 | 0095617765 | 14,726.00 | 14,726.00 |
| 11/26/2024 | 0780556-IN | 12/11/2024 | 0095617735 | 14,726.00 | 14,726.00 |
| 11/26/2024 | 0780557-IN | 12/11/2024 | 0095652439 | 10,560.00 | 10,560.00 |
| 11/26/2024 | 0780558-IN | 12/11/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/26/2024 | 0780559-IN | 12/11/2024 | 0095652374 | 30,222.00 | 30,222.00 |
| 11/26/2024 | 0780560-IN | 12/11/2024 | 0095614702 | 38,939.00 | 38,939.00 |
| 11/26/2024 | 0780561-IN | 12/11/2024 | 0095607330 | 19,600.00 | 19,600.00 |
| 11/26/2024 | 0780564-IN | 12/11/2024 | 0095652446 | 10,560.00 | 10,560.00 |
| 11/26/2024 | 0780565-IN | 12/11/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/26/2024 | 0780566-IN | 12/11/2024 | 0095617727 | 13,077.00 | 13,077.00 |
| 11/26/2024 | 0780567-IN | 12/11/2024 | 0095617725 | 13,077.00 | 13,077.00 |
| 11/26/2024 | 0780569-IN | 12/11/2024 | 0095646000 | 11,682.75 | 11,682.75 |
| 11/26/2024 | 0780572-IN | 12/11/2024 | 0095611574 | 14,726.00 | 14,726.00 |

| Date | Invoice | Date 2 | Ref | Amount | Amount 2 |
|---|---|---|---|---:|---:|
| 11/26/2024 | 0780573-IN | 12/11/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/26/2024 | 0780574-IN | 12/11/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/26/2024 | 0780575-IN | 12/11/2024 | 0095617766 | 14,726.00 | 14,726.00 |
| 11/26/2024 | 0780576-IN | 12/11/2024 | 0095617726 | 13,077.00 | 13,077.00 |
| 11/26/2024 | 0780577-IN | 12/11/2024 | 0095652440 | 10,560.00 | 10,560.00 |
| 11/26/2024 | 0780578-IN | 12/11/2024 | 0095618400 | 20,412.00 | 20,412.00 |
| 11/26/2024 | 0780580-IN | 12/11/2024 | 0095607321 | 11,985.00 | 11,985.00 |
| 11/26/2024 | 0780581-IN | 12/11/2024 | 0095646001 | 12,000.00 | 12,000.00 |
| 11/26/2024 | 0780582-IN | 12/11/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/26/2024 | 0780584-IN | 12/11/2024 | 0095611440 | 13,077.00 | 13,077.00 |
| 11/26/2024 | 0780585-IN | 12/11/2024 | 0095618383 | 21,492.00 | 21,492.00 |
| 11/26/2024 | 0780586-IN | 12/11/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/26/2024 | 0780587-IN | 12/11/2024 | 0095607333 | 12,000.00 | 12,000.00 |
| 11/26/2024 | 0780589-IN | 12/11/2024 | 0095617734 | 14,726.00 | 14,726.00 |
| 11/26/2024 | 0780590-IN | 12/11/2024 | 0095607321 | 13,160.00 | 13,160.00 |
| 11/26/2024 | 0780591-IN | 12/11/2024 | 0095652444 | 10,560.00 | 10,560.00 |
| 11/26/2024 | 0780592-IN | 12/11/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/26/2024 | 0780593-IN | 12/11/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/26/2024 | 0780594-IN | 12/11/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 11/26/2024 | 0780595-IN | 12/11/2024 | 0095646003 | 12,480.00 | 12,480.00 |
| 11/26/2024 | 0780596-IN | 12/11/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/26/2024 | 0780597-IN | 12/11/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/26/2024 | 0780598-IN | 12/11/2024 | 0095652382 | 25,308.00 | 25,308.00 |
| 11/26/2024 | 0780599-IN | 12/11/2024 | 0095607333 | 15,696.00 | 15,696.00 |
| 11/26/2024 | 0780600-IN | 12/11/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/26/2024 | 0780601-IN | 12/11/2024 | 0095646001 | 13,214.00 | 13,214.00 |
| 11/27/2024 | 0780603-IN | 12/12/2024 | 0095614704 | 10,579.00 | 10,579.00 |
| 11/27/2024 | 0780604-IN | 12/12/2024 | 0095625235 | 11,137.00 | 11,137.00 |
| 11/27/2024 | 0780605-IN | 12/12/2024 | 0095646034 | 14,607.00 | 14,607.00 |
