# EXHIBIT C

Big Lots
Aged Accounts Receivable Report
Age As Of: 12/17/24
Aging Based On Invoice Date

4

| Invoice | Invoice Date | Due/Pmt Date | Reference Numbers | Invoice Amount Amounts | 1-30 | |
|---|---|---|---|---|---|---|
| | 41 BIG LOTS COLUMBUS | | | | | |
| 250440 | 11/22/2024 | 12/7/2024 | 95670498 | | $51,300.00 | |
| 250514 | 11/25/2024 | 12/10/2024 | 95670501 | | $85,104.00 | |
| 250515 | 11/25/2024 | 12/10/2024 | 95670493 | | $51,300.00 | |
| 250516 | 11/25/2024 | 12/10/2024 | 95670497 | | $51,300.00 | |
| 250572 | 11/26/2024 | 12/11/2024 | 95670502 | | $111,154.00 | |
| 250597 | 11/27/2024 | 12/12/2024 | 95670503 | | $116,220.00 | |
| 250601 | 11/27/2024 | | 95670498 C | | ($15,660.00) | |
| 250599 | 11/27/2024 | | 95670493 C | | ($15,660.00) | |
| 250600 | 11/27/2024 | | 95670497 C | | ($15,660.00) | |
| 250604 | 11/27/2024 | | 95670503 C | | ($28,470.00) | |
| 250605 | 11/27/2024 | | 95670502 C | | ($27,129.00) | |
| 250606 | 11/27/2024 | | 95670501 C | | ($20,064.00) | |
| 250689 | 12/4/2024 | 12/19/2024 | 95670505 | $100,015.00 | | |
| 250690 | 12/4/2024 | 12/19/2024 | 95670500 | $35,640.00 | | |
| 250691 | 12/4/2024 | 12/19/2024 | 95670496 | $35,640.00 | | |
| 250919 | 12/10/2024 | 12/25/2024 | 95670508 | $68,785.00 | | |
| 250920 | 12/10/2024 | 12/25/2024 | 95670499 | $35,640.00 | | |
| 250921 | 12/10/2024 | 12/25/2024 | 95670506 | $75,165.00 | | |
| 250922 | 12/10/2024 | 12/25/2024 | 95670507 | $90,225.00 | | |
| | Bal- | | | $441,110.00 | $343,735.00 | $784,845.00  Total |