## Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 1450 - storage | 6138 HWY 6 N HOUSTON, TX | Big Lots Stores, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC - ATTN: G. C. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, Conshohocken, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |