## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |
| | **Re: D.I. 1296** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF DECEMBER 31, 2024 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. 1296]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of December 31, 2024 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2.      The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in any leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3.     All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.     Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.     Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.     Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8.     Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# SCHEDULE 1

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 5435 | 121 PLAZA RD SW WISE, VA | Big Lots Stores, LLC | WISE COUNTY PLAZA WVA, LLC | 1102 PONTE VEDRA BLVD., VEDRA BEACH, FL, 32082 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1838 | 120 HOOSICK ST STE 12 TROY, NY | Big Lots Stores, LLC | 120 Hoosick Street Holdings LLC | 139 Front Street, Fall River, MA, 2721 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4665 | 150 SOUTH 11TH AVE. HANFORD, CA | Big Lots Stores-PNS, LLC | 150 SOUTH 11TH AVE LLC | C/O MANCO ABBOTT , P.O. BOX  9440, FRESNO , CA, 93729 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4511 | 220 N 66TH ST STE 320A LINCOLN, NE | Big Lots Stores-PNS, LLC | 200 LINCOLN RETAIL, LLC | C/O THE LUND COMPANY, 450 REGENCY PARKWAY, SUITE 200, OMAHA, NE, 68114 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 1543 | 400 W ROLLINS RD ROUND LAKE BEACH, IL | Big Lots Stores, LLC | 400 ROLLINS ROAD LLC | LOCKBOX SERVICES 843584, 3440 FLAIR DRIVE, EL MONTE, CA, 91731 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 6 | 4517 | 4260 WADSWORTH BLVD WHEAT RIDGE, CO | Big Lots Stores-PNS, LLC | 44TH AND WADSWORTH LLC | C/O WESTAR REAL PROPERTY SERVICES, INC, 5125 S KIPLING PKWY STE 300, LITTLETON, CO, 80127-1736 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~7~~ | ~~5216~~ | ~~5702 NOLENSVILLE RD NASHVILLE, TN~~ | ~~Big Lots Stores, LLC~~ | ~~5620 NOLENSVILLE PIKE, LLC~~ | ~~C/O ATLANTIC COAST PROPERTY MANAGEMENT, LLC, 18331 PINES BLVD #319, PEMBROKE PINES, FL, 33029~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 8 | 4620 | 1110 W SOUTHERN AVE STE 1 MESA, AZ | Big Lots Stores-PNS, LLC | A10 REVOLVING ASSET FINANCING I, LLC | C/O A10 CAPITAL, LLC, 800 W. MAIN STREET, SUITE 1100, BOISE, ID, 83702 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 5354 | 4154 HUNT RD BLUE ASH, OH | Big Lots Stores-CSR, LLC | ANDREW KAPLAN, ESQUIRE | EPSTEIN BECKER & GREEN, P.C., 150 COLLEGE ROAD WEST SUITE 301, PRINCETON, NJ, 8540 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 5139 | 7620 RIVERS AVE STE 200 NORTH CHARLESTON, SC | Big Lots Stores, LLC | ARC NWNCHS001, LLC | C/O HIFFMAN NATIONAL, LLC; ATTN: SHAWN BROWN, 1 OAKBROOK | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | TER STE 400, OAKBROOK TERRACE, IL, 60181-4449 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 4256 | 4022 MADISON ST RIVERSIDE, CA | Big Lots Stores-PNS, LLC | ARLINGTON SQUARE L.P. | C/O NEWMARK MERRILL COMPANIES, 24025 PARK SORRENTO STE 