**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1297** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF DECEMBER 31, 2024 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. 1297]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.  The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of December 31, 2024 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2.  The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in any leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## SCHEDULE 1

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 1224 | 6900 SAN PEDRO AVE STE 119 SAN ANTONIO, TX | Big Lots Stores, LLC | NORTHTOWNE PLAZA PROPERTIES LT | 7515 GREENVILLE AVE SUITE 504, DALLAS, TX, 75231-3868 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1681 | 1795 W MCGALLIARD RD STE 2 MUNCIE, IN | Big Lots Stores, LLC | NW PLAZA MUNCIE LLC | 9850 VON ALLMEN CT STE 202, LOUISVILLE, KY, 40241-2855 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4574 | 1141 SANGUINETTI RD. SONORA, CA | Big Lots Stores-PNS, LLC | OMEGA SONORA LLC | C/O CHRIS & PAULINE GIANULIAS, 3108 FLEUR DE LIS DRIVE, MODESTO, CA, 95356 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 1743 | 14333 BEACH BLVD STE 18 JACKSONVILLE BEACH, FL | Big Lots Stores, LLC | PABLO STATION, LLC | C/O HHH MANAGEMENT, INC, P.O. BOX 273760, BOCA RATON, FL, 33427-3760 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 4365 | 1955 FOOTHILL BLVD LA VERNE, CA | Big Lots Stores-PNS, LLC | PACIFIC REALTY ASSOCIATES, L.P. | 15350 SW SEQUOIA PRWY, SUITE 300, TENANT NO 5PTR5528 BIGL4365, PORTLAND, OR, 97224 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Other Miscellaneous Fixtures, Display Coolers |
| ~~6~~ | ~~4736~~ | ~~3300 W EXPRESSWAY 83 UNIT 200 MCALLEN, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~PALMS CROSSING TOWN CENTER, LLC~~ | ~~C/O WPG, 4900 EAST DUBLIN GRANVILLE RD, 4TH FL, COLUMBUS, OH, 43081~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 7 | 1582 | 6225 ALLISONVILLE RD INDIANAPOLIS, IN | Big Lots Stores, LLC | PARAGON WINDERMERE, LLC | ATTN: SAMANTHA DURHAM, 8700 NORTH ST STE 310, FISHERS, IN, 36038 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~8~~ | ~~4761~~ | ~~3512 LAMAR AVE PARIS, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~PARIS TOWNE CENTER LLC~~ | ~~1700 GEORGE BUSH DR E STE 240, COLLEGE STATION, TX, 77840-3351~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 9 | 4690 | 5636 US ROUTE 60 HUNTINGTON, WV | Big Lots Stores-PNS, LLC | PEA RIDGE PARTNERS, LLC | 2926 FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 1663 | 2028 N MAIN ST PEARLAND, TX | Big Lots Stores, LLC | PEARLAND HWY 35 LP | C/O WULFE MANAGEMENT SERVICES INC , 1800 POST OAK BLVD. SUITE | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | 400 , HOUSTON , TX, 77056 | | Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 1919 | 10603 E APACHE TRAIL APACHE JUNCTION, AZ | Big Lots Stores, LLC | PF PROPERTIES MESA COMMONS, LLC | C/O KITCHELL PROPERTY MANAGEMENT, 1707 E. HIGHLAND, SUITE #100, PHOENIX, AZ, 85016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 480 | 1109 280 BYP PHENIX CITY, AL | Big Lots Stores, LLC | PHENIX CITY SQARE LLC | 120 HUNTINGTON RD., PORT WASHINGTON, NY, 11050-3512 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 5256 | 1950 PIPESTONE RD. BENTON HARBOR, MI | Big Lots Stores, LLC | PIPESTONE PLAZA LLC | ATTN: JOHN M. BRIDGES, CPM, 37000 GRAND RIVER, SUITE 360, FARMINGTON HILLS, MI, 48335 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 5488 | 975 C HIGHWAY 51 S COVINGTON, TN | Big Lots Stores, LLC | PMRE LLC | 702 PADDINGTON, GREENVILLE, NC, 27858-5628 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 15 | 4547 | 5790 MAIN ST SPRINGFIELD, OR | Big Lots Stores-PNS, LLC | POLEN DEVELOPMENT LLC | PO BOX 71751, SPRINGFIELD, OR, 97475-0214 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 5230 | 6420 20TH ST VERO BEACH, FL | BLBO Tenant, LLC | PREMIUM ASSET MANAGEMENT INC | 1111 N PLAZA DRIVE STE 200, SCHAUMBURG, IL, 60173-4996 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 4693 | 11696 NE 76TH ST VANCOUVER, WA | AVDC, LLC | PRIME COMMERCIAL PARTNERS SOUTHTOWNE LLC | C/O SYNERGY DEVELOPMENT LLC, 1492 PARK AVE, PARK CITY, UT, 84060 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 4480 | 14024 E SPRAGUE AVE SPOKANE VALLEY, WA | Big Lots Stores-PNS, LLC | PSM PROPERTIES LLC | 5133 HIGHLAND DR SE, AUBURN, WA, 98092-8731 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 5409 | 4585 EASTGATE BOULEVARD CINCINNATI, OH | Big Lots Stores-CSR, LLC | RCC EASTGATE, LLC | C/O NEWLINK MANAGEMENT GROUP, 6806 PARAGON PLACE, SUITE 120, RICHMOND, VA, 23230 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | OtheMiscellaneous Fixtures, Display Coolers |
| 20 | 452 | 230 HUCK FINN SHOPPING CTR HANNIBAL, MO | Big Lots Stores, LLC | REGENCY HANNIBAL LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 5418 | 1550 COSHOCTON AVE MOUNT VERNON, OH | Big Lots Stores-CSR, LLC | REGENCY MOUNT VERNON LLC | C/O REGENCY PROPERTIES, 380 N. CROSS POINTE BLVD., EVANSVILLE, IN, 47715-4027 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 5308 | 1731 RITCHIE STATION COURT CAPITOL HEIGHTS, MD | Big Lots Stores, LLC | RITCHIE HILL, LLC | C/O NAI THE MICHAEL COMPANIES, 10100 BUSINESS PARKWAY, LANHAM, MD, 20706 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 4548 | 1799 KIOWA AVE STE 106 LAKE HAVASU CITY, AZ | Big Lots Stores-PNS, LLC | RIVERLAND DEVELOPMENT COMPANY, LLC | C/O EISENBERG COMPANY, 2710 E CAMELBACK ROAD, SUITE 210, PHOENIX, AZ, 85016 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~24~~ | ~~4711~~ | ~~4655 CANAL AVE SW GRANDVILLE, MI~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~ROF GRANDVILLE LLC~~ | ~~C/O CHASE PROPERTIES II LTD., 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items,~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | ~~Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~25~~ | ~~4606~~ | ~~1255 TOWN SQUARE DR FORT WORTH, TX~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~RPI RIDGMAR TOWN SQUARE, LTD~~ | ~~C/O RETAIL PLAZAS, INC, 2929 CARLISLE ST., STE 170, DALLAS, TX, 75204-4067~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 26 | 4745 | 16824 MAIN ST HESPERIA, CA | Big Lots Stores-PNS, LLC | SALOMON WAINBERG AND OLGA WAINBERG FAMILY TRUST | C/O PRIORITY PROPERTY GROUP INC., 4607 LAKEVIEW CANYON RD., STE 512, WESTLAKE VILLAGE, CA, 91361 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4746 | 4050 183RD ST COUNTRY CLUB HILLS, IL | Big Lots Stores-PNS, LLC | SHOPS AT COOPERS GROVE, LLC | 2036 SE 27TH TERRACE, CAPE CORAL, FL, 33904 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~28~~ | ~~1990~~ | ~~1293 SHREVEPORT BARKSDALE HWY SHREVEPORT, LA~~ | ~~Big Lots Stores, LLC~~ | ~~SHREVE CITY LLC~~ | ~~4801 HARBOR DR, FLOWER MOUND, TX, 75022-5489~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 29 | 1758 | 6900 SIEGEN LN BATON ROUGE, LA | Big Lots Stores, LLC | SIEGEN VILLAGE SHOPPING CENTER, LLC | C/O BBPM, PO BOX 66865, BATON ROUGE, LA, 70896 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 1704 | 300 ENTERPRISE ST STERLING, VA | Big Lots Stores, LLC | STERLING PARK SHOPPING CENTER, LP | 2120 L STREET N.W., SUITE 800, WASHINGTON, DC, 20037 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 4500 | 8140 S EASTERN AVE LAS VEGAS, NV | Big Lots Stores-PNS, LLC | STS EQUITY PARTNERS LLC | 16461 SHERMAN WAY STE 140, VAN NUYS, CA, 91406-3856 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 827 | 4224 SUMMER AVE MEMPHIS, TN | Big Lots Stores, LLC | SUMMER CENTER COMMONS, LLC | 12554 BRAVO ROAD, COLLIERVILLE, TN, 38017 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~33~~ | ~~1970~~ | ~~5881 SUEMANDY RD SAINT PETERS, MO~~ | ~~Big Lots Stores, LLC~~ | ~~THE GREWE LIMITED PARTNERSHIP~~ | ~~C/O G. J. GREWE, INC., 639 GRAVOIS BLUFFS BLVD., SUITE D, FENTON, MO, 63026~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts,~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
|   |         |               |               |                 |                  |                          | ~~Other Miscellaneous Fixtures, Display Coolers~~ |
| 34 | 5150 | 406 E. MARTINTOWN RD NORTH AUGUSTA, SC | Big Lots Stores, LLC | THE KROGER COMPANY | ATTN: REAL ESTATE DEPARTMENT, 1014 VINE STREET, CINCINNATI, OH, 45202-1100 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 1876 | 27816 STATE HWY 249 TOMBALL, TX | Big Lots Stores, LLC | TOMBALL PLAZA, LLC | C/O JBL ASSET MANAGEMENT LLC, 2028 HARRISON ST., STE 202, HOLLYWOOD, FL, 33020 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~36~~ | ~~1859~~ | ~~1201 S INTERSTATE 35 STE 200 ROUND ROCK, TX~~ | ~~Big Lots Stores, LLC~~ | ~~TRI MARSH REALTY LLC~~ | ~~ATTN: BO AVERY, 4801 HARBOR DR, FLOWER MOUND, TX, 75022-5489~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 37 | 5212 | 2659 ANNAPOLIS RD. HANOVER, MD | Big Lots Stores, LLC | TRIPLE BAR COLUMBIA MARKETPLACE, LLC | C/O J.C. BAR PROPERTIES, INC., 224 SAINT CHARLES WAY, SUITE 290, YORK, PA, 17402 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 5233 | 5903 TRUSSVILLE CROSSING PKWY BIRMINGHAM, AL | Big Lots Stores, LLC | TRUSSVILLE PROMENADE I OWNER, LLC | C/O ACADIA REALTY TRUST, 411 THEODORE FREMD AVE., STE 300, RYE, NY, 10580 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 1949 | 3178 LAVON DR GARLAND, TX | Big Lots Stores, LLC | TSCA 255 LLC | 301 S SHERMAN ST STE 100, RICHARDSON, TX, 75081-4176 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 5222 | 725 US RT 440 JERSEY CITY, NJ | Big Lots Stores, LLC | UE HUDSON MALL HOLDING LLC | C/O URBAN EDGE PROPERTIES, 210 ROUTE 4 EAST, PARAMUS, NJ, 7652 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 4672 | 2401 N PEARL ST TACOMA, WA | Big Lots Stores-PNS, LLC | UPPER FORK LLC | PO BOX 543, SAN MATEO, CA, 94401 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 5251 | 751 GOOD HOMES RD ORLANDO, FL | Big Lots Stores, LLC | V 3 OZ WEST COLONIAL LLC | C/O V 3 CAPITAL GROUP LLC, 496 S HUNT CLUB BLVD, APOPKA, FL, 32703 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~43~~ | ~~5316~~ | ~~3950 VENTURE DR DULUTH, GA~~ | ~~Big Lots Stores, LLC~~ | ~~VENTURE PARTNERS LLC~~ | ~~PO BOX 956338, DULUTH, GA, 30095-9506~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units,~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
|   |         |               |               |                 |                  |                          | ~~Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| ~~44~~ | ~~1809~~ | ~~3472 CONCORD RD ASTON, PA~~ | ~~Big Lots Stores, LLC~~ | ~~VILLAGE GREEN REALTY L.P.~~ | ~~C/O RODGERS BRISTOL L.P., 12 PENNS TRAIL, STE103, NEWTOWN, PA, 18940-1892~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 45 | 4532 | 989 N WALNUT CREEK DR STE 151 MANSFIELD, TX | Big Lots Stores-PNS, LLC | WALNUT CREEK PLAZA, LLC | ATTN: SYNERGY ADVANTAGE, LLC, 2012 E. RANDOL MILL ROAD, SUITE 211, ARLINGTON, TX, 76011 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~46~~ | ~~4701~~ | ~~5055 W SAHARA AVE LAS VEGAS, NV~~ | ~~Big Lots Stores-PNS, LLC~~ | ~~WEST SAHARA EQUITIES LLC~~ | ~~3415 S SEPULVEDA BLVD STE 400, LOS ANGELES, CA, 90034-6094~~ | ~~12/31/2024~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |
| 47 | 1662 | 923 S MASON RD KATY, TX | Big Lots Stores, LLC | WESTERN PROPERTIES COMPANY | 9668 WESTHEIMER #220, HOUSTON, TX, 77063-3241 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 48 | 1668 | 60 E SCHROCK RD WESTERVILLE, OH | Big Lots Stores, LLC | WESTERVILLE SQUARE, INC. | C/O THE HADLER COMPANIES, 2000 WEST HENDERSON ROAD, SUITE 500, COLUMBUS, OH, 43220 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 5116 | 5820 BALTIMORE NATIONAL PIKE CATONSVILLE, MD | Big Lots Stores, LLC | WESTVIEW CENTER ASSOCIATES, L.C. | C/O WHARTON REALTY GROUP, 8 INDUSTRIAL WAY EAST 2ND FLOOR, EATONTOWN, NJ, 7724 | 12/31/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |