UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                          Case No.  24 - 11967  ( JKS )

Debtor:  Big Lots, Inc., et al.,

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Richard E. Schrier, Esq.

to represent  PRESTIGE PATIO, CO., LTD  in this action.

/s/ James Tobia (#3798)

Firm Name:  SCHRIER SHAYNE P.C.
Address:  64 Fulton Street
New York, New York 10038
Phone:  212-566-4949/516-739-8000
Cell: 516-578-8999
Email:  resincourt@aol.com
richardschrier@gmail.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York, District Columbia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Richard Schrier

Firm Name:  SCHRIER SHAYNE P.C.
Address:  64 Fulton Street
New York, New York 10038
Phone:  212-566-4949/516-739-8000
Cell: 516-578-8999
Email:  resincourt@aol.com
richardschrier@gmail.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 30th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Local Form 105