## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1437** |

**NOTICE OF REVISED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS, ENCUMBRANCES, AND OTHER ASSUMED LIABILITIES AND PERMITTED ENCUMBRANCES, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that December 27, 2024, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (D.I. 1437) (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached as Exhibit B to the Motion was a proposed form of order granting the relief requested therein (the "**Proposed Sale Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Sale Order to incorporate comments from certain parties in interest (the "**Revised Proposed Sale Order**"). The Revised Proposed Sale Order is attached as **Exhibit A** hereto. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Sale Order to the Proposed Sale Order is attached as **Exhibit B** hereto.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: December 30, 2024
Wilmington, Delaware

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          /s/ *Sophie Rogers Churchill*
                          Robert J. Dehney, Sr. (No. 3578)
                          Andrew R. Remming (No. 5120)
                          Daniel B. Butz (No. 4227)
                          Sophie Rogers Churchill (No. 6905)
                          Casey B. Sawyer (No. 7260)
                          1201 N. Market Street, 16th Floor
                          Wilmington, DE 19801
                          Tel: (302) 658-9200
                          rdehney@morrisnichols.com
                          aremming@morrisnichols.com
                          dbutz@morrisnichols.com
                          tmann@morrisnichols.com
                          csawyer@morrisnichols.com

                          *-and-*

                          DAVIS POLK & WARDWELL LLP

                          Brian M. Resnick (admitted *pro hac vice*)
                          Adam L. Shpeen (admitted *pro hac vice*)
                          Stephen D. Piraino (admitted *pro hac vice*)
                          Ethan Stern (admitted *pro hac vice*)
                          450 Lexington Avenue
                          New York, NY 10017
                          Tel.: (212) 450-4000
                          brian.resnick@davispolk.com
                          adam.shpeen@davispolk.com
                          stephen.piraino@davispolk.com
                          ethan.stern@davispolk.com

                          *Counsel to the Debtors and Debtors in Possession*