IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____ )
                                            )
In re:                                      )    Chapter 7
                                            )    Case No. 24-11967 (JKS)
BIG LOTS, Inc, et al.                       )
                                            )    (Jointly Administered)
                          Debtors.          )
_____ )

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the Admission *pro hac vice* of Bradshaw Rost of Tenenbaum & Saas, P.C. to represent Unison Mooresville, LLC and Carrollton-White Marsh, LLC in this action.

Dated:  December 23, 2024                   Respectfully Submitted,

                                            */s/ Ron Drescher*
                                            Ron Drescher, Esq.
                                            Drescher & Associates, P.A.
                                            One Commerce Center
                                            1201 N. Orange Street, Suite 732
                                            Wilmington, DE 19801
                                            rondrescher@drescherlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I, Bradshaw Rost, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing, and in good standing as a member of the Bars of the; (i) State of Maryland, (ii) of Virginia, (iii) District of Columbia, (iv) New York, (v) Rhode Island, and (viii) Massachusetts, and pursuant to Local Rule 9010-1 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I certify I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund revised 8/31/16. I certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  December 23, 2024                   */s/ Bradshaw Rost*
                                            Bradshaw Rost, Esq.
                                            Tenenbaum & Saas, P.C.
                                            4504 Walsh Street, Suite 200
                                            Chevy Chase, Maryland 20815
                                            (301) 961-5300 – Phone
                                            brost@tspclaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.