UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| | § | **Chapter 11** |
| **BIG LOTS, INC., *et al.*[1]** | § § | **Case No. 24-11967 (JKS)** |
| Debtors. | § § | |
| | § | **(Jointly Administered)** |

## GOVERNMENT ATTORNEY CERTIFICATION (Local Form 105A)

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the require to appear to represent **The Texas Taxing Authorities (See Request for Service filed 09/09/2024 at Doc. 56)** in this action: I am admitted to practice law in **The State of Texas and the U.S. District and Bankruptcy Courts for the Northern, Eastern, Southern and Western Districts of Texas**. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Dated: December 30, 2024

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, Texas 78680-1269
(512) 323-3241 (phone)
(512) 323-3205 (fax)
jparsons@mvbalaw.com