# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: 1/14/2025 at 4:00 p.m. (ET)**<br>**Hearing Date: 1/21/2025 at 1:00 p.m. (ET)** |

## NOTICE OF MOTION OF ATTLEBORO CROSSING ASSOCIATES, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO:　　All parties on the attached service list

PLEASE TAKE NOTICE that on December 30, 2024, Attleboro Crossing Associates, LLC, by and through its undersigned counsel, filed the foregoing *Motion for Allowance and Payment of Administrative Expense Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed with the Court on or before **January 14, 2025 at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court on **January 21, 2025 at 1:00 p.m. ET** before The Honorable J. Kate Stickles.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/biglots/

Dated: December 30, 2024 **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

*Attorneys for Attleboro Crossing Associates, LLC*