**EXHIBIT A**

| Gross Rent | $46,139.48 |
|---|---|
| Insurance | $4,575.65 |
| Property Tax | $10,473.71 |
| Total | **$61,188.84** |

Gross Rent:
From 09/09/24 to 09/30/24: $12,378.88
Month of October 2024: Already Paid
Unpaid month of November 2024: $16,880.30
Unpaid month of December 2024: $16,880.30

Insurance:
Annual basis (2024/2025) from 07/08/24 to 07/08/25: $49,143
Surface Prorata (30.075%) => $14,779.75 per year
From 09/09/24 to 12/31/24: $4,575.65

Property Tax
2024: Q3: $28,236.76
2024: Q4: $28,236.76
Surface Prorata (30.075%) => $8,492.20 for Q3
From 09/09/24 to 09/30/24: $1,981.51
Surface Prorata (30.075%) => $8,492.20 to pay for Q4