# CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., do hereby certify that in addition to the notice and service provided through the Court's ECF system, on December 30, 2024, I caused a true and correct copy of the *Objection of Certain Utility Companies To the Motion of Debtors For Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors To Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* to be served by email on:

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers
Case B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
rdehney@morrisnichols.com, aremming@morrisnichols.com, tmann@morrisnichols.com, srchurchill@morrisnichols.com, csawyer@morrisnichols.com
*Debtors' Counsel*

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
brian.resnick@davispolk.com, adam.shpeen@davispolk.com
stephen.piraino@davispolk.com, ethan.stern@davispolk.com
*Debtors' Counsel*

Linda J. Casey

```
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
```
Linda.Casey@usdoj.gov

```
Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
```
jalberto@coleschotz.com, snewman@coleschotz.com
*Creditor Committee Counsel*

```
Darren Azman
Kristin Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, New York 10017
```
dazman@mwe.com, kgoing@mwe.com, salutkus@mwe.com, nrowles@mwe.com
*Creditor Committee Counsel*

        */s/ William F. Taylor, Jr.*
        William F. Taylor, Jr. (#2936)