# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>               Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On December 30, 2024, I caused a copy of the following document(s) to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, as well as upon the parties listed and in the manner indicated below:

> *JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. § 503(b)(1)(A)*;
>
> *Declaration in Support of JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. § 503(b)(1)(A)*; and
>
> Proposed *Order Granting JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. § 503(b)(1)(A)*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: December 30, 2024

                                            Respectfully submitted,

                                            KASEN & KASEN, P.C.
                                            */s/ Jenny R. Kasen*
                                            Jenny R. Kasen, Esquire (DE Bar No. 5849)
                                            1213 N. King Street, Suite 2
                                            Wilmington, DE 19801
                                            Telephone: (302) 652-3300

Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*

2

## Service List

**Via First Class Mail:**

Big Lots, Inc., et al.
Attn: Jonathan Ramsden, CFO
4900 E. Dublin-Granville Road
Columbus, OH 43081

Big Lots, Inc., et al.
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: David S. Bloomfield, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Big Lots, Inc., et al.
c/o Davis Polk & Wardwell LLP
Attn: Matthew R. Brock, Esq.
450 Lexington Avenue
New York, NY 10017

Big Lots, Inc. Unsecured Creditor Committee
c/o Cole Schotz P.C.
Attn: Justin R. Alberto, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Big Lots, Inc. Unsecured Creditor Committee
c/o McDermott Will & Emery LLP
Attn: Darren Azman, Esq.
One Vanderbilt Avenue
New York, NY 10017

United States Trustee
c/o Office of the United States Trustee
Attn: Linda J. Casey, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801