**IN THE UNITED STATES BANKRUTPCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BIG LOTS, INC., *et al.*, | : | Case No. 24-11967 (JKS) |
| | : | |
| Debtors.[1] | : | (Joint Administration) |
| | : | |

**CERTIFICATE OF SERVICE REGARDING OBJECTION OF COMMODORE REALTY, INC AND G&I IV SOUTHGATE SHOPPING CENTER, LLC TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

I, Joyce A. Kuhns, hereby certify that on December 27, 2024, I caused a copy of the Objection of Commodore Realty, Inc's and G&I IV Southgate Shopping Center, LLC's to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in these cases.

Dated: December 30, 2024

**OFFIT KURMAN, P.A.**

/s/ Joyce A. Kuhns
Joyce A. Kuhns, Esquire (Admitted Pro Hac Vice)
1954 Greenspring Drive, Suite 605
Timonium, MD 21093
Telephone: (410) 209-6463
E-mail: jkuhns@offitkurman.com

*Counsel for Commodore Realty, Inc. and G&I IX Southgate Shopping Center, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081