# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BIG LOTS, INC., *et al.*, | : | Case No. 24-11967 (JKS) |
| | : | |
| Debtors.[1] | : | (Joint Administration) |
| | : | |

**CERTIFICATE OF SERVICE REGARDING COMMODORE REALTY, INC'S AND G&I IV SOUTHGATE SHOPPING CENTER, LLC'S RESERVATION OF RIGHTS AND JOINDER REGARDING DEBTORS' SEVENTH NOTICE OF FILING OF LIST OF ADDITIONAL CLOSING STORES PURSUANT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS TO ASSUME THE CONSULTING AGREEMENT, (II) AUTHORIZING STORE CLOSING SALES AND APPROVING RELATED PROCEDURES, AND (III) GRANTING RELATED RELIEF**

I, Joyce A. Kuhns, hereby certify that on December 27, 2024, I caused a copy of Commodore Realty, Inc's and G&I IV Southgate Shopping Center, LLC's Reservation of Rights and Joinder Regarding Debtors' Seventh Notice of Filing of List of Additional Closing Stores Pursuant to the Final Order (I) Authorizing Debtors to Assume to Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in these cases.

Dated: December 30, 2024         **OFFIT KURMAN, P.A.**

/s/ Joyce A. Kuhns
Joyce A. Kuhns, Esquire (Admitted Pro Hac Vice)
1954 Greenspring Drive, Suite 605
Timonium, MD 21093
Telephone: (410) 209-6463
E-mail: jkuhns@offitkurman.com

*Counsel for Commodore Realty, Inc. and G&I IX Southgate Shopping Center, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081