**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: 1/14/2025 at 4:00 PM ET**<br>**Hearing Date: 1/21/2025 at 1:00 PM ET** |

**NOTICE OF HEARING ON SENSATIONAL BRANDS INC AND**
**THE MARKETING GROUP LLC'S MOTION FOR ALLOWANCE AND TO COMPEL**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that on December 30, 2024, Sensational Brands Inc. and The Marketing Group LLC filed the attached *Motion for Allowance and to Compel Payment of Administrative Expense Claims* (**"Motion"**).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m.** (Eastern Time), before the Honorable J. Kate Stickles in the, Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for **Sensational Brands Inc and The Marketing Group LLC** on or before **January 14, 2025 at 4:00 p.m.** (Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

1

Dated: December 30, 2024
Wilmington, DE

        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

        */s/ Susan E. Kaufman*
        Susan E. Kaufman, (DSB# 3381)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420
        (302) 792-7420 Fax
        skaufman@skaufmanlaw.com

        -and-

        BECKHAM PORTELA

        */s/ Eric Walraven*
        Eric Walraven (admitted Pro Hac Vice)
        State Bar No. 00794814
        eric@bptriallaw.com
        3400 Carlisle, Suite 550
        Dallas, Texas 75204
        214-965-9300 - Telephone
        214-965-9301 – Facsimile

        ***ATTORNEYS FOR SENSATIONAL BRANDS INC. AND THE MARKETING GROUP LLC***