**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Related D.I. ___** |

**ORDER GRANTING SENSATIONAL BRANDS, INC.'S AND THE MARKETING GROUP LLC'S MOTION FOR ALLOWANCE AND TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the motion (the "**Motion**") filed by Sensational Brands Inc. and The Marketing Group LLC (collectively the **"Claimants"**) for allowance and to compel payment of an administrative expense claims pursuant to 11 U.S.C. § 503(b) and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b): and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided: and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Claimants' administrative expense claims against the Debtors are approved under 11 U.S.C. § 503(b) in the total amount of $2,177,945.82. itemized as follows:

    a. Claimant Sensational Brands Inc. is allowed an administrative expense claim against the Debtors in the amount of $671,212.80.

    b. Claimant The Marketing Group LLC is allowed an administrative expense claim against the Debtors in the amount of $598,080.00.

---

[1] The debtors and debtors in possession in these chapter 1 1 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785);Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); 1NFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

2

      c. Claimant The Marketing Group LLC is allowed an administrative expense; claim against the Debtors in the amount of $908,653.02 for products purchased in advance by claimant for Debtors.

2. The Debtors are directed to pay the allowed administrative expense claims of the Claimants in the total amount of $2,177,945.82 within seven (7) days of the entry of this Order.

3. Nothing in this Order shall prejudice the rights of the Claimants to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.