**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                              )
In re:                                        )    Chapter 7
                                              )    Case No. 24-11967 (JKS)
BIG LOTS, Inc, et al.                         )
                                              )    (Jointly Administered)
                       Debtors.               )
_____  )

**WITHDRAWAL OF MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

**TO THE CLERK OF THE COURT:**

Please withdraw the Motion and Order for Admission Pro Hac Vice of Bradshaw Rost filed on December 30, 2024, at Dkt. # 1481 as being filed on the wrong form. The Motion has been refiled on Local Form 105 on December 31, 2024, at Dkt# 1502.

Dated: December 31, 2024                      Respectfully Submitted,

                                              */s/ Ron Drescher*
                                              Ron Drescher, Esq.
                                              Drescher & Associates, P.A.
                                              One Commerce Center
                                              1201 N. Orange Street, Suite 732
                                              Wilmington, DE 19801
                                              rondrescher@drescherlaw.com