IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**<br><br>**BIG LOTS, INC.,** *et al.*<br><br>**Debtors.** | **Chapter 11**<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>**(Jointly Administered)** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of C. Ellis Brazeal III to represent Creditors Fort Williams Square, LLC, Clarksville Square, LLC and Phenix City Square, LLC in this matter.

*/s/ R. Karl Hill*
R. KARL HILL, ESQUIRE (#2747)
SEITZ, VAN OGTROP & GREEN, LP
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7604
khill@svglaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the clerk of Court for the District Court.

*/s/ C. Ellis Brazeal, III*
C. ELLIS BRAZEAL III
JONES WALKER LLP
420 North 20th Street, Suite 1100
Birmingham, Alabama 35203
205.244.5237
ebrazeal@joneswalker.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: December 31st, 2024**
**Wilmington, Delaware**