**CERTIFICATE OF SERVICE**

Nicholas J. Brannick certifies that, on December 31, 2024, he caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: December 31, 2024  /s/ *Nicholas J. Brannick*
Wilmington, Delaware   Nicholas J. Brannick (DE No. 5721)
           BALLARD SPAHR LLP