IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*,[1] | Case No. 24-11967 (JKS)<br>(Jointly Administered) |
| Debtors. | <u>Objection Deadline</u>: 1/14/2025 at 4:00 PM ET<br><u>Hearing Date</u>: 1/21/2025 at 1:00 PM ET |

### NOTICE OF HEARING ON TOPMOST DESIGN CO., LTD.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that on December 31, 2024, Topmost Design Co., Ltd. ("**Claimant**") filed the *Motion for Allowance and Payment of Administrative Claim* ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m.** (Eastern Time), before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for **Claimant**, on or before **January 14, 2025 at 4:00 p.m.** (Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE**

**BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION**

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "**Debtors**") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

53656153.1

**WITHOUT FURTHER NOTICE.**

Dated: December 31, 2024
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

*Attorney for Topmost Design Co., Ltd.*

53656153.1