**CERTIFICATE OF SERVICE**

Nicholas J. Brannick certifies that, on December 31, 2024, he caused a true and correct copy of the foregoing *Amended Notice of Appearance and Request for Notices* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: December 31, 2024<br>Wilmington, Delaware | /s/ *Nicholas J. Brannick*<br>Nicholas J. Brannick (DE No. 5721)<br>BALLARD SPAHR LLP |