**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 1188** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER (I)
ESTABLISHING CERTAIN BAR DATES FOR FILING PROOFS OF CLAIM AGAINST
THE DEBTORS, AND (II) GRANTING RELATED RELIEF,
INCLUDING NOTICE AND FILING PROCEDURES**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On November 7, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Establishing Certain Bar Dates for Filing Proofs of Claim Against the Debtors, and (II) Granting Related Relief, Including Notice and Filing Procedures* (the "**Motion**")[2] (D.I. 1038).

2. On November 20, 2024, the Court entered the *Order (I) Establishing Certain Bar Dates for Filing Proofs of Claim Against the Debtors, and (II) Granting Related Relief, Including Notice and Filing Procedures* (D.I. 1188) (the "**Bar Date Order**"). The Bar Date

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

2

Order established a general bar date of December 30, 2024, at 11:59 p.m. (prevailing eastern time) (the "**General Bar Date**").

3. As ordered on the record at the hearing on December 30, 2024, the General Bar Date is extended until **<u>January 31, 2025, at 11:59 p.m. (prevailing eastern time)</u>**.

4. The Debtors and the Committee of Unsecured Creditors have agreed on a proposed form of order reflecting the extension of the General Bar Date (the "**Proposed Order**"). The Proposed Order is attached as **<u>Exhibit A</u>** hereto.

WHEREFORE, the Debtors respectfully request entry of the Proposed Order attached hereto as **<u>Exhibit A</u>** at the Court's earliest convenience.

*[Signature page follows]*

Dated: December 31, 2024
Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Sophie Rogers Churchill*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Daniel B. Butz (No. 4227)
    Sophie Rogers Churchill (No. 6905)
    Casey B. Sawyer (No. 7260)
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    dbutz@morrisnichols.com
    srchurchill@morrisnichols.com
    csawyer@morrisnichols.com

    *-and-*

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Adam L. Shpeen (admitted *pro hac vice*)
    Stephen D. Piraino (admitted *pro hac vice*)
    Jonah A. Peppiatt (admitted *pro hac vice*)
    Ethan Stern (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, NY 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    adam.shpeen@davispolk.com
    stephen.piraino@davispolk.com
    jonah.peppiatt@davispolk.com
    ethan.stern@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*