# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1188** |

## AMENDED ORDER (I) ESTABLISHING CERTAIN BAR DATES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS, AND (II) GRANTING RELATED RELIEF, INCLUDING NOTICE AND FILING PROCEDURES

Pursuant to the unopposed oral motion made by the official committee of unsecured creditors (the "**Committee**") appointed in these above-captioned chapter 11 cases at the hearing held on December 30, 2024, the *Order (I) Establishing Certain Bar Dates for Filing Proofs of Claim Against the Debtors, and (II) Granting Related Relief, Including Notice and Filing Procedures* (D.I. 1188) (the "**Bar Date Order**"), which is incorporated herein by reference, shall be amended as follows (this "**Amended Bar Date Order**");

IT IS HEREBY ORDERED THAT:

1. The General Bar Date (as defined in the Bar Date Order) in paragraph 2(a) of the Bar Date Order shall hereby be replaced in its entirety as follows:

    a. (i) **11:59 p.m. prevailing Eastern Time on January 31, 2025** if submitted electronically on Kroll's website, or (ii) **5:00 p.m. prevailing Eastern Time on**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**January 31, 2025** if submitted by hardcopy, as the deadline (the "**General Bar Date**") for each person or entity, other than a Governmental Unit, to file a proof of claim in respect of any prepetition claim against any of the Debtors, including, without limitation, any secured claim, unsecured claim, priority claim, claim asserted under section 503(b)(9) of the Bankruptcy Code for goods delivered and received by any of the Debtors within twenty (20) days before the Petition Date, unless otherwise provided in this Order (the "**Amended General Bar Date**");

2. For the avoidance of doubt, other than the amendment of the date and time of the General Bar Date, for which this Amended Bar Date Order shall control, the Bar Date Order shall control in all other respects with regard to the deadline for filing proofs of claim.

3. The Debtors shall file with the Court and post a notice of the Amended General Bar Date on Kroll's website but are otherwise not required to serve notice of the Amended General Bar Date.

**Dated: December 31st, 2024**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**