IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1437** |

**NOTICE OF FURTHER REVISED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS, ENCUMBRANCES, AND OTHER ASSUMED LIABILITIES AND PERMITTED ENCUMBRANCES, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that December 27, 2024, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (D.I. 1437) (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached as Exhibit B to the Motion was a proposed form of order granting the relief requested therein (the "**Proposed Sale Order**").

**PLEASE TAKE FURTHER NOTICE** that on December 30, 3024, the Debtors filed the *Notice of Revised Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (D.I. 1479) (the "**Revised Proposed Sale Order**").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that on December 30–31, 2024, the Court held a hearing to consider the Motion. As discussed on the record at the hearing, the Court approved the sale sought by the Motion, subject to discussion of the form of order at a continued hearing scheduled for January 2, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further modified the Revised Proposed Sale Order to incorporate comments from certain parties in interest (the "**Further Revised Proposed Sale Order**"). The Further Revised Proposed Sale Order is attached as **Exhibit A** hereto. For the convenience of the Court and all parties in interest, a redline comparing the Further Revised Proposed Sale Order to the Revised Proposed Sale Order is attached as **Exhibit B** hereto.

*[Signature page follows]*

Dated: January 2, 2025
Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Casey B. Sawyer*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Daniel B. Butz (No. 4227)
    Sophie Rogers Churchill (No. 6905)
    Casey B. Sawyer (No. 7260)
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    dbutz@morrisnichols.com
    srchurchill@morrisnichols.com
    csawyer@morrisnichols.com

    *-and-*

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Adam L. Shpeen (admitted *pro hac vice*)
    James I. McClammy (admitted *pro hac vice*)
    Stephen D. Piraino (admitted *pro hac vice*)
    Ethan Stern (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, NY 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    adam.shpeen@davispolk.com
    stephen.piraino@davispolk.com
    ethan.stern@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*