# SIGN-IN SHEET

| CASE NAME: BIG LOTS, INC. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 (JKS) | DATE: 12/31/24<br>*Continued Hearing From 12/30/24* |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Darren Azman | McDermott | UCC |
| Natalie Rowles | McDermott | UCC |
| Stacy Newman | Cole Schotz | UCC |
| Mark Platt | Frost Brown Todd | Tempur Sealy, WPG Legacy, WPG Management, Barekentucky, Ramsey Pike |
| Adam Shpeen | Davis Polk | Debtors |
| Jim McClammy | " " | " |
| Stephen Piraino | " " | " |
| Ethan Stern | " " | " |
| Andrew Resnick | Morris Nichols | " |
| Sophie Rogers Churchill | " " | " |
| Casey Sawyer | " " | " |
| Steven Fox | Riemer + Braunstein | GBRP |
| Greg Taylor | Ashby + Geddes | GBRP |
| Regina Stango Kelbon | Blank Rome | PNC |

## SIGN-IN SHEET

| CASE NAME: BIG LOTS, INC. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 (JKS) | DATE: 12/31/24<br>*Continued Hearing From 12/30/24* |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Marshall | Choate | PNC |
| John Ventola | " | " |
| Christopher Donnelly | Morris James | Various Landlords |
| Corl Kunz | " | " |
| Scott Leonhardt | Esbrook P.C. | Various OH+FL Landlords |
| Linda Casey | UST | UST |
| Laurel Roglen | Ballard Spahr LLP | various landlords |
| Ivan Gold | Allen Matkins | various landlords |
| | | |
| | | |
| | | |
| | | |

## 24-11967-JKS Big Lots, Inc.
## 12/31/24 @ 10:00 AM

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Michael G. Busenkell | Gellert Seitz Busenkell & Brown, LLC | Siegen Village | 10:00 AM | Zoom(Video and Audio) | yes |
| Christopher B Daniel | Big Lots | | 10:00 AM | Audio Only | no |
| Amish R. Doshi | Doshi Legal Group, P.C. | Oracle America, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Emily Eising | | Listen only | 10:00 AM | Audio Only | no |
| James Eising | Johnson Pope Bokor Ruppel and Burns LLP | Allen Road Retail Business Center, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Benjamin K Fuller | | | 10:00 AM | Audio Only | no |
| Marcus A. Helt | McDermott Will & Emery LLP | | 10:00 AM | Audio Only | no |
| Johan Hoover | | | 10:00 AM | Audio Only | no |
| Elisa Hyder | Polsinelli PC | | 10:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Knapp | Big Lots | | 10:00 AM | Audio Only | no |
| Jennifer Lappe | | | 10:00 AM | Audio Only | no |
| Joseph H Lemkin | Stark & Stark | Unilever | 10:00 AM | Zoom(Video and Audio) | yes |
| Brian Lindblom | | | 10:00 AM | Audio Only | no |
| Crystal Millller | | | 10:00 AM | Audio Only | no |
| Sakinah Muhammad | | | 10:00 AM | Audio Only | no |

1

| Joseph H Lemkin | Stark & Stark | Unilever | 10:00 AM | Zoom(Video and Audio) | yes |
| Brian Lindblom | | | 10:00 AM | Audio Only | no |
| Crystal Milller | | | 10:00 AM | Audio Only | no |
| Sakinah Muhammad | | | 10:00 AM | Audio Only | no |
| Megan Rush | Big Lots | Self | 10:00 AM | Audio Only | yes |
| Sabari SM | | Unique Impex | 10:00 AM | Zoom(Video and Audio) | yes |
| David A Wender | Evershes Sutherland | Rialto | 10:00 AM | Audio Only | yes |
| Sean Patrick Williams | Levenfeld Pearlstein, LLC | ProductWorks, LLC | 10:00 AM | Audio Only | yes |
| lloyd abrams | | conroad associates | 10:00 AM | Zoom(Video and Audio) | yes |

3