# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC, *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of Squaretrade, Inc. ("**Squaretrade**"). The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| Christopher A. Ward | Eve H. Karasik |
| Michael V. DiPietro | Jeffrey S. Kwong |
| **POLSINELLI PC** | **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** |
| 222 Delaware Avenue, Suite 1101 | 2818 La Cienega Avenue |
| Wilmington, DE 19801 | Los Angeles, CA 90034 |
| Telephone: (302) 252-0920 | Telephone: (310) 229-1234 |
| Facsimile: (302) 252-0921 | Facsimile: (310) 229-1244 |
| cward@polsinelli.com | EHK@LNBYG.COM |
| mdipietro@polsinelli.com | JSK@LNBYG.COM |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Squaretrade filed a previous notice of appearance on September 30, 2024. [Doc. No. 365].

100952979.1

notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Squaretrade's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Squaretrade is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 2, 2025
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Michael V. DiPietro*
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
cward@polsinelli.com; mdipietro@polsinelli.com

-and-

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP**
Eve H. Karasik
Jeffrey S. Kwong
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
EHK@LNBYG.COM; JSK@LNBYG.COM

*Counsel for Squaretrade, Inc.*

100952979.1