## SIGN-IN SHEET

| CASE NAME   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  1/2/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Regina Stango Kelbon | Blank Rome | PNC |
| Jonathan Marshall | Choate | |
| Stacy Newman | Cole Schotz | LICC |
| Laurel Roglen | Ballard Spahr LLP | Various landlords |
| Greg Taylor | Ashby + Geddes | GBRP |
| Susan Kaufman | Law Office Susan Kaufman | Various Landlords, WPG Management, WPG legacy, Tempur Sealy |
| Stephen Piraino | DPW | Debtor |
| Brian Resnick | DPW | Debtor |
| Andrew Remming | MNAT | Debtor |
| Casey Sawyer | MNAT | Debtor |
| Zach Javorsky | RLF | 1903 |
| Chad Simon | Otterbourg | 1903 |
| | | |
| | | |

## 11:00 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| Kevin Abrams | Conroad Associates, LP | Conroad Associates, LP | 11:00 AM | Zoom(Video and Audio) | yes |
| Justin R. Alberto | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | Sub Life | 11:00 AM | Audio Only | no |
| George Angelich | ArentFox Schiff LLP | | 11:00 AM | Audio Only | no |
| Yelena Archiyan | Katten Muchin Rosenman LLP | Realty Income Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Rob Axenrod | crgfinancial.com | crgfinancial.com | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Axenrod | | | 11:00 AM | Zoom(Video and Audio) | yes |
| Darren Azman | MCDERMOTT WILL & EMERY | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Scott A Bachert | Kerrick Bachert PSC | Big Mifl2 Owner, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert B. Berner | Bailey Cavalieri, LLC | Multiple Ohio and Florida | 11:00 AM | Audio Only | yes |

| | | Store Landlords | | | |
|---|---|---|---|---|---|
| Alexis Bibbs | | Lane Land Company | 11:00 AM | Zoom(Video and Audio) | yes |
| Lawrence Bogdan | biglots.com | stockholder | 11:00 AM | Audio Only | yes |
| James Britton | ArentFox Schiff LLP | | 11:00 AM | Audio Only | no |
| Joshua Brooks | Landis Rath & Cobb LLP | Divisions Inc. & Kroger Limited Partnership I | 11:00 AM | Zoom(Video and Audio) | yes |
| Steven J Brown | Steve Brown & Associates, LLC | Show Low Yale Casitas | 11:00 AM | Zoom(Video and Audio) | yes |
| Amy D. Brown | Gellert Seitz Busenkell & Brown, LLC | Connor Recreational | 11:00 AM | Audio Only | no |
| Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | Hooker Furnishings Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Daniel B. Butz | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Kevin M. Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Infosys Ltd. | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Carbino | JMCarbinoLaw | Big Mifl2 Owner LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Sarah A. Carnes | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |

| Schuyler G. Carroll | Manatt, Phelps & Phillips | Hybrid Apparel LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Eden Limited Partnership and Collins Corner | 11:00 AM | Zoom(Video and Audio) | yes |
| Connor Casas | Kirkland & Ellis LLP | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| Linda J. Casey | Office of United States Trustee | U.S. Trustee | 11:00 AM | Zoom(Video and Audio) | yes |
| Matias N Castro | Employee Justice | Christopher Gramajo | 11:00 AM | Zoom(Video and Audio) | yes |
| David S. Catuogno | K&L Gates LLP | Donlen | 11:00 AM | Zoom(Video and Audio) | yes |
| Jay A Caudill | Big Lots | Myself | 11:00 AM | Audio Only | no |
| Katherine Cavins | Kelley Drye & Warren LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Christian | ASK LLP | Coca-Cola Consolidated, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Christopher Coleman | King & Spalding LLP | PROG Holdings, Inc. | 11:00 AM | Audio Only | no |
| Natalie Collins | California Attorney General | Cal Recycle | 11:00 AM | Audio Only | yes |
| Mark D. Collins | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Kevin G Collins | Barnes & Thornburg LLP | Jordan Manufacturing Company | 11:00 AM | Zoom(Video and Audio) | yes |
| David H. Conaway | Shumaker Loop & Kendrick LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Morris Nichols Conf Room | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Mark B. Conlan | Gibbons P.C. | Roundtripping Ltd. | 11:00 AM | Zoom(Video and Audio) | yes |
| Cat Corey | 9fin.com | 9fin.com | 11:00 AM | Audio Only | no |
| Jay Danforth | | | 11:00 AM | Audio Only | no |
| Taylor Dawson | | | 11:00 AM | Audio Only | no |
| Robert J Dehney, Sr. | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Alexandra Desimone | Whiteford, Taylor & Preston, LLP | 140 Village LLP | 11:00 AM | Zoom(Video and Audio) | yes |
| Monique DiSabatino | Saul Ewing LLP | Phillips Edison & Company | 11:00 AM | Zoom(Video and Audio) | yes |
| R. Grant Dick | Cooch and Taylor, P.A. | Zuru | 11:00 AM | Zoom(Video and Audio) | yes |
| Shane Doherty | BRG | DIP Agent | 11:00 AM | Audio Only | no |
| Gregory T Donilon | Montgomery McCracken Walker & Rhoads LLP | Brunswick, Chili, Trexler Jacksonville Landlords | 11:00 AM | Zoom(Video and Audio) | yes |

| Christopher M. Donnelly | Morris James LLP | Ogden Plaza, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Jack M. Dougherty | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| James V. Drew | OTTERBOURG, P.C. | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Katharina Earle | Gibbons P.C. | Roundtripping | 11:00 AM | Zoom(Video and Audio) | yes |
| David Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Esposito | | | 11:00 AM | Audio Only | no |
| Michael Seth Etkin | Lowenstein Sandler LLP | Corpus Christi Firefighters Retirement System | 11:00 AM | Zoom(Video and Audio) | yes |
| Garrett Fail | Weil, Gotshal & Manges LLP | Interested party | 11:00 AM | Zoom(Video and Audio) | no |
| Cory Falgowski | Burr & Forman LLP | Comenity Capital Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| William T. Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Mark E. Felger Esq. | Cozen O'Connor | Variety Wholesalers, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Fenn | choate.com | choate.com | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert R. Feuille | ScottHulse, P.C. | AP Growth Properties, LP, et al. | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Fitzgerald | skadden.com | skadden.com | 11:00 AM | Audio Only | no |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 945] | 11:00 AM | Zoom(Video and Audio) | yes |
| Steven F. Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners | 11:00 AM | Zoom(Video and Audio) | yes |
| Nicholas A. Franchi | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Alison Elko Franklin | Greenberg Traurig, LLP | 3M Company | 11:00 AM | Zoom(Video and Audio) | yes |
| Simon E. Fraser | Cozen O'Connor | Variety Wholesalers | 11:00 AM | Zoom(Video and Audio) | yes |
| Gill Frazier | | Variety Wholesalers, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Tali Frey | Carlyon Cica Chtd | Tropicana Palm Plaze | 11:00 AM | Zoom(Video and Audio) | yes |
| Scott Friedman | Pulse Ratings | | 11:00 AM | Audio Only | no |

| Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System | 11:00 AM | Zoom(Video and Audio) | yes |
| Morgan A. Gabriel | Weil, Gotshal and Manges LLP | Observer | 11:00 AM | Audio Only | no |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | 140 Village LLP | 11:00 AM | Zoom(Video and Audio) | yes |
| Ken Gaither | | | 11:00 AM | Audio Only | no |
| Jorge Garcia | Saul Ewing LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Bayshore Mall 1A, 1B, and 2 | 11:00 AM | Zoom(Video and Audio) | yes |
| Kristin K. Going | MCDERMOTT WILL & EMERY | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Ronald E. Gold | Frost Brown Todd LLP | Tempur Sealy Intl, and affiliates, and WPG Legacy | 11:00 AM | Zoom(Video and Audio) | yes |
| Kellan Grant | | Hilco | 11:00 AM | Audio Only | yes |
| Tara L. Grundemeier | Linebarger Goggan Blair & Sampson LLP | Texas Taxing Authorities | 11:00 AM | Zoom(Video and Audio) | yes |
| Jay Haithcock | Burr & Forman LLap | Comenity Bank | 11:00 AM | Zoom(Video and Audio) | yes |

| James Haithcock | Burr & Forman LLP | Comenity Capital Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 11:00 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Chris Hasson | biglots.com | biglots.com | 11:00 AM | Audio Only | no |
| Gregory W. Hauswirth | Carothers & Hauswirth LLP | Meta Platforms | 11:00 AM | Zoom(Video and Audio) | yes |
| Leslie C. Heilman | Ballard Spahr LLP | Various Landlord Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Hepner | Katten | N/A | 11:00 AM | Audio Only | no |
| Adam Hiller | Hiller Law LLC | Cicero | 11:00 AM | Zoom(Video and Audio) | yes |
| Jacob Hines | BRG | DIP Agent | 11:00 AM | Audio Only | no |
| Patrick Holohan | | | 11:00 AM | Zoom(Video and Audio) | no |
| Cassie Holstein | | | 11:00 AM | Audio Only | no |
| Johan Hoover | | | 11:00 AM | Audio Only | no |
| Richard Howell | Kirkland & Ellis LLP | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Lauren Huber | Potter Anderson & Corroon LLP | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| M Glenn Huether | Wells Fargo | Wells Fargo | 11:00 AM | Zoom(Video and Audio) | yes |
| Shannon Dougherty Humiston | McCarter & English, LLP | Creditor Govind Dayama d/b/a Nandini Textile | 11:00 AM | Zoom(Video and Audio) | yes |
| Morgan Hutchinson | Husch Blackwell LLP | Elite Comfort Solutions | 11:00 AM | Zoom(Video and Audio) | yes |
| Jacob Indursky | | | 11:00 AM | Audio Only | no |
| Zachary Javorsky | Richards, Layton & Finger | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Ericka F. Johnson | Bayard, P.A. | Kin Properties, Inc., et al. | 11:00 AM | Zoom(Video and Audio) | yes |
| Russell R Johnson III | Law Firm of Russell R. Johnson III, PLC | Certain Utility Companies | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeff Kaplan | | | 11:00 AM | Zoom(Video and Audio) | yes |
| Eve Karasik | LNBYG | SquareTrade | 11:00 AM | Audio Only | yes |
| Shanti M. Katona | Polsinelli PC | Hogan | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Joy D Kleisinger | Frost Brown Todd LLP | Tempur Sealy Intl, and affiliates, and WPG Legacy | 11:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Knapp | Big Lots | | 11:00 AM | Audio Only | no |
| Dietrich Knauth | Reuters | media | 11:00 AM | Audio Only | no |
| John Henry Knight | Richards, Layton & Finger, P.A. | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| John Kuebler | Weil, Gotshal & Manges LLP | Observer | 11:00 AM | Audio Only | no |
| Joyce A. Kuhns | Offit Kurman | Commodore REalty | 11:00 AM | Zoom(Video and Audio) | yes |
| Carl N. Kunz | Morris James LLP | Ogden Plaza, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Kwong | LNBYG | SquareTrade, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Nina M LaFleur | LaFleur Law Firm | City of Palatka | 11:00 AM | Zoom(Video and Audio) | yes |
| Jacob Lang | | | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Landlord creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Raymond H. Lemisch | Klehr Harrison | The Grove Shops LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Andrew Lennox | Lennox Law, P.A. | | 11:00 AM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Scott J. Leonhardt | Esbrook P.C. | Athens Shopping Plaza, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Joshua Lesser | Bradley Arant Boult Cummings LLP | MARKET ON CHERRY (SOUTH CAROLINA) LIMITED PARTNERS | 11:00 AM | Zoom(Video and Audio) | yes |
| Karen Leung | | | 11:00 AM | Audio Only | no |
| Kim Lewinski | c/o Hirsch & Westheimer, P.C. | US Investments | 11:00 AM | Zoom(Video and Audio) | yes |
| Peter C. Lewis | Scheef & Stone | Y and O Companies | 11:00 AM | Zoom(Video and Audio) | yes |
| Joshua Lewis | | | 11:00 AM | Audio Only | no |
| Christopher L Lucas | Regency Properties | Regency Properties | 11:00 AM | Zoom(Video and Audio) | yes |
| Stacy A. Lutkus | MCDERMOTT WILL & EMERY | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Tamara K Mann | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 11:00 AM | Zoom(Video and Audio) | yes |
| Danielle Mashburn-Myrick | PHELPS DUNBAR LLP | American Furniture, Hello Sofa | 11:00 AM | Zoom(Video and Audio) | yes |
| Akiko Matsuda | | Wall Street Journal | 11:00 AM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Zachary E. Mazur | Sarachek Law Firm | Dewan and Sons | 11:00 AM | Zoom(Video and Audio) | yes |
| Neil E McCullagh | Spotts Fain PC | Darnestown Road Property LP | 11:00 AM | Zoom(Video and Audio) | yes |
| Garvan F McDaniel | Hogan McDaniel | Premium Asset Management | 11:00 AM | Zoom(Video and Audio) | yes |
| Maura P McIntyre | Squire Patton Boggs (US) LLP | | 11:00 AM | Audio Only | no |
| Brian J. McLaughlin | Offit Kurman, PA | | 11:00 AM | Zoom(Video and Audio) | yes |
| Jennifer McLemore | Williams Mullen | Ardena LR LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Dennis A. Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | 11:00 AM | Zoom(Video and Audio) | yes |
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco | 11:00 AM | Zoom(Video and Audio) | yes |
| Evan T. Miller | Saul Ewing LLP | Topmost Design Co., Ltd. | 11:00 AM | Zoom(Video and Audio) | yes |
| David F Mills | Narron Wenzel, PA | B & C Properties of Dunn, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Josef W. Mintz | Blank Rome, LLP | Ollie's Bargain Outlet, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Rudy Morando | BRG | DIP Agent | 11:00 AM | Audio Only | no |

| Stephanie N. Morrison | Weil, Gotshal & Manges | Observer | 11:00 AM | Audio Only | no |
|---|---|---|---|---|---|
| Michael D. Mueller | Williams Mullen | Homestar/Prima Holdings | 11:00 AM | Zoom(Video and Audio) | yes |
| Dharamdas M Nankani | Nankani Management, LLC | Ella Plaza LP | 11:00 AM | Zoom(Video and Audio) | yes |
| Mark Naughton | Tiger Group | Tiger Capital Group | 11:00 AM | Audio Only | yes |
| Stacy L. Newman | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Orren | Kirkland & Ellis LLP | Interested Party | 11:00 AM | Audio Only | no |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Daphne Papadatos | Weil, Gotshal & Manges LLP | Interested party | 11:00 AM | Zoom(Video and Audio) | no |
| Sabrina Pappas | Haynsworth Slinker Boyd | Woodland Village, LLC | 11:00 AM | Audio Only | yes |
| Barbra Parlin | Holland & Knight LLP | Lessors | 11:00 AM | Zoom(Video and Audio) | yes |
| Jimmy Parrish | Baker Hostetler | Brookwood Financial | 11:00 AM | Audio Only | no |
| Evan Parrott | Maynard, Cooper & Gale, P.C. | Fusion Furniture, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Julie Anne Parsons | McCreary, Veselka, | Texas Taxing Authorities | 11:00 AM | Zoom(Video and Audio) | yes |

| | Bragg, & Allen, P.C. | | | | |
|---|---|---|---|---|---|
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Christopher Perkins | | | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Marc J. Phillips | Montgomery McCracken Walker & Rhoads LLP | Attleboro Crossing Associates LLC | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Mark A. Platt | Frost Brown Todd LLC | Tempur Sealy Intl, and affs, WPG Legacy, WPG Mgmt | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| David P. Primack | Manning Gross & Massenburg LLP | TKG Management Inc. | 11:0 0 AM | Audio Only | no |
| Jonathan Randles | | Bloomberg News | 11:0 0 AM | Audio Only | no |
| Catherine Rankin | | | 11:0 0 AM | Audio Only | yes |
| Linda Reece | Perdue Brandon Fielder Collins & Mott LLP | Plano Independent School District | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Wesley T Reeves | | Wesley Reeves | 11:0 0 AM | Zoom(Vide o and Audio) | yes |

| Andrew R Remming | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert A Rich | Hunton Andrews Kurth LLP | N/A | 11:00 AM | Audio Only | no |
| Ashly Riches | Bayard, P.A. | | 11:00 AM | Zoom(Video and Audio) | yes |
| Richard W. Riley | Whiteford, Taylor & Preston LLC | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth | 11:00 AM | Zoom(Video and Audio) | yes |
| Megan Robertson | Schulte, Roth, and Zabel LLP | Pathlight | 11:00 AM | Audio Only | yes |
| Robert Rock | NYS Office of The Attorney General | New York State Department of Taxation and Finance | 11:00 AM | Zoom(Video and Audio) | yes |
| Beth Rogers | Rogers Law Offices | Simmons Bedding Company | 11:00 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers-Churchill | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Laurel Roglen | Ballard Spahr LLP | Various landlords | 11:00 AM | Zoom(Video and Audio) | yes |
| Frederick Brian Rosner | The Rosner Law Group LLC | Dewan & Sons | 11:00 AM | Zoom(Video and Audio) | yes |

| Bradshaw Rost | Tenenbaum & Saas, P.C. | Unison Mooresville, LLC | 11:0 0 AM | Audio Only | no |
| Natalie A. Rowles | MCDERMOTT WILL & EMERY | Official Committee of Unsecured Creditors | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Gregory Ruback | Schulte, Roth, and Zabel LLP | Pathlight | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Alyssa Russell | | | 11:0 0 AM | Audio Only | no |
| KEITH A SCHNEIDER | Goffa | Goffa | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| RICHARD E SCHRIER | SchrierShayne P.C. | Prestige Patio Co., Ltd | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Yameen Salahuddin | Heidari Law Group, PC | Carlos Espinoza Ramirez | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Caroline Salls | | BankruptcyDat a - media | 11:0 0 AM | Audio Only | no |
| Hope Sanchez | | Hope Sanchez | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Joseph E. Sarachek | The Sarachek Law Firm | Attic Products, Dan Dee International, LLC et al | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | RESPAWN | 11:0 0 AM | Zoom(Vide o and Audio) | yes |
| Casey B. Sawyer | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:0 0 AM | Zoom(Vide o and Audio) | yes |

| Anthony Scarcella | Shipman and Goodwin LLP | Levin | 11:00 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Randall F. Scherck | UB Greensfelder LLP | Southpoint Plaza LLC | 11:00 AM | Audio Only | yes |
| Allison Selick | Kelley Drye | landlords | 11:00 AM | Zoom(Video and Audio) | yes |
| Steven Serajeddini | Kirkland & Ellis LLP | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Kelsey V. Sheronas | Obermayer Rebmann Maxwell & Hippel LLP | Bayshore Mall 1A, 1B, and 2 | 11:00 AM | Audio Only | no |
| Michelle Shriro | Singer & Levick, PC | Retail Plaza/B33 | 11:00 AM | Zoom(Video and Audio) | yes |
| Christopher Page Simon | Cross & Simon, LLC | Paragon Windermere, LLC and Lebanon Windermere, LL | 11:00 AM | Zoom(Video and Audio) | yes |
| Chad B. Simon | OTTERBOURG, P.C. | 1903P Loan Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Debra Sinclair | | | 11:00 AM | Audio Only | yes |
| David E. Sklar | | Pomeroy Enterprises, LLC and Northtowne Plaza Prop | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Rachael L Smiley | Ferguson Braswell Fraser Kubasta PC | Steger Towne Crossing, LP | 11:00 AM | Zoom(Video and Audio) | yes |
| Michael Solimani | Cole Schotz P.C. | | 11:00 AM | Zoom(Video and Audio) | yes |
| Katie Elizabeth Spewak | BCLP | XTRA Lease | 11:00 AM | Audio Only | no |
| Paul Starman | | | 11:00 AM | Audio Only | yes |
| Sam Stoltenberg | | | 11:00 AM | Audio Only | no |
| Chase A Stone | Ervin Cohen & Jessup LLP | Clovis I, LLC, Desert Sky Esplanade, LLC, Red Moun | 11:00 AM | Audio Only | yes |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 11:00 AM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 11:00 AM | Audio Only | no |
| Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | NCR Voyix Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Khaled Tarazi | Buchalter | HH-Laveen, LLC | 11:00 AM | Audio Only | yes |
| Domenic Tarquinio | | | 11:00 AM | Audio Only | no |
| Stanley B. Tarr | Blank Rome LLP | PNC Bank | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| William F. Taylor | Whiteford, Taylor & Preston LLC | Certain Utility Companies | 11:00 AM | Zoom(Video and Audio) | yes |
| Amy Taylor | | | 11:00 AM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeff Testa | McCarter & English | Creditor Govind Dayama d/b/a Nandini Textile | 11:00 AM | Zoom(Video and Audio) | yes |
| Christine Thain | | | 11:00 AM | Audio Only | yes |
| Kate Thomas | | | 11:00 AM | Audio Only | no |
| Lawrence Raymond Thomas | Blank Rome LLP | Ollie's Bargain Outlet, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| James Tobia | The Law Office of James Tobia, LLC | Calitex, LLC | 11:00 AM | Audio Only | yes |
| Shelly Trosclair | | Self | 11:00 AM | Zoom(Video and Audio) | no |
| Katina L Tsaganos | Ashby & Geddes | Gordon Brothers Retail Partners | 11:00 AM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | Ulmer & Berne LLP | Shurmer Strongsville | 11:00 AM | Zoom(Video and Audio) | yes |
| Brianna Turner | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |

| Melissa E. Valdez | Perdue Brandon Fielder Collins & Mott | Texas Taxing Authorities | 11:00 AM | Zoom(Video and Audio) | yes |
| Ramakrishnan Valliyathal Subramaniam | | UNIQUE IMPEX | 11:00 AM | Zoom(Video and Audio) | yes |
| Jacqueline S Vance | | | 11:00 AM | Audio Only | no |
| John Vantine | Williams Mullen | Harolds Heirs | 11:00 AM | Zoom(Video and Audio) | yes |
| Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | Walmart | 11:00 AM | Zoom(Video and Audio) | yes |
| Paul Veazey | Stinson LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Grace Venit | Morris Nichols Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Ilana Volkov | McGrail & Bensinger LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| DVIR WEINBERG | | | 11:00 AM | Zoom(Video and Audio) | yes |
| Hasani Wallace | | | 11:00 AM | Audio Only | no |
| Eric Walraven | Beckham Portela | The Marketing Group | 11:00 AM | Zoom(Video and Audio) | yes |
| Steven Walsh | Benesch Friedlander Coplan & Aronoff LLP | Infosys Ltd. | 11:00 AM | Zoom(Video and Audio) | yes |

| A.J. Webb | Frost Brown Todd LLC | Divisions Inc. & Kroger Limited Partnership I | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler fleischer | PPJ, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Carter Wietecha | Kirkland & Ellis LLP | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | NCR Voyix Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Al Williams | Gordon Brothers | Gordon Brothres | 11:00 AM | Zoom(Video and Audio) | yes |
| Jordan Williams | Blank Rome LLP | PNC Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Jenny Zhou | Porzio, Bromberg & Newman, P.C. | Interested Party | 11:00 AM | Audio Only | no |
| lloyd abrams | | conroad associates - creditor | 11:00 AM | Zoom(Video and Audio) | yes |
| brian kahn | | | 11:00 AM | Zoom(Video and Audio) | yes |
| deborah lynn lacy | | creditor | 11:00 AM | Zoom(Video and Audio) | yes |