**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                        Chapter __11__

Case No. __24__-__11967__ (__JKS__)

Debtor: __Big Lots Inc., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Eve H. Karasik__ to represent __Squaretrade, Inc.__ in this action.

/s/ Michael V. DiPietro

Firm Name: Polsinelli PC
Address: 222 Delaware Ave., Suite 1101
Wilmington, DE 19801
Phone: 302-252-0920
Email: mdipietro@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Eve H. Karasik

Firm Name: Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Address: 2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: (310) 229-1234
Email: EHK@lnbyg.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: January 2nd, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Local Form 105