# **EXHIBIT 2**

Agency Agreement

*See* Exhibit H to GBRP APA