# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Kirkland & Ellis LLP and Young Conaway Stargatt & Taylor, LLP hereby enter their appearances (the "Notice of Appearance") in the above captioned cases as counsel to Gateway BL Acquisition, LLC, pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Joseph Barry (Del. Bar No. 4221) |
| Christopher Marcus, P.C. (*PHV* forthcoming) | Kenneth J. Enos (Del. Bar No. 4544) |
| Nicholas Adzima (*PHV* forthcoming) | Jared W. Kochenash (Del. Bar. No. 6557) |
| 601 Lexington Avenue | Rodney Square |
| New York, New York 10022 | 1000 North King Street |
| Telephone: (212) 446-4800 | Wilmington, Delaware 19801 |
| Email: christopher.marcus@kirkland.com | Telephone: (302) 571-6600 |
| nicholas.adzima@kirkland.com | Facsimile: (302) 571-1253 |
| | Email: jbarry@ycst.com |
| -and- | kenos@ycst.com |
| | jkochenash@ycst.com |
| Judson Brown, P.C. (*PHV* forthcoming) | |
| McClain Thompson (*PHV* forthcoming) | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | |
| Telephone: (212) 446-4800 | |
| Email: judson.brown@kirkland.com | |
| mcclain.thompson@kirkland.com | |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended and shall not be deemed to waive the rights of Gateway BL Acquisition, LLC: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gateway BL Acquisition, LLC are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

[*Remainder of page intentionally left blank.*]

Dated: January 3, 2025
Wilmington, Delaware

/s/ Jared Kochenash
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph Barry (Del. Bar No. 4221)
Kenneth J. Enos (Del. Bar No. 4544)
Jared W. Kochenash (Del. Bar. No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:          jbarry@ycst.com
                kenos@ycst.com
                jkochenash@ycst.com

*Co-Counsel for Gateway BL Acquisition, LLC*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher Marcus, P.C. (*PHV* forthcoming)
Nicholas Adzima (*PHV* forthcoming)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Email:     christopher.marcus@kirkland.com
           nicholas.adzima@kirkland.com

-and-

Judson Brown, P.C. (*PHV* forthcoming)
McClain Thompson (*PHV* forthcoming)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (212) 446-4800
Email:     judson.brown@kirkland.com
           mcclain.thompson@kirkland.com

*Co-Counsel for Gateway BL Acquisition, LLC*