**Exhibit B**

**Schedule of Outstanding Post-Petition Invoices**

| Invoice No. | Invoice Date | Open Amount |
|---|---|---|
| 2400001497 | 9/13/2024 | $860.60 |
| 2400001499 | 9/13/2024 | $533.75 |
| 2400001506 | 9/13/2024 | $5,417.79 |
| 2400001536 | 9/17/2024 | $703.79 |
| 2400001702 | 9/19/2024 | $750.00 |
| 2400002766 | 10/15/2024 | $272.50 |
| 2400002768 | 10/15/2024 | $2,798.71 |
| 2400002769 | 10/15/2024 | $250.00 |
| 2400002770 | 10/15/2024 | $9,093.40 |
| 2400002773 | 10/15/2024 | $759.22 |
| 2400003037 | 10/17/2024 | $250.00 |
| 2400003039 | 10/17/2024 | $6,623.74 |
| 2400003140 | 10/21/2024 | $375.00 |
| 2400003141 | 10/21/2024 | $412.60 |
| 2400003142 | 10/21/2024 | $250.00 |
| 2400003144 | 10/21/2024 | $580.00 |
| 2400003149 | 10/21/2024 | $710.71 |
| 2400003154 | 10/21/2024 | $608.20 |
| 2400003157 | 10/21/2024 | $446.58 |
| 2400003165 | 10/21/2024 | $844.38 |
| 2400003264 | 10/22/2024 | $750.00 |
| 2400003269 | 10/22/2024 | $750.00 |
| 2400003279 | 10/22/2024 | $407.37 |
| 2400003284 | 10/22/2024 | $250.00 |
| 2400003290 | 10/22/2024 | $554.56 |
| 2400003293 | 10/22/2024 | $2,965.43 |
| 2400003342 | 10/23/2024 | $375.00 |
| 2400003620 | 10/25/2024 | $399.84 |
| 2400003623 | 10/25/2024 | $977.60 |
| 2400003680 | 10/25/2024 | $625.00 |
| 2400003764 | 10/28/2024 | $3,057.64 |
| 2400003896 | 10/29/2024 | $750.00 |
| 2400003898 | 10/29/2024 | $4,454.36 |
| 2400003907 | 10/29/2024 | $375.00 |
| 2400004305 | 11/1/2024 | $375.00 |
| 2400004381 | 11/4/2024 | $1,783.11 |
| 2400004382 | 11/4/2024 | $250.00 |
| 2400004383 | 11/4/2024 | $562.50 |

| Invoice No. | Invoice Date | Open Amount |
|---|---|---|
| 2400004385 | 11/4/2024 | $250.00 |
| 2400004386 | 11/4/2024 | $1,471.52 |
| 2400004423 | 11/5/2024 | $4,020.73 |
| 2400004556 | 11/6/2024 | $802.51 |
| 2400004719 | 11/8/2024 | $375.00 |
| 2400005047 | 11/15/2024 | $375.00 |
| 2400005053 | 11/15/2024 | $419.47 |
| 2400005136 | 11/18/2024 | $798.40 |
| 2400005137 | 11/18/2024 | $375.00 |
| 2400005271 | 11/19/2024 | $16,851.11 |
| 2400005311 | 11/20/2024 | $2,134.56 |
| 2400005403 | 11/21/2024 | $405.95 |
| 2400005510 | 11/22/2024 | $811.87 |
| 2400005541 | 11/22/2024 | $675.40 |
| 2400005584 | 11/25/2024 | $875.00 |
| 2400005585 | 11/25/2024 | $1,235.88 |
| 2400006748 | 12/5/2024 | $562.50 |
| 2400006752 | 12/5/2024 | $270.62 |
| 2400006757 | 12/5/2024 | $562.50 |
| 2400007199 | 12/10/2024 | $500.00 |
| 2400007212 | 12/10/2024 | $625.00 |
| 2400007215 | 12/10/2024 | $2,782.27 |
| 2400007223 | 12/10/2024 | $394.57 |
| 2400007227 | 12/10/2024 | $6,529.99 |
| 2400007238 | 12/10/2024 | $1,626.55 |
| 2400007246 | 12/10/2024 | $3,680.23 |
| 2400007741 | 12/13/2024 | $270.58 |
| 2400007811 | 12/13/2024 | $2,763.58 |
| 2400007816 | 12/13/2024 | $270.64 |
| 2400007819 | 12/13/2024 | $270.64 |
| 2400007824 | 12/13/2024 | $272.93 |
| 2400007825 | 12/13/2024 | $270.62 |
| 2400007828 | 12/13/2024 | $1,077.56 |
| 2400007829 | 12/13/2024 | $270.64 |
| 2400007864 | 12/16/2024 | $4,233.58 |
| 2400007865 | 12/16/2024 | $250.00 |
| 2400007868 | 12/16/2024 | $2,983.59 |
| 2400008473 | 12/20/2024 | $2,704.49 |
| 2400008485 | 12/20/2024 | $15,070.49 |
| 2400008486 | 12/20/2024 | $2,126.60 |
| 2400008491 | 12/20/2024 | $1,831.77 |
| 2400008517 | 12/22/2024 | $403.58 |

| Invoice No. | Invoice Date | Open Amount |
|---|---|---:|
| 2400008518 | 12/22/2024 | $1,000.00 |
| 2400008561 | 12/23/2024 | $2,107.56 |
| 2400008564 | 12/23/2024 | $1,000.00 |
| 2400008583 | 12/23/2024 | $250.00 |
| 2400008605 | 12/23/2024 | $2,622.52 |
| 2400008612 | 12/23/2024 | $500.00 |
| 2400008620 | 12/23/2024 | $375.00 |
| 2400008628 | 12/23/2024 | $375.00 |
| 2400008632 | 12/23/2024 | $266.56 |
| 2400008634 | 12/23/2024 | $270.64 |
| 2400008642 | 12/23/2024 | $250.00 |
| 2400008654 | 12/23/2024 | $4,900.03 |
| 2400008673 | 12/23/2024 | $375.00 |
| 2400008678 | 12/23/2024 | $5,875.47 |
| 2400008683 | 12/23/2024 | $4,938.82 |
| 2400008685 | 12/23/2024 | $5,327.02 |
| 2400008688 | 12/23/2024 | $325.51 |
| 2400008697 | 12/24/2024 | $4,984.83 |
| 2400008699 | 12/24/2024 | $250.00 |
| 2400008702 | 12/24/2024 | $3,993.21 |
| 2400008706 | 12/24/2024 | $250.00 |
| 2400008709 | 12/24/2024 | $375.00 |
| 2400008717 | 12/24/2024 | $7,833.09 |
| 2400008730 | 12/24/2024 | $500.00 |
| 2400008736 | 12/24/2024 | $500.00 |
| 2400008739 | 12/24/2024 | $375.00 |
| 2400008742 | 12/24/2024 | $250.00 |
| 2400008747 | 12/24/2024 | $250.00 |
| 2400008756 | 12/24/2024 | $250.00 |
| 2400008760 | 12/24/2024 | $250.00 |
| 2400008768 | 12/24/2024 | $375.00 |
| 2400008775 | 12/24/2024 | $250.00 |
| 2400008816 | 12/24/2024 | $270.32 |
| 2400008819 | 12/24/2024 | $270.00 |
| 2400008822 | 12/24/2024 | $375.00 |
| 2400008824 | 12/24/2024 | $4,010.71 |
| 2400008826 | 12/24/2024 | $1,069.58 |
| 2400008829 | 12/24/2024 | $250.00 |
| 2400008830 | 12/24/2024 | $250.00 |
| 2400008834 | 12/24/2024 | $267.50 |
| 2400008837 | 12/24/2024 | $250.00 |
| 2400008840 | 12/24/2024 | $250.00 |

| Invoice No. | Invoice Date | Open Amount |
|---|---|---|
| 2400008843 | 12/24/2024 | $825.00 |
| 2400008847 | 12/24/2024 | $250.00 |
| 2400008850 | 12/24/2024 | $250.00 |
| 2400008853 | 12/24/2024 | $270.00 |
| 2400008857 | 12/24/2024 | $250.00 |
| 2400008859 | 12/24/2024 | $482.75 |
| NAT/261-1346843 | 12/16/2024 | $2,883.74 |
|  | **Total:** | **$200,606.16** |