## **Exhibit C**

**Outstanding Post-Petition Invoices**



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/13/2024** |

| Invoice Number |
|---|
| **CD2400001497** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #0838
1925 CLEVELAND ROAD
Ste G
WOOSTER, OH 44691

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157600 | Net due in 60 Days | 08/23/2024 | C242017 | 242028 |

**COMPLETED**  08/27/2024        **Tracking #** WO-157600

Customer reported:
Exterior auto entrance door won't auto open. The inside sensor seems damaged.

Technician made repairs and replaced the following listed materials:
Header Latch

Job complete, tested for proper operation.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 4.00 EA | LABOR Entry Door | 125.00 | 500.00 |
| 1.00 EA | Header Latch | 235.60 | 235.60 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 860.60 |
| **SUB-TOTAL** | 860.60 |
| **Tax:** | 0.00 |
| **Invoice Total** | 860.60 |
| **Advanced Payments** | 0.00 |
| **TOTAL DUE [USD]** | 860.60 |

10130
Big Lots

INVOICE:    CD2400001497

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

## Work Service Report
ASSA ABLOY Entrance Systems

**ASSA ABLOY**

| Ordernr | Date | Customer | Invoice receiver |
|---|---|---|---|
| 1017483 | 2024-08-27 | 44691005 | CD0600 |

Customer
Big Lots # 838 # 838
1925 Cleveland Road
44691 Wooster, OH                    44691

Invoice receiver
DH Pace Attn: Accts Payable
1901 E 119th St
66061 Olathe, KS                     66061

| | | | |
|---|---|---|---|
| Activity type | Call | Contact | Stephanie bender |
| Customer reference | P241648 | Technician | Ramirez,325003 Jerome |
| Start / End | 12:05 - 14:20 | Installation type | Keane Monroe Slider |
| Status | Work done | Installation | 974234 |
| | | | exterior entrance |

Symptom        BD 160 Lock/Unlock Problem
Problem        200 Lock
Solution       120 Replaced
Remark(s)      Header latch broke, needs replaced
               Replaced header latch made sure it was adjusted to door
               Ran door to test everythings operational

               Part approval by Andrea

| Description | Quantity |
|---|---|
| Bolt,Header | 1.00 |

Signature

Stephanie bender

# Work Service Report
ASSA ABLOY Entrance Systems

**ASSA ABLOY**

| Ordernr | Date | Customer | Invoice receiver |
|---|---|---|---|
| 1017483 | 2024-08-27 | 44691005 | CD0600 |

| Customer | | Invoice receiver | |
|---|---|---|---|
| Big Lots # 838 # 838 | | DH Pace Attn: Accts Payable | |
| 1925 Cleveland Road | | 1901 E 119th St | |
| 44691 Wooster, OH | 44691 | 66061 Olathe, KS | 66061 |

| Activity type | Call | Contact | Stephanie bender |
|---|---|---|---|
| Customer reference | P241648 | Technician | Ramirez,325003 Jerome |
| Start / End | 12:05 - 14:20 | Installation type | Keane Monroe Slider |
| Status | Work done | Installation | 974234 |
| | | | exterior entrance |

| Symptom | BD 160 Lock/Unlock Problem |
|---|---|
| Problem | 200 Lock |
| Solution | 120 Replaced |
| Remark(s) | Header latch broke, needs replaced |
| | Replaced header latch made sure it was adjusted to door |
| | Ran door to test everythings operational |

Part approval by Andrea

| Description | Quantity |
|---|---|
| Bolt,Header | 1.00 |

Signature

Stephanie bender



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/13/2024** |

| Invoice Number |
|---|
| **CD2400001499** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5434
4956 LONG BEACH RD SE STE 8
Ste G
SOUTHPORT, NC 28461

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-156729 | Net due in 60 Days | 08/08/2024 | C241473 | 241438 |

**COMPLETED**  08/21/2024          **Tracking #** WO-156729

Customer reported:
Automatic Entry - left side entrance, outside looking in will not open or close. When you manually slide the door, it sounds like metal-to-metal scraping.

Technician traveled to site and evaluated door for repair. Technician adjusted and remounted the door. Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |

| | |
|---|---|
| TAXABLE | 500.00 |
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 500.00 |
| Tax:   6.75% | 33.75 |
| Invoice Total | 533.75 |
| Advanced Payments | 0.00 |
| **TOTAL DUE [USD]** | 533.75 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400001499

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**
Everything Doors Since 1926

National Accounts Group
Service and Repair
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## AUTOMATIC DOOR SERVICE TICKET

| PURCHASE ORDER # | 2 | 4 | 1 | 2 | 2 | 5 |
|---|---|---|---|---|---|---|

*If more than one door is being serviced, complete a separate Service Ticket for each door.*

CUSTOMER: Big Lots                                         STORE #: 5434

ADDRESS: 4956 Long Beach Rd - Ste 8          CONTACT: Kathi Bonnes

CITY: Southport          STATE: NC     ZIP:          PHONE #: 910-448-4791          DATE:

| EQUIPMENT MANUFACTURER | EQUIPMENT TYPE | STYLE |
|---|---|---|
| ☐ Stanley ☒ Record ☐ Horton ☐ Tormax<br>☐ Besam ☐ Nabco ☐ Dorma ☐ Other ___ | ☒ Slide ☐ Fold ☐ ADA<br>☐ Swing ☐ Revolving ☐ Telescopic | ☒ FBO ☐ Single Swing ☐ Simultaneous Pair<br>☐ FSL ☐ Dbl Egress Swing |

| MODEL | CYCLE COUNT | SENSOR CONFIGURATION |
|---|---|---|
| 5100 FBO | | |

| DH PACE DOOR ID # | CUSTOMER DOOR ID # | MANUFACTURER SERIAL # | DOOR LOCATION / DESCRIPTION |
|---|---|---|---|
| | | | |

| DATE / TIME COMPLETED | ADDITIONAL WORK | QUOTE SENT | WORK COMPLETE |
|---|---|---|---|
| IN: 8/15    OUT: | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

DESCRIPTION OF WORK PERFORMED: ADJUSTED + REMOUNTED DOORS + WHEELS NEED REPLACEMENT ANTIRISE

☐ Store Abuse      ☐ Other Abuse      ☐ Vandalism/Burglary      ☐ Normal Wear and Tear

DESCRIPTION OF ADDITIONAL WORK (if applicable): NEEDS ~~NON CONTROL GUARDS~~ + FBD WEAR PKG.

| SERVICE TECHNICIAN(S) | DATE | TRAVEL TO SITE | TIME IN | TIME OUT | TRAVEL FROM SITE |
|---|---|---|---|---|---|
| GREGG ZILIANI | 8/15/2024 | | 1226 | 2450 | |

| A = ANSI<br>O = Operational<br>AE = Aesthetics | MATERIALS FURNISHED and INSTALLED | | | |
|---|---|---|---|---|
| | QTY | PART NUMBER | | DESCRIPTION |
| ☐A ☐O ☐AE | | | | |
| ☐A ☐O ☐AE | | | | |
| ☐A ☐O ☐AE | | | | |
| ☐A ☐O ☐AE | | | | |
| ☐A ☐O ☐AE | | | | |

AAADM INSPECTION PERFORMED
☒ Yes ☐ No ☐ Not Applicable
DECLINED: ___
(Customer Initial)

☐ **WARNING** · Automatic Pedestrian Door DOES NOT meet
☐ ANSI A156.10 standards    ☐ ANSI A156.19 standards
☐ ANSI A156.27 standards    ☐ ANSI A156.38 standards

ALL AUTOMATIC DOORS MEET
BHMA / ANSI STANDARD
☒ Yes ☐ No

Customer is responsible for conducting Daily Safety Check in accordance with Manufacturer Owner's Manual, and providing safe operation until doors have been AAADM Certified.

TECHNICIAN SIGNATURE          DATE 8/15/2024

PRINT TECHNICIAN'S NAME: GREGG ZILIANI

STORE MANAGER'S SIGNATURE (required for payment)          DATE 8-15-24

PRINT STORE MANAGER'S NAME (required for payment): Nick Pecfelas

12ADST(641NAGSR) Rev. 02/16    Technician on-site approval available by calling 888-643-3667    Copyright © DH Pace Company, Inc. 2016 · All Rights Reserved


Everything Doors Since 1926

**National Accounts Group**
Service and Repair
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## AUTOMATIC DOOR SERVICE TICKET

PURCHASE ORDER # | 2 | 4 | 1 | 2 | 2 | 5

*If more than one door is being serviced, complete a separate Service Ticket for each door.*

CUSTOMER: Big Lots                                               STORE #: 5434

ADDRESS: 4956 Long Beach Rd - Ste 8          CONTACT: Kathi Bonnes

CITY: Southport          STATE: NC    ZIP:          PHONE #: 910-448-4791          DATE:

| EQUIPMENT MANUFACTURER | | | | EQUIPMENT TYPE | | | STYLE | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Stanley ☒ Record | ☐ Horton | ☐ Tormax | | ☒ Slide ☐ Fold ☐ ADA | | | ☒ FBO ☐ Single Swing ☐ Simultaneous Pair | | |
| ☐ Besam ☐ Nabco | ☐ Dorma | ☐ Other | | ☐ Swing ☐ Revolving ☐ Telescopic | | | ☐ FSL ☐ Dbl Egress Swing | | |

| MODEL | CYCLE COUNT | SENSOR CONFIGURATION |
|---|---|---|
| 5100 FBO | | |

| DH PACE DOOR ID # | CUSTOMER DOOR ID # | MANUFACTURER SERIAL # | DOOR LOCATION / DESCRIPTION |
|---|---|---|---|
| | | | |

| | DATE / TIME COMPLETED | ADDITIONAL WORK | QUOTE SENT | WORK COMPLETE |
|---|---|---|---|---|
| IN: 8/15 | OUT: | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

DESCRIPTION OF WORK PERFORMED: ADJUSTED + RENOUNTED DOORS + WHEELS NEED REPLACEMENT ANTIRSE

☐ Store Abuse   ☐ Other Abuse   ☐ Vandalism/Burglary   ☐ Normal Wear and Tear

DESCRIPTION OF ADDITIONAL WORK (if applicable): NEEDS NON CONTROL BOARD + FBO WEAR PKG.

| SERVICE TECHNICIAN(s) | DATE | TRAVEL TO SITE | TIME IN | TIME OUT | TRAVEL FROM SITE |
|---|---|---|---|---|---|
| GREGG ZILIANI | 8/15/2024 | | 1226 | 2450 | |

| A = ANSI O = Operational AE = Aesthetics | | MATERIALS FURNISHED and INSTALLED | |
|---|---|---|---|
| | QTY | PART NUMBER | DESCRIPTION |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |

AAADM INSPECTION PERFORMED
☒ Yes ☐ No ☐ Not Applicable

DECLINED:
(Customer Initial)

☐ **WARNING** · Automatic Pedestrian Door DOES NOT meet
☐ ANSI A156.10 standards   ☐ ANSI A156.19 standards
☐ ANSI A156.27 standards   ☐ ANSI A156.38 standards

ALL AUTOMATIC DOORS MEET
BHMA / ANSI STANDARD
☒ Yes ☐ No

Customer is responsible for conducting Daily Safety Check in accordance with Manufacturer Owner's Manual, and providing safe operation until doors have been AAADM Certified.

TECHNICIAN SIGNATURE          DATE 8/15/2024

PRINT TECHNICIAN'S NAME   GREGG ZILIANI

STORE MANAGER'S SIGNATURE (required for payment)

PRINT STORE MANAGER'S NAME (required for payment)   Nick Pefelos

DATE 8-15-24

12ADST(641NAGSR) Rev. 02/16    Technician on-site approval available by calling 888-643-3667    Copyright © DH Pace Company, Inc. 2016 · All Rights Reserved



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/13/2024** |

| Invoice Number |
|---|
| **CD2400001506** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #5272
1998 STATE ROUTE 44
Ste G
NEW SMYRNA BEACH, FL 32168

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157176 | Net due in 60 Days | 08/15/2024 | C241734 | 241742 |

**COMPLETED** 09/04/2024        **Tracking #** WO-157176

Customer reported:
Automatic entry door is slow to open and is making a "howling" noise.

Technician made repairs and replaced the following listed materials:
Stanley Dura 3000
Hanger Wheels
Stanley Duraglide Motor/gearbox
Lubricant 1000
Stanley Threshold
Filler Strip

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | BAAN LABOR | 125.00 | 125.00 |
| 3.00 EA | BAAN LABOR-additional labor initial | 125.00 | 375.00 |
| 6.00 EA | BAAN LABOR-2 techs | 250.00 | 1,500.00 |
| 1.00 EA | BAAN Trip Charge | 125.00 | 125.00 |
| 1.00 EA | BAAN Trip Charge | 250.00 | 250.00 |
| 1.00 EA | Stanley Duraglide Motor/gearbox | 1,664.84 | 1,664.84 |
| 4.00 EA | Hanger Wheels | 166.96 | 667.84 |
| 2.00 EA | Filler Strip | 10.08 | 20.16 |
| 1.00 EA | Lubricant 1000 | 34.72 | 34.72 |
| 3.00 EA | Stanley Threshold | 70.21 | 210.63 |
| 2.00 EA | Stanley Dura 3000 | 222.30 | 444.60 |

    Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/13/2024** |

| Invoice Number |
|---|
| **CD2400001506** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 5,417.79 |
| **SUB-TOTAL** | 5,417.79 |
| **Tax:** | 0.00 |
| **Invoice Total** | 5,417.79 |
| **Advanced Payments** | 0.00 |
| **TOTAL DUE [USD]** | 5,417.79 |

10130
Big Lots

INVOICE:    CD2400001506

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926
DHPace.com/Florida

**DH Pace Door Services Group**

| 7576 Kingspointe Pkwy, Ste #100 | 4521 S.W. Cargo Way | 9855 Mining Dr, Ste #102 | 4951 Tampa West Blvd. |
|---|---|---|---|
| Orlando, FL 32819 | Palm City, FL 34990 | Jacksonville, FL 32257 | Tampa, FL 33634 |
| P 407-563-3668 | P 772-220-8392 | P 904-831-8850 | P 813-329-3667 |
| F 844-878-8669 | FL LIC #CBC1266659 | | F 844-878-8669 |

| Customer ID | 418347-092 |
|---|---|
| Customer | N A G - Big Lots |
| Work Ordered By | Big Lots #5272 |
| | 1998 STATE ROUTE 44 |
| | NEW SMYRNA BEACH, FL |
| | 32168 |
| | (405) 364-7823 |

| Date | 08/16/2024 | Order | 681842 |
|---|---|---|---|

See on Site

Authorized By   Erin Locklear*

Problem Description:
 Door is howling and slow to op

Door Location:
 Exterior exit automatic slider

PO Reference
WO-157176

### MATERIALS FURNISHED and INSTALLED

| QTY | WHSE | PART NO. | DESCRIPTION |
|---|---|---|---|
| 1.00 | 212 | R313443 | Stanley duraglide motor/gb asy |
| 4.00 | 212 | 312729S | DURA/GL HANGER WHEEL ASSY(OEM) |
| 2.00 | 212 | DC517350 | Stanley DURA.3000 BOTTOM GUIDE |

| SERVICE TECH | DATE | COMP Y/N | SHOP IN | SHOP OUT | JOB IN | JOB OUT | JOB IN | JOB OUT | JOB IN | JOB OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrion, Edwin | 08/16 | N | | | 07:10 | 08:28 | 13:21 | | | |
| Carrion, Juan | 08/16 | N | | | 07:10 | 08:27 | 13:24 | | | |

Description of Work:

Tech troubleshoot issue reported door making noice, opening slow. Tech found worn out bottom guides, top outer carrige wheels worn out bearings and motor gear box assembly leaking. Tech replaced parts on hand but unfortunately after further observation, Threshold worn out beyond repair do to old bottom guides. Tech will need to return with parts to correct remaining issues. Door will not be operational, dragging on threshold. Only use manualy to avoid further damages to other components.

Safety & Compliance:

An AAADM Inspection has been performed.

CUSTOMER NOTICE: Warranty for labor is 30 days and replaced parts 90 days. Any unsatisfactory work must be reported to the company within 10 days or work will be considered acceptable. The minimum restocking fee for any returned merchandise is 25%.

Work accepted as satisfactory and complete by
Authorized Customer Representative:

08/16/2024
Haley mabrey

| Subtotal | |
|---|---|
| Taxes | |
| **Total** | |
| **Amount Collected** | |
| Payment Type | A/R |

Please complete our customer survey at DHPaceFlorida.com/MySurvey and enter code:   `5554E242`

12/13MST(999)                                Copyright © DH Pace Company, Inc. 2016 • All Rights Reserved



**DH Pace Door Services Group**

| 7576 Kingspointe Pkwy, Ste #100 | 4521 S.W. Cargo Way | 9855 Mining Dr, Ste #102 | 4951 Tampa West Blvd. |
|---|---|---|---|
| Orlando, FL 32819 | Palm City, FL 34990 | Jacksonville, FL 32257 | Tampa, FL 33634 |
| P 407-563-3668 | P 772-220-8392 | P 904-831-8850 | P 813-329-3667 |
| F 844-878-8669 | | | F 844-878-8669 |

Everything Doors Since 1926

DHPace.com/Florida

FL LIC #CBC1266659

| Customer ID | 418347-092 |
|---|---|
| Customer | N A G - Big Lots |
| Work Ordered By | Big Lots #5272 |
| | 1998 STATE ROUTE 44 |
| | NEW SMYRNA BEACH, FL |
| | 32168 |
| | (405) 364-7823 |

| Date | 08/16/2024 | Order | 681842 |
|---|---|---|---|

See on Site

Authorized By    Erin Locklear*

Problem Description:
Door is howling and slow to op

Door Location:
Exterior exit automatic slider

PO Reference
WO-157176

### MATERIALS FURNISHED and INSTALLED

| QTY | WHSE | PART NO. | DESCRIPTION |
|---|---|---|---|
| 1.00 | 212 | R313443 | Stanley duraglide motor/gb asy |
| 4.00 | 212 | 312729S | DURA/GL HANGER WHEEL ASSY(OEM) |
| 2.00 | 212 | DC517350 | Stanley DURA.3000 BOTTOM GUIDE |

| SERVICE TECH | DATE | COMP Y/N | SHOP IN | SHOP OUT | JOB IN | JOB OUT | JOB IN | JOB OUT | JOB IN | JOB OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrion, Edwin | 08/16 | N | | | 07:10 | 08:28 | 13:21 | | | |
| Carrion, Juan | 08/16 | N | | | 07:10 | 08:27 | 13:24 | | | |

Description of Work:

Tech troubleshoot issue reported door making noice, opening slow. Tech found worn out bottom guides, top outer carrige wheels worn out bearings and motor gear box assembly leaking. Tech replaced parts on hand but unfortunately after further observation, Threshold worn out beyond repair do to old bottom guides. Tech will need to return with parts to correct remaining issues. Door will not be operational, dragging on threshold. Only use manualy to avoid further damages to other components.

Safety & Compliance:

An AAADM Inspection has been performed.

CUSTOMER NOTICE: Warranty for labor is 30 days and replaced parts 90 days. Any unsatisfactory work must be reported to the company within 10 days or work will be considered acceptable. The minimum restocking fee for any returned merchandise is 25%.

Work accepted as satisfactory and complete by
Authorized Customer Representative:

08/16/2024
Haley mabrey

| Subtotal | |
|---|---|
| Taxes | |
| **Total** | |
| **Amount Collected** | |
| Payment Type | A/R |

Please complete our customer survey at DHPaceFlorida.com/MySurvey and enter code:    5554E242

Copyright © DH Pace Company, Inc. 2016 • All Rights Reserved



# DH PACE®
## Everything Doors Since 1926
DHPace.com/Florida

**DH Pace Door Services Group**

| 7576 Kingspointe Pkwy, Ste #100 | 4521 S.W. Cargo Way | 9855 Mining Dr, Ste #102 | 4951 Tampa West Blvd. |
|---|---|---|---|
| Orlando, FL 32819 | Palm City, FL 34990 | Jacksonville, FL 32257 | Tampa, FL 33634 |
| **P** 407-563-3668 | **P** 772-220-8392 | **P** 904-831-8850 | **P** 813-329-3667 |
| **F** 844-878-8669 | | | **F** 844-878-8669 |

FL LIC #CBC1266659

| | |
|---|---|
| Customer ID | 418347-092 |
| Customer | N A G - Big Lots |
| Work Ordered By | Big Lots #5272 |
| | 1998 STATE ROUTE 44 |
| | NEW SMYRNA BEACH, FL |
| | 32168 |
| | (405) 364-7823 |

| | |
|---|---|
| Date | 09/04/2024 |
| See on Site | |
| Authorized By | Erin Locklear* |

Order 681842

Problem Description:
Door is howling and slow to op

Door Location:
Exterior exit automatic slider

PO Reference
WO-157176

### MATERIALS FURNISHED and INSTALLED

| QTY | WHSE | PART NO. | DESCRIPTION |
|---|---|---|---|
| 3.00 | ORL | 515260 | Stanley thold clr 6" w/vnltap |
| 2.00 | ORL | 411795 | stanley fillerstrip for 515262 |

| SERVICE TECH | DATE | COMP Y/N | SHOP IN | SHOP OUT | JOB IN | JOB OUT | JOB IN | JOB OUT | JOB IN | JOB OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrion, Edwin | 09/04 | Y | | | 07:32 | 09:45 | 13:20 | 13:50 | 17:04 | |
| Lunch | | | 13:20 | 13:50 | | | | | | |
| Carrion, Juan | 09/04 | Y | | | 07:33 | 09:47 | 13:19 | 13:50 | 17:06 | |
| Lunch | | | 13:20 | 13:50 | | | | | | |

Description of Work:

Tech returned with parts to correct issues reported. Tech replaced complete threshold. Tested door operation and locking device. At this time door is operational and secured. Work completed.

Safety & Compliance:

An AAADM Inspection has been performed.

**CUSTOMER NOTICE:** Warranty for labor is 30 days and replaced parts 90 days. Any unsatisfactory work must be reported to the company within 10 days or work will be considered acceptable. The minimum restocking fee for any returned merchandise is 25%.

Work accepted as satisfactory and complete by
Authorized Customer Representative:

09/04/2024
sherree moore

| | |
|---|---|
| Subtotal | |
| Taxes | |
| **Total** | |
| **Amount Collected** | |
| Payment Type | A/R |

Please complete our customer survey at DHPaceFlorida.com/MySurvey and enter code: | 5554E242

Copyright © DH Pace Company, Inc. 2016 • All Rights Reserved

NOT AN INVOICE



**DH PACE** ®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/17/2024** |

| Invoice Number |
|---|
| **CD2400001536** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #1184
520 BERNE SQUARE S/C
Ste G
NEW BERN, NC 28560

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157918 | Net due in 60 Days | 08/30/2024 | C242270 | 242251 |

**COMPLETED** 09/04/2024        **Tracking #** WO-157918

Customer reported:
Automatic exterior exit door is not opening automatically.

Technician traveled to site and assessed door for repairs. Technician reconnected the sensor, relearned door control, cleaned and
adjusted sensors, and installed four new decals. Job complete, tested for proper operation.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 4.00 EA | Decal | 8.57 | 34.28 |
| 4.00 EA | LABOR Entry Door | 125.00 | 500.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 659.28 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 659.28 |
| **Tax:   6.75%** | 44.51 |
| **Invoice Total** | 703.79 |
| **Advanced Payments** | 0.00 |
| **TOTAL DUE [USD]** | 703.79 |

10130
Big Lots

INVOICE:   CD2400001536

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*        Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**National Accounts Group**
Service and Repair
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## AUTOMATIC DOOR SERVICE TICKET

| PURCHASE ORDER # | 2 | 4 | 1 | 8 | 4 | 5 |
|---|---|---|---|---|---|---|

*If more than one door is being serviced, complete a separate Service Ticket for each door.*

CUSTOMER: _Big Lots_                                          STORE #: _1184_

ADDRESS: _520 Berne Square S/c Ste G_                     CONTACT: _Kathi Bonnes_

CITY: _New Bern_      STATE: _NC_   ZIP: _28562_   PHONE #: _252-634-9725_      DATE: _09/04/2024_

| EQUIPMENT MANUFACTURER | | | | EQUIPMENT TYPE | | | STYLE | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Stanley  ☐ Record  ☐ Horton  ☐ Tormax | | | | ☐ Slide  ☐ Fold  ☐ ADA | | | ☐ FBO  ☐ Single Swing | | ☑ Simultaneous Pair |
| ☐ Besam  ☐ Nabco  ☐ Dorma  ☐ Other ___ | | | | ☑ Swing  ☐ Revolving  ☐ Telescopic | | | ☐ FSL  ☐ Dbl Egress Swing | | |

| MODEL | | CYCLE COUNT | | SENSOR CONFIGURATION | |
|---|---|---|---|---|---|
| | | | | | |

| DH PACE DOOR ID # | CUSTOMER DOOR ID # | MANUFACTURER SERIAL # | | DOOR LOCATION / DESCRIPTION | |
|---|---|---|---|---|---|
| | | | | | |

| DATE / TIME COMPLETED | | ADDITIONAL WORK | QUOTE SENT | WORK COMPLETE |
|---|---|---|---|---|
| IN:         OUT: | | ☐ Yes  ☑ No | ☐ Yes  ☑ No | ☑ Yes  ☐ No |

DESCRIPTION OF WORK PERFORMED:  Reconnect overhead door sensor. Relearn door control. Clean & adjust door sensors. Install AAADM safety labels.

_____

☐ Store Abuse      ☐ Other Abuse      ☐ Vandalism/Burglary      ☑ Normal Wear and Tear

DESCRIPTION OF ADDITIONAL WORK (if applicable): _____

| SERVICE TECHNICIAN(s) | DATE | TRAVEL TO SITE | TIME IN | TIME OUT | TRAVEL FROM SITE |
|---|---|---|---|---|---|
| Tyson, Jonathon | 09/04/2024 | 1 hr | 9:15am | 12:39pm | 1 hr |
| | | | | | |

| A = ANSI O = Operational AE = Aesthetics | | MATERIALS FURNISHED and INSTALLED | | |
|---|---|---|---|---|
| | QTY | PART NUMBER | | DESCRIPTION |
| ☐ A  ☐ O  ☐ AE | | | | |
| ☐ A  ☐ O  ☐ AE | | | | |
| ☐ A  ☐ O  ☐ AE | | | | |
| ☐ A  ☐ O  ☐ AE | | | | |
| ☐ A  ☐ O  ☐ AE | | | | |

| AAADM INSPECTION PERFORMED ☑ Yes  ☐ No  ☐ Not Applicable  DECLINED: _____ (Customer Initial) | ☐ **WARNING** • Automatic Pedestrian Door DOES NOT meet ☐ ANSI A156.10 standards   ☐ ANSI A156.19 standards ☐ ANSI A156.27 standards   ☐ ANSI A156.38 standards | ALL AUTOMATIC DOORS MEET BHMA / ANSI STANDARD ☑ Yes  ☐ No |
|---|---|---|

Customer is responsible for conducting Daily Safety Check in accordance with Manufacturer Owner's Manual, and providing safe operation until doors have been AAADM Certified.

TECHNICIAN SIGNATURE                    09/04/2024 DATE        STORE MANAGER'S SIGNATURE (required for payment)                09/04/2024 DATE

Jonathon Tyson
PRINT TECHNICIAN'S NAME

Kimberly Jones
PRINT STORE MANAGER'S NAME (required for payment)

12ADST(641NAGSR) Rev. 02/16      Technician on-site approval available by calling 888-643-3667      Copyright © DH Pace Company, Inc. 2016 • All Rights Reserved



**DHPACE®**
*Everything Doors Since 1926*

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## PURCHASE ORDER

| NTE TOTAL | | | | |
|---|---|---|---|---|
| **750.00** [USD] | | | | |

| | | | | |
|---|---|---|---|---|
| PO # | | **P241845** | Vendor | AMERICAN DOORS AND HARDWARE |
| Work Order # | | WO-157918 | Phone | (252) 689-6060 |
| PO Date | | 8/30/2024 | Fax | |

**PRODUCT TYPE**
**ED Auto Door**

**SCHEDULED**
8/30/2024

**OVERTIME**
**Authorized**

| | |
|---|---|
| Customer | Big Lots |
| Store# | 1184 |
| Asset | 10130-1184-EAE - EAE - Auto Entry |
| Address | 520 BERNE SQUARE S/C<br>Ste G |
| Contact | Kathi Bonnes |
| Phone | 252-634-9725 |
| Problem Description | **Automatic exterior exit door is not opening automatically.** |

Upon jobsite arrival/departure, technician MUST check in/out by calling DH Pace at 816-480-2403** Press 1 to check in/out, Then Press 6 for All Other Accounts. Please provide the Customer Name, PO #, time checking in/out, # of techs, Status: Complete or Quote Needed and brief details.

Technician(s) MUST check in with Manager on Duty upon arrival AND departure.

Signed DH Pace service ticket with legibly printed manager name/signature is required.

If an NTE increase is needed while on site, technician MUST call DH Pace to gain approval prior to proceeding with repairs.

Before and after photos are required for all recommended repairs/replacements at no additional cost.

Please send all itemized NTE requests and corresponding photos to pfgfax@dhpace.com and BigLots@dhpace.com

*All Automatic doors serviced must be AAADM inspected for service calls. Even for glass installations or lock repairs on an automatic door -
AAADM Form is required for payment - Customer MUST SIGN AAADM Form

Copyright © DH Pace Company, Inc. 2012 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## PURCHASE ORDER

By accepting this work order request you are agreeing with the following terms:

**For subcontracted work the Master Subcontract Agreement is incorporated herein and controls this purchase order.**

NTE adjustments can be made while on site. Vendors must submit an itemized quote or call for additional work authorizations.

DH Pace National Accounts will not make payments for unauthorized work.

The following information is required for payment:
· Name, date and signature of Manager or Supervisor on site
· Store stamp if available
· Equipment manufacturer, size, and type of equipment or material serviced
· Detailed description of work completed
· Material and Labor itemized on the invoice
· Any initial service charge/fuel surcharge incurred
· Copy of service ticket (completed to include dates, times and materials used)

Monetary amounts for service work and/or quotes for additional work are to be kept between DH Pace National Accounts and the Vendor.

Under absolutely no circumstance should pricing or quoting amounts be discussed with the customer. By accepting this work order, your company is agreeing to these stipulations. If you require additional monies to complete work, a detailed quote must be sent to DH Pace National Accounts. This quote must include charges incurred.

DH Pace National Accounts will not accept (2) invoices with the same PO#.

All itemized invoices and required paperwork must be submitted within 10 days from completion. Failure to provide your invoice and required paperwork, in a timely manner, may result in non-payment and/or the opportunity of future work. Submit all quotes, invoices,required paperwork, pictures and statements to pfgfax@dhpace.com; or Fax to (866) 635-3667. Hard copies in the mail are not required when received electronically.

70POSC(641NAGSR) Rev 12/12                                Copyright © DH Pace Company, Inc. 2012 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

# PURCHASE ORDER

This contractor and subcontractor shall abide by the requirements of 41 CFR 60-1.4(a). This regulation prohibits discrimination against qualified individuals on the basis of race, color, religion, sex or national origin and requires affirmative action by covered prime contractors and subcontractors to ensure applicants are employed and that employees are treated without regard to race, color, religion, sex or national origin.

This contractor and subcontractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities.

This contractor and subcontractor shall abide by the requirements of 41 CFR 60-300.5(a). This regulation prohibits discrimination against qualified protected veterans, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified protected veterans.

The contractor/subcontractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

Copyright © DH Pace Company, Inc. 2012 • All Rights Reserved



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **09/19/2024** |
| Invoice Number |
| **CD2400001702** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #5288
2530 DAVID H MCLEOD BLVD
Ste G
FLORENCE, SC 29501

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-156053 | Net due in 60 Days | 07/31/2024 | C241174 | 241158 |

**COMPLETED** 08/07/2024          **Tracking #** WO-156053

Customer reported:
Exterior and interior auto entrance doors aren't auto moving. The site things there may be a sensor issue.

Quote declined, closing and billing for incurred costs. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 2.00 EA | LABOR Entry Door 2 man | 250.00 | 500.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 750.00 |
| **SUB-TOTAL** | 750.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 750.00 |
| **Advanced Payments** | 0.00 |
| **TOTAL DUE [USD]** | 750.00 |

10130
Big Lots

INVOICE:  CD2400001702

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
             **1901 E. 119th Street**
             **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**
Everything Doors Since 1926

National Accounts Group
Service and Repair
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

## AUTOMATIC DOOR SERVICE TICKET

PURCHASE ORDER #: 2 4 1 0 0 0

*If more than one door is being serviced, complete a separate Service Ticket for each door.*

CUSTOMER: Big Lots          STORE #: 5288
ADDRESS: 2530 David H. McLeod Blvd. Ste "G"    CONTACT: M.O.D.
CITY: Florence      STATE: S.C.  ZIP: 29501   PHONE #: 843·665·8710      DATE:

| EQUIPMENT MANUFACTURER | EQUIPMENT TYPE | STYLE |
|---|---|---|
| ☑ Stanley ☐ Record ☐ Horton ☐ Tormax ☐ Besam ☐ Nabco ☐ Dorma ☐ Other ___ | ☑ Slide ☐ Fold ☐ ADA ☐ Swing ☐ Revolving ☐ Telescopic | ☑ FBO ☐ Single Swing ☐ Simultaneous Pair ☐ FSL ☐ Dbl Egress Swing |

| MODEL | CYCLE COUNT | SENSOR CONFIGURATION |
|---|---|---|
| Dura-Glide | | IX IO |

| DH PACE DOOR ID # | CUSTOMER DOOR ID # | MANUFACTURER SERIAL # | DOOR LOCATION / DESCRIPTION |
|---|---|---|---|
| | | | Front exterior |

| DATE / TIME COMPLETED | ADDITIONAL WORK | QUOTE SENT | WORK COMPLETE |
|---|---|---|---|
| IN: 11:00   OUT: 12:16 | ☑ Yes ☐ No | ☑ Yes ☐ No | ☐ Yes ☑ No |

DESCRIPTION OF WORK PERFORMED: Stanley Dura-Glide has no power on the sensors.
Control isn't putting out power to sensors, beams and motor to operate
door correctly.  enough

Adjusted sensors on interior sliding door.

☐ Store Abuse  ☐ Other Abuse  ☐ Vandalism/Burglary  ☑ Normal Wear and Tear

DESCRIPTION OF ADDITIONAL WORK (if applicable): ___

| SERVICE TECHNICIAN(s) | DATE | TRAVEL TO SITE | TIME IN | TIME OUT | TRAVEL FROM SITE |
|---|---|---|---|---|---|
| Tyler | 8-1 | 1 hour | 11:00 | 12:16 | 1 hour  30 min |
| Bobby | 8-1 | 1 hour | 11:00 | 12:16 | 1 hour  30 min |

| A = ANSI O = Operational AE = Aesthetics | | MATERIALS FURNISHED and INSTALLED | |
|---|---|---|---|
| | QTY | PART NUMBER | DESCRIPTION |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |
| ☐A ☐O ☐AE | | | |

AAADM INSPECTION PERFORMED
☐ Yes  ☑ No  ☐ Not Applicable
DECLINED: ___
(Customer Initial)

☐ **WARNING** · Automatic Pedestrian Door DOES NOT meet
☐ ANSI A156.10 standards   ☐ ANSI A156.19 standards
☐ ANSI A156.27 standards   ☐ ANSI A156.38 standards

ALL AUTOMATIC DOORS MEET
BHMA / ANSI STANDARD
☐ Yes  ☐ No

Customer is responsible for conducting Daily Safety Check in accordance with Manufacturer Owner's Manual, and providing safe operation until doors have been AAADM Certified.

TECHNICIAN'S SIGNATURE          DATE: 8-1
PRINT TECHNICIAN'S NAME: Tyler Keel

STORE MANAGER'S SIGNATURE (required for payment)
PRINT STORE MANAGER'S NAME (required for payment): Nicholas Tillman
DATE: 8/1/24

12ADST(641NAGSR) Rev. 02/16      Technician on-site approval available by calling 888-643-3667      Copyright © DH Pace Company, Inc. 2016 • All Rights Reserved

# ADVANCED DOOR SYSTEMS

☐ 1010 Berry Shoals Road
Duncan, SC 29334
(864) 848-2770
(800) 868-6293

☐ 1601 Key Road
Columbia, SC 29201
(803) 254-3143
(800) 922-2220

☐ 3260-4 Industry Drive
North Charleston, SC 29418
(843) 552-9748
(888) 293-3567

☐ 106 Sharon Court
Pooler, GA 31322
(912) 748-9606
(888) 691-5956

NAME: Big Lots # 5293

ADDRESS: 2630 David H Mcleod Blvd Ste. "G"

CITY: Florence, SC 29501

CUST. ORDER NO. P.O. # P.24/1000

We recommend that the following work be performed to insure satisfactory operation of your automatic doors. The manufacturer and dealer will not be responsible for any malfunction or liability arising from failure to have this work performed.

## Slider

TYPE OF SERVICE: ☑ STANDARD    ☐ OVERTIME    ☐ MAINT. CONTRACT
☐ WARRANTY    ☐ COD

NATURE OF PROBLEM: Exterior + interior Auto entrance door ARE not working

Automatically. The site things then my be sensor issues.

WORK PERFORMED: Stanley dura glide has no power on the screens.

The control isn't putting out power to screens, beams and motor
to operate the door property. New Control Nuild.

* Adjusted All senors on Interior Sliders And set them to
one way traffic. They Ne functioning properly and as interded

### MANUFACTURER

| DOOR I.D. | PART NAME | QTY. | PART # | SERIAL NO. OLD EQUIP. | QUANTITY | SERIAL NO. NEW EQUIP. | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SEE REVERSE FOR CHECKLIST AND WARRANTY INFORMATION.

| | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| ROUND TRIP TRAVEL TIME | 3 | | |
| ROUND TRIP MILEAGE | | | |
| TIME ON JOB | 1.5 | | |

MATERIALS SUBTOTAL

SURCHARGE

TAX

TOTAL

I acknowledge that the work described in the report has been completed as specified, the service recommendations have been noted, and that I have been given a daily safety checklist. At the time the mechanic departed, the doors were working satisfactorily, except as noted on the report.

_____
CUSTOMER'S SIGNATURE    DATE:

### ANSI SAFETY CHECKLIST

☆ = See recommendation
✓ = Operating satisfactorily

| | DOOR ID | DOOR ID | DOOR ID |
|---|---|---|---|
| CLOSING SPEED @ < 1 FT PER SEC | ✓ | | |
| CLOSING FORCE = < 30 LBF | ✓ | | |
| LATCH CK > = 2" FROM CLOSED POS / LEAF | ✓ | | |
| BREAKOUT = < 50 LBF | ✓ | | |
| TIME DELAY MEETS 8.3.2 | | | |
| ACTIVATING SENSORS | | | |
| WIDTH > = CLEAR OPENING @ 8" & 30" | ✓ | | |
| LENGTH > = 43" FROM FACE OF DOOR @ CTR/Meets 8.1.1 | ✓ | | |
| PROX TO DOOR < = 5" @ CENTER | ✓ | | |
| ONE WAY RE-ENTRY SENSOR | | | |
| LENGTH > = 24" FROM FACE OF DOOR @ CTR | ✓ | | |
| WIDTH > = CLEAR OPENING @ 8" | ✓ | | |
| PROX TO DOOR < = 5" @ CENTER | ✓ | | |
| PRESENCE SENSORS | | | |
| HOLD BEAMS > = 4 @ LDG PER 8.3.2.1 | ✓ | | |
| O.P. THROUGH OPENING MEETS 8.3.2.2 | ✓ | | |
| O.P. SURFACE X 2 MEETS 8.3.2.3 | ✓ | | |
| O.P. SURFACE X 1 MEETS 8.3.2.4 | ✓ | | |
| PRESENCE DETECTION > = 30 SECS | ✓ | | |
| ALL SENSORS DETECT OBJECTS @ 28" HIGH MIN. | ✓ | | |
| KNOWING ACT MEETS 9.1 | | | |
| WALK TEST | ✓ | | |
| CLOSER OR CUT OFF SWITCH | | | |
| BREAKOUT < = 50 LBF @ 1" FROM LEADING EDGE | ✓✓ | | |
| SIGNAGE - EMERGENCY PUSH TO OPEN | | | |
| SIGNAGE - AUTOMATIC DOOR | ✓ | | |
| SIGNAGE - STAND CLEAR | ✓ | | |
| SIGNAGE - (KNOWING ACT) ACTIVATE SWITCH | ✓ | | |
| KNOWING ACT D.E. MEETS 9.2 | | | |

_____
TECHNICIAN'S SIGNATURE    DATE: 8 · 1 · 24





**DHPACE** ®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/15/2024** |

| Invoice Number |
| --- |
| **CD2400002766** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5103
2625 CLEANLEIGH
Ste G
BALTIMORE, MD 21234

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-157742 | Net due in 60 Days | 08/27/2024 | C242137 | 242153 |

**COMPLETED**  10/03/2024            **Tracking #** WO-157742

Customer reported:
Automatic exit won't open when someone is in front of it.
Technician arrived onsite, inspected the door and found additional parts needed. Submitted a quote and the quote was declined. Closing and billing for incurred trip charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Fuel Surcharge | 22.50 | 22.50 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Entry Door Travel Charge | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 272.50 |
| **SUB-TOTAL** | 272.50 |
| **Tax:** | 0.00 |
| **Invoice Total** | 272.50 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 272.50 |

10130
Big Lots

INVOICE:    CD2400002766

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/15/2024** |

| Invoice Number |
|---|
| **CD2400002768** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1371
2305 E 1st St
Vidalia, GA 30474

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158382 | Net due in 60 Days | 09/11/2024 | C242944 | 242819 |

**COMPLETED** 10/04/2024        **Tracking #** WO-158382

Customer reported:
Automatic entry, left door, will not open automatically.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
Material:
ED 400 Operator LH RDS2627-010L
ED400 Control 6 hole RDS2625

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door_initial Trip | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door 2 man | 250.00 | 500.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | ED 400 Operator LH RDS2627-010L | 812.39 | 812.39 |
| 1.00 EA | ED400 Control 6 hole RDS2625 | 892.99 | 892.99 |
| 1.00 EA | Freight | 93.33 | 93.33 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,798.71 |
| **SUB-TOTAL** | 2,798.71 |
| **Tax:** | 0.00 |
| **Invoice Total** | 2,798.71 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,798.71 |

10130
Big Lots

INVOICE:    CD2400002768

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/15/2024** |

| Invoice Number |
|---|
| **CD2400002769** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #0475
750 OHIO RIVER BOULEVARD
Ste G
E. ROCHESTER, PA 15074

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159672 | Net due in 60 Days | 10/04/2024 | C244648 | 244691 |

**COMPLETED**  10/09/2024          **Tracking #** WO-159672

Customer reported:
Automatic exterior sliding doors will not close automatically.
Technician arrived onsite, found the LH top beams not aligned, remounted the beam and cleaned the sensor. Tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400002769

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/15/2024** |
| Invoice Number |
| **CD2400002770** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5209
1450 ANDREWS ROAD
Ste G
MURPHY, NC 28906

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158147 | Net due in 60 Days | 09/04/2024 | C242416 | 242442 |

**COMPLETED** 10/06/2024        **Tracking #** WO-158147

Customer reported:
automatic entry front main customer entrance/exit doors will not open or close properly - electrical has been fixed.
Technician made repairs and replaced the following listed materials, AAADM certified door. The door is working at this time.
Material:
Record Double Op
BEA Receiver
BEA Push Plate
BEA Trans 900MHZ
BEA Jamb

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 5.00 EA | LABOR Entry Door | 125.00 | 625.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Freight | 35.00 | 35.00 |
| 1.00 EA | BEA Receiver | 88.98 | 88.98 |
| 1.00 EA | BEA Trans 900MHZ | 102.06 | 102.06 |
| 2.00 EA | BEA Jamb | 18.00 | 36.00 |
| 2.00 EA | BEA Push Plate | 298.72 | 597.44 |
| 1.00 EA | Record Double Op | 6,514.00 | 6,514.00 |



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
|---|
| **10/15/2024** |

| Invoice Number |
|---|
| **CD2400002770** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 8,498.48 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 8,498.48 |
| **Tax:    7.00%** | 594.92 |
| **Invoice Total** | 9,093.40 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 9,093.40 |

10130
Big Lots

INVOICE:    CD2400002770

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/15/2024** |
| Invoice Number |
| **CD2400002773** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1546
4900 Rogers Ave
Fort Smith, AR 72903

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159224 | Net due in 60 Days | 09/25/2024 | C243874 | 243926 |

**COMPLETED**  10/04/2024          **Tracking #** WO-159224

Customer reported:
Auto exit doors will not open or close. They make a grinding noise when they do work, but will not open all of the way.
Technician made repairs and replaced the following listed materials, tested the door for proper operation. AAADM certified door.
Stanley Dura Forked Guide

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Stanley Dura Forked Guide | 160.00 | 160.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Freight | 33.33 | 33.33 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 693.33 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 693.33 |
| **Tax:    9.50%** | 65.89 |
| **Invoice Total** | 759.22 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 759.22 |

10130
Big Lots

INVOICE:    CD2400002773

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/17/2024** |

| Invoice Number |
|---|
| **CD2400003037** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5318
4633 ROOSEVELT BLVD.
Ste G
MIDDLETOWN, OH 45044

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159834 | Net due in 60 Days | 10/07/2024 | C244792 | 244908 |

**COMPLETED**  10/15/2024          **Tracking #** WO-159834

Customer reported:
Automatic Entrance interior door us off track and not operating properly.
Technician adjusted the antiriser and door to place back on track. Tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400003037

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/17/2024** |

| Invoice Number |
|---|
| **CD2400003039** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1834
150 VESTAL PARKWAY WEST
Ste G
VESTAL, NY 13850

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159164 | Net due in 60 Days | 09/25/2024 | C243858 | 243862 |

**COMPLETED** 10/10/2024        **Tracking #** WO-159164

Customer reported:
Exterior sliding door will not auto open and close.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
HD Drive Assy SL500
Carriage Wheel Assy HD S1500 OEM
Besam FBO Pin Housing
Besam Narrow White T Block
60" Besam FBO Track Cap
IXIO Sensor DT1

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door-Initial trip | 125.00 | 125.00 |
| 4.00 EA | LABOR Entry Door | 125.00 | 500.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | HD Drive Assy SL500 | 2,151.25 | 2,151.25 |
| 1.00 EA | Freight | 72.22 | 72.22 |
| 1.00 EA | Besam Narrow White T Block | 28.66 | 28.66 |
| 10.00 EA | 60" Besam FBO Track Cap | 20.37 | 203.70 |
| 2.00 EA | IXIO Sensor DT1 | 865.52 | 1,731.04 |
| 2.00 EA | Carriage Wheel Assy HD S1500 OEM | 373.40 | 746.80 |
| 1.00 EA | Besam FBO Pin Housing | 324.41 | 324.41 |

*Please Remove Bottom Stub and Return With Your Payment*     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency**
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/17/2024** |
| Invoice Number |
| **CD2400003039** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 6,133.08 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 6,133.08 |
| **Tax:    8.00%** | 490.66 |
| **Invoice Total** | 6,623.74 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 6,623.74 |

10130
Big Lots

INVOICE:    CD2400003039

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/21/2024** |

| Invoice Number |
|---|
| **CD2400003140** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #1922
100 EAST FAIRVIEW AVE.
Ste G
MERIDIAN, ID 83642

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159998 | Net due in 60 Days | 10/09/2024 | C245090 | 245188 |

**COMPLETED**  10/16/2024          **Tracking #** WO-159998

Customer reported:
Exterior auto main entrance doors won't open unless lifted.
Technicians reset the cams on the LH door and tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door 2 man | 250.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400003140

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/21/2024** |

| Invoice Number |
|---|
| **CD2400003141** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1707
15977 S.R. 170
Ste G
CALCUTTA, OH 43920

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160262 | Net due in 60 Days | 10/15/2024 | C245563 | 245677 |

**COMPLETED** 10/16/2024        **Tracking #** WO-160262

Customer reported:
The automatic front handicap door is not opening because the arm is no longer connected
Technician made repairs and replaced the following listed materials, tested for proper operation. AAADM certified door.
Material:
Caution Decal
9V Battery

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | 9V Battery | 17.14 | 17.14 |
| 1.00 EA | Caution Decal | 20.46 | 20.46 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 412.60 |
| **SUB-TOTAL** | 412.60 |
| **Tax:** | 0.00 |
| **Invoice Total** | 412.60 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 412.60 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400003141

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/21/2024** |

| Invoice Number |
|---|
| **CD2400003142** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #1636
300 NORTH TELEGRAPH RD.
Ste G
PONTIAC, MI 48341

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160159 | Net due in 60 Days | 10/15/2024 | C245529 | 245607 |

**COMPLETED**  10/18/2024          **Tracking #** WO-160159

Customer reported:
Automatic exterior entrance door is damaged at the bottom track
Technician arrived onsite, inspected the door and could not duplicate the issue. AAADM certified door and the door is working at this time.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:  CD2400003142

AMOUNT ENCLOSED

REMIT TO:  **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

| NOTICE TO CHECK PAYORS |
|---|

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

| NOTICE TO MISSOURI OWNERS |
|---|

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

| RETURN POLICY FOR COUNTER SALES |
|---|

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/21/2024** |

| Invoice Number |
| --- |
| **CD2400003144** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #0219
1013 OLD HIGHWAY 52
Ste G
MONCKS CORNER, SC 29461

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-155199 | Net due in 60 Days | 07/17/2024 | C24675 | 24662 |

**COMPLETED**  08/07/2024          **Tracking #** WO-155199

Customer reported:
Commercial Sectional - The roll up is not properly working.  The door will not completely shut. The dock doors took an hour to open this morning. It is in the track crooked, it is also uneven and doesn't touch the ground on one side The last technician said it damaged and he couldn't do anything more with it. It was very hard to pull closed also.
Technicians arrived onsite, inspected the door and submitted a quote for repairs. The quote was declined. Closing and billing for incurred trip charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Commercial - 2 Man | 290.00 | 290.00 |
| 1.00 EA | LABOR Commercial 2 man Emergency | 290.00 | 290.00 |

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 580.00 |
| **SUB-TOTAL** | 580.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 580.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 580.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:   CD2400003144

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/21/2024** |
| Invoice Number |
| **CD2400003149** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5372
10150 DORCHESTER ROAD
Ste G
SUMMERVILLE, SC 29485

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-155809 | Net due in 60 Days | 07/26/2024 | C241014 | 241002 |

**COMPLETED**  09/05/2024        **Tracking #** WO-155809

Customer reported:
Automatic Entry, exit door near register one, is not closing completely, possible sensor issue per the store.
Technician arrived onsite for emergency service, adjusted the sensors and tested the door for proper operation. Technician returned and
installed the decals on the door to bring to ANSI safety standards. AAADM cerification complete.
Material:
Decal Kit

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Decal Kit | 85.71 | 85.71 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 710.71 |
| **SUB-TOTAL** | 710.71 |
| **Tax:** | 0.00 |
| **Invoice Total** | 710.71 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 710.71 |

10130
Big Lots

INVOICE:    CD2400003149

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B        Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/21/2024** |

| Invoice Number |
| --- |
| **CD2400003154** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #5492
39 North Plank Rd
Newburgh, NY 12550

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-158496 | Net due in 60 Days | 09/11/2024 | C242940 | 242981 |

**COMPLETED**  09/11/2024        **Tracking #** WO-158496

Customer reported:
Automatic front entry door off track store is going to be unable to secure the store tonight.
Technician arrived onsite for emergency service, adjusted the bottom guides and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 2.00 EA | LABOR Entry Door Emergency | 187.50 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 562.50 |
| --- | --- |
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 562.50 |
| Tax:    8.12% | 45.70 |
| Invoice Total | 608.20 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 608.20 |

10130
Big Lots

INVOICE:   CD2400003154

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company
1901 E. 119th Street
Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE**®
**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/21/2024** |

| Invoice Number |
| --- |
| **CD2400003157** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1877
118 HILLS PLAZA
Ste G
CHARLESTON, WV 25312

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-158551 | Net due in 60 Days | 09/12/2024 | C243021 | 243061 |

**COMPLETED**  09/13/2024          **Tracking #** WO-158551

Customer reported:
Exterior auto entrance door will not close properly causing alarms to be set off. Looks to be off track and cannot secure properly.
Technician arrived onsite for emergency service, relearned the door and tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Job supplies | 42.36 | 42.36 |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 417.36 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 417.36 |
| Tax:    7.00% | 29.22 |
| **Invoice Total** | 446.58 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 446.58 |

10130
Big Lots

INVOICE:    CD2400003157

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

| NOTICE TO CHECK PAYORS |
|---|

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

| NOTICE TO MISSOURI OWNERS |
|---|

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

| RETURN POLICY FOR COUNTER SALES |
|---|

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
Everything Doors Since 1926

*24-Hour Emergency Repair Service*

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/21/2024** |
| Invoice Number |
| **CD2400003165** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #5157
3000 S. HORNER BLVD.
Ste G
SANFORD, NC 27332

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159842 | Net due in 60 Days | 10/08/2024 | C244939 | 245047 |

**COMPLETED**  10/16/2024          **Tracking #** WO-159842

Customer reported:
AE exterior sliding door has to be closed from the outside. Weather stripping also falling off.
Technician 10/8 - Tech arrived on site and checked in with site manager. He inspected and evaluated door for issues and repairs. He performed an AAADM inspection.
10/16 - Tech arrived on site and checked in with the manager on site. He installed new top ball detent assembly on each stationary breakout panel. He tested operation of door and door is working properly. The tech performed an AAADM inspection.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Freight | 3.93 | 3.93 |
| 2.00 EA | ball detent | 80.10 | 160.20 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 789.13 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 789.13 |
| **Tax:    7.00%** | 55.25 |
| **Invoice Total** | 844.38 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 844.38 |

10130
Big Lots

INVOICE:    CD2400003165

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*    Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/22/2024** |
| Invoice Number |
| **CD2400003264** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #1046
204 CEDAR SPRINGS ROAD
Ste G
SPARTANBURG, SC 29302

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159516 | Net due in 60 Days | 09/30/2024 | C244248 | 244402 |

**COMPLETED** 10/09/2024          **Tracking #** WO-159516

Customer reported:
Automatic door is off track. cant secure.
Technician arrived onsite and found the door did not have power. After the power was restored the technician returned and found the door working properly. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 750.00 |
| **SUB-TOTAL** | 750.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 750.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 750.00 |

10130
Big Lots

INVOICE:    CD2400003264

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/22/2024** |

| Invoice Number |
|---|
| **CD2400003269** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #4278
25260 MADISON AVE.
Ste G
MURRIETA, CA 92562

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159886 | Net due in 60 Days | 10/07/2024 | C244796 | 244925 |

**COMPLETED**  10/09/2024          **Tracking #** WO-159886

Customer reported:
Automatic / The front door is stuck and won't open or close
Technician arrived onsite for emergency service, lubricated the wheels and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door - 2 Man ER | 375.00 | 375.00 |
| 1.00 EA | LABOR Entry Door 2 man Emergency | 375.00 | 375.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 750.00 |
| **SUB-TOTAL** | 750.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 750.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 750.00 |

10130
Big Lots

INVOICE:    CD2400003269

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**DHPACE®**
Everything Doors Since 1926

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/22/2024** |

| Invoice Number |
|---|
| **CD2400003279** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #4043
1625 S 4th Ave
Yuma, AZ 85364

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-155911 | Net due in 60 Days | 07/30/2024 | C241134 | 241080 |

**COMPLETED**  08/02/2024        **Tracking #** WO-155911

Customer reported:
Automatic exterior entrance doors are not opening.
Technician found the power switch not working. Replaced with a new power switch and tested the door for proper operation.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Switch, Rocker, Red Transi, 2Pos | 32.37 | 32.37 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 407.37 |
| **SUB-TOTAL** | 407.37 |
| **Tax:** | 0.00 |
| **Invoice Total** | 407.37 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 407.37 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400003279

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH**PACE®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/22/2024** |
| Invoice Number |
| **CD2400003284** |

SOLD TO:

Big Lots
300 Phillip Rd
Columbus, OH 43228

SHIP TO:

Big Lots #4126
1410 PLAZA BLVD
Ste G
NATIONAL CITY, CA 91950

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158107 | Net due in 60 Days | 09/04/2024 | C242413 | 242435 |

**COMPLETED**  09/09/2024          **Tracking #** WO-158107

Customer reported:
Automatic exterior exit doors will not close completely. This makes it extremely difficult to secure.
Technician could not duplicate door issues. Lubricated and tested the door for proper operation.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

---

10130
Big Lots

INVOICE:    CD2400003284

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/22/2024** |

| Invoice Number |
|---|
| **CD2400003290** |

SOLD TO:

Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:

Big Lots #4007
1625 E VALLEY PKWY S
Ste G
ESCONDIDO, CA 92027

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158841 | Net due in 60 Days | 09/17/2024 | C243360 | 243410 |

**COMPLETED**  09/23/2024          **Tracking #** WO-158841

Customer reported:
The power switch to the automatic door is broken. When you switch it to the off position there is still power to the door. Making it difficult to lock exiting the building.
Technician made repairs and replaced the following listed materials, tested the door for proper operation. AAADM certified door.
Material:
Power Switch

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Power Switch | 54.56 | 54.56 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | LABOR Entry Door 2 man | 250.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 554.56 |
| **SUB-TOTAL** | 554.56 |
| **Tax:** | 0.00 |
| **Invoice Total** | 554.56 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 554.56 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:   CD2400003290

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/22/2024** |

| Invoice Number |
| --- |
| **CD2400003293** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #1975
431 - B JAMES AVE
Ste G
GOOSE CREEK, SC 29445

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-158288 | Net due in 60 Days | 09/06/2024 | C242527 | 242567 |

**COMPLETED** 10/02/2024        **Tracking #** WO-158288

Customer reported:
Automatic / Sensor hanging off the door.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
Material:
MC521 slide digital controller
Sensor IXIODT

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 3.00 EA | LABOR Entry Door-Initial Visit | 125.00 | 375.00 |
| 3.00 EA | LABOR Entry Door-Return trip | 125.00 | 375.00 |
| 1.00 EA | MC521 slide digital controller | 1,108.51 | 1,108.51 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Sensor IXIODT | 856.92 | 856.92 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,965.43 |
| **SUB-TOTAL** | 2,965.43 |
| **Tax:** | 0.00 |
| **Invoice Total** | 2,965.43 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,965.43 |

10130
Big Lots

INVOICE:    CD2400003293

AMOUNT ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/23/2024** |
| Invoice Number |
| **CD2400003342** |

SOLD TO:
Big Lots
300 Phillipi Rd
Columbus, OH 43228

SHIP TO:
Big Lots #0257
3309 WEST 16TH STREET
Bedford, IN 47421

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158702 | Net due in 60 Days | 09/16/2024 | C243231 | 243276 |

**COMPLETED**  09/17/2024        **Tracking #** WO-158702

Customer reported:
Automatic / Door latch broken unable to lock exit doors.
Technician arrived onsite for emergency service, adjusted the flush bolt and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400003342

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment       Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/25/2024** |

| Invoice Number |
|---|
| **CD2400003620** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5222
725 STATE RT 440
UNIT 6B
JERSEY CITY, NJ 07304

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158505 | Net due in 60 Days | 09/12/2024 | C243029 | 243026 |

**COMPLETED**  10/08/2024          **Tracking #** WO-158505

Customer reported:
automatic entry - The front main entrance exterior sliding doors will not open and close.
Technician arrived onsite, found additional parts needed. Submitted a quote and the quote was declined. Closing and billing for incurred charges. The door is not working at this time.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 375.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 375.00 |
| Tax:     6.62% | 24.84 |
| **Invoice Total** | 399.84 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 399.84 |

10130
Big Lots

INVOICE:    CD2400003620

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



    Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/25/2024** |

| Invoice Number |
|---|
| **CD2400003623** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1662
923 S MASON RD
KATY, TX 77450

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158937 | Net due in 60 Days | 09/20/2024 | C243513 | 243566 |

**COMPLETED** 10/02/2024        **Tracking #** WO-158937

Customer reported:
Auto Doors / The exterior entry doors are not opening and closing.  The doors are left open.  The interior entrance doors do not open or close due to doors being off track.
Technician replaced on bottom hinge on door 113-871 and found additional parts needed. Submitted a quote and the quote was declined.
Closing and billing for incurred charges.
Material:
Bottom Guide

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Bottom Guide | 153.10 | 153.10 |
| 5.00 EA | LABOR Entry Door | 125.00 | 625.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 903.10 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 903.10 |
| **Tax:    8.25%** | 74.50 |
| **Invoice Total** | 977.60 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 977.60 |

10130
Big Lots

INVOICE:   CD2400003623

AMOUNT ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/25/2024** |

| Invoice Number |
|---|
| **CD2400003680** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1370
1060 WASHINGTON SQ
WASHINGTON, MO 63090

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157692 | Net due in 60 Days | 08/27/2024 | C242105 | 242123 |

**COMPLETED** 09/24/2024        **Tracking #** WO-157692

Customer reported:
Automatic / Front doors are not opening from the outside for people to come in.  Sensor light is red.  They are opening from inside for to people to leave though.  We have them opened and turned off because of this which is letting heat into the building.
Technician arrived onsite and found the door working properly. During AAADM inspection found the door missing decals. Technician returned to install decals and was turned away. The door does not pass ANSI safety standards due to missing decals. ***Doors do not meet ANSI 156.10 safety standards.  DH Pace will relieve itself of any liability on this door. Thank you. ***

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 625.00 |
| **SUB-TOTAL** | 625.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 625.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 625.00 |

10130
Big Lots

INVOICE:    CD2400003680

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.


**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/28/2024** |
| Invoice Number |
| **CD2400003764** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #5441
270 SCHUYLKILL RD
STE G
PHOENIXVILLE, PA 19460

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-158510 | Net due in 60 Days | 09/12/2024 | C243033 | 243029 |

**COMPLETED** 10/08/2024        **Tracking #** WO-158510

Customer reported:
automatic entry - The belt on top of the door that pulls it open and closed has snapped and is hanging there.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified
door.
Material:
Roller Assy 5100 Carrier
Anti-Rise Roller Assy 5100
Bottom Guide FBO 1100
1/2 inch timing belt
Idler Pulley Assy 5100

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 4.00 EA | LABOR Entry Door 2 man | 250.00 | 1,000.00 |
| 8.00 EA | Roller Assy 5100 Carrier | 68.39 | 547.12 |
| 4.00 EA | Anti-Rise Roller Assy 5100 | 95.93 | 383.72 |
| 2.00 EA | Bottom Guide FBO 1100 | 153.10 | 306.20 |
| 12.00 EA | 1/2 inch timing belt | 21.10 | 253.20 |
| 1.00 EA | Idler Pulley Assy 5100 | 192.40 | 192.40 |



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **10/28/2024** |
| Invoice Number |
| **CD2400003764** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 3,057.64 |
| **SUB-TOTAL** | 3,057.64 |
| **Tax:** | 0.00 |
| **Invoice Total** | 3,057.64 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 3,057.64 |

10130
Big Lots

INVOICE:    CD2400003764

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/29/2024** |

| Invoice Number |
|---|
| **CD2400003896** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5225
480 BOSTON RD
STE G
BILLERICA, MA 01821

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158932 | Net due in 60 Days | 09/19/2024 | C243476 | 243521 |

**COMPLETED**  09/24/2024          **Tracking #** WO-158932

Customer reported:
Automatic exterior door off track opened but unable to secure for closing tonight.
Technician arrived onsite for emergency service, reattached the bracket to the door and reset the other door onto the guides. Tested for proper operation. AAADM certified door. The technician was recalled. Technician returned and found the wire form the sensor unplugged. Secured the sensor back in place and made necessary adjustments tested the door and the door is working at this time. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 750.00 |
| SUB-TOTAL | 750.00 |
| Tax: | 0.00 |
| Invoice Total | 750.00 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 750.00 |

10130
Big Lots

INVOICE:    CD2400003896

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/29/2024** |

| Invoice Number |
|---|
| **CD2400003898** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1784
8901 N KNOXVILLE AVE
PEORIA, IL 61615

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158402 | Net due in 60 Days | 09/10/2024 | C242821 | 242856 |

**COMPLETED**  10/17/2024          **Tracking #** WO-158402

Customer reported:
Our exterior set of entrance doors will not open and close automatically. It has to be left standing open currently
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified
door.
Photo Beam Pro
MC521 ProControl Single
I-One-XT sensor

### Sales

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | MC521 ProControl Single | 1,607.56 | 1,607.56 |
| 2.00 EA | Photo Beam Pro | 201.41 | 402.82 |
| 2.00 EA | I-One-XT sensor | 846.99 | 1,693.98 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

## PLEASE PAY FROM THIS INVOICE

### NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 4,454.36 |
| SUB-TOTAL | 4,454.36 |
| Tax: | 0.00 |
| Invoice Total | 4,454.36 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 4,454.36 |

10130
Big Lots

INVOICE:     CD2400003898

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **10/29/2024** |

| Invoice Number |
|---|
| **CD2400003907** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1601
5112 MILLER RD
FLINT, MI 48507

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158893 | Net due in 60 Days | 09/19/2024 | C243467 | 243484 |

**COMPLETED**  09/23/2024          **Tracking #** WO-158893

Customer reported:
The double doors at the exit do not open and close. We had a power surge and they fried the doors and they have not opened or closed
since then.
Technician arrived onsite, inspected 2 doors. Vestibule right door- reconnected and tested the breakaway. Exit double door- reset and
retrained the sensor. Tested the doors for proper operation. AAADM certified both doors.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:   CD2400003907

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment   Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/01/2024** |
| Invoice Number |
| **CD2400004305** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1715
2911 HERSHBERGER RD NW
STE G
ROANOKE, VA 24017

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158197 | Net due in 60 Days | 09/04/2024 | C242402 | 242411 |

**COMPLETED**  09/06/2024          **Tracking #** WO-158197

Customer reported:
Automatic Entry - main exit - broken arm and will not function, we have to prop the door open with a trash can.
Technician made repairs to the arm and tested for proper operation. The door is working at this time. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400004305

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/04/2024** |

| Invoice Number |
|---|
| **CD2400004381** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1380
2184 W UNION BLVD
STE G
BETHLEHEM, PA 18018

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159078 | Net due in 60 Days | 09/24/2024 | C243786 | 243753 |

**COMPLETED** 10/30/2024    **Tracking #** WO-159078

Customer reported:
The exterior entrance and exit doors not opening and closing.
Technician made repairs and replaced the following listed materials as quoted. Tested the doors for proper operation. AAADM certified door.
Material:
Motion Sensor
Positioner Bolt

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Motion Sensor | 663.41 | 663.41 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Positioner Bolt | 369.70 | 369.70 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 1,783.11 |
| **SUB-TOTAL** | 1,783.11 |
| **Tax:** | 0.00 |
| **Invoice Total** | 1,783.11 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,783.11 |

10130
Big Lots

INVOICE: CD2400004381

AMOUNT ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **11/04/2024** |

| Invoice Number |
| --- |
| **CD2400004382** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1188
205 E LEFFEL LN
STE G
SPRINGFIELD, OH 45505

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-160111 | Net due in 60 Days | 10/11/2024 | C245269 | 245383 |

**COMPLETED**  10/15/2024          **Tracking #** WO-160111

Customer reported:
The front auto entrance door isn't auto opening or closing.
Technician arrived onsite, found another technician had already fixed the door. Closing and billing for the incurred charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400004382

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/04/2024** |
| Invoice Number |
| **CD2400004383** |

**SOLD TO:**
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

**SHIP TO:**
Big Lots #5092
5419 ROBERTS RD
STE G
HILLIARD, OH 43026

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159448 | Net due in 60 Days | 09/30/2024 | C244182 | 244281 |

**COMPLETED** 10/01/2024          **Tracking #** WO-159448

Customer reported:
Exterior door is unable to open and seems to be off track.
Technician removed and replaced the worn guide blocks and plastic stops.  AAADM decals were applied, and an AAADM inspection was performed to ensure the door meets ANSI standards

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 2.00 EA | LABOR Entry Door Emergency | 187.50 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 562.50 |
| **SUB-TOTAL** | 562.50 |
| **Tax:** | 0.00 |
| **Invoice Total** | 562.50 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 562.50 |

10130
Big Lots

INVOICE:    CD2400004383

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

### NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

### NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

### RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/04/2024** |

| Invoice Number |
|---|
| **CD2400004385** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4341
7777 W JEWELL AVE
LAKEWOOD, CO 80232

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161172 | Net due in 60 Days | 10/29/2024 | C246739 | 246902 |

**COMPLETED**  10/29/2024          **Tracking #** WO-161172

Customer reported:
2nd Entrance door won't open or close. Is stuck in an open position right now.
Technician straightened the track and made necessary adjustments. Tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400004385

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.


**Everything Doors Since 1926**

24-Hour Emergency Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/04/2024** |

| Invoice Number |
|---|
| **CD2400004386** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1892
1639 US HIGHWAY 74A BYP
SPINDALE, NC 28160

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159374 | Net due in 60 Days | 09/27/2024 | C244053 | 244112 |

**COMPLETED**  10/25/2024          **Tracking #** WO-159374

Customer reported:
Automatic Entry, exterior outside looking in Left entrance door, off track, still automatically opens and closes.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
Material:
End Cap
Breakout RH
Breakout LH
Breakout Profile LH
Breakout Profile RH

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door Initial visit | 125.00 | 250.00 |
| 2.00 EA | LABOR Entry Door Return visit | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | End Cap | 9.25 | 18.50 |
| 1.00 EA | Breakout RH | 222.77 | 222.77 |
| 1.00 EA | Breakout LH | 222.77 | 222.77 |
| 1.00 EA | Breakout Profile LH | 80.60 | 80.60 |
| 1.00 EA | Breakout Profile RH | 80.60 | 80.60 |

   Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

<span style="color:red">24-Hour Emergency
Repair Service</span>

| Invoice Date |
|---|
| **11/04/2024** |

| Invoice Number |
|---|
| **CD2400004386** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 1,375.24 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 1,375.24 |
| **Tax:    7.00%** | 96.28 |
| **Invoice Total** | 1,471.52 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,471.52 |

---

10130
Big Lots

INVOICE:    CD2400004386

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

<span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **11/05/2024** |
| Invoice Number |
| **CD2400004423** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #5438
10611 COURTHOUSE RD
FREDERICKSBURG, VA 22407

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-157867 | Net due in 60 Days | 08/29/2024 | C242221 | 242214 |

**COMPLETED** 10/21/2024     **Tracking #** WO-157867

Customer reported:
automatic entry - Front exterior sliding door on the right side vestibule off track on top and bottom of door. Having issues locking door when closing store. It will not line up properly.
Technician arrived onsite, inspected the door and found parts needed to complete the repair. Technician returned and replaced the quoted parts and tested the door for proper operation. AAADM certified door.
Material:
Record Interlock SX Door Catch
FBO Guide Track 4 a/2 in Per Foot
Bottom Guide Track Cap per ft
Bottom Guide FBO 1100
Carrier Slave Assy
Decal-long red In emergency
Decal-AE Stand Clear
Decal Caution Door

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 3.00 EA | LABOR Entry Door-Initial Visit | 125.00 | 375.00 |
| 8.00 EA | LABOR Entry Door | 125.00 | 1,000.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Record Interlock SX Door Catch | 35.50 | 35.50 |
| 8.00 EA | FBO Guide Track 4 a/2 in Per Foot | 40.29 | 322.32 |
| 1.00 EA | Freight | 111.11 | 111.11 |
| 4.00 EA | Carrier Slave Assy | 332.50 | 1,330.00 |
| 2.00 EA | Decal-long red In emergency | 20.46 | 40.92 |
| 2.00 EA | Decal-AE Stand Clear | 20.46 | 40.92 |
| 2.00 EA | Decal Caution Door | 20.46 | 40.92 |
| 16.00 EA | Bottom Guide Track Cap per ft | 10.49 | 167.84 |
| 2.00 EA | Bottom Guide FBO 1100 | 153.10 | 306.20 |

*Please Remove Bottom Stub and Return With Your Payment*     Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
|---|
| **11/05/2024** |
| Invoice Number |
| **CD2400004423** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---:|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 4,020.73 |
| **SUB-TOTAL** | 4,020.73 |
| **Tax:** | 0.00 |
| **Invoice Total** | 4,020.73 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 4,020.73 |

10130
Big Lots

INVOICE:    CD2400004423

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B        Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency
Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/06/2024** |
| Invoice Number |
| **CD2400004556** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5396
2750C N ROBERTS AVE
STE G
LUMBERTON, NC 28358

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159262 | Net due in 60 Days | 09/25/2024 | C243902 | 243958 |

**COMPLETED** 11/05/2024     **Tracking #** WO-159262

Customer reported:
Will not open when you walk up to it.
Technicians arrived onsite, inspected the door and found additional parts needed. Submitted a quote for repairs and the quote was declined. Closing and billing for incurred trip charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door 2 man | 250.00 | 500.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 750.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 750.00 |
| Tax:    **7.00%** | 52.51 |
| **Invoice Total** | 802.51 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 802.51 |

---

10130
Big Lots

INVOICE:    CD2400004556

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*     Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment   Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/08/2024** |
| Invoice Number |
| **CD2400004719** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1847
7301 S PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73159

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161460 | Net due in 60 Days | 11/02/2024 | C247119 | 247290 |

**COMPLETED** 11/05/2024          **Tracking #** WO-161460

Customer reported:
Auto entrance door is not opening and feels extremely heavy. The auto exit doors won't stay close and remain open for too long.
Technician made the following adjustments: Ext. entry door: Reset the LZRs and adjusted the hold open time.
Ext. exit: Adjusted the close check on the operator, adjusted the controller settings, reset the LZRs, and adjusted the activation sensor.
AAADM certified doors.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400004719

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

| NOTICE TO CHECK PAYORS |
| --- |

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

| NOTICE TO MISSOURI OWNERS |
| --- |

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

| RETURN POLICY FOR COUNTER SALES |
| --- |

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/15/2024** |
| Invoice Number |
| **CD2400005047** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1797
2008 MEMORIAL BLVD
SPRINGFIELD, TN 37172

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157180 | Net due in 60 Days | 08/15/2024 | C241736 | 241743 |

**COMPLETED** 10/08/2024      **Tracking #** WO-157180

Customer reported:
Both inner and outer doors are not opening and closing automatically. Looks like sensors are not working.
Technician found additional parts needed, submitted a quote for repairs and the quote was declined. Closing and billing for incurred.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 375.00 |
| SUB-TOTAL | 375.00 |
| Tax: | 0.00 |
| Invoice Total | 375.00 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400005047

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B      Please Remove Bottom Stub and Return With Your Payment      Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment      Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency**
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/15/2024** |
| Invoice Number |
| **CD2400005053** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4647
3303 98TH ST
STE G
LUBBOCK, TX 79423

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161918 | Net due in 60 Days | 11/08/2024 | C247653 | 247841 |

**COMPLETED**  11/12/2024          **Tracking #** WO-161918

Customer reported:
Gap under the door, weatherstripping is failing.
Technician installed caulking to the threshold and tested for proper operation.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Caulk | 12.50 | 12.50 |
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 387.50 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 387.50 |
| Tax:    8.25% | 31.97 |
| **Invoice Total** | 419.47 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 419.47 |

10130
Big Lots

INVOICE:    CD2400005053

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH**PACE®
*Everything Doors Since 1926*

<span style="color:red">24-Hour Emergency
Repair Service</span>

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/18/2024** |
| Invoice Number |
| **CD2400005136** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5369
15715 US HIGHWAY 36
STE G
MARYSVILLE, OH 43040

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161283 | Net due in 60 Days | 10/30/2024 | C246863 | 247031 |

**COMPLETED**   11/11/2024     **Tracking #** WO-161283

Customer reported:
Automatic Entry - front entrance - The front entrance door is not opening every time it is only opening half of the time. It works from the inside just not the outside. Site has reported have cleaned the sensor off on multiple times.
Technician assessed issue, removed non functioning sensor, furnished and installed new outside sensor, tested for proper operation, and AAADM inspected.
Material:
Motion Detector SMR #10

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Motion Detector SMR #10 | 423.40 | 423.40 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 798.40 |
| **SUB-TOTAL** | 798.40 |
| **Tax:** | 0.00 |
| **Invoice Total** | 798.40 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 798.40 |

10130
Big Lots

INVOICE:   CD2400005136

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
                  **1901 E. 119th Street**
                  **Olathe, KS 66061**



    <span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>     Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/18/2024** |
| Invoice Number |
| **CD2400005137** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1160
1155 S SHANNON ST
VAN WERT, OH 45891

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162047 | Net due in 60 Days | 11/12/2024 | C247948 | 248063 |

**COMPLETED**  11/15/2024        **Tracking #** WO-162047

Customer reported:
Automatic exit doors continuously open and close on their own. Door attempts to close but does not and stays open.
Technician arrived onsite, inspected the door and found the door working properly. The sign on the door was not taped down and
potentially causing the door to have an issue. AAADM certified door. The door is working at this time.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 1.00 EA | LABOR Entry Door Emergency | 187.50 | 187.50 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400005137

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/19/2024** |

| Invoice Number |
|---|
| **CD2400005271** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1622
1336 WHIPPLE AVE NW
STE G
CANTON, OH 44708

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157487 | Net due in 60 Days | 08/21/2024 | C241920 | 241925 |

**COMPLETED** 11/15/2024     **Tracking #** WO-157487

Customer reported:
Exterior auto entrance door sensor was ripped off. The frame by the latch was also damaged.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified
door.
Material:
Tormax TTX 1201 Pair Operators
Continuous Hinges
Flat Scan Sensors
Standard Locking
BEA Motion Sensor
Misc Shop Supplies

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door-Initial Visit | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door-Initial Visit | 125.00 | 125.00 |
| 8.00 EA | LABOR Entry Door 2 man | 250.00 | 2,000.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | Tormax TTX 1201 Pair Operators | 8,722.22 | 8,722.22 |
| 1.00 EA | Freight | 38.88 | 38.88 |
| 4.00 EA | Flat Scan Sensors | 942.85 | 3,771.40 |
| 1.00 EA | Standard Locking | 121.42 | 121.42 |
| 1.00 EA | BEA Motion Sensor | 650.78 | 650.78 |
| 2.00 EA | Continuous Hinges | 442.85 | 885.70 |
| 1.00 EA | Misc Shop Supplies | 35.71 | 35.71 |



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
|---|
| **11/19/2024** |
| Invoice Number |
| **CD2400005271** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 16,851.11 |
| **SUB-TOTAL** | 16,851.11 |
| **Tax:** | 0.00 |
| **Invoice Total** | 16,851.11 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 16,851.11 |

10130
Big Lots

INVOICE:   CD2400005271

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/20/2024** |

| Invoice Number |
|---|
| **CD2400005311** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4133
15351 E HAMPDEN AVE
AURORA, CO 80013

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161251 | Net due in 60 Days | 10/30/2024 | C246858 | 247026 |

**COMPLETED** 10/31/2024          **Tracking #** WO-161251

Customer reported:
Door will not automatically open and close, kept open while we are open.
Technician inspected door and found sensor needed to be replaced. Technician replaced the sensor, cleaned the tracks and relearned the door parameters. Removed the poster that was blocking the safety beams and tested the door for proper operation. AAADM certified door.
Material:
ACTIVATION & SAF SENSOR W/CAM

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | ACTIVATION & SAF SENSOR W/CAM | 1,634.56 | 1,634.56 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,134.56 |
| **SUB-TOTAL** | 2,134.56 |
| **Tax:** | 0.00 |
| **Invoice Total** | 2,134.56 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,134.56 |

10130
Big Lots

INVOICE:     CD2400005311

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH**PACE®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **11/21/2024** |

| Invoice Number |
| --- |
| **CD2400005403** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1926
1590 GEORGE DIETER DR
EL PASO, TX 79936

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-161154 | Net due in 60 Days | 10/28/2024 | C246644 | 246808 |

**COMPLETED**  11/14/2024          **Tracking #** WO-161154

Customer reported:
Automatic doors located front entrance, the interior set is not opening or closing.
Technician inspected the door for repairs. Submitted a quote and the quote was declined. Closing and billing for incurred charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

| | |
| --- | --- |
| **TAXABLE** | 375.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:    8.25%** | 30.95 |
| **Invoice Total** | 405.95 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 405.95 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400005403

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/22/2024** |
| Invoice Number |
| **CD2400005510** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1886
3410 HIGHWAY 6
SUGAR LAND, TX 77478

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162505 | Net due in 60 Days | 11/19/2024 | C248575 | 248784 |

**COMPLETED** 11/21/2024          **Tracking #** WO-162505

Customer reported:
Exit door won't work with operator. Can't hold open either. Only one door is opening on exit door with the operator. Site thinks it may be warranty but we have been out and replaced superscans not operators
Technician arrived onsite and found issue with the operators. Closing and billing for incurred charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 5.00 EA | LABOR Entry Door | 125.00 | 625.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 750.00 |
|---|---|
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 750.00 |
| Tax:    8.25% | 61.87 |
| Invoice Total | 811.87 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 811.87 |

10130
Big Lots

INVOICE:    CD2400005510

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/22/2024** |
| Invoice Number |
| **CD2400005541** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4471
900 US HIGHWAY 491
GALLUP, NM 87301

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161655 | Net due in 60 Days | 11/05/2024 | C247260 | 247451 |

**COMPLETED**  11/19/2024          **Tracking #** WO-161655

Customer reported:
Automatic Entrance/Exit Doors / Front sliding doors will not close, however can be secured. Manual operation only.
Technician adjusted open and close torque, adjusted both sensors, lubed belt and guides. Door is now working as it should.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 4.00 EA | LABOR Entry Door | 125.00 | 500.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 625.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 625.00 |
| **Tax:    8.05%** | 50.40 |
| **Invoice Total** | 675.40 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 675.40 |

10130
Big Lots

INVOICE:    CD2400005541

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/25/2024** |

| Invoice Number |
|---|
| **CD2400005584** |

| SOLD TO: | SHIP TO: |
|---|---|
| Big Lots | Big Lots #4365 |
| 300 PHILLIPI RD | 1955 FOOTHILL BLVD |
| COLUMBUS, OH 43228 | STE G |
| | LA VERNE, CA 91750 |

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160383 | Net due in 60 Days | 10/17/2024 | C245756 | 245869 |

**COMPLETED** 10/18/2024        **Tracking #** WO-160383

Customer reported:
Front door not operating, stuck and will not close.
Technicians arrived onsite, inspected the door and found the cable wrapped around the rollers. Removed the cable and adjusted the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door 2 man Emergency | 375.00 | 750.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 875.00 |
| **SUB-TOTAL** | 875.00 |
| **Tax:** | 0.00 |
| **Invoice Total** | 875.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 875.00 |

| 10130 | INVOICE: CD2400005584 | AMOUNT ENCLOSED | |
|---|---|---|---|
| Big Lots | | | |

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B        *Please Remove Bottom Stub and Return With Your Payment*        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **11/25/2024** |
| Invoice Number |
| **CD2400005585** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1179
2853 CENTRAL DR
BEDFORD, TX 76021

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161248 | Net due in 60 Days | 10/30/2024 | C246853 | 247023 |

**COMPLETED** 11/22/2024          **Tracking #** WO-161248

Customer reported:
Automatic Entry - front entrance - site is reporting door not opening or closing on its own, please inspect for repair.
Technician made repairs and replaced the sensor harness and tested the door for proper operation. AAADM certified door.
Material:
Sensor Harness

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door Initial visit | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door Return Visit | 125.00 | 250.00 |
| 1.00 EA | Sensor Harness | 499.55 | 499.55 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Freight | 17.15 | 17.15 |
| 1.00 EA | Service Call Entry Door Initial visit | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 1,141.70 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 1,141.70 |
| **Tax:    8.25%** | 94.18 |
| **Invoice Total** | 1,235.88 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,235.88 |

10130
Big Lots

INVOICE:    CD2400005585

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/05/2024** |

| Invoice Number |
|---|
| **CD2400006748** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1009
196 Gause Blvd W
Slidell, LA 70460

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161851 | Net due in 60 Days | 11/07/2024 | C247533 | 247715 |

**COMPLETED**  11/08/2024        **Tracking #** WO-161851

Customer reported:
Exit door behind register is not working.
Technician adjusted the pivots and door height. Tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 2.00 EA | LABOR Entry Door Emergency | 187.50 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 562.50 |
| **SUB-TOTAL** | 562.50 |
| **Tax:     8.70%** | 0.00 |
| **Invoice Total** | 562.50 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 562.50 |

10130
Big Lots

INVOICE:    CD2400006748

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B         *Please Remove Bottom Stub and Return With Your Payment*        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

<span style="color:red">24-Hour Emergency Repair Service</span>

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/05/2024** |
| Invoice Number |
| **CD2400006752** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4772
9669 FM 1960 BYPASS RD W
HUMBLE, TX 77338

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-162821 | Net due in 60 Days | 11/26/2024 | C249578 | 249839 |

**COMPLETED**  11/27/2024          **Tracking #** WO-162821

Customer reported:
Automatic Entrance/Exit Doors / doors will not close properly.
Technician adjusted the threshold and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
| --- | --- |
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    8.25%** | 20.62 |
| **Invoice Total** | 270.62 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.62 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400006752

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 - F/B          <span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926

<span style="color:red">24-Hour Emergency
Repair Service</span>

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/05/2024** |

| Invoice Number |
|---|
| **CD2400006757** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1134
112 BLANCHARD ST
STE 2
WEST MONROE, LA 71291

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162761 | Net due in 60 Days | 11/26/2024 | C249616 | 249838 |

**COMPLETED**  11/27/2024          **Tracking #** WO-162761

Customer reported:
Automatic Doors / Front exit doors will not push open properly in the case of an emergency.
Technician adjusted the door and tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | EMERGENCY - EDS Service Call | 187.50 | 187.50 |
| 2.00 EA | LABOR Entry Door Emergency | 187.50 | 375.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 562.50 |
| **SUB-TOTAL** | 562.50 |
| **Tax:  10.44%** | 0.00 |
| **Invoice Total** | 562.50 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 562.50 |

10130
Big Lots

INVOICE:    CD2400006757

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



**DH PACE**
Everything Doors Since 1926

<span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>    Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/10/2024** |
| Invoice Number |
| **CD2400007199** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0286
1714 MILTON AVE
JANESVILLE, WI 53545

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-157537 | Net due in 60 Days | 08/22/2024 | C241971 | 241977 |

**COMPLETED**  10/16/2024        **Tracking #** WO-157537

Customer reported:
Automatic swinging exterior entry door is not closing properly. The bottom of the door is getting stuck on the rubber pad.
Technician adjusted the door and found the doors in poor condition. Technician returned and inspected the door again and found no
additional repairs could be done. Closing and billing for incurred charges.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 500.00 |
| **SUB-TOTAL** | 500.00 |
| Tax:    5.50% | 0.00 |
| **Invoice Total** | 500.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 500.00 |

10130
Big Lots

INVOICE:   CD2400007199

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
                  **1901 E. 119th Street**
                  **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/10/2024** |

| Invoice Number |
|---|
| **CD2400007212** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0409
5450 DIVISION AVE S
STE G
KENTWOOD, MI 49548

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161114 | Net due in 60 Days | 10/28/2024 | C246659 | 246823 |

**COMPLETED** 11/11/2024      **Tracking #** WO-161114

Customer reported:
ER service to secure exterior automatic door.
Technician inspected the door and found additional repairs needed. Technician returned and repaired the damaged wiring. Tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 625.00 |
| **SUB-TOTAL** | 625.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 625.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 625.00 |

10130
Big Lots

INVOICE:   CD2400007212

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*      Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/10/2024** |

| Invoice Number |
|---|
| **CD2400007215** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1668
76 E SCHROCK RD
WESTERVILLE, OH 43081

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158014 | Net due in 60 Days | 09/03/2024 | C242326 | 242345 |

**COMPLETED** 11/13/2024          **Tracking #** WO-158014

Customer reported:
Automatic interior exit door had a wire fall down.
Technician made repairs and replaced the following listed materials as quoted. Additional repairs were recommended but declined.
Closing and billing for incurred.
Material:
Safety Beams Stanley
Control MC521 Pro Dual Stanley

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 4.00 EA | LABOR Entry Door Initial visit | 125.00 | 500.00 |
| 5.00 EA | LABOR Entry Door Return | 125.00 | 625.00 |
| 2.00 EA | Safety Beams Stanley | 140.99 | 281.98 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Control MC521 Pro Dual Stanley | 1,125.29 | 1,125.29 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,782.27 |
| **SUB-TOTAL** | 2,782.27 |
| **Tax:   7.50%** | 0.00 |
| **Invoice Total** | 2,782.27 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,782.27 |

10130
Big Lots

INVOICE:    CD2400007215

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/10/2024** |
| Invoice Number |
| **CD2400007223** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1188
205 E LEFFEL LN
STE G
SPRINGFIELD, OH 45505

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-162014 | Net due in 60 Days | 11/11/2024 | C247828 | 248026 |

**COMPLETED**  11/14/2024        **Tracking #** WO-162014

Customer reported:
These doors will not open the power buttons do not work.
The interior automatic doors do not open the power switches do not work.
Technician made repairs and replaced the following listed materials:
Switch

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Switch | 19.57 | 19.57 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 394.57 |
| **SUB-TOTAL** | 394.57 |
| **Tax:    7.25%** | 0.00 |
| **Invoice Total** | 394.57 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 394.57 |

10130
Big Lots

INVOICE:    CD2400007223

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**




80INV(999) Rev. 06/12 · F/B        Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved


**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/10/2024** |
| Invoice Number |
| **CD2400007227** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0235
10415 SAINT CHARLES ROCK RD
SAINT ANN, MO 63074

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160829 | Net due in 60 Days | 10/21/2024 | C246041 | 246183 |

**COMPLETED** 11/19/2024          **Tracking #** WO-160829

Customer reported:
Auto entrance door not opening or closing; grinding noise.
Technician made repairs and replaced the following listed materials as quoted. AAADM certified door.
Material:
515059 Idler Assy
Timing Belt 3/4 width L075
411842 Breakout Switch Assy
R313443 Motor/gearbox assy
3981479 Rep Plugs
LH/RH Bottom Guides FSL 515192/515193
711741 Hanger Foam Pad
414011 Load Wheel Assy
411709 Door Holder 15"
411624 Weatherstrip Felt

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door 2 man | 250.00 | 500.00 |
| 7.00 EA | LABOR Entry Door 2 man | 250.00 | 1,750.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | 515059 Idler Assy | 185.90 | 185.90 |
| 21.00 EA | Timing Belt 3/4 width L075 | 41.01 | 861.21 |
| 2.00 EA | 411842 Breakout Switch Assy | 128.81 | 257.62 |
| 1.00 EA | R313443 Motor/gearbox assy | 1,363.21 | 1,363.21 |
| 6.00 EA | 3981479 Rep Plugs | 0.70 | 4.20 |
| 2.00 EA | LH/RH Bottom Guides FSL 515192/515193 | 62.17 | 124.34 |
| 1.00 EA | 711741 Hanger Foam Pad | 2.27 | 2.27 |
| 4.00 EA | 414011 Load Wheel Assy | 180.62 | 722.48 |
| 1.00 EA | 411709 Door Holder 15" | 157.68 | 157.68 |
| 28.00 EA | 411624 Weatherstrip Felt | 3.61 | 101.08 |

          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
| --- |
| **12/10/2024** |

| Invoice Number |
| --- |
| **CD2400007227** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 6,529.99 |
| **SUB-TOTAL** | 6,529.99 |
| **Tax:  11.23%** | 0.00 |
| **Invoice Total** | 6,529.99 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 6,529.99 |

10130
Big Lots

INVOICE:    CD2400007227

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/10/2024** |

| Invoice Number |
|---|
| **CD2400007238** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1964
5807 E SAM HOUSTON PKWY N
HOUSTON, TX 77049

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161156 | Net due in 60 Days | 10/29/2024 | C246674 | 246851 |

**COMPLETED** 11/22/2024        **Tracking #** WO-161156

Customer reported:
Automatic Entrance/Exit Doors / Exterior exit doors are not closing properly.  They will stay open for too long and then when they start to close, they will open right back up and no one is there.  Seems to be a sensor issue.
Technician made repairs and replaced the following listed materials:
Superscan II

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door-Initial Visit | 125.00 | 250.00 |
| 2.00 EA | LABOR Entry Door-Return Visit | 125.00 | 250.00 |
| 1.00 EA | Superscan II | 728.85 | 728.85 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Freight | 23.73 | 23.73 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 1,502.58 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 1,502.58 |
| **Tax:** 8.25% | 123.97 |
| **Invoice Total** | 1,626.55 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,626.55 |

10130
Big Lots

INVOICE:    CD2400007238

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/10/2024** |
| Invoice Number |
| **CD2400007246** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0493
5121 SW 29TH ST
TOPEKA, KS 66614

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-161875 | Net due in 60 Days | 11/07/2024 | C247519 | 247700 |

**COMPLETED**  11/27/2024          **Tracking #** WO-161875

Customer reported:
Opening very slowly
Technician made repairs and replaced the following listed materials as quoted. AAADM certified door.
Material:
Belt 11 feet
Breakout Hangers
Panic Catch
Ball Detents
Bug Guard 8 feet
Gyrotech BTM
Pile Weatherstrip 14 feet
Hookbolt Cover
Interlocks
Glass Stop 12 feet
Decal Caution
Optex Safety Beam

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Optex Safety Beam | 330.77 | 330.77 |
| 1.00 EA | Belt 11 feet | 375.10 | 375.10 |
| 2.00 EA | Breakout Hangers | 92.06 | 184.12 |
| 2.00 EA | Panic Catch | 88.65 | 177.30 |
| 2.00 EA | Ball Detents | 71.61 | 143.22 |
| 1.00 EA | Bug Guard 8 feet | 73.35 | 73.35 |
| 2.00 EA | Gyrotech BTM | 228.45 | 456.90 |
| 1.00 EA | Pile Weatherstrip 14 feet | 95.86 | 95.86 |
| 1.00 EA | Hookbolt Cover | 9.54 | 9.54 |
| 4.00 EA | Interlocks | 15.04 | 60.16 |
| 1.00 EA | Glass Stop 12 feet | 320.28 | 320.28 |
| 4.00 EA | Decal Caution | 21.68 | 86.72 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 6.00 EA | LABOR Entry Door | 125.00 | 750.00 |



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
| --- |
| **12/10/2024** |

| Invoice Number |
| --- |
| **CD2400007246** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 1,250.00 |
| **NON-TAXABLE** | 2,313.32 |
| **SUB-TOTAL** | 3,563.32 |
| **Tax:    9.35%** | 116.91 |
| **Invoice Total** | 3,680.23 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 3,680.23 |

10130
Big Lots

INVOICE:    CD2400007246

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
             **1901 E. 119th Street**
             **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

80INV(999) Rev. 06/12 · F/B      Please Remove Bottom Stub and Return With Your Payment      Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |
| Invoice Number |
| **CD2400007741** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1606
40 JACKSON ST
STE G
METHUEN, MA 01844

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162600 | Net due in 60 Days | 11/22/2024 | C248996 | 249231 |

**COMPLETED** 11/27/2024        **Tracking #** WO-162600

Customer reported:
The interior entrance slide door not closing when "ON"
Technician arrived onsite, inspected the doors and found the safety beams not meeting. Made adjustments and secured the safety beams and tested the door for proper operation. AAADM certiied door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | Misc Supplies/hardware | 10.29 | 20.58 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 270.58 |
| **SUB-TOTAL** | 270.58 |
| Tax:    6.25% | 0.00 |
| **Invoice Total** | 270.58 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.58 |

10130
Big Lots

INVOICE:    CD2400007741

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |
| Invoice Number |
| **CD2400007811** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1027
2222 TEXOMA PKWY
SHERMAN, TX 75090

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159824 | Net due in 60 Days | 10/07/2024 | C244791 | 244922 |

**COMPLETED**  11/01/2024          **Tracking #** WO-159824

Customer reported:
Automatic Entrance/Exit Doors - Not sure the Exact issue.  The doors are not opening or shutting correctly.  The bottom plate is not level and is raised on the edges.  The service light came on.  Today we had to leave them on complete open with no shutting so it wouldn't hit the customers.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
Motor Drive Assembly
Threshold

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | Initial Labor | 125.00 | 250.00 |
| 4.00 EA | Return Labor | 125.00 | 500.00 |
| 1.00 EA | Initial Trip charge | 125.00 | 125.00 |
| 1.00 EA | Freight | 70.86 | 70.86 |
| 1.00 EA | Motor Drive Assembly | 1,315.50 | 1,315.50 |
| 1.00 EA | Threshold | 166.60 | 166.60 |
| 1.00 EA | Return Trip charge | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 2,552.96 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 2,552.96 |
| Tax:   8.25% | 210.62 |
| **Invoice Total** | 2,763.58 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,763.58 |

10130
Big Lots

INVOICE:   CD2400007811

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
                     **1901 E. 119th Street**
                     **Olathe, KS 66061**



**Everything Doors Since 1926**

80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**DHPACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |

| Invoice Number |
|---|
| **CD2400007816** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4134
6300 RUFE SNOW DR
NORTH RICHLAND HILLS, TX 76148

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160837 | Net due in 60 Days | 10/21/2024 | C246079 | 246221 |

**COMPLETED**  10/24/2024          **Tracking #** WO-160837

Customer reported:
Auto north side facing doors not opening/closing. Not responding when power switch is set to on site has to move doors manually.
Technician adjusted the sidelite and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:     8.25%** | 20.64 |
| **Invoice Total** | 270.64 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.64 |

10130
Big Lots

INVOICE:    CD2400007816

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |

| Invoice Number |
|---|
| **CD2400007819** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4145
4400 S BROADWAY AVE
TYLER, TX 75703

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160330 | Net due in 60 Days | 10/17/2024 | C245726 | 245845 |

**COMPLETED**  10/24/2024          **Tracking #** WO-160330

Customer reported:
Interior auto entrance doors are off track and aren't able to auto open or close.
Technician adjusted the antirisers and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    8.25%** | 20.64 |
| **Invoice Total** | 270.64 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.64 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400007819

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |

| Invoice Number |
|---|
| **CD2400007824** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1582
6225 ALLISONVILLE RD
INDIANAPOLIS, IN 46220

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160027 | Net due in 60 Days | 10/10/2024 | C245155 | 245261 |

**COMPLETED**  10/10/2024         **Tracking #** WO-160027

Customer reported:
automatic front exterior door not working properly door is not able to be closed fully track is damaged unable to secure.
Technician cleaned under the threshold and resecured. Tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | misc supplies/hardware | 21.43 | 21.43 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 21.43 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 271.43 |
| **Tax:    7.00%** | 1.50 |
| **Invoice Total** | 272.93 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 272.93 |

10130
Big Lots

INVOICE:    CD2400007824

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**®
Everything Doors Since 1926

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |

| Invoice Number |
|---|
| **CD2400007825** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4772
9669 FM 1960 BYPASS RD W
HUMBLE, TX 77338

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-160845 | Net due in 60 Days | 10/21/2024 | C246070 | 246215 |

**COMPLETED** 10/22/2024          **Tracking #** WO-160845

Customer reported:
Auto exterior main entrance keeps opening/closing.
Technician adjusted the sensor and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:   8.25%** | 20.62 |
| **Invoice Total** | 270.62 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.62 |

10130
Big Lots

INVOICE:   CD2400007825

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |
| Invoice Number |
| **CD2400007828** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4632
507 N HIGHWAY 77
STE 300
WAXAHACHIE, TX 75165

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159171 | Net due in 60 Days | 09/24/2024 | C243798 | 243850 |

**COMPLETED** 10/15/2024        **Tracking #** WO-159171

Customer reported:
Automatic entry exterior door is missing the control knob.
Technician made repairs and replaced the following listed materials as quoted. AAADM certified door.
Unislide 5-way Knob Switch
Sensor Cover Protector

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | Initial Labor | 125.00 | 250.00 |
| 1.00 EA | Return Labor | 125.00 | 125.00 |
| 1.00 EA | Initial Trip charge | 125.00 | 125.00 |
| 1.00 EA | Sensor Cover Protector | 130.23 | 130.23 |
| 1.00 EA | Freight | 37.20 | 37.20 |
| 1.00 EA | Unislide 5-way Knob Switch | 203.01 | 203.01 |
| 1.00 EA | Return Trip charge | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 995.44 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 995.44 |
| **Tax:    8.25%** | 82.12 |
| **Invoice Total** | 1,077.56 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,077.56 |

10130
Big Lots

INVOICE:    CD2400007828

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



**Everything Doors Since 1926**

Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/13/2024** |

| Invoice Number |
|---|
| **CD2400007829** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1664
315 E COMMERCE ST
UNIT B
BROWNWOOD, TX 76801

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158363 | Net due in 60 Days | 09/10/2024 | C242775 | 242817 |

**COMPLETED**  09/11/2024          **Tracking #** WO-158363

Customer reported:
Automatic interior entrance door is popping out at the top and getting stuck.
Technician adjusted the ball detent and tested the door for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    8.25%** | 20.64 |
| **Invoice Total** | 270.64 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.64 |

10130
Big Lots

INVOICE:    CD2400007829

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/16/2024** |

| Invoice Number |
| --- |
| **CD2400007864** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1742
1601 E PRICE RD
BROWNSVILLE, TX 78521

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-159630 | Net due in 60 Days | 10/02/2024 | C244507 | 244636 |

**COMPLETED** 10/21/2024        **Tracking #** WO-159630

Customer reported:
Automatic Entry - Entrance Doors are not opening correctly. Doors feels heavy when trying to open them.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. AAADM certified door.
Material:
Condor Slide Stanley Durgilide
Activation & Safety Sensor
Bottom Guides

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | Initial Labor | 125.00 | 250.00 |
| 3.00 EA | Return Labor | 125.00 | 375.00 |
| 1.00 EA | Initial Trip Charge | 125.00 | 125.00 |
| 2.00 EA | Bottom Guides | 200.07 | 400.14 |
| 1.00 EA | Freight | 44.25 | 44.25 |
| 1.00 EA | Condor Slide Stanley Durgilide | 1,726.00 | 1,726.00 |
| 1.00 EA | Activation & Safety Sensor | 865.52 | 865.52 |
| 1.00 EA | Return Trip Charge | 125.00 | 125.00 |

| | |
| --- | --- |
| TAXABLE | 3,910.91 |
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 3,910.91 |
| Tax:    8.25% | 322.67 |
| Invoice Total | 4,233.58 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 4,233.58 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400007864

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/16/2024** |

| Invoice Number |
|---|
| **CD2400007865** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1969
2466 W PROSPECT RD
STE G
ASHTABULA, OH 44004

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163182 | Net due in 60 Days | 12/05/2024 | C2411229 | 2411501 |

**COMPLETED** 12/10/2024          **Tracking #** WO-163182

Customer reported:
Auto entrance door bottom appears to be jamming. It looks like the back plate is lifting.
Technician adjusted the panel height and tested for proper operation. AAADM certified door.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.75%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400007865

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**DHPACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/16/2024** |

| Invoice Number |
|---|
| **CD2400007868** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4043
1625 S 4TH AVE
YUMA, AZ 85364

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162767 | Net due in 60 Days | 11/26/2024 | C249640 | 249781 |

**COMPLETED** 12/12/2024          **Tracking #** WO-162767

Customer reported:
Automatic entry front door not closing.
Technician made repairs and replaced the following listed materials as quoted. Tested the door for proper operation. The door meets safety standards at this time.
Material:
MC521 Pro Control

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door Return Visit | 125.00 | 250.00 |
| 1.00 EA | MC521 Pro Control | 2,358.59 | 2,358.59 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,983.59 |
| **SUB-TOTAL** | 2,983.59 |
| **Tax:   8.41%** | 0.00 |
| **Invoice Total** | 2,983.59 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,983.59 |

10130
Big Lots

INVOICE:    CD2400007868

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/20/2024** |

| Invoice Number |
|---|
| **CD2400008473** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1257
150 E OAK ST
CONWAY, AR 72032

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162438 | Net due in 60 Days | 11/18/2024 | C248420 | 248629 |

**COMPLETED**  12/20/2024          **Tracking #** WO-162438

Customer reported:
Doors are not functioning; this is causing leaves to blow into store. Temperature drops that make shopping unpleasant for Jennifer.

Technician(s) made repairs and replaced the following listed materials:
Drive Belt - 32 ft
Drive Belt tensioning rod with clamps

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door Return Visit | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Drive Belt tensioning rod with clamps | 781.37 | 781.37 |
| 1.00 EA | Freight | 111.11 | 111.11 |
| 1.00 EA | Drive Belt - 32 ft | 969.37 | 969.37 |
| 1.00 EA | Service Call Entry Door Return Visit | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 2,486.85 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 2,486.85 |
| **Tax:    8.75%** | 217.64 |
| **Invoice Total** | 2,704.49 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,704.49 |

10130
Big Lots

INVOICE:     CD2400008473

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE**®
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/20/2024** |

| Invoice Number |
| --- |
| **CD2400008485** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4729
3000 SCOTTSVILLE RD
STE G
BOWLING GREEN, KY 42104

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-157353 | Net due in 60 Days | 08/19/2024 | C241836 | 241846 |

**COMPLETED** 12/19/2024        **Tracking #** WO-157353

Customer reported:
Storm blew breakaway door open and glass is shattered but still in place. Door frame is warp and EXTREMELY hard to lock. It takes 2 people to lock the doors. The doors will not automatically open and close now.

Technician(s) made repairs and replaced the following listed materials:
Besam CLR SX Panel
Besam CLR SO panel
Sidelight Dampener Kit
SIDELITE BALLCATCH DOOR PORTIO
Ballcatch Kit Header CL
Assy PSA Anti Static US
Active Leaf Dampner Kit
Spring Pin Guide Assy
Interlock Set
Interlock Set Unislide
Bug Guard Floor Sweep
Ball Catch Carrier Assy
Ball Catch Door AL
FULL SURFACE CONT HINGE 83in AL
Clear laminated glass panels

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | Besam CLR SO panel | 4,369.74 | 4,369.74 |
| 1.00 EA | Sidelight Dampener Kit | 823.82 | 823.82 |
| 1.00 EA | SIDELITE BALLCATCH DOOR PORTIO | 63.70 | 63.70 |
| 1.00 EA | Ballcatch Kit Header CL | 65.31 | 65.31 |
| 1.00 EA | Assy PSA Anti Static US | 444.15 | 444.15 |
| 1.00 EA | Active Leaf Dampner Kit | 618.75 | 618.75 |
| 1.00 EA | Spring Pin Guide Assy | 324.41 | 324.41 |
| 1.00 EA | Interlock Set | 327.01 | 327.01 |
| 1.00 EA | Interlock Set Unislide | 75.97 | 75.97 |
| 8.00 EA | Bug Guard Floor Sweep | 9.13 | 73.04 |
| 1.00 EA | Ball Catch Carrier Assy | 64.39 | 64.39 |
| 1.00 EA | Ball Catch Door AL | 72.78 | 72.78 |

          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

**24-Hour Emergency Repair Service**

| Invoice Date |
|---|
| **12/20/2024** |

| Invoice Number |
|---|
| **CD2400008485** |

### Sales

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | FULL SURFACE CONT HINGE 83in AL | 302.00 | 302.00 |
| 4.00 EA | Clear laminated glass panels | 331.42 | 1,325.68 |
| 1.00 EA | Besam CLR SX Panel | 4,369.74 | 4,369.74 |
| 5.00 EA | LABOR Entry Door 2 man | 250.00 | 1,250.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

## PLEASE PAY FROM THIS INVOICE
### NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 15,070.49 |
| **SUB-TOTAL** | 15,070.49 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 15,070.49 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 15,070.49 |

10130
Big Lots

INVOICE:    CD2400008485

AMOUNT ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/20/2024** |
| Invoice Number |
| **CD2400008486** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1505
400 SILVER BRIDGE PLZ
GALLIPOLIS, OH 45631

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162751 | Net due in 60 Days | 11/26/2024 | C249628 | 249837 |

**COMPLETED** 12/19/2024        **Tracking #** WO-162751

Customer reported:
Automatic Entrance/Exit Doors / Our doors will not open nor close. Being cold out it's letting all the cold air in and our workers and customers are mentioning how cold it is.

Technician made repairs and replaced the following listed materials:
IXIO Sensor
Shop Supplies

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Freight | 103.20 | 103.20 |
| 2.00 EA | IXIO Sensor | 865.52 | 1,731.04 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Shop Supplies | 42.36 | 42.36 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,126.60 |
| **SUB-TOTAL** | 2,126.60 |
| **Tax:    7.25%** | 0.00 |
| **Invoice Total** | 2,126.60 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,126.60 |

10130
Big Lots

INVOICE:    CD2400008486

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B        Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/20/2024** |
| Invoice Number |
| **CD2400008491** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5362
4110 FRANKLIN ST
STE G
MICHIGAN CITY, IN 46360

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163334 | Net due in 60 Days | 12/05/2024 | C2411278 | 2411584 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163334

Customer reported:
Front entrance door will not open on its own. We were keeping it open during the summer because it was declined for repair but it's extremely cold out now and we would like to have the front door repaired please.

Technician made repairs and replaced the following listed materials:
Hanger Wheel 312729
Bottom Guide 517350
Eagle Motion Sensor

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | Bottom Guide 517350 | 200.07 | 400.14 |
| 1.00 EA | Eagle Motion Sensor | 455.55 | 455.55 |
| 4.00 EA | Hanger Wheel 312729 | 150.27 | 601.08 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 1,831.77 |
| **SUB-TOTAL** | 1,831.77 |
| **Tax:    7.00%** | 0.00 |
| **Invoice Total** | 1,831.77 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,831.77 |

10130
Big Lots

INVOICE:  CD2400008491

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 - F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/22/2024** |
| Invoice Number |
| **CD2400008517** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1939
1530 E 17TH ST
STE G
IDAHO FALLS, ID 83404

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163637 | Net due in 60 Days | 12/12/2024 | C2412427 | 2412590 |

**COMPLETED**  12/19/2024        **Tracking #** WO-163637

Customer reported:
East side entrance doors continue to open and close on their own.

Technician traveled to site and rewired the interior and exterior sensors, replaced failed breakout status switches, recommissioned control box, and tested for proper operation. Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 2.00 EA | Door Switch | 14.29 | 28.58 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 403.58 |
| **SUB-TOTAL** | 403.58 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 403.58 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 403.58 |

10130
Big Lots

INVOICE:   CD2400008517

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/22/2024** |
| Invoice Number |
| **CD2400008518** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1529
156 EAGLES GLEN PLZ
STE 190
EAST STROUDSBURG, PA 18301

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163770 | Net due in 60 Days | 12/16/2024 | C2413143 | 2413079 |

**COMPLETED**  12/20/2024          **Tracking #** WO-163770

Customer reported:
The interior vestibule entrance door's left side won't close and the right side won't stay open.

Technicians traveled to site and released and serviced right side of the door. Technicians found the left side of the door motor seized.
Technicians recommend replacing motor.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself
of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team
member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 3.00 EA | LABOR Entry Door 2 man | 250.00 | 750.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 1,000.00 |
| **SUB-TOTAL** | 1,000.00 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 1,000.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,000.00 |

10130
Big Lots

INVOICE:   CD2400008518

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |
| Invoice Number |
| **CD2400008561** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0829
1162 US HIGHWAY 68
STE G
MAYSVILLE, KY 41056

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157849 | Net due in 60 Days | 08/29/2024 | C242219 | 242202 |

**COMPLETED** 10/08/2024        **Tracking #** WO-157849

Customer reported:
Automatic Entry, exterior entrance and exit door, not automatically opening and closing.

Technician made repairs and replaced the following listed materials:
MC 521 Pro Control

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door Return Visit | 125.00 | 125.00 |
| 1.00 EA | MC 521 Pro Control | 1,607.56 | 1,607.56 |
| 1.00 EA | Service Call Entry Door-Return Visit | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door Initial visit | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 2,107.56 |
| **SUB-TOTAL** | 2,107.56 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 2,107.56 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,107.56 |

10130
Big Lots

INVOICE:    CD2400008561

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |
| Invoice Number |
| **CD2400008564** |

| SOLD TO: | SHIP TO: |
|---|---|
| Big Lots | Big Lots #1850 |
| 300 PHILLIPI RD | 3240 MEMORIAL PKWY NW |
| COLUMBUS, OH 43228 | HUNTSVILLE, AL 35810 |

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-157939 | Net due in 60 Days | 08/30/2024 | C242269 | 242279 |

**COMPLETED**  10/25/2024          **Tracking #** WO-157939

Customer reported:
Ext AE stuck opened unless completely powered down. Have tried cycling it.

Technician made repairs and recommends doors be replaced.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 1,000.00 |
| SUB-TOTAL | 1,000.00 |
| Tax:    9.00% | 0.00 |
| Invoice Total | 1,000.00 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | **1,000.00** |

10130
Big Lots

INVOICE:    CD2400008564

AMOUNT ENCLOSED

REMIT TO:     **DH Pace Company**
                   **1901 E. 119th Street**
                   **Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008583** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1939
1530 E 17TH ST
STE G
IDAHO FALLS, ID 83404

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158459 | Net due in 60 Days | 09/11/2024 | C242929 | 242969 |

**COMPLETED**  09/17/2024          **Tracking #** WO-158459

Customer reported:
Both entry ways doors on the east and west are not working properly. the door on the west is hard to close. The door on the east will not open and close.

No work performed. Closing and billing for time and travel.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008583

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**Everything Doors Since 1926**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008605** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5217
5755 SUNRISE HWY
STE G
HOLBROOK, NY 11741

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-158696 | Net due in 60 Days | 09/17/2024 | C243314 | 243341 |

**COMPLETED** 10/15/2024        **Tracking #** WO-158696

Customer reported:
Automatic interior door was pulled open by a customer and the track is now hanging. The door will not open and close
Technician made repairs and replaced the following listed materials:
Gearing
Misc Hardware
Belt 14'

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door-Initial Visit | 250.00 | 250.00 |
| 2.00 EA | LABOR Entry Door-Return Visit | 250.00 | 500.00 |
| 2.00 EA | Service Call Entry Door-Initial Visit | 250.00 | 500.00 |
| 1.00 EA | Misc Hardware | 78.57 | 78.57 |
| 1.00 EA | Belt 14' | 492.85 | 492.85 |
| 1.00 EA | Gearing | 342.85 | 342.85 |
| 1.00 EA | Service Call Entry Door | 250.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 2,414.27 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 2,414.27 |
| Tax:    8.62% | 208.25 |
| **Invoice Total** | 2,622.52 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 2,622.52 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008605

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008612** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1740
30 FRANKLIN VILLAGE MALL
STE G
KITTANNING, PA 16201

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163115 | Net due in 60 Days | 12/04/2024 | C2410920 | 2411176 |

**COMPLETED** 12/20/2024        **Tracking #** WO-163115

Customer reported:
The exterior slide doors do not open and close properly when it gets cold.  Have to push doors manually to get them to open/close.

Closing and billing for incurred costs.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
| --- | --- |
| TAXABLE | 0.00 |
| NON-TAXABLE | 500.00 |
| SUB-TOTAL | 500.00 |
| Tax:   6.00% | 0.00 |
| Invoice Total | 500.00 |
| Applied Payments | 0.00 |
| TOTAL DUE [USD] | 500.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:   CD2400008612

AMOUNT ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

 Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008620** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5229
4157 E COURT ST
STE G
BURTON, MI 48509

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163145 | Net due in 60 Days | 12/04/2024 | C2410852 | 2411146 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163145

Customer reported:
Doors do not open fully and do not close fully. We have to open the doors and leave them fully open to allow customers to enter and exit the building. We have swept out the tracks opened and closed the extended doors/side windows numerous times and are unable to get these doors functioning. it has been many days we have attempted to get them functioning. We need service on these asap. Please.

Quote declined. Billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:   CD2400008620

AMOUNT
ENCLOSED



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008628** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0042
2523 GALLIA ST
STE G
PORTSMOUTH, OH 45662

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163179 | Net due in 60 Days | 12/05/2024 | C2411082 | 2411255 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163179

Customer reported:
Exterior exit door is not automatically opening it closing. The bottom track of the door is clear with no debris. The door opens easily by hand but is very hard to close.

Proposal declined. Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| Tax:    7.25% | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:   CD2400008628

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008632** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5334
670 HIGHWAY 33
STE G
HAMILTON, NJ 08619

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163296 | Net due in 60 Days | 12/05/2024 | C2411204 | 2411388 |

**COMPLETED**  12/20/2024          **Tracking #** WO-163296

Customer reported:
The exterior exit slide door not opening and closing.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Petco team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    6.62% | 16.56 |
| **Invoice Total** | 266.56 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 266.56 |

10130
Big Lots

INVOICE:   CD2400008632

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008634** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4647
3303 98TH ST
STE G
LUBBOCK, TX 79423

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163346 | Net due in 60 Days | 12/06/2024 | C2411304 | 2411630 |

**COMPLETED** 12/19/2024      **Tracking #** WO-163346

Customer reported:
Automatic Entrance/Exit Doors / The door has major gaps after being fixed before. City of Lubbock said it needs to be serviced.

Closing and billing for incurred costs.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    8.25% | 20.64 |
| **Invoice Total** | 270.64 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.64 |

10130
Big Lots

INVOICE:    CD2400008634

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008642** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0297
472 EASTERN BYP
STE G
RICHMOND, KY 40475

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163395 | Net due in 60 Days | 12/06/2024 | C2411473 | 2411770 |

**COMPLETED**  12/20/2024          **Tracking #** WO-163395

Customer reported:
The entrance doors remain open at all times which is making the store cold.

Quote declined, closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008642

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
             **1901 E. 119th Street**
             **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |
| Invoice Number |
| **CD2400008654** |

**SOLD TO:**
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

**SHIP TO:**
Big Lots #1411
8151 BROOK RD
STE G
RICHMOND, VA 23227

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163732 | Net due in 60 Days | 12/12/2024 | C2412587 | 2412922 |

**COMPLETED**  12/20/2024    **Tracking #** WO-163732

Customer reported:
The exterior door opens from the outside, but not from the inside.

Technician made repairs and replaced the following listed materials:
Microwave Motion Detector
IXIO Sliding Door Sensors
Decal-Long red push to open
Decal Stand Clear

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 4.00 EA | Decal-Long red push to open | 21.69 | 86.76 |
| 1.00 EA | Microwave Motion Detector | 181.71 | 181.71 |
| 4.00 EA | Decal Stand Clear | 21.69 | 86.76 |
| 4.00 EA | IXIO Sliding Door Sensors | 917.45 | 3,669.80 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 4,900.03 |
| **SUB-TOTAL** | 4,900.03 |
| **Tax:** 6.00% | 0.00 |
| **Invoice Total** | 4,900.03 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 4,900.03 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:   CD2400008654

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 • F/B    Please Remove Bottom Stub and Return With Your Payment    Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008673** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5388
4610 FREDERICA ST
STE G
OWENSBORO, KY 42301

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-162872 | Net due in 60 Days | 11/26/2024 | C249711 | 249959 |

**COMPLETED**  12/03/2024          **Tracking #** WO-162872

Customer reported:
The first automatic door entering the store does not open or close properly. It will start to either open or close then it seems to hit something and stop. We have not been able to identify anything in the mechanism that would cause it to stop like that.

Technician traveled to site and adjusted the height on door, reinstalled the motor, reprogrammed the controller, and tested for proper operation. Job complete.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400008673

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
Everything Doors Since 1926

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |
| Invoice Number |
| **CD2400008678** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1620
103 OLD HICKORY BLVD
JACKSON, TN 38305

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-156735 | Net due in 60 Days | 08/08/2024 | C241476 | 241440 |

**COMPLETED**  12/23/2024          **Tracking #** WO-156735

Customer reported:
Automatic Entry - left side entrance, outside looking in - entrance doors are not opening automatically.

Technician made repairs and replaced the following listed materials:
Sentrex Board
Motor
MC521 Pro Control

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 5.00 EA | LABOR Entry Door | 125.00 | 625.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door - 2 Man | 250.00 | 250.00 |
| 1.00 EA | Freight | 44.44 | 44.44 |
| 2.00 EA | LABOR Entry Door 2 man | 250.00 | 500.00 |
| 1.00 EA | MC521 Pro Control | 1,145.71 | 1,145.71 |
| 1.00 EA | Motor | 1,392.86 | 1,392.86 |
| 1.00 EA | Sentrex Board | 878.57 | 878.57 |
| 1.00 EA | Freight | 38.89 | 38.89 |

Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

<span style="color:red">24-Hour Emergency
Repair Service</span>

| Invoice Date |
| --- |
| **12/23/2024** |
| Invoice Number |
| **CD2400008678** |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 5,875.47 |
| **SUB-TOTAL** | 5,875.47 |
| **Tax:   9.75%** | 0.00 |
| **Invoice Total** | 5,875.47 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 5,875.47 |

10130
Big Lots

INVOICE:   CD2400008678

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

<span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |

| Invoice Number |
| --- |
| **CD2400008683** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4610
313 E TRENTON RD
STE G
EDINBURG, TX 78539

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-159965 | Net due in 60 Days | 10/08/2024 | C245008 | 245112 |

**COMPLETED** 12/23/2024        **Tracking #** WO-159965

Customer reported:
Automatic Entrance interior and exterior are not opening or closing.

Technician made repairs and replaced the following listed materials:
Hanger Roller
Bottom Guide Roller
1175 Processor Control
1175 Motor/Gearbox Assy

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Initial Labor | 125.00 | 125.00 |
| 2.00 EA | Return Labor | 125.00 | 250.00 |
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 1.00 EA | Initial Trip charge | 125.00 | 125.00 |
| 1.00 EA | Return Trip charge | 125.00 | 125.00 |
| 1.00 EA | Freight | 44.59 | 44.59 |
| 2.00 EA | Hanger Roller | 92.06 | 184.12 |
| 1.00 EA | 1175 Motor/Gearbox Assy | 1,261.67 | 1,261.67 |
| 1.00 EA | 1175 Processor Control | 1,718.60 | 1,718.60 |
| 1.00 EA | Bottom Guide Roller | 228.45 | 228.45 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008683** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 4,562.43 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 4,562.43 |
| **Tax:    8.25%** | 376.39 |
| **Invoice Total** | 4,938.82 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 4,938.82 |

---

10130
Big Lots

INVOICE:   CD2400008683

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/23/2024** |
| Invoice Number |
| **CD2400008685** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1495
1342 INDIAN MOUND DR
STE G
MOUNT STERLING, KY 40353

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-161115 | Net due in 60 Days | 10/28/2024 | C246653 | 246775 |

**COMPLETED** 12/23/2024      **Tracking #** WO-161115

Customer reported:
Exit door will not open.

Technician made repairs and replaced the following listed materials:
Magic Force operator
MC521 Pro Control

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 2.00 EA | LABOR Entry Door Initial Visit | 125.00 | 250.00 |
| 2.00 EA | LABOR Entry Door Return Visit | 125.00 | 250.00 |
| 1.00 EA | Magic Force operator | 2,142.69 | 2,142.69 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | MC521 Pro Control | 2,434.33 | 2,434.33 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 5,327.02 |
| **SUB-TOTAL** | 5,327.02 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 5,327.02 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 5,327.02 |

10130
Big Lots

INVOICE:    CD2400008685

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/23/2024** |

| Invoice Number |
|---|
| **CD2400008688** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1261
1907 WOODSPRINGS RD
JONESBORO, AR 72401

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162440 | Net due in 60 Days | 11/18/2024 | C248449 | 248652 |

**COMPLETED**  12/04/2024          **Tracking #** WO-162440

Customer reported:
Interior exit door that furniture is loaded thru, does not work properly every day. Have to wiggle switch and it may start and work for a couple days and then stop working.

Technician made repairs and replaced the following listed materials:
3 Way Switch

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | 3 Way Switch | 50.00 | 50.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 300.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 300.00 |
| Tax:    8.50% | 25.51 |
| **Invoice Total** | 325.51 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 325.51 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008688

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |
| Invoice Number |
| **CD2400008697** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0396
697 ALLEGHENY BLVD
FRANKLIN, PA 16323

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-162571 | Net due in 60 Days | 11/21/2024 | C248817 | 249039 |

**COMPLETED**   12/16/2024          **Tracking #** WO-162571

Customer reported:
The exterior exit swing door not opening and closing properly.

Technician made repairs and replaced the following listed materials:
KM 8200 Hydraulic Swing Operator
Shop Supplies
KM 2000 Series Hydraulic Swing Control

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself
of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team
member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 3.00 EA | LABOR Entry Door initial visit | 125.00 | 375.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door initial visit | 125.00 | 125.00 |
| 1.00 EA | KM 8200 Hydraulic Swing Operator | 2,739.09 | 2,739.09 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | KM 2000 Series Hydraulic Swing Control | 965.74 | 965.74 |
| 1.00 EA | Shop Supplies | 30.00 | 30.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

<span style="color:red">24-Hour Emergency
Repair Service</span>

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008697** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---:|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 4,984.83 |
| **SUB-TOTAL** | 4,984.83 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 4,984.83 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 4,984.83 |

10130
Big Lots

INVOICE:    CD2400008697

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



<span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008699** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0801
820 WATER ST
STE G
MEADVILLE, PA 16335

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163742 | Net due in 60 Days | 12/13/2024 | C2412680 | 2412960 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163742

Customer reported:
Automatic Entrance/Exit Doors - All three doors have an issue opening or staying open.

Closing and billing for incurred.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008699

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

<span style="color:red">24-Hour Emergency Repair Service</span>

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |

| Invoice Number |
| --- |
| **CD2400008702** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5400
2235 E STATE ST
STE G
HERMITAGE, PA 16148

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163295 | Net due in 60 Days | 12/05/2024 | C2411234 | 2411362 |

**COMPLETED**  12/16/2024    **Tracking #** WO-163295

Customer reported:
The automatic exterior entrance slide door not opening or closing.

Technician made repairs and replaced the following listed materials:
Stanley Carrier Wheels
Stanley Bottom Guides full breakout LH/RH
Stanley IQ Encoder
Duraglide motor/gearbox

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Stanley IQ Encoder | 266.65 | 266.65 |
| 1.00 EA | Duraglide motor/gearbox | 1,662.22 | 1,662.22 |
| 4.00 EA | Stanley Carrier Wheels | 191.46 | 765.84 |
| 2.00 EA | Stanley Bottom Guides full breakout LH/RH | 336.75 | 673.50 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 3,993.21 |
| **SUB-TOTAL** | 3,993.21 |
| **Tax:  6.00%** | 0.00 |
| **Invoice Total** | 3,993.21 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 3,993.21 |

10130
Big Lots

INVOICE:  CD2400008702

AMOUNT
ENCLOSED

REMIT TO:  **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



<span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |

| Invoice Number |
| --- |
| **CD2400008706** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1961
2349 CHERRY RD
STE 79
ROCK HILL, SC 29732

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-162899 | Net due in 60 Days | 11/26/2024 | C249724 | 249971 |

**COMPLETED**   12/04/2024     **Tracking #** WO-162899

Customer reported:
One door won't open; one won't close. Troubleshooting has not resolved.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax: 7.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008706

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008709** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0498
1637 DECATUR PIKE
ATHENS, TN 37303

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163174 | Net due in 60 Days | 12/04/2024 | C2410958 | 2411244 |

**COMPLETED**  12/10/2024          **Tracking #** WO-163174

Customer reported:
Auto door not closing. Have cleaned track and sensors but no help.

Technician rewired the breakout circuit and tested for proper operation.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 375.00 |
| SUB-TOTAL | 375.00 |
| Tax:   9.75% | 0.00 |
| Invoice Total | 375.00 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:   CD2400008709

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008717** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4632
507 N HIGHWAY 77
STE 300
WAXAHACHIE, TX 75165

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161204 | Net due in 60 Days | 10/29/2024 | C246751 | 246911 |

**COMPLETED** 12/17/2024          **Tracking #** WO-161204

Customer reported:
Automatic Entrance front door will not open nor close.

Technician made repairs and replaced the following listed materials:
Unislide Motor/Gear Assy
Unislide Control unit
Antiriser T Block and screw
Mode Selector SL500
Activation/safety sensors
Unislide 5 way knob switch
Program Cable

Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door Initial visit | 125.00 | 125.00 |
| 6.00 EA | LABOR Entry Door Return Visit | 125.00 | 750.00 |
| 6.00 EA | LABOR Entry Door | 125.00 | 750.00 |
| 1.00 EA | Service Call Entry Door-initial | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Freight | 58.43 | 58.43 |
| 1.00 EA | Unislide Control unit | 1,149.59 | 1,149.59 |
| 1.00 EA | Program Cable | 45.89 | 45.89 |
| 2.00 EA | Antiriser T Block and screw | 25.15 | 50.30 |
| 1.00 EA | Mode Selector SL500 | 144.74 | 144.74 |
| 2.00 EA | Activation/safety sensors | 917.45 | 1,834.90 |
| 1.00 EA | Unislide 5 way knob switch | 215.19 | 215.19 |
| 1.00 EA | Unislide Motor/Gear Assy | 1,737.07 | 1,737.07 |

*Please Remove Bottom Stub and Return With Your Payment*     Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008717** |

---

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 7,236.11 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 7,236.11 |
| **Tax:    8.25%** | 596.98 |
| **Invoice Total** | 7,833.09 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 7,833.09 |

---

10130
Big Lots

INVOICE:    CD2400008717

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008730** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1398
217 S MAIN ST
STE G
ATTLEBORO, MA 02703

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163294 | Net due in 60 Days | 12/05/2024 | C2411272 | 2411360 |

**COMPLETED**  12/19/2024        **Tracking #** WO-163294

Customer reported:
The exterior auto swing entrance door is not opening. It is being tied open until repaired.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 500.00 |
| **SUB-TOTAL** | 500.00 |
| Tax:    6.25% | 0.00 |
| **Invoice Total** | 500.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 500.00 |

10130
Big Lots

INVOICE:    CD2400008730

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE®**
*Everything Doors Since 1926*

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

24-Hour Emergency
Repair Service

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008736** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #5109
130 CONSTON AVE
STE G
CHRISTIANSBURG, VA 24073

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163477 | Net due in 60 Days | 12/10/2024 | C2412032 | 2412310 |

**COMPLETED**  12/19/2024        **Tracking #** WO-163477

Customer reported:
The exterior exit slide door "clicking" when in use.  Door not always opening and closing.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself
of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team
member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 500.00 |
| **SUB-TOTAL** | 500.00 |
| Tax:    **5.30%** | 0.00 |
| **Invoice Total** | 500.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 500.00 |

10130
Big Lots

INVOICE:    CD2400008736

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008739** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #4133
15351 E HAMPDEN AVE
AURORA, CO 80013

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162957 | Net due in 60 Days | 11/27/2024 | C249922 | 2410180 |

**COMPLETED**  12/20/2024          **Tracking #** WO-162957

Customer reported:
automatic door will not open automatically and closes slowly.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:     8.00%** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008739

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |

| Invoice Number |
| --- |
| **CD2400008742** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5103
2525 CLEANLEIGH DR
PARKVILLE, MD 21234

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163798 | Net due in 60 Days | 12/15/2024 | C2412896 | 2413251 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163798

Customer reported:
Automatic Doors / The exterior exit doors are not opening fully or closing. The exterior entrance door is ghosting. The interior entrance door is not closing on one side.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008742

AMOUNT ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

<span style="color:red">24-Hour Emergency
Repair Service</span>

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008747** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5202
9977 PULASKI HWY
STE G
MIDDLE RIVER, MD 21220

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163688 | Net due in 60 Days | 12/12/2024 | C2412521 | 2412787 |

**COMPLETED**  12/19/2024        **Tracking #** WO-163688

Customer reported:
The interior automatic entrance door is slow to open and also doesn't fully open.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008747

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

80INV(999) Rev. 06/12 · F/B        <span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |

| Invoice Number |
| --- |
| **CD2400008756** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1802
344 TIMPANY BLVD
STE G
GARDNER, MA 01440

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163540 | Net due in 60 Days | 12/10/2024 | C2412037 | 2412312 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163540

Customer reported:

Automatic / The interior door no longer shuts when the switch is turned on.

Technician adjusted the motion sensor wire and tightened the switch.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    6.25% | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400008756

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment     Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008760** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5189
707 US HIGHWAY 41
STE G
SCHERERVILLE, IN 46375

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163708 | Net due in 60 Days | 12/12/2024 | C2412519 | 2412796 |

**COMPLETED**   12/17/2024     **Tracking #** WO-163708

Customer reported:
Auto exterior exit furthest from the registers not automatically closing, tried closing them manually, turning the power off then on again,
but they still close slowly then refuse to close at all can be secured.

Technician adjusted the open and close acceleration speeds. Job complete, tested for proper operation. AAADM certified.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax: 7.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008760

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008768** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1843
8489 MARKET ST
STE G
MENTOR, OH 44060

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163854 | Net due in 60 Days | 12/16/2024 | C2413149 | 2413502 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163854

Customer reported:
Automatic Entrance door will open automatically but will not close.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:   7.00%** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:   CD2400008768

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company
1901 E. 119th Street
Olathe, KS 66061**



*Please Remove Bottom Stub and Return With Your Payment*   Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |
| Invoice Number |
| **CD2400008775** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5324
6300 E LIVINGSTON AVE
REYNOLDSBURG, OH 43068

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163852 | Net due in 60 Days | 12/16/2024 | C2413162 | 2413516 |

**COMPLETED**  12/19/2024        **Tracking #** WO-163852

Customer reported:
Automatic entry interior exit door has been having issues opens even though in auto mode.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    7.50% | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400008775

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B        Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

<span style="color:red">24-Hour Emergency
Repair Service</span>

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |

| Invoice Number |
| --- |
| **CD2400008816** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #5492
39 N PLANK RD
NEWBURGH, NY 12550

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-163908 | Net due in 60 Days | 12/19/2024 | C2413609 | 2413666 |

**COMPLETED**  12/20/2024          **Tracking #** WO-163908

Customer reported:
Interior automatic slide doors open slowly.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    8.12% | 20.32 |
| **Invoice Total** | 270.32 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.32 |

10130
Big Lots

INVOICE:    CD2400008816

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          <span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DH PACE®**
*Everything Doors Since 1926*

<span style="color:red">24-Hour Emergency
Repair Service</span>

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008819** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5263
1250 STATE ROUTE 104
STE G
ONTARIO, NY 14519

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163771 | Net due in 60 Days | 12/16/2024 | C2413148 | 2413043 |

**COMPLETED**   12/24/2024     **Tracking #** WO-163771

Customer reported:
The exterior entrance/exit doors will not open and the motors force them to stay closed. One side of the door is tied open and the other is held open by a cinder block.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:**   8.00% | 20.00 |
| **Invoice Total** | 270.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.00 |

10130
Big Lots

INVOICE:   CD2400008819

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
          **1901 E. 119th Street**
          **Olathe, KS 66061**



    <span style="color:red">Please Remove Bottom Stub and Return With Your Payment</span>     Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008822** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5172
29712 SOUTHFIELD RD
STE G
SOUTHFIELD, MI 48076

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162839 | Net due in 60 Days | 11/26/2024 | C249623 | 249840 |

**Tracking #** WO-162839

Customer reported:
Automatic Entrance/Exit Doors / Our front door is not opening/closing. And the right side keeps coming off track.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 375.00 |
| **SUB-TOTAL** | 375.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 375.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 375.00 |

10130
Big Lots

INVOICE:    CD2400008822

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment
Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008824** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1079
1755 SOUTHGATE PKWY
STE G
CAMBRIDGE, OH 43725

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-159093 | Net due in 60 Days | 09/24/2024 | C243760 | 243795 |

**COMPLETED**  12/03/2024          **Tracking #** WO-159093

Customer reported:
The first set of doors exiting the building will not open automatically anymore.

Technician made repairs and replaced the following listed materials:
Controller
Wiring and Harness
Transformer

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 3.00 EA | LABOR Entry Door | 125.00 | 375.00 |
| 4.00 EA | LABOR Entry Door | 125.00 | 500.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Wiring and Harness | 428.57 | 428.57 |
| 1.00 EA | Transformer | 500.00 | 500.00 |
| 1.00 EA | Controller | 1,957.14 | 1,957.14 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE
## NO STATEMENT WILL BE SENT
A service charge of 1.5% per month will be charged on all past-due balances

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 4,010.71 |
| SUB-TOTAL | 4,010.71 |
| Tax:    7.25% | 0.00 |
| Invoice Total | 4,010.71 |
| Applied Payments | 0.00 |
| **TOTAL DUE [USD]** | **4,010.71** |

10130
Big Lots

INVOICE:    CD2400008824

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008826** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1998
6425 MCCART AVE
FORT WORTH, TX 76133

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162502 | Net due in 60 Days | 11/19/2024 | C248571 | 248779 |

**COMPLETED**  12/24/2024          **Tracking #** WO-162502

Customer reported:
Door won't open all the way making grinding noises and glass slide door a little bit.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 2.00 EA | LABOR Entry Door Initial Visit | 125.00 | 250.00 |
| 1.00 EA | Service Call Entry Door Initial Visit | 125.00 | 125.00 |
| 1.00 EA | Freight | 101.38 | 101.38 |
| 1.00 EA | Restock Fee | 511.66 | 511.66 |

| | |
|---|---|
| **TAXABLE** | 988.04 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 988.04 |
| **Tax:     8.25%** | 81.54 |
| **Invoice Total** | 1,069.58 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 1,069.58 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008826

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008829** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4663
50700 GRATIOT AVE
STE G
CHESTERFIELD, MI 48051

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163705 | Net due in 60 Days | 12/12/2024 | C2412546 | 2412888 |

**COMPLETED**  12/24/2024          **Tracking #** WO-163705

Customer reported:
Our entrance doors are not opening or closing… if they stay open, the store begins to get very cold and people cannot shop and team members are very, very cold. If doors won't open, customers can't get in.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008829

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
              **1901 E. 119th Street**
              **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment

Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008830** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0414
1575 N TELEGRAPH RD
STE G
MONROE, MI 48162

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162811 | Net due in 60 Days | 11/26/2024 | C249637 | 249793 |

**COMPLETED**  12/19/2024          **Tracking #** WO-162811

Customer reported:
Automatic entry entrance door works off/on opens slowly, exit door also.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:     6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008830

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B

Please Remove Bottom Stub and Return With Your Payment        Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



24-Hour Emergency
Repair Service

**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008834** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0849
34 PUTNAM TER
HURRICANE, WV 25526

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163524 | Net due in 60 Days | 12/10/2024 | C2412042 | 2412311 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163524

Customer reported:
The exterior entrance door will not open or close automatically. The door must be forced open & closed when opening/closing the store.
The internal entrance door is off the track and will not open or close automatically.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself
of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team
member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    8.75%** | 17.50 |
| **Invoice Total** | 267.50 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 267.50 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:  CD2400008834

AMOUNT
ENCLOSED

REMIT TO:     **DH Pace Company**
                    **1901 E. 119th Street**
                    **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**DHPACE**®
*Everything Doors Since 1926*

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008837** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #4675
7 PLAZA WAY
STE G
FAIRHAVEN, MA 02719

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-161974 | Net due in 60 Days | 11/11/2024 | C247786 | 247988 |

**COMPLETED**  11/26/2024          **Tracking #** WO-161974

Customer reported:
The exterior exit exterior door is stuck open.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    6.25% | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400008837

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**National Accounts Group
Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008840** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5297
4350 FRANKLIN RD SW
STE G
ROANOKE, VA 24014

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163397 | Net due in 60 Days | 12/06/2024 | C2411484 | 2411782 |

**COMPLETED**  12/23/2024          **Tracking #** WO-163397

Customer reported:
Automatic entry exterior entrance slide doors are not opening and closing. Interior entrance slide doors are not opening and closing.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| Tax:    **5.30%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400008840

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency**
**Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
| --- |
| **12/24/2024** |
| Invoice Number |
| **CD2400008843** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1977
3125 W BROADWAY BLVD
SEDALIA, MO 65301

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
| --- | --- | --- | --- | --- |
| WO-160988 | Net due in 60 Days | 10/24/2024 | C246377 | 246516 |

**COMPLETED**   12/24/2024      **Tracking #** WO-160988

Customer reported:
Automatic entry, doors won't stay off when turned in the off position, customers are using the side of the door where it doesn't latch to enter the store when turned off and bolted.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
| --- | --- | --- | --- |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | Restock Fee | 450.00 | 450.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
| --- | --- |
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 825.00 |
| **SUB-TOTAL** | 825.00 |
| Tax:   8.72% | 0.00 |
| **Invoice Total** | 825.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 825.00 |

10130
Big Lots

INVOICE:   CD2400008843

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
           **1901 E. 119th Street**
           **Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

**24-Hour Emergency Repair Service**

**National Accounts Group Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008847** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #5107
35603 S GRATIOT AVE
STE G
CLINTON TOWNSHIP, MI 48035

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163566 | Net due in 60 Days | 12/10/2024 | C2412027 | 2412225 |

**COMPLETED**  12/19/2024          **Tracking #** WO-163566

Customer reported:
Auto entrance off track and unable to lock; doors are not opening/closing automatically.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:   6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:   CD2400008847

AMOUNT
ENCLOSED

REMIT TO:   **DH Pace Company**
            **1901 E. 119th Street**
            **Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment   Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008850** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #0387
16100 E 10 MILE RD
STE G
EASTPOINTE, MI 48021

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163376 | Net due in 60 Days | 12/06/2024 | C2411413 | 2411631 |

**COMPLETED** 12/12/2024        **Tracking #** WO-163376

Customer reported:
Our door that leads to the vestibule is not working properly.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

10130
Big Lots

INVOICE:    CD2400008850

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429 RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |

| Invoice Number |
|---|
| **CD2400008853** |

SOLD TO:
Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:
Big Lots #1474
1100 JEFFERSON RD
STE G
ROCHESTER, NY 14623

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163755 | Net due in 60 Days | 12/16/2024 | C2413151 | 2413036 |

**COMPLETED**  12/24/2024          **Tracking #** WO-163755

Customer reported:
The exterior exit door is not operating when turned on. The doors only open halfway.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 250.00 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:    8.00%** | 20.00 |
| **Invoice Total** | 270.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 270.00 |

10130
Big Lots

INVOICE:   CD2400008853

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc. 2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**Everything Doors Since 1926**

24-Hour Emergency
Repair Service

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008857** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1166
1010 ONEILL HWY
STE G
DUNMORE, PA 18512

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-163794 | Net due in 60 Days | 12/13/2024 | C2412787 | 2413121 |

**COMPLETED**  12/17/2024        **Tracking #** WO-163794

Customer reported:
Automatic entry interior entrance swing door not opening and closing. The door has a mat that is a sensor to open and close.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 1.00 EA | LABOR Entry Door | 125.00 | 125.00 |

IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 0.00 |
| **NON-TAXABLE** | 250.00 |
| **SUB-TOTAL** | 250.00 |
| **Tax:  6.00%** | 0.00 |
| **Invoice Total** | 250.00 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 250.00 |

10130
Big Lots

INVOICE:    CD2400008857

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 · All Rights Reserved

## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.



**24-Hour Emergency Repair Service**

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

| Invoice Date |
|---|
| **12/24/2024** |
| Invoice Number |
| **CD2400008859** |

SOLD TO:

Big Lots
300 PHILLIPI RD
COLUMBUS, OH 43228

SHIP TO:

Big Lots #1886
3410 HIGHWAY 6
SUGAR LAND, TX 77478

| Quote * Contract * PO Number | Terms | Order Date | Customer Order # | Work Order # |
|---|---|---|---|---|
| WO-162705 | Net due in 60 Days | 11/22/2024 | C249169 | 249396 |

**COMPLETED**  12/20/2024          **Tracking #** WO-162705

Customer reported:
We did replace 2 superscans in May 2024 PO 924386. Site thinks this is under warranty and is the issue with the doors. if it is not, please do quote for repair.

Closing and billing for incurred costs.

We are notifying you of the following recommended items to meet current ANSI 156.10 safety code. At this time DH Pace is relieving itself of any and all liability at this location as these doors do not meet current ANSI 156.10 safety code until approved by a Big Lots team member.

**Sales**

| Qty/UOM | Description | Price per Unit | Net Amt |
|---|---|---|---|
| 1.00 EA | Service Call Entry Door | 125.00 | 125.00 |
| 2.00 EA | LABOR Entry Door | 125.00 | 250.00 |
| 1.00 EA | Restock Fee | 55.98 | 55.98 |
| 1.00 EA | Freight | 14.97 | 14.97 |

**IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE**

# PLEASE PAY FROM THIS INVOICE

## NO STATEMENT WILL BE SENT

A service charge of 1.5% per month will be charged on all past-due balances

| | |
|---|---|
| **TAXABLE** | 445.95 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 445.95 |
| Tax:    8.25% | 36.80 |
| **Invoice Total** | 482.75 |
| **Applied Payments** | 0.00 |
| **TOTAL DUE [USD]** | 482.75 |

10130
Big Lots

INVOICE:    CD2400008859

AMOUNT
ENCLOSED

REMIT TO:    **DH Pace Company**
**1901 E. 119th Street**
**Olathe, KS 66061**



## NOTICE TO CHECK PAYORS

IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY REASON, YOUR ACCOUNT WILL BE ELECTRONICALLY DEBITED FOR THE AMOUNT OF THE CHECK PLUS THE STATE MAXIMUM PROCESSING FEE.

## NOTICE TO MISSOURI OWNERS

FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER  429  RSMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIAL OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

## RETURN POLICY FOR COUNTER SALES

RETURNED GOODS MUST BE IN ORIGINAL, UNUSED CONDITION AND ACCOMPANIED BY THIS RECEIPT. A 25% RESTOCKING FEE WILL BE APPLIED. NO RETURN/EXCHANGES ON ELECTRICAL PARTS, SPECIAL ORDERS AND CUSTOM BUILT ITEMS. REFUNDS ON MERCHANDISE PURCHASED MORE THAN 24 HOURS BEFORE RETURN WILL BE MADE BY CREDIT IF PURCHASED  BY USE OF A CREDIT CARD, OR BY CHECK, MAILED WITHIN 10 DAYS FOLLOWING RETURN OF THE MERCHANDISE. RETURNS ARE ACCEPTED WITHIN 10 DAYS OF PURCHASE.

80INV(999) Rev. 06/12 · F/B          Please Remove Bottom Stub and Return With Your Payment          Copyright © DH Pace Company, Inc.  2013 • All Rights Reserved



**DH PACE**
*Everything Doors Since 1926*

**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

NAT/261-1346843
12-16-2024
**INVOICE NUMBER**
24-HOUR EMERGENCY
REPAIR SERVICE

| SOLD TO: | SHIP TO: |
|---|---|
| 600006 | 440 |
| Big Lots | Big Lots #1624 |
| Attn: Accts Payable | 3621 N. JOSY LN. |
| 300 Phillipi Rd | CARROLLTON, TX |
| Columbus, OH | 75007 |
| 43228 | (972) 394-8550 |
| (614) 278-6800  Mary Hauenstein | |

| QUOTE • CONTRACT • P.O. NUMBER | DEPARTMENT • SALES REPRESENTATIVE | TERMS | ORDER DATE | |
|---|---|---|---|---|
| WO-157210 | 381500          0 | Net due in 60 Days | 08-15-2024 | 526572 |

**COMPLETED**   12-06-2024     Work Order # WO-157210

Customer reported:
Automatic entry front entrance dooor needs threshold replaced.
Originally quoted on PO# 934449.

Technician made repairs and replaced the following listed
materials:[Opening: FRONT ENTRANCE] Threshold Insert - Mill Finish,
2" Bevel for Threshold, 5 12" Half Saddle Thresh, 2" Bevel for Threshold,
Trolley Roller Kit w/BRNG 4PK., SX Bottom Guide FBO

Job complete, tested for proper operation. AAADM certified.

| QTY | UOM | DESCRIPTION | PRICE | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| 5.00 | hr | LABOR-Commercial | 125.00 | 0.00 | 625.00 |
| 1.00 | hr | Labor-Commercial travel | 125.00 | 0.00 | 125.00 |
| 7.00 | ea | Threshold Insert - Mill Finish | 30.51 | 0.00 | 213.57 |
| 7.00 | ea | 2" Bevel for Threshold | 14.55 | 0.00 | 101.85 |
| 7.00 | ea | 5 12" Half Saddle Thresh | 25.00 | 0.00 | 175.00 |
| 7.00 | ea | 2" Bevel for Threshold | 9.24 | 0.00 | 64.68 |
| 2.00 | ea | Trolley Roller Kit w/BRNG 4PK. | 322.05 | 0.00 | 644.10 |
| 2.00 | ea | SX Bottom Guide FBO | 334.02 | 0.00 | 668.04 |
| 1.00 | ea | Freight | 46.72 | 0.00 | 46.72 |

Copyright © DH Pace Company, Inc. 2013 • All Rights Reserved



**National Accounts Group**
**Service and Repair**
1901 E. 119th Street
Olathe, KS 66061
P 888-643-3667 • F 866-635-3667
DHPace.com

NAT/261-1346843

12-16-2024

**INVOICE NUMBER**

<span style="color:red">**24-HOUR EMERGENCY REPAIR SERVICE**</span>

| | |
|---|---|
| **IMPORTANT NOTICE RELATING TO MECHANIC'S LIEN LAW ON REVERSE SIDE OF INVOICE** | |

| | |
|---|---|
| **TAXABLE** | 2,663.96 |
| **NON-TAXABLE** | 0.00 |
| **SUB-TOTAL** | 2,663.96 |
| Tax: 8.250% <br> TX Carrollton (Denton) SalesTx | 219.78 |
| **TOTAL [USD]** | 2,883.74 |

# PLEASE PAY FROM THIS INVOICE
### *NO STATEMENT WILL BE SENT*
*A service charge of 1.5% per month will be charged on all past-due balances*

600006 - 440
Big Lots

INVOICE: NAT/261-1346843

AMOUNT ENCLOSED

REMIT TO:   **DH Pace Company**
**1901 E. 119th Street**
Olathe, KS 66061

