# **Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. __** |

### ORDER GRANTING APPLICATION OF HOMELEGANCE INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

Upon the application (the "Application")[2] of Homelegance Inc. for entry of an order allowing Homelegance Inc. an administrative claim; and this Court having jurisdiction to consider the Application pursuant to 28 U. S. C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U. S. C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U. S. C. § 157(b); and this Court having found that proper and adequate notice of the Application and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

53636491.3

otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Application having been withdrawn, resolved, or overruled on the merits; and a hearing (if any) having been held to consider the relief requested in the Application and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The Application is **GRANTED** as set forth herein.

1. Homelegance Inc. is hereby granted an allowed administrative claim in the amount of $184,680.00 (of which $98,496.00 is duplicative of the claims granted in paragraphs 2 and 3 of this Order) against Big Lots Stores, LLC pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9).

2. Homelegance Inc. is hereby granted an allowed administrative claim in the amount of $86,814.00 against CSC Distribution, LLC pursuant to 11 U.S.C. § 503(b)(1)(A).

3. Homelegance Inc. is hereby granted an allowed administrative claim in the amount of $12,312.00 against Closeout Distribution, LLC pursuant to 11 U.S.C. § 503(b)(9).

4. This Court retains jurisdiction with respect to any matters, claims, rights or disputes arising from or related this Order.

53636491.3