# Exhibit E

## Freight Tracking Information



ONE    ONE Solutions    Support

HOME
SCHEDULE
PRICES
BOOKING
DOCUMENTATION
MANAGE SHIPMENT

NYKU0701709

Please enter only the last 12 characters of ONE BL number, without the prefix "ONEY". Our system does not accept House BL number assigned by NVOCC or Freight Forwarder.

Search

Total : 5

| Booking No. | Container No. | S.O.C | Seal No. | Size | Event Date / Time | Status | |
|---|---|---|---|---|---|---|---|
| | TCNU5398382 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | TEMU8900283 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | NYKU0701709 | | ******** | 40'DRY HC. | 2024-09-10 07:41 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | NYKU4873590 | | ******** | 40'DRY HC. | 2024-09-10 16:16 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | TGHU6063750 | | ******** | 40'DRY HC. | 2024-09-11 10:15 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |

Add My Tracking    Download

The date and time in this menu are the local date and time

Place of Receipt
HO CHI MINH, VIETNAM

Place of Delivery
MONTGOMERY, AL, UNITED STATES

Add My Tracking

Sailing Information

| Vessel | Port of Loading | Departure Date | Port of Discharging | Arrival Time |
|---|---|---|---|---|
| ONE CYGNUS 018E (ONYT) | CAI MEP, VIETNAM | Actual 2024-07-09 05:31 | SINGAPORE, SINGAPORE | Actual 2024-07-12 16:30 |
| ONE WREN 024E (OWRT) | SINGAPORE, SINGAPORE | Actual 2024-07-20 01:45 | SAVANNAH, GA, UNITED STATES | Actual 2024-09-05 14:26 |

Coastal Coastal Schedule Actual Actual Schedule

Cargo Tracking Details

Magenta color is the estimated schedule, which is subject to change

| No. | Status | Location | Event Date |
|---|---|---|---|
| 1 | Empty Container Release to Shipper | BINH DUONG, VIETNAM<br>DEPOT TAN CANG TAN VAN | Actual 2024-07-01 00:40 |
| 2 | Gate In to Outbound Terminal | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-01 11:42 |
| 3 | Feeder Loading at O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | |
| 4 | Feeder Departure from O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-05 00:21 |
| 5 | Outbound Feeder Arrival at Inland Port | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-05 14:39 |
| 6 | Water POL Unloading Destination | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | |
| 7 | Loaded on 'ONE CYGNUS 018E' at Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-08 02:06 |
| 8 | 'ONE CYGNUS 018E' Departure from Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-09 05:31 |
| 9 | 'ONE CYGNUS 018E' Arrival at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 16:30 |
| 10 | 'ONE CYGNUS 018E' T/S Berthing Destination<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 18:30 |
| 11 | Unloaded from 'ONE CYGNUS 018E' at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 21:14 |
| 12 | Loaded on 'ONE WREN 024E' at Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-19 21:20 |
| 13 | Departure from Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-20 01:45 |
| 14 | 'ONE WREN 024E' Arrival at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-05 14:26 |
| 15 | 'ONE WREN 024E' POD Berthing Destination<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 00:15 |
| 16 | Unloaded from 'ONE WREN 024E' at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 16:35 |
| 17 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-09 12:49 |
| 18 | Full Container Delivery to Consignee | MONTGOMERY, AL, UNITED STATES | Actual 2024-09-10 02:00 |
| 19 | Empty Container Returned from Customer | SAVANNAH, GA, UNITED STATES | Estimate 2024-09-10 04:00 |

Estimate Estimated Schedule Actual Actual Schedule    Download

ONE | ONE Solutions | Support

Search

HOME
SCHEDULE
PRICES
BOOKING
DOCUMENTATION
MANAGE SHIPMENT
Shipment Overview
Track & Trace
e-Subscription
Report

MANAGE SHIPMENT > Track & Trace > Cargo Tracking

## Cargo Tracking

User Guide

Container No.

TCNU5398382
TEMU8900283
TGHU6063750
NYKU4873590
NYKU0701709

Please enter only the last 12 characters of ONE BL number, without the prefix "ONEY". Our system does not accept House BL number assigned by NVOCC or Freight Forwarder.

Search

Total : 5

| | Booking No. | Container No. | S.O.C | Seal No. | Size | Event Date / Time | Status | |
|---|---|---|---|---|---|---|---|---|
| | | TCNU5398382 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | | TEMU8900283 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | | NYKU0701709 | | ******** | 40'DRY HC. | 2024-09-10 07:41 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | | NYKU4873590 | | ******** | 40'DRY HC. | 2024-09-10 16:16 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | | TGHU6063750 | | ******** | 40'DRY HC. | 2024-09-11 10:15 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |

Add My Tracking | Download

The date and time in this menu are the local date and time

Place of Receipt
HO CHI MINH, VIETNAM

Place of Delivery
MONTGOMERY, AL, UNITED STATES

Add My Tracking

Sailing Information

| Vessel | Port of Loading | Departure Date | Port of Discharging | Arrival Time |
|---|---|---|---|---|
| ONE CYGNUS 018E (ONYT) | CAI MEP, VIETNAM | Actual 2024-07-09 05:31 | SINGAPORE, SINGAPORE | Actual 2024-07-12 16:30 |
| ONE WREN 024E (OWRT) | SINGAPORE, SINGAPORE | Actual 2024-07-20 01:45 | SAVANNAH, GA, UNITED STATES | Actual 2024-09-05 14:26 |

Coastal Coastal Schedule Actual Actual Schedule

Cargo Tracking Details

Magenta color is the estimated schedule, which is subject to change

| No. | Status | Location | Event Date |
|---|---|---|---|
| 1 | Empty Container Release to Shipper | BINH DUONG, VIETNAM<br>DEPOT TAN CANG TAN VAN | Actual 2024-07-01 03:50 |
| 2 | Gate In to Outbound Terminal | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-01 11:14 |
| 3 | Feeder Loading at O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | |
| 4 | Feeder Departure from O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-05 00:25 |
| 5 | Outbound Feeder Arrival at Inland Port | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-05 16:07 |
| 6 | Water POL Unloading Destination | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | |
| 7 | Loaded on 'ONE CYGNUS 018E' at Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-08 02:05 |
| 8 | 'ONE CYGNUS 018E' Departure from Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-09 05:31 |
| 9 | 'ONE CYGNUS 018E' Arrival at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 16:30 |
| 10 | 'ONE CYGNUS 018E' T/S Berthing Destination<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 18:30 |
| 11 | Unloaded from 'ONE CYGNUS 018E' at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 21:19 |
| 12 | Loaded on 'ONE WREN 024E' at Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-19 16:39 |
| 13 | Departure from Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-20 01:45 |
| 14 | 'ONE WREN 024E' Arrival at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-05 14:26 |
| 15 | 'ONE WREN 024E' POD Berthing Destination<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 00:15 |
| 16 | Unloaded from 'ONE WREN 024E' at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-08 01:27 |
| 17 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-09 09:57 |
| 18 | Full Container Delivery to Consignee | MONTGOMERY, AL, UNITED STATES | Actual 2024-09-10 02:00 |
| 19 | Empty Container Returned from Customer | SAVANNAH, GA, UNITED STATES | Estimate 2024-09-10 04:00 |

Estimate Estimated Schedule Actual Actual Schedule

Download

Cargo Release & Customs : U.S.A. Inbound

| O/BL Received | Ocean Freight Collection | Customs Clearance | Importer Filing Status |
|---|---|---|---|
| 2024-07-08 20:29 | 2024-09-01 21:09 | 2024-09-03 12:14 | 2024-07-05 00:47 |

| Inbound No. | | Firms Code | Port of Discharging | L737 |
|---|---|---|---|---|
| Authorization Date | | | Place of Delivery | L737 |

ONE — ONE Solutions Support

Search

HOME
SCHEDULE
PRICES
BOOKING
DOCUMENTATION
MANAGE SHIPMENT
Shipment Overview
Track & Trace
e-Subscription
Report

Container No.

TCNU5398382
TEMU8900283
TGHU6063750
NYKU4873590
NYKU0701709

Please enter only the last 12 characters of ONE BL number, without the prefix "ONEY". Our system does not accept House BL number assigned by NVOCC or Freight Forwarder.

Search

Total : 5

| Booking No. | Container No. | S.O.C | Seal No. | Size | Event Date / Time | Status | |
|---|---|---|---|---|---|---|---|
| | TCNU5398382 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | TEMU8900283 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | NYKU0701709 | | ******** | 40'DRY HC. | 2024-09-10 07:41 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | NYKU4873590 | | ******** | 40'DRY HC. | 2024-09-10 16:16 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | TGHU6063750 | | ******** | 40'DRY HC. | 2024-09-11 10:15 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |

Add My Tracking

Download

The date and time in this menu are the local date and time

Place of Receipt
HO CHI MINH, VIETNAM

Place of Delivery
MONTGOMERY, AL, UNITED STATES

Add My Tracking

Sailing Information

| Vessel | Port of Loading | Departure Date | Port of Discharging | Arrival Time |
|---|---|---|---|---|
| ONE CYGNUS 018E (ONYT) | CAI MEP, VIETNAM | Actual 2024-07-09 05:31 | SINGAPORE, SINGAPORE | Actual 2024-07-12 16:30 |
| ONE WREN 024E (OWRT) | SINGAPORE, SINGAPORE | Actual 2024-07-20 01:45 | SAVANNAH, GA, UNITED STATES | Actual 2024-09-05 14:26 |

Coastal Coastal Schedule Actual Actual Schedule

Cargo Tracking Details

Magenta color is the estimated schedule, which is subject to change

| No. | Status | Location | Event Date |
|---|---|---|---|
| 1 | Empty Container Release to Shipper | BINH DUONG, VIETNAM DEPOT TAN CANG TAN VAN | Actual 2024-07-01 06:25 |
| 2 | Gate In to Outbound Terminal | HO CHI MINH, VIETNAM CAT LAI TERMINAL | Actual 2024-07-01 12:32 |
| 3 | Feeder Loading at O/B Inland Port | HO CHI MINH, VIETNAM CAT LAI TERMINAL | |
| 4 | Feeder Departure from O/B Inland Port | HO CHI MINH, VIETNAM CAT LAI TERMINAL | Actual 2024-07-06 08:44 |
| 5 | Outbound Feeder Arrival at Inland Port | CAI MEP, VIETNAM TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-07 01:28 |
| 6 | Water POL Unloading Destination | CAI MEP, VIETNAM TCIT (TAN CANG CAIMEP INTL TERMINAL) | |
| 7 | Loaded on 'ONE CYGNUS 018E' at Port of Loading ONE CYGNUS 018E | CAI MEP, VIETNAM TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-08 07:20 |
| 8 | 'ONE CYGNUS 018E' Departure from Port of Loading ONE CYGNUS 018E | CAI MEP, VIETNAM TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-09 05:31 |
| 9 | 'ONE CYGNUS 018E' Arrival at Transhipment Port ONE CYGNUS 018E | SINGAPORE, SINGAPORE PSA CORPORATION LIMITED | Actual 2024-07-12 16:30 |
| 10 | 'ONE CYGNUS 018E' T/S Berthing Destination ONE CYGNUS 018E | SINGAPORE, SINGAPORE PSA CORPORATION LIMITED | Actual 2024-07-12 18:30 |
| 11 | Unloaded from 'ONE CYGNUS 018E' at Transhipment Port ONE CYGNUS 018E | SINGAPORE, SINGAPORE PSA CORPORATION LIMITED | Actual 2024-07-13 00:11 |
| 12 | Loaded on 'ONE WREN 024E' at Transhipment Port ONE WREN 024E | SINGAPORE, SINGAPORE PSA CORPORATION LIMITED | Actual 2024-07-19 21:18 |
| 13 | Departure from Transhipment Port ONE WREN 024E | SINGAPORE, SINGAPORE PSA CORPORATION LIMITED | Actual 2024-07-20 01:45 |
| 14 | 'ONE WREN 024E' Arrival at Port of Discharging ONE WREN 024E | SAVANNAH, GA, UNITED STATES GARDEN CITY TERMINAL | Actual 2024-09-05 14:26 |
| 15 | 'ONE WREN 024E' POD Berthing Destination ONE WREN 024E | SAVANNAH, GA, UNITED STATES GARDEN CITY TERMINAL | Actual 2024-09-07 00:15 |
| 16 | Unloaded from 'ONE WREN 024E' at Port of Discharging ONE WREN 024E | SAVANNAH, GA, UNITED STATES GARDEN CITY TERMINAL | Actual 2024-09-07 07:47 |
| 17 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | SAVANNAH, GA, UNITED STATES GARDEN CITY TERMINAL | Actual 2024-09-11 10:15 |
| 18 | Full Container Delivery to Consignee | MONTGOMERY, AL, UNITED STATES | Estimate 2024-07-23 20:13 |
| 19 | Empty Container Returned from Customer | SAVANNAH, GA, UNITED STATES | Estimate 2024-07-23 22:13 |

Estimate Estimated Schedule Actual Actual Schedule

Download

Cargo Release & Customs : U.S.A. Inbound

| O/BL Received | Ocean Freight Collection | Customs Clearance | Importer Filing Status |
|---|---|---|---|
| 2024-07-08 20:29 | 2024-09-01 21:09 | 2024-09-03 12:14 | 2024-07-05 00:47 |

| Inbound No. | | Firms Code | Port of Discharging | L737 |
|---|---|---|---|---|
| Authorization Date | | | Place of Deliver | L737 |
| Last Free Date at Final Destination | | | | |

Service Provider Information

ONE | ONE Solutions | Suppor

HOME
SCHEDULE
PRICES
BOOKING
DOCUMENTATION
MANAGE SHIPMENT

| | Container | | | Type | Date | Status | Location |
|---|---|---|---|---|---|---|---|
| | NYKU0701709 | | -------- | 40'DRY HC. | 2024-09-10 07:41 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | NYKU4873590 | | -------- | 40'DRY HC. | 2024-09-10 16:16 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | TGHU6063750 | | -------- | 40'DRY HC. | 2024-09-11 10:15 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |

Add My Tracking | Download

The date and time in this menu are the local date and time

Place of Receipt
HO CHI MINH, VIETNAM

Place of Delivery
MONTGOMERY, AL, UNITED STATES

Add My Tracking

Sailing Information

| Vessel | Port of Loading | Departure Date | Port of Discharging | Arrival Time |
|---|---|---|---|---|
| ONE CYGNUS 018E (ONYT) | CAI MEP, VIETNAM | Actual 2024-07-09 05:31 | SINGAPORE, SINGAPORE | Actual 2024-07-12 16:30 |
| ONE WREN 024E (OWRT) | SINGAPORE, SINGAPORE | Actual 2024-07-20 01:45 | SAVANNAH, GA, UNITED STATES | Actual 2024-09-05 14:26 |

Coastal Coastal Schedule Actual Actual Schedule

Cargo Tracking Details

Magenta color is the estimated schedule, which is subject to change

| No. | Status | Location | Event Date |
|---|---|---|---|
| 1 | Empty Container Release to Shipper | BINH DUONG, VIETNAM<br>SOLOG SONG THAN DEPOT | Actual 2024-07-01 08:55 |
| 2 | Gate In to Outbound Terminal | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-01 14:00 |
| 3 | Feeder Loading at O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | |
| 4 | Feeder Departure from O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-05 03:52 |
| 5 | Outbound Feeder Arrival at Inland Port | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-06 07:34 |
| 6 | Water POL Unloading Destination | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | |
| 7 | Loaded on 'ONE CYGNUS 018E' at Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-07 15:22 |
| 8 | 'ONE CYGNUS 018E' Departure from Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-09 05:31 |
| 9 | 'ONE CYGNUS 018E' Arrival at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 16:30 |
| 10 | 'ONE CYGNUS 018E' T/S Berthing Destination<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 18:30 |
| 11 | Unloaded from 'ONE CYGNUS 018E' at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 20:42 |
| 12 | Loaded on 'ONE WREN 024E' at Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-19 19:59 |
| 13 | Departure from Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-20 01:45 |
| 14 | 'ONE WREN 024E' Arrival at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-05 14:26 |
| 15 | 'ONE WREN 024E' POD Berthing Destination<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 00:15 |
| 16 | Unloaded from 'ONE WREN 024E' at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 09:06 |
| 17 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-10 16:16 |
| 18 | Full Container Delivery to Consignee | MONTGOMERY, AL, UNITED STATES | Estimate 2024-07-23 02:14 |
| 19 | Empty Container Returned from Customer | SAVANNAH, GA, UNITED STATES | Estimate 2024-07-23 04:14 |

Estimate Estimated Schedule Actual Actual Schedule

Download



ONE Solutions Support

HOME
SCHEDULE
PRICES
BOOKING
DOCUMENTATION
MANAGE SHIPMENT

## Cargo Tracking

User Guide

Container No.

TCNU5398382
TEMU8900283
TGHU6063750
NYKU4873590
NYKU0701709

Please enter only the last 12 characters of ONE BL number, without the prefix "ONEY". Our system does not accept House BL number assigned by NVOCC or Freight Forwarder.

Search

Total : 5

| Booking No. | Container No. | S.O.C | Seal No. | Size | Event Date / Time | Status | |
|---|---|---|---|---|---|---|---|
| | TCNU5398382 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | TEMU8900283 | | ******** | 40'DRY HC. | 2024-09-10 02:00 | Full Container Delivery to Consignee | |
| | NYKU0701709 | | ******** | 40'DRY HC. | 2024-09-10 07:41 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | NYKU4873590 | | ******** | 40'DRY HC. | 2024-09-10 16:16 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |
| | TGHU6063750 | | ******** | 40'DRY HC. | 2024-09-11 10:15 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | GARDI |

Add My Tracking

Download

The date and time in this menu are the local date and time

Place of Receipt
HO CHI MINH, VIETNAM

Place of Delivery
MONTGOMERY, AL, UNITED STATES

Add My Tracking

### Sailing Information

| Vessel | Port of Loading | Departure Date | Port of Discharging | Arrival Time |
|---|---|---|---|---|
| ONE CYGNUS 018E (ONYT) | CAI MEP, VIETNAM | Actual 2024-07-09 05:31 | SINGAPORE, SINGAPORE | Actual 2024-07-12 16:30 |
| ONE WREN 024E (OWRT) | SINGAPORE, SINGAPORE | Actual 2024-07-20 01:45 | SAVANNAH, GA, UNITED STATES | Actual 2024-09-05 14:26 |

Coastal Coastal Schedule Actual Actual Schedule

### Cargo Tracking Details

Magenta color is the estimated schedule, which is subject to change

| No. | Status | Location | Event Date |
|---|---|---|---|
| 1 | Empty Container Release to Shipper | BINH DUONG, VIETNAM<br>DEPOT TAN CANG TAN VAN | Actual 2024-07-01 13:18 |
| 2 | Gate In to Outbound Terminal | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-01 21:02 |
| 3 | Feeder Loading at O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | |
| 4 | Feeder Departure from O/B Inland Port | HO CHI MINH, VIETNAM<br>CAT LAI TERMINAL | Actual 2024-07-05 00:10 |
| 5 | Outbound Feeder Arrival at Inland Port | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-05 13:27 |
| 6 | Water POL Unloading Destination | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | |
| 7 | Loaded on 'ONE CYGNUS 018E' at Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-08 02:34 |
| 8 | 'ONE CYGNUS 018E' Departure from Port of Loading<br>ONE CYGNUS 018E | CAI MEP, VIETNAM<br>TCIT (TAN CANG CAIMEP INTL TERMINAL) | Actual 2024-07-09 05:31 |
| 9 | 'ONE CYGNUS 018E' Arrival at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 16:30 |
| 10 | 'ONE CYGNUS 018E' T/S Berthing Destination<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-12 18:30 |
| 11 | Unloaded from 'ONE CYGNUS 018E' at Transhipment Port<br>ONE CYGNUS 018E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-13 00:13 |
| 12 | Loaded on 'ONE WREN 024E' at Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-19 21:14 |
| 13 | Departure from Transhipment Port<br>ONE WREN 024E | SINGAPORE, SINGAPORE<br>PSA CORPORATION LIMITED | Actual 2024-07-20 01:45 |
| 14 | 'ONE WREN 024E' Arrival at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-05 14:26 |
| 15 | 'ONE WREN 024E' POD Berthing Destination<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 00:15 |
| 16 | Unloaded from 'ONE WREN 024E' at Port of Discharging<br>ONE WREN 024E | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-07 08:04 |
| 17 | Gate Out from Inbound Terminal for Delivery to Consignee (or Port Shuttle) | SAVANNAH, GA, UNITED STATES<br>GARDEN CITY TERMINAL | Actual 2024-09-10 07:41 |
| 18 | Full Container Delivery to Consignee | MONTGOMERY, AL, UNITED STATES | Estimate 2024-07-22 17:39 |
| 19 | Empty Container Returned from Customer | SAVANNAH, GA, UNITED STATES | Estimate 2024-07-22 19:39 |

Estimate Estimated Schedule Actual Actual Schedule

Download

### Cargo Release & Customs : U.S.A. Inbound

| O/BL Received | Ocean Freight Collection | Customs Clearance | Importer Filing Status |
|---|---|---|---|
| 2024-07-08 20:29 | 2024-09-01 21:09 | 2024-09-03 12:14 | 2024-07-05 00:47 |



BETTER WAYS CMA CGM
Shipping
End-to-End Solutions
Air Freight
News
My CMA CGM
Tracking details
EMPTY IN DEPOT
Container CMAU4936841
45G1
New search
Click here for more detail on the ISO Code
Export PDF
POO
HO CHI MINH CITY (VM)
POL
VUNG TAU (VM)
POD
NEW YORK, NY (US)
ARRIVED AT POD
Wednesday 28-AUG-2024 18:16

| | Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|---|
| Hide Previous Moves | | | | | |
| | Friday, 05-JUL-2024 | 14:44 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| | Friday, 05-JUL-2024 | 23:28 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| | Wednesday, 10-JUL-2024 | 08:29 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| | Thursday, 11-JUL-2024 | 18:46 | LOADED ON BOARD | VUNG TAU | CMA CGM SYMI ( 1TU8US1MA) |
| | Friday, 12-JUL-2024 | 18:18 | VESSEL DEPARTURE | VUNG TAU | CMA CGM SYMI ( 1TU8US1MA) |
| | Sunday, 14-JUL-2024 | 20:36 | VESSEL ARRIVAL | PORT KLANG | CMA CGM SYMI ( 1TU8US1MA) |
| | Monday, 15-JUL-2024 | 13:22 | DISCHARGED IN TRANSHIPMENT | PORT KLANG | CMA CGM SYMI ( 1TU8US1MA) |
| | Tuesday, 23-JUL-2024 | 05:03 | LOADED ON BOARD | PORT KLANG | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| | Wednesday, 24-JUL-2024 | 05:30 | VESSEL DEPARTURE | PORT KLANG | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| | Wednesday, 28-AUG-2024 | 18:16 | DISCHARGED | NEW YORK, NY | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| | Thursday, 05-SEP-2024 | 19:17 | CONTAINER TO CONSIGNEE | NEW YORK, NY | |
| | Friday, 06-SEP-2024 | 02:00 | FULL AT CONSIGNEE'S PREMISES | NEW YORK, NY | |
| | **Monday, 09-SEP-2024** | **16:37** | EMPTY IN DEPOT | **NEW YORK, NY** | |

Provisional moves not found, please feel free to use Contact Support link for more information

Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.



Hapag-Lloyd

We're hiring! | Log in

Home | Services & Information | Our Company | Online Business Suite

EN

Quote
Schedule
Book
Documentation
Finance
Track
by Booking
by Container
Subscription
Vessel Tracker
Live Position
Hapag-Lloyd LIVE

Track > by Container

# Tracing by Container

Enter a container number to receive tracing information. Use also the **Vessel Tracing** for the current vessel schedule.

**Container No.** HLXU 8199523 (e.g. HLCU1234567)

Find Clear

**Container Information**

**Type** 45GP **Description** HIGH CUBE CONT. **Dimension** 40' X 8' X 9'6" **Tare (kg)** 3950 **Max. Payload (kg)** 28550

**Last Movement**

The container arrived in COLUMBUS, OH at 2024-09-12 .

| Status | Place of Activity | Date | Time | Transport | Voyage No. |
|---|---|---|---|---|---|
| Gate out empty | HO CHI MINH CITY | 2024-07-08 | 01:10 | Truck | |
| Arrival in | HO CHI MINH CITY | 2024-07-08 | 14:19 | Waterway | |
| Departure from | HO CHI MINH CITY | 2024-07-12 | 21:18 | Waterway | |
| Arrival in | VUNG TAU | 2024-07-13 | 14:11 | Waterway | |
| Loaded | VUNG TAU | 2024-07-14 | 04:10 | ONE WREN | 024E |
| Vessel departed | VUNG TAU | 2024-07-15 | 07:24 | ONE WREN | 024E |
| Vessel arrived | NEW YORK, NY | 2024-08-30 | 20:24 | ONE WREN | 024E |
| Discharged | NEW YORK, NY | 2024-08-31 | 05:40 | ONE WREN | 024E |
| Arrival in | JERSEY CITY, NJ | 2024-09-05 | 11:26 | Truck | |
| Departure from | NEW YORK, NY | 2024-09-05 | 11:52 | Truck | |
| Departure from | JERSEY CITY, NJ | 2024-09-05 | 11:55 | Rail | |
| Arrival in | COLUMBUS, OH | 2024-09-12 | 21:15 | Rail | |
| Departure from | COLUMBUS, OH | | | Truck | |



Hapag-Lloyd

We're hiring! | Log in

Home | Services & Information | Our Company | Online Business Suite

EN

Quote
Schedule
Book
Documentation
Finance
Track
by Booking
by Container
Subscription
Vessel Tracker
Live Position
Hapag-Lloyd LIVE

Track > by Container

# Tracing by Container

Enter a container number to receive tracing information. Use also the **Vessel Tracing** for the current vessel schedule.

**Container No.** HLXU 8637527 (e.g. HLCU1234567)

Find | Clear

**Container Information**

**Type** 45GP **Description** HIGH CUBE CONT. **Dimension** 40' X 8' X 9'6" **Tare (kg)** 3900 **Max. Payload (kg)** 28600

**Last Movement**

The container departed from COLUMBUS, OH at 2024-09-12 .

| Status | Place of Activity | Date | Time | Transport | Voyage No. |
|---|---|---|---|---|---|
| **Gate out empty** | **COLUMBUS, OH** | **2024-09-12** | **14:37** | **Truck** | |
| Departure from | COLUMBUS, OH | 2024-09-14 | | Rail | |
| Arrival in | NORFOLK, VA | 2024-09-18 | | Rail | |
| Vessel departure | NORFOLK, VA | 2024-09-19 | 12:00 | ONE SWAN | 028W |
| Vessel arrival | SINGAPORE | 2024-11-11 | 09:30 | ONE SWAN | 028W |
| Vessel departure | SINGAPORE | 2024-11-14 | 20:00 | BANGKOK BRIDGE | 189S |
| Vessel arrival | JAKARTA | 2024-11-16 | 07:00 | BANGKOK BRIDGE | 189S |



Hapag-Lloyd

We're hiring! | Log in

Home | Services & Information | Our Company | Online Business Suite

EN

Quote
Schedule
Book
Documentation
Finance
Track
by Booking
by Container
Subscription
Vessel Tracker
Live Position
Hapag-Lloyd LIVE

Track > by Container

# Tracing by Container

Enter a container number to receive tracing information. Use also the **Vessel Tracing** for the current vessel schedule.

**Container No.** UACU 5477098 (e.g. HLCU1234567)

Find Clear

**Container Information**

**Type** 45GP **Description** HIGH CUBE CONT. **Dimension** 40' X 8' X 9'6" **Tare (kg)** 3970 **Max. Payload (kg)** 26510

**Last Movement**

The container arrived in COLUMBUS, OH at 2024-09-12 .

| Status | Place of Activity | Date | Time | Transport | Voyage No. |
|---|---|---|---|---|---|
| Gate out empty | HO CHI MINH CITY | 2024-07-08 | 12:55 | Truck | |
| Arrival in | HO CHI MINH CITY | 2024-07-09 | 07:51 | Waterway | |
| Departure from | HO CHI MINH CITY | 2024-07-12 | 22:48 | Waterway | |
| Arrival in | VUNG TAU | 2024-07-13 | 14:34 | Waterway | |
| Loaded | VUNG TAU | 2024-07-14 | 04:08 | ONE WREN | 024E |
| Vessel departed | VUNG TAU | 2024-07-15 | 07:24 | ONE WREN | 024E |
| Vessel arrived | NEW YORK, NY | 2024-08-30 | 20:24 | ONE WREN | 024E |
| Discharged | NEW YORK, NY | 2024-08-31 | 05:44 | ONE WREN | 024E |
| Arrival in | JERSEY CITY, NJ | 2024-09-05 | 11:26 | Truck | |
| Departure from | NEW YORK, NY | 2024-09-05 | 11:52 | Truck | |
| Departure from | JERSEY CITY, NJ | 2024-09-05 | 11:55 | Rail | |
| Arrival in | COLUMBUS, OH | 2024-09-12 | 21:14 | Rail | |
| Departure from | COLUMBUS, OH | | | Truck | |



Hapag-Lloyd

We're hiring! | Log in

Home | Services & Information | Our Company | Online Business Suite | EN

Quote
Schedule
Book
Documentation
Finance
Track
by Booking
by Container
Subscription
Vessel Tracker
Live Position
Hapag-Lloyd LIVE

Track > by Container

# Tracing by Container

Enter a container number to receive tracing information. Use also the **Vessel Tracing** for the current vessel schedule.

**Container No.** SEGU 5672619 (e.g. HLCU1234567)

Find Clear

**Container Information**

**Type** 45GP **Description** HIGH CUBE CONT. **Dimension** 40' X 8' X 9'6" **Tare (kg)** 3830 **Max. Payload (kg)** 28670

**Last Movement**

The container departed from JERSEY CITY, NJ at 2024-09-09 .

| Status | Place of Activity | Date | Time | Transport | Voyage No. |
|---|---|---|---|---|---|
| **Gate out empty** | **HO CHI MINH CITY** | **2024-07-08** | **14:13** | **Truck** | |
| **Arrival in** | **HO CHI MINH CITY** | **2024-07-08** | **20:30** | **Waterway** | |
| **Departure from** | **HO CHI MINH CITY** | **2024-07-12** | **21:54** | **Waterway** | |
| **Arrival in** | **VUNG TAU** | **2024-07-13** | **14:06** | **Waterway** | |
| **Loaded** | **VUNG TAU** | **2024-07-14** | **21:16** | **ONE WREN** | **024E** |
| **Vessel departed** | **VUNG TAU** | **2024-07-15** | **07:24** | **ONE WREN** | **024E** |
| **Vessel arrived** | **NEW YORK, NY** | **2024-08-30** | **20:24** | **ONE WREN** | **024E** |
| **Discharged** | **NEW YORK, NY** | **2024-09-01** | **00:39** | **ONE WREN** | **024E** |
| **Arrival in** | **JERSEY CITY, NJ** | **2024-09-09** | **13:09** | **Truck** | |
| **Departure from** | **NEW YORK, NY** | **2024-09-09** | **13:24** | **Truck** | |
| **Departure from** | **JERSEY CITY, NJ** | **2024-09-09** | **13:28** | **Rail** | |
| Arrival in | COLUMBUS, OH | | | Rail | |
| Departure from | COLUMBUS, OH | | | Truck | |
| Arrival in | COLUMBUS, OH | | | Truck | |
| Departure from | COLUMBUS, OH | | | Truck | |

BETTER WAYS CMA CGM

Shipping | End-to-End Solutions | Air Freight | News | My CMA CG

# Tracking details

CONTAINER TO CONSIGNEE

Container **TCLU1526066** • 45G1 • New search

Click here for more detail on the ISO Code

Export PDF

POO HO CHI MINH CITY (VM) — POL VUNG TAU (VM) — POD NORFOLK, VA (US) — FPD COLUMBUS, OH (US)

ARRIVED AT POD
Tuesday 03-SEP-2024 15:35

?

Hide Previous Moves

| Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|
| Tuesday, 09-JUL-2024 | 23:31 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| Wednesday, 10-JUL-2024 | 16:52 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| Monday, 15-JUL-2024 | 13:46 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| Tuesday, 16-JUL-2024 | 02:22 | READY TO BE LOADED | VUNG TAU | |
| Wednesday, 17-JUL-2024 | 23:45 | LOADED ON BOARD | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Thursday, 18-JUL-2024 | 05:45 | VESSEL DEPARTURE | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Sunday, 01-SEP-2024 | 11:23 | VESSEL ARRIVAL | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Tuesday, 03-SEP-2024 | 15:35 | DISCHARGED | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Wednesday, 04-SEP-2024 | 09:29 | FULL LOAD ON RAIL FOR IMPORT | NORFOLK, VA | |
| Wednesday, 04-SEP-2024 | 17:03 | CONTAINER IN TRANSIT FOR IMPORT | NORFOLK, VA | |
| Monday, 09-SEP-2024 | 16:29 | TRAIN ARRIVAL FOR IMPORT | COLUMBUS, OH | |
| Wednesday, 11-SEP-2024 | 09:07 | IMPORT UNLOAD FULL FROM RAIL | COLUMBUS, OH | |
| Wednesday, 11-SEP-2024 | 10:20 | RECEIVED FOR IMPORT TRANSFER | COLUMBUS, OH | |
| **Thursday, 12-SEP-2024** | **11:58** | CONTAINER TO CONSIGNEE | **COLUMBUS, OH** | |

Provisional moves not found, please feel free to use Contact Support link for more information

⚠ Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.



BETTER WAYS CMA CGM
Shipping
End-to-End Solutions
Air Freight
News
My CM
Tracking details
CONTAINER TO CONSIGNEE
Export PDF
Container TGCU0000273
45G1
New search
Click here for more detail on the ISO Code
POO
HO CHI MINH CITY (VM)
POL
VUNG TAU (VM)
POD
NORFOLK, VA (US)
FPD
COLUMBUS, OH (US)
ARRIVED AT POD
Tuesday 03-SEP-2024 11:14

?

| Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|
| Hide Previous Moves | | | | |
| Tuesday, 09-JUL-2024 | 23:27 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| Wednesday, 10-JUL-2024 | 17:41 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| Monday, 15-JUL-2024 | 04:01 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| Monday, 15-JUL-2024 | 20:59 | READY TO BE LOADED | VUNG TAU | |
| Wednesday, 17-JUL-2024 | 21:42 | LOADED ON BOARD | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Thursday, 18-JUL-2024 | 05:45 | VESSEL DEPARTURE | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Sunday, 01-SEP-2024 | 11:23 | VESSEL ARRIVAL | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Tuesday, 03-SEP-2024 | 11:14 | DISCHARGED | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Wednesday, 04-SEP-2024 | 09:35 | FULL LOAD ON RAIL FOR IMPORT | NORFOLK, VA | |
| Wednesday, 04-SEP-2024 | 17:03 | CONTAINER IN TRANSIT FOR IMPORT | NORFOLK, VA | |
| Monday, 09-SEP-2024 | 16:29 | TRAIN ARRIVAL FOR IMPORT | COLUMBUS, OH | |
| Wednesday, 11-SEP-2024 | 09:04 | IMPORT UNLOAD FULL FROM RAIL | COLUMBUS, OH | |
| Wednesday, 11-SEP-2024 | 10:20 | RECEIVED FOR IMPORT TRANSFER | COLUMBUS, OH | |
| **Thursday, 12-SEP-2024** | **09:03** | **CONTAINER TO CONSIGNEE** | **COLUMBUS, OH** | |

Provisional moves not found, please feel free to use Contact Support link for more information

⚠ Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.



TTER WAYS CMA CGM
Shipping
End-to-End Solutions
Air Freight
News
My CMA
Tracking details
EMPTY IN DEPOT
Export PDF
Container CMAU7372920
45G1
New search
Click here for more detail on the ISO Code
POO
HO CHI MINH CITY (VM)
POL
VUNG TAU (VM)
POD
NORFOLK, VA (US)
FPD
COLUMBUS, OH (US)
ARRIVED AT POD
Sunday 01-SEP-2024 15:48

| Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|
| Hide Previous Moves | | | | |
| Wednesday, 10-JUL-2024 | 13:42 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| Wednesday, 10-JUL-2024 | 20:52 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| Monday, 15-JUL-2024 | 04:33 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| Monday, 15-JUL-2024 | 20:01 | READY TO BE LOADED | VUNG TAU | |
| Wednesday, 17-JUL-2024 | 10:50 | LOADED ON BOARD | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Thursday, 18-JUL-2024 | 05:45 | VESSEL DEPARTURE | VUNG TAU | CMA CGM GALAPAGOS ( 1TU8YS1MA) |
| Sunday, 01-SEP-2024 | 11:23 | VESSEL ARRIVAL | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Sunday, 01-SEP-2024 | 15:48 | DISCHARGED | NORFOLK, VA | CMA CGM GALAPAGOS ( 1TU8ZN1MA) |
| Tuesday, 03-SEP-2024 | 08:03 | FULL LOAD ON RAIL FOR IMPORT | NORFOLK, VA | |
| Tuesday, 03-SEP-2024 | 15:01 | CONTAINER IN TRANSIT FOR IMPORT | NORFOLK, VA | |
| Friday, 06-SEP-2024 | 07:56 | TRAIN ARRIVAL FOR IMPORT | COLUMBUS, OH | |
| Saturday, 07-SEP-2024 | 01:32 | IMPORT UNLOAD FULL FROM RAIL | COLUMBUS, OH | |
| Saturday, 07-SEP-2024 | 02:40 | RECEIVED FOR IMPORT TRANSFER | COLUMBUS, OH | |
| Monday, 09-SEP-2024 | 09:05 | CONTAINER TO CONSIGNEE | COLUMBUS, OH | |
| **Thursday, 12-SEP-2024** | **13:43** | **EMPTY IN DEPOT** | **COLUMBUS, OH** | |

Provisional moves not found, please feel free to use Contact Support link for more information

Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.



TTER WAYS CMA CGM
Shipping
End-to-End Solutions
Air Freight
News
My CMA
Tracking details
VESSEL DEPARTURE
Export PDF
Container CMAU6320201
45G1
New search
Click here for more detail on the ISO Code
POO
HO CHI MINH CITY (VM)
POL
VUNG TAU (VM)
POD
SAVANNAH, GA (US)
ETA BERTH AT POD
Friday 13-SEP-2024 13:12
< 1 DAY REMAINING

| Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|
| Hide Previous Moves | | | | |
| Tuesday, 16-JUL-2024 | 14:32 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| Wednesday, 17-JUL-2024 | 05:41 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| Monday, 22-JUL-2024 | 10:44 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| Tuesday, 23-JUL-2024 | 05:22 | READY TO BE LOADED | VUNG TAU | |
| Wednesday, 24-JUL-2024 | 02:17 | LOADED ON BOARD | VUNG TAU | CMA CGM A. LINCOLN ( 1TU92S1MA) |
| **Wednesday, 24-JUL-2024** | **15:48** | **VESSEL DEPARTURE** | **VUNG TAU** | **CMA CGM A. LINCOLN ( 1TU92S1MA)** |
| Friday, 13-SEP-2024 | 13:12 | VESSEL ARRIVAL | SAVANNAH, GA | CMA CGM A. LINCOLN ( 1TU93N1MA) |

Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.



Shipping | End-to-End Solutions | Air Freight | News | My CMA

# Tracking details

VESSEL DEPARTURE

Container **CMAU5806375** • **45G1** • New search

Click here for more detail on the ISO Code

Export PDF

POO **HO CHI MINH CITY (VM)** — POL **VUNG TAU (VM)** — POD **SAVANNAH, GA (US)**

ETA BERTH AT POD
**Friday 13-SEP-2024 13:12**
< 1 DAY REMAINING

| Date | | Moves | Location | Vessel (Voyage) |
|---|---|---|---|---|
| Hide Previous Moves | | | | |
| Tuesday, 16-JUL-2024 | 13:34 | EMPTY TO SHIPPER | HO CHI MINH CITY | |
| Tuesday, 16-JUL-2024 | 22:05 | RECEIVED FOR EXPORT TRANSFER | HO CHI MINH CITY | |
| Monday, 22-JUL-2024 | 07:39 | CONTAINER IN TRANSIT FOR EXPORT | HO CHI MINH CITY | |
| Tuesday, 23-JUL-2024 | 04:45 | READY TO BE LOADED | VUNG TAU | |
| Tuesday, 23-JUL-2024 | 18:43 | LOADED ON BOARD | VUNG TAU | CMA CGM A. LINCOLN ( 1TU92S1MA) |
| **Wednesday, 24-JUL-2024** | **15:48** | **VESSEL DEPARTURE** | **VUNG TAU** | **CMA CGM A. LINCOLN ( 1TU92S1MA)** |
| Friday, 13-SEP-2024 | 13:12 | VESSEL ARRIVAL | SAVANNAH, GA | CMA CGM A. LINCOLN ( 1TU93N1MA) |

Times reflected are local Times
Provisional moves are given for information purpose only, without warranty of any kind either expressed or implied, and are subject to change at any time without further notice.