# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on January 3, 2025, I caused a copy of *Application of Homelegance Inc. for Allowance of Administrative Expense* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: January 3, 2025

## Service List

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt , Esquire
Ethan Stern, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esquire
Kristin K. Going, Esquire
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

53636491.3