# Exhibit A

| Order status | CUSTOMER NAME | PO# | FOB total | PO Shipping Window | FCR Date | Payment Due Date |
|---|---|---|---|---|---|---|
| Shipped | Big Lots | 95613998 | $ 4,478.40 | 2024/9/23 - 2024/9/30 | 10/15/2024 | 12/14/2024 |
| Shipped | Big Lots | 95613998 | $ 499.20 | 2024/9/23 - 2024/9/30 | 10/15/2024 | 12/14/2024 |
| Shipped | Big Lots | 95614000 | $ 4,665.60 | 2024/9/23 - 2024/9/30 | 10/15/2024 | 12/14/2024 |
| Shipped | Big Lots | 95284026 | $ 5,515.20 | 2024/9/30 - 2024/10/7 | 10/15/2024 | 12/14/2024 |
| Shipped | Big Lots | 95611246 | $ 5,809.20 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611246 | $ 5,196.16 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611244 | $ 921.60 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611244 | $ 8,078.40 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611245 | $ 9,489.60 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611256 | $ 14,188.20 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611256 | $ 11,501.00 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95611256 | $ 13,672.80 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95284019 | $ 307.20 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95445265 | $ 11,170.80 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95445265 | $ 9,982.00 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95445265 | $ 10,530.00 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95284022 | $ 7,416.00 | 2024/10/7-2024/10/14 | 10/12/2024 | 12/11/2024 |
| Shipped | Big Lots | 95284028 | $ 6,494.40 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95613997 | $ 8,282.40 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95614004 | $ 6,771.60 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95614004 | $ 6,665.00 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95613999 | $ 3,891.60 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95613999 | $ 4,405.44 | 2024/10/7- 2024/10/14 | 10/24/2024 | 12/23/2024 |
| Shipped | Big Lots | 95643032 | $ 11,149.20 | 2024/12/2-2024/12/9 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95643032 | $ 2,074.80 | 2024/12/2-2024/12/9 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617014 | $ 2,534.64 | 2024/12/2-2024/12/9 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617009 | $ 40,376.28 | 2024/12/16-2024/12/23 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617009 | $ 12,141.00 | 2024/12/16-2024/12/23 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617009 | $ 5,844.30 | 2024/12/16-2024/12/23 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617009 | $ 9,792.00 | 2024/12/16-2024/12/23 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617009 | $ 4,127.76 | 2024/12/16-2024/12/23 | 12/17/2024 | 2/15/2025 |
| Shipped | Big Lots | 95617011 | $ 23,080.68 | 2024/12/16-2024/12/23 | 12/19/2024 | 2/17/2025 |
| Shipped | Big Lots | 95617011 | $ 10,094.70 | 2024/12/16-2024/12/23 | 12/19/2024 | 2/17/2025 |
| Shipped | Big Lots | 95617011 | $ 9,162.00 | 2024/12/16-2024/12/23 | 12/19/2024 | 2/17/2025 |
| Shipped | Big Lots | 95617011 | $ 3,276.00 | 2024/12/16-2024/12/23 | 12/19/2024 | 2/17/2025 |
| Shipped | Big Lots | 95617011 | $ 2,987.76 | 2024/12/16-2024/12/23 | 12/19/2024 | 2/17/2025 |
| | | Total: | $ 296,572.92 | | | |