**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS)<br>Jointly Administered |
| Debtors. | |

**ORDER GRANTING MOTION OF ZURU LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

Upon the *Motion of Zuru LLC for Allowance and Payment of Administrative Claim* ("Motion") for entry of an order allowing and directing immediate payment of the Zuru Administrative Expense Claim as an administrative expense priority claim pursuant to sections 503(b)(1)(A), 503(b)(9), and 507(a)(2) of the Bankruptcy Code; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that sufficient notice of the Motion has been given and that no further notice is necessary; and the Court having reviewed and considered the Motion, any objections to the Motion, and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief set forth in this Order,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. Zuru LLC is hereby granted an administrative expense priority claim in the amount of $344,492.92, which shall be paid by the Debtors within ten (10) business days of entry of this Order.

3. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.