IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11967-JKS |
| | § | |
| **BIG LOTS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | **CHAPTER 11** |

---

**TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM NO. 1900**

---

**YOU ARE HEREBY NOTIFIED** that Orange County**'s** claim no. 1900 in the amount of **$13,865.95** is **WITHDRAWN**. Proof of claim filed in error.

**Date:  January 6, 2025**

            Respectfully submitted,

            **LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

            */s/  Tara L. Grundemeier*
            **TARA L. GRUNDEMEIER**
            Texas State Bar No. 24036691
            **JEANNIE L. ANDRESEN**
            Texas State Bar No. 24086239
            Post Office Box 3064
            Houston, Texas 77253-3064
            (713) 844-3478 Telephone
            (713) 844-3503 Telecopier
            tara.grundemeier@lgbs.com
            jeannie.andresen@lgbs.com

            Counsel for Orange County

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11967-JKS |
| | § | |
| **BIG LOTS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 2** was served via electronic means on **January 6, 2025.**

*/s/  Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**