# EXHIBIT A

# Statement

| | |
|---|---|
| Document Date | 12/16/24 |
| Statement | 10 |
| Starting Date | 10/16/24 |
| Ending Date | 12/16/24 |



Big Lots, Inc & Affiliates
Jennifer Christy AP
4900 E Dublin Granville Rd.
Westerville, OH 43081, United States

RESPAWN
1061 Proctor Dr
Elkhorn, WI 53121
Phone No. 18007881028

| Posting Date | Document No. | Description | Due Date | Original Amount | Remaining Amount | Running Total |
|---|---|---|---|---:|---:|---:|
| Entries USD | | | | | | 0.00 |
| 10/29/24 | SI019960 | Order SO019915 | 11/28/24 | 9,126.00 | 9,126.00 | 9,126.00 |
| 10/31/24 | SI019988 | Order SO019928 | 11/30/24 | 10,296.00 | 10,296.00 | 19,422.00 |
| 10/31/24 | SI019989 | Order SO019931 | 11/30/24 | 6,552.00 | 6,552.00 | 25,974.00 |
| 11/01/24 | SI020034 | Order SO019920 | 12/01/24 | 18,720.00 | 0.00 | 44,694.00 |
| 11/01/24 | SI020035 | Order SO019921 | 12/01/24 | 18,720.00 | 0.00 | 63,414.00 |
| 11/04/24 | SI020099 | Order SO019930 | 12/04/24 | 18,720.00 | 0.00 | 82,134.00 |
| 11/05/24 | SI020114 | Order SO019929 | 12/05/24 | 18,720.00 | 0.00 | 100,854.00 |
| 11/05/24 | SI020138 | Order SO019926 | 12/05/24 | 18,720.00 | 0.00 | 119,574.00 |
| 11/06/24 | SI020155 | Order SO019925 | 12/06/24 | 18,720.00 | 0.00 | 138,294.00 |
| 11/07/24 | SI020171 | Order SO019924 | 12/07/24 | 4,680.00 | 4,680.00 | 142,974.00 |
| 11/07/24 | SI020172 | Order SO020153 | 12/07/24 | 3,744.00 | 3,744.00 | 146,718.00 |
| 11/08/24 | SI020214 | Order SO019911 | 12/08/24 | 13,338.00 | 13,338.00 | 160,056.00 |
| 11/08/24 | SI020215 | Order SO019913 | 12/08/24 | 14,040.00 | 14,040.00 | 174,096.00 |
| 11/08/24 | SI020218 | Order SO019922 | 12/08/24 | 18,720.00 | 18,720.00 | 192,816.00 |
| 11/15/24 | SI020427 | Order SO019927 | 12/15/24 | 18,720.00 | 18,720.00 | 211,536.00 |
| 11/15/24 | SI020428 | Order SO020152 | 12/15/24 | 18,720.00 | 18,720.00 | 230,256.00 |
| 11/15/24 | SI020429 | Order SO020148 | 12/15/24 | 18,720.00 | 18,720.00 | 248,976.00 |
| 11/18/24 | SI020492 | Order SO020150 | 12/18/24 | 18,720.00 | 18,720.00 | 267,696.00 |
| 11/18/24 | SI020493 | Order SO020149 | 12/18/24 | 10,296.00 | 10,296.00 | 277,992.00 |
| 11/19/24 | SI020536 | Order SO020151 | 12/19/24 | 16,848.00 | 16,848.00 | 294,840.00 |
| 12/06/24 | DEP001293 | Big Lots, Inc & Affiliates | 12/06/24 | -112,320.00 | 0.00 | 182,520.00 |
| | | | | | **Total USD** | **182,520.00** |

| Posting Date | Document No. | Description | Due Date | Original Amount | Remaining Amount |
|---|---|---|---|---:|---:|
| Overdue Entries USD | | | | | |
| 10/29/24 | SI019960 | Order SO019915 | 11/28/24 | 9,126.00 | 9,126.00 |
| 10/31/24 | SI019988 | Order SO019928 | 11/30/24 | 10,296.00 | 10,296.00 |
| 10/31/24 | SI019989 | Order SO019931 | 11/30/24 | 6,552.00 | 6,552.00 |
| 11/07/24 | SI020171 | Order SO019924 | 12/07/24 | 4,680.00 | 4,680.00 |
| 11/07/24 | SI020172 | Order SO020153 | 12/07/24 | 3,744.00 | 3,744.00 |
| 11/08/24 | SI020214 | Order SO019911 | 12/08/24 | 13,338.00 | 13,338.00 |
| 11/08/24 | SI020215 | Order SO019913 | 12/08/24 | 14,040.00 | 14,040.00 |

## Statement

| | | | | | |
|---|---|---|---|---|---|
| 11/08/24 | SI020218 | Order SO019922 | 12/08/24 | 18,720.00 | 18,720.00 |
| 11/15/24 | SI020427 | Order SO019927 | 12/15/24 | 18,720.00 | 18,720.00 |
| 11/15/24 | SI020428 | Order SO020152 | 12/15/24 | 18,720.00 | 18,720.00 |
| 11/15/24 | SI020429 | Order SO020148 | 12/15/24 | 18,720.00 | 18,720.00 |
| | | | | **Total USD** | **136,656.00** |