# EXHIBIT A

Paragon Windermere, LLC
8700 North Street, Suite 310
Fishers, IN 46038

# Invoice

To: Big Lots

Date: 12/03/24
Invoice No.: 120324BL

## Account Activity

| Date | Description Of Service | Charges |
|---|---|---|
| 12/3/2024 | Reimbursement of Property Taxes Fall Installment 2023 pay 2024 | $11,757.36 |
| | See attached receipts for reference. | |
| **Please make checks payable to Paragon Windermere, LLC** | | |
| | Please Pay This Amount | $11,757.36 |

### Suite 6225 - Big Lots

**2023 pay 2024**
**ACTUAL**

**TAXES**

| | | |
|---|---:|---:|
| Real Estate Taxes- 2nd half | | $20,169.47 |
| Total Building Square Footage | 43,230 | |
| Tenant - Square Footage | 25,200 | |
| Tenant Percentage | 58.29% | $11,757.36 |

**TENANT ANNUAL EXPENSE RECONCILIATION**

| | |
|---|---:|
| **Real Estate Taxes** | $11,757.36 |
| Total Due | $11,757.36 |

STATE FORM 53569 (R24/11-23)
APPROVED BY STATE BOARD OF ACCOUNTS, 2023

TREASURER FORM TS-1A
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1

## COUNTY: 49-MARION — SPRING INSTALLMENT REMITTANCE COUPON

| PARCEL NUMBER | COUNTY PARCEL NUMBER | TAX YEAR | Late Payment Penalty: 5% penalty after May 10, 2024, if there is no delinquent amount; 10% penalty for previous delinquency or if payment is made after June 10, 2024 |
|---|---|---|---|
| 49-02-32-122-007.000-800 | 8044468 | 2023 Payable 2024 | |
| **TAXING UNIT NAME** | **LEGAL DESCRIPTION** | | |
| 800/800 WASHINGTON OUTSIDE | SE1/4 S32 T17 R4 593.73' & 25' N OF SW COR BEG NE 161.29' NW135.218' NE167.234' E342.855' SE204.717' SW525 | | |
| **PROPERTY ADDRESS** 6213 ALLISONVILLE RD | **SPRING AMOUNT DUE by May 10, 2024** | | **$20,169.91** |

PARAGON WINDERMERE LLC 71.2% INT &
LEBANON WINDERMERE LLC 28.8% INT
8700 NORTH ST STE 310
FISHERS, IN     46038-2865

Pay By Phone: (317)327-4829
Pay Online at: treasurer.indy.gov / (317)327-4444
Remit Payment and Make Checks Payable to:
MARION COUNTY TREASURER
P.O. Box 6145
Indianapolis, IN 46206

01240002016991804446683

---

## COUNTY: 49-MARION — FALL INSTALLMENT REMITTANCE COUPON

| PARCEL NUMBER | COUNTY PARCEL NUMBER | TAX YEAR | Late Payment Penalty: 5% penalty after November 12, 2024, if there is no delinquent amount; 10% penalty for previous delinquency or if payment is made after December 12, 2024 |
|---|---|---|---|
| 49-02-32-122-007.000-800 | 8044468 | 2023 Payable 2024 | |
| **TAXING UNIT NAME** | **LEGAL DESCRIPTION** | | |
| 800/800 WASHINGTON OUTSIDE | SE1/4 S32 T17 R4 593.73' & 25' N OF SW COR BEG NE 161.29' NW135.218' NE167.234' E342.855' SE204.717' SW525 | | |
| **PROPERTY ADDRESS** 6213 ALLISONVILLE RD | **FALL AMOUNT DUE by November 12, 2024** | | **$20,169.47** |

PARAGON WINDERMERE LLC 71.2% INT &
LEBANON WINDERMERE LLC 28.8% INT
8700 NORTH ST STE 310
FISHERS, IN     46038-2865

Pay By Phone: (317)327-4829
Pay Online at: treasurer.indy.gov / (317)327-4444
Remit Payment and Make Checks Payable to:
MARION COUNTY TREASURER
P.O. Box 6145
Indianapolis, IN 46206

02240002016947804446684

---

## COUNTY: 49-MARION — TAXPAYER'S COPY-KEEP FOR YOUR RECORDS

| PARCEL NUMBER | COUNTY PARCEL NUMBER | TAX YEAR | DUE DATES |
|---|---|---|---|
| 49-02-32-122-007.000-800 | 8044468 | 2023 Payable 2024 | SPRING - May 10, 2024 FALL - November 12, 2024 |
| **TAXING UNIT NAME** | **LEGAL DESCRIPTION** | | |
| 800/800 WASHINGTON OUTSIDE | SE1/4 S32 T17 R4 593.73' & 25' N OF SW COR BEG NE 161.29' NW135.218' NE167.234' E342.855' SE204.717' SW525 | | |

DATE OF STATEMENT: 5/2/2024

**PROPERTY ADDRESS:** 6213 ALLISONVILLE RD

| PROPERTY TYPE | TOWNSHIP |
|---|---|
| Real Estate | 8-WASHINGTON |
| **ACRES** | **BILL CODE** |
| 5.03 | |
| **COUNTY SPECIFIC RATE** | |
| 02.3065 | |

PARAGON WINDERMERE LLC 71.2% INT &
LEBANON WINDERMERE LLC 28.8% INT
8700 NORTH ST STE 310
FISHERS, IN     46038-2865

**TOTAL DUE FOR 2023 Payable 2024: $40,339.38**

| ITEMIZED CHARGES | SPRING TOTAL | FALL TOTAL |
|---|---|---|
| Tax | $18,374.57 | $18,374.57 |
| Delinquent Tax | $0.00 | $0.00 |
| Delinquent Penalty | $0.00 | $0.00 |
| Other Assessment (OA) | $0.00 | $0.00 |
| Delinquent OATax | $0.44 | $0.00 |
| Delinquent OA Penalty | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Storm Water | $1,794.90 | $1,794.90 |
| Auditor Corrections | $0.00 | $0.00 |
| **Amount Due** | **$20,169.91** | **$20,169.47** |
| Payments Received | $0.00 | $0.00 |
| **Balance Due** | **$20,169.91** | **$20,169.47** |

STATE FORM 53569 (R24/11-23)
APPROVED BY STATE BOARD OF ACCOUNTS, 2023

TREASURER FORM TS-1A
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1

## SPECIAL MESSAGE TO PROPERTY OWNER

Property taxes are constitutionally capped at 1% of property values for homesteads (owner-occupied), 2% for other residential property and agricultural land, and 3% for all other property. The Mortgage Deduction is no longer available beginning with 2023 Pay 2024. Please note that local government unit annual budget notices are now available online at: https://budgetnotices.in.gov. Additional information for how to read your current tax bill can be located online at: www.in.gov/dlgf/understanding-your-tax-bill/tax-bill-101.

### TAXPAYER AND PROPERTY INFORMATION

| Taxpayer Name and Mailing Address | Date of Notice | Due Dates | Parcel Number | Taxing District |
|---|---|---|---|---|
| PARAGON WINDERMERE LLC 71.2% INT & LEBANON WINDERMERE LLC 28.8% INT 8700 NORTH ST STE 310 FISHERS, IN 46038-2865 | May 2, 2024 | May 10, 2024 November 12, 2024 | 8044468 49-02-32-122-007.000-800 | 800/800 WASHINGTON OUTSIDE |

Property Address: 6213 ALLISONVILLE RD

Legal Description: SE1/4 S32 T17 R4 593.73' & 25' N OF SW COR BEG NE 161.29' NW135.218' NE167.234' E342.855' SE204.717' SW525.863' W139.893' TO BEG & WINDERMERE

Spring installment due on or before May 10, 2024 and Fall installment due on or before November 12, 2024.

### TABLE 1: SUMMARY OF YOUR TAXES

| 1. ASSESSED VALUE AND TAX SUMMARY | 2022 Pay 2023 | 2023 Pay 2024 |
|---|---|---|
| 1a. Gross assessed value of homestead property | $0 | $0 |
| 1b. Gross assessed value of other residential property and agricultural land | $0 | $0 |
| 1c. Gross assessed value of all other property, including personal property | $1,447,900 | $1,447,900 |
| 2. Equals total gross assessed value of property | $1,447,900 | $1,447,900 |
| 2a. Minus deductions (see Table 5 below) | $0 | $0 |
| 3. Equals subtotal of net assessed value of property | $1,447,900 | $1,447,900 |
| 3a. Multiplied by your local tax rate | 2.565900 | 2.538100 |
| 4. Equals gross tax liability (see Table 3 below) | $37,151.68 | $36,749.14 |
| 4a. Minus local property tax credits | $0.00 | $0.00 |
| 4b. Minus savings due to property tax cap(s) (see Table 2 and footnotes below) | $0.00 | $0.00 |
| 4c. Minus savings due to over 65 circuit breaker credit [1] | $0.00 | $0.00 |
| 4d. Minus savings due to county option circuit breaker credit | $0.00 | $0.00 |
| 5. Total net property tax liability due (See remittance coupon for total amount due) | $37,151.68 | $36,749.14 |

Please see Table 4 for a summary of other charges to this property.

### TABLE 2: PROPERTY TAX CAP INFORMATION

| | 2022 Pay 2023 | 2023 Pay 2024 |
|---|---|---|
| Property tax cap (equal to 1%, 2%, or 3%, depending upon combination of property types) [2] | $43,437.00 | $43,437.00 |
| Upward adjustment due to voter-approved projects and charges (e.g., referendum) [3] | $9,561.93 | $9,366.47 |
| Maximum tax that may be imposed under cap | $52,998.93 | $52,803.47 |

### TABLE 3: GROSS PROPERTY TAX DISTRIBUTION AMOUNTS APPLICABLE TO THIS PROPERTY

| TAXING AUTHORITY | TAX RATE 2023 | TAX RATE 2024 | TAX AMOUNT 2023 | TAX AMOUNT 2024 | DIFFERENCE 2023-2024 | PERCENT DIFFERENCE |
|---|---|---|---|---|---|---|
| STATE | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | 0.00 % |
| COUNTY | 0.3635 | 0.3631 | $5,263.12 | $5,257.32 | ($5.80) | (0.11) % |
| TOWNSHIP | 0.0100 | 0.0104 | $144.79 | $150.58 | $5.79 | 4.00 % |
| SCHOOL | 1.1844 | 1.1605 | $17,148.94 | $16,802.88 | ($346.06) | (2.02) % |
| LIBRARY | 0.1222 | 0.1220 | $1,769.33 | $1,766.44 | ($2.89) | (0.16) % |
| CONSOLIDATED CITY | 0.6136 | 0.6103 | $8,884.31 | $8,836.53 | ($47.78) | (0.54) % |
| NOT AVAILABLE | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | 0.00 % |
| WELFARE | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | 0.00 % |
| HEALTH & HOSPITAL | 0.1883 | 0.1887 | $2,726.40 | $2,732.19 | $5.79 | 0.21 % |
| LOCAL CITY/TOWN | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | 0.00 % |
| PUBLIC TRANSPORTATION | 0.0839 | 0.0831 | $1,214.79 | $1,203.20 | ($11.59) | (0.95) % |
| OTHER | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | 0.00 % |
| TOTAL | 2.5659 | 2.5381 | $37,151.68 | $36,749.14 | ($402.54) | (1.08) % |

### TABLE 4: OTHER CHARGES TO THIS PROPERTY

| LEVYING AUTHORITY | 2023 | 2024 | % Change |
|---|---|---|---|
| Storm Water | $3,647.70 | $3,589.60 | (1.59) % |
| TOTAL ADJUSTMENTS | $3,647.70 | $3,589.60 | (1.59) % |

### TABLE 5: DEDUCTIONS APPLICABLE TO THIS PROPERTY [4]

| TYPE OF DEDUCTION | 2023 | 2024 |
|---|---|---|
| TOTAL DEDUCTIONS | | |

1. A taxpayer can only receive the Over 65 Circuit Breaker Credit or the County Option Circuit. Indian Code § 6-1.1-49-6 specifies that a taxpayer cannot receive both.
2. The property tax cap is calculated separately for each class of property owned by the taxpayer.
3. Charges not subject to the property tax cap include property tax levies approved by voters through a referendum. When added to the base property tax cap amount for your property, this creates the effective tax cap. For more information, see the back of this document. Information regarding the referendums proposed during the most recent elections can be located online at: www.in.gov/dlgf/internet-bargain-information
4. If any circumstances have changed that would make you ineligible for a deduction that you have been granted per Table 5 on this tax bill, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you may be liable for taxes and penalties on the amount deducted.



