# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No.: 24-11967 (JKS) |
| | ) | |
| Debtors.¹ | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ALLOWANCE
### AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Chris Block, being duly sworn upon his oath, deposes and states as follows:

1. I am over the age of eighteen (18), and have personal knowledge of the facts stated in this Affidavit. I am a Vice President of Paragon Realty, LLC, the property manager of a shopping center located at 6225 Allisonville Road, Indianapolis, Indiana 46220 (the "Shopping Center").

2. The Shopping Center is owned by Paragon Windermere, LLC and Lebanon Windermere, LLC, tenants in common (the "Landlord"). The Landlord leased a portion of the Shopping Center (the "Premises") to Big Lots Stores, LLC (the "Debtor") pursuant to a lease dated October 31, 2000 and modified on July 17, 2006 and on July 8, 2022 (the "Lease").

3. I have reviewed the Motion for Allowance and Payment of Administrative Expense Claim filed by the Landlord, and the facts stated therein are true and correct to the best of my knowledge.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4910531

4.       Under the Lease, the Debtor is required to reimburse the Landlord for Debtor's pro rata share of the real estate taxes relating to the Premises.  The Debtor failed to reimburse the Landlord for Debtor's pro rata share of real estate taxes that were paid by Landlord to the local taxing authority on November 1, 2024, and the amount of such obligation payable by Debtor to the Landlord is $11,757.36.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

Dated this __5th__ day of January, 2025.

*Chris Block*
Chris Block

4910531                                                                 2