**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. ____** |

**ORDER GRANTING MOTION FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Paragon Windermere, LLC and Lebanon Windermere, LLC, tenants in common (collectively, the "Landlord"), by counsel, having filed their Motion for Allowance and Payment of Administrative Expense Claim ("Motion"), requesting the allowance and immediate payment of an administrative expense claim in the amount of $11,757.36 pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), and the Court having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that:

1. The Motion is granted.

2. Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), the Landlord is allowed an administrative expense claim against Big Lots Stores, LLC, one of the debtors herein ("Debtor") in the amount of $11,757.36, and the Debtor is authorized and directed to immediately pay such amount to the Landlord.