## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on the 6th day of January, 2025, I caused to be filed with the Court electronically, and I caused to be served true and correct copies of the *Motion for Allowance and Payment of Administrative Expense Claim* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail on the parties listed on the attached service list.

    */s/ Christopher P. Simon*
    Christopher P. Simon (No. 3697)

**SERVICE LIST**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801
biglots.mnat@morrisnichols.com

*Counsel to the Debtors*

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

*Counsel to the ABL Agent*

Darren Azman, Esq.
Kristin G. Going, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY  10017
dazman@mwe.com
kgoing@mwe.com

and

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
jalberto@coleschotz.com
snewman@coleschotz.com

*Counsel to the Committee*

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY  10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE  19801
knight@rlf.com

*Counsel to the Term Agent*

| | |
|---|---|
| Christopher Marcus, P.C. | Linda J. Casey, Esq. |
| Douglas A. Ryder, P.C. | Office of the United States Trustee |
| Nicholas M. Adzima, Esq. | Caleb Boggs Federal Building |
| KIRKLAND & ELLIS LLP | 844 King Street, Suite 2207 |
| 601 Lexington Avenue | Lockbox 35 |
| New York, NY  10022 | Wilmington, DE  19801 |
| cmarcus@kirkland.com | linda.casey@usdoj.gov |
| douglas.ryder@kirkland.com | |
| nicholas.adzima@kirkland.com | *U.S. Trustee* |
| | |
| *Counsel to the Stalking Horse Bidder* | |

4910420                                                3