# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jenny Zhou of Porzio, Bromberg & Newman, P.C., to represent Giftree Crafts Company Limited in this action.

Dated: January 6, 2025

*/s/ Cheryl A. Santaniello*
Cheryl A. Santaniello, Esquire (DE Bar No. 5062)
**PORZIO, BROMBERG & NEWMAN, P.C.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 526-1235
E-mail: casantaniello@pbnlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Utah and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 6, 2025

*/s/ Jenny Zhou*
Jenny Zhou, Esquire
100 Southgate Parkway, P.O. Box 1997
Morristown, NJ 07962
Telephone: (973) 889-4241
Email: jzhou@pbnlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.