## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC*., et al.,*[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 1/14/2025 at 4:00 PM ET**<br>**Hearing Date: 1/21/2025 at 1:00 PM ET** |

## DECLARATION OF PAUL HAYES IN SUPPORT OF  PARFUMS DE COEUR'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

I, Paul Hayes, am over the age of 18 and have personal knowledge of all facts stated herein and in Parfums Dr Coeur's Motion for Allowance and Payment of Administrative Claim.

1.       I submit this declaration in support of Parfum De Coeur's Motion for Allowance and Payment of Administrative Claim.

2.       I am Vice President Finance at Parfums De Coeur ("PDC"), a creditor of the above-captioned Debtors.

3.       The following facts are within my personal knowledge unless I otherwise state, and if called as a witness in this matter, I can and will competently testify to them.

4.       PDC has been working with Big Lots since at least 2013.

5.       Based on the Debtors' needs and the relationship with PDC, this Court determined that PDC was a Critical Vendor. As such, all of PDC's pre-petition claim has been paid.

---

[1]       The debtors and debtors in possession in these chapter 11 cases (hereafter, "**Debtors**") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots  Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);  CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC  (9612); and Big Lots F&S, LLC (3277).

6.      Until the last payment on December 24, 2024, the Debtors were always paying within 10 days to obtain a discount. The Debtors are ostensibly continuing to use PDC's goods postpetition and that is a benefit to the Debtors for which PDC should be compensated, and other administrative claimants should not be paid before PDC's claim.

7.      As of today, $264,000 is overdue, and as of January 21, 2025, the hearing date for this motion, the Debtors will owe $387,548.20. A true and correct copy of the invoices and a summary of the amount due is attached hereto as **Exhibit A**.

Under 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on January 6, 2025

/s/ *Paul Hayes*


39115v1

# Exhibit A

# *Accounts Receivable Aging Report*



1/2/2025 4:15:32 PM

| Site: | Parfums | | Parfums Site | | | | |
|---|---|---|---|---|---|---|---|
| **Customer** | **Name** | | **City** | **Province/State** | | | |
| | **Contact** | | **Phone** | **Terms** | **Type** | **Credit Limit** | **Currency** |
| 792611 | BIG LOTS STORES INC. (DIP 24-11967) | | COLUMBUS | OH | | | |
| | | | | 1/10 Net 30 | DOLLST | 0.00 | USD |

| T | S | Invoice | Chk/Ref | CB / PO # | Invoice Date | Due/Payment | Apply To Invoice | Original | Current | 1-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | 1543418 | 0 | 0095662130 | 12/3/2024 | 1/2/2025 | 1543418 | 8,367.60 | 8,367.60 | | | | |
| I | | 1543756 | 0 | 0095656348 | 12/4/2024 | 1/3/2025 | 1543756 | 55,517.40 | 55,517.40 | | | | |
| I | | 1543863 | 0 | 0095656348 | 12/5/2024 | 1/4/2025 | 1543863 | 248.40 | 248.40 | | | | |
| I | | 1544217 | 0 | 0095656345 | 12/6/2024 | 1/5/2025 | 1544217 | 42,517.80 | 42,517.80 | | | | |
| I | | 1544218 | 0 | 0095656347 | 12/6/2024 | 1/5/2025 | 1544218 | 45,096.60 | 45,096.60 | | | | |
| I | | 1544281 | 0 | 0095656346 | 12/6/2024 | 1/5/2025 | 1544281 | 43,373.40 | 43,373.40 | | | | |
| I | | 1544334 | 0 | 0095656350 | 12/7/2024 | 1/6/2025 | 1544334 | 73,086.20 | 73,086.20 | | | | |
| I | | 1544615 | 0 | 0095656343 | 12/10/2024 | 1/9/2025 | 1544615 | 22,464.00 | 22,464.00 | | | | |
| I | | 1544722 | 0 | 0095656349 | 12/10/2024 | 1/9/2025 | 1544722 | 76,307.00 | 76,307.00 | | | | |
| I | | 1546343 | 0 | 0095662126 | 12/18/2024 | 1/17/2025 | 1546343 | 9,480.00 | 9,480.00 | | | | |
| I | | 1546344 | 0 | 0095662127 | 12/18/2024 | 1/17/2025 | 1546344 | 11,089.80 | 11,089.80 | | | | |
| | | | | | | | | **Original** | **Current** | **1-30** | **31-60** | **61-90** | **91+** |
| | | | | | **Customer Total** | | | 387,548.20 | 387,548.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | **Original** | **Current** | **1-30** | **31-60** | **61-90** | **91+** |
| | | | | | **Grand Total** | USD | | 387,548.20 | | 0.00 | | 0.00 | |
| | | | | | | | | | 387,548.20 | | 0.00 | | 0.00 |



**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY 10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | 792611 | | 879 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES INC. |
| **I** | 300 PHILLIPI ROAD | **H** | 2306 ENTERPRISE BLVD. |
| **L** | COLUMBUS OH 43228 | **I** | DURANT OK 74701 |
| **L** | United States | **P** | United States |
| **T** | | **T** | |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000612691 | 0095662130 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810517643 | DRT ROSE & MILK 34OZ FOAMING | 864.000 | EA | 864.000 | 3.45000 | 2,980.80 |
| **Item:** 04969-12PN | | | | | | |
| 810517644 | DRT ROSE & MILK 3LB EPSOM SOAK | 1,012.000 | EA | 1,012.000 | 3.45000 | 3,491.40 |
| **Item:** 04968-4PKN | | | | | | |
| 810563732 | DRT ROSE SUGAR SCRUB 19OZ | 468.000 | EA | 468.000 | 4.05000 | 1,895.40 |
| **Item:** 05672-12PN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 8,367.60 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 8,367.60 |

# pdc brands
## wellness & personal care!

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

**Invoice Number:** 1543756
**Page:** 1 of 2
**Date:** 12/4/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

|   | 792611 |   | 879 |
|---|--------|---|-----|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | 2306 ENTERPRISE BLVD. |
| **L** | COLUMBUS OH 43228 | **I** | DURANT OK 74701 |
| **L** | United States | **P** | United States |
| **T** |   | **T** |   |
| **O** |   | **O** |   |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|-------|----------------|----------|---------|--------|----------|---|-------|
| C000609685 | 0095656348 |  |  |  | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|------|------|---------|-----|----------|------------|-----------|
| 810311861 | DRT DTLVND 24OZ BW 4/4 | 1,536.000 | EA | 1,536.000 | 3.45000 | 5,299.20 |
| **Item:** 04158-4PAN |  |  |  |  |  |  |
| 810311864 | DRT DTBDYW 24OZ BW DETOX | 384.000 | EA | 384.000 | 3.45000 | 1,324.80 |
| **Item:** 04361-4PKN |  |  |  |  |  |  |
| 810348196 | DRT 34OZ PINK HIMALAYAN FOAM | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:** 04500-12PN |  |  |  |  |  |  |
| 810348197 | DRT PINK HIMALAYAN 3LB | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 04499-4PKN |  |  |  |  |  |  |
| 810350721 | DRT COCONUT OIL 3LB SOAKING | 1,196.000 | EA | 1,196.000 | 3.45000 | 4,126.20 |
| **Item:** 04502-4PKN |  |  |  |  |  |  |
| 810438317 | DRT ORGANIC SHEA BTTR&ALMD | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 04769-4PKNA |  |  |  |  |  |  |
| 810459360 | DRT SLEEP 3LB EPSOM SOAK | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 04972-4PKNLM |  |  |  |  |  |  |
| 810469403 | DRT SHEA 8.8OZ BATH OIL | 1,440.000 | EA | 1,440.000 | 3.45000 | 4,968.00 |
| **Item:** 04993-6PKN |  |  |  |  |  |  |
| 810498115 | DRT SLEEP 6OZ SPRAY 3/12 | 1,224.000 | EA | 1,224.000 | 3.45000 | 4,222.80 |
| **Item:** 04992-12PNL |  |  |  |  |  |  |



**Invoice Number:** 1543756
**Page:** 2 of 2
**Date:** 12/4/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | | |
|---|---|---|
| | 792611 | |
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | |
| **I** | 300 PHILLIPI ROAD | |
| **L** | COLUMBUS OH 43228 | |
| **L** | United States | |
| **T** | | |
| **O** | | |

| | | |
|---|---|---|
| | 879 | |
| **S** | BIG LOTS STORES  INC. | |
| **H** | 2306 ENTERPRISE BLVD. | |
| **I** | DURANT OK 74701 | |
| **P** | United States | |
| **T** | | |
| **O** | | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609685 | 0095656348 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810517647 | DRT KIDS SLEEP 20OZ  3 IN 1 BW | 1,224.000 | EA | 1,224.000 | 3.45000 | 4,222.80 |
| **Item:** 05021-12PL | | | | | | |
| 810517649 | DRT BLACK ELDERBERRY 3LB SALT | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 05142-4PKN | | | | | | |
| 810519193 | DRT 24OZ SLEEP BODY WASH | 1,536.000 | EA | 1,536.000 | 3.45000 | 5,299.20 |
| **Item:** 05201-4PKNL | | | | | | |
| 810765100 | DRT STRESS RELIEF 3LB EPSOM | 1,440.000 | EA | 1,440.000 | 3.45000 | 4,968.00 |
| **Item:** 06010-4PKN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 55,517.40 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 55,517.40 |



**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY 10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | | | |
|---|---|---|---|
| | 792611 | | 879 |
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES INC. |
| **I** | 300 PHILLIPI ROAD | **H** | 2306 ENTERPRISE BLVD. |
| **L** | COLUMBUS OH 43228 | **I** | DURANT OK 74701 |
| **L** | United States | **P** | United States |
| **T** | | **T** | |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609685 | 0095656348 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810438318 | DRT ORGANIC BUTTER & ALMOND | 960.000 | EA | 72.000 | 3.45000 | 248.40 |

**Item:** 04770-12PNA

| | |
|---|---|
| **Sales Amount** | 248.40 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 248.40 |



|  |  |
|---|---|
| **Invoice Number:** | 1544217 |
| **Page:** | 1 of 1 |
| **Date:** | 12/6/2024 |
| **Salesperson:** | TOM GARRIGA |
|  | Regular Invoice |

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY 10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | 792611 | | 874 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES INC. |
| **I** | 300 PHILLIPI ROAD | **H** | CLOSEOUT DISTRIBUTION INC |
| **L** | COLUMBUS OH 43228 | **I** | 50 RAUSCH CREEK ROAD |
| **L** | United States | **P** | TREMONT PA 17981 |
| **T** | | **T** | United States |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609682 | 0095656345 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 810311831 | DRT DTLVND 3LB EPSOM SALT 4/4 | | 1,932.000 | EA | 1,932.000 | 3.45000 | 6,665.40 |
| **Item:** 04000-4PKN | | | | | | | |
| 810311861 | DRT DTLVND 24OZ BW 4/4 | | 1,536.000 | EA | 1,536.000 | 3.45000 | 5,299.20 |
| **Item:** 04158-4PAN | | | | | | | |
| 810311862 | DRT DTEUCL 24OZ BODY WASH 4/4 | | 3,072.000 | EA | 3,072.000 | 3.45000 | 10,598.40 |
| **Item:** 04159-4PKN | | | | | | | |
| 810459360 | DRT SLEEP 3LB EPSOM SOAK | | 1,932.000 | EA | 1,932.000 | 3.45000 | 6,665.40 |
| **Item:** 04972-4PKNLM | | | | | | | |
| 810517649 | DRT BLACK ELDERBERRY 3LB SALT | | 1,932.000 | EA | 1,932.000 | 3.45000 | 6,665.40 |
| **Item:** 05142-4PKN | | | | | | | |
| 810765100 | DRT STRESS RELIEF 3LB EPSOM | | 1,920.000 | EA | 1,920.000 | 3.45000 | 6,624.00 |
| **Item:** 06010-4PKN | | | | | | | |

| | |
|---|---|
| **Sales Amount** | 42,517.80 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 42,517.80 |

# pdc brands
### wellness & personal care!

**Invoice Number:** 1544218
**Page:** 1 of 2
**Date:** 12/6/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

|   | 792611 |   | 874 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | CLOSEOUT DISTRIBUTION INC |
| **L** | COLUMBUS OH 43228 | **I** | 50 RAUSCH CREEK ROAD |
| **L** | United States | **P** | TREMONT PA 17981 |
| **T** |   | **T** | United States |
| **O** |   | **O** |   |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609684 | 0095656347 |   |   |   | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810308151 | DRT 34OZ LAV FOAMING BATH | 1,440.000 | EA | 1,440.000 | 3.45000 | 4,968.00 |
| **Item:** 04100-12PN | | | | | | |
| 810308152 | DRT 34OZ EUCALYPTUS FOAMING | 1,440.000 | EA | 1,440.000 | 3.45000 | 4,968.00 |
| **Item:** 04101-12PN | | | | | | |
| 810348197 | DRT PINK HIMALAYAN 3LB | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 04499-4PKN | | | | | | |
| 810389083 | CG LAVHNY 30OZ BTHBEAD BIL | 1,080.000 | EA | 1,080.000 | 1.80000 | 1,944.00 |
| **Item:** C327B | | | | | | |
| 810438317 | DRT ORGANIC SHEA BTTR&ALMD | 1,196.000 | EA | 1,196.000 | 3.45000 | 4,126.20 |
| **Item:** 04769-4PKNA | | | | | | |
| 810459451 | DRT SLEEP 34OZ FOAMING BATH | 1,440.000 | EA | 1,440.000 | 3.45000 | 4,968.00 |
| **Item:** 04973-12PNL | | | | | | |
| 810469405 | DRT VITAMIN C 3LB EPSOM SOAK | 828.000 | EA | 828.000 | 3.45000 | 2,856.60 |
| **Item:** 04965-4PKN | | | | | | |
| 810472658 | DRT HEMP SEED OIL 3LB EPSOM | 1,288.000 | EA | 1,288.000 | 3.45000 | 4,443.60 |
| **Item:** 05025-4PKN | | | | | | |
| 810498115 | DRT SLEEP 6OZ SPRAY 3/12 | 1,224.000 | EA | 1,224.000 | 3.45000 | 4,222.80 |
| **Item:** 04992-12PNL | | | | | | |



**Salesperson:**  TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

792611
**B**  BIG LOTS STORES INC. (DIP 24-11967)
**I**  300 PHILLIPI ROAD
**L**  COLUMBUS OH 43228
**L**  United States
**T**
**O**

874
**S**  BIG LOTS STORES  INC.
**H**  CLOSEOUT DISTRIBUTION INC
**I**  50 RAUSCH CREEK ROAD
**P**  TREMONT PA 17981
**T**  United States
**O**

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609684 | 0095656347 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 810517647 | DRT KIDS SLEEP 20OZ  3 IN 1 BW | | 1,020.000 | EA | 1,020.000 | 3.45000 | 3,519.00 |
| **Item:**  05021-12PL | | | | | | | |
| 810519193 | DRT 24OZ SLEEP BODY WASH | | 1,344.000 | EA | 1,344.000 | 3.45000 | 4,636.80 |
| **Item:**  05201-4PKNL | | | | | | | |

| | |
|---|---|
| **Sales Amount** | 45,096.60 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 45,096.60 |



**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | 792611 | | 879 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | 2306 ENTERPRISE BLVD. |
| **L** | COLUMBUS OH 43228 | **I** | DURANT OK 74701 |
| **L** | United States | **P** | United States |
| **T** | | **T** | |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609683 | 0095656346 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810308151 | DRT 34OZ LAV FOAMING BATH | 1,920.000 | EA | 1,920.000 | 3.45000 | 6,624.00 |
| **Item:** 04100-12PN | | | | | | |
| 810308152 | DRT 34OZ EUCALYPTUS FOAMING | 1,920.000 | EA | 1,920.000 | 3.45000 | 6,624.00 |
| **Item:** 04101-12PN | | | | | | |
| 810311831 | DRT DTLVND 3LB EPSOM SALT 4/4 | 2,576.000 | EA | 2,576.000 | 3.45000 | 8,887.20 |
| **Item:** 04000-4PKN | | | | | | |
| 810311862 | DRT DTEUCL 24OZ BODY WASH 4/4 | 2,304.000 | EA | 2,304.000 | 3.45000 | 7,948.80 |
| **Item:** 04159-4PKN | | | | | | |
| 810459451 | DRT SLEEP 34OZ FOAMING BATH | 1,920.000 | EA | 1,920.000 | 3.45000 | 6,624.00 |
| **Item:** 04973-12PNL | | | | | | |
| 810472658 | DRT HEMP SEED OIL 3LB EPSOM | 1,932.000 | EA | 1,932.000 | 3.45000 | 6,665.40 |
| **Item:** 05025-4PKN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 43,373.40 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 43,373.40 |

# pdc brands
wellness & personal care!

Invoice Number: I544334
Page: 1 of 5
Date: 12/7/2024
Salesperson: TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

792611
| B | BIG LOTS STORES INC. (DIP 24-11967) |
| I | 300 PHILLIPI ROAD |
| L | COLUMBUS OH 43228 |
| L | United States |
| T | |
| O | |

879
| S | BIG LOTS STORES  INC. |
| H | 2306 ENTERPRISE BLVD. |
| I | DURANT OK 74701 |
| P | United States |
| T | |
| O | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609687 | 0095656350 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810311864 | DRT DTBDYW 24OZ BW DETOX | 576.000 | EA | 576.000 | 3.45000 | 1,987.20 |
| **Item:** 04361-4PKN | | | | | | |
| 810318815 | DRT DTLVND 8.8OZ BATH OIL | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:** 04281-6PKN | | | | | | |
| 810330120 | DRT EUCMNT 8.8OZ BATH OIL | 480.000 | EA | 480.000 | 3.45000 | 1,656.00 |
| **Item:** 04282-6PKN | | | | | | |
| 810338910 | DRT PRE & POST 3LB EPSOM SALT | 460.000 | EA | 460.000 | 2.90000 | 1,334.00 |
| **Item:** 04364-4PKN | | | | | | |
| 810338921 | DRT 8OZ FOOT CREAM 3/12 | 528.000 | EA | 528.000 | 2.40000 | 1,267.20 |
| **Item:** 04134-12PN | | | | | | |
| 810350722 | DRT 34OZ COCONUT OIL F/B | 720.000 | EA | 720.000 | 3.45000 | 2,484.00 |
| **Item:** 04501-12PN | | | | | | |
| 810350723 | CG LAV&HONEY BATH FIZZIES 8CT | 756.000 | EA | 756.000 | 3.00000 | 2,268.00 |
| **Item:** C575 | | | | | | |
| 810378357 | DRT COCONUT OIL 24OZ BODY | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:** 04585-4PKN | | | | | | |
| 810389083 | CG LAVHNY 30OZ BTHBEAD BIL | 720.000 | EA | 720.000 | 1.80000 | 1,296.00 |
| **Item:** C327B | | | | | | |

# pdc brands
### wellness & personal care!

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

792611
**B** BIG LOTS STORES INC. (DIP 24-11967)
**I** 300 PHILLIPI ROAD
**L** COLUMBUS OH 43228
**L** United States
**T**
**O**

879
**S** BIG LOTS STORES  INC.
**H** 2306 ENTERPRISE BLVD.
**I** DURANT OK 74701
**P** United States
**T**
**O**

Fax:

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609687 | 0095656350 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810419019 | CANTU 13.5OZ SULFTFREE HYDRATE | 312.000 | EA | 312.000 | 3.50000 | 1,092.00 |
| Item: 07532-12/3AEUS | | | | | | |
| 810419020 | CANTU 16OZ LEAVE IN | 480.000 | EA | 480.000 | 4.20000 | 2,016.00 |
| Item: 01120-12/3AEUS | | | | | | |
| 810449778 | DRT 2.5LB MUSCLE RECOVERY SOAK | 672.000 | EA | 672.000 | 2.90000 | 1,948.80 |
| Item: 05018-3PKAN | | | | | | |
| 810450132 | BOD BLACK 3.4OZ BS IN3/CS12 ANTI | 672.000 | EA | 672.000 | 1.70000 | 1,142.40 |
| Item: 5470-FDL | | | | | | |
| 810450133 | SG JAPANESE CHERRY BLOSSOM | 684.000 | EA | 684.000 | 1.70000 | 1,162.80 |
| Item: 3077-TN3 | | | | | | |
| 810450134 | BOD MOST WANTED 3.4OZ BS ANTI | 672.000 | EA | 672.000 | 1.70000 | 1,142.40 |
| Item: 5176-FDL | | | | | | |
| 810450136 | BOD BLUE SURF 3.4OZ IN3/CS12 ANTI | 672.000 | EA | 672.000 | 1.70000 | 1,142.40 |
| Item: 5293-FDL | | | | | | |
| 810450140 | SG PINK SWEET PEA 3.2OZ BS 3/12 | 336.000 | EA | 336.000 | 1.70000 | 571.20 |
| Item: 3071-TN3 | | | | | | |
| 810450142 | SG VANILLA 3.2OZ BS 3/12 | 684.000 | EA | 684.000 | 1.70000 | 1,162.80 |
| Item: 3076-TN3 | | | | | | |

# pdc brands
wellness & personal care!

Invoice Number: I544334
Page: 3 of 5
Date: 12/7/2024
Salesperson: TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | |
|---|---|
| 792611 | 879 |
| **B**  BIG LOTS STORES INC. (DIP 24-11967) | **S**  BIG LOTS STORES  INC. |
| **I**  300 PHILLIPI ROAD | **H**  2306 ENTERPRISE BLVD. |
| **L**  COLUMBUS OH 43228 | **I**  DURANT OK 74701 |
| **L**  United States | **P**  United States |
| **T** | **T** |
| **O** | **O** |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609687 | 0095656350 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810469404 | DRT VITAMIN C 34OZ FOAMING | 720.000 | EA | 720.000 | 3.45000 | 2,484.00 |
| **Item:**  04966-12PN | | | | | | |
| 810469405 | DRT VITAMIN C 3LB EPSOM SOAK | 828.000 | EA | 828.000 | 3.45000 | 2,856.60 |
| **Item:**  04965-4PKN | | | | | | |
| 810472659 | DRT HEMP SEED OIL 24OZ BODY | 576.000 | EA | 576.000 | 3.45000 | 1,987.20 |
| **Item:**  05027-4PKN | | | | | | |
| 810484634 | DRT HEMP SEED OIL 34OZ FOAMING | 480.000 | EA | 480.000 | 3.45000 | 1,656.00 |
| **Item:**  05026-12PN | | | | | | |
| 810488271 | DRT VITAMIN C 24OZ BODY WASH | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:**  04967-4PKN | | | | | | |
| 810517639 | DRT HEMP SEED 8.8OZ BATH OIL | 480.000 | EA | 480.000 | 3.45000 | 1,656.00 |
| **Item:**  05156-6PKN | | | | | | |
| 810517640 | DRT SLEEP 8.8OZ BODY OIL | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05191-6PKNL | | | | | | |
| 810517646 | DRT KIDS SLEEP 2LB SOAK | 540.000 | EA | 540.000 | 2.90000 | 1,566.00 |
| **Item:**  05022-3PKL | | | | | | |
| 810517650 | DRT BLACK ELDERBERRY 34OZ FB | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05144-12PN | | | | | | |

# pdc brands
### wellness & personal care

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

|  |  |
|---|---|
| 792611 | 879 |
| **B**  BIG LOTS STORES INC. (DIP 24-11967) | **S**  BIG LOTS STORES  INC. |
| **I**  300 PHILLIPI ROAD | **H**  2306 ENTERPRISE BLVD. |
| **L**  COLUMBUS OH 43228 | **I**  DURANT OK 74701 |
| **L**  United States | **P**  United States |
| **T** | **T** |
| **O** | **O** |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609687 | 0095656350 |  |  |  | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810557840 | DRT KID HYPO ELDRBRY&VITC 3 IN | 612.000 | EA | 612.000 | 3.45000 | 2,111.40 |
| **Item:**  05199-12P | | | | | | |
| 810563497 | DRT BLACK ELDERBERRY SUGAR | 720.000 | EA | 720.000 | 4.05000 | 2,916.00 |
| **Item:**  05676-12PN | | | | | | |
| 810563732 | DRT ROSE SUGAR SCRUB 19OZ | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:**  05672-12PN | | | | | | |
| 810563733 | DRT VITAMIN C SUGAR SCRUB 19OZ | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:**  05673-12PNC | | | | | | |
| 810563734 | DRT COCONUT OIL SUGAR SCRUB | 480.000 | EA | 36.000 | 4.05000 | 145.80 |
| **Item:**  05674-12P | | | | | | |
| 810563735 | DRT SHEA BTTR&ALMND OIL SUGAR | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:**  05675-12PN | | | | | | |
| 810585449 | SG CUPCAKE SWIRL 3.2OZ 3/12 | 168.000 | EA | 168.000 | 1.70000 | 285.60 |
| **Item:**  A640-TN3 | | | | | | |
| 810722017 | DRT PREBIOTIC LEMON BALM & | 576.000 | EA | 576.000 | 3.45000 | 1,987.20 |
| **Item:**  05776-4PKN | | | | | | |
| 810722018 | DRT PREBIOTIC LEMON BALM & | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05779-4PKN | | | | | | |



Parfums de Coeur, Ltd.
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | | |
|---|---|---|
| **Invoice Number:** | 1544334 |
| **Page:** | 5 of 5 |
| **Date:** | 12/7/2024 |
| **Salesperson:** | TOM GARRIGA |
| | Regular Invoice |

792611

**B**  BIG LOTS STORES INC. (DIP 24-11967)
**I**  300 PHILLIPI ROAD
**L**  COLUMBUS OH 43228
**L**  United States
**T**
**O**

879

**S**  BIG LOTS STORES  INC.
**H**  2306 ENTERPRISE BLVD.
**I**  DURANT OK 74701
**P**  United States
**T**
**O**

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609687 | 0095656350 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810722020 | DRT PREBIOTIC LEMON BALM & | 600.000 | EA | 600.000 | 3.45000 | 2,070.00 |
| **Item:** 05786-12PN | | | | | | |
| 810765101 | DRT 34OZ STRESS RELIEF FOAMING | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:** 06011-12PN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 73,086.20 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 73,086.20 |



| | |
|---|---|
| **Page:** | 1 of 1 |
| **Date:** | 12/10/2024 |
| **Salesperson:** | TOM GARRIGA |
| | Regular Invoice |

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

792611
**B** BIG LOTS STORES INC. (DIP 24-11967)
**I** 300 PHILLIPI ROAD
**L** COLUMBUS OH 43228
**L** United States
**T**
**O**

874
**S** BIG LOTS STORES  INC.
**H** CLOSEOUT DISTRIBUTION INC
**I** 50 RAUSCH CREEK ROAD
**P** TREMONT PA 17981
**T** United States
**O**

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609680 | 0095656343 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | | | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 810219421 | DRT FSTAID 6LB EPSOM SALT 6/6 | | | 6,240.000 | EA | 6,240.000 | 3.60000 | 22,464.00 |

**Item:**  04049-6PKN

| | |
|---|---|
| **Sales Amount** | 22,464.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 22,464.00 |

# pdc brands
wellness & personal care!

Salesperson:  TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

|   | 792611 |   | 874 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | CLOSEOUT DISTRIBUTION INC |
| **L** | COLUMBUS OH 43228 | **I** | 50 RAUSCH CREEK ROAD |
| **L** | United States | **P** | TREMONT PA 17981 |
| **T** |  | **T** | United States |
| **O** |  | **O** |  |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609686 | 0095656349 |  |  |  | CPU Freight LTL & TL |  | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810311864 | DRT DTBDYW 24OZ BW DETOX | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:**  04361-4PKN | | | | | | |
| 810318815 | DRT DTLVND 8.8OZ BATH OIL | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  04281-6PKN | | | | | | |
| 810321873 | SG COTTON CANDY 3.2OZ BS 3/12 | 684.000 | EA | 684.000 | 1.70000 | 1,162.80 |
| **Item:**  3912T | | | | | | |
| 810338910 | DRT PRE & POST 3LB EPSOM SALT | 460.000 | EA | 460.000 | 2.90000 | 1,334.00 |
| **Item:**  04364-4PKN | | | | | | |
| 810338921 | DRT 8OZ FOOT CREAM 3/12 | 528.000 | EA | 528.000 | 2.40000 | 1,267.20 |
| **Item:**  04134-12PN | | | | | | |
| 810348196 | DRT 34OZ PINK HIMALAYAN FOAM | 480.000 | EA | 480.000 | 3.45000 | 1,656.00 |
| **Item:**  04500-12PN | | | | | | |
| 810350722 | DRT 34OZ COCONUT OIL F/B | 600.000 | EA | 600.000 | 3.45000 | 2,070.00 |
| **Item:**  04501-12PN | | | | | | |
| 810350723 | CG LAV&HONEY BATH FIZZIES 8CT | 756.000 | EA | 756.000 | 3.00000 | 2,268.00 |
| **Item:**  C575 | | | | | | |
| 810378357 | DRT COCONUT OIL 24OZ BODY | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  04585-4PKN | | | | | | |

# pdc brands
wellness & personal care!

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

|   |   |   |   |
|---|---|---|---|
| | 792611 | | 874 |
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | CLOSEOUT DISTRIBUTION INC |
| **L** | COLUMBUS OH 43228 | **I** | 50 RAUSCH CREEK ROAD |
| **L** | United States | **P** | TREMONT PA 17981 |
| **T** | | **T** | United States |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|-------|----------------|----------|---------|--------|----------|---|-------|
| C000609686 | 0095656349 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|------|------|---------|-----|----------|------------|-----------|
| 810419018 | CANTU 13.5OZ SULFATEFREE | 624.000 | EA | 624.000 | 3.30000 | 2,059.20 |
| **Item:** 07531-12/3AEUS | | | | | | |
| 810419019 | CANTU 13.5OZ SULFTFREE HYDRATE | 624.000 | EA | 624.000 | 3.50000 | 2,184.00 |
| **Item:** 07532-12/3AEUS | | | | | | |
| 810419020 | CANTU 16OZ LEAVE IN | 480.000 | EA | 480.000 | 4.20000 | 2,016.00 |
| **Item:** 01120-12/3AEUS | | | | | | |
| 810449778 | DRT 2.5LB MUSCLE RECOVERY SOAK | 384.000 | EA | 384.000 | 2.90000 | 1,113.60 |
| **Item:** 05018-3PKAN | | | | | | |
| 810450133 | SG JAPANESE CHERRY BLOSSOM | 684.000 | EA | 684.000 | 1.70000 | 1,162.80 |
| **Item:** 3077-TN3 | | | | | | |
| 810450134 | BOD MOST WANTED 3.4OZ BS ANTI | 672.000 | EA | 672.000 | 1.70000 | 1,142.40 |
| **Item:** 5176-FDL | | | | | | |
| 810450136 | BOD BLUE SURF 3.4OZ IN3/CS12 ANTI | 672.000 | EA | 672.000 | 1.70000 | 1,142.40 |
| **Item:** 5293-FDL | | | | | | |
| 810450140 | SG PINK SWEET PEA 3.2OZ BS 3/12 | 336.000 | EA | 336.000 | 1.70000 | 571.20 |
| **Item:** 3071-TN3 | | | | | | |
| 810450142 | SG VANILLA 3.2OZ BS 3/12 | 684.000 | EA | 684.000 | 1.70000 | 1,162.80 |
| **Item:** 3076-TN3 | | | | | | |

# pdc brands
wellness & personal care|

**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

|   |   |
|---|---|
| 792611 | 874 |
| **B**  BIG LOTS STORES INC. (DIP 24-11967) | **S**  BIG LOTS STORES  INC. |
| **I**  300 PHILLIPI ROAD | **H**  CLOSEOUT DISTRIBUTION INC |
| **L**  COLUMBUS OH 43228 | **I**  50 RAUSCH CREEK ROAD |
| **L**  United States | **P**  TREMONT PA 17981 |
| **T** | **T**  United States |
| **O** | **O** |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609686 | 0095656349 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 810469404 | DRT VITAMIN C 34OZ FOAMING | | 840.000 | EA | 840.000 | 3.45000 | 2,898.00 |
| **Item:**  04966-12PN | | | | | | | |
| 810469405 | DRT VITAMIN C 3LB EPSOM SOAK | | 184.000 | EA | 184.000 | 3.45000 | 634.80 |
| **Item:**  04965-4PKN | | | | | | | |
| 810472659 | DRT HEMP SEED OIL 24OZ BODY | | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:**  05027-4PKN | | | | | | | |
| 810484634 | DRT HEMP SEED OIL 34OZ FOAMING | | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05026-12PN | | | | | | | |
| 810488271 | DRT VITAMIN C 24OZ BODY WASH | | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:**  04967-4PKN | | | | | | | |
| 810517639 | DRT HEMP SEED 8.8OZ BATH OIL | | 480.000 | EA | 480.000 | 3.45000 | 1,656.00 |
| **Item:**  05156-6PKN | | | | | | | |
| 810517640 | DRT SLEEP 8.8OZ BODY OIL | | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05191-6PKNL | | | | | | | |
| 810517646 | DRT KIDS SLEEP 2LB SOAK | | 432.000 | EA | 432.000 | 2.90000 | 1,252.80 |
| **Item:**  05022-3PKL | | | | | | | |
| 810517650 | DRT BLACK ELDERBERRY 34OZ FB | | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:**  05144-12PN | | | | | | | |

# pdc brands
### wellness & personal care|

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

**Invoice Number:** 1544722
**Page:** 4 of 5
**Date:** 12/10/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

| | 792611 | | 874 |
|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | **S** | BIG LOTS STORES  INC. |
| **I** | 300 PHILLIPI ROAD | **H** | CLOSEOUT DISTRIBUTION INC |
| **L** | COLUMBUS OH 43228 | **I** | 50 RAUSCH CREEK ROAD |
| **L** | United States | **P** | TREMONT PA 17981 |
| **T** | | **T** | United States |
| **O** | | **O** | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | | Terms |
|---|---|---|---|---|---|---|---|
| C000609686 | 0095656349 | | | | CPU Freight LTL & TL | | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810557840 | DRT KID HYPO ELDRBRY&VITC 3 IN | 612.000 | EA | 612.000 | 3.45000 | 2,111.40 |
| **Item:** 05199-12P | | | | | | |
| 810563497 | DRT BLACK ELDERBERRY SUGAR | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:** 05676-12PN | | | | | | |
| 810563732 | DRT ROSE SUGAR SCRUB 19OZ | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:** 05672-12PN | | | | | | |
| 810563733 | DRT VITAMIN C SUGAR SCRUB 19OZ | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:** 05673-12PNC | | | | | | |
| 810563735 | DRT SHEA BTTR&ALMND OIL SUGAR | 480.000 | EA | 480.000 | 4.05000 | 1,944.00 |
| **Item:** 05675-12PN | | | | | | |
| 810585449 | SG CUPCAKE SWIRL 3.2OZ 3/12 | 336.000 | EA | 336.000 | 1.70000 | 571.20 |
| **Item:** A640-TN3 | | | | | | |
| 810722017 | DRT PREBIOTIC LEMON BALM & | 768.000 | EA | 768.000 | 3.45000 | 2,649.60 |
| **Item:** 05776-4PKN | | | | | | |
| 810722018 | DRT PREBIOTIC LEMON BALM & | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:** 05779-4PKN | | | | | | |
| 810722020 | DRT PREBIOTIC LEMON BALM & | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |
| **Item:** 05786-12PN | | | | | | |



**Salesperson:**    TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | 792611 | | | | 874 | |
|---|---|---|---|---|---|---|
| **B** | BIG LOTS STORES INC. (DIP 24-11967) | | | **S** | BIG LOTS STORES  INC. | |
| **I** | 300 PHILLIPI ROAD | | | **H** | CLOSEOUT DISTRIBUTION INC | |
| **L** | COLUMBUS OH 43228 | | | **I** | 50 RAUSCH CREEK ROAD | |
| **L** | United States | | | **P** | TREMONT PA 17981 | |
| **T** | | | | **T** | United States | |
| **O** | | | | **O** | | |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000609686 | 0095656349 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810765101 | DRT 34OZ STRESS RELIEF FOAMING | 960.000 | EA | 960.000 | 3.45000 | 3,312.00 |

**Item:**  06011-12PN

| | |
|---|---|
| **Sales Amount** | 76,307.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 76,307.00 |



**Invoice Number:** 1546343

**Invoice Number:** 1546343
**Page:** 1 of 1
**Date:** 12/18/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

| | |
|---|---|
| 792611 | 870 |
| **B** BIG LOTS STORES INC. (DIP 24-11967) | **S** BIG LOTS STORES  INC. |
| **I** 300 PHILLIPI ROAD | **H** CSC DISTRIBUTION |
| **L** COLUMBUS OH 43228 | **I** 2855 SELMA HIGHWAY |
| **L** United States | **P** MONTGOMERY AL 36108 |
| **T** | **T** United States |
| **O** | **O** |

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000616249 | 0095662126 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810517643 | DRT ROSE & MILK 34OZ FOAMING | 984.000 | EA | 984.000 | 3.45000 | 3,394.80 |
| **Item:** 04969-12PN | | | | | | |
| 810517644 | DRT ROSE & MILK 3LB EPSOM SOAK | 1,144.000 | EA | 1,144.000 | 3.45000 | 3,946.80 |
| **Item:** 04968-4PKN | | | | | | |
| 810563732 | DRT ROSE SUGAR SCRUB 19OZ | 528.000 | EA | 528.000 | 4.05000 | 2,138.40 |
| **Item:** 05672-12PN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 9,480.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 9,480.00 |



**Invoice Number:** 1546344
**Page:** 1 of 1
**Date:** 12/18/2024
**Salesperson:** TOM GARRIGA
Regular Invoice

**Parfums de Coeur, Ltd.**
Church St. Station
P.O. Box 6349
New York, NY  10249-6349
(203) 655-8807
DUNS: 03-751-2746

792611
**B**  BIG LOTS STORES INC. (DIP 24-11967)
**I**  300 PHILLIPI ROAD
**L**  COLUMBUS OH 43228
**L**  United States
**T**
**O**

874
**S**  BIG LOTS STORES  INC.
**H**  CLOSEOUT DISTRIBUTION INC
**I**  50 RAUSCH CREEK ROAD
**P**  TREMONT PA 17981
**T**  United States
**O**

**Fax:**

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| C000616250 | 0095662127 | | | | CPU Freight LTL & TL | 1/10 Net 30 |

| Item | Desc | Qty Ord | UOM | Qty Ship | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 810517643 | DRT ROSE & MILK 34OZ FOAMING | 1,152.000 | EA | 1,152.000 | 3.45000 | 3,974.40 |
| **Item:** 04969-12PN | | | | | | |
| 810517644 | DRT ROSE & MILK 3LB EPSOM SOAK | 1,344.000 | EA | 1,344.000 | 3.45000 | 4,636.80 |
| **Item:** 04968-4PKN | | | | | | |
| 810563732 | DRT ROSE SUGAR SCRUB 19OZ | 612.000 | EA | 612.000 | 4.05000 | 2,478.60 |
| **Item:** 05672-12PN | | | | | | |

| | |
|---|---|
| **Sales Amount** | 11,089.80 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Surcharge** | 0.00 |
| **Sales Tax** | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 11,089.80 |