## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC*., et al.,*[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 1/14/2025 at 4:00 PM ET**<br>**Hearing Date: 1/21/2025 at 1:00 PM ET** |

### NOTICE OF HEARING ON PARFUMS DE COEUR'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that on January 6, 2025, Parfums de Coeur ("**Claimant**") filed a *Motion for Allowance and Payment of Administrative Claim* ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m.** (Eastern Time), before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for **Claimant**, on or before **January 14, 2025 at 4:00 p.m.** (Eastern Time).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE**

---

[1]     The debtors and debtors in possession in these chapter 11 cases (hereafter, "**Debtors**") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots  Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);  CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC  (9612); and Big Lots F&S, LLC (3277).

**BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION**

**WITHOUT FURTHER NOTICE.**

Dated: January 6, 2025

**ELLIOTT GREENLEAF, P.C.**
*/s/ Deirdre M. Richards*
Deirdre M. Richards (#4191)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:(302) 384-9402
Facsimile:(302) 394-9399
Email: dmr@elliottgreenleaf.com
*Attorneys for Parfums De Coeur*