# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

## [PROPOSED] ORDER GRANTING PARFUMS DE COEUR'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Upon consideration of the motion (the "**Motion**") filed by Parfums De Coeur (the "**Claimant**") for allowance and payment of administrative claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.  The Claimant's administrative expense claim against the Debtors is allowed in the amount of $387,548.20 pursuant to 11 U.S.C. § 503(b).

2.  The Debtors are directed to pay the allowed administrative expense claim in the amount of $387,548.20 to Parfums De Coeur within seven (7) days of the entry of this Order, or another reasonable period as the Court directs.

3.  Nothing in this Order shall prejudice the rights of the Claimant to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

39109V1