# EXHIBIT A

# Proposed Order

7934346

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING GIFTREE CRAFT COMPANY LIMITED'S MOTION FOR AN ORDER (I) ALLOWING AND COMPELLING IMMEDIATE PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIMS AND PREPETITION CLAIMS; (II) FOR OTHER REQUESTED RELIEF**

This matter is before the Court upon the *Motion For An Order (I) Allowing And Compelling Immediate Payment Of Its Administrative Expense Claims And Prepetition Claims; (II) For Other Requested Relief* (the "Motion"),[2] filed by creditor Giftree Crafts Company Limited (the "Giftree"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Application and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

7934346

2

necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing (if any) having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** as follows:

1. The Motion is GRANTED as provided herein.

2. Giftree is hereby allowed an total administrative expense claim under section 503(b) of the Bankruptcy Code in the aggregate amount of $1,315,812.41 of which, $778.433.59 comprises Giftree's 503(b)(9) claim (broken down by Debtor as follows: against AVDC, LLC in the amount of $11,791.5; against CSC DISTRIBUTION, LLC in the amount of $140,969.15; against CLOSEOUT DISTRIBUTION, LLC in the amount of $118,924.8; against DURANT DC, LLC in the amount of $238,225.75; against BIG LOTS STORES, LLC in the amount of $268,522.39), and of which $537,378.82 comprises Giftree's post-petition administrative expense claim (broken down by Debtor as follows: against CSC DISTRIBUTION LLC in the amount of $184,711.04; against CLOSEOUT DISTRIBUTON, LLC in the amount of $282,933.5; against BIG LOTS STORES, LLC in the amount of $69,734.28).

3. The Debtors shall pay an aggregate amount of $1,315,812.41 to Giftree on account of its administrative expense claims immediately, but by no later than seven (7) business days of the date of this Order.

4. Giftree is hereby allowed a total prepetition claim in the amount of $238,035.77 (broken down by Debtor as follows: against AVDC, LLC in the amount of $53,850.13; against CSC DISTRIBUTION, LLC in the amount of $13,369.5; against DURANT DC, LLC in the amount of $60,885; against BIG LOTS STORES, LLC in the amount of $109,931.14.)

3

5. The Debtors shall pay an aggregate amount of $238,035.77 to Giftree on account of its prepetition claim immediately, but by no later than seven (7) business days of the date of this Order.

6. The Debtors and Giftree are hereby directed and authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

8. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

7934346