Exhibit A

 **All Courtesy International Ltd**

Address: FLAT/RM E,9/F.,HOLLYWOOD CENTRE,
77-91 QUEEN'S ROAD WEST , SHEUNG WAN, HONG KONG
Tel: +86-0755-82755913/83253709

# DOCUMENT LIST

RE : Closeout Distribution, LLC (Case No. 24-11978)

DATE: 12/26/2024

| DOCUMENT NAME | INVOICE | PO | AMOUNT | REMARK |
|---|---|---|---|---|
| Supporting documentation--Closeout Distribution, LLC (Case No. 24-11978)-874 All Courtesy ltd.. | BIG241014-03 | 95618169 | $3,868.20 | |
| | BIG241014-04 | 95543121 | $4,435.20 | |
| | BIG241016-01 | 95446067 | $6,803.94 | $13,607.88 |
| | | 95618152 | $6,803.94 | |
| | BIG241023-04 | 95557680 | $4,898.88 | |
| | BIG241023-05 | 95618310 | $3,689.28 | |
| | BIG241115-02 | 95460158 | $18,794.46 | $36,523.80 |
| | | 95544751 | $1,110.00 | |
| | | 95606544 | $15,875.64 | |
| | | 95606673 | $743.70 | |
| | BIG241121-01 | 95553960 | $10,626.84 | $36,896.04 |
| | | 95560931 | $11,365.20 | |
| | | 95606335 | $7,358.40 | |
| | | 95606482 | $7,545.60 | |
| | | **TOTAL** | **$103,919.28** | |


**BIG LOTS**

| | |
|---|---|
| **PO #** | **95618169** |

Date Created: 09/19/2024
Version: 2
Buyer: INMAN, ANNE
Do Not Ship Before: 10/07/2024
Cancel if not Shipped by: 10/14/2024
Must be Routed by: 09/16/2024
Payment Terms: Wire Transfer + 30 days
Freight Terms: Collect
FOB: LCL-YANTIAN , CN

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848    Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor:**  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095483989; Ship only these quantities under the new PO.

DIP-24-11967

| | |
|---|---|
| Vendor Signature | Ugo Wang |
| Signee's Name | |
| Title | Vice President |
| Date | 2020/9/15 |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,228 | 18,395.44 | 3,868.20 | 70.854 |

OFFICE-COPY

**ALL COURTESY INTERNATIONAL LTD** Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241014-03      **Invoice Date.:** October 15, 2024

| | |
|---|---|
| **Sold To:** CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA | **Delivery To:** 50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA |

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA      **L/C Number:** TT

**Vessel / Voyage:** EVER MAST / 1276-003E      **Port of Loading:** YANTIAN

**Ship on or about:** October 26, 2024      **Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95618169 | 1,228 | EA | 3.150/EA | 3,868.200 |
| **SKU No.:** 810770279 | 307 | CTNS | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | |
| **HTS Code.:** 9505906000 | | | | |
| **Manufacturer Name & Address**<br><br>CENTRESKY CRAFTS (SHANTOU)CO.,LTD.<br>DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA<br>SHANTOU, GUANGDONG<br>515834, CHINA | | | | |
| **Total:** (307 CTNS) | 1,228 | | | 3,868.200 |

**TOTAL (USD) DOLLARS : THREE THOUSAND EIGHT HUNDRED SIXTY-EIGHT AND CENTS TWENTY ONLY.**

| | |
|---|---|
| **Consolidator(Full Name & Address)**<br>YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE<br>CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),<br>NO.15 MINGZHU ROAD, YANTIAN<br>SHENZHEN , GUANGDONG<br>518083 CHINA<br>Container No./Seal/Size:<br>TRHU4211398/OOLXX8948/40H | **Container Stuffing Location(Full Name & Address )**<br>YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE<br>CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),<br>NO.15 MINGZHU ROAD, YANTIAN<br>SHENZHEN , GUANGDONG<br>518083 CHINA<br>Container No./Seal/Size:<br>TRHU4211398/OOLXX8948/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95618169
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241014-03

**Sold To:**     CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** EVER MAST / 1276-003E

**Ship on or about:** October 26, 2024

**Invoice Date.:** October 15, 2024

**Delivery To:**     50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95618169 | 1,228  EA | 399.10 | 516.00 | 15.500 |
| **SKU No.:** 810770279 | 307  CTNS | | | |
| VAL BOW WITH RED HEART | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| Total:     (307 CTNS) | 1,228 | 399.10 | 516.00 | 15.500 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU4211398/OOLXX8948/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU4211398/OOLXX8948/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95618169
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics      Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402086

| Maker/Supplier : | ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No. BIG241014-03 |
|---|---|---|
| Buyer/Consignee : | CLOSEOUT DISTRIBUTION, LLC 50 RAUSCH CREEK RD, TREMONT, PA 17981, USA | Dated: October 15, 2024 |
| Shipment From : | SHENZHEN            To : TREMONT, PA | Date of Receipt of Cargo October 14, 2024 |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS, STORES PO#:95618169 SKU#:810770279 DEPT#:362 COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS              5101 S. BROAD STREET              PHILADELPHIA, PA 19112-1404, U.S.A.              ATTN: ALENA LAMINA ALSO NOTIFY: EDRAY 2020 LLC.              1300 SOUTH MINT STREET SUITE 200              CHARLOTTE NC 28203 USA              TEL: 704-593-6329              EMAIL: DATAQUALITY@EDRAYCPL.COM CFS-CY TRHU4211398 (PART)     SEAL# OOLJXX8948       40H  DRY PO#:95618169 VAL BOW WITH RED HEART SKU#810770279 SHIP TO CODE & LOCATION : 00874-TREMONT, PA SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | | |
| | 307 CARTONS | | 15.500 CBM | 516.00 KGS |

TOTAL : THREE HUNDRED SEVEN (307) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "EVER MAST" VOY NO. 1276-003E    DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT October 26, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                    October 18, 2024 |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** *Authorized Signature(s)*        As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)                       V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics


**BIG LOTS!**

| PO # | 95543121 |
|------|----------|

| Date Created | 07/31/2024 |
| Version: | 4 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/07/2024 |
| Cancel if not Shipped by: | 10/14/2024 |
| Must be Routed by: | 09/16/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848     Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800     Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827     Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

Vendor Signature    _Ugo Wang_
Signee's Name    _____
Title    _Vice President_
Date    _2024/9/25_

| Units | Retail | Vendor Cost | IMU |
|-------|--------|-------------|-----|
| 1,408 | 21,091.84 | 4,435.20 | 70.854 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# INVOICE

**Invoice No.:** BIG241014-04

**Invoice Date.:** October 15, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MAST / 1276-003E

**Port of Loading:** YANTIAN

**Ship on or about:** October 26, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95543121 | 1,408 | EA | 3.150/EA | 4,435.200 |
| **SKU No.:** 810770279 | 352 | CTNS | | |
| VAL BOW WITH RED HEART | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| **Manufacturer Name & Address**<br><br>CENTRESKY CRAFTS (SHANTOU)CO.,LTD.<br>DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA<br>SHANTOU, GUANGDONG<br>515834, CHINA | | | | |
| **Total:** (352 CTNS) | 1,408 | | | 4,435.200 |
| TOTAL (USD) DOLLARS : FOUR THOUSAND FOUR HUNDRED THIRTY-FIVE AND CENTS TWENTY ONLY. | | | | |

---

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU4211398/OOLXX8948/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU4211398/OOLXX8948/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543121
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241014-04 | **Invoice Date.:** October 15, 2024

| | | | |
|---|---|---|---|
| **Sold To:** | CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA | **Delivery To:** | 50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA |

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA | **L/C Number:** TT

**Vessel / Voyage:** EVER MAST / 1276-003E | **Port of Loading:** YANTIAN

**Ship on or about:** October 26, 2024 | **Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95543121 | | 1,408  EA | 457.60 | 591.00 | 17.772 |
| SKU No.: 810770279 | | 352  CTNS | | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | | |
| HTS Code.: 9505906000 | | | | | |
| Total: | (352 CTNS) | 1,408 | 457.60 | 591.00 | 17.772 |

| | |
|---|---|
| **Consolidator(Full Name & Address)**<br>YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI<br>WAREHOUSE<br>CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED<br>LOGISTICS PARK (NORTH AREA),<br>NO.15 MINGZHU ROAD, YANTIAN<br>SHENZHEN , GUANGDONG<br>518083 CHINA<br>Container No./Seal/Size:<br>TRHU4211398/OOLXX8948/40H | **Container Stuffing Location(Full Name & Address )**<br>YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI<br>WAREHOUSE<br>CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED<br>LOGISTICS PARK (NORTH AREA),<br>NO.15 MINGZHU ROAD, YANTIAN<br>SHENZHEN , GUANGDONG<br>518083 CHINA<br>Container No./Seal/Size:<br>TRHU4211398/OOLXX8948/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543121
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402087

| Maker/Supplier : | ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No. BIG241014-04 |
|---|---|---|
| Buyer/Consignee : | CLOSEOUT DISTRIBUTION, LLC 50 RAUSCH CREEK RD, TREMONT, PA 17981, USA | Dated:    **October 15, 2024** |
| Shipment From : | SHENZHEN         To : TREMONT, PA | Date of Receipt of Cargo **October 14, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS, STORES PO#:95543121 SKU#:810770279 DEPT#:362 COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS          5101 S. BROAD STREET          PHILADELPHIA, PA 19112-1404, U.S.A.          ATTN: ALENA LAMINA ALSO NOTIFY: EDRAY 2020 LLC.          1300 SOUTH MINT STREET SUITE 200          CHARLOTTE NC 28203 USA          TEL: 704-593-6329          EMAIL: DATAQUALITY@EDRAYCPL.COM CFS-CY TRHU4211398 (PART)    SEAL# OOLJXX8948    40H  DRY PO#:95543121 VAL BOW WITH RED HEART SKU#810770279 SHIP TO CODE & LOCATION : 00874-TREMONT, PA SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | | |
| | 352 CARTONS | | 17.772 CBM | 591.00 KGS |
| | ================================================================= TOTAL : THREE HUNDRED FIFTY-TWO (352) CARTONS ONLY | | | |

"FREIGHT COLLECT"
SHIPMENT PER S.S. "EVER MAST" VOY NO. 1276-003E    DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT October 26, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**                    **October 18, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** ............................................... **Authorized Signature(s)**    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)          V1 |

ORIGINAL

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics



**PO #**         **95446067**

| | |
|---|---|
| Date Created | 06/14/2024 |
| Version: | 3 |
| Buyer: | Open Div 4 |
| Do Not Ship Before: | 10/14/2024 |
| Cancel if not Shipped by: | 10/21/2024 |
| Must be Routed by: | 09/23/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848     Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800          Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | |
|---|---|
| Contact: | ELFIN CAO |
| Telephone: | 13823610827     Fax    86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com |

**ADDITIONAL COMMENTS**

| Vendor Signature | *Ugo Wang* |
|---|---|
| Signee's Name | |
| Title | *Vice Presidents* |
| Date | *2016/10/22* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,598 | 28,951.02 | 6,803.94 | 73.518 |

OFFICE-COPY


**BIG LOTS.**

**PO #**       **95618152**

| | |
|---|---|
| Date Created | 09/19/2024 |
| Version: | 3 |
| Buyer: | Open Div 4 |
| Do Not Ship Before: | 10/14/2024 |
| Cancel if not Shipped by: | 10/21/2024 |
| Must be Routed by: | 09/23/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN   , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848    Fax: 570-695-2862

---

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

---

**Purchase From Vendor: 4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | |
|---|---|
| Contact: | ELFIN CAO |
| Telephone: | 13823610827    Fax   86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com |

---

**ADDITIONAL COMMENTS**

PO replaces :0095446069; Ship only these quantities under the new PO.

---

| Vendor Signature | *Vgo Wang* |
|---|---|
| Signee's Name | |
| Title | *Vice Presidents* |
| Date | *2024/ 10 / 22* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,598 | 28,951.02 | 6,803.94 | 73.518 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241016-01

**Invoice Date.:** October 16, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CEZANNE / 443E

**Port of Loading:** YANTIAN

**Ship on or about:** October 22, 2024

**Port of Entry:** BALTIMORE, MD

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** MRKU6343021

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95446067 | | 600 | EA | 3.400/EA | 2,040.000 |
| **SKU No.:** 810766309 | | 200 | CTNS | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 600 | EA | 2.080/EA | 1,248.000 |
| **SKU No.:** 810766334 | | 200 | CTNS | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 600 | EA | 1.830/EA | 1,098.000 |
| **SKU No.:** 810766385 | | 200 | CTNS | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 399 | EA | 2.500/EA | 997.500 |
| **SKU No.:** 810767044 | | 133 | CTNS | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 399 | EA | 3.560/EA | 1,420.440 |
| **SKU No.:** 810767045 | | 133 | CTNS | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95618152 | | 600 | EA | 3.400/EA | 2,040.000 |
| **SKU No.:** 810766309 | | 200 | CTNS | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618152 | | 600 | EA | 2.080/EA | 1,248.000 |
| **SKU No.:** 810766334 | | 200 | CTNS | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618152 | | 600 | EA | 1.830/EA | 1,098.000 |
| **SKU No.:** 810766385 | | 200 | CTNS | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618152 | | 399 | EA | 2.500/EA | 997.500 |
| **SKU No.:** 810767044 | | 133 | CTNS | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618152 | | 399 | EA | 3.560/EA | 1,420.440 |
| **SKU No.:** 810767045 | | 133 | CTNS | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

**Manufacturer Name & Address**

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | Total: | (1,732 CTNS) | 5,196 | 13,607.880 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTEEN THOUSAND SIX HUNDRED SEVEN AND CENTS EIGHTY-EIGHT ONLY.**

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
MRKU6343021/MLCN0211524/40H

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
MRKU6343021/MLCN0211524/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95446067
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95618152
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241016-01

**Invoice Date.:** October 16, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CEZANNE / 443E

**Port of Loading:** YANTIAN

**Ship on or about:** October 22, 2024

**Port of Entry:** BALTIMORE, MD

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** MRKU6343021

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95446067 | | 600 EA | 288.00 | 388.00 | 8.980 |
| **SKU No.:** 810766309 | | 200 CTNS | | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 600 EA | 164.00 | 232.00 | 5.180 |
| **SKU No.:** 810766334 | | 200 CTNS | | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 600 EA | 146.00 | 228.00 | 5.900 |
| **SKU No.:** 810766385 | | 200 CTNS | | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 399 EA | 178.22 | 239.40 | 5.330 |
| **SKU No.:** 810767044 | | 133 CTNS | | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446067 | | 399 EA | 227.43 | 300.58 | 7.300 |
| **SKU No.:** 810767045 | | 133 CTNS | | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **P/O No.:** 95618152 | | 600 | EA | 288.00 | 388.00 | 8.980 |
| **SKU No.:** 810766309 | | 200 | CTNS | | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| | | | | | | |
| **P/O No.:** 95618152 | | 600 | EA | 164.00 | 232.00 | 5.180 |
| **SKU No.:** 810766334 | | 200 | CTNS | | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| | | | | | | |
| **P/O No.:** 95618152 | | 600 | EA | 146.00 | 228.00 | 5.900 |
| **SKU No.:** 810766385 | | 200 | CTNS | | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| | | | | | | |
| **P/O No.:** 95618152 | | 399 | EA | 178.22 | 239.40 | 5.330 |
| **SKU No.:** 810767044 | | 133 | CTNS | | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| | | | | | | |
| **P/O No.:** 95618152 | | 399 | EA | 227.43 | 300.58 | 7.300 |
| **SKU No.:** 810767045 | | 133 | CTNS | | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **Total:** (1,732 CTNS) | | 5,196 | | 2,007.30 | 2,775.96 | 65.380 |

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
MRKU6343021/MLCN0211524/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
MRKU6343021/MLCN0211524/40H

<u>**Carton Marks And Number**</u>

BIG LOTS,
STORES
PO#:95446067
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95618152
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402078

| | |
|---|---|
| Maker/Supplier : ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No. **BIG241016-01** |
| Buyer/Consignee : CLOSEOUT DISTRIBUTION, LLC 50 RAUSCH CREEK RD, TREMONT, PA 17981, USA | Dated: **October 16, 2024** |
| Shipment From : SHENZHEN    To : TREMONT, PA | Date of Receipt of Cargo **October 16, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| PLEASE REFER TO ATTACHED SHEET(S). | | NOTIFY PARTY: GEODIS<br>5101 S. BROAD STREET<br>PHILADELPHIA, PA 19112-1404, U.S.A.<br>ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>1300 SOUTH MINT STREET SUITE 200<br>CHARLOTTE NC 28203 USA<br>TEL: 704-593-6329<br>EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CY-CY | | |
| | 1,732 CARTONS | | 65.380 CBM | 2,775.96 KGS |

TOTAL : ONE THOUSAND SEVEN HUNDRED THIRTY-TWO (1,732) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "CEZANNE" VOY NO. 443E    DISCHARGED AT BALTIMORE, MD
SAILING ON / ABOUT October 22, 2024. CARGO RECEIVED ON October 16, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN** | **October 17, 2024** |
|---|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** | |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | *Authorized Signature(s)*    As Agent (Authorized Signature) | V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics   **Yusen Logistics**   Yusen Logistics - Yusen Logistics

V1

Attachment Page 1/1

FCR No.   CNS-SZP-2402078

Shipping Mark

BIG LOTS,
STORES
PO#:95446067
SKU#:810766334,810766385,81076
6309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95618152
SKU#:810766334,810766385,81076
6309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN
MRKU6343021          SEAL# MLCN0211524          40H  DRY

PO#:95446067
VAL DAY XOXO HEART SHAPE CREAM PILLOW
SKU#810766334
VALENTINE HEART SHAPE PILLOW WHITE
SKU#810766385
VAL DAY LOVES PILLOW
SKU#810766309
CLOVER SHAPED GREEN PILLOW
SKU#810767044
ST PATRICKS GNOMES & LUCKY PILLOW
SKU#:810767045

PO#:95618152
VAL DAY XOXO HEART SHAPE CREAM PILLOW
SKU#810766334
VALENTINE HEART SHAPE PILLOW WHITE
SKU#810766385
VAL DAY LOVES PILLOW
SKU#810766309
CLOVER SHAPED GREEN PILLOW
SKU#810767044
ST PATRICKS GNOMES & LUCKY PILLOW
SKU#:810767045

SHIP TO CODE & LOCATION : 00874-TREMONT, PA
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL



**PO #**   **95557680**

| | |
|---|---|
| Date Created | 08/07/2024 |
| Version: | 2 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/21/2024 |
| Cancel if not Shipped by: | 10/28/2024 |
| Must be Routed by: | 09/30/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone:  570-695-2848    Fax:   570-695-2862

---

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

---

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:   13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

DIP-24-11967

---

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 324 | 19,410.84 | 4,898.88 | 70.948 |

OFFICE-COPY

Vendor Signature    *Ugo Wang*

Signee's Name

Title    *Vice President*

Date    *2024/10/11*

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241023-04                          **Invoice Date.:** October 28, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC      **Delivery To:**    50 RAUSCH CREEK RD
          50 RAUSCH CREEK RD                     TREMONT, PA 17981
          TREMONT, PA 17981                     USA
          USA

**Shipment Terms:** FOB YANTIAN                    **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                          **L/C Number:** TT

**Vessel / Voyage:** TRITON / 1278-041E              **Port of Loading:** YANTIAN

**Ship on or about:** November 12, 2024              **Port of Entry:** NEW YORK, NY

                                **Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95557680 | 324 | EA | 15.120/EA | 4,898.880 |
| **SKU No.:** 810774825 | 81 | CTNS | | |
| COMBO EASTER BUNNY & CAR BANNER | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER ) | | | | |
| <u>Manufacturer Name & Address</u> | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA SHANTOU, GUANGDONG 515834, CHINA | | | | |
| **Total:**    **(81 CTNS)** | **324** | | | **4,898.880** |
| TOTAL (USD) DOLLARS : FOUR THOUSAND EIGHT HUNDRED NINETY-EIGHT AND CENTS EIGHTY-EIGHT ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95557680
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# PACKING LIST

**Invoice No.:** BIG241023-04

**Invoice Date.:** October 28, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TRITON / 1278-041E

**Port of Loading:** YANTIAN

**Ship on or about:** November 12, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95557680 | | 324  EA | 291.60 | 355.00 | 2.375 |
| SKU No.: 810774825 | | 81  CTNS | | | |
| COMBO EASTER BUNNY & CAR BANNER | No. of Pallet: | | | | |
| HTS Code.: 9505906000 | | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | | |
| **Total:** | **(81 CTNS)** | **324** | **291.60** | **355.00** | **2.375** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95557680
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402152

| | | Maker/Supplier's INVOICE No. **BIG241023-04** |
|---|---|---|
| Maker/Supplier : | ALL COURTESY INTERNATIONAL LTD | |
| Buyer/Consignee : | CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD, TREMONT, PA 17981, USA | Dated: **October 28, 2024** |
| Shipment From : | SHENZHEN    To : TREMONT, PA | Date of Receipt of Cargo<br>**October 25, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS,<br>STORES<br>PO#:95557680<br>SKU#:810774825<br>DEPT#:362<br>COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS<br>          5101 S. BROAD STREET<br>          PHILADELPHIA, PA 19112-1404, U.S.A.<br>          ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>          1300 SOUTH MINT STREET SUITE 200<br>          CHARLOTTE NC 28203 USA<br>          TEL: 704-593-6329<br>          EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CFS-CY<br><br>OOCU4981338 (PART)    SEAL# OOLHGX0014    40' DRY<br><br><br>PO#:95557680<br>COMBO EASTER BUNNY & CAR BANNER<br>SKU#810774825<br><br>SHIP TO CODE & LOCATION : 00874-TREMONT, PA<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL<br><br><br>81 CARTONS | | 2.375 CBM | 355.00 KGS |

TOTAL : EIGHTY-ONE (81) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "TRITON" VOY NO. 1278-041E    DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT November 12, 2024. CARGO RECEIVED ON October 25, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                    **November 2, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the<br>**YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard<br>Trading Conditions printed reverse side. Forwarding instructions can only<br>be cancelled or altered if the original of this document is surrendered to the<br>Company and then only provided the Company is still in a position to<br>comply with such cancellation or alteration. Instructions authorizing<br>disposal by a third party can only be cancelled or altered if the original of<br>this document is surrendered to the Company, and then only provided the<br>Company have not yet received instructions under the original authority.<br>The Company does not act as Carrier but a forwarding agent only.<br><br>No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*    As Agent<br><br>(Authorized Signature)    V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics



**PO #**    **95618310**

| | |
|---|---|
| Date Created | 09/19/2024 |
| Version: | 1 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/21/2024 |
| Cancel if not Shipped by: | 10/28/2024 |
| Must be Routed by: | 09/30/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848      Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:  614-278-6800        Fax: 614-278-6871

**ADDITIONAL COMMENTS**

PO replaces :0095524959; Ship only these quantities under the new PO.

DIP-24-11967

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

| | |
|---|---|
| Vendor Signature | *Ugo Wang* |
| Signee's Name | |
| Title | *Vice President* |
| Date | *2024/10/11* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 244 | 14,618.04 | 3,689.28 | 70.948 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# INVOICE

**Invoice No.:** BIG241023-05            **Invoice Date.:** October 28, 2024

**Sold To:**      CLOSEOUT DISTRIBUTION, LLC           **Delivery To:**     50 RAUSCH CREEK RD
                  50 RAUSCH CREEK RD                                        TREMONT, PA 17981
                  TREMONT, PA 17981                                         USA
                  USA

**Shipment Terms:** FOB YANTIAN                  **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                      **L/C Number:** TT

**Vessel / Voyage:** TRITON / 1278-041E          **Port of Loading:** YANTIAN

**Ship on or about:** November 12, 2024           **Port of Entry:** NEW YORK, NY

                                                  **Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95618310 | 244 | EA | 15.120/EA | 3,689.280 |
| **SKU No.:** 810774825 | 61 | CTNS | | |
| COMBO EASTER BUNNY & CAR BANNER | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER ) | | | | |
| <u>Manufacturer Name & Address</u> | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA SHANTOU, GUANGDONG 515834, CHINA | | | | |
| **Total:**       **(61 CTNS)** | 244 | | | 3,689.280 |
| TOTAL (USD) DOLLARS : THREE THOUSAND SIX HUNDRED EIGHTY-NINE AND CENTS TWENTY-EIGHT ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95618310
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

## PACKING LIST

**Invoice No.:** BIG241023-05

**Sold To:**      CLOSEOUT DISTRIBUTION, LLC
                 50 RAUSCH CREEK RD
                 TREMONT, PA 17981
                 USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** TRITON / 1278-041E

**Ship on or about:** November 12, 2024

**Invoice Date.:** October 28, 2024

**Delivery To:**     50 RAUSCH CREEK RD
                     TREMONT, PA 17981
                     USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95618310 | 244 EA | 219.60 | 267.00 | 1.789 |
| **SKU No.:** 810774825 | 61 CTNS | | | |
| COMBO EASTER BUNNY & CAR BANNER      **No. of Pallet:** | | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| **Total:**      (61 CTNS) | 244 | 219.60 | 267.00 | 1.789 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOCU4981338/OOLHGX0014/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95618310
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402153

| | |
|---|---|
| Maker/Supplier : **ALL COURTESY INTERNATIONAL LTD** | Maker/Supplier's INVOICE No. **BIG241023-05** |
| Buyer/Consignee : **CLOSEOUT DISTRIBUTION, LLC** **50 RAUSCH CREEK RD, TREMONT, PA 17981, USA** | Dated: **October 28, 2024** |
| Shipment From : **SHENZHEN**        To : **TREMONT, PA** | Date of Receipt of Cargo **October 25, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS,<br>STORES<br>PO#:95618310<br>SKU#:810774825<br>DEPT#:362<br>COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS<br>        5101 S. BROAD STREET<br>        PHILADELPHIA, PA 19112-1404, U.S.A.<br>        ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>        1300 SOUTH MINT STREET SUITE 200<br>        CHARLOTTE NC 28203 USA<br>        TEL: 704-593-6329<br>        EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CFS-CY<br><br>OOCU4981338 (PART)      SEAL# OOLHGX0014      40' DRY<br><br><br>PO#:95618310<br>COMBO EASTER BUNNY & CAR BANNER<br>SKU#810774825<br><br>SHIP TO CODE & LOCATION : 00874-TREMONT, PA<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL | | |
| 61 CARTONS | | | 1.789 CBM | 267.00 KGS |

================================================================

TOTAL : SIXTY-ONE (61) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "TRITON" VOY NO. 1278-041E    DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT November 12, 2024. CARGO RECEIVED ON October 25, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**                          **November 2, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS**<br><br>*For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*        As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)                          V1 |

ORIGINAL

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics



**PO #**    **95460158**

| | |
|---|---|
| Date Created | 06/20/2024 |
| Version: | 3 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN   , CN |

See attached Terms and  Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848    Fax:  570-695-2862

---

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

---

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:  13823610827    Fax  86-755-82834821
E-Mail:    elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

---

| | Units | Retail | Vendor Cost | IMU |
|---|---|---|---|---|
| | 9,563 | 66,117.37 | 18,794.46 | 69.473 |

Vendor Signature   *Upp Wang*

Signee's Name

Title   *Vice Presidents*

Date   *2026/10/22*

OFFICE-COPY



**BIG LOTS!**

| | |
|---|---|
| **PO #** | **95544751** |
| Date Created | 08/01/2024 |
| Version: | 2 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848    Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:  13823610827    Fax    86-755-82834821
E-Mail:     elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 300 | 4,497.00 | 1,110.00 | 60.720 |

OFFICE-COPY

Vendor Signature   _Ugo Wang_

Signee's Name   _____

Title   _Vice President_

Date   _2024/10/22_



**PO #**         **95606544**

| | |
|---|---|
| Date Created | 09/11/2024 |
| Version: | 2 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN        , CN |

See attached Terms and Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848      Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800        Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

**ADDITIONAL COMMENTS**

PO replaces :0095460160; Ship only these quantities under the new PO.

Vendor Signature    *Ugo Wang*

Signee's Name

Title    *Vice President*

Date    *2024/10/22*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 8,862 | 55,129.38 | 15,875.64 | 69.662 |

OFFICE-COPY


**BIG LOTS!**

| PO # | 95606673 |
|---|---|

| Date Created | 09/11/2024 |
| Version: | 2 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848    Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:   13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095544753; Ship only these quantities under the new PO.

| Vendor Signature | *Ugo Wang* |
|---|---|
| Signee's Name | |
| Title | *Vice President* |
| Date | *2024/10/22* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 201 | 3,012.99 | 743.70 | 60.720 |

OFFICE-COPY

**ALL COURTESY INTERNATIONAL LTD**

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241115-02

**Invoice Date.:** November 14, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER FEAT / 1280-024E

**Port of Loading:** YANTIAN

**Ship on or about:** November 22, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOLU4321710

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95460158 | 688 | EA | 3.650/EA | 2,511.200 |
| **SKU No.:** 810768538 | 86 | CTNS | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460158 | 4,944 | EA | 1.280/EA | 6,328.320 |
| **SKU No.:** 810768567 | 309 | CTNS | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460158 | 1,256 | EA | 3.900/EA | 4,898.400 |
| **SKU No.:** 810768568 | 157 | CTNS | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460158 | 1,952 | EA | 1.220/EA | 2,381.440 |
| **SKU No.:** 810768642 | 122 | CTNS | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460158 | 723 | EA | 3.700/EA | 2,675.100 |
| **SKU No.:** 810768643 | 241 | CTNS | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95606544 | 400 | EA | 3.650/EA | 1,460.000 |
| **SKU No.:** 810768538 | 50 | CTNS | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | |

**P/O No.:** 95606544

4,880 EA 1.280/EA 6,246.400

**SKU No.:** 810768567

305 CTNS

BUNNY WITH POMPOM PLACEMAT 13 X 18　　　　　　　　No. of Pallet:

HTS Code.: 6302530030

**P/O No.:** 95606544

768 EA 3.900/EA 2,995.200

**SKU No.:** 810768568

96 CTNS

WHITE BUNNY BEIGE RUNNER WITH FRINGE　　　　　　　No. of Pallet:

HTS Code.: 6302530030

**P/O No.:** 95606544

2,112 EA 1.220/EA 2,576.640

**SKU No.:** 810768642

132 CTNS

HAPPY SPRING PLACEMAT WITH TRIM 13 X 18　　　　　　No. of Pallet:

HTS Code.: 6302530030

**P/O No.:** 95606544

702 EA 3.700/EA 2,597.400

**SKU No.:** 810768643

234 CTNS

WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17　　　　No. of Pallet:

HTS Code.: 9404902090

**P/O No.:** 95544751

300 EA 3.700/EA 1,110.000

**SKU No.:** 810777987

100 CTNS

HAPPY SPRING PILLOW WITH TRIM　　　　　　　　　　No. of Pallet:

HTS Code.: 9404902090

**P/O No.:** 95606673

201 EA 3.700/EA 743.700

**SKU No.:** 810777987

67 CTNS

HAPPY SPRING PILLOW WITH TRIM　　　　　　　　　　No. of Pallet:

HTS Code.: 9404902090

**Manufacturer Name & Address**

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU
CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | Total: | (1,899 CTNS) | 18,926 | 36,523.800 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTY-SIX THOUSAND FIVE HUNDRED TWENTY-THREE AND CENTS EIGHTY ONLY.**

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
OOLU4321710/OOLGZM6184/40'

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
OOLU4321710/OOLGZM6184/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95460158

SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606544
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544751
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606673
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241115-02

**Invoice Date.:** November 14, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER FEAT / 1280-024E

**Port of Loading:** YANTIAN

**Ship on or about:** November 22, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOLU4321710

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95460158 | | 688  EA | 163.40 | 211.56 | 1.550 |
| **SKU No.:** 810768538 | | 86  CTNS | | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460158 | | 4,944  EA | 478.95 | 580.92 | 6.040 |
| **SKU No.:** 810768567 | | 309  CTNS | | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460158 | | 1,256  EA | 314.00 | 381.51 | 3.310 |
| **SKU No.:** 810768568 | | 157  CTNS | | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460158 | | 1,952  EA | 131.76 | 168.36 | 1.390 |
| **SKU No.:** 810768642 | | 122  CTNS | | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460158 | | 723  EA | 409.70 | 568.76 | 12.520 |
| **SKU No.:** 810768643 | | 241  CTNS | | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | | |

**P/O No.:** 95606544 ... 400 EA ... 95.00 ... 123.00 ... 0.900

**SKU No.:** 810768538 ... 50 CTNS

HAPPY SPRING RUNNER WITH TRIM ... No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95606544 ... 4,880 EA ... 472.75 ... 573.40 ... 5.960

**SKU No.:** 810768567 ... 305 CTNS

BUNNY WITH POMPOM PLACEMAT 13 X 18 ... No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95606544 ... 768 EA ... 192.00 ... 233.28 ... 2.020

**SKU No.:** 810768568 ... 96 CTNS

WHITE BUNNY BEIGE RUNNER WITH FRINGE ... No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95606544 ... 2,112 EA ... 142.56 ... 182.16 ... 1.500

**SKU No.:** 810768642 ... 132 CTNS

HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 ... No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95606544 ... 702 EA ... 397.80 ... 552.24 ... 12.150

**SKU No.:** 810768643 ... 234 CTNS

WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 ... No. of Pallet:

**HTS Code.:** 9404902090

**P/O No.:** 95544751 ... 300 EA ... 160.00 ... 237.00 ... 5.380

**SKU No.:** 810777987 ... 100 CTNS

HAPPY SPRING PILLOW WITH TRIM ... No. of Pallet:

**HTS Code.:** 9404902090

**P/O No.:** 95606673 ... 201 EA ... 107.20 ... 158.79 ... 3.600

**SKU No.:** 810777987 ... 67 CTNS

HAPPY SPRING PILLOW WITH TRIM ... No. of Pallet:

**HTS Code.:** 9404902090

| | Total: | (1,899 CTNS) | 18,926 | | 3,065.12 | 3,970.98 | 56.320 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA

Container No./Seal/Size:
OOLU4321710/OOLGZM618440

Container No./Seal/Size:
OOLU4321710/OOLGZM618440

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95460158
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606544
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544751
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606673
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402204

| | |
|---|---|
| Maker/Supplier : **ALL COURTESY INTERNATIONAL LTD** | Maker/Supplier's INVOICE No. **BIG241115-02** |
| Buyer/Consignee : **CLOSEOUT DISTRIBUTION, LLC** **50 RAUSCH CREEK RD, TREMONT, PA 17981, USA** | Dated: **November 14, 2024** |
| Shipment From : **SHENZHEN**                To : **TREMONT, PA** | Date of Receipt of Cargo **November 16, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

**PLEASE REFER TO ATTACHED**
**SHEET(S).**

                    **NOTIFY PARTY: GEODIS**
                              **5101 S. BROAD STREET**
                              **PHILADELPHIA, PA 19112-1404, U.S.A.**
                              **ATTN: ALENA LAMINA**
                    **ALSO NOTIFY: EDRAY 2020 LLC.**
                              **1300 SOUTH MINT STREET SUITE 200**
                              **CHARLOTTE NC 28203 USA**
                              **TEL: 704-593-6329**
                              **EMAIL: DATAQUALITY@EDRAYCPL.COM**

                    **CY-CY**

            **1,899 CARTONS**                              **56.320 CBM    3,970.98 KGS**
            ================================================================
            **TOTAL : ONE THOUSAND EIGHT HUNDRED NINETY-NINE (1,899) CARTONS**
            **ONLY**

                    **"FREIGHT COLLECT"**
**SHIPMENT PER S.S. "EVER FEAT" VOY NO. 1280-024E      DISCHARGED AT NEW YORK, NY**
**SAILING ON / ABOUT November 22, 2024. CARGO RECEIVED ON November 16, 2024.**

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**                          **November 16, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT (HONG KONG) LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** *Authorized Signature(s)*    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)                        V1 |

ORIGINAL

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics                    Yusen Logistics - Yusen Logistics

V1
Attachment Page 1/1

FCR No.   CNS-SZP-2402204

Shipping Mark

BIG LOTS,
STORES
PO#:95460158
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95544751
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95606544
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95606673
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN
OOLU4321710          SEAL# OOLGZM6184          40'  DRY

PO#:95460158
WHITE FAUX FUR BUNNY POMPOM PILLOW  17" X 17"
SKU#:810768643
BUNNY WITH POMPOM PLACEMAT 13" X 18"
SKU#810768567
HAPPY SPRING PLACEMAT WITH TRIM 13" X 18"
SKU#810768642
HAPPY SPRING RUNNER WITH TRIM
SKU#810768538
WHITE BUNNY BEIGE RUNNER WITH FRINGE
SKU#:810768568

PO#:95544751
HAPPY SPRING PILLOW WITH TRIM
SKU#:810777987

PO#:95606544
WHITE FAUX FUR BUNNY POMPOM PILLOW 17" X 17"
SKU#:810768643
BUNNY WITH POMPOM PLACEMAT 13" X 18"
SKU#810768567
HAPPY SPRING PLACEMAT WITH TRIM 13" X 18"
SKU#810768642
HAPPY SPRING RUNNER WITH TRIM
SKU#810768538
WHITE BUNNY BEIGE RUNNER WITH FRINGE
SKU#:810768568

PO#:95606673
HAPPY SPRING PILLOW WITH TRIM
SKU#:810777987

SHIP TO CODE & LOCATION : 00874-TREMONT, PA
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL



**PO #**    **95553960**

| | |
|---|---|
| Date Created | 08/07/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/25/2024 |
| Cancel if not Shipped by: | 12/02/2024 |
| Must be Routed by: | 11/04/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848    Fax: 570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor: 4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:    13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

Vendor Signature    *Ugo Wang*

Signee's Name    *Vice President*

Title

Date    *2024/10/22*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 4,276 | 48,934.48 | 10,626.84 | 71.415 |

OFFICE-COPY



**BIG LOTS!**

| PO # | 95560931 |
|---|---|

| Date Created | 08/08/2024 |
|---|---|
| Version: | 5 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/25/2024 |
| Cancel if not Shipped by: | 12/02/2024 |
| Must be Routed by: | 11/04/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    ,  CN |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848      Fax:  570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827      Fax   86-755-82834821
E-Mail:     elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

| Vendor Signature | Ugo Wang |
|---|---|
| Signee's Name | |
| Title | Vice Presidents |
| Date | 2024/10/23 |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 902 | 54,047.84 | 11,365.20 | 67.817 |

OFFICE-COPY


**BIG LOTS!**

| | |
|---|---|
| **PO #** | **95606335** |

Date Created: 09/11/2024
Version: 5
Buyer: INMAN, ANNE
Do Not Ship Before: 11/25/2024
Cancel if not Shipped by: 12/02/2024
Must be Routed by: 11/04/2024
Payment Terms: Wire Transfer + 30 days
Freight Terms: Collect
FOB: YANTIAN    , CN

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848    Fax: 570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor: 4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone: 13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095528218; Ship only these quantities under the new PO.
DIP-24-11967

Vendor Signature    _Ugo Wang_
Signee's Name

Title    _Vice President_

Date    _2024/10/23_

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 584 | 34,993.28 | 7,358.40 | 67.817 |

OFFICE-COPY



**BIG LOTS!**

| | |
|---|---|
| **PO #** | **95606482** |
| Date Created | 09/11/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/25/2024 |
| Cancel if not Shipped by: | 12/02/2024 |
| Must be Routed by: | 11/04/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    ,  CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848      Fax:  570-695-2862

---

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

---

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827      Fax    86-755-82834821
E-Mail:     elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

PO replaces :0095553962; Ship only these quantities under the new PO.
DIP-24-11967

---

| | |
|---|---|
| Vendor Signature | *Ugo Wang* |
| Signee's Name | |
| Title | *Vice President* |
| Date | *2024/10/22* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 3,040 | 34,739.20 | 7,545.60 | 71.419 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241121-01

**Invoice Date.:** November 20, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TAIPEI TRIUMPH / 1281-033E

**Port of Loading:** YANTIAN

**Ship on or about:** December 03, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CSNU7731835, TEMU8036010

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95560931 | | 902 | EA | 12.600/EA | 11,365.200 |
| **SKU No.:** 810769052 | | 902 | CTNS | | |
| COMBO EASTER BUNNY BOW | No. of Pallet: | | | | |
| **HTS Code.:** 6307909891 | | | | | |
| ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY ) | | | | | |
| **P/O No.:** 95606335 | | 584 | EA | 12.600/EA | 7,358.400 |
| **SKU No.:** 810769052 | | 584 | CTNS | | |
| COMBO EASTER BUNNY BOW | No. of Pallet: | | | | |
| **HTS Code.:** 6307909891 | | | | | |
| ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY ) | | | | | |
| **P/O No.:** 95553960 | | 2,764 | EA | 3.150/EA | 8,706.600 |
| **SKU No.:** 810771198 | | 691 | CTNS | | |
| ST PAT S BOW WITH SHAMROCK | No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **P/O No.:** 95553960 | | 1,512 | EA | 1.270/EA | 1,920.240 |
| **SKU No.:** 810771292 | | 63 | CTNS | | |
| ST PAT LUCK WITH SEQUIN D COR | No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **P/O No.:** 95606482 | | 1,960 | EA | 3.150/EA | 6,174.000 |
| **SKU No.:** 810771198 | | 490 | CTNS | | |
| ST PAT S BOW WITH SHAMROCK | No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **P/O No.:** 95606482 | | 1,080 | EA | 1.270/EA | 1,371.600 |

ST PAT LUCK WITH SEQUIN D COR                                    No. of Pallet:

HTS Code.: 9505906000

### Manufacturer Name & Address

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU
CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | Total: | (2,775 CTNS) | 8,802 | 36,896.040 |

**TOTAL (USD) DOLLARS : THIRTY-SIX THOUSAND EIGHT HUNDRED NINETY-SIX AND CENTS FOUR ONLY.**

---

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
CSNU7731835/OOLGZQ0072/40H
TEMU8036010/OOLXY0827/45'

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
CSNU7731835/OOLGZQ0072/40H
TEMU8036010/OOLXY0827/45'

We certify that there is no wood packing material in the shipment.

### Carton Marks And Number

BIG LOTS,
STORES
PO#:95560931
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:955606335
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95553960
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606482
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241121-01

**Invoice Date.:** November 20, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TAIPEI TRIUMPH / 1281-033E

**Port of Loading:** YANTIAN

**Ship on or about:** December 03, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CSNU7731835, TEMU8036010

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95560931 | | 902  EA | 1,208.68 | 1,551.44 | 46.910 |
| **SKU No.:** 810769052 | | 902  CTNS | | | |
| COMBO EASTER BUNNY BOW | No. of Pallet: | | | | |
| **HTS Code.:** 6307909891 | | | | | |
| ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY ) | | | | | |
| **P/O No.:** 95606335 | | 584  EA | 782.56 | 1,004.48 | 30.370 |
| **SKU No.:** 810769052 | | 584  CTNS | | | |
| COMBO EASTER BUNNY BOW | No. of Pallet: | | | | |
| **HTS Code.:** 6307909891 | | | | | |
| ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY ) | | | | | |
| **P/O No.:** 95553960 | | 2,764  EA | 870.66 | 1,195.43 | 35.940 |
| **SKU No.:** 810771198 | | 691  CTNS | | | |
| ST PAT S BOW WITH SHAMROCK | No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **P/O No.:** 95553960 | | 1,512  EA | 151.20 | 173.88 | 0.720 |
| **SKU No.:** 810771292 | | 63  CTNS | | | |
| ST PAT LUCK WITH SEQUIN D COR | No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **P/O No.:** 95606482 | | 1,960  EA | 617.40 | 847.70 | 25.480 |

**SKU No.:** 810771198

ST PAT S BOW WITH SHAMROCK                    **No. of Pallet:**

**HTS Code.:** 9505906000

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95606482 | 1,080 | EA | 108.00 | 124.20 | 0.520 |
| **SKU No.:** 810771292 | 45 | CTNS | | | |

ST PAT LUCK WITH SEQUIN D COR                 **No. of Pallet:**

**HTS Code.:** 9505906000

| | Total: | (2,775 CTNS) | 8,802 | | 3,738.50 | 4,897.13 | 139.940 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
CSNU7731835/OOLGZQ0072/40H
TEMU8036010/OOLXY0827/45'

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
CSNU7731835/OOLGZQ0072/40H
TEMU8036010/OOLXY0827/45'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95560931
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:955606335
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95553960
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95606482
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics

# Yusen Logistics

Yusen Logistics - Yusen Logistics -

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402262

| | |
|---|---|
| Maker/Supplier : ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No.<br>BIG241121-01 |
| Buyer/Consignee : CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD, TREMONT, PA 17981, USA | Dated: November 20, 2024 |
| Shipment From : SHENZHEN    To : TREMONT, PA | Date of Receipt of Cargo<br>November 28, 2024 |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| PLEASE REFER TO ATTACHED<br>SHEET(S). | | NOTIFY PARTY: GEODIS<br>5101 S. BROAD STREET<br>PHILADELPHIA, PA 19112-1404, U.S.A.<br>ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>1300 SOUTH MINT STREET SUITE 200<br>CHARLOTTE NC 28203 USA<br>TEL: 704-593-6329<br>EMAIL: DATAQUALITY@EDRAYCPL.COM<br>CY-CY | | |

2,775 CARTONS                          139.940 CBM    4,897.13 KGS
=============================================================
TOTAL : TWO THOUSAND SEVEN HUNDRED SEVENTY-FIVE (2,775)
CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "TAIPEI TRIUMPH" VOY NO. 1281-033E    DISCHARGED AT NEW YORK, NY
SAILING ON / ABOUT December 2, 2024. CARGO RECEIVED ON November 28, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN    November 28, 2024 |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT (HONG KONG) LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1**<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)    V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics

**Yusen Logistics** - Yusen Logistics   # Yusen Logistics   Yusen Logistics - Yusen Logistics

V1

Attachment Page 1/1

FCR No.   CNS-SZP-2402262

Shipping Mark

BIG LOTS,
STORES
PO#:95553960
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95560931
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:955606335
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95606482
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN

| | | | |
|---|---|---|---|
| CSNU7731835 | SEAL# OOLGZQ0072 | 40H | DRY |
| TEMU8036010 | SEAL# OOLJXY0827 | 45' | DRY |

PO#:95553960
ST PAT'S BOW WITH SHAMROCK
SKU#810771198
ST PAT LUCK WITH SEQUIN DCOR
SKU#810771292

PO#:95560931
COMBO EASTER BUNNY BOW
SKU#810769052

PO#:955606335
COMBO EASTER BUNNY BOW
SKU#810769052

PO#:95606482
ST PAT'S BOW WITH SHAMROCK
SKU#810771198
ST PAT LUCK WITH SEQUIN DCOR
SKU#810771292

SHIP TO CODE & LOCATION : 00874-TREMONT, PA
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL

 All Courtesy International Ltd

Address: FLAT/RM E,9/F.,HOLLYWOOD CENTRE,
77-91 QUEEN'S ROAD WEST , SHEUNG WAN, HONG KONG
Tel: +86-0755-82755913/83253709

## DOCUMENT LIST

RE : CSC Distribution LLC (Case No. 24-11974)

DATE: 12/26/2024

| Document name | INVOICE | PO | AMOUNT | REMARK |
|---|---|---|---|---|
| Supporting documentation CSC Distribution LLC (Case No. 24-11974)--870 All Courtesy ltd. | BIG241014-01 | 95446066 | $6,803.94 | |
| | BIG241014-02 | 95543120 | $2,116.80 | |
| | BIG241023-03 | 95557679 | $4,173.12 | |
| | BIG241115-01 | 95560930 | $7,156.80 | $29,738.70 |
| | | 95460157 | $16,065.84 | |
| | | 95544750 | $1,143.30 | |
| | | 95553959 | $5,372.76 | |
| | | **TOTAL** | **$42,832.56** | |


**BIG LOTS!**

| | |
|---|---|
| **PO #** | **95446066** |
| Date Created | 06/14/2024 |
| Version: | 2 |
| Buyer: | Open Div 4 |
| Do Not Ship Before: | 10/07/2024 |
| Cancel if not Shipped by: | 10/14/2024 |
| Must be Routed by: | 09/16/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633      Fax:   334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800        Fax: 614-278-6871

Purchase From Vendor:   4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:      ELFIN CAO
Telephone:   13823610827      Fax      86-755-82834821
E-Mail:       elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

| Vendor Signature | Ugo Wang |
|---|---|
| Signee's Name | |
| Title | Vice President |
| Date | 2024/10/22 |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,598 | 28,951.02 | 6,803.94 | 73.518 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# INVOICE

**Invoice No.:** BIG241014-01        **Invoice Date.:** October 15, 2024

| | | | |
|---|---|---|---|
| **Sold To:** | CSC DISTRIBUTION, LLC<br>2855 SELMA HIGHWAY<br>MONTGOMERY, AL 36108<br>USA | **Delivery To:** | 2855 SELMA HIGHWAY<br>MONTGOMERY, AL 36108<br>USA |

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA      **L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 071E      **Port of Loading:** YANTIAN

**Ship on or about:** November 01, 2024      **Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95446066 | 600 | EA | 3.400/EA | 2,040.000 |
| **SKU No.:** 810766309 | 200 | CTNS | | |
| VAL DAY LOVES PILLOW     No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95446066 | 600 | EA | 2.080/EA | 1,248.000 |
| **SKU No.:** 810766334 | 200 | CTNS | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW     No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95446066 | 600 | EA | 1.830/EA | 1,098.000 |
| **SKU No.:** 810766385 | 200 | CTNS | | |
| VALENTINE HEART SHAPE PILLOW WHITE     No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95446066 | 399 | EA | 2.500/EA | 997.500 |
| **SKU No.:** 810767044 | 133 | CTNS | | |
| CLOVER SHAPED GREEN PILLOW     No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95446066 | 399 | EA | 3.560/EA | 1,420.440 |
| **SKU No.:** 810767045 | 133 | CTNS | | |
| ST PATRICKS GNOMES & LUCKY PILLOW     No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | |

**Manufacturer Name & Address**

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| Total: | (866 CTNS) | 2,598 | 6,803.940 |

**TOTAL (USD) DOLLARS : SIX THOUSAND EIGHT HUNDRED THREE AND CENTS NINETY-FOUR ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95446066
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241014-01

**Invoice Date.:** October 15, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 071E

**Port of Loading:** YANTIAN

**Ship on or about:** November 01, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|---|
| **P/O No.:** 95446066 | | 600 | EA | 288.00 | 378.00 | 8.730 |
| **SKU No.:** 810766309 | | 200 | CTNS | | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95446066 | | 600 | EA | 164.00 | 236.00 | 5.236 |
| **SKU No.:** 810766334 | | 200 | CTNS | | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95446066 | | 600 | EA | 146.00 | 228.00 | 6.125 |
| **SKU No.:** 810766385 | | 200 | CTNS | | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95446066 | | 399 | EA | 178.22 | 239.00 | 5.512 |
| **SKU No.:** 810767044 | | 133 | CTNS | | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95446066 | | 399 | EA | 227.43 | 306.00 | 7.625 |
| **SKU No.:** 810767045 | | 133 | CTNS | | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |

Total: (886 CTNS)    2,590    005.65    1,387.00    33.228

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95446066
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics **Yusen Logistics** Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402098

| | | Maker/Supplier's INVOICE No. **BIG241014-01** |
|---|---|---|
| Maker/Supplier : | **ALL COURTESY INTERNATIONAL LTD** | |
| Buyer/Consignee : | **CSC DISTRIBUTION, LLC**<br>**2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA** | Dated: **October 15, 2024** |
| Shipment From : | **SHENZHEN**     To : **MONTGOMERY, AL** | Date of Receipt of Cargo<br>**October 14, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| PLEASE REFER TO ATTACHED<br>SHEET(S). | | NOTIFY PARTY: GEODIS<br>     5101 S. BROAD STREET<br>     PHILADELPHIA, PA 19112-1404, U.S.A.<br>     ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>     1300 SOUTH MINT STREET SUITE 200<br>     CHARLOTTE NC 28203 USA<br>     TEL: 704-593-6329<br>     EMAIL: DATAQUALITY@EDRAYCPL.COM<br>CFS-CY | | |
| | 866 CARTONS | | 33.228 CBM | 1,387.00 KGS |
| | TOTAL : EIGHT HUNDRED SIXTY-SIX (866) CARTONS ONLY | | | |

"FREIGHT COLLECT"
SHIPMENT PER S.S. "ONE MAXIM" VOY NO. 071E    DISCHARGED AT MOBILE, AL
SAILING ON / ABOUT October 31, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**      **October 15, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*   As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)    V1 |

ORIGINAL

**Yusen Logistics** - Yusen Logistics   **Yusen Logistics**   Yusen Logistics - Yusen Logistics

V1

FCR No.   CNS-SZP-2402098

Attachment Page 1/1

Shipping Mark

BIG LOTS,
STORES
PO#:95446066
SKU#:810766334,810766385,81076
6309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

Description of Goods

CAIU5832509 (PART)      SEAL# CNCX38188        45'   DRY

PO#:95446066
VAL DAY XOXO HEART SHAPE CREAM PILLOW
SKU#810766334
VALENTINE HEART SHAPE PILLOW WHITE
SKU#810766385
VAL DAY LOVES PILLOW
SKU#810766309
CLOVER SHAPED GREEN PILLOW
SKU#810767044
ST PATRICKS GNOMES & LUCKY PILLOW
SKU#:810767045

SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
MATERIAL



| PO # | 95543120 |
|---|---|
| Date Created | 07/31/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/07/2024 |
| Cancel if not Shipped by: | 10/14/2024 |
| Must be Routed by: | 09/16/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN ,  CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone:  334-286-6633     Fax:   334-286-7024

**ADDITIONAL COMMENTS**

DIP-24-11967

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800          Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| Contact: | ELFIN CAO | | |
|---|---|---|---|
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

Vendor Signature   _Ugo Wang_

Signee's Name   _____

Title   _Vice President_

Date   _2024/ 9/ 05_

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 672 | 10,066.56 | 2,116.80 | 70.854 |

OFFICE-COPY

**ALL COURTESY INTERNATIONAL LTD**                    Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241014-02 | **Invoice Date.:** October 15, 2024

| **Sold To:** | CSC DISTRIBUTION, LLC<br>2855 SELMA HIGHWAY<br>MONTGOMERY, AL 36108<br>USA | **Delivery To:** | 2855 SELMA HIGHWAY<br>MONTGOMERY, AL 36108<br>USA |

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 071E

**Port of Loading:** YANTIAN

**Ship on or about:** November 01, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95543120 | 672 | EA | 3.150/EA | 2,116.800 |
| **SKU No.:** 810770279 | 168 | CTNS | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | |
| **HTS Code.:** 9505906000 | | | | |
| Manufacturer Name & Address<br><br>CENTRESKY CRAFTS (SHANTOU)CO.,LTD.<br>DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA<br>SHANTOU, GUANGDONG<br>515834, CHINA | | | | |
| Total:    (168 CTNS) | 672 | | | 2,116.800 |
| TOTAL (USD) DOLLARS : TWO THOUSAND ONE HUNDRED SIXTEEN AND CENTS EIGHTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMIL LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMIL LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543120
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

**ALL COURTESY INTERNATIONAL LTD**                                    Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241014-02

**Invoice Date.:** October 15, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 071E

**Port of Loading:** YANTIAN

**Ship on or about:** November 01, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95543120 | | 672  EA | 218.40 | 282.00 | 8.482 |
| SKU No.: 810770279 | | 168  CTNS | | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | | |
| HTS Code.: 9505906000 | | | | | |
| **Total:** | **(168 CTNS)** | **672** | **218.40** | **282.00** | **8.482** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAIU5832509/CNCX38188/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543120
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402099

| | |
|---|---|
| Maker/Supplier : **ALL COURTESY INTERNATIONAL LTD** | Maker/Supplier's INVOICE No. **BIG241014-02** |
| Buyer/Consignee : **CSC DISTRIBUTION, LLC** **2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA** | Dated: **October 15, 2024** |
| Shipment From : **SHENZHEN**    To : **MONTGOMERY, AL** | Date of Receipt of Cargo **October 14, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS, STORES PO#:95543120 SKU#:810770279 DEPT#:362 COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS 5101 S. BROAD STREET PHILADELPHIA, PA 19112-1404, U.S.A. ATTN: ALENA LAMINA ALSO NOTIFY: EDRAY 2020 LLC. 1300 SOUTH MINT STREET SUITE 200 CHARLOTTE NC 28203 USA TEL: 704-593-6329 EMAIL: DATAQUALITY@EDRAYCPL.COM CFS-CY CAIU5832509 (PART)    SEAL# CNCX38188    45' DRY PO#:95543120 VAL BOW WITH RED HEART SKU#810770279 SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | | |
| | 168 CARTONS | | 8.482 CBM | 282.00 KGS |

============================================================
TOTAL : ONE HUNDRED SIXTY-EIGHT (168) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "ONE MAXIM" VOY NO. 071E    DISCHARGED AT MOBILE, AL
SAILING ON / ABOUT October 31, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**    **October 16, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** *Authorized Signature(s)*    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1 (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)    V1 |


**BIG LOTS!**

**PO #**    **95557679**

| | |
|---|---|
| Date Created | 08/07/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/21/2024 |
| Cancel if not Shipped by: | 10/28/2024 |
| Must be Routed by: | 09/30/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and CondITIONS for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633      Fax:   334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:     ELFIN CAO
Telephone:   13823610827      Fax    86-755-82834821
E-Mail:      elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

Vendor Signature    *Ugo Wang*

Signee's Name       *Vice Residents*

Title

Date                *2024/10/11*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 276 | 16,535.16 | 4,173.12 | 70.948 |

OFFICE-COPY

**ALL COURTESY INTERNATIONAL LTD**   Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241023-03

**Invoice Date.:** October 28, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** OOCL WASHINGTON / 086E

**Port of Loading:** YANTIAN

**Ship on or about:** November 04, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95557679 | 276 | EA | 15.120/EA | 4,173.120 |
| SKU No.: 810774825 | 69 | CTNS | | |
| COMBO EASTER BUNNY & CAR BANNER | No. of Pallet: | | | |
| HTS Code.: 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| Manufacturer Name & Address | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA SHANTOU, GUANGDONG 515834, CHINA | | | | |
| Total: | (69 CTNS) | | 276 | 4,173.120 |

TOTAL (USD) DOLLARS : FOUR THOUSAND ONE HUNDRED SEVENTY-THREE AND CENTS TWELVE ONLY.

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOLU9929180/OOLGZM7829/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOLU9929180/OOLGZM7829/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95557679
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# PACKING LIST

**Invoice No.:** BIG241023-03                              **Invoice Date.:** October 28, 2024

**Sold To:**    CSC DISTRIBUTION, LLC      **Delivery To:**    2855 SELMA HIGHWAY
            2855 SELMA HIGHWAY                   MONTGOMERY, AL 36108
            MONTGOMERY, AL 36108               USA
            USA

**Shipment Terms:** FOB YANTIAN                       **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                               **L/C Number:** TT

**Vessel / Voyage:** OOCL WASHINGTON / 086E        **Port of Loading:** YANTIAN

**Ship on or about:** November 04, 2024                **Port of Entry:** MOBILE, AL

                                               **Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95557679 | 276 EA | 248.40 | 302.00 | 2.023 |
| **SKU No.:** 810774825 | 69 CTNS | | | |
| COMBO EASTER BUNNY & CAR BANNER    No. of Pallet: | | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER ) | | | | |
| **Total:**       **(69 CTNS)** | **276** | **248.40** | **302.00** | **2.023** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOLU9929180/OOLGZM7829/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
OOLU9929180/OOLGZM7829/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95557679
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402151

| | |
|---|---|
| Maker/Supplier : **ALL COURTESY INTERNATIONAL LTD** | Maker/Supplier's INVOICE No.<br>**BIG241023-03** |
| Buyer/Consignee : **CSC DISTRIBUTION, LLC**<br>**2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA** | Dated:  **October 28, 2024** |
| Shipment From :  **SHENZHEN**          To : **MONTGOMERY, AL** | Date of Receipt of Cargo<br>**October 25, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS,<br>STORES<br>PO#:95557679<br>SKU#:810774825<br>DEPT#:362<br>COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS<br>      5101 S. BROAD STREET<br>      PHILADELPHIA, PA 19112-1404, U.S.A.<br>      ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>      1300 SOUTH MINT STREET SUITE 200<br>      CHARLOTTE NC 28203 USA<br>      TEL: 704-593-6329<br>      EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CFS-CY<br><br>OOLU9929180  (PART)      SEAL# OOLGZM7829       40H   DRY<br><br><br>PO#:95557679<br>COMBO  EASTER BUNNY & CAR BANNER<br>SKU#810774825<br><br>SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL | | |
| | 69 CARTONS | | 2.023 CBM | 302.00 KGS |

TOTAL : SIXTY-NINE (69) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "OOCL WASHINGTON" VOY NO. 086E    DISCHARGED AT MOBILE, AL
SAILING ON / ABOUT November 4, 2024. CARGO RECEIVED ON October 25, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**                            **October 30, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*       As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1**<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)                                   V1 |

ORIGINAL



| **PO #** | **95560930** |
|---|---|
| Date Created | 08/08/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    ,  CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:  334-286-6633      Fax:   334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800          Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| Contact: | ELFIN CAO |
|---|---|
| Telephone: | 13823610827      Fax    86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com |

**ADDITIONAL COMMENTS**

DIP-24-11967

| Vendor Signature | _Ugo Wang_ |
|---|---|
| Signee's Name | _Vice President_ |
| Title | |
| Date | _2024/10/23_ |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 568 | 34,034.56 | 7,156.80 | 67.817 |

OFFICE-COPY



**BIG LOTS.**

## PO #          95460157

| | |
|---|---|
| Date Created | 06/20/2024 |
| Version: | 4 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:  334-286-6633     Fax:  334-286-7024

---

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800          Fax: 614-278-6871

---

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

---

**ADDITIONAL COMMENTS**

---

| Vendor Signature | *Ugo Wang* |
|---|---|
| Signee's Name | *Vice Presidents* |
| Title | |
| Date | *2024/ 10/ 22* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 8,096 | 56,655.04 | 16,065.84 | 69.425 |

OFFICE-COPY


**BIG LOTS!**

| **PO #** | **95544750** |
| --- | --- |

| Date Created: | 08/01/2024 |
| Version: | 3 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN   , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:   334-286-6633      Fax:   334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800          Fax: 614-278-6871

**ADDITIONAL COMMENTS**

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:      ELFIN CAO
Telephone:   13823610827      Fax    86-755-82834821
E-Mail:      elfin@allcourtesy.com

| Vendor Signature | Ugo Wang |
| --- | --- |
| Signee's Name | |
| Title | Vice President |
| Date | 2024/10/22 |

| Units | Retail | Vendor Cost | IMU |
| --- | --- | --- | --- |
| 309 | 4,631.91 | 1,143.30 | 60.721 |

OFFICE-COPY



**PO #**          **95553959**

Date Created      08/07/2024
Version:          3
Buyer:            INMAN, ANNE
Do Not Ship Before: 11/18/2024
Cancel If not Shipped by: 11/25/2024
Must be Routed by: 10/28/2024
Payment Terms:    Wire Transfer + 30 days
Freight Terms:    Collect
FOB:              YANTIAN    , CN

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633    Fax: 334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:   ELFIN CAO
Telephone: 13823610827    Fax  86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

Vendor Signature _____
Signee's Name _____
Title _____
Date _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,164 | 24,736.72 | 5,372.76 | 71.418 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241115-01

**Invoice Date.:** November 14, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MISSION / 075E

**Port of Loading:** YANTIAN

**Ship on or about:** December 02, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** SEGU5935470

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95460157 | 584 | EA | 3.650/EA | 2,131.600 |
| **SKU No.:** 810768538 | 73 | CTNS | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460157 | 3,952 | EA | 1.280/EA | 5,058.560 |
| **SKU No.:** 810768567 | 247 | CTNS | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460157 | 1,136 | EA | 3.900/EA | 4,430.400 |
| **SKU No.:** 810768568 | 142 | CTNS | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460157 | 1,824 | EA | 1.220/EA | 2,225.280 |
| **SKU No.:** 810768642 | 114 | CTNS | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95460157 | 600 | EA | 3.700/EA | 2,220.000 |
| **SKU No.:** 810768643 | 200 | CTNS | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95544750 | 309 | EA | 3.700/EA | 1,143.300 |
| **SKU No.:** 810777987 | 103 | CTNS | | |
| HAPPY SPRING PILLOW WITH TRIM | No. of Pallet: | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95560930 | | 568 | EA | 12.600/EA | 7,156.800 |
| **SKU No.:** 810769052 | | 568 | CTNS | | |

COMBO EASTER BUNNY BOW                                    No. of Pallet:

**HTS Code.:** 6307909891

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95553959 | | 1,396 | EA | 3.150/EA | 4,397.400 |
| **SKU No.:** 810771198 | | 349 | CTNS | | |

ST PAT S BOW WITH SHAMROCK                               No. of Pallet:

**HTS Code.:** 9505906000

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95553959 | | 768 | EA | 1.270/EA | 975.360 |
| **SKU No.:** 810771292 | | 32 | CTNS | | |

ST PAT LUCK WITH SEQUIN D COR                            No. of Pallet:

**HTS Code.:** 9505906000

<u>Manufacturer Name & Address</u>

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU
CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | | | |
|---|---|---|---|
| **Total:** | **(1,828 CTNS)** | **11,137** | **29,738.700** |

**TOTAL (USD) DOLLARS : TWENTY-NINE THOUSAND SEVEN HUNDRED THIRTY-EIGHT AND CENTS SEVENTY ONLY.**

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
SEGU5935470/CNCW72445/45'

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
SEGU5935470/CNCW72445/45'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95460157
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544750
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95560930
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95553959
SKU#:810771198,810771292

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

## PACKING LIST

---

**Invoice No.:** BIG241115-01

**Invoice Date.:** November 14, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MISSION / 075E

**Port of Loading:** YANTIAN

**Ship on or about:** December 02, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** SEGU5935470

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95460157 | | 584 EA | 138.70 | 179.58 | 1.320 |
| **SKU No.:** 810768538 | | 73 CTNS | | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460157 | | 3,952 EA | 382.85 | 464.36 | 4.830 |
| **SKU No.:** 810768567 | | 247 CTNS | | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460157 | | 1,136 EA | 284.00 | 345.06 | 2.990 |
| **SKU No.:** 810768568 | | 142 CTNS | | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460157 | | 1,824 EA | 123.12 | 157.32 | 1.290 |
| **SKU No.:** 810768642 | | 114 CTNS | | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95460157 | | 600 EA | 340.00 | 472.00 | 10.390 |
| **SKU No.:** 810768643 | | 200 CTNS | | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95544750 | 309 | EA | 164.80 | 244.11 | 5.710 |
| **SKU No.:** 810777987 | 103 | CTNS | | | |
| HAPPY SPRING PILLOW WITH TRIM | **No. of Pallet:** | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| | | | | | |
| **P/O No.:** 95560930 | 568 | EA | 761.12 | 976.96 | 29.540 |
| **SKU No.:** 810769052 | 568 | CTNS | | | |
| COMBO EASTER BUNNY BOW | **No. of Pallet:** | | | | |
| **HTS Code.:** 6307909891 | | | | | |

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95553959 | 1,396 | EA | 439.74 | 603.77 | 18.150 |
| **SKU No.:** 810771198 | 349 | CTNS | | | |
| ST PAT S BOW WITH SHAMROCK | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| | | | | | |
| **P/O No.:** 95553959 | 768 | EA | 76.80 | 88.32 | 0.370 |
| **SKU No.:** 810771292 | 32 | CTNS | | | |
| ST PAT LUCK WITH SEQUIN D COR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505906000 | | | | | |
| **Total:** (1,828 CTNS) | 11,137 | | 2,711.13 | 3,531.48 | 74.590 |

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
SEGU5935470/CNCW72445/45'

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
SEGU5935470/CNCW72445/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95460157
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544750
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95560930
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,

STORES
PO#:95553959
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics          Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402203

| | |
|---|---|
| Maker/Supplier : **ALL COURTESY INTERNATIONAL LTD** | Maker/Supplier's INVOICE No.<br>**BIG241115-01** |
| Buyer/Consignee : **CSC DISTRIBUTION, LLC**<br>**2855 SELMA HIGHWAY, MONTGOMERY, AL 36108, USA** | Dated: **November 14, 2024** |
| Shipment From : **SHENZHEN**          To : **MONTGOMERY, AL** | Date of Receipt of Cargo<br>**November 16, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| **PLEASE REFER TO ATTACHED SHEET(S).** | **NOTIFY PARTY: GEODIS**<br>      **5101 S. BROAD STREET**<br>      **PHILADELPHIA, PA 19112-1404, U.S.A.**<br>      **ATTN: ALENA LAMINA**<br>**ALSO NOTIFY: EDRAY 2020 LLC.**<br>      **1300 SOUTH MINT STREET SUITE 200**<br>      **CHARLOTTE NC 28203 USA**<br>      **TEL: 704-593-6329**<br>      **EMAIL: DATAQUALITY@EDRAYCPL.COM**<br>**CY-CY** | | | |

ORIGINAL

**1,828 CARTONS**          **74.590 CBM**    **3,531.48 KGS**
============================================================
**TOTAL : ONE THOUSAND EIGHT HUNDRED TWENTY-EIGHT (1,828)
CARTONS ONLY**

**"FREIGHT COLLECT"**
**SHIPMENT PER S.S. "ONE MISSION" VOY NO. 075E    DISCHARGED AT MOBILE, AL
SAILING ON / ABOUT December 2, 2024. CARGO RECEIVED ON November 16, 2024.**

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN** | **November 16, 2024** |
|---|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT (HONG KONG) LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*          As Agent | |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1**<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)          V1 | |

# Yusen Logistics

Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics

V1
Attachment Page 1/1

FCR No.   CNS-SZP-2402203

Shipping Mark

BIG LOTS,
STORES
PO#:95460157
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95544750
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95553959
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95560930
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN
SEGU5935470          SEAL# CNCW72445          45'  DRY

PO#:95460157
WHITE FAUX FUR BUNNY POMPOM PILLOW  17" X 17"
SKU#:810768643
BUNNY WITH POMPOM PLACEMAT 13" X 18"
SKU#810768567
HAPPY SPRING PLACEMAT WITH TRIM 13" X 18"
SKU#810768642
HAPPY SPRING RUNNER WITH TRIM
SKU#810768538
WHITE BUNNY BEIGE RUNNER WITH FRINGE
SKU#:810768568

PO#:95544750
HAPPY SPRING PILLOW WITH TRIM
SKU#:810777987

PO#:95553959
ST PAT'S BOW WITH SHAMROCK
SKU#810771198
ST PAT LUCK WITH SEQUIN DCOR
SKU#810771292

PO#:95560930
COMBO EASTER BUNNY BOW
SKU#810769052

SHIP TO CODE & LOCATION : 00870-MONTGOMERY, AL
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL

 **All Courtesy International Ltd**

Address: FLAT/RM E,9/F.,HOLLYWOOD CENTRE,
77-91 QUEEN'S ROAD WEST , SHEUNG WAN, HONG KONG
Tel: +86-0755-82755913/83253709

## DOCUMENT LIST

RE : Durant DC, LLC (Case No. 24-11975)

DATE: 12/26/2024

| Document name | INVOICE | PO | AMOUNT | REMARK |
|---|---|---|---|---|
| Supporting documentation DC, LLC (Case No. 24-11975)879 All Courtesy ltd. | BIG241014-05 | 95614029 | $1,587.60 | |
| | BIG241014-06 | 95543122 | $2,885.40 | |
| | BIG241019-01 | 95446068 | $6,803.94 | $13,607.88 |
| | | 95618089 | $6,803.94 | |
| | BIG241023-01 | 95636988 | $1,149.12 | |
| | BIG241023-02 | 95557681 | $3,810.24 | |
| | BIG241118-01 | 95460159 | $9,331.54 | $38,035.16 |
| | | 95544752 | $366.30 | |
| | | 95553961 | $5,110.20 | |
| | | 95560932 | $7,938.00 | |
| | | 95645295 | $7,818.52 | |
| | | 95645315 | $333.00 | |
| | | 95645323 | $4,164.00 | |
| | | 95645370 | $2,973.60 | |
| | | **TOTAL** | **$61,075.40** | |



**PO #**          **95614029**

| | |
|---|---|
| Date Created | 09/16/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/07/2024 |
| Cancel if not Shipped by: | 10/14/2024 |
| Must be Routed by: | 09/16/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN，CN |

See attached Terms and  Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:  580-931-2100       Fax:  580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800       Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:     ELFIN CAO
Telephone:  13823610827       Fax   86-755-82834821
E-Mail:      elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095543119; Ship only these quantities under the new PO.DIP-24-11967

Vendor Signature    *Ugo Wang*

Signee's Name       *Vice President*

Title

Date                *2024/9/15*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 504 | 7,549.92 | 1,587.60 | 70.855 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# INVOICE

**Invoice No.:** BIG241014-05

**Invoice Date.:** October 15, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 066E

**Port of Loading:** YANTIAN

**Ship on or about:** October 24, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95614029 | 504 | EA | 3.150/EA | 1,587.600 |
| SKU No.: 810770279 | 126 | CTNS | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | |
| HTS Code.: 9505906000 | | | | |
| | | | | |
| **Manufacturer Name & Address** | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. | | | | |
| DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU | | | | |
| CITY,GUANGDONG,CHINA | | | | |
| SHANTOU, GUANGDONG | | | | |
| 515834, CHINA | | | | |
| **Total:** (126 CTNS) | 504 | | | 1,587.600 |
| TOTAL (USD) DOLLARS : ONE THOUSAND FIVE HUNDRED EIGHTY-SEVEN AND CENTS SIXTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLM1787/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLM1787/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95614029
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241014-05

**Invoice Date.:** October 15, 2024

| **Sold To:** | DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT, OK 74701<br>USA | **Delivery To:** | 2306 ENTERPRISE DR<br>DURANT, OK 74701<br>USA |
|---|---|---|---|

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 066E

**Port of Loading:** YANTIAN

**Ship on or about:** October 24, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95614029 | | 504 EA | 163.80 | 212.00 | 6.362 |
| SKU No.: 810770279 | | 126 CTNS | | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | | |
| HTS Code.: 9505906000 | | | | | |
| **Total:** | **(126 CTNS)** | **504** | **163.80** | **212.00** | **6.362** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLJJM1787/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLJJM1787/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95614029
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics  ·  Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.   CNS-SZP-2402088

| | |
|---|---|
| Maker/Supplier : ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No. **BIG241014-05** |
| Buyer/Consignee : DURANT DC, LLC  2306 ENTERPRISE DR, DURANT, OK 74701, USA | Dated: **October 15, 2024** |
| Shipment From : SHENZHEN        To : DURANT, OK | Date of Receipt of Cargo **October 14, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS, STORES PO#:95614029 SKU#:810770279 DEPT#:362 COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS 5101 S. BROAD STREET PHILADELPHIA, PA 19112-1404, U.S.A. ATTN: ALENA LAMINA ALSO NOTIFY: EDRAY 2020 LLC. 1300 SOUTH MINT STREET SUITE 200 CHARLOTTE NC 28203 USA TEL: 704-593-6329 EMAIL: DATAQUALITY@EDRAYCPL.COM CFS-CY BMOU4996766 (PART)   SEAL# OOLJJM1787   40H  DRY PO#:95614029 VAL BOW WITH RED HEART SKU#810770279 SHIP TO CODE & LOCATION : 00879-DURANT, OK SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | | |
| | 126 CARTONS | | 6.362 CBM | 212.00 KGS |

TOTAL : ONE HUNDRED TWENTY-SIX (126) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "COSCO ENGLAND" VOY NO. 066E   DISCHARGED AT LONG BEACH, CA
SAILING ON / ABOUT October 24, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN               October 18, 2024 |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** *Authorized Signature(s)*   As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1** (Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)         V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics



**BIG LOTS.**

| | |
|---|---|
| **PO #** | **95543122** |
| Date Created | 07/31/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/07/2024 |
| Cancel if not Shipped by: | 10/14/2024 |
| Must be Routed by: | 09/16/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

---

**Purchase From Vendor: 4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:    13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

DIP-24-11967

---

| | |
|---|---|
| Vendor Signature | *Ugo Wang* |
| Signee's Name | |
| Title | *Vice President* |
| Date | *2024/ 9/25* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 916 | 13,721.68 | 2,885.40 | 70.854 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# INVOICE

**Invoice No.:** BIG241014-06

**Invoice Date.:** October 15, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 066E

**Port of Loading:** YANTIAN

**Ship on or about:** October 24, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95543122 | 916 | EA | 3.150/EA | 2,885.400 |
| **SKU No.:** 810770279 | 229 | CTNS | | |
| VAL BOW WITH RED HEART | No. of Pallet: | | | |
| **HTS Code.:** 9505906000 | | | | |
| | | | | |
| Manufacturer Name & Address | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. | | | | |
| DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU | | | | |
| CITY,GUANGDONG,CHINA | | | | |
| SHANTOU, GUANGDONG | | | | |
| 515834, CHINA | | | | |
| Total: (229 CTNS) | 916 | | | 2,885.400 |

TOTAL (USD) DOLLARS : TWO THOUSAND EIGHT HUNDRED EIGHTY-FIVE AND CENTS FORTY ONLY.

---

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMIL LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLM11787/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMIL LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLM11787/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543122
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241014-06

**Invoice Date.:** October 15, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 066E

**Port of Loading:** YANTIAN

**Ship on or about:** October 24, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95543122 | 916  EA | 297.70 | 385.00 | 11.562 |
| **SKU No.:** 810770279 | 229  CTNS | | | |
| VAL BOW WITH RED HEART          **No. of Pallet:** | | | | |
| **HTS Code.:** 9505906000 | | | | |
| **Total:**           (229 CTNS) | 916 | 297.70 | 385.00 | 11.562 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLJJM1787/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
BMOU4996766/OOLJJM1787/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95543122
SKU#:810770279
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics   **Yusen Logistics**   Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.   CNS-SZP-2402089

| Maker/Supplier : | ALL COURTESY INTERNATIONAL LTD | | Maker/Supplier's INVOICE No. **BIG241014-06** |
|---|---|---|---|
| Buyer/Consignee : | DURANT DC, LLC 2306 ENTERPRISE DR, DURANT, OK 74701, USA | | Dated: **October 15, 2024** |
| Shipment From : | SHENZHEN | To : DURANT, OK | Date of Receipt of Cargo **October 14, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS, STORES PO#:95543122 SKU#:810770279 DEPT#:362 COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS 5101 S. BROAD STREET PHILADELPHIA, PA 19112-1404, U.S.A. ATTN: ALENA LAMINA ALSO NOTIFY: EDRAY 2020 LLC. 1300 SOUTH MINT STREET SUITE 200 CHARLOTTE NC 28203 USA TEL: 704-593-6329 EMAIL: DATAQUALITY@EDRAYCPL.COM CFS-CY BMOU4996766 (PART)   SEAL# OOLJJM1787 PO#:95543122 VAL BOW WITH RED HEART SKU#810770279 SHIP TO CODE & LOCATION : 00879-DURANT, OK SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL | 40H  DRY | |
| | 229 CARTONS | | 11.562 CBM | 385.00 KGS |

TOTAL : TWO HUNDRED TWENTY-NINE (229) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "COSCO ENGLAND" VOY NO. 066E   DISCHARGED AT LONG BEACH, CA
SAILING ON / ABOUT October 24, 2024. CARGO RECEIVED ON October 14, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN | October 16, 2024 |
|---|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | | (Place and date of issue.) **YUSEN LOGISTICS** *For and on behalf of* **Yusen Logistics (Shenzhen) Co., Ltd.** *Authorized Signature(s)*   As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1** (Terms and conditions are to be continued to the reverse side hereof.) | | (Authorized Signature)   V1 |

Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics - Yusen Logistics


**BIG LOTS!**

| PO # | 95446068 |
|---|---|

| | |
|---|---|
| Date Created | 06/14/2024 |
| Version: | 3 |
| Buyer: | Open Div 4 |
| Do Not Ship Before: | 10/14/2024 |
| Cancel if not Shipped by: | 10/21/2024 |
| Must be Routed by: | 09/23/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    ,  CN |

See attached Terms and  Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:  580-931-2100    Fax:  580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

---

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | |
|---|---|
| Contact: | ELFIN CAO |
| Telephone: | 13823610827    Fax    86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com |

---

**ADDITIONAL COMMENTS**

---

| | |
|---|---|
| Vendor Signature | _Ugo Wang_ |
| Signee's Name | |
| Title | _Vice Presidents_ |
| Date | _2024/10/22_ |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,598 | 28,951.02 | 6,803.94 | 73.518 |

OFFICE-COPY


**BIG LOTS.**

| | |
|---|---|
| **PO #** | **95618089** |

| | |
|---|---|
| Date Created | 09/19/2024 |
| Version: | 4 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 10/14/2024 |
| Cancel if not Shipped by: | 10/21/2024 |
| Must be Routed by: | 09/23/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN      ,  CN |

See attached Terms and  Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:  580-931-2100      Fax:   580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

---

**Purchase From Vendor:   4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

---

**ADDITIONAL COMMENTS**

PO replaces :0095446065; Ship only these quantities under the new PO.

---

| Vendor Signature | _Ugo Wang_ |
|---|---|
| Signee's Name | _Vice Presidents_ |
| Title | |
| Date | _2024/10/22_ |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,598 | 28,951.02 | 6,803.94 | 73.518 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241019-01

**Invoice Date.:** October 17, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM MEDEA / 0TXIRE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** November 03, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** TRHU6008878

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95446068 | | 600 | EA | 3.400/EA | 2,040.000 |
| **SKU No.:** 810766309 | | 200 | CTNS | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 600 | EA | 2.080/EA | 1,248.000 |
| **SKU No.:** 810766334 | | 200 | CTNS | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 600 | EA | 1.830/EA | 1,098.000 |
| **SKU No.:** 810766385 | | 200 | CTNS | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 399 | EA | 2.500/EA | 997.500 |
| **SKU No.:** 810767044 | | 133 | CTNS | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 399 | EA | 3.560/EA | 1,420.440 |
| **SKU No.:** 810767045 | | 133 | CTNS | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95618089 | | 600 | EA | 3.400/EA | 2,040.000 |
| **SKU No.:** 810766309 | | 200 | CTNS | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618089 | | 600 | EA | 2.080/EA | 1,248.000 |
| **SKU No.:** 810766334 | | 200 | CTNS | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618089 | | 600 | EA | 1.830/EA | 1,098.000 |
| **SKU No.:** 810766385 | | 200 | CTNS | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618089 | | 399 | EA | 2.500/EA | 997.500 |
| **SKU No.:** 810767044 | | 133 | CTNS | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95618089 | | 399 | EA | 3.560/EA | 1,420.440 |
| **SKU No.:** 810767045 | | 133 | CTNS | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |

**Manufacturer Name & Address**

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | Total: | (1,732 CTNS) | 5,196 | 13,607.880 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTEEN THOUSAND SIX HUNDRED SEVEN AND CENTS EIGHTY-EIGHT ONLY.**

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
TRHU6008878/M0154711/40H

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
TRHU6008878/M0154711/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95446068
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95618089
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241019-01

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** CMA CGM MEDEA / 0TXIRE1MA

**Ship on or about:** November 03, 2024

**Invoice Date.:** October 17, 2024

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** TRHU6008878

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95446068 | | 600 EA | 288.00 | 388.00 | 8.980 |
| **SKU No.:** 810766309 | | 200 CTNS | | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 600 EA | 164.00 | 232.00 | 5.180 |
| **SKU No.:** 810766334 | | 200 CTNS | | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 600 EA | 146.00 | 228.00 | 5.900 |
| **SKU No.:** 810766385 | | 200 CTNS | | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 399 EA | 178.22 | 239.40 | 5.330 |
| **SKU No.:** 810767044 | | 133 CTNS | | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | |
| **HTS Code.:** 9404902090 | | | | | |
| **P/O No.:** 95446068 | | 399 EA | 227.43 | 300.58 | 7.300 |
| **SKU No.:** 810767045 | | 133 CTNS | | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95618089 | | 600 | EA | 288.00 | 388.00 | 8.980 |
| **SKU No.:** 810766309 | | 200 | CTNS | | | |
| VAL DAY LOVES PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95618089 | | 600 | EA | 164.00 | 232.00 | 5.180 |
| **SKU No.:** 810766334 | | 200 | CTNS | | | |
| VAL DAY XOXO HEART SHAPE CREAM PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95618089 | | 600 | EA | 146.00 | 228.00 | 5.900 |
| **SKU No.:** 810766385 | | 200 | CTNS | | | |
| VALENTINE HEART SHAPE PILLOW WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95618089 | | 399 | EA | 178.22 | 239.40 | 5.330 |
| **SKU No.:** 810767044 | | 133 | CTNS | | | |
| CLOVER SHAPED GREEN PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **P/O No.:** 95618089 | | 399 | EA | 227.43 | 300.58 | 7.300 |
| **SKU No.:** 810767045 | | 133 | CTNS | | | |
| ST PATRICKS GNOMES & LUCKY PILLOW | No. of Pallet: | | | | | |
| **HTS Code.:** 9404902090 | | | | | | |
| **Total:** (1,732 CTNS) | | 5,196 | | 2,007.30 | 2,775.96 | 65.380 |

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
TRHU6008878/M0154711/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
TRHU6008878/M0154711/40H

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95446068
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95618089
SKU#:810766334,810766385,810766309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics

Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402100

| | | Maker/Supplier's INVOICE No. |
| --- | --- | --- |
| Maker/Supplier : | **ALL COURTESY INTERNATIONAL LTD** | **BIG241019-01** |
| Buyer/Consignee : | **DURANT DC, LLC**<br>**2306 ENTERPRISE DR, DURANT, OK 74701, USA** | Dated:    **October 17, 2024** |
| Shipment From : | **SHENZHEN**      To : **DURANT, OK** | Date of Receipt of Cargo<br>**October 23, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
| --- | --- | --- | --- | --- |
| PLEASE REFER TO ATTACHED SHEET(S). | | NOTIFY PARTY: GEODIS<br>          5101 S. BROAD STREET<br>          PHILADELPHIA, PA 19112-1404, U.S.A.<br>          ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>          1300 SOUTH MINT STREET SUITE 200<br>          CHARLOTTE NC 28203 USA<br>          TEL: 704-593-6329<br>          EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>      CY-CY | | |
| | 1,732 CARTONS | | 65.380 CBM | 2,775.96 KGS |
| | | =========================================<br>TOTAL : ONE THOUSAND SEVEN HUNDRED THIRTY-TWO (1,732) CARTONS<br>ONLY | | |

"FREIGHT COLLECT"
SHIPMENT PER S.S. "CMA CGM MEDEA" VOY NO. 0TXIRE1MA    DISCHARGED AT LOS ANGELES, CA
SAILING ON / ABOUT November 3, 2024. CARGO RECEIVED ON October 23, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN**                    **October 23, 2024** |
| --- | --- |
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*      As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)      V1 |

**Yusen Logistics** - Yusen Logistics   **Yusen Logistics**   Yusen Logistics - Yusen Logistics

V1

Attachment Page 1/1

FCR No.   CNS-SZP-2402100

Shipping Mark

BIG LOTS,
STORES
PO#:95446068
SKU#:810766334,810766385,81076
6309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95618089
SKU#:810766334,810766385,81076
6309,810767044,810767045
DEPT#:354
COUNTRY OF ORIGIN CHINA

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN
TRHU6008878          SEAL# M0154711          40H  DRY

PO#:95446068
VAL DAY XOXO HEART SHAPE CREAM PILLOW
SKU#810766334
VALENTINE HEART SHAPE PILLOW WHITE
SKU#810766385
VAL DAY LOVES PILLOW
SKU#810766309
CLOVER SHAPED GREEN PILLOW
SKU#810767044
ST PATRICKS GNOMES & LUCKY PILLOW
SKU#:810767045

PO#:95618089
VAL DAY XOXO HEART SHAPE CREAM PILLOW
SKU#810766334
VALENTINE HEART SHAPE PILLOW WHITE
SKU#810766385
VAL DAY LOVES PILLOW
SKU#810766309
CLOVER SHAPED GREEN PILLOW
SKU#810767044
ST PATRICKS GNOMES & LUCKY PILLOW
SKU#:810767045

SHIP TO CODE & LOCATION : 00879-DURANT, OK
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL



**PO #**      **95636988**

| | |
|---|---|
| Date Created | 10/09/2024 |
| Version: | 1 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/21/2024 |
| Cancel if not Shipped by: | 10/28/2024 |
| Must be Routed by: | 09/30/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN ,  CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1984

Telephone:  580-931-2100     Fax:  580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800     Fax: 614-278-6871

---

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

---

**ADDITIONAL COMMENTS**

PO replaces :0095557678; Ship only these quantities under the new PO.

DIP-24-11967

---

| | Vendor Signature | _Ugo Wang_ |
|---|---|---|
| | Signee's Name | |
| | Title | _Vice President_ |
| | Date | _2024/10/11_ |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 76 | 4,553.16 | 1,149.12 | 70.949 |

OFFICE-COPY

**ALL COURTESY INTERNATIONAL LTD**

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241023-01

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** GEORG MAERSK / 444N

**Ship on or about:** November 07, 2024

**Invoice Date.:** October 28, 2024

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95636988 | 76 | EA | 15.120/EA | 1,149.120 |
| **SKU No.:** 810774825 | 19 | CTNS | | |
| COMBO EASTER BUNNY & CAR BANNER | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| <u>Manufacturer Name & Address</u> | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA SHANTOU, GUANGDONG 515834, CHINA | | | | |
| **Total:**      **(19 CTNS)** | 76 | | | 1,149.120 |
| **TOTAL (USD) DOLLARS : ONE THOUSAND ONE HUNDRED FORTY-NINE AND CENTS TWELVE ONLY.** | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95636988
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

**Invoice No.:** BIG241023-01

**Sold To:**    DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** GEORG MAERSK / 444N

**Ship on or about:** November 07, 2024

**Invoice Date.:** October 28, 2024

**Delivery To:**    2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95636988 | 76  EA | 68.40 | 83.00 | 0.557 |
| **SKU No.:** 810774825 | 19  CTNS | | | |
| COMBO EASTER BUNNY & CAR BANNER    **No. of Pallet:** | | | | |
| **HTS Code.:** 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| **Total:**    **(19 CTNS)** | **76** | **68.40** | **83.00** | **0.557** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS,
STORES
PO#:95636988
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# Yusen Logistics

Yusen Logistics - Yusen Logistics     Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402165

| | |
|---|---|
| Maker/Supplier : ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No. **BIG241023-01** |
| Buyer/Consignee : DURANT DC, LLC<br>2306 ENTERPRISE DR, DURANT, OK 74701, USA | Dated: **October 28, 2024** |
| Shipment From : SHENZHEN     To : DURANT, OK | Date of Receipt of Cargo<br>**October 25, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS,<br>STORES<br>PO#:95636988<br>SKU#:810774825<br>DEPT#:362<br>COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS<br>     5101 S. BROAD STREET<br>     PHILADELPHIA, PA 19112-1404, U.S.A.<br>     ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>     1300 SOUTH MINT STREET SUITE 200<br>     CHARLOTTE NC 28203 USA<br>     TEL: 704-593-6329<br>     EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CFS-CY<br><br>MSKU6717118 (PART)    SEAL# CN0234007    40' DRY<br><br><br>PO#:95636988<br>COMBO EASTER BUNNY & CAR BANNER<br>SKU#810774825<br><br>SHIP TO CODE & LOCATION : 00879-DURANT, OK<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL | | |
| | 19 CARTONS | | 0.557 CBM | 83.00 KGS |

TOTAL : NINETEEN (19) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "GEORG MAERSK" VOY NO. 444N    DISCHARGED AT LOS ANGELES, CA
SAILING ON / ABOUT November 8, 2024. CARGO RECEIVED ON October 25, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN         **November 4, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)       V1 |

ORIGINAL



| PO # | 95557681 |
|---|---|
| Date Created | 08/07/2024 |
| Version: | 2 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 10/21/2024 |
| Cancel if not Shipped by: | 10/28/2024 |
| Must be Routed by: | 09/30/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | LCL-YANTIAN ,  CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:  580-931-2100      Fax:   580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800      Fax: 614-278-6871

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:     ELFIN CAO
Telephone:   13823610827      Fax      86-755-82834821
E-Mail:      elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

| Vendor Signature | *Vgo Wang* |
|---|---|
| Signee's Name | |
| Title | *Vice Presidents* |
| Date | *2024/10/11* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 252 | 15,097.32 | 3,810.24 | 70.948 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241023-02

**Invoice Date.:** October 28, 2024

**Sold To:**　DURANT DC, LLC
　　　　　　2306 ENTERPRISE DR
　　　　　　DURANT, OK 74701
　　　　　　USA

**Delivery To:**　2306 ENTERPRISE DR
　　　　　　　　DURANT, OK 74701
　　　　　　　　USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** GEORG MAERSK / 444N

**Port of Loading:** YANTIAN

**Ship on or about:** November 07, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95557681 | 252 | EA | 15.120/EA | 3,810.240 |
| SKU No.: 810774825 | 63 | CTNS | | |
| COMBO EASTER BUNNY & CAR BANNER | No. of Pallet: | | | |
| HTS Code.: 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| Manufacturer Name & Address | | | | |
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD. DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU CITY,GUANGDONG,CHINA SHANTOU, GUANGDONG 515834, CHINA | | | | |
| Total:　(63 CTNS) | 252 | | | 3,810.240 |
| TOTAL (USD) DOLLARS : THREE THOUSAND EIGHT HUNDRED TEN AND CENTS TWENTY-FOUR ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95557681
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

## PACKING LIST

**Invoice No.:** BIG241023-02

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Country of Origin:** CHINA

**Vessel / Voyage:** GEORG MAERSK / 444N

**Ship on or about:** November 07, 2024

**Invoice Date.:** October 28, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95557681 | 252 EA | 226.80 | 276.00 | 1.848 |
| SKU No.: 810774825 | 63 CTNS | | | |
| COMBO EASTER BUNNY & CAR BANNER     No. of Pallet: | | | | |
| HTS Code.: 9505906000 | | | | |
| ITEM#:BL246290AB-SKU#810774825(BL246290-SKU#810774866-95% POLYESTER,5% WOOD-USD2.52-EASTER BUNNY HELLO SPRING BANNER ;BL246291-SKU#810774867-95% POLYESTER,5% WOOD-USD2.52-HAPPY EASTER CAR BANNER  ) | | | | |
| **Total:** (63 CTNS) | 252 | 226.80 | 276.00 | 1.848 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
MSKU6717118/CN0234007/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95557681
SKU#:810774825
DEPT#:362
COUNTRY OF ORIGIN CHINA

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.    CNS-SZP-2402166

| | |
|---|---|
| Maker/Supplier :  ALL COURTESY INTERNATIONAL LTD | Maker/Supplier's INVOICE No.<br>BIG241023-02 |
| Buyer/Consignee :  DURANT DC, LLC<br>2306 ENTERPRISE DR, DURANT, OK 74701, USA | Dated:  **October 28, 2024** |
| Shipment From :   SHENZHEN           To : DURANT, OK | Date of Receipt of Cargo<br>**October 25, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| BIG LOTS,<br>STORES<br>PO#:95557681<br>SKU#:810774825<br>DEPT#:362<br>COUNTRY OF ORIGIN CHINA | | NOTIFY PARTY: GEODIS<br>        5101 S. BROAD STREET<br>        PHILADELPHIA, PA 19112-1404, U.S.A.<br>        ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>        .1300 SOUTH MINT STREET SUITE 200<br>        CHARLOTTE NC 28203 USA<br>        TEL: 704-593-6329<br>        EMAIL: DATAQUALITY@EDRAYCPL.COM<br><br>CFS-CY<br><br>MSKU6717118 (PART)    SEAL# CN0234007      40'  DRY<br><br><br>PO#:95557681<br>COMBO EASTER BUNNY & CAR BANNER<br>SKU#810774825<br><br>SHIP TO CODE & LOCATION : 00879-DURANT, OK<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL<br><br><br><br>63 CARTONS | | 1.848 CBM | 276.00 KGS |

TOTAL : SIXTY-THREE (63) CARTONS ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "GEORG MAERSK" VOY NO. 444N     DISCHARGED AT LOS ANGELES, CA
SAILING ON / ABOUT November 8, 2024. CARGO RECEIVED ON October 25, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                     **November 4, 2024** |
|---|---|
| The Goods and instructions are accepted and dealt with subject to the **YUSEN LOGISTICS GLOBAL MANAGEMENT LIMITED** Standard Trading Conditions printed reverse side. Forwarding instructions can only be cancelled or altered if the original of this document is surrendered to the Company and then only provided the Company is still in a position to comply with such cancellation or alteration. Instructions authorizing disposal by a third party can only be cancelled or altered if the original of this document is surrendered to the Company, and then only provided the Company have not yet received instructions under the original authority. The Company does not act as Carrier but a forwarding agent only. | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*    As Agent |
| No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Authorized Signature)           V1 |



## PO #    95460159

| | |
|---|---|
| Date Created | 06/20/2024 |
| Version: | 4 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact: ELFIN CAO
Telephone: 13823610827    Fax    86-755-82834821
E-Mail: elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

Vendor Signature    *Ygg Wang*

Signee's Name

Title    *Vice President*

Date    *2020/10/32*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 5,297 | 32,346.03 | 9,331.54 | 69.756 |

OFFICE-COPY



**BIG LOTS!**

| **PO #** | **95544752** |
|---|---|
| Date Created | 08/01/2024 |
| Version: | 3 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827    Fax   86-755-82834821
E-Mail:     elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

Vendor Signature _Ugo Wang_

Signee's Name

Title _Vice President_

Date _2024/10/22_

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 99 | 1,484.01 | 366.30 | 60.721 |

OFFICE-COPY



| PO # | 95553961 |
|---|---|
| Date Created | 08/07/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:  580-931-2100    Fax:  580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:   13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

DIP-24-11967

Vendor Signature    _Ugo Wang_

Signee's Name    _____

Title    _Vice Presidents_

Date    _2024/10/22_

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,052 | 23,538.96 | 5,110.20 | 71.409 |

OFFICE-COPY



## PO #   95560932

| | |
|---|---|
| Date Created | 08/08/2024 |
| Version: | 3 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:  580-931-2100     Fax:  580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

---

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

| | | | |
|---|---|---|---|
| Contact: | ELFIN CAO | | |
| Telephone: | 13823610827 | Fax | 86-755-82834821 |
| E-Mail: | elfin@allcourtesy.com | | |

---

**ADDITIONAL COMMENTS**

DIP-24-11967

---

| | Vendor Signature | *Ugo Wang* |
|---|---|---|
| | Signee's Name | *Vice President* |
| | Title | |
| | Date | *2024/10/2* |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 630 | 37,749.60 | 7,938.00 | 67.817 |

OFFICE-COPY


**BIG LOTS!**

**PO #**          **95645295**

| | | See attached Terms and  Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors | Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program. |

Date Created        10/17/2024
Version:             1
Buyer:              LECLAIRE, NICOLE
Do Not Ship Before:  11/18/2024
Cancel if not Shipped by: 11/25/2024
Must be Routed by:   10/28/2024
Payment Terms:       Wire Transfer + 30 days
Freight Terms:       Collect
FOB:                YANTIAN      ,  CN

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone:   580-931-2100      Fax:   580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E.9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:  13823610827      Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095643867; Ship only these quantities under the new PO.

PO replaces :0095460156; Ship only these quantities under the new PO.

Vendor Signature   *Ugo Wang*

Signee's Name

Title             *Vice President*

Date              *2024/10/22*

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 4,446 | 27,077.54 | 7,818.52 | 69.884 |

OFFICE-COPY



**BIG LOTS!**

| | |
|---|---|
| **PO #** | **95645315** |

| | |
|---|---|
| Date Created | 10/17/2024 |
| Version: | 2 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor: 4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG
Contact:    ELFIN CAO
Telephone:    13823610827    Fax    86-755-82834821
E-Mail:    elfin@allcourtesy.com

**ADDITIONAL COMMENTS**

PO replaces :0095643899; Ship only these quantities under the new PO.

PO replaces :0095544749; Ship only these quantities under the new PO.

| | Units | Retail | Vendor Cost | IMU |
|---|---|---|---|---|
| Vendor Signature | | | | |
| Signee's Name | 90 | 1,349.10 | 333.00 | 60.720 |
| Title | | | | |
| Date | | | | |

Vendor Signature: *Ugo Wang*
Signee's Name: *Vice President*
Date: *2020/10/22*

OFFICE-COPY



**PO #**        **95645323**

| | |
|---|---|
| Date Created | 10/17/2024 |
| Version: | 1 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and  Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF.1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:  580-931-2100      Fax:   580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

---

Purchase From Vendor:  4000653

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:  13823610827      Fax   86-755-82834821
E-Mail:    elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

PO replaces :0095643908; Ship only these quantities under the new PO.

PO replaces :0095553958; Ship only these quantities under the new PO.

---

| | |
|---|---|
| Vendor Signature | _Ugo Wang_ |
| Signee's Name | _Vice President_ |
| Title | |
| Date | _2024/10/22_ |

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,680 | 19,166.40 | 4,164.00 | 71.422 |

OFFICE-COPY



**BIG LOTS!**

| PO # | **95645370** |
|------|------|

| | |
|------|------|
| Date Created | 10/17/2024 |
| Version: | 1 |
| Buyer: | INMAN, ANNE |
| Do Not Ship Before: | 11/18/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 10/28/2024 |
| Payment Terms: | Wire Transfer + 30 days |
| Freight Terms: | Collect |
| FOB: | YANTIAN    , CN |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

---

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

---

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone: 614-278-6800    Fax: 614-278-6871

---

**Purchase From Vendor:  4000653**

ALL COURTESY INT'L LTD
ELFIN CAO
FLAT/RM E,9/F.,HOLLYWOOD CENTRE 77-91 Q
999077 77-91 QUEEN'S ROAD WEST SHEUNG WAN HK, H
HONG KONG

Contact:    ELFIN CAO
Telephone:   13823610827    Fax   86-755-82834821
E-Mail:    elfin@allcourtesy.com

---

**ADDITIONAL COMMENTS**

PO replaces :0095643956; Ship only these quantities under the new PO.

PO replaces :0095560929; Ship only these quantities under the new PO.

---

| Vendor Signature | _Ugo Wang_ |
|------|------|
| Signee's Name | |
| Title | _Vice President_ |
| Date | _2024/ 10/ 23_ |

| Units | Retail | Vendor Cost | IMU |
|-------|--------|-------------|-----|
| 236 | 14,141.12 | 2,973.60 | 67.817 |

OFFICE-COPY

# ALL COURTESY INTERNATIONAL LTD

Seller reference

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

# INVOICE

**Invoice No.:** BIG241118-01

**Invoice Date.:** November 14, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** APL SENTOSA / 1TU9SE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** November 29, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU3091222, CMAU8291870

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95645295 | 160 | EA | 3.650/EA | 584.000 |
| **SKU No.:** 810768538 | 20 | CTNS | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95645295 | 2,736 | EA | 1.280/EA | 3,502.080 |
| **SKU No.:** 810768567 | 171 | CTNS | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95645295 | 304 | EA | 3.900/EA | 1,185.600 |
| **SKU No.:** 810768568 | 38 | CTNS | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95645295 | 832 | EA | 1.220/EA | 1,015.040 |
| **SKU No.:** 810768642 | 52 | CTNS | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | |
| **HTS Code.:** 6302530030 | | | | |
| **P/O No.:** 95645295 | 414 | EA | 3.700/EA | 1,531.800 |
| **SKU No.:** 810768643 | 138 | CTNS | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | |
| **HTS Code.:** 9404902090 | | | | |
| **P/O No.:** 95460159 | 208 | EA | 3.650/EA | 759.200 |
| **SKU No.:** 810768538 | 26 | CTNS | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | |

**P/O No.:** 95460159

2,944 EA 1.280/EA 3,768.320

**SKU No.:** 810768567

184 CTNS

BUNNY WITH POMPOM PLACEMAT 13 X 18                    No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95460159

408 EA 3.900/EA 1,591.200

**SKU No.:** 810768568

51 CTNS

WHITE BUNNY BEIGE RUNNER WITH FRINGE                    No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95460159

1,296 EA 1.220/EA 1,581.120

**SKU No.:** 810768642

81 CTNS

HAPPY SPRING PLACEMAT WITH TRIM 13 X 18                    No. of Pallet:

**HTS Code.:** 6302530030

**P/O No.:** 95460159

441 EA 3.700/EA 1,631.700

**SKU No.:** 810768643

147 CTNS

WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17                    No. of Pallet:

**HTS Code.:** 9404902090

**P/O No.:** 95645370

236 EA 12.600/EA 2,973.600

**SKU No.:** 810769052

236 CTNS

COMBO EASTER BUNNY BOW                    No. of Pallet:

**HTS Code.:** 6307909891

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

**P/O No.:** 95645323

1,080 EA 3.150/EA 3,402.000

**SKU No.:** 810771198

270 CTNS

ST PAT S BOW WITH SHAMROCK                    No. of Pallet:

**HTS Code.:** 9505906000

**P/O No.:** 95645323

600 EA 1.270/EA 762.000

**SKU No.:** 810771292

25 CTNS

ST PAT LUCK WITH SEQUIN D COR                    No. of Pallet:

**HTS Code.:** 9505906000

**P/O No.:** 95560932

630 EA 12.600/EA 7,938.000

**SKU No.:** 810769052

630 CTNS

COMBO EASTER BUNNY BOW                    No. of Pallet:

**HTS Code.:** 6307909891

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

**P/O No.:** 95553961

1,332 EA 3.150/EA 4,195.800

**SKU No.:** 810771198

333 CTNS

ST PAT S BOW WITH SHAMROCK                    No. of Pallet:

**HTS Code.:** 9505906000

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95553961 | | | 1.270/EA | 914.400 |
| **SKU No.:** 810771292 | | 30  CTNS | | |
| ST PAT LUCK WITH SEQUIN D COR | **No. of Pallet:** | | | |
| **HTS Code.:** 9505906000 | | | | |
| | | | | |
| **P/O No.:** 95645315 | | 90  EA | 3.700/EA | 333.000 |
| **SKU No.:** 810777987 | | 30  CTNS | | |
| HAPPY SPRING PILLOW WITH TRIM | **No. of Pallet:** | | | |
| **HTS Code.:** 9404902090 | | | | |
| | | | | |
| **P/O No.:** 95544752 | | 99  EA | 3.700/EA | 366.300 |
| **SKU No.:** 810777987 | | 33  CTNS | | |
| HAPPY SPRING PILLOW WITH TRIM | **No. of Pallet:** | | | |
| **HTS Code.:** 9404902090 | | | | |

**Manufacturer Name & Address**

CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI DISTRICT SHANTOU
CITY,GUANGDONG,CHINA
SHANTOU, GUANGDONG
515834, CHINA

| | Total: | (2,495 CTNS) | 14,530 | 38,035.160 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTY-EIGHT THOUSAND THIRTY-FIVE AND CENTS SIXTEEN ONLY.**

| **Consolidator(Full Name & Address)** | **Container Stuffing Location(Full Name & Address )** |
|---|---|
| CENTRESKY CRAFTS (SHANTOU)CO.,LTD.<br>DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI<br>DISTRICT SHANTOU CITY,GUANGDONG,CHINA<br>SHANTOU , GUANGDONG<br>515834 CHINA<br>Container No./Seal/Size:<br>BMOU3091222/R8088162/40'<br>CMAU8291870/R8088165/40' | CENTRESKY CRAFTS (SHANTOU)CO.,LTD.<br>DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI<br>DISTRICT SHANTOU CITY,GUANGDONG,CHINA<br>SHANTOU , GUANGDONG<br>515834 CHINA<br>Container No./Seal/Size:<br>BMOU3091222/R8088162/40'<br>CMAU8291870/R8088165/40' |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS,
STORES
PO#:95460159
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645295
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645323
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645370
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645315

SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544752
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95560932
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95553961
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

# ALL COURTESY INTERNATIONAL LTD

FLAT/RM E,9/F.,HOLLYWOOD CENTRE, , 77-91 QUEEN'S ROAD WEST, , SHEUNG WAN, HONG KONG

---

# PACKING LIST

---

**Invoice No.:** BIG241118-01

**Invoice Date.:** November 14, 2024

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** APL SENTOSA / 1TU9SE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** November 29, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU3091222, CMAU8291870

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95645295 | | 160 EA | 38.00 | 49.20 | 0.360 |
| **SKU No.:** 810768538 | | 20 CTNS | | | |
| HAPPY SPRING RUNNER WITH TRIM | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95645295 | | 2,736 EA | 265.05 | 321.48 | 3.340 |
| **SKU No.:** 810768567 | | 171 CTNS | | | |
| BUNNY WITH POMPOM PLACEMAT 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95645295 | | 304 EA | 76.00 | 92.34 | 0.800 |
| **SKU No.:** 810768568 | | 38 CTNS | | | |
| WHITE BUNNY BEIGE RUNNER WITH FRINGE | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95645295 | | 832 EA | 56.16 | 71.76 | 0.590 |
| **SKU No.:** 810768642 | | 52 CTNS | | | |
| HAPPY SPRING PLACEMAT WITH TRIM 13 X 18 | No. of Pallet: | | | | |
| **HTS Code.:** 6302530030 | | | | | |
| **P/O No.:** 95645295 | | 414 EA | 234.60 | 325.68 | 7.170 |
| **SKU No.:** 810768643 | | 138 CTNS | | | |
| WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17 | No. of Pallet: | | | | |

**P/O No.:** 95460159

208 EA | 49.40 | 63.96 | 0.470

**SKU No.:** 810768538

26 CTNS

HAPPY SPRING RUNNER WITH TRIM                    No. of Pallet:

**HTS Code.:** 6302530030

---

**P/O No.:** 95460159

2,944 EA | 285.20 | 345.92 | 3.600

**SKU No.:** 810768567

184 CTNS

BUNNY WITH POMPOM PLACEMAT 13 X 18              No. of Pallet:

**HTS Code.:** 6302530030

---

**P/O No.:** 95460159

408 EA | 102.00 | 123.93 | 1.080

**SKU No.:** 810768568

51 CTNS

WHITE BUNNY BEIGE RUNNER WITH FRINGE           No. of Pallet:

**HTS Code.:** 6302530030

---

**P/O No.:** 95460159

1,296 EA | 87.48 | 111.78 | 0.920

**SKU No.:** 810768642

81 CTNS

HAPPY SPRING PLACEMAT WITH TRIM 13 X 18        No. of Pallet:

**HTS Code.:** 6302530030

---

**P/O No.:** 95460159

441 EA | 249.90 | 346.92 | 7.640

**SKU No.:** 810768643

147 CTNS

WHITE FAUX FUR BUNNY POMPOM PILLOW 17 X 17     No. of Pallet:

**HTS Code.:** 9404902090

---

**P/O No.:** 95645370

236 EA | 316.24 | 405.92 | 12.270

**SKU No.:** 810769052

236 CTNS

COMBO EASTER BUNNY BOW                         No. of Pallet:

**HTS Code.:** 6307909891

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

**P/O No.:** 95645323

1,080 EA | 340.20 | 467.10 | 14.040

**SKU No.:** 810771198

270 CTNS

ST PAT S BOW WITH SHAMROCK                     No. of Pallet:

**HTS Code.:** 9505906000

---

**P/O No.:** 95645323

600 EA | 60.00 | 69.00 | 0.290

**SKU No.:** 810771292

25 CTNS

ST PAT LUCK WITH SEQUIN D COR                  No. of Pallet:

**P/O No.:** 95560932 | 630 EA | 844.20 | 1,083.60 | 32.760

**SKU No.:** 810769052 | 630 CTNS

COMBO EASTER BUNNY BOW | **No. of Pallet:**

**HTS Code.:** 6307909891

ITEM#:BL246607AB-SKU#810769052(BL246607-SKU#810768249-100% POLYESTER-USD3.15-EASTER YELLOW BOW WITH BUNNY ;BL248793-SKU#810768334-100% POLYESTER-USD3.15-EASTER GREEN BOW WITH BUNNY )

**P/O No.:** 95553961 | 1,332 EA | 419.58 | 576.09 | 17.320

**SKU No.:** 810771198 | 333 CTNS

ST PAT S BOW WITH SHAMROCK | **No. of Pallet:**

**HTS Code.:** 9505906000

**P/O No.:** 95553961 | 720 EA | 72.00 | 82.80 | 0.340

**SKU No.:** 810771292 | 30 CTNS

ST PAT LUCK WITH SEQUIN D COR | **No. of Pallet:**

**HTS Code.:** 9505906000

**P/O No.:** 95645315 | 90 EA | 48.00 | 71.10 | 1.660

**SKU No.:** 810777987 | 30 CTNS

HAPPY SPRING PILLOW WITH TRIM | **No. of Pallet:**

**HTS Code.:** 9404902090

**P/O No.:** 95544752 | 99 EA | 52.80 | 78.21 | 1.830

**SKU No.:** 810777987 | 33 CTNS

HAPPY SPRING PILLOW WITH TRIM | **No. of Pallet:**

**HTS Code.:** 9404902090

| | Total: | (2,495 CTNS) | 14,530 | | 3,596.81 | 4,686.79 | 106.480 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
BMOU3091222/R8088162/40'
CMAU8291870/R8088165/40'

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
CENTRESKY CRAFTS (SHANTOU)CO.,LTD.
DAPUMEI INDUSTRIAL PARK,HUAINAN,LIANXIA,CHENGHAI
DISTRICT SHANTOU CITY,GUANGDONG,CHINA
SHANTOU , GUANGDONG
515834 CHINA
Container No./Seal/Size:
BMOU3091222/R8088162/40'
CMAU8291870/R8088165/40'

<u>**Carton Marks And Number**</u>

BIG LOTS,
STORES
PO#:95460159
SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645295

SKU#:810768643,810768567,810768642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645323
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645370
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95645315
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95544752
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95560932
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA
BIG LOTS,
STORES
PO#:95553961
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

**Yusen Logistics** - Yusen Logistics   **Yusen Logistics**   Yusen Logistics - Yusen Logistics

FORWARDER'S CARGO RECEIPT No.   **CNS-SZP-2402211**

| | | | Maker/Supplier's INVOICE No.<br>**BIG241118-01** |
|---|---|---|---|
| Maker/Supplier : | **ALL COURTESY INTERNATIONAL LTD** | | |
| Buyer/Consignee : | **DURANT DC, LLC**<br>**2306 ENTERPRISE DR, DURANT, OK 74701, USA** | | Dated: **November 14, 2024** |
| Shipment From : | **SHENZHEN** | To : **DURANT, OK** | Date of Receipt of Cargo<br>**November 19, 2024** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| PLEASE REFER TO ATTACHED<br>SHEET(S). | | NOTIFY PARTY: GEODIS<br>    5101 S. BROAD STREET<br>    PHILADELPHIA, PA 19112-1404, U.S.A.<br>    ATTN: ALENA LAMINA<br>ALSO NOTIFY: EDRAY 2020 LLC.<br>    1300 SOUTH MINT STREET SUITE 200<br>    CHARLOTTE NC 28203 USA<br>    TEL: 704-593-6329<br>    EMAIL: DATAQUALITY@EDRAYCPL.COM<br>  CY-CY | | |
| | **2,495 CARTONS** | | **106.480 CBM** | **4,686.79 KGS** |

ORIGINAL

====================================================
TOTAL : TWO THOUSAND FOUR HUNDRED NINETY-FIVE (2,495) CARTONS
ONLY

"FREIGHT COLLECT"
SHIPMENT PER S.S. "APL SENTOSA" VOY NO. 1TU9SE1MA   DISCHARGED AT LOS ANGELES, CA
SAILING ON / ABOUT November 29, 2024. CARGO RECEIVED ON November 19, 2024.

| THIS IS NOT A DOCUMENT OF TITLE | **SHENZHEN** | **November 19, 2024** |
|---|---|---|
| The Goods and instructions are accepted and dealt with subject to the<br>**YUSEN LOGISTICS GLOBAL MANAGEMENT (HONG KONG) LIMITED**<br>Standard Trading Conditions printed reverse side. Forwarding instructions<br>can only be cancelled or altered if the original of this document is<br>surrendered to the Company and then only provided the Company is still<br>in a position to comply with such cancellation or alteration. Instructions<br>authorizing disposal by a third party can only be cancelled or altered if the<br>original of this document is surrendered to the Company, and then only<br>provided the Company have not yet received instructions under the<br>original authority. The Company does not act as Carrier but a forwarding<br>agent only.<br>No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: **1**<br>(Terms and conditions are to be continued to the reverse side hereof.) | (Place and date of issue.)<br>**YUSEN LOGISTICS**<br><br>*For and on behalf of*<br>**Yusen Logistics (Shenzhen) Co., Ltd.**<br><br>*Authorized Signature(s)*    As Agent<br>......................................................<br>(Authorized Signature)     V1 | |

Yusen Logistics - Yusen Logistics    **Yusen Logistics**    Yusen Logistics - Yusen Logistics

V1

Attachment Page 1/3

FCR No.   CNS-SZP-2402211

Shipping Mark

BIG LOTS,
STORES
PO#:95460159
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95544752
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95553961
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95560932
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645295
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645315
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645323
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645370
SKU#:810769052
DEPT#:362

Description of Goods

SHIPPER'S LOAD, COUNT AND SEAL
SAID TO CONTAIN
BMOU3091222          SEAL# R8088162          40'  DRY
CMAU8291870          SEAL# R8088165          40'  DRY


PO#:95460159
WHITE FAUX FUR BUNNY POMPOM PILLOW  17" X 17"
SKU#:810768643
BUNNY WITH POMPOM PLACEMAT 13" X 18"
SKU#810768567
HAPPY SPRING PLACEMAT WITH TRIM 13" X 18"
SKU#810768642
HAPPY SPRING RUNNER WITH TRIM
SKU#810768538
WHITE BUNNY BEIGE RUNNER WITH FRINGE
SKU#:810768568

PO#:95544752
HAPPY SPRING PILLOW WITH TRIM
SKU#:810777987

PO#:95553961
ST PAT'S BOW WITH SHAMROCK
SKU#810771198
ST PAT LUCK WITH SEQUIN DCOR
SKU#810771292

PO#:95560932
COMBO EASTER BUNNY BOW
SKU#810769052

PO#:95645295
WHITE FAUX FUR BUNNY POMPOM PILLOW 17" X 17"
SKU#:810768643
BUNNY WITH POMPOM PLACEMAT 13" X 18"
SKU#810768567
HAPPY SPRING PLACEMAT WITH TRIM 13" X 18"
SKU#810768642
HAPPY SPRING RUNNER WITH TRIM
SKU#810768538
WHITE BUNNY BEIGE RUNNER WITH FRINGE
SKU#:810768568

PO#:95645315
HAPPY SPRING PILLOW WITH TRIM
SKU#:810777987

PO#:95645323
ST PAT'S BOW WITH SHAMROCK
SKU#810771198
ST PAT LUCK WITH SEQUIN DCOR
SKU#810771292

PO#:95645370

# Yusen Logistics

FCR No.   CNS-SZP-2402211

Shipping Mark

COUNTRY OF ORIGIN CHINA

Description of Goods

COMBO EASTER BUNNY BOW
SKU#810769052

SHIP TO CODE & LOCATION : 00879-DURANT, OK
SHIPPER DECLARED ALL CONTAINER(S) CONTAIN NO WOOD PACKAGING
MATERIAL

BIG LOTS,
STORES
PO#:95460159
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95544752
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95553961
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95560932
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645295
SKU#:810768643,810768567,81076
8642,810768538,810768568
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645315
SKU#:810777987
DEPT#:354
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES
PO#:95645323
SKU#:810771198,810771292
DEPT#:362
COUNTRY OF ORIGIN CHINA

BIG LOTS,
STORES

Yusen Logistics - Yusen Logistics



Yusen Logistics - Yusen Logistics

V1
Attachment Page 3/3

FCR No.   CNS-SZP-2402211

Shipping Mark                                    Description of Goods

PO#:95645370
SKU#:810769052
DEPT#:362
COUNTRY OF ORIGIN CHINA