**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. [●]** |

**ORDER EXTENDING THE EXCLUSIVE PERIODS**
**DURING WHICH ONLY THE DEBTORS MAY FILE A**
**CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), pursuant to section 1121(d) of the Bankruptcy Code and Local Rule 9006-2, extending the exclusive period during which (i) the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") through and including the earlier of (a) the Effective Date of the Plan and (b) April 7, 2025, and (ii) the Debtors have the exclusive right to solicit acceptances of any plan (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") through and including the earlier of (a) the Effective Date of the Plan and (b) June 6, 2025, and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are defined in the Motion.

the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is hereby extended through and including the earlier of (a) the Effective Date of the Plan and (b) April 7, 2025, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended through and including the earlier of (a) the Effective Date of the Plan and (b) June 6, 2025, pursuant to section 1121(d) of the Bankruptcy Code.

4. This Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.