24-11967 JKS

Clerk of the Bankruptcy Court
824 Market Street 3rd Floor
Wilmington, DE 19801

RECEIVED

2025 JAN -3  AM 9: 58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE:  Big Lots store #487
     1103 Volunteer Pkwy
     Bristol TN 37620

To Whom it may concern:

I am the owner of the location named above and I did not agree to reduce any rents or change
any terms of my lease during the negotiating process of the bankruptcy.  I have fulfilled all my
obligations as the property owner of the property and the terms of the lease with Big Lots until
January 2032.  I expect to continue receiving rents, CAM expenses, property tax and insurance
reimbursement until the property is vacated by Big Lots Store, INC.  I do not agree to any relief
of such on the above property.

Sincerely,

Brenda Rigsby

Brenda Rigsby
Cell: 615-920-0001
Email: skytrace7@gmail.com

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



⇧ PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL EXPRESS®**

### CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( 615 ) 920-0001

Brenda Rigsby
P O Box 246
Dunlap TN 37327

### DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Clerk of the Bankruptcy Court
824 Market Street 3rd floor
Wilmington DE

ZIP + 4® (U.S. ADDRESSES ONLY)

1 9 8 0 1 -

### PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

EI 220 454 496 US

PRIOR...
FL $2.00
A2304M111430-69

⬛ PAID

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 37379 | 12/21/24 | $ 32 00 |

☑ 1-Day  ☐ 2-Day  ☐ Military

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
|---|---|---|
| 12/20/24 | ☐ 10:30 AM ☑ 3:00 PM | $ |

| Time Accepted | Return Receipt Fee |
|---|---|
| 30S ☐ AM ☑ PM | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee |
|---|---|
| $ | $ |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. ozs. | | |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

Total Postage & Fees
$ 32 00

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996



UNITED STATES POSTAL SERVICE

UNITED