# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. ___ |

**ORDER GRANTING MOTION OF KENTEX CORPORATION FOR
ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT CHAPTER
11 ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

Kentex Corporation ("Kentex"), having filed its *Motion of Kentex Corporation for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief* (the "Motion")[1], and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. The Debtors are hereby directed to pay Kentex its administrative expense claims under §§ 507(a)(1)(C) and (a)(2) of the Bankruptcy Code in the amount of $808,139.92 within seven days of this order.

---

[1] Capitalized terms not otherwise defined herein shall retain the meanings ascribed thereto in the Motion.