**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF BURLINGTON COAT
FACTORY WAREHOUSE CORPORATION'S FIRST SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS DIRECTED TO ROSS STORES, INC.**

  The undersigned hereby certifies that copies of *Burlington Coat Factory Warehouse Corporation's First Set of Requests for the Production of Documents Directed to Ross Stores, Inc.* were caused to be served on January 7, 2025 upon counsel listed below via electronic mail:

Ericka F. Johnson
Steven D. Adler
600 N. King Street, Suite 400
Wilmington, Delaware 19801
ejohnson@bayardlaw.com
sadler@bayardlaw.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated: January 7, 2025 | **WOMBLE BOND DICKINSON (US) LLP** |
| | |
| | */s/ Marcy J. McLaughlin Smith* |
| | Matthew P. Ward (DE Bar No. 4471) |
| | Marcy J. McLaughlin Smith (DE Bar No. 6184) |
| | 1313 North Market Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 252-4320 |
| | Facsimile: (302) 252-4330 |
| | Email: matthew.ward@wbd-us.com |
| | marcy.smith@wbd-us.com |
| | |
| | -and- |
| | |
| | Kristhy M. Peguero |
| | **JACKSON WALKER LLP** |
| | 1401 McKinney, Suite 1900 |
| | Houston, Texas 77010 |
| | Telephone: (713) 752-4440 |
| | Fax: (713) 754-6740 |
| | kpeguero@jw.com |
| | |
| | Jennifer F. Wertz |
| | **JACKSON WALKER LLP** |
| | 100 Congress Avenue, Suite 1100 |
| | Austin, TX 78701 |
| | Phone: (512) 236-2247 |
| | Fax: (512) 391-2147 |
| | jwertz@jw.com |
| | |
| | Christopher R. Bankler |
| | Hailey Oestreich |
| | William Farmer |
| | **JACKSON WALKER LLP** |
| | 2323 Ross Avenue, Suite 600 |
| | Dallas, TX 75201 |
| | Phone: (214) 953-5674 |
| | Fax: (214) 953-5822 |
| | cbankler@jw.com |
| | hoestreich@jw.com |
| | wfarmer@jw.com |
| | |
| | *Counsel to Burlington Coat Factory Warehouse Corporation* |

WBD (US) 4919-8257-4861v2