## Exhibit A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967(JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. ___** |

**ORDER GRANTING SQUARETRADE, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the "*Motion For Allowance And Payment Of Administrative Expense Claim*" (the "Motion")[2] filed by SquareTrade, Inc. (the "Claimant"); and it being a core proceeding; and venue being proper; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED, as set forth herein.

2. The Claimant's Protection Plans Claim and Gift Cards Claim against the Debtors are allowed.

3. The Debtors are directed to pay the allowed Protection Plans Claim in the amount of no less than $522,952.38 to Claimant;

4. The Debtors are directed to pay the allowed Gift Cards Claim in the GC Claim Amount;

5. Claimant is entitled to offset or recoup the $35,691.59 Credit and retain the $35,691.59;

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

[2] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

6. Nothing in this Order shall prejudice the rights of Claimant to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.