# **EXHIBIT B**



## Monthly Invoice

Big Lots  
4900 E. Dublin Granville Rd.  
Columbus, OH 43081-7651

Owner: Big Lots  
Invoice Date: 10/31/2024  
Invoice #: 1024BL

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | Commission |
|---|---|---|---|
| Oct-24 | Resale Sales - Wholesale Cost | $ 166,149.80 | |
| | Cancellations from Resale | $ (7,444.70) | |
| | Subtotal | $ 158,705.10 | $ - |
| | **Total Amount Due** | **$ 158,705.10** | |

SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005

**Electronic Funds Transfer Information**  
Wells Fargo Bank N.A.  
ABA Number: 121000248  
Account Name: SquareTrade, Inc.  
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:  
ar@squaretrade.com



## Monthly Invoice

Big Lots  
4900 E. Dublin Granville Rd.  
Columbus, OH 43081-7651

Owner: Big Lots  
Invoice Date: 11/30/2024  
Invoice #: 1124BL

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | Commission |
|---|---|---|---|
| Nov-24 | Resale Sales - Wholesale Cost | $ 252,403.54 | |
| | Cancellations from Resale | $ (12,916.96) | |
| | Subtotal | $ 239,486.58 | $ - |
| | **Total Amount Due** | **$ 239,486.58** | |

SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005

**Electronic Funds Transfer Information**  
Wells Fargo Bank N.A.  
ABA Number: 121000248  
Account Name: SquareTrade, Inc.  
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:  
ar@squaretrade.com



## Monthly Invoice

Big Lots  
4900 E. Dublin Granville Rd.  
Columbus, OH 43081-7651

Owner: Big Lots  
Invoice Date: 12/31/2024  
Invoice #: 1224BL

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | | Commission |
|---|---|---|---|---|
| Dec-24 | Resale Sales - Wholesale Cost | $ | 134,654.34 | |
| | Cancellations from Resale | $ | (9,893.64) | |
| | Subtotal | $ | 124,760.70 | $ - |
| | **Total Amount Due** | **$** | | **124,760.70** |

SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005

**Electronic Funds Transfer Information**

Wells Fargo Bank N.A.  
ABA Number: 121000248  
Account Name: SquareTrade, Inc.  
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:  
ar@squaretrade.com