## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2025, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via email.

| | |
|---|---|
| Brian M. Resnick, Esq., <br> Adam L. Shpeen, Esq. <br> Stephen D. Piraino, Esq. <br> Jonah A. Peppiatt, Esq. <br> Ethan Stern, Esq. <br> Davis Polk & Wardwell LLP <br> 450 Lexington Avenue <br> New York, NY 10017 <br> notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq. <br> Andrew R. Remming, Esq., <br> Daniel B. Butz, Esq. <br> Tamara K. Mann, Esq. <br> Casey B. Sawyer, Esq. <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street, 16th Floor <br> Wilmington, DE 19801 <br> biglots.mnat@morrisnichols.com |
| John F. Ventola, Esq. <br> Jonathan D. Marshall, Esq. <br> Jacob S. Lang, Esq. <br> Choate, Hall & Stewart LLP <br> Two International Place <br> Boston, MA 02110 <br> jventola@choate.com <br> jmarshall@choate.com <br> jslang@choate.com | Chad B. Simon, Esq. <br> James V. Drew, Esq. <br> Sarah L. Hautzinger, Esq. <br> Otterbourg P.C. <br> 230 Park Avenue <br> New York, NY 10169 <br> CSimon@otterbourg.com <br> JDrew@otterbourg.com <br> shautzinger@otterbourg.com |
| Regina Stango Kelbon, Esq. <br> Stanley Tarr, Esq. <br> Blank Rome LLP <br> 1201 N. Market Street, Suite 800, <br> Wilmington, DE 19801 <br> regina.kelbon@blankrome.com <br> stanley.tarr@blankrome.com | Darren Azman, Esq. <br> Kristin G. Going, Esq. <br> McDermott Will & Emery LLP <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> dazman@mwe.com <br> kgoing@mwe.com |
| Linda J. Casey, Esq. <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> linda.casey@usdoj.gov | John H. Knight, Esq. <br> Richards, Layton & Finger, P.A. <br> 920 N. King Street <br> Wilmington, DE 19801 <br> knight@rlf.com |

101082543.1

| | |
|---|---|
| Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |

*/s/ Michael V. DiPietro*
Michael V. DiPietro (Del. Bar No. 6781)

101082543.1