IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**BIG LOTS, INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>(Jointly Administered) |

## ORDER GRANTING CLARKSVILLE SQUARE, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS AND RELATED RELIEF

This Court has reviewed the Motion for Allowance and Payment of Administrative Claims and Related Relief (the "Motion") filed by Clarksville Square, LLC ("Clarksville Square").

After reviewing Clarksville Square's Motion, this Court finds that (a) the Court has jurisdiction over Clarksville Square's Motion, which is a core proceeding, (b) Clarksville Square's notice of the Motion was proper and no further notice is required, and (c) good cause exists to grant Clarksville Square's Motion.

It is therefore ORDERED that:

1. The Motion is granted in its entirety; and

2. The Debtor must pay Clarksville Square the base rent of **$11,468.81**, taxes of **$30,236.02**, and insurance of **$8,149.05**, for a total of **$49,853.88**, within ten (10) days of the entry of this Order.

3. The Debtor continues remitting monthly rent of **$15,639.29**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GADFC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

#103413517v1

Dated this _____ day of January, 2025.

---------------------------------------
UNITED STATES BANKRUPTCY COURT JUDGE

#103413517v1