## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2025, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

/s/ R. Karl Hill
R. KARL HILL, ESQUIRE (No.2747)