IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case Nos. 24-11967 (JKS), *et seq.* |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING PHENIX CITY SQUARE, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS AND RELATED RELIEF

This Court has reviewed the Motion for Allowance and Payment of Administrative Claims and Related Relief (the "Motion") filed by Phenix City Square, LLC ("Phenix City").

After reviewing Phenix City's Motion, this Court finds that (a) the Court has jurisdiction over Phenix City's Motion, which is a core proceeding, (b) Phenix City's notice of the Motion was proper and no further notice is required, and (c) good cause exists to grant Phenix City's Motion.

It is therefore ORDERED that:

1.    The Motion is granted in its entirety; and

2.    The Debtor must pay Phenix City the base rent of **$12,364.00**, taxes of **$16,049.37**, and insurance of **$10,187.64**, for a total of **$38,601.01**, within ten (10) days of the entry of this Order.

Dated this _____ day of January, 2025.

_____
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GADFC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.