# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967(JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 1/14/2025 at 4:00 PM ET**<br>**Hearing Date: 1/21/2025 at 1:00 PM ET** |

## NOTICE OF HEARING ON SQUARETRADE, INC.'S MOTION FOR ORDER COMPELLING IMMEDIATE ASSUMPTION OR REJECTION OF AGREEMENT; OR, IN THE ALTERNATIVE, FOR STAY RELIEF

**PLEASE TAKE NOTICE** that on January 7, 2025, SquareTrade, Inc. (the "Movant"), filed the "*Motion For Order Compelling Immediate Assumption Or Rejection Of Agreement*" (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at the above-referenced hearing date and time, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for Movant, on or before the above-referenced objection deadline.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

| | |
|---|---|
| Dated: January 7, 2025<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Michael V. DiPietro*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>cward@polsinelli.com; mdipietro@polsinelli.com<br><br>-and-<br><br>**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP**<br>Eve H. Karasik<br>Jeffrey S. Kwong<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>EHK@LNBYG.COM; JSK@LNBYG.COM<br><br>*Counsel for SquareTrade, Inc.* |