**<u>Exhibit A</u>**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967(JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. ___** |

**ORDER GRANTING SQUARETRADE, INC.'S MOTION FOR ORDER COMPELLING IMMEDIATE ASSUMPTION OR REJECTION OF AGREEMENT; OR, IN THE ALTERNATIVE, FOR STAY RELIEF**

Upon consideration of the "*Motion For Order Compelling Immediate Assumption Or Rejection Of Agreement*" (the "Motion")[2] filed by SquareTrade, Inc. (the "Movant"); and it being a core proceeding; and venue being proper; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED, as set forth herein.

2. The Debtors are required to decide whether it will assume or reject the Agreement within three (3) calendar days of entry of this Order. If the Debtors decide to assume the Agreement, the Debtors are required to provide (i) prompt cure of all defaults thereunder and (ii) adequate assurance of future performance acceptable to Movant.

3. In the alternative, Movant is granted stay relief under Section 362(d)(1) for cause

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

[2] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

to enforce all contractual rights under the Agreement, including termination of the Agreement on 30-days notice to Debtors, and the 14-day stay under Fed. R. Bankr. P. 4001(a)(3) is waived.