**Exhibit B**



## Monthly Invoice

| | | | |
|---|---|---|---|
| Big Lots | | Owner: | Big Lots |
| 4900 E. Dublin Granville Rd. | | Invoice Date: | 10/31/2024 |
| Columbus, OH 43081-7651 | | Invoice #: | 1024BL |

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | Commission |
|---|---|---|---|
| Oct-24 | Resale Sales - Wholesale Cost | $ 166,149.80 | |
| | Cancellations from Resale | $ (7,444.70) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | $ 158,705.10 | $ - |
| | **Total Amount Due** | $ | **158,705.10** |

**SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005**

**Electronic Funds Transfer Information**
Wells Fargo Bank N.A.
ABA Number: 121000248
Account Name: SquareTrade, Inc.
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:
ar@squaretrade.com



Serviced by
SquareTrade, an
Allstate company

| Monthly Invoice | | |
|---|---|---|
| Big Lots | Owner: | Big Lots |
| 4900 E. Dublin Granville Rd. | Invoice Date: | 11/30/2024 |
| Columbus, OH 43081-7651 | Invoice #: | 1124BL |

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | Commission |
|---|---|---|---|
| Nov-24 | Resale Sales - Wholesale Cost | $    252,403.54 | |
| | Cancellations from Resale | $    (12,916.96) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | $    239,486.58 | $         - |
| | **Total Amount Due** | $ | **239,486.58** |

**SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005**

**Electronic Funds Transfer Information**
Wells Fargo Bank N.A.
ABA Number: 121000248
Account Name: SquareTrade, Inc.
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:
ar@squaretrade.com


**Serviced by SquareTrade, an Allstate company**

| Monthly Invoice | | | |
|---|---|---|---|
| Big Lots | | Owner: | Big Lots |
| 4900 E. Dublin Granville Rd. | | Invoice Date: | 12/31/2024 |
| Columbus, OH 43081-7651 | | Invoice #: | 1224BL |

| Contact Person | Email | Terms | Payment Method |
|---|---|---|---|
| Invoice Team | invoiceteam@squaretrade.com | Net 30 | ACH |

| Month | Description | Charge | Commission |
|---|---|---|---|
| Dec-24 | Resale Sales - Wholesale Cost | $ 134,654.34 | |
| | Cancellations from Resale | $ (9,893.64) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | $ 124,760.70 | $ - |
| | **Total Amount Due** | **$** | **124,760.70** |

**SquareTrade, Inc., 2000 Sierra Point Pkwy, Ste 300 Brisbane, CA 94005**

**Electronic Funds Transfer Information**
Wells Fargo Bank N.A.
ABA Number: 121000248
Account Name: SquareTrade, Inc.
Account Number: 4236925780

To ensure proper application of your electronic payment, please provide remittance detail directly to:
ar@squaretrade.com