**Exhibit C**

| | |
|---|---|
| **From:** | Eve H. Karasik |
| **Sent:** | Monday, December 23, 2024 5:57 PM |
| **To:** | 'brian.resnick@davispolk.com'; 'adamshpeen@davispolk.com'; 'stephen.piraino@davispolk.com'; 'ethan.stern@davispolk.com'; 'redehney@morrisnichols.com'; 'aremming@morrisnichols.com'; 'tmann@morrisnichols.com'; 'srchurchill@morrisnichols.com'; 'csawyer@morrisnichols.com' |
| **Cc:** | Eve H. Karasik; Jeffrey S. Kwong |
| **Subject:** | Big Lots - SquareTrade, Inc. |

All – My firm is counsel to SquareTrade, Inc.  SquareTrade and Big Lots are parties to a contract whereunder SquareTrade provides product protection programs to Big Lots customers. Given that there is now going to be a liquidation, SquareTrade has spoken with its business contacts at Big Lots and understands that Big Lots has agreed to stop selling the SquareTrade protection programs to customers. SquareTrade would like to enter into a stipulation memorializing the agreement to stop selling the SquareTrade protection programs and avoid the expense of filing a motion for relief from stay to terminate the agreement and/or to compel assumption or rejection of the agreement.

Please advise if your client would agree to enter into a Stipulation terminating the agreement and if so, we will draft it for your review.

Your prompt attention is greatly appreciated.

Best

Eve



**Eve H. Karasik, Esq.**
**(she/her/hers)**

2818 La Cienega Avenue   |   Los Angeles, CA  90034
Direct  310 229 3350   |   Cell  310 614 5144|   Fax  310 229 1244

EHK@lnbyg.com   |   www.lnbyg.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

🌐  Please consider the environment before printing this email