# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967(JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 1600** |

### DECLARATION OF EVE H. KARASIK IN SUPPORT OF SQUARETRADE, INC.'S MOTION FOR ORDER COMPELLING IMMEDIATE ASSUMPTION OR REJECTION OF AGREEMENT; OR, IN THE ALTERNATIVE, FOR STAY RELIEF

I, Eve H. Karasik, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am a partner at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), counsel to Squaretrade, Inc. ("Movant"). I submit this Declaration in support of Movant's "*Motion For Order Compelling Immediate Assumption Or Rejection Of Agreement; Or, In The Alternative For Stay Relief*" (the "Motion"). All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

3. On December 23, 2024, I sent an email (the "December Email") to counsel for the Debtors requesting that they enter into a stipulation to stop selling the Protection Plans. The Debtors never responded to the December Email. A true and correct copy of the December Email is attached as **Exhibit "C"** to the Motion.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

101078267.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge, and belief.

Dated: January 7, 2025

By: /s/ *Eve H. Karasik*
Eve H. Karasik

101078267.1