UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | |
|---|---|
| Big Lots, Inc., *et al.*, | Case No.   24-11967-JKS |
| | Chapter 11 |
| Debtors[1]. | **Hearing Date: January 21, 2025 @ 1:00 p.m.** |
| _____/ | **Objection Deadline: January 14, 2025** |

# NOTICE OF MOTION OF ASHLEY FURNITURE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

To:   The Parties on the attached service list

PLEASE TAKE NOTICE that on January 7, 2025, Ashley Furniture filed a Motion For Relief From the Automatic Stay (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order granting the relief requested in the Motion must file a response or objection, if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 14, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline").   At the same time you must serve such Objection upon the following counsel:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081

1

| | |
|---|---|
| Jason C. Powell, Esquire | Bradley S. Shraiberg, Esquire |
| The Powell Firm, LLC | Eric Pendergraft, Esquire |
| 1813 N. Franklin | Shraiberg Page P.A. |
| P.O. Box 289 | 2385 NW Executive Center Drive |
| Wilmington, DE 19899 | #300 |
| | Boca Raton, FL 33431 |

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **January 21, 2025 at 1:00 p.m.** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 6, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated January 7, 2025                THE POWELL FIRM, LLC

/s/ Jason C. Powell
Jason C. Powell (DE 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302)650-1572
jpowell@delawarefirm.com
Counsel for Movant

2