UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Big Lots, Inc., *et al.*,                                    Case No. 24-11967-JKS

    Debtors[1]                                              Chapter 11

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER came before the Court for hearing on January 21, 2025 upon *Ashley Furniture's Motion for Relief from the Automatic Stay* [ECF No. ____] (the "Motion") filed by Ashley Furniture Industries, LLC ("Ashley").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.    The Motion [ECF No. ____] is GRANTED.

[text continued on following page]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

{2234/000/00469387}

2. The 11 U.S.C. § 362(a) automatic stay is MODIFIED to permit Ashley to proceed with its rights under the Agreement[2] such that Ashley may sell or otherwise liquidate the Inventory.

---

[2] Unless otherwise specified herein, all capitalized terms in this Order shall have the meaning ascribed to them in the Motion.

{2234/000/00469387}