UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| **BIG LOTS, INC.,** *et al.*, | : | Case No. 24-11967 (JKS) |
| | : | **(Jointly Administered)** |
| Debtors.[1] | : | |

## CERTIFICATE OF SERVICE

I, Katherine L. Hemming, of Campbell & Levine, LLC, hereby certify that on January 7, 2025, I caused a copy of the foregoing *Pem-America, Inc. and Pem-America (H.K.) Company Limited's Motion for Allowance and Payment of Administrative Claims* to be electronically filed and served via the Court's CM/ECF system on all parties registered to receive notice via CM/ECF in these cases and also on the parties listed below via electronic mail.

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com
Brian.resnick@davispolk.com
Adam.shpeen@davispolk.com
Stephen.piraino@davispolk.com
Jonah.peppiatt@davispolk.com
Ethan.stern@davispolk.com

Linda J. Casey. Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277) (unless stated otherwise, collectively referred to as the "Debtors").

| | |
|---|---|
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Ave.<br>New York, NY 10169<br>csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com | Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>Stacy Lutkus, Esq.<br>Natalie Rowles, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@ mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>nrowles@mwe.com |
| Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Biglots.mnat@morrisnichols.com<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com<br>srchurchill@morrisnichols.com | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Regina.kelbon@blankrome.com<br>Stanley.tarr@blankrome.com |
| | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>christopher.marcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com |

Dated: January 7, 2025            */s/ Katherine L. Hemming*
                                                  Katherine L. Hemming (DE No. 5496)