# EXHIBIT 3

## Heilman, Leslie C.

| | |
|---|---|
| **From:** | Emilio Amendola <emilio@agrep.com> |
| **Sent:** | Wednesday, November 27, 2024 1:43 PM |
| **To:** | Heilman, Leslie C. |
| **Cc:** | Eyler, Todd (A&G); Mike Matlat; notice.biglots@davispolk.com |
| **Subject:** | RE: Big Lots - Robhana Landlord Bids for Store Nos. 4126, 4025, and 4118 |

### ⚠ EXTERNAL

The leases will be pulled from the auction and I am told the documents will be signed after the court approves the Terminations.

**From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
**Sent:** Wednesday, November 27, 2024 1:31 PM
**To:** Emilio Amendola <emilio@agrep.com>
**Cc:** Todd Eyler <todd@agrep.com>; Mike Matlat <mike@agrep.com>; notice.biglots@davispolk.com
**Subject:** RE: Big Lots - Robhana Landlord Bids for Store Nos. 4126, 4025, and 4118

Hi Emilio,

Per our call yesterday, please confirm our conversation that the bid documents submitted for these three leases were accepted in their entirety, without change, and that the Leases have been pulled from the auction, and will not be subject to any competing bids in connection with the December Lease Sale Process.

Thanks and have a wonderful Thanksgiving holiday.

Best,
Leslie


**Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Direct 302.252.4446
Fax 302.300.4065
Mobile 267.664.0633
heilmanl@ballardspahr.com
www.ballardspahr.com


**From:** Heilman, Leslie C.
**Sent:** Thursday, November 21, 2024 11:25 AM
**To:** Emilio Amendola <emilio@agrep.com>
**Cc:** Todd Eyler <todd@agrep.com>; Mike Matlat <mike@agrep.com>; notice.biglots@davispolk.com
**Subject:** Big Lots - Robhana Landlord Bids for Store Nos. 4126, 4025, and 4118

Good morning, Emilio,

As we discussed, here are the fully executed revised Offer and Bidder Registration Forms and Lease Termination Agreements for Store Nos. 4126, 4025, and 4018.  I have also enclosed blacklines showing (i) the cumulative changes we

have made to the forms since their prior submission on 10/15/24; and (2) conformance of the forms that were submitted on 10/15/24, as amended, to the Ballard agreed LTA form that we previously reached in these cases, which demonstrate that even though the cumulative redlines show a lot of new changes, those changes were really to conform to the Ballard LTA Form, and so the separate Ballard Form Redlines show that we have not deviated from the Ballard approved form except with respect to any changed economic terms from the bids submitted on 10-15-24, which were mostly to increase the consideration to include all amounts due and owing through 12/31/24, as agreed by the parties.  Please confirm acceptable and that these three stores will be removed from the December auction process as agreed.

Please do not hesitate to contact me with any questions or concerns.

Best,
Leslie

**Leslie C. Heilman**

**Ballard Spahr**
LLP

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4446 DIRECT
302.300.4065 FAX

267.664.0633 MOBILE | heilmanl@ballardspahr.com
VCARD

www.ballardspahr.com