# EXHIBIT 4

**Heilman, Leslie C.**

| | |
|---|---|
| **From:** | Goldberger, Jacob <jacob.goldberger@davispolk.com> |
| **Sent:** | Monday, November 18, 2024 5:53 PM |
| **To:** | Heilman, Leslie C.; Carpenter, Cameron; Roglen, Laurel D.; Fleischer, Scott L.; Newman, Kevin M.; Branch, Dustin P.; Ferland, Niclas A.; Vesper, Margaret; igold@allenmatkins.com |
| **Cc:** | biglots.dpw.rx; MNAT Core RX |
| **Subject:** | RE: Big Lots - Fourth Interim Lease Sale Order |
| **Attachments:** | BL - Lease Sales.xlsx; BL - Lease Sale Procedures Fourth Interim Order.docx; Blk vs Third Interim Order.pdf |

⚠ **EXTERNAL**

All,

Attached is the list of stores we expect to be part of the December Wave Lease Sale.

**Scott**, **Ivan** – please let us know if you are signed off on the interim order.

Best,


Jacob Goldberger

**Davis Polk & Wardwell** LLP
+1 212 450 3211 office
+1 952 334 2993 mobile
jacob.goldberger@davispolk.com

**From:** Goldberger, Jacob
**Sent:** Monday, November 18, 2024 12:48 PM
**To:** 'Heilman, Leslie C.' <HeilmanL@ballardspahr.com>; Carpenter, Cameron <cameron.carpenter@davispolk.com>; roglenl@ballardspahr.com; Fleischer, Scott L. <SFleischer@barclaydamon.com>; Newman, Kevin M. <KNewman@barclaydamon.com>; branchd@ballardspahr.com; Ferland, Niclas A. <NFerland@barclaydamon.com>; Vesper, Margaret <VesperM@ballardspahr.com>; igold@allenmatkins.com
**Cc:** biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; MNAT Core RX <MNATCoreRX@morrisnichols.com>
**Subject:** RE: Big Lots - Fourth Interim Lease Sale Order

Thanks, Leslie. We have no issue sharing that list but simply do not have it yet. We hope to get it shortly from Alix Partners and will share upon receipt.

Best,


Jacob Goldberger

**Davis Polk & Wardwell** LLP
+1 212 450 3211 office
+1 952 334 2993 mobile
jacob.goldberger@davispolk.com

**From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
**Sent:** Monday, November 18, 2024 12:47 PM
**To:** Goldberger, Jacob <jacob.goldberger@davispolk.com>; Carpenter, Cameron <cameron.carpenter@davispolk.com>; roglenl@ballardspahr.com; Fleischer, Scott L. <SFleischer@barclaydamon.com>; Newman, Kevin M. <KNewman@barclaydamon.com>; branchd@ballardspahr.com; Ferland, Niclas A. <NFerland@barclaydamon.com>; Vesper, Margaret <VesperM@ballardspahr.com>; igold@allenmatkins.com
**Cc:** biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; MNAT Core RX <MNATCoreRX@morrisnichols.com>
**Subject:** RE: Big Lots - Fourth Interim Lease Sale Order

Jacob,

The Ballard Team does not have any issue with the proposed Fourth Interim Order for the December auction sales.  However, in the past you have previewed for us the list of the Leases that were the subject of the applicable Lease Auction.  To that end, please share the proposed Lease Auction and Rejection Lists for the December Process as soon as possible.

Best,
Leslie


**Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Direct 302.252.4446
Fax 302.300.4065
Mobile 267.664.0633
heilmanl@ballardspahr.com
www.ballardspahr.com


**From:** Goldberger, Jacob <jacob.goldberger@davispolk.com>
**Sent:** Monday, November 18, 2024 11:56 AM
**To:** Carpenter, Cameron <cameron.carpenter@davispolk.com>; Roglen, Laurel D. <RoglenL@ballardspahr.com>; Heilman, Leslie C. <HeilmanL@ballardspahr.com>; Fleischer, Scott L. <SFleischer@barclaydamon.com>; Newman, Kevin M. <KNewman@barclaydamon.com>; Branch, Dustin P. <BranchD@ballardspahr.com>; Ferland, Niclas A. <NFerland@barclaydamon.com>; Vesper, Margaret <VesperM@ballardspahr.com>; igold@allenmatkins.com
**Cc:** biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; MNAT Core RX <MNATCoreRX@morrisnichols.com>
**Subject:** RE: Big Lots - Fourth Interim Lease Sale Order

⚠ **EXTERNAL**
All,

We'd greatly appreciate your review of the attached proposed interim order so that we do not need to delay and crunch timelines more than necessary for the December wave of lease sales. **As mentioned previously, the only changes here are to adjust the timeline to the below dates**. Please let us know if you are signed off on us filing this under CoC as soon as possible.

Please note that we have received sign-off from the UST and the UCC.

\*\*\*

(Thursday, Nov. 21st)/ASAP after entry of Order – notice of hearing

2

Monday, Dec. 2nd – bid deadline

Tuesday, Dec. 3rd – provide adequate assurance and notice of qualified bidder

Wednesday, Dec. 4th – auction

Thursday, Dec. 5th – post auction notice

Thursday, Dec. 12 – objection deadline

Thursday, Dec. 19 – Sale Hearing

\*\*\*

Best,

**Jacob Goldberger**

**Davis Polk & Wardwell** LLP
+1 212 450 3211 office
+1 952 334 2993 mobile
jacob.goldberger@davispolk.com

**From:** Goldberger, Jacob <jacob.goldberger@davispolk.com>
**Sent:** Sunday, November 17, 2024 5:15 PM
**To:** Carpenter, Cameron <cameron.carpenter@davispolk.com>; roglenl@ballardspahr.com; heilmanl@ballardspahr.com; Fleischer, Scott L. <SFleischer@barclaydamon.com>; Newman, Kevin M. <KNewman@barclaydamon.com>; branchd@ballardspahr.com; Ferland, Niclas A. <NFerland@barclaydamon.com>; Vesper, Margaret <VesperM@ballardspahr.com>; igold@allenmatkins.com
**Cc:** biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; MNAT Core RX <MNATCoreRX@morrisnichols.com>
**Subject:** RE: Big Lots - Fourth Interim Lease Sale Order

Hi all,

Kindly following up on the below. The only changes from the Third Interim Order are dates (and the timeline spread is substantially the same).

Best,

**Jacob Goldberger**

**Davis Polk & Wardwell** LLP
+1 212 450 3211 office
+1 952 334 2993 mobile
jacob.goldberger@davispolk.com

**From:** Carpenter, Cameron <cameron.carpenter@davispolk.com>
**Sent:** Friday, November 15, 2024 3:53 PM
**To:** roglenl@ballardspahr.com; heilmanl@ballardspahr.com; Fleischer, Scott L. <SFleischer@barclaydamon.com>; Newman, Kevin M. <KNewman@barclaydamon.com>; branchd@ballardspahr.com; Ferland, Niclas A. <NFerland@barclaydamon.com>; Vesper, Margaret <VesperM@ballardspahr.com>; igold@allenmatkins.com
**Cc:** biglots.dpw.rx <biglots.dpw.rx@davispolk.com>; MNAT Core RX <MNATCoreRX@morrisnichols.com>
**Subject:** Big Lots - Fourth Interim Lease Sale Order

Hi all,

3

Attached is a draft Fourth Interim Lease Sale Order we are hoping to file shortly under CoC. This follows the same form as the previous order, and a blackline is attached. Please let us know if you are signed off. For your ease, the proposed timeline is below:

(Thursday, Nov. 21st)/ASAP after entry of Order – notice of hearing
Monday, Dec. 2nd – bid deadline
Tuesday, Dec. 3rd – provide adequate assurance and notice of qualified bidder
Wednesday, Dec. 4th – auction
Thursday, Dec. 5th – post auction notice
Thursday, Dec. 12 – objection deadline
Thursday, Dec. 19 – Sale Hearing

Best,
Cameron

**Cameron Carpenter**
Law Clerk

+1 212 450 3772 office
+1 646 896 5970 mobile
cameron.carpenter@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

| Store | Address | Wave |
|---|---|---|
| 4118 | 3003 W Manchester Blvd, Inglewood, CA | Wave 4 |
| 4686 | 1445 N MONTEBELLO BLVD MONTEBELLO, CA | Wave 5 |
| 4761 | 3512 LAMAR AVE PARIS, TX | Wave 7 |
| 4126 | 1410 E PLAZA BLVD NATIONAL CITY, CA | Wave 6 |
| 4589 | 600 W 15TH ST PLANO, TX | Wave 5 |
| 4693 | 11696 NE 76TH ST VANCOUVER, WA | Wave 7 |
| 4745 | 16824 MAIN ST HESPERIA, CA | Wave 7 |
| 4264 | 2727 N GRAND AVE SANTA ANA, CA | Wave 7 |
| 4620 | 1110 W SOUTHERN AVE STE 1 MESA, AZ | Wave 5 |
| 1990 | 1293 SHREVEPORT BARKSDALE HWY SHREVEPORT, LA | Wave 4 |
| 5409 | 4585 EASTGATE BOULEVARD CINCINNATI, OH | Wave 6 |
| 525 | 1055 62ND AVE N SAINT PETERSBURG, FL | Wave 6 |
| 805 | 1383 E PERSHING RD STE A DECATUR, IL | Wave 7 |
| 5354 | 4154 HUNT RD BLUE ASH, OH | Wave 5 |
| 4630 | 4002 SUNSET DRIVE SAN ANGELO, TX | Wave 7 |
| 188 | 918 W LINCOLN HWY NEW HAVEN, IN | Wave 7 |
| 370 | 250 GRAYSON HWY STE 1 LAWRENCEVILLE, GA | Wave 4 |
| 5206 | 26425 GREAT NORTHERN PLAZA NORTH OLMSTED, OH | Wave 7 |
| 5275 | 2020 GUNBARREL RD STE 186 CHATTANOOGA, TN | Wave 7 |
| 5343 | 6235 WILSON MILLS RD HIGHLAND HEIGHTS, OH | Wave 7 |
| 1946 | 1201 E MANNING AVE REEDLEY, CA | Wave 7 |
| 4690 | 5636 US ROUTE 60 HUNTINGTON, WV | Wave 5 |
| 4096 | 2249 S LOOP 288 DENTON, TX | Wave 7 |
| 4007 | 1625 E VALLEY PKWY ESCONDIDO, CA | Wave 5 |
| 5095 | 30000 PLYMOUTH RD LIVONIA, MI | Wave 7 |
| 5251 | 751 GOOD HOMES RD ORLANDO, FL | Wave 7 |
| 556 | 14948 N FLORIDA AVE TAMPA, FL | Wave 7 |
| 1878 | 5000 MAIN ST THE COLONY, TX | Wave 6 |
| 527 | 1492 S BELCHER RD CLEARWATER, FL | Wave 6 |
| 1785 | 425 SAWDUST RD STE A SPRING, TX | Wave 7 |
| 286 | 1800 MILTON AVE STE 100 JANESVILLE, WI | Wave 7 |
| 1809 | 3472 CONCORD RD ASTON, PA | Wave 4 |
| 452 | 230 HUCK FINN SHOPPING CTR HANNIBAL, MO | Wave 6 |
| 4576 | 8750 N 2ND ST MACHESNEY PARK, IL | Wave 7 |
| 1668 | 60 E SCHROCK RD WESTERVILLE, OH | Wave 7 |
| 1949 | 3178 LAVON DR GARLAND, TX | Wave 5 |
| 5356 | 1451 W 5TH AVE COLUMBUS, OH | Wave 6 |
| 1362 | 8939 S MEMORIAL DR TULSA, OK | Wave 6 |
| 4514 | 1221 W WARM SPRINGS RD HENDERSON, NV | Wave 5 |
| 5150 | 406 E. MARTINTOWN RD NORTH AUGUSTA, SC | Wave 6 |
| 4672 | 2401 N PEARL ST TACOMA, WA | Wave 7 |
| 4550 | 1913 TEXAS AVE S COLLEGE STATION, TX | Wave 4 |
| 1732 | 4365 MERLE HAY RD DES MOINES, IA | Wave 4 |
| 4504 | 14537 W GRAND AVE STE 200 SURPRISE, AZ | Wave 5 |
| 1758 | 6900 SIEGEN LN BATON ROUGE, LA | Wave 6 |
| 1663 | 2028 N MAIN ST PEARLAND, TX | Wave 4 |
| 4750 | 1239 U.S. 181 PORTLAND, TX | Wave 6 |
| 5264 | 901 EAST LANGSFORD RD. LEES SUMMIT, MO | Wave 6 |
| 5435 | 121 PLAZA RD SW WISE, VA | Wave 6 |
| 1450 | 6138 HWY 6 N HOUSTON, TX | Wave 6 |
| 4291 | 34601 YUCAIPA BLVD YUCAIPA, CA | Wave 6 |
| 5256 | 1950 PIPESTONE RD. BENTON HARBOR, MI | Wave 6 |
| 1830 | 3113 GREEN GARDEN RD ALIQUIPPA, PA | Wave 4 |
| 5418 | 1550 COSHOCTON AVE MOUNT VERNON, OH | Wave 6 |
| 1399 | 2580 TITTABAWASSEE RD SAGINAW, MI | Wave 6 |
| 5452 | 9880 OLDE US 20 ROSSFORD, OH | Wave 6 |
| 1227 | 2601 FORT CAMPBELL BLVD HOPKINSVILLE, KY | Wave 4 |
| 5308 | 1731 RITCHIE STATION COURT CAPITOL HEIGHTS, MD | Wave 6 |

```
5104 4600 HARDY ST STE 34 HATTIESBURG, MS                    Wave 6
 480 1109 280 BYP PHENIX CITY, AL                            Wave 6
1684 223 NEW MARKET CTR BOONE, NC                            Wave 7
4511 220 N 66TH ST STE 320A LINCOLN, NE                      Wave 6
 827 4224 SUMMER AVE MEMPHIS, TN                             Wave 5
4597 96 MILTON RD ROCHESTER, NH                              Wave 6
5105 10321 EAST U.S. ROUTE 36 AVON, IN                       Wave 6
5222 725 US RT 440 JERSEY CITY, NJ                           Wave 6
1543 400 W ROLLINS RD ROUND LAKE BEACH, IL                   Wave 5
1020 525 TITUS AVE STE 15 IRONDEQUOIT, NY                    Wave 6
1180 5005 LAPALCO BLVD MARRERO, LA                           Wave 6
5116 5820 BALTIMORE NATIONAL PIKE CATONSVILLE, MD            Wave 6
1582 6225 ALLISONVILLE RD INDIANAPOLIS, IN                   Wave 4
5300 20926 FREDERICK RD GERMANTOWN, MD                       Wave 6
4030 299 BORCHARD DR VENTURA, CA                             Wave 5
4533 409 N LITCHFIELD RD GOODYEAR, AZ                        Wave 4
5350 949 CHURCH RD CHERRY HILL, NJ                           Wave 6
4277 1070 W AVENUE K STE A LANCASTER, CA                     Wave 6
4548 1799 KIOWA AVE STE 106 LAKE HAVASU CITY, AZ             Wave 7
1795 4165 E HARRY ST WICHITA, KS                             Wave 6
1436 3510 E INTERSTATE 40 AMARILLO, TX                       Wave 4
5164 3340 CYPRESS PLANTATION DR RALEIGH, NC                  Wave 4
1919 10603 E APACHE TRAIL APACHE JUNCTION, AZ                Wave 6
4713 811 N DELSEA DR GLASSBORO, NJ                           Wave 5
1349 7950 GIACOSA PL MEMPHIS, TN                             Wave 5
 552 250 N US HWY 17-92 LONGWOOD, FL                         Wave 5
5212 2659 ANNAPOLIS RD. HANOVER, MD                          Wave 4
1970 5881 SUEMANDY RD SAINT PETERS, MO                       Wave 5
4741 4919 NORTH ST, STE 101 NACOGDOCHES, TX                  Wave 4
1743 14333 BEACH BLVD STE 18 JACKSONVILLE BEACH, FL          Wave 4
4569 1000 Pocatello Creek Road Pocatello, ID                 Wave 5
5316 3950 VENTURE DR DULUTH, GA                              Wave 5
4671 78 FRONTAGE RD EAST HAVEN, CT                           Wave 5
4711 4655 CANAL AVE SW GRANDVILLE, MI                        Wave 5
4574 1141 SANGUINETTI RD. SONORA, CA                         Wave 5
4646 205 MARYSVILLE MALL MARYSVILLE, WA                      Wave 4
1859 1201 S INTERSTATE 35 STE 200 ROUND ROCK, TX             Wave 6
4665 150 SOUTH 11TH AVE. HANFORD, CA                         Wave 5
 554 950 58TH ST N SAINT PETERSBURG, FL                      Wave 6
4697 5910 EASTEX FWY BEAUMONT, TX                            Wave 5
1643 10416 E INDEPENDENCE BLVD STE 500 MATTHEWS, NC          Wave 5
4687 1851 SUNRISE HWY BAYSHORE, NY                           Wave 5
1992 785 CANANDAIGUA RD GENEVA, NY                           Wave 5
1706 6851 SHANNON PKWY UNION CITY, GA                        Wave 5
1972 613 N PERKINS RD STILLWATER, OK                         Wave 4
1681 1795 W MCGALLIARD RD STE 2 MUNCIE, IN                   Wave 5
4532 989 N WALNUT CREEK DR STE 151 MANSFIELD, TX             Wave 4
1704 300 ENTERPRISE ST STERLING, VA                          Wave 5
5139 7620 RIVERS AVE STE 200 NORTH CHARLESTON, SC            Wave 4
1490 3562 N BRADY ST DAVENPORT, IA                           Wave 5
5233 5903 TRUSSVILLE CROSSING PKWY BIRMINGHAM, AL            Wave 5
4225 2100 SW 27TH AVE MIAMI, FL                              Wave 5
5216 5702 NOLENSVILLE RD NASHVILLE, TN                       Wave 5
5117 1930 E. CONNOR ST NOBLESVILLE, IN                       Wave 4
4256 4022 MADISON ST RIVERSIDE, CA                           Wave 4
1994 4826 N OAK TRFY KANSAS CITY, MO                         Wave 5
4551 32241 MISSION TRL UNIT C LAKE ELSINORE, CA              Wave 5
1377 400 ROUTE 211 E STE 28 MIDDLETOWN, NY                   Wave 5
4602 10251 FAIRWAY DR. ROSEVILLE, CA                         Wave 5
4777 850 E 23RD ST FREMONT, NE                               Wave 7
4716 4080 E BLUE GRASS RD MOUNT PLEASANT, MI                 Wave 5
```