# EXHIBIT 6

# Heilman, Leslie C.

| | |
|---|---|
| **From:** | Goldberger, Jacob <jacob.goldberger@davispolk.com> |
| **Sent:** | Thursday, January 2, 2025 8:51 AM |
| **To:** | Roglen, Laurel D. |
| **Cc:** | Heilman, Leslie C.; Piraino, Stephen D.; Shpeen, Adam L.; Steven Fox; Vesper, Margaret; Piraino, Stephen D.; Shpeen, Adam L.; Vesper, Margaret |
| **Subject:** | Re: Big Lots |

⚠ **EXTERNAL**

Thanks, Laurel. We are in discussions with GBRP on this and will revert asap.

Best,
**Jacob Goldberger**

**Davis Polk & Wardwell LLP**
+1 212 450 3211 office
jacob.goldberger@davispolk.com

> On Jan 2, 2025, at 8:50 AM, Roglen, Laurel D. <RoglenL@ballardspahr.com> wrote:
>
> Good Morning:
>
> Re-circulating this email and looping in Steven Fox to weigh in. This location (Store #4126) is the location I mentioned to you that was going to be the subject of a January auction between the landlord and Burlington, so if you could confirm for us whether this location is part of the designation rights GBRP is buying or not, that would be very helpful.
>
> Thanks,
> Laurel
>
> **Laurel D. Roglen**
>
> **Ballard Spahr** LLP
>
> 919 N. Market Street, 11th Floor
> Wilmington, DE 19801-3034
> 302.252.4462 DIRECT
> 302.252.4466 FAX
>
> 914.525.5695 MOBILE | roglenl@ballardspahr.com
> VCARD
>
> www.ballardspahr.com
>
> **From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
> **Sent:** Sunday, December 29, 2024 10:52 PM

1

**To:** Goldberger, Jacob <jacob.goldberger@davispolk.com>; Piraino, Stephen D. <stephen.piraino@davispolk.com>; Shpeen, Adam L. <adam.shpeen@davispolk.com>
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>
**Subject:** Big Lots

Jacob, et al.

We need to understand what effect, if any, the GBRP transaction has on the Leases that were previously noticed for Closing and undergoing liquidation sales (and not subject to the Nexus Going Concern Sale) prior to the filing of the 7th Notice of Additional Closing Stores and were the subject to the Wave 1-6 Lease Sale Processes?  Have those Leases been pulled into the GBRP transaction, or will they proceed to be marketed and closed as previously scheduled.  In fact, a clarification at tomorrow's hearing should be made that only the Stores subject to the 7th Notice are part of the GBRP transaction.

As you can imagine, we particularly need to understand how this affects Store No. 4126, which was supposed to be scheduled for a January auction process to the extent Burlington still intends to submit a competing Bid, and was not included in the 7th Notice of Additional Closing Stores.

Best,
Leslie


**Leslie C. Heilman**

**Ballard Spahr** LLP

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4446 DIRECT
302.300.4065 FAX

267.664.0633 MOBILE | heilmanl@ballardspahr.com
VCARD

www.ballardspahr.com

2