## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, and all attachments and exhibits thereto, was served on this 7th day of January, 2025, by electronic notification to all parties electing to receive service through the Court's CM/ECF system and to the following parties, in the manner indicated:

**Via First-Class Mail**
Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.,
Stephen D. Piraino, Esq.,
Jonah A. Peppiatt, Esq.,
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Via Hand Delivery**
Linda Casey
The Office of the United States Trustee
for the District of Delaware
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

**Via Hand Delivery**
Robert J. Dehney, Sr., Esq.,
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.,
Tamara K. Mann, Esq.,
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

**Via First-Class Mail**
Steven Fox
Riemer & Braunstein LLP
Time Square Tower
7 Times Square, Suite 2506
New York, NY  10036

**Via Hand Delivery**
Justin R. Alberto
Stacy L. Newman
Jack M. Dougherty
COLE SCHOTZ, P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Via First-Class Mail**
Sarah A. Carnes
COLE SCHOTZ, P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019

**Via First-Class Mail**
Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
**McDermott Will & Emery LLP**
One Vanderbilt Avenue
New York, NY 10017

**Via Hand Delivery**
Regina Kelbon
Stanley B. Tarr
Jordan L. Willimas
BLANK ROME, LLP
1201 N. Market Street, Suite800
Wilmington, DE  19801

**Via First-Class Mail**
John F. Ventola
John F. Ventola, Esq.,
Jonathan D. Marshall, Esq.,
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

**Via Hand Delivery**
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

**Via First-Class Mail**
Chad B. Simon, Esq.,
James V. Drew, Esq.,
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

*/s/ Leslie C. Heilman*
Leslie C. Heilman