UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: January 21, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 14, 2025 at 4:00 pm (ET)** |

## NOTICE OF MOTION OF WALLCE PROPERTIES – KENNEWICK, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that, on January 7, 2025, Wallace Properties – Kennewick, LLC ("Wallace Properties - Kennewick"), by and through its counsel, filed the *Motion of Wallace Properties – Kennewick, LLC for Allowance and Payment of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **January 21, 2025 at 10:00 a.m. (ET)** before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Court and served on the undersigned, on or before **January 14, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 7, 2025

**BAYARD, P.A.**

/s/ GianClaudio Finizio
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: gfinizio@bayardlaw.com

and

HILLIS CLARK MARTIN & PETERSON, P.S.
Brian C. Free, WSBA #35788
999 Third Avenue, Suite 4600
Seattle, WA 98126
Tel: 206.470-7646
Email: brian.free@hcmp.com

*Counsel to Wallace Properties – Kennewick, LLC*