**Exhibit A**

| | |
|---|---:|
| Monthly Base Rent | $15,124.67 |
| CAM Expense | $3,442.00 |
| Insurance | $360.00 |
| Real Estate | $1,932.00 |
| Monthly Total Rent | $20,858.67 |
| | |
| **Post-Petition Rent Claims** | |
| September 10-September 30 | $13,905.78 |
| December 2024. | $20,858.67 |
| | **$34,764.45** |