## Exhibit A

| | |
|---|---:|
| Monthly Minimum Rent | $15,771.25 |
| Monthly Operating Expense (CAM) | $6,003.94 |
| Total Monthly Rent | $21,775.19 |
| | |
| **Post-Petition Rent Claims** | |
| September 10-September 30 | $14,516.79 |
| December 2024. | $21,775.19 |
| **Total** | **$36,291.98** |