**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 14, 2025, 4:00 p.m. ET**<br>**Hrg. Date: January 21, 2025, 1:00 p.m. ET** |

**NOTICE OF HEARING ON ALL STATE BROKERAGE, INC.'S MOTION FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 7, 2025, All State Brokerage, Inc. (the "Claimant") filed the *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be (i) in writing and served on or before **January 14, 2025, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), (ii) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (iii) served so as to be received on or before the Objection Deadline by the undersigned counsel for Claimant.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 21, 2025, at 1:00 p.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE**

**BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION**

**WITHOUT FURTHER NOTICE.**

Dated: January 7, 2025
Wilmington, DE

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Lisa Bittle Tancredi*
Matthew P. Ward (DE Bar # 4471)
Lisa Bittle Tancredi (DE Bar # 4657)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 2552-4320
Fax: (302) 252-4330
Email: Matthew.Ward@wbd-us.com
           Lisa.Tancredi@wbd-us.com

*Counsel for All State Brokerage, Inc.*