## **EXHIBIT A**

**Summary of Post-Petition Purchase Orders**

# All-State Brokerage, Inc
## Open Invoices
### As of December 19, 2024

| | Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance | |
|---|---|---|---|---|---|---|---|---|---|
| **BIGLOTS Post Bankruptcy** | | | | | | | | | |
| **1BIGLOTS DURANT-879** | | | | | | | | | |
| | Invoice | 10/23/2024 | 2301-45587 | 95642301 | Net 30 | 11/22/2024 | 27 | 1,237.20 | Disputed Deduction 12/10 |
| | Invoice | 10/30/2024 | 6502-45583 | 95646502 | Net 30 | 11/29/2024 | 20 | 30,561.48 | ML Mixed Truck |
| | Invoice | 11/01/2024 | 6307-45597 | 95646307 | Net 30 | 12/01/2024 | 18 | 59,940.00 | Fuji |
| | Invoice | 11/08/2024 | 7663-45597 | 95657663 | Net 30 | 12/08/2024 | 11 | 1,468.00 | Eagle |
| | Invoice | 11/12/2024 | 7662-45597 | 95657662 | Net 30 | 12/12/2024 | 7 | 3,315.60 | Eagle |
| | Invoice | 11/13/2024 | 8899-45566 | 95628899 | Net 30 | 12/13/2024 | 6 | 54,353.13 | Lindy's |
| | Invoice | 11/19/2024 | 9165-45602 | 95669165 | Net 30 | 12/19/2024 | Shipped | 30,456.72 | Ghirardelli - Xmas |
| | Invoice | 12/02/2024 | 9949-45617 | 95669949 | Net 30 | 01/01/2025 | Shipped | 6,048.00 | Intrastate |
| | Invoice | 12/03/2024 | 9169-45602 | 95669169 | Net 30 | 01/02/2025 | Shipped | 2,420.76 | Intrastate |
| | Invoice | 12/04/2024 | 3995-45615 | 95693995 | Net 30 | 01/03/2025 | Shipped | 27,411.60 | Flix |
| | Invoice | 12/05/2024 | 5262-45631 | 95715262 | Net 30 | 01/04/2025 | Shipped | 34,137.84 | Fuji |
| | Invoice | 12/09/2024 | 2687-45622 | 95702687 | Net 30 | 01/08/2025 | Shipped | 2,268.00 | Mantova |
| | Invoice | 12/09/2024 | 6927-45608 | 95676927 | Net 30 | 01/08/2025 | Shipped | 9,187.20 | Boylan |
| | Invoice | 12/13/2024 | 6920-45617 | 95676920 | Net 30 | 01/12/2025 | Shipped | 15,033.60 | Boylan |
| **Total 1BIGLOTS DURANT-879** | | | | | | | | **277,839.13** | |
| **1BIGLOTS MONTGOMERY-870** | | | | | | | | | |
| | Invoice | 10/30/2024 | 2299-45587 | 95642299 | Net 30 | 11/29/2024 | 20 | 10,028.40 | ML - Pet |
| | Invoice | 10/30/2024 | 1729-45574 | 95631729 | Net 30 | 11/29/2024 | 20 | 14,080.52 | MK - Mixed Load |
| | Invoice | 11/04/2024 | 7661-45600 | 95657661 | Net 30 | 12/04/2024 | 15 | 3,105.60 | Eagle |
| | Invoice | 11/13/2024 | 7660-45597 | 95657660 | Net 30 | 12/13/2024 | 6 | 3,315.60 | Eagle |
| | Invoice | 11/13/2024 | 8897-45566 | 95628897 | Net 30 | 12/13/2024 | 6 | 54,465.54 | Lindy's |
| | Invoice | 11/18/2024 | 9162-45602 | 95669162 | Net 30 | 12/18/2024 | 1 | 31,895.76 | Ghirardelli - Xmas |
| | Invoice | 11/21/2024 | 9167-45602 | 95669167 | Net 30 | 12/21/2024 | Shipped | 557.04 | Ghirardelli - Xmas |
| | Invoice | 11/26/2024 | 3993-45615 | 95693993 | Net 30 | 12/26/2024 | Shipped | 42,596.10 | Flix |
| | Invoice | 12/02/2024 | 9166-45602 | 95669166 | Net 30 | 01/01/2025 | Shipped | 24,492.24 | Ghirardelli - Xmas |
| | Invoice | 12/02/2024 | 9946-45617 | 95669946 | Net 30 | 01/01/2025 | Shipped | 7,056.00 | Intrastate |
| | Invoice | 12/03/2024 | 5260-45631 | 95715260 | Net 30 | 01/02/2025 | Shipped | 41,658.48 | Fuji |
| | Invoice | 12/04/2024 | 6425-45617 | 95676425 | Net 30 | 01/03/2025 | Shipped | 15,868.80 | Boylan |
| | Invoice | 12/04/2024 | 6909-45617 | 95676909 | Net 30 | 01/03/2025 | Shipped | 15,033.60 | Boylan |
| | Invoice | 12/09/2024 | 2685-45622 | 95702685 | Net 30 | 01/08/2025 | Shipped | 2,268.00 | Mantova |
| | Invoice | 12/18/2024 | 7659-45604 | 95657659 | Net 30 | 01/17/2025 | Shipped | 2,060.70 | Eagle |
| **Total 1BIGLOTS MONTGOMERY-870** | | | | | | | | **268,482.38** | |
| **1BIGLOTS TREMONT-874** | | | | | | | | | |
| | Invoice | 11/04/2024 | 0557-45590 | 95630557 | Net 30 | 12/04/2024 | 15 | 5,844.96 | Sobisk |
| | Invoice | 11/06/2024 | 2300-45588 | 95642300 | Net 30 | 12/06/2024 | 13 | 16,922.40 | ML - pet |
| | Invoice | 11/11/2024 | 6306-45607 | 95646306 | Net 30 | 12/11/2024 | 8 | 107,824.80 | Fuji |
| | Invoice | 11/13/2024 | 1730-45574 | 95631730 | Net 30 | 12/13/2024 | 6 | 56,356.34 | ML - mixed truck |
| | Invoice | 11/15/2024 | 6501-45590 | 95646501 | Net 30 | 12/15/2024 | 4 | 36,511.98 | ML - mixed truck |
| | Invoice | 11/15/2024 | 9947-45618 | 95669947 | Net 30 | 12/15/2024 | 4 | 7,056.00 | Intrastate |
| | Invoice | 11/18/2024 | 9164-45602 | 95669164 | Net 30 | 12/18/2024 | 1 | 31,576.32 | Ghirardelli - Xmas |
| | Invoice | 11/22/2024 | 8898-45569 | 95628898 | Net 30 | 12/22/2024 | Shipped | 101,881.35 | Lindy's |
| | Invoice | 11/27/2024 | 9168-45602 | 95669168 | Net 30 | 12/27/2024 | Shipped | 10,722.72 | Ghirardelli - Xmas |
| | Invoice | 12/04/2024 | 5261-45631 | 95715261 | Net 30 | 01/03/2025 | Shipped | 34,805.28 | Fuji |
| | Invoice | 12/05/2024 | 6917-45625 | 95676917 | Net 30 | 01/04/2025 | Shipped | 12,528.00 | Boylan |
| | Invoice | 12/05/2024 | 6918-45625 | 95676918 | Net 30 | 01/04/2025 | Shipped | 14,198.40 | Boylan |
| | Invoice | 12/06/2024 | 3994-45615 | 95693994 | Net 30 | 01/05/2025 | Shipped | 36,585.90 | Flix |
| | Invoice | 12/09/2024 | 2686-45623 | 95702686 | Net 30 | 01/08/2025 | Shipped | 2,268.00 | Mantova |
| **Total 1BIGLOTS TREMONT-874** | | | | | | | | **475,082.45** | |
| **Total BIGLOTS** | | | | | | | | **1,021,403.96** | |