# EXHIBIT A

1:00 PM
12/20/24
Accrual Basis

# Mattress Development Company of Delaware, LLC
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
| **PT - Big Lots Stores, LLC** | | | | | | |
| Invoice | 11/15/2024 | 95631... | 95631053 BL | 12/30/2024 | 48,875.00 | 48,875.00 |
| Invoice | 11/15/2024 | 95631... | 95631052 BL | 12/30/2024 | 52,500.00 | 52,500.00 |
| Invoice | 11/15/2024 | 95629... | 95629425 BL | 12/30/2024 | 82,800.00 | 82,800.00 |
| Invoice | 11/20/2024 | 95629... | 95629427 BL | 01/04/2025 | 82,800.00 | 82,800.00 |
| Invoice | 11/20/2024 | 95631... | 95631055 BL | 01/04/2025 | 55,750.00 | 55,750.00 |
| Invoice | 12/03/2024 | 95642... | 95642320 Big... | 01/17/2025 | 75,600.00 | 75,600.00 |
| Invoice | 12/03/2024 | 95631... | 95631056 Big... | 01/17/2025 | 53,750.00 | 53,750.00 |
| **Total PT - Big Lots Stores, LLC** | | | | | **452,075.00** | **452,075.00** |
| **TOTAL** | | | | | **452,075.00** | **452,075.00** |

Page 1

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 12/3/2024 | 95642320 |

| Bill To | Ship To |
|---|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 | MONTGOMERY DC #0870<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY, AL 36108-5035<br>PHONE: 334-286-6633 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95642320 | 2% 10; Net 45 | | 12/3/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 280 | 616-5 | Broyhill 12" Lumbar Relief Hybrid - Queen Size 5/0 | 270.00 | 75,600.00 |

Thank you for your business.

**Total** $75,600.00

| Date: 12/02/24  8:27:26 | BILL OF LADING | Page: 1 |

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 806336 565616    FOB: [X]

Bill of Lading Number: 565616

(402) 04000000005656163

**SHIP TO:**
Name: MONTGOMERY DC - #0870   Location#: _____
Address: CSC DISTRIBUTION LLC
2855 SELMA HIGHWAY
City/State/Zip: MONTGOMERY AL 36108    FOB: [ ]
CID#:

Carrier Name: LTL
Trailer number:
Seal number(s):
SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

Acct#: 23030
(334)286-6633
Arrival Date: 12/02/24

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ( )    Collect ( )    3rd Party ( )

[ ] (check box)    Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| 806336 005 | 90 | 90 | Customer PO#: 95642320<br>616M-5R<br>B/H 12" LUMBAR  MATTRESS   5/0   RP | | |
| 806336 006 | 90 | 90 | 616M-5R<br>B/H 12" LUMBAR  MATTRESS   5/0   RP | | |
| 806336 007 | 90 | 90 | 616M-5R<br>B/H 12" LUMBAR  MATTRESS   5/0   RP | | |
| 806336 008 | 10 | 10 | 616M-5R<br>B/H 12" LUMBAR  MATTRESS   5/0   RP | | |
| | 280 | 280 | *** TOTAL *** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

12/2/24

**Trailer Loaded:**
[ ] By Shipper
[ ] By Driver

**Freight Counted:**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described is received in good order, except as noted.

seal # 0001848

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 12/3/2024 | 95631056 |

| Bill To |
|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 |

| Ship To |
|---|
| Durant DC-#0879<br>Durant DC, LLC<br>2306 Enterprise Drive<br>Durant, OK 74701<br>580-931-2100 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95631056 | 2% 10; Net 45 | | 12/3/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 90 | 689M-4 | Better Mattress-Size Full | 175.00 | 15,750.00 |
| 190 | 689M-5 | Better Mattress-Size Queen | 200.00 | 38,000.00 |

Thank you for your business.

**Total** $53,750.00

| Date: | 12/02/24  8:27:00 | BILL OF LADING | Page: | 1 |

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 806335 565615    FOB: [X]

**SHIP TO:**
Name: DURANT DC - #879    Location#: _____
Address: BIG LOTS STORES, LLC
2306 ENTERPRISE DR
City/State/Zip: DURANT OK 74701    FOB: [ ]
CID#:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Bill of Lading Number: 565615

(402) 040000000005656156

Carrier Name: LTL
Trailer number:
Seal number(s):
SCAC:
Pro number:

Acct#: 23030
(000)000-0000
Arrival Date: 12/02/24

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ( )    Collect ( )    3rd Party ( )

[ ] (check box)    Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
|  |  |  | Customer PO#: 95631056 |  |  |
| 806335 005 | 90 | 90 | 689M-4R<br>11" FACT SPEC HY(933) MATTRESS  4/6  RP |  |  |
| 806335 006 | 90 | 90 | 689M-5R<br>11" FACT SPEC HY(933) MATTRESS  5/0  RP |  |  |
| 806335 007 | 90 | 90 | 689M-5R<br>11" FACT SPEC HY(933) MATTRESS  5/0  RP |  |  |
| 806335 008 | 10 | 10 | 689M-5R<br>11" FACT SPEC HY(933) MATTRESS  5/0  RP |  |  |
|  | 280 | 280 | *** TOTAL *** |  |  |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

12/2/24

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Seal #0007889

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 11/20/2024 | 95631055 |

| Bill To |
|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 |

| Ship To |
|---|
| MONTGOMERY DC #0870<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY, AL 36108-5035<br>PHONE: 334-286-6633 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95631055 | 2% 10; Net 45 | | 11/20/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 240 | 687M-5 | Better Mattress-Size Queen | 200.00 | 48,000.00 |
| 10 | 689M-4 | Better Mattress-Size Full | 175.00 | 1,750.00 |
| 30 | 689M-5 | Better Mattress-Size Queen | 200.00 | 6,000.00 |

Thank you for your business.

**Total** $55,750.00

| Date: 10/24/24  8:22:24 | BILL OF LADING | Page: 1 |

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 000000 564177    FOB: [X]

Bill of Lading Number: 564177

(402) 040000000005641770

**SHIP TO:**
Name: MONTGOMERY DC - #0870   Location#: _____
Address: CSC DISTRIBUTION LLC
2855 SELMA HIGHWAY
City/State/Zip: MONTGOMERY AL 36108    FOB: [ ]
CID#:

Carrier Name: DBA ILLINOIS SLEEP
Trailer number:
Seal number(s):
SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

Acct#: 23030
(334) 286-6533

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ( )    Collect ( )    3rd Party ( )

[ ] (check box)    Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| | | | Customer PO#: 95631055 | | |
| 803810 005 | 90 | 90 | 687M-5R<br>11" FACT SPEC HY(819) MATTRESS 5/0 RP | | |
| 803810 006 | 90 | 90 | 687M-5R<br>11" FACT SPEC HY(819) MATTRESS 5/0 RP | | |
| 803810 007 | 60 | 60 | 687M-5R<br>11" FACT SPEC HY(819) MATTRESS 5/0 RP | | |
| 803810 008 | 10 | 10 | 689M-4R<br>11" FACT SPEC HY(933) MATTRESS 4/6 RP | | |
| 803810 009 | 30 | 30 | 689M-5R<br>11" FACT SPEC HY(933) MATTRESS 5/0 RP | | |
| | 280 | 280 | *** TOTAL *** | | |

803810

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | [ ] By Shipper<br>[ ] By Driver | [ ] By Shipper<br>[ ] By Driver/pallets said to contain<br>[ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

Seal # 0001891

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 11/20/2024 | 95629427 |

| Bill To | Ship To |
|---|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 | Durant DC-#0879<br>Durant DC, LLC<br>2306 Enterprise Drive<br>Durant, OK 74701<br>580-931-2100 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95629427 | 2% 10; Net 45 | | 11/20/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | 616-5 | Broyhill 12" Lumbar Relief Hybrid - Queen Size 5/0 | 270.00 | 54,000.00 |
| 80 | 616-6 | Broyhill 12" Lumbar Relief Hybrid - King Size 6/6 | 360.00 | 28,800.00 |

Thank you for your business.

**Total** $82,800.00

| Date: 11/19/24 10:02:49 | | BILL OF LADING | Page: | 1 |

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 803809 563738   FOB: [X]

**SHIP TO:**
Name: DURANT DC - #879   Location#: ____
Address: BIG LOTS STORES, LLC
2306 ENTERPRISE DR
City/State/Zip: DURANT OK 74701   FOB: [ ]
CID#:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Bill of Lading Number: 563738

(402) 04000000005637384

Carrier Name: LTL
Trailer number:
Seal number(s):
SCAC:
Pro number:

Acct#: 23030
(000)000-0000
Arrival Date: 11/19/24

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ( )   Collect ( )   3rd Party ( )

[ ] (check box)   Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| | | | Customer PO#: 95629427 | | |
| 803809 005 | 90 | 90 | 616M-5R B/H 12" LUMBAR MATTRESS 5/0 | | RP |
| 803809 006 | 90 | 90 | 616M-5R B/H 12" LUMBAR MATTRESS 5/0 | | RP |
| 803809 007 | 20 | 20 | 616M-5R B/H 12" LUMBAR MATTRESS 5/0 | | RP |
| 803809 008 | 80 | 80 | 616M-6R B/H 12" LUMBAR MATTRESS 6/6 | | RP |
| | 280 | 280 | *** TOTAL *** | | |

Seal #0001829

COD Amount: $
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described is received in good order, except as noted.

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 11/15/2024 | 95629425 |

| Bill To | Ship To |
|---|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 | Tremont DC #0874<br>Closeout Distribution LLC<br>50 Rausch Creek Road<br>Tremont, PA 17981<br>570-695-2848 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95629425 | 2% 10; Net 45 | | 11/15/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | 616-5 | Broyhill 12" Lumbar Relief Hybrid - Queen Size 5/0 | 270.00 | 54,000.00 |
| 80 | 616-6 | Broyhill 12" Lumbar Relief Hybrid - King Size 6/6 | 360.00 | 28,800.00 |

Thank you for your business.

**Total**  $82,800.00

| Date: 11/15/24 7:57:05 | | | BILL OF LADING | | Page: | 1 |
|---|---|---|---|---|---|---|

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 802604 563264        FOB: [X]

**Bill of Lading Number:** 563264

(402) 04000000005632648

Carrier Name: LTL
Trailer number:
Seal number(s):

**SHIP TO:**
Name: TREMONT DC #0874   Location#:
Address: CLOSEOUT DISTRIBUTION LLC
50 RAUSCH CREEK ROAD
City/State/Zip: TREMONT PA 17981    FOB: [ ]
CID#:

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Acct#: 23030
(570)695-2848
Arrival Date: 11/15/24

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ( )    Collect ( )    3rd Party ( )

[ ] (check box)  Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| | | | Customer PO#: 95629425 | | |
| 802604 005 | 90 | 90 | 616M-5R B/H 12" LUMBAR MATTRESS | 5/0    RP | |
| 802604 006 | 90 | 90 | 616M-5R B/H 12" LUMBAR MATTRESS | 5/0    RP | |
| 802604 007 | 20 | 20 | 616M-5R B/H 12" LUMBAR MATTRESS | 5/0    RP | |
| 802604 008 | 80 | 80 | 616M-6R B/H 12" LUMBAR MATTRESS | 6/6    RP | |
| | 280 | 280 | *** TOTAL *** | | |

Seal #D001814

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

**Trailer Loaded:**
[ ] By Shipper
[ ] By Driver

**Freight Counted:**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11/15/24
Property described is received in good order except as noted.

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 11/15/2024 | 95631052 |

| Bill To | Ship To |
|---|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH 43081-7651 | Tremont DC #0874<br>Closeout Distribution LLC<br>50 Rausch Creek Road<br>Tremont, PA 17981<br>570-695-2848 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95631052 | 2% 10; Net 45 | | 11/15/2024 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 140 | 688M-4 | Better Mattress -Size Full | 175.00 | 24,500.00 |
| 140 | 688M-5 | Better Mattress-size Queen | 200.00 | 28,000.00 |

Thank you for your business.

**Total** $52,500.00

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 11/14/24 9:50:40 | | | BILL OF LADING | | Page: | 1 |

| SHIP FROM: | | Bill of Lading Number: 563069 |
|---|---|---|
| Name: | ILLINOIS SLEEP PROD, INC | |
| Address: | 3535 W. 47TH STREET | |
| City/State/Zip: | CHICAGO IL 60632 | |
| SID#: | 802603 563069    FOB: [X] | (402) 04000000005630699 |

| SHIP TO: | | Carrier Name: LTL |
|---|---|---|
| Name: | TREMONT DC #0874    Location#:_____ | Trailer number: |
| Address: | CLOSEOUT DISTRIBUTION LLC | Seal number(s): |
| | 50 RAUSCH CREEK ROAD | |
| City/State/Zip: | TREMONT PA 17981    FOB: [ ] | SCAC: |
| CID#: | | Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: | Acct#: 23030 |
|---|---|
| Name: | (570)695-2848 |
| Address: | Arrival Date: 11/14/24 |
| City/State/Zip: | Freight Charge Terms: (freight charges are prepaid unless marked otherwise) |
| SPECIAL INSTRUCTIONS: | Prepaid ( )  Collect ( )  3rd Party ( ) |
| | [ ] (check box)  Master Bill of Lading: with attached underlying Bills of Lading |

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| | | | Customer PO#: 95631052 | | |
| 802603 005 | 90 | 90 | 688M-4R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS 4/6 RP | | |
| 802603 006 | 50 | 50 | 688M-4R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS 4/6 RP | | |
| 802603 007 | 90 | 90 | 688M-5R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS 5/0 RP | | |
| 802603 008 | 50 | 50 | 688M-5R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS 5/0 RP | | |
| | 280 | 280 | *** TOTAL *** | | |

Seal # 0001899

COD Amount: $_____

Fee Terms:   Collect: [ ]   Prepaid: [ ]

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | [ ] By Shipper  [ ] By Driver | [ ] By Shipper  [ ] By Driver/pallets said to contain  [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described is received in good order, except as noted. |

# Invoice

**Mattress Development Company of Delaware, LLC**

1375 Jersey Ave
North Brunswick, NJ 08902

| Date | Invoice # |
|---|---|
| 11/15/2024 | 95631053 |

| Bill To | Ship To |
|---|---|
| Big Lots Stores, LLC<br>4900 E Dublin Granville Road<br>Columbus, OH  43081-7651 | Tremont DC #0874<br>Closeout Distribution LLC<br>50 Rausch Creek Road<br>Tremont, PA 17981<br>570-695-2848 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 95631053 | 2% 10; Net 45 |  | 11/15/2024 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 120 | 688M-5 | Better Mattress-size Queen | 200.00 | 24,000.00 |
| 45 | 689M-4 | Better Mattress-Size Full | 175.00 | 7,875.00 |
| 85 | 689M-5 | Better Mattress-Size Queen | 200.00 | 17,000.00 |

Thank you for your business.

**Total** $48,875.00

| Date: 11/14/24 9:51:42 | | | BILL OF LADING | | Page: | 1 |
|---|---|---|---|---|---|---|

**SHIP FROM:**
Name: ILLINOIS SLEEP PROD, INC
Address: 3535 W. 47TH STREET
City/State/Zip: CHICAGO IL 60632
SID#: 802602 561195    FOB: [X]

**SHIP TO:**
Name: TREMONT DC #0874    Location#: _____
Address: CLOSEOUT DISTRIBUTION LLC
50 RAUSCH CREEK ROAD
City/State/Zip: TREMONT PA 17981    FOB: [ ]
CID#:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Bill of Lading Number: 561195

(402) 04000000005611957

Carrier Name: LTL
Trailer number:
Seal number(s):
SCAC:
Pro number:

Acct#: 23030
(570)695-2848
Arrival Date: 11/14/24

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ( )   Collect ( )   3rd Party ( )

[ ] (check box)   Master Bill of Lading: with attached underlying Bills of Lading

| Order Line | Ordered | Shipped | Description | Weight | B/O |
|---|---|---|---|---|---|
| | | | Customer PO#: 95631053 | | |
| 802602 005 | 90 | 90 | 688M-5R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS   5/0   RP | | |
| 802602 006 | 30 | 30 | 688M-5R | | |
| | | | 11" FACT SPEC HY(803) MATTRESS   5/0   RP | | |
| 802602 007 | 45 | 45 | 689M-4R | | |
| | | | 11" FACT SPEC HY(933) MATTRESS   4/6   RP | | |
| 802602 008 | 85 | 85 | 689M-5R | | |
| | | | 11" FACT SPEC HY(933) MATTRESS   5/0   RP | | |
| | 250 | 250 | *** TOTAL *** | | |

Seal # 0001867

COD Amount: $ _____
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_[signature]_  1/15/24
Shipper signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described is received in good order, except as noted.