## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>Hearing date: January 21, 2025 at 1:00 p.m. ET<br>Objection deadline: January 14, 2025 at 4:00 p.m. ET |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 7, 2025, Mattress Development Company of Delaware LLC filed the attached *Motion of Mattress Development Company of Delaware LLC for Allowance and Payment of Administrative Expense Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Motion seeks the allowance and payment of administrative claim.

**PLEASE TAKE FURTHER NOTICE** that, any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **January 14, 2025 at 4:00 p.m. ET** (the "Objection Deadline"), must also serve a copy of your response or objection upon the undersigned counsel so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 **on January 21, 2025 at 1:00 p.m. ET**.

**PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING. PLEASE TAKE FURTHER NOTICE THAT, A HEARING WITH RESPECT TO THE MOTION MAY BE SCHEDULED AT THE CONVENIENCE OF THE COURT**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: January 7, 2025

**COOCH AND TAYLOR, P.A**

/s/ *R. Grant Dick IV*
R. Grant Dick IV (Del. No. 5123)
Kevin D. Levitsky (Del. No. 7228)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile:  302-984-3939
Email: gdick@coochtaylor.com

*Counsel to Mattress Development Company of Delaware, LLC*