**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. ____ |

**ORDER GRANTING THE GROVE CITY, OHIO LANDLORD'S MOTION TO
COMPEL IMMEDIATE PAYMENT OF POST-PETITION RENT IN ACCORDANCE
WITH BANKRUPTCY CODE § 365(d)(3) AND STUB RENT IN ACCORDANCE WITH
BANKRUPTCY CODE § 503(b)**

This matter is before the Court pursuant to the *Grove City, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b)* (the "Motion").[2] The Court has reviewed the Motion and finds that (a) the Court has jurisdiction of the Motion, which is a core proceeding, (b) notice of the Motion was proper and no further notice is required, and (c) good cause exists to grant the Motion in its entirety.

It is therefore ORDERED that:

1.      The Motion is granted in its entirety;

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used in this Order without definition shall have the meanings attributed to them in the Motion.

2.      The Debtors shall pay the Post-Petition Rent to the Landlord within seven (7) days of the entry of this Order; and

3.      The Debtors shall pay the Stub Rent to the Landlord within seven (7) days of the entry of this Order.

4931-6354-3053v1