# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: January 21, 2025 at 1:00 p.m.<br>Objection Deadline: January 14, 2025 at 4:00 p.m. |

### NOTICE OF THE GROVE CITY, OHIO LANDLORD'S MOTION TO COMPEL IMMEDIATE PAYMENT OF POST-PETITION RENT IN ACCORDANCE WITH BANKRUPTCY CODE § 365(d)(3) AND STUB RENT IN ACCORDANCE WITH BANKRUPTCY CODE § 503(b)

**PLEASE TAKE NOTICE** that on January 7, 2025, Eastgrove Shopping Center LLC (the "Grove City, Ohio Landlord" or the "Landlord") filed the *Grove City, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent In Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b)*.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to approval of the relief requested in the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 14, 2025,**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

1

**at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Judge Stickles at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on January 21, 2025 at 1:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 7, 2025
      Wilmington, DE 19801

    **ESBROOK P.C.**
    */s/ Scott J. Leonhardt*
    Scott J. Leonhardt (DE 4885)
    1000 N. West Street, Suite 1200
    Wilmington, DE 19801
    (Phone) 302.650.7540
    E-Mail: scott.leonhardt@esbrook.com

    -and-

    Robert B. Berner (0020055)
    Bailey Cavalieri LLC
    409 E. Monument Ave., Suite 103
    Dayton, Ohio  45402
    (Phone) 937.223.4701 / (Fax) 937.223.0170
    E-Mail: rberner@baileycav.com

    *Counsel for the Landlord*