# **<u>Exhibit A</u>**

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

November 01, 2024 - November 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### Financial Statement Audit and Related Services

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| 11/06/2024 | | | | |
| Morse, Randy | Continue to work on project planning for Q3. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with J. Tanguay, S. Raver (Big Lots) to discuss Q3 review plan. | $0.00 | 0.7 | $0.00 |
| 11/07/2024 | | | | |
| Klump, Stephanie | Draft email to J. Schroeder (Big Lots) regarding planning activities for Q3 review and year-end audit procedures. | $0.00 | 0.3 | $0.00 |
| 11/08/2024 | | | | |
| Klump, Stephanie | Prepare analysis of review and audit procedures at the proposed sale closing date. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Work on project planning for Q3. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Plan for audit procedures upon emergence, including opening balance sheet testing, inventory count considerations. | $0.00 | 1.4 | $0.00 |
| Morse, Randy | Continue to plan for audit procedures upon emergence, including opening balance sheet testing, inventory count considerations. | $0.00 | 0.5 | $0.00 |
| 11/11/2024 | | | | |
| Barber, Andrew | Review store inventory count observation procedures in anticipation of January 2024 count attendance. | $0.00 | 1.0 | $0.00 |
| Morse, Randy | Audit planning and fee benchmarking for reemergence as private company / opening balance sheet audit. | $0.00 | 2.0 | $0.00 |
| 11/12/2024 | | | | |
| Barber, Andrew | Meet with R. Morse, M. Parks (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Review guidance for opening balance sheet testing for emergence audit preparation. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with M. Parks, A. Barber (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

November 01, 2024 - November 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 11/13/2024 | | | | | |
| | Barber, Andrew | Meet with T. Gillon (Big Lots) to understand January 2024 store inventory counts scheduled. | $0.00 | 0.5 | $0.00 |
| | Parks, Martrina | Meet with R. Morse, A. Barber (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |
| 11/14/2024 | | | | | |
| | Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss store asset impairment testing considerations. | $0.00 | 0.4 | $0.00 |
| 11/19/2024 | | | | | |
| | Barber, Andrew | Meet with R. Morse, S. Klump (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| | Klump, Stephanie | Meet with R. Morse (Deloitte), J. Tanguay, S. Raver (Big Lots) to discuss planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.9 | $0.00 |
| | Klump, Stephanie | Meet with R. Morse, A. Barber (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| | Morse, Randy | Meet with S. Klump (Deloitte), J. Tanguay, S. Raver (Big Lots) to discuss planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.9 | $0.00 |
| | Morse, Randy | Meet with S. Klump, A. Barber (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| 11/20/2024 | | | | | |
| | Barber, Andrew | Call with J. Morse, J. Burya (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

November 01, 2024 - November 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 11/20/2024 | | | | | |
| | Burya, James | Call with J. Morse, A. Barber (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |
| | Klump, Stephanie | Develop plan for inventory count procedures required for the Big Lots audit. | $0.00 | 0.5 | $0.00 |
| | Morse, Randy | Call with J. Burya, A. Barber (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |
| 11/21/2024 | | | | | |
| | Barber, Andrew | Review planned procedures for attending distribution center cycle counts. | $0.00 | 1.0 | $0.00 |
| 11/22/2024 | | | | | |
| | Barber, Andrew | Create workpapers for distribution count cycle count observation. | $0.00 | 1.0 | $0.00 |
| 11/25/2024 | | | | | |
| | Barber, Andrew | Prepare cycle count observation procedures for December 2024 interim observations. | $0.00 | 2.0 | $0.00 |
| 11/26/2024 | | | | | |
| | Barber, Andrew | Continue to prepare cycle count observation procedures for December 2024 interim observations. | $0.00 | 2.0 | $0.00 |
| | Subtotal for Financial Statement Audit and Related Services: | | | 21.8 | $0.00 |
| *Firm Retention* | | | | | |
| 11/08/2024 | | | | | |
| | Morse, Randy | Meet with M. Rothchild (Deloitte) to discuss bankruptcy billing process. | $0.00 | 0.5 | $0.00 |
| | Subtotal for Firm Retention: | | | 0.5 | $0.00 |

3

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

November 01, 2024 - November 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| 11/08/2024 | | | | |
| Gutierrez, Dalia | Review October data in preparation for the monthly fee application. | $250.00 | 4.2 | $1,050.00 |
| 11/14/2024 | | | | |
| Gutierrez, Dalia | Prepare exhibits and charts for the September monthly fee application. | $250.00 | 0.3 | $75.00 |
| Subtotal for Preparation of Fee Applications: | | | 4.5 | $1,125.00 |
| **Total** | | | 26.8 | $1,125.00 |

| Adjustment | | | | |
|---|---|---|---|---|
| Fixed Fee: November 2024 | | | | $3,700.00 |
| **Adjustment Subtotal :** | | | | $3,700.00 |
| **Total** | | | 26.8 | $4,825.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Gutierrez, Dalia | $250.00 | 4.5 | $1,125.00 |
| Barber, Andrew | $0.00 | 9.0 | $0.00 |
| Burya, James | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | $0.00 | 2.8 | $0.00 |
| Morse, Randy | $0.00 | 9.6 | $0.00 |
| Parks, Martrina | $0.00 | 0.6 | $0.00 |
| Fixed Fee: November 2024 | | | $3,700.00 |
| **Total** | | 26.8 | $4,825.00 |