**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br> (Jointly Administered) <br><br> **Related Docket No.:** |

**ORDER GRANTING MOTION OF WRP GATEWAY, LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon the *Motion of for Allowance and Payment of Administrative Expense Claim* ("Motion"), pursuant to Sections 365(d)(3), 503(a), 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code filed by WRP Gateway, LLC ("Landlord"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    Landlord shall have and is hereby granted and an allowed administrative expense claim against the Debtors for the post-petition rent, comprised of $36,291.98 and all future rent due and owing under the Lease Agreement through the date of assumption or rejection the Lease Agreement.

3.    The Debtors shall immediately pay the Post-Petition Rent currently due and owing of $36,291.98, and the Debtors shall promptly pay all rent due and owing Landlord under the Lease Agreement that accrues after December 31, 2024, without further order of this Court.

1

4. This Order shall be without prejudice to Landlord's right to seek allowance of further claims against the Debtor's estates, including, but not limited to, claims for damages arising from any future rejection of the Lease Agreement.

5. No stay of this Order shall be in effect, including, but not limited to, any stay contemplated under Fed. R. Bankr. P. 4001(a)(3).

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.