**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. \_\_\_** |

## ORDER GRANTING ARRIVE LOGISTICS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

D.M. Trans, LLC d/b/a Arrive Logistics ("Arrive"), having filed its motion [D.I. [●]] (the "Motion"),[2] seeking the entry of an order, pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code, (a) allowing Arrive's administrative expense claim against the Debtors in an amount no less than $351,406.72, (b) directing the Debtors to pay that administrative expense claim within seven days of entry of the order, and (c) granting such other relief as is just and proper; and the Court having jurisdiction over the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors' estates, its creditor(s), and all parties-in-interest; and the Court having determined that the legal and factual bases set forth

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

in the Motion and at the hearing establish just cause for the relief granted herein, and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code, Arrive is allowed an administrative expense claim in the amount of $351,406.72.

3. The Debtors are hereby directed to pay Arrive on account of its administrative expense claim in the amount of $351,406.72 within seven days of entry of this Order.

4. This Order shall be immediately effective upon entry.

5. The Court shall retain jurisdiction over the interpretation and enforcement of this Order.