**<u>Exhibit B</u>**

| Invoice Number | Customer Name | Load Number | Ship Date | Delivery Date | Invoice Date | Due Date/Receive By | Amount | Amount Remaining | Destination Name |
|---|---|---|---|---|---|---|---|---|---|
| INV4220865 | Big Lots, Inc. | 5760231 | 8/12/2024 | 8/14/2024 | 8/17/2024 | 9/16/2024 | 1,179.87 | 1,179.87 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4233398 | Big Lots, Inc. (Accessorials) | 5704224 | 7/22/2024 | 7/22/2024 | 8/21/2024 | 9/20/2024 | 45.00 | 45.00 | Big Lots Columbus DC - #0890 |
| INV4250923 | Big Lots, Inc. (Accessorials) | 5808049 | 8/19/2024 | 8/19/2024 | 8/26/2024 | 9/25/2024 | 250.00 | 250.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4300407 | Big Lots, Inc. (Accessorials) | 5861655 | 9/3/2024 | 9/3/2024 | 9/9/2024 | 10/9/2024 | 250.00 | 250.00 | BIG LOTS  INC. |
| INV4394716 | Big Lots, Inc. (Accessorials) | 5966168 | 9/27/2024 | 9/27/2024 | 10/4/2024 | 11/3/2024 | 250.00 | 250.00 | BIG LOTS # 879 |
| INV4394712 | Big Lots, Inc. (Accessorials) | 5966195 | 9/27/2024 | 9/27/2024 | 10/4/2024 | 11/3/2024 | 250.00 | 250.00 | BIG LOTS # 879 |
| INV4394705 | Big Lots, Inc. (Accessorials) | 5965972 | 9/27/2024 | 9/27/2024 | 10/4/2024 | 11/3/2024 | 250.00 | 250.00 | BIG LOTS  INC. |
| INV4394701 | Big Lots, Inc. (Accessorials) | 5965941 | 9/27/2024 | 9/27/2024 | 10/4/2024 | 11/3/2024 | 250.00 | 250.00 | BIG LOTS # 879 |
| INV4394708 | Big Lots, Inc. (Accessorials) | 5966126 | 9/27/2024 | 9/27/2024 | 10/4/2024 | 11/3/2024 | 250.00 | 250.00 | BIG LOTS # 879 |
| INV4412517 | Big Lots, Inc. (Accessorials) | 5986883 | 9/30/2024 | 10/1/2024 | 10/9/2024 | 11/8/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4416188 | Big Lots, Inc. | 5957257 | 10/2/2024 | 10/10/2024 | 10/10/2024 | 11/9/2024 | 5,085.83 | 5,085.83 | BIG LOTS  INC. |
| INV4424889 | Big Lots, Inc. | 6002356 | 10/7/2024 | 10/9/2024 | 10/12/2024 | 11/11/2024 | 1,786.42 | 1,786.42 | BIG LOTS # 879 |
| INV4426831 | Big Lots, Inc. | 6003991 | 10/8/2024 | 10/9/2024 | 10/13/2024 | 11/12/2024 | 1,746.45 | 1,746.45 | BIG LOTS # 879 |
| INV4427068 | Big Lots, Inc. | 6006218 | 10/9/2024 | 10/10/2024 | 10/13/2024 | 11/12/2024 | 874.00 | 874.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4427074 | Big Lots, Inc. | 6006220 | 10/9/2024 | 10/10/2024 | 10/13/2024 | 11/12/2024 | 874.00 | 874.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4433400 | Big Lots, Inc. (Accessorials) | 6009788 | 10/4/2024 | 10/7/2024 | 10/15/2024 | 11/14/2024 | 420.00 | 420.00 | BIG LOTS # 879 |
| INV4433418 | Big Lots, Inc. (Accessorials) | 6006475 | 10/4/2024 | 10/8/2024 | 10/15/2024 | 11/14/2024 | 120.00 | 120.00 | BIG LOTS # 879 |
| INV4441284 | Big Lots, Inc. | 5998887 | 10/11/2024 | 10/13/2024 | 10/17/2024 | 11/16/2024 | 3,026.66 | 1,534.63 | BIG LOTS  INC. |
| INV4441302 | Big Lots, Inc. | 6000531 | 10/10/2024 | 10/14/2024 | 10/17/2024 | 11/16/2024 | 3,152.98 | 3,152.98 | BIG LOTS  INC. |
| INV4441449 | Big Lots, Inc. (Accessorials) | 6018650 | 10/7/2024 | 10/10/2024 | 10/17/2024 | 11/16/2024 | 240.00 | 240.00 | BIG LOTS  INC. |
| INV4441451 | Big Lots, Inc. (Accessorials) | 6018733 | 10/9/2024 | 10/10/2024 | 10/17/2024 | 11/16/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4441452 | Big Lots, Inc. (Accessorials) | 6018904 | 10/10/2024 | 10/10/2024 | 10/17/2024 | 11/16/2024 | 90.00 | 90.00 | BIG LOTS  INC. |
| INV4441457 | Big Lots, Inc. (Accessorials) | 6018324 | 10/7/2024 | 10/9/2024 | 10/17/2024 | 11/16/2024 | 30.00 | 30.00 | BIG LOTS # 879 |
| INV4441464 | Big Lots, Inc. (Accessorials) | 6019193 | 10/9/2024 | 10/10/2024 | 10/17/2024 | 11/16/2024 | 250.00 | 250.00 | BIG LOTS  INC. |
| INV4441463 | Big Lots, Inc. (Accessorials) | 6019062 | 10/2/2024 | 10/3/2024 | 10/17/2024 | 11/16/2024 | 30.00 | 30.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4441511 | Big Lots, Inc. (Accessorials) | 6021113 | 10/10/2024 | 10/10/2024 | 10/17/2024 | 11/16/2024 | 60.00 | 60.00 | BIG LOTS  INC. |
| INV4446586 | Big Lots, Inc. (Accessorials) | 6029421 | 10/11/2024 | 10/11/2024 | 10/18/2024 | 11/17/2024 | 45.00 | 45.00 | BIG LOTS  INC. |
| INV4446562 | Big Lots, Inc. (Accessorials) | 6026911 | 10/11/2024 | 10/11/2024 | 10/18/2024 | 11/17/2024 | 300.00 | 300.00 | BIG LOTS  INC. |
| INV4446555 | Big Lots, Inc. (Accessorials) | 6025509 | 10/11/2024 | 10/11/2024 | 10/18/2024 | 11/17/2024 | 60.00 | 60.00 | BIG LOTS # 879 |
| INV4446521 | Big Lots, Inc. (Accessorials) | 6021046 | 10/11/2024 | 10/11/2024 | 10/18/2024 | 11/17/2024 | 120.00 | 120.00 | BIG LOTS # 879 |
| INV4453900 | Big Lots, Inc. (Accessorials) | 6035239 | 10/14/2024 | 10/14/2024 | 10/21/2024 | 11/20/2024 | 120.00 | 120.00 | BIG LOTS # 879 |
| INV4453898 | Big Lots, Inc. (Accessorials) | 6035515 | 10/14/2024 | 10/14/2024 | 10/21/2024 | 11/20/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4459751 | Big Lots, Inc. (Accessorials) | 6037169 | 10/15/2024 | 10/15/2024 | 10/22/2024 | 11/21/2024 | 210.00 | 210.00 | BIG LOTS # 879 |
| INV4459776 | Big Lots, Inc. (Accessorials) | 6041552 | 10/15/2024 | 10/15/2024 | 10/22/2024 | 11/21/2024 | 250.00 | 250.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4459774 | Big Lots, Inc. (Accessorials) | 6041293 | 10/15/2024 | 10/15/2024 | 10/22/2024 | 11/21/2024 | 120.00 | 120.00 | BIG LOTS  INC. |
| INV4459769 | Big Lots, Inc. (Accessorials) | 6039951 | 10/15/2024 | 10/15/2024 | 10/22/2024 | 11/21/2024 | 1,000.00 | 1,000.00 | BIG LOTS # 879 |
| INV4464632 | Big Lots, Inc. (Accessorials) | 6045138 | 10/16/2024 | 10/16/2024 | 10/23/2024 | 11/22/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4469159 | Big Lots, Inc. (Accessorials) | 6048892 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 60.00 | 60.00 | BIG LOTS  INC. |
| INV4469167 | Big Lots, Inc. (Accessorials) | 6049144 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4469234 | Big Lots, Inc. (Accessorials) | 6053170 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 300.00 | 300.00 | BIG LOTS  INC. |
| INV4469237 | Big Lots, Inc. (Accessorials) | 6053065 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 120.00 | 120.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4469156 | Big Lots, Inc. (Accessorials) | 6048392 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 60.00 | 60.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4469162 | Big Lots, Inc. (Accessorials) | 6036445 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 150.00 | 150.00 | BIG LOTS # 879 |
| INV4469181 | Big Lots, Inc. (Accessorials) | 6049035 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 180.00 | 180.00 | BIG LOTS  INC. |
| INV4469187 | Big Lots, Inc. (Accessorials) | 6048491 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 120.00 | 120.00 | BIG LOTS  INC. |
| INV4469212 | Big Lots, Inc. (Accessorials) | 6051740 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 120.00 | 120.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4469229 | Big Lots, Inc. (Accessorials) | 6052877 | 10/17/2024 | 10/17/2024 | 10/24/2024 | 11/23/2024 | 210.00 | 210.00 | BIG LOTS # 879 |
| INV4475575 | Big Lots, Inc. (Accessorials) | 6054732 | 10/18/2024 | 10/18/2024 | 10/25/2024 | 11/24/2024 | 270.00 | 270.00 | BIG LOTS # 879 |
| INV4475780 | Big Lots, Inc. (Accessorials) | 6059497 | 10/18/2024 | 10/18/2024 | 10/25/2024 | 11/24/2024 | 60.00 | 60.00 | BIG LOTS  INC. |
| INV4475581 | Big Lots, Inc. (Accessorials) | 6056739 | 10/18/2024 | 10/18/2024 | 10/25/2024 | 11/24/2024 | 120.00 | 120.00 | BIG LOTS # 879 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INV4475764 | Big Lots, Inc. (Accessorials) | 6059451 | 10/18/2024 | 10/18/2024 | 10/25/2024 | 11/24/2024 | 300.00 | 300.00 | BIG LOTS # 879 |
| INV4477545 | Big Lots, Inc. | 6006306 | 10/14/2024 | 10/15/2024 | 10/26/2024 | 11/25/2024 | 1,739.48 | 356.96 | BIG LOTS  INC. |
| INV4478125 | Big Lots, Inc. | 6054531 | 10/22/2024 | 10/23/2024 | 10/26/2024 | 11/25/2024 | 1,064.72 | 2.26 | BIG LOTS 5384 |
| INV4478402 | Big Lots, Inc. | 6031084 | 10/21/2024 | 10/23/2024 | 10/26/2024 | 11/25/2024 | 1,265.74 | 1,265.74 | BIG LOTS # 879 |
| INV4478131 | Big Lots, Inc. | 6054539 | 10/22/2024 | 10/23/2024 | 10/26/2024 | 11/25/2024 | 1,119.72 | 2.58 | BIG LOTS STORES - #5411 |
| INV4479481 | Big Lots, Inc. | 6054540 | 10/23/2024 | 10/24/2024 | 10/27/2024 | 11/26/2024 | 1,067.78 | 2.33 | BIG LOTS STORES - #5293 |
| INV4479581 | Big Lots, Inc. | 6047794 | 10/23/2024 | 10/24/2024 | 10/27/2024 | 11/26/2024 | 1,460.37 | 4.08 | BIG LOTS  INC. |
| INV4480711 | Big Lots, Inc. | 6054537 | 10/24/2024 | 10/25/2024 | 10/28/2024 | 11/27/2024 | 1,430.31 | 3.36 | BIG LOTS STORES - #5419 |
| INV4480761 | Big Lots, Inc. (Accessorials) | 6064439 | 10/21/2024 | 10/21/2024 | 10/28/2024 | 11/27/2024 | 150.00 | 150.00 | BIG LOTS # 879 |
| INV4480818 | Big Lots, Inc. | 6087566 | 10/25/2024 | 10/25/2024 | 10/28/2024 | 11/27/2024 | 250.00 | 250.00 | BIG LOTS  INC. |
| INV4480696 | Big Lots, Inc. | 6048545 | 10/21/2024 | 10/25/2024 | 10/28/2024 | 11/27/2024 | 5,602.33 | 5,602.33 | BIG LOTS  INC. |
| INV4480817 | Big Lots, Inc. | 6086116 | 10/22/2024 | 10/22/2024 | 10/28/2024 | 11/27/2024 | 100.00 | 100.00 | BIG LOTS  INC. |
| INV4480732 | Big Lots, Inc. | 6047808 | 10/23/2024 | 10/25/2024 | 10/28/2024 | 11/27/2024 | 2,094.29 | 2,094.29 | BIG LOTS # 879 |
| INV4480741 | Big Lots, Inc. | 6047814 | 10/23/2024 | 10/24/2024 | 10/28/2024 | 11/27/2024 | 1,276.77 | 2.86 | BIG LOTS  INC. |
| INV4480754 | Big Lots, Inc. (Accessorials) | 6063623 | 10/21/2024 | 10/21/2024 | 10/28/2024 | 11/27/2024 | 150.00 | 150.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4480759 | Big Lots, Inc. (Accessorials) | 6064547 | 10/21/2024 | 10/21/2024 | 10/28/2024 | 11/27/2024 | 60.00 | 60.00 | BIG LOTS  INC. |
| INV4486707 | Big Lots, Inc. (Accessorials) | 6068370 | 10/22/2024 | 10/22/2024 | 10/29/2024 | 11/28/2024 | 120.00 | 120.00 | BIG LOTS  INC. |
| INV4486673 | Big Lots, Inc. (Accessorials) | 6066146 | 10/21/2024 | 10/22/2024 | 10/29/2024 | 11/28/2024 | 250.00 | 250.00 | BIG LOTS # 879 |
| INV4486662 | Big Lots, Inc. (Accessorials) | 6019619 | 10/7/2024 | 10/7/2024 | 10/29/2024 | 11/28/2024 | 300.00 | 300.00 | BIG LOTS # 879 |
| INV4486696 | Big Lots, Inc. (Accessorials) | 6067811 | 10/22/2024 | 10/22/2024 | 10/29/2024 | 11/28/2024 | 60.00 | 60.00 | BIG LOTS  INC. |
| INV4486736 | Big Lots, Inc. (Accessorials) | 6069065 | 10/22/2024 | 10/22/2024 | 10/29/2024 | 11/28/2024 | 180.00 | 180.00 | BIG LOTS # 879 |
| INV4488221 | Big Lots, Inc. | 5951065 | 10/2/2024 | 10/3/2024 | 10/29/2024 | 11/28/2024 | 834.31 | 834.31 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4488277 | Big Lots, Inc. | 5991435 | 10/4/2024 | 10/7/2024 | 10/29/2024 | 11/28/2024 | 7,935.97 | 2,160.00 | BIG LOTS  INC. |
| INV4490895 | Big Lots, Inc. | 6011929 | 10/18/2024 | 10/21/2024 | 10/30/2024 | 11/29/2024 | 1,324.32 | 175.99 | BIG LOTS # 879 |
| INV4490814 | Big Lots, Inc. | 6034678 | 10/17/2024 | 10/22/2024 | 10/30/2024 | 11/29/2024 | 3,875.52 | 1,991.83 | BIG LOTS # 879 |
| INV4491293 | Big Lots, Inc. (Accessorials) | 6071833 | 10/22/2024 | 10/23/2024 | 10/30/2024 | 11/29/2024 | 60.00 | 60.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4491283 | Big Lots, Inc. (Accessorials) | 6071328 | 10/23/2024 | 10/23/2024 | 10/30/2024 | 11/29/2024 | 300.00 | 300.00 | BIG LOTS  INC. |
| INV4495824 | Big Lots, Inc. (Accessorials) | 6075350 | 10/24/2024 | 10/24/2024 | 10/31/2024 | 11/30/2024 | 250.00 | 250.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4495816 | Big Lots, Inc. (Accessorials) | 6075477 | 10/23/2024 | 10/24/2024 | 10/31/2024 | 11/30/2024 | 120.00 | 108.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4505158 | Big Lots, Inc. | 6023356 | 10/28/2024 | 10/29/2024 | 11/4/2024 | 12/4/2024 | 930.77 | 60.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4504894 | Big Lots, Inc. | 6023331 | 10/23/2024 | 10/24/2024 | 11/4/2024 | 12/4/2024 | 1,706.71 | 150.00 | BIG LOTS  INC. |
| INV4504946 | Big Lots, Inc. | 6052729 | 10/22/2024 | 10/25/2024 | 11/4/2024 | 12/4/2024 | 2,127.38 | 120.00 | BIG LOTS # 879 |
| INV4510908 | Big Lots, Inc. | 6083536 | 10/30/2024 | 10/31/2024 | 11/5/2024 | 12/5/2024 | 1,902.53 | 1,364.65 | BIG LOTS  INC. |
| INV4518677 | Big Lots, Inc. (Accessorials) | 6036652 | 10/31/2024 | 10/31/2024 | 11/7/2024 | 12/7/2024 | 270.00 | 270.00 | BIG LOTS # 879 |
| INV4523436 | Big Lots, Inc. | 6089512 | 11/4/2024 | 11/6/2024 | 11/8/2024 | 12/8/2024 | 2,294.96 | 180.00 | BIG LOTS # 879 |
| INV4527600 | Big Lots, Inc. | 6056451 | 11/4/2024 | 11/6/2024 | 11/10/2024 | 12/10/2024 | 2,466.80 | 338.58 | BIG LOTS # 879 |
| INV4528704 | Big Lots, Inc. (Accessorials) | 6045637 | 10/15/2024 | 10/16/2024 | 11/11/2024 | 12/11/2024 | 120.00 | 120.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4530659 | Big Lots, Inc. | 6023318 | 10/21/2024 | 10/23/2024 | 11/11/2024 | 12/11/2024 | 2,236.51 | 172.26 | BIG LOTS # 879 |
| INV4531511 | Big Lots, Inc. | 6017807 | 11/8/2024 | 11/11/2024 | 11/11/2024 | 12/11/2024 | 2,429.16 | 2,429.16 | BIG LOTS # 879 |
| INV4533868 | Big Lots, Inc. | 6110100 | 11/4/2024 | 11/6/2024 | 11/12/2024 | 12/12/2024 | 1,881.96 | 60.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4535903 | Big Lots, Inc. | 6089486 | 11/11/2024 | 11/12/2024 | 11/12/2024 | 12/12/2024 | 885.82 | 825.82 | BIG LOTS  INC. |
| INV4541900 | Big Lots, Inc. | 6106280 | 11/6/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 5,064.08 | 5,064.08 | BIG LOTS  INC. |
| INV4541661 | Big Lots, Inc. | 6115086 | 11/8/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 1,127.50 | 1,127.50 | BIG LOTS STORES - #5438 |
| INV4542226 | Big Lots, Inc. | 6118379 | 11/8/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 1,404.40 | 1,404.40 | BIG LOTS  INC. |
| INV4542296 | Big Lots, Inc. | 6065855 | 11/8/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 1,340.86 | 1,340.86 | BIG LOTS # 879 |
| INV4542033 | Big Lots, Inc. | 6126045 | 11/8/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 2,196.62 | 2,196.62 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4542214 | Big Lots, Inc. | 6124351 | 11/8/2024 | 11/11/2024 | 11/14/2024 | 12/14/2024 | 1,895.04 | 1,895.04 | BIG LOTS # 879 |
| INV4512124 | Big Lots, Inc. | 6006287 | 10/11/2024 | 10/15/2024 | 11/15/2024 | 12/15/2024 | 150.00 | 150.00 | BIG LOTS  INC. |
| INV4545194 | Big Lots, Inc. | 6052721 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,396.72 | 1,396.72 | BIG LOTS  INC. |
| INV4545146 | Big Lots, Inc. (Accessorials) | 6040169 | 10/21/2024 | 11/1/2024 | 11/15/2024 | 12/15/2024 | 60.00 | 60.00 | BIG LOTS # 879 |
| INV4545743 | Big Lots, Inc. | 6103306 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,185.93 | 1,185.93 | BIG LOTS # 879 |

| Invoice | Debtor | Number | Date 1 | Date 2 | Date 3 | Date 4 | Amount 1 | Amount 2 | Name |
|---|---|---|---|---|---|---|---|---|---|
| INV4545215 | Big Lots, Inc. | 6052726 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,396.72 | 1,396.72 | BIG LOTS  INC. |
| INV4545516 | Big Lots, Inc. | 6107816 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 821.65 | 821.65 | BIG LOTS # 879 |
| INV4545970 | Big Lots, Inc. | 6089497 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,667.59 | 1,667.59 | BIG LOTS  INC. |
| INV4545984 | Big Lots, Inc. | 6150566 | 11/10/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 2,500.00 | 2,500.00 | BIG LOTS  INC. |
| INV4545985 | Big Lots, Inc. | 6150569 | 11/10/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 2,500.00 | 2,500.00 | BIG LOTS  INC. |
| INV4545989 | Big Lots, Inc. | 6150565 | 11/10/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 2,500.00 | 2,500.00 | BIG LOTS  INC. |
| INV4545983 | Big Lots, Inc. | 6089496 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,667.59 | 1,667.59 | BIG LOTS  INC. |
| INV4546062 | Big Lots, Inc. | 6121506 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,254.13 | 1,254.13 | BIG LOTS # 879 |
| INV4546008 | Big Lots, Inc. | 6089483 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,667.59 | 1,667.59 | BIG LOTS  INC. |
| INV4546114 | Big Lots, Inc. | 6121508 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,254.13 | 1,254.13 | BIG LOTS # 879 |
| INV4545988 | Big Lots, Inc. | 6150728 | 11/10/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 2,500.00 | 2,500.00 | BIG LOTS  INC. |
| INV4546003 | Big Lots, Inc. | 6089495 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,667.59 | 1,667.59 | BIG LOTS  INC. |
| INV4546064 | Big Lots, Inc. | 6052733 | 11/11/2024 | 11/12/2024 | 11/15/2024 | 12/15/2024 | 1,396.72 | 1,396.72 | BIG LOTS  INC. |
| INV4547983 | Big Lots, Inc. | 6089493 | 11/12/2024 | 11/13/2024 | 11/15/2024 | 12/15/2024 | 1,742.59 | 1,742.59 | BIG LOTS  INC. |
| INV4547837 | Big Lots, Inc. | 6036517 | 11/5/2024 | 11/7/2024 | 11/15/2024 | 12/15/2024 | 2,682.57 | 219.56 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4547850 | Big Lots, Inc. (Accessorials) | 6077604 | 10/23/2024 | 10/23/2024 | 11/15/2024 | 12/15/2024 | 120.00 | 120.00 | BIG LOTS  INC. |
| INV4547987 | Big Lots, Inc. | 6089494 | 11/12/2024 | 11/13/2024 | 11/15/2024 | 12/15/2024 | 1,742.59 | 1,742.59 | BIG LOTS  INC. |
| INV4548643 | Big Lots, Inc. | 6098879 | 11/4/2024 | 11/5/2024 | 11/15/2024 | 12/15/2024 | 1,401.19 | 180.00 | BIG LOTS # 879 |
| INV4548656 | Big Lots, Inc. | 6124354 | 11/8/2024 | 11/11/2024 | 11/15/2024 | 12/15/2024 | 1,461.10 | 1,341.10 | BIG LOTS  INC. |
| INV4548652 | Big Lots, Inc. | 6106346 | 11/6/2024 | 11/8/2024 | 11/15/2024 | 12/15/2024 | 2,040.10 | 306.03 | BIG LOTS  INC. |
| INV4548654 | Big Lots, Inc. | 6106350 | 11/13/2024 | 11/14/2024 | 11/15/2024 | 12/15/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4549495 | Big Lots, Inc. | 6052718 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,471.72 | 1,471.72 | BIG LOTS  INC. |
| INV4549496 | Big Lots, Inc. | 6052737 | 11/11/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 2,394.48 | 2,394.48 | BIG LOTS  INC. |
| INV4550101 | Big Lots, Inc. | 6145950 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,164.00 | 1,164.00 | BIG LOTS STORES - #5426 |
| INV4549498 | Big Lots, Inc. | 6052719 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,396.72 | 1,396.72 | BIG LOTS  INC. |
| INV4549862 | Big Lots, Inc. | 6089449 | 11/11/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 2,202.61 | 787.54 | BIG LOTS  INC. |
| INV4550189 | Big Lots, Inc. | 6109312 | 11/11/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 2,206.94 | 2,206.94 | BIG LOTS # 879 |
| INV4550098 | Big Lots, Inc. | 6145942 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,114.56 | 1,114.56 | BIG LOTS STORES - #5411 |
| INV4550099 | Big Lots, Inc. | 6145943 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,173.66 | 1,173.66 | BIG LOTS STORES - #0411 |
| INV4550233 | Big Lots, Inc. | 6116797 | 11/11/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,946.33 | 1,946.33 | BIG LOTS # 879 |
| INV4550114 | Big Lots, Inc. | 6145941 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,060.20 | 1,060.20 | BIG LOTS 5384 |
| INV4550266 | Big Lots, Inc. | 6121505 | 11/12/2024 | 11/13/2024 | 11/16/2024 | 12/16/2024 | 1,254.13 | 1,254.13 | BIG LOTS # 879 |
| INV4551956 | Big Lots, Inc. | 6145946 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,066.14 | 1,066.14 | BIG LOTS #5348 |
| INV4552149 | Big Lots, Inc. | 6109419 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,505.67 | 1,505.67 | BIG LOTS  INC. |
| INV4552180 | Big Lots, Inc. | 6058005 | 11/12/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 3,863.60 | 3,863.60 | BIG LOTS # 879 |
| INV4551932 | Big Lots, Inc. | 6106281 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,312.51 | 1,312.51 | BIG LOTS  INC. |
| INV4551975 | Big Lots, Inc. | 6106404 | 11/12/2024 | 11/13/2024 | 11/17/2024 | 12/17/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4552017 | Big Lots, Inc. | 6106367 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4551966 | Big Lots, Inc. | 6145945 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,477.79 | 1,477.79 | BIG LOTS STORES - #5404 |
| INV4552066 | Big Lots, Inc. | 6150567 | 11/10/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 2,500.00 | 2,500.00 | BIG LOTS  INC. |
| INV4551958 | Big Lots, Inc. | 6145948 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,161.22 | 1,161.22 | BIG LOTS STORES - #0397 |
| INV4552018 | Big Lots, Inc. | 6106352 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4552151 | Big Lots, Inc. | 6094720 | 11/11/2024 | 11/13/2024 | 11/17/2024 | 12/17/2024 | 3,852.32 | 3,852.32 | BIG LOTS # 879 |
| INV4552165 | Big Lots, Inc. | 6106406 | 11/13/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4552176 | Big Lots, Inc. | 6103307 | 11/12/2024 | 11/13/2024 | 11/17/2024 | 12/17/2024 | 1,185.93 | 1,185.93 | BIG LOTS # 879 |
| INV4552214 | Big Lots, Inc. | 6085939 | 11/12/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 2,439.56 | 2,439.56 | BIG LOTS  INC. |
| INV4552281 | Big Lots, Inc. | 6105136 | 11/12/2024 | 11/14/2024 | 11/17/2024 | 12/17/2024 | 3,852.32 | 3,852.32 | BIG LOTS # 879 |
| INV4553016 | Big Lots, Inc. | 6145058 | 11/8/2024 | 11/14/2024 | 11/18/2024 | 12/18/2024 | 4,709.02 | 4,709.02 | BIG LOTS  INC. |
| INV4552872 | Big Lots, Inc. | 6106386 | 11/14/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |
| INV4552923 | Big Lots, Inc. | 6106283 | 11/13/2024 | 11/14/2024 | 11/18/2024 | 12/18/2024 | 1,687.99 | 1,687.99 | BIG LOTS  INC. |
| INV4552863 | Big Lots, Inc. | 6106379 | 11/14/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,421.15 | 1,421.15 | BIG LOTS  INC. |

| Invoice | Customer | Ref | Date 1 | Date 2 | Date 3 | Date 4 | Amount 1 | Amount 2 | Store |
|---|---|---|---|---|---|---|---|---|---|
| INV4552916 | Big Lots, Inc. | 6106366 | 11/14/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,421.15 | 1,421.15 | BIG LOTS INC. |
| INV4552939 | Big Lots, Inc. | 6109317 | 11/13/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 2,451.18 | 2,451.18 | BIG LOTS # 879 |
| INV4552655 | Big Lots, Inc. | 6047797 | 11/13/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,943.76 | 1,943.76 | BIG LOTS INC. |
| INV4552911 | Big Lots, Inc. | 6106377 | 11/14/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,421.15 | 1,421.15 | BIG LOTS INC. |
| INV4553041 | Big Lots, Inc. | 6145944 | 11/14/2024 | 11/15/2024 | 11/18/2024 | 12/18/2024 | 1,214.07 | 1,214.07 | BIG LOTS STORES - #5109 |
| INV4556462 | Big Lots, Inc. | 6161296 | 11/15/2024 | 11/18/2024 | 11/18/2024 | 12/18/2024 | 1,621.00 | 1,591.00 | BIG LOTS INC. |
| INV4556448 | Big Lots, Inc. (Accessorials) | 6057619 | 10/19/2024 | 10/19/2024 | 11/18/2024 | 12/18/2024 | 300.00 | 300.00 | BIG LOTS INC. |
| INV4556442 | Big Lots, Inc. (Accessorials) | 6027411 | 9/10/2024 | 10/13/2024 | 11/18/2024 | 12/18/2024 | 150.00 | 150.00 | BIG LOTS # 879 |
| INV4557418 | Big Lots, Inc. | 6011933 | 10/18/2024 | 10/21/2024 | 11/19/2024 | 12/19/2024 | 1,264.32 | 115.99 | BIG LOTS # 879 |
| INV4559830 | Big Lots, Inc. | 6151021 | 11/15/2024 | 11/18/2024 | 11/19/2024 | 12/19/2024 | 1,866.20 | 1,746.20 | BIG LOTS # 879 |
| INV4564061 | Big Lots, Inc. | 6023332 | 10/22/2024 | 10/23/2024 | 11/20/2024 | 12/20/2024 | 1,916.71 | 1,556.71 | BIG LOTS INC. |
| INV4567014 | Big Lots, Inc. | 6145940 | 11/15/2024 | 11/18/2024 | 11/21/2024 | 12/21/2024 | 1,038.92 | 1,038.92 | BIG LOTS STORES - #5438 |
| INV4567267 | Big Lots, Inc. | 6103035 | 11/14/2024 | 11/18/2024 | 11/21/2024 | 12/21/2024 | 6,800.00 | 6,800.00 | BIG LOTS INC. |
| INV4567256 | Big Lots, Inc. | 6126046 | 11/15/2024 | 11/18/2024 | 11/21/2024 | 12/21/2024 | 2,364.92 | 2,364.92 | BIG LOTS # 879 |
| INV4566947 | Big Lots, Inc. | 6089475 | 11/15/2024 | 11/18/2024 | 11/21/2024 | 12/21/2024 | 750.82 | 750.82 | BIG LOTS INC. |
| INV4566977 | Big Lots, Inc. | 6106368 | 11/15/2024 | 11/18/2024 | 11/21/2024 | 12/21/2024 | 1,421.15 | 1,421.15 | BIG LOTS INC. |
| INV4569661 | Big Lots, Inc. | 6199707 | 11/20/2024 | 11/21/2024 | 11/21/2024 | 12/21/2024 | 250.00 | 250.00 | BIG LOTS INC. |
| INV4569345 | Big Lots, Inc. | 6041515 | 11/5/2024 | 11/7/2024 | 11/21/2024 | 12/21/2024 | 2,170.67 | 276.65 | BIG LOTS # 879 |
| INV4570103 | Big Lots, Inc. | 6073047 | 10/29/2024 | 10/30/2024 | 11/21/2024 | 12/21/2024 | 997.75 | 301.01 | BIG LOTS INC. |
| INV4570363 | Big Lots, Inc. | 6106353 | 11/13/2024 | 11/14/2024 | 11/21/2024 | 12/21/2024 | 1,809.43 | 1,659.43 | BIG LOTS INC. |
| INV4570107 | Big Lots, Inc. | 6076116 | 11/12/2024 | 11/13/2024 | 11/21/2024 | 12/21/2024 | 1,702.79 | 1,702.79 | BIG LOTS INC. |
| INV4571760 | Big Lots, Inc. | 6088455 | 10/30/2024 | 10/31/2024 | 11/22/2024 | 12/22/2024 | 2,006.53 | 1,358.65 | BIG LOTS INC. |
| INV4572082 | Big Lots, Inc. | 6161294 | 11/15/2024 | 11/18/2024 | 11/22/2024 | 12/22/2024 | 1,591.00 | 1,591.00 | BIG LOTS INC. |
| INV4572086 | Big Lots, Inc. | 6166892 | 11/15/2024 | 11/19/2024 | 11/22/2024 | 12/22/2024 | 1,879.45 | 1,879.45 | BIG LOTS # 879 |
| INV4574609 | Big Lots, Inc. | 6151018 | 11/15/2024 | 11/18/2024 | 11/22/2024 | 12/22/2024 | 2,016.20 | 1,746.20 | BIG LOTS # 879 |
| INV4575813 | Big Lots, Inc. | 6047793 | 10/23/2024 | 10/24/2024 | 11/22/2024 | 12/22/2024 | 1,785.37 | 254.08 | BIG LOTS INC. |
| INV4575822 | Big Lots, Inc. | 6095881 | 10/30/2024 | 10/31/2024 | 11/22/2024 | 12/22/2024 | 1,523.54 | 90.00 | BIG LOTS # 879 |
| INV4575815 | Big Lots, Inc. | 6052738 | 11/11/2024 | 11/13/2024 | 11/22/2024 | 12/22/2024 | 2,574.48 | 2,394.48 | BIG LOTS INC. |
| INV4575823 | Big Lots, Inc. | 6060075 | 10/30/2024 | 11/1/2024 | 11/22/2024 | 12/22/2024 | 1,954.15 | 66.00 | BIG LOTS INC. |
| INV4575825 | Big Lots, Inc. | 6089447 | 11/12/2024 | 11/13/2024 | 11/22/2024 | 12/22/2024 | 1,933.34 | 1,873.34 | BIG LOTS INC. |
| INV4575819 | Big Lots, Inc. | 6058001 | 10/23/2024 | 10/28/2024 | 11/22/2024 | 12/22/2024 | 5,932.33 | 4,927.63 | BIG LOTS INC. |
| INV4575826 | Big Lots, Inc. | 6089448 | 11/13/2024 | 11/14/2024 | 11/22/2024 | 12/22/2024 | 1,421.28 | 1,361.28 | BIG LOTS INC. |
| INV4576982 | Big Lots, Inc. | 6176486 | 11/18/2024 | 11/19/2024 | 11/23/2024 | 12/23/2024 | 1,650.00 | 1,650.00 | BIG LOTS # 879 |
| INV4578580 | Big Lots, Inc. | 6094721 | 11/14/2024 | 11/21/2024 | 11/24/2024 | 12/24/2024 | 6,800.00 | 6,800.00 | BIG LOTS INC. |
| INV4578679 | Big Lots, Inc. | 6171432 | 11/18/2024 | 11/21/2024 | 11/24/2024 | 12/24/2024 | 5,000.00 | 5,000.00 | BIG LOTS # 879 |
| INV4579485 | Big Lots, Inc. | 6094722 | 11/11/2024 | 11/18/2024 | 11/25/2024 | 12/25/2024 | 3,852.32 | 3,852.32 | BIG LOTS # 879 |
| INV4585313 | Big Lots, Inc. | 6106367 | 11/13/2024 | 11/14/2024 | 11/26/2024 | 12/26/2024 | 60.00 | 60.00 | BIG LOTS INC. |
| INV4588245 | Big Lots, Inc. | 6052710 | 11/13/2024 | 11/14/2024 | 11/26/2024 | 12/26/2024 | 1,657.94 | 1,657.94 | BIG LOTS INC. |
| INV4588083 | Big Lots, Inc. | 6058000 | 10/24/2024 | 11/1/2024 | 11/26/2024 | 12/26/2024 | 5,602.33 | 4,597.63 | BIG LOTS INC. |
| INV4588236 | Big Lots, Inc. | 6106282 | 11/13/2024 | 11/14/2024 | 11/26/2024 | 12/26/2024 | 1,492.51 | 1,492.51 | BIG LOTS INC. |
| INV4588098 | Big Lots, Inc. | 6081297 | 10/24/2024 | 10/25/2024 | 11/26/2024 | 12/26/2024 | 3,186.53 | 2,898.65 | BIG LOTS INC. |
| INV4588162 | Big Lots, Inc. | 6124353 | 11/6/2024 | 11/8/2024 | 11/26/2024 | 12/26/2024 | 1,211.30 | 252.87 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4588459 | Big Lots, Inc. | 6089501 | 11/22/2024 | 11/25/2024 | 11/26/2024 | 12/26/2024 | 2,491.73 | 23.08 | BIG LOTS INC. |
| INV4588458 | Big Lots, Inc. | 6089499 | 11/22/2024 | 11/25/2024 | 11/26/2024 | 12/26/2024 | 2,485.59 | 23.08 | BIG LOTS INC. |
| INV4588466 | Big Lots, Inc. | 6206022 | 11/25/2024 | 11/26/2024 | 11/26/2024 | 12/26/2024 | 1,057.94 | 1,057.94 | BIG LOTS 5384 |
| INV4592915 | Big Lots, Inc. | 6171434 | 11/18/2024 | 11/20/2024 | 11/27/2024 | 12/27/2024 | 1,680.00 | 1,680.00 | BIG LOTS # 879 |
| INV4592781 | Big Lots, Inc. | 6106376 | 11/20/2024 | 11/21/2024 | 11/27/2024 | 12/27/2024 | 1,451.15 | 36.08 | BIG LOTS INC. |
| INV4592997 | Big Lots, Inc. | 6089498 | 11/22/2024 | 11/25/2024 | 11/27/2024 | 12/27/2024 | 2,493.22 | 23.08 | BIG LOTS INC. |
| INV4592934 | Big Lots, Inc. | 6106390 | 11/20/2024 | 11/21/2024 | 11/27/2024 | 12/27/2024 | 1,691.15 | 276.08 | BIG LOTS INC. |
| INV4592829 | Big Lots, Inc. | 6161295 | 11/15/2024 | 11/18/2024 | 11/27/2024 | 12/27/2024 | 2,145.00 | 2,145.00 | BIG LOTS # 879 |
| INV4592909 | Big Lots, Inc. | 6171402 | 11/19/2024 | 11/23/2024 | 11/27/2024 | 12/27/2024 | 5,800.00 | 5,057.85 | BIG LOTS/MONTGOMERY DC - #0870 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INV4592928 | Big Lots, Inc. | 6106279 | 11/25/2024 | 11/26/2024 | 11/27/2024 | 12/27/2024 | 2,465.33 | 17.49 | BIG LOTS INC. |
| INV4592905 | Big Lots, Inc. | 6171430 | 11/18/2024 | 11/21/2024 | 11/27/2024 | 12/27/2024 | 5,890.00 | 5,890.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4593248 | Big Lots, Inc. | 6118377 | 11/8/2024 | 11/11/2024 | 11/27/2024 | 12/27/2024 | 1,404.40 | 1,404.40 | BIG LOTS INC. |
| INV4605508 | Big Lots, Inc. | 6198296 | 11/22/2024 | 11/29/2024 | 12/2/2024 | 1/1/2025 | 7,007.59 | 300.00 | BIG LOTS INC. |
| INV4612293 | Big Lots, Inc. | 6206016 | 11/26/2024 | 11/27/2024 | 12/4/2024 | 1/3/2025 | 1,336.80 | 117.18 | Big Lots #5335 |
| INV4629941 | Big Lots, Inc. | 6106382 | 11/6/2024 | 11/7/2024 | 12/9/2024 | 1/8/2025 | 1,421.15 | 1,421.15 | BIG LOTS INC. |
| INV4630827 | Big Lots, Inc. | 6157333 | 11/13/2024 | 11/14/2024 | 12/9/2024 | 1/8/2025 | 1,731.65 | 1,731.65 | BIG LOTS INC. |
| INV4630980 | Big Lots, Inc. | 6198313 | 11/22/2024 | 11/29/2024 | 12/9/2024 | 1/8/2025 | 6,767.59 | 60.00 | BIG LOTS INC. |
| INV4631724 | Big Lots, Inc. | 6198295 | 11/22/2024 | 11/26/2024 | 12/9/2024 | 1/8/2025 | 6,767.59 | 6,767.59 | BIG LOTS INC. |
| INV4633140 | Big Lots, Inc. | 6095453 | 11/7/2024 | 11/8/2024 | 12/10/2024 | 1/9/2025 | 1,386.54 | 1,386.54 | BIG LOTS # 879 |
| INV4658091 | Big Lots, Inc. | 6231162 | 12/9/2024 | 12/10/2024 | 12/13/2024 | 1/12/2025 | 1,147.15 | 1,147.15 | BIG LOTS |
| INV4663422 | Big Lots, Inc. | 6259984 | 12/10/2024 | 12/11/2024 | 12/14/2024 | 1/13/2025 | 1,097.28 | 1,097.28 | BIG LOTS STORES - #5368 |
| INV4663424 | Big Lots, Inc. | 6259980 | 12/10/2024 | 12/11/2024 | 12/14/2024 | 1/13/2025 | 1,172.32 | 1,172.32 | BIG LOTS STORES - #5293 |
| INV4665966 | Big Lots, Inc. | 6259983 | 12/11/2024 | 12/12/2024 | 12/15/2024 | 1/14/2025 | 1,174.20 | 1,174.20 | BIG LOTS STORES - #5187 |
| INV4665988 | Big Lots, Inc. | 6259982 | 12/11/2024 | 12/12/2024 | 12/15/2024 | 1/14/2025 | 1,287.56 | 1,287.56 | BIG LOTS STORES - #0397 |
| INV4667666 | Big Lots, Inc. | 6259981 | 12/11/2024 | 12/13/2024 | 12/16/2024 | 1/15/2025 | 1,452.73 | 1,452.73 | BIG LOTS 5384 |
| INV4667738 | Big Lots, Inc. | 6231205 | 12/11/2024 | 12/13/2024 | 12/16/2024 | 1/15/2025 | 1,924.89 | 1,924.89 | BIG LOTS # 879 |
| INV4667856 | Big Lots, Inc. | 6231204 | 12/11/2024 | 12/13/2024 | 12/16/2024 | 1/15/2025 | 1,924.89 | 1,924.89 | BIG LOTS # 879 |
| INV4676931 | Big Lots, Inc. | 6272795 | 12/13/2024 | 12/16/2024 | 12/17/2024 | 1/16/2025 | 4,774.00 | 4,774.00 | BIG LOTS # 879 |
| INV4676881 | Big Lots, Inc. | 6089484 | 12/5/2024 | 12/6/2024 | 12/17/2024 | 1/16/2025 | 1,147.96 | 1,147.96 | BIG LOTS INC. |
| INV4676878 | Big Lots, Inc. | 6231137 | 12/6/2024 | 12/9/2024 | 12/17/2024 | 1/16/2025 | 1,167.94 | 1,167.94 | BIG LOTS #5348 |
| INV4684068 | Big Lots, Inc. | 6222031 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 2,709.37 | 2,709.37 | BIG LOTS # 879 |
| INV4684116 | Big Lots, Inc. | 6259988 | 12/15/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 1,054.78 | 1,054.78 | Big Lots #1411 |
| INV4684249 | Big Lots, Inc. | 6272802 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 4,774.00 | 4,774.00 | BIG LOTS # 879 |
| INV4684424 | Big Lots, Inc. | 6279499 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 1,814.79 | 1,814.79 | BIG LOTS # 879 |
| INV4684458 | Big Lots, Inc. | 6259986 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 1,290.98 | 1,290.98 | BIG LOTS STORES - #0810 |
| INV4684526 | Big Lots, Inc. | 6278677 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 4,704.84 | 4,704.84 | BIG LOTS # 879 |
| INV4684310 | Big Lots, Inc. | 6272800 | 12/12/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 5,683.00 | 5,683.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4684324 | Big Lots, Inc. | 6272799 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 4,774.00 | 4,774.00 | BIG LOTS # 879 |
| INV4684311 | Big Lots, Inc. | 6272768 | 12/12/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 5,683.00 | 5,683.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4684886 | Big Lots, Inc. | 6303534 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 250.00 | 250.00 | BIG LOTS INC. |
| INV4684716 | Big Lots, Inc. | 6285337 | 12/13/2024 | 12/16/2024 | 12/19/2024 | 1/18/2025 | 4,778.84 | 4,778.84 | BIG LOTS # 879 |
| INV4687491 | Big Lots, Inc. | 6106392 | 11/20/2024 | 11/21/2024 | 12/19/2024 | 1/18/2025 | 1,421.15 | 1,421.15 | BIG LOTS INC. |
| INV4688356 | Big Lots, Inc. | 6279486 | 12/17/2024 | 12/18/2024 | 12/19/2024 | 1/18/2025 | 1,814.79 | 1,814.79 | BIG LOTS # 879 |
| INV4688374 | Big Lots, Inc. | 6293299 | 12/17/2024 | 12/18/2024 | 12/19/2024 | 1/18/2025 | 1,158.53 | 1,158.53 | BIG LOTS STORES - #0397 |
| INV4688369 | Big Lots, Inc. | 6293295 | 12/17/2024 | 12/18/2024 | 12/19/2024 | 1/18/2025 | 1,094.74 | 1,094.74 | BIG LOTS STORES - #5368 |
| INV4688376 | Big Lots, Inc. | 6285430 | 12/16/2024 | 12/17/2024 | 12/19/2024 | 1/18/2025 | 1,468.50 | 1,468.50 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4688357 | Big Lots, Inc. | 6285326 | 12/13/2024 | 12/18/2024 | 12/19/2024 | 1/18/2025 | 5,683.00 | 5,683.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4689022 | Big Lots, Inc. | 6259985 | 12/13/2024 | 12/17/2024 | 12/19/2024 | 1/18/2025 | 1,038.92 | 1,038.92 | BIG LOTS STORES - #5438 |
| INV4689024 | Big Lots, Inc. | 6272798 | 12/12/2024 | 12/17/2024 | 12/19/2024 | 1/18/2025 | 5,683.00 | 5,683.00 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4689030 | Big Lots, Inc. | 6259987 | 12/17/2024 | 12/19/2024 | 12/19/2024 | 1/18/2025 | 1,329.16 | 1,329.16 | BIG LOTS #5348 |
| INV4695123 | Big Lots, Inc. | 6278680 | 12/13/2024 | 12/18/2024 | 12/21/2024 | 1/20/2025 | 6,709.15 | 6,709.15 | BIG LOTS INC. |
| INV4697768 | Big Lots, Inc. | 6293301 | 12/18/2024 | 12/19/2024 | 12/22/2024 | 1/21/2025 | 1,108.88 | 1,108.88 | BIG LOTS 0823 |
| INV4699500 | Big Lots, Inc. | 6293298 | 12/18/2024 | 12/19/2024 | 12/23/2024 | 1/22/2025 | 1,060.81 | 1,060.81 | BIG LOTS STORES - #5293 |
| INV4711912 | Big Lots, Inc. | 6293296 | 12/19/2024 | 12/23/2024 | 12/26/2024 | 1/25/2025 | 1,216.80 | 1,216.80 | Big Lots #5335 |
| INV4721585 | Big Lots, Inc. | 6293300 | 12/20/2024 | 12/26/2024 | 12/29/2024 | 1/28/2025 | 1,052.64 | 1,052.64 | Big Lots #1411 |
| INV4721582 | Big Lots, Inc. | 6293297 | 12/20/2024 | 12/26/2024 | 12/29/2024 | 1/28/2025 | 1,061.73 | 1,061.73 | BIG LOTS STORES - #5187 |
| INV4735384 | Big Lots, Inc. | 6231203 | 12/11/2024 | 12/13/2024 | 1/2/2025 | 2/1/2025 | 1,924.89 | 1,924.89 | BIG LOTS # 879 |
| INV4735385 | Big Lots, Inc. | 6279485 | 12/16/2024 | 12/18/2024 | 1/2/2025 | 2/1/2025 | 2,127.69 | 2,127.69 | BIG LOTS/MONTGOMERY DC - #0870 |
| INV4735386 | Big Lots, Inc. | 6272797 | 12/13/2024 | 12/16/2024 | 1/2/2025 | 2/1/2025 | 4,774.00 | 4,774.00 | BIG LOTS # 879 |
| Overall Total | | | | | | | 432,400.82 | 351,406.72 | |