## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2025, I caused the foregoing document to be served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

        */s/ Kevin M. Capuzzi*
        Kevin M. Capuzzi (DE No. 5462)