# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 21, 2025 at 1:00 p.m.**<br>**Objection Deadline: January 14, 2025 at 4:00 p.m.** |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 7, 2025, I did cause to be served true and correct copies of the foregoing *Motion of Belkis Millan for Relief from the Automatic Stay* on the parties on the attached service list as indicated thereon.

Dated:  January 7, 2025

                                                  */s/ Christopher D. Loizides*
                                                  Christopher D. Loizides (No. 3968)
                                                  LOIZIDES, P.A.
                                                  1225 King Street, Suite 800
                                                  Wilmington, DE  19801
                                                  Telephone:    (302) 654-0248
                                                  Facsimile:     (302) 654-0728
                                                  Email:           loizides@loizides.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**SERVICE LIST**

**VIA CM/ECF**

All parties on the Clerk's service list.

**VIA FIRST-CLASS MAIL**

**Big Lots, Inc.**
4900 E. Dublin-Granville Road
Columbus, OH 43081

*Debtors*

**VIA EMAIL AND FIRST-CLASS MAIL**

Davis Polk & Wardwell LLP
450 Lexington Avenue, New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP,
1201 N. Market Street, 16th Floor
Wilmington, DE 19801,
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
and Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

*Proposed Counsel to the Debtors and Debtors in Possession*

**VIA EMAIL**

Choate, Hall & Stewart LLP
Two International Place, Boston, MA 02110,
John F. Ventola, Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq. (jmarshall@choate.com)
Jacob S. Lang, Esq. (jslang@choate.com)

Blank Rome LLP
1201 N. Market Street, Suite 800

Wilmington, DE 19801
Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com)
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)

*Counsel to the ABL Agent,*

Otterbourg P.C.
230 Park Avenue,
New York, NY 10169,
Chad B. Simon, Esq. (CSimon@otterbourg.com)
James V. Drew, Esq. (JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
John H. Knight, Esq. (knight@rlf.com)

*Counsel to the Term Agent*

McDermott Will & Emery LLP
One Vanderbilt Avenue,
New York NY 10017
Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto, Esq. (jalberto@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)

*Proposed counsel to the Committee*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Christopher Marcus, P.C. (cmarcus@kirkland.com)
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

*Counsel to the Stalking Horse Bidder*

The U.S. Trustee,
Caleb Boggs Federal Building

844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,
Linda J. Casey (linda.casey@usdoj.gov)

*Counsel to the Office of the United States Trustee*