**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: January 21, 2025 at 1:00 p.m.<br>Obj. Deadline: January 14, 2025 at 4:00 p.m. |

**NOTICE OF MOTION OF JORDAN MANUFACTURING COMPANY, INC. FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11 <u>ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on January 7, 2025 Jordan Manufacturing Company, Inc. ("<u>JMC</u>"), filed *its Motion for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief (*the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled for a hearing on **<u>January 21, 2025 at 1:00 p.m. (ET)</u>** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"), 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief sought in the Motion must be in writing and filed with the Court and served on the undersigned

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

counsel to the Debtor so as to be actually received by them no later than **January 14, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED BY THE OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  January 7, 2025                              BARNES & THORNBURG LLP

/s/ Kevin G. Collins
Kevin G. Collins (DE No. 5149)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email:  kevin.collins@btlaw.com

David A. Hall (admitted *pro hac vice*)
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503-2694
Tel: (616) 742-3954
Fax: (616) 742-3999
Email: david.hall@btlaw.com

*Counsel to Jordan Manufacturing Company, Inc.*