# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. _____ |

**ORDER GRANTING MOTION OF JORDAN MANUFACTURING COMPANY, INC. FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

Jordan Manufacturing Company, Inc. ("JMC"), having filed its *Motion of Jordan Manufacturing Corporation, Inc. for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief* (the "Motion"),[1] and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. JMC is granted an allowed post-petition chapter 11 administrative expense claim pursuant to section 503(b)(1) of the Bankruptcy Code in the amount of $708,111.32.

3. The Debtors are ordered to pay all past-due post-petition amounts owing to JMC within seven (7) days of entry of this Order, and otherwise in accordance with the parties' Agreement as such amounts become due.

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.