# EXHIBIT B

| Date | Invoice | PO | Due date | Age | Description | Cur | Amount USD |
|---|---|---|---|---|---|---|---|
| 11/22/2024 | 2367806 | 0095626084 | 1/21/2025 | 45 | OE Inv: 2367806 | USD | 13,505.60 |
| 11/22/2024 | 2367807 | 0095626084 | 1/21/2025 | 45 | OE Inv: 2367807 | USD | 13,505.60 |
| 11/22/2024 | 2367812 | 0095626084 | 1/21/2025 | 45 | OE Inv: 2367812 | USD | 13,505.60 |
| 11/25/2024 | 2367829 | 0095626084 | 1/24/2025 | 42 | OE Inv: 2367829 | USD | 13,505.60 |
| 11/25/2024 | 2367977 | 0095626084 | 1/24/2025 | 42 | OE Inv: 2367977 | USD | 13,604.00 |
| 11/26/2024 | 2368106 | 0095626084 | 1/25/2025 | 41 | OE Inv: 2368106 | USD | 13,604.00 |
| 11/26/2024 | 2368107 | 0095626084 | 1/25/2025 | 41 | OE Inv: 2368107 | USD | 13,058.56 |
| 11/26/2024 | 2368111 | 0095626084 | 1/25/2025 | 41 | OE Inv: 2368111 | USD | 4,650.80 |
| 11/27/2024 | 2368178 | 0095626084 | 1/26/2025 | 40 | OE Inv: 2368178 | USD | 12,657.40 |
| 12/3/2024 | 2368389 | 0095637119 | 2/1/2025 | 34 | OE Inv: 2368389 | USD | 13,692.12 |
| 12/4/2024 | 2368577 | 0095637119 | 2/2/2025 | 33 | OE Inv: 2368577 | USD | 13,090.00 |
| 12/4/2024 | 2368579 | 0095637119 | 2/2/2025 | 33 | OE Inv: 2368579 | USD | 12,350.80 |
| 12/5/2024 | 2368588 | 0095637119 | 2/3/2025 | 32 | OE Inv: 2368588 | USD | 13,090.00 |
| 12/5/2024 | 2368669 | 0095637119 | 2/3/2025 | 32 | OE Inv: 2368669 | USD | 13,604.00 |
| 12/6/2024 | 2368767 | 0095637120 | 2/4/2025 | 31 | OE Inv: 2368767 | USD | 15,070.00 |
| 12/6/2024 | 2368768 | 0095637119 | 2/4/2025 | 31 | OE Inv: 2368768 | USD | 13,652.40 |
| 12/6/2024 | 2368769 | 0095637119 | 2/4/2025 | 31 | OE Inv: 2368769 | USD | 13,930.40 |
| 12/6/2024 | 2368770 | 0095637119 | 2/4/2025 | 31 | OE Inv: 2368770 | USD | 13,753.40 |
| 12/9/2024 | 2368804 | 0095637119 | 2/7/2025 | 28 | OE Inv: 2368804 | USD | 13,925.40 |
| 12/10/2024 | 2369031 | 0095637121 | 2/8/2025 | 27 | OE Inv: 2369031 | USD | 12,984.40 |
| 12/10/2024 | 2369032 | 0095637120 | 2/8/2025 | 27 | OE Inv: 2369032 | USD | 13,244.00 |
| 12/10/2024 | 2369100 | 0095637119 | 2/8/2025 | 27 | OE Inv: 2369100 | USD | 13,604.00 |
| 12/10/2024 | 2369201 | 0095637121 | 2/8/2025 | 27 | OE Inv: 2369201 | USD | 12,960.80 |
| 12/10/2024 | 2369202 | 0095637120 | 2/8/2025 | 27 | OE Inv: 2369202 | USD | 14,534.80 |
| 12/10/2024 | 2369203 | 0095642911 | 2/8/2025 | 27 | OE Inv: 2369203 | USD | 14,534.80 |
| 12/11/2024 | 2369210 | 0095642911 | 2/9/2025 | 26 | OE Inv: 2369210 | USD | 14,086.16 |
| 12/11/2024 | 2369211 | 0095637119 | 2/9/2025 | 26 | OE Inv: 2369211 | USD | 13,604.00 |
| 12/11/2024 | 2369282 | 0095642911 | 2/9/2025 | 26 | OE Inv: 2369282 | USD | 14,092.80 |
| 12/11/2024 | 2369283 | 0095637119 | 2/9/2025 | 26 | OE Inv: 2369283 | USD | 13,424.60 |
| 12/11/2024 | 2369284 | 0095642911 | 2/9/2025 | 26 | OE Inv: 2369284 | USD | 13,723.24 |
| 12/12/2024 | 2369286 | 0095637120 | 2/10/2025 | 25 | OE Inv: 2369286 | USD | 14,534.80 |
| 12/12/2024 | 2369301 | 0095637121 | 2/10/2025 | 25 | OE Inv: 2369301 | USD | 12,443.20 |
| 12/12/2024 | 2369302 | 0095637120 | 2/10/2025 | 25 | OE Inv: 2369302 | USD | 13,236.00 |
| 12/12/2024 | 2369347 | 0095637120 | 2/10/2025 | 25 | OE Inv: 2369347 | USD | 13,244.00 |
| 12/12/2024 | 2369348 | 0095637120 | 2/10/2025 | 25 | OE Inv: 2369348 | USD | 14,097.52 |
| 12/12/2024 | 2369349 | 0095637120 | 2/10/2025 | 25 | OE Inv: 2369349 | USD | 14,680.00 |
| 12/13/2024 | 2369433 | 0095637120 | 2/11/2025 | 24 | OE Inv: 2369433 | USD | 14,680.00 |
| 12/13/2024 | 2369435 | 0095637120 | 2/11/2025 | 24 | OE Inv: 2369435 | USD | 14,680.00 |
| 12/13/2024 | 2369436 | 0095637119 | 2/11/2025 | 24 | OE Inv: 2369436 | USD | 13,860.84 |
| 12/13/2024 | 2369437 | 0095637120 | 2/11/2025 | 24 | OE Inv: 2369437 | USD | 14,463.68 |
| 12/13/2024 | 2369439 | 0095637120 | 2/11/2025 | 24 | OE Inv: 2369439 | USD | 13,244.00 |
| 12/13/2024 | 2369440 | 0095637119 | 2/11/2025 | 24 | OE Inv: 2369440 | USD | 13,652.40 |
| 12/16/2024 | 2369457 | 0095637120 | 2/14/2025 | 21 | OE Inv: 2369457 | USD | 15,393.32 |
| 12/16/2024 | 2369461 | 0095637121 | 2/14/2025 | 21 | OE Inv: 2369461 | USD | 13,100.40 |
| 12/16/2024 | 2369464 | 0095637121 | 2/14/2025 | 21 | OE Inv: 2369464 | USD | 13,150.56 |
| 12/16/2024 | 2369465 | 0095642911 | 2/14/2025 | 21 | OE Inv: 2369465 | USD | 14,297.60 |
| 12/16/2024 | 2369466 | 0095637120 | 2/14/2025 | 21 | OE Inv: 2369466 | USD | 14,806.00 |
| 12/16/2024 | 2369467 | 0095637120 | 2/14/2025 | 21 | OE Inv: 2369467 | USD | 12,874.40 |
| 12/17/2024 | 2369561 | 0095637120 | 2/15/2025 | 20 | OE Inv: 2369561 | USD | 14,534.80 |

Total 69600    663,522.80

**TOTAL**    **663,522.80**