# EXHIBIT C

| Date | Invoice | PO | Due date | Age | Description | Cur | Amount USD |
|---|---|---|---|---|---|---|---|
| 10/14/2024 | 2363968 | 0095637625 | 12/13/2024 | 84 | OE Inv: 2363968 | USD | 181.50 |
| 10/14/2024 | 2363969 | 0095637704 | 12/13/2024 | 84 | OE Inv: 2363969 | USD | 230.67 |
| 10/14/2024 | 2363970 | 0095637384 | 12/13/2024 | 84 | OE Inv: 2363970 | USD | 49.14 |
| 10/14/2024 | 2363971 | 0095636932 | 12/13/2024 | 84 | OE Inv: 2363971 | USD | 30.25 |
| 10/14/2024 | 2363972 | 0095637680 | 12/13/2024 | 84 | OE Inv: 2363972 | USD | 44.50 |
| 10/14/2024 | 2363973 | 0095637169 | 12/13/2024 | 84 | OE Inv: 2363973 | USD | 89.00 |
| 10/14/2024 | 2363974 | 0095637164 | 12/13/2024 | 84 | OE Inv: 2363974 | USD | 131.02 |
| 10/14/2024 | 2363975 | 0095637435 | 12/13/2024 | 84 | OE Inv: 2363975 | USD | 356.00 |
| 10/14/2024 | 2363976 | 0095637791 | 12/13/2024 | 84 | OE Inv: 2363976 | USD | 60.50 |
| 10/14/2024 | 2363977 | 0095638038 | 12/13/2024 | 84 | OE Inv: 2363977 | USD | 178.00 |
| 10/14/2024 | 2363978 | 0095637894 | 12/13/2024 | 84 | OE Inv: 2363978 | USD | 178.00 |
| 10/14/2024 | 2363979 | 0095637692 | 12/13/2024 | 84 | OE Inv: 2363979 | USD | 41.48 |
| 10/14/2024 | 2363980 | 0095637676 | 12/13/2024 | 84 | OE Inv: 2363980 | USD | 25.95 |
| 10/14/2024 | 2363981 | 0095637675 | 12/13/2024 | 84 | OE Inv: 2363981 | USD | 60.50 |
| 10/14/2024 | 2363982 | 0095637138 | 12/13/2024 | 84 | OE Inv: 2363982 | USD | 41.25 |
| 10/14/2024 | 2363983 | 0095638080 | 12/13/2024 | 84 | OE Inv: 2363983 | USD | 267.00 |
| 10/14/2024 | 2363984 | 0095637168 | 12/13/2024 | 84 | OE Inv: 2363984 | USD | 155.70 |
| 10/14/2024 | 2363985 | 0095636930 | 12/13/2024 | 84 | OE Inv: 2363985 | USD | 128.95 |
| 10/14/2024 | 2363986 | 0095636937 | 12/13/2024 | 84 | OE Inv: 2363986 | USD | 181.50 |
| 10/14/2024 | 2363987 | 0095637688 | 12/13/2024 | 84 | OE Inv: 2363987 | USD | 175.85 |
| 10/14/2024 | 2363988 | 0095637624 | 12/13/2024 | 84 | OE Inv: 2363988 | USD | 60.50 |
| 10/14/2024 | 2363989 | 0095637179 | 12/13/2024 | 84 | OE Inv: 2363989 | USD | 89.25 |
| 10/14/2024 | 2363990 | 0095637817 | 12/13/2024 | 84 | OE Inv: 2363990 | USD | 181.50 |
| 10/14/2024 | 2363991 | 0095637828 | 12/13/2024 | 84 | OE Inv: 2363991 | USD | 178.00 |
| 10/14/2024 | 2363992 | 0095637815 | 12/13/2024 | 84 | OE Inv: 2363992 | USD | 267.00 |
| 10/14/2024 | 2363993 | 0095637682 | 12/13/2024 | 84 | OE Inv: 2363993 | USD | 181.50 |
| 10/14/2024 | 2363996 | 0095637463 | 12/13/2024 | 84 | OE Inv: 2363996 | USD | 65.51 |
| 10/14/2024 | 2363998 | 0095637465 | 12/13/2024 | 84 | OE Inv: 2363998 | USD | 170.97 |
| 10/14/2024 | 2363999 | 0095637464 | 12/13/2024 | 84 | OE Inv: 2363999 | USD | 60.50 |
| 10/14/2024 | 2364002 | 0095638371 | 12/13/2024 | 84 | OE Inv: 2364002 | USD | 89.00 |
| 10/14/2024 | 2364003 | 0095637467 | 12/13/2024 | 84 | OE Inv: 2364003 | USD | 101.84 |
| 10/14/2024 | 2364007 | 0095637900 | 12/13/2024 | 84 | OE Inv: 2364007 | USD | 263.90 |
| 10/14/2024 | 2364010 | 0095638212 | 12/13/2024 | 84 | OE Inv: 2364010 | USD | 65.51 |
| 10/14/2024 | 2364015 | 0095637909 | 12/13/2024 | 84 | OE Inv: 2364015 | USD | 60.50 |
| 10/14/2024 | 2364017 | 0095637910 | 12/13/2024 | 84 | OE Inv: 2364017 | USD | 320.78 |
| 10/14/2024 | 2364025 | 0095638214 | 12/13/2024 | 84 | OE Inv: 2364025 | USD | 105.46 |
| 10/14/2024 | 2364026 | 0095638215 | 12/13/2024 | 84 | OE Inv: 2364026 | USD | 309.02 |
| 10/14/2024 | 2364028 | 0095638101 | 12/13/2024 | 84 | OE Inv: 2364028 | USD | 221.88 |
| 10/14/2024 | 2364029 | 0095638227 | 12/13/2024 | 84 | OE Inv: 2364029 | USD | 49.14 |
| 10/14/2024 | 2364030 | 0095638223 | 12/13/2024 | 84 | OE Inv: 2364030 | USD | 46.25 |
| 10/14/2024 | 2364031 | 0095638102 | 12/13/2024 | 84 | OE Inv: 2364031 | USD | 128.95 |
| 10/14/2024 | 2364032 | 0095638219 | 12/13/2024 | 84 | OE Inv: 2364032 | USD | 178.00 |
| 10/14/2024 | 2364033 | 0095638222 | 12/13/2024 | 84 | OE Inv: 2364033 | USD | 197.80 |
| 10/14/2024 | 2364034 | 0095638225 | 12/13/2024 | 84 | OE Inv: 2364034 | USD | 178.00 |
| 10/14/2024 | 2364044 | 0095637665 | 12/13/2024 | 84 | OE Inv: 2364044 | USD | 60.50 |
| 10/14/2024 | 2364051 | 0095637667 | 12/13/2024 | 84 | OE Inv: 2364051 | USD | 141.79 |
| 10/14/2024 | 2364052 | 0095637668 | 12/13/2024 | 84 | OE Inv: 2364052 | USD | 267.00 |
| 10/14/2024 | 2364060 | 0095638106 | 12/13/2024 | 84 | OE Inv: 2364060 | USD | 123.75 |
| 10/14/2024 | 2364066 | 0095638609 | 12/13/2024 | 84 | OE Inv: 2364066 | USD | 27.50 |
| 10/14/2024 | 2364067 | 0095638672 | 12/13/2024 | 84 | OE Inv: 2364067 | USD | 93.64 |
| 10/14/2024 | 2364069 | 0095638675 | 12/13/2024 | 84 | OE Inv: 2364069 | USD | 60.50 |
| 10/14/2024 | 2364070 | 0095638379 | 12/13/2024 | 84 | OE Inv: 2364070 | USD | 167.25 |
| 10/14/2024 | 2364071 | 0095638380 | 12/13/2024 | 84 | OE Inv: 2364071 | USD | 49.14 |
| 10/14/2024 | 2364072 | 0095638613 | 12/13/2024 | 84 | OE Inv: 2364072 | USD | 182.64 |
| 10/14/2024 | 2364073 | 0095638674 | 12/13/2024 | 84 | OE Inv: 2364073 | USD | 262.04 |
| 10/14/2024 | 2364078 | 0095638232 | 12/13/2024 | 84 | OE Inv: 2364078 | USD | 89.00 |
| 10/14/2024 | 2364079 | 0095638616 | 12/13/2024 | 84 | OE Inv: 2364079 | USD | 65.51 |

| 10/14/2024 | 2364080 | 0095638617 | 12/13/2024 | 84 OE Inv: 2364080 | USD | 131.02 |
|---|---|---|---|---|---|---|
| 10/14/2024 | 2364081 | 0095638679 | 12/13/2024 | 84 OE Inv: 2364081 | USD | 121.00 |
| 10/14/2024 | 2364082 | 0095638678 | 12/13/2024 | 84 OE Inv: 2364082 | USD | 27.50 |
| 10/14/2024 | 2364083 | 0095638615 | 12/13/2024 | 84 OE Inv: 2364083 | USD | 178.00 |
| 10/14/2024 | 2364089 | 0095638498 | 12/13/2024 | 84 OE Inv: 2364089 | USD | 206.41 |
| 10/14/2024 | 2364090 | 0095638741 | 12/13/2024 | 84 OE Inv: 2364090 | USD | 30.25 |
| 10/14/2024 | 2364092 | 0095638742 | 12/13/2024 | 84 OE Inv: 2364092 | USD | 89.00 |
| 10/14/2024 | 2364093 | 0095638743 | 12/13/2024 | 84 OE Inv: 2364093 | USD | 267.00 |
| 10/14/2024 | 2364094 | 0095637954 | 12/13/2024 | 84 OE Inv: 2364094 | USD | 151.25 |
| 10/14/2024 | 2364095 | 0095637956 | 12/13/2024 | 84 OE Inv: 2364095 | USD | 124.44 |
| 10/14/2024 | 2364096 | 0095638906 | 12/13/2024 | 84 OE Inv: 2364096 | USD | 131.02 |
| 10/14/2024 | 2364098 | 0095638235 | 12/13/2024 | 84 OE Inv: 2364098 | USD | 133.50 |
| 10/14/2024 | 2364100 | 0095638315 | 12/13/2024 | 84 OE Inv: 2364100 | USD | 121.00 |
| 10/14/2024 | 2364101 | 0095638316 | 12/13/2024 | 84 OE Inv: 2364101 | USD | 259.50 |
| 10/14/2024 | 2364103 | 0095638846 | 12/13/2024 | 84 OE Inv: 2364103 | USD | 181.50 |
| 10/14/2024 | 2364104 | 0095638847 | 12/13/2024 | 84 OE Inv: 2364104 | USD | 121.00 |
| 10/14/2024 | 2364105 | 0095638506 | 12/13/2024 | 84 OE Inv: 2364105 | USD | 89.00 |
| 10/14/2024 | 2364106 | 0095638505 | 12/13/2024 | 84 OE Inv: 2364106 | USD | 81.43 |
| 10/14/2024 | 2364110 | 0095638243 | 12/13/2024 | 84 OE Inv: 2364110 | USD | 181.50 |
| 10/14/2024 | 2364111 | 0095638244 | 12/13/2024 | 84 OE Inv: 2364111 | USD | 131.02 |
| 10/14/2024 | 2364112 | 0095638239 | 12/13/2024 | 84 OE Inv: 2364112 | USD | 89.00 |
| 10/14/2024 | 2364115 | 0095638251 | 12/13/2024 | 84 OE Inv: 2364115 | USD | 89.00 |
| 10/14/2024 | 2364116 | 0095638247 | 12/13/2024 | 84 OE Inv: 2364116 | USD | 267.00 |
| 10/14/2024 | 2364117 | 0095638252 | 12/13/2024 | 84 OE Inv: 2364117 | USD | 89.00 |
| 10/14/2024 | 2364118 | 0095638248 | 12/13/2024 | 84 OE Inv: 2364118 | USD | 113.50 |
| 10/14/2024 | 2364121 | 0095638511 | 12/13/2024 | 84 OE Inv: 2364121 | USD | 267.00 |
| 10/14/2024 | 2364126 | 0095638516 | 12/13/2024 | 84 OE Inv: 2364126 | USD | 269.16 |
| 10/14/2024 | 2364127 | 0095638515 | 12/13/2024 | 84 OE Inv: 2364127 | USD | 121.00 |
| 10/14/2024 | 2364128 | 0095638524 | 12/13/2024 | 84 OE Inv: 2364128 | USD | 44.50 |
| 10/14/2024 | 2364134 | 0095638623 | 12/13/2024 | 84 OE Inv: 2364134 | USD | 222.50 |
| 10/14/2024 | 2364135 | 0095638388 | 12/13/2024 | 84 OE Inv: 2364135 | USD | 131.02 |
| 10/14/2024 | 2364140 | 0095638632 | 12/13/2024 | 84 OE Inv: 2364140 | USD | 46.25 |
| 10/14/2024 | 2364141 | 0095638627 | 12/13/2024 | 84 OE Inv: 2364141 | USD | 178.00 |
| 10/14/2024 | 2364142 | 0095638633 | 12/13/2024 | 84 OE Inv: 2364142 | USD | 131.02 |
| 10/14/2024 | 2364143 | 0095638628 | 12/13/2024 | 84 OE Inv: 2364143 | USD | 181.50 |
| 10/14/2024 | 2364145 | 0095638626 | 12/13/2024 | 84 OE Inv: 2364145 | USD | 131.02 |
| 10/14/2024 | 2364149 | 0095638326 | 12/13/2024 | 84 OE Inv: 2364149 | USD | 131.02 |
| 10/14/2024 | 2364150 | 0095638335 | 12/13/2024 | 84 OE Inv: 2364150 | USD | 60.50 |
| 10/14/2024 | 2364151 | 0095638329 | 12/13/2024 | 84 OE Inv: 2364151 | USD | 262.04 |
| 10/14/2024 | 2364152 | 0095638325 | 12/13/2024 | 84 OE Inv: 2364152 | USD | 46.25 |
| 10/14/2024 | 2364153 | 0095638259 | 12/13/2024 | 84 OE Inv: 2364153 | USD | 133.50 |
| 10/14/2024 | 2364154 | 0095638261 | 12/13/2024 | 84 OE Inv: 2364154 | USD | 262.04 |
| 10/14/2024 | 2364156 | 0095638267 | 12/13/2024 | 84 OE Inv: 2364156 | USD | 111.50 |
| 10/14/2024 | 2364157 | 0095637966 | 12/13/2024 | 84 OE Inv: 2364157 | USD | 46.25 |
| 10/14/2024 | 2364158 | 0095638356 | 12/13/2024 | 84 OE Inv: 2364158 | USD | 46.25 |
| 10/14/2024 | 2364162 | 0095638410 | 12/13/2024 | 84 OE Inv: 2364162 | USD | 46.25 |
| 10/14/2024 | 2364164 | 0095638666 | 12/13/2024 | 84 OE Inv: 2364164 | USD | 46.25 |
| 10/15/2024 | 2364209 | 0095638650 | 12/14/2024 | 83 OE Inv: 2364209 | USD | 103.80 |
| 10/15/2024 | 2364210 | 0095638648 | 12/14/2024 | 83 OE Inv: 2364210 | USD | 41.48 |
| 10/15/2024 | 2364211 | 0095638643 | 12/14/2024 | 83 OE Inv: 2364211 | USD | 89.00 |
| 10/15/2024 | 2364212 | 0095638634 | 12/14/2024 | 83 OE Inv: 2364212 | USD | 131.02 |
| 10/15/2024 | 2364213 | 0095638644 | 12/14/2024 | 83 OE Inv: 2364213 | USD | 131.02 |
| 10/15/2024 | 2364214 | 0095638635 | 12/14/2024 | 83 OE Inv: 2364214 | USD | 158.52 |
| 10/15/2024 | 2364215 | 0095638641 | 12/14/2024 | 83 OE Inv: 2364215 | USD | 181.50 |
| 10/15/2024 | 2364216 | 0095638642 | 12/14/2024 | 83 OE Inv: 2364216 | USD | 267.00 |
| 10/15/2024 | 2364222 | 0095638655 | 12/14/2024 | 83 OE Inv: 2364222 | USD | 267.00 |
| 10/15/2024 | 2364223 | 0095638652 | 12/14/2024 | 83 OE Inv: 2364223 | USD | 262.04 |
| 10/15/2024 | 2364224 | 0095638657 | 12/14/2024 | 83 OE Inv: 2364224 | USD | 262.04 |

| 10/15/2024 | 2364225 | 0095638651 | 12/14/2024 | 83 OE Inv: 2364225 | USD | 309.73 |
|---|---|---|---|---|---|---|
| 10/15/2024 | 2364226 | 0095638268 | 12/14/2024 | 83 OE Inv: 2364226 | USD | 181.50 |
| 10/15/2024 | 2364227 | 0095638656 | 12/14/2024 | 83 OE Inv: 2364227 | USD | 133.50 |
| 10/15/2024 | 2364228 | 0095637961 | 12/14/2024 | 83 OE Inv: 2364228 | USD | 132.35 |
| 10/15/2024 | 2364229 | 0095637960 | 12/14/2024 | 83 OE Inv: 2364229 | USD | 192.59 |
| 10/15/2024 | 2364230 | 0095638653 | 12/14/2024 | 83 OE Inv: 2364230 | USD | 79.90 |
| 10/15/2024 | 2364232 | 0095638848 | 12/14/2024 | 83 OE Inv: 2364232 | USD | 240.25 |
| 10/15/2024 | 2364234 | 0095638907 | 12/14/2024 | 83 OE Inv: 2364234 | USD | 181.50 |
| 10/15/2024 | 2364235 | 0095638395 | 12/14/2024 | 83 OE Inv: 2364235 | USD | 158.78 |
| 10/15/2024 | 2364239 | 0095638343 | 12/14/2024 | 83 OE Inv: 2364239 | USD | 178.00 |
| 10/15/2024 | 2364240 | 0095638342 | 12/14/2024 | 83 OE Inv: 2364240 | USD | 131.02 |
| 10/15/2024 | 2364241 | 0095638911 | 12/14/2024 | 83 OE Inv: 2364241 | USD | 222.50 |
| 10/15/2024 | 2364242 | 0095638909 | 12/14/2024 | 83 OE Inv: 2364242 | USD | 130.82 |
| 10/15/2024 | 2364244 | 0095637964 | 12/14/2024 | 83 OE Inv: 2364244 | USD | 89.00 |
| 10/15/2024 | 2364246 | 0095638974 | 12/14/2024 | 83 OE Inv: 2364246 | USD | 80.25 |
| 10/15/2024 | 2364247 | 0095638972 | 12/14/2024 | 83 OE Inv: 2364247 | USD | 106.22 |
| 10/15/2024 | 2364249 | 0095638346 | 12/14/2024 | 83 OE Inv: 2364249 | USD | 131.02 |
| 10/15/2024 | 2364250 | 0095638348 | 12/14/2024 | 83 OE Inv: 2364250 | USD | 267.00 |
| 10/15/2024 | 2364251 | 0095638397 | 12/14/2024 | 83 OE Inv: 2364251 | USD | 398.02 |
| 10/15/2024 | 2364252 | 0095638398 | 12/14/2024 | 83 OE Inv: 2364252 | USD | 267.00 |
| 10/15/2024 | 2364254 | 0095638975 | 12/14/2024 | 83 OE Inv: 2364254 | USD | 178.00 |
| 10/15/2024 | 2364255 | 0095638978 | 12/14/2024 | 83 OE Inv: 2364255 | USD | 39.95 |
| 10/15/2024 | 2364256 | 0095638977 | 12/14/2024 | 83 OE Inv: 2364256 | USD | 181.50 |
| 10/15/2024 | 2364259 | 0095638529 | 12/14/2024 | 83 OE Inv: 2364259 | USD | 131.02 |
| 10/15/2024 | 2364262 | 0095638530 | 12/14/2024 | 83 OE Inv: 2364262 | USD | 45.50 |
| 10/15/2024 | 2364263 | 0095638535 | 12/14/2024 | 83 OE Inv: 2364263 | USD | 178.00 |
| 10/15/2024 | 2364264 | 0095638537 | 12/14/2024 | 83 OE Inv: 2364264 | USD | 121.00 |
| 10/15/2024 | 2364266 | 0095637969 | 12/14/2024 | 83 OE Inv: 2364266 | USD | 207.60 |
| 10/15/2024 | 2364267 | 0095637968 | 12/14/2024 | 83 OE Inv: 2364267 | USD | 65.51 |
| 10/15/2024 | 2364268 | 0095638985 | 12/14/2024 | 83 OE Inv: 2364268 | USD | 41.48 |
| 10/15/2024 | 2364269 | 0095638982 | 12/14/2024 | 83 OE Inv: 2364269 | USD | 217.95 |
| 10/15/2024 | 2364270 | 0095638986 | 12/14/2024 | 83 OE Inv: 2364270 | USD | 51.90 |
| 10/15/2024 | 2364272 | 0095638540 | 12/14/2024 | 83 OE Inv: 2364272 | USD | 51.90 |
| 10/15/2024 | 2364274 | 0095639081 | 12/14/2024 | 83 OE Inv: 2364274 | USD | 145.41 |
| 10/15/2024 | 2364275 | 0095639075 | 12/14/2024 | 83 OE Inv: 2364275 | USD | 172.50 |
| 10/15/2024 | 2364276 | 0095639076 | 12/14/2024 | 83 OE Inv: 2364276 | USD | 90.87 |
| 10/15/2024 | 2364277 | 0095639074 | 12/14/2024 | 83 OE Inv: 2364277 | USD | 131.02 |
| 10/15/2024 | 2364278 | 0095639077 | 12/14/2024 | 83 OE Inv: 2364278 | USD | 110.01 |
| 10/15/2024 | 2364281 | 0095638991 | 12/14/2024 | 83 OE Inv: 2364281 | USD | 106.75 |
| 10/15/2024 | 2364282 | 0095638995 | 12/14/2024 | 83 OE Inv: 2364282 | USD | 178.00 |
| 10/15/2024 | 2364283 | 0095638912 | 12/14/2024 | 83 OE Inv: 2364283 | USD | 60.50 |
| 10/15/2024 | 2364284 | 0095638918 | 12/14/2024 | 83 OE Inv: 2364284 | USD | 60.50 |
| 10/15/2024 | 2364285 | 0095638994 | 12/14/2024 | 83 OE Inv: 2364285 | USD | 89.00 |
| 10/15/2024 | 2364286 | 0095638988 | 12/14/2024 | 83 OE Inv: 2364286 | USD | 170.77 |
| 10/15/2024 | 2364291 | 0095638407 | 12/14/2024 | 83 OE Inv: 2364291 | USD | 242.27 |
| 10/15/2024 | 2364292 | 0095638357 | 12/14/2024 | 83 OE Inv: 2364292 | USD | 131.02 |
| 10/15/2024 | 2364293 | 0095638353 | 12/14/2024 | 83 OE Inv: 2364293 | USD | 155.70 |
| 10/15/2024 | 2364295 | 0095638408 | 12/14/2024 | 83 OE Inv: 2364295 | USD | 245.42 |
| 10/15/2024 | 2364296 | 0095638355 | 12/14/2024 | 83 OE Inv: 2364296 | USD | 89.00 |
| 10/15/2024 | 2364298 | 0095638409 | 12/14/2024 | 83 OE Inv: 2364298 | USD | 195.58 |
| 10/15/2024 | 2364299 | 0095638402 | 12/14/2024 | 83 OE Inv: 2364299 | USD | 131.02 |
| 10/15/2024 | 2364303 | 0095639083 | 12/14/2024 | 83 OE Inv: 2364303 | USD | 112.40 |
| 10/15/2024 | 2364304 | 0095638852 | 12/14/2024 | 83 OE Inv: 2364304 | USD | 54.68 |
| 10/15/2024 | 2364305 | 0095639085 | 12/14/2024 | 83 OE Inv: 2364305 | USD | 148.50 |
| 10/15/2024 | 2364306 | 0095639092 | 12/14/2024 | 83 OE Inv: 2364306 | USD | 82.50 |
| 10/15/2024 | 2364307 | 0095638851 | 12/14/2024 | 83 OE Inv: 2364307 | USD | 131.02 |
| 10/15/2024 | 2364308 | 0095638853 | 12/14/2024 | 83 OE Inv: 2364308 | USD | 43.88 |
| 10/15/2024 | 2364309 | 0095639089 | 12/14/2024 | 83 OE Inv: 2364309 | USD | 178.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/2024 | 2364312 | 0095639473 | 12/14/2024 | 83 OE Inv: 2364312 | USD | 557.70 |
| 10/15/2024 | 2364314 | 0095641780 | 12/14/2024 | 83 OE Inv: 2364314 | USD | 185.90 |
| 10/15/2024 | 2364318 | 0095641786 | 12/14/2024 | 83 OE Inv: 2364318 | USD | 185.90 |
| 10/16/2024 | 2364403 | 0095638412 | 12/15/2024 | 82 OE Inv: 2364403 | USD | 121.00 |
| 10/16/2024 | 2364410 | 0095639312 | 12/15/2024 | 82 OE Inv: 2364410 | USD | 267.00 |
| 10/16/2024 | 2364411 | 0095639172 | 12/15/2024 | 82 OE Inv: 2364411 | USD | 151.25 |
| 10/16/2024 | 2364412 | 0095639310 | 12/15/2024 | 82 OE Inv: 2364412 | USD | 398.02 |
| 10/16/2024 | 2364413 | 0095639096 | 12/15/2024 | 82 OE Inv: 2364413 | USD | 178.00 |
| 10/16/2024 | 2364420 | 0095638920 | 12/15/2024 | 82 OE Inv: 2364420 | USD | 86.20 |
| 10/16/2024 | 2364421 | 0095638998 | 12/15/2024 | 82 OE Inv: 2364421 | USD | 140.56 |
| 10/16/2024 | 2364431 | 0095638418 | 12/15/2024 | 82 OE Inv: 2364431 | USD | 178.00 |
| 10/16/2024 | 2364432 | 0095638420 | 12/15/2024 | 82 OE Inv: 2364432 | USD | 175.52 |
| 10/16/2024 | 2364436 | 0095639100 | 12/15/2024 | 82 OE Inv: 2364436 | USD | 43.50 |
| 10/16/2024 | 2364438 | 0095639002 | 12/15/2024 | 82 OE Inv: 2364438 | USD | 129.75 |
| 10/16/2024 | 2364440 | 0095638856 | 12/15/2024 | 82 OE Inv: 2364440 | USD | 60.50 |
| 10/16/2024 | 2364441 | 0095639101 | 12/15/2024 | 82 OE Inv: 2364441 | USD | 55.00 |
| 10/16/2024 | 2364442 | 0095638857 | 12/15/2024 | 82 OE Inv: 2364442 | USD | 55.00 |
| 10/16/2024 | 2364443 | 0095638669 | 12/15/2024 | 82 OE Inv: 2364443 | USD | 131.02 |
| 10/16/2024 | 2364444 | 0095638668 | 12/15/2024 | 82 OE Inv: 2364444 | USD | 238.50 |
| 10/16/2024 | 2364447 | 0095639319 | 12/15/2024 | 82 OE Inv: 2364447 | USD | 172.90 |
| 10/16/2024 | 2364448 | 0095639320 | 12/15/2024 | 82 OE Inv: 2364448 | USD | 289.84 |
| 10/16/2024 | 2364456 | 0095639472 | 12/15/2024 | 82 OE Inv: 2364456 | USD | 45.50 |
| 10/16/2024 | 2364457 | 0095639471 | 12/15/2024 | 82 OE Inv: 2364457 | USD | 181.50 |
| 10/16/2024 | 2364460 | 0095639478 | 12/15/2024 | 82 OE Inv: 2364460 | USD | 468.60 |
| 10/16/2024 | 2364461 | 0095639402 | 12/15/2024 | 82 OE Inv: 2364461 | USD | 668.40 |
| 10/16/2024 | 2364462 | 0095639403 | 12/15/2024 | 82 OE Inv: 2364462 | USD | 222.50 |
| 10/16/2024 | 2364464 | 0095639122 | 12/15/2024 | 82 OE Inv: 2364464 | USD | 89.00 |
| 10/16/2024 | 2364465 | 0095639124 | 12/15/2024 | 82 OE Inv: 2364465 | USD | 393.06 |
| 10/16/2024 | 2364466 | 0095639125 | 12/15/2024 | 82 OE Inv: 2364466 | USD | 167.66 |
| 10/16/2024 | 2364467 | 0095639123 | 12/15/2024 | 82 OE Inv: 2364467 | USD | 89.00 |
| 10/16/2024 | 2364468 | 0095639126 | 12/15/2024 | 82 OE Inv: 2364468 | USD | 103.80 |
| 10/16/2024 | 2364469 | 0095639120 | 12/15/2024 | 82 OE Inv: 2364469 | USD | 51.90 |
| 10/16/2024 | 2364470 | 0095639121 | 12/15/2024 | 82 OE Inv: 2364470 | USD | 393.06 |
| 10/16/2024 | 2364476 | 0095639007 | 12/15/2024 | 82 OE Inv: 2364476 | USD | 131.80 |
| 10/16/2024 | 2364478 | 0095639005 | 12/15/2024 | 82 OE Inv: 2364478 | USD | 103.80 |
| 10/16/2024 | 2364480 | 0095639011 | 12/15/2024 | 82 OE Inv: 2364480 | USD | 155.70 |
| 10/16/2024 | 2364492 | 0095638439 | 12/15/2024 | 82 OE Inv: 2364492 | USD | 181.65 |
| 10/16/2024 | 2364495 | 0095641433 | 12/15/2024 | 82 OE Inv: 2364495 | USD | 539.00 |
| 10/16/2024 | 2364496 | 0095638437 | 12/15/2024 | 82 OE Inv: 2364496 | USD | 524.08 |
| 10/16/2024 | 2364497 | 0095638442 | 12/15/2024 | 82 OE Inv: 2364497 | USD | 181.50 |
| 10/16/2024 | 2364506 | 0095641591 | 12/15/2024 | 82 OE Inv: 2364506 | USD | 87.00 |
| 10/16/2024 | 2364531 | 0095641480 | 12/15/2024 | 82 OE Inv: 2364531 | USD | 442.52 |
| 10/16/2024 | 2364532 | 0095641451 | 12/15/2024 | 82 OE Inv: 2364532 | USD | 398.02 |
| 10/16/2024 | 2364533 | 0095641458 | 12/15/2024 | 82 OE Inv: 2364533 | USD | 188.50 |
| 10/16/2024 | 2364534 | 0095641475 | 12/15/2024 | 82 OE Inv: 2364534 | USD | 262.04 |
| 10/16/2024 | 2364535 | 0095641449 | 12/15/2024 | 82 OE Inv: 2364535 | USD | 172.50 |
| 10/16/2024 | 2364536 | 0095641452 | 12/15/2024 | 82 OE Inv: 2364536 | USD | 222.50 |
| 10/16/2024 | 2364537 | 0095641476 | 12/15/2024 | 82 OE Inv: 2364537 | USD | 121.00 |
| 10/16/2024 | 2364538 | 0095641459 | 12/15/2024 | 82 OE Inv: 2364538 | USD | 594.55 |
| 10/16/2024 | 2364539 | 0095641455 | 12/15/2024 | 82 OE Inv: 2364539 | USD | 267.00 |
| 10/16/2024 | 2364540 | 0095641481 | 12/15/2024 | 82 OE Inv: 2364540 | USD | 261.00 |
| 10/16/2024 | 2364543 | 0095641453 | 12/15/2024 | 82 OE Inv: 2364543 | USD | 267.00 |
| 10/16/2024 | 2364584 | 0095641894 | 12/15/2024 | 82 OE Inv: 2364584 | USD | 92.95 |
| 10/16/2024 | 2364587 | 0095642169 | 12/15/2024 | 82 OE Inv: 2364587 | USD | 67.25 |
| 10/16/2024 | 2364594 | 0095642344 | 12/15/2024 | 82 OE Inv: 2364594 | USD | 46.25 |
| 10/17/2024 | 2364675 | 0095642750 | 12/16/2024 | 81 OE Inv: 2364675 | USD | 51.90 |
| 10/17/2024 | 2364710 | 0095644271 | 12/16/2024 | 81 OE Inv: 2364710 | USD | 278.85 |
| 10/17/2024 | 2364713 | 0095644225 | 12/16/2024 | 81 OE Inv: 2364713 | USD | 185.90 |

| 10/18/2024 | 2364826 | 0095644527 | 12/17/2024 | 80 OE Inv: 2364826 | USD | 223.00 |
|---|---|---|---|---|---|---|
| 10/18/2024 | 2364827 | 0095644990 | 12/17/2024 | 80 OE Inv: 2364827 | USD | 557.70 |
| 10/18/2024 | 2364830 | 0095645541 | 12/17/2024 | 80 OE Inv: 2364830 | USD | 185.90 |
| 10/18/2024 | 2364831 | 0095645870 | 12/17/2024 | 80 OE Inv: 2364831 | USD | 278.85 |
| 10/18/2024 | 2364833 | 0095644569 | 12/17/2024 | 80 OE Inv: 2364833 | USD | 185.90 |
| 10/18/2024 | 2364834 | 0095645587 | 12/17/2024 | 80 OE Inv: 2364834 | USD | 92.95 |
| 10/18/2024 | 2364835 | 0095646070 | 12/17/2024 | 80 OE Inv: 2364835 | USD | 111.50 |
| 10/21/2024 | 2364946 | 0095645225 | 12/20/2024 | 77 OE Inv: 2364946 | USD | 557.70 |
| 10/21/2024 | 2364959 | 0095645621 | 12/20/2024 | 77 OE Inv: 2364959 | USD | 21.75 |
| 10/21/2024 | 2364972 | 0095645648 | 12/20/2024 | 77 OE Inv: 2364972 | USD | 46.25 |
| 10/21/2024 | 2364984 | 0095645948 | 12/20/2024 | 77 OE Inv: 2364984 | USD | 111.50 |
| 10/21/2024 | 2364998 | 0095646767 | 12/20/2024 | 77 OE Inv: 2364998 | USD | 51.90 |
| 10/21/2024 | 2365001 | 0095646930 | 12/20/2024 | 77 OE Inv: 2365001 | USD | 278.85 |
| 10/21/2024 | 2365009 | 0095646152 | 12/20/2024 | 77 OE Inv: 2365009 | USD | 138.75 |
| 10/21/2024 | 2365010 | 0095646141 | 12/20/2024 | 77 OE Inv: 2365010 | USD | 46.25 |
| 10/21/2024 | 2365019 | 0095645664 | 12/20/2024 | 77 OE Inv: 2365019 | USD | 46.25 |
| 10/21/2024 | 2365042 | 0095647004 | 12/20/2024 | 77 OE Inv: 2365042 | USD | 185.90 |
| 10/21/2024 | 2365043 | 0095647001 | 12/20/2024 | 77 OE Inv: 2365043 | USD | 121.00 |
| 10/21/2024 | 2365044 | 0095646997 | 12/20/2024 | 77 OE Inv: 2365044 | USD | 185.90 |
| 10/21/2024 | 2365055 | 0095646603 | 12/20/2024 | 77 OE Inv: 2365055 | USD | 46.25 |
| 10/21/2024 | 2365056 | 0095646600 | 12/20/2024 | 77 OE Inv: 2365056 | USD | 557.70 |
| 10/21/2024 | 2365057 | 0095647025 | 12/20/2024 | 77 OE Inv: 2365057 | USD | 92.95 |
| 10/21/2024 | 2365058 | 0095647291 | 12/20/2024 | 77 OE Inv: 2365058 | USD | 92.50 |
| 10/21/2024 | 2365059 | 0095647116 | 12/20/2024 | 77 OE Inv: 2365059 | USD | 138.75 |
| 10/22/2024 | 2365202 | 0095646465 | 12/21/2024 | 76 OE Inv: 2365202 | USD | 43.88 |
| 10/22/2024 | 2365235 | 0095647380 | 12/21/2024 | 76 OE Inv: 2365235 | USD | 46.25 |
| 10/22/2024 | 2365238 | 0095647393 | 12/21/2024 | 76 OE Inv: 2365238 | USD | 138.75 |
| 10/22/2024 | 2365247 | 0095649673 | 12/21/2024 | 76 OE Inv: 2365247 | USD | 92.50 |
| 10/22/2024 | 2365250 | 0095650477 | 12/21/2024 | 76 OE Inv: 2365250 | USD | 46.25 |
| 10/23/2024 | 2365375 | 0095650974 | 12/22/2024 | 75 OE Inv: 2365375 | USD | 111.50 |
| 10/23/2024 | 2365376 | 0095650627 | 12/22/2024 | 75 OE Inv: 2365376 | USD | 557.70 |
| 10/23/2024 | 2365377 | 0095651754 | 12/22/2024 | 75 OE Inv: 2365377 | USD | 51.00 |
| 10/23/2024 | 2365380 | 0095650443 | 12/22/2024 | 75 OE Inv: 2365380 | USD | 46.25 |
| 10/24/2024 | 2365475 | 0095651802 | 12/23/2024 | 74 OE Inv: 2365475 | USD | 92.95 |
| 10/24/2024 | 2365476 | 0095651909 | 12/23/2024 | 74 OE Inv: 2365476 | USD | 185.90 |
| 10/24/2024 | 2365477 | 0095651806 | 12/23/2024 | 74 OE Inv: 2365477 | USD | 92.95 |
| 10/24/2024 | 2365479 | 0095651946 | 12/23/2024 | 74 OE Inv: 2365479 | USD | 371.80 |
| 10/24/2024 | 2365480 | 0095652594 | 12/23/2024 | 74 OE Inv: 2365480 | USD | 111.50 |
| 10/24/2024 | 2365481 | 0095652772 | 12/23/2024 | 74 OE Inv: 2365481 | USD | 371.80 |
| 10/25/2024 | 2365519 | 0095639316 | 12/24/2024 | 73 OE Inv: 2365519 | USD | 352.91 |
| 10/25/2024 | 2365520 | 0095639009 | 12/24/2024 | 73 OE Inv: 2365520 | USD | 479.40 |
| 10/25/2024 | 2365521 | 0095641477 | 12/24/2024 | 73 OE Inv: 2365521 | USD | 512.16 |
| 10/25/2024 | 2365522 | 0095641478 | 12/24/2024 | 73 OE Inv: 2365522 | USD | 429.20 |
| 10/25/2024 | 2365523 | 0095641785 | 12/24/2024 | 73 OE Inv: 2365523 | USD | 39.95 |
| 10/25/2024 | 2365541 | 0095649754 | 12/24/2024 | 73 OE Inv: 2365541 | USD | 87.76 |
| 10/25/2024 | 2365599 | 0095653477 | 12/24/2024 | 73 OE Inv: 2365599 | USD | 46.25 |
| 10/28/2024 | 2365687 | 0095653041 | 12/27/2024 | 70 OE Inv: 2365687 | USD | 82.96 |
| 10/28/2024 | 2365710 | 0095653665 | 12/27/2024 | 70 OE Inv: 2365710 | USD | 46.25 |
| 10/28/2024 | 2365759 | 0095653826 | 12/27/2024 | 70 OE Inv: 2365759 | USD | 46.25 |
| 10/28/2024 | 2365788 | 0095654498 | 12/27/2024 | 70 OE Inv: 2365788 | USD | 46.25 |
| 10/28/2024 | 2365796 | 0095655111 | 12/27/2024 | 70 OE Inv: 2365796 | USD | 113.50 |
| 10/29/2024 | 2365884 | 0095655092 | 12/28/2024 | 69 OE Inv: 2365884 | USD | 73.65 |
| 10/30/2024 | 2365974 | 0095654520 | 12/29/2024 | 68 OE Inv: 2365974 | USD | 57.50 |
| 10/30/2024 | 2366012 | 0095660183 | 12/29/2024 | 68 OE Inv: 2366012 | USD | 113.50 |
| 10/21/2024 | 2366019 | 0095600780 | 12/20/2024 | 77 OE Inv: 2366019 | USD | 48.00 |
| 11/4/2024 | 2366267 | 0095662777 | 1/3/2025 | 63 OE Inv: 2366267 | USD | 89.25 |
| 11/6/2024 | 2366447 | 0095663590 | 1/5/2025 | 61 OE Inv: 2366447 | USD | 90.75 |
| 11/7/2024 | 2366559 | 0095668189 | 1/6/2025 | 60 OE Inv: 2366559 | USD | 185.00 |

| 11/18/2024 | 2367363 | 0095685011 | 1/17/2025 | 49 OE Inv: 2367363 | USD | 30.25 |
|---|---|---|---|---|---|---|
| 11/18/2024 | 2367418 | 0095680468 | 1/17/2025 | 49 OE Inv: 2367418 | USD | 46.25 |
| 11/19/2024 | 2367487 | 0095691385 | 1/18/2025 | 48 OE Inv: 2367487 | USD | 60.50 |
| 11/19/2024 | 2367488 | 0095691129 | 1/18/2025 | 48 OE Inv: 2367488 | USD | 121.00 |
| 11/19/2024 | 2367494 | 0095693033 | 1/18/2025 | 48 OE Inv: 2367494 | USD | 46.25 |
| 11/27/2024 | 2368149 | 0095704550 | 1/26/2025 | 40 OE Inv: 2368149 | USD | 29.25 |
| 12/2/2024 | 2368229 | 0095706230 | 1/31/2025 | 35 OE Inv: 2368229 | USD | 46.25 |
| 12/2/2024 | 2368262 | 0095706660 | 1/31/2025 | 35 OE Inv: 2368262 | USD | 94.25 |
| 12/2/2024 | 2368269 | 0095707409 | 1/31/2025 | 35 OE Inv: 2368269 | USD | 46.25 |
| 12/3/2024 | 2368449 | 0095712180 | 2/1/2025 | 34 OE Inv: 2368449 | USD | 111.50 |
| 12/5/2024 | 2368664 | 0095715163 | 2/3/2025 | 32 OE Inv: 2368664 | USD | 46.25 |
| 12/13/2024 | 2369421 | 0095722126 | 2/11/2025 | 24 OE Inv: 2369421 | USD | 35.75 |
| 12/16/2024 | 2369510 | 0095724669 | 2/14/2025 | 21 OE Inv: 2369510 | USD | 111.50 |
| 12/18/2024 | 2369690 | 0095728438 | 2/16/2025 | 19 OE Inv: 2369690 | USD | 111.50 |

**Total 110069**          **44,588.52**

**TOTAL**          **44,588.52**