# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I caused a copy of the **Motion of Jordan Manufacturing Company, Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief** to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

| Counsel to the Debtors | |
|---|---|
| Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>Casey B. Sawyer<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>biglots.mnat@morrisnichols.com | Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com |
| **Counsel to ABL Agent** | |
| John F. Ventola<br>Jonathan D. Marshall<br>Jacob S. Lang<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Regina Stango Kelbon<br>Stanley Tarr<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |

| **Counsel to the Term Agent** ||
|---|---|
| Chad B. Simon<br>James V. Drew<br>Sarah L. Hautzinger<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| **Counsel to the Committee** ||
| Darren Azman<br>Kristin G. Going<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| **Counsel to the Stalking Horse Bidder** ||
| Christopher Marcus<br>Douglas A. Ryder<br>Nicholas M. Adzima<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | |
| **U.S. Trustee** ||
| Linda J. Casey<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | |

Dated: January 7, 2025                                           */s/ Kevin G. Collins*
                                                                 Kevin G. Collins (DE No. 5149)