**BIG MIFL 2 OWNER LLC**
Vendor: Miami - Dade Tax Collector

Check Date: November 18, 2024

**10009**

| INVOICE DATE | INVOICE NO | DESCRIPTION | Acct | | Amount |
|---|---|---|---|---|---|
| 11-01-24 | 2312-Nov24 | TX-04 2024 RETX - 14-8384 | 5205 | .00 | 3318.12 |
| 11-01-24 | 2312-Nov24 | TX-10 2024 RETX 33-5032-0 | 5205 | .00 | 157111.91 |
| 11-01-24 | 2312-Nov24 | TX-21 2024 RETX 33-5032-0 | 5205 | .00 | 26653.76 |

| Chk. Date | 11-18-24 | Chk. No. | 10009 | Totals | | 187083.79 |
|---|---|---|---|---|---|---|

---

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

**BIG MIFL 2 OWNER LLC**
2950 Sw 27th Ave
Suite 300
Miami, FL 33133

Sunstate Bank
63-0436//0660

**10009**

DATE: November 18, 2024

PAY ONLY  **187,083 79 CENTS**
One Eight Seven Zero Eight Three

$****187,083.79

PAY One Hundred Eighty-Seven Thousand Eighty-Three and 79/100 Dollars

TO THE ORDER OF
Miami - Dade Tax Collector
140 West Flagler Street
14th Floor
Miami, FL 33130

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

ENDORSE HERE

X

BORDERS ON THE FACE AND BACK CONTAIN MICROPRINTING AND MAY BE SEEN UNDER MAGNIFICATION

DO NOT WRITE, STAMP OR SIGN BELOW · RESERVED FOR FINANCIAL INSTITUTION USE

THIS PORTION IS NON-NEGOTIABLE

03/26/2024    REORDER [#53200]    (800) 600-6861    www.wellspringsoftware.com

plicate public_user 11/01/2024

Miami-Dade County, Florida

# 2024 Tangible Personal Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 14-838404 | PALMETTO BAY | 3300 |

BIG LOTS #4224
BIG LOTS STORES - PNS LLC
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH  43081-7651

Business Address
18325 S DIXIE HWY

Exemptions:
TPP EXEMPTION

## AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| Miami-Dade School Board | | | | |
| School Board Operating | 223,760 | 5.46800 | 198,760 | 1,086.82 |
| School Board Debt Service | 223,760 | 0.13400 | 198,760 | 26.63 |
| Voted School Operating | 223,760 | 1.00000 | 198,760 | 198.76 |
| State and Other | | | | |
| Florida Inland Navigation District | 223,760 | 0.02880 | 198,760 | 5.72 |
| South Florida Water Management District | 223,760 | 0.09480 | 198,760 | 18.84 |
| Okeechobee Basin | 223,760 | 0.10260 | 198,760 | 20.39 |
| Everglades Construction Project | 223,760 | 0.03270 | 198,760 | 6.50 |
| Childrens Trust Authority | 223,760 | 0.50000 | 198,760 | 99.38 |
| Miami-Dade County | | | | |
| County Wide Operating | 223,760 | 4.57400 | 198,760 | 909.13 |
| County Wide Debt Service | 223,760 | 0.42710 | 198,760 | 84.89 |
| Library District | 223,760 | 0.28120 | 198,760 | 55.89 |
| Fire Rescue Operating | 223,760 | 2.39650 | 198,760 | 476.33 |
| Municipal Governing Board | | | | |
| Palmetto Bay Operating | 223,760 | 2.35000 | 198,760 | 467.09 |
| PA Penalty | | | | 0.00 |

| AMOUNT IF PAID BY (pay only one amount) | | | | | Combined taxes |
|---|---|---|---|---|---|
| Nov 30, 2024 | Dec 31, 2024 | Jan 31, 2025 | Feb 28, 2025 | Mar 31, 2025 | |
| $3,318.12 | $3,352.68 | $3,387.24 | $3,421.81 | $3,456.37 | $3,456.37 |

Save Time. Pay Online. www.miamidade.gov    ↑ RETAIN FOR YOUR RECORDS ↑

*Entered 11/4/24*

---

2024 Tangible Personal Property

14-838404
FOLIO NUMBER

18325 S DIXIE HWY
BUSINESS ADDRESS

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

*2+14838404+2024*

Scan to pay

Mail payments payable to:
Miami-Dade Office of the Tax Collector
200 NW 2nd Avenue, Miami, FL 33128
(In U.S. funds from a U.S. Bank)
Funds must be available for immediate withdrawal.

BIG LOTS #4224
BIG LOTS STORES - PNS LLC
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH  43081-7651

| PAY ONLY ONE AMOUNT | |
|---|---|
| If Paid By | Please Pay |
| Nov 30, 2024 | $3,318.12 |
| Dec 31, 2024 | $3,352.68 |
| Jan 31, 2025 | $3,387.24 |
| Feb 28, 2025 | $3,421.81 |
| Mar 31, 2025 | $3,456.37 |

2000000000000000000000148384042024000034563700000000000

Miami-Dade County, Florida

# 2024 Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 33-5032-047-0021 | PALMETTO BAY | 3300 |

BIG MIFL2 OWNER LLC
C/O BLUE OWL REAL ESTATE
30 NORTH LASALLE STE 4140
CHICAGO, IL  60602

Property Address

Exemptions:

## AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| **Miami-Dade School Board** | | | | |
| School Board Operating | 1,596,595 | 5.46800 | 1,596,595 | 8,730.19 |
| School Board Debt Service | 1,596,595 | 0.13400 | 1,596,595 | 213.94 |
| Voted School Operating | 1,596,595 | 1.00000 | 1,596,595 | 1,596.60 |
| **State and Other** | | | | |
| Florida Inland Navigation District | 1,596,595 | 0.02880 | 1,596,595 | 45.98 |
| South Florida Water Management District | 1,596,595 | 0.09480 | 1,596,595 | 151.36 |
| Okeechobee Basin | 1,596,595 | 0.10260 | 1,596,595 | 163.81 |
| Everglades Construction Project | 1,596,595 | 0.03270 | 1,596,595 | 52.21 |
| Childrens Trust Authority | 1,596,595 | 0.50000 | 1,596,595 | 798.30 |
| **Miami-Dade County** | | | | |
| County Wide Operating | 1,596,595 | 4.57400 | 1,596,595 | 7,302.83 |
| County Wide Debt Service | 1,596,595 | 0.42710 | 1,596,595 | 681.91 |
| Library District | 1,596,595 | 0.28120 | 1,596,595 | 448.96 |
| Fire Rescue Operating | 1,596,595 | 2.39650 | 1,596,595 | 3,826.24 |
| **Municipal Governing Board** | | | | |
| Palmetto Bay Operating | 1,596,595 | 2.35000 | 1,596,595 | 3,752.00 |


Entered 11/4/24

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| | | | |

### AMOUNT IF PAID BY (pay only one amount)

| Nov 30, 2024 | Dec 31, 2024 | Jan 31, 2025 | Feb 28, 2025 | Mar 31, 2025 | Combined Taxes and Assessments |
|---|---|---|---|---|---|
| $26,653.76 | $26,931.40 | $27,209.04 | $27,486.69 | $27,764.33 | $27,764.33 |

↑ RETAIN FOR YOUR RECORDS ↑

---

**2024 Real Estate Property Taxes**

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

33-5032-047-0021
FOLIO NUMBER

*1+33503204700 21+2024*

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
200 NW 2nd Avenue, Miami, FL 33128

Scan to pay

PROPERTY ADDRESS

LEGAL DESCRIPTION
BARNETT-LINDSLEY SUB PB 117-100
PORT OF TR B DESC BEG MOST NWLY
COR OF TR B TH S 69 DEG E

BIG MIFL2 OWNER LLC
C/O BLUE OWL REAL ESTATE
30 NORTH LASALLE STE 4140
CHICAGO, IL  60602

**PAY ONLY ONE AMOUNT**

| If Paid By | Please Pay |
|---|---|
| Nov 30, 2024 | $26,653.76 |
| Dec 31, 2024 | $26,931.40 |
| Jan 31, 2025 | $27,209.04 |
| Feb 28, 2025 | $27,486.69 |
| Mar 31, 2025 | $27,764.33 |

1000000000000000000335032047002120240000277643300000000000001

Miami-Dade County, Florida

# 2024 Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 33-5032-047-0010 | PALMETTO BAY | 3300 |

BIG MIFL2 OWNER LLC
C/O BLUE OWL ESTATE CAPITAL LLC
30 NORTH LASALLE STE 4140
CHICAGO, IL  60602

Property Address
18325 S DIXIE HWY

Exemptions:

## AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | | TAXES LEVIED |
|---|---|---|---|---|
| **Miami-Dade School Board** | | | | |
| School Board Operating | 9,411,217 | 5.46800 | 9,411,217 | 51,460.54 |
| School Board Debt Service | 9,411,217 | 0.13400 | 9,411,217 | 1,261.10 |
| Voted School Operating | 9,411,217 | 1.00000 | 9,411,217 | 9,411.22 |
| **State and Other** | | | | |
| Florida Inland Navigation District | 9,411,217 | 0.02880 | 9,411,217 | 271.04 |
| South Florida Water Management District | 9,411,217 | 0.09480 | 9,411,217 | 892.18 |
| Okeechobee Basin | 9,411,217 | 0.10260 | 9,411,217 | 965.59 |
| Everglades Construction Project | 9,411,217 | 0.03270 | 9,411,217 | 307.75 |
| Childrens Trust Authority | 9,411,217 | 0.50000 | 9,411,217 | 4,705.61 |
| **Miami-Dade County** | | | | |
| County Wide Operating | 9,411,217 | 4.57400 | 9,411,217 | 43,046.91 |
| County Wide Debt Service | 9,411,217 | 0.42710 | 9,411,217 | 4,019.53 |
| Library District | 9,411,217 | 0.28120 | 9,411,217 | 2,646.43 |
| Fire Rescue Operating | 9,411,217 | 2.39650 | 9,411,217 | 22,553.98 |
| **Municipal Governing Board** | | | | |
| Palmetto Bay Operating | 9,411,217 | 2.35000 | 9,411,217 | 22,116.36 |


Entered 11/4/24

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| | | | |

### AMOUNT IF PAID BY (pay only one amount)

| Nov 30, 2024 | Dec 31, 2024 | Jan 31, 2025 | Feb 28, 2025 | Mar 31, 2025 | Combined Taxes and Assessments |
|---|---|---|---|---|---|
| $157,111.91 | $158,748.49 | $160,385.08 | $162,021.66 | $163,658.24 | $163,658.24 |

↑ RETAIN FOR YOUR RECORDS ↑

---

**2024 Real Estate Property Taxes**

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

33-5032-047-0010
FOLIO NUMBER
18325 S DIXIE HWY
PROPERTY ADDRESS
LEGAL DESCRIPTION
BARNETT-LINDSLEY SUB
PB 117-100
TR A
LOT SIZE 131997 SQ FT
OR 14454-1991 0290 5 (2)

BIG MIFL2 OWNER LLC
C/O BLUE OWL ESTATE CAPITAL LLC
30 NORTH LASALLE STE 4140
CHICAGO, IL  60602

*1+33503204700010+2024*

Scan to pay

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
200 NW 2nd Avenue, Miami, FL 33128

**PAY ONLY ONE AMOUNT**

| If Paid By | Please Pay |
|---|---|
| Nov 30, 2024 | $157,111.91 |
| Dec 31, 2024 | $158,748.49 |
| Jan 31, 2025 | $160,385.08 |
| Feb 28, 2025 | $162,021.66 |
| Mar 31, 2025 | $163,658.24 |

1000000000000000000335032047001020240001636582400000000002