**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.,1* | ) | Case No.  24-11967 (JKS) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF HEARING ON MOTION OF BIG MIFL2 OWNER LLC**
**FOR AN ORDER (I) COMPELLING DEBTOR TO TIMELY**
**PERFORM LEASE OBLIGATIONS UNDER 11 U.S.C. § 365(d)(3) AND**
**(II) ALLOWING, AND COMPELLING PAYMENT OF ADMINISTRATIVE**
**CLAIM UNDER 11 U.S.C. §503(b)(1)(A)**

PLEASE TAKE NOTICE that, on January 7, 2025, Big Milf2 Owner LLC ("Big Milf2") filed Big Milf2's Motion for An Order (I) Compelling Debtor To Timely Perform Lease Obligations Under 11 U.S.C. § 365(D)(3) And (II) Allowing, And Compelling Payment Of Administrative Claim Under 11 U.S.C. §503(B)(1)(A)  with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon Counsel to Big Milf2, JM Carbino Law, Attn: Jeffrey M. Carbino, jcarbinolaw@outlook.com, 1007 N. Orange Street, Suite 420, Wilmington, DE 19801, so as to be received on or before January 14, 2025 at 4:00 P.M. (Eastern).

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objection shall be considered at a hearing before The Honorable J. Kate Stickles, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on January 21, 2025, at 1:00 p.m. (Eastern).

---

1 The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated:  January 7, 2025
Wilmington, Delaware

Respectfully submitted,

JMCARBIN0 LAW

By:     /s/ *Jeffrey M. Carbino*
        Jeffrey M. Carbino (No. 4062)
        1007 N. Orange Street, Suite 420
        Wilmington, DE 19801
        Telephone: (610) 639-3695
        E-mail: jcarbinolaw@outlook.com

        Counsel for Big Milf2 Owner LLC