**CERTIFICATE OF SERVICE**

      I, Jeffrey M. Carbino, hereby certify that on this 7th day of January, 2025, the foregoing Big Milf2 Owner LLC's Motion for entry of an order (i) compelling the Debtors to comply with their obligations under 11 U.S.C. § 365(d)(3) and (ii) compelling payment of an administrative expense claim under 11 U.S.C. § 503(b) was served on all parties registered to receive CM/ECF notifications in this matter and upon the parties identified below via email.

**SERVICE LIST VIA EMAIL**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. Market Street, 16th Floor Wilmington, DE 19801 Attn: Robert J. Dehney, Sr. Andrew R. Remming Daniel B. Butz Tamara K. Mann Sophie Rogers Churchill Email: rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com srchurchill@morrisnichols.com

DAVIS POLK & WARDWELL LLP 450 Lexington Avenue New York, NY 10017 Attn: Brian M. Resnick Adam L. Shpeen Stephen D. Piraino Ethan Stern Email: brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.co m ethan.stern@davispolk.com

COMMITTEE COUNSEL jalberto@coleschotz.com snewma@coleschotz.com scarnes@coleschotz.com dazman@mwe.com kgoing@mwe.com

OFFICE OF THE UNITED STATES TRUSTEE linda.casey@usdoj.gov

                                                    /s/ *Jeffrey M. Carbino*
                                                  Jeffrey M. Carbino