# EXHIBIT B



## INDUSTRIAS MEDIASIST

**INVOICE**

**R.F.C.:** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| | |
|---|---|
| **Digital Fiscal Doc.** | (I)Ingreso |
| **Serie:** B **Folio:** | 44229 |
| **Date:** | 2024-11-06T18:55:23 |
| **Issued in zip:** | 74130 |

Folio fiscal:
EBF8A0FA-5187-4E24-BE15-40273DFDC315

### CUSTOMER

CLOSEOUT DISTRIBUTION, LLC c/o BIG LOT SOTRES, INC          ( 1320 )

RFC:XEXX010101000

Régimen fiscal:     (616)Sin obligaciones fiscales
E.DUBLIN GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI: (S01)Sin efectos fiscales.      Vendedor: 13

**ISSUED**  CAMINO REAL IZTACCIHUATL No.
Col. OTRA NO ESPECIFICADA EN EL CATALOGO,
**Currency:** Dólares      **T.C.:** 20.036700
**Payment method:** (PPD)Pago en parcialidades o
**Payment form::**    (99)Por definir
**Purchase Order**  95621796

**Ship to:** 4900 E.DUBLIN GRANVILLE RD 43081-7651 US No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:**   061119097     **Fiscal location:**   (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 1,024.00 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 61,194.2400 |

TOTAL WEIGHT: 26,460.16 LBS
TOTAL CARTON COUNT: 1024
DATE OF SHIPMENT: OCTOBER 25, 2024
CARRIER NAME: ROHA TRUCKING LLC
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: NOVEMBER.29,2024
INCOTERM: FOB LAREDO, TX

| | |
|---|---|
| **Subtotal:** | 61,194.24 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | 61,194.24 |

SESENTA Y UN MIL CIENTO NOVENTA Y CUATRO DÓLARES 24/100 USD

**"Este documento es una representación impresa de un CFDI"**

**Validation time & date:**  2024-11-06T19:07:11
**Validation serial num:**   00001000000710568436

**Digital validation cfdi:**

CBpFZLaUq8c+x9cSNZirswhLBukX6MdKgPdeYloAUvLs5Qu8o/yxnihV+zoc9T/gXK+TOWdR4nnGANqlZKk+Ma76VdULySfvkrwq
P53sYL1UfgtgWhbKVsHumXVkaKS0+y+RXBKAvp5llgqLSBAJSjdLNh980sDKDds3iafZ85MG4mdT8mU4aepH0Uv9dKVGD7FB77+k
8JpdE9RB3paPKeQ4TFhCkf31WU70jNoneLxhRY4u9QhxHr8GqlxOaRZDC+uupAHHVViwyLxcixWtWYY1cep8gZmKEPjfmP0cYqyG pWOT9KrmCe6BbfWYRJk8Gu9iiBSAMEtVD4YvkPv5PQ==

**Serial num of digital certificate SAT:**  00001000000702693654

**Digital certificate**

KuCZrqX2VW8P4CHjAVPc+qZ7f2Gep3Tce30XJ/zcZng3khZ5agJLCkYztnB9llG7vWk6awq0DcTWvbsJUelOw6G/b3xrn5AVvwwBJy cwKumsh0AzsxgwW8zcNEudVKEGEBBPbVy2FsE4DytVPxPrxTD6E3kwpcLnP3KMpUvNIC88G4aaJduZVDiCEnZZrySebXnokEEx9q
7q+YjlXCdslP4Qm5WvzSWqs6p9fKfRu1u0pSgn9xORZLtWasFnbMvFk95QSnAh5AoKOaPsCs1L7c6r/6OmNBPhM2YX5HLoCW16ey 84rfdkAq8fDhAjxXLboGPQyzbOMHTBUcOzPHkrEpzw==

**Original chain of the SAT digital certification complement:**

||1.1|EBF8A0FA-5187-4E24-BE15-40273DFDC315|2024-11-06T19:07:11|TSP080724QW6| CBpFZLaUq8c+x9cSNZirswhLBukX6MdKgPdeYloAUvLs5Qu8o/yxnihV+zoc9T/gXK+TOWdR4nnGANqlZKk+Ma76VdULySfvkrwq
P53sYL1UfgtgWhbKVsHumXVkaKS0+y+RXBKAvp5llgqLSBAJSjdLNh980sDKDds3iafZ85MG4mdT8mU4aepH0Uv9dKVGD7FB77+k 8JpdE9RB3paPKeQ4TFhCkf31WU70jNoneLxhRY4u9QhxHr8GqlxOaRZDC+uupAHHVViwyLxcixWtWYY1cep8gZmKEPjfmP0cYqyG
pWOT9KrmCe6BbfWYRJk8Gu9iiBSAMEtVD4YvkPv5PQ==|00001000000702693654||





## *INDUSTRIAS MEDIASIST*

| | |
|---|---|
| **R.F.C. :** IME091014EK6 | |
| Régimen fiscal: | |
| (601)General de Ley Personas Morales | |
| CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A, | |
| Col. OTRA NO ESPECIFICADA EN EL CATALOGO | |
| CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO | |

**INVOICE**

| | |
|---|---|
| **Digital Fiscal Doc.** | (I)Ingreso |
| **Serie:** B    **Folio:** | 44230 |
| **Date:** | 2024-11-06T18:56:44 |
| **Issued in zip:** | 74130 |
| Folio fiscal: | |
| 8A3EA6D3-648C-44B7-8C64-798554B3FFEA | |

### CUSTOMER

| | |
|---|---|
| CLOSEOUT DISTRIBUTION, LLC c/o BIG LOT SOTRES, INC    ( 1320 ) | |
| RFC:XEXX010101000 | |
| Régimen fiscal:    (616)Sin obligaciones fiscales | |
| E.DUBLIN GRANVILLE RD 43081-7651 No. 4900 | |
| CP: 43081, COLUMBUS, OH | |
| Uso de CFDI: (S01)Sin efectos fiscales.    Vendedor : 13 | |

| | |
|---|---|
| **ISSUED**    CAMINO REAL IZTACCIHUATL No. | |
| Col. OTRA NO ESPECIFICADA EN EL CATALOGO, | |
| Currency:Dólares    T.C.: 20.036700 | |
| Payment method:    (PPD)Pago en parcialidades o | |
| Payment form::    (99)Por definir | |
| **Purchase Order**    95621796 | |

**Ship to:**    4900 E. DUBLIN GRANVILLE RD 43081-7651 US No. 4900, CP: 43081, COLUMBUS, OH

| **Fiscal id registration:** | 061119097 | | | **Fiscal location:** | (USA)Estados Unidos (los) | | |
|---|---|---|---|---|---|---|---|

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 1,024.00 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 61,194.2400 |

| | |
|---|---|
| TOTAL WEIGHT: 26,460.16 LBS | |
| TOTAL CARTON COUNT: 1024 | |
| DATE OF SHIPMENT: OCTOBER 28, 2024 | |
| CARRIER NAME: POINT DEDICATED SERVICES | |
| SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC | |
| 111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685 | |
| Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com | |

| | |
|---|---|
| PAYMENT ADDRESS: REMIT TO: | |
| CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A | |
| COL OTRA NO ESPECIFICADA EN EL CATALOGO | |
| CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO | |
| PAYMENT TERMS: NET 30 | |
| DUE DATE: NOVEMBER.30, 2024 | |
| INCOTERM: FOB LAREDO, TX | |

| | |
|---|---|
| **Subtotal:** | 61,194.24 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | **61,194.24** |

SESENTA Y UN MIL CIENTO NOVENTA Y CUATRO DÓLARES 24/100 USD

**"Este documento es una representación impresa de un CFDI"**

| | |
|---|---|
| **Validation time & date:** | 2024-11-06T19:06:13 |
| **Validation serial num :** | 00001000000710568436 |

**Digital validation cfdi:**

HdeRgB+afKbI+ul7Rc5UxOqKrL7EzpajrZ7HmvnX4TEruIdH9UQjunBGEWkj6zEheB2fuxu9mBR1y1NUiSsTgYwH8tzUuGIaVsVv
6wA3JIN2EDgFkdOUq5yE+WT/bJ0cEWj8y8+0VMD9FfHQym7/ipDd98aSvZi/f6rJDp5UL0LTWUzad13iMXuWm9gLOZui5h5BdTM3
WpMkNrOiM0vBaywskuLabk7gRjuIZmBMNAaeaYI2496Bs8gzq63R7Nm/6mYozoQS56C0fodkSXVcJpvJVaHnsB7u6Fbx8sNHXAec    QSUcBmuete3VR9x+sPNZxxLaLoJQk67kTn6Xbb/zzQ==

**Serial num of digital certificate SAT:**    00001000000702693654

**Digital certificate**

NE1AuTPXbYBZxPeibiqkJ32LeN2cbc7bJy8KxbcNiPcgQ0twbYqv8Rj3gB/ihzgMf2beQywWKKhBBKpyUS7R50XY73bMxO3XNUgQvlhYC7UqznwY8Dd+PUm4sZm9EY7UUJ31oAgbfa01yo5mh783feVNMZ2mb63JociMxviipGqt5vZPI7IP89RQOtd/ITOwDwuHHGD
2g6M/UI1L7WgOP2IfJq3L4jco1OHL+xVZQodIVMFWi1Oq8rVEIUh6y6+PHbc3YZ/kBbvReN0zWdNtqfKiqnAlr5Wv/NIj5RtXcBR 0UBMv7MkzmGE3sjNLiwV4hOa0IOP+VoC6MxS0uyHUg==

**Original chain of the SAT digital certification complement:**

||1.1|8A3EA6D3-648C-44B7-8C64-798554B3FFEA|2024-11-06T19:06:13|TSP080724QW6|HdeRgB+afKbI+ul7Rc5UxOqKrL7EzpajrZ7HmvnX4TEruIdH9UQjunBGEWkj6zEheB2fuxu9mBR1y1NUiSsTgYwH8tzUuGIaVsVv
6wA3JIN2EDgFkdOUq5yE+WT/bJ0cEWj8y8+0VMD9FfHQym7/ipDd98aSvZi/f6rJDp5UL0LTWUzad13iMXuWm9gLOZui5h5BdTM3 WpMkNrOiM0vBaywskuLabk7gRjuIZmBMNAaeaYI2496Bs8gzq63R7Nm/6mYozoQS56C0fodkSXVcJpvJVaHnsB7u6Fbx8sNHXAec
QSUcBmuete3VR9x+sPNZxxLaLoJQk67kTn6Xbb/zzQ==|00001000000702693654||





## INDUSTRIAS MEDIASIST

**INVOICE**

**R.F.C. :** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| **Digital Fiscal Doc.** | (I)Ingreso |
|---|---|
| **Serie:** B   **Folio:** | 44231 |
| **Date:** | 2024-11-06T19:08:15 |
| **Issued in zip:** | 74130 |

Folio fiscal:
C681235C-E285-454C-8D73-7DF5EEFC9AC4

### CUSTOMER

DURANT DC. LLC c/o BIG LOT SOTRES, INC               ( 1316 )

RFC:XEXX010101000
Régimen fiscal:     (616)Sin obligaciones fiscales
E DUBLIN-GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI: (S01)Sin efectos fiscales.        Vendedor :  13

**ISSUED**   CAMINO REAL IZTACCIHUATL No.
Col. OTRA NO ESPECIFICADA EN EL CATALOGO,
**Currency:** Dólares       **T.C.:** 20.036700
**Payment method:** (PPD)Pago en parcialidades o
**Payment form::**   (99)Por definir
**Purchase Order**   95621797

**Ship to:** E DUBLIN-GRANVILLE RD 43081-7651 No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:** 061119097        **Fiscal location:** (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 1,024.00 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 61,194.2400 |

TOTAL WEIGHT: 26,460.16 LBS
TOTAL CARTON COUNT: 1024
DATE OF SHIPMENT: OCTOBER 22, 2024
CARRIER NAME: GELIS TRANSPORTATION LLC
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: NOVEMBER.26, 2024
INCOTERM: FOB LAREDO, TX

| | |
|---|---|
| **Subtotal:** | 61,194.24 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | 61,194.24 |

SESENTA Y UN MIL CIENTO NOVENTA Y CUATRO DÓLARES 24/100 USD

**"Este documento es una representación impresa de un CFDI"**

**Validation time & date:**   2024-11-06T19:20:05
**Validation serial num :**   00001000000710568436

**Digital validation cfdi:**
oME1mERLVyHt6PUYWKuNIBetLiMeT/O8trMqYSGxq9MzvHXhkBi4DA/S/Kl5EZye4Za9QsClwBituQSPWsp41aiiToAxUNjRMPMf
B71UEWs4iyJKvPHjS63+OTsOLR65Ko3E5Wl7LwzoRTsEqi7ZSn4S4tx0M0D8wJxoHscew6E3mnoFC6U9Qy4n7sBu4a5Q0ZhjNqdb
IA7OTSBZWVrbSZc7CWfPV4qWOJxlA1N8Sd5s9Hh24q27QFFqpXPKAvh8EweQ0dQC2s29idBC0TcAbcahod+nfpMHwzPZuF9KRKzA 0+A3ZwBo60RWKWYt60QYpLtHZt7F/u122IeNPK6Qww==

**Serial num of digital certificate SAT:**   00001000000702693654

**Digital certificate**
cllOnLewPEXhJW2cC53T25XRQvYdQJ05vnn4L1AOsgw6sJYgUoP6JoN4H+081bMw5TOvaMSsPj39rHLaprcQgoWVBgAajaGxtsBb  R6WNxUZjFnHkx6t/g99W/N17oy5wAs4XBmcfe/6i2Ra7XGuygPMXZkKiWR5bPFlRyjQlzGealwdQn7N5kNRgwuPjPWRNul1JAuz
N3dj5YE41oRR4ra78csJi8DpnvWqvuLhFq55rKoLYWiXbCTEJUyCVWaahzH5bdZ10lHoE6ODNqbnO2miam/4pUqvG7L8+i6d2Vxx   O3An2zzay/ZeshePxnmBGSFubkJCfDuW+biKGtYPug=

**Original chain of the SAT digital certification complement:**
||1.1|C681235C-E285-454C-8D73-7DF5EEFC9AC4|2024-11-06T19:20:05|TSP080724QW6|  oME1mERLVyHt6PUYWKuNIBetLiMeT/O8trMqYSGxq9MzvHXhkBi4DA/S/Kl5EZye4Za9QsClwBituQSPWsp41aiiToAxUNjRMPMf
B71UEWs4iyJKvPHjS63+OTsOLR65Ko3E5Wl7LwzoRTsEqi7ZSn4S4tx0M0D8wJxoHscew6E3mnoFC6U9Qy4n7sBu4a5Q0ZhjNqdb IA7OTSBZWVrbSZc7CWfPV4qWOJxlA1N8Sd5s9Hh24q27QFFqpXPKAvh8EweQ0dQC2s29idBC0TcAbcahod+nfpMHwzPZuF9KRKzA
0+A3ZwBo60RWKWYt60QYpLtHZt7F/u122IeNPK6Qww==|00001000000702693654||





## *INDUSTRIAS MEDIASIST*

**INVOICE**

**R.F.C. :** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| Digital Fiscal Doc. | (I)Ingreso |
|---|---|
| Serie: B   Folio: | 44232 |
| Date: | 2024-11-06T19:09:38 |
| Issued in zip: | 74130 |

Folio fiscal:
624C2482-4E78-4054-B027-E7642104B8E7

### CUSTOMER

CSC DISTRIBUTION LLC c/o BIG LOT SOTRES, INC       ( 1318 )

RFC:XEXX010101000
Régimen fiscal:   (616)Sin obligaciones fiscales
E. DUBLIN-GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI: (S01)Sin efectos fiscales.     Vendedor : 13

**ISSUED**   CAMINO REAL IZTACCIHUATL No.
Col. OTRA NO ESPECIFICADA EN EL CATALOGO,
Currency: Dólares      T.C.: 20.036700
Payment method: (PPD)Pago en parcialidades o
Payment form:   (99)Por definir

**Purchase Order**   95621795

**Ship to:**  E. DUBLIN-GRANVILLE RD 43081-7651 No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:** 061119097          **Fiscal location:** (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 1,024.00 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 61,194.2400 |

TOTAL WEIGHT: 26,460.16 LBS
TOTAL CARTON COUNT: 1024
DATE OF SHIPMENT: OCTOBER 23, 2024
CARRIER NAME: DEF TRANSPORT, LLC
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: NOVEMBER.26, 2024
INCOTERM: FOB LAREDO, TX

| Subtotal: | 61,194.24 |
|---|---|
| Discount: | 0.00 |
| IEPS: | 0.00 |
| Ret. Vat: | 0.00 |
| V.A.T: | 0.00 |
| **Total** | **61,194.24** |

SESENTA Y UN MIL CIENTO NOVENTA Y CUATRO DÓLARES 24/100 USD

**"Este documento es una representación impresa de un CFDI"**

**Validation time & date:** 2024-11-06T19:21:27
**Validation serial num :** 00001000000710568436

**Digital validation cfdi:**
VxPIEOoIQ/T7fXdlVcEle/yYOvbp8yJS0CKufSrr97vuM184PhsseF/i/uA1+5Z6EiBH/TFjSlUEwmM8xACpds15fABupYDAGPO+K
wAB9JVPytvOwoa75Lwf4qKdOw5Fq3l3UfKWOxUCyyQhQUA7yBHTw3/ahmpwkoOoDe4T6O+yhkjVYdVxj+o9kJFYQcNuv5k7R0mKX
xCs5KlMns3AkU9QDh4WlG1Ux9ThygF+2sgswY28lCL7wma+v09lUyRsOjvJLhUF8cxblzfan6faRaXJyF/HTeNLNsMr4Onehsb3f   9IYaKqz0iaOq+HVGsqlxhRxEX/Cw9BLgPXADv4mRDA==

**Serial num of digital certificate SAT:** 00001000000702693654

**Digital certificate**
QQ6FKq3wSNwH65ZBT0ptcfYS3v8KhJe6vuHmhH4JturlZzr01v3QEavp/oE9QlnCV5NyBC67wyn7VDg+mG+GJn+n7cT81LKl6M1ZK9ToHeqD0W2axb4S+uz6PmexGrvoRs5pXtTCHuj3uCKv946+KlXPbQlU3G+41uWX5fzNOF5qY+BdXbknW698Zg8TzYdyvplS8M3A
TEwm8owaJwQuGzSnM+bwrsJU+C4FeVB1a0rvkDyC+VkMKlby1G765Dy7y2lFNw8zl94LZpnkXwjZd7JOx2OHzkPyoqowpuGs6hjJ   u0AXf2YP80WSggiYn2/WZxeCw5pL4+qUHrtyVgHBNg==

**Original chain of the SAT digital certification complement:**
||1.1|624C2482-4E78-4054-B027-E7642104B8E7|2024-11-06T19:21:27|TSP080724QW6| VxPIEOoIQ/T7fXdlVcEle/yYOvbp8yJS0CKufSm97vuM184PhsseF/i/uA1+5Z6EiBH/TFjSlUEwmM8xACpds15fABupYDAGPO+K
wAB9JVPytvOwoa75Lwf4qKdOw5Fq3l3UfKWOxUCyyQhQUA7yBHTw3/ahmpwkoOoDe4T6O+yhkjVYdVxj+o9kJFYQcNuv5k7R0mKXxCs5KlMns3AkU9QDh4WlG1Ux9ThygF+2sgswY28lCL7wma+v09lUyRsOjvJLhUF8cxblzfan6faRaXJyF/HTeNLNsMr4Onehsb3f
9IYaKqz0iaOq+HVGsqlxhRxEX/Cw9BLgPXADv4mRDA==|00001000000702693654||





## *INDUSTRIAS MEDIASIST*

**INVOICE**

**R.F.C. :** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| | |
|---|---|
| **Digital Fiscal Doc.** | (I)Ingreso |
| **Serie:** B    **Folio:** | 44233 |
| **Date:** | 2024-11-06T19:35:10 |
| **Issued in zip:** | 74130 |
| Folio fiscal: 69026828-96D8-4356-881B-59729D877AAB | |

### **CUSTOMER**

DURANT DC. LLC c/o BIG LOT SOTRES, INC              ( 1316 )

RFC:XEXX010101000
Régimen fiscal:    (616)Sin obligaciones fiscales
E DUBLIN-GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI: (S01)Sin efectos fiscales.     Vendedor :  13

| | |
|---|---|
| **ISSUED** | CAMINO REAL IZTACCIHUATL No. |
| Col. OTRA NO ESPECIFICADA EN EL CATALOGO, | |
| **Currency:** Dólares | **T.C.:** 20.036700 |
| **Payment method:** | (PPD)Pago en parcialidades o |
| **Payment form:** | (99)Por definir |
| **Purchase Order** | 95621797 |

**Ship to:**   E DUBLIN-GRANVILLE RD 43081-7651 No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:**   061119097         **Fiscal location:**   (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 224.0000 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 13,386.2400 |

TOTAL WEIGHT: 6,228.16 LBS
TOTAL CARTON COUNT: 224
DATE OF SHIPMENT: NOVEMBER 06, 2024
CARRIER NAME: CH ROBINSON
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: DECEMBER.09, 2024
INCOTERM: FOB LAREDO, TX

| | |
|---|---|
| **Subtotal:** | 13,386.24 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | **13,386.24** |

TRECE MIL TRESCIENTOS OCHENTA Y SEIS DÓLARES 24/100 USD

**"Este documento es una representación impresa de un CFDI"**

**Validation time & date:**   2024-11-06T19:46:59
**Validation serial num :**   00001000000710568436

**Digital validation cfdi:**

HzjhT4fxiH4o6wZ/ENEqA3zuZMaIVvFmCuiTCdDB1mUuZ/al3ApKjDAj79S4Awmc7gFpoFlk5ZpppT+jl4DKxMzp8i16cISYep/+dLQXRII55LYdI2jOCjhzMYYBqQIpTycM8SxmAdeRCPbsaTJHncsoG7dHqXANrdFKNnuUf/kD+YpT35R+2BPCD4DMIZxttwICVMTh
IQ+2/DnRqbjlPysvsbsBDs95NbbVkebrD6CK6X32FgZGuHoh4YhEsiz4I6a8KPSFwT36nY/dheGCxAzIvO9Vkxu+QFXytrrBjgK/DXPzRZI/eGJ+vetN1IQEovhr/fmHF8n6TbERjtZM6Q==

**Serial num of digital certificate SAT:**   00001000000702693654

**Digital certificate**

df2eS3N65139D0La1ncapaQ7AlFglH3bTuz9lvEO3rSelid93hKO33639ngJBKbTzdZxAtl3pwOG/s2IbEI3jmvO+tnXXE6ytpUJ MdTT8X0kDQ1cUADzi7OkokSWQQ5jEt5eyyQDGcpbVn9TaNftWptBslWKbYDINQN9XC3mrpdiyqk5ORa5Ybo3pYBsohy5eYqR4rEe
VI8M9tCJ0N+ZtYsEzSVIALenLqfbECM7EfguZyr4epLg926LRsUE82ufUhMdPEDVwrjkFRJ2AgjOqqemfqhzXbCxuBMHlgCqokTb runQbVVgmv3vwNALYdh1iyRZM5AfEM6MxsFpwcWHwA==

**Original chain of the SAT digital certification complement:**

||1.1|69026828-96D8-4356-881B-59729D877AAB|2024-11-06T19:46:59|TSP080724QW6|HzjhT4fxiH4o6wZ/ENEqA3zuZMaIVvFmCuiTCdDB1mUuZ/al3ApKjDAj79S4Awmc7gFpoFlk5ZpppT+jl4DKxMzp8i16cISYep/+
dLQXRII55LYdI2jOCjhzMYYBqQIpTycM8SxmAdeRCPbsaTJHncsoG7dHqXANrdFKNnuUf/kD+YpT35R+2BPCD4DMIZxttwICVMTh IQ+2/DnRqbjlPysvsbsBDs95NbbVkebrD6CK6X32FgZGuHoh4YhEsiz4I6a8KPSFwT36nY/dheGCxAzIvO9Vkxu+QFXytrrBjgK/
DXPzRZI/eGJ+vetN1IQEovhr/fmHF8n6TbERjtZM6Q==|00001000000702693654||





## INDUSTRIAS MEDIASIST

**INVOICE**

**R.F.C. :** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| **Digital Fiscal Doc.** | (I)Ingreso |
|---|---|
| **Serie:** B | **Folio:** 44234 |
| **Date:** | 2024-11-06T19:36:56 |
| **Issued in zip:** | 74130 |

Folio fiscal:
B64BEDC4-0180-4C40-89E5-9614733E1E32

### CUSTOMER

CSC DISTRIBUTION LLC c/o BIG LOT SOTRES, INC                ( 1318 )

RFC:XEXX010101000

Régimen fiscal:     (616)Sin obligaciones fiscales
E. DUBLIN-GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI:  (S01)Sin efectos fiscales.     Vendedor :    13

**ISSUED**     CAMINO REAL IZTACCIHUATL No.
Col. OTRA NO ESPECIFICADA EN EL CATALOGO,
**Currency:** Dólares        T.C.: 20.036700
**Payment method:** (PPD)Pago en parcialidades o
**Payment form::**    (99)Por definir

**Purchase Order**    95621795

**Ship to:**  E. DUBLIN-GRANVILLE RD 43081-7651 No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:**       061119097         **Fiscal location:**    (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 476.0000 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 28,445.7600 |

TOTAL WEIGHT: 12,959.84 LBS
TOTAL CARTON COUNT: 476
DATE OF SHIPMENT: NOVEMBER 05, 2024
CARRIER NAME: GFE
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: DECEMBER.07,2024
INCOTERM: FOB LAREDO, TX

| | |
|---|---|
| **Subtotal:** | 28,445.76 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | **28,445.76** |

VEINTIOCHO MIL CUATROCIENTOS CUARENTA Y CINCO DÓLARES 76/100 USD

"Este documento es una representación impresa de un CFDI"

**Validation time & date:**   2024-11-06T19:48:44
**Validation serial num :**    00001000000710568436

**Digital validation cfdi:**
ITaAhA3ovgYYfOCGL9KSSWpvT345J4UASOiQC3eMeg8HLOCx9jBchtShaR40vfI1NoId6j6rz/Qv627yRMX2urGeZ3hr9DGoeayC
r7wB2MRav5+w/7toBjMKzDu+iEYEu2ueLsheqpJz5unGVKY0ay1jojovWhHLWaZi+sv0KzEJ/g0maxcpttMCJIIN1V7cVXS4oY15 wVfC/2Tsykstxnm+50UzSt9bZRzi7Cm9DI3AwNhhKsr43WQNMob3Auq9tqn67SdPFgtOF1X/4pn3LjtLxd97Cl5cUUYY3dA9FlNi
AbYkhsjICYloZ8aUL8n5Vu54eIMQ5wxbhBHuHJCIWg==

**Serial num of digital certificate SAT:**   00001000000702693654

**Digital certificate**
CBYJRajsK2xqnloZvyOMTdDxqG061tzQ3hI7EpVE4tSVk1RIZHsk0sL2GuxDPOlwzI7PX4LD9PVIV/E4AiWbYRwde1WA6xP59EFb uLcdWnkZPyJOTtiC/wAbRh8x8dRIaEXSseSBLCWMxwOyHKRNXgLwueFcg1CFKp53nAuLAjPloHrNo9V8OYIKV8avF4wcN7XLo0o4
0BpVAEMfesPDFq9MRP9QGC67VrDGF0+sqzgY7Jps52+69HiiEG1zVcTPV24id8REfK4yuNDAPFp3YCUYpoc+VgxTCJjcJN+nfPBl ckbenDu3bqhGphLR/ps0b6az5IaMId90FztNOWMlgA==

**Original chain of the SAT digital certification complement:**
||1.1|B64BEDC4-0180-4C40-89E5-9614733E1E32|2024-11-06T19:48:44|TSP080724QW6|   ITaAhA3ovgYYfOCGL9KSSWpvT345J4UASOiQC3eMeg8HLOCx9jBchtShaR40vfI1NoId6j6rz/Qv627yRMX2urGeZ3hr9DGoeayC
r7wB2MRav5+w/7toBjMKzDu+iEYEu2ueLsheqpJz5unGVKY0ay1jojovWhHLWaZi+sv0KzEJ/g0maxcpttMCJIIN1V7cVXS4oY15 wVfC/2Tsykstxnm+50UzSt9bZRzi7Cm9DI3AwNhhKsr43WQNMob3Auq9tqn67SdPFgtOF1X/4pn3LjtLxd97Cl5cUUYY3dA9FlNi
AbYkhsjICYloZ8aUL8n5Vu54eIMQ5wxbhBHuHJCIWg==|00001000000702693654||





# *INDUSTRIAS MEDIASIST*

**INVOICE**

**R.F.C. :** IME091014EK6
Régimen fiscal:
(601)General de Ley Personas Morales
CAMINO REAL IZTACCIHUATL No. KM 8 5 Int: A,
Col. OTRA NO ESPECIFICADA EN EL CATALOGO

CP: 74130, SAN SALVADOR EL VERDE, PUEBLA, MEXICO

| | |
|---|---|
| **Digital Fiscal Doc.** | (I)Ingreso |
| **Serie:** B  **Folio:** | 44235 |
| **Date:** | 2024-11-06T19:38:21 |
| **Issued in zip:** | 74130 |
| Folio fiscal: 14756f 0d-9c3e-4a6b-8e1b-509550dca28e | |

## CUSTOMER

CLOSEOUT DISTRIBUTION, LLC c/o BIG LOT SOTRES, INC     ( 1320 )

RFC:XEXX010101000

Régimen fiscal:     (616)Sin obligaciones fiscales
E.DUBLIN GRANVILLE RD 43081-7651 No. 4900
CP: 43081, COLUMBUS, OH

Uso de CFDI:  (S01)Sin efectos fiscales.     Vendedor :  13

**ISSUED**     CAMINO REAL IZTACCIHUATL No.
Col. OTRA NO ESPECIFICADA EN EL CATALOGO,
**Currency:** Dólares     **T.C.:** 20.036700
**Payment method:** (PPD)Pago en parcialidades o
**Payment form::**     (99)Por definir

**Purchase Order**   95621796

**Ship to:**  4900 E.DUBLIN GRANVILLE RD 43081-7651 US No. 4900, CP: 43081, COLUMBUS, OH

**Fiscal id registration:**  061119097     **Fiscal location:**  (USA)Estados Unidos (los)

| Quantity | Unit | Sku | Sat Code | Description | % Disc. | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 200.0000 | XBX | 810787986 | XBX 52121700 | COMBO BLACK FRIDAY 4/4 (INCLUDES 24 BATH TOWELS, 8 HAND TOWELS, 8 WASHCLOTHS, MODEL CAPRI) | 0.00 | 59.7600 | 11,952.0000 |

TOTAL WEIGHT: 5,520 LBS
TOTAL CARTON COUNT: 200
DATE OF SHIPMENT: NOVEMBER 06, 2024
CARRIER NAME: CH ROBINSON
SHIPPER/ SHIPPING POINT: IMPORT AND EXPORT CONSULTING, INC
111 Flecha Ln Laredo, TX 78045 Tel. 956 523 3516, 956 962 8685
Attention Mr. Luis Palafox Email: wichopalafox@pdpalafox.com

PAYMENT ADDRESS: REMIT TO:
CAMINO REAL IZTACCIHUATL NO.KM 8.5 INT A
COL OTRA NO ESPECIFICADA EN EL CATALOGO
CP 74130 SAN SALVADOR EL VERDE, PUEBLA, MEXICO
PAYMENT TERMS: NET 30
DUE DATE: DECEMBER.09,2024
INCOTERM: FOB LAREDO, TX

| | |
|---|---|
| **Subtotal:** | 11,952.00 |
| **Discount:** | 0.00 |
| **IEPS:** | 0.00 |
| **Ret. Vat:** | 0.00 |
| **V.A.T:** | 0.00 |
| **Total** | 11,952.00 |

ONCE MIL NOVECIENTOS CINCUENTA Y DOS DÓLARES 00/100 USD

*"Este documento es una representación impresa de un CFDI"*

**Validation time & date:**  2024-11-06T19:50:11
**Validation serial num :**  00001000000710568436

**Digital validation cfdi:**

W0dMH5yaVeut0I4nAKtvKvjAdgb4+FAqj9CJG3bJCmNj8HblXQAphJ9rf4t/kmGRXiOlWAb7mWaWWUwrCbNz2vSJ1go170lfflg0 Zdm7Pf6lu+iG8f2qmIzkORnDxr8dZ+Viql1d/4f2NKC+WrdaLoz8enPurKVdD/NrE/fzztBH9fNiRpAd52frUjHISWMXD+HK0B5j Nr5uqq4bknnXHlkkNsOo+fRWNHLwYgbZ8xtgWYbuGMMabKenk4WpJi6YB3Mhd5wZ5XP2vJz/NnRLg390JC7SapW7IcLeuVBfKtle TfU9FzEC3ZDUHANJKDCIDyfujF9OIdKOEBIZH9T00Q==

**Serial num of digital certificate SAT:**  00001000000506109151

**Digital certificate**

E0/TlGKitt6xCpINsTRxMh60wtWldQmAK+G//uUPTKKCgT2sTGgtgFklr9bxihdoAplK43RQfm3lvhcY04qZfSOZN5O4FT0Ia49I n4BkgEEP/X4PYn+cVJAbHaL+9NEvFihvmTsPhGnUcuzRZQxffA/Mfr6K8PFB/gts2Qv4ni47qN+p5sTzAfj1nNTioavtrbzR/CrR 0Ga7o/m+Jyb0DBRu7CnRRaz8DCCSmrOzHn3TYbJ02vg6t1sT3/ifv92uIDnCcvzxwNSivBZ4roODAa8RBRsvX98iemmvEE5jLOoW ZWb1dfNAVZIycLF2vcZBUjHI88a/ZaNfZJp8xKsHIw==

**Original chain of the SAT digital certification com plem ent:**

||1.1|14756f0d-9c3e-4a6b-8e1b-509550dca28e|2024-11-06T19:50:11|MSE090205D9A| W0dMH5yaVeut0I4nAKtvKvjAdgb4+FAqj9CJG3bJCmNj8HblXQAphJ9rf4t/kmGRXiOlWAb7mWaWWUwrCbNz2vSJ1go170lfflg0 Zdm7Pf6lu+iG8f2qmIzkORnDxr8dZ+Viql1d/4f2NKC+WrdaLoz8enPurKVdD/NrE/fzztBH9fNiRpAd52frUjHISWMXD+HK0B5j Nr5uqq4bknnXHlkkNsOo+fRWNHLwYgbZ8xtgWYbuGMMabKenk4WpJi6YB3Mhd5wZ5XP2vJz/NnRLg390JC7SapW7IcLeuVBfKtle TfU9FzEC3ZDUHANJKDCIDyfujF9OIdKOEBIZH9T00Q==|00001000000506109151||

