# EXHIBIT C

| | |
|---|---|
| **From:** | Chronis, Kostas |
| **To:** | Rodolfo Carrillo |
| **Cc:** | Kaple, Jillian |
| **Subject:** | RE: TOWEL PROGRAMS MEXICO |
| **Date:** | Monday, September 9, 2024 4:35:45 PM |

Hi,

Yes, this morning we filed a petition for Chapter 11 reorganization.

If you read the entire announcement, you will see that we have secured over $700 Million in new financing and have a stalking horse buyer called Nexus Capital,

Additionally, all future POs while we are in court are protected by DIP financing.

You will get paid for anything you ship as it backed by the court.

I hope this eases any concerns you may have.

Thank you.

Kostas.

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Monday, September 9, 2024 4:25 PM
**To:** Chronis, Kostas <KChronis@biglots.com>
**Cc:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** TOWEL PROGRAMS MEXICO

**This Message Is From an External Sender**
This message came from outside your organization.

## Dear Kostas:
## I hope you are doing just fine!

Alfredo has received from different sources the latest news in regards Big Lots financial situation and the announcement of the filling for Chapter 11 and the take over of the company from a new owner.

As you may think it would be difficult for our company to supply the Capri towel program under the 30-day payment terms that you kindly confirmed some days ago. However, if you think you could continue confirming the program with terms pay upon delivery to the border (FOB Laredo), we can continue finishing the production of the goods. Just for your information, all the towels are already woven and some of them already dyed, we were starting the cutting and sewing process this week so we can quickly finish the total quantities and ship.

Kindly let us know your thoughts and we appreciate your comprehension under these circumstances.

Thank you very much and receive best regards,

**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N, San Salvador el Verde, Puebla. C.P. 74130.

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or

no reason.