# EXHIBIT D

| | |
|---|---|
| **From:** | Rodolfo Carrillo |
| **To:** | Rodolfo Carrillo |
| **Subject:** | RECEPTION OF BIG LOTS PO'S 95621795,796,797 |
| **Attachments:** | image002.png |
| | 95621797.pdf |
| | 95621796.pdf |
| | 95621795.pdf |

De: **Kaple, Jillian** <JKaple@biglots.com>
Date: lun, 7 oct 2024 a las 9:32
Subject: RE: Vendor 5007641 UPDATE FOR PO'S 95621795,796,797
To: Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>

See attached!

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd  Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Monday, October 7, 2024 11:29 AM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** Re: Vendor 5007641 UPDATE FOR PO'S 95621795,796,797

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning Jillian:

Could you kindly sent me via email the revised PO's 95621795 and
95621797? I have only received the email with PO 95621796 but I am
missing the other 2.

Thank you very much and have a great day!



**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N, San Salvador el Verde, Puebla. C.P. 74130.

El vie, 4 oct 2024 a las 13:44, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Hi Rodolfo,

POs have been revised and resent.

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd   Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Friday, October 4, 2024 1:53 PM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** Re: Vendor 5007641 UPDATE FOR PO'S 95621795,796,797

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Jillian:

I hope you are doing just fine!

I finally got the confirmation and tracking info for the shipment of the price tickets coming to our plant. However as you can see below the estimated delivery time is 10/10:



The supplier did a great job producing and shipping the tickets quite fast, but I would really appreciate if you could move the shipping dates of the PO's from 10/18 to 10/24 as it would be impossible to ticket, package and ship the 200,000 pieces of the orders to be ready at the point of collection between 10/10 and 10/17.

We would really appreciate all your help and comprehension and will be waiting for your kind reply.

Receive regards,



**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N, San Salvador el Verde, Puebla, C.P. 74130.

El mié, 2 oct 2024 a las 12:43, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Rodolfo,

I will push the ship date out for you if needed, but I am trying to get the tickets expedited first.

Lets stay on top of this.

Thanks!

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd  Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Wednesday, October 2, 2024 2:39 PM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Cc:** Valentine, Cindy <cvalenti@biglots.com>; Chronis, Kostas <KChronis@biglots.com>
**Subject:** Re: Vendor 5007641 UPDATE FOR PO'S 95621795,796,797

---

**This Message Is From an External Sender**
This message came from outside your organization.

Oh I understand Jillian, we will do all our best.

Thanks as always for your help!



**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N. San Salvador el Verde, Puebla. C.P. 74130.



El mié, 2 oct 2024 a las 12:32, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Hi Rodolfo,

We cannot move these POs as they are already cutting it very close for a Black Friday deal. Adding in @Valentine, Cindy, can we please prioritize these tickets?

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors

**Please send samples to:**

4860 E. Dublin Granville Rd   Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Wednesday, October 2, 2024 2:22 PM
**To:** Kaple, Jillian <J.Kaple@biglots.com>
**Cc:** Chronis, Kostas <KChronis@biglots.com>
**Subject:** Re: Vendor 5007641 UPDATE FOR PO'S 95621795,796,797

| **This Message Is From an External Sender** |
| --- |
| This message came from outside your organization. |

Hello Jillian:

I hope you are doing well!

I would like to comment that we are having a slight delay with the order ticketing as the price tickets are still to be shipped from one of the authorized suppliers in the USA, as they are informing us about some delays due to the hurricane pass near their facilities...

In this way, we may ask you to please extend the PO's shipping dates to 10/18 - 10/24, considering that we will rush everything to ship the goods on the 1st date of the shipping windows.

We would really appreciate it and will be waiting for your kind response.

Receive best regards,



**Rodolfo Carrillo**
**Industrias Mediasist Sa. de Cv.**
+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N, San Salvador el Verde, Puebla. C.P. 74130.

El vie, 27 sept 2024 a las 14:14, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Extended POs have been revised and resent.

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd   Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Friday, September 27, 2024 1:29 PM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** Re: Vendor 5007641 for PO#: 95621796

**This Message Is From an External Sender**
This message came from outside your organization.

# Thank you Jillian, please extend dates from Oct.14th. to the 18th.

# We will appreciate it!

# Receive regards,



**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N. San Salvador el Verde, Puebla. C.P. 74130.



El vie, 27 sept 2024 a las 11:10, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Rodolfo,

What date can you ship and I will update POs.

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd   Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Friday, September 27, 2024 12:02 PM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** Re: Vendor 5007641 for PO#: 95621796

| This Message Is From an External Sender |
|---|
| This message came from outside your organization. |

Good morning Jillian:

I have received 2 emails this morning from Kostas with PO 95621795 and 95621797 with corrections made in the combo cost, thank you very much! However, we are missing the PO 95621796 and also we kindly asked you to extend the shipping dates as we are now working with the ticketing supplier to produce the price tickets for us for the 3 orders. Please help us with this request as soon as possible since at this moment the Must be Rotued by date is 9/30 and he cannot route any PO's because the product has yet to be price ticketed.

I would appreciate your prompt help in this matter.

Thank you and have a nice day!



El jue, 26 sept 2024 a las 12:58, Kaple, Jillian (<JKaple@biglots.com>) escribió:

Hi Rodolfo,

Kostas will need to approve the POs and the costs have been updated. Please let me know if you do not receive the corrected updated POs by tomorrow.

Thanks!

**Jillian Kaple**

**Associate Buyer, Flooring | 614-278-4203**

4900 E. Dublin Granville Rd | Columbus, OH 43081-7651

Vendor FAQ: https://www.biglots.com/corporate/vendors



**Please send samples to:**

4860 E. Dublin Granville Rd   Columbus, OH 43081

https://www.biglots.com/corporate/vendors/routing-and-compliance

---

**From:** Rodolfo Carrillo <rodolfo.carrillo@cottonella.mx>
**Sent:** Thursday, September 26, 2024 12:09 PM
**To:** Kaple, Jillian <JKaple@biglots.com>
**Subject:** Fwd: Vendor 5007641 for PO#: 95621796

**This Message Is From an External Sender**
This message came from outside your organization.

## Good morning Jillian:

I received this email with PO 95621796, but the combo cost is still not updated. I know you are taking care of this matter but just wanted you to be informed.

Have a great day!



**Rodolfo Carrillo**
Industrias Mediasist Sa. de Cv.

+522224267668
www.cottonella.mx
rodolfo.carrillo@cottonella.mx
Km. 8.5 Camino Real al Iztaccihuatl S/N, San Salvador el Verde, Puebla. C.P. 74130.

---------- Forwarded message ---------
De: **Craig Gourley** <CGourley@biglots.com>
Date: jue, 26 sept 2024 a las 7:24
Subject: Vendor 5007641 for PO#: 95621796
To: <RODOLFO.CARRILLO@cottonella.mx>


NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.