## **EXHIBIT E**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. _____ |

**ORDER GRANTING MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon the *Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion")[2] filed by Industrias Mediasist S.A. de C.V. d/b/a Cottonella ("Cottonella") and it appearing that the Court has jurisdiction pursuant to 28 U.S.C. § 157 and, it further appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is proper under the circumstance and that the relief request in the Motion is proper pursuant to §§ 105(a) and 365 of the Bankruptcy Code, and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Cottonella is allowed an administrative expense claim in the amount of

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

$298,560.96, pursuant to 11 U.S.C. § 503(b)(1)(A).

3. The Debtors shall pay Cottonella $298,560.96 no later than the third (3rd) business day after entry of this Order.

4. Nothing in this Order is or shall be construed as a satisfaction, waiver, or release of any other claim(s) that Cottonella has asserted against the Debtors or may assert against the Debtors.

5. This Order shall be effective immediately upon its entry, and the Debtors are authorized and directed to satisfy the requirements of this Order upon entry hereof.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.