IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: January 21, 2025, at 1:00 p.m.<br>Obj. Deadline: January 14, 2025, at 4:00 p.m. |

**NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

**PLEASE TAKE NOTICE** that, on January 7, 2025, the Industrias Mediasist, S.A. de C.V. d/b/a/ Cottonella filed a *Motion for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (*the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 by January 14, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

A HEARING ON THE MOTION WILL BE HELD ON January 21, 2025, at 1:00 p.m. (EST) BEFORE THE HONORABLE J. KATE STICKLES U.S. BANKRUPTCY JUDGE, U.S. BANKRUPCTY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDADNCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTSED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

|  |  |
|---|---|
| Dated: January 7, 2025<br>Wilmington, Delaware | **RAINES FELDMAN LITTRELL LLP**<br><br>*/s/ Mark W. Eckard*<br>Thomas J. Francella, Jr. (No. 3835)<br>Mark W. Eckard (No. 4542)<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 772-5805<br>Email: tfrancella@raineslaw.com<br>           meckard@raineslaw.com |