**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                                          Chapter  11

                                                          Case No.  24 - 11967  ( JKS )

Debtor:  Big Lots, Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Eric Pendergraft  to represent  Ashley Furniture Industries, LLC  in this action.

/s/ Jason C. Powell (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Phone: (302)650-1572
Email: jpowell@delawarefirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Florida  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Eric Pendergraft

Firm Name: Shraiberg Page P.A.
Address: 2385 NW Executive Center Drive #300
Boca Raton, FL 33431
Phone: (561)443-0800
Email: EPendergraft@slp.law

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.