UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                     Chapter 11

Case No. 24-11967 (JKS)

Debtor: Big Lots, Inc., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Eric Pendergraft to represent Ashley Furniture Industries, LLC in this action.

/s/ Jason C. Powell (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Phone: (302)650-1572
Email: jpowell@delawarefirm.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Eric Pendergraft

Firm Name: Shraiberg Page P.A.
Address: 2385 NW Executive Center Drive #300
Boca Raton, FL 33431
Phone: (561)443-0800
Email: EPendergraft@slp.law

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: January 8th, 2025
Wilmington, Delaware

Local Form 105