**EXHIBIT A**
**Spencer Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,<sup>1</sup> | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. ____ |

**DECLARATION OF BRIAN SPENCER IN SUPPORT OF**
**THE MOTION OF HOME MERIDIAN INTERNATIONAL FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Brian Spencer, submit this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746, and declare, to the best of my knowledge, information and belief, as follows:

1. I am Senior Director of Credit at Home Meridian International (a division of Hooker Furnishings Corporation) ("HMi").

2. I am duly authorized to submit this Declaration on behalf of HMi and in support of the *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion").2

3. All facts set forth in this Declaration are based upon my personal knowledge, review of relevant documents maintained by HMi in the ordinary course of business, and discussions with my colleagues at HMi familiar with HMi's business transactions with Debtors.

---

1 The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2 Capitalized terms used but not defined in this Declaration have the meanings set forth in the Motion.

31927375v1

If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

4.  I have read the Motion and am familiar with the matters stated therein. Each of the statements contained in the Motion are true and correct, and each is hereby verified as if it were reproduced herein.

5.  As of the date hereof, the Debtors owe HMi a total of not less than $246,405.00 for goods delivered by HMi and received by Debtors in the 20-day period immediately prior to September 9, 2024, which goods were sold to the Debtors in the ordinary course of the Debtors' business (the "503(b)(9) Claim").

6.  As of the date hereof, $421,335.40 of HMi's Critical Vendor Claim remains unpaid.

7.  As of the date hereof, HMi's Post-Petition Claim of $417,330.00, consisting of the following invoices, remains unpaid:

| Invoice # | PO # | Order # | Invoice Date | Due Date | Balance |
|---|---|---|---|---|---|
| 93352499 | 95606781 | 4031654 | 10/17/2024 | 11/16/2024 | 18,105.00 |
| 93352500 | 95606783 | 4031653 | 10/17/2024 | 11/16/2024 | 19,701.00 |
| 93352501 | 95473569 | 4027174 | 10/17/2024 | 11/16/2024 | 19,701.00 |
| 93352605 | 95431207 | 4027180 | 10/21/2024 | 11/20/2024 | 18,615.00 |
| 93352604 | 95430713 | 4027179 | 10/21/2024 | 11/20/2024 | 19,701.00 |
| 93352835 | 95618158 | 4032111 | 10/25/2024 | 11/24/2024 | 18,615.00 |
| 93352834 | 95618157 | 4032109 | 10/25/2024 | 11/24/2024 | 19,701.00 |
| 93352833 | 95611259 | 4031926 | 10/25/2024 | 11/24/2024 | 18,105.00 |
| 93352836 | 95487061 | 4027454 | 10/25/2024 | 11/24/2024 | 18,615.00 |
| 93353379 | 95487060 | 4027453 | 11/4/2024 | 12/4/2024 | 19,701.00 |
| 93354103 | 95606788 | 4031658 | 11/21/2024 | 12/21/2024 | 19,701.00 |
| 93354178 | 95606784 | 4031655 | 11/24/2024 | 12/24/2024 | 19,701.00 |
| 93354179 | 95606782 | 4031651 | 11/24/2024 | 12/24/2024 | 18,105.00 |
| 93354194 | 95572717 | 4029844 | 11/26/2024 | 12/26/2024 | 19,701.00 |
| 93354290 | 95572724 | 4029845 | 11/26/2024 | 12/26/2024 | 18,615.00 |
| 93354291 | 95572724 | 4029843 | 11/26/2024 | 12/26/2024 | 18,615.00 |
| 93354292 | 95572715 | 4029838 | 11/26/2024 | 12/26/2024 | 19,701.00 |
| 93354294 | 95572715 | 4029840 | 11/27/2024 | 12/27/2024 | 19,701.00 |
| 93354293 | 95459608 | 4026670 | 11/27/2024 | 12/27/2024 | 18,105.00 |
| 93354355 | 95606790 | 4031669 | 11/28/2024 | 12/28/2024 | 18,615.00 |
| 93354356 | 95606789 | 4031665 | 11/28/2024 | 12/28/2024 | 18,105.00 |
| 93354340 | 95572721 | 4029848 | 11/28/2024 | 12/28/2024 | 18,105.00 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated January 8, 2025         By: _____
                                  Brian Spencer