**EXHIBIT B**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No.** ____ |

**ORDER GRANTING THE MOTION**
**OF HOME MERIDIAN INTERNATIONAL FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

On Home Meridian International (a division of Hooker Furnishings Corporation) ("**HMi**")'s *Motion for Allowance and Payment of Administrative Expense Claim* (the "**Motion**");[2] and the Court having jurisdiction of the matter, which is a core proceeding; and venue of this matter being proper in this District; and due notice of the Motion having been given; and there being cause for the Court to grant the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth in this Order.

2. HMi has a claim against the Debtors under Bankruptcy Code § 503(b) for $838,665.40 (the "**HMi Administrative Claim**").

3. The HMi Administrative Claim has second priority under 11 U.S.C. § 507(a)(2).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms that are not defined in this Order have the meanings that HMi ascribed to those terms in the Motion.

4. The Debtors must pay the HMi Administrative Claim in full on or before the 10th business day after the Court's entry of this Order.

5. The Court retains jurisdiction of the subject matter and the interpretation, construction, implementation, and enforcement of this Order.

Dated: _____, 2025

                                                                                                                                                                            _____
                                                                                                                                                                           The Honorable J. Kate Stickles
                                                                                                                                                                           United States Bankruptcy Judge