# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*,[1] | ) Case No. 24-11967 (JKS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Obj. Deadline: 1/22/25 by 4:00 p.m.** |
| | ) |
| | ) **Hearing Date: To Be Determined** |

## NOTICE OF HEARING

    PLEASE TAKE NOTICE that today, Home Meridian International filed the attached *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

    PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **January 22, 2025, at 4:00 p.m. (ET)**.

    PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on a date to be determined before the Honorable J. Kate Stickles, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

    PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: January 8, 2025

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com

-and-

**SHUMAKER, LOOP & KENDRICK, LLP**

David H. Conaway, Esq. (NC Bar No. 10648)
Ronald D. P. Bruckmann, Esq. (NC Bar No. 53693)
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: 704-375-0057
Email: dconaway@shumaker.com
       rbruckmann@shumaker.com

*Attorneys for Home Meridian International (a division of Hooker Furnishings Corporation)*