## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of January, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, as well as those parties identified below in the manner identified below.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE 3279)

**BY ELECTRONIC MAIL**:

Brian M. Resnick, Esq.
Adam L. Sheen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL
Notice.biglots@davispolk.com

Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Biglots.mnat@morrisnichols.com

Darren Azman, Esq.
Kristin G. Going, Esq.
McDERMOTT WILL & EMERY LLP
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
COLE SCHOTZ P.C.
jalberto@coleschotz.com
snewman@coleschotz.com

Linda J. Casey, Esq.
U.S. TRUSTEE'S OFFICE
Linda.casey@usdoj.gov