**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1377** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIRST MONTHLY FEE APPLICATION OF PWC US TAX LLP AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 9, 2024, THROUGH OCTOBER 31, 2024**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Combined First Monthly Fee Statement of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from September 9, 2024 Through October 31, 2024* [D.I. 1377] (the "**Application**"), filed on December 17, 2024.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Objections to the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

approval of the Application were to be filed and served no later than January 7, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $274,457.70 | $0.00 | $219,566.16 | $219,566.16 |

*[Remainder of page left intentionally blank]*

Dated: January 8, 2025
      Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ *Sophie Rogers Churchill*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Tamara K. Mann (No. 5643)
    Sophie Rogers Churchill (No. 6905)
    Casey B. Sawyer (No. 7260)
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    tmann@morrisnichols.com
    srchurchill@morrisnichols.com
    csawyer@morrisnichols.com

    -*and*-

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Adam L. Shpeen (admitted *pro hac vice*)
    Stephen D. Piraino (admitted *pro hac vice*)
    Jonah A. Peppiatt (admitted *pro hac vice*)
    Ethan Stern (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, NY 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    adam.shpeen@davispolk.com
    stephen.piraino@davispolk.com
    jonah.peppiatt@davispolk.com
    ethan.stern@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*