**EXHIBIT B**

Tannous Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF ROBERT J. TANNOUS IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND
EMPLOYMENT OF PORTER, WRIGHT, MORRIS & ARTHUR LLP AS SPECIAL
COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 31, 2024**

I, [•], hereby declare under penalty of perjury:

      1.    I am a partner in the firm of Porter, Wright, Morris & Arthur LLP ("**Porter Wright**"), which maintains an office for the practice of law in Ohio. I am an attorney at law, duly admitted and in good standing to practice in the state of Ohio

      2.    I submit this declaration (the "**Declaration**") in connection with the *Debtors' Application for Entry of an Order Authorizing Retention and Employment of Porter, Wright, Morris & Arthur LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to October 31, 2024* (the "**Application**")[2] and to provide certain disclosures under sections 327(e) and 329(a) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined in this Declaration are defined in the Application. Porter Wright does not waive by the Application and this Declaration and their contents, and hereby reserves and preserves, all privileges.

2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

  3.  Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.[3]

  4.  Porter Wright is a full-service law firm focused on delivering outstanding and efficient legal services with extensive experience in a wide range of practice areas including investigations, litigation, real estate, banking, and corporate. Porter Wright maintains offices in Columbus, Cleveland, and Dayton, and has a breadth of specialized expertise in Ohio law, including Ohio general corporation law.

  5.  Insofar as I have been able to ascertain to date, Porter Wright does not have any material connection with the Debtors, their significant creditors, or any other parties in interest herein or their respective attorneys or accountants, other than as described in this Declaration.

  6.  Furthermore, to the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the Porter Wright team that is providing services to the Debtors is a creditor of the Debtors.

  7.  Due to the size and diversity of Porter Wright's practice, Porter Wright may have represented or otherwise dealt with or may now be representing or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these chapter 11 cases. However, Porter Wright does not and will not represent any entity other than the Debtors in connection with these cases.

---

[3] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Porter Wright and are based on information provided by them.

8.      In addition, Porter Wright is or has been engaged in a number of matters in which attorneys and other professionals representing various parties in interest in these cases are also involved; in a number of cases, Porter Wright and those professionals represent or have represented the same clients.

9.      Porter Wright has conducted, and continues to conduct, research into its relations with the Debtors, their creditors, and other parties interested in these cases. As part of this inquiry, Porter Wright obtained the names of individuals or entities that may be parties in interest in these chapter 11 cases (the "**Potential Parties in Interest**") annexed hereto as **Schedule 1**. Porter Wright has entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning the clients of Porter Wright. This inquiry has thus far revealed that certain of the Potential Parties in Interest are current or former Porter Wright clients (the list of such clients is referred to herein as the "**Client Match List**").[4]

10.      Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Porter Wright attorneys responsible for certain clients listed on the Client Match List, Porter Wright determined that the representation of the clients on the Client Match List concerned matters unrelated to these chapter 11 cases. In particular, to the best of my knowledge, information and belief, (a) Porter Wright currently serves as counsel to those entities, and/or affiliates of those entities, identified on the schedule annexed hereto as **Schedule 2** on matters unrelated to these chapter 11 cases; and (b) Porter Wright formerly represented those entities, and/or affiliates of those entities, identified on the schedule annexed

---

[4] To the extent that a Client Match Entity disclosed in either **Schedule 2** or **Schedule 3** attached to this Declaration is not an "affiliate" (as such term is defined in section 101(2) of the Bankruptcy Code) of or is otherwise unrelated to a Potential Party in Interest, such Client Match Entity shall not be construed as an affiliate of or entity related to such Potential Party in Interest and Porter Wright reserves all rights with respect thereto.

hereto as **Schedule 3** on matters unrelated to these cases since September 4, 2022. Although Porter Wright values all of its clients, none of the entities listed on the Client Match List represent significant financial revenues for Porter Wright.[5] Porter Wright's computer database covers a period of time prior to September 4, 2022; however, as a matter of practice, Porter Wright has not listed on **Schedule 3** former clients for such prior period (consistent with the disinterested time frames of two years). Porter Wright has not yet completed its review with respect to certain parties on the Potential Parties in Interest List, which review is ongoing. Should Porter Wright, through its continuing efforts or as these cases progress, learn of any new connections of the nature described above, Porter Wright will so advise the Court.

11.    Other than as set forth herein, Porter Wright is neither a creditor of the Debtors, an equity holder of the Debtors, nor an insider of the Debtors. For so long as it represents the Debtors, Porter Wright will not represent any entities other than the Debtors in connection with these chapter 11 cases.

12.    Porter Wright does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which Porter Wright is proposed to be engaged.

13.    In connection with these chapter 11 cases, Porter Wright was retained by the Debtors pursuant to an engagement letter executed by the Debtors on October 31, 2024 (the "**Engagement Agreement**").

14.    Porter Wright has not been paid any compensation by the Debtors within the ninety days before the Petition Date and Porter Wright is not a creditor of the Debtors.

---

[5] None of the entities listed on the Client Match List represent greater than 1% of Porter Wright' revenue over the last 2 years.

4

15.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the orders and Local Rules of this Court, the Debtors propose to pay Porter Wright the following hourly rates in effect from time to time as set forth herein, plus reimbursement of actual, necessary expenses incurred by Porter Wright on the Debtors' behalf. The following are Porter Wright's currently hourly rates for work of this nature:

| | |
|---|---|
| Partners | $875.00 - $540.00 |
| Associates and Special Counsel | $365.00 - $425.00 |
| Paraprofessionals | $300.00 - $325.00 |
| Other Support Staff | $300.00 - $325.00 |

16.     These hourly rates are adjusted from time to time, typically at the beginning of the year.

17.     Porter Wright will comply with all of the requirements of this Court, the Bankruptcy Code and the Bankruptcy Rules with respect to fee and expense applications of professionals employed by the bankruptcy estates. Porter Wright will seek interim and final approval of payment of compensation and reimbursement of expenses in connection with these cases pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the applicable orders and Local Rules of this Court.

18.     Porter Wright and its partners, counsel and associates have not received, agreed to, or been promised any compensation in connection with its representation of the Debtors in these cases other than as set forth in the Application.

19.     Porter Wright has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Porter Wright, or (b) any compensation another person or party has received or may receive.

5

20.    The proposed employment of Porter Wright is not prohibited by or improper under Bankruptcy Rule 5002. Except as disclosed herein, I am not related, and to the best of my knowledge, information, and belief, no attorney at Porter Wright is related, to any United States Bankruptcy Judge or District Court Judge for the District of Delaware or to the United States Trustee for such district or any employee in the office thereof.

21.    By reason of the foregoing, I believe that Porter Wright is eligible for retention and employment as bankruptcy co-counsel for the Debtors pursuant to sections 327(e) and 1107(b) and the applicable Bankruptcy Rules and Local Rules.

Executed on: December 20, 2024

/s/ _____
Robert J. Tannous
Managing Partner of Porter Wright
Morris & Arthur LLP

6

**Schedule 1**

**Potential Parties in Interest**

**Debtors**
Big Lots, Inc.
Consolidated Property Holdings, LLC
Broyhill LLC
Big Lots Management, LLC
Big Lots Stores - PNS, LLC
BLBO Tenant, LLC
Big Lots Stores, LLC
Big Lots Stores - CSR, LLC

AVDC, LLC
INFDC, LLC
CSC Distribution LLC
GAFDC LLC
Great Basin, LLC
Closeout Distribution, LLC
PAFDC LLC
Big Lots eCommerce LLC
Durant DC, LLC
WAFDC, LLC
Big Lots F&S, LLC

**Current Officers**
Bruce K. Thorn
Emily E. Schreck
James A. Schroeder
Jonathan E. Ramsden
Juan E. Guerrero
Michael A. Schlonsky
Monica M. Welt
Ronald A. Robins Jr.
Steven J. Hutkai
Jason A. Seeman
Lorraine M. Kaufman
Matthew S. Weger
Allen G. Hembree
Alvin C. Concepcion
Amanda J. Corbett
Amy L. Nelson
Brooke T. Schwerin
Chinthaka Liyanapathirana
Christopher M. Macke
Christopher R. Means
Colin K. Coburn
Craig R. Gourley
Daniel H. Yokum
James M. Kelley
Jay A. Caudill
Johan G. Hoover

Julie C. Holbein
Kevin P. Kuehl
Leonard J. Sisilli
Lynda L. Kline
Maria D. Matos
Megan M. Mellquist
Michael F. Robey
Michael L. French
Nathan C. Longbottom
Shelly L. Trosclair
Steven S. Rogers
Kristen Ayn Cox
Seth Laurence Marks

**Former Officers**
Timothy J. Kovalcik
James D. Campbell Jr.
Margarita Giannantonio
Gregg W. Sayers
John W. Alpaugh
Shannon E. Letts
Derek T. Panfil
Deborah A. Beisswanger
Scott W. Corder
Kelly M. Gerhardt
Michael A. Jasinowski
Ashley M. White
Gene E. Burt, II
Andrej Mueller
Paige P. Gill
Robert A. LeBrun
Graham W. McIvor
Kristin L. Morris
Nicholas N. Padovano
Erica N. Fortune
Jeremy A. Ball
Nicholas E. Padovano
Kristen L. Morris
Amy R. Stern
Amanda R. Jami
Robert V. LaCommare
Ojas Nivsarkar
Jackie Smith

**Current Directors**
Christopher J. McCormick
Cynthia T. Jamison
James R. Chambers
Kimberley A. Newton

1

Maureen B. Short
Sebastian DiGrande
Wendy L. Schoppert


**Former Directors**
Sandra Y. Campos
Marla C. Gottschalk
Nancy Reardon
Thomas A. Kingsbury
Jackie Smith
Charles H. Buckingham


**Depository Banks, Sureties, and
Letter of Credit Providers**
PNC Bank, National Association
PNC BANK
Wells Fargo Bank
Huntington Bank
Fifth Third Bank
Truist Bank
Us Bank
Bank Of America
Citizens Bank Of Pennsylvania
Liberty Mutual Insurance Company
American Alternative Insurance Corporation


**Debtors' Professionals**
Davis Polk & Wardwell
AlixPartners, LLP
Morris, Nichols, Arsht & Tunnell LLP
Guggenheim Securities, LLC
A&G Real Estate Partners
Kroll Restructuring Administration
Gordon Brothers Retail Partners, LLC


**Governmental Authorities/ Agencies**
Customs & Border Patrol


**Insurance Providers**
Starr Indemnity & Liability Company
HDI Specialty Insurance Company
Starr Specialty Insurance Company
ACE Property and Casualty Insurance Company
(Chubb)
National Union Fire Insurance Company of PA (AIG)
"Allied World National Assurance Company
(AWAC)"
"XL Insurance America, Inc."
The Ohio Casualty Insurance Company (Liberty)
Great American Spirit Ins. Company
Aspen
C.N.A

Chubb Bermuda Insurance Ltd.
American International Reinsurance Company Ltd
(AIG)
"Allied World Assurance Company Ltd (AWAC)"
AXA XL
Magna Carta Insurance Limited (Liberty)
GAI Insurance Company, Ltd.
North Rock Insurance Company Limited (CNA)
ACE Insurance
ACE American Insurance Co.
Zurich
"Liberty Excess & Surplus Lines Inc./Ironshore"
WRB/Nautillius Insurance Co.
AXA XL/XL Insurance America Inc.
Fidelis Bermuda
Everest Indemnity Insurance Company
Chubb/Ace American Insurance Co.
AWAC/Allied World Assurance Co.
Lexington Insurance Company
Steadfast Insurance Company/Zurich
Allianz Global Risks US Ins Co
Obsidian Specialty Insurance
Federal Insurance Company/CHUBB
Indian Harbor Insurance Co/AXA XL
Lloyds of London/HSCOX
Lloyds of London -Canopius
Lloyds of London
Lloyds of London -Kiln
Lloyds of London - HDI
Lloyds of London - Faraday
Lloyds of London - Inigo
Starstone Specialty Ins Co (CORE)
Kinsale Insurance Co
Axis Surplus Insurance Company
Lloyds of London - RB Jones
Partner Re-Insurance Ltd.
Starr Surplus Lines Ins Co
Starstone Specialty Ins Co
Homeland Insurance Co Of Ny
Shelter Reinsurance
Lloyds of London
Zurich American Insurance Company
Berkshire Hathaway Specialty Insurance Co.
Twin City Fire Insurance Company (The Hartford)
Endurance American Insurance Company (Sompo)
Beazley Insurance Company, Inc.
Westfield Select Insurance Company
Continental Casualty Company
RSUI Indemnity Company
National Union Fire Insurance Co of Pittsburgh, PA
AXIS Insurance Co
Hudson Insurance Company
Berkshire Hathaway Specialty Insurance Co.

Federal Insurance Company
Travelers Casualty and Surety Company of America
Federal Insurance Co
American International Reinsurance Co Ltd (AIRCo)
Federal Insurance Co
Hiscox Insurance Company
Beazley - Lloyd's Syndicate 2623/623
Allied World Assurance Company (AWAC)
AXA XL (Indian Harbor)
AIG Specialty Insurance Company
North Dakota Workforce Safety & Insurance
State of Wyoming Department of Workforce Services
Washington State Department of Labor & Industries
FIRST Insurance Funding, a Division of Lake Forest
Bank & Trust Company, N.A.
AFCO Credit Corporation
 Premium Finance, LLC
PartnerSource
Aon plc
Edgewood Partners Insurance Center ("EPIC")
Hub International Limited
Marsh LLC
Geodis SA

**Utility Providers**
0117 - Waste Pro - Pembroke Pines
ABCWUA
ACC Water Business
Ada City Utilities OK
AEP - Appalachian Power
AEP/24406-Wheeling Power
AES Indiana
AES Ohio
Alabama Power
Albany Utilities - GA
Albemarle County Service Authority
Allen County Public Health
Alliant Energy/IPL
Alliant Energy/WPL
Alpena Power Company
Altoona Water Authority
Ameren Illinois
Ameren Missouri
American Electric Power/24002
American Electric Power/24418
American Fork City, UT
AmeriGas - 9220
AmeriGas - 9335
Amherst County Service Authority
Andalusia Utilities
Anderson City Utilities, IN
Anne Arundel County Water and Wastewater
Anniston Water Works, AL

Appalachian Electric Cooperative
Appalachian Natural Gas Distribution Co.
Appalachian Power
APS
AQUA IL
Aqua Indiana, Inc.
Aqua New Jersey/70279
Aqua OH
Aqua Pennsylvania/70279
Aquarion Water Company of CT
Arkansas Oklahoma Gas Corp (AOG)
Arlington Utilities
Artesian Water Company, Inc.
Athens Utilities Board, TN
Atlantic City Electric
Atmos Energy/630872/740353
Auburn Water District, MA
Augusta Utilities Department
Aurora Utilities, IN
Aurora Water/City of Aurora, CO
Austell Natural Gas System
Avista Utilities
AW Billing Service LLC
Baldwin EMC
Beaufort-Jasper Water & Sewer Authority
Beaumont - Cherry Valley Water District
Beckley Water Company, WV
Bedford City Utilities IN
Belmont County Water & Sewer District
BEMC
Benton Charter Township, MI
Benton PUD
Benton Utilities
Berkeley County Public Service - Sewer
Berkeley County Water & Sanitation
Berkeley Electric Cooperative
Berkshire Gas Company
Berks-Montgomery Municipal Authority
Bessemer Utilities
BGE
Big Sandy RECC, KY
Black Hills Energy
Blue Ridge Energy/NC
Board of Public Utilities-Cheyenne, WY
Board of Public Works-Gaffney, SC
Board of Public Works-Hannibal MO
Board of Water Works of Pueblo, CO
Bonita Springs Utilities, Inc
Borough of Boyertown, PA
Borough of Chambersburg, PA
Borough of Ephrata, PA
Borough of Glassboro, NJ
Borough of Lansdale, PA

3

Bossier City Utilities Dept. LA
Bowling Green Municipal Utilities
Brick Township Municipal Utilities
BrightRidge
Bristol Tennessee Essential Services
Broad River Water Authority
Brownsville Public Utilities Board
Brunswick & Topsham Water District
Brunswick County NC Public Utilities
Brunswick Sewer District
Brunswick-Glynn County Joint
Buckeye Water District, OH
Burlington Municipal Waterworks, IA
Butler Area Sewer Authority
Butler County Water & Sewer Department
California American Water Company
California Water Service-Bakersfield
California Water Service-Chico
California Water Service-Livermore
California Water Service-Rancho Domingue
California Water Service-Salinas
California Water Service-Stockton
Calvert County Government, MD
Cambria Township Sewer Authority
Campbell County Utilities/Ccusa
Campbellsville Municipal Wtr Swr/KY
Cape Fear Public Utility Authority
Carmichael Water District, CA
Carroll EMC
Carson City Utilities
Cascade Natural Gas
Caseyville Township Sewer System (IL)
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/1423
CenterPoint Energy/2006
CenterPoint Energy/4849
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Charles County Government
Charleston Sanitary & City of Charleston
Charleston Water System
Charlotte County Utilities
Charter Township of Madison, MI
Charter Township of Port Huron, MI
Charter Township of Union, MI
Chattanooga Gas Company/5408
Chelan County Public Utility District
Chesapeake Utilities
Chester Metropolitan District
Chester Water Authority, PA
Chesterfield Township, MI
Chillicothe Utilities Dept, OH

Citizens Energy Group/7056
Citizens Gas Fuel Co MI
City Finance Director
City of Abilene, TX
City of Adrian, MI
City of Aiken, SC
City of Alamogordo, NM
City of Albemarle, NC
City of Albert Lea, MN
City of Alcoa Utilities, TN
City of Alhambra, CA
City of Alliance Water Utility, OH
City of Amarillo - Utility Billing Dept
City of Anaheim, CA
City of Apopka, FL
City of Arcadia, CA
City of Ardmore, OK
City of Asheboro, NC
City of Ashland, KY
City of Athens Utilities
City of Athens, OH-Water Dept.
City of Athens, TN
City of Attleboro, MA
City of Austin, TX
City of Avon Park, FL
City of Bakersfield, CA
City of Barberton, OH
City of Bartlesville, OK
City of Battle Creek, MI
City of Baytown, TX
City of Beaumont, CA
City of Beaumont, TX
City of Bedford, TX
City of Bellefontaine - Utilities Dept
City of Belmont, NC
City of Big Rapids, MI
City of Billings, MT-30958
City of Blaine, MN
City of Bloomington Utilities, IN
City of Boynton Beach, FL
City of Bradenton, FL
City of Bradford Refuse Collection
City of Bradford, PA
City of Brandenburg, KY
City of Bridgeport, WV
City of Bristol, TN
City of Broken Arrow, OK
City of Brooksville, FL
City of Brownwood, TX
City of Buena Park, CA
City of Buford, GA
City of Bullhead City, AZ
City of Burleson, TX

4

City of Burton, MI
City of Callaway, FL
City of Calumet City, IL
City of Cambridge, OH - Utilities Dept
City of Camden, SC
City of Carlsbad Utility Billing Division
City of Carrollton, TX
City of Cartersville, GA
City of Casa Grande, AZ
City of Centralia, IL
City of Chardon, OH
City of Charlottesville, VA
City of Chattanooga, TN
City of Cheyenne, WY
City of Chico, CA
City of Chino, CA
City of Circleville, OH
City of Clearwater, FL
City of Cleburne, TX
City of Clewiston, FL
City of Clifton/Sewer Dept
City of Clinton, MS
City of Clovis, CA
City of Clovis, NM
City of Cocoa, FL
City of Coconut Creek, FL
City of Coeur d Alene, ID
City of Colorado Springs, CO
City of Columbia, MO
City of Columbia, SC - Water
City of Concord, NC
City of Conroe - Dept 2026
City of Conway, SC
City of Cookeville, TN
City of Cornelia, GA
City of Corona, CA
City of Corpus Christi/659880
City of Corsicana, TX
City of Country Club Hills, IL
City of Covington, GA
City of Covington, LA
City of Covington, TN
City of Crest Hill, IL
City of Crestview, FL
City of Crossville, TN
City of Crystal River
City of Cullman Water Sewer & Sanitation
City of Cumberland, MD
City of Cumming, GA
City of Cuyahoga Falls, OH
City of Dade City, FL
City of Dallas, TX
City of Danville, IL

City of Danville, KY
City of Danville, VA
City of Davenport, IA
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Defiance, OH
City of Deland, FL
City of Delano, CA
City of Delaware, OH
City of Denham Springs, LA
City of Denton, TX
City of DeSoto, TX - Utilities
City of Diberville, MS
City of Douglasville, GA
City of Dover Utility
City of Dublin, GA
City of Dunkirk Water Department - NY
City of Dunn, NC
City of Durham, NC (Sewer/Water)
City of Eastpointe, MI
City of Eau Claire, WI
City of Edinburg, TX
City of Edmond, OK
City of Elizabeth City, NC
City of Elizabethton, TN (Water/Sewer)
City of Elyria - Elyria Public Utilities
City of Elyria - Stormwater
City of Enid, OK
City of Escondido, CA
City of Eustis, FL
City of Everett Utilities, WA
City of Fairmont, WV
City of Farmers Branch, TX
City of Farmington, NM
City of Fayetteville, AR
City of Findlay, OH
City of Fitchburg, MA
City of Florence, SC
City of Foley, AL
City of Fond Du Lac, WI
City of Fontana, CA
City of Fort Lauderdale, FL
City of Fort Myers, FL
City of Fort Oglethorpe, GA
City of Fort Walton Beach, FL
City of Franklin, TN
City of Fresno, CA
City of Frisco, TX
City of Gainesville, GA
City of Galax, VA
City of Galesburg, IL
City of Gallipolis, OH

City of Gallup, NM
City of Galveston, TX
City of Garden City, ID
City of Garland Utility Services
City of Gastonia, NC
City of Gilroy - Utility Billing
City of Glendale, AZ/500
City of Goldsboro, NC
City of Goose Creek, SC
City of Granbury - TX
City of Grand Rapids, MI
City of Grandville, MI
City of Greensboro, NC/1170
City of Greenwood, SC
City of Griffin, GA
City of Groves, TX
City of Gulfport Water and Sewer - MS
City of Haines City, FL
City of Hallandale Beach, FL
City of Hammond, LA
City of Hanford, CA
City of Harlingen, TX
City of Harrison, AR
City of Harrisonburg, VA
City of Hartsville, SC
City of Hattiesburg, MS/1897
City of Hazard Utilities, KY
City of Heath Utilities Department - OH
City of Helena, MT
City of Henderson, KY
City of Hermiston, OR
City of Hermitage, PA
City of Hickory, NC
City of High Point, NC
City of Hinesville, GA
City of Hobbs, NM
City of Hollywood, FL
City of Houston, TX - Water/Wastewater
City of Huber Heights, OH
City of Idaho Falls, ID
City of Independence Utilities
City of Inglewood, CA
City of Inverness, FL
City of Irving, TX /152288/840898
City of Jackson Utility Billing, MI
City of Jackson, TN
City of Jacksonville, NC
City of Jamestown Board of Public Util
City of Jasper, AL
City of Joplin, MO
City of Kannapolis, NC
City of Kennewick, WA
City of Kent, WA

City of Kentwood, MI
City of Kilgore, TX
City of Killeen, TX
City of Kingman, AZ
City of Kingsport, TN
City of Kinston, NC
City of La Habra, CA
City of La Verne, CA
City of Lacey, WA
City of Lafayette, IN
City of LaGrange, GA
City of Lake Charles Water Division
City of Lake City, FL
City of Lake Jackson, TX
City of Lake Worth, TX
City of Lancaster, PA
City of Lancaster, SC
City of Lapeer, MI
City of Laredo Utilities
City of Las Cruces, NM
City of Las Vegas - Sewer
City of Laurel, MS - Public Utility
City of Laurinburg, NC
City of Lawrenceville, GA
City of Lawton, OK
City of Lebanon, MO
City of Lebanon, OH
City of Lebanon, PA
City of Lebanon, TN
City of Leesburg, FL
City of Lenoir, NC
City of Lewiston, ID
City of Lewisville/731962
City of Lima - Utilities, OH
City of Lincolnton, NC
City of Live Oak FL
City of Livermore, CA
City of Lodi, CA
City of Logan, UT
City of Lompoc, CA
City of Long Beach, CA
City of Longmont, CO
City of Longview, TX
City of Longwood, FL
City of Lorain, OH - Water
City of Los Banos, CA
City of Lubbock Utilities, TX
City of Lufkin, TX
City of Lumberton, NC
City of Lynchburg, VA
City of Lynnwood, WA
City of Madera, CA
City of Madison Heights, MI

City of Manteca, CA
City of Marianna, FL
City of Marietta, OH
City of Marion, NC
City of Marshall, TX
City of Marysville, OH
City of Marysville, WA
City of Mattoon, IL
City of Maysville Utility Department
City of McKinney, TX
City of Medford, OR
City of Melbourne, FL
City of Merced, CA
City of Meridian, ID
City of Mesa, AZ
City of Mesquite, TX/850287
City of Methuen - W&S
City of Miamisburg, OH
City of Middletown, OH
City of Midland, TX
City of Milford, DE
City of Milford, OH
City of Milledgeville GA
City of Millington, TN
City of Millville, NJ
City of Milpitas, CA
City of Milton, FL
City of Modesto CA
City of Moline, IL
City of Monroe - 725
City of Monroe, NC
City of Morganton, NC
City of Moses Lake, WA
City of Moundsville, WV Municipal Fee
City of Mount Airy, NC
City of Mount Pleasant, TX
City of Mountain Home, AR
City of Mt. Vernon, IL
City of Muskegon, MI
City of Muskogee, OK
City of Myrtle Beach, SC
City of Naples, FL
City of Natchitoches, LA
City of New Bern, NC
City of New Port Richey, FL
City of Newberry, SC
City of Newton, NC
City of Niles, OH
City of Noblesville Utilities
City of North Augusta, SC
City of North Las Vegas, NV- Finance Dep
City of North Myrtle Beach, SC
City of Northampton, MA

City of Northport AL
City of Norton, VA
City of Norwalk, OH
City of Oak Ridge, TN
City of Ocala, FL
City of Ocean Springs, MS
City of Odessa, TX
City of O'Fallon, IL
City of Oklahoma City, OK
City of Olathe, KS
City of Olean, NY
City of Olympia, WA
City of Oregon, OH
City of Ormond Beach, FL
City of Oswego, NY
City of Panama City, FL
City of Paris, TX
City of Park Hills Water Dept, MO
City of Pearl, MS
City of Pearland Water Department
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peru, IL
City of Petoskey, MI
City of Phoenix, AZ - 29100
City of Pikeville, KY
City of Pinehurst, TX
City of Piqua, OH
City of Pittsburg, KS
City of Plant City, FL
City of Plantation, FL
City of Plattsburgh, NY
City of Pocatello, ID
City of Pompano Beach, FL
City of Port Angeles, WA
City of Port Hueneme, CA
City of Port Orange, FL
City of Portage, MI
City of Portland, TX
City of Portsmouth, OH
City of Prescott, AZ
City of Puyallup - Utilities
City of Raleigh, NC
City of Redding, CA/496081
City of Redlands, CA/6903
City of Reedley, CA
City of Revere, MA
City of Richardson, TX
City of Richland, WA
City of Richmond, VA
City of Rio Rancho Water and Wastewater
City of Rochester, NH
City of Rock Hill, SC

City of Rockwall, TX
City of Rocky Mount
City of Rohnert Park, CA
City of Rome, GA
City of Roseburg, OR
City of Roseville, CA
City of Roswell, NM - Water Dept
City of Round Rock, TX
City of Rowlett, TX
City of Roxboro, NC
City of Rutland, VT
City of Sacramento, CA-Dept of Utilities
City of Salem, OR
City of Salem, VA
City of Salina, KS
City of San Angelo Utility Billing
City of San Bernardino, CA - Water
City of Sanford, FL
City of Sanford, NC
City of Santa Ana, CA
City of Santa Clara, CA
City of Santa Fe, NM
City of Santa Maria, CA
City of Santa Rosa, CA-Tax Bills
City of Santa Rosa, CA-Water & Sewer
City of Sarasota, FL
City of Sault Ste. Marie, MI
City of Savannah, GA
City of Seaford, DE
City of Searcy - Sanitation Dept
City of Seattle/Seattle City Light
City of Sedalia, MO
City of Sevierville, TN
City of Seymour SMSU
City of Shawnee, OK
City of Shelby, NC
City of Sherman, TX
City of Shreveport, LA - 30065
City of Sierra Vista AZ
City of Simi Valley, CA
City of Slidell, LA
City of Smyrna, GA
City of Snellville-Sanitation Dept
City of Southaven, MS
City of Southfield, MI
City of Spokane, WA
City of Springfield, OH
City of St. Augustine, FL
City of St. Joseph, MO
City of St. Marys, OH
City of St. Petersburg, FL
City of Statesboro, GA
City of Statesville, NC

City of Stephenville, TX
City of Stillwater, OK
City of Stuart, FL
City of Sumter, SC
City of Surprise, AZ
City of Tacoma Public Utilities
City of Tallahassee, FL
City of Tampa Utilities
City of Tarpon Springs, FL
City of Taylor, MI - Water Dept
City of Tempe, AZ
City of Temple, TX
City of Terre Haute/Sewer
City of Terrell, TX
City of Thomasville, GA
City of Thomson, GA
City of Tiffin, OH
City of Tifton, GA
City of Toledo-Dept of Public Utilities
City of Tomball, TX
City of Topeka, KS
City of Tracy, CA
City of Troy, AL
City of Troy, NY
City of Tucson, AZ
City of Tulare, CA
City of Tulsa Utilities
City of Turlock, CA
City of Tyler, TX
City of Ukiah, CA
City of Union City, GA
City of Union City, TN
City of Upland, CA - Waste
City of Upland, CA - Water/Sewer
City of Vacaville, CA
City of Valdosta, GA
City of Van Wert Water Department, OH
City of Vancouver, WA/35195
City of Venice, FL
City of Vicksburg, MS
City of Victoria, TX
City of Victorville, CA - Water
City of Vidalia, GA
City of Vienna, WV
City of Waco Water Office
City of Warner Robins, GA
City of Warren, OH
City of Warsaw Wastewater Payment Office
City of Washington, MO
City of Watertown, NY
City of Watsonville Utilities, CA
City of Waxahachie, TX
City of Waycross, GA

City of Waynesboro, GA
City of Waynesboro, VA
City of Weatherford, TX
City of Webster, TX
City of Weirton, WV
City of Weslaco, TX
City of West Columbia, SC
City of West Monroe, LA
City of West Plains, MO
City of Westerville, OH
City of Westland Water
City of Westminster, CA
City of Westminster, CO
City of Westminster, MD
City of Whiteville, NC
City of Whittier
City of Wichita Falls, TX
City of Wilmington, DE
City of Wilson - NC
City of Winston-Salem, NC
City of Winter Garden, FL
City of Wood Dale, IL
City of Woodland, CA
City of Yuba City
City of Yukon, OK
City of Yuma, AZ
City of Zanesville, OH
City Utilities - Huntington, IN
City Utilities Commission (Corbin, KY)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clark Public Utilities
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Dept, I
Clay County Utility Authority, FL
Clay Electric Cooperative/308
Clearfield Municipal Authority PA
Clearwater Enterprises LLC
Cleco Power LLC
Clermont County Water Resources, OH
Cleveland Utilities
Clinton Newberry Natural Gas Auth
Clinton Township Treasurer, MI
Clinton Utilities Board TN
Cloverland Electric Cooperative/Dafter
Cobb County Water System
Cobb EMC
Coldwater Board of Public Utilities, MI
College Station Utilities - TX
College Township Water Authority, PA
Colorado Springs Utilities

Columbia County Water Utility
Columbia Gas of Kentucky
Columbia Gas of Maryland - GTS
Columbia Gas of Ohio - GTS
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia Power & Water Systems (CPWS)
Columbiana County Water & Sewer
Columbus - City Treasurer
Columbus City Utilities
Columbus Water Works
ComEd
Commissioners of Public Wks - Greenwood SC
Community Water Company of Green Valley
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Consolidated Waterworks District #1
Constellation NewEnergy Gas Div LLC/5473
Constellation NewEnergy/4640
Consumers Energy
Conway Corporation
Coos Bay-North Bend Water Board
Coral Springs Improv. Dist.
Corning Natural Gas
CoServ
Coshocton Water Department, OH
County of Henrico, VA
County Water Dist. of Billings Height
Covington Electric System
Coweta-Fayette EMC
Cowlitz County PUD
CPS Energy
Crawfordsville Electric Light & Power
Crawfordsville Utilities, IN
Crescenta Valley Water District
Crossroads X LLC
CRWWD - Clark Regional Wastewater Dist
Cullman Power Board
Cullman-Jefferson Counties Gas District
Dalton Utilities
Decatur Utilities, AL
Dekalb County/71224/105942
Delmarva Power DE/MD/VA/17000/13609
Delta Natural Gas Co Inc
DEMCO (Dixie Electric Membership Corp)
Dennis Water District
Department of Public Utilities/SC
Dept of Water Works - Sanitary District
Destin Water Users, Inc.
Dickson Electric System
Direct Energy/643249/660749
Direct Energy/70220

Division of Water and Wastewater, OH
Dixie Electric Power Association
Dominion Energy North Carolina
Dominion Energy Ohio/26785
Dominion Energy South Carolina
Dominion Energy/27031
Dominion VA/NC Power/26543/26666
Dothan Utilities
Dover Water Commissioners NJ
DTE Energy/630795/740786
Duke Energy/1094
Duke Energy/1326/1327
Duquesne Light Company
Durant City Utility, OK
Dyersburg Electric
Dyersburg Gas & Water Dept
Easley Combined Utilities, SC
East Brunswick Twp Water/Sewer
East Central Electric/OK
East Norriton Township
East Peoria Water & Sewer Dept.
Eastgrove Shopping Center
Easton Utilities - 1189
Ebensburg Borough, PA
EBMUD-East Bay Municipal Utility Dist
El Paso Electric/650801
El Paso Water Utilities
Electric Board of Guntersville AL
Electric City Utilities
Elizabethton Electric System
Elizabethtown Gas/6031
Elizabethtown Utilities, KY
Elk Grove Water Works, CA
Elkhart Public Utilities
Elkton Gas
Elmira Water Board NY
Emerald Coast Utilities Authority
EMWD-Eastern Municipal Water District
Energo/51024
Energy Management Systems/Dept 2159
Energy West - Montana
Engie Power & Gas LLC/411330
Engie Resources/9001025/841680
Englewood Water District, FL
Entergy Arkansas, Inc./8101
Entergy Gulf States LA, LLC/8103
Entergy Louisiana, Inc./8108
Entergy Mississippi, Inc./8105
Entergy Texas, Inc./8104
EPB
EPCOR Water/37782
Erie County Sewer & Water
Erie County Water Authority

Erie Water Works
Eugene Water & Electric Board (EWEB)
Evansville Water and Sewer Utility
Evergy Kansas Central/219915/219089
Evergy KS MO Metro MO West 219330/219703
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource Energy/56005
Eversource/55215
Fairfield Electric Cooperative, Inc.
Fairfield Utilities-City of Fairfield
Fairhope Public Utilities
Farmington Water Department/ME
Fayetteville Public Works Commission
First Utility District of Knox County
Fleming-Mason Energy
Flint EMC
Florence Utilities, AL
Florida City Gas/22614
Florida Public Utilities/825925
Fontana Water Company
Fort Hill Natural Gas Authority
Fort Payne Improvement Authority
Fort Payne Water Works Board
Fort Pierce Utilities Authority
Fort Wayne City Utilities
Fort Worth Water Department
Foster Township Sewer Dept PA
FPL - Florida Power & Light Company
FPL Northwest FL
Frankfort Plant Board - 308
Franklin County Sanitary Engineering
Frederick Water
Freeborn-Mower Cooperative Services
Fremont Dept. of Utilities
Fremont Water Office
Frenchtown Water
FRSA-Payments
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gallatin Department of Electricity
Gallatin Public Utilities
Gallia Rural Water Association
Gardner Water Department
GCWW - Greater Cincinnati WW
Georgia Natural Gas/71245
Georgia Power
GEUS/City of Greenville, TX
Glasgow Electric Plant Board
Glasgow Water Co.
Gloucester Township, NJ

GMWSS
Golden State Water Co.
Grand Traverse County Dept of Pub Works
Grant County Public Utility District
Great Lakes Energy
Greater Augusta Utility District, ME
Greater Dickson Gas Authority
Greater Peoria Sanitary District
Greco Gas Inc.
Green Bay Water Utility
Green Mountain Power Corporation
Greeneville Light & Power System
Greeneville Water Commission
Greenfield Utilities, IN
Greenville Utilities Commission, NC
Greenville Water, SC
Greenwood Utilities, MS
Greer CPW
GreyStone Power Corporation (Elec)
Guardian/007912
Guntersville Water & Sewer Board
Gwinnett Co Water Resources
Hamilton Township MUA
Hancock-Wood Electric Cooperative, Inc.
Hardin County Water District # 2
Haring Township Utility Department
Harris County MUD 102
Harris County MUD 81
Harrison Township, PA-Water Authority
Harrison Utilities
Harrisonburg Electric Commission
HarveyCo LLC
Helix Water District
Hellers Gas Inc Jonestown
Heller's Gas Inc./ Berwick, PA
Henry County Public Service Authority
Hermiston Energy Services, OR
Hernando County Utilities, FL
Hesperia Water District, CA
Hi-Desert Water District
Highland Sewer & Water Authority
Hillsborough County Water Resource -BOCC
Hixson Utility District, TN
Holland Board of Public Works
Holland Charter Township, MI
Holston Electric Cooperative, Inc.
Hope Gas Inc
Hopewell Township, PA
Hopkinsville Electric System, KY
Hopkinsville Water Environment Auth
HRSD/HRUBS
Huntsville Utilities, AL
Idaho Power

Illinois American Water
Imperial Irrigation District, CA
Indian River County Utilities, FL
Indiana American Water
Indiana Michigan Power
Indio Water Authority
Intermountain Gas Company
Iowa American Water Company
Irving Energy/70712
Jackson Energy Authority
Jackson Utilities Dept - City of Jackson
Janesville Water & Wastewater Utility
Jasper Municipal Utilities
Jasper Waterworks & Sewer Board, Inc AL
JEA
Jefferson City Utilities, MO
Jefferson City Water Department, TN
Jefferson County AL, Sewer Service Fund
Jefferson County Water & Sewer Dist
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Utility System
Johnson County Wastewater - 219948
Jordan Tax Service/Township of Collier
Kansas City Board of Public Utilities
Kansas Gas Service
Kearns Improvement District
Kenergy Corp
Kentucky American Water Company
Kentucky Power Co/371496/371420
Kerrville PUB
King Co Water Dist 49
Kissimmee Utility Authority
Kochville Township, MI
KSJWA-Kittanning Suburban Joint Water Au
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
LA Canada Irrigation District
LA County Waterworks
La Crosse Water Utility
Lackawanna River Basin-LRBSA
Lafayette Utilities Systems (LUS)
Lafollette Utilities
Lake Havasu City
Lakeland Electric/City of Lakeland, FL
Lakeview Light & Power Co.
Lakewood Water District
Lancaster County, SC/Lancaster
Lancaster Utilities Collection-Office
Lansing Board of Water & Light
Latrobe Municipal Authority, PA
Laurens Electric Cooperative
Lawrence County Solid Waste Service, TN

Lawrenceburg Utility Systems, TN
LCEC- Lee County Electric Cooperative
LCWSA-Lycoming County Water & Sewer Auth
Lee County Utilities, FL
Lees Summit Water Utility
Legal Tax Service Inc
Lehigh County Authority/3210
Lenoir City Utilities Board (LCUB)
Lexington Utilities, NC
Lexington-Fayette Urban County Govt
LG&E - Louisville Gas & Electric
Liberty Utilities - NH
Liberty Utilities AZ
Liberty Utilities Georgia
Liberty Utilities New York/75463
Liberty Utilities/219094
Liberty Utility CA/60144
Liberty Utility Missouri/75660
Lincoln Electric System
Lockport Waterworks and Sewerage System
Logan Township, PA
Logansport Municipal Utilities
Los Angeles Dept of Water & Power/30808
Loudoun Water
Louisville Water Company
LUC-London Utility Commission
Lynn Water Sewer Commission
M.C. MUD 19
Macon Water Authority, GA
Madison Suburban Utility Dist
Madison Water and Sewage, IN
Madisonville Municipal Utilities, KY
Magic Valley Electric Co-op
Maine Natural Gas, ME
Marion County Sanitary Eng Dept OH
Marion County Utilities FL
Marion Municipal Utilities, IN
Marpan Supply Co., Inc.
Marshall County Gas Dist AL
Martin County Utilities
MAWC-Municipal Auth of Westmoreland Cty
Mayfield Electric & Water Systems
McAllen Public Utility -TX
McMinnville Electric System
McMinnville TN-Water & Sewer Dept
MCUD-Manatee County Utilities Department
Meade County KY-Rural Electric
Meadville Area Water Authority PA
Medford Water Commission, OR
Medina County Sanitary Engineers
Memphis Light, Gas & Water Division
MEPB - Murphy Electric Power Board
Met-Ed/3687

Metro Water Services TN
Metropolitan St. Louis Sewer Dist/437
Metropolitan Utilities Distric/2166/3600
MHOG Utilities
Miami-Dade Water and Sewer Dept
Michigan Gas Utilities
Mid Valley Disposal/12146/12227/12385
MidAmerican Energy Company
Middle Tennessee Electric
Middle Tennessee Natural Gas/720
Middlesex Water Company
Midland Public Service District, WV
Mifflin County Municipal Authority
Minnesota Energy Resources
Mishawaka Utilities, IN
Mississippi Power
Missouri American Water
Modesto Irrigation District
Mohave Electric Cooperative
Mohawk Valley Water Authority
Moncks Corner Waterworks
MonPower/Monongahela Power
Monroe County Water Authority
Monroeville Municipal Authority
Montana-Dakota Utilities Co
Monterey One Water
Montgomery County Environmental Svs, OH
Montgomery Water Works
Moon Township Municipal Authority
Morehead Utility Plant Board
Morgantown Utility Board
Morristown Utility Commission - 59012
Morrisville Water & Light Department
Moulton Niguel Water
Moundsville Water Board, WV
Mountain Water District
Mountaineer Gas/580211
Mt. Sterling Water & Sewer System
Muhlenberg Township Authority, PA
Muncie Sanitary District
Municipal Authority of Allegheny Twp
Municipal Utilities - City of Bowling
Municipal Utilities/Poplar Bluff, MO
Murfreesboro Water Resources Department
Murphy Water Works
Murray City Corporation, UT
Murray Electric System
Murray Municipal Utilities
MWAA-Municipal Water Auth. of Aliquippa
Nashville Electric Service
National Fuel Resources/9072/371810
National Fuel/371835
National Grid - New York/371376

National Grid - Pittsburgh/371338
National Grid - Pittsburgh/371382
National Grid/371396
Navopache Electric Cooperative
Neenah Water Utility
New Albany Municipal Utilities
New Braunfels Utilities, TX
New Castle Sanitation Authority
New Jersey American Water Company/371331
New Mexico Gas Company
New Philadelphia Water Office
New River Light & Power Company/NC
Newark Water Office
Newnan Utilities, GA
Newport News Waterworks
Nicor Gas/2020/0632/5407
Niles Township, MI
NIPSCO - Northern Indiana Public Serv Co
NJNG
North Beckley PSD
North Bergen Municipal Util Auth-NBMUA
North Georgia EMC
North Little Rock Electric
North Park Public Water District
North Penn Water Authority
North Richland Hills Water Dept
North Versailles Township Sanitary Auth
NorthWestern Energy, MT
Northwestern Water and Sewer District
Norwich Public Utilities
NOVEC
NRG Business Solutions
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYSEG-New York State Electric & Gas
O.C.W.R.C. - Oakland County
Oak Hill Sanitary Board
Oak Ridge Utility Dist TN
OEC-Oklahoma Electric Cooperative
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Ohio Gas Company
Oildale Mutual Water Company
Okaloosa County Water & Sewer
Okaloosa Gas District, FL
Oklahoma Natural Gas Co: Kansas City
Omaha Public Power District
Ontario Municipal Utilities Company
Ontario Water Utilities, NY
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission

Otay Water District
Owensboro Municipal Utilities (OMU)
Pace Water Systems, Inc
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Paducah Water Works
Palatka Gas Authority
Palm Beach County Water Utilities Dept
Paradise Irrigation District
Paragould Light Water & Cable
Pascagoula Utilities, MS
Pasco County Utilities
Passaic Valley Water Commission
Paulding County Water System, GA
Pea Ridge Public Serv Dist
PECO/37629
Pedernales Electric Cooperative, Inc.
Pelham Water Works
Penelec/3687
Penn Power
Pennsylvania American Water
Peoples Water Service Co of FL
Peoples/644760
PEPCO (Potomac Electric Power Company)
Phenix City Utilities, AL
Philadelphia Gas Works
Piedmont Natural Gas
Pierce County Sewer, WA
Pinedale County Water District
Pinellas County Utilities, FL
Plainfield Charter Township
PNM
Porter MUD, TX
Porter Special Utility District
Portland General Electric (PGE)
Portland Water District - ME
POTOMAC EDISON
Powell-Clinch Utility District
PPL Electric Utilities/419054
PPL Electric Utilities/Allentown
Prattville Water Works Board
Prestonsburg City's Utilities Commission
Prince George County Utility Department
Princeton Sanitary Board
PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company of Oklahoma
Public Works & Utilities, KS
Puget Sound Energy
Putnam Public Service District
PWCSA - Prince William County Services
PWSD #1 of Cole County, MO

Randolph EMC
Rappahannock Electric Coop
Receiver of Taxes -Town of Riverhead
Regional Water Authority
Reid Road MUD #1
Reliant Energy Solutions/120954
Republic Services #046
RG&E - Rochester Gas & Electric
Rhode Island Energy
Rialto Water Services
Richmond Power & Light
Richmond Utilities
Riverside Public Utilities, CA
Riviera Utilities - Foley, AL
Roane County Public Utility
Roanoke Gas Company
Roanoke Rapids Sanitary Dist NC
Roberts Crossing LLC
Rockwood Electric Utility
Rockwood Water, Sewer & Gas
Rogers Water Utilities
Rogersville Water Commission
Rolla Municipal Utilities
Rome City Treasurer, NY
Roseburg Urban Sanitary Authority
Ross Township, PA
Rostraver Township Sewage Authority
Ryland Environmental
Sacramento County Utilities
Sacramento Suburban Water District
San Antonio Water System, TX
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
Santee Cooper
Saraland Water Service
Saugerties Water/Sewer Department
Sawnee EMC
Scana Energy/105046
Scharman Propane Gas Serv. Inc.
Schuylkill County Municipal Authority
Scioto Co. Sanitary Engineering Dept
Scioto Water, Inc., OH
Scott Township Authority
SCV Water - Santa Clarita Division
Searcy Water & Sewer System
SECO Energy
Semco Energy Gas Company
Seneca Light & Water
Sevier County Electric System
Sevier County Utility District (SCUD)
Sheboygan Water Utility, WI
Shelby Township Dept of Public Works

Shelbyville Public Utilities, IN
Singing River Electric Cooperative
SMECO (Southern Maryland Electric Coop)
SMUD
Smyrna Utilities TN
Snapping Shoals EMC
Snohomish County PUD
Somerset Utilities
South Central Power CO, OH
South Jersey Gas Company
South Ogden City Corporation
South Stickney Sanitary District
Southeast Brunswick Sanitary Dist/NC
Southeast Gas - Andulasia
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southern Pine Electric Power/2153
Southgate Water Department, MI
Southwest Gas
Southwest Suburban Sewer District, WA
Southwestern Electric Power
Spartanburg Water System
Speedway Waterworks
Spire/Birmingham
Spire/St Louis
Spokane County Environmental Services
Sprague Operating Resources LLC/536469
Sprague Operating Resources LLC/782532
Springfield Dept. of Utilities
Springfield Utility Board
SRP - Salt River Project/2951
St John The Baptist Parish Utilities
St. Mary's County Metropolitan Commssn
Stafford County - Utilities
Stevens Point Public Utilities
STRR South Tulare RichGrove Refuse Inc
Suburban Propane-1136
Suburban Propane-1217
Suffolk County Water Authority - NY
Sugarcreek Borough, PA
Sulphur Springs Valley Elec Coop
Summersville Water Works
Summerville CPW
Summit Natural Gas of Maine Inc
Summit Natural Gas of Missouri Inc
Summit Utilities Arkansas Inc
Summit Utilities Oklahoma Inc
Susquehanna Township Authority PA
Swansea Water District
Sweetwater Authority
Sylacauga Utilities Board - 207
Symmetry Energy Solution LLC

Taunton Muni Lighting Plant (TMLP) - 870
Tax Collector, City of Waterbury, CT
Taylor County Rural Electric Coop Corp
TECO Tampa Electric Company
TECO: Peoples Gas
Tennessee American Water Company
Texarkana Water Utilities
Texas Gas Service
The Energy Cooperative
The Illuminating Company
The Torrington Water Company
The United Illuminating Company
Toho Water Authority - 30527
Toho Water Authority - 31304
Toledo Edison
Town of Aberdeen, NC
Town of Apple Valley, CA
Town of Ashland, MA
Town of Auburn, MA
Town of Babylon, NY
Town of Billerica, MA
Town of Boone, NC
Town of Cary, NC
Town of Christiansburg, VA
Town of Clay Uniform Water
Town of Collins Water
Town of Cortlandt/21808
Town of Cortlandt/Cortlandt Manor
Town of Cortlandville, NY
Town of Culpeper, VA
Town of Danvers, MA-Electric Division
Town of Derry, NH
Town of Elkin, NC
Town of Fairhaven, MA
Town of Franklin, MA
Town of Franklin, NC
Town of Front Royal, VA
Town of Fuquay-Varina, NC
Town of Gilbert, AZ
Town of Greeneville, TN
Town of Jefferson, NC
Town of Leesburg, VA
Town of Lexington, SC
Town of Lockport, NY
Town of Manchester, CT
Town of Massena Electric Department, NY
Town of Mocksville, NC
Town of Mooresville, NC/602113
Town of Morehead City, NC
Town of Niagara, NY
Town of Plymouth, MA
Town of Richlands, VA
Town of Rising Sun, MD

Town of Schererville, IN
Town of Selma, NC
Town of Shallotte, NC
Town of Ulster, NY
Town of Vestal, NY - Utility Fund
Town of Wake Forest, NC
Town of Wallkill, NY
Town of Waynesville, NC
Town of Weaverville, NC
Town of Wilkesboro, NC
Town of Wise, VA
Township of Alpena, MI
Township of Falls Authority
Township of Greenwich Sewer Department
Township of Ocean Utilities, NJ
Treasurer - Spotsylvania County
Treasurer, Chesterfield County
Truckee Meadows Water Authority
Trumbull County Water & Sewer Dept.
Trussville Gas and Water
Tucson Electric Power Company
Tullahoma Utilities Authority
Tupelo Water & Light Dept
Turlock Irrigation District
TVWD/CWS
TXU Energy/650638
TXU Energy/650638
UAJA - University Area Joint Authority
UBS-Utility Billing Services
UGI Energy Services LLC
UGI Utilities Inc
Ukiah Valley Sanitation District
Union City Energy Authority
Union Oil & Gas Incorporated
United Cooperative Services
United Power
Unitil MA Electric & Gas Operations
Unitil ME Gas Operations
Unitil NH Gas Operations
Unity Township Municipal Authority PA
UNS Electric Inc
UNS Gas Inc
Upper Allegheny Joint Sanitary Auth, PA
Utilities Board of Rainbow City, AL
Utilities Commission, FL
Utility Billing Services
Ventura Water
Veolia Water New Jersey
Veolia Water Pennsylvania
Veolia Water Toms River
Vera Water & Power
Vermont Gas Systems, Inc.
Village of Arcade, NY

Village of Bradley, IL
Village of Dansville, NY
Village of Franklin Park, IL
Village of Granville, NY
Village of Hamilton, NY
Village of Hartville, OH
Village of Massena, NY
Village of Menomonee Falls Utilities
Village of Potsdam, NY
Village of Round Lake Beach, IL
Village of Wappingers Falls, NY
Village of Wintersville, OH
Vincennes Water Department, IN
Virginia American Water Company
Virginia Natural Gas/5409
Volunteer Energy Cooperative/Crossville
Volusia County Water & Sewer
Wadsworth Utilities (OH)
Wallingford Electric Division CT
Walton EMC / Walton Gas
Washington Gas/37747
Washington Suburban Sanitary Commission
Waste Connections LS - Dist 5190/5191
Waste Connections of KY Inc - Dist 6055
Waste Management - 4648
Water Authority of Dickson County
Water District - LVVWD
Water Service Corp of Kentucky
Waterford Water & Sewer Dept
WaterOne (Water Dist No 1 of Johnson Co)
WE Energies/Wisconsin Electric/Gas
West Bend Water Utility
West Deptford Township, NJ
West Penn Power
West River Shopping Center LLC
West View Water Authority
West Virginia American Water Company
Western Municipal Water District/7000
Western Virginia Water Authority
WHAWPCA
Wilkinsburg-Penn Joint Water Authority
Williamson Water & Sewer Depts
Wilmington Utility Billing
Winter Haven Water
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Xcel Energy
York County Natural Gas
Yorkshire Water District #1
Youngstown Water Dept., OH
Ypsilanti Community Utilities Authority
Zia Natural Gas Company/Hobbs
Keter Environmental Services

Waste Management National Services, Inc.
AT&T Mobility
AT&T
Verizon Wireless
T- Mobile USA Inc
Metropolitan Telecommunication
Level 3 Communications
Indian Nations Fiber Optics

**Suppliers and Vendors**
Ashley Furniture
Data 2 Logistics
Procter & Gamble
Geodis USA LLC
Engie Insight
Peak Living INC
Serta INC
Sunjoy Group International PTE LTD
Media Storm LLC
Sealy INC

**Real Estate Lessors/ Landlords**
1100 Jefferson Partners LLC
1100 W Argyle St LLC
1111 Hill Rd LLC
1150 Union Street Corporation
120 Hoosick Street Holdings LLC
1235 Farmington Avenue Br, LLC
1255 Sunrise Realty, LLC
12550 LC
1370 North 21st. Ltd.
1482 East 2nd Street, LLC
15 Hollingsworth St Realty Trust
150 South 11th Ave LLC
1520 NW Leary Way LLC
153 Hemingway Investments, LLC
1600 Eastchase Parkway LLC
174 Stonebrook LLC
1980 Ridge Rd Co LLC
2 North Street Corp
200 Lincoln Retail, LLC
21st & Main Partners, LLC
2353 North Park Drive LLC
2413 Brewerton Road Plaza LLC
250 Three Springs LP
2501 Gallia LLC
260 Voice Road LLC
301-321 E Battlefield LLC
3045 E Texas Street LLC
3320 Agency LLC
3320 Secor LLC
3615 W 104th St. L.P.
3737 Gus Thomasson, LTD.

3801 Washington Blvd. Co. LLC
400 Rollins Road LLC
41 West 28th Street Corp.
4101 Transit Realty LLC
4139LLNEW
415 Orchard Associates, LLC
440 Group. Ltd
44th And Wadsworth LLC
45 Development Group, LLC
452 LLC
4610 Frederica Street LLC
465COORSALBQ LLC
5 Point Church
501 Prairie View LLC
511 SR7 Owner, LLC
525 TX Ref Kilgore LLC
5520 Madison Ave. LLC
553 Mast Road LLC
5620 Nolensville Pike, LLC
5897 Associates, LLC
59 West Investors LLC
5R Partners, LLC
621 W Prentice LLC & Hawthorne Apartments LLC
644 Market Street Tiffin Oh, LLC
7023 Broward, LLC
820-900 Washington Street LLC
8401 Michigan Rd, LLC
8401 Michigan Road LLC
8501 Midlo Pike LLC
A & D Milford LLC
A I Longview LLC
A10 Revolving Asset Financing I, LLC
A2z Real Estate, Inc.
AAM - Green Bay Plaza, LLC
ABA Investments, LLC
Abilene Clack Street, LLC
Abmar GK US INC
Abnet Realty Company
ACV-ARGO CDA, LLC
AEJ Rutland, LLC
Aelep Choctaw, LLC
Agree Cedar Park TX, LLC
Agree Central, LLC
Agree Fuquay-Varina, LLC
Agree Limited Partnership
Agree Realty Corporation
Aim Property Management
Alabama Group LTD
Alameda Properties, LLC
Alatex, a Joint Venture
Albertson's Inc.
Albertson's LLC
Albertson's, INC.

Aldrich Management Co LLO
Alea Properties LLC
Aljacks LLC
Allegheny Plaza Associates
Allen Road Retail Business Center LLC
Alta Center, LLC
Amerco Real Estate Company
Amicre, LLC
Anaheim Hills Shopping Village, LLC
Anderson West LLC
Andrew Kaplan, Esquire
Anniston Investors LLC
Anthony P. Cappiello, Jr.
Apopka Regional, LLC
Apple Valley Square Center LLC
AR Brickyard LLC
AR- Moundsville Plaza, LLC
Arapahoe Crossings, LP
ARC ASANDSC001, LLC
ARC NWNCHS001, LLC
ARC NWNCHSC001, LLC
Archer Central Building LLC
ARCTRUST
ARD Mac Commons, LLC
Ardena LR LLC
Arlington Square L.P.
AR-Otter Creek LLC
Asheboro Marketplace, LLC
Ashton Woods Limited Partnership
Astro Realty LLC
Athens Investors, LLC
Athens Shopping Plaza LLC
Atlantic Properties, LLC
ATMF IX, LLC
Attleboro Crossing Associates, LLC
Auburn Assoc. LLC
August America, LLC
Avery Retail Medium C LLC
AVG Partners I LLC
Aviana Company LTD
Avon Square Associates, LLC
Avtex Collins Corner Associates, LLC
B & B Cash Grocery Stores, Inc
B & S Property Holding LLC
B& B Cash Grocery Stores, Inc.
B&B Cash Grocery Stores Inc
B&B Kings Row Holdings LLC
B&C Properties Of Dunn LLC
B&E Squared, LLC
B&K Enterprises, Inc
B.H. Chapman
B.M.R.S. Property LLC
B33 Great Northern II LLC

17

BAC West, LLC
Baceline West State Plaza LLC
Baderco LLC
Baker & Baker Real Estate
Developer'sLLC
Banckentucky, Inc
Barbara Erwin And Ron Tomlinson
Basser Kaufman 228 LLC
Basser-Kaufman Of Derby #1783
Battleground Acquisitions, LLC
Bay Valley Shopping Center LLC
Bayird Properties LLC
Bayshore Plaza Shopping Center, LLC
BCS Hopper LLC
BDB Midtown, LLC
Bdpm Group LLC
Beacon Plaza LLC
Bear Creek Partners I LLC
Bear Pointe Ventures, LLC
Beauclerc Sdc, LLC
Bell Road Associates, LLC
Bellevue Plaza
Bellflower Park, LP
Benbaroukh, LLC
Benbrook Real Estate, LLC
Benchmark Hamburg Plaza Assoc
Benessere Partners LP
Bennett Investment (MSP) LLC
Beretania Property Investments, LLC
Berlin Newington Associates
Bethel Garp, LLC
Bfsc Group, LP
Biagini Properties, Inc
Big Avca Owner LLC
Big BCLA Owner LLC
Big CSCO Owner LLC
Big DETX Owner LLC
Big FBTX Owner LLC
Big FRCA Owner LLC
Big Holdings 1 LLC
Big LACA Owner LLC
Big LCNM Owner LLC
BIG LOCA Owner LLC
Big MIFL2 Owner LLC
Big SATX Owner LLC
Big Score Investor, LLC
Big TAMI Owner LLC
Big VICA Owner LLC
Big YVCA Owner LLC
Blanding Village I LLC
BLM Victorville
Bloomington Whitehall Investment LLC
Blue Ash Oh Center LLC

Blue Diamond Crossing LLC
Blue Springs Developers, Inc
Bluegrass Partners LLC
Blum Boulders Associates 1, LLC
Blum Boulders Associates I, LLC
BMA Beachwood, LLC
Bob Bassel
Boniuk Interests Ltd.
Boone Investment Group LLC
BOP Teller, LLC
Borough ofChambersburg
BRC North Hills, LLC
BRE Retail  Residual Owner 1 LLC
BRE Retail Np Memphis Commons Owner LLC
BRE Retail Np Owner 1 LLC
BRE Retail Residual Nc Owner L.P.
BRE Retail Residual Owner 1 LLC - Attn: G. C.
BRE Retail Residual Owner 1 LLC - Regional
Counsel
BRE Retail Residual Shoppes At Valley Forge
Owner LLC
Breezewood Shopping Center, Inc.
Brenda Rigsby
Brf Iii Wilmington LLC
Brice Shannon LLC
Brice Square, LLC
Bricktown Plaza Associates
Bridgeport Plaza Associates LLC
Brixmor Coconut Creek Owner, LLC
Brixmor Ga Apollo II TX LP
Brixmor Ga Panama City, LLC
Brixmor Ga Washtenaw Fountain, LLC
Brixmor Holdings 12 SPE, Attn: General Counsel
Brixmor Holdings 12 SPE, LLC
Brixmor Lehigh SC LLC
Brixmor Miracle Mile LLC
Brixmor Property Group
Brixmor SPE 4 LLC
Brixmor Watson Glen, LLC
Brixmor/IA Cayuga Plaza LLC
Brixmor/IA Rutland Plaza, LLC
Brixton Fork TIC, LLC
Broadway Square Company
Brookwood Capital Group LLC
Brothers Realty And Property Management LLC
Brunswick Limited Partnership
Brunswick Property Management LLC
Budd Family LP
Burdkidz L.L.C.
Burleson Shopping Center, LP
BVA LP SPE LLC
BVA Spradlin LLC
BVA Westside SPE LLC

BVB-NC, LLC
BVC Cedar Crest LLC
Byzantine, INC.
BZA Berne Square LLC
C & F Land Co.
CA New Plan Sarasota, LP - Attn: Sales Audit Dept.
Cache Road Square LP
Cactus Crossing, LLC
California Property Owner I, LLC
Camacho Venture, LLC
Cambridge Investments, Inc
Canadian Four State Holdings Ltd.
Canyon Center II, Inc.
Canyon Grande Properties LP
Canyon Springs Marketplace North Corp
Cape May Grocery Owners LLC
Capital City Properties LLC
Capital City Trust
Capital Plaza INC
Capstone Plaza 44 LLC
Carbon Plaza Shopping Center, LLC
Carlisle Commerce Center, LTD.
Carnaby Square Shopping Center
Carnegie Properties, Inc.
Carrington Capital Investments IV LLC
Carrington Capital LLC
Carrollton-White Marsh, LLC
Carson Southgate, LLC
Casitas Oceanside Three, LP
CC Fund 1 Big Lots LLC
CCG Amarillo, LP
Cedar-PC Plaza, LLC
Cedar-Timpany, LLC - Attn:  Brenda J. Walker
Celebration Church
Centereach Mall Associates 605, LLC.
Center-Lynchburg Associates LP
Center-Roanoke Associates
Central Vermont Shopping Center, LLC
Centre Point Investors, LLC
Ceres Marketplace Investors LLC
CF Partners LLC
CFT NV Developments, LLC
CGB Properties Ltd
CGB Properties, LLC
CGCMT 2006-C4 - 5522 Shaffer Rd LLC
CGMA Dennis Port LLC
Chalmette Mall, LP
Champion Hills
Chapman Commons, LLC
Cherokee Plaza Investors, LLC
Chester C & Joann Kerstein
Chili MZL LLC
Chub Associates

Cicero 8148 LLC
Cielo Paso Parke Green, LP
Circle 8 Properties
Circleville Shopping Center, LLC
City of Elkhart
City View Towne Crossing Shopping Center
Claremont Associates
Claremore Blue Starr Investments LLC
Clarksville Square LLC
Clayton Property Management
Cleveland Oh Center LLC
Clover Center Management Corp
Clover Cortez, LLC
Clover Leaf Shopping Center Corporation
Clovis I, LLC
Club Forest Grand Strand, LLC
Clyde J. Peery
CMPC LLC
CNSN Properties, LLC
CO-CO Properties LLC
Cole BG Chester VA, LLC
College Square Associates LLC
Collin Creek Associates, LLC
Colonial Acres Limited Partnership
Colony Marketplace Tenancy In Common
Columbia Group Ltd.
Columbia Northeast, LLC
COLUMBIA PARK RETAIL OWNER, LLC
Commercial Land Development, Inc.
Commodore Realty Inc
Commonwealth Commercial Partners, LLC
Connolly Realty Company
Connor Recreational Center, Inc.
Conrad Urata 4, LLC
Conroad Associates
Core Acquisitions
Core Highland Plaza LLC
Core North Hills LLC
Core Park Plaza LLC
Core Shoppes At Gloucester LLC
Cornelia Retail I LLC
Corridor Market Place, LLC
Corta Stevens Point LLC
Cottonwood Meadow Properties, L.P.,
Country Holdings LLC
Country Khaton
County Club Shops, Inc.
County Line Plaza Realty Associates LP
Courtyard Acquisitions LLC
Covington Group, LLC
Covington Mall LLC
CP Antelope Shops LLC
CP Crossing, LLC

CP Plaza Holdings LLC
CPM Associates, L.P.
CPP Sierra Vista, LLC
CPSC I Limited Partnership
Crestview Corners LLC
CRI New Albany Square, LLC
Crossett Development I, LLC - Attn: J. Tamkin
Crossgates Shopping Center, LLC
Crosspoint Properties LLC
Crossroad Partners, Inc.
Crossroads Shopping Center Investments, LLC
Crossroads Towne Center LLC
Crossroads X, LLC
CRP/CHI Merrillville II Owner, LLC
CSN LLC
Cumberland Square Partners, LLC
Cumberland WVR LLC
Cumming 400, LLC
Cunningham, Mitchell & Rocconi
Curts Realty LLC
Cuyahoga Investments, LLC
CW Park Oaks, LLC
D & L Lowe LP
D&L Ferguson Rentals, LLC
Dade City Shopping Plaza, LLC
Dadre Lake Worth LLC
Dalco Properties Inc
Dam Neck Crossing, LLC
Dangood-RSM, LP
Daniel Development Partnership LLLP
Daniel G Kamin Michigan Enterprises
Daniel G Kamin Middletown Eastgate, LLC
Daniel G Kamin Tacoma, LLC
Daniel G Kamin Yorkshire LLC
Daniel G. Kamin
Daniel G. Kamin Palatine Bridge LLC
Daniels Investment Limited Company
Darby Yard LLC
D'argent Companies, LLC
Dario Pini
Darnestown Road Property L.P.
Dauphin Plaza LLC
David G Hollander Family Limited Partnership
DDR Carolina Pavilion LP
DDR Douglasville Pavilion LLC
DDRM Melbourne S/C, LLC
Dekalb Plaza SPE, LLC
Del Viso, L.L.C.
Delaware Shopping Center, LLC
Delco Development Co. of Hicksville, LP
Delhaize Us Holding Inc
Del-Linden, LLC
Delray Realty Associates, LLC

Delta Silver, LLC
Demoulas Super Markets, Inc
Deptford Associates
Desert Sky Esplanade, LLC
Dew Seven LLC
DGNProperties LLC
DIBA Real Estate Investments LLC
Discount Mini Storage of Ocala LLC
District & Urban (Texas) Inc.
DKR Investments L.L.C.
DKR Investments LLC
DLC Properties LLC
DML Westchase Plaza LP
Dominion Square-Culpeper, LLC
Don R. Ershig, dba Ken's Plaza
Dorchester Realty LLC
Dorsan Developments Limited
Douglasville Pavilion LLC
Dover, DE Retail LLC
DPS Associates
Drake Rental
DrinkRH
DSM MB I LLC
DSM MB II LLC
DT Route 22 Retail LLC
DTS II Properties, LLC
Durga LLC
Durga Property Management
Durham Plaza Shopping Center, LLC
Dwight W. Broeman
Eagle Enterprises Of Jefferson Inc
Eagle North Hills Shopping Centre LP
Eagle Valley Realty, LP
East Ridge Crossing, LLC
Eastgate Empire, LLC
Eastgrove Shopping Center, LLC
Eastland Inc
Eastpointe Village, LLC
EC Foundation Of Schererville LLC
ECA Buligo Weaverville Partners LP
ECOL Partnership, LLC
Edgewater Partnership LP
Edgewood Isle, LLC
Edifis LJC, LTD
Edifis USC, LLC
Edinburg SRGV LLC
Edison Park, Ltd.
Edmund Terry
Ehden Investments Inc
El Gato Grande Limited Partnership
Electrical Inspection & Servicing
ELI Erlich
Elkin Village Partners, LLC

Elkton Village, LLC
Ella Plaza LP
Elm Holdings 3, LLC
Equity Development Partners, LLC
Ershig Properties INC.
Ershig Properties, Inc.
ESAN LLC
Escondido San Juan Retail XVII, LLC
Ethan Conrad
Ethan Conrad Properties
Ethan Conrad Properties Inc
Euclid Shopping Center LLC
Evans Best LLC
Evans Best, LLC
Evansville Partners, LLC
EVP Management LLC
Exeter 16290 NV LLC
Expedition Center, LLC
Expressway Partners, LLC
F & F Investments, LLC
Fairfield Property, LLC
Faison-Ashley Landing, LLC
Family D, LLC
Famvest XXI LM Big Lots LLC
Fayette Pavilion LLC
Fayette Square Investors, LLC
FB Billerica Realty Investors LLC
FC Robson Properties LLC
Fedder Management Corporation
Festival Properties Inc
FH One Inc
Fifth Generation Investments LLC
Fifth/Grand (Holdings), LLC
Finmarc Raleigh LLC
First And Main South No. 1, LLC
First Latrobe Company
First Main Partners, LLC
Fisher's Landing Tenants-In-Common
Five Town Station LLC
Five Trees Realty, INC.
Flagler S.C., LLC
Florence View Properties LLC
Florence/SAV, LLC
FL-Tarpon Square-HA, LLC
FOG CP, LLC
Food Lion, LLC
Foothill Luxury Plaza LLC
Forest Hills Investors LLC
Formanco Vastgood Dunmore LLC
Fort Oglethorpe Market Place, LLC
Fort Wayne Matador, INC
Fort Williams Square LLC
Forum Holdings, LLC

Founder, Inc.
Foundry Commercial
Four Points Property Management
Fox Run Limited Partnership
Francis Carrington
Franco Property Management
Frank C. Robson Revocable Trust, U/A
Franklin Shoppers Fair Inc
Franklin Square LP
Free & Fashion Asset LLC
Freemont Mall LLC
Freestar Investments LLC
Frenchtown Shopping Center, LLC
Frontline Real Estate Partners, LLC
Fruitland Plaza, LLC
FW Parkwest LLC
G & J Eugene, LLC
G&I IX Southgate Shopping Center LLC
G&I X Trexler Town MZL LLC
G.G. Garfield Commons 2012 LP
Gainesville Realty Ltd
Galatians, LLC
Gallup Capital, LLC, Gallup H&K, LLC
Garrett Simpsonville Center, LLC
Gary A Morris
Gary Pond
Gastonia Restoration Partners
Gateway Plaza - Front Royal, LLC
Gator Bedford LLC
Gator Clifton Partners, LTD.
Gator Cortlandville Partners
Gator Danville LLC
Gator Fairhaven Partners LTD
Gator Lockport LLC
Gator Sarasota LLC
Gator Swansea Partners, LLLP
Gator Waccamaw Shopp. Ctr Ltd
GB Associates Limited Partnership
GBR Ephrata LLC And Ephrata Holdings LP
GBR Erwin One Limited Liability Company
GBR Greeneville LP
GBR Market Street LLC
GBR Neighborhood Road LLC
GBR North King LLC & Northhampton Holding, LP
GBR Spencerport LLC Brockport 31, LP
GC Ambassador Row LLC
GDC Investment Company
Gemco Sawdust LP
Georgetown Management Co.
Gershenson Realty & Investment LLC
GG Lagrange, LLC
GGCAL RSC LLC
GH2 NSB BB, LLC

Gibraltar Management Co., Inc
Gilroy Village Shopping Center LLC
GK Holiday Village, LLC
GKT University Square Greeley LL2, LLC
Glasgow Retail LLC
GLC-MAP McKinley Trust
Gleason Mall LP
Glenwood Development Co., LLC
Glenwood Plaza, LLC
GMS Management Co Inc
GMS Management OF II, Inc
GNHH LLC
Goal Investment Inc
Golden Mile Marketplace
Goodrich New Hartford LLC
Goodyear Retail I, LLC
Governor Plaza Associates Legal Dept
GPR Investments LLC
Grace Business Holdings, LLC
Grand Central Parkersburg LLC
Gratiot, LLC
Gravois Bluffs III, LLC
Great East Mall Inc
Green Garden Plaza 1989 L.P.
Greenville Associates
Greenwood 153 LLC
GRI-EQY (Concord) LLC
Group Santa Fe, LLC
GSA Plaza LLC
GTR Realty, LLC
Gulf Gate Plaza, LLC
Gumberg Associates-Mifflin County Commons
Gurwicz California Ave, LLC
Guy Properties LLC
GVD Commercial Properties Inc
GWP-Northridge Grove Shopping Center, LP
H/S Waynesboro B.L., LLC
Hager Cabinets
Hall Park LLC
Halpern Enterprises, Inc.
Hambey's Kings Canyon LLC
Hamilton Commons TEI Equities LLC
Hamilton Village Station LLC
Handys Hotels & Rentals
Hangora Limited Liability Company
HAP Property Owner, LP
Harary Group LLC
Hardy Court Shopping Center
Harmony Shopping Plaza LLC
Harold Martin
Harolds Heirs LLC
Harrison 135th St., LLC
Harrison Management Group LLC

Harrison OH Partners, LLC
Hart Estate Investment Company
Hart Properties III, LTD
Harveyco, LLC
Hauck Holdings Alexandria, LLC
Hauck Holdings Cleveland Bld, LLC
Hauppage Properties LLC
Hauppauge Properties LLC
Hauppauge Properties LLC
Hayford Properties LP
Haymarket Investors LLC
HBL Crest Hill LLC
H-C Niles Developers L.L.C.
HCL 3rd & Bell LLC
HCP Blue Canary LLC
Heights Plaza Partners, LLC
Henderson Investment Co., Inc.
Henry M Turley Jr
Herrera Properties, LLC
HH-Casa Grande, LLC
HH-Laveen, LLC
HH-Poca Fiesta, LLC
Hickory Plaza Shopping Center, Inc.
Hickory SAP LLC
Hidden Valley Mall LLC
Highland And Sterling LLC
Highland Management Company
Hillcrest Shopping Center Equities, LLC
Hinesville Center, LLC
HJH Independence 1 LLC
HKJV, LLC
Hobart Investors LP
Hobby Lobby Stores, Inc.
Hogan Real Estate
Honigman LLP
Hood Commons BSD LLC
Hoover Capital Group, LLC
Horizon Commons, LLC
Houston Triangle II, LLC
Howard Center, LLC
Howell Property Management LLC
Hull-Norlex, LLC
Hunting Creek Retail, LLC
HYG Fremont LLC
Iantha, Inc  -  Attn: Director Of Leasing
IH Sierra Vista LLC
ILF-Cherry Hill, LLC and ALS Cherry Hill, LLC
Imperial Improvements, LLC
Imperial Square LLC
Indian Hills Plaza LLC
Indiana Equities LLC
Indiana West Plaza LP
International Holdings Property Group LLC

Investa Capital LLC
Ipanema Fairview LLC
Ipanema Nomi III LLC
Ireland Biloxi, LTD.
Ireland Lawrence Ltd
Irving Plaza, LLC
Isaac Property Co., LP
Ishaan Rockwood LLC
Ishaan Towne Square LLC
Isram Prado, LLC
Isram Village Marketplace, LLC
JA Investment Properties LLC
Jacksonville MZL, LLC
Jahco Keller Crossing LLC
Jajolo Limited Partnership
James A. Craig & Rebecca W. Craig
James C. Koehler
Jara Group LP
Jasmine Meadows Properties LP
Jason Associates, LLC
Jasper Southgate Industries, Inc.
Jbk Ventures, LLC
Jc Warehouse LLC
Jeffers, Danielson, Sonn & Aylward, P.S.
Jefferson Mount Pleasant Ltd
Jeffnan USA, Inc.
Jeffrey T. Oberman, Esq.
Jensen F. Cheng and Jade Cheng
Jerald L. Moss
Jewell Square RLLP
JFP-AG/Roswell, LLC
JHR Sumner Place Shopping Center, LLC
JLY Realty Co., LLC
Joatmon LLC
Joe Amato East End Centre, LP
Joffe Properties LP
Johnann LLC
Johnson Acquisition Corp.
Johnston Square Center, L.L.C.
Jones Lang Lasalle Americas, Inc.
Jonnet Development Corporation
Jordan & Riddle, LLC
Joseph D Hammerschmidt Co
Joseph Navarre Plaza LLC
JPMCC 2007-LDP12 South Expressway 83, LLC
JPMCC 2016-JP4 Knights Road LLC
Justwater, LLC
K. M. Biggs, Incorporated
KA AT Fairless LP
KACI WSC, LLC
KAMS Partners LP
KDS Associates, L.L.C.
Kearns Property Company, L.L.C.

Kennedy Mall, Ltd
Kent Holding, LLC
Khan Properties Inc
Khanh Quang Tran
Kilgore Realty Company, Inc.
Kimco
Kimco Coral Springs 623 LLC
Kin Properties
Kin Properties, Inc
Kin Properties, Inc.
Kinton Land And Bison LLC
KIR Montebello LP
KIR Tampa 003, LLC
Kirkland & Ellis LLP
Kite Realty Group, L.P.
KLP Burien Town Plaza LLC
KM of Chesapeake, Virginia, L.P.
KR Collegetown, LLC
Kraus-Anderson, Incorporated
KRG Houston New Forest, LLC
KRG Las Vegas Centennial Center, LLC
Kroger Center Morehead LLC
Kroger Limited Partnership I
K-VA-T Food Stores Inc
L & R Real Estate LLC
LA Retail 1, LLC
Lafayette Place OMV, LLC
Lafayette Station LLC
Lake Geneva Center, LLC
Lake Mead Development, LLC
Lake Murray Center, LLC
Lakeview Pkwy Ventures LLC
Landmark Square, L.P.
Lane Land Company, Inc.
Lansing Mart Associates, LLC
Larsen Land & Development Co. LC
Larson Family Real Estate LLLP
Latonia Commerce, LLC
Laurel Pioneer LLC
Law Offices of David Skrilow
Law Offices of Trudi J Lesser
Lawrenceville Commercial Properties, LLC
LBBX RE LLC
LCVB LLC
Leathery Family Enterprises, Ltd
Lebanon Marketplace Center LLC
Lee's Crossing SDC LLC
Leevers Development LLC
LEJ Properties, LLC
Lenoir 2019 LLC
Leonka LLC
Levert-St. John, Inc.
Levin Properties, LP

Lewiston Center Equities LLC
Lexington, (Village), UY, LLC
Libby-Beechmont Properties LTD
Lillian S. Fitzgibbon Limited
Lima Eastgate, L.L.C.
Lincoln Bancorp LLC
Linda Barrett Properties, LLC
Lindsey Properties, LLC
LIT Industrial Limited Partnership
Litchfield Crossing LLC
Livonia Centers LLC
LJG Greenwich NY LLC
Lone Star Equities INC
Louis Wiener
Lowell D. Salesin, Esq.
Lowell D. Salesin, Honigman Miller Schwartz and
Cohn LLP
LRC Magic Investors LTD
Lubbock Commons Group LLC
LV Retail LLC
Lynngate, LLC
M&T Bank
M.B.D. Properties, LLC
Madeira Plaza Power LLC
Main/OST LTD.
Malon D. Mimms
Malone Plaza Partners LLC
Mapes Ranch Investments, LLC
Maplewood Plaza
Mardesich Company Camden, LLC
Marion Forum, LLC
Marion Properties LLC
Mariposa Plaza LLC
Market On Cherry
Market Square Shopping Center, LLC
Marketplace Associates, LLC
Marshall Crossroads Realty LLC
Martinsburg Center Associates LLC
Marysville Town Center
Massena Hhsc, Inc.
Mathias Shopping Centers, Inc
Mattatuck Investors LLC
Matthew Drive Realty LLC
Matthews Festival, LP
Maxwell Pointe, LLC
Mays SDC LLC
MBM Investments LLC
MC AZ Grand Village LLC
Mcanly Commercial Properties
MCBH Parkway Crossing, LLC
McCordick Properties
McGregor Pointe Shopping Center, LLC
McKnight Northland, LLC

MCM II LLC
MC-NC, LLC
MD Development Group LLC
MDC Coast 17, LLC
MDC Coast 18, LLC
MDC Coastal 5, LLC
MDG Strategic Acquisition LLC
MDR Lancer LLC
Meadowbrook V LP
Mentor Property LLC
Merchants Square I LLC
Merchants Square of Dallas, LLC
Mericle Properties, LLC
Meriden Associates LLC
Mesilla Valley Business Partners, LLC
Methuen Venture Limited Partnership
MFBG Port Huron LLC
MFW Associates
Michael Debo and Janice Debo
Michalsen Properties LLC
Michigan City Plaza Limited Partnership
Mid Valley Improvements Owner LLC
MIDAMCO
MIDEB Nominees, Inc.
Levin & Oberman II
Midgard Self Storage Jacksonville FL, LLC
Mifflin Penn Realty LLC
Milelli Realty-Lehigh Street, L.L.C.
Milford Associates
Milford Center LLC
Millan Enterprises
Millan Holdings, LLC
Miller Starr Regalia
Millstone Commercial LLC
Millville Equity Investments, LLC
Milwaukee Falls LLC
MIMCO Inc
ML Plaza LLC
MMDD Sacramento Project
Moncks Corner Center, LLC
Montgomery Acquisition LP
Montgomery Village LLC
Morehead Plaza, LLC
Morgan Britton LLC
Morris Loan and Investment Co
Morse Road Company-I, LLC
Mosaic Oxbridge Owner, LLC
Mountain View Midstar, LLC
Mr. Jeffrey Reznicki
MSF Gateway, LLC
MSQ Realty LLC
Mt. Airy Prtnshp
N&H Lapeer Limited Partnership

Nacogdoches MP LTD
Nalley Commercial Properties
Nasue LLC
Netstreit LP
New Albany Plaza, LLC
New Boston Retail Group, LLC
New Castle Shopping, LLC
New Enid OK Retail LLC
New Garden Shopping Center LLC
New Port Richey Dvlpmnt Co LLC
Newberry Center, LLC
Newburger-Andes
Newsem Tyrone Gardens Property Owner,LLC
NH Lakeville LLC
Nine Island 11, LLC
NMC Tower LLC
NNM  Realty Trust
NNN REIT, Inc
Nnn Reit, Inc.
Nnn Reit, LP
Noble Management Company
Noble Properties Riverside Ctr, LLC
Noel Waterfall, LLC
Norman D Sloan, Esq
Normandy Square East LLC - Attn: Joyce Tomashot-PM
North First Street Properties
North Griffin Square LLC
North Oak Marketplace 07 A, LLC
North Pointe Centre, LLP
North Strand Associates LLC
Northgate Associates LLC
Northport McFarland Associates, LLC
Northshore Plaza LP
Northtown Shopping Center Inc
Northtowne Associates
Northtowne Plaza Properties LT
NP Invesco, L.L.C.
NP-AC Industrial Holdings, LLC
NS Retail Holdings, LLC
NW Plaza Muncie LLC
Oak Park Square OALC, LLC
Oak Street Real Estate Capital
Oakland Pointe Partners LLC
Oakland Realty Company, Inc.
Oakwood 900 Partners, LLC
Oakwood Plaza Ltd. Ptship
Ogden Plaza, LLC
Olean 2020 LLC
Olive Town Center LLC
Oliveira Plaza SPE, LLC
Omega Sonora LLC
One Glenwood Associates

One Trinity Real Estate
Ontario Gateway SJT Retail
OPG 201, LLC
Orangeburg Realty Ltd
Orangehurst Venture L.P.
Oregon Trail Center Venture, LLC
Orion KCPM LLC
Oroville Plaza Shopping Center, LLC
Oswego Development, LLC
Oxford Development Company
Pablo Station, LLC
Pacific Realty Associates, L.P.
Pacific Resources Associates LLC
Pacific Resources Associates, LLC
Palm Center Associates, LLC
Palms Crossing Town Center, LLC
Palumbo Properties, Inc
Paradise Isle Destin LLC
Paragon Windermere, LLC
Paris Towne Center LLC
Park Forest SWC LTD
Parkridge Main LLC
Parkview Plaza Associates, LLC
Parma Heights Partners, LLC
Pasan LLC
Pasan, LLC
Pathfinder Patterson Place, LLC
Pathfinder Twin Creek, L.L.C.
Pax River Village Center, LLC
Pea Ridge Partners, LLC
Peace And Grace Realty, LLC
Pearland Hwy 35 LP
Pengould LLC
Penmark Frostburg Holdings LLC
Pensacola Corners LLC
Pero & Anka Margaretic
Perry's Inc.
Perth Plaza Associates LLC
Peter P Bollinger Investment Company
Peters Enterprises LLC
Petite Esplanade Covington, L.L.C.
PF Properties Mesa Commons, LLC
PGP Cleveland Corners Operations LLC
PGP Savannah Operations LLC
PH5B, LLC
Phenix City Sqare LLC
Phillipsburg Greenwich, LLC
Phoenix Dobson LLC
Pilchers North Park Limited
Pinnacle Properties II, LLC
Pintzuk Organization
Pipestone Plaza LLC
Plainfield Associates

Plankview Green Development, LLC
Plant City Plaza Holdings LLC
Plattsburgh Plaza, LLC
Plaza 15 Realty LLC
Plaza At Buckland Hills, LLC
Plaza At Speedway, LLC
Plaza North Investors LLC
Plaza On The Green, LLC
Plaza Shopping Centers
Pleasant Valley Shoppg Ctr Ltd
PMAT North Heights, LLC
PMAT Village Plaza, LLC
PMRE LLC
Polen Development LLC
Pomeroy Enterprises LLC
Poplin Place LLC
Port Angeles Plaza Associates, LLC
Port Orange Retail I, LLC
Portage Center, LLC
Porterwood Shopping Center Investments, LLC
PPE Five Associates
Pratt Street Capital, LLC
Premiere Place Shopping Center, LLC
Premium Asset Management Inc
Prime Commercial Partners Southtowne LLC
Prospect Colerain LLC
Protective Life Insurance Company
PRP Buffalo LLC
Prudent Growth Operations LLC
Prudential Growth Operations, LLC
PS Lompoc LLC
PSM Properties LLC
PTR Investments LLC
Putnam Centre Associates, LLC
PZ Southern Limited Partnership
Quincy King Development Co
R & A Properties
R.K. Hallandale LP & 17070 Collins Ave SC, Ltd
R.L. Wittbold - New Philadelphia
RAF Salina LLC
Rainbow Plaza Associates Ltd
Rajkamal Deol
Raleigh Enterprises, LLC
Ralph Horowitz
Ramsey Pike, LLC
RAR2 Bethel Industrial LLC
Raynham Crossing Limited Partnership
Ray's Family Center, Inc.
RCC Crossroads, LLC
RCC Eastgate, LLC
RCC Shenandoah Plaza, LLC
RCG Mansfield LLC
RCG-Chillicothe, LLC

RCG-Gainesville VII LLC
RCG-North Little Rock VII, LLC
RCG-Pascagoula, LLC
RD Palmera LP
Realty Income Properties 16, LLC
Realty Income Properties 21, LLC
Realty Income Properties 23, LLC
Realty Income Properties 30, LLC
Realty Income Properties 4, LLC
Ream's Food Stores
Red Mountain Asset Fund I, LLC
Regency Commercial Associates LLC
Regency CSP IV LLC
Regency Hannibal LLC
Regency Madbedsey LLC
Regency Mount Vernon LLC
Regency Summersville LLC
Regent Park Properties LP
REO Fundit 3 Asset LLC
Retail Center Partners, LTD.
Revenue Prop. Gonzales L.P. - Attn: Lease Admin
Rhino Holdings Houma LLC
Rhino Holdings Pueblo, LLC
RI - Grants Pass, LLC
RI-Atascadero, LLC
Richard Klement East LLC
Richmond Commons LLC
Rim Country Mall SPE, LLC
Rio Grande Investment INC
Rio Rancho Of New Mexico LP
Rising Sun Owner, LP
Ritchie Hill, LLC
River Oaks Properties LTD
River Oaks Shopping Center LLC
River Park Properties LLC
River South Commons, LLC
Riverland Development Company, LLC
Rivermart, LLC
Riverwood Ruskin, LLC
RJB Enterprises LLC
Roberts Crossing LLC
Robinson, Bradshaw & Hinson, P.A.
Rochester Plaza Associates, LLC
Rockmoor Town West
Rockridge Plaza Shopping Center LP
Rockwall Central Appraisal District
Rodeo Inn Lynnwood Inc
ROF Grandville LLC
ROIC California, LLC
ROIC Washington, LLC
ROP North Hills Crossing, LLC
Roswell Town Center, LLC
Roxborough Associates LLC

RP Sansom, LP
RPI Courtyard LTD
RPI Overland, LTD
RPI Ridgmar Town Square, Ltd
RPT Realty LP
RPT Spring Meadows LLC
RR Huntsville, LLC,
SR Huntsville, LLC
RREF IV D Mlvn PA LLC
RSH, LLC
RTC Wade Green LLC
Ruby Property Corporation
Rushmore Crossing Associates, LLC
Russ Avenue Plaza LLC
Russell Bruzzone
Russell E. Fluter
Rvs Realty, LLC
Ryba Real Estate, Inc
Rynalco, Inc.
S & M Investors, LLC
S.R. 170 Properties, LLC
Safeway Inc.
Safeway Inc. Attn: Real Estate Law
Safeway, Inc.
SAJ Associates, LLC
Salisbury Holdings, L.P.
Salisbury Promenade, LLC
Salomon Wainberg nd Olga Wainberg Family Trust
Santan MP, LP
Santay Realty Of Hagerstown
Sapala Memphis LLC
Sassan Emral Shaool
Satilla Square Mall LLC
Saul Holdings Limited Partnership
Savarina Corporation
Savoy Texas LLC
Saybrook Plaza Shopping Center LLC
SB Retail Group Carlsbad LLC
Schwartz Torrance Company LLC
Scot Luther
Scottsdale Fiesta Retail Center, LLC
SD-Sahuarita Properties, LLC
Seaview Acquisition, LLC
Seekonk Shopping Center Equities II, LLC
Select Strategies - HH, LLC
Select Strategies-Brokerage, LLC
Selective API One LLC
Select-Kings Highway LLC - Attn: Lease Admin
Select-Wesmark Plaza LLC - Attn: Garrison Central
Select-West Market Plaza LLC - Attn: Tracy Combs
Sembler Family Land Trust
Seminole Properties LLC
Seth Markowitz, P.C.

Seven Players Club Drive, LLC
Sevierville Forks Partners, LLC
Seville Plaza, LLC
SFH, LLC
Shabani & Shabani, LLP
Shami Enterprises LLC
Shaw-Marty Associates
Sheila L. Ortloff, Trustee of the Shelbyville Partners, LLC
Sherwood Oaks Shopping Center LP
Shoppes Greenwood, LLC
Shops At Coopers Grove, LLC
Shops At Newberry DE LLC
Shores - White, LLC
Show Low Yale Casitas, LLC
Shreve City LLC
Shurmer Strongsville, LLC
Siegen Village Shopping Center, LLC
Silver Bridge LP
Silver Hamilton, LLC
Site Centers Corp.
SJS Town Center, LLC
SKSO PROPERTIES, INC.
Sky Crossroads LLC
Sky New York Holdings LLC
SL & MLX, LLC
SL Lapwing LLC
Soar Management Inc
Somers Point Builders, Inc.
South Central Industrial Properties XIV, L.P.
South Hill Village, LLC
South Landings Tei Inv. Llc - Attn: M. Schladensky
South Loop Shopping Center, Ltd
South Oaks Station LLC
South Plaza Associates, LLC
South Square Shopping Center, LLC
South Star Investments LLC
Southeast Partners
Southern Hills Center Ltd
Southgate Plaza, LLC
Southgate Shopping Center
Southgate Shopping Center LLP
Southpoint Plaza Shopping Center
Southridge Associates, LLC
Southwest Property Management, Inc.
Southwestern Investments, LLC
Southwood Plaza, LLC
Spanish Crossroads Dunhill LLC
SPI Largo Village, LLC
Spindale Retail I LLC
Spirit Master Funding IV, LLC
Spirit Realty LP
SPL Leland Avenue LLC

Spring Creek Center II LLC
Spring Park Property Owner, LLC
Springhill Two LLC
SSI Northside LLC
ST Marys Square Business Complex LLC
ST Vincent DePaul Stores INC
ST. Charles Plaza LLC
ST. Joseph Northgate LLC
ST. Matthews Pavilion, LLC
Sterling Park Shopping Center, LP
Stockman Lands Inc
Stone Mountain Square Shopping Center LLC
STS Equity Partners LLC
Suburban Realty Joint Venture
Summer Center Commons, LLC
Summit Northwest Village, LLC
Summit Properties Partnership
Sun Lakes Plaza Associates
Sun Plaza Shops, LLC
Sun Point SDC, LLC
Sunnyhills Associates
Super Gas & Food Mart, Inc.
Supervalu Inc
Susan P. French Revocable Trust
Suso 5 Creekwood LP
SVAP Pompano Citi Centre, L.P.
SVS Hospitality Inc
SVSC Holdings LP
SV-State Line, LLC
SW Warsaw LLC
SWG-Terre Haute, LLC
Tahoma Vista Venture LLC
Tal Mor
Talenfeld Properties, LP
Tanque Verde Center LLC
Tatum Venture, LLC, dba Tatum Venture Arizona LLC
Taylor Callahan
TBF Group Fondulac LLC
TBF Group Penn Hills LLC
TBF Group Sutters Creek, LLC
TBP Buckingham LLC
TC Norman Investments
Tejas Corporation
Ten East Partners, LP
Tenth Street Building Corporation
Terrana Law P.C.
Teton Venture, LLC
The Deerfield Company, Inc.
The Grewe Limited Partnership
The Grove Shops LLC
The HLE Group LLC
The Kroger Company

The Leathery Company
The North Los Altos Shopping Center
The Point Investment, L.L.C.
The Shops At England Run, Inc.
The Shops At England Run, LLC
The Southern Benedictine Society
The Stop & Shop Supermarket Co., LLC
The View at Marlton LLC
THF Greengate East Development, LP
THF Paducah Development , LP
Thompson Hills Investment Corp
Thomson Plaza Shopping Center, LLC
Tifton Retail I LLC
Times Square Realty LLC
TJ Elite Properties LLC
TKG Norwichtown Commons LLC
TKG Sheridan Crossing Development, LLC
TMC LLC
TMS McCarthy LP
TN Equities LLC
Todd Shopping Center, LLC
Tomball Plaza, LLC
Top Home LLC
Tower Plaza, INC
Tower Ventures CRE LLC
Town 'N' Country Plaza, LP
Town Square L.P.
Town West Realty, Inc.
Towne Center Investments LLC
TPI Cassinelli Manager LLC
Trailridge Center, L.P.
Tranel, INC.
Tred Avon, LLC
Trent J Taylor, Esq
Tri & Tammy Doan
Tri Marsh Realty LLC
Triangle Square, LLC
Trifecta Capital LLC
Trifur Partners, LP
Trigroup Properties LLC
Triledo Sanford LLC
Triple Bar Columbia Marketplace, LLC
Triple Kap Realty Corp
Tropicana Palm Plaza, LLC
Trotters Enterprises LLC
TRU 2005 RE I, LLC
Trussville Promenade I Owner, LLC
TSCA-255, LLC
Turfway Plaza Associates LLC
Twenty First Properties Inc
Twin Rivers Equity Partners LLC
Two Center Corp
Tyler Center LLC

U & Me Hershey LLC
UE Hudson Mall Holding LLC
UE Revere LLC
Unison Mooresville, LLC
Universal Guaranty Life Ins Co Inc
University Park Associates LP
Up In The Air LLC
Upper Fork LLC
Upper Glen Street Associates, LLC
Urban Edge Properties
US Properties Group
USPG Portfolio Eight LLC
USPG Portfolio Two, LLC
V 3 OZ West Colonial LLC
V&S Seven Oaks LLC
Valcour Development
Valencia Hills Partners, LP
Value Investment Group Inc
Van Wert RE, LLC
Vande Lay Capital Partners, LLC
Vanyarmouth, LLC
VEI Dundalk LLC
Venture Partners LLC
Vernco Belknap, LLC
Vestal Property, LLC
VH Cleona, LLP
Vila Clark Associates
Village Center, LLC
Village Green Realty L.P.
Village Investment Properties, LLC
Village Marketplace Equity Partners, LLC
Village Shoppers Associates
VSC Associates, LLC
VSC Corporation
Wadsworth Associates
Wallace Properties-Kennewick Plaza LLC
Wal-Mart East, LP
Walnut Avenue Partners, L.L.C.
Walnut Creek Plaza, LLC
Warren Davis Properties XV LLC
Warren Davis Properties XVIII, LLC
Warren L12 LLC
Warren Terra INC
Warwick Denbigh Co
Washington Gardens I & II LP
Washington Gardens I LP
Washington Place Indiana LLC
Waterbridge Orange Blossom, LLC
Waterford Village LLC
Waterstone Southeast Spartan Portfolio, LLC
Watson Central GA LLC
Watt Town Center Retail Partners, LLC

Waynesboro Holdings L.P., GBR West Main LLC
and
Waynesburg Associates General Ptnrshp
WC Properties
Wedgewood SC Investors LLC
Wegmans Food Markets, Inc.
Weingarten Nostat LLC
Wenatchee Productions Corporation
Weslaco Palm Plaza LLC
West Boca Center LLC
West Point Partners
West River Shopping Center LLC
West Sahara Equities LLC
West Valley Properties, Inc
Westerman Ball Ederer Miller
Westerman Ball Ederer Miller & Sharfstein, LLP
Western Properties Company
Westerville Square Inc
Westerville Square, Inc.
Westgate Plaza Associates
Westgate Shopping Center, LTD.
Westview Center Associates, L.C.
White Oaks Plaza LLC
WHLR - Rivergate, LLC
WHLR-Franklin Village LLC
WHLR-JANAF, LLC
WILF Law Firm, LLP
William R. Roth Lancaster, LLC
Wilshire Plaza Investors, LLC
Winbrook Management, LLC As Managing Agent
Windsor 15 LLC
Windsor Shopping Center LLP
Windward Partners II Ltd
Winklers Mill, LLC
Winston Salem Haines LLC
Wise County Plaza WVA, LLC
WMSC LLC / Routh Group
WMT Franklin, L.L.C.
Wolf River Run Associates, LLC
Wood Center Properties LLC
Wood Lawrenceburg Center, LLC
Woodberry Plaza, LLC
Woodbridge Crossing Urban Renewal LLC
Woodcock Properties
Woodland Village, LLC
WRD Hanover LP
WRI Freedom Centre, L.P.
WRI Seminole Marketplace, LLC
WRI Trautmann, L.P.
WRP Gateway, LLC
WRP Washington Plaza LLC
Y&C Long Beach
Y&O 240 LLC

Y&O Faulkner LLC
Y&O Town & Country LLC
Yada LLC
Yee Hop Realty, Limited
Yellow Tail Georgia LLC
YLCA Yuba Property LLC
Yolanda Zanchi
Younis Enterprises LLC
Yukon Route 66 II LLC
Yuma Mesa, LLC
Zane C. Hall Family LP
Zanesville OH Retail LLC
Zeisler Morgan Properties Ltd
ZP No 183 LLC
Zuni Albuquerque 2005

**Secured Lenders**
PNC Bank, National Association
Huntington National Bank
Truist Bank
U.S. Bank National Association
Wells Fargo Bank, National Association
Bank of America, N.A.
Fifth Third Bank, National Association
MUFG Bank, Ltd.
1903 Partners, LLC
WhiteHawk Finance LLC
ReStore Capital (BIG), LLC
Tiger Finance, LLC
Banc of America Leasing & Capital, LLC
1903P Loan Agent, LLC

**Taxing Authorities**
Abilene-Taylor County Public - Abilene, TX
Account Recovery Services - Oxnard, CA
Ada County Treasurer - Boise, ID
Adams County Health Dept - Quincy, IL
Adams County Health Dept - Commerce City, Co
Adams County Tax Collector - Natchez, Ms
Agricultural Commissioners Ofc - Santa Rosa, CA
Aiken County SC - Aiken, SC
Ala Tax Business License - Birmingham, AL
Alabama Department of Revenue - Montgomery, AL
Alabama Dept of Agriculture - Montgomery, AL
Alabama State Treasurer Unclaimed - Montgomery, AL
Alachua County Environmental - Gainesville, FL
Alachua County Tax Collector - Jacksonville, FL
Alamance County Tax Collector - Graham, NC
Alameda County Clerk Recorder - Oakland, CA
Alameda County Dept of - Alameda, CA
Alameda County Tax Collector - Hayward, CA
Alaska Dept of Revenue - Juneau, AK

Albany Dougherty Tax Dept - Albany, GA
Albemarle County Tax Collector - Merrifield, VA
Alberta Recycling Mgmt Authority - Edmonton, AB
Alief Independent School Dist - Alief, TX
Allegany County Tax - Cumberland, MD
Alleghany County Va Commissioner - Covington, VA
Allen County Health Department - Lima, OH
Allen County Treasurer - Fort Wayne, IN
Allied Data Solutions Ads - Columbus, OH
Altoona Area School Dist Tax - Altoona, PA
American Appraisal Associates - Milwaukee, WI
American Fork City - American Fork, UT
Anderson County Clerk - Clinton, TN
Anderson County Treasurer - Anderson, SC
Anne Arundel County - Annapolis, MD
Arapahoe County Tax Collector - Littleton, CO
Arizona Business Gazette - Phoenix, AZ
Arizona Corporation Commission - Phoenix, AZ
Arizona Department of Economic - Phoenix, AZ
Arizona Department of Revenue - Phoenix, AZ
Arkansas Dept of Finance & Adm - Little Rock, AR
Arkansas Dept of Health - Little Rock, AR
Arkansas Insurance Department - Little Rock, AR
Arkansas Secretary Of State - Little Rock, AR
Arkansas State Plant Bd - Little Rock, AR
Armstrong Reshawn - Tallahassee, FL
Ascension Parish Tax Collector - Gonzales, LA
Ashe County Tax Collector - Hermitage, PA
Assessment & Taxation - Portland, OR
Assessor Collector - Columbus, Ms
Assessor Collector Of Taxes - Beaumont, TX
Astabula County Health Dept - Jefferson, OH
Aston Township - Aston, PA
Aston Township - Pittsburgh, PA
Athens City Tax Collector - Athens, TN
Athens City-County Health Dept - Athens, OH
Athens Clark County Dept of - Athens, GA
Atlantic County Division - Northfield, NJ
Auditor Of State - Little Rock, AR
Auglaize County Auditor - Wapakoneta, OH
Auglaize County Health Dept - Wapakoneta, OH
Augusta License & Inspection - Augusta, GA
Augusta Municipal Tax Collector - Augusta, ME
Austell City Tax Collector - Austell, GA
Austin/Travis County Health & - Austin, TX
Autauga County Health Dept - Prattville, AL
Autauga County Tax Collector - Prattville, AL
B.H.G.S DCA - West Sacramento, CA
Baldwin Co Sales & Use Tax Dep - Bay Minette, AL
Baldwin County - Robertsdale, AL
Baldwin County Judge Of Probate - Bay Minette, AL
Baldwin County Revenue Comm - Bay Minette, AL

30

Baldwin County Tax Commission - Atlanta, GA
Baltimore County Maryland - Baltimore, MD
Baltimore County Tax Collector - Baltimore, MD
Banks County Commissioners - Homer, GA
Bannock County Treasurer - Pocatello, ID
Barberton City Htl Dept - Barberton, OH
Barren County Health Dept - Glasgow, KY
Barren County Tax Collector - Glasgow, KY
Barren River District Health - Bowling Green, KY
Bartholomew County Health Dept - Columbus, IN
Bartholomew County Treasurer - Columbus,  IN
Bartow County Tax Commissioner - Cartersville, GA
Battlecreek City Treasurer - Battle Creek, MI
Baxter County Collector - Mountain Home, AR
Bay County Tax Collector - Panama City,  FL
Beaufort County - Beaufort, SC
Beaufort County Emergency - Beaufort, SC
Beaufort County Treasurer - Atlanta,  GA
Beckley-Raleigh County Board Of - Beckley, WV
Beer & Wine Services Inc - Calistoga, CA
Bell County Environmental - Pineville, KY
Bell County Public Health - Temple, OH
Bell County Sheriff - Pineville, KY
Bellevue City Tax Collector - Bellevue,  KY
Belmont County Health Dept - Saint Clairsville, OH
Belmont County Treasurer - Saint Clairsville, OH
Benton County - Bentonville, AR
Benton County Tax Collector - Kennewick,  WA
Benton Franklin Distric Health - Kennewick, WA
Benton Twp Treasurer (Berrien) - Benton Harbor, MI
Berkeley County Health Dept - Martinsburg, WV
Berkheimer Associates - Exton, PA
Berkheimer Hab Misc - Lehigh Valley, PA
Berks E I T Bureau - Wyomissing, PA
Bernalillo County Tax Collector - Albuquerque,  NM
Bexar County Clerk - San Antonio, TX
Bexar County Tax Assessor-Collector -San Antonio, TX
Bill English Probate Judge - Opelika, AL
Billerica Health Department - Billerica, MA
Bismark Burleigh Public Health - Bismark, ND
Black Hawk County Health - Waterloo, IA
Blount County Clerk - Maryville, TN
Blount County Trustee - Maryville,  TN
Board Of County Commissioners - Miami, FL
Board Of Equalization - Sacramento, Ca
Bonneville County Treasurer - Idaho Falls, ID
Booher & Associates - Lewistown, PA
Boone County Collector Of Revenue - Columbia, MO
Boone County Tax Collector - Harrison,  AR

Boone County Treasurer - Indianapolis, IN
Borough ofChambersburg - Chambersburg, PA
Borough ofClifton Heights - Clifton Heights, PA
Borough ofDunmore - Dunmore, PA
Borough ofParamus - Paramus, NJ
Borough ofWest Hazleton - Hazleton, PA
Bossier Parish Tax Collector - Benton,  LA
Boulder County Public Health - Boulder, CO
Bowie City Tax Collector (Prince Georges)- Bowie, MD
Boyle County Sheriff - Danville, KY
Bradley County Trustees Office - Cleveland, TN
Brazoria County Clerk - Angleton, TX
Brazoria County Tax Assessor-Collector - Lake Jackson, TX
Brazos County Clerk - Bryan, TX
Brazos County Tax Office - Bryan, TX
Bremerton-Kitsap County - Bremerton, WA
Brevard County Tax Collector - Titusville,  FL
Brinsfield Sol Jr - Montgomery, AL
Bristol City Tax Collector - Bristol,  TN
Broward County Tax Collector - Fort Lauderdale, FL
Brown Co Appraisal District - Brownwood, TX
Brown County Health Dept - Green Bay, WI
Brown County Treasurer - Green Bay, WI
Brunswick County Tax Collector - Charlotte,  NC
Brusmak Clement & Harrison Pc - Dallas, TX
Bryan County Tax Collector - Durant,  OK
Buchanan County Collector Of - Saint Joseph, MO
Bucyrus City Health Department - Bucyrus, OH
Budget Heating & Air Condition - Tampa, FL
Buffalo Trace Dist Health Dept - Maysville, KY
Bullitt County Health Dept - Shepherdsville, KY
Bulloch County Tax Commissioner - Statesboro,  GA
Buncombe County Tax Collector - Asheville, NC
Bureau of Alcohol Tobacco And - Pittsburgh, PA
Bureau of Home Furnishings - Sacramento, CA
Bureau of Plant Industry - Lincoln, NE
Bureau of Revenue And Taxation - Gretna, LA
Bureau of Revenue Collections - Baltimore, MD
Burke County Tax Collector - Charlotte,  NC
Burlington City Tax Collector - Burlington,  NC
Butler County Collector - Poplar Bluff, MO
Butte County Clerk - Oroville, CA
Butte County Tax Collector - Oroville, CA
Cabarrus County Tax Collector - Charlotte,  NC
Cabell County Sheriff - Huntington, WV
Cabell-Huntington Health Dept - Huntington, WV
Cache County Assessor - Logan, UT
Caddo Parish Sheriff's Office - Shreveport, LA
Calcasieu Parish Tax Collector - Lake Charles,  LA
Caldwell County Register Of Deeds - Lenoir, NC
Caldwell County Tax Collector - Lenoir,  NC

Caledonia Township Treasurer - Corunna, MI
Calhoun County License - Anniston, AL
California Dept of Public Health - Sacramento, CA
California Secretary Of State - Sacramento, CA
California Travel And Tourism - Sacramento, CA
Calloway County Health Dept - Murray, KY
Calloway County Tax Collector - Murray,  KY
Calrecycle - Sacramento, CA
Calvert County Health Dept - Prince Frederick, MD
Calvert County Tax Collector - Prince Frederick, MD
Camden County Treasurer - Blackwood, NJ
Campbell County Fiscal Court - Cincinnati, OH
Campbell County Tax Collector - Newport, KY
Campbell County Tax Collector - Jacksboro,  TN
Campbellsville Ind School - Campbellsville, KY
Canadian County Treasurer - El Reno, OK
Canadian/Ref/Tax - Brantford, ON
Canyon County Tax Collector - Caldwell, ID
Cape Giradeau County Collector - Jackson, MO
Cape Girardeau County Public - Cape Girardeau, MO
Cape May Co Dept of Health - Cape May Court House, NJ
Caro Community Schools - Caro, MI
Carroll County Health Dept Bur - Westminster, MD
Carroll County Tax Collector - Westminster,  MD
Carrollton-Farmers Branch ISD Tax Office - Dallas, TX
Carson City Treasurer - Carson City, NV
Carter County Treasurer - Ardmore, OK
Carter County Trustee - Elizabethton,  TN
Carteret County Tax Collector - Beaufort, NC
Cascade County Treasurer - Great Falls,  MT
Cashier Fld California Dept of - Sacramento, CA
Casper County Health Dept - Casper, WY
Cass County Collector - Harrisonville, MO
Cass County Health Dept - Logansport, IN
Catawba County Tax Collector - Charlotte,  NC
Cathedral City - Cathedral City, CA
Catoosa County Tax Commissioner - Ringgold,  GA
CCA-Municipal Income Tax - Cleveland, OH
CCDB-Fire Prevention Bureau - Las Vegas, NV
CDFA - Sacramento, CA
Cecil County Health Department - Elkton, MD
Cecil County Treasurers Office - Elkton, MD
Cedar City - Cedar City, UT
CEI Florida Inc - Debary, FL
Cellville City Clerk - Belleville, IL
Central Connecticut Health Dis - Rocky Hill, CT
Central District Health Dept - Boise, ID
Central Tax Bureau
Central Tax Bureau Of PA - Burgettstown, PA
Central Tax Bureau Of PA - Mckees Rocks, PA

Central Tax Bureau Of PA Inc - Youngwood, PA
Champaign Health District - Urbana, OH
Charles County Health Dept - White Plains, MD
Charles County Tax Collector - La Plata,  MD
Charleston Co Treasurer - Charlotte, NC
Charlotte County Board Of - Port Charlotte, FL
Charter Township Of Clinton - Clinton Township, MI
Charter Township Of Meridian (Ingham) - Okemos, MI
Charter Township Of Union - Mt Pleasant, MI
Charter Twp Of Shelby - Detroit, MI
Chattanooga City Treasurer - Chattanooga, TN
Chaves County Treasurer - Roswell, NM
Chelan County Treasurer - Wenatchee, WA
Cherokee County Tax Collector - Murphy,  NC
Cherokee County Tax Comm - Canton, GA
Cherokee County Treasurer - Atlanta,  GA
Chesapeake City Tax Collector - Chesapeake,  VA
Chester County Treasurer - Chester,  SC
Chesterfield County - Chesterfield, VA
Chesterfield County Tax Collector - Chesterfield, VA
Chesterfield County Treasurer - Charlotte, NC
Chesterfield Township - Chesterfield, MI
Chicago Dept of Revenue - Chicago, IL
Chico Enterprise Record - Chico, CA
Christian County Tax Collector - Hopkinsville, KY
Cincinnati Income Tax Bureau - Cincinnati, OH
Circuit Court Clerk - Culpepper, VA
Circuit Court For Charles Cnty - La Plata, MD
City Of Gaylord - Gaylord, MI
City And County of Denver - Dallas, TX
City And County of San Francisco - San Francisco, CA
City Auditor - West Fargo, ND
City Collector - Kansas City, MO
City County Tax Commissioner - Macon, GA
City Hall - Waynesboro, GA
City Income Tax Bureau - Allegheny College, PA
City of  Canada Flintridge - La Canada Flintridge, CA
City of Abilene - Abilene, TX
City of Adamsville - Adamsville, AL
City of Aiken - Aiken, SC
City of Alamogordo - Alamogordo, NM
City of Alcoa - Alcoa, TN
City of Alexandria - Alexandria, LA
City of Allen - Allen, TX
City of Allentown - Allentown, PA
City of Alpharetta - Alpharetta, GA
City of Alpharetta - Atlanta, GA
City of Amarillo Health Dept. - Amarillo, TX
City of Anaheim - Anaheim, CA

City of Andalusia - Andalusia, AL
City of Anderson - Anderson, CA
City of Anniston - Anniston, AL
City of Antioch - Antioch, CA
City of Appleton - Appleton, WI
City of Arcadia - Arcadia, CA
City of Arlington Health Dept - Arlington, TX
City of Arnold - Arnold, MO
City of Ashland - Ashland,  KY
City of Atascadero - Atascadero, CA
City of Athens - Athens, AL
City of Athens Sales Tax Div - Hartselle, AL
City of Attleboro - Attleboro, MA
City of Attleboro - Attleboro, CT
City of Attleboro - Woburn, MA
City of Atwater - Fresno, CA
City of Auburn - Auburn, AL
City of Auburn - Auburn, ME
City of Auburndale - Auburndale, FL
City of Austell - Austell, GA
City of Avon Park - Avon Park, FL
City of Azusa - Azusa, CA
City of Baker - Baker, LA
City of Ballwin - Ballwin, MO
City of Banning - Banning, CA
City of Barstow - Barstow, CA
City of Baton Rouge - Baton Rouge, LA
City of Baytown - Baytown, TX
City of Beaufort - Beaufort, SC
City of Beaumont - Beaumont, CA
City of Beaverton - Beaverton, OR
City of Beckley - Beckley, WV
City of Bellflower - Bellflower, CA
City of Bessemer - Bessemer, AL
City of Bethlehem - Bethlehem, PA
City of Biddeford - Brattleboro, VT
City of Birmingham - Birmingham, AL
City of Bloomington - Bloomington, IL
City of Boaz - Boaz, AL
City of Bonita Springs - Bonita Springs, FL
City of Bossier - Bossier City, LA
City of Boulder - Boulder, CO
City of Boynton Beach - Boynton Beach, FL
City of Brandenburg - Brandenburg, KY
City of Branson - Branson, MO
City of Bristol - Bristol, TN
City of Brook Park - Brook Park, OH
City of Brooklyn Center - Minneapolis, MN
City of Brownsville - Brownsville, TX
City of Brownwood - Brownwood, TX
City of Brunswick - Brunswick, GA
City of Buena Park - Buena Park, CA
City of Buffalo - Buffalo, NY

City of Buford - Buford, GA
City of Bullhead City - Bullhead City, AZ
City of Burien - Burien, WA
City of Burleson - Burleson, TX
City of Burton - Burton, MI
City of Byron - Byron, GA
City of Calexico - Calexico, CA
City of Calhoun - Calhoun, GA
City of Callaway - Callaway, FL
City of Calumet City - Calumet City, IL
City of Camarillo - Camarillo, CA
City of Camden - Camden, SC
City of Campbell - Campbell, CA
City of Campbellsville - Campbellsville, KY
City of Cape Girardeau - Cape Girardeau, MO
City of Carrollton - Carrollton, TX
City of Casselberry - Casselberry, FL
City of Ceres - Ceres, CA
City of Chandler - Chandler, AZ
City of Charleston - Charleston, WV
City of Charleston - Charleston, SC
City of Charleston - Charleston, WV
City of Charlotte - Charlotte, NC
City of Charlottesville Treas - Charlottesville, VA
City of Chattanooga - Chattanooga, TN
City of Chesterfield - Chesterfield, MO
City of Chico - Los Angeles, CA
City of Chino - Chino, CA
City of Chino Hills - Chino Hills, CA
City of Citrus Heights - Citrus Heights, CA
City of Clarksville - Saint Louis, MO
City of Clearwater - Clearwater, FL
City of Cleburne - Cleburne, TX
City of Clewiston - Clewiston, FL
City of Clinton - Clinton, TN
City of Clinton - Clinton, MS
City of Clovis - Clovis, NM
City of Coal Run Village - Pikeville, KY
City of Coldwater Tax - Coldwater, MI
City of Columbia - Columbia, SC
City of Columbus - Columbus, OH
City of Concord - Concord, CA
City of Concord - Concord, NC
City of Concord Tax Collector - Charlotte, NC
City of Conyers - Conyers, GA
City of Coral Springs - Coral Springs, FL
City of Corinth Tax Dept - Corinth, MS
City of Cornelia - Cornelia, GA
City of Corona - Corona, CA
City of Corsicana - Corsicana, TX
City of Corsicana Tax Office - Corsicana, TX
City of Covington - Covington, KY
City of Covington - Covington, GA

City of Covington - Covington, LA
City of Crest Hill - Crest Hill, IL
City of Crestview - Crestview, FL
City of Crystal Lake - Crystal Lake, IL
City of Crystal River - Crystal River, FL
City of Cudahy - Cudahy, CA
City of Cudahy - Cudahy, WI
City of Culver City - Fresno, CA
City of Cumberland - Cumberland, MD
City of Cumming - Cumming, GA
City of Cuyahoga Falls - Cuyahoga Falls, OH
City of Cynthiana - Cynthiana, KY
City of Dade City - Dade City, FL
City of Dallas - Dallas, TX
City of Dallas - Dallas, GA
City of Dalton - Dalton, GA
City of Danville - Danville,  VA
City of Davenport - Davenport, IA
City of De Pere - De Pere, WI
City of Decatur - Decatur, AL
City of Decatur - Birmingham, AL
City of Delray Beach - Delray Beach, FL
City of Denham Springs - Denham Springs, LA
City of Denton - Dallas, TX
City of Denver - Dallas, TX
City of Des Plaines - Des Plaines, IL
City of Destin - Destin, FL
City of D'iberville - Diberville, MS
City of Dothan - Dothan, AL
City of Douglas - Douglas, GA
City of Dover Dept of Inspect - Dover, DE
City of Dublin - Dublin, CA
City of Dublin Occupational Tax - Dublin, GA
City of Duluth - Duluth, GA
City of Dunn - Dun, NC
City of Durham - Durham, NC
City of Easley - Easley, SC
City of Eden - Eden, NC
City of Edmond - Edmond, OK
City of El Centro - El Centro, CA
City of El Dorado - El Dorado, AR
City of El Paso - El Paso, TX
City of Elizabeth City - Elizabeth City, NC
City of Elizabethton - Elizabethton, TN
City of Elizabethtown - Elizabethtown, KY
City of Elk Grove - Elk Grove, CA
City of Erie - Bureau Of Revenue - Baldwin, PA
City of Erie Bureau Of Revenue - Erie, PA
City of Escondido - Escondido, CA
City of Euless - Euless, TX
City of Everett - Everett, WA
City of Fairfield - Fairfield, OH
City of Fairview Heights - Fairview Heights, IL

City of Fargo North Dakota - Fargo, ND
City of Ferguson - Saint Louis, MO
City of Fitchburg - Fitchburg, MA
City of Fitchburg - Medford, MA
City of Fitchburg Board Of Health, - Fitchburg, MA
City of Flagstaff - Flagstaff, AZ
City of Flagstaff Sales Tax - Flagstaff, AZ
City of Flint - Flint, MI
City of Florence - Florence, KY
City of Folsom - Folsom, CA
City of Folsom - Fresno, CA
City of Fontana - Fontana, CA
City of Fort Collins-MFI - Fort Collins, CO
City of Fort Meyers - Fort Myers, FL
City of Fort Pierce - Fort Pierce, FL
City of Fort Smith - Fort Smith, AR
City of Fort Worth - Fort Worth, TX
City of Frankfurt - Frankfort, KY
City of Franklin - Nashville, TN
City of Franklin - Franklin, TN
City of Franklin Tax - Franklin, TN
City of Franklin VA Commissioner - Franklin, VA
City of Frederick - Frederick, MD
City of Fredericksburg Treasur - Baltimore, MD
City of Fremont - Fremont, CA
City of Fresno - Fresno, CA
City of Fullerton - Fullerton, CA
City of Gadsden - Gadsden, AL
City of Gainesville - Gainesville, TX
City of Galax - Galax, VA
City of Gallup - Gallup, NM
City of Garden City - Garden City, ID
City of Gardena - Gardena, CA
City of Gardner - Gardner, MA
City of Gardner Bd Of Health - Gardner, MA
City of Garland - Garland,  TX
City of Garland Health Dept - Garland, TX
City of Gastonia - Gastonia, NC
City of Georgetown - Georgetown, KY
City of Georgetown - Georgetown, SC
City of Gilroy - Gilroy, CA
City of Glasgow - Glasgow, KY
City of Glendale - Glendale, AZ
City of Gonzales - Gonzales, LA
City of Goose Creek - Goose Creek, SC
City of Grand Junction - Grand Junction, CO
City of Grandville - Grandville, MI
City of Grants Pass - Grants Pass, OR
City of Greeley - Greeley, CO
City of Greenbelt - Greenbelt, MD
City of Greenville - Greenville, TX
City of Greenville - Greenville, NC
City of Greenwood City Tax - Greenwood, MS

City of Greer - Greer, SC
City of Gulfport - Gulfport, MS
City of Guntersville - Guntersville, AL
City of Hallandale Beach - Hallandale, FL
City of Hanford - Hanford, CA
City of Harlan - Harlan, KY
City of Harlingen - Harlingen, TX
City of Harrison Ohio Tax - Harrison, OH
City of Harrisonburg - Harrisonburg, VA
City of Hartsville - Hartsville, SC
City of Hattiesburg City Clerks Off - Hattiesburg, MS
City of Hawthorne - Fresno, CA
City of Hayward - Hayward, CA
City of Hazard - Hazard, KY
City of Hemet - Hemet, CA
City of Henderson - Henderson, NV
City of Hendersonville - Hendersonville, TN
City of Hendersonville - Charlotte, NC
City of Hialeah - Miami, FL
City of Hialeah - Orlando, FL
City of Highland - Highland, CA
City of Hilliard - Hilliard, OH
City of Hillsdale - Hillsdale, MI
City of Hobbs - Hobbs, NM
City of Hollywood - Hollywood, FL
City of Homestead - Homestead, FL
City of Hoover - Birmingham, AL
City of Hopkinsville - Hopkinsville, KY
City of Houston - Houston, TX
City of Houston Health & Human - Houston, TX
City of Huber Heights - Dayton, OH
City of Huntington Beach - Huntington Beach, CA
City of Huntsville - Huntsville, AL
City of Independence Health Dept - Independence, MO
City of Indio - Indio, CA
City of Inglewood - Inglewood, CA
City of Inverness - Inverness, FL
City of Irving - Irving, TX
City of Jackson - Jackson, TN
City of Jacksonville - Jacksonville, NC
City of Janesville - Janesville, WI
City of Jefferson - Jefferson City, MO
City of Johnson City - Johnson City,  TN
City of Jonesboro City Coll - Jonesboro, AR
City of Joplin - Joplin, MO
City of Joplin Health Dept - Joplin, MO
City of Kankakee - Kankakee, IL
City of Kansas City - Kansas City, KS
City of Kansas City - Kansas City, MO
City of Kennewick - Kennewick, WA
City of Kentwood-Tax - Kentwood, MI
City of Kilgore - Kilgore, TX

City of Kingman - Kingman, AZ
City of La Crosse Treasurer - La Crosse, WI
City of La Mesa Business Licen - La Mesa, CA
City of La Verne - La Verne, CA
City of Lacey - Lacey, WA
City of Lafayette - Lafayette, LA
City of Lafollette  Tax - La Follette, TN
City of Lake Wales - Lake Wales, FL
City of Lake Worth - Lake Worth, TX
City of Lakeland - Lakeland, FL
City of Lakewood - Lakewood, WA
City of Lakewood - Denver, CO
City of Lakewood Finance Dept - Lakewood, CA
City of Lancaster - Fresno, CA
City of Lancaster - Lancaster, SC
City of Lapeer Treasurer - Lapeer, MI
City of Laredo - Laredo,  TX
City of Laredo Health Dept - Laredo, TX
City of Las Vegas - Los Angeles, CA
City of Lauderdale Lakes - Fort Lauderdale, FL
City of Lauderhill - Lauderhill, FL
City of Laurinburg - Laurinburg, NC
City of Lavista - La Vista, NE
City of Lawrenceburg - Lawrenceburg, TN
City of Lawrenceville/Tax - Lawrenceville, GA
City of Lawton - Lawton, OK
City of Layton - Layton, UT
City of Leadington - Leadington, MO
City of Lebanon - Lebanon, TN
City of Lebanon - Lebanon, OH
City of Lees Summit - Lee's Summit, MO
City of Leesburg - Leesburg, FL
City of Lewisville - Lewisville, TX
City of Lincoln Park - Lincoln Park, MI
City of Livonia - Livonia, MI
City of Lodi - Fresno, CA
City of Lomita - Lomita, CA
City of Long Beach - Long Beach, CA
City of Longmont - Longmont, CO
City of Longview - Longview, WA
City of Lorain Health Dept - Lorain, OH
City of Los Angeles - Pasadena, CA
City of Los Angeles - Los Angeles, CA
City of Los Angeles Ofc Of - Los Angeles, CA
City of Los Banos - Los Banos, CA
City of Louisville - Louisville, CO
City of Loveland Sales Tax Adm - Loveland, CO
City of Lubbock - Lubbock, TX
City of Lumberton - Lumberton, NC
City of Lynchburg - Lynchburg, VA
City of Lynn - Lynn, MA
City of Madera - Madera, CA
City of Madison Heights - Madison Heights, MI

City of Madison Inspect Unit - Madison, WI
City of Madison Treasurer - Madison, WI
City of Madisonville - Madisonville, KY
City of Mansfield - Mansfield, OH
City of Maplewood - Saint Louis, MO
City of Marion - Marion, NC
City of Marquette - Marquette, MI
City of Martin Business License - Martin, TN
City of McMinnville - McMinnville, TN
City of Mcallen - Mcallen,  TX
City of Mcallen Health Dept - Mcallen, TX
City of Mcallen Tax Office - Mcallen, TX
City of McKinney - McKinney, TX
City of McKinney Code Svc/Food - McKinney, TX
City of Memphis, Tennessee - Memphis, TN
City of Merced - Merced, CA
City of Mesa - Mesa, AZ
City of Mesquite - Mesquite,  TX
City of Mesquite-Health Dept - Mesquite, TX
City of Methuen - Methuen, MA
City of Miami - Miami, FL
City of Miami Gardens - Miami Gardens, FL
City of Middlesborough - Middlesboro, KY
City of Middletown - Middletown, CT
City of Middletown - Middletown, OH
City of Midland - Midland, TX
City of Milford - Milford, DE
City of Milford - Cincinnati, OH
City of Milford Health Dept - Milford, CT
City of Milledgeville - Milledgeville, GA
City of Milpitas - Milpitas, CA
City of Milton - Milton, FL
City of Milwaukee - Milwaukee, WI
City of Mobile - Birmingham, AL
City of Mobile - Mobile, AL
City of Modesto - Modesto, CA
City of Moline - Moline, IL
City of Monroe - Monroe, GA
City of Montebello - Fresno, CA
City of Montgomery - Montgomery, AL
City of Montgomery - Birmingham, AL
City of Monticello - Monticello, KY
City of Mount Pleasant - Mount Pleasant, TX
City of Mount Sterling - Mount Sterling, KY
City of Murray - Murray, KY
City of Murrieta - Murrieta, CA
City of Muscle Shoals - Muscle Shoals, AL
City of Muskegon - Muskegon, MI
City of Muskegon - Chicago, IL
City of Muskogee - Muskogee, OK
City of Myrtle Beach - Myrtle Beach, SC
City of Nacogdoches - Nacogdoches, TX
City of Nashua - Nashua, NH

City of Natchez - Natchez, MS
City of New Bern Tax Collector - Charlotte, NC
City of New Braunfels - New Bruanfels, TX
City of New Iberia - New Iberia, La
City of New Orleans - New Orleans, La
City of New Philadelphia - New Philadelphia, Oh
City of Newark - Newark, Ca
City of Newberry - Newberry, Sc
City of Newnan - Newnan, Ga
City of Newport - Newport, Tn
City of Newport - Newport, Ky
City of Newport News - Newport News, VA
City of Nicholasville - Nicholasville, KY
City of Niles - Niles, OH
City of Nogales - Nogales, AZ
City of Norman - Norman, OK
City of North Augusta - North Augusta, SC
City of North Bend - North Bend, OR
City of North Charleston - North Charleston, SC
City of North Little Rock - North Little Rock, AR
City of North Myrtle Beach - North Myrtle Beach,
SC
City of North Richland Hills - North Richland Hills,
TX
City of Northampton - Northampton, MA
City of Northampton - Woburn, MA
City of Northglenn - Nothglenn, CO
City of Northglenn - Denver, CO
City of Novato - Novato, CA
City of Novi - Detroit, MI
City of Oakbrook Terrace - Oakbrook Terrace, IL
City of Oakland - San Francisco, CA
City of Ocean Springs Mississi - Ocean Springs, MS
City of Ontario - Ontario, CA
City of Orangeburg - Orangeburg, SC
City of Ormond Beach - Ormond Beach, FL
City of Oroville - Oroville, CA
City of Owensboro - Owensboro, KY
City of Oxnard - Oxnard, CA
City of Paducah - Louisville, KY
City of Paintsville - Paintsville, KY
City of Palatka - Palatka, FL
City of Palm Bay - Palm Bay, FL
City of Palmdale - Palmdale, CA
City of Papagould - Paragould, AR
City of Paramount - Paramount, CA
City of Parma Div Of Tax - Cleveland, OH
City of Parma Heights - Parma Heights, OH
City of Pasadena - Pasadena, CA
City of Pasadena Health Dept - Pasadena, TX
City of Pearl - Pearl, MS
City of Pelham - Pelham, AL
City of Pembroke Pines - Pembroke Pines, FL

City of Peoria - Peoria, IL
City of Petoskey - Petoskey, MI
City of Philadelphia - Philadelphia, PA
City of Phoenix - Phoenix, AZ
City of Pickerington - Pickerington, OH
City of Pine Bluff - Pine Bluff, AR
City of Pinelles Park - Pinellas Park, FL
City of Pittsburg - Pittsburg, KS
City of Pittsfield - Pittsfield, MA
City of Placentia - Placentia, CA
City of Placerville - Placerville, CA
City of Plano - Plano, TX
City of Plant City - Plant City, FL
City of Plantation - Fort Lauderdale, FL
City of Pompano Beach - Pompano Beach, FL
City of Pontiac - Detroit, MI
City of Pontiac - Eaton Rapids, MI
City of Pontiac Business Licensing - Pontiac, MI
City of Poplar Bluff - Poplar Bluff, MO
City of Port Hueneme - Fresno, CA
City of Port Orange - Port Orange, FL
City of Port Orchard - Port Orchard, WA
City of Portage - Portage, MI
City of Portland - Portland, OR
City of Portland Treasury - Lewiston, ME
City of Poway - Poway, CA
City of Prattville - Prattville, AL
City of Prescott - Prescott, AZ
City of Prestonburg - Prestonsburg, KY
City of Pueblo - Pueblo, CO
City of Puyallup - Seahurst, WA
City of Rainbow City - Rainbow City, AL
City of Rancho Cucamonga - Rancho Cucamonga, CA
City of Redlands - Redlands, CA
City of Redlands - Fresno, CA
City of Redwood City - Redwood City, CA
City of Reno - Reno, NV
City of Revere - Revere, MA
City of Revere Board Of Health - Revere, MA
City of Rialto - Rialto, CA
City of Richmond Finance Dept - Richmond, KY
City of Riverdale - Riverdale, GA
City of Roanoke - Roanoke, VA
City of Roanoke Rapids - Roanoke Rapids, NC
City of Roanoke Treasurer - Roanoke, VA
City of Rock Hill - Rock Hill, SC
City of Rockingham Tax Dept - Rockingham, NC
City of Rocky Mount - Rocky Mount, NC
City of Rogers City Clerks Ofc - Rogers, AR
City of Roswell - Roswell, GA
City of Roswell - Roswell, NM
City of Roswell - Dallas, TX

City of Rowlett - Rowlett, TX
City of Sacramento - Sacramento, CA
City of Saginaw - Saginaw, MI
City of Saint Louis - Saint Louis, MO
City of Salem - Income Tax - Salem, OH
City of Salem Treasurer - Salem, VA
City of Salisbury - Salisbury, MD
City of San Angelo - San Angelo, TX
City of San Clemente - San Clemente, CA
City of San Diego - San Diego, CA
City of San Jose - San Jose, CA
City of San Jose - San Francisco, CA
City of San Juan Capistrano - San Juan Capistrano, CA
City of San Marcos - San Marcos, CA
City of San Pablo - San Pablo, CA
City of Sandy Springs Revenue - Sandy Springs, GA
City of Sanford - Sanford, NC
City of Santa Clara - Santa Clara, CA
City of Santa Fe Springs - Santa Fe Springs, CA
City of Saraland - Saraland, AL
City of Sarasota - Sarasota, FL
City of Savannah - Savannah, GA
City of Scottsdale - Scottsdale, AZ
City of Searcy - Searcy, AR
City of Sedalia - Sedalia, MO
City of Selma - Selma, AL
City of Seminole - Seminole, FL
City of Seneca - Seneca, SC
City of Sevierville Tax - Sevierville, TN
City of Shawnee - Shawnee, KS
City of Sheboygan - Sheboygan, WI
City of Shelbyville - Shelbyville, KY
City of Shelbyville - Shelbyville, TN
City of Shepherdsville Ky - Shepherdsville, KY
City of Show Low - Show Low, AZ
City of Shreveport - Shreveport, LA
City of Sierra Vista - Sierra Vista, AZ
City of Sikeston - Sikeston, MO
City of Sioux Falls - Sioux Falls, SD
City of Slidell - Slidell, LA
City of Smyrna - Smyrna,  GA
City of Snellville - Snellville,  GA
City of Somers Point - Somers Point, NJ
City of South Ogden - Bountiful, OH
City of South Pasadena - South Pasadena, CA
City of Southhaven - Southaven, MS
City of Sparks - Sparks, NV
City of Spokane - Spokane, WA
City of Springdale - Springdale, AR
City of Springfield - Springfield, MA
City of Springfield - Woburn, MA
City of Springfield - Springfield, TN

City of Springfield Dept of - Springfield, MO
City of St Cloud - St Cloud, FL
City of St Cloud - St Cloud, MN
City of St Joseph - St Joseph, MO
City of St Louis Park - St Louis Park, MN
City of St Matthews - Louisville, KY
City of St Peters - Saint Peters, MO
City of Starkville - Starkville, MS
City of Statesville - Statesville, NC
City of Staunton Virginia - Staunton, VA
City of Sterling Heights - Detroit, MI
City of Stockbridge - Stockbridge, GA
City of Stonecrest - Livonia, GA
City of Stuart - Stuart, FL
City of Sugar Hill - Sugar Hill, GA
City of Sugar Land - Sugar Lane, TX
City of Sunrise - Sunrise, FL
City of Surprise - Surprise, AZ
City of Sylacauga - Sylacauga, AL
City of Tallahassee - Tallahassee, FL
City of Tampa - Tampa, FL
City of Tarpon Springs - Tarpon Springs, FL
City of Temecula - Temecula, CA
City of Tempe - Tempe, AZ
City of Tempe Tax - Phoenix, AZ
City of Terrell - Terrell, TX
City of Texarkana Texas - Texarkana, TX
City of Thomasville Tax Dept - Thomasville, GA
City of Thomson - Thomson, GA
City of Thornton - Thornton, CO
City of Tiffin - Tiffin, OH
City of Tifton - Tifton, GA
City of Torrance - Torrance, CA
City of Trotwood - Trotwood, OH
City of Troy - Troy, AL
City of Tucson - Tucson, AZ
City of Tulare - Tulare, CA
City of Tulsa Dept of Finance - Tulsa, OK
City of Tupelo - Tupelo, MS
City of Turlock - Turlock, CA
City of Tustin - Tustin, CA
City of Union City - Union City, GA
City of Union City - Union City, TN
City of Upland - Fresno, CA
City of Vallejo - Vallejo, CA
City of Vancouver Washington - Vancouver, WA
City of Venice - Venice, FL
City of Ventura - Ventura, CA
City of Vicksburg - Vicksburg, MS
City of Victorville - Victorville, CA
City of Vienna - Vienna, WV
City of Virginia Beach Treas - Virginia Beach, VA
City of Visalia - Visalia, CA

City of Vista - Vista, CA
City of Warner Robins - Warner Robins, GA
City of Warwick - Warwick, RI
City of Warwick-Tax - Boston, MA
City of Waterbury - Waterbury, CT
City of Waxahachie - Waxahachie, TX
City of Waycross - Waycross, GA
City of Waynesboro - Park, VA
City of Weatherford - Weatherford, TX
City of Webster - Webster, TX
City of Webster Groves - Webster Groves, MO
City of Wenatchee - Wenatchee, WA
City of Weslaco - Weslaco, TX
City of West Allis - West Allis, WI
City of West Beuchel - Louisville, KY
City of West Jordan - West Jordan, UT
City of West Minster - Westminster, CA
City of West Monroe - West Monroe, LA
City of West Sacramento - West Sacramento, CA
City of Westfield - Westfield, MA
City of Westland - Detroit, MI
City of Westminster - Westminster, MD
City of Westminster - Denver, CO
City of Wheat Ridge - Wheat Ridge, CO
City of White Bear Lake - Saint Paul, MN
City of Whiteville - Whiteville, NC
City of Whittier Public Servic - Whittier, CA
City of Wichita - Wichita, KS
City of Wickliffe - Wickliffe, OH
City of Windcrest - San Antonio, TX
City of Woodstock - Woodstock, GA
City of Worcester - Worcester, MA
City of Xenia - Xenia, OH
City of Yuba City - Yuba City, CA
City of Yucaipa - Yucaipa, CA
City Recorder - Mc Minnville, TN
City Tax Collector - Cleveland, TN
City Tax Collector - Decherd, TN
City Treasurer - Hampton, VA
City Treasurer - Waynesboro, VA
City Treasurer - Manitowoc, WI
City Treasurer - Fredericksburg, VA
City Treasurer - Louisville, KY
City/County of Mobile - Birmingham, AL
Clackamas Co Tax Collector - Portland, OR
Clallam County Treasurer - Port Angeles, WA
Claremont City Health Dept - Claremont, NH
Clark County - Seattle, WA
Clark County Assessor - Las Vegas, NV
Clark County Clerk - Las Vegas, NV
Clark County Dept of Business - Las Vegas, NV
Clark County Health Dept - Vancouver, WA
Clarke County Tax Commissioner - Athens, GA

Clay County Collector - Liberty, MO
Clay County Tax Assessor-Collector - Green Cove Springs, FL
Clayton County - Atlanta, GA
Clear Creek ISD Tax Office - Dallas, TX
Clerk Of Circuit Court - Frederick, MD
Clerk Of Circuit Court - Elkton, MD
Clerk Of Circuit Court - Easton, MD
Clerk Of Circuit Court - Prince Frederick, MD
Clerk Of Circuit Court - Manassas, VA
Clerk Of Circuit Court - Towson, MD
Clerk Of Circuit Court - Salem, VA
Clerk Of Circuit Court For - Centreville, MD
Clerk Of Superior Court - Waynesboro, GA
Clerk Of The Court - Annapolis, MD
Clerk's Office - Harrisonburg, VA
Cleveland County Tax Collector - Shelby, NC
Cleveland County Treasurer - Norman, OK
CLIA Laboratory Program - Portland, OR
Clifton Health Department - Clifton, NJ
Clinton City Tax Collector - Clinton, TN
Cobb County Tax Collector - Marietta, Ga
Cochise County Health Department - Wilcox, AZ
Cochise County Treasurer - Bisbee, AZ
Cocke County Trustee - Newport, TN
Coconino County Dept of Health Svcs - Flagstaff, AZ
Coconino County Treasurer - Flagstaff, AZ
Coffee County Revenue Comm - Elba, AL
Coffee County Tax Commissioner - Douglas, GA
Coffee County Trustee - Manchester, TN
Colbert Co Judge Of Probate - Tuscumbia, AL
Colbert County - Muscle Shoals, AL
Colbert County Revenue Comm - Tuscumbia, AL
Cole County Tax Collector - Jefferson City, MO
Collector Of Revenue - Camdenton, MO
Collector Of Revenue - Saint Louis, MO
Collector Of Taxes Wallingford - Wallingford, CT
College Twnsp Municipal Office - State College, PA
Collier County Tax Collector - Naples, FL
Collin County Tax Assessor Col - Mckinney, TX
Colonial Heights Circuit Court - Colonial Heights, VA
Colony - The Colony, TX
Colorado Dept of Agriculture - Denver, CO
Colorado Dept of Agriculture - Broomfield, CO
Colorado Dept of Revenue - Denver, CO
Colorado Dept of Revenue - Lakewood, CO
Colorado State Treasurer - Denver, CO
Colquitt County Tax Commission - Moultrie, GA
Columbia City Tax Collector - Columbia, TN
Columbia County Clerk Of Courts - Evans, GA
Columbia County Tax Collector - Lake City, FL
Columbia County Tax Commissioner - Evans, GA

Columbia Township Jedz Tax Dept - Cincinnati, OH
Columbiana County Health Dept. - Lisbon, OH
Columbus Bar Association - Columbus, OH
Columbus City Treasurer - Columbus, OH
Columbus County Tax Admn. - Whiteville, NC
Columbus Law Library Assoc - Columbus, OH
Comal County Tax Assessor-Collector - San Antonio, TX
Comanche Co Treasurer - Lawton, OK
Comanche County Health Dept - Lawton, OK
Comdisco Inc - Des Plaines, IL
Commerce Township Treasurer - Detroit, MI
Commission of Revenue - Chesapeake, VA
Commissioner of Insurance - Baton Rouge, LA
Commissioner of Revenue - Williamsburg, VA
Commissioner of Revenue - Danville, VA
Commissioner of Revenue - Hartford, CT
Commissioner of The Revenue - Leesburg, VA
Commissioner of The Revenue - Charlottesville, VA
Commissioner of The Revenue - Colonial Heights, VA
Commonwealth Code Inspection - Chambersburg, PA
Commonwealth of Massachusetts - Boston, MA
Commonwealth of Massachusetts - Danvers, MA
Commonwealth of Pennsylvania - Harrisburg, PA
Commonwealth of Pennsylvania - Philadelphia, PA
Commonwealth of Virginia - Richmond, VA
Comptroller of Florida - Tallahassee, FL
Comptroller of The Treasury - Annapolis, MD
Conestoga Valley School - Lancaster, PA
Connecticut Dept of Revenue - Hartford, CT
Connecticut Secretary Of State - Hartford, CT
Contra Costa County - Concord, CA
Contra Costa County Tax Collec - San Francisco, CA
Contra Costa County Tax Collector - Los Angeles, CA
Contra Costa County Treasurer - Martinez, CA
Contra Costa Health Services - Martinez, CA
Controller Anne Arundel Co - Annapolis, MD
Cook County Dept of Public Health - Bridgeview, IL
Cook County Treasurer - Chicago, IL
Cooke Co. Appraisal District - Gainesville, TX
Cooke County Tax Dept - Gainesville, TX
Cookeville City Tax Collector - Cookeville, TN
Coos County Tax Office - Coquille, OR
Corbin City Tax Collector - Corbin, KY
Corporations Division - Baton Rouge, LA
Corpus Christi-Nueces County - Corpus Christi, TX
Corsicana ISD Tax Office - Corsicana, TX
Corsicana-Navarro County - Corsicana, TX
Coshocton Public Health District - Coshocton, OH
County Clerk - Sinton, TX
County Clerk - Riverside, CA

County Clerk Guadalupe County - Seguin, TX
County Clerk's Office - Las Vegas, NV
County of Albemarle - Charlottesville, VA
County of Bexar - San Antonio, TX
County of Butte Weights & Meas - Oroville, CA
County of Charleston - Charleston, SC
County of Delaware Weights & - Media, PA
County of Durham - Durham, NC
County of Fairfax - Fairfax, VA
County of Fairfax Office Of Finance - Fairfax, VA
County of Fresno - Fresno, CA
County of Hanover - Richmond, VA
County of Kern - Bakersfield, CA
County of Lexington - Lexington, SC
County of Lexington - Charlotte, NC
County of Los Angeles - South Gate, CA
County of Los Angeles - Norwalk, CA
County of Los Angeles - Los Angeles, CA
County of Los Angeles Tax Coll - Los Angeles, CA
County of Loudoun - Leesburg, VA
County of Madera - Madera, CA
County of Marin - Novato, CA
County of Marin - San Rafael, CA
County of Mendocino - Ukiah, CA
County of Merced - Merced, CA
County of Mobile - Mobile, AL
County of Monterey - Salinas, CA
County of Orange - Santa Ana, CA
County of Richmond - Charlotte, NC
County of Riverside - Riverside, CA
County of Rockbridge - Lexington, VA
County of Sacramento - Ranch Cordova, CA
County of Sacramento - Sacramento, CA
County of Sacramento Emd - Mather, CA
County of San Bernardino - San Bernardino, CA
County of San Diego - San Diego, CA
County of San Joaquin - Stockton, CA
County of San Luis Obispo - San Luis Obispo, CA
County of Santa Barbara - Santa Barbara, CA
County of Santa Clara - San Jose, CA
County of Seiver - Sevierville, TN
County of Tulare - Visalia, CA
County of Ventura - Ventura, CA
County of Ventura Departments - Carmarillo, CA
County of Volusia - Tampa, FL
County of Volusia - Jacksonville, FL
County of Volusia Financial - Daytona Beach, FL
County of York - Yorktown, VA
County of York - Baltimore, MD
County Treasurer - Olathe, KS
Coweta County Tax Collector - Newnan,  GA
Cowlitz County Treasurer - Kelso, WA
Craighead County Collector - Jonesboro, AR

Craven County Tax Collector - New Bern, NC
Crawford Co Health Department - Bucyrus, OH
Crossville City Tax Collector - Crossville,  TN
CT Dept of Agriculture - Hartford, CT
Cullman County Sales Tax - Cullman, AL
Culpeper County Treasurer - Culpeper, VA
Cumberland Cnty Dept of Health - Millville, NJ
Cumberland County Tax Collector - Atlanta,  GA
Curry County Treasurer - Clovis, NM
Cypress-Fairbanks ISD Tax Office - Houston,  Tx
Dade County Tax Collector - Miami, FL
Dallas County - Selma, AL
Dallas County Clerk - Dallas, TX
Dallas County Tax Assessor - Dallas, TX
Daniel L Carlton Treasurer - Jenison, MI
Danville Schools - Danville, KY
Darke County Health Dept - Greenville, OH
Darlington County Treasurer - Darlington, SC
DATCP - Milwaukee, WI
Davidson County Clerk - Nashville, TN
Davidson County Tax Collector - Lexington,  NC
Davie County Tax Collector - Mocksville,  NC
Daviess County Sheriff - Owensboro,  KY
Davis County Assesor - Farmington, UT
Dawson Clerk Of Superior Court - Dawsonville, GA
Dawson County Business License - Dawsonville, GA
DC Treasurer - Washington, DC
Dearborn City Treasurer (Wayne) - Lansing,  MI
Dearborn County Treasurer - Lawrenceburg, IN
Deer Park Isd Tax Office - Deer Park, TX
Defiance County Auditor - Defiance, OH
Defiance County Health Dept - Defiance, OH
Dekalb County Tax Commission - Atlanta, GA
Del Rosario Shirley - Tampa, FL
Delaware County Auditor - Delaware, OH
Delaware County Health Dept - Muncie, IN
Delaware County Treasurer - Muncie, IN
Delaware County Treasurer - Delaware, OH
Delaware Dept of Agriculture - Dover, DE
Delaware Dept of Finance - Wilmington, DE
Delaware Dept of Labor - Philadelphia, PA
Delaware Division Of Revenue - Wilmington, DE
Delaware General Health Dist - Delaware, OH
Delaware State Escheator - Wilmington, DE
Delta Township Treasurer (Eaton) - Lansing,  MI
Dennis Municipal Tax Collector - Medford,  MA
Denton County - Denton, TX
Denton County Clerk - Denton, TX
Denver County Tax Collector - Denver,  CO
Denver Dept of Excise & Licenses - Denver, CO
Denver Manager of Revenue - Denver, CO
Department of Conservation - Sacramento, CA
Department of Agriculture - Hartford, CT

Department of Housing - Frankfort, KY
Department of Labor & Industry - Harrisburg, PA
Department of Revenue - Atlanta, GA
Department of Revenue - Helena, MT
Department of State - Denver, CO
Department of State - Tallahassee, FL
Department of State - Harrisburg, PA
Department of Tax And Revenue - Charleston, WV
Dept of Agriculture - Augusta, ME
Dept of Alcoholic Bev Control - Sacramento, CA
Dept of Finance & Admin - Little Rock, AR
Dept of Financial Institutions - Milwaukee, WI
Dept of Inspections & Appeals - Des Moines, IA
Dept of Insurance & State - Tallahassee, FL
Dept of Labor & Training - Cranston, RI
Dept of Plant Industry - Pendleton, SC
Dept of Revenue Services - Hartford, CT
Deschutes County Tax Collector - Bend, OR
Desoto County Tax Collector - Hernando, MS
Desoto Health Department - Desoto, TX
DHH/OPH Sanitarian Services - New Orleans, LA
Dickson City Tax Collector - Dickson, TN
Dickson County Clerk - Dickson, TN
Dickson County Trustee - Charlotte, TN
Dir Of Taxation - Topeka, KS
Director Of Finance - Madisonville, KY
District Court 12-1-01 - Harrisburg, PA
Div Of State Police Records - West Trenton, NJ
Division Of Occupational Safety - San Bernardino, CA
Division Of Public Health - Indianapolis, IN
Division Of Regulatory Svcs - Lexington, KY
Division Of Revenue - Lexington, KY
Division Of State Lands - Salem, OR
Division Of Taxation Rhode Is - Providence, RI
Don Wilkinson Agency Inc - Kingston, PA
Don Wilkinson Agency Inc - Berwick, PA
Dona Ana County Treasurer - Las Cruces, NM
Dorchester County Treasurer - Saint George, SC
Dorchester County Treasurer - Atlanta, GA
Douglas County Tax Collector - Medford, OR
Douglas County Tax Commission - Douglasville, GA
Douglas County Treasurer - Castle Rock, CO
Douglas County Treasurer - Omaha, NE
Dover Health Department - Dover, NJ
Dubois County Treasurer - Jasper, IN
Durham County Register Of Deeds - Durham, NC
Durham County Tax Collector - Charlotte, NC
Duval County Tax Assessor-Collector - Jacksonville, FL
Dyersburg City Recorder - Dyersburg, TN
Dyersburg City Tax Collector - Dyersburg, TN
Earl Bullock Dallas Co Clerk - Dallas, TX

Earned Income Tax Officer - Somerset, PA
East Hartford Town Tax Collector - Hartford, CT
East Haven Tax Collector - East Haven, CT
East Pikeland Township - Kimberton, PA
East Stroudsburg Borough - East Stroudsburg, PA
Easton Town Tax Collector (Talbot) - Easton, MD
Eastpointe City Treasurer (Macomb) - Eastpointe, MI
Ector County Appraisal Dist - Odessa, TX
Ector County Clerk - Odessa, TX
Eddy County Tax Collector - Carlsbad, NM
Egg Harbor Township - Egg Harbor Township, NJ
El Dorado Co. Recorder/Clerk - Placerville, CA
El Dorado County - Placerville, CA
El Dorado County Tax Collector - Placerville, CA
El Dorado Environmental Mgmt - Placerville, CA
El Paso County Colorado - Colorado Springs, CO
El Paso County Dept. Of Health & - Colorado Springs, CO
El Paso Tax Assessor-Collector - El Paso, TX
Elkhart County Health Dept - Goshen, IN
Elkhart County Treasurer - Goshen, IN
Elkin City Tax Collector - Elkin, NC
Elliot Trading Limited - Aurora, ON
Ellis County Clerk - Waxahachie, TX
Ellis County Tax Assessor-Collector - Waxahachie, TX
Elyria City Health Dept - Elyria, OH
Employment Development Dept - Sacramento, CA
Employment Security Dept - Seattle, WA
Encorp Pacific (Canada) - Burnaby, BC
Environmental Health Fund - Pittsburgh, PA
EPRA - Truro, NS
Erath County Tax Assessor-Collector - Stephenville, TX
Erie County Comptrollers - Cheektowaga, NY
Erie County Comptrollers - Buffalo, NY
Erie County Health Dept - Sandusky, OH
Escambia County Tax Collector - Pensacola, FL
Etowah County Sales & Use Tax - Hartselle, AL
Extension Desk Of Kansas Customer - Topeka, KS
Fairfield Dept of Health - Lancaster, OH
Fannin County Appraisal District - Bonham, TX
Fargo Cass Public Health - Fargo, ND
Faulkner County Tax Collector - Conway, AR
Fayette County Health Dept - Fayetteville, WV
Fayette County Health Dept - Washington Court House, OH
Fayette County Tax Collector - Lexington, KY
Fayette County Tax Collector - Fayetteville, WV
Fayette County Tax Commissioner - Fayetteville, GA
Fennell Container Company - North Charleston, SC

Financial Credit Network - Visalia, CA
Findlay City Health Dept. - Findlay, OH
Flint Township Treasurer (Genesee) - Detroit,  MI
Florence County Treasurer - Florence,  SC
Florida Department of State - Tallahassee, FL
Florida Department Revenue - Tallahassee, FL
Florida Dept of AGR and Consumer - Tallahassee, FL
Florida Dept of Agriculture - Tallahassee, FL
Florida Dept of Financial Svc - Tallahassee, FL
Floyd County Sheriff - Prestonsburg, KY
Floyd County Tax Collector - Rome, GA
Floyd County Treasurer - Evansville,  IN
Fond Du Lac City Collector (Fond Du Lac) - Fond Du Lac,  WI
Fond Du Lac Co Health Dept - Fond Du Lac, WI
Food And Drug Administration - St Louis, MO
Forrest Co Tax Collector - Hattiesburg, MS
Forsyth Co Business License - Cumming, GA
Forsyth Co Tax Commissioner - Cumming, GA
Forsyth County Tax Collector - Winston-Salem,  NC
Fort Bend County Tax Assessor-Collector - Houston, TX
Fountainhead Mud (Harris) - Houston,  TX
Franchise Tax Board - Sacramento, CA
Frankiln County Trustee - Winchester, TN
Franklin County Auditor - Columbus, OH
Franklin County Clerk - Winchester, TN
Franklin County Clerk - Frankfort, KY
Franklin County Tax Collector - Union,  Mo
Franklin County Tax Collector - Frankfort,  KY
Franklin Municipal Tax Collector - Medford,  MA
Frederick County Health Dept - Frederick, DE
Frenchtown Township Treasurer (Monroe) - Monroe, MI
Fresno County Clerk - Fresno, CA
Fresno County Tax Collector - Fresno, CA
Fresno County Treasurer - Fresno, CA
Frisco Development Services - Frisco, TX
Frisco Isd - Frisco, TX
Front Royal Town Tax Collector - Front Royal,  VA
Fruitland City Tax Collector (Wicomico) - Fruitland, MD
Fulton County Clerk - Atlanta, GA
Fulton County Tax Commissioner - Atlanta, GA
Fulton County Treasurer - Wauseon, OH
GA Dept of Revenue - Atlanta, GA
Gainesville City Tax Collector - Gainesville,  GA
Gallena Park ISD Tax Collector - Galena Park, TX
Gallia County Health Dept - Gallipolis, OH
Galveston County Tax Office - Galveston, TX
Gardner Municipal Tax Collector - Gardner,  MA
Garfield County Health Dept - Enid, OH

Garfield County Treasurer - Enid, OK
Garfield Township Treasurer (Grand Traverse) - Traverse City,  MI
Garland County - Hot Springs, AR
Garland Isd Tax Office - Garland,  TX
Gaston County Tax Collector - Gastonia, NC
Gateway Dist. Health Dept - Owingsville, KY
GCDHES - Globe, AZ
Geauga County Auditor - Chardon, OH
Gen Treasurer State Of Ri - Providence, RI
Genoa Township - Brighton, MI
Georgetown City Tax Collector - Georgetown,  KY
Georgetown County Treasurer - Columbia, SC
Georgetown Scott County - Georgetown, KY
Georgia Dept of Agriculture - Atlanta, GA
Georgiadis Debra - Campbell, OH
Gibson County Recorder - Princeton, IN
Gila County Division Of Health - Payson, AZ
Gila County Treasurer - Globe,  AZ
GK Skaggs - Irvine, CA
Glassboro Economic Development - Glassboro, NJ
Glick & Glick - Rockwall, TX
Gloucester County Dept of Health - Sewell, NJ
Gloucester County Tax Collector - Gloucester,  VA
Glynn County - Brunswick, GA
Goose Creek CISD Tax Office - Baytown,  TX
Grafton Village Treasurer - Grafton, WI
Grand Rapids Twp Treasurer - Grand Rapids, MI
Grant County Health Dept - Marion, IN
Grant County Health District - Moses Lake, WA
Grant County Tax Collector - Ephrata,  WA
Grapevine Colleyville Tax Office - Grapevine, TX
Graves County Sheriff - Mayfield, KY
Grayson County Health Dept - Denison, TX
Green Bay City Collector (Brown) - Green Bay,  WI
Greene County Collector Of Revenue - Springfield, MO
Greene County Combined Health - Xenia, OH
Greene County Trustee - Greeneville, TN
Greeneville City Tax Collector - Greeneville,  TN
Greenville County Tax - Columbia, SC
Gregg County Clerk - Longview, TX
Gregg County Tax Assessor-Collector - Longview, TX
Gross Income Tax (New Jersey) - Trenton, NJ
Guadalupe County Assessor/Coll - Seguin, TX
Guernsey Co Gen Health Dist - Cambridge, OH
Guernsey County Auditor - Cambridge, OH
Guilford County Tax Collector - Charlotte,  NC
Gwinnet County Licensing & Rev - Lawrenceville, GA
Gwinnett County Tax Commissioner - Lawrenceville, GA

HAB BPT - Lehigh Valley, PA
HAB-BPT - Bangor, PA
Habersham County Clerk - Clarkesville, GA
Hagerstown City Tax Collector - Hagerstown, MD
Halifax County Tax Collector - Halifax, NC
Hall County Building Insptn - Gainesville, GA
Hall County Tax Collector - Gainesville, GA
Hamblen County Tax Collector - Morristown, TN
Hamilton County Auditor - Cincinnati, OH
Hamilton County Clerk - Chattanooga, TN
Hamilton County Treasurer - Noblesville, IN
Hamilton County Trustee - Chattanooga, TN
Hamilton Twp Div. Of Health - Trenton, NJ
Hampton City Treasurer - Hampton, VA
Hancock County Health Dept - Greenfield, IN
Hancock County Health Dept - New Cumberland, WV
Hancock County Tax Collector - New Cumberland, WV
Hancock County Treasurer - Greenfield, IN
Hancock Public Health - Findlay, OH
Hardin County Auditor - Kenton, OH
Hardin County Tax Collector - Elizabethtown, KY
Harford County Clerk of - Bel Air, MD
Harford County Environmental Health - Bel Air, MD
Harford County Government - Baltimore, MD
Harlan City Tax Collector - Harlan, KY
Harlan County HC - Harlan, KY
Harnett Co Tax Administrator - Lillington, NC
Harris County - Houston, TX
Harris County Clerk - Houston, TX
Harris County FWSD - Houston, TX
Harris County M.U.D. # 102 - Friendswood, TX
Harris County MUD #285 - Houston, TX
Harris County MUD #81 (HARRIS) - Houston, TX
Harris County Tax Assessor-Collector - Houston, TX
Harrison CAD - Marshall, TX
Harrison Clarksburg Health Dep - Clarksburg, WV
Harrison County KY - Cynthiana, KY
Harrison County Sheriff - Clarksburg, WV
Harrison County Tax - Cynthiana, KY
Harrison County Tax Collector - Gulfport, MS
Harrison County Tax Office - Marshall, TX
Harrison Fire Department - Harrison, AR
Hawaii Dept of Taxation - Honolulu, HI
Hawaii State Tax Collector - Honolulu, HI
Hawkins County Clerk - Rogersville, TN
Haywood County Tax Collector - Charlotte, NC
Hazard City Tax Collector - Hazard, KY
HC MUD #81 - Houston, TX
HC WCID #109 - Houston, TX
Henderson City Tax Collector - Henderson, KY
Henderson County Tax Collector - Henderson, KY

Hendricks County Health Dept - Danville, IN
Hendricks County Treasurer - Danville, IN
Hendry County Tax Collector - Labelle, FL
Hennepin Co Environmental Heal - Hopkins, MN
Henrico County Tax Collector - Atlanta, GA
Henry Co Treasurer - New Castle, IN
Henry County Health Dept. - New Castle, IN
Henry County Recorder - New Castle, IN
Henry County Tax Collector - Collinsville, VA
Henry County Tax Commissioner - McDonough, GA
Hernando County Tax Collector - Brooksville, FL
Hidalgo County Clerk - Edinburg, TX
Hidalgo County Tax Assessor-Collector - Edinburg, TX
Hidalgo County Texas - Edinburg, TX
Highland Co. Gen Health Dist. - Hillsboro, OH
Highland County Treasurer - Hillsboro, OH
Highlands County Tax Collector - Sebring, FL
Hillsborough County Tax Collector - Tampa, FL
Hinds County Tax Collector - Jackson, MS
Hines County Tax Assessor - Jackson, MS
Holland Township Treasurer (Ottawa) - Holland, MI
Hood County Chief Appraiser - Granbury, TX
Hopkins County Health Dept - Madisonville, KY
Hopkins County Sheriff - Madisonville, KY
Horry County Treasurer - Conway, SC
Housatonic Valley Health District - Southbury, CT
Houston County Revenue Commissioner - Dothan, AL
Houston County Tax Commission - Warner Robins, GA
Houston I S D Tax Collection - Houston, TX
Howard County Director Of Finance - Ellicott City, MD
Howard County Health Dept - Kokomo, IN
Howard County Treasurer - Fort Wayne, IN
Howell County Collector - West Plains, MO
Humble ISD Tax Office - Houston, TX
Hunt County Tax Collector - Greenville, TX
Huron General Health District - Norwalk, OH
Iberia Parish School Board - New Iberia, LA
Idaho Dept of Employment - Boise, ID
Idaho State - Boise, ID
Idaho State Department of - Boise, ID
Idaho State Tax Commission - Boise, ID
Illinois Department of Revenue - Springfield, IL
Illinois Dept of Agriculture - Springfield, IL
Illinois State Treasurers Office - Springfield, IL
Imperial County Clerk - El Centro, CA
Imperial County Dept of Weight & - El Centro, CA
Imperial County Tax Collector - El Centro, CA
Indian River County Tax Collector - Vero Beach, FL
Indiana Department of Revenue - Indianapolis, IN

Indiana Secretary Of State - Indianapolis, IN
Indiana State Egg Board - West Lafayette, IN
Industrial Development Board Of - Montgomery, AL
Internal Revenue Service - Long Beach, CA
Internal Revenue Service - Washington, DC
Internal Revenue Service - Ogden, UT
Iowa Dept of Agriculture - Ankeny, IA
Iowa Dept of Revenue & Finance - Des Moines, IA
Iowa Treasurer Of State - Des Moines, IA
Iredell County Reg. Of Deeds - Statesville, NC
Iredell County Tax Collector - Charlotte, NC
Iron County Assessor - Parowan, UT
Irving Independent School Dist - Irving, TX
Jackson City Tax Collector - Jackson, TN
Jackson Co Env Health Division - Grain Valley, MO
Jackson Co Payment Center - Portland, OR
Jackson County Collector - Kansas City, MO
Jackson County Health Dept - Ripley, WV
Jackson County Health Dept - Seymour, IN
Jackson County Health Dept. - Jackson, OH
Jackson County Sheriff - Ripley, WV
Jackson County Tax Assessor-Collector - Medford, OR
Jackson County Tax Collector - Marianna, FL
Jasper County - Carthage, MO
Jay Paschall-Turning Point - Brandon, FL
Jefferson  County Collector - Hillsboro, MO
Jefferson Co Dept of Health Env - Birmingham, AL
Jefferson Co Treasurer - Louisville, KY
Jefferson County Al - Birmingham, AL
Jefferson County Clerk - Beaumont, TX
Jefferson County Health Dept - Madison, IN
Jefferson County Health Dept. - Hillsboro, MO
Jefferson County Public Health - Lakewood, CO
Jefferson County Sheriff's Off - Louisville, KY
Jefferson County Tax Collector - Louisville,  KY
Jefferson Parish Clerk Of - New Orleans, LA
Jefferson Parish Sheriffs Office - Gretna, LA
Jefferson Parish-Bureau Of Revenue & Taxation - Gretna,  LA
Jersey City Div Of Health - Jersey City, NJ
Jessamine Co Health Dept - Nicholasville, KY
Jesse White Il Secretary State - Springfield, IL
John R Ames Cta - Dallas, TX
Johnson County Clerk - Cleburne, TX
Johnson County Fiscal Court - Paintsville, KY
Johnson County Health District - Paintsville, KY
Johnson County Sheriff - Paintsville, KY
Johnson County Tax Assessor Cl - Cleburne, TX
Johnson County Treasurer - Shawnee Mission, KS
Johnson County Treasurer - Indianapolis, IN
Johnston Co Tax Collection Dpt - Charlotte, NC
Jones Co. Collector - Laurel, MS

Jordan Tax Services Inc - McMurray, PA
Judge of Probate - Fairhope, AL
Judge of Probate - Cullman, AL
Judson ISD Tax Office - Live Oak, TX
Kanawha Charleston Health - Charleston, WV
Kanawha County Sheriff - Charleston,  WV
Kane County Health Dept - Aurora, IL
Kankakee County Health Dept - Kankakee, IL
Kankakee County Treasurer - Bradley, IL
Kansas City Health - Kansas City, MO
Kansas Department of Agriculture - Topeka, KS
Kansas Department of Revenue - Topeka, KS
Kansas State Treasurer - Topeka, KS
Katy Independent School Dist - Katy, TX
Kauffman County - Kaufman, TX
Kay County Treasurers - Newkirk, OK
Kelly Township - Lewisburg, PA
Kendall County Health Dept - Yorkville, IL
Kenosha County Health Dept - Kenosha, WI
Kenton County Tax Collector - Erlanger,  KY
Kentucky Agricultural - Lexington, KY
Kentucky Dept of Agriculture - Frankfort, KY
Kentucky Dept of Revenue - Frankfort, KY
Kentucky Dept of Treasury - Frankfort, KY
Kentucky State Treasurer - Frankfort, KY
Kentwood City Treasurer (Kent) - Kentwood,  MI
Kentwood Tax Collector - Kentwood, MI
Kern County Treasurer - Los Angeles, CA
Kern Valley Sun - Lake Isabella, CA
Kerr County Tax Office - Kerrville, TX
Kerrville Independent School - Kerrville, TX
Kershaw County Treasurer - Camden,  SC
Keystone Collections Group - Irwin, PA
King County Treasury - Seattle,  WA
Kings County Health Dept - Hanford, CA
Kings County Tax Collector - Hanford, CA
Kingsport City Tax Collector - Kingsport,  TN
Kingsport City Treasurer - Kingsport, TN
Kitsap County Healty District - Bremerton, WA
Kitsap County Treasurer - Port Orchard, WA
Klamath County Tax Collector - Klamath Falls, OR
Knox County Clerk - Knoxville, TN
Knox County Health Department - Galesburg, IL
Knox County Health Dept - Mount Vernon, OH
Knox County Health Dept - Vincennes, IN
Knox County Tax Collector - Barbourville,  KY
Knox County Trustee - Knoxville,  TN
Knoxville, City of - Knoxville,  TN
Kochville Township Office - Saginaw, MI
Kochville Township Treasurer (Saginaw) - Saginaw, MI
Kootenai County Sales Tax Div - Coeur D Alene, ID
Kosciusko County - Warsaw, IN

44

Kosciusko County Treasurer - Warsaw, IN
Kristen M. Scalise, Cpa, Cfe - Akron, OH
KS State Board Of Pharmacy - Topeka, KS
LA County - Inglewood, CA
LA Crosse County Health Department - La Crosse, WI
LA Dept of Revenue &Taxation - Baton Rouge, LA
LA Porte County Recorder - La Porte, IN
Laclede County Health Department - Lebanon, MO
Laclede County Tax Collector - Lebanon, MO
Lafayette Consolidated Government - Lafayette, LA
Lafayette County Collector - Lexington, MO
Lafayette Parish School Board - Lafayette, LA
Lafayette Parish Tax Collector - Lafayette, LA
Lafourche Parish School Board - Thibodaux, LA
Lafourche Parish Sheriffs Office - Thibodaux, LA
Lafourche Parish Tax Collector - Dallas, TX
Lake County Health Dept - Crown Point, IN
Lake County Tax Collector - Lady Lake, FL
Lake County Treasurer - Crown Point, IN
Lake Havasu City - Lake Havasu City, AZ
Lamar C.I.S.D. - Dallas, TX
Lamar County Appraisal Dist - Paris, TX
Lamar County Clerk - Paris, TX
Lamar County Tax Collector - Purvis, MS
Lancaster Co Tax Bureau - Lancaster, PA
Lancaster County Treasurer - Lincoln, NE
Lancaster County Treasurer - Lancaster, SC
Lancaster Public Health Center - Lancaster, OH
Lane County Tax Collector - Eugene, OR
Laramie County Treasurer - Cheyenne, WY
Laredo Isd Tax Office - Laredo, TX
Larimer County Dept of Health - Fort Collins, CO
Larimer County Tax Collector - Fort Collins, CO
Lasalle County Health Dept - Ottawa, IL
Lauderdale County Revenue - Florence, AL
Lauderdale County Sales Tax Dv - Hartselle, AL
Lauderdale County Tax Collector - Florence, AL
Laurel County Health Dept - London, KY
Laurens County Tax Commissioner - Dublin, GA
Laurens County Treasurer - Laurens, SC
Laurinburg City Tax Collector - Laurinburg, NC
Lawrence County Clerk - Lawrenceburg, TN
Lawrence County Health Dept - Bedford, IN
Lawrence County Treasurer - Bedford, IN
Lawrence County Trustee - Lawrenceburg, TN
Lawrenceburg City Tax Collector - Lawrenceburg, TN
LDAF/Revenue - Baton Rouge, LA
Lee Co Tax Collector - Tupelo, MS
Lee County Tax Collector - Fort Myers, FL
Lee County Tax Collector - Sanford, NC
Leflore County Tax Collector - Greenwood, MS

Lenawee County Treasurer - Adrian, MI
Lenoir City Tax Collector - Lenoir, NC
Lenoir City Treasury - Lenoir City, TN
Lenoir County Tax Collector - Kinston, NC
Leon County Tax Collector - Tallahassee, FL
Lewis And Clark County Treasurer - Helena, MT
Lewis County Treasurer - Chehalis, WA
Lewisville Health & Code Enfor - Lewisville, TX
Lexington Fayette Urban - Lexington, KY
Lexington Fayette Urban County - Lexington, KY
Liberty County Tax Comm - Hinesville, GA
Licking County Auditor - Newark, OH
Licking County Health Dept - Newark, OH
Limestone County Health Dept. - Athens, AL
Lincoln Co Tax Administrator - Charlotte, NC
Lincoln County Register Of Deeds - Lincolnton, NC
Lincoln County Tax Collector - Lincolnton, NC
Lincoln County Tax Collector - Newport, OR
Linn County Recorder - Cedar Rapids, IA
Linn County Tax Collector - Albany, OR
Livingston Parish Tax Collector - Livingston, LA
Logan County Health Dept - Bellefontaine, OH
London City Tax Collector - London, KY
London Utility Commission - London, KY
Los Angeles Co Dept of Health - Van Nuys, CA
Los Angeles County - Los Angeles, CA
Los Angeles County Clerk - Norwalk, CA
Los Angeles County Health Dept - Lancaster, CA
Los Angeles County Tax - Los Angeles, CA
Los Angeles County Treasurer - Los Angeles, CA
Los Angeles Daily News - Los Angeles, CA
Louden County Clerk - Loudon, TN
Loudon Co Trustee - Loudon, TN
Louisiana Department of Rev - Baton Rouge, LA
Louisiana Sec Of State - Baton Rouge, LA
Louisiana Dept of Ag & Forestry - Baton Rouge, LA
Louisville Metro Health Dept - Louisville, KY
Louisville/Jefferson County Re - Louisville, KY
Lowndes County Tax Commissioner - Valdosta, GA
Lynchburg City Tax Collector - Lynchburg, VA
Lyon County Treasurer - Emporia, KS
Macon County Health Dept - Decatur, IL
Macon County Tax Collector - Charlotte, NC
Madera County Tax Collector - Madera, CA
Madison Co Health Dept - Richmond, KY
Madison County Health Department - Huntsville, AL
Madison County Health Dept - Wood River, IL
Madison County Health Dept. - Anderson, IN
Madison County Tax Collector - Richmond, KY
Madison County Tax Collector - Huntsville, AL
Madison County Treasurer - Anderson, IN
Madisonville City Tax Collector - Madisonville, KY

Maine Bureau Of Taxation - Augusta, ME
Maine Dept of Revenue - Augusta, ME
Manatee County Tax Collector - Bradenton, FL
Manitowoc City Treasure - Manitowoc, WI
Mansfield Regulatory Compliance Dep - Mansfield, TX
Mansfield Richland County - Mansfield, OH
Marathon County Health Dept - Wausau, WI
Marathon County Treasurer - Wausau, WI
Maricopa County Environmental - Phoenix, AZ
Maricopa County Treasurer - Phoenix, AZ
Marietta City Health Dept - Marietta, OH
Marin County Clerk - San Rafael, CA
Marin County Tax Collector - San Rafael, CA
Marion City Tax Collector - Marion, NC
Marion County Collector - Hannibal, MO
Marion County Health Dept - Marion, OH
Marion County Health Dept - Indianapolis, IN
Marion County Health Dept - Hannibal, MO
Marion County Recorder - Indianapolis, IN
Marion County Tax Collector - Fairmont, WV
Marion County Tax Collector - Portland, OR
Marion County Tax Collector - Ocala, FL
Marion County Treasurer - Indianapolis, IN
Marshall Co Judge Of Probate - Guntersville, AL
Marshall County Health Dept - Guntersville, AL
Marshall County Health Dept - Moundsville, WV
Marshall County Recorder - Plymouth, IN
Marshall County Tax Collector - Guntersville, AL
Marshall County Tax Collector - Moundsville, WV
Martin County Tax Collector - Stuart, FL
Maryland Dept of Assessments - Baltimore, MD
Maryland State Dept of - Baltimore, Md
Mason County Fiscal Court - Maysville, KY
Mason County Sheriff - Maysville, Ky
Massachusetts Department of Revenue - Boston, Ma
Mattress Recycling Council - Chantilly, Va
Mayfield City Tax Collector - Mayfield, Ky
McCracken County Clerk - Paducah, Ky
McCracken County Sheriff - Paducah, Ky
Mccracken County Tax Administrator - Paducah, Ky
McDowell County Health Dept - Wilcoe, WV
McDowell County Register Of Deeds - Marion, NC
McDowell County Tax Collector - Marion, NC
Mcduffie County Tax Collector - Thomson, GA
Mcintosh County Clerk - Darien, GA
Mcintosh Superior Court - Darien, GA
McKinley County Treasurer - Gallup, NM
McKinney Indep. School Dist. - McKinney, TX
Mclean County Health Department - Bloomington, IL
McLennan County Clerk - Waco, TX
McLennan County Tax Office - Waco, TX
Mcminn County Tax Collector - Athens, TN

McMinnville City Tax Collector - Mc Minnville, TN
Meckleburg County - Charlotte, NC
Mecklenburg Cnty Tax Collector - Charlotte, NC
Medina County Auditor's Office - Medina, OH
Medina County Health Dept - Medina, OH
Memphis & Shelby Cnty Hlth Dep - Memphis, TN
Memphis And Shelby County - Memphis, TN
Memphis City Tax Collector - Memphis, TN
Mercantile Tax Collector - Aliquippa, PA
Merced County Tax Collector - Whittier, CA
Mercer County Bd Of Health - Bluefield, WV
Mercer County Health Dept - Bluefield, WV
Mesa County Health Department - Grand Junction, CO
Mesa County Treasurer - Grand Junction, CO
Methuen Health Department - Methuen, MA
Metropolitan Trustee - Nashville, TN
MFI Oklahoma Sales Tax - Oklahoma CITY, OK
Miami County Public Health - Troy, OH
Miami-Dade County Tax Collector - Miami, FL
Michigan Dept of Labor - Lansing, MI
Michigan Dept of Treasury - Lansing, MI
Michigan Tax Tribunal - Lansing, MI
Mid Ohio Valley Health Dept - Parkersburg, WV
Middlesboro Independent School - Middlesboro, KY
Middletown Health Dept - Middletown, OH
Midland Appraisal District - Midland, TX
Midland County - Midland, TX
MIFFCO Tax Service Inc - Lewistown, PA
Milford City Tax Collector - Milford, CT
Milledgeville City Tax Collector - Milledgeville, GA
Milwaukee City Collector (Milwaukee) - Milwaukee, WI
Minnesota Dept of Agriculture - Saint Paul, MN
Minnesota Dept of Commerce - Saint Paul, MN
Minnesota Dept of Revenue - St Paul, MN
Minnesota Secretary Of State - Saint Paul, MN
Mintax Inc - East Brunswick, NJ
Mississippi Dept of Agricult. - Jackson, MS
Mississippi Dept of Revenue - Jackson, MS
Mississippi Sect'y Of States - Jackson, MS
Mississippi State Treasurer - Jackson, MS
Missoula County Treasurer - Missoula, MT
Missouri Dept of Agriculture - Jefferson City, MO
Missouri Dept of Revenue - Jefferson City, MO
Missouri Division Of - Jefferson City, MO
Missouri Secretary Of State - Jefferson City, MO
Mobile Co Revenue Commissioner - Mobile, AL
Mobile County - Mobile, AL
Mobile County License Commissioner - Mobile, AL
Mohave Co Dept of Health & Social - Bullhead City, AZ

Monongalia County Tax Collector - Morgantown, WV
Monroe Charter Township - Monroe, MI
Monroe City Tax Collector - Monroe, NC
Monroe County Health Dept - Bloomington, IN
Monroe County Treasurer - Bloomington, IN
Montana Department of Agrte - Helena, MT
Montana Department of Revenue - Helena, MT
Monterey County Health Dept - Salinas, CA
Monterey County Health Dept - Monterey, CA
Monterey County Tax Collector - Whittier, CA
Monterey County Tax Collector - Salinas, CA
Monterey County Treasurer - Salinas, CA
Montgomery Co Sheriff - Mount Sterling, KY
Montgomery Co Treasurer - Dayton, OH
Montgomery County - Rockville, MD
Montgomery County Clerk - Conroe, TX
Montgomery County Health Department - Pottstown, PA
Montgomery County Health Dept - Mt Sterling, KY
Montgomery County Health Dept - Crawfordsville, IN
Montgomery County Health Dept - Montgomery, AL
Montgomery County Health Dept - Conroe, TX
Montgomery County Health Distr - Dayton, OH
Montgomery County Probate Judge - Montgomery, AL
Montgomery County Revenue Comm - Montgomery, AL
Montgomery County Tax Assessor - Conroe, TX
Montgomery County Tax Collector - Philadelphia, PA
Montgomery County Treasurer - Mount Sterling, KY
Montgomery County Trustee - Clarksville, TN
Moore Co. Tax Dept - Charlotte, NC
Moore County - Carthage, NC
Moore County Tax Collections - Carthage, NC
Morehead City Tax Collector - Morehead City, NC
Morehead City Tax Collector - Morehead, KY
Moreno Valley - Moreno Valley, CA
Morgan County - Decatur, AL
Morgan County Health Dept - Jacksonville, IL
Morgan County Treasurer - Martinsville, IN
Morganton City Tax Collector - Morganton, NC
Morristown City Tax Collector - Morristown, TN
Mount Airy City Tax Collector - Mount Airy, NC
Mount Pleasant Village Treasurer - Mount Pleasant, WI
Mountain Press - Prather, CA
MS Certificate Service - Ridgeland, MS
MS Dept of Agriculture & Commerce - Mississippi State, MS
MS Tax Commission - Jackson, MS

Ms. Lori Waddell Tax Collector - Rochester, PA
Muhlenberg Township - Reading, PA
Muhlenburg Twp - Temple, PA
Multnomah County - Portland, OR
Multnomah County Tax Collector - Portland, OR
Municipal Revenue Collection - San Juan, Puerto Rico
Municipality Of Carolina - Carolina, Puerto Rico
Municipality Of Hatillo Finance Dept - Hatillo, Puerto Rico
Municipality Of Monroeville - Monroeville, PA
Murfreesboro City Tax Collector - Murfreesboro, TN
Murray City Corporation - Murray, UT
Murray City Tax Collector - Murray, KY
Muscogee County Tax Collector - Columbus, GA
Muskogee County Treasurer - Muskogee, OK
Myatt Electric Co Inc - Charleston, SC
N Carolina Secretary Of State - Raleigh, NC
Nacogdoches County Chief Appraiser - Nacogdoches, TX
Nacogdoches County Clerk - Nacogdoches, TX
Nash County Tax Collector - Nashville, NC
Natchitoches City Tax Collector - Natchitoches, LA
Natchitoches Parish Tax Collector - Natchitoches, LA
Natchitoches Tax Commission - Natchitoches, LA
Nationwide Consulting Co - Glen Rock, NJ
Natrona County Tax Collector - Casper, WY
Natrona County Treasurer - Casper, WY
Navajo County Public Health - Holbrook, AZ
Navajo County Treasurer - Holbrook, AZ
Navarro County Clerk - Corsicana, TX
Navarro County Tax Assessor - Corsicana, TX
NCDA & CS Budget & Finance - Raleigh, NC
NCO Financial Systems Inc - Philadelphia, PA
Nebraska Department of Revenue - Lincoln, NE
Nebraska Dept of Agriculture - Lincoln, NE
Nebraska State Treasurer - Lincoln, NE
Nestle Waters Closeouts - Stamford, CT
Nevada Department of Taxation - Las Vegas, NV
Nevada Dept of Agriculture - Sparks, NV
Nevada Legal News - Las Vegas, NV
Nevada Legal Press - Pahrump, NV
Nevada Secretary Of State - Carson City, NV
New Castle Township - Pottsville, PA
New Hampshire Dept of Revenue - Concord, NH
New Hanover County Tax Collector - Charlotte, NC
New Jersey Dept of Agriculture - Trenton, NJ
New Jersey Dept of Finance - Trenton, NJ
New Jersey Div Of Taxation - Trenton, NJ
New Mexico Dept of Agriculture - Las Cruces, NM
New Mexico State Corp - Santa Fe, NM
New Milford Town Tax Collector - Hartford, CT

New York Department of State - Albany, NY
New York State Corporation Tax - Albany, NY
New York State Department of - Albany, NY
New York State Department of - Buffalo, NY
New York State Dept Taxation And - Albany, NY
New York State Sales Tax - New York, NY
Newington Revenue Collector - Hartford, CT
Newington Town Clerk - Newington, CT
Newton County Tax Commissioner - Covington,  GA
Nez Perce County Tax Collector - Lewiston, ID
Nicholas County Health Dept - Summersville, WV
Nicholas County Sheriff - Summersville,  WV
Niles Township Treasurer (Berrien) - Niles,  MI
NJ Department of Agriculture - Trenton, NJ
NJ Sales & Use Tax - Trenton, NJ
Norfolk Dept of Public Health - Norfolk, VA
North Carolina Department of - Raleigh, NC
North Carolina Dept of Revenue - Raleigh, NC
North Carolina Dept of State - Raleigh, NC
North Central Dist Health Dept - Shelbyville, KY
North Central Iowa - Mason City, IA
North College Hill Ohio - Cincinnati, OH
North Dakota Dept of Agriculture - Bismarck, ND
North Dakota Dept of Trust Lands - Bismarck, ND
North Haven Town Clerk - North Haven, CT
North Haven Town Tax Collector - Hartford,  CT
North Hills School District - Pittsburgh, PA
Northeast Texas Public Health - Tyler, TX
Northern Kentucky District - Florence, KY
Nueces County Clerk - Corpus Christi, TX
Nueces County Tax Assessor-Collector - Corpus
Christi,  TX
NYC Department of Finance - New York, NY
NYC Department of Finance - Kingston, NY
NYC Dept of Finance - Brooklyn, NY
NYS Assessment Receivables - Binghamton, NY
NYS Dept of Taxation & Finance - Albany, NY
NYS Employment Taxes - New York, NY
NYS Tax Dept - Albany, NY
Oak Ridge City Tax Collector - Oak Ridge,  TN
Oakland County Treasurer - Pontiac, MI
Obion County Clerk - Union City, TN
Obion County Trustee - Union City, TN
Oconee County Treasurer - West Union, SC
ODJFS - Columbus, OH
Office of Fayette Cnty Sheriff - Lexington, KY
Office of Finance & Treasury - Washington, DC
Office of Indiana State - West Lafayette, IN
Office of Tax Revenue - Washington, DC
Office of The City Clerk - Southgate, MI
Office of The City Clerk - Livonia, MI
Office of The Clark County Treasure - Las Vegas,
NV

Office of The Comptroller - Washington, DC
Office of The County Clerk - Gainesville, TX
Office of The Secretary - Topeka, KS
Office of The Secretary Of - Olympia, WA
Office of The Sonoma County Clerk - Santa Rosa,
CA
Office of The State Controller - Sacramento, CA
Office of The State Treasurer - Augusta, ME
Office of The State Treasurer - Pierre, SD
Office of The Texas State Chem - College Station,
TX
Ohio Department of Taxation - Columbus, OH
Ohio Development Services Agency - Columbus, OH
Ohio Secretary Of State - Columbus, OH
Okaloosa County Tax Collector - Niceville,  FL
Oklahoma County Treasurer - Oklahoma City, OK
Oklahoma Dept of Agriculture - Oklahoma City, OK
Oklahoma Office of State Treas - Oklahoma City,
OK
Oklahoma State Dept of Health - Oklahoma City, OK
Oklahoma Tax Commission - Oklahoma City, OK
Old Orchard Brands LLC - Chicago, IL
Onslow County Tax Collector - Jacksonville, NC
Orange County Appraisal Dist - Orange, TX
Orange County Auditor-Controll - Santa Ana, CA
Orange County Clerk Recorder - Santa Ana, CA
Orange County Health Care - Santa Ana, CA
Orange County Recorder - Santa Ana, CA
Orange County Reporter - Santa Ana, CA
Orange County Tax Assessor-Collector - Orange,  TX
Orange County Tax Collector - Santa Ana, CA
Orange County Tax Collector - Orlando, FL
Orangeburg County Treasurer - Orangeburg, SC
Oregon Beverage Recycling - Clackamas, OR
Oregon Department of - Salem, OR
Oregon Dept of Revenue - Salem, OR
Oregon Employment Dept. - Salem, OR
Oregon Secretary Of State - Seattle, WA
Oregon Secretary Of State - Portland, OR
Osceola County Tax Collector - Kissimmee, FL
Oshkosh City Treasurer - Oshkosh, WI
Otoe County Treasurer - Nebraska City, NE
Owensboro City Tax Collector - Owensboro,  KY
Ozaukee County - West Bend, WI
PA Dept of Revenue - Harrisburg, PA
PA Municipal Code Alliance - Chambersburg, PA
Paint Recycling Alberta - Edmonton, AB
Palm Beach County Tax Collector - West Palm
Beach, FL
Paramus Board Of Health - Paramus, NJ
Paris Lamar County Health Dept - Paris, TX
Parish of East Baton Rouge - Dallas, TX
Parish of Jefferson - Gretna, LA

Parish of St Bernard - Chalmette, LA
Parish of St Mary Sales & Use Tax - Morgan City, LA
Parish Of St Tammany - New Orleans, LA
Parish Sales Tax Fund - Houma, LA
Parker County Appraisal Distr - Weatherford, TX
Pasadena Independent School - Pasadena, TX
Pasco County Tax Collector - Dade City,  FL
Pasquotank Co Tax Collector - Elizabeth City, NC
Pasquotank County Register Of - Elizabeth City, NC
Payne County - Stillwater, OK
Peach County Tax Commissioner - Fort Valley, GA
Penn Hills School District Tax - Pittsburgh, PA
Pennsylvania Dept of Agri. - Tunkhannock, PA
Pennsylvania Municipal Service - Oakmont, PA
Perry Co Occupational - Hazard, KY
Perry County Sheriff - Hazard, KY
Person County Tax Collector - Roxboro,  NC
Petoskey City Treasurer (Emmet) - Petoskey,  MI
Pettis County Collector - Sedalia, MO
Phelps County Tax Collector - Rolla,  MO
Phelps/Maries County Health - Rolla, MO
Pickaway County Health Dept - Circleville, OH
Pickens County Treasurer - Columbia, SC
Pierce County - Tacoma, WA
Pike Co Health Department - Pikeville, KY
Pike County Clerk - Pikeville, KY
Pike County Tax Collector - Pikeville,  KY
Pima County Health Dept - Tucson, AZ
Pima County Justice Court - Tucson, AZ
Pima County Treasurer - Tucson, AZ
Pima County Treasurer - Phoenix, AZ
Pinal County Treasurer - Florence, AZ
Pine Tree ISD - Longview, TX
Pinellas County - Clearwater, FL
Pinellas County Tax Collector - Tampa,  FL
Pitt County Register Of Deeds - Greenville, NC
Pitt County Tax Collector - Greenville, NC
Pittsfield Charter Treasurer - Ann Arbor, MI
Pittsfield Health Department - Pittsfield, MA
Placer County Tax Collector - Auburn, CA
Plymouth Municipal Tax Collector - Boston,  MA
Polk County Health Dept - Des Moines, IA
Polk County Tax Collector - Bartow, FL
Pontotoc County Health Department - Ada, OK
Pontotoc County Treasurer - Ada,  OK
Port Huron Township Treasurer (Saint Clair) - Port Huron,  MI
Portage County Health & Human - Stevens Point, WI
Portage County Health Dept - Ravenna, OH
Porter County Health Dept - Valparaiso, IN
Portsmouth Circuit Court - Portsmouth, VA
Portsmouth City Treasurer - Richmond, VA

Pottawatomie County Treasurer - Shawnee, OK
Potter County Tax Assessor - Amarillo, TX
Practicing Law Institute - New York, NY
PricewaterhouseCoopers LLP - Columbus, OH
Prince George County - Largo, MD
Prince George County Tax Collector - Prince George, VA
Prince George County Treasurer - Prince George, VA
Prince George's County - Baltimore, MD
Prince George's County Gvmt - Largo, MD
Prince George's County Tax Collector - Philadelphia, PA
Prince William County - Prince William, VA
Prince William County Tax Collector - Philadelphia, PA
Product Care Association - Surrey, BC
Professional Education Systems - Eau Claire, WI
Prothonotary Kent County - Dover, DE
Pueblo County Tax Collector - Pueblo,  CO
Pulaski County Tax Collector - Somerset,  KY
Pulaski County Treasurer - Little Rock,  AR
Putnam County Tax Collector - Winfield,  WV
Quinnipiack Valley Health - North Haven, CT
Raleigh County Tax Collector - Beckley,  WV
Randall County Clerk - Canyon, TX
Randall Tax Assessor Collection - Canyon, TX
Randolph Co Tax Dept - Charlotte, NC
Randolph County Tax Collector - Asheboro,  NC
Rankin County Tax Collector - Brandon,  MS
Rapides Parish OLT Fund - Alexandria, LA
Raynham Board Of Health - Raynham, MA
Raynham Municipal Tax Collector - Raynham Center,  MA
RC Env Hlth Riv - Riverside, CA
Receiver General For Canada - Summerside, PE
Recorder/County Clerk - San Diego, CE
Reginal Income Tax Agency - Brecksville, OH
Register of Deeds - Lumberton, NC
Register of Deeds - Murphy, NC
Register of Deeds Cabarrus County - Concord, NC
Register of Deeds Durham Coun - Durham, NC
Register of Deeds Macon County - Franklin, NC
Register of Deeds Nash County - Nashville, NC
Register of Deeds Shawnee Coun - Topeka, KS
Registration Trust Fee - Milwaukee, WI
Rensselaer County - Troy, NY
Rental Service Corp - Atlanta, GA
Revenue Collection Division - Columbus, GA
Revenue Collections - Ventura, CA
Revenue Commissioner - Gadsden, AL
Revenue Commissioner - Cullman, AL
Revenue Commissioner - Dothan, AL
Revenue Commissioner Morgan Co - Decatur, AL

Revere Municipal Tax Collector - Revere, MA
Rhode Island Department of - Providence, RI
Richardson Independent School - Dallas, TX
Richardson ISD Tax Office - Richardson, TX
Richland Co Treasurer - Columbia, SC
Richland County - Columbia, SC
Richmond City Tax Collector - Richmond, KY
Riverside County Record - Riverside, CA
Riverside County Tax Collector - Riverside, CA
Roanoke County Treasurer - Baltimore, MD
Robertson County Trustee - Springfield, TN
Robeson County Tax Collector - Charlotte, NC
Rock County Treasurer - Janesville, WI
Rock Island County Collector - Rock Island, IL
Rockbridge County Clerk - Lexington, VA
Rockdale Citizen - Conyers, GA
Rockdale County Tax Comm - Conyers, GA
Rockdale Superior Court - Conyers, GA
Rockwall Central Appraisal District - Rockwall, TX
Rockwall County County Clerk - Rockwall, TX
Rockwood City Tax Collector - Rockwood, TN
Rocky Mount City Tax Collector - Rocky Mount, NC
Rogersville City Tax Collector - Rogersville, TN
Ronald A Legggett Collector O - Saint Louis, MO
Roseville Press Tribune - Roseville, CA
Ross County Health Dept - Chillicothe, OH
Rowan County Finance Director - Morehead, KY
Rowan County Tax Collector - Charlotte, NC
Roy Martin Services - Charleston, WV
Rumsey - Conshohocken, PA
Russell County Health Dept - Phenix City, AL
Russell County Tax Collector - Phenix City, AL
Rutherford Co Register of Deed - Rutherfordton, NC
Rutherford County Tax Collector - Rutherfordton, NC
Rutherford County Trustee - Murfreesboro, TN
Sacramento County Planning Dpt - Sacramento, CA
Sacramento County Tax - Sacramento, CA
Sacramento County Treasure - Sacramento, CA
Sacramento Gazette - Sacramento, CA
Saint Joseph County Treasurer - South Bend, IN
Saint Louis County Collector of Revenue - St. Louis, MO
Saint Paul Ramsey County Dept - Saint Paul, MN
Saint Tammany Parish Tax Collector - Covington, LA
Sales Tax Division - Birmingham, AL
Salina Electric Inc - Salina, KS
Salt Lake County Assessor - Salt Lake City, UT
San Antonio Metro Health Dist - San Antonio, TX
San Bernardino County - San Bernardino, CA
San Diego Business Journal - San Diego, CA

San Diego County Tax Collector - San Diego, CA
San Diego County Treasurer - San Diego, CA
San Francisco Tax Collector - San Francisco, CA
San Francisco Dept of Public - San Francisco, CA
San Joaquin County Phs/Ehd - Stockton, CA
San Joaquin County Tax Collector - Stockton, CA
San Juan County Treasurer - Albuquerque, NM
San Juan County Treasurer - Aztec, NM
San Luis Obispo Co Clerk Recod - San Luis Obispo, CA
San Luis Obispo County Tax Collector - San Luis Obispo, CA
San Mateo County Environmental - San Mateo, CA
San Mateo County Tax Collector - Redwood City, CA
San Patricio County Public - Sinton, TX
Sandoval County Tax Collector - Bernalillo, NM
Sandoval County Treasurer - Albuquerque, NM
Sandra O'Brien Auditor - Jefferson, OH
Sandusky County Health Dept. - Fremont, OH
Sandy City Business License - Sandy, UT
Sangamon County Dept of Public - Springfield, IL
Santa Barbara County Public Health - Santa Barbara, CA
Santa Barbara County Tax Collector - Santa Barbara, CA
Santa Clara County - San Jose, CA
Santa Clara County Dept of Tax - City of Industry, CA
Santa Cruz County Tax Collector - Santa Cruz, CA
Santa Cruz Environmental - Santa Cruz, CA
Santa Cruz Tax Collector - Santa Cruz, CA
Santa Fe County Tax Collector - Santa Fe, NM
Santa Rosa Cty Tax Collector - Milton, FL
Sarasota County Florida - Sarasota, FL
Sarasota County Tax - Sarasota, FL
SBC Tax Collector - San Bernardino, CA
SC Department of Revenue - Columbia, SC
SCDCA - Columbia, SC
Scioto County Health Dept - Portsmouth, OH
Scotland County Tax Collector - Laurinburg, NC
Scott County Clerk - Georgetown, KY
Scott County Collector - Benton, MO
Scott County Schools - Georgetown, KY
Scott County Sheriff - Georgetown, KY
Scott County Tax Administrator - Georgetown, KY
Sealer Of Weights & Measures - Springfield, MA
Sebastian County Tax Collector - Fort Smith, AR
Secretary of Agriculture - Des Moines, IA
Secretary of State - Salem, OR
Secretary of State - Hartford, CT
Secretary of State - Pierre, SD
Secretary of State - Jackson, MS

Secretary of State - Austin, TX
Secretary of State - Baton Rouge, LA
Secretary of State Annual Reports - Concord, NH
Secretary of State Corporate - Jackson, MS
Secretary of State Corporate - Montgomery, AL
Secretary of State RI - Providence, RI
Secretary of State-NJ - Trenton, NJ
Secretary of Treasury - San Juan, Puerto Rico
Sedgwick County Treasurer - Wichita, Ks
Seekonk Municipal Tax Collector - Medford,  Ma
Seminole County Tax Collector - Sanford, Fl
Seminole County VAB - Sanford, FL
Seneca County General Health - Tiffin, OH
Shasta County Treasurer - Redding, CA
Shawnee County Treasurer - Kansas City,  MO
Sheboygan County Treasurer - Sheboygan, WI
Shelby County - Memphis, TN
Shelby County Clerk - Memphis, TN
Shelby County Health Dept - Shelbyville, IN
Shelby County Recorder - Shelbyville, IN
Shelby County Tax Collector - Columbiana,  AL
Shelby County Treasurer - Sidney, OH
Shelby County Trustee - Memphis, TN
Shelby Township Treasurer (Macomb) - Shelby
Township,  MI
Shelbyville Treasure - Shelbyville, TN
Sheriff & Ex-Officio Tax - La Place, LA
Sheriff & Ex-Officio Tax Collector - Houma, LA
Sheriff & Ex-Officio Tax Collector - Dallas, TX
Sheriff & Tax Collector - Alexandria, LA
Sheriff of Berkeley County - Martinsburg, WV
Sheriff of Boyd County - Catlettsburg, KY
Sheriff of Hopkins County - Madisonville, KY
Sheriff of Logan Co - Logan, WV
Sheriff of Mercer Co - Princeton, WV
Sheriff of Nicholas County - Summersville, WV
Sheriff of Upshur County - Buckhannon, WV
Sheriff of Wood County - Parkersburg, WV
Sheriff-Lyon County - Eddyville, KY
Sheriff-Treasurer Of Randolph - Elkins, WV
Sidney Shelby Co Health Dept - Sidney, OH
Smith County Tax Assessor-Collector - Tyler, TX
Snohomish County Treasurer - Seattle, WA
Solano County - Fairfield, CA
Solano County Tax Collector - Fairfield,  CA
Somerset City Tax Collector - Somerset,  KY
Sonoma County Herald Recorder - Santa Rosa, CA
South Carolina Dept of Revenue - Columbia, SC
South Dakota Division Of Ins. - Pierre, SD
South Plainfield Health Dept - South Plainfield, NJ
Southwest Regional Tax Bureau - Scottdale, PA
Spalding County Tax Comm - Griffin, GA
Spartanburg County Treasurer - Columbia,  SC

Special Tax Collector - Johnstown, PA
Spokane County Treasurer - Spokane, WA
Spotsylvania County Tax Collector - Spotsylvania,
VA
Spring ISD Tax Office - Houston, TX
Springdale Health Department - Springdale, OH
Springdale Tax Commission - Cincinnati, OH
Springfield City Tax Collector - Springfield,  TN
Springfield Greene County - Springfield, MO
St Francois County - Farmington, MO
St Johns County Tax Collector - Saint Augustine,  FL
St Joseph County Health Dept - South Bend, IN
St Louis County Dept of Health - Saint Louis, MO
St Lucie County Tax Collector - Fort Pierce, FL
St Mary's County - Leonardtown, MD
St. Clair County Health Dept - Belleville, IL
St. Mary's County Treasurer - Leonardtown, MD
St. John Baptist Sheriff's Off - La Place, LA
St. John The Baptist Parish - La Place, LA
Stafford Co Ofc Fire Marshall - Stafford, VA
Stafford County Circuit Court - Stafford, VA
Stafford County Tax Collector - Stafford,  VA
Stanislau County Tax Collector - Modesto, CA
State Corporation Commission - Richmond, VA
State of Alabama - Montgomery, AL
State of Alaska - Juneau, AK
State of Arizona - Phoenix, AZ
State of Arkansas - Little Rock, AR
State of California - Sacramento, CA
State of Colorado - Denver, CO
State of Colorado - Lakewood, CO
State of Connecticut - Hartford, CT
State of Delaware - Wilmington, DE
State of Hawaii - Honolulu, HI
State of Idaho - Boise, ID
State of Louisiana - Baton Rouge, LA
State of Maryland Comptroller - Baltimore, MD
State of Michigan - Lansing, MI
State of Missouri - Jefferson City, MO
State of Montana - Helena, MT
State of Nevada - Phoenix, AZ
State of Nevada - Las Vegas, NV
State of Nevada Business Tax Return - Las Vegas,
NV
State of New Hampshire - Concord, NH
State of New Jersey - Newark, NJ
State of New Jersey - Trenton, NJ
State of New Mexico Taxation - Santa Fe, NM
State of North Dakota - Bismarck, ND
State of Texas - Waco, TX
State of Utah - Salt Lake City, UT
State of Utah Insurance Dept - Salt Lake City, UT
State of Washington Employment - Seattle, WA

State of West Virginia - Charleston, WV
State of Wisconsin - Madison, WI
State Tax Commission - Jackson, MS
State Tax Department - Charleston, WV
State Taxation Institute - Chicago, IL
State Treasurer Texas - Austin, TX
State Treasurer Unclaimed Prop - Salt Lake City, UT
Statesboro City Tax Collector - Statesboro,  GA
Step Up For Students - Jacksonville, FL
Steuben County Recorder - Angola, IN
Suffolk City Tax Collector - Suffolk,  VA
Suffolk County Department of - Hauppauge, NY
Sullivan County Tax Collector - Blountville,  TN
Summit County Fiscal Office - Akron, OH
Summit County Health Dept - Akron, OH
Sumner County Trustee - Gallatin, TN
Sumter County Treasurer - Columbia,  SC
Sungard Business Systems Llc - Jacksonville, FL
Surry County Tax Collector - Dobson,  NC
Susquehanna Twp Health Dept - Harrisburg, PA
Sutter County Community Serv - Yuba City, CA
Swansea Municipal Tax Collector - Boston,  MA
Tacoma Pierce County Health - Tacoma, WA
Talbot County Health Department - Easton, MD
Talladega County Revenue Commissioner -
Talladega,  AL
Taney County Collector - Forsyth, MO
Tangipahoa Parish School Sys - Amite, LA
Tangipahoa Parish Sheriff - Covington, LA
Tangipahoa Parish Tax Collector - Robert,  LA
Tarrant County Assessor - Fort Worth, TX
Tarrant County Clerk - Fort Worth, TX
Tarrant County Consumer Health - Fort Worth, TX
Tarrent County Clerk - Fort Worth, TX
Tax Assessor Collector - Lufkin, TX
Tax Assessor Collector - Victoria, TX
Tax Assessor Collector - Brownsville, TX
Tax Assessor Collector Hill Co - Hillsboro, TX
Tax Assessor-Collector - Sherman, TX
Tax Assessor-Collector - Texarkana, TX
Tax Collections - Hillsboro, TX
Tax Collector - Starkville, MS
Tax Collector - Hendersonville, NC
Tax Collector - Jacksonville, FL
Tax Collector - Corsicana, TX
Tax Collector - Green Cove Springs, FL
Tax Collector - New Orleans, LA
Tax Collector - Alameda County - Oakland, CA
Tax Collector Alcorn County - Corinth, MS
Tax Collector Borough Hall - Reading, PA
Tax Collector Citrus County - Inverness, FL
Tax Collector City of Derby - Derby, CT
Tax Collector Contra Costa Cty - Martinez, CA

Tax Collector Lake County - Tavares, FL
Tax Collector Lauderdale Co - Meridian, MS
Tax Collector Lee County - Opelika, AL
Tax Collector Ouachita Parish - Monroe, LA
Tax Collector Putnam County - Palatka, FL
Tax Collector Sebastian County - Fort Smith, AR
Tax Collector Shelby County - Columbiana, AL
Tax Commissioner Of Chatham Co - Atlanta, GA
Tax Executives Institute Inc - Uniondale, NY
Tax Executives Institute Inc - Washington, DC
Tax Trust Account - Fresno, CA
Taxation & Revenue Department - Monroe, LA
Taylor City Treasurer (Wayne) - Taylor,  MI
Taylor County Chief Appraiser - Abilene,  TX
Taylor County Clerk - Abilene, TX
Taylor County Tax Collector - Campbellsville,  KY
Tazewell County Tax Collector - Tazewell,  VA
Tennessee Department of Revenue - Nashville, TN
Tennessee Dept of Agriculture - Nashville, TN
Tennessee Secretary of State - Nashville, TN
Terrebonne Parish Tax Collector - Gray,  LA
Texarkana Bowie County Family - Texarkana, TX
Texas Comptroller of Public Accts - Austin, TX
Texas Department of Agriculture - Austin, TX
Texas Department of Health - Austin, TX
Texas Parks And Wildlife Dept - Austin, TX
Texas State Treasurer - Austin, TX
Thibodaux City Tax Collector - Thibodaux,  LA
Thomas County Tax Commissioner - Thomasville,
GA
Thomas E Roberts Clerk - Staunton, VA
Thomasville City Tax Collector - Thomasville,  GA
Thurston County Treasurer - Olympia, WA
Tift County Tax Commissioner - Tifton, GA
Tippecanoe County Treasurer - Lafayette,  IN
Tipton County Trustee's Office - Covington, TN
Titus County Appraisal District - Mount Pleasant, TX
TN Certificate Service - Nashville, TN
Tom Green Cty Appraisal Dist - San Angelo, TX
Tomball ISD Tax Office - Tomball,  TX
Toombs County Tax Commissioner - Lyons, GA
Torrington City Tax Collector - Torrington,  CT
Town Commissioners of - Queenstown, MD
Town of Aberdeen - Aberdeen, NC
Town of Ashland - Ashland, VA
Town of Ashland - Reading, MA
Town of Auburn - Auburn, MA
Town of Auburn - Reading, MA
Town of Berlin - Berlin,  VT
Town of Billerica - Billerica, MA
Town of Bluefield - Bluefield, VA
Town of Boone - Boone, NC
Town of Bristol - Bristol, WI

Town of Brunswick - Brunswick, ME
Town of Buchanan - Appleton, WI
Town of Cary - Cary, NC
Town of Christiansburg - Christiansburg, VA
Town of Collierville - Collierville, TN
Town of Culpeper - Culpeper, VA
Town of Danvers - Danvers, MA
Town of Dedham - Dedham, MA
Town of Dennis - Medford, MA
Town of Dennis Health Dept - South Dennis, MA
Town of Dudley - Dudley, MA
Town of East Hartford - East Hartford, CT
Town of Elkton - Elkton, MD
Town of Fairhaven - Fairhaven, MA
Town of Farmington - Farmington, ME
Town of Forest City - Forest City, NC
Town of Franklin - Franklin, NC
Town of Front Royal - Front Royal, VA
Town of Iowa - Iowa, LA
Town of Kittery - Kittery, ME
Town of Knightdale - Knightdale, NC
Town of Leesburg Virginia - Leesburg, VA
Town of Lexington - Lexington, SC
Town of Manchester - Manchester, CT
Town of Matthews - Matthews, NC
Town of Milford Tax Collector - Reading, MA
Town of Moncks Corner - Moncks Corner, SC
Town of Murphy - Murphy, NC
Town of Niagara - Niagara Falls, NY
Town of Orange - Orange, CT
Town of Paradise - Paradise, CA
Town of Parker - Denver, CO
Town of Payson - Payson, AZ
Town of Plaistow - Plaistow, NH
Town of Plymouth - Plymouth, MA
Town of Plymouth Board Of Health - Plymouth, MA
Town of Putnam - Putnam, CT
Town of Raynham - Raynham Center, MA
Town of Rising Sun - Rising Sun, MD
Town of Rutland Treasurer - Center Rutland, VT
Town of Shallotte - Shallotte, NC
Town of Smyrna - Smyrna, TN
Town of Speedway - Speedway, IN
Town of Spindale - Spindale, NC
Town of Spring Lake - Spring Lake, NC
Town of Summerville - Summerville, SC
Town of Swansea - Swansea, MA
Town of Waynesville - Waynesville, NC
Town of Weaverville - Weaverville, NC
Town of West Bridgewater - Bridgewater, MA
Town of West Springfield - West Springfield, MA
Town of Westbrook - Westbrook, CT
Town of Wilkesboro - Wilkesboro, NC

Town of Wise - Wise, VA
Town of Yucca Valley - Yucca Valley, CA
Township of Barnegat - Barnegat, NJ
Township of Aston - Media, PA
Township of Brick - Brick, NJ
Township of East Brunswick - East Brunswick, NJ
Township of Falls - Fairless Hills, PA
Township of Gloucester - Laurel Springs, NJ
Township of Lapatcong - Phillipsburg, NJ
Township of Lumberton - Lumberton, NJ
Township of Springfield - Springfield, NJ
Township of Union Dept of Health - Union, NJ
Township of Whitehall - Whitehall, PA
Township of Woodbridge - Woodbridge, NJ
Travis County DRO - Austin, TX
Travis County Tax Collector - Austin, TX
Treasure of Perry County - Tell City, IN
Treasurer - Chesapeake, VA
Treasurer - Newport News, VA
Treasurer - City of Norfolk - Norfolk,  VA
Treasurer - City of Norfolk - Atlanta, GA
Treasurer & Tax Collector - Irwin, PA
Treasurer City of Bowling - Bowling Green, KY
Treasurer City of Hawthorne - Hawthorne, CA
Treasurer City of Jackson - Jackson, MI
Treasurer City of Portsmouth - Portsmouth, VA
Treasurer City of Suffolk - Suffolk, VA
Treasurer Columbiana County - Lisbon, OH
Treasurer Coshocton County - Coshocton, OH
Treasurer Ector County - Odessa, TX
Treasurer Hart County - Munfordville, KY
Treasurer of Amherst County - Amherst, VA
Treasurer of Campbell County - Rustburg, VA
Treasurer of Cass County - Logansport, IN
Treasurer of Clark County - Jeffersonville, IN
Treasurer of Fredrick County - Merrifield, VA
Treasurer of Gibson County - Princeton, IN
Treasurer of Madison County - London, OH
Treasurer of Michigan City - Michigan City, IN
Treasurer of Montgomery - Christiansburg, VA
Treasurer of Montgomery County - Willow Grove, PA
Treasurer of Montgomery County - Norristown, PA
Treasurer of Porter County - South Bend, IN
Treasurer of Rockbridge County - Lexington, VA
Treasurer of Shelby County - Shelbyville, IN
Treasurer of State - Augusta, ME
Treasurer of State Of Ohio - Columbus, OH
Treasurer of Vigo County - Indianapolis, IN
Treasurer of Virginia - Merrifield, VA
Treasurer of Wayne Co - Richmond, IN
Treasurer of Waynesboro - Waynesboro, VA
Treasurer of Wythe Co - Wytheville, VA

Treasurer Spotsylvania County - Spotsylvania, VA
Treasurer State of Connecticut - Hartford, CT
Treasurer State of Illinois - Springfield, IL
Treasurer State of Maine - Augusta, ME
Treasurer State of NH - Concord, NH
Treasurer State of Ohio - Reynoldsburg, OH
Treasurer Tax Collector - Yuba City, CA
Treasurer Town of Culpeper VA - Culpeper, VA
Treasurer Town of Vinton - Vinton, VA
Treasurer Vil of Mt Pleasant - Racine, WI
Treasurer/Tax Collector - Santa Barbara, CA
Treasury Dept - Harrisburg, PA
Tremont Township - Pine Grove, PA
Tri County Health Dept - Greenwood Village, CO
Tri-County Sentry - Oxnard, CA
Troup County Tax Comm. - Lagrange, GA
Tukwila Fire Department - Tukwila, WA
Tulare Advance Register - Visalia, CA
Tulare County - Pasadena, CA
Tulare County Tax Collector - Visalia, CA
Tullahoma City Tax Collector - Tullahoma,  TN
Tulsa County Treasurer - Tulsa, OK
Tuolumne County Tax Collector - Sonora,  CA
Tuscaloosa County Sales Tax - Tuscaloosa, AL
Tuscarawas Co Treasurer - New Philadelphia, OH
Tuscola County Treasurer - Caro, MI
Umatilla County Tax Collector - Pendleton,  OR
Unclaimed Property Division - Providence, RI
Unemployment Compensation Div - Augusta, ME
Unified Government License Div - Kansas City, KS
Unified Government Treasurer - Kansas City, KS
Union City Tax Collector - Union City,  GA
Union County Auditor - Marysville, OH
Union County Health Dept - Marysville, OH
Union County of Arkansas Coll - El Dorado, AR
Union County Tax Collector - Charlotte,  NC
United ISD Tax Office - Laredo,  TX
United States Treasury - Cincinnati, OH
United States Treasury - Atlanta, GA
University of Kentucky - Lexington, KY
Upper Merion Township - Bridgeport, PA
US Department of Labor - Philadelphia, PA
US Fish & Wildlife Service - Atlanta, GA
US Fish & Wildlife Service, Office - Bloomington, MN
USDA Aphis vs Ncie - Riverdale, MD
USDA PACA - Manassas, VA
Utah Division of Corp & Comm - Salt Lake City, UT
Utah State Tax Commission - Salt Lake City, UT
Utah State Treasurer - Salt Lake City, UT
Utah Unemployment Compensation - Salt Lake City, UT
Value Adjustment Board - Vero Beach, FL

Van Wert County Auditor - Van Wert, OH
Van Wert County Health Dept - Van Wert, OH
Vance County Tax Office - Henderson, NC
Vanderburgh Co. Health Dept. - Evansville, IN
Vanderburgh County Treasurer - Evansville, IN
Ventura County- Tax Collector - Los Angeles,  CA
Vermont Department of Taxes - Montpelier, VT
Vermont State Treasurers - Montpelier, VT
Victoria County Clerk - Victoria, TX
Victoria Farina City Treasurer - Lower Burrell, PA
Vigo County Health Department - Terre Haute, IN
Vigo County Treasurer - Indianapolis,  IN
Village of Ashwaubenon - Green Bay, WI
Village of Bradley - Bradley, IL
Village of Carpentersville - Carpentersville, IL
Village f Glen Carbon - Glen Carbon, IL
Village of Hartville - Hartville, OH
Village of Homewood - Homewood, IL
Village of Los Rancho De Albuq - Albuquerque, NM
Village of New Boston - Portsmouth, OH
Village of Niles - Niles, IL
Village of Ontario Ohio - Ontario, OH
Village of Palmetto Bay - Palmetto Bay, FL
Village of Plover - Plover, WI
Village of Round Lake Beach - Round Lake, IL
Village of Schiller Park - Schiller Park, IL
Village of Woodridge - Woodridge, IL
Village of Menomonee Falls - Menomonee Falls, WI
Virginia Beach City Treasurer - Virginia Beach,  VA
Virginia Department of - Richmond, VA
Virginia Dept of Taxation - Richmond, VA
Volusia County Tax Collector - Deland,  FL
WA Dept of Revenue - Seattle, WA
Waco-McLennan County Public - Waco, TX
Wade Steen-Franklin Co Treas. - Columbus, OH
Wake County Revenue Department - Charlotte, NC
Wake County Revenue Dept - Raleigh, NC
Wake County Tax Collector - Charlotte,  NC
Walker Co Revenue Commissioner - Jasper, AL
Walker County - Jasper, AL
Walker County Health Dept - Jasper, AL
Wallingford Health Department - Wallingford, CT
Walton County Tax Comm - Monroe, GA
Ware County Tax Commissioner - Waycross,  GA
Warner Robins City Tax Collector - Warner Robins, GA
Warren City Health District - Warren, OH
Warren City Treasurer (Macomb) - Warren,  MI
Warren Co Tax Collector - Vicksburg, MS
Warren Co Trustee - Mc Minnville, TN
Warren County Clerk - Mc Minnville, TN
Warren County Health Department - Oxford, NJ

Warren County Health District - Lebanon, OH
Warren County Sheriff - Bowling Green, KY
Warren County Tax Collector - Bowling Green, KY
Warren County Tax Collector - Front Royal, VA
Washington City - Washington, UT
Washington County Treasurer - Bartlesville, OK
Washington County Treasurers - Hagerstown, MD
Washington County Trustee - Jonesborough, TN
Washington Dept of Revenue - Seattle, WA
Washington Javonn - Detroit, MI
Washington State Department of - Olympia, WA
Washington State Gambling Comm - Olympia, WA
Washington State Treasurer - Olympia, WA
Washington State Treasurer - Seattle, WA
Washoe County - Reno, NV
Washoe County Clerk - Reno, NV
Washoe County Treasurer - Reno, NV
Watauga County Tax Administrator - Hermitage, PA
Waterbury City Tax Collector - Hartford, CT
Waterbury Health Department - Waterbury, CT
Waterford Town Clerk - Waterford, CT
Waterford Township Treasurer (Oakland) - Waterford, MI
Waukesha County Treasurer - Waukesha, WI
Wayne County Health Dept - Wooster, OH
Wayne County Tax Collector - Charlotte, NC
Wayne County Treasurer - Detroit, MI
Waynesboro City Tax Collector - Waynesboro, GA
Waynesboro City Tax Collector - Binghamton, NY
Waynesville City Tax Collector - Waynesville, NC
Weakley Co Trustee - Dresden, TN
Weakly County Clerk - Dresden, TN
Webb County Clerk - Laredo, TX
Webb County Tax Assessor-Collector - Laredo, TX
Weber County Treasurer - Ogden, UT
Webster Municipal Tax Collector - Reading, MA
Weld County Treasurer - Greeley, CO
Weld Dept of Public Health & - Greeley, CO
Wentzville City Collector - Wentzville, MO
West Bend City Collector (Washington) - West Bend, WI
West Hazelton Borough - West Hazleton, PA
West Springfield Municipal Tax Collector - West Springfield, MA
West Valley City - Salt Lake City, UT
West Virginia Dept of Rev - Charleston, WV
West Virginia State Division - Charleston, WV
West Virginia State Tax Dept - Charleston, WV
Weston Treasurer - Schofield, WI
Whatcom County Treasurer - Seattle, WA
White County Tax Collector - Searcy, AR
Whitfield Cnty Tax Commissioner - Dalton, GA

Wichita County Tax Assessor-Collector - Wichita Falls, TX
Wicomico County Clerk of Circuit Co - Salisbury, MD
Wicomico County Health Dept - Salisbury, MD
Wicomico County Tax Collector - Salisbury, MD
Wilkes County Tax Office - Charlotte, NC
Wilkes-Barre Township - Pittsburgh, PA
Will County Health Dept - Joliet, IL
Williamson Co Trustee - Pleasanton, CA
Williamson County - Georgetown, TX
Williamson County And - Georgetown, TX
Williamson County Tax Assessor-Collector - Georgetown, TX
Williamson County Trustee - Franklin, TN
Wilson County Clerk - Lebanon, TN
Wilson County Tax Collector - Charlotte, NC
Wilson County Trustee - Lebanon, TN
Windsor Town Clerk - Windsor, CT
Wisconsin Dept of Agriculture - Madison, WI
Wisconsin Dept of Agriculture - Milwaukee, WI
Wisconsin Dept of Revenue - Oshkosh, WI
Wisconsin Dept of Revenue - Madison, WI
Wisconsin Dept of Revenue - Milwaukee, WI
Wise County Tax Collector - Wise, VA
Wood Dale City Clerk - Wood Dale, IL
Woods Cross City - Woods Cross, UT
WSDA Seed Program - Yakima, WA
WY State Treasurers Office - Cheyenne, WY
WY State Use 2058499 - Cheyenne, WY
Wyandotte County Treasurer - Kansas CITY, KS
Wyoming Co Courthouse - Pineville, WV
Wyoming Department of Agriculture - Cheyenne, WY
Wyoming Dept of Revenue - Cheyenne, WY
Wyoming State Treasurers Office - Cheyenne, WY
Wyoming Unemployment Insurance - Casper, WY
Yakima County Tax Collector - Yakima, WA
Yavapai County Treasurer - Prescott, AZ
Yellowstone County Treasurer - Billings, MT
Yolo County Agriculture Dept - Woodland, CA
Yolo County Clerk - Woodland, CA
Yolo County Environmental - Woodland, CA
Yolo County Treasurer's Office - Whittier, CA
York Area Earned Income Tax - York, PA
York County Clerk Of Circuit Ct - Yorktown, VA
York County Tax Collector - Baltimore, MD
York County Treasurer - York, SC
Youngstown City Health Dept - Youngstown, OH
Ypsilanti Township Treasurer (Washtenaw) - Ypsilanti, MI
Yuma County - Yuma, AZ
Yuma County Treasurer - Yuma, AZ

Zanesville Muskingum County - Zanesville, OH

**Litigation Parties**

Adams, Annette
Aguilera, Isabel
Akapyan, Nona
Allstate Insurance Company OBO Wiseltier, Emelia
Alvarez, Maria E.
AML IP, LLC
Andrade, Maria
Arias, Aixa
Armond, Darion
Atkins, Jerald
Austin, Robert
Avila-Berning, Dawn
Baldwin, Andrea
Barnes, Katherine
Barnes, Ronald
Baros, Athanasia
Basaldua, Tim
Bayless, Angela
Beatty, Tyeesha
Beaver, Mary
Beeson, Wendy
Belfield, Rashida
Beliveau, Natasha
Bell, Namari (MJ)
Bellevia, Christine
Bellomo, Andrew
Bellomo, Donna
Bergstein, Cecilia
Betancourt, Rudolph
United States of America
Blanton, Karen
Blevins, Cona
Visa - Interchange
Boatman, Mark
Bogle, Gerald
Boone, Jeanne
Boston, Sonja
Bouyer, Anthony
Bowie, Tron
Brown, Alisha
Brown, Sylvia
Burhanan, Jr., Charles
Burns, Peggy
Burton Andrade, Sandra
Bush, Faith
Bustos, Enriqueta
Cancel, Mercedes
Carbajal, Wendy
Cargus, Lakendra
Carlin, Nicholas EEOC

Carlson, Corinne
Carney, Camile
Carrillo, Francyne
Carter, Teresa
Cartwright, Angela
Cassel, Paul
Chambers, Elizabeth
Chambers, Felicia
Chanman, Janelle
Chapman, Lee
Chappell, Debra
Chavez, Dana
Chavez, Juan P.
Chilin, Nelson
Christian, Kelly
Clark, Michael
Clifford, Cheryl
Cohan, Howard
Conard, Kathleen
Contreras, Christine
Cooper, Andre
Cordova-Ochoa, Jaime
Cornejo, Katy
Coulter, Dorothy
Cox, Jill
Cromer, Adrian
Crump, Joy
Cruz, Feliciano
Cruz, Jeannette
Cryer, Beatris
Dash-Lokko, Felicia
Davis, Tammy
Davis, Taylor
De La Cruz, Cinthya
Debock, Beverly
Decosta, Sherrie
DeMaria, Gina
Ditman, Erika
Donnelly, Carol
Dorsey Watson, Yvonne
Dudkewic, Timothy
Dugan, Benella
Eckinger, Stephine
Eide, Tylor
Elias, Patrick
Emerson, Mary
Eskra-Brown, Amy
Espinosa, Kelley
Espinoza Ramirez, Carlos
Espinoza, Alejandro
Estrella, Rosario
Florida Fish and Wildlife Conservation Commission
Floyd, Samuel

Federal Trade Commission
Galloway, Sheryl
Gato, Birna
Gerson Companies, The
Gibson, Destiny
Giorgio, Erika
Glass, Kathleen
Glenn, Eva
Gonzales, Art
Gonzalez, Evaristo
Gramajo, Christopher
Griffey, Robin
Gunter, Daniel
Gut, Dawid
Guzman Galvez, Rene
Hale, Vincent
Hall, Cynthia
Hall, Deborah
Hamilton, June
Hamilton, Terri
Harper, Sheila
Hatcher, Theresa
Henderson, Raeshawn
Hensley, Charm
Herbert, Cierra
Hernandez-Mendoza, Jorge (George)
Hodnett, Melba
Hoffmann, Linda
Holquin (Holguin), Jennifer
Hornby, Linda
Howard, William
Imagesound Inc.
Jaco, Tina
Jafari Aura, Beta
Jafari, Nasiba
Jennings, Katie
Jimenez, Edgar
Johnson, Debra
Johnson, Mike
Johnson, Romonia
Jones, Keyandra
Jones, Rickey
Kemper, Janice
Kerns, Michele
Kessler, Deanna (Estate of OBO Redden, Hannah)
Kindlick, Le-Anne
King, Carol
King, Lydell
King, Michelle
Kirchner, Gary
Knight, Britany
Krantz, Ann
La Jolla Mira Mesa Property, LLC

Lacourse, Paul
Lala, Jaimi
Lancaster, Elizabeth
Land, Dorothy
Landrus, William
Lane, David
Lang, Lauren
Leach, Veronica
Lee, Ibbie
Liggons, Lonzo
Loeb, Richard
Long, Annette
Long, Esther
Lynch, Billie Jo
Maddox, Sherry
Mahoney, Kathleen
Maldonado, Johnathan
Malouin, Debra
Mann, Darla
Mann, Virginia
Martinez, Leah
Mason, Willie Ruth
McDermott, Tina
McDougall, Garrett
McFadden, Ann (Estate of) & Allen, Sherry
Mendoza, Edubina
Merone, Maria
Midulla, Lorinda
Millan, Belkis
Miller, Joey
Miller, Kris
Monroe, Matt
Moorman, Magadline
Morales-Euresti, Juanita
Moran Solares, Norma
Morris, Joyce
Mueller, Carlota
Munoz, Denise
Myers, Janet
Myers, Michael
Nelson, Janie
Nelson, Tracey
Nikki C. Barranco
Novak, Kaleb
Nunez, Daniel
Nunez, Edwin
Nunez, Genara
Oakadoaks LLC & Roberts, Matthew
Overton, Jonas
Owczarkowski, Norman
Paige, Cynthia
Parker fka Granata, Ilean
People of the State of California

Perez, Concha
Perkins, Erica
Peterson, Ebony
Peterson, Natiya
Phillips, Abigail
Phillips, Jayla
Pickett, Ashley
Pierce, Karen
Pirtle, Anna
Pizarro, Juanita
Pizzolato, Joel
Polm, Nicholas (Estate of) & Volkman, Melvina
Poutsma, Erick
Precila Balabbo
Ema Bell
Consumer Advocacy Group, Inc.
Center for Advanced Public Awareness
Consumer Protection Group, LLC
CalSafe Research Center, Inc.
Ecological Alliance, LLC
Environmental Health Advocates, Inc.
Dennis Johnson
Audrey Kallander
Puentes, Rosemary
Purcell, Andrianna
Purinton, Penny
Ragudo, Martha
Rainer, Carol
Ramirez, Elizabeth
Redding, Sherryl
Redmond-Lott, Ladonna
Reed, Barbara
Reed, Susan
Rich, Tiffany
Riddle, Trudy
Riggs, Bertha
Riggs, Sara
Rios, Crystal
Ripper Merchandise
Rivera Hernandez, Celestina
Roberson, Carol
Roberts, Patsy
Robertson, Shirley
Robinson, Tereasa
Rodriguez, Tisha
Rodriguez, Trinadie
Rosenberg, Karen
Rowe, Melody
Saaverda, Maria
Saenz, Priscilla
Salazar, Maria
Saldate, Christina
Sampson, Kerri

Sampson, Lisa
SC Licensing, LLC
Schnell, Nylene
Schwartz, Roseanne
Scullon, Maureen
Seaver, Susan
Shaw, Rashawn
Simmons, Eric
Smith, Teresa
Smith, Terri
State of New Jersey
State of New York
Steger, Randall
Stephens, Helen
Stern, Amy
Stoykovich, Austin
Strojnik, Peter
Sturges, Lisa
Tapia, Margarita
Tavera, Dianna
Taylor, Audrey
Telfer, Patricia
Torres, Norman
Town of Riverhead Highway Department
Treacy, Terry
Uzzle, Vernetta
Valdez, Santa
Verheyen, Jennifer
Wang, Karen
Wardlow, Johnnesha
Warren, Semetris
Watson, Melissa
Watson, Theodora
Watts, Jhona
Weiser, Joshua
Wheadon, Jolly
Williams, Demond
Williams, James
Wolfe, Linda
Wood, Lorraine
Woods, Christopher
Woolery, Jr., Ronald
Zakharin, Galina
Zamot, Cruz
Zdiera, Angela

**Litigation Parties' Opposing Counsel**
Aaron Becker Trial Attorney
Aaron G. Durden & Co., LPA
Abell & Assoc, LLC
Abramson Labor Group
Adamson Ahdoot
Amaro Law Firm

Anderson Law Firm, PC
Andrea Cook & Associates
Arnold & Porter Kaye Scholer LLP
Arroyo Law, Inc.
Attorney-In-Charge, International Trade Field Office
B&D Law Group APLC
Bailey Cavalieri, LLC
Banner Attorneys
Barlett & Grippe, LLC
Bazar And Associates
BB Law Group
Bellucci Law, APC
Berke, Berke & Berke
Bibiyan Law Group
Blackburn Romey
Blackstone Law
Boughter Sinak, LLC
Brandon J. Broderick, LLC
Bravo Law Firm
Brent M. Lowman, Esq., CPA
Brodsky & Smith LLP
Bryson Woulfe, PC, Attorneys at Law
Buitrago & Associates
Butler Norris & Gold
Byrd & Gonzalez P.A.
Calstrat Law Group, APC
Cantor, Wolff, Nicastro & Hall
Cash, Krugler and Fredericks, LLC
Century Park Law Group, LLP
Chalik & Chalik, PA
Chanfrau & Chanfrau
Chapman & Bowling, LLC
Child & Jackson
Christopher L. George, PC
Chute O'Malley Knobloch & Turcy, LLC
Cooper Elliott
Dana & Dana
Daspit Law Firm, PLLC
David Blackwell Law, LLC
Dell & Dean, PLLC
deLuca Levine
Deon Goldschmidt Attorneys, PLLC
Diversity Law Group, PC
Douglas Law Firm, PLLC
Downtown LA Law Group
Dozier Law Firm, LLC
Drafahl Law Firm
Duke Seth, PLLC
Duncan Law Firm, LLC
Dworclin & Maciariello The Georiga Law Lions
Employee Justice Legal Group
Englander Peebles
Farah & Farah, PA

Ferro, Juba, Mangano, PC
Flager & Associates, PC
Flood Law Firm, The
Forman Clothier Law Group, LLC
Fournaris & Sanet, PA
Frankl Kominsky Injury Lawyers
Fuerste, Carew, Juergens & Sudmeier, PC
Fuller, Fuller & Associates, PA
Gary K. Walch, ALC
Geisler & Weaver
Gillis Law Firm, LLC
Ginnis & Krathen, PA
Glankler Brown PLLC
Glass & Tabor, LLP
Goldstein, Buckley, Cechman, Rice & Purtz, PA
Gould & Jefferson LLP
Gruenloh Law Firm
Habush Habush & Rottier SC
Haggerty, Silverman & Justice, PC
Hamburg, Rubin, Mullin, Maxwell & Lupin, PC
Harding & Mazzotti,  LLP
Hardison & Cochran, PLLC
Harmon, Linder & Rogowsky
Harris Personal Injury Lawyers, Inc.
Hawthorne Atchison Riddle
Haymore & Holland, P.C.
Heidari Law Group, PC
HMC Civil Rights Law, PLLC
Holland Injury Law, LLC
Holloway Bethea & Others, PLLC
Jacoby & Meyers Attorney LLP
Jakubowski, Robertson, Maffei, Goldsmith & Tartaglia, LLP
James Hawkins, APLC
James Trauring & Associates, LLC
Jarrett & Price LLC
Jaurigue Law Group
JJC Law LLC
JML Law
John Wright Law Firm PLLC
Jones Law Firm
Josh Vorhees and Troy Bailey
JS Abrams Law, PC
Jurewitz Law Group
Kent Law PLC
King & Siegel LLP
Klein & Folchetti, PC
Koul Law Firm
Lauby, Mankin & Lauby, LLP
Law Office  of Greg K. Smith
Law Office of Andrew S. Blumer
Law Office of Arin Khodaverdian
Law Office of Ball & Yorke

Law Office of Charles M. Hammer
Law Office of David E. Gordon, The
Law Office of David H. Kaplan, LLC
Law Office of David Pourati
Law Office of Grosso & Sarkisian
Law Office of Jennifer I. Freeman
Law Office of Joann L. Pheasant
Law Office of Kaleb A. Godwin
Law Office of Ronald C. Cox
Law Office of Thomas Tona, PC
Law Office of Tomy J. Acosta
Law Office of Uriel E. Gribetz
Law Offices of Armen Zadourian
Law Offices of Carl Palomino, PA
Law Offices of Christopher L. Hamblen
Law Offices of Doner & Castro, PC
Law Offices of Ernest H. MacMillan
Law Offices of Fernando D. Vargas
Law Offices of Gerald L. Marcus
Law Offices of Glenn & West, LLC
Law Offices Of Ilan N Rosen Janfaza, APC
Law Offices of Jacob Emrani, APC
Law Offices of Jason Turchin
Law Offices of Michael R. Loewen
Law Offices of Ramin R. Younessi, APLC
Law Offices of Robert D. Berkun, LLC
Law Offices of Robin E. Paley, APLC
Law Offices Of Russell F. Behjatnia
Law Offices of Stephen J. Kleeman
Law Offices of Steve Gimblin
Law Offices of Stewart & O'Kula
Law Offices of William W. Green & Associates
Lawyers for Employee & Consumer Rights APC
Leavitt & Eldredge
Leonard Sciolla
Lexicon Law, PC
Lowenthal & Abrams, PC
Mandelbaum Barrett, PC
Manning Law, APC
Marshall P. Whalley & Associates, PC
Mat Law LLP
Matthew J. Consolo
Maximino Law, LLC
McCormick Law Firm
McKee Law, LLC, PA
McNeelylaw, LLP
Melmed Law Group, PC
Mendez Law Offices, PLLC
Michael Roofian & Associates, APC
Mickey Keenan, PA
Mills & Cahill, LLC
Mizrahi Kroub LLP
Moon Law Group, PC

Mooradian Law, APC
Morgan & Morgan
Morgan & Morgan Atlanta, PLLC
Morgan & Morgan Orlando, PA
Morgan & Morgan Tampa PA
Morgan & Morgan Tampa, PA
Morgan & Morgan, Kentucy PLLC
Morgan & Morgan, PA
Noam Glick, Glick Law Group
Office of General Counsel, Office of the U.S. Trade
Representative
Office of the Assistant Chief Counsel International
Trade Litigation, U.S. Customs and Border Protection
Olive, Sanchez & Associates, PLLC
O'Malley Tunstall, PC
Philips & Associates
Phillip Browarsky & Co., LLC
Piazza Law Group
Polaris Law Group
Prugh & Associates, PA
Rafii & Associates, PC
Ramey & Schwaller, LLP
Reginald McDaniel, Attorney at Law, LLC
Reisner & King LLP
Reuben Yeroushalmi
Rinehardt Law Firm
Robes Law Group, PLLC
Rogers & Driver, PSC
Rosenberg, Kirby, Cahill, Stankowitz & Richardson
Rubenstein Law, PA
Rucka O'Boyle Lombardo & McKenna
SC Licensing, LLC
Schmidt Kramer, PC
Schneider Williamson LLC
Schroeter, Goldmark & Bender
Seiller Waterman LLC
Seven Hills LLP - Kimberly Gates Johnson
Shapiro, Washburn & Sharp, PC
Shaw & Shaw, PC
Sheehan & Associates, PC
Shegerian & Associates
Shields Reeves, PLLC
Shiner Law Group, PA
Silva Injury Law, Inc.
Simon & Simon, PC
SoCal Equal Access Group
Soho Law Firm
Southern California Labor Law Group, PC
SP Law Group, A Professional Corporation
Spielberger Law Group
State of New Jersey
State of New York
State of Tennessee

Stein Law
Steven L. Chung, Esquire, LLC
Swartz Culleton PC
The Aguirre Law Firm, PLLC
The Barnes Firm, LC
The Blankenship Law Firm, PLLC
The Capital Law Firm
The Chiurazzi Law Group
The Flood Law Firm, LLC
The Florida Law Group
The Harrell Law Firm, LLC
The Law Office of Gregory S. Sconzo, PA
The Law Offices of Nooney, Roberts, Hewett & Nowicki
The Odierno Law Firm, P.C.
The Schapiro Law Gorup, PL
The Verdecia Law Firm, LLC
Thomas N. Thurlow & Associates, PC
Thompson, Brody & Kaplan, LLP
Tishbi Law Firm, APC
Tofer & Associates
Trujillo Gonzalez, PC
Turley, Peppel & Christen LLC
United States of America
US Department of Justice
Vineet Dubey
Watts Guerra LLP
Weaver & Fitzpatrick
Wham & Wham Lawyers
Willis Spangler Starling
Wilshire Law Firm
Winters & Yonker, PA
Wolfson Law Firm, LLP
Yates Law, LLC

**Bankruptcy Judges**
Chief Judge Laurie Selber Silverstein
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Mary F. Walrath
Judge Thomas M. Horan

**Members of U.S. Trustee's Office**
Andrew R. Vara
Benjamin Hackman
Fang Bu
Hannah M. McCollum
Jane Leamy
Jonathan Lipshie
Joseph Cudia

Joseph McMahon
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Richard Schepacarter
Rosa Sierra-Fox
Timothy J. Fox, Jr.

**Ordinary Course Professionals**
Alston & Bird LLP
Amin Talati Wasserman LLP
Avalara Inc
Baker & Hostetler LLP
Baker Mckenzie
Benesch Friedlander Coplan
Bradley Arant Boult Cummings
Bryce Downey & Lenkov LLC
Burns & Farrey PC
Chartwell Law Offices LLP
Davids & Cohen PC
Deloitte & Touche LLP
Deloitte Tax LLP
Fish & Richardson PC
Galloway Johnson Tompkins
Gibbs & Bruns LLP
Gordon Rees Scully & Mansukhani LLP
Greenberg Traurig LLP
Haight Brown & Bonesteel LLP
Hall & Evans LLC
Huth Reynolds LLP
Ice Miller LLP
Joele Frank Wilkinson Brimmer Katch
Kalbaugh Pfund & Messersmith PC
KPMG LLP
Law Offices of Michael Steel
Leak And Dougals PC
Lewis Thomason King Krieg & Waldrop
Mayer LLP
MB Law Group LLP
Meridian Compensation Partners LLC
Mintzer Sarowitz Zeris
Moore & Van Allen PLLC
Morgan Lewis & Bockius LLP
Murphy Sanchez PLLC
Norton Rose Fulbright US LLP
Nuzzo & Roberts LLC
PricewaterhouseCoopers LLP
Quinn Law Firm
Reed Smith LLP
Rendigs, Fry, Kiely & Dennis, LLP
Rock Hutchinson PLLP
Satterlee Gibbs PLLC
Sea LTD

Secrest Wardle Lynch Hampton
Segal McCambridge Singer
Steptoe & Johnson PLLC
Tax Credit Co
Thompson Hine LLP
Thomson Reuters West
Truitt Law Firm LLC
Vertex Inc
Vorys Sater Seymour Pease LLP
Young Moore And Henderson PA

**Temporary Labor/ Staffing Agencies**
Adecco Employment Services
Akkodis
Avi Foodsystems Inc
Avriel Ralys
Bam Marketing Services Ltd
Boren Brothers Waste Services
CHEP USA
City of Kentwood Treasurer
Compass Group
D&J Master Clean Inc
Daily Services
Distribution Solutions
Erg Staffing Service LLC
Express Services Inc
Forte Transportation
Fun Online Corporation
Furnituresource
Infosys Limited
It Xcel Consulting
Maxwell Consulting LLC
Minute Men Staffing Svc
Partners Personnel Management
Peopleshare LLC
Pridestaff
Retail Logistics Excellence Relexo
Snider Blake Personnel
Supriya Kolhatkar
Surge Staffing
Texoma Business Services LLC
Vertiv Corporation
Winsor Staffing LI&C
Everest Technologies

**Benefit Providers**
Anthem, Inc.
IEC Group, Inc. d/b/a AmeriBen
OptumRx
ArchimedesRx
Metropolitan Life Insurance Company
VSP Vision Care, Inc.
Sun Life and Health Insurance Company

Optum Financial, Inc.
Nationwide Mutual Insurance Company
The Allstate Corporation
Sedgwick Claims Management

**Shareholders**
FMR LLC
BlackRock, Inc.
Liechtensteinische Landesbank Aktiengesellschaft
The Vanguard Group, Inc.

**Equipment Lessors & Financing**
IBM Credit LLC
Mitsubishi HC Capital America

**Creditor Professionals**
Berkeley Research Group, LLC
Otterbourg P.C.
Choate, Hall & Stewart LLP

**Potential Purchasers/ Investors**
Nexus Capital Management LP

25358617.1

## Schedule 2

Porter Wright represents the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

### Depository Banks, Sureties, and Letter of Credit Providers
PNC Bank, National Association
PNC BANK
Wells Fargo Bank
Huntington Bank
US Bank
Bank Of America

### Insurance Providers
C.N.A
Chubb/Ace American Insurance Co.
Berkshire Hathaway Specialty Insurance Co.
Endurance American Insurance Company (Sompo)
Hudson Insurance Company
Federal Insurance Company
Travelers Casualty and Surety Company of America
Aon plc

### Utility Providers
Columbia Gas of Ohio

### Suppliers and Vendors
Procter & Gamble

### Real Estate Lessors/ Landlords
Bluegrass Partners LLC
M&T Bank
River Park Properties LLC

### Secured Lenders
PNC Bank, National Association
Huntington National Bank
U.S. Bank National Association
Wells Fargo Bank, National Association
Bank of America, N.A.
MUFG Bank, Ltd.

### Litigation Parties
Davis, Tammy
Johnson, Debra
Reed, Susan

### Ordinary Course Professionals
Moore & Van Allen PLLC

Vorys Sater Seymour Pease LLP

**Temporary Labor/ Staffing Agencies**
Daily Services

**Benefit Providers**
Nationwide Mutual Insurance Company
Sedgwick Claims Management

## Schedule 3

Porter Wright formerly represented the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

None.