## EXHIBIT C

Rule 2016 Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**STATEMENT OF PORTER, WRIGHT, MORRIS & ARTHUR LLP PURSUANT TO**
**11 U.S.C. § 329, FED. R. BANKR. 2016, AND DEL. BANKR. L.R. 2016-1**

Porter, Wright, Morris & Arthur LLP ("**Porter Wright**"), pursuant to section 329

of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure,

and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware, respectfully states as follows:

1.      Porter Wright is the proposed special counsel for the above-captioned

debtors and debtors in possession (the "**Debtors**") in these chapter 11 cases.

2.      This Statement is made and submitted in connection with the *Debtors'*

*Application for Entry of an Order Authorizing Retention and Employment of Porter, Wright,*

*Morris & Arthur LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to October 31, 2024* (the

"**Application**").[2]

3.      The Debtors have agreed to pay Porter Wright for the legal services

rendered or to be rendered on the Debtors' behalf by Porter Wright attorneys and paralegals, which

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined in this Statement are defined in the Application.

include those services set forth in the Application. The Debtors also have agreed to reimburse Porter Wright for its actual and necessary expenses incurred in connection with these chapter 11 cases.

4.       Porter Wright was retained by the Debtors pursuant to an engagement letter executed by the Debtors on October 31, 2024 (the "**Engagement Agreement**").

5.       Porter Wright has not been paid any other compensation by the Debtors within the ninety days before the Petition Date and Porter Wright is not a creditor of the Debtors.

6.       Porter Wright will seek approval of payment of compensation upon its filing of applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

7.       All filing fees in these chapter 11 cases have been paid.

8.       Porter Wright further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Porter Wright, or (b) any compensation another person or party has received or may receive.

Dated: December 20, 2024

Respectfully submitted,

/s/ 

Robert J. Tannous
Managing Partner of
Porter Wright Morris & Arthur LLP