## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*,[1] | ) Case No. 24-11967 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Document No. 511** |
| | ) |
| | ) **Obj. Deadline: January 15, 2025 at 4:00 p.m.** |
| | ) **Hearing Date: January 21, 2025 at 1:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 8, 2025, Clover Cortez LLC filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, located at 824 North Market Street, Wilmington, Delaware 19081 and served so as to actually be received by the undersigned attorneys for Clover Cortez LLC on or before **January 15, 2025 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable J. Kate Stickles at the Bankruptcy Court, 5th Floor, Courtroom 6, on **January 21, 2025 at 1:00 p.m.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 8, 2025
      Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

/s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
Email: whazeltine@sha-llc.com

and

Luis Martinez-Monfort, Esq.
Martinez-Monfort P.A.
4427 W Kennedy Blvd., Suite 250
Tampa FL  33609
Tel:  813-940-8383
Email:  luis@martinezmonfort.com

*Counsel for Clover Cortez LLC*