# E<span>XHIBIT</span> 1

**Lease Ledger**

Date: 1/6/2025
Property: 901904
**Tenant: t0002527 Big Lots Stores, Inc. #5171**
From Date: 11/01/2011  To Date: 01/31/2028
Move In Date: 11/01/2011
Unit(S): 5584

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 8/31/2024 | :Posted by QuickTrans (estcam) | 10,530.00 | 0.00 | 10,530.00 |
| 8/31/2024 | :Posted by QuickTrans (rent) | 15,222.18 | 0.00 | 25,752.18 |
| 8/31/2024 | :Posted by QuickTrans (Salestax) | 1,696.42 | 0.00 | 27,448.60 |
| 8/31/2024 | :Posted by QuickTrans (esttax) | 6,662.80 | 0.00 | 34,111.40 |
| 9/1/2024 | Common Area Estimate (09/2024) | 3,272.44 | 0.00 | 37,383.84 |
| 9/1/2024 | Sales Tax for Common Area Estimate (09/2024) | 98.17 | 0.00 | 37,482.01 |
| 9/1/2024 | Monthly Rent (09/2024) | 16,747.06 | 0.00 | 54,229.07 |
| 9/1/2024 | Sales Tax for Monthly Rent (09/2024) | 502.41 | 0.00 | 54,731.48 |
| 10/1/2024 | Common Area Estimate (10/2024) | 3,272.44 | 0.00 | 58,003.92 |
| 10/1/2024 | Sales Tax for Common Area Estimate (10/2024) | 98.17 | 0.00 | 58,102.09 |
| 10/1/2024 | Monthly Rent (10/2024) | 16,747.06 | 0.00 | 74,849.15 |
| 10/1/2024 | Sales Tax for Monthly Rent (10/2024) | 502.41 | 0.00 | 75,351.56 |
| 10/2/2024 | Chk# ACH | 0.00 | 18,791.76 | 56,559.80 |
| 10/22/2024 | 2021 CAM Rec Adjustment - Remove Roof Expenses | -745.55 | 0.00 | 55,814.25 |
| 10/22/2024 | Sales Tax on 2021 CAM Rec Adjustment | -22.37 | 0.00 | 55,791.88 |
| 10/22/2024 | 2022 CAM Rec Adjustment - Remove Roof Expense | -580.65 | 0.00 | 55,211.23 |
| 10/22/2024 | Sales Tax on 2022 CAM Rec Adjustment | -17.42 | 0.00 | 55,193.81 |
| 11/1/2024 | Common Area Estimate (11/2024) | 3,272.44 | 0.00 | 58,466.25 |
| 11/1/2024 | Sales Tax for Common Area Estimate (11/2024) | 98.17 | 0.00 | 58,564.42 |
| 11/1/2024 | Monthly Rent (11/2024) | 16,747.06 | 0.00 | 75,311.48 |
| 11/1/2024 | Sales Tax for Monthly Rent (11/2024) | 502.41 | 0.00 | 75,813.89 |
| 11/5/2024 | Chk# ACH | 0.00 | 18,791.76 | 57,022.13 |
| 11/19/2024 | Real Estate Tax Reimb 2024 | 39,144.17 | 0.00 | 96,166.30 |
| 11/19/2024 | Sales Tax - 5.5% on Real Estate Tax Reimb 2024 | 2,152.93 | 0.00 | 98,319.23 |
| 12/1/2024 | Common Area Estimate (12/2024) | 3,272.44 | 0.00 | 101,591.67 |
| 12/1/2024 | Sales Tax for Common Area Estimate (12/2024) | 98.17 | 0.00 | 101,689.84 |
| 12/1/2024 | Monthly Rent (12/2024) | 16,747.06 | 0.00 | 118,436.90 |
| 12/1/2024 | Sales Tax for Monthly Rent (12/2024) | 502.41 | 0.00 | 118,939.31 |
| 12/4/2024 | Chk# ACH | 0.00 | 18,791.76 | 100,147.55 |
| 12/17/2024 | Insurance Claim Reimbursement - Demolition of Mechanical Penthouse | 30,850.00 | 0.00 | 130,997.55 |
| 12/18/2024 | Curb Cutting & TPO Repair Reimbursement - Baker Roofing Co Inv 300118 | 15,737.00 | 0.00 | 146,734.55 |
| 1/1/2025 | Common Area Estimate (01/2025) | 3,272.44 | 0.00 | 150,006.99 |
| 1/1/2025 | Sales Tax for Common Area Estimate (01/2025) | 98.17 | 0.00 | 150,105.16 |
| 1/1/2025 | Monthly Rent (01/2025) | 16,747.06 | 0.00 | 166,852.22 |
| 1/1/2025 | Sales Tax for Monthly Rent (01/2025) | 502.41 | 0.00 | 167,354.63 |
| 1/6/2025 | Chk# ACH | 0.00 | 18,791.76 | **148,562.87** |

*Pro-ration of September Rent*

| | | |
|---|---:|---:|
| Petition Date: 9/9/24 | | |
| Total Amount Due for Sept | $ | 20,620.08 |
| 9/1 to 9/8 | $ | 5,498.69 |
| 9/9 to 9/30 | $ | 15,121.39 |
| | | |
| **Pre-Petition Amount (up to 9/8/24)** | $ | 39,610.09 |
| **Post-Petition (9/9/24 to current)** | $ | 108,952.78 |
| **Total Amount Due** | $ | 148,562.87 |

Page 1 of 1

| | Amount Due | Comments |
|---|---|---|
| Unpaid Base Rent | $ 17,249.47 | Tenant failed to pay Base Rent for September 2024. |
| Unpaid CAM | $ 37,944.34 | Tenant has short paid the monthly CAM reimbursement due from January 2022 up to the present time. Tenant performed a detailed multi-year CAM audit, which was reviewed by Landlord. As a result, Landlord reduced the outstanding CAM balance by $1,365.99. |
| Pending Insurance Claim for Roof | $ 53,680.00 | Pursuant to Section 12 of the Tenant's lease with the Landlord, Tenant is responsible for property insurance for the Demised Premises. During Hurricane Milton, the roof sustained damage for which the Tenant's insurance should be drawn upon. Landlord is conducting repairs on Tenant's behalf and the cost for such is being charged to Tenant's account balance, which Tenant may seek to recoup from their insurer at their election. |
| **Correct Cure Amount** | **$ 108,873.81** | |

*Notes:*

*Unpaid Base Rent and Unpaid CAM are inclusive of Sales Tax*

*Pending Insurance Claim for Roof is based on estimates from third party providers; Final expense total to be provided*

*Copies of Tenant's ledger and supporting documents for insurance claim are available upon request*