## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 8th day of January 2025, a copy of the foregoing *Clover Cortez, LLC's Motion for Allowance and Payment of Administrative Expense Claim* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |

*U.S. Trustee:*

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

*Counsel to the Committee:*

| | |
|---|---|
| Darren Azman, Esq. | Justin R. Alberto, Esq. |
| Kristin G. Going, Esq. | Stacy L. Newman, Esq. |
| McDermott Will & Emery LLP | Cole Schotz P.C. |
| One Vanderbilt Avenue | 500 Delaware Avenue, Suite 1410 |
| New York, NY 10017 | Wilmington, DE 19801 |
| dazman@mwe.com | jalberto@coleschotz.com |
| kgoing@mwe.com | snewman@coleschotz.com |

| | |
|---|---|
| January 8, 2025 | /s/ William A. Hazeltine |
| Date | William A. Hazeltine |