## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.,*[1] | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Document No. ___** |
| | ) | |

### ORDER GRANTING COLLIN CREEK ASSOCIATES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Collin Creek Associates, LLC ("**Collin Creek**"), having filed its *Motion for Allowance and Payment of Administrative Expense Claim* ("**Motion**")[2], and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1.      The Motion is GRANTED.

2.      Collin Creek is granted an allowed post-petition chapter 11 administrative expense claim pursuant to sections 363(d)(3) and 503(b)(1) of the Bankruptcy Code in the amount of $106,797.08.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

3.      The Debtors are ordered to pay all past-due post-petition amounts owing to Collin Creek within seven (7) days of entry of this Order.