# E<span>XHIBIT</span> B

1/8/2025 6:19 PM

## AR Aging Detail

DB Caption: Production   Property: z628510   Tenant: t0005661   Status: Current, Past, Future   Entity Type: Tenant   Age As Of: 12/31/2024   Post To: 12/2024   All Selected Charge Codes

* Base Currency:  usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collin Creek (z628510)** | | | | | | | | | | | | | | | | | | | |
| **Big Lots (t0005661)** | | | | | | | | | | | | | | | | | | | |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400011455 | C-1803200 | INS - Insurance | 12/4/2024 | 12/4/2024 | 12/2024 | 15,471.18 | 0.00 | 15,471.18 | 15,471.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,471.18 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400011455 | C-1803199 | RET - Real Estate Taxes | 12/4/2024 | 12/4/2024 | 12/2024 | 76,809.86 | 0.00 | 76,809.86 | 76,809.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76,809.86 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202400009325 | C-1759245 | CAM - Common Area Maintenance | 9/19/2024 | 10/1/2024 | 10/2024 | 2,352.42 | 0.00 | 2,352.42 | 0.00 | 0.00 | 0.00 | 2,352.42 | 0.00 | 0.00 | 2,352.42 |
| ustax | z628510 | c0000440 | Big Lots (t0005661) | 202300010884 | C-1614964 | RET - Real Estate Taxes | 12/8/2023 | 12/7/2023 | 12/2023 | 77,742.93 | 0.00 | 1,547.47 | 0.00 | 0.00 | 0.00 | 0.00 | 1,547.47 | 0.00 | 1,547.47 |
| | | | **Total For t0005661** | | | | | | | 172,376.39 | 0.00 | 96,180.93 | 92,281.04 | 0.00 | 0.00 | 2,352.42 | 1,547.47 | 0.00 | 96,180.93 |
| | **Total For z628510** | | | | | | | | | 172,376.39 | 0.00 | 96,180.93 | 92,281.04 | 0.00 | 0.00 | 2,352.42 | 1,547.47 | 0.00 | 96,180.93 |
| **Grand Total** | | | | | | | | | | 172,376.39 | 0.00 | 96,180.93 | 92,281.04 | 0.00 | 0.00 | 2,352.42 | 1,547.47 | 0.00 | 96,180.93 |

UserId : C968203 Date : 12/18/2024 Time :