IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Brian C. Free, Esquire of Hillis Clark Martin & Peterson, P.S. to represent WRP Gateway, LLC, WRP Washington Plaza, LLC, and Wallace Properties – Kennewick, LLC in the above-captioned case.

Dated: January 8, 2025　　　　　　　　　　*/s/ GianClaudio Finizio*
Wilmington, Delaware　　　　　　　　　　GianClaudio Finizio (No. 4253)
　　　　　　　　　　　　　　　　　　　　BAYARD, P.A.
　　　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Email: gfinizio@bayardlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, the United States District Court for the Western and Eastern Districts of Washington, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that, in accordance with the Revised Standing Order for District Court Fund effective December 21, 2023, the annual fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

January 8, 2025　　　　　　　　　　　　*/s/ Brian C. Free*
　　　　　　　　　　　　　　　　　　　　Brian C. Free
　　　　　　　　　　　　　　　　　　　　**HILLIS CLARK MARTIN & PETERSON, P.S.**
　　　　　　　　　　　　　　　　　　　　999 Third Avenue, Suite 4600
　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98126
　　　　　　　　　　　　　　　　　　　　Email: brian.free@hcmp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.