# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Chapter 11) |
| Debtors[1]. | (Jointly Administered) |
| | **Objection Deadline: January 22, 2025 at 4:00 p.m. (ET)** |
| | **Hearing Date: To Be Determined** |

## NOTICE OF MOTION OF STANDARD FIBER, LLC FOR ALLOWANCE AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that, on January 8, 2025, Standard Fiber, LLC, by and through its counsel, filed the *Motion of Standard Fiber, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim* (the "***Motion***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be scheduled at a date to be determined before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Court and served on the undersigned, on or before **January 22, 2025 at 4:00 p.m. (ET)** (the "*Objection Deadline*").

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE RECEIVED PRIOR TO THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 8, 2025<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Ericka F. Johnson*<br>Ericka F. Johnson, Esq. (DE Bar No. 5024)<br>Steven D. Adler, Esq. (DE Bar No. 6257)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Tel: (302) 655-5000<br>Email: ejohnson@bayardlaw.com<br>           sadler@bayardlaw.com<br><br>- and -<br><br>Lauren Kanzer (*pro hac vice* pending)<br>Ariane Erfani Jazi (*pro hac vice* pending)<br>**VINSON & ELKINS LLP**<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, New York 10036<br>Tel: 212.237.0166<br>Fax: 917.849.5380<br>Email: lkanzer@velaw.com<br>           aerfani@velaw.com<br><br>*Attorneys For Standard Fiber, LLC* |