**Exhibit B**

**Summary Statement**



# Statement

|  |  |
|---|---|
| **Date** | 1/3/2025 |
| **Amount Due** | $560,949.20 |
| **Terms** | 1% 30 Net 30 |
| **Currency** | US Dollar |

Standard Fiber, LLC
919 East Hillsdale Blvd. Suite 100
Foster City CA 94404
United States

**Bill To**
Big Lots, Inc.
4900 E Dublin Granville Rd
Columbus OH 43081-7651
United States

| Description | Customer Invoice # | Date | Customer PO | Due Date | Org Invoice Amt | Remaining Amt |
|---|---|---|---|---|---|---|
| Balance Forward |  | 10/18/2024 |  |  |  | 0.00 |
| Invoice #INS4174351 | INVS17904192 | 10/18/2024 | 0095424696 | 11/17/2024 | 13,992.00 | 13,992.00 |
| Invoice #INS4174333 | INVS17901759 | 10/18/2024 | 0095424696 | 11/17/2024 | 17,063.28 | 17,063.28 |
| Invoice #INS4174334 | INVS17903861 | 10/18/2024 | 0095424696 | 11/17/2024 | 16,776.00 | 16,776.00 |
| Invoice #INS4174356 | INVS17907397 | 10/18/2024 | 0095609192 | 11/17/2024 | 13,866.96 | 138.67 |
| Invoice #INS4174355 | INVS17924578 | 10/21/2024 | 0095609144 | 11/20/2024 | 16,776.00 | 16,776.00 |
| Invoice #INS4174359 | INVS17938029 | 10/22/2024 | 0095609432 | 11/21/2024 | 16,776.00 | 16,776.00 |
| Invoice #INS4174350 | INVS17935401 | 10/22/2024 | 0095424698 | 11/21/2024 | 13,992.00 | 13,992.00 |
| Invoice #INS4174348 | INVS17939547 | 10/22/2024 | 0095414031 | 11/21/2024 | 23,613.40 | 236.13 |
| Invoice #INS4174358 | INVS17937928 | 10/22/2024 | 0095609432 | 11/21/2024 | 13,629.40 | 13,629.40 |
| Invoice #INS4174349 | INVS17934423 | 10/22/2024 | 0095424698 | 11/21/2024 | 16,776.00 | 16,776.00 |
| Invoice #INS4176706 | INVS18000554 | 10/29/2024 | 0095609144 | 11/28/2024 | 2,145.44 | 2,145.44 |
| Invoice #INS4174352 | INVS17915510 | 11/11/2024 | 0095513231 | 12/11/2024 | 37,114.56 | 37,114.56 |
| Invoice #INS4174353 | INVS17915513 | 11/11/2024 | 0095513232 | 12/11/2024 | 29,750.56 | 29,750.56 |
| Invoice #INS4174357 | INVS17915512 | 11/11/2024 | 0095609273 | 12/11/2024 | 23,933.00 | 23,933.00 |
| Invoice #INS4174360 | INVS17915509 | 11/11/2024 | 0095609528 | 12/11/2024 | 10,751.44 | 10,751.44 |
| Invoice #INS4174354 | INVS17915511 | 11/11/2024 | 0095513233 | 12/11/2024 | 12,003.32 | 12,003.32 |
| Invoice #INS4178845 | INVS18134260 | 11/12/2024 | 0095637770 | 12/12/2024 | 12,786.12 | 12,786.12 |
| Invoice #INS4178844 | INVS18134259 | 11/12/2024 | 0095641491 | 12/12/2024 | 10,106.00 | 10,106.00 |
| Invoice #INS4182501 | INVS18223842 | 11/25/2024 | 0095641492 | 12/25/2024 | 14,089.84 | 14,089.84 |
| Invoice #INS4183090 | INVS18231788 | 11/26/2024 | 0095666925 | 12/26/2024 | 8,109.12 | 8,109.12 |
| Invoice #INS4183879 | INVS18238504 | 11/27/2024 | 0095666926 | 12/27/2024 | 8,109.12 | 8,109.12 |
| Invoice #INS4183882 | INVS18240605 | 11/27/2024 | 0095666927 | 12/27/2024 | 8,109.12 | 8,109.12 |
| Invoice #INS4183235 | INVS18232207 | 12/9/2024 | 0095504008 | 1/8/2025 | 6,781.04 | 6,781.04 |
| Invoice #INS4183234 | INVS18231670 | 12/9/2024 | 0095609159 | 1/8/2025 | 8,191.80 | 8,191.80 |
| Invoice #INS4183091 | INVS18232206 | 12/9/2024 | 0095504006 | 1/8/2025 | 80,371.00 | 80,371.00 |
| Invoice #INS4183092 | INVS18231568 | 12/9/2024 | 0095504007 | 1/8/2025 | 77,829.92 | 77,829.92 |
| Invoice #INS4183884 | INVS18238711 | 12/11/2024 | 0095609443 | 1/10/2025 | 22,913.00 | 22,913.00 |
| Invoice #INS4187710 | INVS18237992 | 12/11/2024 | 0095609159 | 1/10/2025 | 42,378.88 | 42,378.88 |
| Invoice #INS4187664 | INVS18238922 | 12/11/2024 | 0095504008 | 1/10/2025 | 19,320.44 | 19,320.44 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total Amt Due |
|---|---|---|---|---|---|
| 257,786.08 | 174,862.20 | 128,300.92 | 0.00 | 0.00 | $560,949.20 |