## Exhibit C

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 24-11967 (JKS) |
| | ) | |
| BIG LOTS, INC., *et al.*, | ) | (Chapter 11) |
| | ) | |
| Debtors[1]. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No.: ___** |

## ORDER GRANTING MOTION OF STANDARD FIBER, LLC FOR ALLOWANCE AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the motion (the "***Motion***") filed by Standard Fiber, LLC (the "***Claimant***") for allowance and to compel payment of administrative expense claims pursuant to 11 U.S.C. § 503(b) and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided: and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.     The Motion is **GRANTED** as set forth herein.

2.     The Claimant's administrative expense claim against the Debtors is approved in the total amount of $560,949.20.

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

3.      The Debtors are directed to pay the allowed administrative expense claim of the Claimant in the total amount of $560,949.20 within seven days of the entry of this Order.

4.      Any and all rights and remedies that Claimant may have against the Debtors and any of their non-debtor affiliates are expressly preserved.

5.      Nothing in this Order shall prejudice the rights of the Claimant to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

6.      Nothing contained in the Motion or this Order shall constitute, nor is it intended to constitute, (a)  an election of remedies; (b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; or (c)  a waiver or limitation of any rights of Claimant, including, without limitation, a waiver of rights, claims, actions, or defenses to which Claimant is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, or defenses, are expressly reserved by Claimant.

7.      The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.