IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Brian C. Free, Esquire of Hillis Clark Martin & Peterson, P.S. to represent WRP Gateway, LLC, WRP Washington Plaza, LLC, and Wallace Properties – Kennewick, LLC in the above-captioned case.

Dated: January 8, 2025
Wilmington, Delaware

*/s/ GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Email: gfinizio@bayardlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, the United States District Court for the Western and Eastern Districts of Washington, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that, in accordance with the Revised Standing Order for District Court Fund effective December 21, 2023, the annual fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

January 8, 2025

*/s/ Brian C. Free*
Brian C. Free
**HILLIS CLARK MARTIN & PETERSON, P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98126
Email: brian.free@hcmp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January 9th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE