**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Lauren R. Kanzer, Esquire of Vinson & Elkins LLP to represent Standard Fiber, LLC in the above-captioned case.

Dated: January 8, 2025       */s/ Ericka F. Johnson*
Wilmington, Delaware       Ericka F. Johnson (No. 5024)
               BAYARD, P.A.
               600 N. King Street, Suite 400
               Wilmington, Delaware 19801
               Email: EJohnson@bayardlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that, in accordance with the Revised Standing Order for District Court Fund effective December 21, 2023, the annual fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

               */s/ Lauren R. Kanzer*
               Lauren R. Kanzer
               **VINSON & ELKINS LLP**
               1114 Avenue of the Americas, Floor 32
               New York, NY 10036
               Email: lkanzer@velaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 9th, 2025**       **J. KATE STICKLES**
**Wilmington, Delaware**        **UNITED STATES BANKRUPTCY JUDGE**