## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC*., et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Ross Stores, Inc. and Ross Dress for Less, Inc. (collectively, "Ross") hereby appears through their substituted counsel, Cross & Simon, LLC ("Cross & Simon"). Ross seeks to substitute Cross & Simon for their original counsel, Bayard, P.A. ("Bayard"), in the above-referenced cases. Bayard will no longer represent Ross in the above-referenced case in any capacity, and all such representations will be undertaken by Cross & Simon.

[Remainder of page intentionally left blank]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: January 9, 2025
Wilmington, Delaware

| BAYARD, P.A. | CROSS & SIMON, LLC |
|---|---|
| */s/ Ericka F. Johnson* | */s/ Kevin S. Mann* |
| Ericka F. Johnson (No. 5024) | Kevin S. Mann (No. 4576) |
| 600 North King Street, Suite 400 | 1105 North Market Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 655-5000 | Telephone: (302) 777-4200 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 777-4224 |
| E-mail: ejohnson@bayardlaw.com | E-mail: kmann@crosslaw.com |
| *Former Counsel for Ross* | *Substitution Counsel for Ross* |