**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Big Lots, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS AND NOTICES TO BASS, BERRY & SIMS PLC

Pursuant to Rules 2002, 4001 and 9010 of the Federal Rules of Bankruptcy Procedure and any other applicable provisions of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code or Local Rules, Pea Ridge Partners, LLC, Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and Shelbyville Partners, LLC, creditors, and the undersigned attorneys hereby request that any notice that must be or is sent to any creditor, any official committee or any other party in interest in or related to this case (whether sent by the Court, the U.S. Trustee, the Trustee or any person or other entity involved in the case) also be sent to the following:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**Gene L. Humphreys**
**Bass, Berry & Sims PLC**
**21 Platform Way South, Suite 3500**
**Nashville, TN 37203**
**Tel. (615) 742-6200**
**Fax (615) 742-6293**
**ghumphreys@bassberry.com**

This request includes, without limitation, all orders, proposed orders, notices (including notices of any and all proposed abandonments, sales of property or other actions), applications, motions, petitions, pleadings, requests, complaints, demands, plans and disclosure statements, whether formal, informal, written or oral.

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, it is further requested that the names and addresses of said party in interest and attorneys be used and added to the Court's master mailing list(s).

DATED:  January 9, 2025

/s/ Gene L. Humphreys
Gene L. Humphreys
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
ghumphreys@bassberry.com

*Attorneys for Pea Ridge Partners, LLC, Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and Shelbyville Partners, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed January 9, 2025, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

                                                          /s/ Gene L. Humphreys
                                                          Gene L. Humphreys