## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2025, I caused a true and correct copy of *Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the following counsel via electronic mail:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick, Esq.
Adam L. Shpeen , Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

COLE SCHOTZ P.C.
Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Jack M. Dougherty, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com

COLE SCHOTZ P.C.
Sarah A. Carnes, Esq.
1325 Avenue of the Americas, 19th
Floor
New York, NY 10019
Email: scarnes@coleschotz.com

MCDERMOTT WILL & EMERY LLP
Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

Linda J. Casey, Esq.
The United States Trustee for the
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

Dated: January 9, 2025

/s/ Michael Busenkell
Michael Busenkell (DE 3933)