# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** |

**ORDER GRANTING MOTION OF JBL/CREST MILLS
FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF
CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

JBL/Crest Mills ("Crest"), having filed its *Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief* (the "Motion"),[2] and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Crest is granted an allowed post-petition chapter 11 administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code in the amount of $575,979.95.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

2

        3.        The Debtors are ordered to pay all past-due post-petition amounts owing to Crest within five (5) days of entry of this Order, and otherwise in accordance with the parties' Agreement as such amounts become due.

        4.        This Order shall be immediately effective upon entry.

        5.        The Court shall retain jurisdiction over the interpretation and enforcement of this Order.