# EXHIBIT B

| Item Number | Item Date | Customer Name | Item Amount | Due Date | Trade Style | Days Past Due | Terms | PO Number |
|---|---|---|---|---|---|---|---|---|
| 70623289 | 11/11/2024 | Big Lots Inc DIP | $ 8,460.00 | 1/5/2025 | 42 - JBL TRADING, LLC | -12 | NET 45 ROG | 0095667784 |
| 70623290 | 11/11/2024 | Big Lots Inc DIP | $ 8,760.00 | 1/5/2025 | 42 - JBL TRADING, LLC | -12 | NET 45 ROG | 0095667785 |
| 70623291 | 11/11/2024 | Big Lots Inc DIP | $ 5,580.00 | 1/5/2025 | 42 - JBL TRADING, LLC | -12 | NET 45 ROG | 0095667786 |

| Item Number | Item Date | Customer Name | Item Amount | Due Date | Trade Style | Days Past Due | Terms | PO Number |
|---|---|---|---|---|---|---|---|---|
| C22877 | 10/10/2024 | Big Lots Inc DIP | $ 18,414.30 | 11/9/2024 | CK - Crest Brands, LLC | 45 | 2% 30 | 0095616553 |
| C22930 | 10/11/2024 | Big Lots Inc DIP | $ 14,143.50 | 11/10/2024 | CK - Crest Brands, LLC | 44 | 2% 30 | 0095616548 |
| C22931 | 10/11/2024 | Big Lots Inc DIP | $ 18,225.25 | 11/10/2024 | CK - Crest Brands, LLC | 44 | 2% 30 | 0095616551 |
| C23931 | 11/19/2024 | Big Lots Inc DIP | $ 53,437.50 | 12/19/2024 | CK - Crest Brands, LLC | 5 | 2% 30 | 0095645906 |
| C23968 | 11/21/2024 | Big Lots Inc DIP | $ 44,893.60 | 12/21/2024 | CK - Crest Brands, LLC | 3 | 2% 30 | 0095644463 |
| C23985 | 11/22/2024 | Big Lots Inc DIP | $ 71,733.00 | 12/22/2024 | CK - Crest Brands, LLC | 2 | 2% 30 | 0095644464 |
| C23989 | 11/22/2024 | Big Lots Inc DIP | $ 9,781.40 | 12/22/2024 | CK - Crest Brands, LLC | 2 | 2% 30 | 0095653087 |
| C23991 | 11/22/2024 | Big Lots Inc DIP | $ 7,554.00 | 12/22/2024 | CK - Crest Brands, LLC | 2 | 2% 30 | 0095653088 |
| C23992 | 11/22/2024 | Big Lots Inc DIP | $ 23,141.15 | 12/22/2024 | CK - Crest Brands, LLC | 2 | 2% 30 | 0095645906 |
| C23990 | 11/22/2024 | Big Lots Inc DIP | $ 39,620.55 | 12/22/2024 | CK - Crest Brands, LLC | 2 | 2% 30 | 0095644465 |
| C24060 | 11/26/2024 | Big Lots Inc DIP | $ 51,300.00 | 12/26/2024 | CK - Crest Brands, LLC | -2 | 2% 30 | 0095645905 |
| C24061 | 11/26/2024 | Big Lots Inc DIP | $ 8,952.00 | 12/26/2024 | CK - Crest Brands, LLC | -2 | 2% 30 | 0095653086 |
| C24103 | 12/2/2024 | Big Lots Inc DIP | $ 56,702.40 | 1/1/2025 | CK - Crest Brands, LLC | -8 | 2% 30 | 0095645907 |
| C24107 | 12/1/2024 | Big Lots Inc DIP | $ 32,062.50 | 12/31/2024 | CK - Crest Brands, LLC | -7 | 2% 30 | 0095645906 |
| C24197 | 12/9/2024 | Big Lots Inc DIP | $ 35,135.28 | 1/8/2025 | CK - Crest Brands, LLC | -15 | 2% 30 | 0095641710 |
| C24198 | 12/5/2024 | Big Lots Inc DIP | $ 33,851.40 | 1/4/2025 | CK - Crest Brands, LLC | -11 | 2% 30 | 0095641709 |
| C24208 | 12/6/2024 | Big Lots Inc DIP | $ 34,232.52 | 1/5/2025 | CK - Crest Brands, LLC | -12 | 2% 30 | 0095641711 |

# BILL OF LADING

**Date:** December 4, 2024

Page 1 -1

## SHIP FROM
**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:**  FOB: ☐

**Bill of Lading Number:** C091140

(402)201746530

## SHIP TO
**Name:** BIG LOTS 0874
**Address:** 50 RAUSCH CREEK RD
**City/State/Zip:** TREMONT PA 17981
**Pool ID:**
**MVDP #:**
**Vendor#:** 5002379  FOB: ☐

**CARRIER NAME:** CH ROBINSON
**Trailer number:** D708
**Seal number(s):** 056998
**SCAC:** RBTW
**Pro number:**

(9012K)RBTW

## THIRD PARTY FREIGHT CHARGES BILL TO:
**Name:** C.H ROBINSON WOLRDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect __X__   3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
405172104-8359044

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095641710 | 261 | 10722 | Y | N | S182548 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 261 | 10722 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 261 | CASE | 261 | CASE | 10722 | | | 49940 | 100 |
| | | 18 | PLT | 720 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 261 | | 261 | | 11442 | | **GRAND TOTAL** | | |

**ATTACHED 1 ENVELOPE**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $ _____**
**Fee Terms:** Collect ☐  Prepaid ☐
**Customer check acceptable:** ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:**
☐ By Shipper
☑ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

12/05/24

Gurpinder Singh 12-09-24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29140865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/12/24
**Duns Number:** 9618O7562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **TREMONT DC - #0874** |
| **4900 E. DUBLIN GRANVILLE RD.** | **50 RAUSCH CREEK RD** |
| **Columbus, OH 43081** | **TREMONT, PA 179811734** |
| | **ATTN: 0874** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095641710
**Department:**

**Warehouse:** 865
**Control #:** C29140

**DC Number:**
**Store Number:** 00000874
**EDI Store Number:** 0874

**Start Date:** 11/15/24
**Cancel Date:** 11/21/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| DFL300B-BLK-9-11 | 810515311 | 194382031841 | 1860 | 60 | 31 |
| DFL300W-WHT-9-11 | 810515312 | 194382031858 | 1860 | 60 | 31 |
| DFL301W-WHT-9-11 | 810515313 | 194382031865 | 1380 | 60 | 23 |
| DFL301B-BLK-9-11 | 810515314 | 194382031872 | 840 | 60 | 14 |
| DFM300B-BLK-10-13 | 810515315 | 194382031889 | 1560 | 60 | 26 |
| DFM300W-WHT-10-13 | 810515316 | 194382031896 | 1980 | 60 | 33 |
| DFM301B-BLK-10-13 | 810515317 | 194382031902 | 1200 | 60 | 20 |
| DFM301W-WHT-10-13 | 810515318 | 194382031919 | 1920 | 60 | 32 |
| DFM302B-BLK-10-13 | 810515319 | 194382031926 | 1044 | 36 | 29 |
| DFM302W-WHT-10-13 | 810515320 | 194382031933 | 792 | 36 | 22 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Totals:** | 14436 | | 261 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 10916.18
**Cubic Feet:** 1084.14

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

Date: December 4, 2024

# BILL OF LADING

Page 1-1

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** C29139

(402)201746547

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS 870 |
| **Address:** | 2855 SELMA HIGWAY |
| **City/State/Zip:** | MONTGOMERY AL 36108 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379 FOB: ☐ |

**CARRIER NAME:** CH ROBINSON
**Trailer number:** 1606
**Seal number(s):** 057154
**SCAC:** RBTW
**Pro number:**

(9012K)RBTW

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect __X__    3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

40517205 - 8591094

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095641709 | 251 | 10455.9 | Y | N | S182547 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 251 | 10455.9 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 251 | CASE | 251 | CASE | 10455.9 | | | 49940 | 100 |
| | | 18 | PLT | 720 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| 251 | | 251 | | 11175.9 | | **GRAND TOTAL** | | |

ATTACHED 1 ENVELOPE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ ."

**COD Amount: $**
**Fee Terms:** C     Prepaid: ☐
**Customer check acceptable:** ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

12/5/24

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☐ By Shipper |
| ☑ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

12/5/24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**


Crest Mills

*Pick Ticket*

**Pick Ticket Number:** C29139865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/12/24
**Duns Number:** 9618O7562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **MONTGOMERY DC - #0870** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2855 SELMA HWY** |
| **Columbus, OH 43081** | **MONTGOMERY, AL 361085035** |
| | **ATTN: 0870** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095641709
**Department:**

**Warehouse:** 865
**Control #:** C29139

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Start Date:** 11/15/24
**Cancel Date:** 11/21/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| DFL300B-BLK-9-11 | 810515311 | 194382031841 | 1500 | 60 | 25 |
| DFL300W-WHT-9-11 | 810515312 | 194382031858 | 1620 | 60 | 27 |
| DFL301W-WHT-9-11 | 810515313 | 194382031865 | 1320 | 60 | 22 |
| DFL301B-BLK-9-11 | 810515314 | 194382031872 | 720 | 60 | 12 |
| DFM300B-BLK-10-13 | 810515315 | 194382031889 | 1560 | 60 | 26 |
| DFM300W-WHT-10-13 | 810515316 | 194382031896 | 1680 | 60 | 28 |
| DFM301B-BLK-10-13 | 810515317 | 194382031902 | 1740 | 60 | 29 |
| DFM301W-WHT-10-13 | 810515318 | 194382031919 | 1620 | 60 | 27 |
| DFM302B-BLK-10-13 | 810515319 | 194382031926 | 1224 | 36 | 34 |
| DFM302W-WHT-10-13 | 810515320 | 194382031933 | 756 | 36 | 21 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 13740 | | 251 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 10634.21
**Cubic Feet:** 1052.59

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

IF- OR- 112
DOOR- 112

# BILL OF LADING

**Date:** November 20, 2024

Page 1

## SHIP FROM
**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:** FOB: ☐

Bill of Lading Number: C2928, C291535

(402)201745908

## SHIP TO
**Name:** BIG LOTS DC 0879
**Address:** 2306 ENTERPRISE DR
**City/State/Zip:** DURANT OK 74701
**Pool ID:**
**MVDP #:**
**Vendor#:** SUD2379  FOB: ☐

**CARRIER NAME:** CH ROBINSON LTL
**Trailer number:** 719
**Seal number(s):** 057199

**SCAC:** RBCL
**Pro number:**

(9012K)RBCL

## THIRD PARTY FREIGHT CHARGES BILL TO:
**Name:** C.H ROBINSON WOLRDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____  Collect __X__  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
40516290, 40515840-857845

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095644465 | 274 | 8698.3998 | Y | N | S181754  15 |
| 0095653088 | 54 | 1653.9 | Y | N | S181762  3 |
| **GRAND TOTAL** | **328** | **10352.2998** | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 328 | CASE | 328 | CASE | 10352.2998 | | SOCKS | 49940 | 100 |
| | | 18 | PLT | 720 | | Pallet Weight | 105345 | 70 |
| 328 | | 328 | | 11072.2998 | | | | |

**GRAND TOTAL** 11072.2998

**ATTACHED 1 ENVELOPE**

**COD Amount:** $ _____
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

**SHIPPER SIGNATURE / DATE** 11/22/24
Trailer Loaded: ☑ By Shipper
Freight Counted: ☑ By Driver/Pieces
**CARRIER SIGNATURE / PICKUP DATE** 11/22/24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**

**CM**
**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29298865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 961807562
**Page:** 1 Of 2

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **DURANT DC - #0879** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2306 ENTERPRISE DR** |
| **Columbus, OH 43081** | **DURANT, OK 747011964** |
|  | **ATTN: 0879** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095644465
**Department:**

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Warehouse:** 865
**Control #:** C29298

**Start Date:** 10/25/24
**Cancel Date:** 10/31/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APW147-BLK-9-11 | 810786789 | 019770113384 | 630 | 30 | 21 |
| APW147-BWH-9-11 | 810734511 | 019770113391 | 756 | 30 | 26 |
| APW147-WHT-9-11 | 810796445 | 019770113407 | 630 | 30 | 21 |
| APW150-MUL-9-11 | 810796444 | 019770146313 | 630 | 30 | 21 |
| APW151-PNK-9-11 | 810796443 | 019770146320 | 630 | 30 | 21 |
| APW154-MUL-9-11 | 810796442 | 019770146351 | 630 | 30 | 21 |
| APW155-MUL-9-11 | 810796441 | 019770146368 | 630 | 30 | 21 |
| BCW566-BLK-9-11 | 810796440 | 194382064474 | 180 | 60 | 3 |
| BCW568-BLU-9-11 | 810796439 | 194382064504 | 480 | 60 | 8 |
| BCW582-PNK-9-11 | 810796438 | 194382069530 | 780 | 30 | 26 |
| BCW871-BLU-9-11 | 810796435 | 019770102067 | 1140 | 60 | 19 |
| BCW872-PNK-9-11 | 810796434 | 019770102081 | 180 | 60 | 3 |
| BCW873-MUL-9-11 | 810796433 | 019770102111 | 300 | 60 | 5 |
| BCMW570-MUL-9-11 | 810796431 | 019770101718 | 600 | 60 | 10 |

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**CM**

**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29298865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 961807562
**Page:** 2 Of 2

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**DURANT DC - #0879**
**2306 ENTERPRISE DR**
**DURANT, OK 747011964**

**ATTN: 0879**

**Customer Number:** BIGLOTC0
**PO Number:** 0095644465
**Department:**

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Warehouse:** 865
**Control #:** C29298

**Start Date:** 10/25/24
**Cancel Date:** 10/31/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BCMW571-MUL-9-11 | 810796430 | 019770101732 | 600 | 60 | 10 |
| BCMW574-WHT-9-11 | 810796429 | 019770101763 | 600 | 60 | 10 |
| BCMW575-MUL-9-11 | 810796428 | 019770101770 | 600 | 60 | 10 |
| BCMW576-WHT-9-11 | 810796427 | 019770101787 | 600 | 60 | 10 |
| BCMW717-MUL-9-11 | 810796425 | 019770143114 | 480 | 60 | 8 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | **Totals:** | **11076** |  | **274** |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 8900.1
**Cubic Feet:** 930.2

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

# BILL OF LADING

Date: October 9, 2024

Page 1—

### SHIP FROM

**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:**

FOB: ☐

**Bill of Lading Number:** CJ8 7116 CJ8 W8P CJ8 7 9

(402)201742495

### SHIP TO

**Name:** BIG LOTS DC 0879
**Address:** 2306 ENTERPRISE DR
**City/State/Zip:** DURANT OK 74701
**Pool ID:**
**MVDP #:**
**Vendor#:** 50002379

FOB: ☐

**CARRIER NAME:** JB HUNT
**Trailer number:** 297780
**Seal number(s):** 976991

**SCAC:** HJBM
**Pro number:**

(9012K)HJBM

### THIRD PARTY FREIGHT CHARGES BILL TO:

**Name:** C.H ROBINSON WOLRDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

**Prepaid** _____   **Collect** __X__   **3rd Party** _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
40507153, 40507148, 40507122-841709

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095614434 | 58 | 2494 | Y | N | S178582  5 |
| 0095616550 | 101 | 2517.5999 | Y | N | S179306  6 |
| 0095616553 | 203 | 5110.9399 | Y | N | S179309  10 |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | **362** | **10122.5398** | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Secton 2(e) of NMFC item 360 | NMFC # | CLASS |
| 362 | CASE | 362 | CASE | 10122.5398 | | | 49940 | 100 |
| | | 21 | PLT | 840 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| 362 | | 362 | | 10962.5398 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount: $** _____
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

## ATTACHED
N/A
## 1 ENVELOPE

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

10/10/24

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

10-10-24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**

S14ES82

**CM**

Crest Mills

*Pick Ticket*

**Pick Ticket Number:** C28606865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/22/24
**Duns Number:** 9618O7562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **DURANT DC - #0879** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2306 ENTERPRISE DR** |
| **Columbus, OH 43081** | **DURANT, OK 747011964** |
| | **ATTN: 0879** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095614434
**Department:**

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Warehouse:** 865
**Control #:** C28606

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BL138CZ60-F24 | 810736067 | 019770139049 | 3480 | 60 | 58 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 3480 | | 58 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**

**Weight:** 2493.42

**Cubic Feet:** 483.84

**Corrected Freight Charges:** _____

**Corrected Weight:** _____

**Corrected Cubic Feet:** _____

**Corrected Total Cartons:** _____

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C28716865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| BIG LOTS STORES INC. | DURANT DC - #0879 |
| 4900 E. DUBLIN GRANVILLE RD. | 2306 ENTERPRISE DR |
| Columbus, OH 43081 | DURANT, OK 747011964 |
| | ATTN: 0879 |

**Customer Number:** BIGLOTC0
**PO Number:** 0095616550
**Department:**

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Warehouse:** 865
**Control #:** C28716

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BCW648-BLK-9-11-T | 810786846 | 194382075739 | 600 | 60 | 10 |
| BCW648-NVY-9-11-T | 810786845 | 194382075722 | 600 | 60 | 10 |
| BCW649-BLK-9-11-T | 810786844 | 194382075753 | 300 | 60 | 5 |
| BCW649-NVY-9-11-T | 810786843 | 194382075746 | 600 | 60 | 10 |
| BCW906-MUL-9-11 | 810786842 | 019770111540 | 300 | 60 | 5 |
| BCW908-BLU-9-11 | 810786841 | 019770111588 | 240 | 60 | 4 |
| BCW908-MUL-9-11 | 810786790 | 019770111595 | 240 | 60 | 4 |
| APW147-BLK-9-11 | 810786789 | 019770113384 | 300 | 30 | 10 |
| APW147-BWH-9-11 | 810734511 | 019770113391 | 288 | 30 | 10 |
| RRF126-BWH-9-11 | 810786788 | 019770117191 | 600 | 60 | 10 |
| RRF129-BLK-9-11 | 810786787 | 019770117290 | 600 | 60 | 10 |
| APW79-BWH-9-11 | 810786786 | 194382086094 | 180 | 60 | 3 |
| RRW420-BLK-9-11 | 810786785 | 194382083802 | 300 | 60 | 5 |
| RRW420-BWH-9-11 | 810786784 | 194382083796 | 300 | 60 | 5 |

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C28716865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 2 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **DURANT DC - #0879** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2306 ENTERPRISE DR** |
| **Columbus, OH 43081** | **DURANT, OK 747011964** |
| | **ATTN: 0879** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095616550
**Department:**

**Warehouse:** 865
**Control #:** C28716

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 5448 | | 101 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**

**Weight:** 2666.09

**Cubic Feet:** 313.67

**Corrected Freight Charges:** _____

**Corrected Weight:** _____

**Corrected Cubic Feet:** _____

**Corrected Total Cartons:** _____

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C28719865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 1 Of 1

**Bill To:**
BIG LOTS STORES INC.
4900 E. DUBLIN GRANVILLE RD.
Columbus, OH 43081

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK 747011964

**ATTN: 0879**

**Customer Number:** BIGLOTC0
**PO Number:** 0095616553
**Department:**

**Warehouse:** 865
**Control #:** C28719

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APM105-BLK-10-13 | 810786859 | 194382055861 | 396 | 36 | 11 |
| APM155-BWH-10-13 | 810786858 | 019770114169 | 216 | 30 | 8 |
| APM152-MUL-10-13 | 810786857 | 194382055892 | 468 | 30 | 16 |
| APM155-BLK-10-13 | 810601655 | 194382055885 | 468 | 30 | 16 |
| APM157-MUL-10-13 | 810786856 | 194382055908 | 468 | 30 | 16 |
| APM104-BLK-10-13 | 810786855 | 194382055939 | 612 | 36 | 17 |
| APM154-MUL-10-13 | 810786854 | 194382055922 | 288 | 30 | 10 |
| DFM306-BLK-10-13 | 810786853 | 019770128029 | 930 | 30 | 31 |
| DFM306-WHT-10-13 | 810786852 | 019770128012 | 930 | 30 | 31 |
| MOM380-BBR-10-13 | 810786849 | 019770123628 | 150 | 30 | 5 |
| MOM380-MUL-10-13 | 810786848 | 019770123659 | 630 | 30 | 21 |
| MOM380-NGR-10-13 | 810786847 | 019770123642 | 630 | 30 | 21 |
| | | | | | |
| | | | | | |
| | | Totals: | 6186 | | 203 |

Order Instructions:

Customer Instructions:

**Freight Charges:**                           Corrected Freight Charges: _____

**Weight: 5409.69**                            Corrected Weight: _____

**Cubic Feet: 588.54**                         Corrected Cubic Feet: _____

                                               Corrected Total Cartons: _____

# BILL OF LADING

**Date:** November 18, 2024 | | **Page 1**

## SHIP FROM

**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:**                                    FOB: ☐

**Bill of Lading Number:** C29532

(402)201745694

## SHIP TO

**Name:** BIG LOTS 0874
**Address:** 50 RAUSCH CREEK RD
**City/State/Zip:** TREMONT PA 17981
**Pool ID:**
**MVDP #:**
**Vendor#:** 5002379                           FOB: ☐

**CARRIER NAME:** CH ROBINSON LTL
**Trailer number:** 5313
**Seal number(s):** 056980

**SCAC:** RBCL
**Pro number:**

(9012K)RBCL

## THIRD PARTY FREIGHT CHARGES BILL TO:

**Name:** C.H ROBINSON WOLRDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
**Prepaid** _____ **Collect** __X__ **3rd Party** _____

**SPECIAL INSTRUCTIONS:**
405160090-857474

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095653087 | 72 | 2291.1733 | (Y) | N | S181760 |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 72 | 2291.1733 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 72 | CASE | 72 | CASE | 2291.1733 | | *SPKS* | 49940 | 100 |
| | | 5 | PLT | 200 | | Pallet Weight | 105345 | 70 |
| 72 | | 72 | | 2491.1733 | | **GRAND TOTAL** | | |

**ATTACHED 1 ENVELOPE**

**COD Amount: $** _____
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established between the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/19/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Anna Lucero   11-22-24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



Crest Mills

*Pick Ticket*

**Pick Ticket Number:**  C29554865001
**Phone:**  212-564-1231
**Pick Ticket Date:**  11/05/24
**Duns Number:**  9618O7562
**Page:**  1 Of  1

---

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**TREMONT DC - #0874**
**50 RAUSCH CREEK RD**
**TREMONT, PA 179811734**

**ATTN: 0874**

---

**Customer Number:**  BIGLOTC0
**PO Number:**  0095653087
**Department:**

**Warehouse:**  865
**Control #:**  C29554

**DC Number:**
**Store Number:**  00000874
**EDI Store Number:**  0874

**Start Date:** 11/01/24
**Cancel Date:** 11/07/24
**Ship Via:** SEE ROUTING

---

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APW147-WHT-9-11 | 810796445 | 019770113407 | 1140 | 30 | 38 |
| BCW876-WHT-9-11 | 810796432 | 019770102180 | 176 | 60 | 3 |
| APW152-MUL-9-11 | 810798003 | 019770146337 | 930 | 30 | 31 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 2246 | | 72 |

**Order Instructions:**

**Customer Instructions:**

---

**Freight Charges:**
**Weight: 2298.83**
**Cubic Feet: 246.45**

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

P-4
83
TRK#1   DOOR 124

**Date:** November 20, 2024

# BILL OF LADING

Page 1 —1

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** C29328-1

(402)201745892

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS 0874 |
| **Address:** | 50 RAUSCH CREEK RD |
| **City/State/Zip:** | TREMONT PA 17981 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379   FOB: ☐ |

**CARRIER NAME:** UBER FREGHT L
**Trailer number:** 269171
**Seal number(s):** 057146

**SCAC:** UFLB
**Pro number:**

(9012K)UFLB

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:**   *(freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect __X__   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

40515 844-855903

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095645906 | 612 | 17825.25 | Y  N | S181758 |
| | | | | |
| **GRAND TOTAL** | 612 | 17825.25 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 612 | CASE | 612 | CASE | 17825.25 | | Socks | 49940 | 100 |
| | | 30 | PLT | 1200 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| 612 | | 612 | | 19025.25 | | | | |

**GRAND TOTAL**

**ATTACHED 1 ENVELOPE**

**COD Amount: $ _____**
**Fee Terms:**   Collect ☐   Prepaid ☐
**Customer check acceptable:** ☑

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ .

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/22/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

11/22/24



**Precise Distribution Inc**
12215 Holly St
Riverside, Ca 92509

# Packing List

**Shipment** S181758
**Ship Date**

| Client | Ship From | Ship To |
|---|---|---|
| CREST BRANDS | PRECISE C/O CREST BRANDS | BIG LOTS 0874 |
| 43 West 33rd Street Suite 603 | 12215 HOLLY ST | 50 RAUSCH CREEK RD |
| New York, NY 10001 | RIVERSIDE, CA 92509 | TREMONT, PA 17981 |
| United States | United States | United States |

**PICK** C29328865-1
**CONTAINE**

**VEDNOR#**
**VEDNOR#**

**Consign Ref** 0095645906
**Carrier**
**Order Date** 11/8/2024

| Qty Shipped | Item Number | | Description | | | Grs Wgt |
|---|---|---|---|---|---|---|
| | Alt 1 Qty | Lot | | | Alt 2 Qty | |
| 251 EACH | APM105-BLK-10-13 | | Socks | 1PLT | 251 | 213.35 |
| | 6.9723 CASE | | | | | |
| 1,110 EACH | APM155-MUL-10-13 | | Socks | 2PLT | 1020 | 939.8 |
| | 37 CASE | | | | | |
| 840 EACH | L8M287-WHT-BCF-10-13 | | Socks | 2PLT | 1361 | 1,281 |
| | 35 CASE | | | | | |
| 528 EACH | L8M149-BW-10-13 | | Socks | 1PLT | 793 | 752.4 |
| | 22 CASE | | | | | |
| 264 EACH | L8M151-MUL-10-13 | | Socks | 1PLT | 417 | 376.2 |
| | 11 CASE | | | | | |
| 2,250 EACH | MOM364-BLK-10-13 | | Socks | 6PLT | 4040 | 3,800 |
| | 125 CASE | | | | | |
| 2,250 EACH | MOM364-MUL-10-13 | | Socks | 6PLT | 4040 | 3,800 |
| | 124.9999 CASE | | | | | |
| 2,250 EACH | MOM364-WHT-10-13 | | Socks | 6PLT | 4040 | 3,800 |
| | 125 CASE | | | | | |
| 2,250 EACH | MOM363-BLK-10-13 | | Socks | 5PLT | 3503 | 2,862.5 |
| | 125 CASE | | | | | |
| 11,993 | 611.9722 | | | | | 17,825.25 |

F-DN-113 B 3002-114

# BILL OF LADING

**Date:** December 5, 2024      Page 1—1

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** C29141

(402)201746653

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS DC 0879 |
| **Address:** | 2306 ENTERPRISE DR |
| **City/State/Zip:** | DURANT OK 74701 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379    FOB: ☐ |

**CARRIER NAME:** CH ROBINSON
**Trailer number:** 1809
**Seal number(s):** 056847

**SCAC:** RBTW
**Pro number:**

(9012K)RBTW

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

**Prepaid** _____    **Collect** __X__    **3rd Party** _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:** 40577 204-859679

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095641711 | 254 | 10538.2 | Ⓨ | N | S182549 |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 254 | 10538.2 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 254 | CASE | 254 | CASE | 10538.2 | | | 49940 | 100 |
| | | 18 | PLT | 720 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| 254 | | 254 | | 11258.2 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**ATTACHED 1 ENVELOPE**

**COD Amount: $ _____**
**Fee Terms:** _____
**Customer check acceptable:** ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

12/6/24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29141865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/12/24
**Duns Number:** 961807562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **DURANT DC - #0879** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2306 ENTERPRISE DR** |
| **Columbus, OH 43081** | **DURANT, OK 747011964** |
| | **ATTN: 0879** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095641711
**Department:**

**DC Number:**
**Store Number:** 00000879
**EDI Store Number:** 0879

**Warehouse:** 865
**Control #:** C29141

**Start Date:** 11/15/24
**Cancel Date:** 11/21/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| DFL300B-BLK-9-11 | 810515311 | 194382031841 | 1560 | 60 | 26 |
| DFL300W-WHT-9-11 | 810515312 | 194382031858 | 1680 | 60 | 28 |
| DFL301W-WHT-9-11 | 810515313 | 194382031865 | 1320 | 60 | 22 |
| DFL301B-BLK-9-11 | 810515314 | 194382031872 | 1020 | 60 | 17 |
| DFM300B-BLK-10-13 | 810515315 | 194382031889 | 1680 | 60 | 28 |
| DFM300W-WHT-10-13 | 810515316 | 194382031896 | 1620 | 60 | 27 |
| DFM301B-BLK-10-13 | 810515317 | 194382031902 | 1380 | 60 | 23 |
| DFM301W-WHT-10-13 | 810515318 | 194382031919 | 1740 | 60 | 29 |
| DFM302B-BLK-10-13 | 810515319 | 194382031926 | 1080 | 36 | 30 |
| DFM302W-WHT-10-13 | 810515320 | 194382031933 | 864 | 36 | 24 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Totals:** | **13944** | | **254** |

**Order Instructions:**

**Customer Instructions:**

| Freight Charges: | Corrected Freight Charges: _____ |
|---|---|
| **Weight:** 10713.35 | **Corrected Weight:** _____ |
| **Cubic Feet:** 1061.89 | **Corrected Cubic Feet:** _____ |
| | **Corrected Total Cartons:** _____ |

**Date:** November 26, 2024

# BILL OF LADING

**Page 1**

## SHIP FROM

**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:**                                      FOB: ☐

**Bill of Lading Number:** *C 29295*

(402)201746288

## SHIP TO

**Name:** BIG LOTS DC 0879
**Address:** 2306 ENTERPRISE DR
**City/State/Zip:** DURANT OK 74701
**Pool ID:**
**MVDP #:**
**Vendor#:** 5002379                             FOB: ☐

**CARRIER NAME:** JB HUNT INTERMODAL
**Trailer number:** *268875*
**Seal number(s):** *057093*

**SCAC:** HJBI
**Pro number:**

(9012K)HJBI

## THIRD PARTY FREIGHT CHARGES BILL TO:

**Name:** C.H ROBINSON WOLRDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect __X__    3rd Party _____

**SPECIAL INSTRUCTIONS:** *40516033-856230*

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095645907 | 656 | 17401.2 | (Y) | N | S181751 |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | **656** | **17401.2** | | | |

**ATTACHED 1 ENVELOPE W/ PACKING LIST**

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 656 | CASE | 656 | CASE | 17401.2 | | | 49940 | 100 |
| | | 29 | PLT | 1160 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **656** | | **656** | | **18561.2** | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____*

**COD Amount: $ _____**
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

*MW 11/27/24*

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

12-2-24

**JBL TRADING LLC/CREST MILLS**
3 WEST 35TH STREET, 5TH FL
NEW YORK, NY 10001
USA

**CM**
**Crest Mills**
*Pick Ticket*

**Pick Ticket Number:** C29295865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/13/24
**Duns Number:** 961807562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| BIG LOTS STORES INC. | DURANT DC - #0879 |
| 4900 E. DUBLIN GRANVILLE RD. | 2306 ENTERPRISE DR |
| Columbus, OH 43081 | DURANT, OK 747011964 |
| | ATTN: 0879 |

| | |
|---|---|
| **Customer Number:** BIGLOTC0 | **DC Number:** |
| **PO Number:** 0095645907 | **Store Number:** 00000879 |
| **Department:** | **EDI Store Number:** 0879 |
| **Warehouse:** 865 | **Start Date:** 11/01/24 |
| **Control #:** C29295 | **Cancel Date:** 11/07/24 |
| | **Ship Via:** SEE ROUTING |

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| L8M287-WHT-BCF-10-13 | 810796640 | 194382063606 | 480 | 24 | 20 |
| L8M151-MUL-10-13 | 810796644 | 194382018767 | 144 | 24 | 6 |
| MOM364-BLK-10-13 | 810735437 | 019770101879 | 1260 | 18 | 70 |
| MOM364-MUL-10-13 | 810735436 | 019770101862 | 1260 | 18 | 70 |
| MOM364-WHT-10-13 | 810735435 | 019770101855 | 1260 | 18 | 70 |
| MOM363-BLK-10-13 | 810735438 | 019770101817 | 1260 | 18 | 70 |
| MOM363-MUL-10-13 | 810796645 | 019770101800 | 1260 | 18 | 70 |
| MOM363-WHT-10-13 | 810796646 | 019770101794 | 1260 | 18 | 70 |
| MOM362-BLK-10-13 | 810735440 | 019770101848 | 1260 | 18 | 70 |
| MOM362-MUL-10-13 | 810796647 | 019770101831 | 1260 | 18 | 70 |
| MOM362-WHT-10-13 | 810735439 | 019770101824 | 1260 | 18 | 70 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Totals:** | 11964 | | 656 |

Order Instructions:

Customer Instructions:

| | |
|---|---|
| **Freight Charges:** | **Corrected Freight Charges:** _____ |
| **Weight:** 17471.61 | **Corrected Weight:** _____ |
| **Cubic Feet:** 1811.3 | **Corrected Cubic Feet:** _____ |
| | **Corrected Total Cartons:** _____ |

Aisle 4 "UF"

DOOR 124 TRK #2

| Date: November 18, 2024 | **BILL OF LADING** | | Page 1 |
|---|---|---|---|

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** C293282

(402)201745700

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS 0874 |
| **Address:** | 50 RAUSCH CREEK RD |
| **City/State/Zip:** | TREMONT PA 17981 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379 FOB: ☐ |

**CARRIER NAME:** UBER FREGHT L
**Trailer number:** 9075
**Seal number(s):** 056722
**SCAC:** UFLB
**Pro number:**

(9012K)UFLB

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ☐   Collect _X_   3rd Party ___

**SPECIAL INSTRUCTIONS:**
40515845- 8 Store004

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | ADDITIONAL SHIPPER INFO |
| 0095645906 | 625 | 15137.5 | Y  N | S181771 |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTAL** | 625 | 15137.5 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | NMFC # | CLASS |
| 625 | CASE | 625 | CASE | 15137.5 | | 49940 | 100 |
| | | 25 | PLT | 1000 | | 105345 | 70 |
| | | | | Pallet Weight | | | |
| | | | | | | | |
| 625 | | 625 | | 16137.5 | | | |

COMMODIFTY DESCRIPTION
*Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360*

SOCKS

**GRAND TOTAL**

**ATTACHED 1 ENVELOPE**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___*

**COD Amount:** $ ___
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/19/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.



**3PL CAMELOT SOFTWARE**

# Packing List

**Shipment** S181771
**Ship Date**

**Precise Distribution Inc**
12215 Holly St
Riverside, Ca 92509

| **Client** | **Ship From** | **Ship To** |
|---|---|---|
| CREST BRANDS | PRECISE C/O CREST BRANDS | BIG LOTS 0874 |
| 43 West 33rd Street Suite 603 | 12215 HOLLY ST | 50 RAUSCH CREEK RD |
| New York, NY 10001 | RIVERSIDE, CA 92509 | TREMONT, PA 17981 |
| United States | United States | United States |

**PICK** C29328865-2
**CONTAINE**

**VEDNOR#**
**VEDNOR#**

**Consign Ref** 0095645906
**Carrier**
**Order Date** 11/8/2024

| Qty Shipped | Alt 1 Qty | Item Number | Lot | Description | | Alt 2 Qty | Grs Wgt |
|---|---|---|---|---|---|---|---|
| 2,250 EACH | | MOM363-MUL-10-13 125 CASE | | Socks | 5PLT | 3063 | 2,862.5 |
| 2,250 EACH | | MOM363-WHT-10-13 125 CASE | | Socks | 5PLT | 3030 | 2,862.5 |
| 2,250 EACH | | MOM362-BLK-10-13 125 CASE | | Socks | 5PLT | 3338 | 3,137.5 |
| 2,250 EACH | | MOM362-MUL-10-13 125 CASE | | Socks | 5PLT | 3338 | 3,137.5 |
| 2,250 EACH | | MOM362-WHT-10-13 125 CASE | | Socks | 5PLT | 3338 | 3,137.5 |
| 11,250 | | 625 | | | | | 15,137.5 |

**Date:** November 14, 2024

# BILL OF LADING

Page 1_1

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** C29294

(402)201745502

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS 870 |
| **Address:** | 2855 SELMA HIGWAY |
| **City/State/Zip:** | MONTGOMERY AL 36108 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379 FOB: ☐ |

**CARRIER NAME:** CH ROBINSON
**Trailer number:** 9007
**Seal number(s):** 056726
**SCAC:** RBTW
**Pro number:**

(9012K)RBTW

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**SPECIAL INSTRUCTIONS:**
405158Ч7-8560039

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____ Collect __X__ 3rd Party _____

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095644463 | 310 | 9850.4797 | (Y) | N | S181752 |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 310 | 9850.4797 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 310 | CASE | 310 | CASE | 9850.4797 | | SOCKS | 49940 | 100 |
| | | 19 | PLT | 760 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 310 | | 310 | | 10610.4797 | | | | |

**ATTACHED 1 ENVELOPE**

**GRAND TOTAL**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____".

**COD Amount: $ _____**
**Fee Terms:**
**Customer check acceptable:** ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/18/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

11/27/2024

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**

**CM**
**Crest Mills**

*Pick Ticket*

Pick Ticket Number:   C29296865001
Phone:   212-564-1231
Pick Ticket Date:   11/05/24
Duns Number:   961807562
Page:   1 Of  2

| | |
|---|---|
| **Bill To:**<br>**BIG LOTS STORES INC.**<br>**4900 E. DUBLIN GRANVILLE RD.**<br>**Columbus, OH 43081** | **Ship To:**<br>**MONTGOMERY DC - #0870**<br>**2855 SELMA HWY**<br>**MONTGOMERY, AL 361085035**<br><br>**ATTN: 0870** |

| | |
|---|---|
| **Customer Number:**  BIGLOTC0<br>**PO Number:**  0095644463<br>**Department:** | **DC Number:**<br>**Store Number:**  00000870<br>**EDI Store Number:**  0870 |
| **Warehouse:**  865<br>**Control #:**  C29296 | **Start Date:** 10/25/24<br>**Cancel Date:** 10/31/24<br>**Ship Via:** SEE ROUTING |

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APW147-BLK-9-11 | 810786789 | 019770113384 | 690 | 30 | 23 |
| APW147-BWH-9-11 | 810734511 | 019770113391 | 840 | 30 | 28 |
| APW147-WHT-9-11 | 810796445 | 019770113407 | 720 | 30 | 24 |
| APW150-MUL-9-11 | 810796444 | 019770146313 | 720 | 30 | 24 |
| APW151-PNK-9-11 | 810796443 | 019770146320 | 720 | 30 | 24 |
| APW154-MUL-9-11 | 810796442 | 019770146351 | 720 | 30 | 24 |
| APW155-MUL-9-11 | 810796441 | 019770146368 | 720 | 30 | 24 |
| BCW566-BLK-9-11 | 810796440 | 194382064474 | 179 | 60 | 3 |
| BCW568-BLU-9-11 | 810796439 | 194382064504 | 536 | 60 | 9 |
| BCW582-PNK-9-11 | 810796438 | 194382069530 | 900 | 30 | 30 |
| BCW871-BLU-9-11 | 810796435 | 019770102067 | 1320 | 60 | 22 |
| BCW872-PNK-9-11 | 810796434 | 019770102081 | 177 | 60 | 3 |
| BCW873-MUL-9-11 | 810796433 | 019770102111 | 297 | 60 | 5 |
| BCMW570-MUL-9-11 | 810796431 | 019770101718 | 660 | 60 | 11 |

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29296865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 96180 7562
**Page:** 2 Of 2

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**MONTGOMERY DC - #0870**
**2855 SELMA HWY**
**MONTGOMERY, AL 361085035**

**ATTN: 0870**

**Customer Number:** BIGLOTC0
**PO Number:** 0095644463
**Department:**

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Warehouse:** 865
**Control #:** C29296

**Start Date:** 10/25/24
**Cancel Date:** 10/31/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BCMW571-MUL-9-11 | 810796430 | 019770101732 | 660 | 60 | 11 |
| BCMW574-WHT-9-11 | 810796429 | 019770101763 | 720 | 60 | 12 |
| BCMW575-MUL-9-11 | 810796428 | 019770101770 | 720 | 60 | 12 |
| BCMW576-WHT-9-11 | 810796427 | 019770101787 | 720 | 60 | 12 |
| BCMW717-MUL-9-11 | 810796425 | 019770143114 | 540 | 60 | 9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 12559 | | 310 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**

**Weight:** 10082.65

**Cubic Feet:** 1053.57

**Corrected Freight Charges:** _____

**Corrected Weight:** _____

**Corrected Cubic Feet:** _____

**Corrected Total Cartons:** _____

OR-126

# BILL OF LADING

Date: November 19, 2024

Page 1

| SHIP FROM | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

Bill of Lading Number: C29294, C29553

(402)201745830

| SHIP TO | |
|---|---|
| **Name:** | BIG LOTS 870 |
| **Address:** | 2855 SELMA HIGWAY |
| **City/State/Zip:** | MONTGOMERY AL 36108 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | 5002379 |
| | FOB: ☐ |

CARRIER NAME: RXO LOGISTICS
Trailer number: W99353
Seal number(s): 916673

SCAC: XPOL
Pro number:

(9012K)XPOL

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐     Collect _X_     3rd Party ____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:** 40515841, 40515839 - 85000/0

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095645905 | 603 | 15874.8 | Y | N | S181750  25 |
| 0095653086 | 64 | 1956.6 | Y | N | S181759  4 |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 667 | 17831.4 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODIFTY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 667 | CASE | 667 | CASE | 17831.4 | | SOCKS | 49940 | 100 |
| | | 29 | PLT | 1160 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 667 | | 667 | | 18991.4 | | | | |

**ATTACHED 1 ENVELOPE**
AH

**GRAND TOTAL**
COD Amount: $ _____
Fee Terms:
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ "

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

11/21/24

11-26-24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**CM**
Crest Mills

*Pick Ticket*

**Pick Ticket Number:** C29294865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 9618O7562
**Page:** 1 Of 1

---

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**MONTGOMERY DC - #0870**
**2855 SELMA HWY**
**MONTGOMERY, AL 361085035**

**ATTN: 0870**

---

**Customer Number:** BIGLOTC0
**PO Number:** 0095645905
**Department:**

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Warehouse:** 865
**Control #:** C29294

**Start Date:** 11/01/24
**Cancel Date:** 11/07/24
**Ship Via:** SEE ROUTING

---

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| MOM364-BLK-10-13 | 810735437 | 019770101879 | 1278 | 18 | 71 |
| MOM364-MUL-10-13 | 810735436 | 019770101862 | 1278 | 18 | 71 |
| MOM364-WHT-10-13 | 810735435 | 019770101855 | 1278 | 18 | 71 |
| MOM363-BLK-10-13 | 810735438 | 019770101817 | 1278 | 18 | 71 |
| MOM363-MUL-10-13 | 810796645 | 019770101800 | 666 | 18 | 37 |
| MOM363-WHT-10-13 | 810796646 | 019770101794 | 1242 | 18 | 69 |
| MOM362-BLK-10-13 | 810735440 | 019770101848 | 1278 | 18 | 71 |
| MOM362-MUL-10-13 | 810796647 | 019770101831 | 1278 | 18 | 71 |
| MOM362-WHT-10-13 | 810735439 | 019770101824 | 1278 | 18 | 71 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 10854 | | 603 |

**Order Instructions:**

**Customer Instructions:**

---

**Freight Charges:**
**Weight:** 15891.78
**Cubic Feet:** 1645.97

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29553865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 96180 7562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **MONTGOMERY DC - #0870** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2855 SELMA HWY** |
| **Columbus, OH 43081** | **MONTGOMERY, AL 361085035** |
| | **ATTN: 0870** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095653086
**Department:**

**Warehouse:** 865
**Control #:** C29553

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Start Date:** 11/01/24
**Cancel Date:** 11/07/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APW147-WHT-9-11 | 810796445 | 019770113407 | 720 | 30 | 24 |
| APW152-MUL-9-11 | 810798003 | 019770146337 | 810 | 30 | 27 |
| BCMW629-BLK-9-11 | 810798004 | 019770145569 | 780 | 60 | 13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 2310 | | 64 |

**Order Instructions:**

**Customer Instructions:**

| | |
|---|---|
| **Freight Charges:** | **Corrected Freight Charges:** _____ |
| **Weight:** 2027.02 | **Corrected Weight:** _____ |
| **Cubic Feet:** 210.12 | **Corrected Cubic Feet:** _____ |
| | **Corrected Total Cartons:** _____ |

# BILL OF LADING

**Date:** November 18, 2024                                                                 **Page 1**

### SHIP FROM

**Name:** PRECISE C/O CREST BRANDS
**Address:** 12215 HOLLY ST
**City/State/Zip:** RIVERSIDE CA 92509
**Vendor#:**                                                    FOB: ☐

**Bill of Lading Number:** C29532

(402)201745694

### SHIP TO

**Name:** BIG LOTS 0874
**Address:** 50 RAUSCH CREEK RD
**City/State/Zip:** TREMONT PA 17981
**Pool ID:**
**MVDP #:**
**Vendor#:** 5002379                                          FOB: ☐

**CARRIER NAME:** CH ROBINSON LTL
**Trailer number:** 5313
**Seal number(s):** 056980

**SCAC:** RBCL
**Pro number:**

(9012K)RBCL

### THIRD PARTY FREIGHT CHARGES BILL TO:

**Name:** C.H ROBINSON WORLDWIDE INC BILLING
**Address:** P.O BOX 3470
**City/State/Zip:** CHICAGO, IL 60654,

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect __X__   3rd Party _____

**SPECIAL INSTRUCTIONS:** 405160090 - 857474

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095653087 | 72 | 2291.1733 | (Y) | N | S181760 |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 72 | 2291.1733 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| 72 | CASE | 72 | CASE | 2291.1733 | | *socks* | 49940 | 100 |
| | | 5 | PLT | 200 | | Pallet Weight | 105345 | 70 |
| 72 | | 72 | | 2491.1733 | | **GRAND TOTAL** | | |

ATTACHED 1 ENVELOPE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $** _____
**Fee Terms: Collect: ☐  Prepaid: ☐**
**Customer check acceptable: ☐**

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/19/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Anna Lucero   11-22-24

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C29554865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 11/05/24
**Duns Number:** 9618O7562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **TREMONT DC - #0874** |
| **4900 E. DUBLIN GRANVILLE RD.** | **50 RAUSCH CREEK RD** |
| **Columbus, OH 43081** | **TREMONT, PA 179811734** |
| | **ATTN: 0874** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095653087
**Department:**

**Warehouse:** 865
**Control #:** C29554

**DC Number:**
**Store Number:** 00000874
**EDI Store Number:** 0874

**Start Date:** 11/01/24
**Cancel Date:** 11/07/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APW147-WHT-9-11 | 810796445 | 019770113407 | 1140 | 30 | 38 |
| BCW876-WHT-9-11 | 810796432 | 019770102180 | 176 | 60 | 3 |
| APW152-MUL-9-11 | 810798003 | 019770146337 | 930 | 30 | 31 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 2246 | | 72 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 2298.83
**Cubic Feet:** 246.45

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

# BILL OF LADING

**Date:** October 9, 2024                                                  **Page 1 —**

## SHIP FROM

| | |
|---|---|
| **Name:** | PRECISE C/O CREST BRANDS |
| **Address:** | 12215 HOLLY ST |
| **City/State/Zip:** | RIVERSIDE CA 92509 |
| **Vendor#:** | FOB: ☐ |

**Bill of Lading Number:** *C28714 C28717 C2 7484*

(402)201742501

## SHIP TO

| | |
|---|---|
| **Name:** | BIG LOTS 870 |
| **Address:** | 2855 SELMA HIGWAY |
| **City/State/Zip:** | MONTGOMERY AL 36108 |
| **Pool ID:** | |
| **MVDP #:** | |
| **Vendor#:** | *5002379*   FOB: ☐ |

| | |
|---|---|
| **CARRIER NAME:** | JB HUNT INTERMODAL |
| **Trailer number:** | *34289M* |
| **Seal number(s):** | *916770* |
| **SCAC:** | HJBI |
| **Pro number:** | |

(9012K)HJBI

## THIRD PARTY FREIGHT CHARGES BILL TO:

| | |
|---|---|
| **Name:** | C.H ROBINSON WOLRDWIDE INC BILLING |
| **Address:** | P.O BOX 3470 |
| **City/State/Zip:** | CHICAGO, IL 60654, |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect __X__   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

*A0507149, 4050713B,40507120 - 84 16 95*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (circle one) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095616548 | 113 | 2857.9199 | Y | N | S179304  *7* |
| 0095616551 | 201 | 5046.69 | Y | N | S179307  *10* |
| 0095244498 | 58 | 2494 | Y | N | S179355  *5* |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | 372 | 10398.6099 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODIFTY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| 372 | CASE | 372 | CASE | 10398.6099 | | | 49940 | 100 |
| | | 22 | PLT | 880 | | Pallet Weight | 105345 | 70 |
| | | | | | | | | |
| 372 | | 372 | | 11278.6099 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ .

**ATTACHED 1 ENVELOPE**
*A.O.*

**COD Amount: $** _____
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**

**CM**
**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C28714865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 1 Of 1

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**MONTGOMERY DC - #0870**
**2855 SELMA HWY**
**MONTGOMERY, AL 361085035**

**ATTN: 0870**

**Customer Number:** BIGLOTC0
**PO Number:** 0095616548
**Department:**

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Warehouse:** 865
**Control #:** C28714

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BCW648-BLK-9-11-T | 810786846 | 194382075739 | 660 | 60 | 11 |
| BCW648-NVY-9-11-T | 810786845 | 194382075722 | 654 | 60 | 11 |
| BCW649-BLK-9-11-T | 810786844 | 194382075753 | 297 | 60 | 5 |
| BCW649-NVY-9-11-T | 810786843 | 194382075746 | 654 | 60 | 11 |
| BCW906-MUL-9-11 | 810786842 | 019770111540 | 350 | 60 | 6 |
| BCW908-BLU-9-11 | 810786841 | 019770111588 | 233 | 60 | 4 |
| BCW908-MUL-9-11 | 810786790 | 019770111595 | 233 | 60 | 4 |
| APW147-BLK-9-11 | 810786789 | 019770113384 | 330 | 30 | 11 |
| APW147-BWH-9-11 | 810734511 | 019770113391 | 324 | 30 | 11 |
| RRF126-BWH-9-11 | 810786788 | 019770117191 | 651 | 60 | 11 |
| RRF129-BLK-9-11 | 810786787 | 019770117290 | 651 | 60 | 11 |
| APW79-BWH-9-11 | 810786786 | 194382086094 | 300 | 60 | 5 |
| RRW420-BLK-9-11 | 810786785 | 194382083802 | 360 | 60 | 6 |
| RRW420-BWH-9-11 | 810786784 | 194382083796 | 360 | 60 | 6 |

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C28714865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 2 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **MONTGOMERY DC - #0870** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2855 SELMA HWY** |
| **Columbus, OH 43081** | **MONTGOMERY, AL 361085035** |
| | **ATTN: 0870** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095616548
**Department:**

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Warehouse:** 865
**Control #:** C28714

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals: | 6057 | | 113 |

**Order Instructions:**

**Customer Instructions:**

| | |
|---|---|
| **Freight Charges:** | **Corrected Freight Charges:** _____ |
| **Weight:** 3017.64 | **Corrected Weight:** _____ |
| **Cubic Feet:** 351.36 | **Corrected Cubic Feet:** _____ |
| | **Corrected Total Cartons:** _____ |



**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**

Crest Mills

*Pick Ticket*

**Pick Ticket Number:** C28717865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/24/24
**Duns Number:** 961807562
**Page:** 1 Of 1

**Bill To:**
**BIG LOTS STORES INC.**
**4900 E. DUBLIN GRANVILLE RD.**
**Columbus, OH 43081**

**Ship To:**
**MONTGOMERY DC - #0870**
**2855 SELMA HWY**
**MONTGOMERY, AL 361085035**

**ATTN: 0870**

**Customer Number:** BIGLOTC0
**PO Number:** 0095616551
**Department:**

**Warehouse:** 865
**Control #:** C28717

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Start Date:** 09/27/24
**Cancel Date:** 10/03/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| APM105-BLK-10-13 | 810786859 | 194382055861 | 396 | 36 | 11 |
| APM155-BWH-10-13 | 810786858 | 019770114169 | 216 | 30 | 8 |
| APM152-MUL-10-13 | 810786857 | 194382055892 | 468 | 30 | 16 |
| APM155-BLK-10-13 | 810601655 | 194382055885 | 468 | 30 | 16 |
| APM157-MUL-10-13 | 810786856 | 194382055908 | 468 | 30 | 16 |
| APM104-BLK-10-13 | 810786855 | 194382055939 | 612 | 36 | 17 |
| APM154-MUL-10-13 | 810786854 | 194382055922 | 282 | 30 | 10 |
| DFM306-BLK-10-13 | 810786853 | 019770128029 | 930 | 30 | 31 |
| DFM306-WHT-10-13 | 810786852 | 019770128012 | 930 | 30 | 31 |
| MOM380-BBR-10-13 | 810786849 | 019770123628 | 149 | 30 | 5 |
| MOM380-MUL-10-13 | 810786848 | 019770123659 | 600 | 30 | 20 |
| MOM380-NGR-10-13 | 810786847 | 019770123642 | 600 | 30 | 20 |
| | | | | | |
| | | | | | |
| | | **Totals:** | 6119 | | 201 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 5345.01
**Cubic Feet:** 582.1

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____

**JBL TRADING LLC/CREST MILLS**
**3 WEST 35TH STREET, 5TH FL**
**NEW YORK, NY 10001**
**USA**



**CM**
**Crest Mills**

*Pick Ticket*

**Pick Ticket Number:** C27484865001
**Phone:** 212-564-1231
**Pick Ticket Date:** 09/22/24
**Duns Number:** 961807562
**Page:** 1 Of 1

| Bill To: | Ship To: |
|---|---|
| **BIG LOTS STORES INC.** | **MONTGOMERY DC - #0870** |
| **4900 E. DUBLIN GRANVILLE RD.** | **2855 SELMA HWY** |
| **Columbus, OH 43081** | **MONTGOMERY, AL 361085035** |
| | **ATTN: 0870** |

**Customer Number:** BIGLOTC0
**PO Number:** 0095244498
**Department:**

**Warehouse:** 865
**Control #:** C27484

**DC Number:**
**Store Number:** 00000870
**EDI Store Number:** 0870

**Start Date:** 09/23/24
**Cancel Date:** 09/27/24
**Ship Via:** SEE ROUTING

| Item Code | Cust. Item | UPC | Quantity | Prepack Qty | Ctn Qty |
|---|---|---|---|---|---|
| BL138CZ60-F24 | 810736067 | 019770139049 | 3240 | 60 | 54 |
| BL138CZ60-F24 | 810736067 | 019770139049 | 17280 | 60 | 288 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Totals:** | 20520 | | 342 |

**Order Instructions:**

**Customer Instructions:**

**Freight Charges:**
**Weight:** 14702.61
**Cubic Feet:** 2852.97

**Corrected Freight Charges:** _____
**Corrected Weight:** _____
**Corrected Cubic Feet:** _____
**Corrected Total Cartons:** _____