## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. Capuzzi, Esq., hereby certify that the *Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief* and accompanying documents were filed and served on January 9, 2025 via CM/ECF on all parties registered to receive notice in this case.

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)