# <u>EXHIBIT A</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF 5 POINT CHURCH TO COMPEL IMMEDIATE
PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS
PURSUANT TO II U.S.C. SECTIONS 365(d)(3) AND 503(b)(1)(A)**

Upon consideration of the *Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)(1)(A)* (the "Motion"), and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 503(b)(1)(A) of the Bankruptcy Code, the Debtors are directed to immediately (in no case later than one business day following entry of this Order) pay in immediately available funds $14,203.09 to 5 Point to cover the stub rent for the time period covering September 9, 2024 through September 30, 2024.

3. This order shall be without prejudice to 5 Point's right to seek allowance of further claims against the Debtors' estates, including, but not limited to, claims for damages arising from the Debtors' rejection of the Lease.

4.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.