**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) <br> (Jointly Administered) |
| Debtors. | **Objection Deadline: January 23, 2025 at 4:00 pm (ET)** <br> **Hearing Date: February 26, 2025 at 10:30 am (ET)** |

**NOTICE OF MOTION OF 5 POINT CHURCH TO COMPEL IMMEDIATE PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)**

**PLEASE TAKE NOTICE** that on January 9, 2025, 5 Point Church ("Movant"), filed the *Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Clerk of the Court on or before **January 23, 2025, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received by the Objection Deadline, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801 on **February 26, 2025 at 10:30 am prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 9, 2025                             **GELLERT SEITZ BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

*Counsel to 5 Point Church*