**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Related D.I. No. 1622** |

**NOTICE OF REVISION TO MOTION**
**OF WALLACE PROPERTIES-KENNEWICK, LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that, on January 7, 2025, Wallace Properties-Kennewick, LLC

("Landlord"), by and through its counsel, filed the *Motion of Wallace Properties-Kennewick, LLC*

*for Allowance and Payment of Administrative Expense Claim* [D.I. 1622] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that paragraph 8 of the Motion is revised to read:

> Despite its continued use of the Demised Premises, Debtor has not made the post-petition payments due and owing. The total post-petition amounts due under the Lease through December 2024 totals $55,623.12. A summary of this amount due is attached as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that paragraph 11 of the Motion is revised to read:

> Here, the Debtor has failed to pay the post-petition rent to date totaling $55,623.12, and amounts will continue to accrue absent rejection of the Lease. Landlord's administrative expense claim is the current post-petition rent of $55,623.12 and all future rent due and owing under the Lease through the date of assumption or rejection (collectively, "Post-Petition Rent").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that a revised <u>Exhibit A</u> and Proposed Order to

the Motion are attached hereto as Exhibit 1.


Dated: January 9, 2025                    **BAYARD, P.A**.

/s/ GianClaudio Finizio
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: gfinizio@bayardlaw.com

and

HILLIS CLARK MARTIN & PETERSON, P.S.
Brian C. Free, WSBA #35788
999 Third Avenue, Suite 4600
Seattle, WA 98126
Tel: 206.470-7646
Email: brian.free@hcmp.com

*Counsel to Wallace Properties-Kennewick, LLC*