# **CERTIFICATE OF SERVICE**

I, GianClaudio Finizio, hereby certify that on January 9, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

**VIA EMAIL:**
Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers Churchill
Casey B. Sawyer
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16thFloor
Wilmington, DE 19801
rdehney@morrisnichols.com; aremming@morrisnichols.com; tmann@morrisnichols.com; srchurchill@morrisnichols.com; csawyer@morrisnichols.com; biglots.mnat@morrisnichols.com

Brain M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Jonah A. Peppiatt
Ethan Stern
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian.resnick@davispolk.com; Adam.shpeen@davispolk.com; Stephen.piraino@davispolk.com; Jonah.peppiatt@davispolk.com; Ethan.stern@davispolk.com; notice.biglots@davispolk.com

Justin R. Alberto
Stacy L. Newman
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com; snewman@coleschotz.com

Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com; kgoing@mwe.com; salutkus@mwe.com; nrowles@mwe.com

Linda J. Casey
The United States Trustee for the
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com; jmarshall@choate.com; jslang@choate.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com; JDrew@otterbourg.com; shautzinger@otterbourg.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800,
Wilmington, DE 19801
regina.kelbon@blankrome.com; stanley.tarr@blankrome.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com; douglas.ryder@kirkland.com; nicholas.adzima@kirkland.com

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

              */s/ GianClaudio Finizio*
              GianClaudio Finizio (No. 4253)