**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** |

**ORDER PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e) SHORTENING THE NOTICE PERIOD FOR MOTION OF JBL/CREST MILLS FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

Upon the motion (the "Motion")[2] of JBL/Crest Mills ("Crest") for entry of an order (this "Order"): (a) shortening the time for notice of the hearing to consider approval of the Admin Claim Motion so that the matter may be heard at the hearing currently scheduled for January 21, 2025, at 1:00 p.m. (ET) (the "Proposed Hearing Date") and (b) setting a deadline of 4:00 p.m. (prevailing Eastern time) on January 16, 2025 (the "Proposed Objection Deadline") for objections or responses to the relief requested in the Admin Claim Motion; all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 109 and 1501 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1410; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that Crest's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. A hearing on the Admin Claim Motion shall be held on _____, 2025, at __:__ __.m. (ET) (the "Hearing").

3. Objections or responses to the relief requested in the Admin Claim Motion shall be filed no later than 4:00 p.m. (ET) on _____, 2025, at __:__ __.m. (ET).

4. Any replies to timely filed objections to the Admin Claim Motion may be raised at the Hearing.

5. Crest is authorized and empowered to take all actions necessary to implement the relief granted in the Order without further notice or order of the Court.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.