**CERTIFICATE OF SERVICE**

    I, Kevin M. Capuzzi, Esq., hereby certify that the *Motion of JBL/Crest Mills for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for Motion of JBL/Crest Mills For Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief* was filed and served on January 9, 2025 via CM/ECF on all parties registered to receive notice in this case.

                                                  */s/ Kevin M. Capuzzi*
                                                  Kevin M. Capuzzi (DE No. 5462)