**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, [1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters this *Notice of Appearance* pursuant to sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Pro-Mart Industries, Inc. in the above-captioned cases.  The undersigned requests that the Clerk of this Court add counsel's name and address to any official service list for purposes of receiving all notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017, and 9007, and requests that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

> Jarret P. Hitchings
> BRYAN CAVE LEIGHTON PAISNER LLP
> 301 S. College Street, Suite 2150
> Charlotte, North Carolina 28202
> (704) 749-8965
> jarret.hitchings@bclplaw.com

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

616273211

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or personal delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this matter.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such core status violates the Constitution) entered only after *de novo* review by an Article III judge; (ii) right to trial by jury in any proceedings so triable or in any proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Pro-Mart Industries, Inc. is or may be entitled under agreements, in law, or in equity.

Dated: January 9, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Pro-Mart Industries, Inc.*

616273211

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of January 2025, I caused to be electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: January 9, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Pro-Mart Industries, Inc.*

616273211