IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**APPLICATION OF DELAWARE COUNSEL
TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Jarret P. Hitchings, respectfully request the approval of this Court to appear in the above- captioned cases on behalf of Pro-Mart Industries, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in the District of Delaware. My office is located in Charlotte, North Carolina at the address indicated in my signature block below.

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

616273335

I respectfully request that the Court enter the proposed order attached hereto as **<u>Exhibit A</u>** approving my appearance in this proceeding pursuant to Local Rule 9010-1(e)(ii).

Dated: January 9, 2025                  BRYAN CAVE LEIGHTON PAISNER LLP

<u>*/s/ Jarret P. Hitchings*</u>
Jarret P. Hitchings (DE 5564)
301 South College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
Email: jarret.hitchings@bclplaw.com

*Counsel to Pro-Mart Industries, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of January 2025, I caused to be electronically filed the foregoing *Application of Delaware Counsel to Appear Pursuant to Local Rule 9010-1(e)(ii)* using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: January 9, 2025

          BRYAN CAVE LEIGHTON PAISNER LLP

          */s/ Jarret P. Hitchings*
          Jarret P. Hitchings (No. 5564)
          301 S. College Street, Suite 2150
          Charlotte, North Carolina 28202
          (704) 749-8965
          jarret.hitchings@bclplaw.com

          *Counsel to Pro-Mart Industries, Inc.*

616273335

# **EXHIBIT A – PROPOSED ORDER**

616273335

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING APPEARANCE**

This matter coming before the Court upon the application of Jarret P. Hitchings, Esq. to appear in the above-captioned cases on behalf of Pro-Mart Industries, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby ORDERED, that Jarret P. Hitchings may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

616273335