# Composite Exhibit A
# Part 1

00812909    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc          BIG LOTS STORES INC-COLUMBUS DC #890
Attn: Accts Payable                     500 PHILLIPI ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 COLUMBUS, OH 43228
US


   475999 08/07/24 BIG400          MAN HO


0095544114                              Ch Robinson        Collect


                        CANCEL AFTER: 8/20/2024
                        DELIVERY REQUESTED: 8/26/2024
                        SHIP NOT BEFORE: 8/14/2024
                        SCHEDULED FOR DELIVERY (PRIO: 8/9/2024
                        FJ: 9156
                        Vendor Id: 0000610610
                        LU: 0890
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): OPEN
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): COLUMBUS DC - #0890 BIG LOTS ST
                        Telephone (TE): 614-278-6800

| | | | | | |
|---|---|---|---|---|---|
| 8605702-105 | 900.00 | 900.00 | 2.070 | EA | |
| Shelf Liner Adhesive | | | | | 1,863.00 |
| Cara Marble 18"x15' 4/IC 36/MC | | | | | |
| 0816540646 | | | | | |
| 8605403-105 | 756.00 | 756.00 | 2.070 | EA | |
| Shelf Liner Adhesive | | | | | 1,564.92 |

00812909    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc          BIG LOTS STORES INC-COLUMBUS DC #890
Attn: Accts Payable                     500 PHILLIPI ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 COLUMBUS, OH 43228
US


   475999 08/07/24 BIG400          MAN HO


0095544114                          Ch Robinson      Collect


Grytrellis 18"x15' 4/IC 36/MC
0816540646
8605412-105          504.00          504.00          2.070   EA
Shelf Liner Adhesive                                                    1,043.28
GryHnycmb 18"x15' 4/IC 36/MC
0816540646
8605700-105          504.00          504.00          2.070   EA
Shelf Liner Adhesive                                                    1,043.28
Ivry Marble, 18"x15'4/IC 36/MC
0816540646
8255112-105          240.00          240.00          9.950   EA
5-Shelf Otd Pantry Organizer                                           2,388.00
Compact Pe Dip White 4PCS/MC
0816540115
5005712-105           36.00           36.00          3.830   EA
OTD Hanging Closet Rod                                                    137.88
Gray, 4/MC
0816540607


                                                                       8,040.36
                                                                            .00
                                                                            .00
                                                                            .00
                                                                       8,040.36
                                                                            .00

      3% Net 30 days                                                   8,040.36

00812910    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          CSC DISTRIBUTION-MONTGOMERY DC #870
Attn: Accts Payable                     2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 MONTGOMERY, AL 36108
US

  476005 08/07/24 BIG400          MAN HO

0095544111                              Ch Robinson        Collect

                        CANCEL AFTER: 8/19/2024
                        DELIVERY REQUESTED: 8/26/2024
                        SHIP NOT BEFORE: 8/13/2024
                        SCHEDULED FOR DELIVERY (PRIO: 8/8/2024
                        FJ: 14244
                        Vendor Id: 0000610610
                        LU: 0870
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): OPEN
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                        Telephone (TE): 334-286-6633

8605702-105          1,368.00          1,368.00          2.070  EA
Shelf Liner Adhesive                                                    2,831.76
Cara Marble 18"x15' 4/IC 36/MC
0816540646
8605403-105          1,188.00          1,188.00          2.070  EA
Shelf Liner Adhesive                                                    2,459.16

00812910    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

IRVINE, CA 92614                                          08/23/24
949-428-7700


Big Lots/CSC Distributions Inc        CSC DISTRIBUTION-MONTGOMERY DC #870
Attn: Accts Payable                   2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651               MONTGOMERY, AL 36108
US


  476005 08/07/24 BIG400         MAN HO


0095544111                         Ch Robinson      Collect


Grytrellis 18"x15' 4/IC 36/MC
0816540646
8605412-105           756.00       756.00       2.070   EA
Shelf Liner Adhesive                                             1,564.92
GryHnycmb 18"x15' 4/IC 36/MC
0816540646
8605700-105           756.00       756.00       2.070   EA
Shelf Liner Adhesive                                             1,564.92
Ivry Marble, 18"x15'4/IC 36/MC
0816540646
8255112-105           372.00       372.00       9.950   EA
5-Shelf Otd Pantry Organizer                                    3,701.40
Compact Pe Dip White 4PCS/MC
0816540115
5005712-105            60.00        60.00       3.830   EA
OTD Hanging Closet Rod                                            229.80
Gray, 4/MC
0816540607
3642115-105            96.00        96.00        .710   EA
Sweater Wash Bag Flat W/Zipper                                     68.16
Mesh White, 12/PBDQ, 96MC
0816540094
3003733-105            12.00        12.00        .480   EA
Travel Lint Roller 1ct                                             5.76
Blue Hndl, 12/MC

00812910     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc          CSC DISTRIBUTION-MONTGOMERY DC #870
Attn: Accts Payable                     2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 MONTGOMERY, AL 36108
US


   476005 08/07/24 BIG400        MAN HO


0095544111                              Ch Robinson      Collect


0816540629


                                                      12,425.88
                                                            .00
                                                            .00
                                                            .00
                                                      12,425.88
                                                            .00

       3% Net 30 days                                 12,425.88

00812911    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          CLOSEOUT DISTRIBUTION-TREMONT DC#874
Attn: Accts Payable                     50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 TREMONT, PA 17981
US

   476007 08/07/24 BIG400          MAN HO

0095544112                              Ch Robinson       Collect

                          CANCEL AFTER: 8/19/2024
                          DELIVERY REQUESTED: 8/26/2024
                          SHIP NOT BEFORE: 8/13/2024
                          SCHEDULED FOR DELIVERY (PRIO: 8/8/2024
                          FJ: 13676
                          Vendor Id: 0000610610
                          LU: 0874
                          PK: N
                          Mutually Defined: X
                          Buyer/Dept (BD): OPEN
                          BY ACKNOWLEDGING THIS ORDER  SHIPPING
                          ANY ORDERED GOODS OR ACCEPTING PAYMENT
                          VENDOR AGREES TO ALL TERMS OF BIG LOTS
                          PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                          AND OTHER DOMESTIC DOCUMENTS AT
                          BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                          ORDER DATE
                          IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                          Telephone (TE): 570-695-2848
8605702-105          1,332.00          1,332.00          2.070  EA
Shelf Liner Adhesive                                                     2,757.24
Cara Marble 18"x15' 4/IC 36/MC
0816540646
8605403-105          1,152.00          1,152.00          2.070  EA
Shelf Liner Adhesive                                                     2,384.64

00812911    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc          CLOSEOUT DISTRIBUTION-TREMONT DC#874
Attn: Accts Payable                      50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  TREMONT, PA 17981
US


  476007 08/07/24 BIG400          MAN HO


0095544112                           Ch Robinson     Collect


Grytrellis 18"x15' 4/IC 36/MC
0816540646
8605412-105          720.00          720.00          2.070   EA
Shelf Liner Adhesive                                                      1,490.40
GryHnycmb 18"x15' 4/IC 36/MC
0816540646
8605700-105          720.00          720.00          2.070   EA
Shelf Liner Adhesive                                                      1,490.40
Ivry Marble, 18"x15'4/IC 36/MC
0816540646
8255112-105          360.00          360.00          9.950   EA
5-Shelf Otd Pantry Organizer                                             3,582.00
Compact Pe Dip White 4PCS/MC
0816540115
5005712-105           56.00           56.00          3.830   EA
OTD Hanging Closet Rod                                                     214.48
Gray, 4/MC
0816540607
3003733-105           12.00           12.00           .480   EA
Travel Lint Roller 1ct                                                       5.76
Blue Hndl, 12/MC
0816540629


                                                                        11,924.92
                                                                              .00
                                                                              .00
                                                                              .00
                                                                        11,924.92
                                                                              .00

      3% Net 30 days                                                     11,924.92

00812912    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          BIG LOTS LLC-DURANT DC #879
Attn: Accts Payable                     2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 DURANT, OK 74701
US

   476008 08/07/24 BIG400          MAN HO

0095544113                              Ch Robinson        Collect

                        CANCEL AFTER: 8/23/2024
                        DELIVERY REQUESTED: 8/26/2024
                        SHIP NOT BEFORE: 8/19/2024
                        SCHEDULED FOR DELIVERY (PRIO: 8/14/2024
                        FJ: 4580
                        Vendor Id: 0000610610
                        LU: 0879
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): OPEN
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): DURANT DC - #0879 DURANT DC  LL
                        Telephone (TE): 580-931-2100

8605702-105          432.00            432.00          2.070  EA
Shelf Liner Adhesive                                                   894.24
Cara Marble 18"x15' 4/IC 36/MC
0816540646
8605403-105          396.00            396.00          2.070  EA
Shelf Liner Adhesive                                                   819.72

00812912    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/23/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          BIG LOTS LLC-DURANT DC #879
Attn: Accts Payable                     2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 DURANT, OK 74701
US

476008 08/07/24 BIG400          MAN HO

0095544113                              Ch Robinson      Collect

Grytrellis 18"x15' 4/IC 36/MC
0816540646
8605412-105          252.00          252.00          2.070   EA
Shelf Liner Adhesive                                                 521.64
GryHnycmb 18"x15' 4/IC 36/MC
0816540646
8605700-105          252.00          252.00          2.070   EA
Shelf Liner Adhesive                                                 521.64
Ivry Marble, 18"x15'4/IC 36/MC
0816540646
8255112-105          120.00          120.00          9.950   EA
5-Shelf Otd Pantry Organizer                                      1,194.00
Compact Pe Dip White 4PCS/MC
0816540115
5005712-105           20.00           20.00          3.830   EA
OTD Hanging Closet Rod                                               76.60
Gray, 4/MC
0816540607

4,027.84
.00
.00
.00
4,027.84
.00

3% Net 30 days                                                   4,027.84

* * I N V O I C E * * *

00813131      1

SHIP DATE:    08/26/24

```
Big Lots/CSC Distributions Inc   AVDC INC DC#869
Attn: Accts Payable              18880 Navajo Road
4900 E Dublin Granville Rd
Columbus, OH 43081-7651          Apple Valley, CA 92307
USA                              US
```

476006 08/07/24 BIG400       MAN HO

0095544110                              Ch Robinson      Collect

```
8605702-105          396.00        396.00       2.070   EA
Shelf Liner Adhesive                                                819.72
8605403-105          360.00        360.00       2.070   EA
Shelf Liner Adhesive                                                745.20
8605412-105          216.00        216.00       2.070   EA
Shelf Liner Adhesive                                                447.12
8605700-105          216.00        216.00       2.070   EA
Shelf Liner Adhesive                                                447.12
8255112-105          108.00        108.00       9.950   EA
5-Shelf Otd Pantry Organizer                                     1,074.60
5005712-105           16.00         16.00       3.830   EA
OTD Hanging Closet Rod                                               61.28
```

```
                                                            3,595.04
                                                                 .00
                                                                 .00
                                                                 .00
                                                            3,595.04
                                                                 .00
```

3% Net 30 days                                              3,595.04

00813353   1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/28/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          CSC DISTRIBUTION-MONTGOMERY DC #870
Attn: Accts Payable                     2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 MONTGOMERY, AL 36108
US

   477570 08/19/24 BIG400          MAN HO

0095573195                              Ch Robinson      Collect

                          CANCEL AFTER: 9/2/2024
                          DELIVERY REQUESTED: 9/9/2024
                          SHIP NOT BEFORE: 8/27/2024
                          SCHEDULED FOR DELIVERY (PRIO: 8/22/2024
                          FJ: 2352
                          Vendor Id: 0000610610
                          LU: 0870
                          PK: N
                          Mutually Defined: X
                          Buyer/Dept (BD): OPEN DIV 4
                          BY ACKNOWLEDGING THIS ORDER  SHIPPING
                          ANY ORDERED GOODS OR ACCEPTING PAYMENT
                          VENDOR AGREES TO ALL TERMS OF BIG LOTS
                          PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                          AND OTHER DOMESTIC DOCUMENTS AT
                          BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                          ORDER DATE
                          IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                          Telephone (TE): 334-286-6633
3004203-105          2,352.00          2,352.00          2.950   EA
Spiral Hamper 15" Dia 25"                                                6,938.40
w/Lid, Gray 6/MC
0816540646


                                                                        6,938.40
                                                                             .00
                                                                             .00
                                                                             .00
                                                                        6,938.40
                                                                             .00

      3% Net 30 days                                                     6,938.40

00813354    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/28/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc        CLOSEOUT DISTRIBUTION-TREMONT DC#874
Attn: Accts Payable                   50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651               TREMONT, PA 17981
US

   477571 08/19/24 BIG400        MAN HO

0095573196                              Ch Robinson      Collect

                        CANCEL AFTER: 9/2/2024
                        DELIVERY REQUESTED: 9/9/2024
                        SHIP NOT BEFORE: 8/27/2024
                        SCHEDULED FOR DELIVERY (PRIO: 8/22/2024
                        FJ: 4590
                        Vendor Id: 0000610610
                        LU: 0874
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): OPEN DIV 4
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                        Telephone (TE): 570-695-2848
3004203-105        4,590.00        4,590.00        2.950  EA
Spiral Hamper 15" Dia 25"                                        13,540.50
w/Lid, Gray 6/MC
0816540646

                                                                13,540.50
                                                                      .00
                                                                      .00
                                                                      .00
                                                                13,540.50
                                                                      .00

      3% Net 30 days                                            13,540.50

00813355    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/28/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          BIG LOTS LLC-DURANT DC #879
Attn: Accts Payable                     2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 DURANT, OK 74701
US

     477572 08/19/24 BIG400          MAN HO

0095573197                              Ch Robinson      Collect

                         CANCEL AFTER: 8/30/2024
                         DELIVERY REQUESTED: 9/2/2024
                         SHIP NOT BEFORE: 8/26/2024
                         SCHEDULED FOR DELIVERY (PRIO: 8/21/2024
                         FJ: 2298
                         Vendor Id: 0000610610
                         LU: 0879
                         PK: N
                         Mutually Defined: X
                         Buyer/Dept (BD): OPEN DIV 4
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         IC (IC): DURANT DC - #0879 DURANT DC  LL
                         Telephone (TE): 580-931-2100
3004203-105          2,298.00          2,298.00          2.950  EA
Spiral Hamper 15" Dia 25"                                              6,779.10
w/Lid, Gray 6/MC
0816540646

                                                                      6,779.10
                                                                           .00
                                                                           .00
                                                                           .00
                                                                      6,779.10
                                                                           .00

        3% Net 30 days                                                6,779.10

00813356    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

08/28/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc          BIG LOTS STORES INC-COLUMBUS DC #890
Attn: Accts Payable                     500 PHILLIPI ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 COLUMBUS, OH 43228
US

    477573 08/19/24 BIG400        MAN HO

0095573198                              Ch Robinson      Collect

                        CANCEL AFTER: 9/3/2024
                        DELIVERY REQUESTED: 9/9/2024
                        SHIP NOT BEFORE: 8/28/2024
                        SCHEDULED FOR DELIVERY (PRIO: 8/23/2024
                        FJ: 3336
                        Vendor Id: 0000610610
                        LU: 0890
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): OPEN DIV 4
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): COLUMBUS DC - #0890 BIG LOTS ST
                        Telephone (TE): 614-278-6800

3004203-105          3,336.00          3,336.00          2.950  EA
Spiral Hamper 15" Dia 25"                                              9,841.20
w/Lid, Gray 6/MC
0816540646

                                                          9,841.20
                                                               .00
                                                               .00
                                                               .00
                                                          9,841.20
                                                               .00

     3% Net 30 days                                       9,841.20

00813684    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

09/04/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc          AVDC INC DC#869
Attn: Accts Payable                     18880 Navajo Road
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  Apple Valley, CA 92307
US


 477569 08/19/24 BIG400          MAN HO


0095573194                              Ch Robinson       Collect


                         CANCEL AFTER: 9/5/2024
                         DELIVERY REQUESTED: 9/2/2024
                         SHIP NOT BEFORE: 8/30/2024
                         SCHEDULED FOR DELIVERY (PRIO: 8/26/2024
                         FJ: 1116
                         Vendor Id: 0000610610
                         LU: 0869
                         PK: N
                         Mutually Defined: X
                         Buyer/Dept (BD): OPEN DIV 4
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         IC (IC): APPLE VALLEY DC - #0869 AVDC  L
                         Telephone (TE): 760-503-0520
3004203-105          1,116.00          1,116.00          2.950  EA
Spiral Hamper 15" Dia 25"                                              3,292.20
w/Lid, Gray 6/MC
0816540646


                                                              3,292.20
                                                                   .00
                                                                   .00
                                                                   .00
                                                              3,292.20
                                                                   .00

     3% Net 30 days                                           3,292.20

00816555    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

   480987 09/24/24 BIG400        MAN HO

0095618247                         Ch Robinson      Collect

                         CANCEL AFTER: 10/7/2024
                         DELIVERY REQUESTED: 10/14/2024
                         SHIP NOT BEFORE: 10/1/2024
                         SCHEDULED FOR DELIVERY (PRIO: 9/26/2024
                         FJ: 9456
                         Vendor Id: 0000610610
                         LU: 0870
                         PK: N
                         Mutually Defined: BIG LOTS PO TERMS AND
                         Buyer/Dept (BD): KOSKY  KAYLA
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                         Telephone (TE): 334-286-6633

| 7081135 | 804.00 | 804.00 | 1.500 | EA | |
| Bamboo ScrubSponge S/3 HvyDty | | | | | 1,206.00 |
| Mtlc, Pst Bl/Mnt/Ylw 12MC | | | | | |
| 0816540237 | | | | | |
| 7001088 | 1,896.00 | 1,896.00 | 1.500 | EA | |
| Bamboo ScrubSponge S/3 HvyDty | | | | | 2,844.00 |

00816555    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    MONTGOMERY, AL 36108
US

   480987 09/24/24 BIG400        MAN HO

0095618247                       Ch Robinson      Collect

Mtlc, Vio/Blu/Crl 12/MC
0816540566
7001788          2,064.00      2,064.00         1.500   EA
Bamboo ScrubSponge S/3 NonScrt                                    3,096.00
Plystr, Pst Blu/Prp/Pnk 12MC
0816540566
7004801          1,500.00      1,500.00         2.000   EA
Bamboo Soap Disp Dish Brush                                       3,000.00
Gray 6/MC
0816540610
7004821            366.00        366.00         1.330   EA
Bamboo Soap Disp Sponge Brush                                       486.78
Gray 6/MC
0816540611
7001541            912.00        912.00         1.750   EA
Bottle brush cleaner                                              1,596.00
Teal 6/MC
0816540568
7001521            222.00        222.00         1.350   EA
Brush w/ suction                                                   299.70
Hndl Teal 6/MC
0816540568
7002995-300      1,692.00      1,692.00         1.500   EA
SE Microfiber Sponge Tough 2PK                                    2,538.00
White/Black White/Alloy 12/MC

00816555     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967   2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                MONTGOMERY, AL 36108
US


   480987 09/24/24 BIG400        MAN HO

0095618247                            Ch Robinson     Collect


4448004161


                                                    15,066.48
                                                          .00
                                                          .00
                                                          .00
                                                    15,066.48
                                                          .00

       3% Net 30 days                               15,066.48

00816556   1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

480988 09/24/24 BIG400        MAN HO

0095618248                        Ch Robinson       Collect

                        CANCEL AFTER: 10/7/2024
                        DELIVERY REQUESTED: 10/14/2024
                        SHIP NOT BEFORE: 10/1/2024
                        SCHEDULED FOR DELIVERY (PRIO: 9/26/2024
                        FJ: 14292
                        Vendor Id: 0000610610
                        LU: 0874
                        PK: N
                        Mutually Defined: BIG LOTS PO TERMS AND
                        Buyer/Dept (BD): KOSKY  KAYLA
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                        Telephone (TE): 570-695-2848

7081135            324.00        324.00      1.500   EA
Bamboo ScrubSponge S/3 HvyDty                                     486.00
Mtlc, Pst Bl/Mnt/Ylw 12MC
0816540237
7001088          3,060.00      3,060.00      1.500   EA
Bamboo ScrubSponge S/3 HvyDty                                   4,590.00

00816556    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  TREMONT, PA 17981
US

480988 09/24/24 BIG400        MAN HO

0095618248                      Ch Robinson    Collect

Mtlc, Vio/Blu/Crl 12/MC
0816540566
7001788          3,336.00      3,336.00      1.500    EA
Bamboo ScrubSponge S/3 NonScrt                                 5,004.00
Plystr, Pst Blu/Prp/Pnk 12MC
0816540566
7004801          2,424.00      2,424.00      2.000    EA
Bamboo Soap Disp Dish Brush                                   4,848.00
Gray 6/MC
0816540610
7004821            588.00        588.00      1.330    EA
Bamboo Soap Disp Sponge Brush                                   782.04
Gray 6/MC
0816540611
7001541          1,476.00      1,476.00      1.750    EA
Bottle brush cleaner                                         2,583.00
Teal 6/MC
0816540568
7001521            360.00        360.00      1.350    EA
Brush w/ suction                                               486.00
Hndl Teal 6/MC
0816540568
7002995-300      2,724.00      2,724.00      1.500    EA
SE Microfiber Sponge Tough 2PK                               4,086.00
White/Black White/Alloy 12/MC

00816556     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967   50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   480988 09/24/24 BIG400        MAN HO

0095618248                              Ch Robinson      Collect

4448004161

22,865.04
.00
.00
.00
22,865.04
.00

      3% Net 30 days                         22,865.04

00816557     1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

  480989 09/24/24 BIG400         MAN HO

0095618249                      Ch Robinson      Collect

                      CANCEL AFTER: 10/11/2024
                      DELIVERY REQUESTED: 10/14/2024
                      SHIP NOT BEFORE: 10/7/2024
                      SCHEDULED FOR DELIVERY (PRIO: 10/2/2024
                      FJ: 8328
                      Vendor Id: 0000610610
                      LU: 0879
                      PK: N
                      Mutually Defined: BIG LOTS PO TERMS AND
                      Buyer/Dept (BD): KOSKY  KAYLA
                      BY ACKNOWLEDGING THIS ORDER  SHIPPING
                      ANY ORDERED GOODS OR ACCEPTING PAYMENT
                      VENDOR AGREES TO ALL TERMS OF BIG LOTS
                      PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                      AND OTHER DOMESTIC DOCUMENTS AT
                      BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                      ORDER DATE
                      IC (IC): DURANT DC - #0879 DURANT DC  LL
                      Telephone (TE): 580-931-2100

7081135           192.00           192.00        1.500  EA
Bamboo ScrubSponge S/3 HvyDty                                   288.00
Mtlc, Pst Bl/Mnt/Ylw 12MC
0816540237
7001088         1,788.00         1,788.00        1.500  EA
Bamboo ScrubSponge S/3 HvyDty                                 2,682.00

00816557    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

IRVINE, CA 92614
949-428-7700

10/03/24

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

   480989 09/24/24 BIG400        MAN HO

0095618249                         Ch Robinson     Collect

Mtlc, Vio/Blu/Crl 12/MC
0816540566
7001788           1,944.00      1,944.00      1.500   EA
Bamboo ScrubSponge S/3 NonScrt                                2,916.00
Plystr, Pst Blu/Prp/Pnk 12MC
0816540566
7004801           1,410.00      1,410.00      2.000   EA
Bamboo Soap Disp Dish Brush                                   2,820.00
Gray 6/MC
0816540610
7004821             342.00        342.00      1.330   EA
Bamboo Soap Disp Sponge Brush                                  454.86
Gray 6/MC
0816540611
7001541             858.00        858.00      1.750   EA
Bottle brush cleaner                                         1,501.50
Teal 6/MC
0816540568
7001521             210.00        210.00      1.350   EA
Brush w/ suction                                               283.50
Hndl Teal 6/MC
0816540568
7002995-300       1,584.00      1,584.00      1.500   EA
SE Microfiber Sponge Tough 2PK                               2,376.00
White/Black White/Alloy 12/MC

00816557    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

10/03/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 DURANT, OK 74701
US


   480989 09/24/24 BIG400        MAN HO


0095618249                            Ch Robinson      Collect


4448004161


                                                           13,321.86
                                                                 .00
                                                                 .00
                                                                 .00
                                                           13,321.86
                                                                 .00

      3% Net 30 days                                       13,321.86

00837860    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/01/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

    483497 10/24/24 BIG400        MAN HO

0095645780                              Ch Robinson      Collect

                         CANCEL AFTER: 11/7/2024
                         DELIVERY REQUESTED: 11/18/2024
                         SHIP NOT BEFORE: 11/1/2024
                         SCHEDULED FOR DELIVERY (PRIO: 10/27/2024
                         FJ: 4752
                         Vendor Id: 0000610610
                         LU: 0870
                         PK: N
                         Mutually Defined: BIG LOTS PO TERMS AND
                         Buyer/Dept (BD): CIEZOBKA  CHRISTA
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         DIP# 24-11967
                         IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                         Telephone (TE): 334-286-6633

| 7066128 | 144.00 | 144.00 | 7.200 | EA | |
|---------|--------|--------|-------|----|----|
| Pop-Up Compact Organizer | | | | | 1,036.80 |
| Free Standing BlackW/Gray 6/MC | | | | | |
| 0816540012 | | | | | |
| 7032124-098 | 96.00 | 96.00 | 2.100 | EA | |

00837860    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/01/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US


  483497 10/24/24 BIG400        MAN HO


0095645780                      Ch Robinson     Collect


Waste Bag W/ Adjustable Strap                              201.60
Black, 8/PDQ, 32/MC
0816540131
7000248            78.00        78.00        3.300   EA
Car Seat Org Multi Pocket                                  257.40
Black, 6/MC
0816540618
7005035            84.00        84.00        2.300   EA
Car Seat Organizer, 1 pocket                               193.20
Black, 6/MC
0816540617
7000278            78.00        78.00        6.200   EA
Car Cooler Bag                                             483.60
Black, 6 IC 24/MC
0816540617
7000298            78.00        78.00        4.600   EA
Car Organizer Console Box                                  358.80
Black 6/IC 12/MC
0816540617
7005191           528.00       528.00        3.000   EA
Collapsible Cleaning Basin 10L                           1,584.00
White w/Blue, 6/MC
0816540624
7005181           450.00       450.00        3.000   EA
Collapsible Cleaning Basin 10L                           1,350.00

00837860    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/01/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                MONTGOMERY, AL 36108
US

  483497 10/24/24 BIG400       MAN HO

0095645780                       Ch Robinson      Collect

White w/Gray, 6/MC
0816540624
7004038            1,086.00      1,086.00       1.500   EA
10Pk Microfiber Cleaning Cloth                                    1,629.00
11.5x11.5, Gray 6/MC
0816540598
7005018             450.00        450.00        1.500   EA
Microfiber Cleaning Clth 10Pk                                       675.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005398             600.00        600.00        2.750   EA
10pk Coral Towels 12x12 CFalSe                                    1,650.00
Gry,DGry,Nvy,Pnk, Bge 6/MC
0816540625
5021122             360.00        360.00        2.000   EA
S-Hook Steel Black 6-Pack                                           720.00
6/IC, 24/MC
0816540145
5021112             360.00        360.00        2.000   EA
S-Hook Steel White 6-Pack                                           720.00
6/IC, 24/MC
0816540237
7001691             360.00        360.00        1.040   EA
Window Squeegee                                                     374.40
Teal 6/MC

00837860     4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/01/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651               MONTGOMERY, AL 36108
US

  483497 10/24/24 BIG400        MAN HO

0095645780                          Ch Robinson      Collect

0816540569

                                              11,233.80
                                                    .00
                                                    .00
                                                    .00
                                              11,233.80
                                                    .00

     3% Net 30 days                           11,233.80

00837891    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                DURANT, OK 74701
US

   483498 10/24/24 BIG400        MAN HO

0095645782                            STEAM LOGISTICS Collect

                         CANCEL AFTER: 11/7/2024
                         DELIVERY REQUESTED: 11/18/2024
                         SHIP NOT BEFORE: 11/1/2024
                         SCHEDULED FOR DELIVERY (PRIO: 10/27/2024
                         FJ: 3956
                         Vendor Id: 0000610610
                         LU: 0879
                         PK: N
                         Mutually Defined: BIG LOTS PO TERMS AND
                         Buyer/Dept (BD): DONAHUE  KATI
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         DIP# 24-11967
                         IC (IC): DURANT DC - #0879 DURANT DC  LL
                         Telephone (TE): 580-931-2100

| Item | Qty | Qty | Price | Unit | Amount |
|---|---|---|---|---|---|
| 7066128 | 120.00 | 120.00 | 7.200 | EA | |
| Pop-Up Compact Organizer | | | | | 864.00 |
| Free Standing BlackW/Gray 6/MC | | | | | |
| 0816540012 | | | | | |
| 7032124-098 | 80.00 | 80.00 | 2.100 | EA | |

00837891    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

483498 10/24/24 BIG400         MAN HO

0095645782                         STEAM LOGISTICS Collect

Waste Bag W/ Adjustable Strap                                168.00
Black, 8/PDQ, 32/MC
0816540131
7000248            66.00         66.00        3.300  EA
Car Seat Org Multi Pocket                                    217.80
Black, 6/MC
0816540618
7005035            72.00         72.00        2.300  EA
Car Seat Organizer, 1 pocket                                 165.60
Black, 6/MC
0816540617
7000278            60.00         60.00        6.200  EA
Car Cooler Bag                                               372.00
Black, 6 IC 24/MC
0816540617
7000298            60.00         60.00        4.600  EA
Car Organizer Console Box                                    276.00
Black 6/IC 12/MC
0816540617
7005191           438.00        438.00        3.000  EA
Collapsible Cleaning Basin 10L                             1,314.00
White w/Blue, 6/MC
0816540624
7005181           378.00        378.00        3.000  EA
Collapsible Cleaning Basin 10L                             1,134.00

00837891    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  DURANT, OK 74701
US

   483498 10/24/24 BIG400        MAN HO

0095645782                        STEAM LOGISTICS Collect

White w/Gray, 6/MC
0816540624
7004038              906.00           906.00         1.500   EA
10Pk Microfiber Cleaning Cloth                                          1,359.00
11.5x11.5, Gray 6/MC
0816540598
7005018              378.00           378.00         1.500   EA
Microfiber Cleaning Clth 10Pk                                            567.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005398              498.00           498.00         2.750   EA
10pk Coral Towels 12x12 CFalSe                                         1,369.50
Gry,DGry,Nvy,Pnk, Bge 6/MC
0816540625
5021122              300.00           300.00         2.000   EA
S-Hook Steel Black 6-Pack                                                600.00
6/IC, 24/MC
0816540145
5021112              300.00           300.00         2.000   EA
S-Hook Steel White 6-Pack                                                600.00
6/IC, 24/MC
0816540237
7001691              300.00           300.00         1.040   EA
Window Squeegee                                                          312.00
Teal 6/MC

00837891    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                DURANT, OK 74701
US

 483498 10/24/24 BIG400        MAN HO

0095645782                            STEAM LOGISTICS Collect

0816540569

9,318.90
.00
.00
.00
9,318.90
.00

     3% Net 30 days                    9,318.90