# Composite Exhibit A
# Part 2

00838051    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

    483481 10/24/24 BIG400        MAN HO

0095635413                      Ch Robinson      Collect


                        CANCEL AFTER: 11/11/2024
                        DELIVERY REQUESTED: 11/18/2024
                        SHIP NOT BEFORE: 11/5/2024
                        SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                        FJ: 3024
                        Vendor Id: 0000610610
                        LU: 0870
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): HOJNOWSKI  BRANDI
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP# 24-11967
                        IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                        Telephone (TE): 334-286-6633

| | | | | | |
|---|---|---|---|---|---|
| 7004043 | 138.00 | 138.00 | 2.250 | EA | |
| Outdoor Mat Diamond Md | | | | | 310.50 |
| Black, 6/MC | | | | | |
| 0816540599 | | | | | |
| 7004053 | 144.00 | 144.00 | 2.250 | EA | |

00838051    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US


   483481 10/24/24 BIG400        MAN HO


0095635413                      Ch Robinson      Collect


Outdoor Mat Diamond Md                                    324.00
Dark Gray, 6/MC
0816540599
7004063          204.00         204.00        2.250   EA
Outdoor Mat Diamond Md                                    459.00
Light Gray, 6/MC
0816540599
7004073          168.00         168.00        2.250   EA
Outdoor Mat Diamond Md                                    378.00
Brown, 6/MC
0816540599
7004083          174.00         174.00        2.250   EA
Outdoor Mat Diamond Md                                    391.50
Taupe, 6/MC
0816540599
7004093          156.00         156.00        2.250   EA
Outdoor Mat Maze Md                                       351.00
Black, 6/MC
0816540599
7004103          180.00         180.00        2.250   EA
Outdoor Mat Maze Md                                       405.00
Dark Gray, 6/MC
0816540599
7004113          180.00         180.00        2.250   EA
Outdoor Mat Maze Md                                       405.00

00838051    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                MONTGOMERY, AL 36108
US

   483481 10/24/24 BIG400        MAN HO

0095635413                        Ch Robinson      Collect

Light Gray, 6/MC
0816540599
7004123             168.00        168.00        2.250   EA
Outdoor Mat Maze Md                                              378.00
Brown, 6/MC
0816540599
7004133             156.00        156.00        2.250   EA
Outdoor Mat Maze Md                                              351.00
Taupe, 6/MC
0816540599
7004143             150.00        150.00        4.000   EA
Outdoor Mat Diamond Lg                                           600.00
Black, 6/MC
0816540600
7004163             162.00        162.00        4.000   EA
Outdoor Mat Diamond Lg                                           648.00
Light Gray, 6/MC
0816540600
7004173             174.00        174.00        4.000   EA
Outdoor Mat Diamond Lg                                           696.00
Brown, 6/MC
0816540600
7004183             180.00        180.00        4.000   EA
Outdoor Mat Diamond Lg                                           720.00
Taupe, 6/MC

00838051    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 MONTGOMERY, AL 36108
US


  483481 10/24/24 BIG400        MAN HO


0095635413                              Ch Robinson      Collect


0816540600
7004203              150.00       150.00       4.000   EA
Outdoor Mat Maze Lg                                              600.00
Dark Gray, 6/MC
0816540600
7004213              174.00       174.00       4.000   EA
Outdoor Mat Maze Lg                                              696.00
Light Gray, 6/MC
0816540600
7004223              186.00       186.00       4.000   EA
Outdoor Mat Maze Lg                                              744.00
Brown, 6/MC
0816540600
7004233              180.00       180.00       4.000   EA
Outdoor Mat Maze Lg                                              720.00
Taupe, 6/MC
0816540600


                                                              9,177.00
                                                                   .00
                                                                   .00
                                                                   .00
                                                              9,177.00
                                                                   .00


        3% Net 30 days                                        9,177.00

00838052    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 TREMONT, PA 17981
US

   483482 10/24/24 BIG400        MAN HO

0095635414                              Ch Robinson     Collect

                         CANCEL AFTER: 11/11/2024
                         DELIVERY REQUESTED: 11/18/2024
                         SHIP NOT BEFORE: 11/5/2024
                         SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                         FJ: 4908
                         Vendor Id: 0000610610
                         LU: 0874
                         PK: N
                         Mutually Defined: X
                         Buyer/Dept (BD): HOJNOWSKI  BRANDI
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         DIP# 24-11967
                         IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                         Telephone (TE): 570-695-2848

7004043              216.00           216.00        2.250  EA
Outdoor Mat Diamond Md                                                  486.00
Black, 6/MC
0816540599
7004053              234.00           234.00        2.250  EA

00838052    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  TREMONT, PA 17981
US

   483482 10/24/24 BIG400        MAN HO

0095635414                      Ch Robinson     Collect


Outdoor Mat Diamond Md                                         526.50
Dark Gray, 6/MC
0816540599
7004063            330.00        330.00        2.250  EA
Outdoor Mat Diamond Md                                         742.50
Light Gray, 6/MC
0816540599
7004073            270.00        270.00        2.250  EA
Outdoor Mat Diamond Md                                         607.50
Brown, 6/MC
0816540599
7004083            276.00        276.00        2.250  EA
Outdoor Mat Diamond Md                                         621.00
Taupe, 6/MC
0816540599
7004093            246.00        246.00        2.250  EA
Outdoor Mat Maze Md                                            553.50
Black, 6/MC
0816540599
7004103            288.00        282.00        2.250  EA
Outdoor Mat Maze Md                                            634.50
Dark Gray, 6/MC                    6.00
0816540599
7004113            282.00        282.00        2.250  EA
Outdoor Mat Maze Md                                            634.50

00838052    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                TREMONT, PA 17981
US

  483482 10/24/24 BIG400        MAN HO

0095635414                        Ch Robinson      Collect

Light Gray, 6/MC
0816540599
7004123          264.00          264.00        2.250   EA
Outdoor Mat Maze Md                                              594.00
Brown, 6/MC
0816540599
7004133          246.00          246.00        2.250   EA
Outdoor Mat Maze Md                                              553.50
Taupe, 6/MC
0816540599
7004143          240.00          240.00        4.000   EA
Outdoor Mat Diamond Lg                                           960.00
Black, 6/MC
0816540600
7004153           54.00           48.00        4.000   EA
Outdoor Mat Diamond Lg             6.00                          192.00
Dark Gray, 6/MC
0816540600
7004163          258.00          258.00        4.000   EA
Outdoor Mat Diamond Lg                                         1,032.00
Light Gray, 6/MC
0816540600
7004173          276.00          276.00        4.000   EA
Outdoor Mat Diamond Lg                                         1,104.00
Brown, 6/MC

00838052    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483482 10/24/24 BIG400        MAN HO

0095635414                         Ch Robinson      Collect

0816540600
7004183            288.00         288.00      4.000   EA
Outdoor Mat Diamond Lg                                        1,152.00
Taupe, 6/MC
0816540600
7004193             42.00          42.00      4.000   EA
Outdoor Mat Maze Lg                                            168.00
Black, 6/MC
0816540600
7004203            240.00         240.00      4.000   EA
Outdoor Mat Maze Lg                                            960.00
Dark Gray, 6/MC
0816540600
7004213            276.00         276.00      4.000   EA
Outdoor Mat Maze Lg                                          1,104.00
Light Gray, 6/MC
0816540600
7004223            294.00         294.00      4.000   EA
Outdoor Mat Maze Lg                                          1,176.00
Brown, 6/MC
0816540600
7004233            288.00         288.00      4.000   EA
Outdoor Mat Maze Lg                                          1,152.00
Taupe, 6/MC
0816540600

00838052    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/05/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

   483482 10/24/24 BIG400        MAN HO

0095635414                            Ch Robinson     Collect

                                                              14,953.50
                                                                    .00
                                                                    .00
                                                                    .00
                                                              14,953.50
                                                                    .00

      3% Net 30 days                                          14,953.50

00838178    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

    483369 10/23/24 BIG400        MAN HO

0095644419                          Ch Robinson      Collect

                        CANCEL AFTER: 11/15/2024
                        DELIVERY REQUESTED: 11/11/2024
                        SHIP NOT BEFORE: 11/11/2024
                        SCHEDULED FOR DELIVERY (PRIO: 11/6/2024
                        FJ: 9966
                        Vendor Id: 0000610610
                        LU: 0879
                        PK: N
                        Mutually Defined: BIG LOTS PO TERMS AND
                        Buyer/Dept (BD): KOSKY  KAYLA
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        #24-11967
                        IC (IC): DURANT DC - #0879 DURANT DC  LL
                        Telephone (TE): 580-931-2100

| 7082135 | 372.00 | 372.00 | .900 | EA | |
|---|---|---|---|---|---|
| Bamboo ScrubSponge S/3 NonScrt | | | | | 334.80 |
| Plystr, Pst Bl/Mt/Yl 12MC | | | | | |
| 0816540237 | | | | | |
| 7082155 | 408.00 | 408.00 | .900 | EA | |

00838178    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

 483369 10/23/24 BIG400        MAN HO

0095644419                         Ch Robinson     Collect

Bamboo ScrubSponge S/3 NonScrt                                    367.20
Plystr, Pnk/Grn/Ylw 12MC
0816540195
7083135          520.00         520.00        2.340  EA
Bamboo ScrubSponge S/9 HvyDty                                   1,216.80
Mtlc, Pst Bl/Mnt/Ylw 4MC
0816540195
7083155           36.00          36.00        2.340  EA
Bamboo ScrubSponge S/9 HvyDty                                      84.24
Mtlc, Pnk/Grn/Ylw 4MC
0816540195
7001778        1,284.00       1,284.00         .900  EA
Bamboo ScrubSponge S/3 HvyDty                                   1,155.60
Mtlc, Pst Blu/Prp/Pnk 12MC
0816540566
7001098        1,356.00       1,356.00         .900  EA
Bamboo ScrubSponge S/3 NonScrt                                  1,220.40
Plystr, Vio/Blu/Crl 12/MC
0816540566
7001995          384.00         384.00        1.000  EA
3Pk Blue Scourer, NS                                              384.00
Cool Cellulose Sponge 12/PDQ
0816540571
7002015          420.00         420.00        1.000  EA
3Pk Green Scourer, HD                                             420.00

00838178     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  DURANT, OK 74701
US

   483369 10/23/24 BIG400        MAN HO

0095644419                        Ch Robinson     Collect

Warm Cellulose Sponge 12/PDQ
0816540571
7002045            12.00          12.00        1.000  EA
3Pk Asstd Fruit Scourer, NS                                    12.00
Warm Cellulose Sponge 12/PDQ
0816540571
7003942            88.00          88.00        2.650  EA
8-Pack Tough Sponge                                           233.20
Mnt,Yel,Pnk,Blu 4/MC
0816540594
7005402           780.00         780.00        2.650  EA
8pk Assort Tough Sponge                                     2,067.00
FallSeas Blk/Gry/Dpnk/Ind 4/MC
0816540625
7003918           624.00         624.00        2.600  EA
2-Pack Smart Scrub                                          1,622.40
Yellow, 4/MC
0816540594
7002995-300       780.00         780.00        1.500  EA
SE Microfiber Sponge Tough 2PK                              1,170.00
White/Black White/Alloy 12/MC
4448004161
7004038           342.00         342.00        2.400  EA
10Pk Microfiber Cleaning Cloth                               820.80
11.5x11.5, Gray 6/MC

00838178     4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

   483369 10/23/24 BIG400        MAN HO

0095644419                            Ch Robinson     Collect

0816540598
7005018          510.00          510.00      2.400  EA
Microfiber Cleaning Clth 10Pk                          1,224.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005828          510.00          510.00      2.400  EA
Microfiber Cleaning Clth 10Pk                          1,224.00
FallSeas MtrLat Gray Ast, 6/MC
0816540629
7006338          510.00          510.00      2.400  EA
Microfiber Cleaning Clth 10Pk                          1,224.00
SprSeas mtrLat SeBlu,Prp,6/MC
0816540644
7001181          96.00           96.00       1.400  EA
Scrub w/ Handle                                         134.40
Sunset Orange 6/MC
0816540574
7001191          258.00          258.00      1.450  EA
Scrub Brush                                             374.10
Sunset Orange 6/MC
0816540574
7006821          668.00          668.00      6.400  EA
Dustpan with Broom                                    4,275.20
Pink 4/MC
0816540652

00838178   5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

    483369 10/23/24 BIG400        MAN HO

0095644419                        Ch Robinson      Collect

                                                    19,564.14
                                                         .00
                                                         .00
                                                         .00
                                                    19,564.14
                                                         .00

    2% 30 DAYS                                      19,564.14

00838179    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US


   483483 10/24/24 BIG400        MAN HO


0095635415                            STEAM LOGISTICS Collect



                        CANCEL AFTER: 11/8/2024
                        DELIVERY REQUESTED: 11/11/2024
                        SHIP NOT BEFORE: 11/4/2024
                        SCHEDULED FOR DELIVERY (PRIO: 10/30/2024
                        FJ: 2550
                        Vendor Id: 0000610610
                        LU: 0879
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): HOJNOWSKI  BRANDI
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP# 24-11967
                        IC (IC): DURANT DC - #0879 DURANT DC  LL
                        Telephone (TE): 580-931-2100

| Item | Ordered | Shipped | Price | UOM | Amount |
|---|---|---|---|---|---|
| 7004043 | 114.00 | 114.00 | 2.250 | EA | |
| Outdoor Mat Diamond Md | | | | | 256.50 |
| Black, 6/MC | | | | | |
| 0816540599 | | | | | |
| 7004053 | 126.00 | 126.00 | 2.250 | EA | |

00838179    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

  483483 10/24/24 BIG400        MAN HO

0095635415                              STEAM LOGISTICS Collect


| | | | | | |
|---|---|---|---|---|---|
| Outdoor Mat Diamond Md Dark Gray, 6/MC 0816540599 | | | | | 283.50 |
| 7004063 | 174.00 | 174.00 | 2.250 | EA | |
| Outdoor Mat Diamond Md Light Gray, 6/MC 0816540599 | | | | | 391.50 |
| 7004073 | 144.00 | 144.00 | 2.250 | EA | |
| Outdoor Mat Diamond Md Brown, 6/MC 0816540599 | | | | | 324.00 |
| 7004083 | 144.00 | 144.00 | 2.250 | EA | |
| Outdoor Mat Diamond Md Taupe, 6/MC 0816540599 | | | | | 324.00 |
| 7004093 | 132.00 | 132.00 | 2.250 | EA | |
| Outdoor Mat Maze Md Black, 6/MC 0816540599 | | | | | 297.00 |
| 7004103 | 150.00 | 150.00 | 2.250 | EA | |
| Outdoor Mat Maze Md Dark Gray, 6/MC 0816540599 | | | | | 337.50 |
| 7004113 | 150.00 | 150.00 | 2.250 | EA | |
| Outdoor Mat Maze Md | | | | | 337.50 |

00838179     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

   483483 10/24/24 BIG400        MAN HO

0095635415                              STEAM LOGISTICS Collect


Light Gray, 6/MC
0816540599
7004123            138.00           138.00        2.250   EA
Outdoor Mat Maze Md                                              310.50
Brown, 6/MC
0816540599
7004133            132.00           132.00        2.250   EA
Outdoor Mat Maze Md                                              297.00
Taupe, 6/MC
0816540599
7004143            126.00           126.00        4.000   EA
Outdoor Mat Diamond Lg                                          504.00
Black, 6/MC
0816540600
7004163            138.00           138.00        4.000   EA
Outdoor Mat Diamond Lg                                          552.00
Light Gray, 6/MC
0816540600
7004173            144.00           144.00        4.000   EA
Outdoor Mat Diamond Lg                                          576.00
Brown, 6/MC
0816540600
7004183            150.00           150.00        4.000   EA
Outdoor Mat Diamond Lg                                          600.00
Taupe, 6/MC

00838179    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

  483483 10/24/24 BIG400        MAN HO

0095635415                          STEAM LOGISTICS Collect


0816540600
7004203          126.00          126.00          4.000   EA
Outdoor Mat Maze Lg                                              504.00
Dark Gray, 6/MC
0816540600
7004213          150.00          150.00          4.000   EA
Outdoor Mat Maze Lg                                              600.00
Light Gray, 6/MC
0816540600
7004223          156.00          156.00          4.000   EA
Outdoor Mat Maze Lg                                              624.00
Brown, 6/MC
0816540600
7004233          156.00          156.00          4.000   EA
Outdoor Mat Maze Lg                                              624.00
Taupe, 6/MC
0816540600

                                                          7,743.00
                                                               .00
                                                               .00
                                                               .00
                                                          7,743.00
                                                               .00

      3% Net 30 days                                      7,743.00

00838180    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024  DIP24-11967   2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                DURANT, OK 74701
US


   484065 10/30/24 BIG400        MAN HO


0095630278                              STEAM LOGISTICS Collect


                          CANCEL AFTER: 11/8/2024
                          DELIVERY REQUESTED: 11/11/2024
                          SHIP NOT BEFORE: 11/4/2024
                          SCHEDULED FOR DELIVERY (PRIO: 10/30/2024
                          FJ: 14927
                          Vendor Id: 0000610610
                          LU: 0879
                          PK: N
                          Mutually Defined: BIG LOTS PO TERMS AND
                          Buyer/Dept (BD): CHERRY  MADELINE
                          BY ACKNOWLEDGING THIS ORDER  SHIPPING
                          ANY ORDERED GOODS OR ACCEPTING PAYMENT
                          VENDOR AGREES TO ALL TERMS OF BIG LOTS
                          PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                          AND OTHER DOMESTIC DOCUMENTS AT
                          BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                          ORDER DATE
                          DIP# 24-11967
                          IC (IC): DURANT DC - #0879 DURANT DC  LL
                          Telephone (TE): 580-931-2100

| | | | | |
|---|---|---|---|---|
| 3037115 | 400.00 | 400.00 | 2.000 | EA |

Hamper Pop-Up Mesh Crnr Top                                        800.00
1SIDE PKT, WHITE 4X12=48/MC
0816540110

| | | | | |
|---|---|---|---|---|
| 3037125 | 400.00 | 400.00 | 2.000 | EA |

```
                                                              00838180    2
       PRO-MART INDUSTRIES, INC.
       17421 VON KARMAN AVE
                                                              11/07/24
       IRVINE, CA 92614
       949-428-7700
```

```
Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US
```

```
   484065 10/30/24 BIG400        MAN HO
```

```
0095630278                          STEAM LOGISTICS Collect
```

| Description | | | | | |
|---|---|---|---|---|---|
| Hamper Pop-Up Mesh Crnr Top & 1Side Pkt, Black 4X12=48/MC 0816540230 | | | | | 800.00 |
| 3002135A6-105 | 270.00 | 270.00 | 2.000 | EA | |
| Hamper Pop-up White, 6/MC 4448004177 | | | | | 540.00 |
| 3002125A6-105 | 1,158.00 | 1,158.00 | 2.000 | EA | |
| SE Hamper Pop-up Black, 6/MC 4448004177 | | | | | 2,316.00 |
| 3089124 | 204.00 | 204.00 | 4.000 | EA | |
| Hamper PopUp Spiral Mesh W/Hnd Black, 6/MC 0816540014 | | | | | 816.00 |
| 346392-105 | 288.00 | 288.00 | 7.000 | EA | |
| Rolling Hamper Triple Pvc Fram W/Rmv Wht+Blu+Grn Mesh Bg,4/MC 0816543463 | | | | | 2,016.00 |
| 3133182-105 | 78.00 | 78.00 | 11.500 | EA | |
| Laundry Sorter 3-Bin Canvas Bronze Brown Frame 2/MC 0816540132 | | | | | 897.00 |
| 380425 | 192.00 | 192.00 | 3.300 | EA | |
| Bag Laundry Cotton Wht W/Blue | | | | | 633.60 |

00838180     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US


   484065 10/30/24 BIG400          MAN HO


0095630278                            STEAM LOGISTICS Collect


"Laundry" Print 6/PBDQ48/MC
0816543804
3637124-105          1,036.00        1,036.00        3.700   EA
Duffle Bag W/Strp-Hndl, Sd Pkt                                       3,833.20
Hd Canvs Natural W/Black 4/MC
0816540015
3003541              306.00          306.00          8.500   EA
Collapsible Laundry Basket Lg                                       2,601.00
Gray 6/MC
0816540653
3903118A5-105        1,085.00        1,085.00        3.360   EA
Deluxe Iron & Iron Board Holdr                                      3,645.60
W/O Can Holder White 5/MC
0816540092
3002878              1,098.00        1,098.00        2.000   EA
Lint Roller 90 sheet+2 refill                                      2,196.00
HD Hnd, Gry Lattice Print 6/MC
0816540589
3003282-105          1,296.00        1,296.00        2.000   EA
Lint Roller 90 sheet +2 refill                                     2,592.00
Hdg Handle, Floral 6/MC
0816540604
3003353              1,098.00        1,098.00        3.600   EA
5pk 100sht Lint Roller w/print                                     3,952.80
HD Hndle Gry Lattice print 6MC

00838180     4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  DURANT, OK 74701
US

   484065 10/30/24 BIG400        MAN HO

0095630278                              STEAM LOGISTICS Collect


0816540605
3003292          1,098.00        1,098.00        2.000  EA
3pk 90sht Lint Roller w/print                                   2,196.00
HD Handle Blk Fruit Print 6/MC
0816540604
3000942            720.00          720.00        1.500  EA
5 Pack Travel Lint Roller                                       1,080.00
6/Inner, 48/MC
0816540246
5006148            420.00          420.00        3.250  EA
Closet Bin 6x12x4 PET                                           1,365.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006158            416.00          416.00        4.850  EA
Closet Bin 8x14.5x4 PET                                         2,017.60
w/Bamboo Lid, Clr 4/MC
0816540638
5006178            420.00          420.00        3.250  EA
Closet Bin 4x14.5x4 PET                                         1,365.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006188            420.00          420.00        2.850  EA
Closet Bin 6x10x3 PET                                           1,197.00
w/Bamboo Lid, Clr 5/MC
0816540638

00838180    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/07/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                DURANT, OK 74701
US

   484065 10/30/24 BIG400          MAN HO

0095630278                              STEAM LOGISTICS Collect


5584092              976.00         976.00          4.000  EA
12-Pair Shoe Rack 4-Tier Dark                                        3,904.00
Gry Frame W/ Gray Pipe 4/MC
0816540213
3145155CS            160.00         160.00         16.000  EA
Hampr Pop-Up Novelty Mesh                                           2,560.00
Mnky, Tgr, Chk, Frog 8MC
0816540164


                                                                   43,323.80
                                                                         .00
                                                                         .00
                                                                         .00
                                                                   43,323.80
                                                                         .00

        3% Net 30 days                                             43,323.80

00838194     1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/08/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

  483367 10/23/24 BIG400        MAN HO

0095644417                           RXO FTL         Collect

                        CANCEL AFTER: 11/11/2024
                        DELIVERY REQUESTED: 11/11/2024
                        SHIP NOT BEFORE: 11/5/2024
                        SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                        FJ: 13656
                        Vendor Id: 0000610610
                        LU: 0870
                        PK: N
                        Mutually Defined: BIG LOTS PO TERMS AND
                        Buyer/Dept (BD): KOSKY  KAYLA
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        #24-11967
                        IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                        Telephone (TE): 334-286-6633

| 7082135 | 516.00 | 516.00 | .900 | EA | |
|---|---|---|---|---|---|
| Bamboo ScrubSponge S/3 NonScrt | | | | | 464.40 |
| Plystr, Pst Bl/Mt/Yl 12MC | | | | | |
| 0816540237 | | | | | |
| 7082155 | 552.00 | 552.00 | .900 | EA | |

00838194    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

IRVINE, CA 92614                                                        11/08/24
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  MONTGOMERY, AL 36108
US


   483367 10/23/24 BIG400        MAN HO


0095644417                        RXO FTL        Collect


Bamboo ScrubSponge S/3 NonScrt                                          496.80
Plystr, Pnk/Grn/Ylw 12MC
0816540195
7083135            704.00          704.00         2.340    EA
Bamboo ScrubSponge S/9 HvyDty                                        1,647.36
Mtlc, Pst Bl/Mnt/Ylw 4MC
0816540195
7083155             48.00           48.00         2.340    EA
Bamboo ScrubSponge S/9 HvyDty                                          112.32
Mtlc, Pnk/Grn/Ylw 4MC
0816540195
7001778          1,740.00        1,740.00          .900    EA
Bamboo ScrubSponge S/3 HvyDty                                        1,566.00
Mtlc, Pst Blu/Prp/Pnk 12MC
0816540566
7001098          1,836.00        1,836.00          .900    EA
Bamboo ScrubSponge S/3 NonScrt                                        1,652.40
Plystr, Vio/Blu/Crl 12/MC
0816540566
7001995            516.00          516.00         1.000    EA
3Pk Blue Scourer, NS                                                    516.00
Cool Cellulose Sponge 12/PDQ
0816540571
7002015            564.00          564.00         1.000    EA
3Pk Green Scourer, HD                                                   564.00

                                                    00838194      3

         PRO-MART INDUSTRIES, INC.
         17421 VON KARMAN AVE

                                                    11/08/24

         IRVINE, CA 92614
         949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651               MONTGOMERY, AL 36108
US


    483367 10/23/24 BIG400        MAN HO


0095644417                        RXO FTL          Collect


Warm Cellulose Sponge 12/PDQ
0816540571
7002045            24.00           24.00       1.000   EA
3Pk Asstd Fruit Scourer, NS                                      24.00
Warm Cellulose Sponge 12/PDQ
0816540571
7003942           120.00          120.00       2.650   EA
8-Pack Tough Sponge                                            318.00
Mnt,Yel,Pnk,Blu 4/MC
0816540594
7005402          1,056.00        1,056.00      2.650   EA
8pk Assort Tough Sponge                                      2,798.40
FallSeas Blk/Gry/Dpnk/Ind 4/MC
0816540625
7003918           844.00          844.00       2.600   EA
2-Pack Smart Scrub                                           2,194.40
Yellow, 4/MC
0816540594
7002995-300      1,056.00        1,056.00      1.500   EA
SE Microfiber Sponge Tough 2PK                               1,584.00
White/Black White/Alloy 12/MC
4448004161
7004038           480.00          480.00       2.400   EA
10Pk Microfiber Cleaning Cloth                              1,152.00
11.5x11.5, Gray 6/MC

00838194    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/08/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    MONTGOMERY, AL 36108
US

   483367 10/23/24 BIG400        MAN HO

0095644417                         RXO FTL        Collect

0816540598
7005018           720.00        720.00        2.400   EA
Microfiber Cleaning Clth 10Pk                               1,728.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005828           720.00        720.00        2.400   EA
Microfiber Cleaning Clth 10Pk                               1,728.00
FallSeas MtrLat Gray Ast, 6/MC
0816540629
7006338           720.00        720.00        2.400   EA
Microfiber Cleaning Clth 10Pk                               1,728.00
SprSeas mtrLat SeBlu,Prp,6/MC
0816540644
7001181           132.00        132.00        1.400   EA
Scrub w/ Handle                                              184.80
Sunset Orange 6/MC
0816540574
7001191           360.00        360.00        1.450   EA
Scrub Brush                                                  522.00
Sunset Orange 6/MC
0816540574
7006821           940.00        940.00        6.400   EA
Dustpan with Broom                                         6,016.00
Pink 4/MC
0816540652

00838194     5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/08/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

  483367 10/23/24 BIG400        MAN HO

0095644417                              RXO FTL         Collect

                                                        26,996.88
                                                             .00
                                                             .00
                                                             .00
                                                        26,996.88
                                                             .00

     2% 30 DAYS                                          26,996.88

00838316    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/12/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

   484063 10/30/24 BIG400        MAN HO

0095630276                          Jb Hunt        Collect

                    CANCEL AFTER: 11/11/2024
                    DELIVERY REQUESTED: 11/18/2024
                    SHIP NOT BEFORE: 11/5/2024
                    SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                    FJ: 16141
                    Vendor Id: 0000610610
                    LU: 0870
                    PK: N
                    Mutually Defined: BIG LOTS PO TERMS AND
                    Buyer/Dept (BD): CHERRY  MADELINE
                    BY ACKNOWLEDGING THIS ORDER  SHIPPING
                    ANY ORDERED GOODS OR ACCEPTING PAYMENT
                    VENDOR AGREES TO ALL TERMS OF BIG LOTS
                    PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                    AND OTHER DOMESTIC DOCUMENTS AT
                    BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                    ORDER DATE
                    DIP# 24-11967
                    IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                    Telephone (TE): 334-286-6633

| | | | | |
|---|---|---|---|---|
| 3037115 | 484.00 | 484.00 | 2.000 | EA |

Hamper Pop-Up Mesh Crnr Top                                         968.00
1SIDE PKT, WHITE 4X12=48/MC
0816540110

| | | | | |
|---|---|---|---|---|
| 3037125 | 480.00 | 480.00 | 2.000 | EA |

00838316    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/12/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                MONTGOMERY, AL 36108
US

484063 10/30/24 BIG400        MAN HO

0095630276                          Jb Hunt        Collect

Hamper Pop-Up Mesh Crnr Top &                                    960.00
1Side Pkt, Black 4X12=48/MC
0816540230
3002135A6-105       324.00        324.00      2.000  EA
Hamper Pop-up                                                    648.00
White, 6/MC
4448004177
3002125A6-105     1,392.00      1,392.00      2.000  EA
SE Hamper Pop-up                                               2,784.00
Black, 6/MC
4448004177
3089124             246.00        246.00      4.000  EA
Hamper PopUp Spiral Mesh W/Hnd                                   984.00
Black, 6/MC
0816540014
346392-105          344.00        344.00      7.000  EA
Rolling Hamper Triple Pvc Fram                                 2,408.00
W/Rmv Wht+Blu+Grn Mesh Bg,4/MC
0816543463
3133182-105          94.00         94.00     11.500  EA
Laundry Sorter 3-Bin Canvas                                   1,081.00
Bronze Brown Frame 2/MC
0816540132
380425              234.00        234.00      3.300  EA
Bag Laundry Cotton Wht W/Blue                                    772.20

00838316     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/12/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 MONTGOMERY, AL 36108
US

  484063 10/30/24 BIG400        MAN HO

0095630276                          Jb Hunt        Collect

"Laundry" Print 6/PBDQ48/MC
0816543804
3637124-105         1,244.00      1,244.00       3.700   EA
Duffle Bag W/Strp-Hndl, Sd Pkt                                    4,602.80
Hd Canvs Natural W/Black 4/MC
0816540015
3003541             576.00        576.00         8.500   EA
Collapsible Laundry Basket Lg                                    4,896.00
Gray 6/MC
0816540653
3903118A5-105       955.00        955.00         3.360   EA
Deluxe Iron & Iron Board Holdr                                   3,208.80
W/O Can Holder White 5/MC
0816540092
3002878             966.00        966.00         2.000   EA
Lint Roller 90 sheet+2 refill                                    1,932.00
HD Hnd, Gry Lattice Print 6/MC
0816540589
3003282-105         1,140.00      1,140.00       2.000   EA
Lint Roller 90 sheet +2 refill                                   2,280.00
Hdg Handle, Floral 6/MC
0816540604
3003353             966.00        966.00         3.600   EA
5pk 100sht Lint Roller w/print                                   3,477.60
HD Hndle Gry Lattice print 6MC

00838316    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/12/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                MONTGOMERY, AL 36108
US

   484063 10/30/24 BIG400       MAN HO

0095630276                         Jb Hunt        Collect

0816540605
3003292            966.00        966.00      2.000  EA
3pk 90sht Lint Roller w/print                                  1,932.00
HD Handle Blk Fruit Print 6/MC
0816540604
3000942            672.00        672.00      1.500  EA
5 Pack Travel Lint Roller                                      1,008.00
6/Inner, 48/MC
0816540246
5006148            432.00        432.00      3.250  EA
Closet Bin 6x12x4 PET                                          1,404.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006158            428.00        428.00      4.850  EA
Closet Bin 8x14.5x4 PET                                        2,075.80
w/Bamboo Lid, Clr 4/MC
0816540638
5006178            428.00        428.00      3.250  EA
Closet Bin 4x14.5x4 PET                                        1,391.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006188            430.00        430.00      2.850  EA
Closet Bin 6x10x3 PET                                          1,225.50
w/Bamboo Lid, Clr 5/MC
0816540638

00838316    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/12/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US


   484063 10/30/24 BIG400        MAN HO


0095630276                        Jb Hunt        Collect


5584092          1,516.00      1,516.00        4.000   EA
12-Pair Shoe Rack 4-Tier Dark                                  6,064.00
Gry Frame W/ Gray Pipe 4/MC
0816540213
3145155CS         192.00         192.00       16.000   EA
Hampr Pop-Up Novelty Mesh                                      3,072.00
Mnky, Tgr, Chk, Frog 8MC
0816540164


                                                             49,174.70
                                                                   .00
                                                                   .00
                                                                   .00
                                                             49,174.70
                                                                   .00

       3% Net 30 days                                        49,174.70

00838679   1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483368 10/23/24 BIG400        MAN HO

0095644418                          BFS LOGISTICS    Collect

                         CANCEL AFTER: 11/11/2024
                         DELIVERY REQUESTED: 11/11/2024
                         SHIP NOT BEFORE: 11/5/2024
                         SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                         FJ: 21310
                         Vendor Id: 0000610610
                         LU: 0874
                         PK: N
                         Mutually Defined: BIG LOTS PO TERMS AND
                         Buyer/Dept (BD): KOSKY  KAYLA
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         #24-11967
                         IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                         Telephone (TE): 570-695-2848

| Item | Qty | Qty | Price | UOM | Amount |
|---|---|---|---|---|---|
| 7082135 | 852.00 | 852.00 | .900 | EA | |
| Bamboo ScrubSponge S/3 NonScrt | | | | | 766.80 |
| Plystr, Pst Bl/Mt/Yl 12MC | | | | | |
| 0816540237 | | | | | |
| 7082155 | 924.00 | 924.00 | .900 | EA | |

00838679    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651            TREMONT, PA 17981
US

  483368 10/23/24 BIG400        MAN HO

0095644418                            BFS LOGISTICS   Collect

Bamboo ScrubSponge S/3 NonScrt                                831.60
Plystr, Pnk/Grn/Ylw 12MC
0816540195
7083135          1,180.00      1,180.00      2.340  EA
Bamboo ScrubSponge S/9 HvyDty                              2,761.20
Mtlc, Pst Bl/Mnt/Ylw 4MC
0816540195
7083155            80.00        80.00      2.340  EA
Bamboo ScrubSponge S/9 HvyDty                                187.20
Mtlc, Pnk/Grn/Ylw 4MC
0816540195
7001778          2,904.00      2,904.00       .900  EA
Bamboo ScrubSponge S/3 HvyDty                              2,613.60
Mtlc, Pst Blu/Prp/Pnk 12MC
0816540566
7001098          3,084.00      3,084.00       .900  EA
Bamboo ScrubSponge S/3 NonScrt                            2,775.60
Plystr, Vio/Blu/Crl 12/MC
0816540566
7001995            864.00        864.00      1.000  EA
3Pk Blue Scourer, NS                                         864.00
Cool Cellulose Sponge 12/PDQ
0816540571
7002015            960.00        960.00      1.000  EA
3Pk Green Scourer, HD                                        960.00

00838679    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483368 10/23/24 BIG400         MAN HO

0095644418                              BFS LOGISTICS   Collect


Warm Cellulose Sponge 12/PDQ
0816540571
7002045            36.00           36.00        1.000   EA
3Pk Asstd Fruit Scourer, NS                                        36.00
Warm Cellulose Sponge 12/PDQ
0816540571
7003942           200.00          200.00        2.650   EA
8-Pack Tough Sponge                                               530.00
Mnt,Yel,Pnk,Blu 4/MC
0816540594
7005402         1,768.00        1,768.00        2.650   EA
8pk Assort Tough Sponge                                        4,685.20
FallSeas Blk/Gry/Dpnk/Ind 4/MC
0816540625
7003918         1,412.00        1,412.00        2.600   EA
2-Pack Smart Scrub                                             3,671.20
Yellow, 4/MC
0816540594
7002995-300     1,764.00        1,764.00        1.500   EA
SE Microfiber Sponge Tough 2PK                                 2,646.00
White/Black White/Alloy 12/MC
4448004161
7004038           624.00          624.00        2.400   EA
10Pk Microfiber Cleaning Cloth                                1,497.60
11.5x11.5, Gray 6/MC

00838679    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483368 10/23/24 BIG400        MAN HO

0095644418                          BFS LOGISTICS    Collect

0816540598
7005018           930.00          930.00        2.400   EA
Microfiber Cleaning Clth 10Pk                                    2,232.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005828           930.00          930.00        2.400   EA
Microfiber Cleaning Clth 10Pk                                    2,232.00
FallSeas MtrLat Gray Ast, 6/MC
0816540629
7006338           930.00          930.00        2.400   EA
Microfiber Cleaning Clth 10Pk                                    2,232.00
SprSeas mtrLat SeBlu,Prp,6/MC
0816540644
7001181           168.00          168.00        1.400   EA
Scrub w/ Handle                                                   235.20
Sunset Orange 6/MC
0816540574
7001191           468.00          468.00        1.450   EA
Scrub Brush                                                       678.60
Sunset Orange 6/MC
0816540574
7006821         1,220.00        1,220.00        6.400   EA
Dustpan with Broom                                              7,808.00
Pink 4/MC
0816540652

00838679    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US


  483368 10/23/24 BIG400       MAN HO


0095644418                      BFS LOGISTICS   Collect


                                              40,243.80
                                                    .00
                                                    .00
                                                    .00
                                              40,243.80
                                                    .00

    2% 30 DAYS                                40,243.80

00838680    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483496 10/24/24 BIG400        MAN HO

0095645781                              STEAM LOGISTICS Collect


                        CANCEL AFTER: 11/7/2024
                        DELIVERY REQUESTED: 11/18/2024
                        SHIP NOT BEFORE: 11/1/2024
                        SCHEDULED FOR DELIVERY (PRIO: 10/27/2024
                        FJ: 7120
                        Vendor Id: 0000610610
                        LU: 0874
                        PK: N
                        Mutually Defined: BIG LOTS PO TERMS AND
                        Buyer/Dept (BD): DONAHUE  KATI
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP# 24-11967
                        IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                        Telephone (TE): 570-695-2848

7066128              210.00              210.00           7.200   EA
Pop-Up Compact Organizer                                                  1,512.00
Free Standing BlackW/Gray 6/MC
0816540012
7032124-098          136.00              136.00           2.100   EA

00838680    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

   483496 10/24/24 BIG400        MAN HO

0095645781                         STEAM LOGISTICS Collect

Waste Bag W/ Adjustable Strap                                    285.60
Black, 8/PDQ, 32/MC
0816540131
7000248          120.00          120.00          3.300  EA
Car Seat Org Multi Pocket                                       396.00
Black, 6/MC
0816540618
7005035          132.00          132.00          2.300  EA
Car Seat Organizer, 1 pocket                                    303.60
Black, 6/MC
0816540617
7000278          114.00          114.00          6.200  EA
Car Cooler Bag                                                  706.80
Black, 6 IC 24/MC
0816540617
7000298          114.00          114.00          4.600  EA
Car Organizer Console Box                                       524.40
Black 6/IC 12/MC
0816540617
7005191          792.00          792.00          3.000  EA
Collapsible Cleaning Basin 10L                                2,376.00
White w/Blue, 6/MC
0816540624
7005181          678.00          678.00          3.000  EA
Collapsible Cleaning Basin 10L                                2,034.00

00838680     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   483496 10/24/24 BIG400        MAN HO

0095645781                        STEAM LOGISTICS Collect


White w/Gray, 6/MC
0816540624
7004038           1,626.00        1,626.00         1.500    EA
10Pk Microfiber Cleaning Cloth                                          2,439.00
11.5x11.5, Gray 6/MC
0816540598
7005018             678.00          678.00         1.500    EA
Microfiber Cleaning Clth 10Pk                                           1,017.00
CustFallSeasonal Pnk/Bge 6/MC
0816540616
7005398             900.00          900.00         2.750    EA
10pk Coral Towels 12x12 CFalSe                                         2,475.00
Gry,DGry,Nvy,Pnk, Bge 6/MC
0816540625
5021122             540.00          540.00         2.000    EA
S-Hook Steel Black 6-Pack                                              1,080.00
6/IC, 24/MC
0816540145
5021112             540.00          540.00         2.000    EA
S-Hook Steel White 6-Pack                                             1,080.00
6/IC, 24/MC
0816540237
7001691             540.00          540.00         1.040    EA
Window Squeegee                                                         561.60
Teal 6/MC

00838680     4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/15/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                TREMONT, PA 17981
US


  483496 10/24/24 BIG400       MAN HO


0095645781                              STEAM LOGISTICS Collect


0816540569

16,791.00
     .00
     .00
     .00
16,791.00
     .00

    3% Net 30 days                      16,791.00

00838811    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/20/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

  484064 10/30/24 BIG400        MAN HO

0095630277                        Ch Robinson      Collect

                        CANCEL AFTER: 11/11/2024
                        DELIVERY REQUESTED: 11/18/2024
                        SHIP NOT BEFORE: 11/5/2024
                        SCHEDULED FOR DELIVERY (PRIO: 10/31/2024
                        FJ: 25793
                        Vendor Id: 0000610610
                        LU: 0874
                        PK: N
                        Mutually Defined: BIG LOTS PO TERMS AND
                        Buyer/Dept (BD): CHERRY  MADELINE
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                        Telephone (TE): 570-695-2848

| 3037115 | 632.00 | 632.00 | 2.000 | EA | |
| Hamper Pop-Up Mesh Crnr Top | | | | | 1,264.00 |
| 1SIDE PKT, WHITE 4X12=48/MC | | | | | |
| 0816540110 | | | | | |
| 3037125 | 628.00 | 628.00 | 2.000 | EA | |
| Hamper Pop-Up Mesh Crnr Top & | | | | | 1,256.00 |

00838811    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

IRVINE, CA 92614                                    11/20/24
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

   484064 10/30/24 BIG400        MAN HO

0095630277                        Ch Robinson     Collect


1Side Pkt, Black 4X12=48/MC
0816540230
3002135A6-105        426.00         426.00       2.000   EA
Hamper Pop-up                                                      852.00
White, 6/MC
4448004177
3002125A6-105      1,812.00       1,812.00       2.000   EA
SE Hamper Pop-up                                                 3,624.00
Black, 6/MC
4448004177
3089124              318.00         318.00       4.000   EA
Hamper PopUp Spiral Mesh W/Hnd                                   1,272.00
Black, 6/MC
0816540014
346392-105           448.00         448.00       7.000   EA
Rolling Hamper Triple Pvc Fram                                  3,136.00
W/Rmv Wht+Blu+Grn Mesh Bg,4/MC
0816543463
3133182-105          124.00         124.00      11.500   EA
Laundry Sorter 3-Bin Canvas                                     1,426.00
Bronze Brown Frame 2/MC
0816540132
380425               300.00         300.00       3.300   EA
Bag Laundry Cotton Wht W/Blue                                      990.00
"Laundry" Print 6/PBDQ48/MC

00838811    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/20/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                TREMONT, PA 17981
US

484064 10/30/24 BIG400        MAN HO

0095630277                         Ch Robinson      Collect

0816543804
3637124-105       1,620.00      1,620.00      3.700  EA
Duffle Bag W/Strp-Hndl, Sd Pkt                              5,994.00
Hd Canvs Natural W/Black 4/MC
0816540015
3003541           1,098.00      1,098.00      8.500  EA
Collapsible Laundry Basket Lg                               9,333.00
Gray 6/MC
0816540653
3903118A5-105     1,910.00      1,910.00      3.360  EA
Deluxe Iron & Iron Board Holdr                             6,417.60
W/O Can Holder White 5/MC
0816540092
3002878           1,932.00      1,932.00      2.000  EA
Lint Roller 90 sheet+2 refill                              3,864.00
HD Hnd, Gry Lattice Print 6/MC
0816540589
3003282-105       2,280.00      2,280.00      2.000  EA
Lint Roller 90 sheet +2 refill                             4,560.00
Hdg Handle, Floral 6/MC
0816540604
3003353           1,932.00      1,932.00      3.600  EA
5pk 100sht Lint Roller w/print                             6,955.20
HD Hndle Gry Lattice print 6MC
0816540605

00838811    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

                                                    11/20/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US


  484064 10/30/24 BIG400        MAN HO


0095630277                        Ch Robinson    Collect


3003292          1,932.00       1,932.00      2.000   EA
3pk 90sht Lint Roller w/print                          3,864.00
HD Handle Blk Fruit Print 6/MC
0816540604
3000942          1,296.00       1,296.00      1.500   EA
5 Pack Travel Lint Roller                              1,944.00
6/Inner, 48/MC
0816540246
5006148           644.00         644.00       3.250   EA
Closet Bin 6x12x4 PET                                  2,093.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006158           640.00         640.00       4.850   EA
Closet Bin 8x14.5x4 PET                                3,104.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006178           644.00         644.00       3.250   EA
Closet Bin 4x14.5x4 PET                                2,093.00
w/Bamboo Lid, Clr 4/MC
0816540638
5006188           645.00         645.00       2.850   EA
Closet Bin 6x10x3 PET                                  1,838.25
w/Bamboo Lid, Clr 5/MC
0816540638
5584092         2,108.00       2,108.00       4.000   EA

00838811    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/20/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

484064 10/30/24 BIG400          MAN HO

0095630277                              Ch Robinson      Collect

12-Pair Shoe Rack 4-Tier Dark                                  8,432.00
Gry Frame W/ Gray Pipe 4/MC
0816540213
3145155CS          248.00          248.00          16.000   EA
Hampr Pop-Up Novelty Mesh                                      3,968.00
Mnky, Tgr, Chk, Frog 8MC
0816540164

                                                            78,280.05
                                                                  .00
                                                                  .00
                                                                  .00
                                                            78,280.05
                                                                  .00

     3% Net 30 days                                         78,280.05

00839303    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/27/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024  DIP24-11967   2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

   484738 11/07/24 BIG400          MAN HO

0095669733                          BBI LOGISTCIS    Collect


                          CANCEL AFTER: 11/18/2024
                          DELIVERY REQUESTED: 11/25/2024
                          SHIP NOT BEFORE: 11/12/2024
                          SCHEDULED FOR DELIVERY (PRIO: 11/7/2024
                          FJ: 15336
                          Vendor Id: 0000610610
                          LU: 0870
                          PK: N
                          Mutually Defined: X
                          Buyer/Dept (BD): CHERRY  MADELINE
                          BY ACKNOWLEDGING THIS ORDER  SHIPPING
                          ANY ORDERED GOODS OR ACCEPTING PAYMENT
                          VENDOR AGREES TO ALL TERMS OF BIG LOTS
                          PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                          AND OTHER DOMESTIC DOCUMENTS AT
                          BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                          ORDER DATE
                          DIP#24-11967
                          IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                          Telephone (TE): 334-286-6633

| Item | | | | | |
|---|---|---|---|---|---|
| 8726188 | 828.00 | 828.00 | 2.000 | EA | |
| Shelf Liner Grip Premium | | | | | 1,656.00 |
| Coffee Bean, 18"x8' 6/PDQ | | | | | |
| 0816540185 | | | | | |
| 8742512 | 1,662.00 | 1,662.00 | 1.900 | EA | |

00839303    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

IRVINE, CA 92614                                    11/27/24
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    MONTGOMERY, AL 36108
US

  484738 11/07/24 BIG400        MAN HO

0095669733                          BBI LOGISTCIS    Collect

| | | | | | |
|---|---|---|---|---|---|
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540187 | | | | | 3,157.80 |
| 8714248 | 828.00 | 828.00 | 1.400 | EA | |
| Shelf Liner Grip Classic Chili Pepper, 12"x10' 6/MC 0816540183 | | | | | 1,159.20 |
| 8742514 | 1,662.00 | 1,662.00 | 1.900 | EA | |
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540187 | | | | | 3,157.80 |
| 8742711 | 1,662.00 | 1,662.00 | 1.900 | EA | |
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540198 | | | | | 3,157.80 |
| 8607207 | 1,926.00 | 1,926.00 | 2.400 | EA | |
| Shelf Liner Adhesive MetrograyLattic, 18"x20' 6/PDQ 0816540197 | | | | | 4,622.40 |
| 8744513 | 1,854.00 | 1,854.00 | 1.200 | EA | |
| Shelf Liner Grip Bonded Pattern, 18"x5' 6/PDQ 0816540189 | | | | | 2,224.80 |
| 8716188 | 1,248.00 | 1,248.00 | 1.100 | EA | |
| Shelf Liner Grip Classic | | | | | 1,372.80 |

00839303    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/27/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967   2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    MONTGOMERY, AL 36108
US


  484738 11/07/24 BIG400          MAN HO


0095669733                              BBI LOGISTCIS    Collect


Coffee Bean, 18"x5' 6/PDQ
0816540184
8742511              1,086.00      1,086.00       1.900   EA
Shelf Liner Grip Bonded                                          2,063.40
Pattern, 12"x10' 6/MC
0816540187
8716248                828.00        828.00       1.100   EA
Shelf Liner Grip Classic                                          910.80
Chili Pepper, 18"x5' 6/PDQ
0816540184
8744206                714.00        714.00       1.200   EA
Shelf Liner Grip Bonded                                           856.80
Pattern, 18"x5' 6/PDQ
0816540188
8744703                528.00        528.00       1.200   EA
Shelf Liner Grip Bonded                                           633.60
Pattern, 18"x5' 6/PDQ
0816540192
8744200                510.00        510.00       1.200   EA
Shelf Liner Grip Bonded                                           612.00
Beige Gingham, 18"x5' 6/PDQ
0816540188


                                                              25,585.20
                                                                    .00
                                                                    .00
                                                                    .00
                                                              25,585.20
                                                                    .00

      3% Net 30 days                                          25,585.20

00839863    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                TREMONT, PA 17981
US

481024 09/24/24 BIG400        MAN HO

0095617506                        Ch Robinson      Collect

                    CANCEL AFTER: 11/25/2024
                    DELIVERY REQUESTED: 12/2/2024
                    SHIP NOT BEFORE: 11/19/2024
                    SCHEDULED FOR DELIVERY (PRIO: 11/14/2024
                    FJ: 12432
                    Vendor Id: 0000610610
                    LU: 0874
                    PK: N
                    Mutually Defined: X
                    Buyer/Dept (BD): CHERRY  MADELINE
                    BY ACKNOWLEDGING THIS ORDER  SHIPPING
                    ANY ORDERED GOODS OR ACCEPTING PAYMENT
                    VENDOR AGREES TO ALL TERMS OF BIG LOTS
                    PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                    AND OTHER DOMESTIC DOCUMENTS AT
                    BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                    ORDER DATE
                    IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                    Telephone (TE): 570-695-2848

8714388AT-105      2,232.00        2,232.00        1.430  EA
Shelf Liner Grip Classic                                        3,191.76
Taupe, 12"x10' 4PDQ/36MC
0816540183
8791500AT-105      4,212.00        4,212.00        2.650  EA
Shelf Liner Grip Classic Print                                  11,161.80

00839863     2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

481024 09/24/24 BIG400        MAN HO

0095617506                          Ch Robinson     Collect

Mds Net Scrl, 12"x10' 4PDQ36MC
0816540647
8791207AT-105      2,196.00     2,196.00      2.650   EA
Shelf Liner Grip Classic Print                          5,819.40
Gray Ltic, 12"x10' 4/IC 36/MC
0816540647
8747402AT-105      1,584.00     1,584.00      1.700   EA
Shelf Liner Grip Bonded                                 2,692.80
Cntly Blush, 12"x8'4/PDQ 48/MC
0816540646
8744207-105        2,208.00     2,208.00      1.700   EA
Shelf Liner Grip Bonded                                 3,753.60
Mtr Gray Ltc,18"x5'4IC/48/MC
0816540646

                                              26,619.36
                                                    .00
                                                    .00
                                                    .00
                                              26,619.36
                                                    .00

        NET 45                                26,619.36

00839864    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

  481026 09/24/24 BIG400        MAN HO

0095617505                         Ch Robinson      Collect


                        CANCEL AFTER: 11/25/2024
                        DELIVERY REQUESTED: 12/2/2024
                        SHIP NOT BEFORE: 11/19/2024
                        SCHEDULED FOR DELIVERY (PRIO: 11/14/2024
                        FJ: 9984
                        Vendor Id: 0000610610
                        LU: 0870
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): CHERRY  MADELINE
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP# 24-11967
                        IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                        Telephone (TE): 334-286-6633

8714388AT-105      1,764.00        1,764.00        1.430  EA
Shelf Liner Grip Classic                                            2,522.52
Taupe, 12"x10' 4PDQ/36MC
0816540183
8791500AT-105      3,384.00        3,384.00        2.650  EA

00839864     2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US

  481026 09/24/24 BIG400        MAN HO

0095617505                      Ch Robinson     Collect


Shelf Liner Grip Classic Print                              8,967.60
Mds Net Scrl, 12"x10' 4PDQ36MC
0816540647
8791207AT-105       1,764.00     1,764.00      2.650  EA
Shelf Liner Grip Classic Print                              4,674.60
Gray Ltic, 12"x10' 4/IC 36/MC
0816540647
8747402AT-105       1,296.00     1,296.00      1.700  EA
Shelf Liner Grip Bonded                                     2,203.20
Cntly Blush, 12"x8'4/PDQ 48/MC
0816540646
8744207-105         1,776.00     1,776.00      1.700  EA
Shelf Liner Grip Bonded                                     3,019.20
Mtr Gray Ltc,18"x5'4IC/48/MC
0816540646


                                                          21,387.12
                                                               .00
                                                               .00
                                                               .00
                                                          21,387.12
                                                               .00

     NET 45                                                21,387.12

00839865    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

484737 11/07/24 BIG400        MAN HO

0095669735                          Ch Robinson      Collect

                        CANCEL AFTER: 11/22/2024
                        DELIVERY REQUESTED: 11/25/2024
                        SHIP NOT BEFORE: 11/18/2024
                        SCHEDULED FOR DELIVERY (PRIO: 11/13/2024
                        FJ: 10854
                        Vendor Id: 0000610610
                        LU: 0879
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): CHERRY  MADELINE
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP#24-11967
                        IC (IC): DURANT DC - #0879 DURANT DC  LL
                        Telephone (TE): 580-931-2100

| | | | | | |
|---|---|---|---|---|---|
| 8726188 | 588.00 | 588.00 | 2.000 | EA | |
| Shelf Liner Grip Premium | | | | | 1,176.00 |
| Coffee Bean, 18"x8' 6/PDQ | | | | | |
| 0816540185 | | | | | |
| 8742512 | 1,176.00 | 1,176.00 | 1.900 | EA | |

00839865      2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    DURANT, OK 74701
US

   484737 11/07/24 BIG400        MAN HO

0095669735                         Ch Robinson     Collect

| | | | | |
|---|---|---|---|---|
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540187 | | | | 2,234.40 |
| 8714248 | 588.00 | 588.00 | 1.400 | EA |
| Shelf Liner Grip Classic Chili Pepper, 12"x10' 6/MC 0816540183 | | | | 823.20 |
| 8742514 | 1,176.00 | 1,176.00 | 1.900 | EA |
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540187 | | | | 2,234.40 |
| 8742711 | 1,176.00 | 1,176.00 | 1.900 | EA |
| Shelf Liner Grip Bonded Pattern, 12"x10' 6/PDQ 0816540198 | | | | 2,234.40 |
| 8607207 | 1,362.00 | 1,362.00 | 2.400 | EA |
| Shelf Liner Adhesive MetrograyLattic, 18"x20' 6/PDQ 0816540197 | | | | 3,268.80 |
| 8744513 | 1,314.00 | 1,314.00 | 1.200 | EA |
| Shelf Liner Grip Bonded Pattern, 18"x5' 6/PDQ 0816540189 | | | | 1,576.80 |
| 8716188 | 882.00 | 882.00 | 1.100 | EA |
| Shelf Liner Grip Classic | | | | 970.20 |

00839865    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

11/29/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                DURANT, OK 74701
US

  484737 11/07/24 BIG400        MAN HO

0095669735                        Ch Robinson      Collect

Coffee Bean, 18"x5' 6/PDQ
0816540184
8742511            768.00         768.00      1.900   EA
Shelf Liner Grip Bonded                                         1,459.20
Pattern, 12"x10' 6/MC
0816540187
8716248            588.00         588.00      1.100   EA
Shelf Liner Grip Classic                                          646.80
Chili Pepper, 18"x5' 6/PDQ
0816540184
8744206            504.00         504.00      1.200   EA
Shelf Liner Grip Bonded                                           604.80
Pattern, 18"x5' 6/PDQ
0816540188
8744703            372.00         372.00      1.200   EA
Shelf Liner Grip Bonded                                           446.40
Pattern, 18"x5' 6/PDQ
0816540192
8744200            360.00         360.00      1.200   EA
Shelf Liner Grip Bonded                                           432.00
Beige Gingham, 18"x5' 6/PDQ
0816540188

                                                            18,107.40
                                                                  .00
                                                                  .00
                                                                  .00
                                                            18,107.40
                                                                  .00

     3% Net 30 days                                         18,107.40

00840015    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/02/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              DURANT, OK 74701
US

481027 09/24/24 BIG400        MAN HO

0095617507                              Ch Robinson      Collect

                        CANCEL AFTER: 11/29/2024
                        DELIVERY REQUESTED: 12/2/2024
                        SHIP NOT BEFORE: 11/25/2024
                        SCHEDULED FOR DELIVERY (PRIO: 11/20/2024
                        FJ: 8736
                        Vendor Id: 0000610610
                        LU: 0879
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): CHERRY  MADELINE
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP# 24-11967
                        IC (IC): DURANT DC - #0879 DURANT DC  LL
                        Telephone (TE): 580-931-2100

| Item | Qty | Qty | Price | UOM | Amount |
|---|---|---|---|---|---|
| 8714388AT-105 | 1,548.00 | 1,548.00 | 1.430 | EA | |
| Shelf Liner Grip Classic | | | | | 2,213.64 |
| Taupe, 12"x10' 4PDQ/36MC | | | | | |
| 0816540183 | | | | | |
| 8791500AT-105 | 2,952.00 | 2,952.00 | 2.650 | EA | |

00840015     2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/02/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptBIG LOTS LLC-DURANT DC #879
Filed Bankruptcy 9/10/2024 DIP24-11967  2306 ENTERPRISE BLVD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                  DURANT, OK 74701
US


   481027 09/24/24 BIG400        MAN HO


0095617507                       Ch Robinson     Collect


Shelf Liner Grip Classic Print                              7,822.80
Mds Net Scrl, 12"x10' 4PDQ36MC
0816540647
8791207AT-105       1,548.00      1,548.00      2.650  EA
Shelf Liner Grip Classic Print                              4,102.20
Gray Ltic, 12"x10' 4/IC 36/MC
0816540647
8747402AT-105       1,152.00      1,152.00      1.700  EA
Shelf Liner Grip Bonded                                     1,958.40
Cntly Blush, 12"x8'4/PDQ 48/MC
0816540646
8744207-105       1,536.00      1,536.00      1.700  EA
Shelf Liner Grip Bonded                                     2,611.20
Mtr Gray Ltc,18"x5'4IC/48/MC
0816540646


                                                          18,708.24
                                                                .00
                                                                .00
                                                                .00
                                                          18,708.24
                                                                .00

        NET 45                                            18,708.24

00840412     1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

    484739 11/07/24 BIG400        MAN HO

0095669734                              STEAM LOGISTICS Collect

                        CANCEL AFTER: 11/18/2024
                        DELIVERY REQUESTED: 11/25/2024
                        SHIP NOT BEFORE: 11/12/2024
                        SCHEDULED FOR DELIVERY (PRIO: 11/7/2024
                        FJ: 10734
                        Vendor Id: 0000610610
                        LU: 0874
                        PK: N
                        Mutually Defined: X
                        Buyer/Dept (BD): CHERRY  MADELINE
                        BY ACKNOWLEDGING THIS ORDER  SHIPPING
                        ANY ORDERED GOODS OR ACCEPTING PAYMENT
                        VENDOR AGREES TO ALL TERMS OF BIG LOTS
                        PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                        AND OTHER DOMESTIC DOCUMENTS AT
                        BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                        ORDER DATE
                        DIP#24-11967
                        IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                        Telephone (TE): 570-695-2848

| | | | | |
|---|---|---|---|---|
| 8726188 | 582.00 | 582.00 | 2.000 | EA |

Shelf Liner Grip Premium                                                1,164.00
Coffee Bean, 18"x8' 6/PDQ
0816540185

| | | | | |
|---|---|---|---|---|
| 8742512 | 1,164.00 | 1,164.00 | 1.900 | EA |

00840412    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 TREMONT, PA 17981
US

   484739 11/07/24 BIG400         MAN HO

0095669734                            STEAM LOGISTICS Collect


Shelf Liner Grip Bonded                                       2,211.60
Pattern, 12"x10' 6/PDQ
0816540187
8714248         582.00         582.00         1.400   EA
Shelf Liner Grip Classic                                        814.80
Chili Pepper, 12"x10' 6/MC
0816540183
8742514       1,164.00       1,164.00         1.900   EA
Shelf Liner Grip Bonded                                       2,211.60
Pattern, 12"x10' 6/PDQ
0816540187
8742711       1,164.00       1,164.00         1.900   EA
Shelf Liner Grip Bonded                                       2,211.60
Pattern, 12"x10' 6/PDQ
0816540198
8607207       1,350.00       1,350.00         2.400   EA
Shelf Liner Adhesive                                          3,240.00
MetrograyLattic, 18"x20' 6/PDQ
0816540197
8744513       1,296.00       1,296.00         1.200   EA
Shelf Liner Grip Bonded                                       1,555.20
Pattern, 18"x5' 6/PDQ
0816540189
8716188         870.00         870.00         1.100   EA
Shelf Liner Grip Classic                                        957.00

00840412    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/04/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967   50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

 484739 11/07/24 BIG400          MAN HO

0095669734                              STEAM LOGISTICS Collect

Coffee Bean, 18"x5' 6/PDQ
0816540184
8742511           762.00         762.00        1.900   EA
Shelf Liner Grip Bonded                                              1,447.80
Pattern, 12"x10' 6/MC
0816540187
8716248           582.00         582.00        1.100   EA
Shelf Liner Grip Classic                                              640.20
Chili Pepper, 18"x5' 6/PDQ
0816540184
8744206           438.00         438.00        1.200   EA
Shelf Liner Grip Bonded                                               525.60
Pattern, 18"x5' 6/PDQ
0816540188
8744703           366.00         366.00        1.200   EA
Shelf Liner Grip Bonded                                               439.20
Pattern, 18"x5' 6/PDQ
0816540192
8744200           276.00         276.00        1.200   EA
Shelf Liner Grip Bonded                                               331.20
Beige Gingham, 18"x5' 6/PDQ
0816540188

                                                                   17,749.80
                                                                        .00
                                                                        .00
                                                                        .00
                                                                   17,749.80
                                                                        .00

        3% Net 30 days                                             17,749.80

00840935    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

   488171 12/11/24 BIG400         MAN HO

0095669907                              Jb Hunt        Collect


                         CANCEL AFTER: 12/5/2024
                         DELIVERY REQUESTED: 12/16/2024
                         SHIP NOT BEFORE: 11/29/2024
                         SCHEDULED FOR DELIVERY (PRIO: 11/24/2024
                         FJ: 32762
                         Vendor Id: 0000610610
                         LU: 0874
                         PK: N
                         Mutually Defined: BIG LOTS PO TERMS AND
                         Buyer/Dept (BD): LANTZ  MACKENZIE
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         DIP#-24-11967
                         IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                         Telephone (TE): 570-695-2848

| | | | | |
|---|---|---|---|---|
| 8257127AS2 | 564.00 | 564.00 | 3.200 | EA |
| 2pc Undershelf Basket Small | | | | 1,804.80 |
| Black 6/MC | | | | |
| 0816540227 | | | | |
| 8260128 | 1,104.00 | 1,104.00 | 3.500 | EA |

00840935    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

   488171 12/11/24 BIG400        MAN HO

0095669907                         Jb Hunt         Collect

5-Tier Pan Organizer                                              3,864.00
Matte Black, 6PCS/MC
0816540228
8407122          1,104.00      1,104.00      4.000  EA
3-Tier Can Rack                                                   4,416.00
Black, 6/MC
0816540628
8407182          1,104.00      1,104.00      4.000  EA
3-Tier Can Rack                                                   4,416.00
Bronze, 6/MC
0816540174
8410118            228.00        228.00      2.250  EA
Collapsible Stacking Shelf                                          513.00
 Small, White, 6/MC
0816540176
8412118            204.00        204.00      3.000  EA
Collapsible Stacking Shelf                                          612.00
 Large, White, 6/MC
0816540176
8006738            138.00        138.00      4.000  EA
Dish Rack W/Cup Modrn Flt                                           552.00
White Lg, FWire, PeDip 6/MC
0816540617
8466491            132.00        132.00      1.500  EA
Refrigerator Soda Botle Holder                                      198.00

00840935    3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 TREMONT, PA 17981
US

  488171 12/11/24 BIG400        MAN HO

0095669907                          Jb Hunt        Collect


 Stackable Plastic Clear 4/MC
 0816540173
 8467491              420.00         420.00         1.500    EA
 Refrigerator Bottle Holder                                             630.00
 Stackable Plastic Clear 4/MC
 0816540173
 8003561               32.00          32.00         2.500    EA
 3-Compartment Bin Org                                                   80.00
 Clear 4/MC
 0816540582
 8007081              516.00         516.00         2.500    EA
 Refrigerator Beverage Dispense                                       1,290.00
 Water Bottle, Plastic Clr 4/MC
 0816540623
 8007228               12.00          12.00         2.500    EA
 Drawer Organizer-Set of 3-Clr                                          30.00
 Pet, 2/MC, 12/MC
 0816540632
 8007561              912.00         912.00         1.000    EA
 Basket w/Handle 6x10                                                   912.00
 PP, Clear, 6/MC
 0816540634
 8007571              918.00         918.00         1.200    EA
 Basket w/Handle 6x16                                                 1,101.60
 PP, Clear, 6/MC

00840935    4

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US

488171 12/11/24 BIG400        MAN HO

0095669907                          Jb Hunt        Collect


0816540634
8007591            456.00        456.00        1.200    EA
Basket w/Handle 6x10                                        547.20
PP, Clear, 6/MC
0816540634
8003418            878.00        878.00        1.500    EA
Narrow Drawer Org Set of 3 Sm                            1,317.00
White/gray 2IC/24MC
0816540580
8003438            230.00        230.00        2.300    EA
Narrow Drawer Org Set of 3 Lg                             529.00
White/Gray 2IC/24MC
0816540580
8003448          1,383.00      1,383.00        1.500    EA
Wide Drawer Org Set of 2 SM                             2,074.50
White/Gray 3IC/24MC
0816540580
8003471          1,206.00      1,206.00        2.000    EA
2-Compartment Drawer Org                               2,412.00
Plastic/TPRWhiteGray 2/IB,6/MC
0816540581
8003501            726.00        726.00        3.500    EA
6-Compartment Drawer Org                               2,541.00
Plastic,TPR, White/Gray 6/MC
0816540581

00840935    5

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651               TREMONT, PA 17981
US


  488171 12/11/24 BIG400        MAN HO


0095669907                          Jb Hunt        Collect


8001711              738.00      738.00      1.200   EA
3-Section Drawer Organizer                                      885.60
White/Gray 2/IB 6/MC
0816540579
8000021              738.00      738.00      2.500   EA
3-Tier Spice Rack Plastic                                     1,845.00
TPR White/Gray, 2/IB, 6/MC
0816540579
8001821              744.00      744.00      2.400   EA
Stackable Helper Shelf Plastic                               1,785.60
TPR White/Gray 2/IB, 6/MC
0816540579
8001911              390.00      390.00      2.300   EA
Lazy Susan 12 In Plastic                                       897.00
TPR, White/Gray 2/IB 6/MC
0816540579
8000713              366.00      366.00      2.500   EA
Drawer Org 8 Piece Set                                         915.00
Plastic, White 6/MC
0816540579
8203091              738.00      738.00      1.500   EA
Drawer Organizer Plastic 9X3                                 1,107.00
Clear W/ Light Gray BTM 6/MC
0816540216
8216108AS6           900.00      900.00      4.790   EA

```
                                                        00840935    6
     PRO-MART INDUSTRIES, INC.
     17421 VON KARMAN AVE
                                                    12/16/24
     IRVINE, CA 92614
     949-428-7700
```

```
Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                 TREMONT, PA 17981
US
```

```
   488171 12/11/24 BIG400        MAN HO


0095669907                       Jb Hunt        Collect


6pc Drwr Org 3X9                                         4,311.00
Silver Stl Msh
0816540034
8218108          312.00         312.00      1.500   EA
Drawer Organizer 6X9                                      468.00
Silver Steel Mesh 6/MC
0816540034
8216188        1,170.00       1,170.00      1.000   EA
Drawer Organizer 3X9                                    1,170.00
Bronze Steel Mesh 6/MC
0816540218
8217188          822.00         822.00      1.200   EA
Drawer Organizer 3X12                                    986.40
Bronze Steel Mesh 6/MC
0816540218
8218188          450.00         450.00      1.200   EA
Drawer Organizer 6X9                                     540.00
Bronze Steel Mesh 6/MC
0816540218
8311096          344.00         344.00      2.250   EA
Silicone Pan & Plate Protector                           774.00
Set Of 2,13.75x13.75,Gray 8/MC
0816540231
8308128AS2     1,512.00       1,512.00      2.500   EA
2pc Silicone Trivet Pot Holder                         3,780.00
```

00840935    7

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/16/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967   50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US


   488171 12/11/24 BIG400          MAN HO


0095669907                             Jb Hunt          Collect


Black 3/PDQ 36/MC
0816540192
8244298             1,104.00      1,104.00       4.000  EA
Stacking Baskets Medium S/2                                      4,416.00
Chrome 3SETS/MC
0816540164
7004731              768.00        768.00        1.450  EA
Bamboo Dish Brush                                               1,113.60
Gray 6/MC
0816540610
7004641             1,104.00      1,104.00       1.400  EA
2Pk Brush w/Suction Handle                                      1,545.60
Sunset Orange 6/MC
0816540605
7005081             1,104.00      1,104.00       1.500  EA
Soap Dispensing Dish NS Sponge                                  1,656.00
Sunset Orange 6/MC
0816540624




                                                               58,035.90
                                                                     .00
                                                                     .00
                                                                     .00
                                                               58,035.90
                                                                     .00

     3% Net 30 days                                            58,035.90

00841082    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/18/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

487747 12/06/24 BIG400        MAN HO

0095717273                          Ch Robinson      Collect

                    CANCEL AFTER: 12/13/2024
                    DELIVERY REQUESTED: 12/9/2024
                    SHIP NOT BEFORE: 12/6/2024
                    SCHEDULED FOR DELIVERY (PRIO: 12/6/2024
                    FJ: 3432
                    Vendor Id: 0000610610
                    LU: 0874
                    PK: N
                    Mutually Defined: BIG LOTS PO TERMS AND
                    Buyer/Dept (BD): DONAHUE  KATI
                    BY ACKNOWLEDGING THIS ORDER  SHIPPING
                    ANY ORDERED GOODS OR ACCEPTING PAYMENT
                    VENDOR AGREES TO ALL TERMS OF BIG LOTS
                    PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                    AND OTHER DOMESTIC DOCUMENTS AT
                    BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                    ORDER DATE
                    DIP# 24-11967
                    IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                    Telephone (TE): 570-695-2848

7004588          780.00          780.00        2.750  EA
10pk Coral Towels 12x12 in                                    2,145.00
Gry, Blu,Crl,Grn,Lav 6/MC
0816540606
7004598        1,092.00        1,092.00        2.750  EA

00841082    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/18/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              TREMONT, PA 17981
US

   487747 12/06/24 BIG400        MAN HO

0095717273                          Ch Robinson     Collect


10pk Coral Towels 12x12 in                                    3,003.00
Drk Blu, Blu, Lt Blu 6/MC
0816540606
7005398              1,560.00      1,560.00       2.750  EA
10pk Coral Towels 12x12 CFalSe                                4,290.00
Gry,DGry,Nvy,Pnk, Bge 6/MC
0816540625


                                                              9,438.00
                                                                   .00
                                                                   .00
                                                                   .00
                                                              9,438.00
                                                                   .00

      3% Net 30 days                                          9,438.00

00841083    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/18/24

IRVINE, CA 92614
949-428-7700

Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967  50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                TREMONT, PA 17981
US

   488020 12/10/24 BIG400        MAN HO

0095665450                          Ch Robinson      Collect

                         CANCEL AFTER: 12/23/2024
                         DELIVERY REQUESTED: 12/30/2024
                         SHIP NOT BEFORE: 12/17/2024
                         SCHEDULED FOR DELIVERY (PRIO: 12/12/2024
                         FJ: 5508
                         Vendor Id: 0000610610
                         LU: 0874
                         PK: N
                         Mutually Defined: X
                         Buyer/Dept (BD): KAPLE  JILLIAN
                         BY ACKNOWLEDGING THIS ORDER  SHIPPING
                         ANY ORDERED GOODS OR ACCEPTING PAYMENT
                         VENDOR AGREES TO ALL TERMS OF BIG LOTS
                         PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                         AND OTHER DOMESTIC DOCUMENTS AT
                         BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                         ORDER DATE
                         DIP#24-11967
                         IC (IC): TREMONT DC - #0874 CLOSEOUT DIS
                         Telephone (TE): 570-695-2848

| | | | | | |
|---|---|---|---|---|---|
| 7004702 | 2,340.00 | 2,340.00 | 3.000 | EA | |
| Anti-Slip Carpet Tape, White | | | | | 7,020.00 |
| 2in*45ft, 6/MC | | | | | |
| 0816540609 | | | | | |
| 7004672-105 | 768.00 | 768.00 | 3.250 | EA | |

00841083    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/18/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCLOSEOUT DISTRIBUTION-TREMONT DC#874
Filed Bankruptcy 9/10/2024 DIP24-11967   50 RAUSCH CREEK ROAD
4900 E Dublin Granville Rd
Columbus, OH 43081-7651                    TREMONT, PA 17981
US


   488020 12/10/24 BIG400        MAN HO

0095665450                              Ch Robinson     Collect


Anti-slip Rug Gripper 16Pk                                      2,496.00
Parrallelogram, 6/IC, 48/MC
0816540609
7004682-105        1,152.00      1,152.00        1.500  EA
Anti-slip Nano Rug Gripper 4Pk                                  1,728.00
Square, 12/IC, 96/MC
0816540609
7004692-105        1,248.00      1,248.00        2.850  EA
Anti-slip Nano Rug Gripper 8Pk                                  3,556.80
Square, 12/MC
0816540609


                                                              14,800.80
                                                                    .00
                                                                    .00
                                                                    .00
                                                              14,800.80
                                                                    .00

        3% Net 30 days                                        14,800.80

00841282    1

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651            MONTGOMERY, AL 36108
US


   488170 12/11/24 BIG400        MAN HO


0095669905                           Ch Robinson      Collect



                          CANCEL AFTER: 12/5/2024
                          DELIVERY REQUESTED: 12/16/2024
                          SHIP NOT BEFORE: 11/29/2024
                          SCHEDULED FOR DELIVERY (PRIO: 11/24/2024
                          FJ: 40198
                          Vendor Id: 0000610610
                          LU: 0870
                          PK: N
                          Mutually Defined: BIG LOTS PO TERMS AND
                          Buyer/Dept (BD): LANTZ  MACKENZIE
                          BY ACKNOWLEDGING THIS ORDER  SHIPPING
                          ANY ORDERED GOODS OR ACCEPTING PAYMENT
                          VENDOR AGREES TO ALL TERMS OF BIG LOTS
                          PO  VENDOR ROUTING AND COMPLIANCE GUIDE
                          AND OTHER DOMESTIC DOCUMENTS AT
                          BIGLOTS.COM/VENDOR AS IN EFFECT ON THE
                          ORDER DATE
                          DIP#-24-11967
                          IC (IC): MONTGOMERY DC - #0870 CSC DISTR
                          Telephone (TE): 334-286-6633

| 8257127AS2 | 690.00 | 690.00 | 3.200 | EA | |
| 2pc Undershelf Basket Small | | | | | 2,208.00 |
| Black 6/MC | | | | | |
| 0816540227 | | | | | |
| 8466491 | 160.00 | 160.00 | 1.500 | EA | |

00841282    2

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US


   488170 12/11/24 BIG400       MAN HO


0095669905                          Ch Robinson     Collect


Refrigerator Soda Botle Holder                                   240.00
 Stackable Plastic Clear 4/MC
0816540173
8007081          636.00          636.00          2.500   EA
Refrigerator Beverage Dispense                                 1,590.00
Water Bottle, Plastic Clr 4/MC
0816540623
8007561        1,122.00        1,122.00          1.000   EA
Basket w/Handle 6x10                                           1,122.00
PP, Clear, 6/MC
0816540634
8007591          564.00          564.00          1.200   EA
Basket w/Handle 6x10                                             676.80
PP, Clear, 6/MC
0816540634
8216108AS6     1,110.00        1,110.00          4.790   EA
6pc Drwr Org 3X9                                               5,316.90
Silver Stl Msh
0816540034
7004731          948.00          942.00          1.450   EA
Bamboo Dish Brush                  6.00                        1,365.90
Gray 6/MC
0816540610
7004641        1,356.00        1,356.00          1.400   EA
2Pk Brush w/Suction Handle                                    1,898.40

00841282     3

PRO-MART INDUSTRIES, INC.
17421 VON KARMAN AVE

12/23/24

IRVINE, CA 92614
949-428-7700


Big Lots/CSC Distributions Inc (BankruptCSC DISTRIBUTION-MONTGOMERY DC #870
Filed Bankruptcy 9/10/2024 DIP24-11967  2855 SELMA HIGHWAY
4900 E Dublin Granville Rd
Columbus, OH 43081-7651              MONTGOMERY, AL 36108
US


   488170 12/11/24 BIG400        MAN HO


0095669905                          Ch Robinson      Collect


Sunset Orange 6/MC
0816540605

14,418.00
.00
.00
.00
14,418.00
.00

        3% Net 30 days                          14,418.00