# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No.** ____ |

## ORDER GRANTING PRO-MART INDUSTRIES, INC. MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Pro-Mart Industries, Inc. ("PMI"), having filed a *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion"),[2] and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. PMI is deemed to have, and shall be granted, an allowed administrative expense claim in the amount of $498,398.27, which is and shall be entitled to administrative priority pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code (the "Allowed PMI Expense")

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined herein are intended to have the meaning set forth in the Motion.

3. The Debtors are directed to pay PMI the full amount of the Allowed PMI Expense its administrative expense claims within seven (7) days of the entry of this Order.