# **<u>EXHIBIT A</u>**

**Gourmet Home Products LLC**  
**Customer Open Balance**  
All Transactions

2:23 PM  
12/31/2024  
Accrual Basis

| Type | Date | Num | P. O. # | Memo | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| **BIG LOTS** | | | | | | | |
| Invoice | 10/10/2024 | 339818 | 0095424681 | | 11/09/2024 | 40,095.00 | 40,095.00 |
| Invoice | 10/10/2024 | 339819 | 0095424680 | | 11/09/2024 | 37,098.00 | 37,098.00 |
| Invoice | 10/11/2024 | 339968 | 95604814 | | 11/10/2024 | 42,655.20 | 42,655.20 |
| Invoice | 10/11/2024 | 339969 | 95604020 | | 11/10/2024 | 63,337.08 | 63,337.08 |
| Invoice | 10/11/2024 | 339979 | 95619276 | | 11/10/2024 | 178,420.32 | 178,420.32 |
| Invoice | 10/16/2024 | 340155 | 95609878 | | 11/15/2024 | 27,348.00 | 27,348.00 |
| Invoice | 10/22/2024 | 340338 | 95619275 | | 11/21/2024 | 105,794.76 | 105,794.76 |
| Invoice | 10/22/2024 | 340343 | 95619075 | | 11/21/2024 | 190,685.00 | 190,685.00 |
| Invoice | 10/22/2024 | 340344 | 95619076 | | 11/21/2024 | 108,509.00 | 108,509.00 |
| Invoice | 10/22/2024 | 340351 | 95628946 | | 11/21/2024 | 211,297.37 | 211,297.37 |
| Invoice | 10/22/2024 | 340352 | 95628945 | | 11/21/2024 | 136,348.21 | 136,348.21 |
| Invoice | 10/23/2024 | 340436 | 95612113 | | 11/22/2024 | 85,200.00 | 85,200.00 |
| Invoice | 10/23/2024 | 340449 | 95619074 | | 11/22/2024 | 129,901.60 | 129,901.60 |
| Invoice | 10/29/2024 | 340672 | 95619274 | | 11/28/2024 | 153,690.18 | 153,690.18 |
| Invoice | 10/31/2024 | 340722 | 95612114 | | 11/30/2024 | 47,466.00 | 47,466.00 |
| Invoice | 10/31/2024 | 340723 | 95612112 | | 11/30/2024 | 57,336.00 | 57,336.00 |
| Invoice | 10/31/2024 | 340724 | 95618926 | | 11/30/2024 | 84,407.12 | 84,407.12 |
| Invoice | 11/01/2024 | 341142 | 95584130 | | 12/01/2024 | 1,836.00 | 1,836.00 |
| Invoice | 11/06/2024 | 341393 | 95618927 | | 12/06/2024 | 93,269.84 | 93,269.84 |
| Invoice | 11/06/2024 | 341396 | 95643297 | | 12/06/2024 | 51,267.60 | 51,267.60 |
| Invoice | 11/06/2024 | 341397 | 95643296 | | 12/06/2024 | 31,157.40 | 31,157.40 |
| Invoice | 11/08/2024 | 341810 | 95647697 | | 12/08/2024 | 25,610.80 | 25,610.80 |
| Invoice | 11/15/2024 | 342227 | 95643298 | | 12/15/2024 | 28,653.60 | 28,653.60 |
| Invoice | 11/15/2024 | 342400 | 95650546 | | 12/15/2024 | 34,986.00 | 34,986.00 |
| Invoice | 11/15/2024 | 342411 | 95618928 | | 12/15/2024 | 52,472.56 | 52,472.56 |
| Invoice | 11/15/2024 | 342414 | 95633990 | | 12/15/2024 | 22,950.00 | 22,950.00 |
| Invoice | 11/15/2024 | 342419 | 95647696 | | 12/15/2024 | 36,044.80 | 36,044.80 |
| Invoice | 11/15/2024 | 342424 | 95650545 | | 12/15/2024 | 23,374.50 | 23,374.50 |
| Invoice | 11/20/2024 | 342792 | 95633992 | | 12/20/2024 | 23,819.00 | 23,819.00 |
| Invoice | 11/20/2024 | 342907 | 95584120 | | 12/20/2024 | 36,772.00 | 36,772.00 |
| Invoice | 11/20/2024 | 342923 | 95647698 | | 12/20/2024 | 17,221.60 | 17,221.60 |
| Invoice | 11/20/2024 | 342943 | 95645223 | | 12/20/2024 | 5,850.00 | 5,850.00 |
| Invoice | 11/27/2024 | 343414 | 95584122 | | 12/27/2024 | 36,664.00 | 36,664.00 |
| Invoice | 11/27/2024 | 343415 | 95584121 | | 12/27/2024 | 55,172.00 | 55,172.00 |
| Invoice | 12/05/2024 | 343875 | 95609541 | | 01/04/2025 | 21,945.00 | 21,945.00 |
| Invoice | 12/05/2024 | 343876 | 95609358 | | 01/04/2025 | 45,928.00 | 45,928.00 |
| Invoice | 12/05/2024 | 343881 | 95650547 | | 01/04/2025 | 21,664.50 | 21,664.50 |
| Invoice | 12/09/2024 | 344136 | 95619277 | | 01/08/2025 | 289,084.56 | 289,084.56 |
| Invoice | 12/09/2024 | 344137 | 95618929 | | 01/08/2025 | 295,093.84 | 295,093.84 |
| Invoice | 12/09/2024 | 344139 | 95628951 | | 01/08/2025 | 27,288.00 | 27,288.00 |
| Invoice | 12/09/2024 | 344140 | 95628953 | | 01/08/2025 | 27,828.00 | 27,828.00 |
| Invoice | 12/09/2024 | 344141 | 95643295 | | 01/08/2025 | 3,780.00 | 3,780.00 |
| Invoice | 12/09/2024 | 344142 | 95643293 | | 01/08/2025 | 11,880.00 | 11,880.00 |
| Invoice | 12/09/2024 | 344143 | 95644762 | | 01/08/2025 | 3,780.00 | 3,780.00 |
| Invoice | 12/09/2024 | 344144 | 95647154 | | 01/08/2025 | 1,014.00 | 1,014.00 |
| Invoice | 12/09/2024 | 344145 | 95647156 | | 01/08/2025 | 585.00 | 585.00 |
| Invoice | 12/12/2024 | 344284 | 95618753 | | 01/11/2025 | 109,502.12 | 109,502.12 |
| Invoice | 12/12/2024 | 344355 | 95618752 | | 01/11/2025 | 186,102.64 | 186,102.64 |
| Invoice | 12/17/2024 | 344922 | 95618930 | | 01/16/2025 | 218,891.60 | 218,891.60 |
| Invoice | 12/17/2024 | 344923 | 95628952 | | 01/16/2025 | 61,308.00 | 61,308.00 |
| Invoice | 12/17/2024 | 344924 | 95633991 | | 01/16/2025 | 31,378.00 | 31,378.00 |
| Invoice | 12/17/2024 | 344925 | 95643294 | | 01/16/2025 | 16,200.00 | 16,200.00 |
| Invoice | 12/17/2024 | 344926 | 95642769 | | 01/16/2025 | 24,960.00 | 24,960.00 |
| Invoice | 12/17/2024 | 344927 | 95642768 | | 01/16/2025 | 45,024.00 | 45,024.00 |
| Invoice | 12/17/2024 | 344928 | 95642767 | | 01/16/2025 | 31,248.00 | 31,248.00 |
| Invoice | 12/17/2024 | 344929 | 95647155 | | 01/16/2025 | 702.00 | 702.00 |
| Invoice | 12/17/2024 | 344930 | 95647159 | | 01/16/2025 | 1,138.50 | 1,138.50 |
| Invoice | 12/17/2024 | 344931 | 95647157 | | 01/16/2025 | 2,070.00 | 2,070.00 |
| Invoice | 12/17/2024 | 344932 | 95647158 | | 01/16/2025 | 1,380.00 | 1,380.00 |
| Invoice | 10/11/2024 | 31493 | 95610873 | Net 30 | 11/10/2024 | 40,531.50 | 40,531.50 |
| Invoice | 10/11/2024 | 31613 | 95626008 | Net 30 | 11/10/2024 | 49,208.85 | 49,208.85 |
| Invoice | 11/15/2024 | 32152 | 95650594 | Net 30 | 12/15/2024 | 9,450.00 | 9,450.00 |
| Invoice | 11/20/2024 | 32351 | 95650593 | Net 30 | 12/20/2024 | 17,976.00 | 17,976.00 |
| Invoice | 12/05/2024 | 32669 | 95628954 | Net 30 | 01/04/2025 | 27,853.50 | 27,853.50 |
| Invoice | 12/05/2024 | 32670 | 95628955 | Net 30 | 01/04/2025 | 66,919.50 | 66,919.50 |
| Invoice | 12/05/2024 | 32671 | 95628956 | Net 30 | 01/04/2025 | 24,139.50 | 24,139.50 |
| Invoice | 11/08/2024 | 13884 | 95634921 | Net 30 | 12/08/2024 | 8,582.40 | 8,582.40 |
| Invoice | 11/08/2024 | 13886 | 95634919 | Net 30 | 12/08/2024 | 10,080.00 | 10,080.00 |
| **Total BIG LOTS** | | | | | | **4,011,227.55** | **4,011,227.55** |
| **TOTAL** | | | | | | **4,011,227.55** | **4,011,227.55** |