# **<u>EXHIBIT B</u>**

**Senior Brands LLC**
**Open Invoices**
As of December 31, 2024

2:25 PM
12/31/2024

| Type | Date | Num | P. O. # | Terms | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| **BIG LOTS** | | | | | | | |
| Invoice | 10/11/2024 | 39702 | 95615491 | Net 30 | 11/10/2024 | 8,664.00 | 8,664.00 |
| Invoice | 10/11/2024 | 39747 | 0095618978 | Net 30 | 11/10/2024 | 33,857.20 | 33,857.20 |
| Invoice | 10/11/2024 | 39749 | 0095618979 | Net 30 | 11/10/2024 | 19,396.00 | 19,396.00 |
| Invoice | 10/11/2024 | 39750 | 0095618977 | Net 30 | 11/10/2024 | 23,123.60 | 23,123.60 |
| Invoice | 11/01/2024 | 40027 | 0095618980 | Net 30 | 12/01/2024 | 1,978.80 | 1,978.80 |
| Invoice | 11/01/2024 | 40082 | 95644375 | Net 30 | 12/01/2024 | 13,326.50 | 13,326.50 |
| Invoice | 11/01/2024 | 40083 | 95644376 | Net 30 | 12/01/2024 | 16,314.50 | 16,314.50 |
| Invoice | 11/01/2024 | 40084 | 95644377 | Net 30 | 12/01/2024 | 8,099.00 | 8,099.00 |
| Invoice | 11/07/2024 | 40254 | 95644372 | Net 30 | 12/07/2024 | 6,078.50 | 6,078.50 |
| Invoice | 11/07/2024 | 40338 | 95647164 | Net 30 | 12/07/2024 | 3,128.40 | 3,128.40 |
| Invoice | 11/07/2024 | 40339 | 95647166 | Net 30 | 12/07/2024 | 1,742.40 | 1,742.40 |
| Invoice | 11/08/2024 | 40467 | 95647165 | Net 30 | 12/08/2024 | 2,098.80 | 2,098.80 |
| Invoice | 11/14/2024 | 40503 | 0095618981 | Net 30 | 12/14/2024 | 8,223.60 | 8,223.60 |
| Invoice | 11/14/2024 | 40504 | 0095618982 | Net 30 | 12/14/2024 | 4,525.20 | 4,525.20 |
| Invoice | 11/14/2024 | 40509 | 95644373 | Net 30 | 12/14/2024 | 3,987.50 | 3,987.50 |
| Invoice | 11/14/2024 | 40510 | 95644374 | Net 30 | 12/14/2024 | 9,048.50 | 9,048.50 |
| Invoice | 11/14/2024 | 40514 | 0095651850 | Net 30 | 12/14/2024 | 630.00 | 630.00 |
| Invoice | 11/14/2024 | 40515 | 0095651851 | Net 30 | 12/14/2024 | 1,350.00 | 1,350.00 |
| Invoice | 11/14/2024 | 40516 | 0095651852 | Net 30 | 12/14/2024 | 1,125.00 | 1,125.00 |
| Invoice | 11/22/2024 | 40906 | 95670595 | Net 30 | 12/22/2024 | 4,938.00 | 4,938.00 |
| Invoice | 11/22/2024 | 40907 | 95670596 | Net 30 | 12/22/2024 | 4,845.00 | 4,845.00 |
| Invoice | 11/27/2024 | 40950 | 95642547 | Net 30 | 12/27/2024 | 2,982.15 | 2,982.15 |
| Invoice | 11/27/2024 | 40951 | 0095618984 | Net 30 | 12/27/2024 | 8,977.25 | 8,977.25 |
| Invoice | 11/27/2024 | 40952 | 0095618985 | Net 30 | 12/27/2024 | 12,255.30 | 12,255.30 |
| Invoice | 11/27/2024 | 40953 | 0095618986 | Net 30 | 12/27/2024 | 2,924.40 | 2,924.40 |
| Invoice | 11/27/2024 | 40956 | 95628958 | Net 30 | 12/27/2024 | 64,170.00 | 64,170.00 |
| Invoice | 11/27/2024 | 40975 | 95670597 | Net 30 | 12/27/2024 | 17,430.40 | 17,430.40 |
| Invoice | 12/05/2024 | 41120 | 95611816 | Net 30 | 01/04/2025 | 4,080.00 | 4,080.00 |
| Invoice | 12/05/2024 | 41121 | 95611815 | Net 30 | 01/04/2025 | 16,676.00 | 16,676.00 |
| Invoice | 12/05/2024 | 41122 | 95642530 | Net 30 | 01/04/2025 | 4,368.00 | 4,368.00 |
| Invoice | 12/05/2024 | 41125 | 95628957 | Net 30 | 01/04/2025 | 24,633.00 | 24,633.00 |
| Invoice | 12/05/2024 | 41126 | 95628959 | Net 30 | 01/04/2025 | 25,047.00 | 25,047.00 |
| Invoice | 12/06/2024 | 41179 | 95611814 | Net 30 | 01/05/2025 | 12,228.00 | 12,228.00 |
| Invoice | 12/17/2024 | 41425 | 95715008 | Net 30 | 01/16/2025 | 34,539.60 | 34,539.60 |
| **Total BIG LOTS** | | | | | | **406,791.60** | **406,791.60** |
| **TOTAL** | | | | | | **406,791.60** | **406,791.60** |