# **EXHIBIT C**

| | Type | Date | Num | P. O. # | Memo | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|

**Bluestone Decor LLC**  2:28 PM
**Open Invoices**  12/31/2024
As of December 31, 2024

| | Type | Date | Num | P. O. # | Terms | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **BIG LOTS** | | | | | | | | |
| | Invoice | 10/11/2024 | 13845 | 95628858 | Net 30 | 11/10/2024 | 2,736.00 | 2,736.00 |
| | Invoice | 11/15/2024 | 13945 | 95642917 | Net 30 | 12/15/2024 | 4,455.00 | 4,455.00 |
| | Invoice | 11/15/2024 | 13968 | 95660334 | Net 30 | 12/15/2024 | 5,724.00 | 5,724.00 |
| | Invoice | 11/15/2024 | 13969 | 95660333 | Net 30 | 12/15/2024 | 9,202.50 | 9,202.50 |
| | Invoice | 11/15/2024 | 13970 | 95642923 | Net 30 | 12/15/2024 | 29,814.60 | 29,814.60 |
| | Invoice | 11/15/2024 | 13971 | 95637868 | Net 30 | 12/15/2024 | 29,880.00 | 29,880.00 |
| | Invoice | 11/22/2024 | 14017 | 95637856 | Net 30 | 12/22/2024 | 18,065.00 | 18,065.00 |
| | Invoice | 11/22/2024 | 14018 | 95638475 | Net 30 | 12/22/2024 | 104,685.40 | 104,685.40 |
| | Invoice | 11/22/2024 | 14019 | 95638474 | Net 30 | 12/22/2024 | 81,382.80 | 81,382.80 |
| | Invoice | 11/22/2024 | 14020 | 95637866 | Net 30 | 12/22/2024 | 6,093.00 | 6,093.00 |
| | Invoice | 11/22/2024 | 14069 | 95660335 | Net 30 | 12/22/2024 | 6,409.00 | 6,409.00 |
| | Invoice | 11/27/2024 | 14086 | 95637861 | Net 30 | 12/27/2024 | 24,191.00 | 24,191.00 |
| | Invoice | 11/27/2024 | 14087 | 95660336 | Net 30 | 12/27/2024 | 7,895.00 | 7,895.00 |
| | Invoice | 12/11/2024 | 14197 | 95637080 | Net 30 | 01/10/2025 | 21,978.00 | 21,978.00 |
| | Invoice | 12/17/2024 | 14266 | 95609085 | Net 30 | 01/16/2025 | 18,390.00 | 18,390.00 |
| | Invoice | 12/17/2024 | 14267 | 95595449 | Net 30 | 01/16/2025 | 18,500.00 | 18,500.00 |
| | Invoice | 12/17/2024 | 14268 | 95595448 | Net 30 | 01/16/2025 | 18,555.00 | 18,555.00 |
| | Invoice | 12/19/2024 | 14269 | 95595450 | Net 30 | 01/18/2025 | 15,575.00 | 15,575.00 |
| | Invoice | 12/19/2024 | 14270 | 95643844 | Net 30 | 01/18/2025 | 6,505.00 | 6,505.00 |
| | Invoice | 12/06/2024 | 14146 | 95642910 | Net 45 | 01/20/2025 | 2,574.00 | 2,574.00 |
| | Invoice | 12/06/2024 | 14147 | 95642908 | Net 45 | 01/20/2025 | 6,930.00 | 6,930.00 |
| **Total BIG LOTS** | | | | | | | 439,540.30 | 439,540.30 |
| **TOTAL** | | | | | | | 439,540.30 | 439,540.30 |