IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*³<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: January 23, 2025 at 4:00 p.m.**<br>**Hearing Date: February 26, 2025 at 10:30 a.m.** |

**NOTICE OF MOTION**
**OF GOURMET HOME PRODUCTS LLC FOR ALLOWANCE AND COMPELLING**
**IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 9, 2025, Gourmet Home Products, LLC ("Gourmet"), Senior Brands, LLC ("Senior"), and Bluestone Décor, LLC ("Bluestone", collectively with Gourmet and Senior, ("Gourmet Companies"), filed the *Motion for Allowance and Payment of Administrative Expense Claim* ("Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the Court on or before **January 23, 2025 at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at the Court on **February 26, 2025 at 10:30 a.m. ET** before The Honorable J. Kate Stickles. in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, courtroom 6, Wilmington, Delaware 19801, if an objection is filed.

---

³ A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 9, 2025

**JOYCE, LLC**
Michael J. Joyce (No. 4563)
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
Email: mjoyce@mjlawoffices.com
www.joycellc.com

and

**BALASIANO & ASSOCIATES, PLLC**
Steven Balasiano
6701 Bay Parkway, 3rd Floor
Brooklyn, NY 11204
Telephone: (347) 905-5669
Email: Steven@balasianolaw.com

*Attorneys for Gourmet Home Products*