**CERTIFICATE OF SERVICE**

       I, Michael J. Joyce, hereby certify that on January 9, 2025, I caused to be served the foregoing, *Motion of Enchante Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.

Dated: January 9, 2025

                                                        *Michael J. Joyce*
                                                        Michael J. Joyce

:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.<br>Tamara K. Mann, Esq.<br>Sophie Rogers Churchill, Esq.<br>Casey B. Sawyer, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com | DAVIS POLK & WARDWELL LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen , Esq.<br>Stephen D. Piraino, Esq.<br>Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| COLE SCHOTZ P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Jack M. Dougherty, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>snewman@coleschotz.com<br>jdougherty@coleschotz.com | COLE SCHOTZ P.C.<br>Sarah A. Carnes, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Email: scarnes@coleschotz.com |
| MCDERMOTT WILL & EMERY LLP<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>Stacy Lutkus, Esq.<br>Natalie Rowles, Esq.<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>nrowles@mwe.com | Linda J. Casey, Esq.<br>The United States Trustee for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Linda.Casey@usdoj.gov |