**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**January 24, 2025, at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>**February 26, 2025, at 10:30 a.m. (ET)** |

**NOTICE OF CHURCH & DWIGHT CO., INC.'S MOTION FOR ENTRY OF AN ORDER ALLOWING, AND COMPELLING PAYMENT OF, ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that today, Church & Dwight Co., Inc. ("C&D") filed its *Motion for Entry of an Order Allowing, and Compelling Payment Of, Administrative Expense Claim and Granting Related Relief* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel to C&D on or before **January 24, 2025, at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **February 26, 2025, at 10:30 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

|  |  |
|---|---|
| Dated: January 10, 2025<br>Wilmington, Delaware | **TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Tori L. Remington*<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza<br>1313 Market Street, Suite 1000<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>E-mail: tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (*pro hac vice* forthcoming)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Email:  francis.lawall@troutman.com<br><br>*Counsel to Church & Dwight Co., Inc.* |