# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** |

**ORDER GRANTING CHURCH & DWIGHT CO., INC.'S MOTION FOR ENTRY OF AN ORDER ALLOWING, AND COMPELLING PAYMENT OF, ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF**

Upon *Church & Dwight Co., Inc.'s Motion for Entry of an Order Allowing, and Compelling Payment Of, Administrative Expense Claim and Granting Related Relief* (the "Motion")[2] for entry of an order allowing, and compelling immediate payment of, the Admin Claim pursuant to sections 503(b) of the Bankruptcy Code; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given and that no other or further notice is necessary; and after due

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are defined in the Motion.

deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief set forth in this Order, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Church & Dwight Co., Inc. is hereby granted an administrative expense claim in the amount of $2,369,961.00 (the "Allowed C&D Admin Claim") under 11 U.S.C.§ 503.

3. The Debtors are hereby authorized and directed to pay C&D the full amount of the Allowed C&D Admin Claim within seven (7) days of entry of this Order,

4. Notwithstanding anything herein or in the Federal Rules of Bankruptcy Procedure, this Order shall become effective immediately upon its entry.

5. Nothing in this Order is or shall be construed as a satisfaction, waiver, or release of any claim(s) that C&D has asserted against the Debtors or may assert against the Debtors.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.