## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC, *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Michael S. Fox of Olshan Frome Wolosky LLP, to represent JBL/Crest Mills, in the above-captioned cases.

Dated: January 9, 2025               */s/ Kevin M. Capuzzi*
     Wilmington, Delaware          Kevin M. Capuzzi (DE #5462)
                                                      Benesch, Friedlander, Coplan & Aronoff LLP
                                                      1313 North Market Street, Suite 1201
                                                      Wilmington, Delaware 19801
                                                      Telephone: (302) 442-7010
                                                      kcapuzzi@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 9, 2025               */s/ Michael S. Fox*
     New York, New York          Michael S. Fox, Esq.
                                                      OLSHAN FROME WOLOSKY LLP
                                                      1325 Avenue of the Americas
                                                      New York, NY 10019
                                                      Telephone: (212) 451-2277
                                                      Email: mfox@olshanlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 10th, 2025**               **J. KATE STICKLES**
**Wilmington, Delaware**                   **UNITED STATES BANKRUPTCY JUDGE**

25373755