# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 1435** |

## NOTICE OF WITHDRAWAL OF LIMITED
## OBJECTION TO MOTION TO EXTEND 365(d)(4) DEADLINE

Please be advised that on December 27, 2024, Lafayette Station LLC, South Oaks Station LLC and Five Town Station LLC filed the *Limited Objection, and Joinder to Objections, of Lafayette Station LLC, South Oaks Station LLC and Five Town Station LLC to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [D.I. 1435] (the "**Limited Objection**"). The Limited Objection is hereby withdrawn.

[remainder of page left intentionally blank]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated: January 10, 2025 | **SAUL EWING LLP**<br><br>*/s/ Monique B. DiSabatino*<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6806<br>Email: monique.disabatino@saul.com<br><br>-and-<br><br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102<br>Telephone: (215) 972-8415<br>Email: turner.falk@saul.com<br><br>*Attorneys for Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC and Phillips Edison & Company* |

53713155.1