# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**<br><br>**BIG LOTS, INC.,** *et al.*,[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case Nos. 24-11967 (JKS),** *et seq.*<br>**(Jointly Administered)**<br><br>Hearing Date: 2/26/25 at 1:00 p.m. ET<br><br>Objection Deadline: 1/24/25 |

### NOTICE OF PHENIX CITY SQUARE, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS AND RELATED RELIEF

PLEASE TAKE NOTICE that administrative priority creditor, Phenix City Square, LLC (hereinafter "**Creditor**") has filed a *Motion for Allowance and Immediate Payment of Administrative Expense Claim* (the "**Motion**") (Dkt. No. 1599).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on Creditor through its undersigned counsel on or before January 24, 2025 (prevailing Eastern Standard Time) (the "**Objection Deadline**");

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on February 26, 2025 at 10:30 a.m. (Eastern Standard Time) before The Honorable J. Kate Stickles

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GADFC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #6, Wilmington, Delaware 19801;

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF REUQESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 10, 2025

                                */s/ R. Karl Hill*
                                R. KARL HILL, ESQUIRE (#2747)
                                **SEITZ, VAN OGTROP & GREEN, PA**
                                222 Delaware Avenue, Suite 1500
                                Wilmington, Delaware 19801
                                T: 302.888.7604
                                khill@svglaw.com

OF COUNSEL:
**JONES WALKER LLP**
C. ELLIS BRAZEAL III *(admitted pro hac vice)*
420 20th Street N, Suite 1100
Birmingham, AL 35203
T: (205) 244-5237
ebrazeal@joneswalker.com

                                ***Attorneys for Movant, Phenix City Square, LLC***