# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 1665** |

## ORDER DENYING MOTION TO SHORTEN

Upon consideration of the Motion of JBL/Crest Mills for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief (the "Motion to Shorten") [D.I. 1665], filed January 9, 2025; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; (b) the Motion to Shorten is a core proceeding under 28 U.S.C. §157(b)(2); and (c) venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the movant has not established sufficient cause to justify the relief requested in the Motion to Shorten,

IT IS HEREBY ORDERED THAT, the Motion to Shorten is DENIED.

Dated: January 10, 2025

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE