**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Related D.I.**: 1452 |

**NOTICE OF FILING OF EXHIBIT A TO HELLO SOFA, LLC'S**
**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

**PLEASE TAKE NOTICE** that on December 27, 2024, Hello Sofa, LLC ("**Claimant**") filed the *Motion for Allowance and Payment of Administrative Expense Claim* [D.I. 1452] ("**Motion**") with the Court.

**PLEASE TAKE FURTHER NOTICE** that Claimant hereby attaches Exhibit A to the Motion, as referenced therein.

Dated: January 10, 2025
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

-and-

**PHELPS DUNBAR LLP**
Danielle Mashburn-Myrick *(admitted Pro Hac Vice)*
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Telephone: (251) 441-8202
Email: Danielle.mashburn-myrick@phelp.com

*Attorneys for Hello Sofa, LLC*

53712705.1 01/10/2025