# EXHIBIT A

## Hello Sofa, LLC
## Customer Balance Detail Report - Big Lots
**All Dates**

| Date | Transaction type | Num | Store full name | Due date | Amount | Open balance | Balance |
|---|---|---|---|---|---:|---:|---:|
| **Big Lots Inc** | | | | | | | |
| 10/21/2024 | Invoice | 1002 | | 11/20/2024 | 28,224.00 | 28,224.00 | 28,224.00 |
| 10/22/2024 | Invoice | 1003 | | 11/21/2024 | 21,330.00 | 21,330.00 | 49,554.00 |
| 10/22/2024 | Invoice | 1004 | | 11/21/2024 | 21,330.00 | 21,330.00 | 70,884.00 |
| 10/22/2024 | Invoice | 1005 | | 11/21/2024 | 21,330.00 | 21,330.00 | 92,214.00 |
| 10/22/2024 | Invoice | 1006 | | 11/21/2024 | 19,818.00 | 19,818.00 | 112,032.00 |
| 10/22/2024 | Invoice | 1007 | | 11/21/2024 | 19,818.00 | 19,818.00 | 131,850.00 |
| 10/22/2024 | Invoice | 1010 | | 11/21/2024 | 15,336.00 | 15,336.00 | 147,186.00 |
| 10/22/2024 | Invoice | 1011 | | 11/21/2024 | 19,818.00 | 19,818.00 | 167,004.00 |
| 10/23/2024 | Invoice | 1012 | | 11/22/2024 | 15,336.00 | 15,336.00 | 182,340.00 |
| 10/24/2024 | Invoice | 1008 | | 11/23/2024 | 28,224.00 | 28,224.00 | 210,564.00 |
| 10/24/2024 | Invoice | 1009 | | 11/23/2024 | 15,336.00 | 15,336.00 | 225,900.00 |
| 10/28/2024 | Invoice | 1016 | | 11/27/2024 | 19,355.00 | 19,355.00 | 245,255.00 |
| 10/28/2024 | Invoice | 1017 | | 11/27/2024 | 22,750.00 | 22,750.00 | 268,005.00 |
| 10/28/2024 | Invoice | 1018 | | 11/27/2024 | 19,818.00 | 19,818.00 | 287,823.00 |
| 10/28/2024 | Invoice | 1020 | | 11/27/2024 | 15,336.00 | 15,336.00 | 303,159.00 |
| 10/29/2024 | Invoice | 1014 | | 11/28/2024 | 19,818.00 | 19,818.00 | 322,977.00 |
| 10/29/2024 | Invoice | 1015 | | 11/28/2024 | 19,818.00 | 19,818.00 | 342,795.00 |
| 10/29/2024 | Invoice | 1019 | | 11/28/2024 | 21,330.00 | 21,330.00 | 364,125.00 |
| 10/31/2024 | Invoice | 1021 | | 11/30/2024 | 13,328.00 | 13,328.00 | 377,453.00 |
| 10/31/2024 | Invoice | 1022 | | 11/30/2024 | 15,336.00 | 15,336.00 | 392,789.00 |
| 11/04/2024 | Invoice | 1024 | | 12/04/2024 | 19,656.00 | 19,656.00 | 412,445.00 |
| 11/05/2024 | Invoice | 1025 | | 12/05/2024 | 16,515.00 | 16,515.00 | 428,960.00 |
| 11/06/2024 | Invoice | 1028 | | 12/06/2024 | 19,656.00 | 19,656.00 | 448,616.00 |
| 11/06/2024 | Invoice | 1029 | | 12/06/2024 | 8,736.00 | 8,736.00 | 457,352.00 |
| 11/06/2024 | Invoice | 1030 | | 12/06/2024 | 273.00 | 273.00 | 457,625.00 |
| 11/06/2024 | Invoice | 1031 | | 12/06/2024 | 2,840.00 | 2,840.00 | 460,465.00 |
| 11/06/2024 | Invoice | INV-PFI-01380 | | 12/06/2024 | 154.00 | 154.00 | 460,619.00 |
| 11/07/2024 | Invoice | INV-PFI-01381 | | 12/07/2024 | 18,480.00 | 18,480.00 | 479,099.00 |
| 11/07/2024 | Invoice | INV-PFI-01382 | | 12/07/2024 | 19,656.00 | 19,656.00 | 498,755.00 |
| 11/18/2024 | Invoice | 1033 | | 12/18/2024 | 19,656.00 | 19,656.00 | 518,411.00 |
| 11/18/2024 | Invoice | 1034 | | 12/18/2024 | 15,336.00 | 15,336.00 | 533,747.00 |
| 11/18/2024 | Invoice | 1035 | | 12/18/2024 | 15,336.00 | 15,336.00 | 549,083.00 |
| 11/19/2024 | Invoice | 1036 | | 12/19/2024 | 24,948.00 | 24,948.00 | 574,031.00 |
| 11/19/2024 | Invoice | 1037 | | 12/19/2024 | 15,336.00 | 15,336.00 | 589,367.00 |
| 11/19/2024 | Invoice | 1038 | | 12/19/2024 | 15,336.00 | 15,336.00 | 604,703.00 |
| 11/19/2024 | Invoice | 1039 | | 12/19/2024 | 15,336.00 | 15,336.00 | 620,039.00 |
| 11/20/2024 | Invoice | 1040 | | 12/20/2024 | 2,840.00 | 2,840.00 | 622,879.00 |
| 11/20/2024 | Invoice | 1041 | | 12/20/2024 | 19,656.00 | 19,656.00 | 642,535.00 |
| 11/20/2024 | Invoice | 1042 | | 12/20/2024 | 19,656.00 | 19,656.00 | 662,191.00 |
| 11/20/2024 | Invoice | 1043 | | 12/20/2024 | 19,656.00 | 19,656.00 | 681,847.00 |
| 11/20/2024 | Invoice | 1044 | | 12/20/2024 | 273.00 | 273.00 | 682,120.00 |
| 11/20/2024 | Invoice | 1045 | | 12/20/2024 | 24,948.00 | 24,948.00 | 707,068.00 |
| 11/20/2024 | Invoice | 1046 | | 12/20/2024 | 154.00 | 154.00 | 707,222.00 |
| 11/21/2024 | Invoice | 1047 | | 12/21/2024 | 21,330.00 | 21,330.00 | 728,552.00 |
| 11/21/2024 | Invoice | 1048 | | 12/21/2024 | 21,330.00 | 21,330.00 | 749,882.00 |
| 11/21/2024 | Invoice | 1049 | | 12/21/2024 | 21,330.00 | 21,330.00 | 771,212.00 |
| 11/21/2024 | Invoice | 1050 | | 12/21/2024 | 19,355.00 | 19,355.00 | 790,567.00 |
| 11/21/2024 | Invoice | 1051 | | 12/21/2024 | 28,224.00 | 28,224.00 | 818,791.00 |
| 11/21/2024 | Invoice | 1052 | | 12/21/2024 | 28,224.00 | 28,224.00 | 847,015.00 |
| 11/22/2024 | Invoice | 1053 | | 12/22/2024 | 22,500.00 | 22,500.00 | 869,515.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 12/03/2024 Invoice | 1055 | | 01/02/2025 | 12,936.00 | 12,936.00 | 882,451.00 |
| | 12/04/2024 Invoice | 1056 | | 01/03/2025 | 21,330.00 | 21,330.00 | 903,781.00 |
| **Total for Big Lots Inc** | | | | | **$903,781.00** | **$903,781.00** | |
| | | | | | **$903,781.00** | **$903,781.00** | |

Accrual Basis Monday, December 23, 2024 06:02 PM GMTZ

Ex. A
Hello Sofa, LLC Customer Balance Detail Report - Big Lots