**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1371** |

### CERTIFICATE OF NO OBJECTION REGARDING FIRST APPLICATION OF VORYS, SATER, SEYMOUR AND PEASE LLP FOR COMPENSATION FOR SERVICES RENDERED AS ORDINARY COURSE PROFESSIONAL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 9, 2024 THROUGH NOVEMBER 30, 2024

Vorys, Sater, Seymour and Pease LLP ("Applicant" or "Vorys") hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *First Application of Vorys, Sater, Seymour and Pease LLP for Compensation and for Services Rendered as Ordinary Course Professional to the Debtors for the Period from September 9, 2024 Through November 30, 2024* [D.I. 1371] (the "**Application**"), filed on December 17, 2024.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the Notice filed with the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Application, objections to the approval of the Application were to be filed and served no later than January 7, 2025, at 4:00 p.m. (ET).

Accordingly, the Debtors are authorized to pay the Vorys Excess Fees (as defined in the Application) in accordance with the *Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals* [D.I. 548] entered on October 18, 2024.

Dated: January 10, 2025                              Respectfully submitted,

/s/ *Tiffany Strelow Cobb*
Tiffany Strelow Cobb (OH 0067516)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
(614) 464-8322
tscobb@vorys.com

*Vorys, Sater, Seymour and Pease LLP*

**CERTIFICATE OF SERVICE**

      I certify that on January 10, 2025 a copy of the foregoing *Certificate of No Objection regarding First Application of Vorys, Sater, Seymour and Pease LLP for Compensation and for Services Rendered as Ordinary Course Professional to the Debtors for the Period from September 9, 2024 through November 30, 2024* was served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice.

      */s/ Tiffany Strelow Cobb*
      Tiffany Strelow Cobb (OH 0067516)

3