# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 1659**<br><br>**Hearing Date: February 26, 2025 @ 10:30 a.m. (EST)**<br>**Obj. Deadline: January 23, 2025 @ 4:00 p.m. (EST)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on January 9, 2025, the *Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief* [D.I. 1659] (the "Motion"), was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Court on or before **January 23, 2025, at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard at the omnibus hearing scheduled for **February 26, 2025, at 10:30 a.m. (ET)**, before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

25380424

**WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  January 10, 2025<br>            Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br><br> /s/ *Steven L. Walsh*<br>Kevin M. Capuzzi (DE 5462)<br>Steven L. Walsh (DE 6499)<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com<br><br>*Counsel to JBL/Crest Mills* |