# **EXHIBIT A**

| Account No. | Name | Name 2 | Address | City | State | Zip Code | Type | Reference | Amount* | PO# | Shipped Date | Ship Via | Ship To Name | Ship To Name 2 | Ship to Address | Ship to City | Ship to State | Ship to Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIG874 | CASE DIP #24-11967 | CLOSEOUT DISTRIBUTIO | 4900 E. DUBLIN GRANVILLE RD | COLUMBUS | OH | 43081 | Invoice | G04240 | $ 12,216 | 95641682 | 11/5/2024 | JB HUNT | TREMONT DC - # | CLOSEOUT DISTRIBUTION LLC | 50 RAUSCH CREEK | TREMONT | PA | 17981-1734 |
| BIG870 | CASE DIP# 24-11967 | CSC DISTRIBUTION, LL | 4900 E. DUBLIN GRANVILLE RD | COLUMBUS | OH | 43081 | Invoice | G04239 | $ 5,340 | 95641681 | 10/31/2024 | CH ROBINSON | MONTGOMERY D | CSC DISTRIBUTION, LLC | 2855 SELMA HWY | MONTGOMER | AL | 36108-5035 |
| BIG879 | CASE DIP# 24-11967 | DURANT DC, LLC | 4900 E. DUBLIN GRANVILLE RD | COLUMBUS | OH | 43081 | Invoice | G04241 | $ 15,168 | 95641683 | 10/31/2024 | CH ROBINSON | DURANT DC, LLC | 2306 ENTERPRISE DR | | DURANT | OK | 74701-1964 |
| BIG874 | CASE DIP #24-11967 | CLOSEOUT DISTRIBUTIO | 4900 E DUBLIN GRANVILLE RD | COLUMBUS | OH | 43081 | Invoice | G03314 | $ 26,916 | 95628525 | 10/21/2024 | CH ROBINSON | TREMONT DC - # | CLOSEOUT DISTRIBUTION LLC | 50 RAUSCH CREEK | TREMONT | PA | 17981-1734 |