# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Richard W. Riley, Esq., formerly of Whiteford, Taylor & Preston, LLC as counsel for Cambridge Investment, Inc.

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of William F. Taylor, Jr. of Whiteford, Taylor & Preston, LLC, as Delaware counsel for Cambridge Investment, Inc.

**PLEASE TAKE FURTHER NOTICE** that Cambridge Investment, Inc. will also continue to be represented by David W. Gaffey, Esq. of Whiteford, Taylor & Preston L.L.P.

---

1. The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Dated: January 13, 2025

          */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. 2936)
**Whiteford, Taylor & Preston LLC**[2]
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: wtaylor@whitefordlaw.com

- and -

David W. Gaffey, Esq.
**Whiteford, Taylor & Preston LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com

*Attorneys for Cambridge Investment Inc.*

---

[2] Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.