**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, [1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1669** |
| | **Hearing Date: February 26, 2025 10:30 a.m. (ET)**<br>**Objection Deadline: January 27, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING REGARDING PRO-MART INDUSTRIES, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 9, 2025, Pro-Mart Industries, Inc. filed a *Motion for Allowance and Payment of Administrative Expense Claim* [Docket No. 1669] (the "Motion") in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 27, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection so as to be received by the following on or before the Objection Deadline: counsel to Pro-Mart Industries, Inc., Jarret P. Hitchings, 301 South College Street, Suite 2150, Charlotte, North Carolina 28202, jarret.hitchings@bclplaw.com.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard at the omnibus hearing scheduled for **February 26, 2025 at 10:30 a.m. (ET)**, before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom No. 6, Wilmington, DE 19801 (the "Hearing").

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (these "Cases"), together with the last four digits of each of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

616284904

**PLEASE TAKE FURTHER NOTICE, THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 13, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
301 South College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Pro-Mart Industries, Inc.*

616284904

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of January 2025, I caused to be electronically filed the foregoing *Notice of Hearing Regarding Pro-Mart Industries, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim* using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: January 13, 2025                                    BRYAN CAVE LEIGHTON PAISNER LLP

/s/ *Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Pro-Mart Industries, Inc.*

616284904