**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) <br><br> Related to Docket No. 1439 |

**NOTICE OF WITHDRAWAL OF JOINDER OF CORE SHOPPES AT GLOUCESTER LLC, CORE HIGHLAND PLAZA LLC, CORE WHISPERING PINES LLC, AND CORE NORTH HILLS ONE LLC TO LIMITED OBJECTION, AND JOINDER TO OBJECTIONS, OF LAFAYETTE STATION LLC, SOUTH OAKS STATION LLC AND FIVE TOWN STATION LLC TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that Core Shoppes at Gloucester LLC, Core Highland Plaza LLC, Core Whispering Pines LLC, and Core North Hills One LLC hereby withdraw the *Joinder of Core Shoppes at Gloucester LLC, Core Highland Plaza LLC, Core Whispering Pines LLC, and Core North Hills One LLC to Limited Objection, and Joinder to Objections, of Lafayette Station LLC, South Oaks Station LLC and Five Town Station LLC to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [Docket No. 1439]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

53718698.1

2

| | |
|---|---|
| Dated:  January 14, 2025 | **SAUL EWING LLP** |
| | */s/ Lucian B. Murley*<br>Lucian B. Murley (DE Bar No. 4892)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6898<br>luke.murley@saul.com |
| |  -and- |
| | Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102<br>Telephone: (215) 972-8415<br>Email: turner.falk@saul.com |
| | *Attorneys for Core Shoppes at Gloucester LLC, Core Highland Plaza LLC, Core Whispering Pines LLC, and Core North Hills One LLC* |

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on January 14, 2025, I caused a copy of the *Notice of Withdrawal of Joinder of Core Shoppes at Gloucester LLC, Core Highland Plaza LLC, Core Whispering Pines LLC, and Core North Hills One LLC to Limited Objection, and Joinder to Objections, of Lafayette Station LLC, South Oaks Station LLC and Five Town Station LLC to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

Dated: January 14, 2025

SAUL EWING LLP

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898
luke.murley@saul.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

53718698.1

**Service List**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt , Esquire
Ethan Stern, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and
Debtors in Possession*

Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esquire
Kristin K. Going, Esquire
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

*Counsel to the Official Committee of
Unsecured Creditors*

53718698.1