**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Davidson Fink LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Yunis Enterprises, Inc. ("Yunis") in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC** | **DAVIDSON FINK LLP** |
|---|---|
| David M. Klauder, Esquire | Sean P. Williams, Esquire |
| 1204 N. King Street | 400 Meridian Centre Blvd., Suite 200 |
| Wilmington, DE 19801 | Rochester, NY 14618 |
| Phone: (302) 803-4600 | Phone: (585) 784-4800 |
| dklauder@bk-legal.com | spwilliams@davidsonfink.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

Dated: January 14, 2025                                      **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

and

**DAVIDSON FINK LLP**

Sean P. Williams, Esquire
(*pro hac vice* admission pending)
400 Meridian Centre Boulevard, Suite 200
Rochester, New York 14618
Phone: (585) 784-4800
Email: spwilliams@davidsonfink.com

*Co-Counsel to Yunis Enterprises, Inc.*