# **<u>Exhibit A</u>**

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 12/02/2024 | | | | | |
| | Mallonee, Peyton | Review inventory count instructions prior to attendance at Durant distribution center. | $0.00 | 0.5 | $0.00 |
| 12/03/2024 | | | | | |
| | Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 1.0 | $0.00 |
| | Mallonee, Peyton | Perform inventory observation procedures at Durant distribution center. | $0.00 | 4.1 | $0.00 |
| | Mallonee, Peyton | Continue to perform inventory observation procedures at Durant distribution center. | $0.00 | 3.9 | $0.00 |
| 12/04/2024 | | | | | |
| | Barber, Andrew | Review store inventory count procedures from prior year for current year. | $0.00 | 1.0 | $0.00 |
| | Klump, Stephanie | Email to J. Tanguay (Big Lots) relating to anticipated sale timing and accounting cut-off procedures at the close date. | $0.00 | 0.3 | $0.00 |
| | Klump, Stephanie | Research blackline presentation financial statement examples and email same to J. Tanguay (Big Lots). | $0.00 | 0.8 | $0.00 |
| | Klump, Stephanie | Call with J. Tanguay (Big Lots) to discuss accounting requirements for sale date. | $0.00 | 0.5 | $0.00 |
| 12/06/2024 | | | | | |
| | Barber, Andrew | Meet with H. Patel (Deloitte) to discuss procedures to be performed at Montgomery Distribution Center inventory observation on 12/12. | $0.00 | 0.5 | $0.00 |
| | Barber, Andrew | Perform resource count requests for year-end Big Lots distribution center inventory observations. | $0.00 | 0.2 | $0.00 |
| | Barber, Andrew | Review Big Lots, Inc. store count listing to identify what stores observation procedures should be performed at in current year. | $0.00 | 1.0 | $0.00 |

# Big Lots, Inc.
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 12/06/2024 | | | | |
| Barber, Andrew | Meet with J. Tangauy (Big Lots) to discuss planned procedures for store inventory counts to be performed in January. | $0.00 | 0.5 | $0.00 |
| Patel, Hardik | Meet with A. Barber (Deloitte) to discuss procedures to be performed at Montgomery distribution center inventory observation on 12/12. | $0.00 | 0.5 | $0.00 |
| 12/09/2024 | | | | |
| Barber, Andrew | Review inventory count selections provided from P. Mallonee to Company inventory compilations for Durant distribution center. | $0.00 | 0.5 | $0.00 |
| 12/11/2024 | | | | |
| Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 2.0 | $0.00 |
| Barber, Andrew | Review inventory count selections provided from N. Franchi to Company inventory compilations for Tremont distribution center. | $0.00 | 0.5 | $0.00 |
| Franchi, Nicholas | Perform inventory observation procedures at Tremont distribution center. | $0.00 | 4.2 | $0.00 |
| Franchi, Nicholas | Continue to perform inventory observation procedures at Tremont distribution center. | $0.00 | 3.8 | $0.00 |
| Morse, Randy | Complete inventory observation workpaper and document selections observed at Durant distribution center. | $0.00 | 1.0 | $0.00 |
| 12/12/2024 | | | | |
| Barber, Andrew | Investigate selections for H. Patel within inventory compilations. | $0.00 | 2.0 | $0.00 |
| Barber, Andrew | Meet with N. Kane (Big Lots) to discuss additional inventory sheet-to-floor observation selections to be performed at Montgomery distribution center. | $0.00 | 0.5 | $0.00 |

2

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 12/12/2024 | | | | |
| Barber, Andrew | Meet with K. Marbury (Big Lots) to discuss additional inventory sheet-to-floor observation selections to be performed at Montgomery distribution center. | $0.00 | 1.0 | $0.00 |
| Patel, Hardik | Perform inventory observation procedures at Montgomery distribution center. | $0.00 | 5.3 | $0.00 |
| Patel, Hardik | Continue to perform inventory observation procedures at Montgomery distribution center. | $0.00 | 4.7 | $0.00 |
| 12/13/2024 | | | | |
| Barber, Andrew | Make additional SKU selections at various locations for sheet-to-floor and floor-to-sheet observations at Montgomery distribution center. | $0.00 | 0.5 | $0.00 |
| 12/16/2024 | | | | |
| Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 1.0 | $0.00 |
| Patel, Hardik | Perform inventory count control walkthrough for cycle count control at Montgomery distribution center on 12/16/2024. | $0.00 | 5.0 | $0.00 |
| 12/18/2024 | | | | |
| Patel, Hardik | Complete inventory observation workpaper and document selections observed at Durant distribution center for inventory observation performed on 12/12/2024. | $0.00 | 1.0 | $0.00 |
| 12/20/2024 | | | | |
| Patel, Hardik | Document inventory control walkthroughs for cycle count control observed at Montgomery distribution center on 12/16/2024. | $0.00 | 2.0 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 12/23/2024 | | | | |
| Patel, Hardik | Close review notes related to inventory control walkthroughs documented during observation at Montgomery distribution center on 12/16/2024. | $0.00 | 2.0 | $0.00 |
| Subtotal for Financial Statement Audit and Related Services: | | | 51.8 | $0.00 |
| *Preparation of Fee Applications* | | | | |
| 12/02/2024 | | | | |
| McDonald, Carisa | Update the combined monthly fee application for period Sept 9 - October 10. | $275.00 | 1.2 | $330.00 |
| 12/04/2024 | | | | |
| Gutierrez, Dalia | Review November fee detail in preparation for the monthly fee application. | $250.00 | 1.2 | $300.00 |
| 12/16/2024 | | | | |
| Gutierrez, Dalia | Call with A. Barber (Deloitte) regarding November monthly fee application. | $250.00 | 0.2 | $50.00 |
| Gutierrez, Dalia | Review fee detail pertaining to the first monthly fee application. | $250.00 | 0.3 | $75.00 |
| Morse, Randy | Preparation of November monthly fee application. | $375.00 | 0.5 | $187.50 |
| Subtotal for Preparation of Fee Applications: | | | 3.4 | $942.50 |
| **Total** | | | 55.2 | $942.50 |

| Adjustment | | |
|---|---|---|
| Fixed Fee: December 2024 | | $9,600.00 |
| **Adjustment Subtotal :** | | $9,600.00 |
| **Total** | 55.2 | $10,542.50 |

4

# Big Lots, Inc.

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Morse, Randy | $375.00 | 0.5 | $187.50 |
| McDonald, Carisa | $275.00 | 1.2 | $330.00 |
| Gutierrez, Dalia | $250.00 | 1.7 | $425.00 |
| Barber, Andrew | $0.00 | 12.2 | $0.00 |
| Franchi, Nicholas | $0.00 | 8.0 | $0.00 |
| Klump, Stephanie | $0.00 | 1.6 | $0.00 |
| Mallonee, Peyton | $0.00 | 8.5 | $0.00 |
| Morse, Randy | $0.00 | 1.0 | $0.00 |
| Patel, Hardik | $0.00 | 20.5 | $0.00 |
| Fixed Fee: December 2024 | | | $9,600.00 |
| **Total** | | 55.2 | $10,542.50 |