# **<u>Exhibit B</u>**

# Big Lots, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
### December 01, 2024 - December 31, 2024

| Category | Date | Description | Amount |
|---|---|---|---|

## Auto Tolls

| | | | |
|---|---|---|---|
| Franchi, Nicholas | 12/11/2024 | Auto toll to client site in Tremont, PA. | $8.60 |
| Franchi, Nicholas | 12/12/2024 | Auto toll to client site in Tremont, PA. | $8.60 |
| Subtotal for Auto Tolls: | | | $17.20 |

## Hotel

| | | | |
|---|---|---|---|
| Franchi, Nicholas | 12/10/2024 | 1 night accommodation at Comfort Inn in Pine Grove, PA. | $60.25 |
| Subtotal for Hotel: | | | $60.25 |

## Meals

| | | | |
|---|---|---|---|
| Mallonee, Peyton | 12/03/2024 | Lunch in Dallas, TX. | $31.54 |
| Franchi, Nicholas | 12/11/2024 | Lunch in Tremont, PA. | $7.20 |
| Patel, Hardik | 12/12/2024 | Breakfast in Montgomery, AL. | $5.70 |
| Patel, Hardik | 12/12/2024 | Lunch in Montgomery, AL. | $14.38 |
| Patel, Hardik | 12/16/2024 | Lunch in Montgomery, AL. | $18.35 |
| Patel, Hardik | 12/16/2024 | Breakfast in Montgomery, AL. | $5.34 |
| Subtotal for Meals: | | | $82.51 |

## Mileage

| | | | |
|---|---|---|---|
| Mallonee, Peyton | 12/03/2024 | Mileage from Durant, OK to Dallas, TX - 91 miles | $60.97 |
| Mallonee, Peyton | 12/03/2024 | Mileage from Dallas, TX to Durant, OK - 91 miles. | $60.97 |
| Franchi, Nicholas | 12/10/2024 | Mileage from Yardley, PA to Tremont, PA - 90 miles. | $60.30 |
| Franchi, Nicholas | 12/11/2024 | Mileage from Tremont, PA to Yardley, PA - 90 miles. | $60.30 |
| Patel, Hardik | 12/12/2024 | Mileage from Birmingham, AL to Montgomery, AL - 107 miles | $71.69 |

# Big Lots, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

December 01, 2024 - December 31, 2024

| Category | Date | Description | Amount |
|---|---|---|---|
| *Mileage* | | | |
| Patel, Hardik | 12/12/2024 | Mileage from Montgomery, AL to Birmingham, AL - 107 miles. | $71.69 |
| Patel, Hardik | 12/16/2024 | Mileage from Birmingham, AL to Montgomery, AL - 107 miles | $71.69 |
| Patel, Hardik | 12/16/2024 | Mileage from Montgomery, AL to Birmingham, AL - 107 miles. | $71.69 |
| **Subtotal for Mileage:** | | | $529.30 |
| **Total** | | | $689.26 |

## Recapitulation

| Category | Amount |
|---|---|
| Mileage | $529.30 |
| Meals | $82.51 |
| Hotel | $60.25 |
| Auto Tolls | $17.20 |

2