# EXHIBIT A



December 23, 2024

OpCo 2, LLC
(CH11)Big Lots #4702

**Re:**   Montana Market, 6375 Montana Avenue
   **(CH11)Big Lots #4702 (t0003539)**
   Recovery Reconciliation for the period 01/2024 - 12/2024

Dear OpCo 2, LLC:

Please be advised that your account has been billed or (credited) as shown below. This represents your share of the Recovery for Montana Market. The calculations for this amount are as follows:

|  |  |  |  |  |
|---|---|---|---|---|
| **Lease Area** | 48,673 | | **Lease Start** | 09/19/2019 |
| **Property Area** | 100,745 | | **Oper. Exp. Start** | 09/19/2019 |
| **Tenant Prorata Share** | 48.31% | | | |

| Recovery Group | Amount | Current Expense | Your Share | Share Adjustment | Admin Fee | Recovery Charge | Total Billed | Est. Adj. | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Original Lease** | | | | | | | | | |
| Taxes w/Franch. Tax & | 0.00 | 266,454.01 | 128,732.11 | 0.00 | 0.00 | 128,732.11 | 0.00 | 0.00 | 128,732.11 |
| Insurance Only | 0.00 | 58,108.31 | 28,073.91 | 252.72 | 0.00 | 28,326.63 | 0.00 | 0.00 | 28,326.63 |
|  | 0.00 | 324,562.32 | 156,806.02 | 252.72 | 0.00 | 157,058.74 | 0.00 | 0.00 | 157,058.74 |
|  | Per Sq. Ft. | 3.22 | 3.22 | 0.01 | 0.00 | 3.23 | 0.00 | **Total Due** | 157,058.74 |

As always we appreciate your business and prompt payments. Your payments are due within 30 days. If you have any questions regarding the calculations please contact me.

Sincerely,

*Irene Mason*

**Irene Mason**
Director of Lease Audit
imason@ropelpaso.com
PH:(915) 225-5717



## Lease Recovery Detail

**Recovery Group - Expense Pool Code -Desc**

taxonly - taxonly - Taxes w/Franch. Tax & Tax Consult

| EOY Month | Base Year | Base Amount | Ceiling | Mgmt Fee % | Prorata % | Gross Up % | Denominator Type | Custom Min Occu. | Custom Denominator | Recovery Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 0.00 | 0.00 | 0.00 | 48.31 | 0.00 | Total | 0.00 | No | 0.00 |

insonly - insonly - Insurance Only

| EOY Month | Base Year | Base Amount | Ceiling | Mgmt Fee % | Prorata % | Gross Up % | Denominator Type | Custom Min Occu. | Custom Denominator | Recovery Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 0.00 | 0.00 | 0.00 | 48.31 | 0.00 | Total | 0.00 | No | 0.00 |

## Recovery Calculation Detail

**Recovery Group - Expense Pool**: taxonly - taxonly

| Leased Area | % Share |
|---|---|
| 48,673.00 | 48.31 |

| Expense Total | Base Amount | Days Occupied | Expense Share | CAP Adjustment | Mgmt Fees | Share Adjustment | Total Charge | Expense Per Area | Total Est. Billed | Est. Adjustment | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 266,454.01 | 0.00 | 366.00 | 128,732.11 | 0.00 | 0.00 | 0.00 | 128,732.11 | 2.64 | 0.00 | 0.00 | 128,732.11 |

**Recovery Group - Expense Pool**: insonly - insonly

| Leased Area | % Share |
|---|---|
| 48,673.00 | 48.31 |

| Expense Total | Base Amount | Days Occupied | Expense Share | CAP Adjustment | Mgmt Fees | Share Adjustment | Total Charge | Expense Per Area | Total Est. Billed | Est. Adjustment | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58,108.31 | 0.00 | 366.00 | 28,073.91 | 0.00 | 0.00 | 252.72 | 28,326.63 | 0.58 | 0.00 | 0.00 | 28,326.63 |
| | | | **156,806.02** | | | | **157,058.74** | | **0.00** | **0.00** | **157,058.74** |

## Expense Detail By Pool

| Expense Pool | Description | Total Expenses |
|---|---|---|
| Insurance Only | | |
| | Insurance/Property-CAM | 49,300.31 |
| | Insurance-G/L-CAM | 8,808.00 |
| **Total for Insurance Only** | | **58,108.31** |
| **Adjusted Total for Insurance Only** | | **58,108.31** |
| Taxes w/Franch. Tax & Tax Consult | | |
| | R.E. Tax-TAX | 266,454.01 |
| **Total for Taxes w/Franch. Tax & Tax Consult** | | **266,454.01** |
| **Adjusted Total for Taxes w/Franch. Tax & Tax Consult** | | **266,454.01** |
| **Total Expenses** | | **324,562.32** |
| **Adjusted Total Expenses** | | **324,562.32** |

**River Oaks Properties, Ltd.**

Remittance Address:
5678 N. Mesa Street
El Paso, TX 79912

(CH11)Big Lots #4702
BL OpCo 2, LLC
Attn: Lease Administration
4900 East Dublin Granville Rd.
Columbus, OH 43081-7651

**Statement**

| | |
|---|---|
| Account | 1montana (t0003539) |
| | (CH11)Big Lots #4702 |
| Date | 12/16/2024 |
| Payment | $ |

*Please include your lease code (**t0003539**) on any checks or correspondence sent to our Remittance Address.

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 09/01/2024 | Base Rent (09/2024) | 32,448.67 | 0.00 | 32,448.67 |
| 09/01/2024 | CAM (09/2024) | 3,423.87 | 0.00 | 35,872.54 |
| 09/01/2024 | Reversed Base Rent (09/2024) | -32,448.67 | 0.00 | 3,423.87 |
| 10/01/2024 | Base Rent (10/2024) | 32,448.67 | 0.00 | 35,872.54 |
| 10/01/2024 | CAM (10/2024) | 3,423.87 | 0.00 | 39,296.41 |
| 10/02/2024 | ACH | 0.00 | 35,872.53 | 3,423.88 |
| 10/05/2024 | Oct Adj to Actual | -0.01 | 0.00 | 3,423.87 |
| 11/01/2024 | Base Rent (11/2024) | 32,448.67 | 0.00 | 35,872.54 |
| 11/01/2024 | CAM (11/2024) | 3,423.87 | 0.00 | 39,296.41 |
| 11/01/2024 | Base Rent (11/2024) | 28,750.00 | 0.00 | 68,046.41 |
| 11/01/2024 | Reversed Base Rent (11/2024) | -32,448.67 | 0.00 | 35,597.74 |
| 11/05/2024 | ACH | 0.00 | 35,872.53 | -274.79 |
| 11/11/2024 | Adj to actual | -0.01 | 0.00 | -274.80 |
| 12/01/2024 | Base Rent (12/2024) | 32,448.67 | 0.00 | 32,173.87 |
| 12/01/2024 | CAM (12/2024) | 3,423.87 | 0.00 | 35,597.74 |
| 12/01/2024 | Base Rent (12/2024) | 28,750.00 | 0.00 | 64,347.74 |
| 12/01/2024 | Reversed Base Rent (12/2024) | -32,448.67 | 0.00 | 31,899.07 |
| 12/04/2024 | ACH | 0.00 | 35,872.53 | -3,973.46 |
| 12/04/2024 | Per Amendment dated 11/27/2024 | 2,500.00 | 0.00 | -1,473.46 |
| 12/16/2024 | Reclass '23 Ins Fee written off | 25.00 | 0.00 | -1,448.46 |
| 12/16/2024 | Reclass '23 Ins Fee written off | -25.00 | 0.00 | -1,473.46 |
| 12/23/2024 | Tax & Ins Reconciliation (01/2024 - 12/2024) | 157,058.74 | 0.00 | 155,585.28 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 155,860.08 | -3,698.67 | 0.00 | 3,423.87 | 155,585.28 |

# INVOICE

**USI Southwest**  
303 N. Oregon, Ste. 310  
El Paso, Texas  79901  
(915)534-9400  
(866)494-6822 Fax

| | |
|---|---|
| Invoice Date | 11/13/24 |

| Acct. No. | Invoice | Amount |
|---|---|---|
| 01-Riveroak26 - 74 | 470120 | $ 60,867.65 |

Amount Due   $  60,867.65

**INVOICE**

5678 N. Mesa Street  
EL PASO, TX 79912

P R O P E R T Y :   Montana Market  
6375 Montana Avenue  

Please detach and return this portion with your payment.

| POLICY INFORMATION | | AMOUNT |
|---|---|---|
| COMMERCIAL PACKAGE POLICY<br>Montana Market<br>6375 Montana Avenue | | |
| 11/13/24 TO 11/13/25 | Property       49,300.31<br>Gen Liab        8,808.00<br>Umbrella        2,759.34 | |
| Total Premium | $  60,867.65 | $  60,867.65 |
| Invoice Due Upon Receipt.  Thank you!! | TOTAL | $  60,867.65 |

| Maria O. Pasillas, RTA | **2024 Property Tax Bill** | Ruben P. Gonzalez |
|---|---|---|
| Tax Assessor-Collector | **El Paso Consolidated Tax Office** | County Tax Assessor-Collector |
| Wells Fargo Plaza | | **Prop ID: 122436** |
| 221 N. Kansas, Suite 300 | Real Estate | |
| El Paso, Texas 79901 | | Geo No: A765-999-002E-0556 |
| Mon. – Fri. 8 am - 5 pm | | |
| Phone: (915) 212-0106 | | |
| email: citytaxoffice@elpasotexas.gov | | *1 montana* |
| **Certified Owner:** | | |




**Legal Description**
2 ASCARATE TR 5-C-8 (9.267 AC)

317 RIVER OAKS PROPERTIES LTD
5678 N MESA ST
EL PASO, TX 79912-5425

| | |
|---|---|
| Legal Acres: | 9.2670 |
| Parcel Address: | 6375 MONTANA AVE 79925 |
| Data as of: | 10/14/2024 |

| Entity No. | Taxing Entity Name | Exemption Code(s) | Exemption Amount | Net Tax Value | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO | | 0 | 10,265,050 | .76140500 | $78,158.60 |
| 3 | EL PASO ISD | | 0 | 10,265,050 | 1.0807000 | $110,934.40 |
| 6 | COUNTY OF EL PASO | | 0 | 10,265,050 | .42632300 | $43,762.27 |
| 7 | EL PASO COMMUNITY COLLEGE | | 0 | 10,265,050 | .10778600 | $11,064.29 |
| 8 | UNIVERSITY MEDICAL CENTER | | 0 | 10,265,050 | .21952600 | $22,534.45 |

| Market Value | |
|---|---|
| Land | $1,837,490 |
| Improvement | $8,427,560 |
| Total Appraised Value | $10,265,050 |
| Capped Value | |

County Tax Savings $11,252.75

| | |
|---|---|
| Total taxes/fees due: | $266,454.01 |
| Total escrow paid to date: | $.00 |
| **TOTAL AMOUNT DUE:** | **$266,454.01** |

| Amount Due if paid by: | |
|---|---|
| February 2025 | March 2025 |
| $285,105.79 | $290,434.87 |

2024 TAXES ARE DUE UPON RECEIPT & MUST BE PAID NO LATER THAN
**January 31, 2025**
*7% Penalty & Interest is assessed to unpaid amounts on February 1, 2025.

**IMPORTANT:** Please see back of statement for other PAYMENT OPTIONS and additional INFORMATION.

Please detach bottom coupon and return with your payment; keep top part of bill for your records.

**TOTAL AMOUNT DUE:** $266,454.01

2024 El Paso Consolidated Tax Bill    Real Estate

*YOUR CHECK MAY BE CONVERTED TO AN ELECTRONIC FUND TRANSFER*

| Prop ID: 122436 | Geo No: A765-999-002E-0556 | AMOUNT PAID: ~DO NOT MAIL CASH~ | $ |
|---|---|---|---|

Make Payable To:
El Paso Tax Assessor-Collector
PO Box 2992
El Paso, TX 79999-2992

RIVER OAKS PROPERTIES LTD
5678 N MESA
EL PASO TX 79912-5425

2024 TAXES ARE DUE UPON RECEIPT & MUST BE PAID NO LATER THAN
**January 31, 2025**
*7% Penalty & Interest is assessed to unpaid amounts on February 1, 2025

20240012243b    000    002bb45401 0

## 2023 Tax and Insurance Reconciliation

Big Lots #4070

**Tenant:** Big Lots

Tenant's s.f.: 48,673
Pro rata %: 48.3131%
269 days

| Account | 2023 | Tenant Disallowed Expenses | Total Recoverable Expenses | Cost psf | Big Lots Pro rata % | Tenants | 2023 Cap | CAM Payments | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Total | 100,745 |  |  | 48.3131% |  |  |  |
|  |  |  | 100,745 |  |  | Tenants |  |  |  |
| **Real Estate Taxes** |  |  |  |  |  |  |  | RET Payments | Balance Due |
| Property Tax - | 266,454.01 |  | 266,454.01 | 2.64 |  | 128,732.11 |  |  |  |
| Property Tax - Credit Pyrs. |  |  |  |  |  |  | Exclude |  |  |
| Margin Tax | 2,496.90 | (2,496.90) |  |  |  |  | Exclude |  |  |
| Property Tax Consulting | 2,829.06 | (2,829.06) |  |  |  |  |  |  |  |
| Property Tax Filing Fee | 1,975.00 | (1,975.00) |  |  |  |  |  |  |  |
| **Total Tax Dev Parcel Only** | **273,754.97** | **(7,300.96)** | **266,454.01** | **2.64** |  | **128,732.11** |  | - | **128,732.11** |
| **Insurance Expense** | 2023 |  |  |  |  | 48.3131% |  | Ins Payments | Balance Due |
| Insurance Property | 51,621.84 |  | 51,621.84 | 0.51 |  | 24,940.09 | Accrual Basis |  |  |
| Insurance G/L | 7,009.57 |  | 7,009.57 | 0.07 |  | 3,386.54 | Accrual Basis |  |  |
| Insurance UMB | 2,337.86 | (2,337.86) |  |  |  |  | Exclude |  |  |
| **Total Insurance Expense** | **60,969.27** | **(2,337.86)** | **58,631.41** | **0.58** |  | **28,326.63** |  | - | **28,326.63** |
| **Net Amount Due (credit)** | **334,724.24** | **(9,638.82)** | **325,085.42** | **3.23** |  | **157,058.74** |  | - | **157,058.74** |

# Montana Big Lots
## Insurance Analysis - 2024 Reconciliation

Tenant Share: 0.4831

| | | 365 | Per day | Premium Period | | | Tenant Share | | |
|---|---|---|---|---|---|---|---|---|---|
| **2023:** | Property | 52,002.71 | 316 | 142.47 | 11/13/23 - 11/12/24 | 45,021.52 | 21,749.90 | | |
| | Liability | 6,734.43 | 316 | 18.45 | 11/13/23 - 11/12/24 | 5,830.36 | 2,816.64 | | |
| | Umbrella | 2,273.67 | 316 | 6.23 | 11/13/23 - 11/12/24 | 1,968.44 | - | Exclude per Lease | |
| | | 61,010.81 | | | | 52,820.32 | 24,566.54 | | |
| | | | 366 | | | | | | |
| **2024:** | Property | 49,300.31 | 49 | 134.70 | 11/13/24 - 11/12/25 | 6,600.31 | 3,188.61 | | 51,621.84 |
| | Liability | 8,808.00 | 49 | 24.07 | 11/13/24 - 11/12/25 | 1,179.21 | 569.68 | | 7,009.57 |
| | Umbrella | 2,759.34 | 49 | 7.54 | 11/13/24 - 11/12/25 | 369.42 | - | Exclude per Lease | - |
| | | 60,867.65 | | | | 8,148.95 | 3,758.29 | | 58,631.41 |
| | | | | | Total Due 2024 Ins Recon | 60,969.27 | 28,324.83 | Escrows | |
| | | | | | | | | | 28,324.83 |



December 23, 2024

OpCo 2, LLC
(CH11)Big Lots #4661

**Re:** North Hills Crossing, 10771 Gateway South Boulevard - Bldgs. A-K
**(CH11)Big Lots #4661 (t0002892)**
Recovery Reconciliation for the period 01/2024 - 12/2024

Dear OpCo 2, LLC:

Please be advised that your account has been billed or (credited) as shown below. This represents your share of the Recovery for North Hills Crossing. The calculations for this amount are as follows:

| | | |
|---|---|---|
| **Lease Area** | 32,063 | **Lease Start** 07/16/2015 |
| **Property Area** | 158,833 | **Oper. Exp. Start** 07/16/2015 |
| **Tenant Prorata Share** | 20.19% | |

| Recovery Group | Amount | Current Expense | Your Share | Share Adjustment | Admin Fee | Recovery Charge | Total Billed | Est. Adj. | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Original Lease** | | | | | | | | | |
| Insurance Only | 0.00 | 49,799.22 | 10,033.02 | 3,273.81 | 0.00 | 13,306.83 | 0.00 | 0.00 | 13,306.83 |
| Taxes w/Franch. Tax & | 0.00 | 552,827.22 | 111,377.81 | 0.00 | 0.00 | 111,377.81 | 0.00 | 0.00 | 111,377.81 |
| | 0.00 | 602,626.44 | 121,410.83 | 3,273.81 | 0.00 | 124,684.64 | 0.00 | 0.00 | 124,684.64 |
| | Per Sq. Ft. | 3.79 | 3.79 | 0.10 | 0.00 | 3.89 | 0.00 | Total Due | 124,684.64 |

As always we appreciate your business and prompt payments. Your payments are due within 30 days. If you have any questions regarding the calculations please contact me.

Sincerely,

*Irene Mason*

**Irene Mason**
Director of Lease Audit
imason@ropelpaso.com
PH:(915) 225-5717



## Lease Recovery Detail

**Recovery Group - Expense Pool Code -Desc**

insonly - insonly - Insurance Only

| EOY Month | Base Year | Base Amount | Ceiling | Mgmt Fee % | Prorata % | Gross Up % | Denominator Type | Min Occu. | Custom Denominator | Recovery Factor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | | 0.00 | 0.00 | 0.00 | 20.15 | 0.00 | Total | 0.00 | No | 0.00 |

taxonly - taxonly - Taxes w/Franch. Tax & Tax Consult

| EOY Month | Base Year | Base Amount | Ceiling | Mgmt Fee % | Prorata % | Gross Up % | Denominator Type | Min Occu. | Custom Denominator | Recovery Factor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | | 0.00 | 0.00 | 0.00 | 20.15 | 0.00 | Total | 0.00 | No | 0.00 |

## Recovery Calculation Detail

**Recovery Group - Expense Pool:** insonly - insonly  
**Leased Area:** 32,000.00    **% Share:** 20.15

| Expense Total | Base Amount | Days Occupied | Expense Share | CAP Adjustment | Mgmt Fees | Share Adjustment | Total Charge | Expense Per Area | Total Est. Billed | Est. Adjustment | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 49,799.22 | 0.00 | 366.00 | 10,033.02 | 0.00 | 0.00 | 3,273.81 | 13,306.83 | 0.42 | 93,737.00 | -93,737.00 | 13,306.83 |

**Recovery Group - Expense Pool:** taxonly - taxonly  
**Leased Area:** 32,000.00    **% Share:** 20.15

| Expense Total | Base Amount | Days Occupied | Expense Share | CAP Adjustment | Mgmt Fees | Share Adjustment | Total Charge | Expense Per Area | Total Est. Billed | Est. Adjustment | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 552,827.22 | 0.00 | 366.00 | 111,377.81 | 0.00 | 0.00 | 0.00 | 111,377.81 | 3.48 | 0.00 | 0.00 | 111,377.81 |
| | | | **121,410.83** | | | | **124,684.64** | | **93,737.00** | **-93,737.00** | **124,684.64** |

## Expense Detail By Pool

| Expense Pool | Description | Total Expenses |
| --- | --- | --- |
| Insurance Only | | |
| | Insurance/Property-CAM | 34,704.22 |
| | Insurance-G/L-CAM | 15,095.00 |
| **Total for Insurance Only** | | **49,799.22** |
| **Adjusted Total for Insurance Only** | | **49,799.22** |
| Taxes w/Franch. Tax & Tax Consult | | |
| | R.E. Tax-TAX | 552,827.22 |
| **Total for Taxes w/Franch. Tax & Tax Consult** | | **552,827.22** |
| **Adjusted Total for Taxes w/Franch. Tax & Tax Consult** | | **552,827.22** |
| **Total Expenses** | | **602,626.44** |
| **Adjusted Total Expenses** | | **602,626.44** |

**River Oaks Properties, Ltd.**

Remittance Address:
5678 N. Mesa Street
El Paso, TX 79912

    (CH11)Big Lots #4661
    BL OpCo 2, LLC
    Attn: Lease Administration
    4900 East Dublin Granville Road
    Columbus, OH 43081-7651

**Statement**

| | |
|---|---|
| Account | 1norcros (t0002892) |
| | (CH11)Big Lots #4661 |
| Date | 12/23/2024 |
| Payment | $ _____ |

*Please include your lease code (**t0002892**) on any checks or correspondence sent to our Remittance Address.

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 09/01/2024 | Base Rent (09/2024) | 24,583.33 | 0.00 | 24,583.33 |
| 09/01/2024 | CAM (09/2024) | 5,067.08 | 0.00 | 29,650.41 |
| 09/01/2024 | Reversed Base Rent (09/2024) | -24,583.33 | 0.00 | 5,067.08 |
| 10/01/2024 | Base Rent (10/2024) | 24,583.33 | 0.00 | 29,650.41 |
| 10/01/2024 | CAM (10/2024) | 5,067.08 | 0.00 | 34,717.49 |
| 10/02/2024 | ACH | 0.00 | 29,650.41 | 5,067.08 |
| 11/01/2024 | Base Rent (11/2024) | 24,583.33 | 0.00 | 29,650.41 |
| 11/01/2024 | CAM (11/2024) | 5,067.08 | 0.00 | 34,717.49 |
| 11/01/2024 | Base Rent (11/2024) | 20,833.33 | 0.00 | 55,550.82 |
| 11/01/2024 | Reversed Base Rent (11/2024) | -24,583.33 | 0.00 | 30,967.49 |
| 11/05/2024 | ACH | 0.00 | 29,650.41 | 1,317.08 |
| 12/01/2024 | Base Rent (12/2024) | 24,583.33 | 0.00 | 25,900.41 |
| 12/01/2024 | CAM (12/2024) | 5,067.08 | 0.00 | 30,967.49 |
| 12/01/2024 | Base Rent (12/2024) | 20,833.33 | 0.00 | 51,800.82 |
| 12/01/2024 | Reversed Base Rent (12/2024) | -24,583.33 | 0.00 | 27,217.49 |
| 12/04/2024 | ACH | 0.00 | 29,650.41 | -2,432.92 |
| 12/05/2024 | Per Amendment dated 11/27/2024 | 2,500.00 | 0.00 | 67.08 |
| 12/23/2024 | Tax & Ins Reconciliation (01/2024 - 12/2024) | 124,684.64 | 0.00 | 124,751.72 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 123,434.64 | -3,750.00 | 0.00 | 5,067.08 | 124,751.72 |

# INVOICE

**USI Southwest**
303 N. Oregon, Ste. 310
El Paso, Texas  79901
(915)534-9400
(866)494-6822 Fax

| | | |
|---|---|---|
| Invoice Date | | 11/13/24 |
| Acct. No. | Invoice | Amount |
| 01-Riveroak26 - 402 | 470120 | $ 58,528.12 |
| | Amount Due | $ 58,528.12 |

**INVOICE**
5678 N. Mesa Street
EL PASO, TX 79912

P R O P E R T Y :   North Hills Crossing
10771 Gateway South Boulevard - Bldgs. A-K
Please detach and return this portion with your payment.

| POLICY INFORMATION | | AMOUNT |
|---|---|---|

**COMMERCIAL PACKAGE POLICY**
North Hills Crossing
10771 Gateway South Boulevard - Bldgs. A-K

11/13/24 TO 11/13/25

| | | |
|---|---:|---:|
| Property | 34,704.22 | |
| Gen Liab | 15,095.00 | |
| Umbrella | 8,728.90 | |
| Total Premium | $ 58,528.12 | $ 58,528.12 |

Invoice Due Upon Receipt.  Thank you!!     TOTAL     $ 58,528.12

# 2024 Property Tax Bill
## El Paso Consolidated Tax Office
### Real Estate

**Maria O. Pasillas, RTA**
Tax Assessor-Collector
Wells Fargo Plaza
221 N. Kansas, Suite 300
El Paso, Texas 79901
Mon. – Fri. 8 am - 5 pm
Phone: (915) 212-0106
email: citytaxoffice@elpasotexas.gov

**Certified Owner:**

Ruben P. Gonzalez
County Tax Assessor-Collector

**Prop ID: 650698**

Geo No: N427-999-0010-0300


*norcros*

**Legal Description**
BLK 1 NORTH HILLS CROSSING 3 (EXC SWLY PTS) (18.1820 AC)

244  ROP NORTH HILLS CROSSING LLC
5678 N MESA ST
EL PASO, TX 79912-5425

Legal Acres:     18.1820
Parcel Address:  10771 S GATEWAY BLVD 79934
Data as of:      10/14/2024

| Entity No. | Taxing Entity Name | Exemption Code(s) | Exemption Amount | Net Tax Value | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO | | 0 | 21,297,480 | .76140500 | $162,160.08 |
| 3 | EL PASO ISD | | 0 | 21,297,480 | 1.0807000 | $230,161.87 |
| 6 | COUNTY OF EL PASO | | 0 | 21,297,480 | .42632300 | $90,796.06 |
| 7 | EL PASO COMMUNITY COLLEGE | | 0 | 21,297,480 | .10778600 | $22,955.70 |
| 8 | UNIVERSITY MEDICAL CENTER | | 0 | 21,297,480 | .21952600 | $46,753.51 |

**Market Value**
| | |
|---|---|
| Land | $5,148,040 |
| Improvement | $16,149,440 |
| Total Appraised Value | $21,297,480 |
| Capped Value | |

County Tax Savings $23,346.72

| Total taxes/fees due: | $552,827.22 |
|---|---|
| Total escrow paid to date: | $.00 |
| **TOTAL AMOUNT DUE:** | **$552,827.22** |

| Amount Due if paid by: | |
|---|---|
| February 2025 | March 2025 |
| $591,525.13 | $602,581.68 |

**2024 TAXES ARE DUE UPON RECEIPT & MUST BE PAID NO LATER THAN**
## January 31, 2025
*7% Penalty & Interest is assessed to unpaid amounts on February 1, 2025.

**IMPORTANT: Please see back of statement for other PAYMENT OPTIONS and additional INFORMATION.**

---

Please detach bottom coupon and return with your payment; keep top part of bill for your records.

**TOTAL AMOUNT DUE:    $552,827.22**

**2024 El Paso Consolidated Tax Bill    Real Estate**

*YOUR CHECK MAY BE CONVERTED TO AN ELECTRONIC FUND TRANSFER*

**Prop ID: 650698**   Geo No: N427-999-0010-0300

**AMOUNT PAID:** $
~ DO NOT MAIL CASH ~

ROP NORTH HILLS CROSSING LLC
5678 N MESA
EL PASO TX 79912-5425

Make Payable To:
El Paso Tax Assessor-Collector
PO Box 2992
El Paso, TX 79999-2992

2024 TAXES ARE DUE UPON RECEIPT & MUST BE PAID NO LATER THAN
**January 31, 2025**
*7% Penalty & Interest is assessed to unpaid amounts on February 1, 2025

202400650698    000    0055282722  9

## 2023 Tax and Insurance Reconciliation
Big Lots #4070

**Tenant:** Big Lots
Tenant's s.f.: 158,833
Total: 158,833
Pro rata %: 20.1469%
32,000
20.1469%

| Account | 2023 | Tenant Disallowed Expenses | Total Recoverable Expenses | Cost psf | Tenants | 2023 Cap | CAM Payments | Balance Due |
|---|---|---|---|---|---|---|---|---|
| **Real Estate Taxes** | | | | Pro rata % | 20.1469% | | RET Payments | Balance Due |
| Property Tax - | 552,827.22 | | 552,827.22 | 3.48 | 111,377.81 | | | |
| Property Tax - Credit Pyrs. | | | | | | | | |
| Margin Tax | 11,681.28 | (11,681.28) | - | - | - | Exclude | | |
| Property Tax Consulting | 7,521.48 | (7,521.48) | - | - | - | Exclude | | |
| Property Tax Filing Fee | 1,733.34 | (1,733.34) | - | - | - | | | |
| Total Tax Dev Parcel Only | 573,763.32 | (20,936.10) | 552,827.22 | 3.48 | 111,377.81 | | - | 111,377.81 |
| **Insurance Expense** | 2023 | | | | | 20.1469% | Ins Payments | Balance Due |
| Insurance Property | 54,037.29 | | 54,037.29 | 0.34 | 10,886.86 | Accrual Basis | | |
| Insurance G/L | 12,011.58 | | 12,011.58 | 0.08 | 2,419.97 | Accrual Basis | | |
| Insurance UMB | 6,922.49 | (6,922.49) | - | - | - | Exclude | | |
| Total Insurance Expense | 72,971.36 | (6,922.49) | 66,048.87 | 0.42 | 13,306.83 | | - | 13,306.83 |
| Net Amount Due (credit) | 646,734.68 | (27,858.59) | 618,876.09 | 3.90 | 124,684.64 | | - | 124,684.64 |

Norcros Big Lots
Insurance Analysis - 2024 Reconciliation

| Tenant Share | 0.2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 365 | Per day | Premium Period | | Tenant Share | |
| 2023: | Property | 57,049.84 | 316 | 156.30 | 11/13/23 - 11/12/24 | 49,391.09 | 9,950.82 | |
| | Liability | 11,539.85 | 316 | 31.62 | 11/13/23 - 11/12/24 | 9,990.66 | 2,012.82 | |
| | Umbrella | 6,646.08 | 316 | 18.21 | 11/13/23 - 11/12/24 | - | - | |
| | | 75,235.77 | | | | 59,381.76 | 11,963.64 | |
| | | | 366 | | | | | |
| 2024: | Property | 34,704.22 | 49 | 94.82 | 11/13/24 - 11/12/25 | 4,646.19 | 936.07 | 54,037.29 |
| | Liability | 15,095.00 | 49 | 41.24 | 11/13/24 - 11/12/25 | 2,020.92 | 407.15 | 12,011.58 |
| | Umbrella | 8,728.90 | 49 | 23.85 | 11/13/24 - 11/12/25 | - | - | - |
| | | 58,528.12 | | | | 6,667.11 | 1,343.22 | |
| | | | | | Total Due 2024 Ins Recon | 66,048.87 | 13,306.86 | |
| | | | | | | | Escrows | 13,306.86 |