# Exhibit C

**Lease Ledger**

| Lease Information | | |
|---|---|---|
| | Date | 01/13/2025 |
| | Lease Id | t0000130 |
| | Property | 5010 |
| | Location | Bayshore Mall |
| | Assigned Space(s) | 27 |
| | Customer | |
| **Dawn Reeves** | ICS Code | |
| **Big Lots Stores Inc. Store 1775** | Lease Type | NNN |
| **4900 E. Dublin Granville Road** | Sales Category | General Sales |
| **Columbus , OH , 43081** | Lease Term | From 02/01/2019 To 01/31/2029 |
| | Lease Area | 43,020(SqFt) |
| | Monthly Rent | 17925.00 |
| | Office Phone | |
| | Fax No | |
| | E-Mail | dreeves2@biglots.com |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | 12,600.36 |
| 08/01/24 | Monthly Estimated CAM (08/2024) | 2,868.00 | | 15,468.36 |
| 08/01/24 | Monthly Estimated Insurance (08/2024) | 3,166.00 | | 18,634.36 |
| 08/01/24 | Monthly Estimated RE Taxes (08/2024) | 3,808.00 | | 22,442.36 |
| 08/01/24 | Rent (08/2024) | 17,925.00 | | 40,367.36 |
| 08/05/24 | ACH | | 27,408.50 | 12,958.86 |
| 08/22/24 | 4/15-7/15/24 Water | 272.69 | | 13,231.55 |
| 09/01/24 | Monthly Estimated CAM (09/2024) | 2,868.00 | | 16,099.55 |
| 09/01/24 | Monthly Estimated Insurance (09/2024) | 3,166.00 | | 19,265.55 |
| 09/01/24 | Monthly Estimated RE Taxes (09/2024) | 3,808.00 | | 23,073.55 |
| 09/01/24 | Rent (09/2024) | 17,925.00 | | 40,998.55 |
| 10/01/24 | Monthly Estimated CAM (10/2024) | 2,868.00 | | 43,866.55 |
| 10/01/24 | Monthly Estimated Insurance (10/2024) | 3,166.00 | | 47,032.55 |
| 10/01/24 | Monthly Estimated RE Taxes (10/2024) | 3,808.00 | | 50,840.55 |
| 10/01/24 | Rent (10/2024) | 17,925.00 | | 68,765.55 |
| 10/02/24 | ACH | | 27,408.50 | 41,357.05 |
| 10/09/24 | Period 4 2024 Sewer | 500.00 | | 41,857.05 |
| 11/01/24 | Monthly Estimated CAM (11/2024) | 2,868.00 | | 44,725.05 |
| 11/01/24 | Monthly Estimated Insurance (11/2024) | 3,166.00 | | 47,891.05 |
| 11/01/24 | Monthly Estimated RE Taxes (11/2024) | 3,808.00 | | 51,699.05 |
| 11/01/24 | Rent (11/2024) | 17,925.00 | | 69,624.05 |
| 11/05/24 | ACH | | 27,408.50 | 42,215.55 |
| 12/01/24 | Monthly Estimated CAM (12/2024) | 2,868.00 | | 45,083.55 |
| 12/01/24 | Monthly Estimated Insurance (12/2024) | 3,166.00 | | 48,249.55 |
| 12/01/24 | Monthly Estimated RE Taxes (12/2024) | 3,808.00 | | 52,057.55 |
| 12/01/24 | Rent (12/2024) | 17,925.00 | | 69,982.55 |
| 12/04/24 | 7/15-10/15/24 Water | 272.69 | | 70,255.24 |
| 12/04/24 | ACH | | 27,408.50 | 42,846.74 |
| 01/01/25 | Monthly Estimated CAM (01/2025) | 2,868.00 | | 45,714.74 |
| 01/01/25 | Monthly Estimated Insurance (01/2025) | 3,166.00 | | 48,880.74 |
| 01/01/25 | Monthly Estimated RE Taxes (01/2025) | 3,808.00 | | 52,688.74 |
| 01/01/25 | Rent (01/2025) | 17,925.00 | | 70,613.74 |
| 01/06/25 | ACH | | 9,483.50 | 61,130.24 |
| 01/10/25 | ACH | | 272.69 | 60,857.55 |
| 01/10/25 | ACH | | 20,099.57 | 40,757.98 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 18,283.50 | 358.50 | 358.50 | 21,757.48 | 40,757.98 |