IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : Chapter 11 |
|---|---|
| In re: | : |
| | : Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*,[5] | : (Jointly Administered) |
| | : |
| Debtors. | : **Re docket No.** _____ |
| | : |

# ORDER GRANTING MOTION OF BAYSHORE MALL 1A, BAYSHORE MALL 1B, LLC, AND BAYSHORE MALL 2, LLC TO COMPEL IMMEDIATE PAYMENT OF POST-PETITION RENT AND OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)

Upon consideration of the *Motion of Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC to Compel Immediate Payment of Post-Petition Rent and Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (the "Motion"), and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a), 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, the Debtors are directed to immediately (in no case later than one business day following entry of this Order) pay in immediately available funds $19,000.50 to Bayshore to cover unpaid post-

---

[5] The debtors and debtors in possession in these Chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2

petition Monthly Rent, CAM, insurance, taxes that have come due since September 9, 2024 and through the filing of the Motion.

3.   This order shall be without prejudice to Bayshore's right to seek allowance of further claims against the Debtors' estates, including, but not limited to, claims for damages arising in the event of the Debtors' rejection of the Lease.

4.   This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.