**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 14th day of January, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system, and also upon the parties on the attached service list in the manner indicated.

Dated:  January 14, 2025   /s/ Laurel D. Roglen
Wilmington, Delaware        Laurel D. Roglen (DE 5759)
                            BALLARD SPAHR LLP

## SERVICE LIST

**Via E-mail and First–Class Mail**
Brian M. Resnick
Adam L. Shpeen
James McClammy
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Email: brian.resnick@davispolk.com
   adam.shpeen@davispolk.com
   james.mcclammy@davispolk.com
   jonah.peppiatt@davispolk.com
   stephen.piraino@davispolk.com
   ethan.stern@davispolk.com

*Counsel to the Debtors*

**Via E-mail and Hand-Delivery**
Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov

*United States Trustee*

**Via E-mail and Hand-Delivery**
Robert J. Dehney
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Sophie Rogers Churchill
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: rdehney@morrisnichols.com
   aremming@mnat.com
   dbutz@mnat.com
   tmann@morrisnichols.com
   srchurchill@morrisnichols.com

*Counsel to the Debtors*

**Via E-mail and Hand-Delivery**
Justin R. Alberto
Stacy L. Newman
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
   snewman@coleschotz.com
   jdougherty@coleschotz.com

*Counsel to the Committee*

**Via E-mail and First–Class Mail**
Darren Azman
Kristin K. Going
Stacy A. Lutkus
Natalie Rowles
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017
Email:  dazman@mwe.com
  kgoing@mwe.com
  salutkus@mwe.com
  nrowles@mwe.com

*Counsel to the Committee*

**Via E-mail and First–Class Mail**
Sarah A. Carnes
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Email: scarnes@coleschotz.com

*Counsel to the Committee*