# EXHIBIT A

### (WANG DECLARATION)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF DENNIS WANG IN SUPPORT OF
## ROUNDTRIPPING LTD.'S MOTION FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Dennis Wang declares, pursuant to 28 U.S.C. §1746, that the following facts are true:

1.    I am the owner and general manager of Roundtripping Ltd. ("**Roundtripping**").  I make this declaration in support of *Roundtripping's Motion for Allowance and Payment of Administrative Expense Claims* (the "**Motion**").  I have personal knowledge of the facts set forth herein.  I also have access to and have reviewed Roundtripping's relevant business records in connection with the Motion.

2.    To the best of my knowledge and belief, formed after a reasonable inquiry, including review of Roundtripping's business records, certain of the above-captioned Debtors physically received goods shipped by Roundtripping either within 20 days before the Debtors' September 9, 2024 Petition Date ("**Petition Date**") or on or after the Petition Date.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3.      Roundtripping delivered goods ordered by the Debtors in the normal course of business.  Within the 503(b)(9) Claims Period, Roundtripping delivered goods valued at $1,247,437.04 to the Debtors as set forth below:

| | |
|---|---|
| AVDC | $260,569.14 |
| Big Lots Stores | $409,325.44 |
| Closeout | $28,992.60 |
| CSC | $135,879.36 |
| Durant | $412,670.50 |
| **Total 503(b)(9) Claim** | **$1,247,437.04** |

4.      Roundtripping also delivered goods in Post-Petition Deliveries valued at $3,535,075.71 to the Debtors as set forth below:

| | |
|---|---|
| AVDC | $362,959.58 |
| Big Lots Stores | $670,679.22 |
| Closeout | $1,265,826.53 |
| CSC | $1,038,646.57 |
| Durant | $196,963.81 |
| **Post-Petition Total** | **$3,535,075.71** |

5.      In total, Roundtripping delivered $4,782,512.75 worth of goods entitled to administrative priority in the normal course of business.

6.      True and correct copies of the invoices and purchase orders for the goods set forth above are attached hereto as **EXHIBIT 1**.  In order to determine the date that the goods were actually received at the Debtor's distribution centers, the Roundtripping team went on the carrier's website and searched the relevant container number.  Entering the container numbers allowed us to see the location, date and time of delivery to the Debtors. We used the following carrier websites to confirm the information:

CMA: https://www.cma-cgm.com/
Maersk: https://www.maersk.com/
Hyundai: https://www.hmm21.com/company.do
MSC: https://www.msc.com/en
ONE: https://www.one-line.com/en
OOCL: https://www.oocl.com/eng/Pages/default.aspx

Hapag: https://www.hapag-lloyd.com/en/home.html.

A summary showing the amounts due and the dates that the Goods were received by the Debtors is attached hereto as **EXHIBIT 2**.

7. The bulk of the invoices for which Roundtripping is seeking allowance through the Motion remain unpaid.

8. Furthermore, as of the date of the filing of the Motion, the Debtors have failed to make a payment in the amount of $1,000,000 on account of Roundtripping's "Vendor Settled Claim" (as that term is defined in the CV Agreement).

I declare under penalty of perjury that the foregoing is true and correct. Executed this ᵗʰ day of January, 2025 in Hong Kong.

DATED: January _10_, 2025

Dennis Wang

# EXHIBIT 1

## (INVOICES AND PURCHASE ORDERS)

# ROUNDTRIPPING LTD.

Seller reference

**240037-6 CFS**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240179

**Invoice Date.:** July 15, 2024

**Sold To:**   AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**   18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ALETTE MAERSK / 430N

**Port of Loading:** YANTIAN

**Ship on or about:** August 01, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95232458 | 2,664   EA | 5.000/EA | 13,320.000 |
| **SKU No.:** 810570503 | 222   CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | |
| **HTS Code.:** 98179505 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:**     (222 CTNS) | 2,664 | | 13,320.000 |

TOTAL (USD) DOLLARS : THIRTEEN THOUSAND THREE HUNDRED TWENTY ONLY.

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAAU7637453/CN8295585/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAAU7637453/CN8295585/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95232458
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240179

**Sold To:**   AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ALETTE MAERSK / 430N

**Ship on or about:** August 01, 2024

**Invoice Date.:** July 15, 2024

**Delivery To:**   18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95232458 | 2,664   EA | 1,294.26 | 1,687.00 | 14.266 |
| **SKU No.:** 810570503 | 222   CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | | |
| **HTS Code.:** 98179505 | | | | |
| **Total:**   (222 CTNS) | 2,664 | 1,294.26 | 1,687.00 | 14.266 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAAU7637453/CN8295585/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
CAAU7637453/CN8295585/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95232458
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

240022-6

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240136

**Invoice Date.:** June 17, 2024

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU7SE1MA

**Port of Loading:** VUNG TAU

**Ship on about:** July 23, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

**Container Number (Factory Load) :** CMAU9319987, TCKU7339640

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183199 | | 5,520 EA | 0.750/EA | 4,140.000 |
| **SKU No.:** 810472934 | | 115 CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | | 1,832 EA | 6.300/EA | 11,541.600 |
| **SKU No.:** 810567444 | | 229 CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | | 1,832 EA | 6.300/EA | 11,541.600 |
| **SKU No.:** 810567485 | | 229 CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | | 5,520 EA | 1.200/EA | 6,624.000 |
| **SKU No.:** 810472932 | | 115 CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | | 5,520 EA | 1.200/EA | 6,624.000 |
| **SKU No.:** 810472933 | | 115 CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | | 3,052 EA | 2.730/EA | 8,331.960 |
| **SKU No.:** 810567447 | | 218 CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 4,809 | EA | 2.730/EA | 13,128.570 |
| **SKU No.:** 810567446 | | 229 | CTNS | | |
| C6 60 LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,954 | EA | 2.730/EA | 8,064.420 |
| **SKU No.:** 810567445 | | 211 | CTNS | | |
| LIGHTS - C6 60 LED WARM WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 261 | EA | 57.330/EA | 14,963.130 |
| **SKU No.:** 810567427 | | 261 | CTNS | | |
| COMBO C6 60 LED BLUE & GREEN (14PCS BLUE SKU 810567449 02994 | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 214 | EA | 57.330/EA | 12,268.620 |
| **SKU No.:** 810567428 | | 214 | CTNS | | |
| COMBO C6 60 LED PURPLE & RED (14PCS RED SKU 810567535 029944 | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 229 | EA | 44.280/EA | 10,140.120 |
| **SKU No.:** 810567430 | | 229 | CTNS | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 229 | EA | 44.280/EA | 10,140.120 |
| **SKU No.:** 810567429 | | 229 | CTNS | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,748 | EA | 3.690/EA | 10,140.120 |
| **SKU No.:** 810567538 | | 229 | CTNS | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,616 | EA | 3.690/EA | 9,653.040 |
| **SKU No.:** 810715874 | | 218 | CTNS | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,616 | EA | 3.690/EA | 9,653.040 |
| **SKU No.:** 810715876 | | 218 | CTNS | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,748 | EA | 3.690/EA | 10,140.120 |
| **SKU No.:** 810715873 | | 229 | CTNS | | |

120CT M5 LED RED

HTS Code.: 9405310010

| P/O No.: 95183199 | | | 2,748 | EA | 3.690/EA | 10,140.120 |
|---|---|---|---|---|---|---|
| SKU No.: 810715966 | | | 229 | CTNS | | |
| 120CT M5 LED WW | No. of Pallet: | | | | | |

HTS Code.: 9405310010

| P/O No.: 95183199 | | | 3,170 | EA | 4.880/EA | 15,469.600 |
|---|---|---|---|---|---|---|
| SKU No.: 810567455 | | | 317 | CTNS | | |
| 250CT ICICLE BLUE | No. of Pallet: | | | | | |

HTS Code.: 9405490000

| P/O No.: 95183199 | | | 3,170 | EA | 4.880/EA | 15,469.600 |
|---|---|---|---|---|---|---|
| SKU No.: 810567456 | | | 317 | CTNS | | |
| 250CT ICICLE CLEAR | No. of Pallet: | | | | | |

HTS Code.: 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (4,151 CTNS) | | 51,788 | 198,173.780 |
|---|---|---|---|---|---|

TOTAL (USD) DOLLARS : ONE HUNDRED NINETY-EIGHT THOUSAND ONE HUNDRED SEVENTY-THREE AND CENTS SEVENTY-EIGHT ONLY.

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CMAU9319987/H8933271/40H
TCKU7339640/H8933265/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CMAU9319987/H8933271/40H
TCKU7339640/H8933265/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95183199
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810472932

PO# 95183199
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567427
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567428
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240136

**Sold To:**    AVDC, LLC
           18880 NAVAJO ROAD
           APPLE VALLEY, CA 92307
           USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU7SE1MA

**Ship on or about:** July 23, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:**    18880 NAVAJO ROAD
           APPLE VALLEY, CA 92307
           USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

**Container Number (Factory Load) :** CMAU9319987, TCKU7339640

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95183199 | 5,520 EA | 379.50 | 603.75 | 4.025 |
| **SKU No.:** 810472934 | 115 CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | 1,832 EA | 1,554.91 | 1,813.68 | 7.557 |
| **SKU No.:** 810567444 | 229 CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | 1,832 EA | 1,554.91 | 1,813.68 | 7.557 |
| **SKU No.:** 810567485 | 229 CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | 5,520 EA | 724.50 | 1,012.00 | 4.830 |
| **SKU No.:** 810472932 | 115 CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183199 | 5,520 EA | 724.50 | 1,012.00 | 4.830 |
| **SKU No.:** 810472933 | 115 CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |

**P/O No.:** 95183199    3,052 EA    970.10    1,214.26    6.104

**SKU No.:** 810567447    218 CTNS

C6 60 LED COOL WHITE    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183199    4,809 EA    1,529.72    1,905.28    9.389

**SKU No.:** 810567446    229 CTNS

C6 60 LED MULTI    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183199    2,954 EA    938.95    1,175.27    5.908

**SKU No.:** 810567445    211 CTNS

LIGHTS - C6 60 LED WARM WHITE    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183199    261 EA    1,743.48    2,171.52    10.701

**SKU No.:** 810567427    261 CTNS

COMBO C6 60 LED BLUE & GREEN (14PCS BLUE SKU 810567449    No. of Pallet:
02994

**HTS Code.:** 9405310010

**P/O No.:** 95183199    214 EA    1,429.52    1,780.48    8.774

**SKU No.:** 810567428    214 CTNS

COMBO C6 60 LED PURPLE & RED (14PCS RED SKU 810567535    No. of Pallet:
029944

**HTS Code.:** 9405310010

**P/O No.:** 95183199    229 EA    1,060.27    1,289.27    6.412

**SKU No.:** 810567430    229 CTNS

COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450    No. of Pallet:
0299

**HTS Code.:** 9405310010

**P/O No.:** 95183199    229 EA    1,060.27    1,289.27    6.412

**SKU No.:** 810567429    229 CTNS

COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU    No. of Pallet:
810567453 0

**HTS Code.:** 9405310010

**P/O No.:** 95183199    2,748 EA    1,060.27    1,289.27    6.412

**SKU No.:** 810567538    229 CTNS

HTS Code.: 9405310010

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183199 | | 2,616 | EA | 1,009.34 | 1,227.34 | 6.104 |
| **SKU No.:** 810715874 | | 218 | CTNS | | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183199 | | 2,616 | EA | 1,009.34 | 1,227.34 | 6.104 |
| **SKU No.:** 810715876 | | 218 | CTNS | | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183199 | | 2,748 | EA | 1,060.27 | 1,289.27 | 6.412 |
| **SKU No.:** 810715873 | | 229 | CTNS | | | |
| 120CT M5 LED RED | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183199 | | 2,748 | EA | 1,060.27 | 1,289.27 | 6.412 |
| **SKU No.:** 810715966 | | 229 | CTNS | | | |
| 120CT M5 LED WW | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183199 | | 3,170 | EA | 1,930.53 | 2,228.51 | 9.193 |
| **SKU No.:** 810567455 | | 317 | CTNS | | | |
| 250CT ICICLE BLUE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183199 | | 3,170 | EA | 1,930.53 | 2,228.51 | 9.193 |
| **SKU No.:** 810567456 | | 317 | CTNS | | | |
| 250CT ICICLE CLEAR | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |

| | Total: | (4,151 CTNS) | 51,788 | | 22,731.18 | 27,859.97 | 132.329 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CMAU9319987/H8933271/40H
TCKU7339640/H8933265/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CMAU9319987/H8933271/40H
TCKU7339640/H8933265/40H

We certify that there is no wood packing material in the shipment.

Carton Marks And Number

BIG LOTS
STORES
PO# 95183199
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567427
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567428
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183199
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183199

ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183199
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240156

**Sold To:**　AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO BELGIUM / 072E

**Ship on or about:** August 07, 2024

**Invoice Date.:** July 08, 2024

**Delivery To:**　18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** LONG BEACH, CA

**Destination:** APPLE VALLEY, CA

**Container Number (Factory Load) :** CSNU7058494

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95179967 | | 385　EA | 5.100/EA | 1,963.500 |
| **SKU No.:** 810715924 | | 55　CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179967 | | 1,155　EA | 4.460/EA | 5,151.300 |
| **SKU No.:** 810472905 | | 165　CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179967 | | 3,724　EA | 4.460/EA | 16,609.040 |
| **SKU No.:** 810472913 | | 532　CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179967 | | 2,849　EA | 4.460/EA | 12,706.540 |
| **SKU No.:** 810472908 | | 407　CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179967 | | 1,463　EA | 4.460/EA | 6,524.980 |
| **SKU No.:** 810472907 | | 209　CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |

Manufacturer Name & Address

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,

THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728, VIETNAM

| | Total: | (1,368 CTNS) | 9,576 | 42,955.360 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : FORTY-TWO THOUSAND NINE HUNDRED FIFTY-FIVE AND CENTS THIRTY-SIX ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CSNU7058494/OOLJUJ5832/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CSNU7058494/OOLJUJ5832/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95179967
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240156

**Invoice Date.:** July 08, 2024

**Sold To:**      AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**   18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** COSCO BELGIUM / 072E

**Port of Loading:** HAIPHONG

**Ship on or about:** August 07, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** APPLE VALLEY, CA

**Container Number (Factory Load) :** CSNU7058494

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95179967 | 385 | EA | 324.50 | 396.00 | 1.485 |
| **SKU No.:** 810715924 | 55 | CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95179967 | 1,155 | EA | 973.50 | 1,188.00 | 4.455 |
| **SKU No.:** 810472905 | 165 | CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179967 | 3,724 | EA | 3,138.80 | 3,830.40 | 14.364 |
| **SKU No.:** 810472913 | 532 | CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179967 | 2,849 | EA | 2,401.30 | 2,930.40 | 10.989 |
| **SKU No.:** 810472908 | 407 | CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179967 | 1,463 | EA | 1,233.10 | 1,504.80 | 5.643 |
| **SKU No.:** 810472907 | 209 | CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | |

| | Total: | (1,368 CTNS) | 9,576 | 8,071.20 | 9,849.60 | 36.936 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CSNU7058494/OOLJUJ5832/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CSNU7058494/OOLJUJ5832/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95179967
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95179967
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

Seller reference

**240038-6 CFS**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-243606

**Invoice Date:** August 05, 2024

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MEGA / 0TEILE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** August 20, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95232463 | 1,224   EA | 5.000/EA | 6,120.000 |
| **SKU No.:** 810570503 | 102   CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | |
| **HTS Code.:** 98179505 | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:**      (102 CTNS) | 1,224 | | 6,120.000 |

TOTAL (USD) DOLLARS : SIX THOUSAND ONE HUNDRED TWENTY ONLY.

| **Consolidator(Full Name & Address)** | **Container Stuffing Location(Full Name & Address )** |
|---|---|
| YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: GESU6243403/R7404435/40H | YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: GESU6243403/R7404435/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

240038-6 CFS

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-243606

**Invoice Date.:** August 05, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MEGA / 0TEILE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** August 20, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** APPLE VALLEY, CA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95232463 | 1,224  EA | 594.66 | 788.00 | 6.286 |
| **SKU No.:** 810570503 | 102  CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | | |
| **HTS Code.:** 98179505 | | | | |
| **Total:** | **(102 CTNS)** | **1,224** | **594.66** | **788.00** | **6.286** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
GESU6243403/R7404435/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
GESU6243403/R7404435/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

240026-6

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240108

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** MH PEGASUS / 0WF0XE1MA

**Ship on or about:** September 14, 2024

**Invoice Date.:** July 22, 2024

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4034470, SEKU5834416

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95209798 | | 1,030 | EA | 43.700/EA | 45,011.000 |
| **SKU No.:** 810569914 | | 1,030 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209798 | | 1,508 | EA | 8.300/EA | 12,516.400 |
| **SKU No.:** 810253919 | | 377 | CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209798 | | 31 | EA | 13.100/EA | 406.100 |
| **SKU No.:** 810614259 | | 31 | CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218000 | | 60 | EA | 40.650/EA | 2,439.000 |
| **SKU No.:** 810716077 | | 60 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232458 | | 728 | EA | 5.900/EA | 4,295.200 |
| **SKU No.:** 810570504 | | 182 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |

Manufacturer Name & Address

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

| | Total: | (1,680 CTNS) | 3,357 | 64,667.700 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : SIXTY-FOUR THOUSAND SIX HUNDRED SIXTY-SEVEN AND CENTS SEVENTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4034470/R7388187/40'
SEKU5834416/R8112366/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4034470/R7388187/40'
SEKU5834416/R8112366/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95209798
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95218000
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95218000
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232458
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

## PACKING LIST

**Invoice No.:** RT-240108

**Invoice Date.:** July 22, 2024

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** MH PEGASUS / 0WF0XE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4034470, SEKU5834416

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209798 | | 1,030 EA | 9,084.60 | 10,382.40 | 79.310 |
| **SKU No.:** 810569914 | | 1,030 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209798 | | 1,508 EA | 1,930.24 | 2,804.88 | 28.652 |
| **SKU No.:** 810253919 | | 377 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209798 | | 31 EA | 59.83 | 78.12 | 0.744 |
| **SKU No.:** 810614259 | | 31 CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218000 | | 60 EA | 211.20 | 298.80 | 7.440 |
| **SKU No.:** 810716077 | | 60 CTNS | | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232458 | | 728 EA | 369.48 | 691.60 | 7.280 |
| **SKU No.:** 810570504 | | 182 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |

| | Total: | (1,680 CTNS) | 3,357 | 11,655.35 | 14,255.80 | 123.426 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4034470/R7388187/40'
SEKU5834416/R8112366/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4034470/R7388187/40'
SEKU5834416/R8112366/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95209798
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209798
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95218000
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95218000
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232458
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240131

**Invoice Date.:** June 24, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 12, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Container Number (Factory Load) :** CMAU7012538

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95181562 | | 4,236 | EA | 3.750/EA | 15,885.000 |
| **SKU No.:** 810567488 | | 353 | CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181562 | | 3,324 | EA | 3.750/EA | 12,465.000 |
| **SKU No.:** 810567487 | | 277 | CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | **Manufacturer Name & Address** | | | | |
| | CRYSTAL BRIGHT ELECTRIC CO., LTD. MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT, BAVET CITY , SVAY RIENG , 20451 , CAMBODIA BAVET CITY , 855 20202, CAMBODIA | | | | |
| **Total:** | **(630 CTNS)** | **7,560** | | | **28,350.000** |
| **TOTAL (USD) DOLLARS : TWENTY-EIGHT THOUSAND THREE HUNDRED FIFTY ONLY.** | | | | | |

---

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95181562

ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181562
ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

**240019-6**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240131

**Invoice Date:** June 24, 2024

**Sold To:**  AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**  18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 12, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Container Number (Factory Load) :** CMAU7012538

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95181562 | | 4,236  EA | 2,153.30 | 2,788.70 | 18.356 |
| **SKU No.:** 810567488 | | 353  CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181562 | | 3,324  EA | 1,689.70 | 2,188.30 | 14.404 |
| **SKU No.:** 810567487 | | 277  CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| Total: | (630 CTNS) | 7,560 | 3,843.00 | 4,977.00 | 32.760 |

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95181562
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181562
ARTICLE# 810567487

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240141

**Sold To:**   AVDC, LLC
            18880 NAVAJO ROAD
            APPLE VALLEY, CA 92307
            USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** COSCO SHIPPING DENALI / 041E

**Ship on or about:** September 10, 2024

**Invoice Date.:** July 08, 2024

**Delivery To:**   18880 NAVAJO ROAD
              APPLE VALLEY, CA 92307
              USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CCLU5253235

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183204 | 1,920 | EA | 0.750/EA | 1,440.000 |
| **SKU No.:** 810472934 | 40 | CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183204 | 1,256 | EA | 6.300/EA | 7,912.800 |
| **SKU No.:** 810567444 | 157 | CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183204 | 1,840 | EA | 6.300/EA | 11,592.000 |
| **SKU No.:** 810567485 | 230 | CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183204 | 4,992 | EA | 1.200/EA | 5,990.400 |
| **SKU No.:** 810472932 | 104 | CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183204 | 1,248 | EA | 1.200/EA | 1,497.600 |
| **SKU No.:** 810472933 | 26 | CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183204 | 126 | EA | 2.730/EA | 343.980 |
| **SKU No.:** 810567447 | 9 | CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183204    189   EA   2.730/EA   515.970

**SKU No.:** 810567446    9   CTNS

C6 60 LED MULTI    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    28   EA   2.730/EA   76.440

**SKU No.:** 810567445    2   CTNS

LIGHTS - C6 60 LED WARM WHITE    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    81   EA   44.280/EA   3,586.680

**SKU No.:** 810567430    81   CTNS

COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    52   EA   44.280/EA   2,302.560

**SKU No.:** 810567429    52   CTNS

COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    612   EA   3.690/EA   2,258.280

**SKU No.:** 810567538    51   CTNS

M5 120 LED COOL WHITE    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    120   EA   3.690/EA   442.800

**SKU No.:** 810715874    10   CTNS

120CT M5 LED GREEN    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    120   EA   3.690/EA   442.800

**SKU No.:** 810715876    10   CTNS

120CT M5 LED RED/GREEN    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    216   EA   3.690/EA   797.040

**SKU No.:** 810715873    18   CTNS

120CT M5 LED RED    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    216   EA   3.690/EA   797.040

**SKU No.:** 810715966    18   CTNS

120CT M5 LED WW    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183204    1,600   EA   4.880/EA   7,808.000

**SKU No.:** 810567455    160   CTNS

**250CT ICICLE BLUE**

**HTS Code.:** 9405490000

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183204 | 5,020 | EA | 4.880/EA | 24,497.600 |
| **SKU No.:** 810567456 | 502 | CTNS | | |

**250CT ICICLE CLEAR**                                      **No. of Pallet:**

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | | | |
|---|---|---|---|
| **Total:** | **(1,479 CTNS)** | **19,636** | **72,301.990** |

**TOTAL (USD) DOLLARS : SEVENTY-TWO THOUSAND THREE HUNDRED ONE AND CENTS NINETY-NINE ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU5253235/OOLJUE1882/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU5253235/OOLJUE1882/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95183204
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183204

ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

**240023-6**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240141

**Invoice Date.:** July 08, 2024

**Sold To:**       AVDC, LLC
                   18880 NAVAJO ROAD
                   APPLE VALLEY, CA 92307
                   USA

**Delivery To:**   18880 NAVAJO ROAD
                   APPLE VALLEY, CA 92307
                   USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING DENALI / 041E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CCLU5253235

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 1,920 | EA | 132.00 | 210.00 | 1.400 |
| **SKU No.:** 810472934 | 40 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183204 | 1,256 | EA | 1,066.03 | 1,243.44 | 5.181 |
| **SKU No.:** 810567444 | 157 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183204 | 1,840 | EA | 1,561.70 | 1,821.60 | 7.590 |
| **SKU No.:** 810567485 | 230 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183204 | 4,992 | EA | 655.20 | 915.20 | 4.368 |
| **SKU No.:** 810472932 | 104 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183204 | 1,248 | EA | 163.80 | 228.80 | 1.092 |
| **SKU No.:** 810472933 | 26 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 126 | EA | 40.05 | 50.13 | 0.252 |
| **SKU No.:** 810567447 | 9 | CTNS | | | |
| C6 60 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 189 | EA | 60.12 | 74.88 | 0.369 |
| **SKU No.:** 810567446 | 9 | CTNS | | | |
| C6 60 LED MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 28 | EA | 8.90 | 11.14 | 0.056 |
| **SKU No.:** 810567445 | 2 | CTNS | | | |
| LIGHTS - C6 60 LED WARM WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 81 | EA | 375.03 | 456.03 | 2.268 |
| **SKU No.:** 810567430 | 81 | CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 52 | EA | 240.76 | 292.76 | 1.456 |
| **SKU No.:** 810567429 | 52 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 612 | EA | 236.13 | 287.13 | 1.428 |
| **SKU No.:** 810567538 | 51 | CTNS | | | |
| M5 120 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 120 | EA | 46.30 | 56.30 | 0.280 |
| **SKU No.:** 810715874 | 10 | CTNS | | | |
| 120CT M5 LED GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | 120 | EA | 46.30 | 56.30 | 0.280 |
| **SKU No.:** 810715876 | 10 | CTNS | | | |
| 120CT M5 LED RED/GREEN | **No. of Pallet:** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183204 | | 216 | EA | 83.34 | 101.34 | 0.504 |
| **SKU No.:** 810715873 | | 18 | CTNS | | | |
| 120CT M5 LED RED | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183204 | | 216 | EA | 83.34 | 101.34 | 0.504 |
| **SKU No.:** 810715966 | | 18 | CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183204 | | 1,600 | EA | 974.40 | 1,124.80 | 4.640 |
| **SKU No.:** 810567455 | | 160 | CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183204 | | 5,020 | EA | 3,057.18 | 3,529.06 | 14.558 |
| **SKU No.:** 810567456 | | 502 | CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |

| Total: | (1,479 CTNS) | 19,636 | | 8,830.58 | 10,560.25 | 46.226 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU5253235/OOLJUE1882/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU5253235/OOLJUE1882/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95183204
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183204

ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183204
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183204
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240166

**Invoice Date.:** July 08, 2024

**Sold To:**   AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:**   18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING DENALI / 041E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 13, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CXDU2191503, TEMU3277503

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95184476 | | 256    EA | 6.550/EA | 1,676.800 |
| **SKU No.:** 810472810 | | 32   CTNS | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184476 | | 264    EA | 6.630/EA | 1,750.320 |
| **SKU No.:** 810472910 | | 33   CTNS | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184476 | | 1,184    EA | 6.630/EA | 7,849.920 |
| **SKU No.:** 810472909 | | 148   CTNS | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184476 | | 1,974    EA | 2.750/EA | 5,428.500 |
| **SKU No.:** 810715995 | | 141   CTNS | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184476 | | 742    EA | 2.750/EA | 2,040.500 |
| **SKU No.:** 810715808 | | 53   CTNS | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184476 | | 660    EA | 4.850/EA | 3,201.000 |
| **SKU No.:** 810567454 | | 55   CTNS | | |
| M5 120 LED WW TWINKLING | No. of Pallet: | | | |

**P/O No.:** 95184476                                    3,936      EA        1.550/EA       6,100.800

**SKU No.:** 810715878                                     82   CTNS

50CT LED MULTI                                No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184476                                    5,568      EA        1.550/EA       8,630.400

**SKU No.:** 810715985                                    116   CTNS

50CT LED WW                                   No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184476                                    1,324      EA       11.550/EA      15,292.200

**SKU No.:** 810524806                                    331   CTNS

400CT HEAVY DUTY WHEEL CLEAR                  No. of Pallet:

**HTS Code.:** 9405390010

**P/O No.:** 95184476                                      672      EA        4.750/EA       3,192.000

**SKU No.:** 810524619                                     84   CTNS

SM C9 25 LED CONSTANT ON MULTI                No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184476                                    1,190      EA        3.650/EA       4,343.500

**SKU No.:** 810567489                                    119   CTNS

20CT LED TWINKLE ICICLE BLUE                  No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184476                                    2,310      EA        3.650/EA       8,431.500

**SKU No.:** 810567440                                    231   CTNS

20CT LED TWINKLE ICICLE WHITE                 No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184476                                    1,686      EA        5.350/EA       9,020.100

**SKU No.:** 810567486                                    281   CTNS

100CT DOME LED NET LIGHT COOL WHITE           No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184476                                    2,166      EA        5.350/EA      11,588.100

**SKU No.:** 810567539                                    361   CTNS

100CT DOME LED NET LIGHT MULTI                No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184476                                      612      EA        5.700/EA       3,488.400

**SKU No.:** 810715877                                    102   CTNS

100CT DOME LED NET LIGHT WHITE                No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184476                                      636      EA        5.700/EA       3,625.200

**SKU No.:** 810715925                                    106   CTNS

HTS Code.: 9405428410

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95184476 | | | 348 | EA | 3.200/EA | 1,113.600 |
| **SKU No.:** 810472912 | | | 29 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F MULT | | No. of Pallet: | | | | |

HTS Code.: 9405310010

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95184476 | | | 960 | EA | 3.200/EA | 3,072.000 |
| **SKU No.:** 810472914 | | | 80 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F WHITE | | No. of Pallet: | | | | |

HTS Code.: 9405310010

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95184476 | | | 1,160 | EA | 7.000/EA | 8,120.000 |
| **SKU No.:** 810715993 | | | 290 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | | No. of Pallet: | | | | |

HTS Code.: 9405310040

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95184476 | | | 1,632 | EA | 7.000/EA | 11,424.000 |
| **SKU No.:** 810715992 | | | 408 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | | No. of Pallet: | | | | |

HTS Code.: 9405310040

**Manufacturer Name & Address**

T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, SVAY RIENG
PROVINCE
SVAY RIENG PROVINCE, CAMBODIA
200602, CAMBODIA

| | Total: | (3,082 CTNS) | | 29,280 | 119,388.840 |
|---|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED NINETEEN THOUSAND THREE HUNDRED EIGHTY-EIGHT AND CENTS EIGHTY-FOUR ONLY.**

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CXDU2191503/OOLJUG5637/45'
TEMU3277503/OOLJUE3920/20'

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CXDU2191503/OOLJUG5637/45'
TEMU3277503/OOLJUE3920/20'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95184476
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715877

PO# 95184476
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

**Seller reference**

**240021-6**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240166

**Invoice Date.:** July 08, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING DENALI / 041E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 13, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CXDU2191503, TEMU3277503

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95184476 | | 256   EA | 101.12 | 136.64 | 0.832 |
| **SKU No.:** 810472810 | | 32   CTNS | | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184476 | | 264   EA | 153.45 | 188.10 | 0.858 |
| **SKU No.:** 810472910 | | 33   CTNS | | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184476 | | 1,184   EA | 688.20 | 843.60 | 3.848 |
| **SKU No.:** 810472909 | | 148   CTNS | | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184476 | | 1,974   EA | 497.73 | 683.85 | 3.948 |
| **SKU No.:** 810715995 | | 141   CTNS | | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| **P/O No.:** 95184476 | | 742   EA | 187.09 | 257.05 | 1.484 |
| **SKU No.:** 810715808 | | 53   CTNS | | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | | |

**P/O No.:** 95184476 | 660 EA | 268.95 | 332.75 | 1.595

**SKU No.:** 810567454 | 55 CTNS

M5 120 LED WW TWINKLING | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184476 | 3,936 EA | 549.40 | 795.40 | 5.494

**SKU No.:** 810715878 | 82 CTNS

50CT LED MULTI | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184476 | 5,568 EA | 777.20 | 1,125.20 | 7.772

**SKU No.:** 810715985 | 116 CTNS

50CT LED WW | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184476 | 1,324 EA | 1,853.60 | 2,482.50 | 15.226

**SKU No.:** 810524806 | 331 CTNS

400CT HEAVY DUTY WHEEL CLEAR | **No. of Pallet:**

**HTS Code.:** 9405390010

**P/O No.:** 95184476 | 672 EA | 352.80 | 449.40 | 2.352

**SKU No.:** 810524619 | 84 CTNS

SM C9 25 LED CONSTANT ON MULTI | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184476 | 1,190 EA | 497.42 | 642.60 | 4.641

**SKU No.:** 810567489 | 119 CTNS

20CT LED TWINKLE ICICLE BLUE | **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184476 | 2,310 EA | 965.58 | 1,247.40 | 9.009

**SKU No.:** 810567440 | 231 CTNS

20CT LED TWINKLE ICICLE WHITE | **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184476 | 1,686 EA | 843.00 | 1,129.62 | 7.587

**SKU No.:** 810567486 | 281 CTNS

100CT DOME LED NET LIGHT COOL WHITE | **No. of Pallet:**

**HTS Code.:** 9405428410

| | Qty | Unit | | | |
|---|---|---|---|---|---|
| | 4,005.042 | EA | 1,451.22 | 9.747 | |

**P/O No.:** 95184476 — 361 CTNS
**SKU No.:** 810567539
100CT DOME LED NET LIGHT MULTI        No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184476 — 612 EA    277.44    385.56    2.754
**SKU No.:** 810715877 — 102 CTNS
100CT DOME LED NET LIGHT WHITE        No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184476 — 636 EA    288.32    400.68    2.862
**SKU No.:** 810715925 — 106 CTNS
100CT DOME LED NET LIGHT MULTI        No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184476 — 348 EA    56.55    69.60    0.261
**SKU No.:** 810472912 — 29 CTNS
100CT LED MICRO LIGHTS 8F MULT        No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95184476 — 960 EA    156.00    192.00    0.720
**SKU No.:** 810472914 — 80 CTNS
100CT LED MICRO LIGHTS 8F WHITE        No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95184476 — 1,160 EA    1,461.60    1,667.50    10.730
**SKU No.:** 810715993 — 290 CTNS
60CT C9 LED ULTRA BRIGHT BLUE/WW        No. of Pallet:
**HTS Code.:** 9405310040

**P/O No.:** 95184476 — 1,632 EA    2,056.32    2,346.00    15.096
**SKU No.:** 810715992 — 408 CTNS
60CT C9 LED ULTRA BRIGHT RED/WW        No. of Pallet:
**HTS Code.:** 9405310040

| | Total: | (3,082 CTNS) | 29,280 | | 13,114.77 | 16,826.67 | 106.816 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES
PO# 95184476
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184476
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA


PO# 95184476

ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715877
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184476
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240178

**Invoice Date.:** July 15, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD, APPLE VALLEY, CA 92307, USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** MH PEGASUS / 0WF0XE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU4581142

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209798 | 1,796 | EA | 8.300/EA | 14,906.800 |
| **SKU No.:** 810253920 | 449 | CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95218000 | 298 | EA | 41.500/EA | 12,367.000 |
| **SKU No.:** 810716741 | 298 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **Manufacturer Name & Address** <br> TOYO ELECTRIC (HUIZHOU) CO., LTD. <br> LIANTANG NORTH RD, HUIAO AVENUE WEST, <br> HUIYANG ECONOMIC DEVELOPMENT ZONE, <br> HUIZHOU, GUANGDONG <br> 516213, CHINA | | | | |
| Total: | (747 CTNS) | | 2,094 | 27,273.800 |

**TOTAL (USD) DOLLARS : TWENTY-SEVEN THOUSAND TWO HUNDRED SEVENTY-THREE AND CENTS EIGHTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BMOU4581142/R8114538/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BMOU4581142/R8114538/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95209798
ARTICLE# 810253920

DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95218000
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

**Seller reference**

**240026, 240036-6**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240178

**Invoice Date.:** July 15, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD, APPLE VALLEY, CA 92307, USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** MH PEGASUS / 0WF0XE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU4581142

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95209798 | 1,796  EA | 2,298.88 | 3,340.56 | 34.124 |
| **SKU No.:** 810253920 | 449  CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| | | | | |
| **P/O No.:** 95218000 | 298  EA | 1,132.40 | 1,528.74 | 32.184 |
| **SKU No.:** 810716741 | 298  CTNS | | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| Total:          (747 CTNS) | 2,094 | 3,431.28 | 4,869.30 | 66.308 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BMOU4581142/R8114538/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BMOU4581142/R8114538/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95209798
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95218000
ARTICLE# 810716741

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240184

**Invoice Date.:** August 05, 2024

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 097E

**Port of Loading:** YANTIAN

**Ship on or about:** September 17, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4552546

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95218025 | | 1,078   EA | 17.200/EA | 18,541.600 |
| **SKU No.:** 810570666 | | 1,078   CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **P/O No.:** 95232463 | | 908   EA | 5.900/EA | 5,357.200 |
| **SKU No.:** 810570504 | | 227   CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | |
| **HTS Code.:** 98179505 | | | | |
| **P/O No.:** 95248097 | | 629   EA | 20.750/EA | 13,051.750 |
| **SKU No.:** 810569944 | | 629   CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **P/O No.:** 95248097 | | 629   EA | 22.300/EA | 14,026.700 |
| **SKU No.:** 810573725 | | 629   CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| <u>Manufacturer Name & Address</u><br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| Total:     (2,563 CTNS) | | | 3,244 | 50,977.250 |
| TOTAL (USD) DOLLARS : FIFTY THOUSAND NINE HUNDRED SEVENTY-SEVEN AND CENTS TWENTY-FIVE ONLY. | | | | |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95218025
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232463
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95248097
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248097
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240184

**Sold To:** AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** XIN FEI ZHOU / 097E

**Ship on or about:** September 17, 2024

**Invoice Date:** August 05, 2024

**Delivery To:** 18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4552546

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218025 | | 1,078  EA | 2,209.90 | 3,503.50 | 44.198 |
| **SKU No.:** 810570666 | | 1,078  CTNS | | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232463 | | 908  EA | 460.81 | 862.60 | 9.080 |
| **SKU No.:** 810570504 | | 227  CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248097 | | 629  EA | 1,792.65 | 2,251.82 | 14.467 |
| **SKU No.:** 810569944 | | 629  CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248097 | | 629  EA | 1,559.92 | 1,887.00 | 10.064 |
| **SKU No.:** 810573725 | | 629  CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| Total: | (2,563 CTNS) | 3,244 | 6,023.28 | 8,504.92 | 77.809 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95218025
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232463
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95248097
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248097
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240099

**Invoice Date.:** June 17, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 16, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** DRYU4098080, SELU4149164, TGHU5070456, TGHU5145658

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95209797 | | 1,750 EA | 43.700/EA | 76,475.000 |
| SKU No.: 810569914 | | 1,750 CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| HTS Code.: 9505102500 | | | | |
| P/O No.: 95209797 | | 1,644 EA | 8.300/EA | 13,645.200 |
| SKU No.: 810253919 | | 411 CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| HTS Code.: 9505104010 | | | | |
| P/O No.: 95209797 | | 1,632 EA | 8.300/EA | 13,545.600 |
| SKU No.: 810253920 | | 408 CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| HTS Code.: 9505104010 | | | | |
| P/O No.: 95209797 | | 1,383 EA | 13.100/EA | 18,117.300 |
| SKU No.: 810614259 | | 1,383 CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | |
| HTS Code.: 9505102500 | | | | |
| **Manufacturer Name & Address**<br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| Total: | (3,952 CTNS) | 6,409 | | 121,783.100 |
| TOTAL (USD) DOLLARS : ONE HUNDRED TWENTY-ONE THOUSAND SEVEN HUNDRED EIGHTY-THREE AND CENTS TEN ONLY. | | | | |

**Consolidator(Full Name & Address)**    COSCO-24-11967-JKS
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4098080/R6709865/40'
SELU4149164/R2174484/40H
TGHU5070456/R6715100/40'
TGHU5145658/R6709603/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4098080/R6709865/40'
SELU4149164/R2174484/40H
TGHU5070456/R6715100/40'
TGHU5145658/R6709603/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209797
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

**Seller reference**

**240025-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240099

**Invoice Date:** June 17, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 16, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** DRYU4098080, SELU4149164, TGHU5070456, TGHU5145658

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209797 | | 1,750 EA | 15,435.00 | 17,640.00 | 134.750 |
| **SKU No.:** 810569914 | | 1,750 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95209797 | | 1,644 EA | 2,104.32 | 3,057.84 | 31.236 |
| **SKU No.:** 810253919 | | 411 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| | | | | | |
| **P/O No.:** 95209797 | | 1,632 EA | 2,088.96 | 3,035.52 | 31.008 |
| **SKU No.:** 810253920 | | 408 CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| | | | | | |
| **P/O No.:** 95209797 | | 1,383 EA | 2,669.19 | 3,485.16 | 33.192 |
| **SKU No.:** 810614259 | | 1,383 CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:** (3,952 CTNS) | | 6,409 | 22,297.47 | 27,218.52 | 230.186 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4098080/R6709865/40'
SELU4149164/R2174484/40H
TGHU5070456/R6715100/40'
TGHU5145658/R6709603/40'

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4098080/R6709865/40'
SELU4149164/R2174484/40H
TGHU5070456/R6715100/40'
TGHU5145658/R6709603/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209797
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209797
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240104

**Sold To:**     BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Ship on or about:** July 16, 2024

**Invoice Date.:** July 08, 2024

**Delivery To:**     500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APZU4473973, APZU4747626, CMAU8256267, CMAU8297332

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209802 | | 1,521 EA | 43.700/EA | 66,467.700 |
| **SKU No.:** 810569914 | | 1,521 CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **P/O No.:** 95209802 | | 2,572 EA | 8.300/EA | 21,347.600 |
| **SKU No.:** 810253919 | | 643 CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209802 | | 3,048 EA | 8.300/EA | 25,298.400 |
| **SKU No.:** 810253920 | | 762 CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209802 | | 55 EA | 13.100/EA | 720.500 |
| **SKU No.:** 810614259 | | 55 CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| Manufacturer Name & Address TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| Total:          (2,981 CTNS) | | 7,196 | | 113,834.200 |
| TOTAL (USD) DOLLARS : ONE HUNDRED THIRTEEN THOUSAND EIGHT HUNDRED THIRTY-FOUR AND CENTS TWENTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APZU4473973/R6715022/40'
APZU4747626/R6707663/40'
CMAU8256267/R6714954/40'
CMAU8297332/R6711779/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APZU4473973/R6715022/40'
APZU4747626/R6707663/40'
CMAU8256267/R6714954/40'
CMAU8297332/R6711779/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209802
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240026-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240104

**Invoice Date.:** July 08, 2024

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Port of Loading:** YANTIAN

**Ship on about:** July 16, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APZU4473973, APZU4747626, CMAU8256267, CMAU8297332

| Cargo Description | | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|---|
| **P/O No.:** 95209802 | | 1,521 | EA | 13,415.22 | 15,331.68 | 117.117 |
| **SKU No.:** 810569914 | | 1,521 | CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| | | | | | | |
| **P/O No.:** 95209802 | | 2,572 | EA | 3,292.16 | 4,783.92 | 48.868 |
| **SKU No.:** 810253919 | | 643 | CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | | |
| **HTS Code.:** 9505104010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95209802 | | 3,048 | EA | 3,901.44 | 5,669.28 | 57.912 |
| **SKU No.:** 810253920 | | 762 | CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | | |
| **HTS Code.:** 9505104010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95209802 | | 55 | EA | 106.15 | 138.60 | 1.320 |
| **SKU No.:** 810614259 | | 55 | CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| **Total:** | **(2,981 CTNS)** | 7,196 | | 20,714.97 | 25,923.48 | 225.217 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APZU4473973/R6715022/40'
APZU4747626/R6707663/40'
CMAU8256267/R6714954/40'
CMAU8297332/R6711779/40'

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APZU4473973/R6715022/40'
APZU4747626/R6707663/40'
CMAU8256267/R6714954/40'
CMAU8297332/R6711779/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209802
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

PO# 95209802
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240147

**Invoice Date.:** June 10, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM T. ROOSEVELT / 1TU8MS1MA

**Port of Loading:** HAIPHONG

**Ship on about:** June 22, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** CAIU3845718, TLLU8208471

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95179966 | | 2,880 EA | 6.500/EA | 18,720.000 |
| **SKU No.:** 810472904 | | 240 CTNS | | |
| 18FT LED ROPE LIGHT, WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179966 | | 2,205 EA | 5.100/EA | 11,245.500 |
| **SKU No.:** 810715924 | | 315 CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179966 | | 2,562 EA | 4.460/EA | 11,426.520 |
| **SKU No.:** 810472905 | | 366 CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179966 | | 5,299 EA | 4.460/EA | 23,633.540 |
| **SKU No.:** 810472913 | | 757 CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179966 | | 4,578 EA | 4.460/EA | 20,417.880 |
| **SKU No.:** 810472908 | | 654 CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179966 | | 3,479 EA | 4.460/EA | 15,516.340 |
| **SKU No.:** 810472907 | | 497 CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |

**Manufacturer Name & Address**

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG, THE NORTH OF VIETNAM
529728, VIETNAM

| | Total: | (2,829 CTNS) | 21,003 | 100,959.780 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : ONE HUNDRED THOUSAND NINE HUNDRED FIFTY-NINE AND CENTS SEVENTY-EIGHT ONLY.

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CAIU3845718/R5996932/20'
TLLU8208471/R5989636/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CAIU3845718/R5996932/20'
TLLU8208471/R5989636/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179966
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM

PO# 95179966
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179966
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179966
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179966
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179966
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240147

**Sold To:**   BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** CMA CGM T. ROOSEVELT / 1TU8MS1MA

**Ship on or about:** June 22, 2024

**Invoice Date.:** June 10, 2024

**Delivery To:**   500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** CAIU3845718, TLLU8208471

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95179966 | 2,880 | EA | 2,736.00 | 3,192.00 | 10.320 |
| **SKU No.:** 810472904 | 240 | CTNS | | | |
| 18FT LED ROPE LIGHT, WHITE          No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95179966 | 2,205 | EA | 1,858.50 | 2,268.00 | 8.505 |
| **SKU No.:** 810715924 | 315 | CTNS | | | |
| 18FT ROPE LED LIGHT, RED          No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95179966 | 2,562 | EA | 2,159.40 | 2,635.20 | 9.882 |
| **SKU No.:** 810472905 | 366 | CTNS | | | |
| 18FT ROPE LIGHT BLUE          No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179966 | 5,299 | EA | 4,466.30 | 5,450.40 | 20.439 |
| **SKU No.:** 810472913 | 757 | CTNS | | | |
| 18FT ROPE LIGHT CLEAR          No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179966 | 4,578 | EA | 3,858.60 | 4,708.80 | 17.658 |
| **SKU No.:** 810472908 | 654 | CTNS | | | |
| 18FT ROPE LIGHT MULTI          No. of Pallet: | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P/O No.: 95179966 | | 3,479 EA | 2,932.30 | 3,578.40 | 13.419 |
| SKU No.: 810472907 | | 497 CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | |
| HTS Code.: 9405490000 | | | | | |
| **Total:** | **(2,829 CTNS)** | **21,003** | **18,011.10** | **21,832.80** | **80.223** |

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CAIU3845718/R5996932/20'
TLLU8208471/R5989636/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CAIU3845718/R5996932/20'
TLLU8208471/R5989636/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179966
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM


PO# 95179966
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95179966
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95179966
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95179966
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95179966
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240017-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240152

**Invoice Date.:** June 17, 2024

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SYMI / 1TU8US1MA

**Port of Loading:** HAIPHONG

**Ship on or about:** June 24, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APZU4762528

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95180674 | | 385 EA | 5.100/EA | 1,963.500 |
| **SKU No.:** 810715924 | | 55 CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95180674 | | 1,589 EA | 4.460/EA | 7,086.940 |
| **SKU No.:** 810472905 | | 227 CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180674 | | 5,488 EA | 4.460/EA | 24,476.480 |
| **SKU No.:** 810472913 | | 784 CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180674 | | 4,270 EA | 4.460/EA | 19,044.200 |
| **SKU No.:** 810472908 | | 610 CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180674 | | 2,254 EA | 4.460/EA | 10,052.840 |
| **SKU No.:** 810472907 | | 322 CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |

Manufacturer Name & Address

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,

| | Total: | (1,998 CTNS) | 13,986 | 62,623.960 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : SIXTY-TWO THOUSAND SIX HUNDRED TWENTY-THREE AND CENTS NINETY-SIX ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
APZU4762528/R5990770/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
APZU4762528/R5990770/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180674
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95180674
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95180674
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95180674
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95180674
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240017-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240152

**Sold To:**    BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** CMA CGM SYMI / 1TU8US1MA

**Ship on or about:** June 24, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:**    500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APZU4762528

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95180674 | 385 | EA | 324.50 | 396.00 | 1.485 |
| **SKU No.:** 810715924 | 55 | CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95180674 | 1,589 | EA | 1,339.30 | 1,634.40 | 6.129 |
| **SKU No.:** 810472905 | 227 | CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180674 | 5,488 | EA | 4,625.60 | 5,644.80 | 21.168 |
| **SKU No.:** 810472913 | 784 | CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180674 | 4,270 | EA | 3,599.00 | 4,392.00 | 16.470 |
| **SKU No.:** 810472908 | 610 | CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180674 | 2,254 | EA | 1,899.80 | 2,318.40 | 8.694 |
| **SKU No.:** 810472907 | 322 | CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | |

| | Total: | (1,998 CTNS) | 13,986 | | 11,788.20 | 14,385.60 | 53.946 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
APZU4762528/R5990770/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
APZU4762528/R5990770/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180674
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95180674
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95180674
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95180674
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95180674
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240037-1 CFS**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240173

**Invoice Date.:** July 01, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 16, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95232462 | 1,716  EA | 5.900/EA | 10,124.400 |
| **SKU No.:** 810570504 | 429  CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | |
| **HTS Code.:** 98179505 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| Total:    (429 CTNS) | 1,716 | | 10,124.400 |

**TOTAL (USD) DOLLARS : TEN THOUSAND ONE HUNDRED TWENTY-FOUR AND CENTS FORTY ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
SELU4144619/R2172365/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
SELU4144619/R2172365/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95232462
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240173

**Invoice Date.:** July 01, 2024

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM SAN FRANCISCO / 0KV2DE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 16, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95232462 | 1,716  EA | 870.87 | 1,643.00 | 17.838 |
| **SKU No.:** 810570504 | 429  CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | **No. of Pallet:** | | | |
| **HTS Code.:** 98179505 | | | | |
| **Total:**    (429 CTNS) | **1,716** | **870.87** | **1,643.00** | **17.838** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
SELU4144619/R2172365/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
SELU4144619/R2172365/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95232462
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240006

**Invoice Date.:** June 17, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Port of Loading:** YANTIAN

**Ship on or about:** July 07, 2024

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95108440 | | 569  EA | 8.300/EA | 4,722.700 |
| **SKU No.:** 810177880 | | 569  CTNS | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95108440 | | 404  EA | 20.000/EA | 8,080.000 |
| **SKU No.:** 810523678 | | 404  CTNS | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **Manufacturer Name & Address**<br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| **Total:** | **(973 CTNS)** | **973** | | **12,802.700** |
| TOTAL (USD) DOLLARS : TWELVE THOUSAND EIGHT HUNDRED TWO AND CENTS SEVENTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108440
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA


PO# 95108440
ARTICLE# 810523678
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240005-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

**Invoice No.:** RT-240006

**Sold To:**    BIG LOTS STORES, LLC
              500 PHILLIPI RD
              COLUMBUS, OH 43228
              USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Ship on or about:** July 07, 2024

**Invoice Date:** June 17, 2024

**Delivery To:**    500 PHILLIPI RD
              COLUMBUS, OH 43228
              USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95108440 | | 569 EA | 517.79 | 922.00 | 15.311 |
| **SKU No.:** 810177880 | | 569 CTNS | | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95108440 | | 404 EA | 484.80 | 687.00 | 8.110 |
| **SKU No.:** 810523678 | | 404 CTNS | | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:** (973 CTNS) | | 973 | 1,002.59 | 1,609.00 | 23.421 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108440
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA

PO# 95108440
ARTICLE# 810523678
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

240009-1

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240079

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Ship on or about:** July 07, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95111466 | 1,620    EA | 1.800/EA | 2,916.000 |
| **SKU No.:** 810389205 | 135    CTNS | | |
| 50LED M5 STRING LIGHTS-PRP | No. of Pallet: | | |
| **HTS Code.:** 9405428410 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| Total:    (135 CTNS) | 1,620 | | 2,916.000 |

TOTAL (USD) DOLLARS : TWO THOUSAND NINE HUNDRED SIXTEEN ONLY.

| Consolidator(Full Name & Address) | Container Stuffing Location(Full Name & Address ) |
|---|---|
| YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: KOCU5025899/24H0574879/40H | YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: KOCU5025899/24H0574879/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95111466
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

240009-1

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240079

**Sold To:**     BIG LOTS STORES, LLC
                 500 PHILLIPI RD
                 COLUMBUS, OH 43228
                 USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Ship on or about:** July 07, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:**     500 PHILLIPI RD
                     COLUMBUS, OH 43228
                     USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95111466 | 1,620   EA | 275.40 | 404.00 | 2.398 |
| SKU No.: 810389205 | 135   CTNS | | | |
| 50LED M5 STRING LIGHTS-PRP | No. of Pallet: | | | |
| HTS Code.: 9405428410 | | | | |
| **Total:**   **(135 CTNS)** | **1,620** | **275.40** | **404.00** | **2.398** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95111466
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240084

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Ship on or about:** July 07, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95112282 | | 1,242   EA | 3.450/EA | 4,284.900 |
| **SKU No.:** 810714532 | | 207  CTNS | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112282 | | 1,608   EA | 1.800/EA | 2,894.400 |
| **SKU No.:** 810389206 | | 134  CTNS | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| | | | | |
| **P/O No.:** 95112282 | | 684   EA | 3.450/EA | 2,359.800 |
| **SKU No.:** 810712506 | | 114  CTNS | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **Manufacturer Name & Address** | | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | **(455 CTNS)** | **3,534** | | **9,539.100** |

**TOTAL (USD) DOLLARS : NINE THOUSAND FIVE HUNDRED THIRTY-NINE AND CENTS TEN ONLY.**

---

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

Container No./Seal/Size:
KOCU5025899/24H057487/40H

Container No./Seal/Size:
KOCU5025899/24H057487/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95112282
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA


PO# 95112282
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA


PO# 95112282
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240011-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240084

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** SEASPAN BENEFACTOR / 0071E

**Ship on or about:** July 07, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** SEATTLE, WA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95112282 | | 1,242 EA | 401.58 | 509.00 | 2.643 |
| **SKU No.:** 810714532 | | 207 CTNS | | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95112282 | | 1,608 EA | 273.36 | 385.00 | 2.416 |
| **SKU No.:** 810389206 | | 134 CTNS | | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| | | | | | |
| **P/O No.:** 95112282 | | 684 EA | 221.16 | 282.00 | 1.475 |
| **SKU No.:** 810712506 | | 114 CTNS | | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **Total:** | **(455 CTNS)** | 3,534 | 896.10 | 1,176.00 | 6.534 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5025899/24H0574879/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

PO# 95112282
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA

PO# 95112282
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA

PO# 95112282
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240127

**Invoice Date.:** June 24, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 12, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Container Number (Factory Load) :** CMAU7012538

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95181566 | | 4,212 | EA | 3.750/EA | 15,795.000 |
| **SKU No.:** 810567488 | | 351 | CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181566 | | 3,420 | EA | 3.750/EA | 12,825.000 |
| **SKU No.:** 810567487 | | 285 | CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | **Manufacturer Name & Address**<br><br>CRYSTAL BRIGHT ELECTRIC CO., LTD.<br>MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,<br>BAVET CITY , SVAY RIENG , 20451 , CAMBODIA<br>BAVET CITY, 855<br>20202, CAMBODIA | | | | |
| Total: | (636 CTNS) | 7,632 | | | 28,620.000 |
| TOTAL (USD) DOLLARS : TWENTY-EIGHT THOUSAND SIX HUNDRED TWENTY ONLY. | | | | | |

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95181566
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA


PO# 95181566
ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240127

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Ship on or about:** September 12, 2024

**Invoice Date:** June 24, 2024

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** SAVANNAH, GA

**Destination:** SAVANNAH, GA

**Container Number (Factory Load) :** CMAU7012538

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95181566 | | 4,212 EA | 2,141.10 | 2,772.90 | 18.252 |
| **SKU No.:** 810567488 | | 351 CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181566 | | 3,420 EA | 1,738.50 | 2,251.50 | 14.820 |
| **SKU No.:** 810567487 | | 285 CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| Total: (636 CTNS) | | 7,632 | 3,879.60 | 5,024.40 | 33.072 |

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU7012538/R6419591/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95181566
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181566

ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240137

**Invoice Date.:** June 24, 2024

**Sold To:**   BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**   500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM T. JEFFERSON / 1TU9YS1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 12, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** DRYU4196337

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183208 | | 2,976  EA | 0.750/EA | 2,232.000 |
| **SKU No.:** 810472934 | | 62  CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183208 | | 1,992  EA | 6.300/EA | 12,549.600 |
| **SKU No.:** 810567444 | | 249  CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183208 | | 2,928  EA | 6.300/EA | 18,446.400 |
| **SKU No.:** 810567485 | | 366  CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183208 | | 7,968  EA | 1.200/EA | 9,561.600 |
| **SKU No.:** 810472932 | | 166  CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183208 | | 1,968  EA | 1.200/EA | 2,361.600 |
| **SKU No.:** 810472933 | | 41  CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183208 | | 126  EA | 2.730/EA | 343.980 |
| **SKU No.:** 810567447 | | 9  CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183208 | 189 | EA | 2.730/EA | 515.970
**SKU No.:** 810567446 | 9 | CTNS | |
C6 60 LED MULTI | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 121 | EA | 44.280/EA | 5,357.880
**SKU No.:** 810567430 | 121 | CTNS | |
COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 82 | EA | 44.280/EA | 3,630.960
**SKU No.:** 810567429 | 82 | CTNS | |
COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 924 | EA | 3.690/EA | 3,409.560
**SKU No.:** 810567538 | 77 | CTNS | |
M5 120 LED COOL WHITE | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 120 | EA | 3.690/EA | 442.800
**SKU No.:** 810715874 | 10 | CTNS | |
120CT M5 LED GREEN | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 120 | EA | 3.690/EA | 442.800
**SKU No.:** 810715876 | 10 | CTNS | |
120CT M5 LED RED/GREEN | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 288 | EA | 3.690/EA | 1,062.720
**SKU No.:** 810715873 | 24 | CTNS | |
120CT M5 LED RED | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 288 | EA | 3.690/EA | 1,062.720
**SKU No.:** 810715966 | 24 | CTNS | |
120CT M5 LED WW | No. of Pallet: | | |
**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 890 | EA | 4.880/EA | 4,343.200
**SKU No.:** 810567455 | 89 | CTNS | |
250CT ICICLE BLUE | No. of Pallet: | | |
**HTS Code.:** 9405490000

**P/O No.:** 95183208 | 3,320 | EA | 4.880/EA | 16,201.600
**SKU No.:** 810567456 | 332 | CTNS | |

250CT ICICLE CLEAR

**HTS Code.:** 9405490000

### Manufacturer Name & Address

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (1,671 CTNS) | 24,300 | 81,965.390 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : EIGHTY-ONE THOUSAND NINE HUNDRED SIXTY-FIVE AND CENTS THIRTY-NINE ONLY.

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
DRYU4196337/R6415062/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
DRYU4196337/R6415062/40'

We certify that there is no wood packing material in the shipment.

### Carton Marks And Number

BIG LOTS
STORES

PO# 95183208
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183208

ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183208
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

**ROUNDTRIPPING LTD.**

Seller reference

240023-1

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240137

**Sold To:**    BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** CMA CGM T. JEFFERSON / 1TU9YS1MA

**Ship on or about:** September 12, 2024

**Invoice Date.:** June 24, 2024

**Delivery To:**    500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** DRYU4196337

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183208 | 2,976 | EA | 204.60 | 325.50 | 2.170 |
| **SKU No.:** 810472934 | 62 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183208 | 1,992 | EA | 1,690.71 | 1,972.08 | 8.217 |
| **SKU No.:** 810567444 | 249 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183208 | 2,928 | EA | 2,485.14 | 2,898.72 | 12.078 |
| **SKU No.:** 810567485 | 366 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183208 | 7,968 | EA | 1,045.80 | 1,460.80 | 6.972 |
| **SKU No.:** 810472932 | 166 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183208 | 1,968 | EA | 258.30 | 360.80 | 1.722 |
| **SKU No.:** 810472933 | 41 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

**P/O No.:** 95183208 | 126 EA | 40.05 | 50.13 | 0.252

**SKU No.:** 810567447 | 9 CTNS

C6 60 LED COOL WHITE          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 189 EA | 60.12 | 74.88 | 0.369

**SKU No.:** 810567446 | 9 CTNS

C6 60 LED MULTI          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 121 EA | 560.23 | 681.23 | 3.388

**SKU No.:** 810567430 | 121 CTNS

COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450    No. of Pallet:
0299

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 82 EA | 379.66 | 461.66 | 2.296

**SKU No.:** 810567429 | 82 CTNS

COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU    No. of Pallet:
810567453 0

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 924 EA | 356.51 | 433.51 | 2.156

**SKU No.:** 810567538 | 77 CTNS

M5 120 LED COOL WHITE          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 120 EA | 46.30 | 56.30 | 0.280

**SKU No.:** 810715874 | 10 CTNS

120CT M5 LED GREEN          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 120 EA | 46.30 | 56.30 | 0.280

**SKU No.:** 810715876 | 10 CTNS

120CT M5 LED RED/GREEN          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95183208 | 288 EA | 111.12 | 135.12 | 0.672

**SKU No.:** 810715873 | 24 CTNS

120CT M5 LED RED          No. of Pallet:

| P/O No.: 95183208 | | 288 | EA | 111.12 | 135.12 | 0.672 |
|---|---|---|---|---|---|---|
| SKU No.: 810715966 | | 24 | CTNS | | | |
| 120CT M5 LED WW | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95183208 | | 890 | EA | 542.01 | 625.67 | 2.581 |
| SKU No.: 810567455 | | 89 | CTNS | | | |
| 250CT ICICLE BLUE | No. of Pallet: | | | | | |
| HTS Code.: 9405490000 | | | | | | |
| | | | | | | |
| P/O No.: 95183208 | | 3,320 | EA | 2,021.88 | 2,333.96 | 9.628 |
| SKU No.: 810567456 | | 332 | CTNS | | | |
| 250CT ICICLE CLEAR | No. of Pallet: | | | | | |
| HTS Code.: 9405490000 | | | | | | |
| **Total:** | **(1,671 CTNS)** | **24,300** | | **9,959.85** | **12,061.78** | **53.733** |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
DRYU4196337/R6415062/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
DRYU4196337/R6415062/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95183208
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810472933
DEPT# 360

PO# 95183208
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183208
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

**240024-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240142

**Invoice Date.:** July 29, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4934871, TGBU4889294

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 6,384 | EA | 0.750/EA | 4,788.000 |
| **SKU No.:** 810472934 | | 133 | CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183213 | | 4,640 | EA | 6.300/EA | 29,232.000 |
| **SKU No.:** 810567444 | | 580 | CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183213 | | 6,536 | EA | 6.300/EA | 41,176.800 |
| **SKU No.:** 810567485 | | 817 | CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183213 | | 17,472 | EA | 1.200/EA | 20,966.400 |
| **SKU No.:** 810472932 | | 364 | CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183213 | | 4,656 | EA | 1.200/EA | 5,587.200 |
| **SKU No.:** 810472933 | | 97 | CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183213 | | 224 | EA | 2.730/EA | 611.520 |
| **SKU No.:** 810567447 | | 16 | CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | | |

**P/O No.:** 95183213

188    EA    44.280/EA    8,324.640

**SKU No.:** 810567429

188   CTNS

COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

2,160    EA    3.690/EA    7,970.400

**SKU No.:** 810567538

180   CTNS

M5 120 LED COOL WHITE    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

276    EA    3.690/EA    1,018.440

**SKU No.:** 810715874

23   CTNS

120CT M5 LED GREEN    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

276    EA    3.690/EA    1,018.440

**SKU No.:** 810715876

23   CTNS

120CT M5 LED RED/GREEN    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

660    EA    3.690/EA    2,435.400

**SKU No.:** 810715873

55   CTNS

120CT M5 LED RED77    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

660    EA    3.690/EA    2,435.400

**SKU No.:** 810715966

55   CTNS

120CT M5 LED WW    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

1,930    EA    4.880/EA    9,418.400

**SKU No.:** 810567455

193   CTNS

250CT ICICLE BLUE    **No. of Pallet:**

**HTS Code.:** 9405490000

**P/O No.:** 95183213

7,360    EA    4.880/EA    35,916.800

**SKU No.:** 810567456

736   CTNS

250CT ICICLE CLEAR    **No. of Pallet:**

**HTS Code.:** 9405490000

**P/O No.:** 95183213

420    EA    2.730/EA    1,146.600

**SKU No.:** 810567446

20   CTNS

C6 60 LED MULTI    **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95183213

256    EA    44.280/EA    11,335.680

**SKU No.:** 810567430

256   CTNS

HTS Code.: 9405310010

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (3,736 CTNS) | 54,098 | 183,382.120 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : ONE HUNDRED EIGHTY-THREE THOUSAND THREE HUNDRED EIGHTY-TWO AND CENTS TWELVE ONLY.

| **Consolidator(Full Name & Address)** | **Container Stuffing Location(Full Name & Address )** |
|---|---|
| BAI HONG (CAMBO) CO., LTD. | BAI HONG (CAMBO) CO., LTD. |
| SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1, | SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1, |
| KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, | KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, |
| SVAY RIENG PROVINCE, , CAMBODIA | SVAY RIENG PROVINCE, , CAMBODIA |
| 200602 CAMBODIA | 200602 CAMBODIA |
| Container No./Seal/Size: | Container No./Seal/Size: |
| OOCU4934871/OOLJUD8452/40' | OOCU4934871/OOLJUD8452/40' |
| TGBU4889294/OOLJUE5771/40H | TGBU4889294/OOLJUE5771/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183213
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240142

**Invoice Date.:** July 29, 2024

**Sold To:**　BIG LOTS STORES, LLC
　　　　　500 PHILLIPI RD
　　　　　COLUMBUS, OH 43228
　　　　　USA

**Delivery To:**　500 PHILLIPI RD
　　　　　　COLUMBUS, OH 43228
　　　　　　USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4934871, TGBU4889294

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | 6,384 | EA | 438.90 | 698.25 | 4.655 |
| **SKU No.:** 810472934 | 133 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| | | | | | |
| **P/O No.:** 95183213 | 4,640 | EA | 3,938.20 | 4,593.60 | 19.140 |
| **SKU No.:** 810567444 | 580 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| | | | | | |
| **P/O No.:** 95183213 | 6,536 | EA | 5,547.43 | 6,470.64 | 26.961 |
| **SKU No.:** 810567485 | 817 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| | | | | | |
| **P/O No.:** 95183213 | 17,472 | EA | 2,293.20 | 3,203.20 | 15.288 |
| **SKU No.:** 810472932 | 364 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| | | | | | |
| **P/O No.:** 95183213 | 4,656 | EA | 611.10 | 853.60 | 4.074 |
| **SKU No.:** 810472933 | 97 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 224 | EA | 71.20 | 89.12 | 0.448 |
| **SKU No.:** 810567447 | | 16 | CTNS | | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 188 | EA | 870.44 | 1,058.44 | 5.264 |
| **SKU No.:** 810567429 | | 188 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 2,160 | EA | 833.40 | 1,013.40 | 5.040 |
| **SKU No.:** 810567538 | | 180 | CTNS | | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 276 | EA | 106.49 | 129.49 | 0.644 |
| **SKU No.:** 810715874 | | 23 | CTNS | | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 276 | EA | 106.49 | 129.49 | 0.644 |
| **SKU No.:** 810715876 | | 23 | CTNS | | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 660 | EA | 254.65 | 309.65 | 1.540 |
| **SKU No.:** 810715873 | | 55 | CTNS | | | |
| 120CT M5 LED RED77 | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 660 | EA | 254.65 | 309.65 | 1.540 |
| **SKU No.:** 810715966 | | 55 | CTNS | | | |
| 120CT M5 LED WW | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183213 | | 1,930 | EA | 1,175.37 | 1,356.79 | 5.597 |
| **SKU No.:** 810567455 | | 193 | CTNS | | | |
| 250CT ICICLE BLUE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |

| P/O No.: 95183213 | | 7,360 | EA | 4,482.24 | 5,174.08 | 21.344 |
|---|---|---|---|---|---|---|
| SKU No.: 810567456 | | 736 | CTNS | | | |
| 250CT ICICLE CLEAR | No. of Pallet: | | | | | |
| HTS Code.: 9405490000 | | | | | | |
| | | | | | | |
| P/O No.: 95183213 | | 420 | EA | 133.60 | 166.40 | 0.820 |
| SKU No.: 810567446 | | 20 | CTNS | | | |
| C6 60 LED MULTI | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95183213 | | 256 | EA | 1,185.28 | 1,441.28 | 7.168 |
| SKU No.: 810567430 | | 256 | CTNS | | | |
| COMBO M5 120 LED MU | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| **Total:** | **(3,736 CTNS)** | **54,098** | | **22,302.64** | **26,997.08** | **120.167** |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4934871/OOLJUD8452/40'
TGBU4889294/OOLJUE5771/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4934871/OOLJUD8452/40'
TGBU4889294/OOLJUE5771/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95183213
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183213
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183213
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

**240021-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240162

**Invoice Date.:** July 01, 2024

**Sold To:**   BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**   500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4809838, OOCU5007462

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95184491 | | 280   EA | 6.550/EA | 1,834.000 |
| **SKU No.:** 810472810 | | 35   CTNS | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184491 | | 312   EA | 6.630/EA | 2,068.560 |
| **SKU No.:** 810472910 | | 39   CTNS | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184491 | | 1,680   EA | 6.630/EA | 11,138.400 |
| **SKU No.:** 810472909 | | 210   CTNS | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184491 | | 2,856   EA | 2.750/EA | 7,854.000 |
| **SKU No.:** 810715995 | | 204   CTNS | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184491 | | 1,008   EA | 2.750/EA | 2,772.000 |
| **SKU No.:** 810715808 | | 72   CTNS | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184491 | | 948   EA | 4.850/EA | 4,597.800 |
| **SKU No.:** 810567454 | | 79   CTNS | | |
| M5 120 LED WW TWINKLING | No. of Pallet: | | | |

**P/O No.:** 95184491      5,904    EA    1.550/EA    9,151.200
**SKU No.:** 810715878      123   CTNS
50CT LED MULTI      No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95184491      8,496    EA    1.550/EA    13,168.800
**SKU No.:** 810715985      177   CTNS
50CT LED WW      No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95184491      1,340    EA    11.550/EA    15,477.000
**SKU No.:** 810524806      335   CTNS
400CT HEAVY DUTY WHEEL CLEAR      No. of Pallet:
**HTS Code.:** 9405390010

**P/O No.:** 95184491      432    EA    4.750/EA    2,052.000
**SKU No.:** 810524619      54   CTNS
SM C9 25 LED CONSTANT ON MULTI      No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95184491      510    EA    3.650/EA    1,861.500
**SKU No.:** 810567489      51   CTNS
20CT LED TWINKLE ICICLE BLUE      No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184491      1,110    EA    3.650/EA    4,051.500
**SKU No.:** 810567440      111   CTNS
20CT LED TWINKLE ICICLE WHITE      No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184491      1,626    EA    5.350/EA    8,699.100
**SKU No.:** 810567486      271   CTNS
100CT DOME LED NET LIGHT COOL WHITE      No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184491      2,004    EA    5.350/EA    10,721.400
**SKU No.:** 810567539      334   CTNS
100CT DOME LED NET LIGHT MULTI      No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184491      510    EA    5.700/EA    2,907.000
**SKU No.:** 810715877      85   CTNS
100CT DOME LED NET LIGHT WHITE      No. of Pallet:
**HTS Code.:** 9405428410

**P/O No.:** 95184491      534    EA    5.700/EA    3,043.800
**SKU No.:** 810715925      89   CTNS

100CT DOME LED NET LIGHT MULT

HTS Code.: 9405428410

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184491 | 372 | EA | 3.200/EA | 1,190.400 |
| **SKU No.:** 810472912 | 31 | CTNS | | |

100CT LED MICRO LIGHTS 8F MULT                    No. of Pallet:

HTS Code.: 9405310010

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184491 | 1,080 | EA | 3.200/EA | 3,456.000 |
| **SKU No.:** 810472914 | 90 | CTNS | | |

100CT LED MICRO LIGHTS 8F WHITE                    No. of Pallet:

HTS Code.: 9405310010

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184491 | 1,256 | EA | 7.000/EA | 8,792.000 |
| **SKU No.:** 810715993 | 314 | CTNS | | |

60CT C9 LED ULTRA BRIGHT BLUE/WW                    No. of Pallet:

HTS Code.: 9405310040

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184491 | 1,768 | EA | 7.000/EA | 12,376.000 |
| **SKU No.:** 810715992 | 442 | CTNS | | |

60CT C9 LED ULTRA BRIGHT RED/WW                    No. of Pallet:

HTS Code.: 9405310040

**Manufacturer Name & Address**

T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE, CAMBODIA
200602, CAMBODIA

| | Total: | (3,146 CTNS) | 34,026 | 127,212.460 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : ONE HUNDRED TWENTY-SEVEN THOUSAND TWO HUNDRED TWELVE AND CENTS FORTY-SIX ONLY.

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4809838/OOLJUD5017/40'
OOCU5007462/OOLJUE5706/40'

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4809838/OOLJUD5017/40'
OOCU5007462/OOLJUE5706/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95184491
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA


PO# 95184491

PO# 95184491
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

**Seller reference**

**240021-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240162

**Invoice Date.:** July 01, 2024

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4809838, OOCU5007462

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95184491 | | 280 EA | 110.60 | 149.45 | 0.910 |
| **SKU No.:** 810472810 | | 35 CTNS | | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184491 | | 312 EA | 181.35 | 222.30 | 1.014 |
| **SKU No.:** 810472910 | | 39 CTNS | | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184491 | | 1,680 EA | 976.50 | 1,197.00 | 5.460 |
| **SKU No.:** 810472909 | | 210 CTNS | | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184491 | | 2,856 EA | 720.12 | 989.40 | 5.712 |
| **SKU No.:** 810715995 | | 204 CTNS | | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| **P/O No.:** 95184491 | | 1,008 EA | 254.16 | 349.20 | 2.016 |
| **SKU No.:** 810715808 | | 72 CTNS | | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | | |

**P/O No.:** 95184491 948 EA 386.31 477.95 2.291

**SKU No.:** 810567454 79 CTNS

M5 120 LED WW TWINKLING **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184491 5,904 EA 824.10 1,193.10 8.241

**SKU No.:** 810715878 123 CTNS

50CT LED MULTI **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184491 8,496 EA 1,185.90 1,716.90 11.859

**SKU No.:** 810715985 177 CTNS

50CT LED WW **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184491 1,340 EA 1,876.00 2,512.50 15.410

**SKU No.:** 810524806 335 CTNS

400CT HEAVY DUTY WHEEL CLEAR **No. of Pallet:**

**HTS Code.:** 9405390010

**P/O No.:** 95184491 432 EA 226.80 288.90 1.512

**SKU No.:** 810524619 54 CTNS

SM C9 25 LED CONSTANT ON MULTI **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184491 510 EA 213.18 275.40 1.989

**SKU No.:** 810567489 51 CTNS

20CT LED TWINKLE ICICLE BLUE **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184491 1,110 EA 463.98 599.40 4.329

**SKU No.:** 810567440 111 CTNS

20CT LED TWINKLE ICICLE WHITE **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184491 1,626 EA 813.00 1,089.42 7.317

**SKU No.:** 810567486 271 CTNS

100CT DOME LED NET LIGHT COOL WHITE **No. of Pallet:**

**HTS Code.:** 9405428410

| P/O No.: 95184491 | | 1,425 EA | 1,400.68 | 1,342.68 | 9.018 |
|---|---|---|---|---|---|
| **SKU No.:** 810567539 | | 334 CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 510 EA | 231.20 | 321.30 | 2.295 |
| **SKU No.:** 810715877 | | 85 CTNS | | | |
| 100CT DOME LED NET LIGHT WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 534 EA | 242.08 | 336.42 | 2.403 |
| **SKU No.:** 810715925 | | 89 CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 372 EA | 60.45 | 74.40 | 0.279 |
| **SKU No.:** 810472912 | | 31 CTNS | | | |
| 100CT LED MICRO LIGHTS 8F MULT | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 1,080 EA | 175.50 | 216.00 | 0.810 |
| **SKU No.:** 810472914 | | 90 CTNS | | | |
| 100CT LED MICRO LIGHTS 8F WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 1,256 EA | 1,582.56 | 1,805.50 | 11.618 |
| **SKU No.:** 810715993 | | 314 CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | No. of Pallet: | | | | |
| **HTS Code.:** 9405310040 | | | | | |
| | | | | | |
| **P/O No.:** 95184491 | | 1,768 EA | 2,227.68 | 2,541.50 | 16.354 |
| **SKU No.:** 810715992 | | 442 CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | No. of Pallet: | | | | |
| **HTS Code.:** 9405310040 | | | | | |
| **Total:** | (3,146 CTNS) | 34,026 | 13,753.47 | 17,698.72 | 110.837 |

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95184491
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184491
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715877
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184491
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240167

**Invoice Date.:** June 10, 2024

**Sold To:**　　BIG LOTS STORES, LLC
　　　　　　　500 PHILLIPI RD
　　　　　　　COLUMBUS, OH 43228
　　　　　　　USA

**Delivery To:**　　500 PHILLIPI RD
　　　　　　　　COLUMBUS, OH 43228
　　　　　　　　USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM AMBITION / 0XR5XE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** August 09, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APHU6494910, CMAU8025735, TGBU6803854, TLLU4953033

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95217999 | | 644 | EA | 40.650/EA | 26,178.600 |
| **SKU No.:** 810716077 | | 644 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95217999 | | 818 | EA | 41.500/EA | 33,947.000 |
| **SKU No.:** 810716741 | | 818 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95217999 | | 278 | EA | 80.150/EA | 22,281.700 |
| **SKU No.:** 810716076 | | 278 | CTNS | | |
| 94IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95223621 | | 480 | EA | 22.100/EA | 10,608.000 |
| **SKU No.:** 810716151 | | 480 | CTNS | | |
| 43IN POU UP PENGIUN | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95223621 | | 458 | EA | 22.100/EA | 10,121.800 |
| **SKU No.:** 810716141 | | 458 | CTNS | | |
| 43IN POU UP SNOWMAN | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

| | Total: | (2,678 CTNS) | 2,678 | 103,137.100 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED THREE THOUSAND ONE HUNDRED THIRTY-SEVEN AND CENTS TEN ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APHU6494910/R7373612/40H
CMAU8025735/R7374131/40'
TGBU6803854/R7087071/40H
TLLU4953033/R7367013/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APHU6494910/R7373612/40H
CMAU8025735/R7374131/40'
TGBU6803854/R7087071/40H
TLLU4953033/R7367013/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95217999
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95217999
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA


PO# 95217999
ARTICLE# 810716076
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95223621
ARTICLE# 810716151
DEPT# 360
MADE IN CHINA


PO# 95223621
ARTICLE# 810716141
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240167

**Sold To:**    BIG LOTS STORES, LLC
500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** CMA CGM AMBITION / 0XR5XE1MA

**Ship on or about:** August 09, 2024

**Invoice Date.:** June 10, 2024

**Delivery To:**    500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

**Container Number (Factory Load) :** APHU6494910, CMAU8025735, TGBU6803854, TLLU4953033

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95217999 | | 644 EA | 2,266.88 | 3,207.12 | 79.856 |
| **SKU No.:** 810716077 | | 644 CTNS | | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217999 | | 818 EA | 3,108.40 | 4,196.34 | 88.344 |
| **SKU No.:** 810716741 | | 818 CTNS | | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217999 | | 278 EA | 1,834.80 | 2,835.60 | 48.650 |
| **SKU No.:** 810716076 | | 278 CTNS | | | |
| 94IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223621 | | 480 EA | 1,756.80 | 2,131.20 | 20.640 |
| **SKU No.:** 810716151 | | 480 CTNS | | | |
| 43IN POU UP PENGIUN | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223621 | | 458 EA | 1,731.24 | 2,061.00 | 19.694 |
| **SKU No.:** 810716141 | | 458 CTNS | | | |
| 43IN POU UP SNOWMAN | No. of Pallet: | | | | |

| | Total: | (2,678 CTNS) | 2,678 | 10,698.12 | 14,431.26 | 257.184 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APHU6494910/R7373612/40H
CMAU8025735/R7374131/40'
TGBU6803854/R7087071/40H
TLLU4953033/R7367013/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
APHU6494910/R7373612/40H
CMAU8025735/R7374131/40'
TGBU6803854/R7087071/40H
TLLU4953033/R7367013/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95217999
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95217999
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA

PO# 95217999
ARTICLE# 810716076
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95223621
ARTICLE# 810716151
DEPT# 360
MADE IN CHINA

PO# 95223621
ARTICLE# 810716141
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240172

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Invoice Date.:** July 01, 2024

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 097E

**Port of Loading:** YANTIAN

**Ship on or about:** September 17, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** LONG BEACH, CA

**Container Number (Factory Load) :** DFSU7809182, OOLU5385221

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218029 | | 1,507 | EA | 17.200/EA | 25,920.400 |
| **SKU No.:** 810570666 | | 1,507 | CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232467 | | 720 | EA | 5.000/EA | 3,600.000 |
| **SKU No.:** 810570503 | | 60 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232467 | | 628 | EA | 5.900/EA | 3,705.200 |
| **SKU No.:** 810570504 | | 157 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248101 | | 818 | EA | 20.750/EA | 16,973.500 |
| **SKU No.:** 810569944 | | 818 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248101 | | 818 | EA | 22.300/EA | 18,241.400 |
| **SKU No.:** 810573725 | | 818 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218004 | | 33 | EA | 40.650/EA | 1,341.450 |
| **SKU No.:** 810716077 | | 33 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95218004 | | 266 | EA | 41.500/EA | 11,039.000 |
| **SKU No.:** 810716741 | | 266 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95232462 | | 2,964 | EA | 5.000/EA | 14,820.000 |
| **SKU No.:** 810570503 | | 247 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU, GUANGDONG
516213, CHINA

| Total: | (3,906 CTNS) | 7,754 | 95,640.950 |
|---|---|---|---|

**TOTAL (USD) DOLLARS : NINETY-FIVE THOUSAND SIX HUNDRED FORTY AND CENTS NINETY-FIVE ONLY.**

---

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DFSU7809182/OOLJXU5482/45'
OOLU5385221/OOLJXX0501/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DFSU7809182/OOLJXU5482/45'
OOLU5385221/OOLJXX0501/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218029
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232467
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232467
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248101
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248101
ARTICLE# 810573725
DEPT# 360

MADE IN CHINA
BIG LOTS
STORES

PO# 95218004
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95218004
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232462
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240033-1 & 240037-1 CY**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240172

**Invoice Date.:** July 01, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 097E

**Port of Loading:** YANTIAN

**Ship on or about:** September 17, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** LONG BEACH, CA

**Container Number (Factory Load) :** DFSU7809182, OOLU5385221

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218029 | | 1,507 EA | 3,089.35 | 4,897.75 | 61.787 |
| **SKU No.:** 810570666 | | 1,507 CTNS | | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232467 | | 720 EA | 349.80 | 460.80 | 3.660 |
| **SKU No.:** 810570503 | | 60 CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232467 | | 628 EA | 318.71 | 596.60 | 6.280 |
| **SKU No.:** 810570504 | | 157 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248101 | | 818 EA | 2,331.30 | 2,928.44 | 18.814 |
| **SKU No.:** 810569944 | | 818 CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248101 | | 818 EA | 2,028.64 | 2,454.00 | 13.088 |
| **SKU No.:** 810573725 | | 818 CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95218004 | | 33 | EA | 116.16 | 164.34 | 4.092 |
| **SKU No.:** 810716077 | | 33 | CTNS | | | |
| 62IN LIGHTED NUTCRACKER | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| | | | | | | |
| **P/O No.:** 95218004 | | 266 | EA | 1,010.80 | 1,364.58 | 28.728 |
| **SKU No.:** 810716741 | | 266 | CTNS | | | |
| 63IN ANIMATED ANGEL | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| | | | | | | |
| **P/O No.:** 95232462 | | 2,964 | EA | 1,440.01 | 1,896.96 | 15.067 |
| **SKU No.:** 810570503 | | 247 | CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | | | | |
| **HTS Code.:** 98179505 | | | | | | |

| Total: | (3,906 CTNS) | 7,754 | | 10,684.77 | 14,763.47 | 151.516 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DFSU7809182/OOLJXU5482/45'
OOLU5385221/OOLJXX0501/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DFSU7809182/OOLJXU5482/45'
OOLU5385221/OOLJXX0501/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218029
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232467
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232467
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248101
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248101
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95218004
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95218004
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232462
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240185

**Invoice Date.:** August 12, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 09, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95248106 | | 520 | EA | 20.750/EA | 10,790.000 |
| SKU No.: 810569944 | | 520 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |
| | | | | | |
| P/O No.: 95248106 | | 658 | EA | 22.300/EA | 14,673.400 |
| SKU No.: 810573725 | | 658 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |
| | Manufacturer Name & Address | | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | **(1,178 CTNS)** | **1,178** | | | **25,463.400** |

**TOTAL (USD) DOLLARS : TWENTY-FIVE THOUSAND FOUR HUNDRED SIXTY-THREE AND CENTS FORTY ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248106

ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248106
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240185

**Invoice Date:** August 12, 2024

**Sold To:**   BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Delivery To:**   500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 09, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95248106 | | 520  EA | 1,482.00 | 1,851.00 | 12.613 |
| **SKU No.:** 810569944 | | 520  CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248106 | | 658  EA | 1,631.84 | 1,954.00 | 11.400 |
| **SKU No.:** 810573725 | | 658  CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:** | **(1,178 CTNS)** | 1,178 | 3,113.84 | 3,805.00 | 24.013 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248106
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248106

ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240005-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240008

**Invoice Date.:** June 24, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Port of Loading:** YANTIAN

**Ship on or about:** July 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95108438 | | 593 | EA | 8.300/EA | 4,921.900 |
| **SKU No.:** 810177880 | | 593 | CTNS | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95108438 | | 442 | EA | 20.000/EA | 8,840.000 |
| **SKU No.:** 810523678 | | 442 | CTNS | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | **Manufacturer Name & Address** | | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | **(1,035 CTNS)** | **1,035** | | | **13,761.900** |
| TOTAL (USD) DOLLARS : THIRTEEN THOUSAND SEVEN HUNDRED SIXTY-ONE AND CENTS NINETY ONLY. | | | | | |
| | | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108438
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA


PO# 95108438
ARTICLE# 810523678
DEPT# 363
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

**240005-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240008

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Ship on or about:** July 15, 2024

**Invoice Date:** June 24, 2024

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95108438 | | 593  EA | 539.63 | 955.00 | 15.566 |
| **SKU No.:** 810177880 | | 593  CTNS | | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95108438 | | 442  EA | 530.40 | 738.00 | 8.571 |
| **SKU No.:** 810523678 | | 442  CTNS | | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| Total: | (1,035 CTNS) | 1,035 | 1,070.03 | 1,693.00 | 24.137 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108438
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

240009-4

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240081

**Invoice Date.:** June 24, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Port of Loading:** YANTIAN

**Ship on or about:** July 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95111462 | 2,148   EA | 1.800/EA | 3,866.400 |
| **SKU No.:** 810389205 | 179   CTNS | | |
| 50LED M5 STRING LIGHTS-PRP | **No. of Pallet:** | | |
| **HTS Code.:** 9405428410 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | |
| **Total:**         (179 CTNS) | 2,148 | | 3,866.400 |
| TOTAL (USD) DOLLARS : THREE THOUSAND EIGHT HUNDRED SIXTY-SIX AND CENTS FORTY ONLY. | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
FFAU2669894/OOLJXZ0881/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
FFAU2669894/OOLJXZ0881/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95111462
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

**240009-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240081

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Ship on or about:** July 15, 2024

**Invoice Date:** June 24, 2024

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95111462 | 2,148  EA | 365.16 | 532.00 | 3.168 |
| **SKU No.:** 810389205 | 179  CTNS | | | |
| 50LED M5 STRING LIGHTS-PRP | **No. of Pallet:** | | | |
| **HTS Code.:** 9405428410 | | | | |
| **Total:** **(179 CTNS)** | **2,148** | **365.16** | **532.00** | **3.168** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
FFAU2669894/OOLJXZ0881/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
FFAU2669894/OOLJXZ0881/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95111462
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240086

**Invoice Date.:** June 24, 2024

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Port of Loading:** YANTIAN

**Ship on or about:** July 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95112280 | | 1,446   EA | 3.450/EA | 4,988.700 |
| **SKU No.:** 810714532 | | 241   CTNS | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112280 | | 840   EA | 3.450/EA | 2,898.000 |
| **SKU No.:** 810712506 | | 140   CTNS | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112280 | | 1,932   EA | 1.800/EA | 3,477.600 |
| **SKU No.:** 810389206 | | 161   CTNS | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| | **Manufacturer Name & Address** | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:** | (542 CTNS) | 4,218 | | 11,364.300 |

**TOTAL (USD) DOLLARS : ELEVEN THOUSAND THREE HUNDRED SIXTY-FOUR AND CENTS THIRTY ONLY.**

---

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H'

Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95112280
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA


PO# 95112280
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA


PO# 95112280
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240086

**Invoice Date.:** June 24, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER MAGI / 1261-003E

**Port of Loading:** YANTIAN

**Ship on or about:** July 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95112280 | 1,446 EA | 467.54 | 622.00 | 3.023 |
| **SKU No.:** 810714532 | 241 CTNS | | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112280 | 840 EA | 271.60 | 361.00 | 1.756 |
| **SKU No.:** 810712506 | 140 CTNS | | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112280 | 1,932 EA | 328.44 | 483.00 | 2.808 |
| **SKU No.:** 810389206 | 161 CTNS | | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| Total: (542 CTNS) | 4,218 | 1,067.58 | 1,466.00 | 7.587 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TRHU5429595/OOLJXZ0913/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

PO# 95112280
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA


PO# 95112280
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA


PO# 95112280
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240101

**Invoice Date.:** June 24, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** YANTIAN

**Ship on or about:** September 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4831831, OOCU4960166, OOLU6850610

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95209795 | | 1,250  EA | 43.700/EA | 54,625.000 |
| SKU No.: 810569914 | | 1,250  CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| HTS Code.: 9505102500 | | | | |
| P/O No.: 95209795 | | 1,492  EA | 8.300/EA | 12,383.600 |
| SKU No.: 810253919 | | 373  CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| HTS Code.: 9505104010 | | | | |
| P/O No.: 95209795 | | 1,492  EA | 8.300/EA | 12,383.600 |
| SKU No.: 810253920 | | 373  CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| HTS Code.: 9505104010 | | | | |
| P/O No.: 95209795 | | 1,214  EA | 13.100/EA | 15,903.400 |
| SKU No.: 810614259 | | 1,214  CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | |
| HTS Code.: 9505102500 | | | | |
| Manufacturer Name & Address<br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| Total: | (3,210 CTNS) | 5,448 | | 95,295.600 |
| TOTAL (USD) DOLLARS : NINETY-FIVE THOUSAND TWO HUNDRED NINETY-FIVE AND CENTS SIXTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4831831/OOLJXV1675/40'
OOCU4960166/OOLJXV9503/40'
OOLU6850610/OOLJXZ8531/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4831831/OOLJXV1675/40'
OOCU4960166/OOLJXV9503/40'
OOLU6850610/OOLJXZ8531/40H

## Carton Marks And Number

BIG LOTS
STORES

PO# 95209795
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**2402495**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240101

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Ship on or about:** September 15, 2024

**Invoice Date:** June 24, 2024

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4831831, OOCU4960166, OOLU6850610

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209795 | | 1,250  EA | 11,025.00 | 12,600.00 | 96.250 |
| **SKU No.:** 810569914 | | 1,250  CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209795 | | 1,492  EA | 1,909.76 | 2,775.12 | 28.348 |
| **SKU No.:** 810253919 | | 373  CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209795 | | 1,492  EA | 1,909.76 | 2,775.12 | 28.348 |
| **SKU No.:** 810253920 | | 373  CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209795 | | 1,214  EA | 2,343.02 | 3,059.28 | 29.136 |
| **SKU No.:** 810614259 | | 1,214  CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:**          (3,210 CTNS) | | 5,448 | 17,187.54 | 21,209.52 | 182.082 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4831831/OOLJXV1675/40'
OOCU4960166/OOLJXV9503/40'
OOLU6850610/OOLJXZ8531/40H

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4831831/OOLJXV1675/40'
OOCU4960166/OOLJXV9503/40'
OOLU6850610/OOLJXZ8531/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209795
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209795
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

240026-4

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240106        **Invoice Date.:** July 15, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC     **Delivery To:**    50 RAUSCH CREEK RD
           50 RAUSCH CREEK RD                    TREMONT, PA 17981
           TREMONT, PA 17981                    USA
           USA

**Shipment Terms:** FOB YANTIAN, CHINA       **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                    **L/C Number:** TT

**Vessel / Voyage:** TITAN / 1270-036E          **Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024         **Port of Entry:** NEW YORK, NY

                                         **Destination:** TREMONT, PA

**Container Number (Factory Load) :** DRYU4551690, OOCU4767497

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209800 | 739 | EA | 43.700/EA | 32,294.300 |
| **SKU No.:** 810569914 | 739 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE    No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | |
| **P/O No.:** 95209800 | 1,528 | EA | 8.300/EA | 12,682.400 |
| **SKU No.:** 810253919 | 382 | CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T    No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209800 | 2,380 | EA | 8.300/EA | 19,754.000 |
| **SKU No.:** 810253920 | 595 | CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T    No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209800 | 71 | EA | 13.100/EA | 930.100 |
| **SKU No.:** 810614259 | 71 | CTNS | | |
| Y- 4FT WHITE TREE    No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | |
| <u>Manufacturer Name & Address</u> TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:**     **(1,787 CTNS)** | | 4,718 | | 65,660.800 |

**TOTAL (USD) DOLLARS : SIXTY-FIVE THOUSAND SIX HUNDRED SIXTY AND CENTS EIGHTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4551690/OOLJXV5534/45'
OOCU4767497/OOLJXY9087/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4551690/OOLJXV5534/45'
OOCU4767497/OOLJXY9087/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209800
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240106

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** TITAN / 1270-036E

**Ship on or about:** September 14, 2024

**Invoice Date.:** July 15, 2024

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** DRYU4551690, OOCU4767497

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209800 | | 739  EA | 6,517.98 | 7,449.12 | 56.903 |
| **SKU No.:** 810569914 | | 739  CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209800 | | 1,528  EA | 1,955.84 | 2,841.84 | 29.032 |
| **SKU No.:** 810253919 | | 382  CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209800 | | 2,380  EA | 3,046.40 | 4,426.80 | 45.220 |
| **SKU No.:** 810253920 | | 595  CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209800 | | 71  EA | 137.03 | 178.92 | 1.704 |
| **SKU No.:** 810614259 | | 71  CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| Total: | (1,787 CTNS) | 4,718 | 11,657.25 | 14,896.68 | 132.859 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4551690/OOLJXV5534/45'
OOCU4767497/OOLJXY9087/40'

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4551690/OOLJXV5534/45'
OOCU4767497/OOLJXY9087/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209800
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240027-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240111          **Invoice Date.:** August 12, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC      **Delivery To:**    50 RAUSCH CREEK RD
           50 RAUSCH CREEK RD                          TREMONT, PA 17981
           TREMONT, PA 17981                       USA
           USA

**Shipment Terms:** FOB YANTIAN, CHINA        **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                   **L/C Number:** TT

**Vessel / Voyage:** TITAN / 1270-036E          **Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024        **Port of Entry:** NEW YORK, NY

                                                **Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU5163738, OOCU4781828

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209805 | | 811 EA | 43.700/EA | 35,440.700 |
| **SKU No.:** 810569914 | | 811 CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| | | | | |
| **P/O No.:** 95209805 | | 1,420 EA | 8.300/EA | 11,786.000 |
| **SKU No.:** 810253919 | | 355 CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| | | | | |
| **P/O No.:** 95209805 | | 1,400 EA | 8.300/EA | 11,620.000 |
| **SKU No.:** 810253920 | | 350 CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| | **Manufacturer Name & Address** | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:** | **(1,516 CTNS)** | **3,631** | | **58,846.700** |
| TOTAL (USD) DOLLARS : FIFTY-EIGHT THOUSAND EIGHT HUNDRED FORTY-SIX AND CENTS SEVENTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209805
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209805
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209805
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240111

**Invoice Date.:** August 12, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TITAN / 1270-036E

**Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU5163738, OOCU4781828

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209805 | | 811 EA | 7,153.02 | 8,174.88 | 62.447 |
| **SKU No.:** 810569914 | | 811 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209805 | | 1,420 EA | 1,817.60 | 2,641.20 | 26.980 |
| **SKU No.:** 810253919 | | 355 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209805 | | 1,400 EA | 1,792.00 | 2,604.00 | 26.600 |
| **SKU No.:** 810253920 | | 350 CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| Total:    (1,516 CTNS) | | 3,631 | 10,762.62 | 13,420.08 | 116.027 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5163738/OOLJXY9662/40'
OOCU4781828/OOLJXY7669/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5163738/OOLJXY9662/40'
OOCU4781828/OOLJXY7669/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

PO# 95209805
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209805
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209805
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240026-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240117

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** YM WISDOM / 0020E

**Ship on or about:** September 20, 2024

**Invoice Date.:** September 02, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** KOCU9008415

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95209800 | | 604 | EA | 43.700/EA | 26,394.800 |
| **SKU No.:** 810569914 | | 604 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209800 | | 980 | EA | 8.300/EA | 8,134.000 |
| **SKU No.:** 810253919 | | 245 | CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209800 | | 560 | EA | 8.300/EA | 4,648.000 |
| **SKU No.:** 810253920 | | 140 | CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| <u>Manufacturer Name & Address</u> TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | | |
| Total: | (989 CTNS) | | 2,144 | | 39,176.800 |

**TOTAL (USD) DOLLARS : THIRTY-NINE THOUSAND ONE HUNDRED SEVENTY-SIX AND CENTS EIGHTY ONLY.**

---

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU9008415/24H0808546/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU9008415/24H0808546/45'

Page 1 of 2

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95209800
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240026-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240117

**Invoice Date.:** September 02, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** YM WISDOM / 0020E

**Port of Loading:** YANTIAN

**Ship on or about:** September 20, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** KOCU9008415

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209800 | | 604 EA | 5,327.28 | 6,088.32 | 46.508 |
| **SKU No.:** 810569914 | | 604 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209800 | | 980 EA | 1,254.40 | 1,822.80 | 18.962 |
| **SKU No.:** 810253919 | | 245 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209800 | | 560 EA | 716.80 | 1,041.60 | 10.640 |
| **SKU No.:** 810253920 | | 140 CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **Total:** | **(989 CTNS)** | **2,144** | **7,298.48** | **8,952.72** | **76.110** |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU9008415/24H0808546/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU9008415/24H0808546/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209800
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209800
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240129

**Invoice Date.:** July 08, 2024

**Sold To:**      CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**      50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOLU7916440

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95181564 | | 5,892   EA | 3.750/EA | 22,095.000 |
| **SKU No.:** 810567488 | | 491   CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| | | | | |
| **P/O No.:** 95181564 | | 4,620   EA | 3.750/EA | 17,325.000 |
| **SKU No.:** 810567487 | | 385   CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| | **Manufacturer Name & Address**<br><br>CRYSTAL BRIGHT ELECTRIC CO., LTD.<br>MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,<br>BAVET CITY , SVAY RIENG , 20451 , CAMBODIA<br>BAVET CITY, 855<br>20202, CAMBODIA | | | |
| **Total:** | **(876 CTNS)** | 10,512 | | 39,420.000 |
| TOTAL (USD) DOLLARS : THIRTY-NINE THOUSAND FOUR HUNDRED TWENTY ONLY. | | | | |

---

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
OOLU7916440/OOLJUE3800/40'

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
OOLU7916440/OOLJUE3800/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95181564
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA


PO# 95181564
ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

**ROUNDTRIPPING LTD.**

Seller reference

**240019-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240129

**Invoice Date.:** July 08, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOLU7916440

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95181564 | | 5,892 EA | 2,995.10 | 3,878.90 | 25.532 |
| **SKU No.:** 810567488 | | 491 CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181564 | | 4,620 EA | 2,348.50 | 3,041.50 | 20.020 |
| **SKU No.:** 810567487 | | 385 CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:** | **(876 CTNS)** | 10,512 | 5,343.60 | 6,920.40 | 45.552 |

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
OOLU7916440/OOLJUE3800/40'

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
OOLU7916440/OOLJUE3800/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95181564
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181564

ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240139

**Invoice Date.:** July 08, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4910268

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183206 | | 3,216   EA | 0.750/EA | 2,412.000 |
| **SKU No.:** 810472934 | | 67  CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183206 | | 2,064   EA | 6.300/EA | 13,003.200 |
| **SKU No.:** 810567444 | | 258  CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183206 | | 3,040   EA | 6.300/EA | 19,152.000 |
| **SKU No.:** 810567485 | | 380  CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183206 | | 8,496   EA | 1.200/EA | 10,195.200 |
| **SKU No.:** 810472932 | | 177  CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183206 | | 2,160   EA | 1.200/EA | 2,592.000 |
| **SKU No.:** 810472933 | | 45  CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183206 | | 182   EA | 2.730/EA | 496.860 |
| **SKU No.:** 810567447 | | 13  CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183206 | 315 | EA | 2.730/EA | 859.950 |
| **SKU No.:** 810567446 | 15 | CTNS | | |
| C6 60 LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 98 | EA | 2.730/EA | 267.540 |
| **SKU No.:** 810567445 | 7 | CTNS | | |
| LIGHTS - C6 60 LED WARM WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 127 | EA | 44.280/EA | 5,623.560 |
| **SKU No.:** 810567430 | 127 | CTNS | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 90 | EA | 44.280/EA | 3,985.200 |
| **SKU No.:** 810567429 | 90 | CTNS | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 984 | EA | 3.690/EA | 3,630.960 |
| **SKU No.:** 810567538 | 82 | CTNS | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 180 | EA | 3.690/EA | 664.200 |
| **SKU No.:** 810715874 | 15 | CTNS | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 180 | EA | 3.690/EA | 664.200 |
| **SKU No.:** 810715876 | 15 | CTNS | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 336 | EA | 3.690/EA | 1,239.840 |
| **SKU No.:** 810715873 | 28 | CTNS | | |
| 120CT M5 LED RED | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 336 | EA | 3.690/EA | 1,239.840 |
| **SKU No.:** 810715966 | 28 | CTNS | | |
| 120CT M5 LED WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95183206 | 1,230 | EA | 4.880/EA | 6,002.400 |
| **SKU No.:** 810567455 | 123 | CTNS | | |

250CT ICICLE BLUE

**HTS Code.:** 9405490000

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | | 4,000 | EA | 4.880/EA | 19,520.000 |
| **SKU No.:** 810567456 | | 400 | CTNS | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | |

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| Total: | (1,870 CTNS) | 27,034 | 91,548.950 |
|---|---|---|---|

**TOTAL (USD) DOLLARS : NINETY-ONE THOUSAND FIVE HUNDRED FORTY-EIGHT AND CENTS NINETY-FIVE ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4910268/OOLJUD8459/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4910268/OOLJUD8459/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183206
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240139

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Ship on or about:** September 10, 2024

**Invoice Date.:** July 08, 2024

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4910268

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 3,216 | EA | 221.10 | 351.75 | 2.345 |
| **SKU No.:** 810472934 | 67 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183206 | 2,064 | EA | 1,751.82 | 2,043.36 | 8.514 |
| **SKU No.:** 810567444 | 258 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183206 | 3,040 | EA | 2,580.20 | 3,009.60 | 12.540 |
| **SKU No.:** 810567485 | 380 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183206 | 8,496 | EA | 1,115.10 | 1,557.60 | 7.434 |
| **SKU No.:** 810472932 | 177 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183206 | 2,160 | EA | 283.50 | 396.00 | 1.890 |
| **SKU No.:** 810472933 | 45 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 182 | EA | 57.85 | 72.41 | 0.364 |
| **SKU No.:** 810567447 | 13 | CTNS | | | |
| C6 60 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 315 | EA | 100.20 | 124.80 | 0.615 |
| **SKU No.:** 810567446 | 15 | CTNS | | | |
| C6 60 LED MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 98 | EA | 31.15 | 38.99 | 0.196 |
| **SKU No.:** 810567445 | 7 | CTNS | | | |
| LIGHTS - C6 60 LED WARM WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 127 | EA | 588.01 | 715.01 | 3.556 |
| **SKU No.:** 810567430 | 127 | CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 90 | EA | 416.70 | 506.70 | 2.520 |
| **SKU No.:** 810567429 | 90 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 984 | EA | 379.66 | 461.66 | 2.296 |
| **SKU No.:** 810567538 | 82 | CTNS | | | |
| M5 120 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 180 | EA | 69.45 | 84.45 | 0.420 |
| **SKU No.:** 810715874 | 15 | CTNS | | | |
| 120CT M5 LED GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | 180 | EA | 69.45 | 84.45 | 0.420 |
| **SKU No.:** 810715876 | 15 | CTNS | | | |
| 120CT M5 LED RED/GREEN | **No. of Pallet:** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183206 | | 336 | EA | 129.64 | 157.64 | 0.784 |
| **SKU No.:** 810715873 | | 28 | CTNS | | | |
| 120CT M5 LED RED | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| **P/O No.:** 95183206 | | 336 | EA | 129.64 | 157.64 | 0.784 |
| **SKU No.:** 810715966 | | 28 | CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| **P/O No.:** 95183206 | | 1,230 | EA | 749.07 | 864.69 | 3.567 |
| **SKU No.:** 810567455 | | 123 | CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **P/O No.:** 95183206 | | 4,000 | EA | 2,436.00 | 2,812.00 | 11.600 |
| **SKU No.:** 810567456 | | 400 | CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **Total:** (1,870 CTNS) | | 27,034 | | 11,108.54 | 13,438.75 | 59.845 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4910268/OOLJUD8459/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU4910268/OOLJUD8459/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183206
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183206
ARTICLE# 810567455
DEPT# 360

PO# 95183206
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240144

**Invoice Date.:** August 05, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO EXCELLENCE / 069E

**Port of Loading:** VUNG TAU

**Ship on or about:** August 12, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU7779173, OOLU9457839

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183211 | | 6,864  EA | 0.750/EA | 5,148.000 |
| **SKU No.:** 810472934 | | 143  CTNS | | |
| 20CT LIGHT CLEAR0 | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183211 | | 4,848  EA | 6.300/EA | 30,542.400 |
| **SKU No.:** 810567444 | | 606  CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183211 | | 6,888  EA | 6.300/EA | 43,394.400 |
| **SKU No.:** 810567485 | | 861  CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183211 | | 18,768  EA | 1.200/EA | 22,521.600 |
| **SKU No.:** 810472932 | | 391  CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183211 | | 5,184  EA | 1.200/EA | 6,220.800 |
| **SKU No.:** 810472933 | | 108  CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183211 | | 364  EA | 2.730/EA | 993.720 |
| **SKU No.:** 810567447 | | 26  CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183211 | | 735 | EA | 2.730/EA | 2,006.550
**SKU No.:** 810567446 | | 35 | CTNS
C6 60 LED MULTI | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 276 | EA | 44.280/EA | 12,221.280
**SKU No.:** 810567430 | | 276 | CTNS
COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 207 | EA | 44.280/EA | 9,165.960
**SKU No.:** 810567429 | | 207 | CTNS
COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 2,304 | EA | 3.690/EA | 8,501.760
**SKU No.:** 810567538 | | 192 | CTNS
M5 120 LED COOL WHITE | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 396 | EA | 3.690/EA | 1,461.240
**SKU No.:** 810715874 | | 33 | CTNS
120CT M5 LED GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 396 | EA | 3.690/EA | 1,461.240
**SKU No.:** 810715876 | | 33 | CTNS
120CT M5 LED RED/GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 768 | EA | 3.690/EA | 2,833.920
**SKU No.:** 810715873 | | 64 | CTNS
120CT M5 LED RED | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 768 | EA | 3.690/EA | 2,833.920
**SKU No.:** 810715966 | | 64 | CTNS
120CT M5 LED WW | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183211 | | 2,720 | EA | 4.880/EA | 13,273.600
**SKU No.:** 810567455 | | 272 | CTNS
250CT ICICLE BLUE | No. of Pallet:
**HTS Code.:** 9405490000

**P/O No.:** 95183211 | | 8,890 | EA | 4.880/EA | 43,383.200
**SKU No.:** 810567456 | | 889 | CTNS

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (4,200 CTNS) | 60,376 | 205,963.590 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : TWO HUNDRED FIVE THOUSAND NINE HUNDRED SIXTY-THREE AND CENTS FIFTY-NINE ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU7779173/OOLJTY9826/40H
OOLU9457839/OOLJTY9790/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU7779173/OOLJTY9826/40H
OOLU9457839/OOLJTY9790/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183211
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183211
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240144

**Invoice Date.:** August 05, 2024

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO EXCELLENCE / 069E

**Port of Loading:** VUNG TAU

**Ship on or about:** August 12, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU7779173, OOLU9457839

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183211 | 6,864 | EA | 471.90 | 750.75 | 5.005 |
| **SKU No.:** 810472934 | 143 | CTNS | | | |
| 20CT LIGHT CLEAR0 | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183211 | 4,848 | EA | 4,114.74 | 4,799.52 | 19.998 |
| **SKU No.:** 810567444 | 606 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183211 | 6,888 | EA | 5,846.19 | 6,819.12 | 28.413 |
| **SKU No.:** 810567485 | 861 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183211 | 18,768 | EA | 2,463.30 | 3,440.80 | 16.422 |
| **SKU No.:** 810472932 | 391 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183211 | 5,184 | EA | 680.40 | 950.40 | 4.536 |
| **SKU No.:** 810472933 | 108 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183211 | 364 | EA | 115.70 | 144.82 | 0.728 |
| **SKU No.:** 810567447 | 26 | CTNS | | | |
| C6 60 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 735 | EA | 233.80 | 291.20 | 1.435 |
| **SKU No.:** 810567446 | 35 | CTNS | | | |
| C6 60 LED MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 276 | EA | 1,277.88 | 1,553.88 | 7.728 |
| **SKU No.:** 810567430 | 276 | CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 207 | EA | 958.41 | 1,165.41 | 5.796 |
| **SKU No.:** 810567429 | 207 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 2,304 | EA | 888.96 | 1,080.96 | 5.376 |
| **SKU No.:** 810567538 | 192 | CTNS | | | |
| M5 120 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 396 | EA | 152.79 | 185.79 | 0.924 |
| **SKU No.:** 810715874 | 33 | CTNS | | | |
| 120CT M5 LED GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 396 | EA | 152.79 | 185.79 | 0.924 |
| **SKU No.:** 810715876 | 33 | CTNS | | | |
| 120CT M5 LED RED/GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183211 | 768 | EA | 296.32 | 360.32 | 1.792 |
| **SKU No.:** 810715873 | 64 | CTNS | | | |
| 120CT M5 LED RED | **No. of Pallet:** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183211 | | 768 | EA | 296.32 | 360.32 | 1.792 |
| **SKU No.:** 810715966 | | 64 | CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183211 | | 2,720 | EA | 1,656.48 | 1,912.16 | 7.888 |
| **SKU No.:** 810567455 | | 272 | CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| | | | | | | |
| **P/O No.:** 95183211 | | 8,890 | EA | 5,414.01 | 6,249.67 | 25.781 |
| **SKU No.:** 810567456 | | 889 | CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **Total:** | **(4,200 CTNS)** | **60,376** | | **25,019.99** | **30,250.91** | **134.538** |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU7779173/OOLJTY9826/40H
OOLU9457839/OOLJTY9790/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CCLU7779173/OOLJTY9826/40H
OOLU9457839/OOLJTY9790/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183211
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810472933

PO# 95183211
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183211
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240146

**Invoice Date.:** August 05, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 05, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** ECMU8146750, SEGU1207455

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95568908 | | 4,224 | EA | 0.750/EA | 3,168.000 |
| **SKU No.:** 810472934 | | 88 | CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | | 2,944 | EA | 6.300/EA | 18,547.200 |
| **SKU No.:** 810567444 | | 368 | CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | | 4,040 | EA | 6.300/EA | 25,452.000 |
| **SKU No.:** 810567485 | | 505 | CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | | 10,848 | EA | 1.200/EA | 13,017.600 |
| **SKU No.:** 810472932 | | 226 | CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | | 2,976 | EA | 1.200/EA | 3,571.200 |
| **SKU No.:** 810472933 | | 62 | CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | | 224 | EA | 2.730/EA | 611.520 |
| **SKU No.:** 810567447 | | 16 | CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | | |

**P/O No.:** 95568908 | | 441 | EA | 2.730/EA | 1,203.930
**SKU No.:** 810567446 | | 21 | CTNS | |
C6 60 LED MULTI | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 169 | EA | 44.280/EA | 7,483.320
**SKU No.:** 810567430 | | 169 | CTNS | |
COMBO M5 120 LED MULTI & BLUE | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 119 | EA | 44.280/EA | 5,269.320
**SKU No.:** 810567429 | | 119 | CTNS | |
COMBO M5 120 LED MULTI & BLUE | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 1,440 | EA | 3.690/EA | 5,313.600
**SKU No.:** 810567538 | | 120 | CTNS | |
M5 120 LED COOL WHITE | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 276 | EA | 3.690/EA | 1,018.440
**SKU No.:** 810715874 | | 23 | CTNS | |
120CT M5 LED GREEN | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 276 | EA | 3.690/EA | 1,018.440
**SKU No.:** 810715876 | | 23 | CTNS | |
120CT M5 LED RED/GREEN | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 480 | EA | 3.690/EA | 1,771.200
**SKU No.:** 810715873 | | 40 | CTNS | |
120CT M5 LED RED | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 480 | EA | 3.690/EA | 1,771.200
**SKU No.:** 810715966 | | 40 | CTNS | |
120CT M5 LED WW | No. of Pallet: | | | |
**HTS Code.:** 9405310010 | | | | |

**P/O No.:** 95568908 | | 3,700 | EA | 4.880/EA | 18,056.000
**SKU No.:** 810567455 | | 370 | CTNS | |
250CT ICICLE BLUE | No. of Pallet: | | | |
**HTS Code.:** 9405490000 | | | | |

**P/O No.:** 95568908 | | 11,370 | EA | 4.880/EA | 55,485.600
**SKU No.:** 810567456 | | 1,137 | CTNS | |

**HTS Code.: 9405490000**

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (3,327 CTNS) | 44,007 | 162,758.570 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED SIXTY-TWO THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND CENTS FIFTY-SEVEN ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
ECMU8146750/R6355662/45'
SEGU1207455/R6389684/20'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
ECMU8146750/R6355662/45'
SEGU1207455/R6389684/20'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95568908
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240146

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Ship on or about:** September 05, 2024

**Invoice Date:** August 05, 2024

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** ECMU8146750, SEGU1207455

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95568908 | 4,224 | EA | 290.40 | 462.00 | 3.080 |
| **SKU No.:** 810472934 | 88 | CTNS | | | |
| 20CT LIGHT CLEAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | 2,944 | EA | 2,498.72 | 2,914.56 | 12.144 |
| **SKU No.:** 810567444 | 368 | CTNS | | | |
| 2X150CT LIGHT CLEAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | 4,040 | EA | 3,428.95 | 3,999.60 | 16.665 |
| **SKU No.:** 810567485 | 505 | CTNS | | | |
| 2X150CT LIGHT MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | 10,848 | EA | 1,423.80 | 1,988.80 | 9.492 |
| **SKU No.:** 810472932 | 226 | CTNS | | | |
| 50CT LIGHT CLEAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95568908 | 2,976 | EA | 390.60 | 545.60 | 2.604 |
| **SKU No.:** 810472933 | 62 | CTNS | | | |
| 50CT LIGHT MULTI | **No. of Pallet:** | | | | |

**P/O No.:** 95568908                                             224 EA        71.20        89.12        0.448

**SKU No.:** 810567447                                            16 CTNS

C6 60 LED COOL WHITE                          No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             441 EA       140.28       174.72        0.861

**SKU No.:** 810567446                                            21 CTNS

C6 60 LED MULTI                               No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             169 EA       782.47       951.47        4.732

**SKU No.:** 810567430                                           169 CTNS

COMBO M5 120 LED MULTI & BLUE                 No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             119 EA       550.97       669.97        3.332

**SKU No.:** 810567429                                           119 CTNS

COMBO M5 120 LED MULTI & BLUE                 No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                           1,440 EA       555.60       675.60        3.360

**SKU No.:** 810567538                                           120 CTNS

M5 120 LED COOL WHITE                         No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             276 EA       106.49       129.49        0.644

**SKU No.:** 810715874                                            23 CTNS

120CT M5 LED GREEN                            No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             276 EA       106.49       129.49        0.644

**SKU No.:** 810715876                                            23 CTNS

120CT M5 LED RED/GREEN                        No. of Pallet:

**HTS Code.:** 9405310010


**P/O No.:** 95568908                                             480 EA       185.20       225.20        1.120

**SKU No.:** 810715873                                            40 CTNS

120CT M5 LED RED                              No. of Pallet:

**HTS Code.:** 9405310010

| P/O No.: 95568908 | 485 | EA | | 225.20 | 1.120 |
|---|---|---|---|---|---|
| SKU No.: 810715966 | 40 | CTNS | | | |
| 120CT M5 LED WW | | No. of Pallet: | | | |
| HTS Code.: 9405310010 | | | | | |
| P/O No.: 95568908 | 3,700 | EA | 2,253.30 | 2,601.10 | 10.730 |
| SKU No.: 810567455 | 370 | CTNS | | | |
| 250CT ICICLE BLUE | | No. of Pallet: | | | |
| HTS Code.: 9405490000 | | | | | |
| P/O No.: 95568908 | 11,370 | EA | 6,924.33 | 7,993.11 | 32.973 |
| SKU No.: 810567456 | 1,137 | CTNS | | | |
| 250CT ICICLE CLEAR | | No. of Pallet: | | | |
| HTS Code.: 9405490000 | | | | | |
| **Total:** | **(3,327 CTNS)** | | **44,007** | **19,894.00** | **23,775.03** | 103.949 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
ECMU8146750/R6355662/45'
SEGU1207455/R6389684/20'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
ECMU8146750/R6355662/45'
SEGU1207455/R6389684/20'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95568908
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95568908
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95568908
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240154

**Invoice Date.:** July 08, 2024

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** ONE APUS / 0017E

**Port of Loading:** HAIPHONG

**Ship on or about:** September 11, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** DFSU4274718

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95180671 | | 336   EA | 5.100/EA | 1,713.600 |
| **SKU No.:** 810715924 | | 48  CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95180671 | | 1,295   EA | 4.460/EA | 5,775.700 |
| **SKU No.:** 810472905 | | 185  CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180671 | | 4,417   EA | 4.460/EA | 19,699.820 |
| **SKU No.:** 810472913 | | 631  CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180671 | | 3,430   EA | 4.460/EA | 15,297.800 |
| **SKU No.:** 810472908 | | 490  CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180671 | | 1,701   EA | 4.460/EA | 7,586.460 |
| **SKU No.:** 810472907 | | 243  CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |

Manufacturer Name & Address

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,

| | Total: | (1,597 CTNS) | 11,179 | 50,073.380 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : FIFTY THOUSAND SEVENTY-THREE AND CENTS THIRTY-EIGHT ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
DFSU4274718/231404648/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
DFSU4274718/231404648/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180671
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95180671
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95180671
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95180671
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95180671
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

Seller reference

**240017-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240154

**Invoice Date.:** July 08, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** ONE APUS / 0017E

**Port of Loading:** HAIPHONG

**Ship on or about:** September 11, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** DFSU4274718

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95180671 | | 336  EA | 283.20 | 345.60 | 1.248 |
| **SKU No.:** 810715924 | | 48  CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95180671 | | 1,295  EA | 1,091.50 | 1,332.00 | 4.810 |
| **SKU No.:** 810472905 | | 185  CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180671 | | 4,417  EA | 3,722.90 | 4,543.20 | 16.406 |
| **SKU No.:** 810472913 | | 631  CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180671 | | 3,430  EA | 2,891.00 | 3,528.00 | 12.740 |
| **SKU No.:** 810472908 | | 490  CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95180671 | | 1,701  EA | 1,433.70 | 1,749.60 | 6.318 |
| **SKU No.:** 810472907 | | 243  CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | |

| | Total: | (1,597 CTNS) | 11,179 | 9,422.30 | 11,498.40 | 41.522 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
DFSU4274718/231404648/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
DFSU4274718/231404648/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180671
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95180671
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95180671
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95180671
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95180671
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240164

**Invoice Date.:** July 08, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU8119337, TGBU8548721

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95184478 | | 440 EA | 6.550/EA | 2,882.000 |
| **SKU No.:** 810472810 | | 55 CTNS | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184478 | | 464 EA | 6.630/EA | 3,076.320 |
| **SKU No.:** 810472910 | | 58 CTNS | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184478 | | 1,984 EA | 6.630/EA | 13,153.920 |
| **SKU No.:** 810472909 | | 248 CTNS | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| **P/O No.:** 95184478 | | 3,332 EA | 2.750/EA | 9,163.000 |
| **SKU No.:** 810715995 | | 238 CTNS | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184478 | | 1,204 EA | 2.750/EA | 3,311.000 |
| **SKU No.:** 810715808 | | 86 CTNS | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184478 | | 1,032 EA | 4.850/EA | 5,005.200 |
| **SKU No.:** 810567454 | | 86 CTNS | | |
| M5 120 LED WW TWINKLING | No. of Pallet: | | | |

**P/O No.:** 95184478

**SKU No.:** 810715878

50CT LED MULTI

**HTS Code.:** 9405310010

| | 6,384 | EA | 1.550/EA | 9,895.200 |
|---|---|---|---|---|
| | 133 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810715985

50CT LED WW

**HTS Code.:** 9405310010

| | 9,120 | EA | 1.550/EA | 14,136.000 |
|---|---|---|---|---|
| | 190 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810524806

400CT HEAVY DUTY WHEEL CLEAR

**HTS Code.:** 9405390010

| | 1,544 | EA | 11.550/EA | 17,833.200 |
|---|---|---|---|---|
| | 386 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810524619

SM C9 25 LED CONSTANT ON MULTI

**HTS Code.:** 9405310010

| | 704 | EA | 4.750/EA | 3,344.000 |
|---|---|---|---|---|
| | 88 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810567489

20CT LED TWINKLE ICICLE BLUE

**HTS Code.:** 9405428410

| | 800 | EA | 3.650/EA | 2,920.000 |
|---|---|---|---|---|
| | 80 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810567440

20CT LED TWINKLE ICICLE WHITE

**HTS Code.:** 9405428410

| | 1,630 | EA | 3.650/EA | 5,949.500 |
|---|---|---|---|---|
| | 163 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810567486

100CT DOME LED NET LIGHT COOL WHITE

**HTS Code.:** 9405428410

| | 2,400 | EA | 5.350/EA | 12,840.000 |
|---|---|---|---|---|
| | 400 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810567539

100CT DOME LED NET LIGHT MULTI

**HTS Code.:** 9405428410

| | 2,910 | EA | 5.350/EA | 15,568.500 |
|---|---|---|---|---|
| | 485 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810715877

100CT DOME LED NET LIGHT WHITE

**HTS Code.:** 9405428410

| | 864 | EA | 5.700/EA | 4,924.800 |
|---|---|---|---|---|
| | 144 | CTNS | | |

No. of Pallet:

**P/O No.:** 95184478

**SKU No.:** 810715925

| | 900 | EA | 5.700/EA | 5,130.000 |
|---|---|---|---|---|
| | 150 | CTNS | | |

100CT DOME LED NET LIGHTS MULTI

HTS Code.: 9405428410

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184478 | 756 | EA | 3.200/EA | 2,419.200 |
| **SKU No.:** 810472912 | 63 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F MULT | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184478 | 2,052 | EA | 3.200/EA | 6,566.400 |
| **SKU No.:** 810472914 | 171 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| **P/O No.:** 95184478 | 1,336 | EA | 7.000/EA | 9,352.000 |
| **SKU No.:** 810715993 | 334 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310040 | | | | |
| **P/O No.:** 95184478 | 1,972 | EA | 7.000/EA | 13,804.000 |
| **SKU No.:** 810715992 | 493 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310040 | | | | |

**Manufacturer Name & Address**

T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, SVAY RIENG
PROVINCE
SVAY RIENG PROVINCE, CAMBODIA
200602, CAMBODIA

| | Total: | (4,051 CTNS) | 41,828 | 161,274.240 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED SIXTY-ONE THOUSAND TWO HUNDRED SEVENTY-FOUR AND CENTS TWENTY-FOUR ONLY.**

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU8119337/OOLJUE5789/40H
TGBU8548721/OOLJUE5733/40H

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
OOCU8119337/OOLJUE5789/40H
TGBU8548721/OOLJUE5733/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95184478
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA


PO# 95184478
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA


PO# 95184478

PO# 95184478
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

**Seller reference**

**240021-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240164

**Invoice Date.:** July 08, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU8119337, TGBU8548721

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95184478 | | 440 EA | 173.80 | 234.85 | 1.430 |
| **SKU No.:** 810472810 | | 55 CTNS | | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184478 | | 464 EA | 269.70 | 330.60 | 1.508 |
| **SKU No.:** 810472910 | | 58 CTNS | | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184478 | | 1,984 EA | 1,153.20 | 1,413.60 | 6.448 |
| **SKU No.:** 810472909 | | 248 CTNS | | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184478 | | 3,332 EA | 840.14 | 1,154.30 | 6.664 |
| **SKU No.:** 810715995 | | 238 CTNS | | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| **P/O No.:** 95184478 | | 1,204 EA | 303.58 | 417.10 | 2.408 |
| **SKU No.:** 810715808 | | 86 CTNS | | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | | |

**P/O No.:** 95184478                                                1,032 EA        420.54      520.30        2.494

**SKU No.:** 810567454                                                 86 CTNS

M5 120 LED WW TWINKLING                          No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184478                                                6,384 EA        891.10    1,290.10        8.911

**SKU No.:** 810715878                                                133 CTNS

50CT LED MULTI                                   No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184478                                                9,120 EA      1,273.00    1,843.00       12.730

**SKU No.:** 810715985                                                190 CTNS

50CT LED WW                                      No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184478                                                1,544 EA      2,161.60    2,895.00       17.756

**SKU No.:** 810524806                                                386 CTNS

400CT HEAVY DUTY WHEEL CLEAR                     No. of Pallet:

**HTS Code.:** 9405390010

**P/O No.:** 95184478                                                 704 EA        369.60      470.80        2.464

**SKU No.:** 810524619                                                 88 CTNS

SM C9 25 LED CONSTANT ON MULTI                   No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184478                                                 800 EA        334.40      432.00        3.120

**SKU No.:** 810567489                                                 80 CTNS

20CT LED TWINKLE ICICLE BLUE                     No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184478                                                1,630 EA        681.34      880.20        6.357

**SKU No.:** 810567440                                                163 CTNS

20CT LED TWINKLE ICICLE WHITE                    No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184478                                                2,400 EA      1,200.00    1,608.00       10.800

**SKU No.:** 810567486                                                400 CTNS

100CT DOME LED NET LIGHT COOL WHITE              No. of Pallet:

**HTS Code.:** 9405428410

| P/O No. / SKU / Description / HTS | No. of Pallet | Qty | Unit | Value | Amount | Weight |
|---|---|---|---|---|---|---|
| **P/O No.:** 95184478 | | 1,425 | EA | 9,750.03 | 1,949.70 | 13.095 |
| **SKU No.:** 810567539 | | 485 | CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | | |
| **P/O No.:** 95184478 | | 864 | EA | 391.68 | 544.32 | 3.888 |
| **SKU No.:** 810715877 | | 144 | CTNS | | | |
| 100CT DOME LED NET LIGHT WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | | |
| **P/O No.:** 95184478 | | 900 | EA | 408.00 | 567.00 | 4.050 |
| **SKU No.:** 810715925 | | 150 | CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | | |
| **P/O No.:** 95184478 | | 756 | EA | 122.85 | 151.20 | 0.567 |
| **SKU No.:** 810472912 | | 63 | CTNS | | | |
| 100CT LED MICRO LIGHTS 8F MULT | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| **P/O No.:** 95184478 | | 2,052 | EA | 333.45 | 410.40 | 1.539 |
| **SKU No.:** 810472914 | | 171 | CTNS | | | |
| 100CT LED MICRO LIGHTS 8F WHITE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310010 | | | | | | |
| **P/O No.:** 95184478 | | 1,336 | EA | 1,683.36 | 1,920.50 | 12.358 |
| **SKU No.:** 810715993 | | 334 | CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310040 | | | | | | |
| **P/O No.:** 95184478 | | 1,972 | EA | 2,484.72 | 2,834.75 | 18.241 |
| **SKU No.:** 810715992 | | 493 | CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | No. of Pallet: | | | | | |
| **HTS Code.:** 9405310040 | | | | | | |
| **Total:** | (4,051 CTNS) | 41,828 | | 16,951.06 | 21,867.72 | 136.828 |

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95184478
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715877
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA

PO# 95184478
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240175

**Invoice Date.:** July 08, 2024

**Sold To:**   CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TITAN / 1270-036E

**Port of Loading:** YANTIAN

**Ship on or about:** September 14, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU5156960, OOCU4797017, OOCU5010390

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218027 | | 1,205 | EA | 17.200/EA | 20,726.000 |
| **SKU No.:** 810570666 | | 1,205 | CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232465 | | 1,104 | EA | 5.000/EA | 5,520.000 |
| **SKU No.:** 810570503 | | 92 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232465 | | 864 | EA | 5.900/EA | 5,097.600 |
| **SKU No.:** 810570504 | | 216 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248099 | | 822 | EA | 20.750/EA | 17,056.500 |
| **SKU No.:** 810569944 | | 822 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248099 | | 822 | EA | 22.300/EA | 18,330.600 |
| **SKU No.:** 810573725 | | 822 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218002 | | 56 | EA | 40.650/EA | 2,276.400 |
| **SKU No.:** 810716077 | | 56 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95218002 | | 356 | EA | 41.500/EA | 14,774.000 |
| **SKU No.:** 810716741 | | 356 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95232460 | | 2,736 | EA | 5.000/EA | 13,680.000 |
| **SKU No.:** 810570503 | | 228 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| | | | | | |
| **P/O No.:** 95232460 | | 912 | EA | 5.900/EA | 5,380.800 |
| **SKU No.:** 810570504 | | 228 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU, GUANGDONG
516213, CHINA

| | Total: | (4,025 CTNS) | | 8,877 | 102,841.900 |
|---|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED TWO THOUSAND EIGHT HUNDRED FORTY-ONE AND CENTS NINETY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5156960/OOLJXX7243/40'
OOCU4797017/OOLJXY9140/40'
OOCU5010390/OOLJXY9824/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5156960/OOLJXX7243/40'
OOCU4797017/OOLJXY9140/40'
OOCU5010390/OOLJXY9824/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218027
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232465
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232465
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248099
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248099
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95218002
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95218002
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232460
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232460
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240175

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** TITAN / 1270-036E

**Ship on or about:** September 14, 2024

**Invoice Date.:** July 08, 2024

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CCLU5156960, OOCU4797017, OOCU5010390

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218027 | | 1,205 EA | 2,470.25 | 3,916.25 | 49.405 |
| **SKU No.:** 810570666 | | 1,205 CTNS | | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232465 | | 1,104 EA | 536.36 | 706.56 | 5.612 |
| **SKU No.:** 810570503 | | 92 CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232465 | | 864 EA | 438.48 | 820.80 | 8.640 |
| **SKU No.:** 810570504 | | 216 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248099 | | 822 EA | 2,342.70 | 2,942.76 | 18.906 |
| **SKU No.:** 810569944 | | 822 CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248099 | | 822 EA | 2,038.56 | 2,466.00 | 13.152 |
| **SKU No.:** 810573725 | | 822 CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |

**HTS Code.:** 9505102500

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95218002 | 56 | EA | 197.12 | 278.88 | 6.944 |
| **SKU No.:** 810716077 | 56 | CTNS | | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |

**HTS Code.:** 9505102500

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95218002 | 356 | EA | 1,352.80 | 1,826.28 | 38.448 |
| **SKU No.:** 810716741 | 356 | CTNS | | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |

**HTS Code.:** 9505102500

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95232460 | 2,736 | EA | 1,329.24 | 1,751.04 | 13.908 |
| **SKU No.:** 810570503 | 228 | CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |

**HTS Code.:** 98179505

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95232460 | 912 | EA | 462.84 | 866.40 | 9.120 |
| **SKU No.:** 810570504 | 228 | CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |

**HTS Code.:** 98179505

| Total: | (4,025 CTNS) | 8,877 | | 11,168.35 | 15,574.97 | 164.135 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5156960/OOLJXX7243/40'
OOCU4797017/OOLJXY9140/40'
OOCU5010390/OOLJXY9824/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CCLU5156960/OOLJXX7243/40'
OOCU4797017/OOLJXY9140/40'
OOCU5010390/OOLJXY9824/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218027
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232465
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232465
ARTICLE# 810570504
DEPT# 360

MADE IN CHINA
BIG LOTS
STORES

PO# 95248099
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248099
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95218002
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95218002
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232460
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA


PO# 95232460
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

**240035-4 & 240040-4**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240187  **Invoice Date.:** August 19, 2024

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC  
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Delivery To:**  50 RAUSCH CREEK RD  
TREMONT, PA 17981  
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** YANTIAN

**Ship on or about:** September 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4745137

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95248104 | | 679 | EA | 20.750/EA | 14,089.250 |
| **SKU No.:** 810569944 | | 679 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248104 | | 818 | EA | 22.300/EA | 18,241.400 |
| **SKU No.:** 810573725 | | 818 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95568909 | | 744 | EA | 20.750/EA | 15,438.000 |
| **SKU No.:** 810569944 | | 744 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95568909 | | 889 | EA | 22.300/EA | 19,824.700 |
| **SKU No.:** 810573725 | | 889 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| _Manufacturer Name & Address_ | | | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | | |
| Total: | (3,130 CTNS) | 3,130 | | | 67,593.350 |

**TOTAL (USD) DOLLARS : SIXTY-SEVEN THOUSAND FIVE HUNDRED NINETY-THREE AND CENTS THIRTY-FIVE ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4745137/OOLJXV3947/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4745137/OOLJXV3947/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95248104
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248104
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95568909
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95568909
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240187

**Invoice Date.:** August 19, 2024

**Sold To:**    CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD, TREMONT, PA 17981, USA

**Delivery To:**    50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO SHIPPING AZALEA / 028E

**Port of Loading:** YANTIAN

**Ship on or about:** September 15, 2024

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** OOCU4745137

| Cargo Description | | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|---|
| **P/O No.:** 95248104 | | 679 | EA | 1,935.15 | 2,430.82 | 15.617 |
| **SKU No.:** 810569944 | | 679 | CTNS | | | |
| 7FT 105L G30 CONE TREE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| **P/O No.:** 95248104 | | 818 | EA | 2,028.64 | 2,454.00 | 13.088 |
| **SKU No.:** 810573725 | | 818 | CTNS | | | |
| SET OF 2 CONE TREE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| **P/O No.:** 95568909 | | 744 | EA | 2,120.40 | 2,663.52 | 17.112 |
| **SKU No.:** 810569944 | | 744 | CTNS | | | |
| 7FT 105L G30 CONE TREE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| **P/O No.:** 95568909 | | 889 | EA | 2,204.72 | 2,667.00 | 14.224 |
| **SKU No.:** 810573725 | | 889 | CTNS | | | |
| SET OF 2 CONE TREE | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9505102500 | | | | | | |
| **Total:** | **(3,130 CTNS)** | 3,130 | | 8,288.91 | 10,215.34 | 60.041 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,

HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4745137/OOLJXV3947/40'

HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
OOCU4745137/OOLJXV3947/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248104
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248104
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95568909
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95568909
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

240005-2

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240007

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Invoice Date.:** June 17, 2024

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MAGNIFICENCE / 076E

**Ship on or about:** July 04, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95108437 | | 600 | EA | 8.300/EA | 4,980.000 |
| **SKU No.:** 810177880 | | 600 | CTNS | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95108437 | | 422 | EA | 20.000/EA | 8,440.000 |
| **SKU No.:** 810523678 | | 422 | CTNS | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | Manufacturer Name & Address | | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | **(1,022 CTNS)** | **1,022** | | | **13,420.000** |
| TOTAL (USD) DOLLARS : THIRTEEN THOUSAND FOUR HUNDRED TWENTY ONLY. | | | | | |
| | | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108437
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA


PO# 95108437
ARTICLE# 810523678
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240007

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MAGNIFICENCE / 076E

**Ship on or about:** July 04, 2024

**Invoice Date:** June 17, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95108437 | | 600  EA | 546.00 | 972.00 | 16.145 |
| **SKU No.:** 810177880 | | 600  CTNS | | | |
| HALLOWEEN TWIG TREE STAKE 3PK | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95108437 | | 422  EA | 506.40 | 717.00 | 8.472 |
| **SKU No.:** 810523678 | | 422  CTNS | | | |
| 6FT SPOOKY WILLOW TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:** | **(1,022 CTNS)** | 1,022 | 1,052.40 | 1,689.00 | 24.617 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95108437
ARTICLE# 810177880
DEPT# 363
MADE IN CHINA

PO# 95108437
ARTICLE# 810523678
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240080

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MOTIVATOR / 069E

**Ship on about:** July 12, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95111461 | 1,296    EA | 1.800/EA | 2,332.800 |
| **SKU No.:** 810389205 | 108    CTNS | | |
| 50LED M5 STRING LIGHTS-PRP | No. of Pallet: | | |
| **HTS Code.:** 9405428410 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:        (108 CTNS)** | 1,296 | | 2,332.800 |

**TOTAL (USD) DOLLARS : TWO THOUSAND THREE HUNDRED THIRTY-TWO AND CENTS EIGHTY ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU0827063/CNCX53004/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95111461
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU0827063/CNCX53004/40H

**ROUNDTRIPPING LTD.**

Seller reference

240009-2

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240080

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MOTIVATOR / 069E

**Ship on or about:** July 12, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95111461 | 1,296  EA | 220.32 | 323.00 | 1.919 |
| **SKU No.:** 810389205 | 108  CTNS | | | |
| 50LED M5 STRING LIGHTS-PRP | **No. of Pallet:** | | | |
| **HTS Code.:** 9405428410 | | | | |
| **Total:** | **(108 CTNS)** | **1,296** | **220.32** | **323.00** | **1.919** |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU0827063/CNCX53004/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU0827063/CNCX53004/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95111461
ARTICLE# 810389205
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240085

**Invoice Date.:** June 17, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAGNIFICENCE / 076E

**Port of Loading:** YANTIAN

**Ship on or about:** July 04, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95112279 | | 1,110 | EA | 3.450/EA | 3,829.500 |
| **SKU No.:** 810714532 | | 185 | CTNS | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95112279 | | 444 | EA | 3.450/EA | 1,531.800 |
| **SKU No.:** 810712506 | | 74 | CTNS | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95112279 | | 1,272 | EA | 1.800/EA | 2,289.600 |
| **SKU No.:** 810389206 | | 106 | CTNS | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| | **Manufacturer Name & Address** | | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | (365 CTNS) | 2,826 | | | 7,650.900 |
| TOTAL (USD) DOLLARS : SEVEN THOUSAND SIX HUNDRED FIFTY AND CENTS NINETY ONLY. | | | | | |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA

Container No./Seal/Size:
NYKU4638590/CNCX0518345

We certify that there is no wood packing material in the shipment.

<u>**Carton Marks And Number**</u>

BIG LOTS
STORES

PO# 95112279
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA


PO# 95112279
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA


PO# 95112279
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240085

**Sold To:**     CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MAGNIFICENCE / 076E

**Ship on or about:** July 04, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95112279 | 1,110 EA | 358.90 | 455.00 | 2.362 |
| **SKU No.:** 810714532 | 185 CTNS | | | |
| 100 LED DOME ICICLE ORANGE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112279 | 444 EA | 143.56 | 183.00 | 0.957 |
| **SKU No.:** 810712506 | 74 CTNS | | | |
| 100 LED DOME ICICLE PURPLE | No. of Pallet: | | | |
| **HTS Code.:** 9405418410 | | | | |
| | | | | |
| **P/O No.:** 95112279 | 1,272 EA | 216.24 | 304.00 | 1.911 |
| **SKU No.:** 810389206 | 106 CTNS | | | |
| 50LED M5 STRING LIGHTS-ORG | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| Total:  (365 CTNS) | 2,826 | 718.70 | 942.00 | 5.230 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO., LTD. C/O CNBMIL
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
NYKU4638590/CNCX05183/45'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

PO# 95112279
ARTICLE# 810714532
DEPT# 363
MADE IN CHINA


PO# 95112279
ARTICLE# 810712506
DEPT# 363
MADE IN CHINA


PO# 95112279
ARTICLE# 810389206
DEPT# 363
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240148

**Invoice Date.:** June 10, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM T. ROOSEVELT / 1TU8MS1MA

**Port of Loading:** HAIPHONG

**Ship on about:** June 22, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU2468994, CXDU1748615

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95179954 | | 3,492  EA | 6.500/EA | 22,698.000 |
| **SKU No.:** 810472904 | | 291  CTNS | | |
| 18FT LED ROPE LIGHT, WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179954 | | 2,373  EA | 5.100/EA | 12,102.300 |
| **SKU No.:** 810715924 | | 339  CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179954 | | 2,667  EA | 4.460/EA | 11,894.820 |
| **SKU No.:** 810472905 | | 381  CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179954 | | 5,901  EA | 4.460/EA | 26,318.460 |
| **SKU No.:** 810472913 | | 843  CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179954 | | 5,054  EA | 4.460/EA | 22,540.840 |
| **SKU No.:** 810472908 | | 722  CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179954 | | 3,794  EA | 4.460/EA | 16,921.240 |
| **SKU No.:** 810472907 | | 542  CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |

**Manufacturer Name & Address**

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG, THE NORTH OF VIETNAM
529728, VIETNAM

| | Total: | (3,118 CTNS) | 23,281 | 112,475.660 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED TWELVE THOUSAND FOUR HUNDRED SEVENTY-FIVE AND CENTS SIXTY-SIX ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CMAU2468994/R5997026/20'
CXDU1748615/R5997061/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CMAU2468994/R5997026/20'
CXDU1748615/R5997061/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179954
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240148

**Invoice Date.:** June 10, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM T. ROOSEVELT / 1TU8MS1MA

**Port of Loading:** HAIPHONG

**Ship on or about:** June 22, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU2468994, CXDU1748615

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95179954 | 3,492  EA | 3,317.40 | 3,870.30 | 12.513 |
| **SKU No.:** 810472904 | 291  CTNS | | | |
| 18FT LED ROPE LIGHT, WHITE              No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179954 | 2,373  EA | 2,000.10 | 2,440.80 | 9.153 |
| **SKU No.:** 810715924 | 339  CTNS | | | |
| 18FT ROPE LED LIGHT, RED              No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179954 | 2,667  EA | 2,247.90 | 2,743.20 | 10.287 |
| **SKU No.:** 810472905 | 381  CTNS | | | |
| 18FT ROPE LIGHT BLUE              No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179954 | 5,901  EA | 4,973.70 | 6,069.60 | 22.761 |
| **SKU No.:** 810472913 | 843  CTNS | | | |
| 18FT ROPE LIGHT CLEAR              No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179954 | 5,054  EA | 4,259.80 | 5,198.40 | 19.494 |
| **SKU No.:** 810472908 | 722  CTNS | | | |
| 18FT ROPE LIGHT MULTI              No. of Pallet: | | | | |

| P/O No.: 95179954 | 3,794 | EA | 3,197.80 | 3,902.40 | 14.634 |
|---|---|---|---|---|---|
| SKU No.: 810472907 | 542 | CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | |
| HTS Code.: 9405490000 | | | | | |

| | Total: | (3,118 CTNS) | 23,281 | | 19,996.70 | 24,224.70 | 88.842 |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CMAU2468994/R5997026/20'
CXDU1748615/R5997061/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
CMAU2468994/R5997026/20'
CXDU1748615/R5997061/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179954
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179954
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240025-2**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240100

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** EVER SMART / 130E

**Ship on or about:** July 25, 2024

**Invoice Date.:** June 17, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** KKFU9157827, ONEU5611821, ONEU5623376

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95209794 | | 1,501 | EA | 43.700/EA | 65,593.700 |
| **SKU No.:** 810569914 | | 1,501 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209794 | | 1,612 | EA | 8.300/EA | 13,379.600 |
| **SKU No.:** 810253919 | | 403 | CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209794 | | 1,612 | EA | 8.300/EA | 13,379.600 |
| **SKU No.:** 810253920 | | 403 | CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209794 | | 1,365 | EA | 13.100/EA | 17,881.500 |
| **SKU No.:** 810614259 | | 1,365 | CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| <u>Manufacturer Name & Address</u> | | | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | | |
| **Total:** | (3,672 CTNS) | | 6,090 | | 110,234.400 |
| TOTAL (USD) DOLLARS : ONE HUNDRED TEN THOUSAND TWO HUNDRED THIRTY-FOUR AND CENTS FORTY ONLY. | | | | | |

| Consolidator(Full Name & Address) | Container Stuffing Location(Full Name & Address ) |
|---|---|
| TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU , GUANGDONG<br>516213 CHINA<br>Container No./Seal/Size:<br>KKFU9157827/CNCR17123/45'<br>ONEU5611821/CNCW61419/40H<br>ONEU5623376/CNCW62171/40H | TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU , GUANGDONG<br>516213 CHINA<br>Container No./Seal/Size:<br>KKFU9157827/CNCR17123/45'<br>ONEU5611821/CNCW61419/40H<br>ONEU5623376/CNCW62171/40H |

We certify that there is no wood packing material in the shipment.

## Carton Marks And Number

BIG LOTS
STORES

PO# 95209794
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240100

**Invoice Date:** June 17, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** EVER SMART / 130E

**Port of Loading:** YANTIAN

**Ship on or about:** July 25, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** KKFU9157827, ONEU5611821, ONEU5623376

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209794 | | 1,501  EA | 13,238.82 | 15,130.08 | 115.577 |
| **SKU No.:** 810569914 | | 1,501  CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209794 | | 1,612  EA | 2,063.36 | 2,998.32 | 30.628 |
| **SKU No.:** 810253919 | | 403  CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209794 | | 1,612  EA | 2,063.36 | 2,998.32 | 30.628 |
| **SKU No.:** 810253920 | | 403  CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209794 | | 1,365  EA | 2,634.45 | 3,439.80 | 32.760 |
| **SKU No.:** 810614259 | | 1,365  CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| Total: | (3,672 CTNS) | 6,090 | 19,999.99 | 24,566.52 | 209.593 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KKFU9157827/CNCR17123/45'
ONEU5611821/CNCW61419/40H
ONEU5623376/CNCW62171/40H

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KKFU9157827/CNCR17123/45'
ONEU5611821/CNCW61419/40H
ONEU5623376/CNCW62171/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209794
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209794
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240105

**Invoice Date.:** July 08, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 070E

**Port of Loading:** YANTIAN

**Ship on or about:** August 08, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** BEAU4168638, FANU1625961, HLBU1282346, TCLU1453381

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209799 | | 1,805  EA | 43.700/EA | 78,878.500 |
| **SKU No.:** 810569914 | | 1,805  CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code:** 9505102500 | | | | |
| **P/O No.:** 95209799 | | 2,776  EA | 8.300/EA | 23,040.800 |
| **SKU No.:** 810253919 | | 694  CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| **HTS Code:** 9505104010 | | | | |
| **P/O No.:** 95209799 | | 3,304  EA | 8.300/EA | 27,423.200 |
| **SKU No.:** 810253920 | | 826  CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code:** 9505104010 | | | | |
| **P/O No.:** 95209799 | | 88  EA | 13.100/EA | 1,152.800 |
| **SKU No.:** 810614259 | | 88  CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | |
| **HTS Code:** 9505102500 | | | | |
| <u>Manufacturer Name & Address</u><br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| Total: | (3,413 CTNS) | 7,973 | | 130,495.300 |

**TOTAL (USD) DOLLARS : ONE HUNDRED THIRTY THOUSAND FOUR HUNDRED NINETY-FIVE AND CENTS THIRTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BEAU4168638/HLK0021136/40H
FANU1625961/HLK0021058/40H
HLBU1282346/HLK0016360/40H
TCLU1453381/HLK0021942/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BEAU4168638/HLK0021136/40H
FANU1625961/HLK0021058/40H
HLBU1282346/HLK0016360/40H
TCLU1453381/HLK0021942/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209799
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

PO# 95209799
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA

PO# 95209799
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

PO# 95209799
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240105

**Invoice Date.:** July 08, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAXIM / 070E

**Port of Loading:** YANTIAN

**Ship on or about:** August 08, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** BEAU4168638, FANU1625961, HLBU1282346, TCLU1453381

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209799 | | 1,805  EA | 15,920.10 | 18,194.40 | 138.985 |
| **SKU No.:** 810569914 | | 1,805  CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209799 | | 2,776  EA | 3,553.28 | 5,163.36 | 52.744 |
| **SKU No.:** 810253919 | | 694  CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209799 | | 3,304  EA | 4,229.12 | 6,145.44 | 62.776 |
| **SKU No.:** 810253920 | | 826  CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209799 | | 88  EA | 169.84 | 221.76 | 2.112 |
| **SKU No.:** 810614259 | | 88  CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:**   (3,413 CTNS) | 7,973 | | 23,872.34 | 29,724.96 | 256.617 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BEAU4168638/HLK0021136/40H
FANU1625961/HLK0021058/40H
HLBU1282346/HLK0016360/40H
TCLU1453381/HLK0021942/40H

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
BEAU4168638/HLK0021136/40H
FANU1625961/HLK0021058/40H
HLBU1282346/HLK0016360/40H
TCLU1453381/HLK0021942/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209799
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209799
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209799
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209799
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240027-2**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240110

**Invoice Date.:** August 05, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MISSION / 074E

**Port of Loading:** YANTIAN

**Ship on or about:** September 11, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MOEU1403157, TRHU8245631

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209804 | | 1,077  EA | 43.700/EA | 47,064.900 |
| **SKU No.:** 810569914 | | 1,077  CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| | | | | |
| **P/O No.:** 95209804 | | 1,584  EA | 8.300/EA | 13,147.200 |
| **SKU No.:** 810253919 | | 396  CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| | | | | |
| **P/O No.:** 95209804 | | 1,588  EA | 8.300/EA | 13,180.400 |
| **SKU No.:** 810253920 | | 397  CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **Manufacturer Name & Address** | | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | (1,870 CTNS) | 4,249 | | 73,392.500 |

**TOTAL (USD) DOLLARS : SEVENTY-THREE THOUSAND THREE HUNDRED NINETY-TWO AND CENTS FIFTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209804
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209804
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209804
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240027-2**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240110

**Invoice Date:** August 05, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MISSION / 074E

**Port of Loading:** YANTIAN

**Ship on or about:** September 11, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MOEU1403157, TRHU8245631

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209804 | 1,077 | EA | 9,499.14 | 10,856.16 | 82.929 |
| **SKU No.:** 810569914 | 1,077 | CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209804 | 1,584 | EA | 2,027.52 | 2,946.24 | 30.096 |
| **SKU No.:** 810253919 | 396 | CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209804 | 1,588 | EA | 2,032.64 | 2,953.68 | 30.172 |
| **SKU No.:** 810253920 | 397 | CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **Total:**    (1,870 CTNS) | 4,249 | | 13,559.30 | 16,756.08 | 143.197 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MOEU1403157/CNCR59742/45'
TRHU8245631/CNCR59709/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MOEU1403157/CNCR59742/45'
TRHU8245631/CNCR59709/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

PO# 95209804
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209804
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209804
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240019-2**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240128

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** APL SENTOSA / 1TU9ES1MA

**Ship on or about:** August 13, 2024

**Invoice Date.:** July 01, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU9041617

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95181563 | | 7,452   EA | 3.750/EA | 27,945.000 |
| **SKU No.:** 810567488 | | 621   CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| | | | | |
| **P/O No.:** 95181563 | | 5,892   EA | 3.750/EA | 22,095.000 |
| **SKU No.:** 810567487 | | 491   CTNS | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **Manufacturer Name & Address** | | | | |
| CRYSTAL BRIGHT ELECTRIC CO., LTD. MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT, BAVET CITY , SVAY RIENG , 20451 , CAMBODIA BAVET CITY, 855 20202, CAMBODIA | | | | |
| Total: | (1,112 CTNS) | 13,344 | | 50,040.000 |
| TOTAL (USD) DOLLARS : FIFTY THOUSAND FORTY ONLY. | | | | |

---

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU9041617/R6408817/40'

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU9041617/R6408817/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95181563
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181563
ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

**Invoice No.:** RT-240128

**Invoice Date.:** July 01, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** APL SENTOSA / 1TU9ES1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** August 13, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU9041617

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95181563 | | 7,452  EA | 3,788.10 | 4,905.90 | 32.292 |
| **SKU No.:** 810567488 | | 621  CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95181563 | | 5,892  EA | 2,995.10 | 3,878.90 | 25.532 |
| **SKU No.:** 810567487 | | 491  CTNS | | | |
| 100CT 4X6 NET LIGHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:**    (1,112 CTNS) | | 13,344 | 6,783.20 | 8,784.80 | 57.824 |

**Consolidator(Full Name & Address)**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU9041617/R6408817/40'

**Container Stuffing Location(Full Name & Address )**
CRYSTAL BRIGHT ELECTRIC CO., LTD.
MANHATTAN (SVAY RIENG) SPECIAL ECON , BAVET DISTRICT,
BAVET CITY , SVAY RIENG , 20451 , CAMBODIA
BAVET CITY , 855
20202 CAMBODIA
Container No./Seal/Size:
CMAU9041617/R6408817/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95181563
ARTICLE# 810567488
DEPT# 360
MADE IN CAMBODIA

PO# 95181563

ARTICLE# 810567487
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240138

**Invoice Date.:** July 01, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** OOCL ASIA / 186E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CSNU4095410

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183205 | | 2,736   EA | 0.750/EA | 2,052.000 |
| **SKU No.:** 810472934 | | 57  CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183205 | | 1,800    EA | 6.300/EA | 11,340.000 |
| **SKU No.:** 810567444 | | 225  CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183205 | | 2,632    EA | 6.300/EA | 16,581.600 |
| **SKU No.:** 810567485 | | 329  CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183205 | | 7,104    EA | 1.200/EA | 8,524.800 |
| **SKU No.:** 810472932 | | 148  CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183205 | | 1,728    EA | 1.200/EA | 2,073.600 |
| **SKU No.:** 810472933 | | 36  CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183205 | | 126    EA | 2.730/EA | 343.980 |
| **SKU No.:** 810567447 | | 9  CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 210 | EA | 2.730/EA | 573.300 |
| **SKU No.:** 810567446 | 10 | CTNS | | |
| C6 60 LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 28 | EA | 2.730/EA | 76.440 |
| **SKU No.:** 810567445 | 2 | CTNS | | |
| LIGHTS - C6 60 LED WARM WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 112 | EA | 44.280/EA | 4,959.360 |
| **SKU No.:** 810567430 | 112 | CTNS | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 71 | EA | 44.280/EA | 3,143.880 |
| **SKU No.:** 810567429 | 71 | CTNS | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 792 | EA | 3.690/EA | 2,922.480 |
| **SKU No.:** 810567538 | 66 | CTNS | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 132 | EA | 3.690/EA | 487.080 |
| **SKU No.:** 810715874 | 11 | CTNS | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 132 | EA | 3.690/EA | 487.080 |
| **SKU No.:** 810715876 | 11 | CTNS | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 252 | EA | 3.690/EA | 929.880 |
| **SKU No.:** 810715873 | 21 | CTNS | | |
| 120CT M5 LED RED | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 252 | EA | 3.690/EA | 929.880 |
| **SKU No.:** 810715966 | 21 | CTNS | | |
| 120CT M5 LED WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 1,690 | EA | 4.880/EA | 8,247.200 |
| **SKU No.:** 810567455 | 169 | CTNS | | |

**250CT ICICLE BLUE**

**HTS Code.:** 9405490000

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 5,400 | EA | 4.880/EA | 26,352.000 |
| **SKU No.:** 810567456 | 540 | CTNS | | |

**250CT ICICLE CLEAR**                                    No. of Pallet:

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY RIENG DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (1,838 CTNS) | 25,197 | 90,024.560 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : NINETY THOUSAND TWENTY-FOUR AND CENTS FIFTY-SIX ONLY.**

---

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4095410/OOLJUB2821/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4095410/OOLJUB2821/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183205
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240138

**Invoice Date.:** July 01, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** OOCL ASIA / 186E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 10, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CSNU4095410

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183205 | | 2,736 EA | 188.10 | 299.25 | 1.995 |
| **SKU No.:** 810472934 | | 57 CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183205 | | 1,800 EA | 1,527.75 | 1,782.00 | 7.425 |
| **SKU No.:** 810567444 | | 225 CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183205 | | 2,632 EA | 2,233.91 | 2,605.68 | 10.857 |
| **SKU No.:** 810567485 | | 329 CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183205 | | 7,104 EA | 932.40 | 1,302.40 | 6.216 |
| **SKU No.:** 810472932 | | 148 CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183205 | | 1,728 EA | 226.80 | 316.80 | 1.512 |
| **SKU No.:** 810472933 | | 36 CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183205 | 126 EA | 40.05 | 50.13 | 0.252 |
| **SKU No.:** 810567447 | 9 CTNS | | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 210 EA | 66.80 | 83.20 | 0.410 |
| **SKU No.:** 810567446 | 10 CTNS | | | |
| C6 60 LED MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 28 EA | 8.90 | 11.14 | 0.056 |
| **SKU No.:** 810567445 | 2 CTNS | | | |
| LIGHTS - C6 60 LED WARM WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 112 EA | 518.56 | 630.56 | 3.136 |
| **SKU No.:** 810567430 | 112 CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 71 EA | 328.73 | 399.73 | 1.988 |
| **SKU No.:** 810567429 | 71 CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 792 EA | 305.58 | 371.58 | 1.848 |
| **SKU No.:** 810567538 | 66 CTNS | | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 132 EA | 50.93 | 61.93 | 0.308 |
| **SKU No.:** 810715874 | 11 CTNS | | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183205 | 132 EA | 50.93 | 61.93 | 0.308 |
| **SKU No.:** 810715876 | 11 CTNS | | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | |

| P/O No.: 95183205 | | 252 | EA | 97.23 | 118.23 | 0.588 |
|---|---|---|---|---|---|---|
| SKU No.: 810715873 | | 21 | CTNS | | | |
| 120CT M5 LED RED | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95183205 | | 252 | EA | 97.23 | 118.23 | 0.588 |
| SKU No.: 810715966 | | 21 | CTNS | | | |
| 120CT M5 LED WW | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95183205 | | 1,690 | EA | 1,029.21 | 1,188.07 | 4.901 |
| SKU No.: 810567455 | | 169 | CTNS | | | |
| 250CT ICICLE BLUE | No. of Pallet: | | | | | |
| HTS Code.: 9405490000 | | | | | | |
| | | | | | | |
| P/O No.: 95183205 | | 5,400 | EA | 3,288.60 | 3,796.20 | 15.660 |
| SKU No.: 810567456 | | 540 | CTNS | | | |
| 250CT ICICLE CLEAR | No. of Pallet: | | | | | |
| HTS Code.: 9405490000 | | | | | | |
| **Total:** | **(1,838 CTNS)** | 25,197 | | 10,991.71 | 13,197.06 | 58.048 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4095410/OOLJUB2821/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4095410/OOLJUB2821/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183205
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183205
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567445
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183205
ARTICLE# 810567455
DEPT# 360

PO# 95183205
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240143

**Invoice Date.:** July 29, 2024

**Sold To:**      CSC DISTRIBUTION, LLC
              2855 SELMA HIGHWAY
              MONTGOMERY, AL 36108
              USA

**Delivery To:**    2855 SELMA HIGHWAY
                MONTGOMERY, AL 36108
                USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 05, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** FFAU4217677, TRHU6042316

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183210 | | 5,760    EA | 0.750/EA | 4,320.000 |
| **SKU No.:** 810472934 | | 120   CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183210 | | 4,208    EA | 6.300/EA | 26,510.400 |
| **SKU No.:** 810567444 | | 526   CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183210 | | 5,824    EA | 6.300/EA | 36,691.200 |
| **SKU No.:** 810567485 | | 728   CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183210 | | 15,504    EA | 1.200/EA | 18,604.800 |
| **SKU No.:** 810472932 | | 323   CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183210 | | 4,032    EA | 1.200/EA | 4,838.400 |
| **SKU No.:** 810472933 | | 84   CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183210 | | 252    EA | 2.730/EA | 687.960 |
| **SKU No.:** 810567447 | | 18   CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183210 | 483 | EA | 2.730/EA | 1,318.590
**SKU No.:** 810567446 | 23 | CTNS
C6 60 LED MULTI | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 230 | EA | 44.280/EA | 10,184.400
**SKU No.:** 810567430 | 230 | CTNS
COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 163 | EA | 44.280/EA | 7,217.640
**SKU No.:** 810567429 | 163 | CTNS
COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 1,860 | EA | 3.690/EA | 6,863.400
**SKU No.:** 810567538 | 155 | CTNS
M5 120 LED COOL WHITE | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 288 | EA | 3.690/EA | 1,062.720
**SKU No.:** 810715874 | 24 | CTNS
120CT M5 LED GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 288 | EA | 3.690/EA | 1,062.720
**SKU No.:** 810715876 | 24 | CTNS
120CT M5 LED RED/GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 576 | EA | 3.690/EA | 2,125.440
**SKU No.:** 810715873 | 48 | CTNS
120CT M5 LED RED | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 576 | EA | 3.690/EA | 2,125.440
**SKU No.:** 810715966 | 48 | CTNS
120CT M5 LED WW | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183210 | 3,810 | EA | 4.880/EA | 18,592.800
**SKU No.:** 810567455 | 381 | CTNS
250CT ICICLE BLUE | No. of Pallet:
**HTS Code.:** 9405490000

**P/O No.:** 95183210 | 12,130 | EA | 4.880/EA | 59,194.400
**SKU No.:** 810567456 | 1,213 | CTNS

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| Total: | (4,108 CTNS) | 55,984 | 201,400.310 |

**TOTAL (USD) DOLLARS : TWO HUNDRED ONE THOUSAND FOUR HUNDRED AND CENTS THIRTY-ONE ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
FFAU4217677/R6416602/40H
TRHU6042316/R6416814/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
FFAU4217677/R6416602/40H
TRHU6042316/R6416814/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183210
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240143

**Sold To:**       CSC DISTRIBUTION, LLC
                   2855 SELMA HIGHWAY
                   MONTGOMERY, AL 36108
                   USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Ship on or about:** September 05, 2024

**Invoice Date.:** July 29, 2024

**Delivery To:**    2855 SELMA HIGHWAY
                    MONTGOMERY, AL 36108
                    USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** FFAU4217677, TRHU6042316

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183210 | 5,760 | EA | 396.00 | 630.00 | 4.200 |
| **SKU No.:** 810472934 | 120 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183210 | 4,208 | EA | 3,571.54 | 4,165.92 | 17.358 |
| **SKU No.:** 810567444 | 526 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183210 | 5,824 | EA | 4,943.12 | 5,765.76 | 24.024 |
| **SKU No.:** 810567485 | 728 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183210 | 15,504 | EA | 2,034.90 | 2,842.40 | 13.566 |
| **SKU No.:** 810472932 | 323 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183210 | 4,032 | EA | 529.20 | 739.20 | 3.528 |
| **SKU No.:** 810472933 | 84 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183210 | 252 | EA | 80.10 | 100.26 | 0.504 |
| **SKU No.:** 810567447 | 18 | CTNS | | | |
| C6 60 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 483 | EA | 153.64 | 191.36 | 0.943 |
| **SKU No.:** 810567446 | 23 | CTNS | | | |
| C6 60 LED MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 230 | EA | 1,064.90 | 1,294.90 | 6.440 |
| **SKU No.:** 810567430 | 230 | CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 163 | EA | 754.69 | 917.69 | 4.564 |
| **SKU No.:** 810567429 | 163 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 1,860 | EA | 717.65 | 872.65 | 4.340 |
| **SKU No.:** 810567538 | 155 | CTNS | | | |
| M5 120 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 288 | EA | 111.12 | 135.12 | 0.672 |
| **SKU No.:** 810715874 | 24 | CTNS | | | |
| 120CT M5 LED GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 288 | EA | 111.12 | 135.12 | 0.672 |
| **SKU No.:** 810715876 | 24 | CTNS | | | |
| 120CT M5 LED RED/GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183210 | 576 | EA | 222.24 | 270.24 | 1.344 |
| **SKU No.:** 810715873 | 48 | CTNS | | | |
| 120CT M5 LED RED | **No. of Pallet:** | | | | |

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95183210 | 576 EA | 222.24 | 270.24 | 1.344 |
| **SKU No.:** 810715966 | 48 CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95183210 | 3,810 EA | 2,320.29 | 2,678.43 | 11.049 |
| **SKU No.:** 810567455 | 381 CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | |
| **HTS Code.:** 9405490000 | | | | |
| | | | | |
| **P/O No.:** 95183210 | 12,130 EA | 7,387.17 | 8,527.39 | 35.177 |
| **SKU No.:** 810567456 | 1,213 CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | |
| **HTS Code.:** 9405490000 | | | | |
| **Total:** (4,108 CTNS) | 55,984 | 24,619.92 | 29,536.68 | 129.725 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
FFAU4217677/R6416602/40H
TRHU6042316/R6416814/40H

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
FFAU4217677/R6416602/40H
TRHU6042316/R6416814/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183210
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA


PO# 95183210
ARTICLE# 810472933

PO# 95183210
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183210
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240153

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** CMA CGM AMBITION / 0XR5XE1MA

**Ship on or about:** August 05, 2024

**Invoice Date.:** July 01, 2024

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** BEAU6129604

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95179969 | | 406  EA | 5.100/EA | 2,070.600 |
| **SKU No.:** 810715924 | | 58  CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179969 | | 1,526  EA | 4.460/EA | 6,805.960 |
| **SKU No.:** 810472905 | | 218  CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | | 4,767  EA | 4.460/EA | 21,260.820 |
| **SKU No.:** 810472913 | | 681  CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | | 3,864  EA | 4.460/EA | 17,233.440 |
| **SKU No.:** 810472908 | | 552  CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | | 1,925  EA | 4.460/EA | 8,585.500 |
| **SKU No.:** 810472907 | | 275  CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |

Manufacturer Name & Address

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,

| | Total: | (1,784 CTNS) | 12,488 | 55,956.320 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : FIFTY-FIVE THOUSAND NINE HUNDRED FIFTY-SIX AND CENTS THIRTY-TWO ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
BEAU6129604/R5969880/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
BEAU6129604/R5969880/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179969
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240153

**Sold To:**     CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** CMA CGM AMBITION / 0XR5XE1MA

**Ship on or about:** August 05, 2024

**Invoice Date.:** July 01, 2024

**Delivery To:**     2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** BEAU6129604

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95179969 | 406 EA | 342.20 | 417.60 | 1.566 |
| **SKU No.:** 810715924 | 58 CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179969 | 1,526 EA | 1,286.20 | 1,569.60 | 5.886 |
| **SKU No.:** 810472905 | 218 CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | 4,767 EA | 4,017.90 | 4,903.20 | 18.387 |
| **SKU No.:** 810472913 | 681 CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | 3,864 EA | 3,256.80 | 3,974.40 | 14.904 |
| **SKU No.:** 810472908 | 552 CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179969 | 1,925 EA | 1,622.50 | 1,980.00 | 7.425 |
| **SKU No.:** 810472907 | 275 CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |

| Total: | (1,784 CTNS) | 12,488 | 10,525.60 | 12,844.80 | 48.168 |

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
BEAU6129604/R5969880/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
BEAU6129604/R5969880/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179969
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179969
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240163

**Invoice Date.:** July 01, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 05, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** APHU4673048, TCNU9978460

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95184477 | | 304 | EA | 6.550/EA | 1,991.200 |
| **SKU No.:** 810472810 | | 38 | CTNS | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184477 | | 320 | EA | 6.630/EA | 2,121.600 |
| **SKU No.:** 810472910 | | 40 | CTNS | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184477 | | 1,536 | EA | 6.630/EA | 10,183.680 |
| **SKU No.:** 810472909 | | 192 | CTNS | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| **P/O No.:** 95184477 | | 2,562 | EA | 2.750/EA | 7,045.500 |
| **SKU No.:** 810715995 | | 183 | CTNS | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| **P/O No.:** 95184477 | | 910 | EA | 2.750/EA | 2,502.500 |
| **SKU No.:** 810715808 | | 65 | CTNS | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| **P/O No.:** 95184477 | | 804 | EA | 4.850/EA | 3,899.400 |
| **SKU No.:** 810567454 | | 67 | CTNS | | |
| M5 120 LED WW TWINKLING | No. of Pallet: | | | | |

**P/O No.:** 95184477                                                5,088   EA    1.550/EA    7,886.400

**SKU No.:** 810715878                                                106   CTNS

50CT LED MULTI                                    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184477                                                7,680   EA    1.550/EA   11,904.000

**SKU No.:** 810715985                                                160   CTNS

50CT LED WW                                       No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184477                                                1,748   EA   11.550/EA   20,189.400

**SKU No.:** 810524806                                                437   CTNS

400CT HEAVY DUTY WHEEL CLEAR                      No. of Pallet:

**HTS Code.:** 9405390010

**P/O No.:** 95184477                                                  816   EA    4.750/EA    3,876.000

**SKU No.:** 810524619                                                102   CTNS

SM C9 25 LED CONSTANT ON MULTI                    No. of Pallet:

**HTS Code.:** 9405310010

**P/O No.:** 95184477                                                1,110   EA    3.650/EA    4,051.500

**SKU No.:** 810567489                                                111   CTNS

20CT LED TWINKLE ICICLE BLUE                      No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184477                                                2,310   EA    3.650/EA    8,431.500

**SKU No.:** 810567440                                                231   CTNS

20CT LED TWINKLE ICICLE WHITE                     No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184477                                                3,168   EA    5.350/EA   16,948.800

**SKU No.:** 810567486                                                528   CTNS

100CT DOME LED NET LIGHT COOL WHITE               No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184477                                                4,008   EA    5.350/EA   21,442.800

**SKU No.:** 810567539                                                668   CTNS

100CT DOME LED NET LIGHT MULTI                    No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184477                                                1,182   EA    5.700/EA    6,737.400

**SKU No.:** 810715877                                                197   CTNS

100CT DOME LED NET LIGHT WHITE                    No. of Pallet:

**HTS Code.:** 9405428410

**P/O No.:** 95184477                                                1,284   EA    5.700/EA    7,318.800

**SKU No.:** 810715925                                                214   CTNS

100CT DOME LED NET LIGHT MULTI

HTS Code.: 9405428410

| | | | | |
|---|---|---|---|---|
| **P/O No.:** 95184477 | 432 | EA | 3.200/EA | 1,382.400 |
| **SKU No.:** 810472912 | 36 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F MULT | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95184477 | 1,272 | EA | 3.200/EA | 4,070.400 |
| **SKU No.:** 810472914 | 106 | CTNS | | |
| 100CT LED MICRO LIGHTS 8F WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405310010 | | | | |
| | | | | |
| **P/O No.:** 95184477 | 1,572 | EA | 7.000/EA | 11,004.000 |
| **SKU No.:** 810715993 | 393 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310040 | | | | |
| | | | | |
| **P/O No.:** 95184477 | 2,200 | EA | 7.000/EA | 15,400.000 |
| **SKU No.:** 810715992 | 550 | CTNS | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | No. of Pallet: | | | |
| **HTS Code.:** 9405310040 | | | | |

**Manufacturer Name & Address**

T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE, CAMBODIA
200602, CAMBODIA

| | Total: | (4,424 CTNS) | 40,306 | 168,387.280 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED SIXTY-EIGHT THOUSAND THREE HUNDRED EIGHTY-SEVEN AND CENTS TWENTY-EIGHT ONLY.**

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
APHU4673048/R6355766/45'
TCNU9978460/R6492399/45'

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
APHU4673048/R6355766/45'
TCNU9978460/R6492399/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95184477
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810472910
DEPT# 360

PO# 95184477
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810715877
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

240021-2

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240163

**Invoice Date.:** July 01, 2024

**Sold To:**    CSC DISTRIBUTION, LLC
            2855 SELMA HIGHWAY
            MONTGOMERY, AL 36108
            USA

**Delivery To:**    2855 SELMA HIGHWAY
              MONTGOMERY, AL 36108
              USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM J. MADISON / 1TU9QS1MA

**Port of Loading:** VUNG TAU

**Ship on or about:** September 05, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** APHU4673048, TCNU9978460

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95184477 | 304 | EA | 120.08 | 162.26 | 0.988 |
| **SKU No.:** 810472810 | 38 | CTNS | | | |
| 100CT SOLAR M5 COOL WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95184477 | 320 | EA | 186.00 | 228.00 | 1.040 |
| **SKU No.:** 810472910 | 40 | CTNS | | | |
| 100CT SOLAR C6 COOL WHT | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95184477 | 1,536 | EA | 892.80 | 1,094.40 | 4.992 |
| **SKU No.:** 810472909 | 192 | CTNS | | | |
| 100CT SOLAR C6 MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405418410 | | | | | |
| | | | | | |
| **P/O No.:** 95184477 | 2,562 | EA | 645.99 | 887.55 | 5.124 |
| **SKU No.:** 810715995 | 183 | CTNS | | | |
| 60CT C3 PEARL LED MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95184477 | 910 | EA | 229.45 | 315.25 | 1.820 |
| **SKU No.:** 810715808 | 65 | CTNS | | | |
| 60CT C3 PEARL LED WHITE | No. of Pallet: | | | | |

**P/O No.:** 95184477 | 804 EA | 327.63 | 405.35 | 1.943

**SKU No.:** 810567454 | 67 CTNS

M5 120 LED WW TWINKLING | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184477 | 5,088 EA | 710.20 | 1,028.20 | 7.102

**SKU No.:** 810715878 | 106 CTNS

50CT LED MULTI | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184477 | 7,680 EA | 1,072.00 | 1,552.00 | 10.720

**SKU No.:** 810715985 | 160 CTNS

50CT LED WW | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184477 | 1,748 EA | 2,447.20 | 3,277.50 | 20.102

**SKU No.:** 810524806 | 437 CTNS

400CT HEAVY DUTY WHEEL CLEAR | **No. of Pallet:**

**HTS Code.:** 9405390010

**P/O No.:** 95184477 | 816 EA | 428.40 | 545.70 | 2.856

**SKU No.:** 810524619 | 102 CTNS

SM C9 25 LED CONSTANT ON MULTI | **No. of Pallet:**

**HTS Code.:** 9405310010

**P/O No.:** 95184477 | 1,110 EA | 463.98 | 599.40 | 4.329

**SKU No.:** 810567489 | 111 CTNS

20CT LED TWINKLE ICICLE BLUE | **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184477 | 2,310 EA | 965.58 | 1,247.40 | 9.009

**SKU No.:** 810567440 | 231 CTNS

20CT LED TWINKLE ICICLE WHITE | **No. of Pallet:**

**HTS Code.:** 9405428410

**P/O No.:** 95184477 | 3,168 EA | 1,584.00 | 2,122.56 | 14.256

**SKU No.:** 810567486 | 528 CTNS

100CT DOME LED NET LIGHT COOL WHITE | **No. of Pallet:**

**HTS Code.:** 9405428410

| P/O No.: 95184477 | | 4,025 | EA | 2,800.03 | 2,685.36 | 18.036 |
|---|---|---|---|---|---|---|
| SKU No.: 810567539 | | 668 | CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | | |
| HTS Code.: 9405428410 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 1,182 | EA | 535.84 | 744.66 | 5.319 |
| SKU No.: 810715877 | | 197 | CTNS | | | |
| 100CT DOME LED NET LIGHT WHITE | No. of Pallet: | | | | | |
| HTS Code.: 9405428410 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 1,284 | EA | 582.08 | 808.92 | 5.778 |
| SKU No.: 810715925 | | 214 | CTNS | | | |
| 100CT DOME LED NET LIGHT MULTI | No. of Pallet: | | | | | |
| HTS Code.: 9405428410 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 432 | EA | 70.20 | 86.40 | 0.324 |
| SKU No.: 810472912 | | 36 | CTNS | | | |
| 100CT LED MICRO LIGHTS 8F MULT | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 1,272 | EA | 206.70 | 254.40 | 0.954 |
| SKU No.: 810472914 | | 106 | CTNS | | | |
| 100CT LED MICRO LIGHTS 8F WHITE | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 1,572 | EA | 1,980.72 | 2,259.75 | 14.541 |
| SKU No.: 810715993 | | 393 | CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT BLUE/WW | No. of Pallet: | | | | | |
| HTS Code.: 9405310040 | | | | | | |
| | | | | | | |
| P/O No.: 95184477 | | 2,200 | EA | 2,772.00 | 3,162.50 | 20.350 |
| SKU No.: 810715992 | | 550 | CTNS | | | |
| 60CT C9 LED ULTRA BRIGHT RED/WW | No. of Pallet: | | | | | |
| HTS Code.: 9405310040 | | | | | | |
| **Total:** | **(4,424 CTNS)** | **40,306** | | **18,224.85** | **23,467.56** | **149.583** |

**Consolidator(Full Name & Address)**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

**Container Stuffing Location(Full Name & Address )**
T.Y ELECTRIC CO.,LTD
SVAY RIENG GIGA RESOURCE SPECIAL ECONOMIC ZONE,
NATIONAL ROAD NO. 1, KANDIENG REAY COMMUNE, SVAY TEAP
DISTRICT, SVAY RIENG PROVINCE
SVAY RIENG PROVINCE , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95184477
ARTICLE# 810472810
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810472910
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810472909
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810715995
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810715808
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810567454
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810715878
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810715985
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810524806
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810524619
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810567489
DEPT# 360
MADE IN CAMBODIA

PO# 95184477
ARTICLE# 810567440
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567486
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810567539
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715877
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715925
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810472912
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810472914
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715993
DEPT# 360
MADE IN CAMBODIA


PO# 95184477
ARTICLE# 810715992
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

Seller reference

**240033-2 & 240037-2**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# INVOICE

---

**Invoice No.:** RT-240174

**Invoice Date.:** July 01, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY, MONTGOMERY, AL
36108, USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** OOCL KOREA / 0UPIVE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 10, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU4152602, CMAU4670427, TCLU4312849

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218026 | | 1,319 | EA | 17.200/EA | 22,686.800 |
| **SKU No.:** 810570666 | | 1,319 | CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232464 | | 1,596 | EA | 5.000/EA | 7,980.000 |
| **SKU No.:** 810570503 | | 133 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232464 | | 1,232 | EA | 5.900/EA | 7,268.800 |
| **SKU No.:** 810570504 | | 308 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248098 | | 906 | EA | 20.750/EA | 18,799.500 |
| **SKU No.:** 810569944 | | 906 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248098 | | 906 | EA | 22.300/EA | 20,203.800 |
| **SKU No.:** 810573725 | | 906 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218001 | | 60 | EA | 40.650/EA | 2,439.000 |
| **SKU No.:** 810716077 | | 60 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |

**HTS Code.:** 9505102500

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95218001 | | 434 | EA | 41.500/EA | 18,011.000 |
| **SKU No.:** 810716741 | | 434 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |

**HTS Code.:** 9505102500

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95232459 | | 3,252 | EA | 5.000/EA | 16,260.000 |
| **SKU No.:** 810570503 | | 271 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |

**HTS Code.:** 98179505

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95232459 | | 1,084 | EA | 5.900/EA | 6,395.600 |
| **SKU No.:** 810570504 | | 271 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |

**HTS Code.:** 98179505

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU, GUANGDONG
516213, CHINA

| | Total: | (4,608 CTNS) | 10,789 | 120,044.500 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED TWENTY THOUSAND FORTY-FOUR AND CENTS FIFTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4152602/R8090397/40H
CMAU4670427/R8084804/40H
TCLU4312849/R7394618/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4152602/R8090397/40H
CMAU4670427/R8084804/40H
TCLU4312849/R7394618/40'

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95218026
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232464
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232464
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248098
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248098
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95218001
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95218001
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232459
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232459
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240174

**Invoice Date.:** July 01, 2024

**Sold To:**  CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY, MONTGOMERY, AL
36108, USA

**Delivery To:**  2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** OOCL KOREA / 0UPIVE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 10, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** CMAU4152602, CMAU4670427, TCLU4312849

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218026 | | 1,319  EA | 2,703.95 | 4,286.75 | 54.079 |
| **SKU No.:** 810570666 | | 1,319  CTNS | | | |
| SET OF 3 SPIRAL TREE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232464 | | 1,596  EA | 775.39 | 1,021.44 | 8.113 |
| **SKU No.:** 810570503 | | 133  CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232464 | | 1,232  EA | 625.24 | 1,170.40 | 12.320 |
| **SKU No.:** 810570504 | | 308  CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | **No. of Pallet:** | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248098 | | 906  EA | 2,582.10 | 3,243.48 | 20.838 |
| **SKU No.:** 810569944 | | 906  CTNS | | | |
| 7FT 105L G30 CONE TREE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248098 | | 906  EA | 2,246.88 | 2,718.00 | 14.496 |
| **SKU No.:** 810573725 | | 906  CTNS | | | |
| SET OF 2 CONE TREE | **No. of Pallet:** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95218001 | 60 | EA | 211.20 | 298.80 | 7.440 |
| **SKU No.:** 810716077 | 60 | CTNS | | | |
| 62IN LIGHTED NUTCRACKER | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95218001 | 434 | EA | 1,649.20 | 2,226.42 | 46.872 |
| **SKU No.:** 810716741 | 434 | CTNS | | | |
| 63IN ANIMATED ANGEL | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95232459 | 3,252 | EA | 1,579.93 | 2,081.28 | 16.531 |
| **SKU No.:** 810570503 | 271 | CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 98179505 | | | | | |
| | | | | | |
| **P/O No.:** 95232459 | 1,084 | EA | 550.13 | 1,029.80 | 10.840 |
| **SKU No.:** 810570504 | 271 | CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | **No. of Pallet:** | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **Total:** (4,608 CTNS) | 10,789 | | 12,924.02 | 18,076.37 | 191.529 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4152602/R8090397/40H
CMAU4670427/R8084804/40H
TCLU4312849/R7394618/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4152602/R8090397/40H
CMAU4670427/R8084804/40H
TCLU4312849/R7394618/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218026
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232464
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232464
ARTICLE# 810570504
DEPT# 360

MADE IN CHINA
BIG LOTS
STORES

PO# 95248098
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248098
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95218001
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95218001
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232459
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA


PO# 95232459
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240184

**Sold To:**   AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** XIN FEI ZHOU / 097E

**Ship on or about:** September 17, 2024

**Invoice Date:** August 05, 2024

**Delivery To:**   18880 NAVAJO ROAD
APPLE VALLEY, CA 92307
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4552546

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218025 | | 1,078 | EA | 17.200/EA | 18,541.600 |
| **SKU No.:** 810570666 | | 1,078 | CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95232463 | | 908 | EA | 5.900/EA | 5,357.200 |
| **SKU No.:** 810570504 | | 227 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| | | | | | |
| **P/O No.:** 95248097 | | 629 | EA | 20.750/EA | 13,051.750 |
| **SKU No.:** 810569944 | | 629 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248097 | | 629 | EA | 22.300/EA | 14,026.700 |
| **SKU No.:** 810573725 | | 629 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| <u>Manufacturer Name & Address</u><br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | | |
| **Total:** | **(2,563 CTNS)** | | **3,244** | | **50,977.250** |

**TOTAL (USD) DOLLARS : FIFTY THOUSAND NINE HUNDRED SEVENTY-SEVEN AND CENTS TWENTY-FIVE ONLY.**

**Consolidator(Full Name & Address)** CCHSI24-11967-JKS
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95218025
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232463
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95248097
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248097
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240184         **Invoice Date.:** August 05, 2024

**Sold To:**    AVDC, LLC        **Delivery To:**    18880 NAVAJO ROAD
         18880 NAVAJO ROAD                APPLE VALLEY, CA 92307
         APPLE VALLEY, CA 92307            USA
         USA

**Shipment Terms:** FOB YANTIAN, CHINA        **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA          **L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 097E       **Port of Loading:** YANTIAN

**Ship on or about:** September 17, 2024       **Port of Entry:** LONG BEACH, CA

                                   **Destination:** DURANT, OK

**Container Number (Factory Load) :** DRYU4552546

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218025 | | 1,078 EA | 2,209.90 | 3,503.50 | 44.198 |
| **SKU No.:** 810570666 | | 1,078 CTNS | | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232463 | | 908 EA | 460.81 | 862.60 | 9.080 |
| **SKU No.:** 810570504 | | 227 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248097 | | 629 EA | 1,792.65 | 2,251.82 | 14.467 |
| **SKU No.:** 810569944 | | 629 CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248097 | | 629 EA | 1,559.92 | 1,887.00 | 10.064 |
| **SKU No.:** 810573725 | | 629 CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| Total: (2,563 CTNS) | | 3,244 | 6,023.28 | 8,504.92 | 77.809 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
DRYU4552546/OOLJXX0544/45'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO# 95218025
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95232463
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232463
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES
PO# 95248097
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248097
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240035-1 & 240040-1**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240185

**Invoice Date:** August 12, 2024

**Sold To:** BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Delivery To:** 500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 09, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95248106 | | 520 | EA | 20.750/EA | 10,790.000 |
| SKU No.: 810569944 | | 520 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |
| | | | | | |
| P/O No.: 95248106 | | 658 | EA | 22.300/EA | 14,673.400 |
| SKU No.: 810573725 | | 658 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |
| | | | | | |
| Manufacturer Name & Address | | | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | | |
| Total: | (1,178 CTNS) | | 1,178 | | 25,463.400 |

**TOTAL (USD) DOLLARS : TWENTY-FIVE THOUSAND FOUR HUNDRED SIXTY-THREE AND CENTS FORTY ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
TGBU5294921/R8109426/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248106

ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248106
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240185

**Invoice Date:** August 12, 2024

**Sold To:**  BIG LOTS STORES, LLC
500 PHILLIPI RD, COLUMBUS, OH 43228, USA

**Delivery To:**  500 PHILLIPI RD
COLUMBUS, OH 43228
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM ZEPHYR / 1TU9US1MA

**Port of Loading:** YANTIAN

**Ship on or about:** September 09, 2024

**Port of Entry:** NORFOLK, VA

**Destination:** COLUMBUS, OH

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95248106 | | 520  EA | 1,482.00 | 1,851.00 | 12.613 |
| **SKU No.:** 810569944 | | 520  CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248106 | | 658  EA | 1,631.84 | 1,954.00 | 11.400 |
| **SKU No.:** 810573725 | | 658  CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:** | **(1,178 CTNS)** | 1,178 | 3,113.84 | 3,805.00 | 24.013 |

| Consolidator(Full Name & Address) | Container Stuffing Location(Full Name & Address ) |
|---|---|
| YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: TGBU5294921/R8109426/40H | YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA), NO.15 MINGZHU ROAD, YANTIAN SHENZHEN , GUANGDONG 518083 CHINA Container No./Seal/Size: TGBU5294921/R8109426/40H |

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248106
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248106

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240186

**Invoice Date.:** April 08, 2024

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE MAJESTY / 015E

**Port of Loading:** YANTIAN

**Ship on or about:** September 15, 2024

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95248103 | | 818 | EA | 20.750/EA | 16,973.500 |
| **SKU No.:** 810569944 | | 818 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248103 | | 973 | EA | 22.300/EA | 21,697.900 |
| **SKU No.:** 810573725 | | 973 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | <u>Manufacturer Name & Address</u> | | | | |
| | TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | | |
| **Total:** | **(1,791 CTNS)** | **1,791** | | | **38,671.400** |

**TOTAL (USD) DOLLARS : THIRTY-EIGHT THOUSAND SIX HUNDRED SEVENTY-ONE AND CENTS FORTY ONLY.**

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU1352830/CNCR51370/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU1352830/CNCR51370/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95248103
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248103
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240186

**Sold To:**    CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** ONE MAJESTY / 015E

**Ship on or about:** September 15, 2024

**Invoice Date:** April 08, 2024

**Delivery To:**    2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** MOBILE, AL

**Destination:** MONTGOMERY, AL

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95248103 | | 818   EA | 2,331.30 | 2,912.00 | 19.841 |
| **SKU No.:** 810569944 | | 818   CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248103 | | 973   EA | 2,413.04 | 2,890.00 | 16.857 |
| **SKU No.:** 810573725 | | 973   CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:**    (1,791 CTNS) | | 1,791 | 4,744.34 | 5,802.00 | 36.698 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU1352830/CNCR51370/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
ONEU1352830/CNCR51370/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95248103
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248103
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240102      **Invoice Date.:** June 17, 2024

| | |
|---|---|
| **Sold To:** DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT, OK 74701<br>USA | **Delivery To:** 2306 ENTERPRISE DR<br>DURANT, OK 74701<br>USA |

**Shipment Terms:** FOB YANTIAN, CHINA      **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA      **L/C Number:** TT

**Vessel / Voyage:** CMA CGM YUKON / 0TXHVE1MA      **Port of Loading:** YANTIAN

**Ship on about:** July 13, 2024      **Port of Entry:** LOS ANGELES, CA

     **Destination:** DURANT, OK

**Container Number (Factory Load) :** CMAU4240508, SELU4137522

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209796 | | 947 EA | 43.700/EA | 41,383.900 |
| **SKU No.:** 810569914 | | 947 CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **P/O No.:** 95209796 | | 1,020 EA | 8.300/EA | 8,466.000 |
| **SKU No.:** 810253919 | | 255 CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209796 | | 1,020 EA | 8.300/EA | 8,466.000 |
| **SKU No.:** 810253920 | | 255 CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | |
| **HTS Code.:** 9505104010 | | | | |
| **P/O No.:** 95209796 | | 686 EA | 13.100/EA | 8,986.600 |
| **SKU No.:** 810614259 | | 686 CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| <u>Manufacturer Name & Address</u><br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| **Total:** | **(2,143 CTNS)** | 3,673 | | 67,302.500 |

**TOTAL (USD) DOLLARS : SIXTY-SEVEN THOUSAND THREE HUNDRED TWO AND CENTS FIFTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4240508/R7067236/40H
SELU4137522/R5015428/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4240508/R7067236/40H
SELU4137522/R5015428/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209796
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209796
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209796
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209796
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

**Seller reference**

**240025-5**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240102

**Invoice Date:** June 17, 2024

**Sold To:**     DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**     2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** CMA CGM YUKON / 0TXHVE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 13, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CMAU4240508, SELU4137522

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209796 | | 947 EA | 8,352.54 | 9,545.79 | 72.919 |
| **SKU No.:** 810569914 | | 947 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209796 | | 1,020 EA | 1,305.60 | 1,897.20 | 19.380 |
| **SKU No.:** 810253919 | | 255 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209796 | | 1,020 EA | 1,305.60 | 1,897.20 | 19.380 |
| **SKU No.:** 810253920 | | 255 CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209796 | | 686 EA | 1,323.98 | 1,728.72 | 16.464 |
| **SKU No.:** 810614259 | | 686 CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| Total: | (2,143 CTNS) | 3,673 | 12,287.72 | 15,068.91 | 128.143 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4240508/R7067236/40H
SELU4137522/R5015428/40H

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
CMAU4240508/R7067236/40H
SELU4137522/R5015428/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209796
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

PO# 95209796
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA

PO# 95209796
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA

PO# 95209796
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

**Seller reference**

**240026-5**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240107

**Invoice Date.:** July 08, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TS MELBOURNE / 0WF1BE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 14, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** TCKU6222963

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95209801 | | 81 | EA | 43.700/EA | 3,539.700 |
| SKU No.: 810569914 | | 81 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |
| P/O No.: 95209801 | | 1,404 | EA | 8.300/EA | 11,653.200 |
| SKU No.: 810253919 | | 351 | CTNS | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| HTS Code.: 9505104010 | | | | | |
| P/O No.: 95209801 | | 1,632 | EA | 8.300/EA | 13,545.600 |
| SKU No.: 810253920 | | 408 | CTNS | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| HTS Code.: 9505104010 | | | | | |
| P/O No.: 95209801 | | 28 | EA | 13.100/EA | 366.800 |
| SKU No.: 810614259 | | 28 | CTNS | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | | |

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU, GUANGDONG
516213, CHINA

| | | | |
|---|---|---|---|
| **Total:** | **(868 CTNS)** | **3,145** | **29,105.300** |

**TOTAL (USD) DOLLARS : TWENTY-NINE THOUSAND ONE HUNDRED FIVE AND CENTS THIRTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
TCKU6222963/R6587190/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
TCKU6222963/R6587190/40H

We certify that there is no wood packing material in the shipment.

<u>**Carton Marks And Number**</u>

BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

240026-5

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240107

**Invoice Date.:** July 08, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** TS MELBOURNE / 0WF1BE1MA

**Port of Loading:** YANTIAN

**Ship on or about:** July 14, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** TCKU6222963

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95209801 | | 81 EA | 714.42 | 816.48 | 6.237 |
| **SKU No.:** 810569914 | | 81 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95209801 | | 1,404 EA | 1,797.12 | 2,611.44 | 26.676 |
| **SKU No.:** 810253919 | | 351 CTNS | | | |
| I - 4FT YULETIDE GREEN CLEAR T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209801 | | 1,632 EA | 2,088.96 | 3,035.52 | 31.008 |
| **SKU No.:** 810253920 | | 408 CTNS | | | |
| J - 4FT YULETIDE GREEN MULTI T | No. of Pallet: | | | | |
| **HTS Code.:** 9505104010 | | | | | |
| **P/O No.:** 95209801 | | 28 EA | 54.04 | 70.56 | 0.672 |
| **SKU No.:** 810614259 | | 28 CTNS | | | |
| Y- 4FT WHITE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **Total:** (868 CTNS) | | 3,145 | 4,654.54 | 6,534.00 | 64.593 |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
TCKU6222963/R6587190/40H

HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
TCKU6222963/R6587190/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810253919
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810253920
DEPT# 360
MADE IN CHINA


PO# 95209801
ARTICLE# 810614259
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240150

**Invoice Date.:** June 10, 2024

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** COSCO SPAIN / 066E

**Port of Loading:** HAIPHONG

**Ship on or about:** July 31, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** OOLU4378995

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95179965 | | 1,656  EA | 6.500/EA | 10,764.000 |
| **SKU No.:** 810472904 | | 138  CTNS | | |
| 18FT LED ROPE LIGHT, WHITE | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179965 | | 1,148  EA | 5.100/EA | 5,854.800 |
| **SKU No.:** 810715924 | | 164  CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95179965 | | 1,344  EA | 4.460/EA | 5,994.240 |
| **SKU No.:** 810472905 | | 192  CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179965 | | 2,856  EA | 4.460/EA | 12,737.760 |
| **SKU No.:** 810472913 | | 408  CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179965 | | 2,443  EA | 4.460/EA | 10,895.780 |
| **SKU No.:** 810472908 | | 349  CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95179965 | | 1,862  EA | 4.460/EA | 8,304.520 |
| **SKU No.:** 810472907 | | 266  CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |

**Manufacturer Name & Address**

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG, THE NORTH OF VIETNAM
529728, VIETNAM

| | Total: | (1,517 CTNS) | 11,309 | 54,551.100 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : FIFTY-FOUR THOUSAND FIVE HUNDRED FIFTY-ONE AND CENTS TEN ONLY.

**Consolidator(Full Name & Address)**

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU4378995/OOLJUH0809/40'

**Container Stuffing Location(Full Name & Address )**

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG
DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU4378995/OOLJUH0809/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179965
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240016-5**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240150

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO SPAIN / 066E

**Ship on or about:** July 31, 2024

**Invoice Date.:** June 10, 2024

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** HAIPHONG

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** OOLU4378995

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95179965 | | 1,656  EA | 1,573.20 | 1,835.40 | 5.796 |
| **SKU No.:** 810472904 | | 138  CTNS | | | |
| 18FT LED ROPE LIGHT, WHITE | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95179965 | | 1,148  EA | 967.60 | 1,180.80 | 4.264 |
| **SKU No.:** 810715924 | | 164  CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | | |
| **HTS Code.:** 9405428410 | | | | | |
| **P/O No.:** 95179965 | | 1,344  EA | 1,132.80 | 1,382.40 | 4.992 |
| **SKU No.:** 810472905 | | 192  CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179965 | | 2,856  EA | 2,407.20 | 2,937.60 | 10.608 |
| **SKU No.:** 810472913 | | 408  CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **P/O No.:** 95179965 | | 2,443  EA | 2,059.10 | 2,512.80 | 9.074 |
| **SKU No.:** 810472908 | | 349  CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95179965 | | 1,862 | EA | 1,569.40 | 1,915.20 | 6.916 |
| **SKU No.:** 810472907 | | 266 | CTNS | | | |
| 18FT ROPE LIGHT RED | **No. of Pallet:** | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |

| | **Total:** | **(1,517 CTNS)** | **11,309** | | **9,709.30** | **11,764.20** | **41.650** |
|---|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU4378995/OOLJUH0809/40'

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU4378995/OOLJUH0809/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95179965
ARTICLE# 810472904
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95179965
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240155

**Invoice Date.:** June 17, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** COSCO SPAIN / 066E

**Port of Loading:** HAIPHONG

**Ship on or about:** July 31, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** OOLU9309699

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95180673 | | 182  EA | 5.100/EA | 928.200 |
| **SKU No.:** 810715924 | | 26  CTNS | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | |
| **HTS Code.:** 9405428410 | | | | |
| **P/O No.:** 95180673 | | 952  EA | 4.460/EA | 4,245.920 |
| **SKU No.:** 810472905 | | 136  CTNS | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180673 | | 3,136  EA | 4.460/EA | 13,986.560 |
| **SKU No.:** 810472913 | | 448  CTNS | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180673 | | 2,499  EA | 4.460/EA | 11,145.540 |
| **SKU No.:** 810472908 | | 357  CTNS | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |
| **P/O No.:** 95180673 | | 1,253  EA | 4.460/EA | 5,588.380 |
| **SKU No.:** 810472907 | | 179  CTNS | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | |
| **HTS Code.:** 9405490000 | | | | |

Manufacturer Name & Address

NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,

THAI BINH PROVINCE, VIETNAM
HAI PHONG, THE NORTH OF VIETNAM
529728, VIETNAM

| | Total: | (1,146 CTNS) | 8,022 | 35,894.600 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTY-FIVE THOUSAND EIGHT HUNDRED NINETY-FOUR AND CENTS SIXTY ONLY.**

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU9309699/OOLJUJ1712/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU9309699/OOLJUJ1712/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180673
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM

PO# 95180673
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM

PO# 95180673
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM

PO# 95180673
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM

PO# 95180673
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

**Seller reference**

**240017-5**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240155

**Invoice Date.:** June 17, 2024

**Sold To:**  DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**  2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HAIPHONG, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**L/C Number:** TT

**Vessel / Voyage:** COSCO SPAIN / 066E

**Port of Loading:** HAIPHONG

**Ship on or about:** July 31, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** OOLU9309699

| Cargo Description | | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|---|
| **P/O No.:** 95180673 | | 182 | EA | 153.40 | 187.20 | 0.702 |
| **SKU No.:** 810715924 | | 26 | CTNS | | | |
| 18FT ROPE LED LIGHT, RED | No. of Pallet: | | | | | |
| **HTS Code.:** 9405428410 | | | | | | |
| **P/O No.:** 95180673 | | 952 | EA | 802.40 | 979.20 | 3.672 |
| **SKU No.:** 810472905 | | 136 | CTNS | | | |
| 18FT ROPE LIGHT BLUE | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **P/O No.:** 95180673 | | 3,136 | EA | 2,643.20 | 3,225.60 | 12.096 |
| **SKU No.:** 810472913 | | 448 | CTNS | | | |
| 18FT ROPE LIGHT CLEAR | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **P/O No.:** 95180673 | | 2,499 | EA | 2,106.30 | 2,570.40 | 9.639 |
| **SKU No.:** 810472908 | | 357 | CTNS | | | |
| 18FT ROPE LIGHT MULTI | No. of Pallet: | | | | | |
| **HTS Code.:** 9405490000 | | | | | | |
| **P/O No.:** 95180673 | | 1,253 | EA | 1,056.10 | 1,288.80 | 4.833 |
| **SKU No.:** 810472907 | | 179 | CTNS | | | |
| 18FT ROPE LIGHT RED | No. of Pallet: | | | | | |

| | Total: | (1,146 CTNS) | 8,022 | 6,761.40 | 8,251.20 | 30.942 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU9309699/OOLJUJ1712/40H

**Container Stuffing Location(Full Name & Address )**
NEO-NEON (VIET NAM) DEVELOPMENT COMPANY LIMITED
GIA LE INDUSTRIAL PARK, DONG XUAN COMMUNE, DONG HUNG DISTRICT,
THAI BINH PROVINCE, VIETNAM
HAI PHONG , THE NORTH OF VIETNAM
529728 VIETNAM
Container No./Seal/Size:
OOLU9309699/OOLJUJ1712/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95180673
ARTICLE# 810715924
DEPT# 360
MADE IN VIETNAM


PO# 95180673
ARTICLE# 810472905
DEPT# 360
MADE IN VIETNAM


PO# 95180673
ARTICLE# 810472913
DEPT# 360
MADE IN VIETNAM


PO# 95180673
ARTICLE# 810472908
DEPT# 360
MADE IN VIETNAM


PO# 95180673
ARTICLE# 810472907
DEPT# 360
MADE IN VIETNAM

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240170

**Invoice Date.:** June 10, 2024

**Sold To:**  DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**  2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** HYUNDAI FORWARD / 0157E

**Port of Loading:** YANTIAN

**Ship on about:** July 14, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CAIU7299410, GCXU5026227, HDMU6717496, HMMU6078602, HMMU6240230, HMMU6254790

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95217998 | | 832 | EA | 40.650/EA | 33,820.800 |
| **SKU No.:** 810716077 | | 832 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217998 | | 952 | EA | 41.500/EA | 39,508.000 |
| **SKU No.:** 810716741 | | 952 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217998 | | 498 | EA | 80.150/EA | 39,914.700 |
| **SKU No.:** 810716076 | | 498 | CTNS | | |
| 94IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223614 | | 683 | EA | 22.100/EA | 15,094.300 |
| **SKU No.:** 810716151 | | 683 | CTNS | | |
| 43IN POU UP PENGIUN | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223614 | | 644 | EA | 22.100/EA | 14,232.400 |
| **SKU No.:** 810716141 | | 644 | CTNS | | |
| 43IN POU UP SNOWMAN | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |

Manufacturer Name & Address

LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU, GUANGDONG
516213, CHINA

| | Total: | (3,609 CTNS) | 3,609 | 142,570.200 |
|---|---|---|---|---|

TOTAL (USD) DOLLARS : ONE HUNDRED FORTY-TWO THOUSAND FIVE HUNDRED SEVENTY AND CENTS TWENTY ONLY.

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
HMMU6078602/231594265/40H
HMMU6254790/231594387/40H
HDMU6717496/231592898/40H
HMMU6240230/24H0553503/40H
CAIU7299410/231594248/40H
GCXU5026227/231594212/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
HMMU6078602/231594265/40H
HMMU6254790/231594387/40H
HDMU6717496/231592898/40H
HMMU6240230/24H0553503/40H
CAIU7299410/231594248/40H
GCXU5026227/231594212/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95217998
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95217998
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA


PO# 95217998
ARTICLE# 810716076
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95223614
ARTICLE# 810716151
DEPT# 360
MADE IN CHINA


PO# 95223614
ARTICLE# 810716141
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240032-5 & 240036-5**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240170

**Invoice Date:** June 10, 2024

**Sold To:**  DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**  2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** HYUNDAI FORWARD / 0157E

**Port of Loading:** YANTIAN

**Ship on or about:** July 14, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CAIU7299410, GCXU5026227, HDMU6717496, HMMU6078602, HMMU6240230, HMMU6254790

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95217998 | | 832  EA | 2,928.64 | 4,143.36 | 103.168 |
| **SKU No.:** 810716077 | | 832  CTNS | | | |
| 62IN LIGHTED NUTCRACKER | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217998 | | 952  EA | 3,617.60 | 4,883.76 | 102.816 |
| **SKU No.:** 810716741 | | 952  CTNS | | | |
| 63IN ANIMATED ANGEL | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95217998 | | 498  EA | 3,286.80 | 5,079.60 | 87.150 |
| **SKU No.:** 810716076 | | 498  CTNS | | | |
| 94IN LIGHTED NUTCRACKER | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223614 | | 683  EA | 2,499.78 | 3,032.52 | 29.369 |
| **SKU No.:** 810716151 | | 683  CTNS | | | |
| 43IN POU UP PENGIUN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95223614 | | 644  EA | 2,434.32 | 2,898.00 | 27.692 |
| **SKU No.:** 810716141 | | 644  CTNS | | | |

43IN POU UP SNOWMAN

HTS Code.: 9505102500

| Total: | (3,609 CTNS) | 3,609 | 14,767.14 | 20,037.24 | 350.195 |
|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
HMMU6078602/231594265/40H
HMMU6254790/231594387/40H
HDMU6717496/231592898/40H
HMMU6240230/24H0553503/40H
CAIU7299410/231594248/40H
GCXU5026227/231594212/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
HMMU6078602/231594265/40H
HMMU6254790/231594387/40H
HDMU6717496/231592898/40H
HMMU6240230/24H0553503/40H
CAIU7299410/231594248/40H
GCXU5026227/231594212/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95217998
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95217998
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA


PO# 95217998
ARTICLE# 810716076
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95223614
ARTICLE# 810716151
DEPT# 360
MADE IN CHINA


PO# 95223614
ARTICLE# 810716141
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

**Seller reference**

**240037-5 CFS**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240177

**Invoice Date.:** July 01, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** YM WELLNESS / 0040E

**Port of Loading:** YANTIAN

**Ship on about:** July 22, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|
| **P/O No.:** 95232461 | 332   EA | 5.900/EA | 1,958.800 |
| **SKU No.:** 810570504 | 83   CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | |
| **HTS Code.:** 98179505 | | | |
| | | | |
| **Manufacturer Name & Address** | | | |
| TOYO ELECTRIC (HUIZHOU) CO., LTD. LIANTANG NORTH RD, HUIAO AVENUE WEST, HUIYANG ECONOMIC DEVELOPMENT ZONE, HUIZHOU, GUANGDONG 516213, CHINA | | | |
| **Total:    (83 CTNS)** | 332 | | 1,958.800 |

TOTAL (USD) DOLLARS : ONE THOUSAND NINE HUNDRED FIFTY-EIGHT AND CENTS EIGHTY ONLY.

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5028671/24H0806404/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5028671/24H0806404/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95232461
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240177

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Country of Origin:** CHINA

**Vessel / Voyage:** YM WELLNESS / 0040E

**Ship on or about:** July 22, 2024

**Invoice Date.:** July 01, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** YANTIAN

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| **P/O No.:** 95232461 | 332  EA | 168.49 | 318.00 | 3.451 |
| **SKU No.:** 810570504 | 83  CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | **No. of Pallet:** | | | |
| **HTS Code.:** 98179505 | | | | |
| **Total:**    (83 CTNS) | 332 | 168.49 | 318.00 | 3.451 |

**Consolidator(Full Name & Address)**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5028671/24H0806404/40H

**Container Stuffing Location(Full Name & Address )**
YUSEN LOGISTICS (SHENZHEN) CO.,LTD. C/O CNBMI
WAREHOUSE
CNBMI LOGISTICS CENTRE, ROAD 1, YANTIAN PORT BONDED
LOGISTICS PARK (NORTH AREA),
NO.15 MINGZHU ROAD, YANTIAN
SHENZHEN , GUANGDONG
518083 CHINA
Container No./Seal/Size:
KOCU5028671/24H0806404/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95232461
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240183

**Invoice Date.:** July 22, 2024

**Sold To:**   DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:**   2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 096E

**Port of Loading:** YANTIAN

**Ship on or about:** August 04, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** MAGU5641470, OOLU7873483

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218028 | | 1,488 | EA | 17.200/EA | 25,593.600 |
| **SKU No.:** 810570666 | | 1,488 | CTNS | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95232466 | | 1,512 | EA | 5.000/EA | 7,560.000 |
| **SKU No.:** 810570503 | | 126 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| | | | | | |
| **P/O No.:** 95232466 | | 1,212 | EA | 5.900/EA | 7,150.800 |
| **SKU No.:** 810570504 | | 303 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| | | | | | |
| **P/O No.:** 95248100 | | 952 | EA | 20.750/EA | 19,754.000 |
| **SKU No.:** 810569944 | | 952 | CTNS | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| | | | | | |
| **P/O No.:** 95248100 | | 952 | EA | 22.300/EA | 21,229.600 |
| **SKU No.:** 810573725 | | 952 | CTNS | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |

Manufacturer Name & Address

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,

| | Total: | (3,821 CTNS) | 6,116 | 81,288.000 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : EIGHTY-ONE THOUSAND TWO HUNDRED EIGHTY-EIGHT ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MAGU5641470/OOLJXZ9151/40H
OOLU7873483/OOLJYA7853/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MAGU5641470/OOLJXZ9151/40H
OOLU7873483/OOLJYA7853/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218028
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232466
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA


PO# 95232466
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248100
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA


PO# 95248100
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240183

**Invoice Date.:** July 22, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** XIN FEI ZHOU / 096E

**Port of Loading:** YANTIAN

**Ship on or about:** August 04, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** MAGU5641470, OOLU7873483

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218028 | | 1,488 EA | 3,050.40 | 4,836.00 | 61.008 |
| **SKU No.:** 810570666 | | 1,488 CTNS | | | |
| SET OF 3 SPIRAL TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232466 | | 1,512 EA | 734.58 | 967.68 | 7.686 |
| **SKU No.:** 810570503 | | 126 CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232466 | | 1,212 EA | 615.09 | 1,151.40 | 12.120 |
| **SKU No.:** 810570504 | | 303 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95248100 | | 952 EA | 2,713.20 | 3,408.16 | 21.896 |
| **SKU No.:** 810569944 | | 952 CTNS | | | |
| 7FT 105L G30 CONE TREE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95248100 | | 952 EA | 2,360.96 | 2,856.00 | 15.232 |
| **SKU No.:** 810573725 | | 952 CTNS | | | |
| SET OF 2 CONE TREE | No. of Pallet: | | | | |

| | Total: | (3,821 CTNS) | 6,116 | 9,474.23 | 13,219.24 | 117.942 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MAGU5641470/OOLJXZ9151/40H
OOLU7873483/OOLJYA7853/40'

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
MAGU5641470/OOLJXZ9151/40H
OOLU7873483/OOLJYA7853/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218028
ARTICLE# 810570666
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232466
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232466
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95248100
ARTICLE# 810569944
DEPT# 360
MADE IN CHINA

PO# 95248100
ARTICLE# 810573725
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

Seller reference

**240028-4 CY**

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240118 | **Invoice Date.:** September 09, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE COMPETENCE / 0091E

**Port of Loading:** YANTIAN

**Ship on or about:** September 10, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** KOCU4914171

| Cargo Description | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95209801 | 853 | EA | 43.700/EA | 37,276.100 |
| **SKU No.:** 810569914 | 853 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | |
| **HTS Code.:** 9505102500 | | | | |
| **Manufacturer Name & Address**<br><br>TOYO ELECTRIC (HUIZHOU) CO., LTD.<br>LIANTANG NORTH RD, HUIAO AVENUE WEST,<br>HUIYANG ECONOMIC DEVELOPMENT ZONE,<br>HUIZHOU, GUANGDONG<br>516213, CHINA | | | | |
| Total:    (853 CTNS) | 853 | | | 37,276.100 |
| TOTAL (USD) DOLLARS : THIRTY-SEVEN THOUSAND TWO HUNDRED SEVENTY-SIX AND CENTS TEN ONLY. | | | | |
| | | | | |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4914171/24H0575564/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4914171/24H0575564/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

**ROUNDTRIPPING LTD.**

Seller reference

240028-4 CY

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240118

**Invoice Date.:** September 09, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** ONE COMPETENCE / 0091E

**Port of Loading:** YANTIAN

**Ship on or about:** September 10, 2024

**Port of Entry:** LOS ANGELES, CA

**Port of Entry:** DURANT, OK

**Destination:** DURANT, OK

**Container Number (Factory Load) :** KOCU4914171

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95209801 | 853  EA | 7,523.46 | 8,598.24 | 65.681 |
| SKU No.: 810569914 | 853  CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE    No. of Pallet: | | | | |
| HTS Code.: 9505102500 | | | | |
| **Total:        (853 CTNS)** | **853** | **7,523.46** | **8,598.24** | **65.681** |

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4914171/24H0575564/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4914171/24H0575564/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240140

**Invoice Date.:** June 24, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 065E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 06, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CSLU1961941

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183207 | | 1,104　EA | 0.750/EA | 828.000 |
| **SKU No.:** 810472934 | | 23　CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183207 | | 888　EA | 6.300/EA | 5,594.400 |
| **SKU No.:** 810567444 | | 111　CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183207 | | 1,240　EA | 6.300/EA | 7,812.000 |
| **SKU No.:** 810567485 | | 155　CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183207 | | 2,880　EA | 1.200/EA | 3,456.000 |
| **SKU No.:** 810472932 | | 60　CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183207 | | 624　EA | 1.200/EA | 748.800 |
| **SKU No.:** 810472933 | | 13　CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183207 | | 14　EA | 2.730/EA | 38.220 |
| **SKU No.:** 810567447 | | 1　CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183207 · 21 EA · 2.730/EA · 57.330
**SKU No.:** 810567446 · 1 CTNS
C6 60 LED MULTI · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 48 EA · 44.280/EA · 2,125.440
**SKU No.:** 810567430 · 48 CTNS
COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 26 EA · 44.280/EA · 1,151.280
**SKU No.:** 810567429 · 26 CTNS
COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 312 EA · 3.690/EA · 1,151.280
**SKU No.:** 810567538 · 26 CTNS
M5 120 LED COOL WHITE · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 12 EA · 3.690/EA · 44.280
**SKU No.:** 810715874 · 1 CTNS
120CT M5 LED GREEN · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 12 EA · 3.690/EA · 44.280
**SKU No.:** 810715876 · 1 CTNS
120CT M5 LED RED/GREEN · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 72 EA · 3.690/EA · 265.680
**SKU No.:** 810715873 · 6 CTNS
120CT M5 LED RED · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 72 EA · 3.690/EA · 265.680
**SKU No.:** 810715966 · 6 CTNS
120CT M5 LED WW · No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183207 · 720 EA · 4.880/EA · 3,513.600
**SKU No.:** 810567455 · 72 CTNS
250CT ICICLE BLUE · No. of Pallet:
**HTS Code.:** 9405490000

**P/O No.:** 95183207 · 2,680 EA · 4.880/EA · 13,078.400
**SKU No.:** 810567456 · 268 CTNS

HTS Code.: 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (818 CTNS) | 10,725 | 40,174.670 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : FORTY THOUSAND ONE HUNDRED SEVENTY-FOUR AND CENTS SIXTY-SEVEN ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSLU1961941/OOLJTY5012/20'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSLU1961941/OOLJTY5012/20'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183207
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183207

PO# 95183207
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# PACKING LIST

**Invoice No.:** RT-240140

**Sold To:**    DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** COSCO ENGLAND / 065E

**Ship on or about:** September 06, 2024

**Invoice Date.:** June 24, 2024

**Delivery To:**    2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CSLU1961941

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183207 | 1,104 | EA | 75.90 | 120.75 | 0.805 |
| **SKU No.:** 810472934 | 23 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183207 | 888 | EA | 753.69 | 879.12 | 3.663 |
| **SKU No.:** 810567444 | 111 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183207 | 1,240 | EA | 1,052.45 | 1,227.60 | 5.115 |
| **SKU No.:** 810567485 | 155 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183207 | 2,880 | EA | 378.00 | 528.00 | 2.520 |
| **SKU No.:** 810472932 | 60 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183207 | 624 | EA | 81.90 | 114.40 | 0.546 |
| **SKU No.:** 810472933 | 13 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| P/O No.: 95183207 | | 14 | EA | 4.45 | 5.57 | 0.028 |
|---|---|---|---|---|---|---|
| SKU No.: 810567447 | | 1 | CTNS | | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 21 | EA | 6.68 | 8.32 | 0.041 |
|---|---|---|---|---|---|---|
| SKU No.: 810567446 | | 1 | CTNS | | | |
| C6 60 LED MULTI | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 48 | EA | 222.24 | 270.24 | 1.344 |
|---|---|---|---|---|---|---|
| SKU No.: 810567430 | | 48 | CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 26 | EA | 120.38 | 146.38 | 0.728 |
|---|---|---|---|---|---|---|
| SKU No.: 810567429 | | 26 | CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 312 | EA | 120.38 | 146.38 | 0.728 |
|---|---|---|---|---|---|---|
| SKU No.: 810567538 | | 26 | CTNS | | | |
| M5 120 LED COOL WHITE | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 12 | EA | 4.63 | 5.63 | 0.028 |
|---|---|---|---|---|---|---|
| SKU No.: 810715874 | | 1 | CTNS | | | |
| 120CT M5 LED GREEN | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 12 | EA | 4.63 | 5.63 | 0.028 |
|---|---|---|---|---|---|---|
| SKU No.: 810715876 | | 1 | CTNS | | | |
| 120CT M5 LED RED/GREEN | No. of Pallet: | | | | | |
| HTS Code.: 9405310010 | | | | | | |

| P/O No.: 95183207 | | 72 | EA | 27.78 | 33.78 | 0.168 |
|---|---|---|---|---|---|---|
| SKU No.: 810715873 | | 6 | CTNS | | | |
| 120CT M5 LED RED | No. of Pallet: | | | | | |

**HTS Code.:** 9405310010

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183207 | 72 | EA | 27.78 | 33.78 | 0.168 |
| **SKU No.:** 810715966 | 6 | CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183207 | 720 | EA | 438.48 | 506.16 | 2.088 |
| **SKU No.:** 810567455 | 72 | CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95183207 | 2,680 | EA | 1,632.12 | 1,884.04 | 7.772 |
| **SKU No.:** 810567456 | 268 | CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:** (818 CTNS) | 10,725 | | 4,951.49 | 5,915.78 | 25.770 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSLU1961941/OOLJTY5012/20'

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSLU1961941/OOLJTY5012/20'

<u>Carton Marks And Number</u>

BIG LOTS
STORES

PO# 95183207
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183207
ARTICLE# 810472933
DEPT# 360

PO# 95183207
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA


PO# 95183207
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240145

**Invoice Date.:** July 29, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CAMBODIA

**L/C Number:** TT

**Vessel / Voyage:** COSCO ENGLAND / 065E

**Port of Loading:** VUNG TAU

**Ship on or about:** September 06, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CSNU4091539

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| **P/O No.:** 95183212 | | 2,160  EA | 0.750/EA | 1,620.000 |
| **SKU No.:** 810472934 | | 45  CTNS | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183212 | | 2,072  EA | 6.300/EA | 13,053.600 |
| **SKU No.:** 810567444 | | 259  CTNS | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183212 | | 2,592  EA | 6.300/EA | 16,329.600 |
| **SKU No.:** 810567485 | | 324  CTNS | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183212 | | 6,144  EA | 1.200/EA | 7,372.800 |
| **SKU No.:** 810472932 | | 128  CTNS | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183212 | | 1,488  EA | 1.200/EA | 1,785.600 |
| **SKU No.:** 810472933 | | 31  CTNS | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | |
| **HTS Code.:** 9405390010 | | | | |
| **P/O No.:** 95183212 | | 42  EA | 2.730/EA | 114.660 |
| **SKU No.:** 810567447 | | 3  CTNS | | |
| C6 60 LED COOL WHITE | No. of Pallet: | | | |

**P/O No.:** 95183212 | 84 | EA | 2.730/EA | 229.320
**SKU No.:** 810567446 | 4 | CTNS
C6 60 LED MULTI | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 85 | EA | 44.280/EA | 3,763.800
**SKU No.:** 810567430 | 85 | CTNS
COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 56 | EA | 44.280/EA | 2,479.680
**SKU No.:** 810567429 | 56 | CTNS
COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 720 | EA | 3.690/EA | 2,656.800
**SKU No.:** 810567538 | 60 | CTNS
M5 120 LED COOL WHITE | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 48 | EA | 3.690/EA | 177.120
**SKU No.:** 810715874 | 4 | CTNS
120CT M5 LED GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 48 | EA | 3.690/EA | 177.120
**SKU No.:** 810715876 | 4 | CTNS
120CT M5 LED RED/GREEN | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 168 | EA | 3.690/EA | 619.920
**SKU No.:** 810715873 | 14 | CTNS
120CT M5 LED RED | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 168 | EA | 3.690/EA | 619.920
**SKU No.:** 810715966 | 14 | CTNS
120CT M5 LED WW | No. of Pallet:
**HTS Code.:** 9405310010

**P/O No.:** 95183212 | 1,620 | EA | 4.880/EA | 7,905.600
**SKU No.:** 810567455 | 162 | CTNS
250CT ICICLE BLUE | No. of Pallet:
**HTS Code.:** 9405490000

**P/O No.:** 95183212 | 6,060 | EA | 4.880/EA | 29,572.800
**SKU No.:** 810567456 | 606 | CTNS

**HTS Code.:** 9405490000

**Manufacturer Name & Address**

BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE,, CAMBODIA
200602, CAMBODIA

| | Total: | (1,799 CTNS) | 23,555 | 88,478.340 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : EIGHTY-EIGHT THOUSAND FOUR HUNDRED SEVENTY-EIGHT AND CENTS THIRTY-FOUR ONLY.**

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4091539/OOLJUE3721/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4091539/OOLJUE3721/40'

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95183212
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810472933
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183212

PO# 95183212
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240145

**Sold To:**  DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MING CITY, VIETNAM

**Country of Origin:** CAMBODIA

**Vessel / Voyage:** COSCO ENGLAND / 065E

**Ship on or about:** September 06, 2024

**Invoice Date.:** July 29, 2024

**Delivery To:**  2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CSNU4091539

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95183212 | 2,160 | EA | 148.50 | 236.25 | 1.575 |
| **SKU No.:** 810472934 | 45 | CTNS | | | |
| 20CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183212 | 2,072 | EA | 1,758.61 | 2,051.28 | 8.547 |
| **SKU No.:** 810567444 | 259 | CTNS | | | |
| 2X150CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183212 | 2,592 | EA | 2,199.96 | 2,566.08 | 10.692 |
| **SKU No.:** 810567485 | 324 | CTNS | | | |
| 2X150CT LIGHT MULTI | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183212 | 6,144 | EA | 806.40 | 1,126.40 | 5.376 |
| **SKU No.:** 810472932 | 128 | CTNS | | | |
| 50CT LIGHT CLEAR | No. of Pallet: | | | | |
| **HTS Code.:** 9405390010 | | | | | |
| **P/O No.:** 95183212 | 1,488 | EA | 195.30 | 272.80 | 1.302 |
| **SKU No.:** 810472933 | 31 | CTNS | | | |
| 50CT LIGHT MULTI | No. of Pallet: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183212 | | 42 EA | 13.35 | 16.71 | 0.084 |
| **SKU No.:** 810567447 | | 3 CTNS | | | |
| C6 60 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 84 EA | 26.72 | 33.28 | 0.164 |
| **SKU No.:** 810567446 | | 4 CTNS | | | |
| C6 60 LED MULTI | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 85 EA | 393.55 | 478.55 | 2.380 |
| **SKU No.:** 810567430 | | 85 CTNS | | | |
| COMBO M5 120 LED MULTI & BLUE (6PCS MULTI SKU 810567450 0299 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 56 EA | 259.28 | 315.28 | 1.568 |
| **SKU No.:** 810567429 | | 56 CTNS | | | |
| COMBO M5 120 LED RED WW & CW W (6PCS RED, WW SKU 810567453 0 | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 720 EA | 277.80 | 337.80 | 1.680 |
| **SKU No.:** 810567538 | | 60 CTNS | | | |
| M5 120 LED COOL WHITE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 48 EA | 18.52 | 22.52 | 0.112 |
| **SKU No.:** 810715874 | | 4 CTNS | | | |
| 120CT M5 LED GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 48 EA | 18.52 | 22.52 | 0.112 |
| **SKU No.:** 810715876 | | 4 CTNS | | | |
| 120CT M5 LED RED/GREEN | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | | 168 EA | 64.82 | 78.82 | 0.392 |
| **SKU No.:** 810715873 | | 14 CTNS | | | |
| 120CT M5 LED RED | **No. of Pallet:** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **P/O No.:** 95183212 | 168 | EA | 64.82 | 78.82 | 0.392 |
| **SKU No.:** 810715966 | 14 | CTNS | | | |
| 120CT M5 LED WW | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405310010 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | 1,620 | EA | 986.58 | 1,138.86 | 4.698 |
| **SKU No.:** 810567455 | 162 | CTNS | | | |
| 250CT ICICLE BLUE | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| | | | | | |
| **P/O No.:** 95183212 | 6,060 | EA | 3,690.54 | 4,260.18 | 17.574 |
| **SKU No.:** 810567456 | 606 | CTNS | | | |
| 250CT ICICLE CLEAR | **No. of Pallet:** | | | | |
| **HTS Code.:** 9405490000 | | | | | |
| **Total:** (1,799 CTNS) | 23,555 | | 10,923.27 | 13,036.15 | 56.648 |

**Consolidator(Full Name & Address)**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4091539/OOLJUE3721/40'

**Container Stuffing Location(Full Name & Address )**
BAI HONG (CAMBO) CO., LTD.
SVAY RIENG GIGA RESOURCE SEZ, NATIONAL ROAD #1,
KANDIENG REAY COMMUNE, SVAY TEAP DISTRICT,
SVAY RIENG PROVINCE, , CAMBODIA
200602 CAMBODIA
Container No./Seal/Size:
CSNU4091539/OOLJUE3721/40'

We certify that there is no wood packing material in the shipment.

<u>**Carton Marks And Number**</u>

BIG LOTS
STORES

PO# 95183212
ARTICLE# 810472934
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567444
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567485
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810472932
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810472933
DEPT# 360

PO# 95183212
ARTICLE# 810567447
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567446
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567430
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567429
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567538
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715874
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715876
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715873
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810715966
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567455
DEPT# 360
MADE IN CAMBODIA

PO# 95183212
ARTICLE# 810567456
DEPT# 360
MADE IN CAMBODIA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

# INVOICE

**Invoice No.:** RT-240176

**Invoice Date.:** July 01, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** YM UPWARD / 0088E

**Port of Loading:** YANTIAN

**Ship on or about:** August 12, 2024

**Port of Entry:** LOS ANGELES, CA

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** KOCU4449871

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95218003 | | 44 | EA | 40.650/EA | 1,788.600 |
| **SKU No.:** 810716077 | | 44 | CTNS | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218003 | | 243 | EA | 41.500/EA | 10,084.500 |
| **SKU No.:** 810716741 | | 243 | CTNS | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232461 | | 2,304 | EA | 5.000/EA | 11,520.000 |
| **SKU No.:** 810570503 | | 192 | CTNS | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232461 | | 436 | EA | 5.900/EA | 2,572.400 |
| **SKU No.:** 810570504 | | 109 | CTNS | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95209801 | | 116 | EA | 43.700/EA | 5,069.200 |
| **SKU No.:** 810569914 | | 116 | CTNS | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |

**Manufacturer Name & Address**

TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,

HUIZHOU ,GUANGDONG
516213, CHINA

| | Total: | (704 CTNS) | 3,143 | 31,034.700 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS : THIRTY-ONE THOUSAND THIRTY-FOUR AND CENTS SEVENTY ONLY.**

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4449871/24H0795534/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4449871/24H0795534/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218003
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA

PO# 95218003
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232461
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA

PO# 95232461
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

# ROUNDTRIPPING LTD.

9F, NO. 30, SEC. 3, RENAI RD. , TAIPEI, 10653, TAIWAN

---

# PACKING LIST

---

**Invoice No.:** RT-240176

**Invoice Date.:** July 01, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR, DURANT, OK 74701, USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB YANTIAN, CHINA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** YM UPWARD / 0088E

**Port of Loading:** YANTIAN

**Ship on or about:** August 12, 2024

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** KOCU4449871

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95218003 | | 44 EA | 154.88 | 219.12 | 5.456 |
| **SKU No.:** 810716077 | | 44 CTNS | | | |
| 62IN LIGHTED NUTCRACKER | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95218003 | | 243 EA | 923.40 | 1,246.59 | 26.244 |
| **SKU No.:** 810716741 | | 243 CTNS | | | |
| 63IN ANIMATED ANGEL | No. of Pallet: | | | | |
| **HTS Code.:** 9505102500 | | | | | |
| **P/O No.:** 95232461 | | 2,304 EA | 1,119.36 | 1,474.56 | 11.712 |
| **SKU No.:** 810570503 | | 192 CTNS | | | |
| 6PK 10IN CANDYCANE PATHWAY MAR | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95232461 | | 436 EA | 221.27 | 414.20 | 4.360 |
| **SKU No.:** 810570504 | | 109 CTNS | | | |
| 6PK 18IN CANDY CANE PATHWAY MA | No. of Pallet: | | | | |
| **HTS Code.:** 98179505 | | | | | |
| **P/O No.:** 95209801 | | 116 EA | 1,023.12 | 1,169.28 | 8.932 |
| **SKU No.:** 810569914 | | 116 CTNS | | | |
| UU - 7FT CHEYENNE DUAL LED TRE | No. of Pallet: | | | | |

| Total: | (704 CTNS) | 3,143 | 3,442.03 | 4,523.75 | 56.704 |
|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4449871/24H0795534/40H

**Container Stuffing Location(Full Name & Address )**
TOYO ELECTRIC (HUIZHOU) CO., LTD.
LIANTANG NORTH RD, HUIAO AVENUE WEST,
HUIYANG ECONOMIC DEVELOPMENT ZONE,
HUIZHOU , GUANGDONG
516213 CHINA
Container No./Seal/Size:
KOCU4449871/24H0795534/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES

PO# 95218003
ARTICLE# 810716077
DEPT# 360
MADE IN CHINA


PO# 95218003
ARTICLE# 810716741
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95232461
ARTICLE# 810570503
DEPT# 360
MADE IN CHINA


PO# 95232461
ARTICLE# 810570504
DEPT# 360
MADE IN CHINA
BIG LOTS
STORES

PO# 95209801
ARTICLE# 810569914
DEPT# 360
MADE IN CHINA

# EXHIBIT 2

## (SUMMARY OF DELIVERIES)

| Div | Vendor Name | Invoice # | Invoice Date | PO# | Invoice Amount | Arrival to DC (Customer Warehouse) | Invoices within 20 days of Sep 9th | Post-Petition Receipts |
|------|-------------|-----------|--------------|------|----------------|-----------------------------------|-----------------------------------|------------------------|
| AVDC | Roundtripping Ltd. | RT-240179 | 7/15/2024 | 95232458 | $ 13,320.00 | 08/23/24 | $ 13,320.00 | |
| AVDC | Roundtripping Ltd. | RT-240136 | 6/17/2024 | 95183199 | $ 198,173.78 | 23/8/2024  11:30:00 23/8/2024  19:38:00 | $ 198,173.78 | |
| AVDC | Roundtripping Ltd. | RT-240156 | 7/8/2024 | 95179967 | $ 42,955.36 | 2024/9/1 6:12 PM | $ 42,955.36 | |
| AVDC | Roundtripping Ltd. | RT-243606 | 8/5/2024 | 95232463 | $ 6,120.00 | 2024/9/6 3:19 PM | $ 6,120.00 | |
| AVDC | Roundtripping Ltd. | RT-240108 | 7/22/2024 | 95218000 | $ 2,439.00 | 11/09/24 | | $ 2,439.00 |
| AVDC | Roundtripping Ltd. | RT-240108 | 7/22/2024 | 95232458 | $ 4,295.20 | 11/09/24 | | $ 4,295.20 |
| AVDC | Roundtripping Ltd. | RT-240108 | 7/22/2024 | 95209798 | $ 57,933.50 | 11/09/24 | | $ 57,933.50 |
| AVDC | Roundtripping Ltd. | RT-240131 | 6/24/2024 | 95181562 | $ 28,350.00 | 11/15/24 | | $ 28,350.00 |
| AVDC | Roundtripping Ltd. | RT-240141 | 7/8/2024 | 95183204 | $ 72,301.99 | 2024/10/13 8:54 PM | | $ 72,301.99 |
| AVDC | Roundtripping Ltd. | RT-240166 | 7/8/2024 | 95184476 | $ 119,388.84 | 16/10/2024  16:12:00 14/10/2024  21:31:00 | | $ 119,388.84 |
| AVDC | Roundtripping Ltd. | RT-240178 | 7/15/2024 | 95218000 | $ 12,367.00 | 11/08/24 | | $ 12,367.00 |
| AVDC | Roundtripping Ltd. | RT-240178 | 7/15/2024 | 95209798 | $ 14,906.80 | 11/08/24 | | $ 14,906.80 |
| AVDC | Roundtripping Ltd. | RT-240184 | 8/5/2024 | 95232463 | $ 5,357.20 | 2024/10/16 4:12 PM | | $ 5,357.20 |
| AVDC | Roundtripping Ltd. | RT-240184 | 8/5/2024 | 95218025 | $ 18,541.60 | 2024/10/16 4:12 PM | | $ 18,541.60 |
| AVDC | Roundtripping Ltd. | RT-240184 | 8/5/2024 | 95248097 | $ 27,078.45 | 2024/10/16 4:12 PM | | $ 27,078.45 |
| AVDC | | | | | | | $ 260,569.14 | $ 362,959.58 |

| | |
|---|---|
| 503(b)(9) window | $260,569.14 |
| Goods Received Post-Petition | $362,959.58 |

| Div | Vendor Name | Invoice # | Invoice Date | PO# | Invoice Amount | Arrival to DC (Customer Warehouse) | Invoices within 20 days of Sep 9th | Post-Petition Receipts |
|---|---|---|---|---|---|---|---|---|
| Big Lots Stores | Roundtripping Ltd. | RT-240099 | 6/17/2024 | 95209797 | $ 121,783.10 | 3/9/2024 15:41:00<br>2/9/2024 9:01:00<br>30/8/2024 9:07:00<br>30/8/2024 8:18:00 | $ 121,783.10 | |
| Big Lots Stores | Roundtripping Ltd. | RT-240104 | 7/8/2024 | 95209802 | $ 113,834.20 | APZU4473973 - 30/8/2024 13:20:00,<br>CMAU8256267 - 30/8/2024 11:41:00,<br>CMAU8297332 - 30/8/2024 9:33:00,<br>APZU4747626 - 4/9/2024 0:51:00 | $ 113,834.20 | |
| Big Lots Stores | Roundtripping Ltd. | RT-240147 | 6/10/2024 | 95179966 | $ 100,959.78 | 22/8/2024 15:16:00<br>20/8/2024 13:02:00 | $ 100,959.78 | |
| Big Lots Stores | Roundtripping Ltd. | RT-240152 | 6/17/2024 | 95180674 | $ 62,623.96 | 2024/9/4 4:35 AM | $ 62,623.96 | |
| Big Lots Stores | Roundtripping Ltd. | RT-240173 | 7/1/2024 | 95232462 | $ 10,124.40 | 2024/8/30 12:20 PM | $ 10,124.40 | |
| Big Lots Stores | Roundtripping Ltd. | RT-240006 | 6/7/2024 | 95108440 | $ 12,802.70 | 2024/9/9 6:36 PM | | $ 12,802.70 |
| Big Lots Stores | Roundtripping Ltd. | RT-240079 | 6/17/2024 | 95111466 | $ 2,916.00 | 2024/9/9 6:36 PM | | $ 2,916.00 |
| Big Lots Stores | Roundtripping Ltd. | RT-240084 | 6/17/2024 | 95112282 | $ 9,539.10 | 2024/9/9 6:36 PM | | $ 9,539.10 |
| Big Lots Stores | Roundtripping Ltd. | RT-240127 | 6/24/2024 | 95181566 | $ 28,620.00 | 11/15/24 | | $ 28,620.00 |
| Big Lots Stores | Roundtripping Ltd. | RT-240137 | 6/24/2024 | 95183208 | $ 81,965.39 | 11/15/24 | | $ 81,965.39 |
| Big Lots Stores | Roundtripping Ltd. | RT-240142 | 7/29/2024 | 95183213 | $ 183,382.12 | 10/21/24 | | $ 183,382.12 |
| Big Lots Stores | Roundtripping Ltd. | RT-240162 | 7/1/2024 | 95184491 | $ 127,212.46 | 10/21/2024, 10/22/2024 | | $ 127,212.46 |
| Big Lots Stores | Roundtripping Ltd. | RT-240167 | 6/10/2024 | 95222621 | $ 82,407.30 | 18/9/2024 12:02:00<br>20/9/2024 11:00:00 | | $ 82,407.30 |
| Big Lots Stores | Roundtripping Ltd. | RT-240167 | 6/10/2024 | 95223621 | $ 20,729.80 | 18/9/2024 12:02:00<br>18/9/2024 16:39:00<br>20/9/2024 11:36:00 | | $ 20,729.80 |
| Big Lots Stores | Roundtripping Ltd. | RT-240172 | 7/1/2024 | 95232467 | $ 7,305.20 | 2024/10/10 12:00 AM | | $ 7,305.20 |
| Big Lots Stores | Roundtripping Ltd. | RT-240172 | 7/1/2024 | 95218004 | $ 12,380.45 | 2024/10/10 12:00 AM | | $ 12,380.45 |
| Big Lots Stores | Roundtripping Ltd. | RT-240172 | 7/1/2024 | 95232462 | $ 14,820.00 | 10/10/2024 | | $ 14,820.00 |
| Big Lots Stores | Roundtripping Ltd. | RT-240172 | 7/1/2024 | 95218029 | $ 25,920.40 | 2024/10/10 12:00 AM | | $ 25,920.40 |
| Big Lots Stores | Roundtripping Ltd. | RT-240172 | 7/1/2024 | 95248101 | $ 35,214.90 | 2024/10/10 12:00 AM | | $ 35,214.90 |
| Big Lots Stores | Roundtripping Ltd. | RT-240185 | 8/12/2024 | 95248106 | $ 25,463.40 | 11/07/24 | | $ 25,463.40 |
| Big Lots Stores | | | | | | | $ 409,325.44 | $ 670,679.22 |

| | |
|---|---|
| 503(b)(9) window | $409,325.44 |
| Goods Received Post-Petition | $670,679.22 |

| Div | Vendor Name | Invoice # | Invoice Date | PO# | Invoice Amount | Arrival to DC (Customer Warehouse) | Invoices within 20 days of Sep 9th | Post-Petition Receipts |
|---|---|---|---|---|---|---|---|---|
| Closeout | Roundtripping Ltd. | RT-240008 | 6/24/2024 | 95108438 | $ 13,761.90 | 2024/9/5 12:52 PM | $ 13,761.90 | |
| Closeout | Roundtripping Ltd. | RT-240081 | 6/24/2024 | 95111462 | $ 3,866.40 | 2024/9/5 11:02 AM | $ 3,866.40 | |
| Closeout | Roundtripping Ltd. | RT-240086 | 6/24/2024 | 95112280 | $ 11,364.30 | 2024/9/5 12:52 PM | $ 11,364.30 | |
| Closeout | Roundtripping Ltd. | RT-240101 | 6/24/2024 | 95209795 | $ 95,295.60 | 10/22/2024, 10/23/2024 | | $ 95,295.60 |
| Closeout | Roundtripping Ltd. | RT-240106 | 7/15/2024 | 95209800 | $ 65,660.80 | 10/28/2024, 10/29/2024 | | $ 65,660.80 |
| Closeout | Roundtripping Ltd. | RT-240111 | 8/12/2024 | 95209805 | $ 58,846.70 | 10/28/24 | | $ 58,846.70 |
| Closeout | Roundtripping Ltd. | RT-240117 | 9/2/2024 | 95209800 | $ 39,176.80 | 08/30/24 | | $ 39,176.80 |
| Closeout | Roundtripping Ltd. | RT-240129 | 7/8/2024 | 95181564 | $ 39,420.00 | 10/21/24 | | $ 39,420.00 |
| Closeout | Roundtripping Ltd. | RT-240139 | 7/8/2024 | 95183206 | $ 91,548.95 | 10/21/24 | | $ 91,548.95 |
| Closeout | Roundtripping Ltd. | RT-240144 | 8/5/2024 | 95183211 | $ 205,963.59 | 2024/9/20 11:25 AM | | $ 205,963.59 |
| Closeout | Roundtripping Ltd. | RT-240146 | 8/5/2024 | 95568908 | $ 162,758.57 | 16/10/2024 16:12:00, 17/10/2024 10:12:00 | | $ 162,758.57 |
| Closeout | Roundtripping Ltd. | RT-240154 | 7/8/2024 | 95180671 | $ 50,073.38 | 11/20/24 | | $ 50,073.38 |
| Closeout | Roundtripping Ltd. | RT-240164 | 7/8/2024 | 95184478 | $ 161,274.24 | 10/21/24 | | $ 161,274.24 |
| Closeout | Roundtripping Ltd. | RT-240169 | 6/17/2024 | 95223608 | $ 27,514.50 | 16/9/2024 15:59:00 11/9/2024 9:20:00 11/9/2024 9:48:00 11/9/2024 9:37:00 | | $ 27,514.50 |
| Closeout | Roundtripping Ltd. | RT-240169 | 6/17/2024 | 95217997 | $ 97,858.15 | 12/9/2024 9:35:00 16/9/2024 15:59:00 11/9/2024 9:20:00 11/9/2024 9:48:00 11/9/2024 9:37:00 | | $ 97,858.15 |
| Closeout | Roundtripping Ltd. | RT-240175 | 7/8/2024 | 95232465 | $ 10,617.60 | 10/28/24 | | $ 10,617.60 |
| Closeout | Roundtripping Ltd. | RT-240175 | 7/8/2024 | 95218002 | $ 17,050.40 | 10/28/24 | | $ 17,050.40 |
| Closeout | Roundtripping Ltd. | RT-240175 | 7/8/2024 | 95232460 | $ 19,060.80 | 10/28/24 | | $ 19,060.80 |
| Closeout | Roundtripping Ltd. | RT-240175 | 7/8/2024 | 95218027 | $ 20,726.00 | 10/28/24 | | $ 20,726.00 |
| Closeout | Roundtripping Ltd. | RT-240175 | 7/8/2024 | 95248099 | $ 35,387.10 | 10/28/24 | | $ 35,387.10 |
| Closeout | Roundtripping Ltd. | RT-240187 | 8/18/2024 | 95248104 | $ 32,330.65 | 10/23/24 | | $ 32,330.65 |
| Closeout | Roundtripping Ltd. | RT-240187 | 8/18/2024 | 95568909 | $ 35,262.70 | 10/23/24 | | $ 35,262.70 |
| Closeout | | | | | | | $ 28,992.60 | $ 1,265,826.53 |

| | |
|---|---|
| 503(b)(9) window | $28,992.60 |
| Goods Received Post-Petition | $1,265,826.53 |

| Div | Vendor Name | Invoice # | Invoice Date | PO# | Invoice Amount | Arrival to DC (Customer Warehouse) | Invoices within 20 days of Sep 9th | Post-Petition Receipts |
|---|---|---|---|---|---|---|---|---|
| CSC Dist. | Roundtripping Ltd. | RT-240007 | 6/17/2024 | 95108437 | $ 13,420.00 | 2024/8/21 18:11 | $ 13,420.00 | |
| CSC Dist. | Roundtripping Ltd. | RT-240080 | 6/17/2024 | 95111461 | $ 2,332.80 | 2024/8/27 3:06 PM | $ 2,332.80 | |
| CSC Dist. | Roundtripping Ltd. | RT-240085 | 6/17/2024 | 95112279 | $ 7,650.90 | 2024/8/21 6:11 PM | $ 7,650.90 | |
| CSC Dist. | Roundtripping Ltd. | RT-240148 | 6/10/2024 | 95179954 | $ 112,475.66 | 22/8/2024 11:53:00 22/8/2024 13:29:00 | $ 112,475.66 | |
| CSC Dist. | Roundtripping Ltd. | RT-240100 | 6/17/2024 | 95181560 | $ 110,234.40 | 2024/9/12 9:18 AM | | $ 110,234.40 |
| CSC Dist. | Roundtripping Ltd. | RT-240105 | 7/8/2024 | 95209799 | $ 130,495.30 | 26/9/2024 10:35:00 26/9/2024 13:47:00 26/9/2024 16:20:00 28/9/2024 13:36:00 | | $ 130,495.30 |
| CSC Dist. | Roundtripping Ltd. | RT-240110 | 8/5/2024 | 95209804 | $ 73,392.50 | 10/30/2024, 10/31/2024 | | $ 73,392.50 |
| CSC Dist. | Roundtripping Ltd. | RT-240128 | 7/1/2024 | 95181563 | $ 50,040.00 | 10/19/24 | | $ 50,040.00 |
| CSC Dist. | Roundtripping Ltd. | RT-240138 | 7/1/2024 | 95183205 | $ 90,024.56 | 10/28/24 | | $ 90,024.56 |
| CSC Dist. | Roundtripping Ltd. | RT-240143 | 7/29/2024 | 95183210 | $ 201,400.31 | 10/29/2024, 11/1/2024 | | $ 201,400.31 |
| CSC Dist. | Roundtripping Ltd. | RT-240153 | 7/1/2024 | 95179969 | $ 55,956.32 | 2024/10/10 1:43 PM | | $ 55,956.32 |
| CSC Dist. | Roundtripping Ltd. | RT-240163 | 7/1/2024 | 95184477 | $ 168,387.28 | 10/28/24 | | $ 168,387.28 |
| CSC Dist. | Roundtripping Ltd. | RT-240174 | 7/1/2024 | 95232464 | $ 15,248.80 | 19/10/2024 20:54:00, 21/10/2024 0:35:00 | | $ 15,248.80 |
| CSC Dist. | Roundtripping Ltd. | RT-240174 | 7/1/2024 | 95218001 | $ 20,450.00 | 19/10/2024 20:54:00, 21/10/2024 0:35:00 | | $ 20,450.00 |
| CSC Dist. | Roundtripping Ltd. | RT-240174 | 7/1/2024 | 95232459 | $ 22,655.60 | 19/10/2024 20:54:00, 21/10/2024 0:35:00 | | $ 22,655.60 |
| CSC Dist. | Roundtripping Ltd. | RT-240174 | 7/1/2024 | 95218026 | $ 22,686.80 | 19/10/2024 20:54:00, 21/10/2024 0:35:00 | | $ 22,686.80 |
| CSC Dist. | Roundtripping Ltd. | RT-240163 | 7/1/2024 | 95248098 | $ 39,003.30 | 19/10/2024 20:54:00, 21/10/2024 0:35:00 | | $ 39,003.30 |
| CSC Dist. | Roundtripping Ltd. | RT-240186 | 8/8/2024 | 95248103 | $ 38,671.40 | 11/18/24 | | $ 38,671.40 |
| CSC Dist. | | | | | | | $135,879.36 | $1,038,646.57 |

| | |
|---|---|
| 503(b)(9) window | $135,879.36 |
| Goods Received Post-Petition | $1,038,646.57 |

| Div | Vendor Name | Invoice # | Invoice Date | PO# | Invoice Amount | Arrival to DC (Customer Warehouse) | Invoices within 20 days of Sep 9th | Post-Petition Receipts |
|------|------|------|------|------|------|------|------|------|
| Durant | Roundtripping Ltd. | RT-240102 | 6/17/2024 | 95209796 | $ 67,302.50 | 27/8/2024 14:15:00<br>27/8/2024 13:12:00 | $ 67,302.50 | |
| Durant | Roundtripping Ltd. | RT-240107 | 7/8/2024 | 95209801 | $ 29,105.30 | 2024/9/2 7:49 AM | $ 29,105.30 | |
| Durant | Roundtripping Ltd. | RT-240150 | 6/10/2024 | 95179965 | $ 54,551.10 | 2024/9/5 12:07 AM | $ 54,551.10 | |
| Durant | Roundtripping Ltd. | RT-240155 | 6/17/2024 | 95180673 | $ 35,894.60 | 9/5 | $ 35,894.60 | |
| Durant | Roundtripping Ltd. | RT-240170 | 6/10/2024 | 95217998 | $ 113,243.50 | 22/8/2024 14:21:00<br>23/8/2024 12:46:00<br>26/8/2024 13:14:00<br>22/8/2024 14:38:00<br>26/8/2024 17:20:00<br>3/9/2024 14:27:00 | $ 113,243.50 | |
| Durant | Roundtripping Ltd. | RT-240170 | 6/10/2024 | 95223614 | $ 29,326.70 | 22/8/2024 14:21:00<br>23/8/2024 12:46:00<br>26/8/2024 13:14:00<br>22/8/2024 14:38:00<br>26/8/2024 17:20:00<br>3/9/2024 14:27:00 | $ 29,326.70 | |
| Durant | Roundtripping Ltd. | RT-240177 | 7/1/2024 | 95232461 | $ 1,958.80 | 2024/8/30 10:17 AM | $ 1,958.80 | |
| Durant | Roundtripping Ltd. | RT-240183 | 7/22/2024 | 95218028 | $ 25,593.60 | 4/9/2024 19:27:00<br>5/9/2024 19:39:00 | $ 25,593.60 | |
| Durant | Roundtripping Ltd. | RT-240183 | 7/22/2024 | 95232466 | $ 14,710.80 | 4/9/2024 19:27:00<br>5/9/2024 19:39:00 | $ 14,710.80 | |
| Durant | Roundtripping Ltd. | RT-240183 | 7/22/2024 | 95248100 | $ 40,983.60 | 4/9/2024 19:27:00<br>5/9/2024 19:39:00 | $ 40,983.60 | |
| Durant | Roundtripping Ltd. | RT-240118 | 9/9/2024 | 95209801 | $ 37,276.10 | 10/23/24 | | $ 37,276.10 |
| Durant | Roundtripping Ltd. | RT-240140 | 6/24/2024 | 95183207 | $ 40,174.67 | 2024/10/7 3:16 PM | | $ 40,174.67 |
| Durant | Roundtripping Ltd. | RT-240145 | 7/29/2024 | 95183212 | $ 88,478.34 | 2024/10/8 4:51 AM | | $ 88,478.34 |
| Durant | Roundtripping Ltd. | RT-240176 | 7/1/2024 | 95209801 | $ 5,069.20 | 2024/10/3 6:51 PM | | $ 5,069.20 |
| Durant | Roundtripping Ltd. | RT-240176 | 7/1/2024 | 95218003 | $ 11,873.10 | | | $ 11,873.10 |
| Durant | Roundtripping Ltd. | RT-240176 | 7/1/2024 | 95232461 | $ 14,092.40 | 2024/10/3 6:51 PM | | $ 14,092.40 |
| Durant | | | | | | | $ 412,670.50 | $ 196,963.81 |

| | |
|------|------|
| 503(b)(9) window | $412,670.50 |
| Goods Received Post-Petition | $196,963.81 |