**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 28, 2025 at 4 p.m. (ET)**<br>**Hearing Date: February 26, 2025, at 10:30 a.m. (ET)** |

**NOTICE OF HEARING ON ROUNDTRIPPING LTD.'S MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that on January 14, 2024, Roundtripping Ltd. ("Roundtripping") filed the *Roundtripping's Motion for Allowance and Payment of Administrative Expense Claims* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 26, 2025 at 10:30 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for Roundtripping, on or before **January 28, 2025 at 4:00 p.m. (Eastern Time)**.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated:  January 14, 2025<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>*Katharina Earle*<br>Katharina Earle (No. 6348)<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Tel:  302-518-6300<br>Fax:  302-429-6294<br>Email:  kearle@gibbonslaw.com<br><br>and<br><br>Mark Conlan, Esq. (admitted *pro hac vice*)<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: 973-596-4545<br>E-mail: mconlan@gibbonslaw.com<br><br>*Counsel for Roundtripping Ltd.* |