## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 14th day of January 2025, a true and correct copy of the foregoing *Roundtripping's Motion for Allowance and Payment of Administrative Expense Claims* was caused to be served via CM/ECF on all parties who have registered for electronic service in these cases. Additional service was completed by electronic mail upon the parties indicated on the attached service list.

Dated: January 14, 2025
Wilmington, Delaware

                                                  */s/ Katharina Earle*
                                                  Katharina Earle (No. 6348)
                                                  Gibbons, P.C.

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com


Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
**Morris, Nichols, Arsht & Tunnell LLP**
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35 Wilmington, DE 19801
linda.casey@usdoj.gov

Darren Azman, Esq.
Kristin G. Going, Esq.
**McDermott Will & Emery LLP**
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
**Cole Schotz P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com