**Exhibit A**

**Trade Motions**

| No. | Motion | Date Filed | Docket Number |
|---|---|---|---|
| 1. | Motion of Hybrid Promotions, LLC for Allowance and Immediate Payment of Administrative Expense Claim | 12/23/2024 | 1421 |
| 2. | Hello Sofa, LLC's Motion for Allowance and Payment of Administrative Claim | 12/27/2024 | 1452 |
| 3. | American Furniture's Motion for Allowance and Payment of Administrative Claims | 12/27/2024 | 1453 |
| 4. | JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims | 12/30/2024 | 1491 |
| 5. | Sensational Brands Inc. & the Marketing Group LLC's Motion for Allowance and to Compel Payment of Administrative Expense Claims | 12/30/2024 | 1494 |
| 6. | Topmost Design Co., Ltd.'s Motion for Allowance and Payment of Administrative Claim | 12/31/2024 | 1508 |
| 7. | D.H. Pace Company, Inc.'s Motion for Allowance of Administrative Expense Claim and to Compel Payment | 1/3/2025 | 1561 |
| 8. | Application of Homelegance Inc. for Allowance of Administrative Expense | 1/3/2025 | 1571 |
| 9. | Motion of Zuru LLC for Allowance and Payment of Administrative Expense Claims | 1/3/2025 | 1572 |
| 10. | Motion of Respawn for Allowance and Payment of Chapter 11 Administrative Expense Claim | 1/6/2025 | 1577 |
| 11. | Application of Kapoor Industries Limited for an Order Compelling Payment of Administrative Expense | 1/6/2025 | 1581 |
| 12. | Parfums de Coeur's Motion for Allowance and Payment of Administrative Claim | 1/6/2025 | 1583 |
| 13. | Creditor Giftree Crafts Company Limited's Motion for an Order (I) Allowing and Compelling Immediate Payment of its Administrative Expense Claims and Prepetition Claims; and (II) for Other Requested Relief | 1/6/2025 | 1584 |
| 14. | All Courtesy International Ltd's Motion for Allowance and Payment of Administrative Claim | 1/6/2025 | 1586 |
| 15. | Motion of Kentex Corporation for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief | 1/7/2025 | 1594 |
| 16. | SquareTrade, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | 1/7/2025 | 1596 |
| 17. | Pem-America, Inc. and Pem-America (H.K.) Company Limited's Motion for Allowance and Payment of Administrative Claims | 1/7/2025 | 1604 |
| 18. | All State Brokerage, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | 1/7/2025 | 1608 |

| No. | Motion | Date Filed | Docket Number |
|---|---|---|---|
| 19. | Motion for Mattress Development Company of Delaware LLC for Allowance and Payment of Administrative Expense Claims | 1/7/2025 | 1609 |
| 20. | Arrive Logistics' Motion for Allowance and Payment of Administrative Expense Claim | 1/7/2025 | 1624 |
| 21. | Motion for Jordan Manufacturing Company, Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief | 1/7/2025 | 1626 |
| 22. | Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) | 1/8/2025 | 1628 |
| 23. | Serta Simmons Bedding, LLC's Motion for Allowance and Payment of Administrative Claim | 1/9/2025 | 1656 |