**<u>Exhibit B</u>**

**Rent Motions**

| No. | Motion | Date Filed | Docket Number |
|---|---|---|---|
| 1. | Motion of Cicero 8148 LLC to Compel Rejection of Lease, Payment of Post-Petition Rent | 10/22/2024 | 588 |
| 2. | HH-Laveen LLC Motion for Allowance and Payment of Admin Rent | 12/2/2024 | 1289 |
| 3. | Motion to Compel Immediate Payment of Stub Rent Filed by Lebanon Windermere, LLC, Paragon Windermere, LLC | 12/20/2024 | 1404 |
| 4. | Motion of Ecol Partnership, LCC for Allowance and Payment of Administrative Expense Claim | 12/20/2024 | 1406 |
| 5. | Motion of Ogden Plaza LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations | 12/27/2024 | 1436 |
| 6. | Motion of BDPM Group, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations | 12/27/2024 | 1451 |
| 7. | Motion of Attleboro Crossing Associates, LLC for Allowance and Payment of Administrative Expense Claim | 12/30/2024 | 1487 |
| 8. | Motion of Shops at Hartsville DE, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) | 1/3/2025 | 1566 |
| 9. | Motion of Paragon Windermere, LLC and Lebanon Windermere, LLC for Allowance and Payment of Administrative Claim | 1/6/2025 | 1578 |
| 10. | Motion of Athens Shopping Plaza, LLC to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1610 |
| 11. | Motion of Circleville Shopping Center, LLC to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1611 |
| 12. | Motion of Delaware Shopping Center, LLC to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1612 |
| 13. | Motion of Fifth/Grand Holdings, LLC to Compel Immediate Payment Stub Rent | 1/7/2025 | 1613 |
| 14. | Motion of Eastgrove Shopping Center, LLC to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1615 |
| 15. | Motion of William Roth Lancaster LLC to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1617 |
| 16. | Motion of Warren Terra, Inc. to Compel Immediate Payment of Post-Petition Rent and Stub Rent | 1/7/2025 | 1619 |

| No. | Motion | Date Filed | Docket Number |
|---|---|---|---|
| 17. | Wallace Properties - Kennewick, LLC Motion for Payment of Administrative Expenses/Claims | 1/7/2025 | 1622 |
| 18. | Motion of WRP Gateway, LLC for Payment of Administrative Expenses/Claims | 1/7/2025 | 1623 |
| 19. | Motion of Big Mifl2 Owner LLC to Compel Payment of Lease Obligations and Allowance and Payment of Administrative Claim | 1/7/2025 | 1627 |
| 20. | Clover Cortez, LLC's Motion for Allowance and Payment of Administrative Expense Claim | 1/8/2025 | 1640 |
| 21. | Collin Creek Associates, LLC's Motion for Allowance and Payment of Administrative Expense Claim | 1/8/2025 | 1641 |