IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>*BIG LOTS INC., et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>RE: D.I. 1659<br><br>Hearing Date: February 26, 2025, @ 10:30 am (EST)<br>Obj. Deadline: January 23, 2025, @ 4:00 p.m. (ET) |

## AFFIDAVIT OF SERVICE

I, Consuela Hipsher, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On January 10th, 2025, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via an email address was available, via email.

## NOTICE OF HEARING

Consuela Hipsher _____

SWORN TO AND SUBSCRIBED before me this 13th day January 2025

NOTARY PUBLIC _____

```
plopez@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com
lboyd@abernathy-law.com
tbelt@anthonyandpartners.com
lortega@anthonyandpartners.com
eservice@anthonyandpartners.com
GTaylor@ashbygeddes.com
maustria@austriallc.com
sws@bmbde.com
steven@balasianolaw.com
judah@balasianolaw.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
brannickn@ballardspahr.com
knewman@barclaydamon.com
nferland@barclaydamon.com
sfleischer@barclaydamon.com
david.hall@btlaw.com
kevin.collins@btlaw.com
ejohnson@bayardlaw.com
kcapuzzi@beneschlaw.com
swalsh@beneschlaw.com
tara@bestlawsc.com
dklauder@bk-legal.com
rrobins@biglots.com
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com
regina.kelbon@blankrome.com
elobello@bsk.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
jmoloy@boselaw.com
treardon@brouse.com
treardon@brouse.com
treardon@brouse.com
sandron@broward.org
schristianson@buchalter.com
geoffrey.grivner@bipc.com
jfalgowski@burr.com
esummers@burr.com
drobbins@burr.com
jhaithcock@burr.com
Barbara.Spiegel@doj.ca.gov
Natalie.Collins@doj.ca.gov
```

ccarlyon@carlyoncica.com
dcica@carlyoncica.com
szuber@csglaw.com
tfreedman@csglaw.com
root@chipmanbrown.com
desgross@chipmanbrown.com
jventola@choate.com
jmarshall@choate.com
jslang@choate.com
ahornisher@clarkhill.com
kgrivner@clarkhill.com
kmorse@clarkhill.com
jalberto@coleschotz.com
snewman@coleschotz.com
kbifferato@connollygallagher.com
csimon@crosslaw.com
csimon@crosslaw.com
kmann@crosslaw.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
dale.cathell@us.dlapiper.com
virginia.callahan@us.dlapiper.com
craig.martin@us.dlapiper.com
amish@doshilegal.com
dsmcgehrin@duanemorris.com
ljkotler@duanemorris.com
mcolabianchi@duanemorris.com
mgottfried@elkinskalt.com
dmr@elliottgreenleaf.com
bmoldo@ecjlaw.com
mmenkowitz@foxrothschild.com
sniederman@foxrothschild.com
jfrank@fgllp.com
jkleinman@fgllp.com
awebb@fbtlaw.com
jkleisinger@fbtlaw.com
rgold@fbtlaw.com
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com
kearle@gibbonslaw.com
kmcevilly@gibbonslaw.com
mconlan@gibbonslaw.com
rbird@gilbertbirdlaw.com
jgolden@go2.law
rbeall@go2.law
tannweiler@greerherz.com
drallis@hahnlawyers.com
ridebitetto@hahnlaw.com

```
dmccarthy@hillfarrer.com
brian.free@hcmp.com
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
jdoran@hinckleyallen.com
teanna@hjhinvestments.com
ghesse@huntonak.com
walt.pettit@hutchenslawfirm.com
kpeguero@jw.com
jwertz@jw.com
wfarmer@jw.com
jeising@jpfirm.com
jmm@gmwpclaw.com
david.catuogno@klgates.com
wlevant@kaplaw.com
jcarr@kelleydrye.com
kelliott@kelleydrye.com
kcavins@kelleydrye.com
connor.casas@kirkland.com
steven.serajeddini@kirkland.com
christopher.marcus@kirkland.com
nicholas.adzima@kirkland.com
judson.brown@kirkland.com
mcclain.thompson@kirkland.com
mbranzburg@klehr.com
rlemisch@klehr.com
dpacitti@klehr.com
swisotzkey@kmksc.com
ProjectHilt@ra.kroll.com
serviceqa@ra.kroll.com
kurtzman@kurtzmansteady.com
nina@lafleurlaw.com
rzucker@lasserhochman.com
gillazarus@gmail.com
EHK@lnbyg.com
JSK@lnbyg.com
austin.bankruptcy@lgbs.com
sanantonio.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
loizides@loizides.com
metkin@lowenstein.com
nfulfree@lowenstein.com
jrich@madisoncountyal.gov
```

DPrimack@mgmlaw.com
jhuggett@margolisedelstein.com
jtesta@mccarter.com
shumiston@mccarter.com
jparsons@mvbalaw.com
jparsons@mvbalaw.com
dazman@mwe.com
kgoing@mwe.com
KCamuti@mcneeslaw.com
bdept@mrrlaw.net
legal@taxcollector.com
pcarey@mirickoconnell.com
rmersky@monlaw.com
rmersky@monlaw.com
bkeilson@morrisjames.com
scerra@morrisjames.com
ckunz@morrisjames.com
cdonnelly@morrisjames.com
ckunz@morrisjames.com
cdonnelly@morrisjames.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com
dkozlowski@morrisoncohen.com
edmond.george@obermayer.com
leslie.spoltore@obermayer.com
robert.rock@ag.ny.gov
Linda.Casey@usdoj.gov
brian.mclaughlin@offitkurman.com
tammy.jones@oklahomacounty.org
staggart@olsentaggart.com
rparson@olsentaggart.com
rlyon@olsentaggart.com
taggartoffice01@gmail.com
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com
dsklar@pashmanstein.com
jweiss@pashmanstein.com
agambale@pashmanstein.com
jbarsalona@pashmanstein.com
ebcalvo@pbfcm.com
lmbkr@pbfcm.com
lreece@pbfcm.com
mvaldez@pbfcm.com
wichitafalls@pbfcm.com
amabkr@pbfcm.com
acordova@pbfcm.com

edinburgbankruptcy@pbfcm.com
AGamliel@perkinscoie.com
peterspindel@gmail.com
danielle.mashburn-myrick@phelps.com
cward@polsinelli.com
mdipietro@polsinelli.com
casantaniello@pbnlaw.com
kdcurtin@pbnlaw.com
jzhou@pbnlaw.com
rsteinberg@pricemeese.com
tim@rashtiandmitchell.com
dkrm@aol.com
donna@rashtiandmitchell.com
richard@rarlaw.net
knight@rlf.com
collins@rlf.com
javorsky@rlf.com
mrichman@randr.law
SFox@riemerlaw.com
randyb@rgrdlaw.com
shubachek@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com
hgeiger@rgrdlaw.com
jedmonson@rc.com
jedmonson@rc.com
brogers@berlawoffice.com
skuperberg@berlawoffice.com
jeff@rothandscholl.com
MSkapof@rccblaw.com
jim@rubin-levin.com
zachary@saracheklawfirm.com
joe@saracheklawfirm.com
evan.miller@saul.com
jorge.garcia@saul.com
luke.murley@saul.com
monique.disabatino@saul.com
turner.falk@saul.com
peter.lewis@solidcounsel.com
resincourt@aol.com
richardschrier@gmail.com
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
secbankruptcy@sec.gov
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
cmierzwa@simonattys.com
mshriro@singerlevick.com
dplon@sirlinlaw.com

dplon@sirlinlaw.com
jlemkin@stark-stark.com
tonder@stark-stark.com
jlemkin@stark-stark.com
ATTORNEY.GENERAL@ALASKA.GOV
AGINFO@AZAG.GOV
BANKRUPTCY@COAG.GOV
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV
brendan.flynn@ct.gov
ATTORNEY.GENERAL@STATE.DE.US
HAWAIIAG@HAWAII.GOV
WEBMASTER@ATG.STATE.IL.US
INFO@ATG.IN.GOV
WEBTEAM@AG.IOWA.GOV
OAG@OAG.STATE.MD.US
MIAG@MICHIGAN.GOV
AG-COD@michigan.gov
Bankruptcy.Notices@ag.state.mn.us
ATTORNEY.GENERAL@AGO.MO.GOV
CONTACTDOJ@MT.GOV
AGO.INFO.HELP@NEBRASKA.GOV
AGINFO@AG.NV.GOV
ATTORNEYGENERAL@DOJ.NH.GOV
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US
Jeff.Koziar@law.njoag.gov
aserrato@nmdoj.gov
aswenson@nmdoj.gov
NDAG@ND.GOV
Mahisha.Sanson@OhioAGO.gov
consumerprotection@oag.ok.gov
CONSUMER.HOTLINE@DOJ.STATE.OR.US
justin.leonard@doj.oregon.gov
CONSUMERHELP@STATE.SD.US
STEVE.BUTLER@AG.TN.GOV
public.information@oag.state.tx.us
bankruptcy@agutah.gov
CONSUMER@WVAGO.GOV
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US
esilver@stearnsweaver.com
hopotowsky@steeglaw.com
streusand@slollp.com
zallinson@sha-llc.com
jrhodes@tlclawfirm.com
BRost@tspclaw.com
brost@tspclaw.com
jamie.kirk@oag.texas.gov
wchiurazzi@the-attorneys.com
bartley@thecohnlawfirm.com
dmcohn@thecohnlawfirm.com

contact@thecohnlawfirm.com
william@ehrlichlawfirm.com
jtobia@tobialaw.com
jtobia@tobialaw.com
rosner@teamrosner.com
liu@teamronser.com
John@TrustWilliams.com
Brian@TrustWilliams.com
mpugh@tokn.com
Jason.Starks@traviscountytx.gov
jmt@tmsdlaw.com
sgerald@tydings.com
sgerald@tydings.com
sgerald@tydings.com
secbankruptcy@sec.gov
rscherck@ubglaw.com
bgbest@varnumlaw.com
gtoering@wnj.com
OAG@DC.GOV
bsullivan@werbsullivan.com
jcarruth@wkpz.com
rriley@whitefordlaw.com
dgaffey@whitefordlaw.com
mmueller@williamsmullen.com
jmclemore@williamsmullen.com
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com
lisa.tancredi@wbd-us.com
jbarry@ycst.com
kenos@ycst.com
jkochenash@ycst.com