IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br>Hearing Date (Requested): January 21, 2025, at 1:00 p.m. (ET)<br>Obj. Deadline (Requested) Date: January 16, 2025, at 4:00 p.m. (ET) |

## AFFIDAVIT OF SERVICE

I, Consuela Hipsher, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On January 9th, 2025, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail, where an email address was available, via email.

### MOTION OF JBL/CREST MILLS FOR ENTRY OF
### AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11
### ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF

Consuela Hipsher _[signature]_

SWORN TO AND SUBSCRIBED before me this 10th day January 2025

NOTARY PUBLIC _[signature and notary seal: Jeffrey A. Low, My Commission Expires July 30, 2025, Notary Public, State of Delaware]_

plopez@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com
lboyd@abernathy-law.com
tbelt@anthonyandpartners.com
lortega@anthonyandpartners.com
eservice@anthonyandpartners.com
GTaylor@ashbygeddes.com
maustria@austriallc.com
sws@bmbde.com
steven@balasianolaw.com
judah@balasianolaw.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
brannickn@ballardspahr.com
knewman@barclaydamon.com
nferland@barclaydamon.com
sfleischer@barclaydamon.com
david.hall@btlaw.com
kevin.collins@btlaw.com
ejohnson@bayardlaw.com
kcapuzzi@beneschlaw.com
swalsh@beneschlaw.com
tara@bestlawsc.com
dklauder@bk-legal.com
rrobins@biglots.com
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com
regina.kelbon@blankrome.com
elobello@bsk.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
jmoloy@boselaw.com
treardon@brouse.com
treardon@brouse.com
treardon@brouse.com
sandron@broward.org
schristianson@buchalter.com
geoffrey.grivner@bipc.com
jfalgowski@burr.com
esummers@burr.com
drobbins@burr.com
jhaithcock@burr.com
Barbara.Spiegel@doj.ca.gov
Natalie.Collins@doj.ca.gov

ccarlyon@carlyoncica.com
dcica@carlyoncica.com
szuber@csglaw.com
tfreedman@csglaw.com
root@chipmanbrown.com
desgross@chipmanbrown.com
jventola@choate.com
jmarshall@choate.com
jslang@choate.com
ahornisher@clarkhill.com
kgrivner@clarkhill.com
kmorse@clarkhill.com
jalberto@coleschotz.com
snewman@coleschotz.com
kbifferato@connollygallagher.com
csimon@crosslaw.com
csimon@crosslaw.com
kmann@crosslaw.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
dale.cathell@us.dlapiper.com
virginia.callahan@us.dlapiper.com
craig.martin@us.dlapiper.com
amish@doshilegal.com
dsmcgehrin@duanemorris.com
ljkotler@duanemorris.com
mcolabianchi@duanemorris.com
mgottfried@elkinskalt.com
dmr@elliottgreenleaf.com
bmoldo@ecjlaw.com
mmenkowitz@foxrothschild.com
sniederman@foxrothschild.com
jfrank@fgllp.com
jkleinman@fgllp.com
awebb@fbtlaw.com
jkleisinger@fbtlaw.com
rgold@fbtlaw.com
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com
kearle@gibbonslaw.com
kmcevilly@gibbonslaw.com
mconlan@gibbonslaw.com
rbird@gilbertbirdlaw.com
jgolden@go2.law
rbeall@go2.law
tannweiler@greerherz.com
drallis@hahnlawyers.com
ridebitetto@hahnlaw.com

```
dmccarthy@hillfarrer.com
brian.free@hcmp.com
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
jdoran@hinckleyallen.com
teanna@hjhinvestments.com
ghesse@huntonak.com
walt.pettit@hutchenslawfirm.com
kpeguero@jw.com
jwertz@jw.com
wfarmer@jw.com
jeising@jpfirm.com
jmm@gmwpclaw.com
david.catuogno@klgates.com
wlevant@kaplaw.com
jcarr@kelleydrye.com
kelliott@kelleydrye.com
kcavins@kelleydrye.com
connor.casas@kirkland.com
steven.serajeddini@kirkland.com
christopher.marcus@kirkland.com
nicholas.adzima@kirkland.com
judson.brown@kirkland.com
mcclain.thompson@kirkland.com
mbranzburg@klehr.com
rlemisch@klehr.com
dpacitti@klehr.com
swisotzkey@kmksc.com
ProjectHilt@ra.kroll.com
serviceqa@ra.kroll.com
kurtzman@kurtzmansteady.com
nina@lafleurlaw.com
rzucker@lasserhochman.com
gillazarus@gmail.com
EHK@lnbyg.com
JSK@lnbyg.com
austin.bankruptcy@lgbs.com
sanantonio.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
dallas.bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
houston_bankruptcy@lgbs.com
loizides@loizides.com
metkin@lowenstein.com
nfulfree@lowenstein.com
jrich@madisoncountyal.gov
```

```
DPrimack@mgmlaw.com
jhuggett@margolisedelstein.com
jtesta@mccarter.com
shumiston@mccarter.com
jparsons@mvbalaw.com
jparsons@mvbalaw.com
dazman@mwe.com
kgoing@mwe.com
KCamuti@mcneeslaw.com
bdept@mrrlaw.net
legal@taxcollector.com
pcarey@mirickoconnell.com
rmersky@monlaw.com
rmersky@monlaw.com
bkeilson@morrisjames.com
scerra@morrisjames.com
ckunz@morrisjames.com
cdonnelly@morrisjames.com
ckunz@morrisjames.com
cdonnelly@morrisjames.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com
dkozlowski@morrisoncohen.com
edmond.george@obermayer.com
leslie.spoltore@obermayer.com
robert.rock@ag.ny.gov
Linda.Casey@usdoj.gov
brian.mclaughlin@offitkurman.com
tammy.jones@oklahomacounty.org
staggart@olsentaggart.com
rparson@olsentaggart.com
rlyon@olsentaggart.com
taggartoffice01@gmail.com
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com
dsklar@pashmanstein.com
jweiss@pashmanstein.com
agambale@pashmanstein.com
jbarsalona@pashmanstein.com
ebcalvo@pbfcm.com
lmbkr@pbfcm.com
lreece@pbfcm.com
mvaldez@pbfcm.com
wichitafalls@pbfcm.com
amabkr@pbfcm.com
acordova@pbfcm.com
```

```
edinburgbankruptcy@pbfcm.com
AGamliel@perkinscoie.com
peterspindel@gmail.com
danielle.mashburn-myrick@phelps.com
cward@polsinelli.com
mdipietro@polsinelli.com
casantaniello@pbnlaw.com
kdcurtin@pbnlaw.com
jzhou@pbnlaw.com
rsteinberg@pricemeese.com
tim@rashtiandmitchell.com
dkrm@aol.com
donna@rashtiandmitchell.com
richard@rarlaw.net
knight@rlf.com
collins@rlf.com
javorsky@rlf.com
mrichman@randr.law
SFox@riemerlaw.com
randyb@rgrdlaw.com
shubachek@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com
hgeiger@rgrdlaw.com
jedmonson@rc.com
jedmonson@rc.com
brogers@berlawoffice.com
skuperberg@berlawoffice.com
jeff@rothandscholl.com
MSkapof@rccblaw.com
jim@rubin-levin.com
zachary@saracheklawfirm.com
joe@saracheklawfirm.com
evan.miller@saul.com
jorge.garcia@saul.com
luke.murley@saul.com
monique.disabatino@saul.com
turner.falk@saul.com
peter.lewis@solidcounsel.com
resincourt@aol.com
richardschrier@gmail.com
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
secbankruptcy@sec.gov
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
cmierzwa@simonattys.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
```

```
dplon@sirlinlaw.com
jlemkin@stark-stark.com
tonder@stark-stark.com
jlemkin@stark-stark.com
ATTORNEY.GENERAL@ALASKA.GOV
AGINFO@AZAG.GOV
BANKRUPTCY@COAG.GOV
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV
brendan.flynn@ct.gov
ATTORNEY.GENERAL@STATE.DE.US
HAWAIIAG@HAWAII.GOV
WEBMASTER@ATG.STATE.IL.US
INFO@ATG.IN.GOV
WEBTEAM@AG.IOWA.GOV
OAG@OAG.STATE.MD.US
MIAG@MICHIGAN.GOV
AG-COD@michigan.gov
Bankruptcy.Notices@ag.state.mn.us
ATTORNEY.GENERAL@AGO.MO.GOV
CONTACTDOJ@MT.GOV
AGO.INFO.HELP@NEBRASKA.GOV
AGINFO@AG.NV.GOV
ATTORNEYGENERAL@DOJ.NH.GOV
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US
Jeff.Koziar@law.njoag.gov
aserrato@nmdoj.gov
aswenson@nmdoj.gov
NDAG@ND.GOV
Mahisha.Sanson@OhioAGO.gov
consumerprotection@oag.ok.gov
CONSUMER.HOTLINE@DOJ.STATE.OR.US
justin.leonard@doj.oregon.gov
CONSUMERHELP@STATE.SD.US
STEVE.BUTLER@AG.TN.GOV
public.information@oag.state.tx.us
bankruptcy@agutah.gov
CONSUMER@WVAGO.GOV
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US
esilver@stearnsweaver.com
hopotowsky@steeglaw.com
streusand@slollp.com
zallinson@sha-llc.com
jrhodes@tlclawfirm.com
BRost@tspclaw.com
brost@tspclaw.com
jamie.kirk@oag.texas.gov
wchiurazzi@the-attorneys.com
bartley@thecohnlawfirm.com
dmcohn@thecohnlawfirm.com
```

contact@thecohnlawfirm.com
william@ehrlichlawfirm.com
jtobia@tobialaw.com
jtobia@tobialaw.com
rosner@teamrosner.com
liu@teamronser.com
John@TrustWilliams.com
Brian@TrustWilliams.com
mpugh@tokn.com
Jason.Starks@traviscountytx.gov
jmt@tmsdlaw.com
sgerald@tydings.com
sgerald@tydings.com
sgerald@tydings.com
secbankruptcy@sec.gov
rscherck@ubglaw.com
bgbest@varnumlaw.com
gtoering@wnj.com
OAG@DC.GOV
bsullivan@werbsullivan.com
jcarruth@wkpz.com
rriley@whitefordlaw.com
dgaffey@whitefordlaw.com
mmueller@williamsmullen.com
jmclemore@williamsmullen.com
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com
lisa.tancredi@wbd-us.com
jbarry@ycst.com
kenos@ycst.com
jkochenash@ycst.com

| | |
|---|---|
| Counsel to Capital Plaza, Inc.<br>ALEXANDER & VANN, LLP<br>Attn: John Turner Holt<br>411 Gordon Avenue<br>Thomasville, GA31792 | IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington, DC20224 |
| IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA19101-7346 | Counsel to Dorsan Developments Limited<br>c/o Levy Realty Advisors LLC<br>Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.<br>Attn: Raymond M. Patella<br>505 Morris Avenue<br>Springfield, NJ07081 |
| Counsel to Big Milf2 Owner, LLC<br>Kerrick Bachert PSC<br>Attn: Scott A. Bachert<br>1411 Scottsville Road<br>PO Box 9547<br>Bowling Green, KY42102-9547 | Counsel to Big Milf2 Owner, LLC ("BMO")<br>Leech Tishman Fuscaldo & Lampl<br>Attn: Jeffrey M. Carbino<br>1007 N. Orange Street<br>Suite 420<br>Wilmington, DE19801 |
| Counsel to Sun Life Assurance Company of Canada<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Shannah L. Colbert<br>1800 West Park Dr<br>Suite 400<br>Westborough, MA01581 | State of Alabama Attorney General<br>State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL36130-0152 |
| State of Arkansas Attorney General<br>State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR72201-2610 | State of Colorado Attorney General<br>State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver, CO80203 |

| | |
|---|---|
| State of Florida Attorney General<br>State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL32399-1050 | State of Georgia Attorney General<br>State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta, GA30334-1300 |
| State of Idaho Attorney General<br>State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID83720-1000 | State of Kansas Attorney General<br>State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka, KS66612-1597 |
| State of Kentucky Attorney General<br>State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY40601 | State of Louisiana Attorney General<br>State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge, LA70804-4095 |
| State of Maine Attorney General<br>State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME04333-0000 | State of Massachusetts Attorney General<br>State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston, MA02108-1698 |
| State of Mississippi Attorney General<br>State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS39201 | State of New York Attorney General<br>State of New York Attorney General<br>Attn: Bankruptcy Department<br>The Capitol<br>Albany, NY12224-0341 |

| | |
|---|---|
| State of North Carolina Attorney General<br>State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC27699-9001 | State of Pennsylvania Attorney General<br>State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square<br>16Th Floor<br>Harrisburg, PA17120 |
| State of Rhode Island Attorney General<br>State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI02903-0000 | State of South Carolina Attorney General<br>State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC29211-1549 |
| State of Vermont Attorney General<br>State of Vermont Attorney General<br>Attn: Bankruptcy Department<br>109 State St.<br>Montpelier, VT05609-1001 | State of Virginia Attorney General<br>State of Virginia Attorney General<br>Attn: Bankruptcy Department<br>Financial Recovery Section<br>Post Office Box 610<br>Richmond, VA23218-0610 |
| State of Washington Attorney General<br>State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. Se<br>P.O. Box 40100<br>Olympia, WA98504-0100 | State of Wyoming Attorney General<br>State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24Th Street<br>Cheyenne, WY82002 |
| Tennessee Department of Revenue<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN37202-0207 | U.S. Attorney for the District of Delaware<br>U.S. Attorney for Delaware<br>Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE19801 |

| | |
|---|---|
| United States of America Attorney General | United Texas Bank |
| United States of America Attorney General | United Texas Bank |
| Attn: Bankruptcy Department | Attn: Loan Operations |
| Us Dept Of Justice | 13101 Preston Road |
| 950 Pennsylvania Ave Nw | Suite 200 |
| Washington, DC20530-0001 | Dallas, TX75240 |