# EXHIBIT B

**Post-Petition Purchase Orders**

Report Date:    01/14/2025 08:01 AM                    **Order Printout Report**                    Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0870 |
| **City/State/Zip** | Columbus,OH  43081 | | 2855 SELMA HWY |
| **Control Number** | 5825675 | | MONTGOMERY,AL  36108 |
| **PO Number** | 0095628968 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/07/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/11/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/17/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/17/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 91.99 | 298 | $5.00 | $1,490.00 | |
| 2 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 420.45 | 1362 | $5.00 | $6,810.00 | |
| **Total** | | | | | | 512.44 | 1660 | | $8,300.00 | |
| | | | | | | *Disc % (0)* | Disc | | $0.00 | |
| | | | | | | | Freight | | $0.00 | |
| | | | | | | | Handling | | $0.00 | |
| | | | | | | | Total | | $8,300.00 | |

**\*\*\* End of Report \*\*\***

**Order Printout Report**

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0874 |
| **City/State/Zip** | Columbus,OH  43081 | | 50 RAUSCH CREEK RD |
| **Control Number** | 5825676 | | TREMONT,PA  17981 |

| | | | | | |
|---|---|---|---|---|---|
| **PO Number** | 0095628969 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/07/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/18/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/24/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/24/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 104.96 | 340 | $5.00 | $1,700.00 | |
| 2 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 480.95 | 1558 | $5.00 | $7,790.00 | |
| **Total** | | | | | | 585.91 | 1898 | | $9,490.00 | |
| | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | Freight | $0.00 | |
| | | | | | | | | Handling | $0.00 | |
| | | | | | | | | Total | $9,490.00 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 09:01 AM              **Order Printout Report**                              Page: 2

| Company Code | 01 VCNY HOME | | Division Code | 000 TEXTILES FROM EUROPE | | |
|---|---|---|---|---|---|---|
| Account # | BLUSA | | Contact Name | | | |
| Customer Name | BIG LOTS STORES INC | | Email Address | APVENDORINQUIRIES@biglots.com | | |
| Address | 4900 E. Dublin Granville Rd | | Telephone No : | 6142786800 | | |
| | | | ShipTo: | Big Lots # 0870 | | |
| City/State/Zip | Columbus,OH  43081 | | | 2855 SELMA HWY | | |
| Control Number | 5829679 | | | MONTGOMERY,AL  36108 | | |
| PO Number | 0095630097 | Factor Approval # | User Approved | Static Approved | Yes | |
| Terms Code | NET45 - NET 45 | ShipVia Code | ROUT | Date Entered | 10/10/2024 | |
| Type Code | Normal | Factor Code | N | Start Date | 10/11/2024 | |
| Order Status | Shipped | Customer Appt# | | Cancel Date | 10/17/2024 | |
| Warehouse Code | VCME | Priority | 1 | In House Date | 10/17/2024 | |
| Currency Code | US | Salesman 1 | EH | Department # | | |
| Freight Paid Code | CC | Salesman 2 | | Sales Division Code | | |
| | | Salesman 3 | | Order Reference # | | |
| Remarks | | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MZD-RUG-2032-WM | WHITE | PW MAZIE MEDALLION B | 735732840340 | 4 | 235.56 | 1108 | $3.85 | $4,265.80 | |
| 2 | TUF-RST-2PCZ-WM | BEIGE | 2PC TUFTD RUGS BEIGE | 735732440847 | 2 | 405.75 | 1500 | $4.50 | $6,750.00 | |
| 3 | TUF-RST-2PCZ-WM | SFTSV | 2PC TUFTD RUGS SLVR | 735732440854 | 2 | 485.82 | 1800 | $4.50 | $8,100.00 | |
| 4 | TUF-RST-2PCZ-WM | PINK | 2PC TUFTD RUGS PINK | 735732620560 | 2 | 405.75 | 1500 | $4.50 | $6,750.00 | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 5 | TSL-RST-2PCZ-WM | BEIGE | BHG FRNG 2PC RUG SET | 735732912436 | 2 | 401.10 | 1500 | $4.50 | $6,750.00 | |
| 6 | DTO-BAT-14PC-W2 | WHITE | BHG DOTS 14PC SHWR | 735732398797 | 2 | 650.72 | 2626 | $4.50 | $11,817.00 | |
| 7 | STI-BAT-14PC-W2 | BLWHT | BHG FRINGE14PC SHWR | 735732398803 | 2 | 277.65 | 1176 | $4.50 | $5,292.00 | |
| 8 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 114.22 | 370 | $5.00 | $1,850.00 | |
| 9 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 321.67 | 1042 | $5.00 | $5,210.00 | |
| **Total** | | | | | | 3298.24 | 12622 | | $56,784.80 | |
| | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | Freight | $0.00 | |
| | | | | | | | | Handling | $0.00 | |
| | | | | | | | | Total | $56,784.80 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 09:01 AM                    **Order Printout Report**                    Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0874 |
| **City/State/Zip** | Columbus,OH  43081 | | 50 RAUSCH CREEK RD |
| **Control Number** | 5829680 | | TREMONT,PA  17981 |
| **PO Number** | 0095630098 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/10/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/18/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/24/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/24/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | |

| Line # | Item Number | Color Code | | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MZD-RUG-2032-WM | WHITE | | PW MAZIE MEDALLION B | 735732840340 | 4 | 352.92 | 1660 | $3.85 | $6,391.00 | |
| 2 | TUF-RST-2PCZ-WM | BEIGE | | 2PC TUFTD RUGS BEIGE | 735732440847 | 2 | 608.63 | 2250 | $4.50 | $10,125.00 | |
| 3 | TUF-RST-2PCZ-WM | SFTSV | | 2PC TUFTD RUGS SLVR | 735732440854 | 2 | 728.73 | 2700 | $4.50 | $12,150.00 | |
| 4 | TUF-RST-2PCZ-WM | PINK | | 2PC TUFTD RUGS PINK | 735732620560 | 2 | 608.63 | 2250 | $4.50 | $10,125.00 | |

**Order Printout Report**

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | TSL-RST-2PCZ-WM | BEIGE | BHG FRNG 2PC RUG SET | 735732912436 | 2 | 601.65 | 2250 | $4.50 | $10,125.00 | |
| 6 | STI-BAT-14PC-W2 | BLWHT | BHG FRINGE14PC SHWR | 735732398803 | 2 | 359.34 | 1522 | $4.50 | $6,849.00 | |
| 7 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 171.64 | 556 | $5.00 | $2,780.00 | |
| 8 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 482.19 | 1562 | $5.00 | $7,810.00 | |
| **Total** | | | | | | 3913.73 | 14750 | | $66,355.00 | |
| | | | | | | *Disc % (0)* | Disc | | $0.00 | |
| | | | | | | | Freight | | $0.00 | |
| | | | | | | | Handling | | $0.00 | |
| | | | | | | | Total | | $66,355.00 | |

*** End of Report ***

Report Date:    01/14/2025 08:01 AM                **Order Printout Report**                                    Page: 2

| Company Code | 01 VCNY HOME | | Division Code | 000 TEXTILES FROM EUROPE | | |
|---|---|---|---|---|---|---|
| Account # | BLUSA | | Contact Name | | | |
| Customer Name | BIG LOTS STORES INC | | Email Address | APVENDORINQUIRIES@biglots.com | | |
| Address | 4900 E. Dublin Granville Rd | | Telephone No : | 6142786800 | | |
| | | | ShipTo: | Big Lots # 0879 | | |
| City/State/Zip | Columbus,OH  43081 | | | 2306 ENTERPRISE DR | | |
| Control Number | 5825678 | | | DURANT,OK  74701 | | |
| PO Number | 0095630099 | Factor Approval # | User Approved | Static Approved | Yes | |
| Terms Code | NET45 - NET 45 | ShipVia Code | ROUT | Date Entered | 10/07/2024 | |
| Type Code | Normal | Factor Code | N | Start Date | 10/11/2024 | |
| Order Status | Shipped | Customer Appt# | | Cancel Date | 10/17/2024 | |
| Warehouse Code | VCME | Priority | 1 | In House Date | 10/17/2024 | |
| Currency Code | US | Salesman 1 | EH | Department # | | |
| Freight Paid Code | CC | Salesman 2 | | Sales Division Code | | |
| | | Salesman 3 | | Order Reference # | | |
| Remarks | | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MZD-RUG-2032-WM | WHITE | PW MAZIE MEDALLION B | 735732840340 | 4 | 195.59 | 920 | $3.85 | $3,542.00 | |
| 2 | TUF-RST-2PCZ-WM | BEIGE | 2PC TUFTD RUGS BEIGE | 735732440847 | 2 | 338.13 | 1250 | $4.50 | $5,625.00 | |
| 3 | TUF-RST-2PCZ-WM | SFTSV | 2PC TUFTD RUGS SLVR | 735732440854 | 2 | 404.85 | 1500 | $4.50 | $6,750.00 | |
| 4 | TUF-RST-2PCZ-WM | PINK | 2PC TUFTD RUGS PINK | 735732620560 | 2 | 338.13 | 1250 | $4.50 | $5,625.00 | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 5 | TSL-RST-2PCZ-WM | BEIGE | BHG FRNG 2PC RUG SET | 735732912436 | 2 | 334.25 | 1250 | $4.50 | $5,625.00 | |
| 6 | DTO-BAT-14PC-W2 | WHITE | BHG DOTS 14PC SHWR | 735732398797 | 2 | 366.74 | 1480 | $4.50 | $6,660.00 | |
| 7 | STI-BAT-14PC-W2 | BLWHT | BHG FRINGE14PC SHWR | 735732398803 | 2 | 70.36 | 298 | $4.50 | $1,341.00 | |
| 8 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 95.08 | 308 | $5.00 | $1,540.00 | |
| 9 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 267.95 | 868 | $5.00 | $4,340.00 | |
| *Total* | | | | | | 2411.08 | 9124 | | $41,048.00 | |
| | | | | | *Disc % (0)* | | Disc | | $0.00 | |
| | | | | | | | Freight | | $0.00 | |
| | | | | | | | Handling | | $0.00 | |
| | | | | | | | Total | | $41,048.00 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 08:01 AM                    **Order Printout Report**                    Page: 2

| Company Code | 01 VCNY HOME | | Division Code | 000 TEXTILES FROM EUROPE | | |
|---|---|---|---|---|---|---|
| Account # | BLUSA | | Contact Name | | | |
| Customer Name | BIG LOTS STORES INC | | Email Address | APVENDORINQUIRIES@biglots.com | | |
| Address | 4900 E. Dublin Granville Rd | | Telephone No : | 6142786800 | | |
| | | | ShipTo: | Big Lots # 0879 | | |
| City/State/Zip | Columbus,OH  43081 | | | 2306 ENTERPRISE DR | | |
| Control Number | 5825679 | | | DURANT,OK  74701 | | |
| PO Number | 0095630100 | Factor Approval # | User Approved | Static Approved | Yes | |
| Terms Code | NET45 - NET 45 | ShipVia Code | ROUT | Date Entered | 10/07/2024 | |
| Type Code | Normal | Factor Code | N | Start Date | 10/11/2024 | |
| Order Status | Shipped | Customer Appt# | | Cancel Date | 10/17/2024 | |
| Warehouse Code | VCME | Priority | 1 | In House Date | 10/17/2024 | |
| Currency Code | US | Salesman 1 | EH | Department # | | |
| Freight Paid Code | CC | Salesman 2 | | Sales Division Code | | |
| | | Salesman 3 | | Order Reference # | | |
| Remarks | | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MZD-RUG-2032-WM | WHITE | PW MAZIE MEDALLION B | 735732840340 | 4 | 195.59 | 920 | $3.85 | $3,542.00 | |
| 2 | TUF-RST-2PCZ-WM | BEIGE | 2PC TUFTD RUGS BEIGE | 735732440847 | 2 | 338.13 | 1250 | $4.50 | $5,625.00 | |
| 3 | TUF-RST-2PCZ-WM | SFTSV | 2PC TUFTD RUGS SLVR | 735732440854 | 2 | 404.85 | 1500 | $4.50 | $6,750.00 | |
| 4 | TUF-RST-2PCZ-WM | PINK | 2PC TUFTD RUGS PINK | 735732620560 | 2 | 338.13 | 1250 | $4.50 | $5,625.00 | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 5 | TSL-RST-2PCZ-WM | BEIGE | BHG FRNG 2PC RUG SET | 735732912436 | 2 | 334.25 | 1250 | $4.50 | $5,625.00 | |
| 6 | DTO-BAT-14PC-W2 | WHITE | BHG DOTS 14PC SHWR | 735732398797 | 2 | 366.74 | 1480 | $4.50 | $6,660.00 | |
| 7 | STI-BAT-14PC-W2 | BLWHT | BHG FRINGE14PC SHWR | 735732398803 | 2 | 231.38 | 980 | $4.50 | $4,410.00 | |
| 8 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 95.08 | 308 | $5.00 | $1,540.00 | |
| 9 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 267.95 | 868 | $5.00 | $4,340.00 | |
| *Total* | | | | | | 2572.10 | 9806 | | $44,117.00 | |
| | | | | | *Disc % (0)* | | Disc | | $0.00 | |
| | | | | | | | Freight | | $0.00 | |
| | | | | | | | Handling | | $0.00 | |
| | | | | | | | Total | | $44,117.00 | |

*** End of Report ***

Report Date:    01/14/2025 09:01 AM                    **Order Printout Report**                    Page: 2

| Company Code | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE | | |
|---|---|---|---|---|---|
| Account # | BLUSA | Contact Name | | | |
| Customer Name | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com | | |
| Address | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 | | |
| | | ShipTo: | Big Lots # 0879 | | |
| City/State/Zip | Columbus,OH  43081 | | 2306 ENTERPRISE DR | | |
| Control Number | 5836053 | | DURANT,OK  74701 | | |
| PO Number | 0095630270 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| Terms Code | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/14/2024 |
| Type Code | Normal | **Factor Code** | N | **Start Date** | 10/11/2024 |
| Order Status | Shipped | **Customer Appt#** | | **Cancel Date** | 10/17/2024 |
| Warehouse Code | VCME | **Priority** | 1 | **In House Date** | 10/17/2024 |
| Currency Code | US | **Salesman 1** | EH | **Department #** | |
| Freight Paid Code | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| Remarks | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | TPSPL | BHG RUNNER TAUPE | 735732920288 | 2 | 66.06 | 214 | $5.00 | $1,070.00 | |
| 2 | MIC-RUN-2060-WM | GYSHD | BHG RUNNER GRY SHADW | 735732920295 | 2 | 284.62 | 922 | $5.00 | $4,610.00 | |
| **Total** | | | | | | 350.68 | 1136 | | $5,680.00 | |
| | | | | | | *Disc % (0)* | Disc | | $0.00 | |
| | | | | | | | Freight | | $0.00 | |
| | | | | | | | Handling | | $0.00 | |
| | | | | | | | Total | | $5,680.00 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 09:01 AM                **Order Printout Report**                Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0874 |
| **City/State/Zip** | Columbus,OH  43081 | | 50 RAUSCH CREEK RD |
| **Control Number** | 5825751 | | TREMONT,PA  17981 |
| **PO Number** | 0095631308 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/07/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/18/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/24/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/24/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3L-MAT-1830-HO | BLKTN | HELLO BLACK COIR DOO | 735732553639 | 6 | 370.94 | 2004 | $3.00 | $6,012.00 | |
| 2 | VOT-ARU-05X7-GR | BLACK | VOTRA WASHABLE AREA | 735732009136 | 1 | 266.70 | 276 | $20.00 | $5,520.00 | |
| 3 | RN8-ARU-3045-GR | IVORY | REIGN LOOP TEXTURE S | 735732541445 | 4 | 298.29 | 284 | $5.00 | $1,420.00 | |
| 4 | MA5-ARU-2034-GR | NAVY | TRELLIS NAVY 20X34 | 735732394539 | 4 | 265.56 | 616 | $3.50 | $2,156.00 | |

**Order Printout Report**

| Line # | Item Number | Color Code | | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MGO-ARU-2034-GR | GREY | | MARGOT SCATTER RUG 2 | 735732444296 | 4 | 141.70 | 720 | $3.50 | $2,520.00 | |
| *Total* | | | | | | | 1343.19 | 3900 | | $17,628.00 | |
| | | | | | | | *Disc % (0)* | Disc | | $0.00 | |
| | | | | | | | | Freight | | $0.00 | |
| | | | | | | | | Handling | | $0.00 | |
| | | | | | | | | Total | | $17,628.00 | |

*** End of Report ***

Report Date:    01/14/2025 09:01 AM                    **Order Printout Report**                    Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0874 |
| **City/State/Zip** | Columbus,OH  43081 | | 50 RAUSCH CREEK RD |
| **Control Number** | 5825752 | | TREMONT,PA  17981 |
| **PO Number** | 0095631309 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/07/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/18/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/24/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/24/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SI8-ARU-05X7-W2 | BLUEM | BHG STRIAE/MELANGE A | 735732728556 | 1 | 1607.60 | 1283 | $20.00 | $25,660.00 | |
| 2 | HKN-ARU-05X7-WD | GREY | DJM Grey Hand Knotte | 735732110863 | 1 | 0.00 | 77 | $20.00 | $1,540.00 | |
| 3 | HKN-ARU-8X10-WD | GREY | DJM Grey Hand Knotte | 735732110887 | 1 | 0.00 | 70 | $40.00 | $2,800.00 | |
| **Total** | | | | | | 1607.60 | 1430 | | $30,000.00 | |
| | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | Freight | $0.00 | |
| | | | | | | | | Handling | $0.00 | |
| | | | | | | | | Total | $30,000.00 | |

*** End of Report ***

Report Date:    01/14/2025 09:01 AM                **Order Printout Report**                                    Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0874 |
| **City/State/Zip** | Columbus,OH  43081 | | 50 RAUSCH CREEK RD |
| **Control Number** | 5825683 | | TREMONT,PA  17981 |

| | | | | | |
|---|---|---|---|---|---|
| **PO Number** | 0095631311 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 10/07/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 10/18/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 10/24/2024 |
| **Warehouse Code** | VCME | **Priority** | 1 | **In House Date** | 10/24/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VOT-ARU-05X7-GR | BLACK | VOTRA WASHABLE AREA | 735732009136 | 1 | 273.46 | 283 | $20.00 | $5,660.00 | |
| 2 | VOT-ARU-06X9-GR | BLACK | VOTRA WASHABLE AREA | 735732009143 | 1 | 622.64 | 383 | $30.00 | $11,490.00 | |
| 3 | WEM-MAT-1830-HO | TANML | WELCOME FLORAL COIR | 735732553622 | 6 | 364.98 | 1824 | $3.00 | $5,472.00 | |
| **Total** | | | | | | 1261.08 | 2490 | | $22,622.00 | |
| | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | Freight | $0.00 | |
| | | | | | | | | Handling | $0.00 | |
| | | | | | | | | Total | $22,622.00 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 09:01 AM                    **Order Printout Report**                    Page: 2

| | | | |
|---|---|---|---|
| **Company Code** | 01 VCNY HOME | **Division Code** | 000 TEXTILES FROM EUROPE |
| **Account #** | BLUSA | Contact Name | |
| **Customer Name** | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com |
| **Address** | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 |
| | | ShipTo: | Big Lots # 0870 |
| **City/State/Zip** | Columbus,OH  43081 | | 2855 SELMA HWY |
| **Control Number** | 5909718 | | MONTGOMERY,AL  36108 |
| **PO Number** | 0095673646 | **Factor Approval #** | User Approved | **Static Approved** | Yes |
| **Terms Code** | NET45 - NET 45 | **ShipVia Code** | ROUT | **Date Entered** | 11/15/2024 |
| **Type Code** | Normal | **Factor Code** | N | **Start Date** | 11/22/2024 |
| **Order Status** | Shipped | **Customer Appt#** | | **Cancel Date** | 11/28/2024 |
| **Warehouse Code** | MULTI | **Priority** | 1 | **In House Date** | 11/28/2024 |
| **Currency Code** | US | **Salesman 1** | EH | **Department #** | |
| **Freight Paid Code** | CC | **Salesman 2** | | **Sales Division Code** | |
| | | **Salesman 3** | | **Order Reference #** | |
| **Remarks** | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DWL-MAT-1830-WM | NATBL | MS 18X30 DOGS WEL CR | 735732091179 | 4 | 38.40 | 192 | $3.00 | $576.00 | |
| 2 | HL7-MAT-1830-WM | NTRPK | HELLO FLORAL COIR DO | 735732110818 | 4 | 39.24 | 212 | $3.00 | $636.00 | |
| 3 | BDM-MAT-1824-DG | TAN | DG-NCI- BLESSED COIR | 735732442827 | 12 | 0.00 | 180 | $2.00 | $360.00 | |
| 4 | FND-MAT-2436-WD | NATRL | "WELCOME FRIENDS" CO | 735732627217 | 3 | 98.78 | 192 | $5.00 | $960.00 | |

**Order Printout Report**

| Line # | Item Number | Color Code | | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | HSH-MAT-3048-WD | NATRL | | MTH HOME SWEET HOME | 735732954948 | 4 | 52.64 | 63 | $10.00 | $630.00 | |
| 6 | STI-MAT-2436-WM | BLUE | | MS BLUE STRIPE TASSE | 735732939969 | 4 | 17.46 | 116 | $2.50 | $290.00 | |
| 7 | STI-MAT-2436-WM | PINK | | MS PINK STRIPE TASSE | 735732954382 | 4 | 17.46 | 116 | $2.50 | $290.00 | |
| 8 | HB8-ARU-3046-W2 | TEAL | | BHG TEAL TONAL ABSTR | 735732174018 | 2 | 229.69 | 432 | $5.50 | $2,376.00 | |
| 9 | HB8-ARU-3046-WD | IVORY | | BH 30X46 IV ABSTRACT | 735732235986 | 1 | 37.17 | 139 | $5.50 | $764.50 | |
| *Total* | | | | | | | 530.84 | 1642 | | $6,882.50 | |
| | | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | | Freight | $0.00 | |
| | | | | | | | | | Handling | $0.00 | |
| | | | | | | | | | Total | $6,882.50 | |

*** End of Report ***

Report Date:    01/14/2025 09:01 AM                **Order Printout Report**                Page: 2

| Company Code | 01 VCNY HOME | Division Code | 000 TEXTILES FROM EUROPE | |
|---|---|---|---|---|
| Account # | BLUSA | Contact Name | | |
| Customer Name | BIG LOTS STORES INC | Email Address | APVENDORINQUIRIES@biglots.com | |
| Address | 4900 E. Dublin Granville Rd | Telephone No : | 6142786800 | |
| | | ShipTo: | Big Lots # 0874 | |
| City/State/Zip | Columbus,OH  43081 | | 50 RAUSCH CREEK RD | |
| Control Number | 5909719 | | TREMONT,PA  17981 | |
| PO Number | 0095673647 | Factor Approval # | User Approved | Static Approved | Yes |
| Terms Code | NET45 - NET 45 | ShipVia Code | ROUT | Date Entered | 11/15/2024 |
| Type Code | Normal | Factor Code | N | Start Date | 11/22/2024 |
| Order Status | Shipped | Customer Appt# | | Cancel Date | 11/28/2024 |
| Warehouse Code | MULTI | Priority | 1 | In House Date | 11/28/2024 |
| Currency Code | US | Salesman 1 | EH | Department # | |
| Freight Paid Code | CC | Salesman 2 | | Sales Division Code | |
| | | Salesman 3 | | Order Reference # | |
| Remarks | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BDM-MAT-1830-W2 | NATRL | MTH BLESSED FLORAL 1 | 735732939815 | 4 | 8.62 | 40 | $2.00 | $80.00 | |
| 2 | DWL-MAT-1830-WM | NATBL | MS 18X30 DOGS WEL CR | 735732091179 | 4 | 41.60 | 208 | $3.00 | $624.00 | |
| 3 | WEM-MAT-1830-WM | NTRMU | WELCOME FLORAL COIR | 735732110801 | 4 | 7.40 | 40 | $3.00 | $120.00 | |
| 4 | HL7-MAT-1830-WM | NTRPK | HELLO FLORAL COIR DO | 735732110818 | 4 | 42.20 | 228 | $3.00 | $684.00 | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 5 | BDM-MAT-1824-DG | TAN | DG-NCI- BLESSED COIR | 735732442827 | 12 | 0.00 | 204 | $2.00 | $408.00 | |
| 6 | FND-MAT-2436-WD | NATRL | "WELCOME FRIENDS" CO | 735732627217 | 3 | 108.05 | 210 | $5.00 | $1,050.00 | |
| 7 | HSH-MAT-3048-WD | NATRL | MTH HOME SWEET HOME | 735732954948 | 4 | 55.15 | 66 | $10.00 | $660.00 | |
| 8 | ST1-MAT-2436-W2 | PINK | MS BLACKWHITE STRIPE | 735732025730 | 4 | 0.00 | 56 | $2.50 | $140.00 | |
| 9 | ST1-MAT-2436-WM | PINK | MTH PINK STRIPE 24X3 | 735732939914 | 4 | 6.77 | 60 | $2.50 | $150.00 | |
| 10 | ST1-MAT-3654-WD | PINK | MTH PINK STRIPE 36X5 | 735732955044 | 4 | 10.04 | 40 | $2.50 | $100.00 | |
| 11 | STI-MAT-2436-WM | BLUE | MS BLUE STRIPE TASSE | 735732939969 | 4 | 18.66 | 124 | $2.50 | $310.00 | |
| 12 | STI-MAT-2436-WM | PINK | MS PINK STRIPE TASSE | 735732954382 | 4 | 18.66 | 124 | $2.50 | $310.00 | |
| 13 | HB8-ARU-3046-W2 | TEAL | BHG TEAL TONAL ABSTR | 735732174018 | 2 | 248.84 | 468 | $5.50 | $2,574.00 | |

| Line # | Item Number | Color Code | | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|---|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 14 | HB8-ARU-3046-WD | IVORY | | BH 30X46 IV ABSTRACT | 735732235986 | 1 | 40.11 | 150 | $5.50 | $825.00 | |
| *Total* | | | | | | | 606.10 | 2018 | | $8,035.00 | |
| | | | | | | | *Disc % (0)* | Disc | | $0.00 | |
| | | | | | | | | Freight | | $0.00 | |
| | | | | | | | | Handling | | $0.00 | |
| | | | | | | | | Total | | $8,035.00 | |

**\*\*\* End of Report \*\*\***

Report Date:    01/14/2025 09:01 AM                    **Order Printout Report**                    Page: 2

| Company Code | 01 VCNY HOME | | Division Code | 000 TEXTILES FROM EUROPE | |
|---|---|---|---|---|---|
| Account # | BLUSA | | Contact Name | | |
| Customer Name | BIG LOTS STORES INC | | Email Address | APVENDORINQUIRIES@biglots.com | |
| Address | 4900 E. Dublin Granville Rd | | Telephone No : | 6142786800 | |
| | | | ShipTo: | Big Lots # 0879 | |
| City/State/Zip | Columbus,OH  43081 | | | 2306 ENTERPRISE DR | |
| Control Number | 5909720 | | | DURANT,OK  74701 | |
| PO Number | 0095673648 | Factor Approval # | User Approved | Static Approved | Yes |
| Terms Code | NET45 - NET 45 | ShipVia Code | ROUT | Date Entered | 11/15/2024 |
| Type Code | Normal | Factor Code | N | Start Date | 11/22/2024 |
| Order Status | Shipped | Customer Appt# | | Cancel Date | 11/28/2024 |
| Warehouse Code | MULTI | Priority | 1 | In House Date | 11/28/2024 |
| Currency Code | US | Salesman 1 | EH | Department # | |
| Freight Paid Code | CC | Salesman 2 | | Sales Division Code | |
| | | Salesman 3 | | Order Reference # | |
| Remarks | | | | | |

| Line # | Item Number | Color Code | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DWL-MAT-1830-WM | NATBL | MS 18X30 DOGS WEL CR | 735732091179 | 4 | 27.20 | 136 | $3.00 | $408.00 | |
| 2 | HL7-MAT-1830-WM | NTRPK | HELLO FLORAL COIR DO | 735732110818 | 4 | 27.39 | 148 | $3.00 | $444.00 | |
| 3 | BDM-MAT-1824-DG | TAN | DG-NCI- BLESSED COIR | 735732442827 | 12 | 0.00 | 132 | $2.00 | $264.00 | |
| 4 | FND-MAT-2436-WD | NATRL | "WELCOME FRIENDS" CO | 735732627217 | 3 | 69.46 | 135 | $5.00 | $675.00 | |

| Line # | Item Number | Color Code | | Item Description | UPC | Case Pack | Total Cube | Qty Ordered | Price | Extension | Picture |
|--------|-------------|------------|--|------------------|-----|-----------|------------|-------------|-------|-----------|---------|
| 5 | HSH-MAT-3048-WD | NATRL | | MTH HOME SWEET HOME | 735732954948 | 4 | 35.10 | 42 | $10.00 | $420.00 | |
| 6 | STI-MAT-2436-WM | BLUE | | MS BLUE STRIPE TASSE | 735732939969 | 4 | 12.04 | 80 | $2.50 | $200.00 | |
| 7 | STI-MAT-2436-WM | PINK | | MS PINK STRIPE TASSE | 735732954382 | 4 | 12.04 | 80 | $2.50 | $200.00 | |
| 8 | HB8-ARU-3046-W2 | TEAL | | BHG TEAL TONAL ABSTR | 735732174018 | 2 | 159.51 | 300 | $5.50 | $1,650.00 | |
| 9 | HB8-ARU-3046-WD | IVORY | | BH 30X46 IV ABSTRACT | 735732235986 | 1 | 25.67 | 96 | $5.50 | $528.00 | |
| *Total* | | | | | | | 368.41 | 1149 | | $4,789.00 | |
| | | | | | | | | *Disc % (0)* | Disc | $0.00 | |
| | | | | | | | | | Freight | $0.00 | |
| | | | | | | | | | Handling | $0.00 | |
| | | | | | | | | | Total | $4,789.00 | |

**\*\*\* End of Report \*\*\***