## EXHIBIT C

**Claimant's Invoices**

# VCNY
H O M E

**Invoice**

Duns Number: 2180548729
Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 10/21/2024
Invoice Number: 4947859
Control Number: 5825675
Page 1 of 1

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Ship To:**
**Big Lots # 0870**

2855 SELMA HWY

MONTGOMERY, AL 36108

US

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

---

| | | | |
|---|---|---|---|
| Customer Number: BLUSA | Store Number: 0870 | EDI Store Number: 0870 | |
| PO Number: 0095628968 | Department Number: | Terms Desc.: NET 45 | |
| Currency Code: US | Total Wt.: 4,658.04 | Ship Via: Call for Routing | |
| UPS Tracking #: | | | |
| Warehouse: VCME | Vendor: | Salesman: EH | |
| Orig. P/T#: 5108262 | | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MIC-RUN-2060-WM | GYSHD | GRAY SHADOW | 810790981 | 1,362 | 5.00 | 6,810.00 |
| **Desc:** BHG RUNNER GRY SHADW | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 1,362 | **Sub Total:** | 6,810.00 |
| **Total Cartons:** | 681 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 6,810.00 |

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H  O  M  E

**Invoice**

Duns Number: 21180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 10/21/2024
**Invoice Number:** 4947860
**Control Number:** 5825675
**Page 1 of 1**

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0870**
2855 SELMA HWY
MONTGOMERY, AL 36108
US

---

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0870 | **EDI Store Number:** 0870 |
| **PO Number:** 0095628968 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 1,019.16 | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | |
| **Warehouse:** VCME | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5113569 | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MIC-RUN-2060-WM | TPSPL | TAUPE SPLASH | 810790810 | 298 | 5.00 | 1,490.00 |
| **Desc:** BHG RUNNER TAUPE | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 298 | **Sub Total:** | 1,490.00 |
| **Total Cartons:** | 149 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 1,490.00 |

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

**VCNY**
H O M E

**Invoice**

Dun's Number: 2180548729
Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 10/23/2024
Invoice Number: 4951496
Control Number: 5825679
Page 1 of 1

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR

DURANT, OK 74701

US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Customer Number: BLUSA | Store Number: 0879 | | EDI Store Number: 0879 |
| PO Number: 0095630100 | Department Number: | | Terms Desc.: NET 45 |
| Currency Code: US | Total Wt.: 8,988.35 | | Ship Via: Call for Routing |
| UPS Tracking #: | | | |
| Warehouse: VCME | Vendor: | | Salesman: EH |
| Orig. P/T#: 5108265 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
============================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| TUF-RST-2PCZ-WM | BEIGE | Beige | 810790804 | 1,250 | 4.50 | 5,625.00 |
| Desc: 2PC TUFTD RUGS BEIGE | | | | | | |
| TUF-RST-2PCZ-WM | SFTSV | SOFT SILVER | 810790805 | 1,500 | 4.50 | 6,750.00 |
| Desc: 2PC TUFTD RUGS SLVR | | | | | | |
| TSL-RST-2PCZ-WM | BEIGE | Beige | 810790807 | 177 | 4.50 | 796.50 |
| Desc: BHG FRNG 2PC RUG SET BEIGE | | | | | | |

| | | | |
|---|---|---|---|
| **Total Quantity:** | 2,927 | **Sub Total:** | 13,171.50 |
| **Total Cartons:** | 1,464 | **Freight Charges:** | 0.00 |
| | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| | | **Total Amount Due:** | 13,171.50 |

**Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

*Invoice*

| | |
|---|---|
| **Duns Number:** | 2180548729 |
| **Phone:** | 2122131828 |
| **Factor Appr:** | User Approved |
| **Invoice Date:** | 10/23/2024 |
| **Invoice Number:** | 4951497 |
| **Control Number:** | 5825678 |
| **Page** 1 **of** 1 | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR

DURANT, OK 74701

US

---

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0879 | | **EDI Store Number:** 0879 |
| **PO Number:** 0095630099 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 1,019.16 | | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | | |
| **Warehouse:** VCME | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5113565 | | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| STI-BAT-14PC-W2 | BLWHT | BLUE/WHITE | 810790809 | 298 | 4.50 | 1,341.00 |
| **Desc:** BHG FRINGE14PC SHWR | BLUE/WHITE | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 298 | **Sub Total:** | 1,341.00 |
| **Total Cartons:** | 149 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 1,341.00 |

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

*Invoice*

| | |
|---|---|
| **Duns Number:** | 2180548729 |
| **Phone:** | 2122131828 |
| **Factor Appr:** | User Approved |
| **Invoice Date:** | 10/23/2024 |
| **Invoice Number:** | 4951543 |
| **Control Number:** | 5825683 |
| **Page 1 of 1** | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**

50 RAUSCH CREEK RD

TREMONT, PA 17981

US

---

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | | **EDI Store Number:** 0874 |
| **PO Number:** 0095631311 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 12,226.42 | | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | | |
| **Warehouse:** VCME | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5104938 | | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VOT-ARU-05X7-GR | BLACK | Black | 810791766 | 283 | 20.00 | 5,660.00 |
| **Desc:** VOTRA WASHABLE AREA RUG 5X7 | | | | | | |
| VOT-ARU-06X9-GR | BLACK | Black | 810791767 | 383 | 30.00 | 11,490.00 |
| **Desc:** VOTRA WASHABLE AREA RUG 6X9 | | | | | | |
| WEM-MAT-1830-HO | TANML | TAN/MULTI | 810791768 | 1,824 | 3.00 | 5,472.00 |
| **Desc:** WELCOME FLORAL COIR DOORMAT 18XX30 | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 2,490 | **Sub Total:** | 22,622.00 |
| **Total Cartons:** | 970 | **Freight Charges:** | 0.00 |
| | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| | | **Total Amount Due:** | 22,622.00 |

**Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Invoice**

| | |
|---|---|
| **Duns Number:** | 2180548729 |
| **Phone:** | 2122131828 |
| **Factor Appr:** | User Approved |
| **Invoice Date:** | 10/25/2024 |
| **Invoice Number:** | 4957761 |
| **Control Number:** | 5825678 |
| **Page** 1 **of** 1 | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR

DURANT, OK 74701

US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | |
|---|---|---|---|---|---|
| **Customer Number:** BLUSA | | **Store Number:** 0879 | | **EDI Store Number:** 0879 | |
| **PO Number:** 0095630099 | | **Department Number:** | | **Terms Desc.:** NET 45 | |
| **Currency Code:** US | | **Total Wt.:** 15,417.22 | | **Ship Via:** Call for Routing | |
| **UPS Tracking #:** | | | | | |
| **Warehouse:** VCME | | **Vendor:** | | **Salesman:** EH | |
| **Orig. P/T#:** 5108264 | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

====================================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| TUF-RST-2PCZ-WM | BEIGE | Beige | 810790804 | 1,250 | 4.50 | 5,625.00 |
| **Desc:** 2PC TUFTD RUGS BEIGE | | | | | | |
| TUF-RST-2PCZ-WM | SFTSV | SOFT SILVER | 810790805 | 1,500 | 4.50 | 6,750.00 |
| **Desc:** 2PC TUFTD RUGS SLVR | | | | | | |
| TSL-RST-2PCZ-WM | BEIGE | Beige | 810790807 | 1,250 | 4.50 | 5,625.00 |
| **Desc:** BHG FRNG 2PC RUG SET BEIGE | | | | | | |
| MIC-RUN-2060-WM | GYSHD | GRAY SHADOW | 810790981 | 766 | 5.00 | 3,830.00 |
| **Desc:** BHG RUNNER GRY SHADW | | | | | | |

| | | | |
|---|---|---|---|
| **Total Quantity:** | 4,766 | **Sub Total:** | 21,830.00 |
| **Total Cartons:** | 2,383 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 21,830.00 |

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net.    Freight not included.    An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods.          No return will be allowed without written authorization.

# VCNY
## H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

*Invoice*

| | |
|---|---|
| Duns Number: | 2180548729 |
| Phone: | 2122131828 |
| Factor Appr: | User Approved |
| Invoice Date: | 10/25/2024 |
| Invoice Number: | 4957769 |
| Control Number: | 5825751 |
| Page 1 of 1 | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**

50 RAUSCH CREEK RD
TREMONT, PA 17981
US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | **EDI Store Number:** 0874 | |
| **PO Number:** 0095631308 | **Department Number:** | **Terms Desc.:** NET 45 | |
| **Currency Code:** US | **Total Wt.:** 15,895.86 | **Ship Via:** Call for Routing | |
| **UPS Tracking #:** | | | |
| **Warehouse:** VCME | **Vendor:** | **Salesman:** EH | |
| **Orig. P/T#:** 5104936 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

=================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| H3L-MAT-1830-HO | BLKTN | BLACK/TAN | 810791198 | 1,998 | 3.00 | 5,994.00 |
| **Desc:** HELLO BLACK COIR DOORMAT 18X30 | | | | | | |
| VOT-ARU-05X7-GR | BLACK | Black | 810791199 | 254 | 20.00 | 5,080.00 |
| **Desc:** VOTRA WASHABLE AREA RUG 5X7 | | | | | | |
| RN8-ARU-3045-GR | IVORY | IVORY | 810791200 | 268 | 5.00 | 1,340.00 |
| **Desc:** REIGN LOOP TEXTURE SCATTER RUG 30X45 | | | | | | |
| MA5-ARU-2034-GR | NAVY | Navy | 810791761 | 600 | 3.50 | 2,100.00 |
| **Desc:** TRELLIS NAVY 20X34 | | | | | | |
| MGO-ARU-2034-GR | GREY | Grey | 810791762 | 716 | 3.50 | 2,506.00 |
| **Desc:** MARGOT SCATTER RUG 20X34 GRAY | | | | | | |

| | | | |
|---|---|---|---|
| **Total Quantity:** | 3,836 | **Sub Total:** | 17,020.00 |
| **Total Cartons:** | 983 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 17,020.00 |

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net.    Freight not included.    An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods.    No return will be allowed without written authorization.

# VCNY
H O M E

*Invoice*

**Duns Number:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 10/25/2024
**Invoice Number:** 4957770
**Control Number:** 5825676
**Page** 1 **of** 1

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel:  2122131828  /  Fax:  6468871203

**Ship To:**
**Big Lots # 0874**

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

50 RAUSCH CREEK RD
TREMONT, PA 17981
US

---

| | | |
|---|---|---|
| **Customer Number:**  BLUSA | **Store Number:**  0874 | **EDI Store Number:**  0874 |
| **PO Number:**  0095628969 | **Department Number:** | **Terms Desc.:**  NET 45 |
| **Currency Code:**  US | **Total Wt.:**  1,162.80 | **Ship Via:**  Call for Routing |
| **UPS Tracking #:** | | |
| **Warehouse:**  VCME | **Vendor:** | **Salesman:**  EH |
| **Orig. P/T#:**  5113570 | | |

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MIC-RUN-2060-WM | TPSPL | TAUPE SPLASH | 810790810 | 340 | 5.00 | 1,700.00 |
| **Desc:**  BHG RUNNER TAUPE | | | | | | |

| | | | |
|---|---|---|---|
| **Total Quantity:** | 340 | **Sub Total:** | 1,700.00 |
| **Total Cartons:** | 170 | **Freight Charges:** | 0.00 |
| | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |

**Remit To:** Regular envelope remittances sent via first class mail
should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL  60654-1529

**All post-dated checks should be sent to our office**

| | |
|---|---|
| **Total Amount Due:** | 1,700.00 |

All prices are net.    Freight not included.    An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods.        No return will be allowed without written authorization.

# VCNY
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

*Invoice*

**Purse Number:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 10/29/2024
**Invoice Number:** 4966318
**Control Number:** 5825676
**Page 1 of 1**

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**

50 RAUSCH CREEK RD
TREMONT, PA 17981
US

---

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | **EDI Store Number:** 0874 |
| **PO Number:** 0095628969 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 5,328.36 | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | |
| **Warehouse:** VCME | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5108263 | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MIC-RUN-2060-WM | GYSHD | GRAY SHADOW | 810790981 | 1,558 | 5.00 | 7,790.00 |
| **Desc:** BHG RUNNER GRY SHADW | | | | | | |

---

| | | | | |
|---|---|---|---|---|
| **Total Quantity:** | 1,558 | | **Sub Total:** | 7,790.00 |
| **Total Cartons:** | 779 | | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | | **Handling Charges:** | 0.00 |
| | | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | | |
| PO Box 74906, Chicago IL 60675-4906 | | | **Total Amount Due:** | 7,790.00 |

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H O M E

Invoice

Purchase Number: 2180548729
Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 10/31/2024
Invoice Number: 4973018
Control Number: 5829680
Page 1 of 1

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**

50 RAUSCH CREEK RD

TREMONT, PA 17981

US

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | **EDI Store Number:** 0874 |
| **PO Number:** 0095630098 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 34,075.46 | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | |
| **Warehouse:** VCME | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5107233 | | |

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MZD-RUG-2032-WM | WHITE | White | 810790803 | 1,168 | 3.85 | 4,496.80 |
| **Desc:** PW MAZIE MEDALLION BATH RUG 20X32 - MOD 2022 | | | | | | |
| TUF-RST-2PCZ-WM | BEIGE | Beige | 810790804 | 2,250 | 4.50 | 10,125.00 |
| **Desc:** 2PC TUFTD RUGS BEIGE | | | | | | |
| TUF-RST-2PCZ-WM | SFTSV | SOFT SILVER | 810790805 | 2,700 | 4.50 | 12,150.00 |
| **Desc:** 2PC TUFTD RUGS SLVR | | | | | | |
| TUF-RST-2PCZ-WM | PINK | Pink | 810790806 | 2,250 | 4.50 | 10,125.00 |
| **Desc:** 2PC TUFTD RUGS PINK | | | | | | |
| TSL-RST-2PCZ-WM | BEIGE | Beige | 810790807 | 2,246 | 4.50 | 10,107.00 |
| **Desc:** BHG FRNG 2PC RUG SET BEIGE | | | | | | |
| MIC-RUN-2060-WM | TPSPL | TAUPE SPLASH | 810790810 | 556 | 5.00 | 2,780.00 |
| **Desc:** BHG RUNNER TAUPE | | | | | | |

| | | | |
|---|---|---|---|
| **Total Quantity:** | 11,170 | **Sub Total:** | 49,783.80 |
| **Total Cartons:** | 5,293 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 49,783.80 |

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.



**Invoice**

Phone: 2122131828
Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 10/31/2024
Invoice Number: 4974160
Control Number: 5829679
Page 1 of 2

**Dun & Bradstreet:** 180548729

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0870**

2855 SELMA HWY

MONTGOMERY, AL 36108

US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | |
|---|---|---|---|---|---|
| **Customer Number:** | BLUSA | **Store Number:** 0870 | | **EDI Store Number:** | 0870 |
| **PO Number:** | 0095630097 | **Department Number:** | | **Terms Desc.:** | NET 45 |
| **Currency Code:** | US | **Total Wt.:** 31,748.40 | | **Ship Via:** | Call for Routing |
| **UPS Tracking #:** | | | | | |
| **Warehouse:** | VCME | **Vendor:** | | **Salesman:** | EH |
| **Orig. P/T#:** | 5107232 | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MZD-RUG-2032-WM | WHITE | White | 810790803 | 1,108 | 3.85 | 4,265.80 |
| **Desc:** PW MAZIE MEDALLION BATH RUG 20X32 - MOD 2022 | | | | | | |
| TUF-RST-2PCZ-WM | BEIGE | Beige | 810790804 | 1,500 | 4.50 | 6,750.00 |
| **Desc:** 2PC TUFTD RUGS BEIGE | | | | | | |
| TUF-RST-2PCZ-WM | SFTSV | SOFT SILVER | 810790805 | 1,800 | 4.50 | 8,100.00 |
| **Desc:** 2PC TUFTD RUGS SLVR | | | | | | |
| TUF-RST-2PCZ-WM | PINK | Pink | 810790806 | 1,500 | 4.50 | 6,750.00 |
| **Desc:** 2PC TUFTD RUGS PINK | | | | | | |
| TSL-RST-2PCZ-WM | BEIGE | Beige | 810790807 | 1,500 | 4.50 | 6,750.00 |
| **Desc:** BHG FRNG 2PC RUG SET BEIGE | | | | | | |
| DTO-BAT-14PC-W2 | WHITE | White | 810790808 | 1,406 | 4.50 | 6,327.00 |
| **Desc:** BHG DOTS 14PC SHWR | | | | | | |
| MIC-RUN-2060-WM | TPSPL | TAUPE SPLASH | 810790810 | 370 | 5.00 | 1,850.00 |
| **Desc:** BHG RUNNER TAUPE | | | | | | |
| MIC-RUN-2060-WM | GYSHD | GRAY SHADOW | 810790981 | 1,042 | 5.00 | 5,210.00 |
| **Desc:** BHG RUNNER GRY SHADW | | | | | | |

1

# VCNY
H O M E

*Invoice*

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Phone:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 10/31/2024
**Invoice Number:** 4974160
**Control Number:** 5829679
**Page** 2 **of** 2

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0870**

2855 SELMA HWY

MONTGOMERY, AL 36108

US

---

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0870 | | **EDI Store Number:** 0870 |
| **PO Number:** 0095630097 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 31,748.40 | | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | | |
| **Warehouse:** VCME | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5107232 | | | |

===============================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|

===============================================================================

| | | | |
|---|---|---|---|
| **Total Quantity:** | 10,226 | **Sub Total:** | 46,002.80 |
| **Total Cartons:** | 4,836 | **Freight Charges:** | 0.00 |
| | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| | | **Total Amount Due:** | 46,002.80 |

**Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be charged on all past due balances.
No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
## H O M E

*Invoice*
Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 11/01/2024
Invoice Number: 4974845
Control Number: 5825752
Page 1 of 1

**Duns Number:** 2180548729

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**

50 RAUSCH CREEK RD
TREMONT, PA 17981
US

---

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | | **EDI Store Number:** 0874 |
| **PO Number:** 0095631309 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 14,276.66 | | **Ship Via:** Call for Routing |
| **UPS Tracking #:** | | | |
| **Warehouse:** VCME | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5104937 | | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SI8-ARU-05X7-W2 | BLUEM | BLUE/MULTI | 810791763 | 1,283 | 20.00 | 25,660.00 |
| **Desc:** BHG STRIAE/MELANGE AREA RUG 5X7 - SP22 | | | | | | |
| HKN-ARU-05X7-WD | GREY | Grey | 810791764 | 72 | 20.00 | 1,440.00 |
| **Desc:** DJM Grey Hand Knotted Geo Rug 5X7 | | | | | | |
| HKN-ARU-8X10-WD | GREY | Grey | 810791765 | 66 | 40.00 | 2,640.00 |
| **Desc:** DJM Grey Hand Knotted Geo Rug 8x10 | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 1,421 | **Sub Total:** | 29,740.00 |
| **Total Cartons:** | 1,421 | **Freight Charges:** | 0.00 |

**Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

| | |
|---|---|
| **Handling Charges:** | 0.00 |
| **ST Charges:** | 0.00 |
| **Total Amount Due:** | 29,740.00 |

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.

# VCNY
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828  /  Fax: 6468871203

**Invoice**

| | |
|---|---|
| **Pure Number:** | 2180548729 |
| **Phone:** | 2122131828 |
| **Factor Appr:** | User Approved |
| **Invoice Date:** | 11/07/2024 |
| **Invoice Number:** | 4990331 |
| **Control Number:** | 5836053 |
| **Page** 1 **of** 1 | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR

DURANT, OK 74701

US

---

| | | | | | |
|---|---|---|---|---|---|
| **Customer Number:** | BLUSA | **Store Number:** 0879 | | **EDI Store Number:** 0879 | |
| **PO Number:** | 0095630270 | **Department Number:** | | **Terms Desc.:** NET 45 | |
| **Currency Code:** | US | **Total Wt.:** 3,885.12 | | **Ship Via:** Call for Routing | |
| **UPS Tracking #:** | | | | | |
| **Warehouse:** | VCME | **Vendor:** | | **Salesman:** EH | |
| **Orig. P/T#:** | 5113564 | | | | |

---

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MIC-RUN-2060-WM | TPSPL | TAUPE SPLASH | 810790810 | 214 | 5.00 | 1,070.00 |
| Desc: BHG RUNNER TAUPE | | | | | | |
| MIC-RUN-2060-WM | GYSHD | GRAY SHADOW | 810790981 | 922 | 5.00 | 4,610.00 |
| Desc: BHG RUNNER GRY SHADW | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total Quantity:** | 1,136 | **Sub Total:** | 5,680.00 |
| **Total Cartons:** | 568 | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | **Handling Charges:** | 0.00 |
| | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** | | | |
| PO Box 74906, Chicago IL 60675-4906 | | **Total Amount Due:** | 5,680.00 |

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL  60654-1529

**All post-dated checks should be sent to our office**

All prices are net.    Freight not included.    An interest charge of 1 1/2% per month will be changed on all past due balances.

No claims will be allowed unless made within 5 days of receipt of goods.        No return will be allowed without written authorization.



**Due Number:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 12/02/2024
**Invoice Number:** 5063182
**Control Number:** 5909718
**Page** 1 **of** 2

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Ship To:**
**Big Lots # 0870**

2855 SELMA HWY

MONTGOMERY, AL 36108

US

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

- - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0870 | | **EDI Store Number:** 0870 |
| **PO Number:** 0095673646 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 10,315.68 | | **Ship Via:** CH ROBINSON |
| **UPS Tracking #:** 5199139 | | | |
| **Warehouse:** ROXY | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5199139 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - -

=================================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DWL-MAT-1830-WM | NATBL | NATURAL/BLACK | 810802446 | 192 | 3.00 | 576.00 |
| **Desc:** MS 18X30 DOGS WEL CR | | | | | | |
| HL7-MAT-1830-WM | NTRPK | NATURAL/PINK | 810802448 | 212 | 3.00 | 636.00 |
| **Desc:** HELLO FLORAL COIR DOORMAT 18X30 - MIXED MOD SP23 | | | | | | |
| FND-MAT-2436-WD | NATRL | Natural | 810802450 | 192 | 5.00 | 960.00 |
| **Desc:** "WELCOME FRIENDS" COIR DOORMAT 24X36 - WALMART DOT COM | | | | | | |
| HSH-MAT-3048-WD | NATRL | Natural | 810802631 | 60 | 10.00 | 600.00 |
| **Desc:** MTH HOME SWEET HOME 30X48 COIR DOORMAT - S2 WM | | | | | | |
| STI-MAT-2436-WM | BLUE | BLUE | 810802635 | 116 | 2.50 | 290.00 |
| **Desc:** MS BLUE STRIPE TASSEL 24X36 LAYERING RUG - S2 WM | | | | | | |
| STI-MAT-2436-WM | PINK | Pink | 810802636 | 116 | 2.50 | 290.00 |
| **Desc:** MS PINK STRIPE TASSEL 24X36 LAYERING RUG - S2 WM | | | | | | |
| HB8-ARU-3046-W2 | TEAL | Teal | 810802637 | 432 | 5.50 | 2,376.00 |
| **Desc:** BHG TEAL TONAL ABSTRACT ACCENT RUG 30X46 - WALMART SP21 | | | | | | |
| HB8-ARU-3046-WD | IVORY | IVORY | 810802638 | 139 | 5.50 | 764.50 |
| **Desc:** BH 30X46 IV ABSTRACT IVORY - WM.COM | | | | | | |

1

**Invoice**

**VCNY**
H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Dun & Bradstreet:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 12/02/2024
**Invoice Number:** 5063182
**Control Number:** 5909718
**Page** 2 **of** 2

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0870**
2855 SELMA HWY
MONTGOMERY, AL 36108
US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0870 | **EDI Store Number:** 0870 |
| **PO Number:** 0095673646 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 10,315.68 | **Ship Via:** CH ROBINSON |
| **UPS Tracking #:** 5199139 | | |
| **Warehouse:** ROXY | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5199139 | | |

=========================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|

=========================================================================

| | | |
|---|---|---|
| **Total Quantity:** | 1,459 | |
| **Total Cartons:** | 593 | |

**Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL  60654-1529

**All post-dated checks should be sent to our office**

| | |
|---|---|
| **Sub Total:** | 6,492.50 |
| **Freight Charges:** | 0.00 |
| **Handling Charges:** | 0.00 |
| **ST Charges:** | 0.00 |
| **Total Amount Due:** | 6,492.50 |

All prices are net.   Freight not included.   An interest charge of 1 1/2% per month will be changed on all past due balances.
No claims will be allowed unless made within 5 days of receipt of goods.      No return will be allowed without written authorization.



**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

| | |
|---|---|
| **Purchase Number:** | 2180548729 |
| **Phone:** | 2122131828 |
| **Factor Appr:** | User Approved |
| **Invoice Date:** | 12/03/2024 |
| **Invoice Number:** | 5078281 |
| **Control Number:** | 5909720 |
| **Page** 1 **of** 2 | |

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR

DURANT, OK 74701

US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | |
|---|---|---|---|---|---|
| **Customer Number:** | BLUSA | **Store Number:** | 0879 | **EDI Store Number:** | 0879 |
| **PO Number:** | 0095673648 | **Department Number:** | | **Terms Desc.:** | NET 45 |
| **Currency Code:** | US | **Total Wt.:** | 6,562.37 | **Ship Via:** | CH ROBINSON |
| **UPS Tracking #:** | 5199141 | | | **Salesman:** | EH |
| **Warehouse:** | ROXY | **Vendor:** | | | |
| **Orig. P/T#:** | 5199141 | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

===============================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|

===============================================================================

| DWL-MAT-1830-WM | NATBL | NATURAL/BLACK | 810802446 | 136 | 3.00 | 408.00 |
|---|---|---|---|---|---|---|

**Desc:** MS 18X30 DOGS WEL CR

| HL7-MAT-1830-WM | NTRPK | NATURAL/PINK | 810802448 | 148 | 3.00 | 444.00 |

**Desc:** HELLO FLORAL COIR DOORMAT 18X30 - MIXED MOD SP23

| FND-MAT-2436-WD | NATRL | Natural | 810802450 | 126 | 5.00 | 630.00 |

**Desc:** "WELCOME FRIENDS" COIR DOORMAT 24X36 - WALMART DOT COM

| STI-MAT-2436-WM | BLUE | BLUE | 810802635 | 80 | 2.50 | 200.00 |

**Desc:** MS BLUE STRIPE TASSEL 24X36 LAYERING RUG - S2 WM

| STI-MAT-2436-WM | PINK | Pink | 810802636 | 80 | 2.50 | 200.00 |

**Desc:** MS PINK STRIPE TASSEL 24X36 LAYERING RUG - S2 WM

| HB8-ARU-3046-W2 | TEAL | Teal | 810802637 | 300 | 5.50 | 1,650.00 |

**Desc:** BHG TEAL TONAL ABSTRACT ACCENT RUG 30X46 - WALMART SP21

| HB8-ARU-3046-WD | IVORY | IVORY | 810802638 | 91 | 5.50 | 500.50 |

**Desc:** BH 30X46 IV ABSTRACT IVORY - WM.COM

1

# VCNY
## H O M E

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**Invoice**

**Pure Number:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 12/03/2024
**Invoice Number:** 5078281
**Control Number:** 5909720
**Page** 2 **of** 2

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0879**

2306 ENTERPRISE DR
DURANT, OK 74701

US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0879 | **EDI Store Number:** 0879 |
| **PO Number:** 0095673648 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 6,562.37 | **Ship Via:** CH ROBINSON |
| **UPS Tracking #:** 5199141 | | |
| **Warehouse:** ROXY | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5199141 | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
=================================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
=================================================================================================

| | | | | |
|---|---|---|---|---|
| **Total Quantity:** | 961 | | **Sub Total:** | 4,032.50 |
| **Total Cartons:** | 394 | | **Freight Charges:** | 0.00 |
| **Remit To:** Regular envelope remittances sent via first class mail should be addressed as follow: | | | **Handling Charges:** | 0.00 |
| | | | **ST Charges:** | 0.00 |
| **Textiles From Europe, Inc.** PO Box 74906, Chicago IL 60675-4906 | | | **Total Amount Due:** | 4,032.50 |

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL  60654-1529

**All post-dated checks should be sent to our office**

All prices are net.   Freight not included.   An interest charge of 1 1/2% per month will be changed on all past due balances.
No claims will be allowed unless made within 5 days of receipt of goods.   No return will be allowed without written authorization.



**Invoice**
**Due Number:** 2180548729
**Phone:** 2122131828
**Factor Appr:** User Approved
**Invoice Date:** 12/05/2024
**Invoice Number:** 5091678
**Control Number:** 5909719
**Page** 1 **of** 2

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

**Ship To:**
**Big Lots # 0874**
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | | **EDI Store Number:** 0874 |
| **PO Number:** 0095673647 | **Department Number:** | | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 11,393.49 | | **Ship Via:** CH ROBINSON |
| **UPS Tracking #:** 5199140 | | | |
| **Warehouse:** ROXY | **Vendor:** | | **Salesman:** EH |
| **Orig. P/T#:** 5199140 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

===================================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| BDM-MAT-1830-W2 | NATRL | Natural | 810802445 | 40 | 2.00 | 80.00 |
| Desc: MTH BLESSED FLORAL 18X30 DOORMAT - S2 WM | | | | | | |
| DWL-MAT-1830-WM | NATBL | NATURAL/BLACK | 810802446 | 200 | 3.00 | 600.00 |
| Desc: MS 18X30 DOGS WEL CR | | | | | | |
| WEM-MAT-1830-WM | NTRMU | NATURAL/MULTI | 810802447 | 32 | 3.00 | 96.00 |
| Desc: WELCOME FLORAL COIR DOORMAT - MIXED MOD SP23 | | | | | | |
| HL7-MAT-1830-WM | NTRPK | NATURAL/PINK | 810802448 | 228 | 3.00 | 684.00 |
| Desc: HELLO FLORAL COIR DOORMAT 18X30 - MIXED MOD SP23 | | | | | | |
| FND-MAT-2436-WD | NATRL | Natural | 810802450 | 210 | 5.00 | 1,050.00 |
| Desc: "WELCOME FRIENDS" COIR DOORMAT 24X36 - WALMART DOT COM | | | | | | |
| HSH-MAT-3048-WD | NATRL | Natural | 810802631 | 48 | 10.00 | 480.00 |
| Desc: MTH HOME SWEET HOME 30X48 COIR DOORMAT - S2 WM | | | | | | |
| ST1-MAT-2436-WM | PINK | Pink | 810802633 | 56 | 2.50 | 140.00 |
| Desc: MTH PINK STRIPE 24X36 LAYERING RUG - S2 WM | | | | | | |
| ST1-MAT-3654-WD | PINK | Pink | 810802634 | 20 | 2.50 | 50.00 |
| Desc: MTH PINK STRIPE 36X54 LAYERING RUG - S2 WM | | | | | | |
| STI-MAT-2436-WM | BLUE | BLUE | 810802635 | 124 | 2.50 | 310.00 |
| Desc: MS BLUE STRIPE TASSEL 24X36 LAYERING RUG - S2 WM | | | | | | |
| STI-MAT-2436-WM | PINK | Pink | 810802636 | 120 | 2.50 | 300.00 |
| Desc: MS PINK STRIPE TASSEL 24X36 LAYERING RUG - S2 WM | | | | | | |
| HB8-ARU-3046-W2 | TEAL | Teal | 810802637 | 468 | 5.50 | 2,574.00 |
| Desc: BHG TEAL TONAL ABSTRACT ACCENT RUG 30X46 - WALMART SP21 | | | | | | |
| HB8-ARU-3046-WD | IVORY | IVORY | 810802638 | 150 | 5.50 | 825.00 |
| Desc: BH 30X46 IV ABSTRACT IVORY - WM.COM | | | | | | |

# VCNY
H O M E

Invoice

Phone: 2122131828
Factor Appr: User Approved
Invoice Date: 12/05/2024
Invoice Number: 5091678
Control Number: 5909719
Page 2 of 2

**VICTORIA CLASSICS**
**5901 WEST SIDE AVENUE**
**6TH FLOOR**
**NORTH BERGEN, NJ 07047**
Tel: 2122131828 / Fax: 6468871203

Purchase: 2180548729

**Ship To:**
**Big Lots # 0874**

**BIG LOTS STORES INC**
4900 E. Dublin Granville Rd
Columbus, OH 43081
US

50 RAUSCH CREEK RD
TREMONT, PA 17981
US

---

| | | |
|---|---|---|
| **Customer Number:** BLUSA | **Store Number:** 0874 | **EDI Store Number:** 0874 |
| **PO Number:** 0095673647 | **Department Number:** | **Terms Desc.:** NET 45 |
| **Currency Code:** US | **Total Wt.:** 11,393.49 | **Ship Via:** CH ROBINSON |
| **UPS Tracking #:** 5199140 | | |
| **Warehouse:** ROXY | **Vendor:** | **Salesman:** EH |
| **Orig. P/T#:** 5199140 | | |

===============================================================================

| Item # | Color Code | Color Desc | Cust. Item # | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|

===============================================================================

| | | | | |
|---|---|---|---|---|
| **Total Quantity:** | 1,696 | | **Sub Total:** | 7,189.00 |
| **Total Cartons:** | 671 | | **Freight Charges:** | 0.00 |

**Remit To:** Regular envelope remittances sent via first class mail
should be addressed as follow:

**Textiles From Europe, Inc.**
PO Box 74906, Chicago IL 60675-4906

Remittance packages via overnight delivery should be
address as follow:

**Textiles From Europe, Inc.**
Dept# 74906, 350 N Orleans St, Ste 800, Chicago, IL 60654-1529

**All post-dated checks should be sent to our office**

| | |
|---|---|
| **Handling Charges:** | 0.00 |
| **ST Charges:** | 0.00 |
| **Total Amount Due:** | 7,189.00 |

All prices are net. Freight not included. An interest charge of 1 1/2% per month will be changed on all past due balances.
No claims will be allowed unless made within 5 days of receipt of goods. No return will be allowed without written authorization.