# EXHIBIT D

**Bills of Lading**

Date: 10/17/2024

# BILL OF LADING

Page 1

## SHIP FROM

Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:      FOB: ☐

**Bill of Lading Number: 07357325001606599**

(420) 07357325001606599

## SHIP TO

Name: Big Lots # 0870     Location #: 0870
Address: 2855 SELMA HWY
City/State/Zip: MONTGOMERY AL 36108

CID#:      FOB: ☐

**CARRIER NAME: CH ROBINSON**
Trailer number: 53110
Seal number(s): 5608788

SCAC:

Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: CHR LTL 14800
Address: CHARLES ROAD SUITE 2100

City/State/Zip: EDEN PRAIRIE, MN 55347

SPECIAL INSTRUCTIONS:

Load ID: 492665129

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party: X |
|---|---|---|

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE DEPT # MABD |
|---|---|---|---|---|---|
| 0095628968 | 830 | 5677.200 | Y | N | 5108262-5113569 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 830 | 5677.200 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 8 | PLT | 830 | CTN | 5677.200 | | BHG RUNNER GRY SHADW | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 8 | | 830 | | 5677.200 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $**

| Fee Terms:    Collect: X | Prepaid: |
|---|---|

Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ⬜ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Shee L  10/21/24*

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

# PICKTICKET



**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel:  212-213-1828   Fax:  646-887-1203
**DUNS#:** 180548729

Page  1  of  1

**Pick Ticket #:** 5108262
DATE:  10/11/2024

**SHIP TO:**
Big Lots # 0870
2855 SELMA HWY
MONTGOMERY, AL 36108
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095628968 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0870 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0870 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825675 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0870 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM  810790981 | | GYSHD | GRAY SHADOW | 0 | 735732920295 | 1,362 | 681 |
| | **Style DESC.**  BHG RUNNER GRY SHADW | | | | | | | |

Box (681)
Pallet  6 = 5 X 112
            1 X 121

Loc were house #2

10/16/24

Ana

The Rework is Done
by Ahmed Team
10/16/2024

**SHIPPING POINT**
  VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 420.4494 | 4,658.04 | 1,362 | 681 |

# PICKTICKET



Page  1  of  1

**Pick Ticket #:** 5113569

DATE: 10/14/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel:  212-213-1828  Fax: 646-887-1203
**DUNS#:**  180548729

**SHIP TO:**
Big Lots # 0870
2855 SELMA HWY
MONTGOMERY, AL 36108
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095628968 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0870 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0870 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825675 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0870 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 298 | 149 |
| | Style DESC.  BHG RUNNER TAUPE | | | | | | | |

Teudis
Boxes 149
Pallet ② 1x112 - 1x37
10/17/24

The Rework Done by
Ahmed Team
10/17/24

**SHIPPING POINT**
  VC Mercer
  Mercer
  480 Mercer Street
  Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 91.9926 | 1,019.16 | 298 | 149 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:** FEJ LOjistics LLC

**2- COMPANY PHONE #** 732 - 925 - 8492

**3 - DRIVER CELL PHONE #:** 848 - 242 - 6578

**4 - CUSTOMER NAME:** Victoria Classics

**5 - CUSTOMER CITY & STATE:** Hightstown, NJ

**6 - CUSTOMER PO#:** _____

**7- PICK UP #** 844714; 5108262 **BL#** _____
0095628968; 845189; 5113569; 00956289

**8 - LOAD #** _____ **AUTH#** _____

**9 - TRAILER #** 53110 **10- Are we 1ST STOP___ 2ND STOP** ✔

**11- HAVE A 2ND STOP? YES___ NO___**

| APPOINTMENT TIME: | 12:00 p.m. |
|---|---|

| TIME IN: | 12:35 |
|---|---|
| TIME OUT: | _____ |

**DRIVER NAME:** Enmanuel   **DATE:** 10 / 21 / 2024

**DRIVER SIGNTURE:** En

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/22/2024

# BILL OF LADING

Page 1

### SHIP FROM
Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:                                    FOB: ☐

Bill of Lading Number: 07357325001608036

(420) 07357325001608036

### SHIP TO
Name: Big Lots # 0879          Location #: 0879
Address: 2306 ENTERPRISE DR
City/State/Zip: DURANT OK 74701
CID#:                                    FOB: ☐

**CARRIER NAME: CH ROBINSON**
Trailer number:
Seal number(s):

SCAC:

Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: CHR LTL 14800
Address: Charlson Road Suite 2100

City/State/Zip: Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:
  LOAD ID : 492659714

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party: x |
|---|---|---|
| ☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading | |

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE   DEPT #   MABD |
|---|---|---|---|---|---|
| 0095630099 | 149 | 1019.160 | Y | N | 5113565 |
| 0095630100 | 1464 | 8988.350 | Y | N | 5108265 |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
| **GRAND TOTAL** | 1613 | 10007.510 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | PLT | 149 | CTN | 1019.160 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| 11 | PLT | 1464 | CTN | 8988.350 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 13 | | 1613 | | 10007.510 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

| COD Amount: $ | |
|---|---|
| Fee Terms:   Collect: X | Prepaid: |
| Customer check acceptable: ☐ | |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

# PICKTICKET

**VCNY**

H O M E
VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

*Handwritten:* 119
37
PalleTS=2
Boxes=149
Loca=Wor=#2
10/17/24 Leda

**Pick Ticket #:** 5113565

DATE: 10/14/2024

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630099 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825678 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | STI-BAT-14PC-W2 | 810790809 | BLWHT | BLUE/WHITE | 0 | 735732398803 | 298 | 149 |
| | Style DESC. | BHG FRINGE14PC SHWR | BLUE/WHITE | | | | | |

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 70.3578 | 1,019.16 | 298 | 149 |

# PICKTICKET



10/24 @ 9:00 AM

**Pick Ticket #:** 5108265

DATE:  10/11/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel:  212-213-1828  Fax:  646-887-1203
**DUNS#:**  180548729

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630100 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825679 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 3 | TSL-RST-2PCZ-WM | 810790807 | BEIGE | Beige | 0 | 735732912436 | ~~177~~ 178 | 89 |
| | Style DESC.  BHG FRNG 2PC RUG SET BEIGE | | | | | | | |
| 1 | TUF-RST-2PCZ-WM | 810790804 | BEIGE | Beige | 0 | 735732440847 | 1,250 | 625 |
| | Style DESC.  2PC TUFTD RUGS BEIGE | | | | | | | |
| 2 | TUF-RST-2PCZ-WM | 810790805 | SFTSV | SOFT SILVER | 0 | 735732440854 | 1,500 | 750 |
| | Style DESC.  2PC TUFTD RUGS SLVR | | | | | | | |

*(handwritten notes)*

1464 Boxs
11 Pallets
Location #2

The Rework Is Done
by Ahmed Team
10/22/24

9 × 138
1 × 121
1 × 101

10/22/24
Mercy

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 790.3048 | 8,988.35 | ~~2,927~~ 2,928 | 1,464 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: *Landstar*

2- COMPANY PHONE # _____

3 - DRIVER CELL PHONE #: *832 450 2270*

4 - CUSTOMER NAME: _____

5 - CUSTOMER CITY & STATE: _____

6 - CUSTOMER PO#: *845239*

7- PICK UP # *5108265*     BL# _____

8 - LOAD # _____ AUTH# _____

9 - TRAILER # *698243* _____ 10- Are we 1ST STOP___  2ND STOP___

11- HAVE A 2ND STOP? YES ✓ NO___

APPOINTMENT TIME: _____

TIME IN: *12:15*

TIME OUT: _____

DRIVER NAME: _____     DATE:   /   /

DRIVER SIGNTURE: _____

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/22/2024

# BILL OF LADING

Page 1

| SHIP FROM |
|---|
| Name: VCNY HOME |
| Address: 480 Mercer Street |
| City/State/Zip: Hightstown NJ 08520 |
| SID#:                          FOB: ☐ |

**Bill of Lading Number: 07357325001608036**

(420) 07357325001608036

| SHIP TO |
|---|
| Name: Big Lots # 0879          Location #: 0879 |
| Address: 2306 ENTERPRISE DR |
| City/State/Zip: DURANT OK 74701 |
| CID#:                          FOB: ☐ |

**CARRIER NAME: CH ROBINSON**
Trailer number(s): 698243
Seal number(s): 5608774

SCAC:

Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: CHR LTL 14800 |
| Address: Charlson Road Suite 2100 |
| City/State/Zip: Eden Prairie, MN 55347 |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party: x |
|---|---|---|

SPECIAL INSTRUCTIONS:
LOAD ID : 492659714

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # | POTYPE   DEPT #   MABD |
|---|---|---|---|---|---|---|
| 0095630099 | 149 | 1019.160 | Y | N | 5113565 | |
| 0095630100 | 1464 | 8988.350 | Y | N | 5108265 | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| **GRAND TOTAL** | 1613 | 10007.510 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 2 | PLT | 149 | CTN | 1019.160 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| 01 | PLT | 1464 | CTN | 8988.350 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| 13 | | 1613 | | 10007.510 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount: $**

| Fee Terms:   Collect: X | Prepaid: |
|---|---|

Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

# PICKTICKET

Page 1 of 1

**VCNY**
H O M E
VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

*119*
*37*

*PalleTS=2*
*Boxes=149*
*Loca=Wor=#2*
*10/17/24 Leda*

**Pick Ticket #:** 5113565
DATE: 10/14/2024

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630099 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825678 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | STI-BAT-14PC-W2 | 810790809 | BLWHT | BLUE/WHITE | 0 | 735732398803 | 298 | 149 |
| | Style DESC. | BHG FRINGE14PC SHWR | BLUE/WHITE | | | | | |

**SHIPPING POINT**
   VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 70.3578 | 1,019.16 | 298 | 149 |

# PICKTICKET



10/24 @ 9:00 AM **Pick Ticket #:** 5108265

DATE: 10/11/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
DUNS#: 180548729

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630100 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825679 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 3 | TSL-RST-2PCZ-WM | 810790807 | BEIGE | Beige | 0 | 735732912436 | ~~177~~ 178 | 89 |
| | Style DESC.: BHG FRNG 2PC RUG SET BEIGE | | | | | | | |
| 1 | TUF-RST-2PCZ-WM | 810790804 | BEIGE | Beige | 0 | 735732440847 | 1,250 | 625 |
| | Style DESC.: 2PC TUFTD RUGS BEIGE | | | | | | | |
| 2 | TUF-RST-2PCZ-WM | 810790805 | SFTSV | SOFT SILVER | 0 | 735732440854 | 1,500 | 750 |
| | Style DESC.: 2PC TUFTD RUGS SLVR | | | | | | | |

1464 Boxs
11 Pallete
Location #2

The Rework is Done
by Ahmed Team
10/22/24

9 X 138
1 X 121
1 X 101

10/22/24
Mercy

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 790.3048 | 8,988.35 | ~~2,927~~ 2,928 | 1,464 |

# TEXTILES FROM EUROPE INC, DBA

## VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: _Landstar_

2- COMPANY PHONE # _____

3 - DRIVER CELL PHONE #: _832 450 2270_

4 - CUSTOMER NAME: _____

5 - CUSTOMER CITY & STATE: _____

6 - CUSTOMER PO#: _845239_

7- PICK UP # _5108265_    BL# _____

8 - LOAD # _____    AUTH# _____

9 - TRAILER # _698243_    10- Are we 1ST STOP___ 2ND STOP___

11- HAVE A 2ND STOP? YES _/_ NO___

APPOINTMENT TIME: _____

TIME IN: _12:15_

TIME OUT: _____

DRIVER NAME: _____    DATE:  /    /

DRIVER SIGNTURE: _____

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/23/2024

# BILL OF LADING

Page 1

| SHIP FROM | |
|---|---|
| Name: VCNY HOME | |
| Address: 480 Mercer Street | |
| City/State/Zip: Hightstown NJ 08520 | |
| SID#: | FOB: ☐ |

**Bill of Lading Number: 07357325001609415**

|||||||||| barcode ||||||||||
(420) 07357325001609415

| SHIP TO | |
|---|---|
| Name: Big Lots # 0874      Location #: 0874 | |
| Address: 50 RAUSCH CREEK RD | |
| City/State/Zip: TREMONT PA 17981 | |
| CID#: | FOB: ☐ |

| CARRIER NAME: JB HUNT |
|---|
| Trailer number: 878333 |
| Seal number(s): 5608768 |
| SCAC: |
| Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: CHR LTL 14800 |
| Address: Charlson Road Suite 2100 |
| City/State/Zip:   Eden Prairie, MN 55347 |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party: X |
|---|---|---|

**SPECIAL INSTRUCTIONS:**

Pu # 845153

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE   DEPT #   MABD |
|---|---|---|---|---|---|
| 0095631311 | 970 | 12226.420 | Y | N | 5104938 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 970 | 12226.420 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| PLT | | 970 | CTN | 12226.420 | | VOTRA WASHABLE AREA RUG 5X7 | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 970 | | 12226.420 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

| COD Amount: $ | |
|---|---|
| Fee Terms:   Collect: X | Prepaid: |
| Customer check acceptable: ☐ | |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *signature* 10/23/24 | | | *signature*   **Property described above is received in good order, except as noted.** |



# PICKTICKET

### VCNY HOME

**Pick Ticket #:** 5104938

DATE: 10/09/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| | | | | | |
|---|---|---|---|---|---|
| **Customer #:** | BLUSA | **Start Date:** | 10/11/2024 | **Warehouse:** | VC Mercer |
| **Customer PO #:** | 0095631311 | **Cancel Date:** | 10/17/2024 | **ShipVia:** | Call for Routing |
| **Store #:** | 0874 | **Cust. In house Date:** | 10/17/2024 | **Terms:** | NET 45 |
| **DC #:** | 0874 | **Salesman:** | EH | **FOB:** | 4 |
| **Department #:** | | **Control #:** | 5825683 | **B/L# or UPS#:** | |
| **Department Desc.:** | | | | **EDI Store #:** | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | VOT-ARU-05X7-GR | 810791766 | BLACK | Black | 0 | 735732009136 | 283 254 | 283 254 |
| | **Style DESC.** VOTRA WASHABLE AREA RUG 5X7 | | | | | | | |
| 2 | VOT-ARU-06X9-GR | 810791767 | BLACK | Black | 0 | 735732009143 | 383 15 | 383 15 |
| | **Style DESC.** VOTRA WASHABLE AREA RUG 6X9 | | | | | | | |
| 3 | WEM-MAT-1830-HO | 810791768 | TANML | TAN/MULTI | 0 | 735732553622 | 1,824 | 304 |
| | **Style DESC.** WELCOME FLORAL COIR DOORMAT 18XX30 | | | | | | | |

Boxes = 573
Pallet = (16)  5x54 - 3x70 - 1x59 - 1x34
Loc. wa. 11-4 - 6
10/16/24
Jilda

**SHIPPING POINT**
   VC Mercer
   Mercer
   480 Mercer Street
   Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 1,261.0884 | 12,226.42 | 2,490 | 970 |

2,093    573

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:** JB hunt

**2- COMPANY PHONE #** 410 533 5260

**3 - DRIVER CELL PHONE #:** 570 9215062

**4 - CUSTOMER NAME:** JB hunt

**5 - CUSTOMER CITY & STATE:** Tramont, PA

**6 - CUSTOMER PO#:** 510 4938

**7- PICK UP #** 510 4938        **BL#** _____

**8 - LOAD #** _____   **AUTH#** _____

**9 - TRAILER #** 871533        **10- Are we 1ST STOP___ 2ND STOP___**

**11- HAVE A 2ND STOP? YES___ NO___**

APPOINTMENT TIME: _____

TIME IN: _____

TIME OUT: _____

**DRIVER NAME:** Aaron Darby   **DATE:** 10 / 23 / 24

**DRIVER SIGNTURE:** _(signature)_

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/24/2024

# BILL OF LADING

Page 1

## SHIP FROM

Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:                                   FOB: ☐

Bill of Lading Number: 07357325001609576

(420) 07357325001609576

## SHIP TO

Name: Big Lots # 0879          Location #: 0879
Address: 2306 ENTERPRISE DR
City/State/Zip: DURANT OK 74701
CID#:                                   FOB: ☐

**CARRIER NAME:** CH Robinson

Trailer number: 3513
Seal number(s): 5608778

SCAC:

Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO

Name: CHR LTL 14800
Address: Charlson Road Suite 2100

City/State/Zip:   Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:

Load # 491179022

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party:  X |
|----------|----------|---------------|

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE  DEPT #   MABD |
|---|---|---|---|---|---|
| 0095630099 | 2383 | 15417.220 | Y | N | 5108264 |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
| **GRAND TOTAL** | 2383 | 15417.220 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| 19 | PLT | 2383 | CTN | 15417.220 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 2383 | | 15417.220 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____.

COD Amount: $

Fee Terms:   Collect: X      Prepaid:

Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▯ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Sheel   10/25/24

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

# PICKTICKET



Page 1 of 1

**Pick Ticket #:** 5108264

DATE: 10/11/2024

**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630099 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825678 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 4 | MIC-RUN-2060-WM  810790981 | | GYSHD | GRAY SHADOW | 0 | 735732920295 | 766 ✓ | 383 |
| | Style DESC.  BHG RUNNER GRY SHADW | | | | | | | |
| 3 | TSL-RST-2PCZ-WM  810790807 | | BEIGE | Beige | 0 | 735732912436 | 1,250 ✓ | 625 |
| | Style DESC.  BHG FRNG 2PC RUG SET BEIGE | | | | | | | |
| 1 | TUF-RST-2PCZ-WM  810790804 | | BEIGE | Beige | 0 | 735732440847 | 1,250 ✓ | 625 |
| | Style DESC.  2PC TUFTD RUGS BEIGE | | | | | | | |
| 2 | TUF-RST-2PCZ-WM  810790805 | | SFTSV | SOFT SILVER | 0 | 735732440854 | 1,500 ✓ | 750 |
| | Style DESC.  2PC TUFTD RUGS SLVR | | | | | | | |

027994
385.

53515

25858
027994

BOX 2,383
Pallet ⑲  10 X 138
5 X 108
3 X 112
1 X 127
Loc werehouse # 2

Rework Done by
Almed Team
10/21/24

Karla

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 1,313.6892 | 15,417.22 | 4,766 ✓ | 2,383 ✓ |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

#### 480 MERCER ST. HIGHTSTOWN NJ 08520

**TELEPHONE # (212) 213-1828**

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:** _CARGIA Trans_

**2- COMPANY PHONE #** _6463537303_

**3 - DRIVER CELL PHONE #:** _646 4003021_

**4 - CUSTOMER NAME:** _Victoria_

**5 - CUSTOMER CITY & STATE:** _Durant, OK_

**6 - CUSTOMER PO#:** _845209-5108264_

**7- PICK UP #** _____ BL#_ _____

**8 - LOAD #** _____ AUTH#_ _____

**9 - TRAILER #** _3513_ **10- Are we 1ST STOP___ 2ND STOP___**

**11- HAVE A 2ND STOP? YES___ NO___**

**APPOINTMENT TIME:** _10:00_

**TIME IN:** _____

**TIME OUT:** _____

**DRIVER NAME:** _Tamazi_    **DATE:** _10/25/24_

**DRIVER SIGNTURE:** _T_

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/24/2024

# BILL OF LADING

Page 1

## SHIP FROM

Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:                                          FOB: ☐

**Bill of Lading Number: 07357325001609583**

(420) 07357325001609583

## SHIP TO

Name: Big Lots # 0874          Location #: 0874
Address: 50 RAUSCH CREEK RD
City/State/Zip: TREMONT PA 17981
CID#:                                          FOB: ☐

CARRIER NAME: JB HUNT
Trailer number: CSY24PP
Seal number(s): 5608737
SCAC:
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: CHR LTL 14800
Address: Charlson Road Suite 2100

City/State/Zip: Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:

PU # 845233

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: | 3rd Party: X |
|---|---|---|

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE  DEPT #   MABD |
|---|---|---|---|---|---|
| 0095631308 | 983 | 15895.860 | Y | N | 5104936 |
| 0095628969 | 170 | 1162.800 | Y | N | 5113570 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 1153 | 17058.660 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| 16 | PLT | 983 | CTN | 15895.860 | | HELLO BLACK COIR DOORMAT 18X30 | 49880-3 | |
| 2 | PLT | 170 | CTN | 1162.800 | | BHG RUNNER TAUPE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 18 | | 1153 | | 17058.660 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ "

COD Amount: $

| Fee Terms:   Collect: X | Prepaid: |
|---|---|

Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Sheel* 10/25/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

*Velma Verron* 10-25-24

# PICKTICKET

**VCNY HOME**

Page 1 of 1

**Pick Ticket #:** 5104936

DATE: 10/09/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
DUNS#: 180548729

*Handwritten: Boxes=983*
*Pallets-(16) 6×48  3×70  1×44*
*Location=W3  1×92  1×45  1×82*
*W4  1×81  1×47  1×94*
*W10*
*10-24-24    Deysy*

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095631308 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825751 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | H3L-MAT-1830-HO | 810791198 | BLKTN | BLACK/TAN | 0 | 735732553639 | ~~2,004~~ 1998 | ~~334~~ 333 |
| | Style DESC. | HELLO BLACK COIR DOORMAT 18X30 | | | | | | |
| 4 | MA5-ARU-2034-GR | 810791761 | NAVY | Navy | 0 | 735732394539 | ~~616~~ 600 | ~~154~~ 150 |
| | Style DESC. | TRELLIS NAVY 20X34 | | | | | | |
| 5 | MGO-ARU-2034-GR | 810791762 | GREY | Grey | 0 | 735732444296 | ~~720~~ 716 | ~~180~~ 179 |
| | Style DESC. | MARGOT SCATTER RUG 20X34 GRAY | | | | | | |
| 3 | RN8-ARU-3045-GR | 810791200 | IVORY | IVORY | 0 | 735732541445 | ~~284~~ 268 | ~~71~~ 67 |
| | Style DESC. | REIGN LOOP TEXTURE SCATTER RUG 30X45 | | | | | | |
| 2 | VOT-ARU-05X7-GR | 810791199 | BLACK | Black | 0 | 735732009136 | ~~276~~ 254 | ~~276~~ 254 |
| | Style DESC. | VOTRA WASHABLE AREA RUG 5X7 | | | | | | |

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 1,343.1780 | 16,273.00 | ~~3,900~~ 3,836 | ~~1,015~~ 983 |

# PICKTICKET



Page 1 of 1



**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

*Boxes = 170*
*Pallets = (2) 1×112 1×58*
*Location = CW2*
*10-17-24*
*Deysy.*

**Pick Ticket #:**  5113570
DATE: 10/14/2024

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/18/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095628969 | Cancel Date: | 10/24/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/24/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825676 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 340 | 170 |
| | **Style DESC.** | BHG RUNNER TAUPE | | | | | | |

*The Rework Done by*
*Ahmed Team*
*10/17/24*

**SHIPPING POINT**
  VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 104.9580 | 1,162.80 | 340 | 170 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: JB Hunt / Big lots

2- COMPANY PHONE # 570-527-7422

3 - DRIVER CELL PHONE #: 484-529-2260

4 - CUSTOMER NAME: Big lots

5 - CUSTOMER CITY & STATE: Tremont PA

6 - CUSTOMER PO#: 845214

7- PICK UP # 5104936    BL# 845214

8 - LOAD # 4TX3120    AUTH# _____

9 - TRAILER # C54244        10- Are we 1ST STOP X 2ND STOP___

11- HAVE A 2ND STOP? YES___ NO X

| APPOINTMENT TIME: | 8:30A |
|---|---|

| TIME IN: | _____ |
|---|---|
| TIME OUT: | _____ |

DRIVER NAME: Debra Terrizzi    DATE: 10 / 25 / 24

DRIVER SIGNTURE: Debra Terrizzi

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/24/2024

# BILL OF LADING

**Page 1**

| SHIP FROM | |
|---|---|
| Name: VCNY HOME | **Bill of Lading Number: 07357325001609583** |
| Address: 480 Mercer Street | |
| City/State/Zip: Hightstown NJ 08520 | |

(420) 07357325001609583

| | |
|---|---|
| SID#: | FOB: ☐ |

| SHIP TO | |
|---|---|
| Name: Big Lots # 0874     Location #: 0874 | **CARRIER NAME:** JB HUNT |
| Address: 50 RAUSCH CREEK RD | Trailer number: CS4244 |
| City/State/Zip: TREMONT PA 17981 | Seal number(s): 5608737 |
| CID#:                FOB: ☐ | **SCAC:** |
| | **Pro number:** |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: CHR LTL 14800 | |
| Address: Charlson Road Suite 2100 | |
| City/State/Zip: Eden Prairie, MN 55347 | **Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* |

| SPECIAL INSTRUCTIONS: | Prepaid: | Collect: | 3rd Party: X |
|---|---|---|---|
| PU # 845233 | ☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading | |

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # PO TYPE DEPT # MABD |
|---|---|---|---|---|---|
| 0095631308 | 983 | 15895.860 | Y | N | 5104936 |
| 0095628969 | 170 | 1162.800 | Y | N | 5113570 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 1153 | 17058.660 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 16 | PLT | 983 | CTN | 15895.860 | | HELLO BLACK COIR DOORMAT 18X30 | 49880-3 | |
| 2 | PLT | 170 | CTN | 1162.800 | | BHG RUNNER TAUPE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 18 | | 1153 | | 17058.660 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ "

| COD Amount: $ | |
|---|---|
| Fee Terms:   Collect: X | Prepaid: |
| Customer check acceptable: ☐ | |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| *Sheel* 10/25/24 | | | *Delna Verron* 10-25-24 |

# PICKTICKET

**VCNY**
H O M E
VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828 Fax: 646-887-1203
DUNS#: 180548729

*Handwritten:* Boxes= 983
Pallets= (16) 6x48  3x70  1x44
Location= W3  1x92  1x45  1x82
W4  1x81  1x47  1x94
W10
10-24-24  Deysy

**Pick Ticket #:** 5104936
DATE: 10/09/2024

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095631308 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825751 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | H3L-MAT-1830-HO | 810791198 | BLKTN | BLACK/TAN | 0 | 735732553639 | 2,004 *1998* | 334 *333* |
| | Style DESC. HELLO BLACK COIR DOORMAT 18X30 | | | | | | | |
| 4 | MA5-ARU-2034-GR | 810791761 | NAVY | Navy | 0 | 735732394539 | 616 *600* | 154 *150* |
| | Style DESC. TRELLIS NAVY 20X34 | | | | | | | |
| 5 | MGO-ARU-2034-GR | 810791762 | GREY | Grey | 0 | 735732444296 | 720 *716* | 180 *179* |
| | Style DESC. MARGOT SCATTER RUG 20X34 GRAY | | | | | | | |
| 3 | RN8-ARU-3045-GR | 810791200 | IVORY | IVORY | 0 | 735732541445 | 284 *268* | 71 *67* |
| | Style DESC. REIGN LOOP TEXTURE SCATTER RUG 30X45 | | | | | | | |
| 2 | VOT-ARU-05X7-GR | 810791199 | BLACK | Black | 0 | 735732009136 | 276 *254* | 276 *254* |
| | Style DESC. VOTRA WASHABLE AREA RUG 5X7 | | | | | | | |

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 1,343.1780 | 16,273.00 | 3,900 *3,836* | 1,015 *983* |

# PICKTICKET



**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

*Handwritten:* Boxes = 170
Pallets = ② 1X112 1X58
location = CW2
10-17-24
Deysy.

**Pick Ticket #:** 5113570
DATE: 10/14/2024

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/18/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095628969 | Cancel Date: | 10/24/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/24/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825676 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 340 | 170 |
| | **Style DESC.** BHG RUNNER TAUPE | | | | | | | |

*Handwritten (highlighted):* The Rework Done by Ahmed Team 10/17/24

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 104.9580 | 1,162.80 | 340 | 170 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST. HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

### PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: *JB Hunt / Big lots*

2- COMPANY PHONE # *570-527-7422*

3 - DRIVER CELL PHONE #: *484-529-2260*

4 - CUSTOMER NAME: *Big lots*

5 - CUSTOMER CITY & STATE: *Tremont PA*

6 - CUSTOMER PO#: *845214*

7- PICK UP # *5104936*    BL# *845214*

8 - LOAD # *4TX3120*    AUTH# _____

9 - TRAILER # *C54244*    10- Are we 1ST STOP **X** 2ND STOP___

11- HAVE A 2ND STOP? YES___ NO **X**

| APPOINTMENT TIME: | *8:30A* |
| --- | --- |

| TIME IN: | _____ |
| --- | --- |
| TIME OUT: | _____ |

DRIVER NAME: *Debra Terrizzi*    DATE: *10 / 25 / 24*

DRIVER SIGNTURE: *Debra Terrizzi*

### PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU LOADING LIGHTS DO NOT WORK.

Date: 10/28/2024

# BILL OF LADING

Page 1

| SHIP FROM |
|---|
| Name: VCNY HOME |
| Address: 480 Mercer Street |
| City/State/Zip: Hightstown NJ 08520 |

SID#:      FOB: ☐

**Bill of Lading Number: 07357325001610367**

(420) 07357325001610367

| SHIP TO |
|---|
| Name: Big Lots # 0874     Location #: 0874 |
| Address: 50 RAUSCH CREEK RD |
| City/State/Zip: TREMONT PA 17981 |

CID#:      FOB: ☐

**CARRIER NAME: ARRIVE LOGISTICS**
Trailer number: 22 6901
Seal number(s): 5610752
SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: X | 3rd Party: |
|---|---|---|

SPECIAL INSTRUCTIONS:
PU # 844836

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE DEPT # MABD |
|---|---|---|---|---|---|
| 0095628969 | 779 | 5328.360 | Y | N | 5108263 |
| 0095631311 | 396 | 4752.000 | Y | N | 5104938 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 1175 | 10080.360 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 7 | PLT | 779 | CTN | 5328.360 | | BHG RUNNER GRY SHADW | 49880-3 | |
| 6 | PLT | 396 | CTN | 4752.000 | | VOTRA WASHABLE AREA RUG 5X7 | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | 1175 | | 10080.360 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ "

**COD Amount: $**

| Fee Terms: | Collect: X | Prepaid: |
|---|---|---|

Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.<br><br>*(signature)* 10/29/24 | ☐ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.<br>X LO2<br>Property described above is received in good order, except as noted. |

# PICKTICKET



Page 1 of 1

**Pick Ticket #:** 5104938
DATE: 10/09/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel:  212-213-1828  Fax:  646-887-1203
**DUNS#:**  180548729

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095631311 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825683 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | VOT-ARU-05X7-GR | 810791766 | BLACK | Black | 0 | 735732009136 | 283 | ~~283~~ 29 367 |
| | **Style DESC.** | VOTRA WASHABLE AREA RUG 5X7 | | | | | | |
| 2 | VOT-ARU-06X9-GR | 810791767 | BLACK | Black | 0 | 735732009143 | 383 | ~~383~~ |
| | **Style DESC.** | VOTRA WASHABLE AREA RUG 6X9 | | | | | | |
| ~~3~~ | ~~WEM-MAT-1830-NO~~ | ~~810791768~~ | ~~TANML~~ | ~~TAN/MULTI~~ | ~~0~~ | ~~735732553622~~ | ~~1,824~~ | ~~304~~ |
| | **Style DESC.** | WELCOME FLORAL COIR DOORMAT 18XX30 | | | | | | |

Shipped ✓

396 boxes
11 pallets

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 1,261.0884 | 12,226.42 | 2,490 | 970 |



# PICKTICKET

Page 1 of 1

**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

*4 pallets*
*779 Boxes*
*Loc- war #3*
*10/22/24*
*Karla*

**Pick Ticket #:** 5108263
DATE: 10/11/2024

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/18/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095628969 | Cancel Date: | 10/24/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/24/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825676 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 1 | MIC-RUN-2060-WM | 810790981 | GYSHD | GRAY SHADOW | 0 | 735732920295 | 1,558 | 779 |
| | Style DESC.  BHG RUNNER GRY SHADW | | | | | | | |

*The Rework Done by*
*Ahmed Team*
*10/22/24*

**SHIPPING POINT**
   VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 480.9546 | 5,328.36 | 1,558 | 779 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: *Luz Trucking*

2- COMPANY PHONE # *4845024194*

3 - DRIVER CELL PHONE #: *4845024194*

4 - CUSTOMER NAME: *Big Lots*

5 - CUSTOMER CITY & STATE: *GA*

6 - CUSTOMER PO#: *844836*

7- PICK UP # *844836*    BL# _____

8 - LOAD # _____    AUTH# _____

9 - TRAILER # *22G901*    10- Are we 1ST STOP___  2ND STOP___

11- HAVE A 2ND STOP? YES___ NO___

APPOINTMENT TIME: _____

TIME IN: *10:24*

TIME OUT: _____

DRIVER NAME: *Carlos*    DATE: *10 / 29 / 2024*

DRIVER SIGNTURE: _____

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/31/2024

# BILL OF LADING

Page 1

| SHIP FROM | |
|---|---|
| Name: VCNY HOME | **Bill of Lading Number: 07357325001611555** |
| Address: 480 Mercer Street | |
| City/State/Zip: Hightstown NJ 08520 | (420) 07357325001611555 |
| SID#: FOB: ☐ | |

| SHIP TO | |
|---|---|
| Name: Big Lots # 0874    Location #: 0874 | **CARRIER NAME: GDE** |
| Address: 50 RAUSCH CREEK RD | Trailer number: |
| City/State/Zip: TREMONT PA 17981 | Seal number(s): SGI 0728 |
| CID#: FOB: ☐ | SCAC: |
| | Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | |
| Address: | |
| City/State/Zip: | **Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* |

| SPECIAL INSTRUCTIONS: | Prepaid: | Collect: X | 3rd Party: |
|---|---|---|---|
| PU# 844892 | ☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading | |

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE   DEPT #   MABD |
|---|---|---|---|---|---|
| 0095630098 | 5293 | 31063.820 | Y | N | 5107233 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 5293 | 31063.820 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| FL | PLT | 5293 | CTN | 31063.820 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| FL | | 5293 | | 31063.820 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

| COD Amount: $ | |
|---|---|
| Fee Terms:    Collect: X | Prepaid: |
| Customer check acceptable: ☐ | |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ⬚ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| [signature] 10/31/24 | | | [signature] 10-31-24 |

# PICKTICKET



**VCNY HOME**
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel:  212-213-1828  Fax:  646-887-1203
**DUNS#:**  180548729

**Pick Ticket #:**  5107233
DATE:  10/10/2024

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/18/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630098 | Cancel Date: | 10/24/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/24/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5829680 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 6 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 556 | 278 |
| | Style DESC.  BHG RUNNER TAUPE | | | | | | | |
| 1 | MZD-RUG-2032-WM | 810790803 | WHITE | White | 0 | 735732840340 | 1,660 / 1,768 | 415 / 292 |
| | Style DESC.  PW MAZIE MEDALLION BATH RUG 20X32 - MOD 2022 | | | | | | | |
| 5 | TSL-RST-2PCZ-WM | 810790807 | BEIGE | Beige | 0 | 735732912436 | 2,250 / 2,246 | 1,125 / 1,123 |
| | Style DESC.  BHG FRNG 2PC RUG SET BEIGE | | | | | | | |
| 2 | TUF-RST-2PCZ-WM | 810790804 | BEIGE | Beige | 0 | 735732440847 | 2,250 | 1,125 |
| | Style DESC.  2PC TUFTD RUGS BEIGE | | | | | | | |
| 4 | TUF-RST-2PCZ-WM | 810790806 | PINK | Pink | 0 | 735732620560 | 2,250 | 1,125 |
| | Style DESC.  2PC TUFTD RUGS PINK | | | | | | | |
| 3 | TUF-RST-2PCZ-WM | 810790805 | SFTSV | SOFT SILVER | 0 | 735732440854 | 2,700 | 1,350 |
| | Style DESC.  2PC TUFTD RUGS SLVR | | | | | | | |

*Handwritten notes:*

BOX 5,293      10/31/24
Pallet 43      Kayla
1 x 128
1 x 108
2 x 138
14 x 108
3 x 90
1 x 111
1 x 140
2 x 132

*The Rework is Done by Ahmed Team 10/31/24*

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 3,072.1832 | 35,063.82 | 11,666 | 5,418 |

*Handwritten:* 11,170   5,293

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

#### 480 MERCER ST.  HIGHTSTOWN NJ 08520

#### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:** GDE

**2- COMPANY PHONE #** 267-474-8319

**3 - DRIVER CELL PHONE #:** 484-725-8634

**4 - CUSTOMER NAME:** PLS

**5 - CUSTOMER CITY & STATE:** Big lots / Tremont, PA

**6 - CUSTOMER PO#:** ~~0000000~~ 844892

**7- PICK UP #** 5107233     **BL#** _____

**8 - LOAD #** 31437237     **AUTH#** _____

**9 - TRAILER #** 5331     **10- Are we 1ST STOP** ✓ **2ND STOP___**

**11- HAVE A 2ND STOP? YES___ NO** ✓

**APPOINTMENT TIME:** 10:00 AM

**TIME IN:** 09:58 AM

**TIME OUT:** _____

**DRIVER NAME:** Yeusi M.     **DATE:** 10 / 31 / 24

**DRIVER SIGNTURE:** _[signature]_

### PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
### LOADING LIGHTS DO NOT WORK.

Date: 10/31/2024

# BILL OF LADING

Page 1

## SHIP FROM
Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:                                                    FOB: ☐

**Bill of Lading Number: 07357325001611500**

(420) 07357325001611500

## SHIP TO
Name: Big Lots # 0870          Location #: 0870
Address: 2855 SELMA HWY
City/State/Zip: MONTGOMERY AL 36108
CID#:                                                    FOB: ☐

**CARRIER NAME: UNI TRANS INC**
Trailer number: 53364
Seal number(s): 5610732
SCAC:
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:
Name:
Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:
  Load ID: 844885

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: X | 3rd Party: |
|---|---|---|

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # POTYPE  DEPT #  MABD |
|---|---|---|---|---|---|
| 0095630097 | 4836 | 31748.400 | Y | N | 5107232 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 4836 | 31748.400 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | PLT | 4836 | CTN | 31748.400 | | 2PC TUFTD RUGS BEIGE | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 4836 | | 31748.400 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $**
**Fee Terms:   Collect: X   Prepaid:**
**Customer check acceptable:** ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ⛓ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*There H   10/31/24*

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

# PICKTICKET

**VCNY**
HOME

**Pick Ticket #:** 5107232

DATE: 10/10/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

**SHIP TO:**
Big Lots # 0870
2855 SELMA HWY
MONTGOMERY, AL 36108
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630097 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0870 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0870 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5829679 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0870 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 6 | DTO-BAT-14PC-W2 | 810790808 | WHITE | White | 0 | 735732398797 | 1,406 | 703 |
| | Style DESC. BHG DOTS 14PC SHWR | | | | | | | |
| 9 | MIC-RUN-2060-WM | 810790981 | GYSHD | GRAY SHADOW | 0 | 735732920295 | 1,042 | 521 |
| | Style DESC. BHG RUNNER GRY SHADW | | | | | | | |
| 8 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 370 | 185 |
| | Style DESC. BHG RUNNER TAUPE | | | | | | | |
| 1 | MZD-RUG-2032-WM | 810790803 | WHITE | White | 0 | 735732840340 | 1,108 | 277 |
| | Style DESC. PW MAZIE MEDALLION BATH RUG 20X32 - MOD 2022 | | | | | | | |
| 5 | TSL-RST-2PCZ-WM | 810790807 | BEIGE | Beige | 0 | 735732912436 | 1,500 | 750 |
| | Style DESC. BHG FRNG 2PC RUG SET BEIGE | | | | | | | |
| 2 | TUF-RST-2PCZ-WM | 810790804 | BEIGE | Beige | 0 | 735732440847 | 1,500 | 750 |
| | Style DESC. 2PC TUFTD RUGS BEIGE | | | | | | | |
| 4 | TUF-RST-2PCZ-WM | 810790806 | PINK | Pink | 0 | 735732620560 | 1,500 | 750 |
| | Style DESC. 2PC TUFTD RUGS PINK | | | | | | | |
| 3 | TUF-RST-2PCZ-WM | 810790805 | SFTSV | SOFT SILVER | 0 | 735732440854 | 1,800 | 900 |
| | Style DESC. 2PC TUFTD RUGS SLVR | | | | | | | |

Box 4,836          15 x 138     1 x 136     Loc
Palle, 39           7 x 108     1 x 127     wete house #3
                    6 x 112     1 x 103
                    4 x 144     1 x 91      Karla        10/24/24
                    2 x 90      1 x 125

*The Rework is Done by*
*Ahmed Team*     10/24/24

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|
| **Grand Totals** | 2,718.2720 | 31,748.40 | 10,226 | 4,836 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST. HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:** Eagle Motor Freight

**2- COMPANY PHONE #** 334-262-1105

**3 - DRIVER CELL PHONE #:** 334-412 7026

**4 - CUSTOMER NAME:** Big Lot

**5 - CUSTOMER CITY & STATE:** Montgomery AL

**6 - CUSTOMER PO#:**

**7- PICK UP #** 5107232      **BL#**

**8 - LOAD #**                 **AUTH#**

**9 - TRAILER #** 53366                **10- Are we 1ST STOP** ✓ **2ND STOP___**

**11- HAVE A 2ND STOP? YES___ NO___**

**APPOINTMENT TIME:** _____

**TIME IN:** _____

**TIME OUT:** _____

**DRIVER NAME:** Darrick        **DATE:** 10 / 31 / 24

**DRIVER SIGNTURE:**

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

Date: 10/31/2024

# BILL OF LADING

Page 1

| SHIP FROM | |
|---|---|
| Name: VCNY HOME | |
| Address: 480 Mercer Street | |
| City/State/Zip: Hightstown NJ 08520 | |
| SID#: | FOB: ☐ |

**Bill of Lading Number: 07357325001609736**

(420) 07357325001609736

| SHIP TO | |
|---|---|
| Name: Big Lots # 0874    Location #: 0874 | |
| Address: 50 RAUSCH CREEK RD | |
| City/State/Zip: TREMONT PA 17981 | |
| CID#: | FOB: ☐ |

**CARRIER NAME: JB HUNT**
Trailer number: CS4135
Seal number(s): 3610730

SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: X | 3rd Party: |
|---|---|---|

SPECIAL INSTRUCTIONS:
PU# 845214

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # | POTYPE | DEPT # | MABD |
|---|---|---|---|---|---|---|---|---|
| 0095631309 | 1421 | 14276.660 | Y | N | 5104937 | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| **GRAND TOTAL** | 1421 | 14276.660 | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 14 | PLT | 1421 | CTN | 14276.660 | | BHG STRIAE/MELANGE AREA RUG 5X | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 1421 | | 14276.660 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount: $**

**Fee Terms:    Collect: X       Prepaid:**

**Customer check acceptable: ☐**

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| Shee L   11/1/24 | | | Rafael Ortega  Property described above is received in good order, except as noted. |



# PICKTICKET

Page 1 of 1

**Pick Ticket #:** 5104937

DATE: 10/09/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA 17981
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095631309 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0874 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0874 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5825752 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0874 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 2 | HKN-ARU-05X7-WD | 810791764 | GREY | Grey | 0 | 735732110863 | ~~77~~ 72 | ~~77~~ 72 |
| | Style DESC. | DJM Grey Hand Knotted Geo Rug 5X7 | | | | | | |
| 3 | HKN-ARU-8X10-WD | 810791765 | GREY | Grey | 0 | 735732110887 | ~~70~~ 66 | ~~70~~ 66 |
| | Style DESC. | DJM Grey Hand Knotted Geo Rug 8x10 | | | | | | |
| 1 | SI8-ARU-05X7-W2 | 810791763 | BLUEM | BLUE/MULTI | 0 | 735732728556 | 1,283 | 1,283 |
| | Style DESC. | BHG STRIAE/MELANGE AREA RUG 5X7 - SP22 | | | | | | |

BOX 1421

Pallet = (16)    12 X 100 — 1 X 58
                2 X 40 — 1 X 83

Location W.4
10/23/24

Alejandra

11 pallets

**SHIPPING POINT**
VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 1,607.5990 | 14,285.66 | ~~1,430~~ 1,421 | ~~1,430~~ 1,421 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

### PLEASE FILL OUT THE FOLLOWING INFORMATION

1- TRUCKING COMPANY NAME: _JB Hunt_

2- COMPANY PHONE # _____

3 - DRIVER CELL PHONE #: _570- 657 -8307_

4 - CUSTOMER NAME: _____

5 - CUSTOMER CITY & STATE: _Tremont   PA_

6 - CUSTOMER PO#: _~~5104937~~_

7- PICK UP # _5104937_      BL# _____

8 - LOAD # _____    AUTH# _____

9 - TRAILER # _C54135_        10- Are we 1ST STOP___ 2ND STOP___

11- HAVE A 2ND STOP? YES___ NO___

APPOINTMENT TIME: _____

TIME IN: _____

TIME OUT: _____

DRIVER NAME: _Roland_        DATE: 11 / / / 24

DRIVER SIGNTURE: _Rola_

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

| Date: 11/06/2024 | **BILL OF LADING** | | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: VCNY HOME
Address: 480 Mercer Street
City/State/Zip: Hightstown NJ 08520

SID#:                                    FOB: ☐

Bill of Lading Number: 07357325001613528

(420) 07357325001613528

**SHIP TO**

Name: Big Lots # 0879          Location #: 0879
Address: 2306 ENTERPRISE DR
City/State/Zip: DURANT OK 74701

CID#:                                    FOB: ☐

CARRIER NAME: CH ROBINSON
Trailer number: 3Box truck
Seal number(s): 5610783
SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip:

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

| Prepaid: | Collect: X | 3rd Party: |
|---|---|---|

SPECIAL INSTRUCTIONS:
Load # 494802574

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | DEST # | POTYPE | DEPT # | MABD |
|---|---|---|---|---|---|---|---|---|
| 0095630270 | 568 | 3885.120 | Y | N | 5113564 | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| **GRAND TOTAL** | 568 | 3885.120 | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 4 | PLT | 568 | CTN | 3885.120 | | BHG RUNNER GRY SHADW | 49880-3 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 568 | | 3885.120 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

| COD Amount: $ | |
|---|---|
| Fee Terms:   Collect: X | Prepaid: |
| Customer check acceptable: ☐ | |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

_signature_ 11/7

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
_signature_ 11-07-24
*Property described above is received in good order, except as noted.*



# PICKTICKET

**Pick Ticket #:** 5113564

DATE: 10/14/2024

VCNY HOME
5901 WEST SIDE AVENUE
6TH FLOOR
NORTH BERGEN, NJ 07047
Tel: 212-213-1828  Fax: 646-887-1203
**DUNS#:** 180548729

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK 74701
US

| Customer #: | BLUSA | Start Date: | 10/11/2024 | Warehouse: | VC Mercer |
|---|---|---|---|---|---|
| Customer PO #: | 0095630270 | Cancel Date: | 10/17/2024 | ShipVia: | Call for Routing |
| Store #: | 0879 | Cust. In house Date: | 10/17/2024 | Terms: | NET 45 |
| DC #: | 0879 | Salesman: | EH | FOB: | 4 |
| Department #: | | Control #: | 5836053 | B/L# or UPS#: | |
| Department Desc.: | | | | EDI Store #: | 0879 |

| Line# | STYLE# | CUST. ITEM # | COLOR CODE | COLOR DESC. | DESIGN# | UPC# | Units | Cartons |
|---|---|---|---|---|---|---|---|---|
| 2 | MIC-RUN-2060-WM | 810790981 | GYSHD | GRAY SHADOW | 0 | 735732920295 | 922 | 461 |
| | Style DESC.  BHG RUNNER GRY SHADW | | | | | | | |
| 1 | MIC-RUN-2060-WM | 810790810 | TPSPL | TAUPE SPLASH | 0 | 735732920288 | 214 | 107 |
| | Style DESC.  BHG RUNNER TAUPE | | | | | | | |

*The Rework is Done by Ahmed Team* 10/29/2024

Boxes = 568

Pallets = 4 x 142

w# 3

10-29-24

kendy

4 x 142

**SHIPPING POINT**
  VC Mercer
Mercer
480 Mercer Street
Hightstown, NJ 08520

| | | Total Cube | Total Weight | Total Units | Total Cartons |
|---|---|---|---|---|---|
| **Grand Totals** | | 350.6832 | 3,885.12 | 1,136 | 568 |

# TEXTILES FROM EUROPE INC, DBA

### VICTORIA CLASSICS / VCNY HOME

### 480 MERCER ST.  HIGHTSTOWN NJ 08520

### TELEPHONE # (212) 213-1828

## PLEASE FILL OUT THE FOLLOWING INFORMATION

**1- TRUCKING COMPANY NAME:**  _Everlast_

**2- COMPANY PHONE #**  _____

**3 - DRIVER CELL PHONE #:**  _908- 720 -5046_

**4 - CUSTOMER NAME:**  _Victoria Classics_

**5 - CUSTOMER CITY & STATE:**  _____

**6 - CUSTOMER PO#:**  _845239 A /6108265_

**7- PICK UP #**  _494802574_  **BL#**  _____

**8 - LOAD #**  _____  **AUTH#**  _____

**9 - TRAILER #**  _3 Box_  **10- Are we 1ST STOP** ✓ **2ND STOP** ___

**11- HAVE A 2ND STOP? YES** ✓ **NO** ___

---

**APPOINTMENT TIME:**  _____

---

**TIME IN:**  _11:04_

**TIME OUT:**  _____

---

**DRIVER NAME:**  _Esterling F._    **DATE:**  _11 / 07 / 24_

**DRIVER SIGNTURE:**  _etg F._

## PLEASE DON'T MOVE YOUR TRAILER BEFORE WE NOTIFY YOU
## LOADING LIGHTS DO NOT WORK.

**BILL OF LADING**

Date: 12/02/24

Page 1 of 1

## Ship From

Name: VCNY Roxbury Warehouse
Address: 1881 US-46,
City/State/Zip: LEDGWOOD, NJ 07852
SID#: LOAD# 5199139    FOB: [X]

Bill of Lading Number: **07357320010035637**

**(402) 07357320010035637**

## Ship To

Location #:

Name: Big Lots # 0870
Address: 2855 SELMA HWY
City/State/Zip: MONTGOMERY, AL 36108
CID#: **0870**    FOB: [ ]

Carrier Name: CH ROBINSON
Trailer number: 91
Seal number(s): 1551751

SCAC:
Pro number: **5199139**

## Third Party Freight Charges Bill To

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect   X   3rd Party _____

[ ] Master Bill of Lading with attached underlying Bills of Lading (check box)

## Customer Order Information

| Customer Order Number | # Pkgs | Weight | Pallet/Slip | | Additional Shipper Info |
|---|---|---|---|---|---|
| **0095673646** | 593 | 10315.63 | (Y) | N | 5199139-1 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 593 | 10315.63 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. (x) | Commodity Description<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See section w(e) of NMFC Item 360 | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC # | Class |
| 12 | plts | 593 | ctns | 10603.63 | | VICS DESCRIPTION | 49880 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 12 | | 593 | | 10603.63 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ "

COD Amount: _____

Fee Terms:  Collect: [ ]   Prepaid: [ ]   Cust Check: [ ]

**Note:  Liability Limitation for loss or damge in this shipment may be applicable.  See 49 U.S.C. - 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**   12-2-24
This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

12.2.24

# TEXTILES FROM EUROPE

## VICTORIA CLASSICS- VCNY Home

### 1881 US 46 -Ledgewood. - NJ – 07852 -Phone# (862)254-2164

---

**PLEASE COMPLETE THE FOLLOWING INFORMATION.**

**1- TRUCKING COMPANY NAME:**  *EASY EXPRESS & CAR*

**2 -DRIVER CEL PHONE #**  201-888-8082

**4- COSTUMER NAME:**  BIG LOTS

**5- COSTUMER ADDRESS**  _____

**6- COSTUMER PO#:**  5199139   0095673646

**7- PICK UP #**  5199139

**8- LOAD #** _____

**9- TRAILER #**  91

**10- ARE WE 1st STOP**  ✓   **2nd STOP** _____

**11- HAVE A 2nd STOP?   YES** _____   **NO** ✓

**APPOINTMENT TIME:** _____

**TIME IN:**  10:35.

**TIME OUT:**  11:30

**- DRIVER NAME:**  *ISMAEL*

**- DRIVER SIGNTURE**  *(signature)*

**- Driver Cell#**  -----------------------

**- DATE:**   /   /

Date: 12/03/24

# BILL OF LADING

Page   1   of   1

## Ship From

Name: VCNY Roxbury Warehouse
Address: 1881 US-46,
City/State/Zip: LEDGWOOD, NJ 07852
SID#:   LOAD# 5199141   FOB: [X]

Bill of Lading Number: **07357320010035699**

|||||||||||||||||||

**(402) 07357320010035699**

## Ship To

Location #:

Name: Big Lots # 0879
Address: 2306 ENTERPRISE DR
City/State/Zip: DURANT, OK  74701
CID#:   **0879**   FOB: [ ]

Carrier Name:   CH ROBINSON
Trailer number: 672942
Seal number(s): 1551749

SCAC:

Pro number:   **5199141**

|||||||||

## Third Party Freight Charges Bill To

Name:
Address:
City/State/Zip:

Special
Instructions:

Freight Charge Terms:  (freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect   X   3rd Party _____

[ ] Master Bill of Lading with attached underlying Bills of Lading
(check box)

## Customer Order Information

| Customer Order Number | # Pkgs | Weight | Pallet/Slip | | Additional Shipper Info |
|---|---|---|---|---|---|
| **0095673648** | 394 | 6562.37 | (Y) | N | 5199141-1 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 394 | 6562.37 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. (x) | Commodity Description Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See section w(e) of NMFC Item 360 | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC # | Class |
| 11 | plts | 394 | ctns | 6826.37 | | VICS DESCRIPTION | 49880 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 11 | | 394 | | 6826.37 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount:

Fee Terms:  Collect: [ ]   Prepaid: [ ]   Cust Check: [ ]

**Note:  Liability Limitation for loss or damge in this shipment may be applicable.  See 49 U.S.C. - 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are herebyagreed to by the shipper and accepted for him/herself and his/her assigns.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

12/3/24

Lucia B

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Properly described above is received in good order, except as noted.

10-3-24

# PICK TICKET

**PICK TICKET NO.**                                       **WAVE 3207**

**OWNER  VCNY**          | **START DATE: 11-28-2024    CANCEL DATE: 11-28-2024** |

| | | |
|---|---|---|
| PICK TICKET NO. 5199141 | PO NUMBER   0095673648 | PRINT DATE  12/03/2024 |
| CONTROL NO. | MARK FOR STORE NO. 0879 | DEPT NO. |
| CUSTOMER NO. 0879 | BATCH NO. | SHIP VIA |
| TOTAL CTNS        418.17 | TOTAL WEIGHT  1292.07 | TOTAL CUBE   492.88 |

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK  74701
Phone:999-999-9999

**SOLD TO:**
BIG LOTS STORES INC
4900 E. Dublin Granville Rd
Columbus, OH  43081

| Style | CUSTOMER SKU # | CASE PACK | ORD PCS | ORD CTNS | QTY PCS | QTY CTNS |
|---|---|---|---|---|---|---|
| BDM-MAT-1824-DG-TAN | 735732442827 | 12 | 132 | 11 | 0 | 0 |
| DWL-MAT-1830-WM-NATBL | 735732091179 | 4 | 136 | 34 | 136 | 34 |
| FND-MAT-2436-WD-NATRL | 735732627217 | 3 | 134 | 45 | 132 | ~~45~~ 42 |
| HB8-ARU-3046-W2-TEAL | 735732174018 | 2 | 300 | 150 | 300 | 150 |
| HB8-ARU-3046-WD-IVORY | 735732235986 | 1 | 91 | 91 | 91 | 91 |
| HL7-MAT-1830-WM-NTRPK | 735732110818 | 4 | 148 | 37 | 148 | 37 |
| HSH-MAT-3048-WD-NATRL | 735732954948 | 4 | 42 | 11 | 0 | 0 |
| STI-MAT-2436-WM-BLUE | 735732939969 | 4 | 80 | 20 | 80 | 20 |
| STI-MAT-2436-WM-PINK | 735732954382 | 4 | 80 | 20 | 80 | 20 |
| | | **Total Pieces:** | **1143** | **418** | **967** | ~~396~~ 394 |

8 pallets

**Notes:**

# PICK TICKET

**PICK TICKET NO.** |||||||||||||||||||||||||||||||||                           **WAVE 3207**

**OWNER  VCNY**

| **START DATE: 11-28-2024** | **CANCEL DATE: 11-28-2024** |

| | | |
|---|---|---|
| **PICK TICKET NO.** 5199141 | **PO NUMBER**  0095673648 | **PRINT DATE**  11/27/2024 |
| **CONTROL NO.** | **MARK FOR STORE NO.** 0879 | **DEPT NO.** |
| **CUSTOMER NO.** 0879 | **BATCH NO.** | **SHIP VIA** |
| **TOTAL CTNS**        418.17 | **TOTAL WEIGHT**  1292.07 | **TOTAL CUBE**  492.88 |

**SHIP TO:**
Big Lots # 0879
2306 ENTERPRISE DR
DURANT, OK  74701
Phone:999-999-9999

**SOLD TO:**
BIG LOTS STORES INC
4900 E. Dublin Granville Rd
Columbus, OH  43081

| Style | CUSTOMER SKU # | CASE PACK | ORD PCS | ORD CTNS | QTY PCS | QTY CTNS |
|---|---|---|---|---|---|---|
| BDM-MAT-1824-DG-TAN | 735732442827 | 12 | 132 | 11 | 0 | 0 |
| DWL-MAT-1830-WM-NATBL | 735732001179 | 4 | 136 | 34 | 136 | 34 |
| FND-MAT-2436-WD-NATRL | 735732627217 | 3 | 134 | 45 | 129 | ~~43~~ 42 |
| HB8-ARU-3046-W2-TEAL | 735732174018 | 2 | 300 | 150 | 300 | 150 |
| HB8-ARU-3046-WD-IVORY | 735732235986 | 1 | 91 | 91 | 78 | ~~78~~ 91 |
| HL7-MAT-1830-WM-NTRPK | 735732110818 | 4 | 148 | 37 | 148 | 37 |
| HSH-MAT-3048-WD-NATRL | 735732954948 | 4 | 42 | 11 | 0 | 0 |
| STI-MAT-2436-WM-BLUE | 735732939969 | 4 | 80 | 20 | 80 | 20 |
| STI-MAT-2436-WM-PINK | 735732954382 | 4 | 80 | 20 | 80 | 20 |
| **Total Pieces:** | | | **1143** | **418** | **951** | **382** |

*Completo.*

*394*
*BXS.*

*12/03/24*

*8 pallets.*

*Received*
*12/3*

**Notes:**

# TEXTILES FROM EUROPE

## VICTORIA CLASSICS- VCNY Home

### 1881 US 46 -Ledgewood. - NJ – 07852 -Phone# (862)254-2164

---

**PLEASE COMPLETE THE FOLLOWING INFORMATION.**

**1- TRUCKING COMPANY NAME:** _Landstar_

**2 -DRIVER CEL PHONE #** _484- 597 936?_

**4- COSTUMER NAME:** _Big Lots_

**5- COSTUMER ADDRESS** _Durant, OK_

**6- COSTUMER PO#:** _____

**7- PICK UP #** _858046 - 00 95623036 / 5199141_

**8- LOAD #** _____

**9- TRAILER #** _672942_

**10- ARE WE 1ˢᵗ STOP** _____   **2ⁿᵈ STOP** ✓

**11- HAVE A 2ⁿᵈ STOP?    YES** _____    **NO** _____

| | |
|---|---|
| **APPOINTMENT TIME:** _11:00_ | **TIME IN:** _9:50_ |
| | **TIME OUT:** _10:45_ |

- **DRIVER NAME:** _Wesner_        - Driver Cell# _4845979364_

- **DRIVER SIGNTURE** _[signature]_        - **DATE:** _12 / 3 / 24_

Date: 12/05/24

# BILL OF LADING

Page 1 of 1

## Ship From

Name: VCNY Roxbury Warehouse
Address: 1881 US-46,
City/State/Zip: LEDGEWOOD, NJ 07852
SID#: LOAD# 5199140    FOB: [X]

Bill of Lading Number: **07357320010036245**

**(402) 07357320010036245**

## Ship To

Location #:

Name: Big Lots # 0874
Address: 50 RAUSCH CREEK RD
City/State/Zip: TREMONT, PA 17981
CID#: **0874**    FOB: [ ]

Carrier Name: CH ROBINSON
Trailer number: 390223
Seal number(s): 1551745

SCAC:
Pro number: **5199140**

## Third Party Freight Charges Bill To

Name:
Address:
City/State/Zip:

Special
Instructions:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid _____    Collect __X__    3rd Party _____

[ ] Master Bill of Lading with attached underlying Bills of Lading
(check box)

## Customer Order Information

| Customer Order Number | # Pkgs | Weight | Pallet/Slip | | Additional Shipper Info |
|---|---|---|---|---|---|
| **0095673647** | 671 | 11393.45 | (Y) | N | 5199140-1 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 671 | 11393.45 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. (x) | Commodity Description<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See section w(e) of NMFC Item 360 | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC # | Class |
| 18 | plts | 671 | ctns | 11825.45 | | VICS DESCRIPTION | 49880 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 18 | | 671 | | 11825.45 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: _____

Fee Terms: Collect [ ]    Prepaid: [ ]    Cust Check: [ ]

**Note:** Liability Limitation for loss or damge in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are herebyagreed to by the shipper and accepted for him/herself and his/her assigns.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**    12/5/24
This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Wiia B

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Propery described above is received in good order, except as noted.

# PICK TICKET

**PICK TICKET NO.**                                                                 **WAVE 3207**

**OWNER  VCNY**          | **START DATE: 11-28-2024      CANCEL DATE: 11-28-2024** |

| | | |
|---|---|---|
| PICK TICKET NO.  5199140 | PO NUMBER  0095673647 | PRINT DATE  11/27/2024 |
| CONTROL NO. | MARK FOR STORE NO. 0874 | DEPT NO. |
| CUSTOMER NO.  0874 | BATCH NO. | SHIP VIA |
| TOTAL CTNS         716.67 | TOTAL WEIGHT  2168.11 | TOTAL CUBE  799.53 |

**SHIP TO:**
Big Lots # 0874
50 RAUSCH CREEK RD
TREMONT, PA  17981
Phone:999-999-9999

**SOLD TO:**
BIG LOTS STORES INC
4900 E. Dublin Granville Rd
Columbus, OH  43081

| Style | CUSTOMER SKU # | CASE PACK | ORD PCS | ORD CTNS | QTY PCS | QTY CTNS |
|---|---|---|---|---|---|---|
| BDM-MAT-1824-DG-TAN | 735732442827 | 12 | 200 | 17 | 0 | 0 |
| BDM-MAT-1830-W2-NATRL | 735732939815 | 4 | 40 | 10 | 40 | 10 |
| DWL-MAT-1830-WM-NATBL | 735732091179 | 4 | 208 | 52 | 208 | ~~52~~ 50 |
| FND-MAT-2436-WD-NATRL | 735732627217 | 3 | 210 | 70 | 210 | 70 |
| HB8-ARU-3046-W2-TEAL | 735732174018 | 2 | 468 | 234 | 468 | 234 |
| HB8-ARU-3046-WD-IVORY | 735722235986 | 1 | 150 | 150 | 150 | 150 |
| HL7-MAT-1830-WM-NTRPK | 735732110818 | 4 | 228 | 57 | 228 | 57 |
| HSH-MAT-3048-WD-NATRL | 735732954948 | 4 | 66 | 17 | 40 | ~~18~~ 12 |
| ST1-MAT-2436-W2-PINK | 735732025730 | 4 | 56 | 14 | 0 | 0 |
| ST1-MAT-2436-WM-PINK | 735732939914 | 4 | 60 | 15 | 60 | ~~15~~ 14 |
| ST1-MAT-3654-WD-PINK | 735732955044 | 4 | 38 | 10 | 36 | ~~9~~ 5 |
| STI-MAT-2436-WM-BLUE | 735732939969 | 4 | 124 | 31 | 124 | 31 |
| STI-MAT-2436-WM-PINK | 735732954382 | 4 | 124 | 31 | 124 | ~~31~~ 30 |
| WEM-MAT-1830-WM-NTRMU | 735732110801 | 4 | 40 | 10 | 32 | 8 |
| | **Total Pieces:** | | **2012** | **717** | **1720** | **677** |

Incompleto.

12/03/24

11 pallets.

671
BXS

Recevd
12/3

**Notes:**

# TEXTILES FROM EUROPE

## VICTORIA CLASSICS- VCNY Home

### 1881 US 46 -Ledgewood. - NJ – 07852 -Phone# (862)254-2164



**PLEASE COMPLETE THE FOLLOWING INFORMATION.**

**1- TRUCKING COMPANY NAME:** *V86 Logistic*

**2 -DRIVER CEL PHONE #** *201-920-3826*

**4- COSTUMER NAME:** *BiG LOTS*

**5- COSTUMER ADDRESS** *50 Rausch creek RD, PA*

**6- COSTUMER PO#:** _____

**7- PICK UP #** *5199140*

**8- LOAD #** _____

**9- TRAILER #** *390223*

**10- ARE WE 1st STOP** _____ **2nd STOP** _____

**11- HAVE A 2nd STOP?    YES** _____    **NO** _____

| APPOINTMENT TIME: _____ | TIME IN: *10:13* |
| | TIME OUT: *11:20* |

**- DRIVER NAME:** *Juan*

**- DRIVER SIGNTURE** *(signature)*

**- Driver Cell#** -----------------------

**- DATE:** *12 /05/24*