# EXHIBIT E

**Summary Post-Petition Account**

## Statement Of Account

To:  BIG LOTS STORES INC  
     4900 E. Dublin Granville Rd  
     Columbus, OH 43081

From:  VCNY HOME  
       5901 WEST SIDE AVENUE 6TH FLOOR  
       NORTH BERGEN, NJ 07047  
       Phone: (212) 213-1828

Date: 12/31/2024    Customer: BLUSA    Vendor: 1000932

| Document# | Doc-Type | PO/Ref-Number | Doc-Date | Doc-Amount | Due-Date | #Days |
|---|---|---|---|---|---|---|
| 4947859 | Invoice | 0095628968 | 10/21/2024 | 6,810.00 | 12/5/2024 | 1-30 |
| 4947860 | Invoice | 0095628968 | 10/21/2024 | 1,490.00 | 12/5/2024 | 1-30 |
| 4951496 | Invoice | 0095630100 | 10/23/2024 | 13,171.50 | 12/7/2024 | 1-30 |
| 4951497 | Invoice | 0095630099 | 10/23/2024 | 1,341.00 | 12/7/2024 | 1-30 |
| 4951543 | Invoice | 0095631311 | 10/23/2024 | 22,622.00 | 12/7/2024 | 1-30 |
| 4957761 | Invoice | 0095630099 | 10/25/2024 | 21,830.00 | 12/9/2024 | 1-30 |
| 4957769 | Invoice | 0095631308 | 10/25/2024 | 17,020.00 | 12/9/2024 | 1-30 |
| 4957770 | Invoice | 0095628969 | 10/25/2024 | 1,700.00 | 12/9/2024 | 1-30 |
| 4966318 | Invoice | 0095628969 | 10/29/2024 | 7,790.00 | 12/13/2024 | 1-30 |
| 4973018 | Invoice | 0095630098 | 10/31/2024 | 49,783.80 | 12/15/2024 | 1-30 |
| 4974160 | Invoice | 0095630097 | 10/31/2024 | 46,002.80 | 12/15/2024 | 1-30 |
| 4974845 | Invoice | 0095631309 | 11/1/2024 | 29,740.00 | 12/16/2024 | 1-30 |
| 4990331 | Invoice | 0095630270 | 11/7/2024 | 5,680.00 | 12/22/2024 | 1-30 |
| 5063182 | Invoice | 0095673646 | 12/2/2024 | 6,492.50 | 1/16/2025 | Current |
| 5078281 | Invoice | 0095673648 | 12/3/2024 | 4,032.50 | 1/17/2025 | Current |
| 5091678 | Invoice | 0095673647 | 12/5/2024 | 7,189.00 | 1/19/2025 | Current |

Total Due    :  242,695.10  
31-60 Days :  0.00  

Current    :  17,714.00  
61-90 Days :  0.00  

1-30 Days    :  224,981.10  
Over 90 Days :  0.00

| Inv # | PO # | Date | $$$ | BOL # | TOTAL BOXES |
|---|---|---|---|---|---|
| 4947859 | 0095628968 | 10/21/2024 | $6,810.00 | 7357325001606590 | 681 |
| 4947860 | 0095628968 | 10/21/2024 | $1,490.00 | 7357325001606590 | 149 |
| | | | | | **830** |
| 4951496 | 0095630100 | 10/23/2024 | $13,171.50 | 7357325001608030 | 1464 |
| 4951497 | 0095630099 | 10/23/2024 | $1,341.00 | 7357325001608030 | 149 |
| 4951543 | 0095631311 | 10/23/2024 | $22,622.00 | 7357325001609410 | 970 |
| 4957761 | 0095630099 | 10/25/2024 | $21,830.00 | 7357325001609570 | 2383 |
| 4957769 | 0095631308 | 10/25/2024 | $17,020.00 | 7357325001609580 | 983 |
| 4957770 | 0095628969 | 10/25/2024 | $1,700.00 | 07357325001609583 | 170 |
| 4966318 | 0095628969 | 10/29/2024 | $7,790.00 | 7357325001610360 | 779 |
| 4973018 | 0095630098 | 10/31/2024 | $49,783.80 | 7357325001611550 | 5293 |
| 4974160 | 0095630097 | 10/31/2024 | $46,002.80 | 7357325001611500 | 4836 |
| 4974845 | 0095631309 | 11/1/2024 | $29,740.00 | 07357325001609736 | 1421 |
| 4990331 | 0095630270 | 11/7/2024 | $5,680.00 | 7357325001613520 | 568 |
| 5063182 | 0095673646 | 12/2/2024 | $6,492.50 | 07357320010035637 | 593 |
| 5078281 | 0095673648 | 12/3/2024 | $4,032.50 | 07357320010035699 | 394 |
| 5091678 | 0095673647 | 12/5/2024 | $7,189.00 | 07357320010036245 | 671 |
| | | | $242,695.10 | | |