IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

———————————————————— x

In re:

    BIG LOTS, INC., et al.[1]

               Debtors.

Chapter 11

Case No. 24-11967 (JKS)
(Jointly Administered)

Obj. Deadline: January 23, 2025 at 4:00 p.m. (ET)
Hearing Date: February 26, 2025 at 10:30 p.m. (ET)

———————————————————— x

### NOTICE OF MOTION OF HOME ESSENTIALS AND BEYOND, INC. FOR ALLOWANCE AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on January 14, 2025, HOME ESSENTIALS AND BEYOND, INC. ("HEB") filed a Motion for Allowance and Payment of Administrative Expense Claim (" Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the Court on or before February 19, 2025 **at 4:00 p.m. ET** (" <u>Objection Deadline</u>") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at the Court on **February 26, 2025 at 10:30 a.m. ET** before The Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, courtroom 6, Wilmington, Delaware 19801, if an objection is filed.

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, " <u>Debtors</u>") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Hackensack, New Jersey
January 14, 2025

AVROM R. VANN, P.C.
Attorney for Post-Petition Creditor

By: _____
Avrom R. Vann, Esquire
Attorney at Law, State of New Jersey
Bar Number: 026771980
Office and Post Office Address
2 University Plaza - Suite 600
Hackensack, New Jersey 07601
(212) 382-1700
Email: a2442@aol.com