**HOME ESSENTIALS & BEYOND, INC.**
**BIG LOTS STORES, DIP**
**SCHEDULE OF POST-PETITION INVOICES**
**DUE**

**AS OF 01/13/2025**

| INVOICE DATE | INVOICE NUMBER | ORDER NUMBER | INVOICE AMOUNT | BALANCE DUE | Pre/Post Petition |
|---|---|---|---|---|---|
| 10/31/24 | 892793B | 511589 | 6,739.00 | 6,739.00 | postpetition |
| 10/31/24 | 892792B | 512242 | 12,115.00 | 12,115.00 | postpetition |
| 11/11/24 | 894756B | 511778 | 39,150.00 | 39,150.00 | postpetition |
| 11/12/24 | 895264B | 517428 | 6,966.00 | 6,966.00 | postpetition |
| 11/13/24 | 895641B | 511781 | 13,005.00 | 13,005.00 | postpetition |
| 11/13/24 | 895642B | 513312 | 13,005.00 | 13,005.00 | postpetition |
| 11/26/24 | 898425B | 521974 | 882.00 | 882.00 | postpetition |
| 11/26/24 | 898424C | 518945 | 4,851.00 | 4,851.00 | postpetition |
| 11/26/24 | 898427B | 518946 | 12,945.60 | 12,945.60 | postpetition |
| 12/4/24 | 900587B | 517427 | 540.00 | 540.00 | postpetition |
| 12/4/24 | 900586B | 517426 | 558.00 | 558.00 | postpetition |
| 12/4/24 | 900588B | 517429 | 2,322.00 | 2,322.00 | postpetition |
| 12/4/24 | 900589B | 517430 | 2,322.00 | 2,322.00 | postpetition |
| 12/10/24 | 903379B | 525844 | 726.00 | 726.00 | postpetition |
| 12/10/24 | 903380B | 525976 | 3,656.00 | 3,656.00 | postpetition |
| 12/10/24 | 903381B | 525846 | 3,937.00 | 3,937.00 | postpetition |
| 12/11/24 | 904178B | 525845 | 352.00 | 352.00 | postpetition |
| 12/11/24 | 904177B | 525977 | 3,477.00 | 3,477.00 | postpetition |
| 12/12/24 | 904759B | 511780 | 39,430.50 | 39,430.50 | postpetition |
| 12/18/24 | 906794B | 534925 | 2,951.60 | 2,951.60 | postpetition |
| 12/18/24 | 906793B | 526166 | 13,659.20 | 13,659.20 | postpetition |
| Total | | | | 183,589.90 | |



**Home ESSENTIALS AND BEYOND** ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 10/31/24 |

| INVOICE NO |
|---|
| 892793B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT        OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095613888 | | 511589 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 554 | | 554 | 16505 | PURE WHT 12"ROUND RUFFLE BOWL | 6.50 | 3,601.00 |
| 452 | | 452 | R33-20069 | PURE WHT 11"L OVAL BOWL HANDLE | 5.25 | 2,373.00 |
| 204 | | 204 | 20047 | PURE WHT 18.5"L BREAD PLATE | 3.75 | 765.00 |
| | | | | TOTAL NET AMOUNT...................... | | 6,739.00 |

| PIECES | CASES | | | | TOTAL | 6,739.00 |
|---|---|---|---|---|---|---|
| 1210 | 441 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/15/24   CONSOLIDATED STORE    **BILL OF LADING**   1025   1031        Page   1

**SHIP FROM**

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 797 PALMYRITA COURT
SID#: RIVERSIDE   CA 92507-1811                FOB:

Bill of Lading Number: **0786460000354 3758**

BAR CODE SPACE

**SHIP TO**

Name: DURANT DC - #0879
Address: 2306 ENTERPRISE DR        Location #:  **879**
City/State/Zip:
CID#: DURANT   OK 74701            FOB:

CARRIER NAME: CH ROBINSON LTL
Trailer number:
Seal number(s):  2774 8209
SCAC:  RBCL
Pro number: 3453758

R/5 10 # 3275175 4
BAR CODE SPACE

Shipment # 844159

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip:
Oak Brook, IL 60523

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid _____   Collect  **X**   3rd Party _____
(check box)     Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:   SHIP REQ#

1031 @ 8am

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| **0095613888** | 441 | 3803 | Y | (N) | CA |
| | | | Y | (N) | |
| | | | Y | (N) | Packing slip Attached. |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 441 | 3803 | Y | (N) | |

50
53
35
13
5
5

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 8 | PLTS | 441 | CTNS | 3803  4,123 | | GIFTWARE | 88160 9 | 85 |
| | | 441 | | 3803 | | **GRAND TOTAL** | | |

RECEIVING
STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$__ per __ lbs __.

COD Amount: $ _____
Fee Terms:   Collect: _____   Prepaid: _____
Customer check acceptable: _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG  Jose Barraza    10/31/24
6 PALL

Trailer Loaded:
X By Shipper
___ By Driver

Freight Counted:
___ By Shipper
___ By Driver/pallets said to contain
X By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order except as noted.

10-31-24

# Home ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

**DATE**
10/31/24

**INVOICE NO**
892792B

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS      OH 43081 | TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br><br>TREMONT      PA 17981<br>STORE: 874 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095613887 | | 512242 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 998 | | 998 | 16505 | PURE WHT 12"ROUND RUFFLE BOWL | 6.50 | 6,487.00 |
| 812 | | 812 | R33-20069 | PURE WHT 11"L OVAL BOWL HANDLE | 5.25 | 4,263.00 |
| 364 | | 364 | 20047 | PURE WHT 18.5"L BREAD PLATE | 3.75 | 1,365.00 |
| | | | | TOTAL NET AMOUNT...................... | | 12,115.00 |

| PIECES | CASES | | | | TOTAL | |
|---|---|---|---|---|---|---|
| 2174 | 793 | | | | | 12,115.00 |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Door # 8

Date: 10/15/24    CONSOLIDATED STORE    **BILL OF LADING**  1025  1031    Page    1

| SHIP FROM | | Bill of Lading Number:    **0786460003543765** |
|---|---|---|
| Name:<br>Address:    HOME ESSENTIALS & BEYOND INC<br>City/State/Zip:  797 PALMYRITA COURT<br>SID#:    RIVERSIDE    CA 92507-1811<br>FOB: | | BAR CODE SPACE |

| SHIP TO | | CARRIER NAME: CH ROBINSON LTL |
|---|---|---|
| Name:    TREMONT DC - #0874    Location #:  **874**<br>Address:    50 RAUSCH CREEK RD<br>City/State/Zip:<br>CID#:    TREMONT    PA 17981<br>FOB: | | Trailer number:  062795<br>Seal number(s):  27248209<br>SCAC:    **RBCL**<br>Pro number:    3543765 |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name:<br>Address:    BIG LOTS C/O UNYSON LOG.<br>2000 Clearwater Drive<br>City/State/Zip:<br>Oak Brook, IL 60523 |

Rts ID # 3275192
BAR CODE SPACE
Shipment # 846141

**Freight Charge Terms:** (freight charges are prepaid *unless marked otherwise*)
Prepaid _____    Collect  __X__    3rd Party _____
(check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:  SHIP REQ#
10/31 @ 8 am    Out 8:40 AM

| | CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP<br>(CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
| 0095613887 | 793 | 6836 | Y N | | CA |
| | | | Y N | | |
| | | | Y N | | Packing Clips Attached |
| | | | Y N | | |
| | | | Y N | | |
| | | | Y N | | |
| | | | Y N | | |
| GRAND TOTAL | 793 | 6836 | | | |

91
50
53
50
50
85
85
85
85
85
85
85
24

| | CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M.<br>(X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 14 | plts | 793 | CTNS | 6836<br>7396 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | 793 | | 6836 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$.19   per   lbs

**NOTE**  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| COD Amount: $ _____ |
|---|
| Fee Terms:   Collect: _____   Prepaid: _____<br>Customer check acceptable: |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____  Shipper

| SHIPPER SIGNATURE / DATE<br>This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.<br>MG  Jose Bowan<br>10/31/24<br>11 PRL | Trailer Loaded:<br>X By Shipper<br>By Driver | Freight Counted:<br>By Shipper<br>By Driver/pallets said to contain<br>X By Driver/Pieces | CARRIER SIGNATURE / PICKUP DATE<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.<br>Property described above is received in good order, except as noted.<br>10/31/24 |

# home ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 11/11/24 |

| INVOICE NO |
|---|
| 894756B |

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS        OH 43081 | MONTGOMERY DC - #0870<br>2855 SELMA HWY<br><br>MONTGOMERY        AL 36108<br>STORE: 870 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095624858 | | 511778 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 726 | | 726 | R24-96307 | 51OZ WHT HALO DOTS TEAPOT | 4.90 | 3,557.40 |
| 592 | | 592 | 94989 | 4A 20OZ OMBRE BIBLE VERSE MUGS | 2.25 | 1,332.00 |
| 1296 | | 1296 | 70759 | 4ASST 11OZ BIBLE TEACUP&SAUCER | 2.75 | 3,564.00 |
| 1088 | | 1088 | 70794 | 4ASST 37OZ CHINTZ TEAPOTS | 5.75 | 6,256.00 |
| 1728 | | 1728 | 70762 | 4ASST 11OZ CHNTZ TEACUP&SAUCER | 2.90 | 5,011.20 |
| 532 | | 532 | 96638 | 37OZ BLUE LEAF CHINTZ TEAPOT | 5.75 | 3,059.00 |
| 888 | | 888 | 96651 | 11OZ BLU LEAF CHNTZ TCUP/SAUCR | 2.90 | 2,575.20 |
| 1080 | | 1080 | 96641 | 3A 37OZ ROSES SCALLOP TEAPOT | 5.75 | 6,210.00 |
| 1368 | | 1368 | 96654 | 3A 8OZ ROSES CHTZ TEACP/SAUCRS | 2.90 | 3,967.20 |
| 1608 | | 1608 | 96464 | 4A 14.4OZ BLU/WHT MAYFAIR MUGS | 2.25 | 3,618.00 |
| | | | | TOTAL NET AMOUNT...................... | | 39,150.00 |

| PIECES | CASES | | | | TOTAL | 39,150.00 |
|---|---|---|---|---|---|---|
| 10906 | 1067 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/30/24   CONSOLIDATED STORE   **BILL OF LADING** 1108  1114   Page   1

**SHIP FROM**
Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 200 THEODORE CONRAD DR
SID#: JERSEY CITY NJ 07305-4616   FOB:

Bill of Lading Number: 0786460000354840I

BAR CODE SPACE

**SHIP TO**
Name: MONTGOMERY DC - #0870   Location #: 870
Address: 2855 SELMA HWY
City/State/Zip:
CID#: MONTGOMERY   AL 36108   FOB:

CARRIER NAME: CH ROBINSON TRUCKING
Trailer number: 2204
Seal number(s): 0072725
SCAC: RBTW
Pro number: 3548401

Rts ID #329 65315
BAR CODE SPACE

Shipment # 852204

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:  SHIP REQ#

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _____   Collect __X__   3rd Party _____
(check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624858 | 1067 | 14378 | Y | (N) | JC |
| | | | Y | (N) | |
| | | | Y | (N) | ps Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| GRAND TOTAL | 1067 | 14378 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 21 | PLTS | 1067 | CTNS | ~~14378~~ 15,378 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | 1067 | | 14378 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs

COD Amount: $ _____
Fee Terms:   Collect: _____   Prepaid: _____
Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  § 14706(c)(1)(A) and (B).
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature _____ Shipper

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.
MG.

Trailer Loaded:
X By Shipper
By Driver

Freight Counted:
By Shipper
By Driver/pallets said to contain
X By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.
JBF

11-11-2024

# HOME ESSENTIALS
### AND BEYOND

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 11/12/24 |

| INVOICE NO |
|---|
| 895264B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS      OH 43081

**SHIP TO:**

MONTGOMERY DC - #0870
2855 SELMA HWY

MONTGOMERY      AL 36108
STORE: 870

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095624858 | | 517428 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 1584 | | 1584 | 94954 | 4A 19OZ WHT SPECKLED BIBLE MUG | 2.25 | 3,564.00 |
| 1512 | | 1512 | 97609 | 4A 17OZ REACT TOP STRIPES MUGS | 2.25 | 3,402.00 |
| | | | | TOTAL NET AMOUNT...................... | | 6,966.00 |

| PIECES | CASES | | | | TOTAL | 6,966.00 |
|---|---|---|---|---|---|---|
| 3096 | 129 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/30/24   CONSOLIDATED STORE   **BILL OF LADING**   1108   1114   Page   1

| SHIP FROM | |
|---|---|
| Name: | |
| Address: | HOME ESSENTIALS & BEYOND INC |
| City/State/Zip: | 45 LINDEN AVE. E. |
| SID#: | JERSEY CITY   NJ 07305- |
| | FOB: |

Bill of Lading Number:   **0786460003548418**

BAR CODE SPACE

| SHIP TO | | |
|---|---|---|
| Name: | MONTGOMERY DC - #0870 | Location #: **870** |
| Address: | 2855 SELMA HWY | |
| City/State/Zip: | | |
| CID#: | MONTGOMERY   AL 36108 | |
| | | FOB: |

CARRIER NAME: CH ROBINSON LTL
Trailer number:   101100
Seal number(s):   0072757

SCAC:   **RBCL**
Pro number:   **3548418**

Rfs # 32965339
BAR CODE SPACE

Shipment # 852835

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address:   BIG LOTS C/O UNYSON LOG. |
|           2000 Clearwater Drive |
| City/State/Zip: |
|           Oak Brook, IL 60523 |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect ___X___   3rd Party _____
(check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:   SHIP REQ#

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0095624858 | 129 | 3361 | Y / (N) | 25 |
| | | | Y / (N) | |
| | | | Y / (N) | |
| | | | Y / (N) | packing slip attached. |
| | | | Y / (N) | |
| | | | Y / (N) | |
| GRAND TOTAL | 129 | 3361 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # / CLASS |
| 4 | plts | 129 | CTNS | ~~3361~~ 3521 | | GIFTWARE | 881609 / 85 |
| | | | | | | | RECEIVING STAMP SPACE |
| | 129 | | 3361 | | | GRAND TOTAL | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

___ per lbs

COD Amount: $ _____
Fee Terms:   Collect: _____   Prepaid: _____
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.   14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper   By Driver | By Shipper   By Driver/pallets said to contain   X By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.   Property described above is received in good order, except as noted. |
| MG   Eileen | | | 10-17-24 |



200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 11/13/24 |

| INVOICE NO |
|---|
| 895641B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT          OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095624861 | | 511781 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 240 | | 240 | R24-96307 | 51OZ WHT HALO DOTS TEAPOT | 4.90 | 1,176.00 |
| 200 | | 200 | 94989 | 4A 20OZ OMBRE BIBLE VERSE MUGS | 2.25 | 450.00 |
| 432 | | 432 | 70759 | 4ASST 11OZ BIBLE TEACUP&SAUCER | 2.75 | 1,188.00 |
| 364 | | 364 | 70794 | 4ASST 37OZ CHINTZ TEAPOTS | 5.75 | 2,093.00 |
| 576 | | 576 | 70762 | 4ASST 11OZ CHNTZ TEACUP&SAUCER | 2.90 | 1,670.40 |
| 176 | | 176 | 96638 | 37OZ BLUE LEAF CHINTZ TEAPOT | 5.75 | 1,012.00 |
| 288 | | 288 | 96651 | 11OZ BLU LEAF CHNTZ TCUP/SAUCR | 2.90 | 835.20 |
| 360 | | 360 | 96641 | 3A 37OZ ROSES SCALLOP TEAPOT | 5.75 | 2,070.00 |
| 456 | | 456 | 96654 | 3A 8OZ ROSES CHTZ TEACP/SAUCRS | 2.90 | 1,322.40 |
| 528 | | 528 | 96464 | 4A 14.4OZ BLU/WHT MAYFAIR MUGS | 2.25 | 1,188.00 |
| | | | | | | |
| | | | | TOTAL NET AMOUNT................... | | 13,005.00 |

| | PIECES | CASES | | | | TOTAL | 13,005.00 |
|---|---|---|---|---|---|---|---|
| | 3620 | 355 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

PAYMENTS MUST BE IN U.S. FUNDS

ORIGINAL INVOICE

| Date: 10/30/24    CONSOLIDATED STORE | **BILL OF LADING** 1108  1114 | | Page | 1 |
|---|---|---|---|---|

| **SHIP FROM** | |
|---|---|
| Name: | Bill of Lading Number: **0786460003548364** |
| Address: HOME ESSENTIALS & BEYOND INC | 354838, 354842, 354844 |
| City/State/Zip: 200 THEODORE CONRAD DR | BAR CODE SPACE |
| SID#: JERSEY CITY NJ 07305-4616 | |
| FOB: | |

| **SHIP TO** | | **CARRIER NAME:** BLUE GRACE LOGISTICS CORP |
|---|---|---|
| Name: DURANT DC - #0879 | Location #: **879** | Trailer number: V8236 |
| Address: 2306 ENTERPRISE DR | | Seal number(s): 0072753 |
| City/State/Zip: | | SCAC: **BGLF** |
| CID#: DURANT    OK 74701 | | Pro number: **3548364** |
| FOB: | | |

| **THIRD PARTY FREIGHT CHARGES BILL TO:** | |
|---|---|
| Name: | BAR CODE SPACE |
| Address: BIG LOTS C/O UNYSON LOG. | Shipment # 852830 |
| 2000 Clearwater Drive | |
| City/State/Zip: Oak Brook, IL 60523 | **Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* |
| SPECIAL INSTRUCTIONS:  SHIP REQ# | Prepaid ____  Collect  **X**  3rd Party ____ |
| | (check box)   Master Bill of Lading: with attached underlying Bills of Lading |

| **CUSTOMER ORDER INFORMATION** | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0095624861 ✓ | ✓ 355 | 4776 | Y (N) | JC |
| 0095625239 | 34 | 586 | Y (N) | JC |
| 0095629280 | 355 | 4776 | Y (N) | JC |
| 0095629281 | 34 | 586 | Y (N) | JC |
| | | | Y (N) | Packing Slip Attached |
| | | | Y (N) | |
| **GRAND TOTAL** | 778 | 10724 | | |

| **CARRIER INFORMATION** | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | **COMMODITY DESCRIPTION** | **LTL ONLY** |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC #  CLASS |
| 22 | plts | 778 | CTNS | ~~10724~~ 11,524 | | GIFTWARE | 88160 9   85 |
| 22 | | 778 | | 10724 | | **GRAND TOTAL** | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per lbs

| COD Amount: $ _____ |
|---|
| Fee Terms:  Collect: _____  Prepaid: _____ |
| Customer check acceptable: |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature _____ Shipper

| **SHIPPER SIGNATURE / DATE** | Trailer Loaded: | Freight Counted: | **CARRIER SIGNATURE / PICKUP DATE** |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper  By Driver | By Shipper  By Driver/pallets said to contain  X By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| MG | | | Tonya 11-15-24 |

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 11/13/24 |

| INVOICE NO |
|---|
| 895642B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS      OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT          OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095629280 | | 513312 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| QTY. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 240 | | 240 | R24-96307 | 51OZ WHT HALO DOTS TEAPOT | 4.90 | 1,176.00 |
| 200 | | 200 | 94989 | 4A 20OZ OMBRE BIBLE VERSE MUGS | 2.25 | 450.00 |
| 432 | | 432 | 70759 | 4ASST 11OZ BIBLE TEACUP&SAUCER | 2.75 | 1,188.00 |
| 364 | | 364 | 70794 | 4ASST 37OZ CHINTZ TEAPOTS | 5.75 | 2,093.00 |
| 576 | | 576 | 70762 | 4ASST 11OZ CHNTZ TEACUP&SAUCER | 2.90 | 1,670.40 |
| 176 | | 176 | 96638 | 37OZ BLUE LEAF CHINTZ TEAPOT | 5.75 | 1,012.00 |
| 288 | | 288 | 96651 | 11OZ BLU LEAF CHNTZ TCUP/SAUCR | 2.90 | 835.20 |
| 360 | | 360 | 96641 | 3A 37OZ ROSES SCALLOP TEAPOT | 5.75 | 2,070.00 |
| 456 | | 456 | 96654 | 3A 8OZ ROSES CHTZ TEACP/SAUCRS | 2.90 | 1,322.40 |
| 528 | | 528 | 96464 | 4A 14.4OZ BLU/WHT MAYFAIR MUGS | 2.25 | 1,188.00 |
| | | | | TOTAL NET AMOUNT...................... | | 13,005.00 |

| PIECES | CASES |
|---|---|
| 3620 | 355 |

**TOTAL**   13,005.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 10/30/24 | CONSOLIDATED STORE | BILL OF LADING | 1108  1114 | Page | 1 |

**SHIP FROM**

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 200 THEODORE CONRAD DR
JERSEY CITY NJ 07305-4616
SID#:                                    FOB:

Bill of Lading Number:    0786400003548364
354838, 354842, 334844
BAR CODE SPACE

**SHIP TO**

Name: DURANT DC - #0879       Location #: 879
Address: 2306 ENTERPRISE DR
City/State/Zip:
CID#: DURANT        OK 74701
                                    FOB:

CARRIER NAME: BLUE GRACE LOGISTICS CORP
Trailer number: V8236
Seal number(s): 0072753
SCAC: BGLF
Pro number: 3548364

BAR CODE SPACE

Shipment # 852830

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:    SHIP REQ#

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _X_   3rd Party _____
                    (check box)
Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624861 | 355 | 4776 | Y | (N) | JC |
| 0095625239 | 34 | 586 | Y | (N) | JC |
| 0095629280 ✓ | ✓ 355 | 4776 | Y | (N) | JC |
| 0095629281 | 34 | 586 | Y | (N) | JC |
| | | | Y | (N) | packing Clip Attached |
| | | | Y | (N) | |
| GRAND TOTAL | 778 | 10724 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or slowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| 22 | PLTS | 778 | CTNS | ~~10724~~ 11,524 | | GIFTWARE | 881609 | 85 |
| 22 | | 778 | 10724 | | | GRAND TOTAL | | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
____ per ____

COD Amount: $ _____
Fee Terms:   Collect: ____   Prepaid: ____
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____  Shipper

**SHIPPER SIGNATURE / DATE**

Tsis is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG

| Trailer Loaded: | Freight Counted: |
|---|---|
| X By Shipper | By Shipper |
| By Driver | By Driver/pallets said to contain |
| | X By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

TChR  11-15-24



200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
| --- |
| 11/26/24 |

| INVOICE NO |
| --- |
| 898425B |

| SOLD TO: | SHIP TO: |
| --- | --- |
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS    OH 43081 | TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br><br>TREMONT    PA 17981<br>STORE: 874 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CON90220 | 0095624860 | | 521974 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| QTY. ORD. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 392 | | 392 | 94989 | 4A 20OZ OMBRE BIBLE VERSE MUGS | 2.25 | 882.00 |
| 4 | 4 | 0 | 70794 | 4ASST 37OZ CHINTZ TEAPOTS | 5.75 | |
| 576 | 576 | 0 | 96651 | 11OZ BLU LEAF CHNTZ TCUP/SAUCR | 2.90 | |
| | | | | TOTAL NET AMOUNT...................... | | 882.00 |

| PIECES | CASES | | | | TOTAL | 882.00 |
| --- | --- | --- | --- | --- | --- | --- |
| 392 | 49 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 11/14/24   CONSOLIDATED STORE   **BILL OF LADING**   1118  1122   | **Page** | 1 |

## SHIP FROM

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 200 THEODORE CONRAD DR
JERSEY CITY NJ 07305-4616
SID#:                                    FOB:

**Bill of Lading Number:** 0786460003556734

BAR CODE SPACE

## SHIP TO

Name: TREMONT DC - #0874   Location #: **874**
Address: 50 RAUSCH CREEK RD
City/State/Zip:
CID#: TREMONT   PA 17981   FOB:

**CARRIER NAME:** JB HUNT
Trailer number: 48551
Seal number(s): DO73514
SCAC: HJCS
Pro number: 3551593

BAR CODE SPACE

Shipment # 856134

## THIRD PARTY FREIGHT CHARGES BILL TO

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:   SHIP REQ#

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect __X__   3rd Party _____
(check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624860 ✓ | 214 | 2991 | Y | Ⓝ | JC |
| 0095625238 | 181 | 3155 | Y | Ⓝ | JC |
| | | | Y | Ⓝ | |
| | | | Y | Ⓝ | Packing list Attached. |
| | | | Y | Ⓝ | |
| | | | Y | Ⓝ | |
| | | | Y | Ⓝ | |
| **GRAND TOTAL** | 395 | 6146 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 10 | Pits | 395 | CTNS | ~~6146~~ 6,546 | | GIFTWARE | 881609 | 85 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 395 | | 6146 | | | **GRAND TOTAL** | | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$ ___ per ___ lbs ___.

COD Amount: $ _____
Fee Terms:   Collect: _____   Prepaid: _____
Customer check acceptable:

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | X By Shipper | By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| MG [signature] | By Driver | By Driver/pallets said to contain | [signature] loaded on Property described above is received in good order, except as noted. |
| | | X By Driver/Pieces | 11-20-24 |

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

**DATE**
11/26/24

**INVOICE NO**
898424C

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS      OH 43081 | TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br><br>TREMONT        PA 17981<br>STORE: 874 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095624860 | | 518945 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 990 | | 990 | R24-96307 | 51OZ WHT HALO DOTS TEAPOT | 4.90 | 4,851.00 |
| | | | | TOTAL NET AMOUNT...................... | | 4,851.00 |

| PIECES<br>990 | CASES<br>165 | | | | **TOTAL** | 4,851.00 |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 11/14/24   CONSOLIDATED STORE | **BILL OF LADING** 1118  1122 | | Page | 1 |
|---|---|---|---|---|

| SHIP FROM | |
|---|---|
| Name: | Bill of Lading Number: **07864600003556734** |
| Address: HOME ESSENTIALS & BEYOND INC | |
| City/State/Zip: 200 THEODORE CONRAD DR | *BAR CODE SPACE* |
| SID#:      JERSEY CITY NJ 07305-4616 | |
| FOB: | |

| SHIP TO | |
|---|---|
| Name:   TREMONT DC - #0874    Location #: **874** | CARRIER NAME: JB HUNT |
| Address:   50 RAUSCH CREEK RD | Trailer number: 48551 |
| City/State/Zip: | Seal number(s): p073514 |
| CID#:   TREMONT   PA 17981 | SCAC:   **HJCS** |
| FOB: | Pro number:   **3551593** |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | *BAR CODE SPACE* |
| Address:   BIG LOTS C/O UNYSON LOG. | |
|   2000 Clearwater Drive | Shipment # 856134 |
| City/State/Zip: | **Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* |
|   Oak Brook, IL 60523 | Prepaid _____   Collect **X**   3rd Party _____ |
| SPECIAL INSTRUCTIONS:   SHIP REQ# | (check box)   Master Bill of Lading: with attached underlying Bills of Lading |

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0095624860 ✓ | 214 | 2991 | Y (N) | JC |
| 0095625238 | 181 | 3155 | Y (N) | JC |
| | | | Y (N) | |
| | | | Y (N) | Packing list Attached. |
| | | | Y (N) | |
| | | | Y (N) | |
| | | | Y (N) | |
| **GRAND TOTAL** | 395 | 6146 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 10 | Plts | 395 | CTNS | ~~6146~~ 6,546 | | GIFTWARE | 881609 | 85 |
| | | | | | | | *RECEIVING* | |
| | | | | | | | *STAMP SPACE* | |
| | | 395 | 6146 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

| COD Amount: $ |
|---|
| Fee Terms:   Collect: _____   Prepaid: _____ |
| Customer check acceptable: _____ |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature _____

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper | By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| MG | By Driver | By Driver/pallets said to contain | *Property described above is received in good order, except as noted.* |
| | | X By Driver/Pieces | Kofod OU |

11-26-24

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 11/26/24 |

| INVOICE NO |
|---|
| 898427B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS       OH 43081

**SHIP TO:**

TREMONT DC - #0874
50 RAUSCH CREEK RD

TREMONT       PA 17981
STORE: 874

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095624860 | | 518946 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 2160 | | 2160 | 94954 | 4A 19OZ WHT SPECKLED BIBLE MUG | 2.25 | 4,860.00 |
| 416 | | 416 | 94989 | 4A 20OZ OMBRE BIBLE VERSE MUGS | 2.25 | 936.00 |
| 2064 | | 2064 | 97609 | 4A 17OZ REACT TOP STRIPES MUGS | 2.25 | 4,644.00 |
| 864 | | 864 | 70762 | 4ASST 11OZ CHNTZ TEACUP&SAUCER | 2.90 | 2,505.60 |
| | | | | TOTAL NET AMOUNT...................... | | 12,945.60 |

| PIECES | CASES | | | | TOTAL | |
|---|---|---|---|---|---|---|
| 5504 | 264 | | | | | 12,945.60 |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 11/05/24   CONSOLIDATED STORE   **BILL OF LADING** 1118 1122   Page 1

| SHIP FROM | |
|---|---|
| Name: | |
| Address: | HOME ESSENTIALS & BEYOND INC |
| City/State/Zip: | 45 LINDEN AVE. E. |
| | JERSEY CITY   NJ 07305- |
| SID#: | FOB: |

Bill of Lading Number: **0786460003551630**
3551u0

BAR CODE SPACE

| SHIP TO | |
|---|---|
| Name: | TREMONT DC - #0874   Location #: **874** |
| Address: | 50 RAUSCH CREEK RD |
| City/State/Zip: | |
| | TREMONT   PA 17981 |
| CID#: | FOB: |

CARRIER NAME: JB HUNT
Trailer number: 4855 1
Seal number(s): 0073514
SCAC: HJCS
Pro number: 3551623

Rts # 3311 6384
BAR CODE SPACE

Shipment # 854134

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address:   BIG LOTS C/O UNYSON LOG. |
| 2000 Clearwater Drive |
| City/State/Zip: |
| Oak Brook, IL 60523 |
| SPECIAL INSTRUCTIONS:   SHIP REQ# |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _X_   3rd Party _____
(check box)   Master Bill of Lading: with attached underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0095624860 ✓ | 264 | 6262 | Y (N) | 25 |
| 0095625238 | 170 | 938 | Y (N) | 25 |
| | | | Y (N) | Rs Attached |
| | | | Y (N) | |
| | | | Y (N) | |
| | | | Y (N) | |
| | | | Y (N) | |
| **GRAND TOTAL** | 434 | 7200 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360 | NMFC #   CLASS |
| 8 | Plts | 434 | CTNS | ~~7200~~ 8235 | | GIFTWARE | 88160 9   85 |
| | | | | | | | RECEIVING STAMP SPACE |
| | | 434 | | 7200 | | **GRAND TOTAL** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $1.4 per lbs

COD Amount: $ _____
Fee Terms:   Collect: ____   Prepaid: ____
Customer check acceptable:

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper | By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| | By Driver | By Driver/pallets said to contain | Property described above is received in good order, except as noted. |
| MG | | X By Driver/Pieces | 11-26-24 |



200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
| --- |
| 12/04/24 |

| INVOICE NO |
| --- |
| 900587B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT        OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CON90220 | 0095629281 | | 517427 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 180 | | 180 | R10-92682 | 9.25"L PNK BUNNY PLATE GARDEN | 3.00 | 540.00 |
| | | | | TOTAL NET AMOUNT...................... | | 540.00 |

| PIECES | CASES |
| --- | --- |
| 180 | 30 |

**TOTAL**   540.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 10/30/24   CONSOLIDATED STORE | **BILL OF LADING** 1108   1114 | Page | 1 |

**SHIP FROM**

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 45 LINDEN AVE. E.
SID#: JERSEY CITY   NJ 07305-                          FOB:

**Bill of Lading Number:** 0786460003548371
~ 354839 , 354845
BAR CODE SPACE
354843

**SHIP TO**

Name: DURANT DC - #0879          Location #: 879
Address: 2306 ENTERPRISE DR
City/State/Zip:
CID#: DURANT        OK 74701                          FOB:

CARRIER NAME: BLUE GRACE LOGISTICS CORP
Trailer number: VB 2318
Seal number(s):         0072753

SCAC:      **BGLF**
Pro number: **3548371**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

BAR CODE SPACE

Shipment # 852830

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect   X   3rd Party _____

SPECIAL INSTRUCTIONS:   SHIP REQ#

(check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624861 | 43 | 1120 | Y | (N) | 25 |
| 0095625239 | 31 | 171 | Y | (N) | 25 |
| 0095629280 | 43 | 1120 | Y | (N) | 25 |
| 0095629281 | 30 | 166 | Y | (N) | 25 |
| | | | Y | (N) | Packing slip Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 147 | 2577 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 4 | Plts | 147 | CTNS | 2577  2737 | | GIFTWARE | 881609 | 85 |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | 147 | | | 2577 | | **GRAND TOTAL** | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs .

COD Amount: $ _____
Fee Terms:   Collect: _____   Prepaid: _____
Customer check acceptable:

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG

| Trailer Loaded: | Freight Counted: |
|---|---|
| X By Shipper | By Shipper |
| By Driver | By Driver/pallets said to contain |
| | X By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|------|
| 12/04/24 |

| INVOICE NO |
|------------|
| 900586B |

**SOLD TO:**
CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS          OH 43081

**SHIP TO:**
DURANT DC - #0879
2306 ENTERPRISE DR

DURANT          OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|--------|------|------|---------|----------|----------|-------|------|
| CON90220 | 0095625239 | | 517426 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|-----------|---------|----------|--------|------------------|------------|-------------|
| 186 | | 186 | R10-92682 | 9.25"L PNK BUNNY PLATE GARDEN | 3.00 | 558.00 |
| | | | | TOTAL NET AMOUNT...................... | | 558.00 |

| PIECES | CASES |
|--------|-------|
| 186 | 31 |

TOTAL    558.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/30/24    CONSOLIDATED STORE    **BILL OF LADING** 1108 1114    Page 1

## SHIP FROM

Name: HOME ESSENTIALS & BEYOND INC
Address: 45 LINDEN AVE. E.
City/State/Zip: JERSEY CITY    NJ 07305-
SID#:    FOB:

Bill of Lading Number:    **0786460003548371**
354839, 354845
BAR CODE SPACE
354843

## SHIP TO

Name: DURANT DC - #0879    Location #: 879
Address: 2306 ENTERPRISE DR
City/State/Zip: DURANT    OK 74701
CID#:    FOB:

CARRIER NAME: BLUE GRACE LOGISTICS CORP
Trailer number: VB 230
Seal number(s): 0072753
SCAC: **BGLF**
Pro number: **3548371**

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BIG LOTS C/O UNYSON LOG.
Address: 2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS: SHIP REQ#

BAR CODE SPACE
Shipment # 852830

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect __X__    3rd Party _____
(check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624861 ✓ | 43 | 1120 | Y | Ⓝ | 25 |
| 0095625239 ✓ | 31 | 171 | Y | Ⓝ | 25 |
| 0095629280 | 43 | 1120 | Y | Ⓝ | 25 |
| 0095629281 | 30 | 166 | Y | Ⓝ | 25 |
| | | | Y | Ⓝ | Packing slip Attached |
| | | | Y | Ⓝ | |
| GRAND TOTAL | 147 | 2577 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 4 | Plts | 147 | CTNS | ~~2577~~ 2737 | | GIFTWARE | 881609 | 85 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | 147 | | 2577 | | | **GRAND TOTAL** | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs .

COD Amount: $ _____
Fee Terms:  Collect:  Prepaid:
Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
X By Shipper
By Driver

Freight Counted:
By Shipper
By Driver/pallets said to contain
X By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

MG



**HOME ESSENTIALS AND BEYOND**

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
| --- |
| 12/04/24 |

| INVOICE NO |
| --- |
| 900588B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT          OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CON90220 | 0095624861 | | 517429 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 528 | | 528 | 94954 | 4A 19OZ WHT SPECKLED BIBLE MUG | 2.25 | 1,188.00 |
| 504 | | 504 | 97609 | 4A 17OZ REACT TOP STRIPES MUGS | 2.25 | 1,134.00 |
| | | | | TOTAL NET AMOUNT...................... | | 2,322.00 |

| PIECES | CASES |
| --- | --- |
| 1032 | 43 |

**TOTAL**    2,322.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/30/24    CONSOLIDATED STORE    **BILL OF LADING** 1108  1114    Page    1

### SHIP FROM

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 45 LINDEN AVE. E.
SID#: JERSEY CITY    NJ 07305-    FOB:

Bill of Lading Number:    **0786460003548371**
354839, 354845
BAR CODE SPACE
354843

### SHIP TO

Name: DURANT DC - #0879    Location #: **879**
Address: 2306 ENTERPRISE DR
City/State/Zip:
CID#: DURANT    OK 74701    FOB:

CARRIER NAME: BLUE GRACE LOGISTICS CORP
Trailer number: VB 238
Seal number(s):    0072753
SCAC:    **BGLF**
Pro number:    **3548371**

BAR CODE SPACE

Shipment # 852830

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect __X__    3rd Party _____

(check box)    Master Bill of Lading: with attached underlying Bills of Lading

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:    SHIP REQ#

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624861 ✓ | 43 ✓ | 1120 | Y | (N) | 25 |
| 0095625239 | 31 | 171 | Y | (N) | 25 |
| 0095629280 | 43 | 1120 | Y | (N) | 25 |
| 0095629281 | 30 | 166 | Y | (N) | 25 |
| | | | Y | (N) | Packing Slip Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| GRAND TOTAL | 147 | 2577 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 4 | Plts | 147 | CTNS | ~~2577~~ 2737 | | GIFTWARE | 881609 | 85 |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | 147 | | 2577 | | **GRAND TOTAL** | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_$19_ per _lbs_ .

COD Amount: $ _____
Fee Terms:    Collect: ____    Prepaid: ____
Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____    _Shipper_

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper  By Driver | By Shipper  By Driver/pallets said to contain  X By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.  *Property described above is received in good order, except as noted.* |

MG



200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 12/04/24 |

| INVOICE NO |
|---|
| 900589B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS       OH 43081

**SHIP TO:**

DURANT DC - #0879
2306 ENTERPRISE DR

DURANT       OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095629280 | | 517430 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 528 | | 528 | 94954 | 4A 19OZ WHT SPECKLED BIBLE MUG | 2.25 | 1,188.00 |
| 504 | | 504 | 97609 | 4A 17OZ REACT TOP STRIPES MUGS | 2.25 | 1,134.00 |
| | | | | TOTAL NET AMOUNT...................... | | 2,322.00 |

| PIECES | CASES |
|---|---|
| 1032 | 43 |

| TOTAL | 2,322.00 |
|---|---|

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 10/30/24    CONSOLIDATED STORE    **BILL OF LADING**  1108  1114    Page    1

**SHIP FROM**

Name:
Address:     HOME ESSENTIALS & BEYOND INC
City/State/Zip:  45 LINDEN AVE. E.
SID#:        JERSEY CITY   NJ 07305-                    FOB:

Bill of Lading Number:    **0786460003548371**
354839, 354845
BAR CODE SPACE
354843

**SHIP TO**

Name:     DURANT DC - #0879          Location #:  **879**
Address:     2306 ENTERPRISE DR
City/State/Zip:
CID#:       DURANT    OK 74701          FOB:

CARRIER NAME: BLUE GRACE LOGISTICS CORP
Trailer number:  VB 236
Seal number(s):    0072753

SCAC:      **BGLF**
Pro number:  **3548371**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:     BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip:
Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:   SHIP REQ#

BAR CODE SPACE
Shipment # 852830

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ____    Collect  _X_    3rd Party ____
        (check box)    Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095624861 | 43 | 1120 | Y | (N) | 25 |
| 0095625239 | 31 | 171 | Y | (N) | 25 |
| 0095629280 ✓ | 43 ✓ | 1120 | Y | (N) | 25 |
| 0095629281 | 30 | 166 | Y | (N) | 25 |
| | | | Y | (N) | Packing Slip Attached |
| | | | Y | (N) | |
| **GRAND TOTAL** | 147 | 2577 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 4 | Plts | 147 | CTNS | ~~2577~~ 2737 | | GIFTWARE | 881609 | 85 |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | 147 | | 2577 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs .

**COD Amount:** $ _____
Fee Terms:  Collect: _____  Prepaid: _____
**Customer check acceptable:**

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.   14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts or rules that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                    _____Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG

| Trailer Loaded: | Freight Counted: |
|---|---|
| X By Shipper | By Shipper |
| By Driver | By Driver/pallets said to contain |
| | X By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 12/10/24 |

| INVOICE NO |
|---|
| 903379B |

| SOLD TO: |
|---|
| CONSOLIDATED STORES |
| BIG LOTS/PICNSAVE/ODD LOT |
| 4900E DUBLIN GRANVILLE RD |
| COLUMBUS      OH 43081 |

| SHIP TO: |
|---|
| MONTGOMERY DC - #0870 |
| 2855 SELMA HWY |
| MONTGOMERY      AL 36108 |
| STORE: 870 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095698995 | | 525844 -00 | TRUCK | J8 MEREDITH WELLEN | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 132 | | 132 | R5-70206 | 11.8"H WHT WASH TRTLE ON CORAL | 5.50 | 726.00 |
| | | | | TOTAL NET AMOUNT..................... | | 726.00 |

| PIECES | CASES | | | | TOTAL | 726.00 |
|---|---|---|---|---|---|---|
| 132 | 33 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 11/25/24    CONSOLIDATED STORE    **BILL OF LADING** 1206  1212    Page    1

| SHIP FROM | |
|---|---|
| Name: | |
| Address: | HOME ESSENTIALS & BEYOND INC |
| City/State/Zip: | 200 THEODORE CONRAD DR |
| SID#: | JERSEY CITY NJ 07305-4616 |
| | FOB: |

**SHIP TO**

| | |
|---|---|
| Name: | MONTGOMERY DC - #0870    Location #: **870** |
| Address: | 2855 SELMA HWY |
| City/State/Zip: | |
| CID#: | MONTGOMERY    AL 36108 |
| | FOB: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

| | |
|---|---|
| Name: | |
| Address: | BIG LOTS C/O UNYSON LOG. |
| | 2000 Clearwater Drive |
| City/State/Zip: | Oak Brook, IL 60523 |

SPECIAL INSTRUCTIONS:    SHIP REQ#

Bill of Lading Number:    07864600003561233

BAR CODE SPACE

CARRIER NAME: CH ROBINSON LTL
Trailer number:    533 0098
Seal number(s): 4060580
SCAC:    RBCL
Pro number:    3561240
R# ID #33342248
BAR CODE SPACE
shipment  id # 861833

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect __X__    3rd Party _____

(check box)    Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095698995 | 33 | 218 | Y | (N) | JC |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| GRAND TOTAL | 33 | 218 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PH | 33 | CTNS | ~~218~~ 258 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | | |
| | | 33 | | 218 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$14 per lbs

COD Amount: $ _____
Fee Terms:    Collect: _____    Prepaid: _____
Customer check acceptable: _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG    12-9-24

Trailer Loaded:
X By Shipper
By Driver

Freight Counted:
By Shipper
By Driver/pallets said to contain
X By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted*    12/9/24



**HOME ESSENTIALS AND BEYOND** ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|------|
| 12/10/24 |

| INVOICE NO |
|------------|
| 903380B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**

MONTGOMERY DC - #0870
2855 SELMA HWY

MONTGOMERY        AL 36108
STORE: 870

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|--------|------|------|---------|----------|----------|-------|------|
| CON90220 | 0095698995 | | 525976 -00 | TRUCK | J8 MEREDITH WELLEN | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|-----------|---------|----------|--------|------------------|------------|-------------|
| 32 | 32 | 0 | R5-70206 | 11.8"H WHT WASH TRTLE ON CORAL | 5.50 | |
| 356 | 356 | 0 | R5-73701 | 11.8"L WHITE WASH RESIN TURTLE | 4.50 | |
| 36 | | 36 | 80348 | 7"D GOLD CERAMIC SPHERE | 2.50 | 90.00 |
| 292 | | 292 | 20132 | 10"H AQUA/BRN REACT ELEP FIGUR | 4.25 | 1,241.00 |
| 360 | | 360 | R24-48054 | 7"H CERAMIC DOG | 2.75 | 990.00 |
| 360 | | 360 | R24-48055 | 8.5"H CERAMIC DOG | 3.25 | 1,170.00 |
| 66 | | 66 | R20-48014 | 7"H NAVY CERAMIC MUSHROOM | 2.50 | 165.00 |
| | | | | TOTAL NET AMOUNT...................... | | 3,656.00 |

| PIECES | CASES |
|--------|-------|
| 1114 | 168 |

**TOTAL**  3,656.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 11/25/24   CONSOLIDATED STORE | **BILL OF LADING** 1206 1212 | | Page | 1 |

**SHIP FROM**

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 45 LINDEN AVE. E.
SID#: JERSEY CITY   NJ 07305-
FOB:

Bill of Lading Number: 0786460003561240

BAR CODE SPACE

**SHIP TO**

Name: MONTGOMERY DC - #0870   Location #: **870**
Address: 2855 SELMA HWY
City/State/Zip:
CID#: MONTGOMERY   AL 36108   FOB:

CARRIER NAME: CH ROBINSON LTL
Trailer number: ~~5 50~~ 78
Seal number(s): 4950880
SCAC: RBCL
Pro number: 3561240

PKS ID # 33342248
BAR CODE SPACE
Shipment # 861833

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:   SHIP REQ#

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect **X**   3rd Party _____

(check box)   Master Bill of Lading with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| **0095698995** | 168 | 2082 | Y | (N) | 25 |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | Packing slips Attached. |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 168 | 2082 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 5 | Plts | 168 | CTNS | ~~2082~~ 2,282 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | | |
| | 168 | | | 2082 | | GRAND TOTAL | | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs.

COD Amount: $ _____
Fee Terms:   Collect: ____   Prepaid: ____
Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG   12-9-24

Trailer Loaded:
**X** By Shipper
____ By Driver

Freight Counted:
____ By Shipper
____ By Driver/pallets said to contain
**X** By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order except as noted.

# HOME ESSENTIALS AND BEYOND ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
| --- |
| 12/10/24 |

| INVOICE NO |
| --- |
| 903381B |

**SOLD TO:**
CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS        OH 43081

**SHIP TO:**
DURANT DC - #0879
2306 ENTERPRISE DR

DURANT        OK 74701
STORE: 879

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CON90220 | 0095698997 | | 525846 -00 | TRUCK | J8 MEREDITH WELLEN | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 24 | 24 | 0 | R5-70206 | 11.8"H WHT WASH TRTLE ON CORAL | 5.50 | |
| 48 | 48 | 0 | R5-73701 | 11.8"L WHITE WASH RESIN TURTLE | 4.50 | |
| 48 | | 48 | 80348 | 7"D GOLD CERAMIC SPHERE | 2.50 | 120.00 |
| 144 | | 144 | 20132 | 10"H AQUA/BRN REACT ELEP FIGUR | 4.25 | 612.00 |
| 492 | | 492 | R24-48054 | 7"H CERAMIC DOG | 2.75 | 1,353.00 |
| 496 | | 496 | R24-48055 | 8.5"H CERAMIC DOG | 3.25 | 1,612.00 |
| 96 | | 96 | R20-48014 | 7"H NAVY CERAMIC MUSHROOM | 2.50 | 240.00 |
| | | | | TOTAL NET AMOUNT...................... | | 3,937.00 |

| PIECES | CASES | | | | TOTAL | 3,937.00 |
| --- | --- | --- | --- | --- | --- | --- |
| 1276 | 167 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 11/25/24    CONSOLIDATED STORE    **BILL OF LADING** 1206  1212    Page    1

| **SHIP FROM** | |
|---|---|
| Name: | Bill of Lading Number:    07864600003561271 |
| Address:    HOME ESSENTIALS & BEYOND INC | |
| City/State/Zip:    45 LINDEN AVE. E. | BAR CODE SPACE |
| SID#:    JERSEY CITY    NJ 07305-    FOB: | |

| **SHIP TO** | |
|---|---|
| Name:    DURANT DC - #0879    Location #: **879** | CARRIER NAME:  CH ROBINSON LTL |
| Address:    2306 ENTERPRISE DR | Trailer number:  S3SOO28 |
| City/State/Zip: | Seal number(s): 41450280 |
| CID#:    DURANT    OK 74701    FOB: | SCAC:    RBCL |
| | Pro number:    3561271 |

Rts ID # 33342611

BAR CODE SPACE

| **THIRD PARTY FREIGHT CHARGES BILL TO** | |
|---|---|
| Name: | Shipment # 861854 |
| Address:    BIG LOTS C/O UNYSON LOG.    2000 Clearwater Drive | **Freight Charge Terms:** (freight charges are prepaid unless marked otherwise) |
| City/State/Zip:    Oak Brook, IL 60523 | Prepaid ____    Collect  X    3rd Party ____ |
| SPECIAL INSTRUCTIONS:    SHIP REQ# | (check box)    Master Bill of Lading: with attached underlying Bills of Lading |

| **CUSTOMER ORDER INFORMATION** | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0095698997 | 167 | 2143 | Y  (N) | 25 |
| | | | Y  (N) | |
| | | | Y  (N) | |
| | | | Y  (N) | Packing Slips Attached |
| | | | Y  (N) | |
| | | | Y  (N) | |
| **GRAND TOTAL** | 167 | 2143 | | |

| **CARRIER INFORMATION** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| 5 | Plts | 167 | CTNS | ~~2143~~ 2,343 | | GIFTWARE | 88160 9 | 85 |
| | | 167 | | 2143 | | **GRAND TOTAL** | | |

RECEIVING
STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs

| COD Amount: $ ____ |
|---|
| Fee Terms:    Collect: ____    Prepaid: ____ |
| Customer check acceptable: |

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature ____    Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper    By Driver | By Shipper    By Driver/pallets said to contain    X By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| MG    12-9-24 | | | Property described above is received in good order, except as noted.  1/15/24 |



**HOME ESSENTIALS**
AND BEYOND

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 12/11/24 |

| INVOICE NO |
|---|
| 904178B |

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS        OH 43081 | TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br><br>TREMONT         PA 17981<br>STORE: 874 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095698996 | | 525845 -00 | TRUCK | J8 MEREDITH WELLEN | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 64 | | 64 | R5-70206 | 11.8"H WHT WASH TRTLE ON CORAL | 5.50 | 352.00 |
| | | | | TOTAL NET AMOUNT...................... | | 352.00 |

| PIECES | CASES | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|
| 64 | 16 | | | | | | 352.00 |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

**Date:** 11/25/24  **CONSOLIDATED STORE**  **BILL OF LADING** 1209 1213  **Page** 1

| | |
|---|---|
| **SHIP FROM** | **Bill of Lading Number:** 07864600003561257 |
| Name: | |
| Address: HOME ESSENTIALS & BEYOND INC | |
| City/State/Zip: 200 THEODORE CONRAD DR | BAR CODE SPACE |
| SID#: JERSEY CITY NJ 07305-4616  FOB: | |

**SHIP TO**

Name: TREMONT DC - #0874  Location #: **874**
Address: 50 RAUSCH CREEK RD
City/State/Zip:
CID#: TREMONT  PA 17981  FOB:

**CARRIER NAME:** CH ROBINSON LTL
Trailer number: C54244
Seal number(s): 44450 081

**SCAC:** RBCL
**Pro number:** 3561264

RKS ID # 3334265

BAR CODE SPACE

Shipment # 8617966

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

**SPECIAL INSTRUCTIONS:** SHIP REQ#

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ____  Collect _X_  3rd Party ____

(check box)  **Master Bill of Lading: with attached underlying Bills of Lading**

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095698996 | 16 | 106 | Y | N | JC |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 16 | 106 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 1 | PH | 16 | CTNS | ~~106~~ 14 lb | | GIFTWARE | 88160 9 | 85 |
| | | 16 | | 106 | | **GRAND TOTAL** | | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
419 per lbs

**COD Amount:** $ _____
**Fee Terms:** Collect: ____  Prepaid: ____
**Customer check acceptable:**

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG  12-9-24

**Trailer Loaded:**
X By Shipper
____ By Driver

**Freight Counted:**
____ By Shipper
____ By Driver/pallets said to contain
X By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.



200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|---|
| 12/11/24 |

| INVOICE NO |
|---|
| 904177B |

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS      OH 43081 | TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br><br>TREMONT      PA 17981<br>STORE: 874 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095698996 | | 525977 -00 | TRUCK | J8 MEREDITH WELLEN | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 144 | 144 | 0 | R5-73701 | 11.8"L WHITE WASH RESIN TURTLE | 4.50 | 80.00 |
| 32 | | 32 | 80348 | 7"D GOLD CERAMIC SPHERE | 2.50 | |
| 288 | 8 | 280 | 20132 | 10"H AQUA/BRN REACT ELEP FIGUR | 4.25 | 1,190.00 |
| 336 | | 336 | R24-48054 | 7"H CERAMIC DOG | 2.75 | 924.00 |
| 344 | | 344 | R24-48055 | 8.5"H CERAMIC DOG | 3.25 | 1,118.00 |
| 66 | | 66 | R20-48014 | 7"H NAVY CERAMIC MUSHROOM | 2.50 | 165.00 |
| | | | | TOTAL NET AMOUNT...................... | | 3,477.00 |

| PIECES<br>1058 | CASES<br>160 | | | | TOTAL | 3,477.00 |
|---|---|---|---|---|---|---|

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 11/25/24 | CONSOLIDATED STORE | **BILL OF LADING** 1209  1213 | | Page | 1 |

**SHIP FROM**

Name:

Address: HOME ESSENTIALS & BEYOND INC

City/State/Zip: 45 LINDEN AVE. E.
JERSEY CITY   NJ 07305-

SID#:                                           FOB:

Bill of Lading Number:  **0786460003561264**

BAR CODE SPACE

**SHIP TO**

Name: TREMONT DC - #0874        Location #:  **874**

Address: 50 RAUSCH CREEK RD

City/State/Zip:

CID#: TREMONT     PA 17981        FOB:

CARRIER NAME: CH ROBINSON LTL

Trailer number: C59244

Seal number(s): 41730881

SCAC:  **RBCL**

Pro number: **3561264**

R# ID # 3334265

BAR CODE SPACE

shipment # 861790

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name:

Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive

City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:  SHIP REQ#

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____     Collect ___X___     3rd Party _____

(check box)   **Master Bill of Lading:** with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095698996 | 160 | 1983 | Y | (N) | 25 |
| | | | Y | (N) | |
| | | | Y | (N) | Packing list Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 160 | 1983 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 5 | p/k | 160 | CTNS | ~~1983~~ 2,183 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | 160 | | 1983 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $19 per lbs.

COD Amount: $ _____

Fee Terms:  Collect: _____   Prepaid: _____

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG     12-10-24

**Trailer Loaded:**

X  By Shipper

___  By Driver

**Freight Counted:**

___  By Shipper

___  By Driver/pallets said to contain

X  By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*



**HOME ESSENTIALS AND BEYOND** ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
| --- |
| 12/12/24 |

| INVOICE NO |
| --- |
| 904759B |

**SOLD TO:**

CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS       OH 43081

**SHIP TO:**

TREMONT DC - #0874
50 RAUSCH CREEK RD

TREMONT         PA 17981
STORE: 874

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CON90220 | 0095624860 | | 511780 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- |
| 1776 | | 1776 | 70759 | 4ASST 11OZ BIBLE TEACUP&SAUCER | 2.75 | 4,884.00 |
| 1476 | 148 | 1328 | 70794 | 4ASST 37OZ CHINTZ TEAPOTS | 5.75 | 7,636.00 |
| 1512 | 744 | 768 | 70762 | 4ASST 11OZ CHNTZ TEACUP&SAUCER | 2.90 | 2,227.20 |
| 728 | 16 | 712 | 96638 | 37OZ BLUE LEAF CHINTZ TEAPOT | 5.75 | 4,094.00 |
| 624 | 24 | 600 | 96651 | 11OZ BLU LEAF CHNTZ TCUP/SAUCR | 2.90 | 1,740.00 |
| 1470 | | 1470 | 96641 | 3A 37OZ ROSES SCALLOP TEAPOT | 5.75 | 8,452.50 |
| 1872 | | 1872 | 96654 | 3A 8OZ ROSES CHTZ TEACP/SAUCRS | 2.90 | 5,428.80 |
| 2208 | | 2208 | 96464 | 4A 14.4OZ BLU/WHT MAYFAIR MUGS | 2.25 | 4,968.00 |
| | | | | TOTAL NET AMOUNT...................... | | 39,430.50 |

| PIECES | CASES | | | | TOTAL | 39,430.50 |
| --- | --- | --- | --- | --- | --- | --- |
| 10734 | 1056 | | | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

| Date: 12/05/24  CONSOLIDATED STORE | **BILL OF LADING** 1118  1122 | **Page** 1 |
|---|---|---|

**SHIP FROM**

Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 200 THEODORE CONRAD DR
SID#: JERSEY CITY NJ 07305-4616              FOB:

| Bill of Lading Number: | 07864600003551616 |
|---|---|

BAR CODE SPACE

**SHIP TO**

Name: TREMONT DC - #0874          Location #: **874**
Address: 50 RAUSCH CREEK RD
City/State/Zip:
CID#: TREMONT      PA 17981            FOB:

CARRIER NAME: JB HUNT
Trailer number: 48562
Seal number(s): 0073556
SCAC: **HJCS**
Pro number: 3551616

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:   SHIP REQ#

BAR CODE SPACE

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect **X**   3rd Party _____
(check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| **0095624860** | 1089 | 13355 | Y | (N) | JC |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | Packing list Attached. |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 1089 | 13355 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 2H | plts | 1089 | CTNS | 13355  14,315 | | GIFTWARE | 88160 9 | 85 |
| | | | | | | | | |
| | | | | | | | | |
| | | 1089 | | 13355 | | **GRAND TOTAL** | | |

RECEIVING STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lbs

| COD Amount: $ | |
|---|---|
| Fee Terms:  Collect: | Prepaid: |
| Customer check acceptable: | |

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____   Shipper

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG

| Trailer Loaded: | Freight Counted: |
|---|---|
| X By Shipper | By Shipper |
| By Driver | By Driver/pallets said to contain |
| | X By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

12/12/24

# HOME ESSENTIALS AND BEYOND

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600    Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

**DATE**
12/18/24

**INVOICE NO**
906794B

| SOLD TO: | SHIP TO: |
|---|---|
| CONSOLIDATED STORES<br>BIG LOTS/PICNSAVE/ODD LOT<br>4900E DUBLIN GRANVILLE RD<br>COLUMBUS        OH 43081 | MONTGOMERY DC - #0870<br>2855 SELMA HWY<br><br>MONTGOMERY        AL 36108<br>STORE: 870 |

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|
| CON90220 | 0095701252 | | 534925 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|---|---|---|---|---|---|---|
| 288 | | 288 | 95330 | 4A 8"L BLU/WT PRINT RECT TRAYS | 1.80 | 518.40 |
| 292 | | 292 | 93747 | 4A 8"D FISH BLUE WHITE BOWL | 3.50 | 1,022.00 |
| 288 | | 288 | 6391 | ARIA 16OZ CLEAR S/4 HIBALLS | 4.90 | 1,411.20 |
| 96 | 96 | 0 | 3317 | HE S/4 ORIGAMI DOF 13OZ | 2.50 | |
| | | | | TOTAL NET AMOUNT...................... | | 2,951.60 |

| PIECES<br>868 | CASES<br>133 | | | | **TOTAL** | **2,951.60** |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 12/04/24   CONSOLIDATED STORE   **BILL OF LADING** 1220  1226   | Page   1

| SHIP FROM | Bill of Lading Number: 0786460003563336 |
|---|---|
| Name: HOME ESSENTIALS & BEYOND INC | |
| Address: 45 LINDEN AVE. E. | BAR CODE SPACE |
| City/State/Zip: JERSEY CITY   NJ 07305- | |
| SID#:                              FOB: | |

| SHIP TO | CARRIER NAME: CH ROBINSON TRUCKING |
|---|---|
| Name: MONTGOMERY DC - #0870   Location #: **870** | Trailer number: 412255 |
| Address: 2855 SELMA HWY | Seal number(s): 0073567 |
| City/State/Zip: | SCAC: **RBTW** |
| CID#: MONTGOMERY   AL 36108      FOB: | Pro number: 3563336 |
| | Rts # 33498564 |

THIRD PARTY FREIGHT CHARGES BILL TO:

Name:   BIG LOTS C/O UNYSON LOG.
Address: 2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

BAR CODE SPACE

Shipment # 86554

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid ___   Collect _X_   3rd Party ___
*(check box)*   Master Bill of Lading; with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:   SHIP REQ#

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095701252 | 133 | 2003 | Y | (N) | 25 |
| | | | Y | (N) | |
| | | | Y | (N) | Packing Slips Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| GRAND TOTAL | 133 | 2003 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| 2 | PLTS | 133 | CTNS | 2003  2183 | | GIFTWARE | 881609 | 85 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | 133 | | 2003 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$ 14 per lbs

| COD Amount: $ |
|---|
| Fee Terms:   Collect:   Prepaid: |
| Customer check acceptable: |

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | X By Shipper  By Driver | By Shipper  By Driver/pallets said to contain  X By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |
| MG | | | |



**HOME ESSENTIALS AND BEYOND** ®

200 Theodore Conrad Drive, Jersey City, NJ 07305
Tel: 732-590-3600   Fax: 732-590-3665
Website: www.HomeEssentials.com
DUNS # 82-475-2596

| DATE |
|------|
| 12/18/24 |

| INVOICE NO |
|------------|
| 906793B |

**SOLD TO:**
CONSOLIDATED STORES
BIG LOTS/PICNSAVE/ODD LOT
4900E DUBLIN GRANVILLE RD
COLUMBUS      OH 43081

**SHIP TO:**
MONTGOMERY DC - #0870
2855 SELMA HWY

MONTGOMERY      AL 36108
STORE: 870

| ACCT # | PO # | DEPT | ORDER # | SHIP VIA | SALESMAN | TERMS | PAGE |
|--------|------|------|---------|----------|----------|-------|------|
| CON90220 | 0095701252 | | 526166 -00 | TRUCK | M6 CHRISTINE AGATE | NET 15 DAYS | 1 |

| Qty. Ord. | Qty B/O | Qty Ship | Item # | Item Description | Item Price | Total Price |
|-----------|---------|----------|--------|------------------|------------|-------------|
| 192 | | 192 | 1777 | HE 55OZ BOROSILICATE PITCHER | 4.00 | 768.00 |
| 192 | | 192 | 8011 | ORIGAMI S/10 HB | 6.00 | 1,152.00 |
| 192 | | 192 | 511 | HE ECLIPSE 17 OZ HB S/10 | 6.00 | 1,152.00 |
| 290 | | 290 | 163 | MODERN LIV ECLIPSE 16PC SET | 8.20 | 2,378.00 |
| 194 | | 194 | 148 | MODERN LIV SOLAR 16PC SET | 8.40 | 1,629.60 |
| 258 | | 258 | 1447 | GLOBAL MARKET 18PC ECLIPSE SET | 8.20 | 2,115.60 |
| 192 | | 192 | 3318 | HE S/4 ORIGAMI HIBALL 17O | 3.00 | 576.00 |
| 72 | 72 | 0 | 3317 | HE S/4 ORIGAMI DOF 13OZ | 2.50 | |
| 192 | | 192 | 877 | BASIC S/4 6OZ MARTINI GLASS | 4.50 | 864.00 |
| 192 | | 192 | 878 | BASIC S/4 10.25OZ MARGARITA GL | 4.50 | 864.00 |
| 192 | | 192 | 6839 | ESSENTIALS S/4 15.20OZ WINE ST | 4.50 | 864.00 |
| 192 | | 192 | 881 | BASIC S/4 16.25OZ WINE GLASS | 4.50 | 864.00 |
| 192 | | 192 | 484 | BASIC S/6 3.25OZ SHOT GLASS | 2.25 | 432.00 |
| | | | | TOTAL NET AMOUNT...................... | | 13,659.20 |

| PIECES | CASES | | TOTAL | 13,659.20 |
|--------|-------|---|-------|-----------|
| 2470 | 691 | | | |

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION
AND VALID RETURN AUTHORIZATION NUMBER.
UNAUTHORIZED RETURNS WILL BE REFUSED.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIVING
MERCHANDISE.

**PAYMENTS MUST BE IN U.S. FUNDS**

**ORIGINAL INVOICE**

Date: 12/04/24    CONSOLIDATED STORE    **BILL OF LADING** 1220 1226    Page 1

**SHIP FROM**
Name:
Address: HOME ESSENTIALS & BEYOND INC
City/State/Zip: 200 THEODORE CONRAD DR
SID#: JERSEY CITY NJ 07305-4616    FOB:

Bill of Lading Number: 0786460003563329

BAR CODE SPACE

**SHIP TO**
Name: MONTGOMERY DC - #0870    Location #: **870**
Address: 2855 SELMA HWY
City/State/Zip:
CID#: MONTGOMERY    AL 36108    FOB:

CARRIER NAME: CH ROBINSON TRUCKING
Trailer number: 412255
Seal number(s): 0073567
SCAC: **RBTW**
Pro number: 3563329

Pks # 33493564

BAR CODE SPACE

Shipment # 865514

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address: BIG LOTS C/O UNYSON LOG.
2000 Clearwater Drive
City/State/Zip: Oak Brook, IL 60523

SPECIAL INSTRUCTIONS:    SHIP REQ#

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _____    Collect **X**    3rd Party _____
(check box)    Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095701252 | 691 | 17772 | Y | (N) | JC |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | Packing slip Attached |
| | | | Y | (N) | |
| | | | Y | (N) | |
| | | | Y | (N) | |
| **GRAND TOTAL** | 691 | 17772 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 21 | Plts | 691 | CTNS | 17772 18,802 | | GIFTWARE | 881609 | 85 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | 691 | | | 17772 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$19 per lb

COD Amount: $
Fee Terms:    Collect:    Prepaid:
Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

MG

Trailer Loaded:    Freight Counted:
X By Shipper    By Shipper
By Driver    By Driver/pallets said to contain
X By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

12-18-24