IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____x
In re:

BIG LOTS, INC., et al.

Debtors.
_____x

Chapter 11

Case No. 24-11967 (JKS)
(Jointly Administered)

**ORDER GRANTING MOTION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
HOME ESSENTIALS AND BEYOND, INC.**

Upon consideration of the motion (the " Motion") filed by Home Essentials and Beyond, Inc. ("HEB") for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The administrative expense claims of HEB in the amount of $183,589.90 against the Debtors[1] is approved under 11 U.S.C. § 503(b).

2. The Debtors are directed to pay HEB's allowed administrative expense claim in the amount of $183,589.90 within seven (7) days of the entry of this Order.

3. Nothing in this Order shall prejudice the rights of HEB to seek and obtain additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4. This Court shall retain jurisdiction with respect to all matters arising from or

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, " Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

related to the implementation, interpretation, or enforcement of this Order.

_____
United States Bankruptcy Court Judge