## CERTIFICATE OF SERVICE

I, Avrom R. Vann, Esquire, hereby certify that on January 14, 2025, I caused to be served the foregoing, Motion of Home Essentials and Beyond Inc. for Allowance and Compelling Immediate Payment of Administrative Expense Claim via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.

Dated: January 14, 2025

_____
Avrom R. Vann, Esquire

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr., Esq.  Andrew R. Remming, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com aremming@morrisnichols.com tmann@morrisnichols.com srchurchill@morrisnichols.com csawyer@morrisnichols.com

COLE SCHOTZ P.C.
Justin R. Alberto, Esq.  Stacy L. Newman, Esq.  Jack M. Dougherty, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com snewman@coleschotz.com jdougherty@coleschotz.com

MCDERMOTT WILL & EMERY LLP
Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com kgoing@mwe.com salutkus@mwe.com nrowles@mwe.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick, Esq.  Adam L. Shpeen, Esq.  Stephen D. Piraino, Esq.
Ethan Stern, Esq.
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com ethan.stern@davispolk.com

COLE SCHOTZ P.C.
Sarah A. Carnes, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Email: scarnes@coleschotz.com

Linda J. Casey, Esq.
The United States Trustee for the District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov