# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>February 5, 2025 at 4:00 p.m. (ET)<br><br>**Hearing Date**:<br>February 26, 2025 at 10:30 a.m. (ET) |

## NOTICE OF FILING OF FEE STATEMENT AND INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that, contemporaneously herewith, Davis Polk & Wardwell LLP filed the attached *Combined Fourth Monthly Fee Application (for the Period December 1, 2024 through December 31, 2024) and First Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period September*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

9, 2024 through and Including December 31, 2024 (the "Combined Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] (the "Interim Compensation Procedures Order") and served no later than **February 5, 2025 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") upon on the following parties (the "Fee Notice Parties"): (i) the Debtors, c/o Big Lots, Inc., 4900 E, Dublin-Granville Road, Columbus, OH 43081 (Attn: Ronald A. Robins, rrobins@biglots.com); (ii) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., and Ethan Stern, Esq., notice.biglots@davispolk.com, and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com); (iii) counsel to the ABL Agent, Choate Hall, & Stewart, LLP, 2 International Place, Boston, MA 02110, Attn: John Ventola (jventola@choate.com), Jonathan Marshall (jmarshall@choate.com) and Jacob Lang (jslang@choate.com); (iv) counsel to the Term Agent, Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon (csimon@otterbourg.com), James V. Drew (jdrew@otterbourg.com), and Sarah L. Hautzinger (shautzinger@otterbourg.com); (v) counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017 (Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin Going, Esq.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Combined Application.

(kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy Newman, Esq. (snewman@coleschotz.com); and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Linda Casey, linda.casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Application (the "Hearing") before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #6, Wilmington, Delaware 19801, will take place on **February 26, 2025 at 10:30 a.m. (prevailing Eastern Time)**. Notice of the Hearing date will be provided in a further notice. If the Hearing is to be held by Zoom videoconference, instructions to appear by Zoom will be provided in the agenda filed prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Fee Statement, if an objection to the Fee Statement is served prior to the Objection Deadline, the Debtors shall be authorized by the Interim Compensation Procedures Order to pay the Retained Professional 80% of the fees and 100% of the expenses requested in the Fee Statement not subject to such objection without the need for further order of the Court. After receipt of the objection, the Retained Professional shall have the option to (a) file a response to the objection with a request for payment of the disputed amount with the Court, or (b) forgo payment of the disputed amount until the next interim fee application hearing, at which time the parties may request that the Court consider the objection.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Fee Statement are served prior to the Objection Deadline, the Professional may file a certificate of no objection with

the Court, after which the Debtors shall be authorized by the Interim Compensation Procedures Order to pay the Professional an amount equal to 80% of the fees and 100% of the expenses requested in the Fee Statement without the need for further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Combined Application without further notice or Hearing.

*[Remainder of page intentionally left blank]*

Dated: January 15, 2025

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Sophie Rogers Churchill*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        -*and*-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Jonah A. Peppiatt (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        jonah.peppiatt@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*