## EXHIBIT B

**MONTHLY EXPENSE SUMMARY**

**BIG LOTS, INC., *et al.***
**(Case No. 24-11967 (JKS))**

**December 1, 2024 through December 31, 2024**

| Expense Category | Total Expenses |
|---|---:|
| Computer Research | $6,236.07 |
| Litigation Support | $2,048.50 |
| Meals | $650.66 |
| Outside Documents & Research | $14.25 |
| Postage, Courier & Freight | $20.16 |
| Travel | $5,112.81 |
| Word Processing & Secretarial | $1,093.50 |
| **Grand Total Expenses** | **$15,175.95** |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 12/03/24 | Meals | Luo, Lara, 8:25 PM, OT Meal from Mikado Sushi | $33.04 |
| 12/04/24 | Meals | Goldberger, Jacob, 5:12 PM, OT Meal from Jus By Julie | $40.12 |
| 12/05/24 | Meals | Goldberger, Jacob, 5:56 PM, OT Meal from Eden Wok | $40.64 |
| 12/10/24 | Meals | Stern, Ethan, 7:31 PM, OT Meal from Mendy's | $38.49 |
| 12/11/24 | Meals | Stern, Ethan, 6:55 PM, OT Meal from Eden Wok | $39.27 |
| 12/11/24 | Meals | Winiarski, Kevin, 6:36 PM, OT Meal from Taco Haus | $35.66 |
| 12/12/24 | Meals | Goldberger, Jacob, 5:46 PM, OT Meal from Eden Wok | $40.31 |
| 12/12/24 | Meals | Piraino, Stephen D., 7:28 PM, OT Meal from Davis Polk Cafeteria | $24.45 |
| 12/16/24 | Meals | Shpeen, Adam L., 7:25 PM, OT Meal from Davis Polk Cafeteria | $16.29 |
| 12/16/24 | Meals | Piraino, Stephen D., 7:37 PM, OT Meal from Davis Polk Cafeteria | $24.34 |
| 12/16/24 | Meals | Goldberger, Jacob, 7:00 PM, OT Meal from Mendy's NYC | $40.48 |
| 12/17/24 | Meals | Cahill, Vincent, 7:10 PM, OT Meal from TAP NYC 100% Gluten-Free Sandwiches & Acai Bowl | $24.22 |
| 12/17/24 | Meals | Piraino, Stephen D., 7:10 PM, OT Meal from Davis Polk Cafeteria | $26.82 |
| 12/18/24 | Meals | Goldberger, Jacob, Travel Meal from Jus By Julie-NYC | $40.12 |
| 12/18/24 | Meals | Shpeen, Adam L., 5:54 PM, OT Meal from Davis Polk Cafeteria | $13.37 |
| 12/18/24 | Meals | Piraino, Stephen D., 6:24 PM, OT Meal from Davis Polk Cafeteria | $21.70 |
| 12/18/24 | Meals | Goldberger, Jacob, 5:30 PM, OT Meal from Eden Wok | $40.64 |
| 12/19/24 | Meals | Resnick, Brian M., Travel Mean from Hotel Du Pont | $33.98 |
| 12/19/24 | Meals | Goldberger, Jacob, Travel Meal from Sheraton Suites Wilmington Coffee Bar | $10.75 |
| 12/19/24 | Meals | Goldberger, Jacob, Travel Meal from Market Street | $10.00 |
| 12/19/24 | Meals | Goldberger, Jacob, Travel Meal from Faber Store | $7.14 |
| 12/29/24 | Meals | Stern, Ethan, Travel Meal from Hudson News | $9.90 |
| 12/30/24 | Meals | Shpeen, Adam L., Travel Meal from Le Calalier | $38.93 |

| **DISBURSEMENT DETAIL** | | | |
| Date | Expense Type | Description | Amount |
|---|---|---|---|
| 12/05/24 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For SAMANTHA STROMAN | $13.02 |
| 12/05/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For SAMANTHA STROMAN | $0.31 |
| 12/09/24 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For SAMANTHA STROMAN | $0.61 |
| 12/09/24 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For SAMANTHA STROMAN | $0.31 |
| 12/24/24 | Postage, courier & freight | Mailing of letters from Debtors | $20.16 |
| 12/18/24 | Travel | Goldberger, Jacob, Sheraton Suites Wilmington Downtown | $174.90 |
| 12/18/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $171.60 |
| 12/18/24 | Travel | Resnick, Brian M., Hotel Du Pont | $394.90 |
| 12/18/24 | Travel | Winiarski, Kevin L., Hotel Dupont | $394.90 |
| 12/18/24 | Travel | Goldberger, Jacob, Uber from Wilmington Train Station to Sheraton Suites Hotel | $16.35 |
| 12/18/24 | Travel | Winiarski, Kevin L., Amtrak train from New York, NY to Wilmington, DE | $207.00 |
| 12/18/24 | Travel | Payee: Goldberger, Jacob, Roundtrip Amtrak from New York, NY to and from Wilmington, DE | $462.00 |
| 12/18/24 | Travel | Goldberger, Jacob, Roundtrip Amtrak from New York, NY to and from Wilmington DE | $202.00 |
| 12/19/24 | Travel | Shpeen, Adam L., Amtrak train from Wilmington, DE to New York, NY | $288.00 |
| 12/19/24 | Travel | Winiarski, Kevin L., Amtrak train from Wilmington, DE to New York, NY | $288.00 |
| 12/19/24 | Travel | Cahill, Vincent, Amtrak train from New York, NY to Wilmington, DE | $183.00 |
| 12/19/24 | Travel | Cahill, Vincent, Amtrak train from Wilmington, DE to Baltimore, MD (home) | $141.00 |
| 12/19/24 | Travel | Resnick, Brian M., Amtrak train from Wilmington, DE to New York, NY | $212.00 |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 12/19/24 | Travel | Resnick, Brian M., Uber from Penn Station to home | $72.42 |
| 12/19/24 | Travel | Cahill, Vincent, Uber from home to Penn Station | $52.92 |
| 12/19/24 | Travel | Cahill, Vincent, Uber from Morris Nichols offices to Wilmington train station | $17.89 |
| 12/19/24 | Travel | Shpeen, Adam L., Uber from Morris Nichols offices to Wilmington train station | $16.30 |
| 12/27/24 | Travel | Stern, Ethan, Amtrak train from Newark, NJ to Wilmington, DE | $376.00 |
| 12/29/24 | Travel | Shpeen, Adam L., Travel Wifi on American Airlines | $22.00 |
| 12/29/24 | Travel | Stern, Ethan, Sheraton Suites Wilmington Downtown | $171.90 |
| 12/29/24 | Travel | Shpeen, Adam L., Taxi from Philadelphia Airport to Wilmington | $70.32 |
| 12/29/24 | Travel | Stern, Ethan, Lyft from home to Newark, NJ train station | $45.79 |
| 12/30/24 | Travel | Stern, Ethan, Sheraton Suites Wilmington Downtown | $192.50 |
| 12/30/24 | Travel | Shpeen, Adam L., Amtrak from Wilmington, DE to New York, NY | $256.00 |
| 12/30/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $163.90 |
| 12/30/24 | Travel | Stern, Ethan, Lyft from Morris Nichols offices to Sheraton Suites Wilmington Downtown | $11.26 |
| 12/30/24 | Travel | Stern, Ethan, Lyft from Sheraton Suites Wilmington Downtown to Morris Nichols offices | $20.85 |
| 12/31/24 | Travel | Stern, Ethan, Lyft from Newark, NJ train station to home | $49.79 |
| 12/31/24 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown | $160.60 |
| 12/31/24 | Travel | Shpeen, Adam L., Amtrak from Wilmington, DE to New York, NY | $256.00 |
| 12/31/24 | Travel | Piraino, Stephen D., Uber from Morris Nichols offices to Wilmington train station | $20.72 |
| | | Document Process / Admin Asst. | $1,093.50 |
| | | Lexis | $4,785.61 |
| | | Westlaw | $1,450.46 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| | | Lit Doc Mgt-Data Storage | $2,048.50 |
| **TOTAL** | | | **$15,175.95** |