## EXHIBIT C

## INTERIM APPLICATION SUMMARY

| Interim Application Summary | |
|---|---|
| Name of Applicant | Davis Polk & Wardwell LLP |
| Name of Client | The Debtors |
| Time period covered by Interim Application | September 9, 2024 through December 31, 2024 |
| Total compensation sought during Application Period | $10,142,257.50 |
| Total expenses sought during Application Period | $71,286.92 |
| Petition Date | September 9, 2024 |
| Retention Date | October 21, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 21, 2024 |
| Total allowed compensation paid to date | $5,692,700.00 |
| Total allowed expenses paid to date | $55,862.20 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Blended rate in the Interim Application for all partners | $2,363.69 |
| Blended rate in the Interim Application for all attorneys | $1,574.65 |
| Blended rate in the Interim Application for all timekeepers | $1,449.04 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $5,692,700.00 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed. | $55,862.20 |
| Number of professionals included in Interim Application | 81 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client. | N/A |

| | |
|---|---|
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 40 |
| Are any rates higher than those approved or disclosed at retention? | No. |