IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**ORDER GRANTING THRASIO LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "Motion") filed by Thrasio, LLC ("Thrasio") for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Thrasio is allowed an administrative expense claim against the Debtors in the amount of $3,791,521.86.

2. The Debtors are directed to pay the allowed administrative expense claim of Thrasio, LLC in the total amount of $3,791,521.86 within seven (7) days of the entry of this Order.

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

3. Nothing in this Order shall prejudice the rights of Thrasio to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.