| 11/27/2024 | 0780607-IN | 12/12/2024 | 0095607330 | 19,600.00 | 19,600.00 |
| 11/27/2024 | 0780608-IN | 12/12/2024 | 0095607330 | 20,580.00 | 20,580.00 |
| 11/27/2024 | 0780610-IN | 12/12/2024 | 0095618379 | 27,040.00 | 27,040.00 |
| 11/27/2024 | 0780611-IN | 12/12/2024 | 0095618379 | 27,360.00 | 27,360.00 |
| 11/27/2024 | 0780612-IN | 12/12/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/27/2024 | 0780613-IN | 12/12/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/27/2024 | 0780614-IN | 12/12/2024 | 0095646034 | 15,372.00 | 15,372.00 |
| 11/27/2024 | 0780615-IN | 12/12/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 11/27/2024 | 0780616-IN | 12/12/2024 | 0095646001 | 13,818.00 | 13,818.00 |
| 11/27/2024 | 0780617-IN | 12/12/2024 | 0095607330 | 19,600.00 | 19,600.00 |
| 11/27/2024 | 0780618-IN | 12/12/2024 | 0095618400 | 20,412.00 | 20,412.00 |

| Date | Invoice | Date2 | Ref | Amount | Amount2 |
|---|---|---|---|---|---|
| 12/2/2024 | 0780622-IN | 12/17/2024 | 0095607335 | 11,520.00 | 11,520.00 |
| 12/2/2024 | 0780623-IN | 12/17/2024 | 0095652420 | 13,077.00 | 13,077.00 |
| 12/2/2024 | 0780624-IN | 12/17/2024 | 0095607321 | 14,673.00 | 14,673.00 |
| 12/2/2024 | 0780625-IN | 12/17/2024 | 0095617716 | 13,077.00 | 13,077.00 |
| 12/2/2024 | 0780626-IN | 12/17/2024 | 0095617768 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780628-IN | 12/17/2024 | 0095617760 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780629-IN | 12/17/2024 | 0095617757 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780631-IN | 12/17/2024 | 0095652414 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780632-IN | 12/17/2024 | 0095625301 | 31,293.00 | 31,293.00 |
| 12/2/2024 | 0780633-IN | 12/17/2024 | 0095617702 | 10,560.00 | 10,560.00 |
| 12/2/2024 | 0780634-IN | 12/17/2024 | 0095617974 | 21,492.00 | 21,492.00 |
| 12/2/2024 | 0780635-IN | 12/17/2024 | 0095617756 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780636-IN | 12/17/2024 | 0095652373 | 25,308.00 | 25,308.00 |
| 12/2/2024 | 0780638-IN | 12/17/2024 | 0095607335 | 10,560.00 | 10,560.00 |
| 12/2/2024 | 0780639-IN | 12/17/2024 | 0095617717 | 13,077.00 | 13,077.00 |
| 12/2/2024 | 0780640-IN | 12/17/2024 | 0095652435 | 10,560.00 | 10,560.00 |
| 12/2/2024 | 0780646-IN | 12/17/2024 | 0095617738 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780647-IN | 12/17/2024 | 0095625302 | 31,293.00 | 31,293.00 |
| 12/2/2024 | 0780649-IN | 12/17/2024 | 0095617973 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780650-IN | 12/17/2024 | 0095625300 | 31,293.00 | 31,293.00 |
| 12/2/2024 | 0780651-IN | 12/17/2024 | 0095617758 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780653-IN | 12/17/2024 | 0095617763 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780663-IN | 12/17/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 12/2/2024 | 0780664-IN | 12/17/2024 | 0095625299 | 25,308.00 | 25,308.00 |
| 12/2/2024 | 0780665-IN | 12/17/2024 | 0095652411 | 14,726.00 | 14,726.00 |
| 12/2/2024 | 0780666-IN | 12/17/2024 | 0095646001 | 13,362.00 | 13,362.00 |
| 12/2/2024 | 0780667-IN | 12/17/2024 | 0095618398 | 16,173.00 | 16,173.00 |
| 12/2/2024 | 0780668-IN | 12/17/2024 | 0095617715 | 13,077.00 | 13,077.00 |
| 12/3/2024 | 0780669-IN | 12/18/2024 | 0095662315 | 31,293.00 | 31,293.00 |
| 12/3/2024 | 0780670-IN | 12/18/2024 | 0095662314 | 23,652.00 | 23,652.00 |
| 12/3/2024 | 0780676-IN | 12/18/2024 | 0095662317 | 25,308.00 | 25,308.00 |
| 12/3/2024 | 0780678-IN | 12/18/2024 | 0095617705 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780679-IN | 12/18/2024 | 0095617704 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780680-IN | 12/18/2024 | 0095662313 | 31,293.00 | 31,293.00 |
| 12/3/2024 | 0780682-IN | 12/18/2024 | 0095617703 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780684-IN | 12/18/2024 | 0095625471 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780685-IN | 12/18/2024 | 0095617688 | 31,293.00 | 31,293.00 |
| 12/3/2024 | 0780686-IN | 12/18/2024 | 0095625303 | 25,308.00 | 25,308.00 |
| 12/3/2024 | 0780687-IN | 12/18/2024 | 0095617724 | 13,077.00 | 13,077.00 |

| Date | Invoice | Date 2 | Ref | Amount | Amount 2 |
|---|---|---|---|---|---|
| 12/3/2024 | 0780689-IN | 12/18/2024 | 0095617697 | 25,308.00 | 25,308.00 |
| 12/3/2024 | 0780690-IN | 12/18/2024 | 0095617712 | 13,077.00 | 13,077.00 |
| 12/3/2024 | 0780691-IN | 12/18/2024 | 0095646034 | 14,352.00 | 14,352.00 |
| 12/3/2024 | 0780692-IN | 12/18/2024 | 0095617759 | 14,726.00 | 14,726.00 |
| 12/3/2024 | 0780693-IN | 12/18/2024 | 0095625470 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780695-IN | 12/18/2024 | 0095646003 | 12,480.00 | 12,480.00 |
| 12/3/2024 | 0780696-IN | 12/18/2024 | 0095611573 | 14,726.00 | 14,726.00 |
| 12/3/2024 | 0780699-IN | 12/18/2024 | 0095617972 | 14,726.00 | 14,726.00 |
| 12/3/2024 | 0780701-IN | 12/18/2024 | 0095617695 | 25,308.00 | 25,308.00 |
| 12/3/2024 | 0780705-IN | 12/18/2024 | 0095646036 | 14,726.00 | 14,726.00 |
| 12/3/2024 | 0780708-IN | 12/18/2024 | 0095646035 | 14,726.00 | 14,726.00 |
| 12/3/2024 | 0780709-IN | 12/18/2024 | 0095628941 | 24,750.00 | 24,750.00 |
| 12/3/2024 | 0780710-IN | 12/18/2024 | 0095607335 | 10,560.00 | 10,560.00 |
| 12/3/2024 | 0780711-IN | 12/18/2024 | 0095662316 | 25,308.00 | 25,308.00 |
| 12/3/2024 | 0780712-IN | 12/18/2024 | 0095611579 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780715-IN | 12/19/2024 | 0095618051 | 27,216.00 | 27,216.00 |
| 12/4/2024 | 0780718-IN | 12/19/2024 | 0095667490 | 31,293.00 | 31,293.00 |
| 12/4/2024 | 0780731-IN | 12/19/2024 | 0095618379 | 23,652.00 | 23,652.00 |
| 12/4/2024 | 0780735-IN | 12/19/2024 | 0095625481 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780736-IN | 12/19/2024 | 0095617769 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780737-IN | 12/19/2024 | 0095618052 | 17,172.00 | 17,172.00 |
| 12/4/2024 | 0780738-IN | 12/19/2024 | 0095618052 | 23,652.00 | 23,652.00 |
| 12/4/2024 | 0780739-IN | 12/19/2024 | 0095607326 | 14,300.00 | 14,300.00 |
| 12/4/2024 | 0780740-IN | 12/19/2024 | 0095625304 | 25,308.00 | 25,308.00 |
| 12/4/2024 | 0780741-IN | 12/19/2024 | 0095667491 | 23,652.00 | 23,652.00 |
| 12/4/2024 | 0780750-IN | 12/19/2024 | 0095652387 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780751-IN | 12/19/2024 | 0095625058 | 10,560.00 | 10,560.00 |
| 12/4/2024 | 0780753-IN | 12/19/2024 | 0095607335 | 13,517.00 | 13,517.00 |
| 12/4/2024 | 0780754-IN | 12/19/2024 | 0095625305 | 25,308.00 | 25,308.00 |
| 12/4/2024 | 0780756-IN | 12/19/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 12/4/2024 | 0780758-IN | 12/19/2024 | 0095617767 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780760-IN | 12/19/2024 | 0095617746 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780770-IN | 12/19/2024 | 0095646023 | 14,726.00 | 14,726.00 |
| 12/4/2024 | 0780777-IN | 12/19/2024 | 0095618401 | 17,172.00 | 17,172.00 |
| 12/4/2024 | 0780785-IN | 12/19/2024 | 0095652426 | 13,077.00 | 13,077.00 |
| 12/4/2024 | 0780805-IN | 12/19/2024 | 0095625069 | 10,560.00 | 10,560.00 |
| 12/4/2024 | 0780811-IN | 12/19/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 12/4/2024 | 0780823-IN | 12/19/2024 | 0095625472 | 15,120.00 | 15,120.00 |
| 12/4/2024 | 0780824-IN | 12/19/2024 | 0095667492 | 23,652.00 | 23,652.00 |
| 12/4/2024 | 0780828-IN | 12/19/2024 | 0095652417 | 13,077.00 | 13,077.00 |

| Date | Invoice | Due Date | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 12/4/2024 | 0780829-IN | 12/19/2024 | 0095625068 | 10,560.00 | 10,560.00 |
| 12/5/2024 | 0780835-IN | 12/20/2024 | 0095625482 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780836-IN | 12/20/2024 | 0095625478 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780838-IN | 12/20/2024 | 0095625476 | 15,120.00 | 15,120.00 |
| 12/5/2024 | 0780841-IN | 12/20/2024 | 0095625315 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780842-IN | 12/20/2024 | 0095625477 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780845-IN | 12/20/2024 | 0095652438 | 10,560.00 | 10,560.00 |
| 12/5/2024 | 0780846-IN | 12/20/2024 | 0095652443 | 10,560.00 | 10,560.00 |
| 12/5/2024 | 0780847-IN | 12/20/2024 | 0095652393 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780850-IN | 12/20/2024 | 0095607310 | 13,569.00 | 13,569.00 |
| 12/5/2024 | 0780870-IN | 12/20/2024 | 0095607335 | 10,560.00 | 10,560.00 |
| 12/5/2024 | 0780871-IN | 12/20/2024 | 0095646024 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780889-IN | 12/20/2024 | 0095646002 | 15,271.00 | 15,271.00 |
| 12/5/2024 | 0780891-IN | 12/20/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 12/5/2024 | 0780892-IN | 12/20/2024 | 0095617747 | 14,726.00 | 14,726.00 |
| 12/5/2024 | 0780893-IN | 12/20/2024 | 0095607330 | 20,580.00 | 20,580.00 |
| 12/5/2024 | 0780894-IN | 12/20/2024 | 0095625309 | 10,560.00 | 10,560.00 |
| 12/5/2024 | 0780895-IN | 12/20/2024 | 0095607330 | 19,600.00 | 19,600.00 |
| 12/5/2024 | 0780896-IN | 12/20/2024 | 0095625475 | 15,120.00 | 15,120.00 |
| 12/5/2024 | 0780897-IN | 12/20/2024 | 0095625060 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780898-IN | 12/21/2024 | 0095618052 | 20,526.00 | 20,526.00 |
| 12/6/2024 | 0780900-IN | 12/21/2024 | 0095625064 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780901-IN | 12/21/2024 | 0095625066 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780902-IN | 12/21/2024 | 0095625067 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780905-IN | 12/21/2024 | 0095652441 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780906-IN | 12/21/2024 | 0095625062 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780907-IN | 12/21/2024 | 0095625065 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780908-IN | 12/21/2024 | 0095607335 | 11,760.00 | 11,760.00 |
| 12/6/2024 | 0780910-IN | 12/21/2024 | 0095617749 | 14,726.00 | 14,726.00 |
| 12/6/2024 | 0780911-IN | 12/21/2024 | 0095625311 | 15,120.00 | 15,120.00 |
| 12/6/2024 | 0780915-IN | 12/21/2024 | 0095652451 | 15,120.00 | 15,120.00 |
| 12/6/2024 | 0780916-IN | 12/21/2024 | 0095617713 | 13,077.00 | 13,077.00 |
| 12/6/2024 | 0780917-IN | 12/21/2024 | 0095652447 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780919-IN | 12/21/2024 | 0095625061 | 10,560.00 | 10,560.00 |
| 12/6/2024 | 0780920-IN | 12/21/2024 | 0095607326 | 14,300.00 | 14,300.00 |
| 12/6/2024 | 0780921-IN | 12/21/2024 | 0095625313 | 15,120.00 | 15,120.00 |
| 12/6/2024 | 0780922-IN | 12/21/2024 | 0095617745 | 14,726.00 | 14,726.00 |
| 12/9/2024 | 0780926-IN | 12/24/2024 | 0095662322 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780927-IN | 12/24/2024 | 0095625474 | 15,120.00 | 15,120.00 |

| Date | Invoice | Date 2 | Ref | Amount | Amount 2 |
|---|---|---|---|---:|---:|
| 12/9/2024 | 0780928-IN | 12/24/2024 | 0095625312 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780929-IN | 12/24/2024 | 0095625473 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780931-IN | 12/24/2024 | 0095618400 | 2,268.00 | 2,268.00 |
| 12/9/2024 | 0780932-IN | 12/24/2024 | 0095625234 | 12,259.00 | 12,259.00 |
| 12/9/2024 | 0780939-IN | 12/24/2024 | 0095625063 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780940-IN | 12/24/2024 | 0095662319 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780941-IN | 12/24/2024 | 0095662320 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780942-IN | 12/24/2024 | 0095625308 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780943-IN | 12/24/2024 | 0095652453 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780944-IN | 12/24/2024 | 0095617748 | 14,726.00 | 14,726.00 |
| 12/9/2024 | 0780946-IN | 12/24/2024 | 0095607330 | 17,500.00 | 17,500.00 |
| 12/9/2024 | 0780947-IN | 12/24/2024 | 0095652423 | 12,612.00 | 12,612.00 |
| 12/9/2024 | 0780955-IN | 12/24/2024 | 0095625059 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780956-IN | 12/24/2024 | 0095652449 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780957-IN | 12/24/2024 | 0095618402 | 21,492.00 | 21,492.00 |
| 12/9/2024 | 0780960-IN | 12/24/2024 | 0095607320 | 19,600.00 | 19,600.00 |
| 12/9/2024 | 0780962-IN | 12/24/2024 | 0095646002 | 19,104.00 | 19,104.00 |
| 12/9/2024 | 0780966-IN | 12/24/2024 | 0095618402 | 21,492.00 | 21,492.00 |
| 12/9/2024 | 0780967-IN | 12/24/2024 | 0095646002 | 14,748.00 | 14,748.00 |
| 12/9/2024 | 0780970-IN | 12/24/2024 | 0095646003 | 12,430.00 | 12,430.00 |
| 12/9/2024 | 0780971-IN | 12/24/2024 | 0095646002 | 14,748.00 | 14,748.00 |
| 12/9/2024 | 0780972-IN | 12/24/2024 | 0095625310 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780974-IN | 12/24/2024 | 0095662323 | 10,560.00 | 10,560.00 |
| 12/9/2024 | 0780975-IN | 12/24/2024 | 0095662321 | 15,120.00 | 15,120.00 |
| 12/9/2024 | 0780977-IN | 12/24/2024 | 0095646002 | 15,687.00 | 15,687.00 |
| 12/9/2024 | 0780978-IN | 12/24/2024 | 0095607330 | 20,580.00 | 20,580.00 |
| 12/9/2024 | 0780979-IN | 12/24/2024 | 0095646002 | 14,787.00 | 14,787.00 |
| 12/9/2024 | 0780980-IN | 12/24/2024 | 0095646001 | 14,148.00 | 14,148.00 |
| 12/9/2024 | 0780981-IN | 12/24/2024 | 0095646002 | 14,748.00 | 14,748.00 |
| 12/10/2024 | 0780982-IN | 12/25/2024 | 0095652445 | 10,560.00 | 10,560.00 |
| 12/10/2024 | 0780983-IN | 12/25/2024 | 0095662324 | 10,560.00 | 10,560.00 |
| 12/10/2024 | 0780984-IN | 12/25/2024 | 0095652396 | 14,726.00 | 14,726.00 |
| 12/10/2024 | 0781001-IN | 12/25/2024 | 0095652392 | 14,726.00 | 14,726.00 |
| 12/10/2024 | 0781033-IN | 12/25/2024 | 0095646003 | 12,430.00 | 12,430.00 |
| 12/10/2024 | 0781040-IN | 12/25/2024 | 0095607330 | 20,580.00 | 20,580.00 |
| 12/10/2024 | 0781041-IN | 12/25/2024 | 0095652390 | 14,726.00 | 14,726.00 |

$ 7,546,154.63