300, CALABASAS, CA, 91302-4001 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 5105 | 10321 EAST U.S. ROUTE 36 AVON, IN | Big Lots Stores, LLC | AVIANA COMPANY LTD | C/O CARNEGIE MANAGEMENT & DEVELOPMENT CO, 27500 DETROIT ROAD SUITE 300, WESTLAKE, OH, 44145 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~13~~ | ~~556~~ | ~~14948 N FLORIDA AVE TAMPA, FL~~ | ~~Big Lots Stores, LLC~~ | ~~B & B CASH GROCERY STORES, INC~~ | ~~, 927 US HIGHWAY 301 SOUTH, TAMPA, FL, 33619~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 14 | 5206 | 26425 GREAT NORTHERN PLAZA NORTH OLMSTED, OH | Big Lots Stores, LLC | B33 GREAT NORTHERN II LLC | 601 UNION ST, STE 1115, SEATTLE, WA, 98101 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 15 | 1399 | 2580 TITTABAWASSEE RD SAGINAW, MI | Big Lots Stores, LLC | BAY VALLEY SHOPPING CENTER LLC | C/O PARISIENNE MANAGEMENT & REAL ESTATE, 19 CLIFFORD STREET, DETROIT, MI, 48226-1705 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~16~~ | ~~4476~~ | ~~14339 CLARK AVE BELLFLOWER, CA~~ | ~~Big Lots Stores PNS, LLC~~ | ~~BELLFLOWER PARK, LP~~ | ~~C/O SHARP CAPITAL, 333 S. BEVERLY DRIVE, SUITE 105, BEVERLY HILL, CA, 90212~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 17 | 4096 | 2249 S LOOP 288 DENTON, TX | BLBO Tenant, LLC | BIG DETX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~18~~ | ~~4277~~ | ~~1070 W AVENUE K STE A LANCASTER, CA~~ | ~~BLBO Tenant, LLC~~ | ~~BIG LACA OWNER LLC~~ | ~~C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~19~~ | ~~5271~~ | ~~23351 EUREKA RD. TAYLOR, MI~~ | ~~BLBO Tenant, LLC~~ | ~~BIG TAMI OWNER LLC~~ | ~~C/O BLUE OWL REAL ESTATE CAPITAL LLC , 30 NORTH LASALLE, SUITE 4140, CHICAGO , IL, 60602~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 20 | 1684 | 223 NEW MARKET CTR BOONE, NC | Big Lots Stores, LLC | BOONE INVESTMENT GROUP LLC | PO BOX 68, LAGUNA BEACH, CA, 92652-0068 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 1349 | 7950 GIACOSA PL MEMPHIS, TN | Big Lots Stores, LLC | BRE RETAIL NP MEMPHIS COMMONS OWNER LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 100 RIDGE PIKE, SUITE 100 , CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1450 | 6138 HWY 6 N HOUSTON, TX | Big Lots Stores, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC - ATTN: G. C. | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, Conshohocken, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 1377 | 400 ROUTE 211 E STE 28 MIDDLETOWN, NY | Big Lots Stores, LLC | BRE RETAIL RESIDUAL OWNER 1 LLC - REGIONAL COUNSEL | C/O BRIXMOR PROPERTY GROUP - ATTN: VP OF LEGAL SERVICES, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 1706 | 6851 SHANNON PKWY UNION CITY, GA | Big Lots Stores, LLC | BRICE SHANNON LLC | ATTN: MR. BRICE LADSON, 10385 FORD AVENUE, SUITE 3, | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | RICHMOND HILL, GA, 31324-8811 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 4713 | 811 N DELSEA DR GLASSBORO, NJ | Big Lots Stores-PNS, LLC | BRIXMOR PROPERTY GROUP | ONE FAYETTE ST., STE 150, CONSHOHOCKEN, PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 525 | 1055 62ND AVE N SAINT PETERSBURG, FL | Big Lots Stores, LLC | BRIXMOR/IA RUTLAND PLAZA, LLC | C/O BRIXMOR, ATTN: GENERAL COUNSEL, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 5117 | 1930 E. CONNOR ST NOBLESVILLE, IN | Big Lots Stores, LLC | CAMBRIDGE INVESTMENTS, INC | P.O. BOX 549, 1100 S. 9TH STREET SUITE 218, NOBLESVILLE, IN, 46061 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 1436 | 3510 E INTERSTATE 40 AMARILLO, TX | Big Lots Stores, LLC | CCG AMARILLO, LP | ATTN: CINDY VESTAL, 3625 N HALL ST STE 750, DALLAS, TX, 75219 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 29 | 4699 | 2500 W COMMONWEALTH AVE ALHAMBRA, CA | Big Lots Stores-PNS, LLC | CFT NV DEVELOPMENTS, LLC | LAKE FOREST TOWN CENTER ASSOCIATES LP, 1120 N TOWN CENTER DRIVE, SUITE 150, LAS VEGAS, NV, 89144 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~30~~ | ~~4756~~ | ~~4101 INTERSTATE HWY 69 ACCESS RD CORPUS CHRISTI, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~CIELO PASO PARKE GREEN, LP~~ | ~~C/O MIMCO, LLC, 6500 MONTANA AVENUE, EL PASO, TX, 79925~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 31 | 4694 | 5800 OVERTON RIDGE BLVD FORT WORTH, TX | Big Lots Stores-PNS, LLC | CITY VIEW TOWNE CROSSING SHOPPING CENTER | C/O GLAZER PROPERTIES, 270 COMMERCE DRIVE, ROCHESTER, NY, 145623 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 4485 | 3931 W 9000 S WEST JORDAN, UT | Big Lots Stores-PNS, LLC | CLAYTON PROPERTY MANAGEMENT | KYLE CLAYTON, CSM, PO BOX 1733, DRAPER, UT, 84020 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 1795 | 4165 E HARRY ST WICHITA, KS | Big Lots Stores, LLC | CO-CO PROPERTIES LLC | 9435 E CENTRAL AVD BLDG 200, P O BOX 8086, WICHITA, KS, 67206-2552 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 34 | 4589 | 600 W 15TH ST PLANO, TX | Big Lots Stores-PNS, LLC | COLLIN CREEK ASSOCIATES, LLC | C/O FIDELIS REALTY PARTNERS, LTD, 8140 WALNUT LANE, SUITE 400, DALLAS, TX, 75231 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 1878 | 5000 MAIN ST THE COLONY, TX | Big Lots Stores, LLC | COLONY MARKETPLACE TENANCY IN COMMON | C/O HARKINSON INVESTMENT CORPORATION, 4560 BELTLINE ROAD, SUITE 400, ADDISON, TX, 75001-4563 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 4501 | 8570 W LAKE MEAD BLVD LAS VEGAS, NV | Big Lots Stores-PNS, LLC | Columbia Group Ltd. | c/o Americal Management Co., Inc, 10940 Wilshire Blvd., Suite #1960, Los Angeles , CA, 90024 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~37~~ | ~~4602~~ | ~~10251 FAIRWAY DR. ROSEVILLE, CA~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~CONRAD URATA 4, LLC~~ | ~~C/O ETHAN CONRAD PROPERTIES, INC, 1300 NATIONAL DR., STE 100, SACRAMENTO, CA, 95834-1981~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~38~~ | ~~1227~~ | ~~2601 FORT CAMPBELL BLVD HOPKINSVILLE, KY~~ | ~~Big Lots Stores, LLC~~ | ~~CORE PARK PLAZA LLC~~ | ~~125 W SUNBRIDGE, SUITE A, FAYETTEVILLE, AR, 72703~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | ~~and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 39 | 4778 | 5601 US HIGHWAY 10 E STEVENS POINT, WI | Big Lots Stores-PNS, LLC | CORTA STEVENS POINT LLC | 16232 SW 92ND AVENUE, MIAMI, FL, 33157-3462 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 5452 | 9880 OLDE US 20 ROSSFORD, OH | Big Lots Stores-CSR, LLC | CROSSROADS X, LLC | C/O EIDI FAMILY PROPERTIES, LLC, 6725 W. CENTRAL, SUITE U, TOLEDO, OH, 43617 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 1946 | 1201 E MANNING AVE REEDLEY, CA | Big Lots Stores, LLC | D & L LOWE LP | 985 E MANNING AVE, REEDLEY, CA, 93654-2348 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 1490 | 3562 N BRADY ST DAVENPORT, IA | Big Lots Stores, LLC | DANIELS INVESTMENT LIMITED COMPANY | C/O BUYERS REALTY INC , 4350 WESTOWN PKWY, SUITE 100 , WEST DES MOINES, IA, 50266 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 43 | 5277 | 4801 LINTON BLVD STE 15A DELRAY BEACH, FL | Big Lots Stores, LLC | DELRAY REALTY ASSOCIATES, LLC | C/O MYRON D. VOGEL, 17927 LAKE ESTATES DRIVE, BOCA RATON, FL, 33496 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 4597 | 96 MILTON RD ROCHESTER, NH | Big Lots Stores-PNS, LLC | DEMOULAS SUPER MARKETS, INC | d/b/a DSM REALTY, 875 EAST STREET, TEWKSBURY, MA, 1876 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 45 | 4291 | 34601 YUCAIPA BLVD YUCAIPA, CA | Big Lots Stores-PNS, LLC | DIBA REAL ESTATE INVESTMENTS LLC | 28008 HARRISON PKWY, VALENCIA, CA, 91355-4162 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 4550 | 1913 TEXAS AVE S COLLEGE STATION, TX | Big Lots Stores-PNS, LLC | EDIFIS USC, LLC | C/O EDIFIS GROUP, 5301 KATY FWY STE 200, HOUSTON, TX, 77007-3866 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 4007 | 1625 E VALLEY PKWY ESCONDIDO, CA | Big Lots Stores-PNS, LLC | ESCONDIDO SAN JUAN RETAIL XVII, LLC | C/O ATHENA MANAGEMENT, INC., 730 EL CAMINO WAY, SUITE 200, TUSTIN, CA, 92780 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 48 | 4514 | 1221 W WARM SPRINGS RD HENDERSON, NV | Big Lots Stores-PNS, LLC | EXETER 16290 NV LLC | 105 E RENO AVE STE 3, LAS VEGAS, NV, 89119 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 1972 | 613 N PERKINS RD STILLWATER, OK | Big Lots Stores, LLC | FC ROBSON PROPERTIES LLC | ROBSON PROPERTIES , 310 S MISSOURI  P.O. BOX 986, CLAREMORE , OK, 74017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 5356 | 1451 W 5TH AVE COLUMBUS, OH | Big Lots Stores-CSR, LLC | FIFTH/GRAND (HOLDINGS), LLC | ATTN: KELSEY WRIGHTSEL, 3300 RIVERSIDE DRIVE, SUITE 100, UPPER ARLINGTON, OH, 43221-1766 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 5164 | 3340 CYPRESS PLANTATION DR RALEIGH, NC | Big Lots Stores, LLC | FINMARC RALEIGH LLC | C/O FINMARC MANAGEMENT, INC., 7200 WISCONSIN AVE, SUITE 1100, BETHESDA, MD, 20814 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 4225 | 2100 SW 27TH AVE MIAMI, FL | BLBO Tenant, LLC | FLORENCE VIEW PROPERTIES LLC | 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | ~~and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 53 | 4569 | 1000 Pocatello Creek Road Pocatello, ID | Big Lots Stores-PNS, LLC | FOOTHILL LUXURY PLAZA LLC | SCATTERFIELD HELM MANAGEMENT C/O BRANDT HELM, 5526 W 13400 S #315, HERRIMAN, UT, 84096 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 5264 | 901 EAST LANGSFORD RD. LEES SUMMIT, MO | Big Lots Stores, LLC | FORT WAYNE MATADOR, INC | C/O KIN PROPERTIES, INC, 185 NW SPANISH RIVER BLVD SUITE 100, BOCA RATON, FL, 33431 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 1020 | 525 TITUS AVE STE 15 IRONDEQUOIT, NY | Big Lots Stores, LLC | Four Points Property Management | 10101 FONDREN ROAD, STE 545, HOUSTON, TX, 77096 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 56 | 1362 | 8939 S MEMORIAL DR TULSA, OK | Big Lots Stores, LLC | FRANK C. ROBSON REVOCABLE TRUST, U/A | C/O ROBSON PROPERTIES, 310 SOUTH MISSOURI, P.O. BOX 986, CLAREMORE, OK, 74018 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 57 | 4777 | 850 E 23RD ST FREMONT, NE | Big Lots Stores-PNS, LLC | FREEMONT MALL LLC | 2361 NOSTRAND AVE STE 602, BROOKLYN, NY, 11210-3953 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 58 | 1785 | 425 SAWDUST RD STE A SPRING, TX | Big Lots Stores, LLC | GEMCO SAWDUST LP | 480 WILDWOOD FOREST DR STE 150, SPRING, TX, 77380-4121 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 5469 | 4010 W OWEN K GARRIOTT RD, STE 300 ENID, OK | Big Lots Stores, LLC | GERSHENSON REALTY & INVESTMENT LLC | 31500 NORTHWESTERN HWY, SUITE 100, FARMINGTON HILLS , MI, 48334 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 4533 | 409 N LITCHFIELD RD GOODYEAR, AZ | Big Lots Stores-PNS, LLC | GOODYEAR RETAIL I, LLC | ATTN: GARY OTTO, 520 NEWPORT CENTER DRIVE, SUITE 780, NEWPORT BEACH, CA, 92660 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 61 | 1830 | 3113 GREEN GARDEN RD ALIQUIPPA, PA | Big Lots Stores, LLC | GREEN GARDEN PLAZA 1989 L.P. | C/O GLIMCHER GROUP INC, 500 GRANT STREET, SUITE 2000, PITTSBURGH, PA, 15219-2515 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 62 | 5300 | 20926 FREDERICK RD GERMANTOWN, MD | Big Lots Stores, LLC | GURWICZ CALIFORNIA AVE, LLC | 331 TILTON RD, PO BOX 5, NORTHFIELD, NJ, 8225 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 63 | 4264 | 2727 N GRAND AVE SANTA ANA, CA | Big Lots Stores-PNS, LLC | GVD COMMERCIAL PROPERTIES INC | 1915-A E KATELLA AVE, ORANGE, CA, 92867-5109 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 5364 | 4215 E. BLACK HORSE PIKE, UNIT 31 MAYS LANDING, NJ | Big Lots Stores, LLC | HAMILTON COMMONS TEI EQUITIES LLC | C/O METRO COMMERCIAL MANAGEMENT SERVICES, INC. ATTN: ADAM WOLOSKY, PROPERTY MANAGER, 307 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ, 8054 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~65~~ | ~~5275~~ | ~~2020 GUNBARREL RD STE 186 CHATTANOOGA, TN~~ | ~~Big Lots Stores, LLC~~ | ~~HAMILTON VILLAGE STATION LLC~~ | ~~C/O PHILLIPS EDISON & COMPANY, LTD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 66 | 805 | 1383 E PERSHING RD STE A DECATUR, IL | Big Lots Stores, LLC | HARRISON MANAGEMENT GROUP LLC | 3203 E SANGAMON AVE, SPRINGFIELD, IL, 62702 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 67 | 5343 | 6235 WILSON MILLS RD HIGHLAND HEIGHTS, OH | Big Lots Stores-CSR, LLC | HAUCK HOLDINGS CLEVELAND BLD, LLC | C/O HAUCK HOLDINGS, 4334 GLENDALE MILFORD RD, CINCINNATI, OH, 45242 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 68 | 5221 | 10 GLENWOOD AVE. BINGHAMTON, NY | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES, LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 69 | 5359 | 2059 SCENIC HWY N SNELLVILLE, GA | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES, LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554-1703 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 1732 | 4365 MERLE HAY RD DES MOINES, IA | Big Lots Stores, LLC | HAYMARKET INVESTORS LLC | C/O HUBBELL REALTY COMPANY , 6900 WESTOWN PARKWAY , WEST DES MOINES , IA, 50266 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 71 | 4551 | 32241 MISSION TRL UNIT C LAKE ELSINORE, CA | Big Lots Stores-PNS, LLC | HCP BLUE CANARY LLC | C/O BLUE SANDS MANAGEMENT LLC, 5120 E. LA PALMA, SUITE 105, ANAHEIM, CA, 92807 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 72 | 5350 | 949 CHURCH RD CHERRY HILL, NJ | Big Lots Stores, LLC | ILF CHERRY HILL, LLC AND ALS CHERRY HILL, LLC | C/O FLAUM MANAGEMENT CO., INC., 400 ANDREWS STREET, ROCHESTER, NY, 14604 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 73 | 527 | 1492 S BELCHER RD CLEARWATER, FL | Big Lots Stores, LLC | IMPERIAL SQUARE LLC | C/O SHOPPING CENTER MARKETING GROUP, INC, P.O. BOX 1488, LARGO, FL, 33779 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 4716 | 4080 E BLUE GRASS RD MOUNT PLEASANT, MI | Big Lots Stores-PNS, LLC | INDIAN HILLS PLAZA LLC | C/O GATOR INVESTMENTS, 7850 NORTHWEST 146TH STREET, MIAMI LAKES, FL, 33016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 188 | 918 W LINCOLN HWY NEW HAVEN, IN | Big Lots Stores, LLC | INVESTA CAPITAL LLC | P.O. BOX 25539, FORT WAYNE, IN, 46825-0539 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| ~~76~~ | ~~4030~~ | ~~299 BORCHARD DR VENTURA, CA~~ | ~~BLBO Tenant, LLC~~ | ~~JASMINE MEADOWS PROPERTIES LP~~ | ~~C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 77 | 1180 | 5005 LAPALCO BLVD MARRERO, LA | Big Lots Stores, LLC | JASON ASSOCIATES, LLC | C/O PROPERTY MANAGEMENT, 1055 ST CHARLES AVE, STE 701, NEW ORLEANS, LA, 70130-3942 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 78 | 5104 | 4600 HARDY ST STE 34 HATTIESBURG, MS | Big Lots Stores, LLC | JOHNANN LLC | 2015 MAGAZINE ST, NEW ORLEANS, LA, 70130-5017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 79 | 286 | 1800 MILTON AVE STE 100 JANESVILLE, WI | Big Lots Stores, LLC | JOHNSON ACQUISITION CORP. | WC JOHNSON, LLC  , 747 SHERIDAN BLVD, UNIT 7D , LAKEWOOD , CO, 80214 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 80 | 4646 | 205 MARYSVILLE MALL MARYSVILLE, WA | Big Lots Stores-PNS, LLC | JONES LANG LASALLE AMERICAS, INC. | ATTN: RETAIL DOCUMENTS, 6365 HALCYON WAY STE 970, ALPHARETTA, GA, 30005 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 81 | 1960 | 4047 WILLIAM PENN HWY MONROEVILLE, PA | Big Lots Stores, LLC | JONNET DEVELOPMENT CORPORATION | 4075 WILLIAM PENN HIGHWAY, MONROEVILLE, PA, 15146 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 82 | 4671 | 78 FRONTAGE RD EAST HAVEN, CT | Big Lots Stores-PNS, LLC | KDS ASSOCIATES, L.L.C. | C/O C.A. WHITE, INC., 1211 CHAPEL ST, NEW HAVEN, CT, 6511 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 83 | 4687 | 1851 SUNRISE HWY BAYSHORE, NY | Big Lots Stores-PNS, LLC | KIMCO | 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 84 | 4697 | 5910 EASTEX FWY BEAUMONT, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES | 185 NW SPANISH RIVER BLVD, SUITE 100, BOCA RATON , FL, 33431 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 85 | 4686 | 1445 N MONTEBELLO BLVD MONTEBELLO, CA | Big Lots Stores-PNS, LLC | KIR MONTEBELLO LP | C/O KIMCO REALTY CORPORATION, 2429 PARK AVENUE, TUSTIN, CA, 92606 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 86 | 1992 | 785 CANANDAIGUA RD GENEVA, NY | Big Lots Stores, LLC | LAKE GENEVA CENTER, LLC | 361 FRANKLIN AVENUE, P.O. BOX 270, NUTLEY, NJ, 7110 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 87 | 370 | 250 GRAYSON HWY STE 1 LAWRENCEVILLE, GA | Big Lots Stores, LLC | LAWRENCEVILLE COMMERCIAL PROPERTIES, LLC | 5801 CONGRESS AVENUE, SUITE 219, BOCA RATON, FL, 33487 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 88 | 5095 | 30000 PLYMOUTH RD LIVONIA, MI | Big Lots Stores, LLC | LIVONIA CENTERS LLC | 8351 N WAYNE RD, WESTLAND, MI, 48185-1351 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 89 | 552 | 250 N US HWY 17-92 LONGWOOD, FL | Big Lots Stores, LLC | LV RETAIL LLC | 2400 MAITLAND CENTER PKWY STE 107, MAITLAND, FL, 32751-7440 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Miscellaneous Fixtures, Display Coolers |
| 90 | 5145 | 7155 MARKET PLACE DR AURORA, OH | Big Lots Stores, LLC | MARKETPLACE ASSOCIATES, LLC | 181 S. FRANKLIN AVENUE, SUITE 701, VALLEY STREAM, NY, 11581 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 91 | 1643 | 10416 E INDEPENDENCE BLVD STE 500 MATTHEWS, NC | Big Lots Stores, LLC | MATTHEWS FESTIVAL, LP | C/O ZIFF PROPERTIES, INC, 210 WINGO WAY, SUITE 400, MOUNT PLEASANT, SC, 29464-1816 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 92 | 4504 | 14537 W GRAND AVE STE 200 SURPRISE, AZ | Big Lots Stores-PNS, LLC | MC AZ GRAND VILLAGE LLC | C/O MERRILL COMPANIES, LLC, 5621 WEST 135TH STREET, SUITE 2650, OVERLAND PARK, KS, 66223 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 93 | 4630 | 4002 SUNSET DRIVE SAN ANGELO, TX | Big Lots Stores-PNS, LLC | MDC COAST 18, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 94 | 1571 | 10 NEWBURY ST STE 5 DANVERS, MA | Big Lots Stores, LLC | MDG STRATEGIC ACQUISITION LLC | C/O DARTMOUTH PROPERTY MANAGEMENT LLC, 1330 AVE OF THE | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | AMERICAS, SUITE 700B, NEW YORK, NY, 10019 | | and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 95 | 822 | 3004 E HAMILTON AVE EAU CLAIRE, WI | Big Lots Stores, LLC | MERICLE PROPERTIES, LLC | 4751 - 600th ST, MENOMONIE, WI, 54751 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 96 | 4576 | 8750 N 2ND ST MACHESNEY PARK, IL | Big Lots Stores-PNS, LLC | MICHALSEN PROPERTIES LLC | 8014 N 2ND ST, MACHESNEY PARK, IL, 61115-2406 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~97~~ | ~~4741~~ | ~~4919 NORTH ST, STE 101 NACOGDOCHES, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~NACOGDOCHES MP LTD~~ | ~~8226 DOUGLAS AVE STE 709, DALLAS, TX, 75225-5929~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 98 | 554 | 950 58TH ST N SAINT PETERSBURG, FL | Big Lots Stores, LLC | NEWSEM TYRONE GARDENS PROPERTY OWNER,LLC | C/O BRIXMOR PROP GROUP , 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN , PA, 19428 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 99 | 1994 | 4826 N OAK TRFY KANSAS CITY, MO | Big Lots Stores, LLC | NORTH OAK MARKETPLACE 07 A, LLC | C/O ACF PROPERTY MANAGEMENT, INC, 12411 VENTURA BLVD., STUDIO CITY, CA, 91604 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 100 | 4750 | 1239 U.S. 181 PORTLAND, TX | Big Lots Stores-PNS, LLC | NORTHSHORE PLAZA LP | 3201 CHERRY RIDGE SUITE B 209, SAN ANTONIO, TX, 78230-4835 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |