**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: January 29, 2025 at 4:00 p.m.**<br>**Hearing Date: February 26, 2025 at 10:30 a.m.** |

**NOTICE OF THRASIO, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 9, 2025, Thrasio, LLC filed *Thrasio, LLC's Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the Court on or before **January 29, 2025, at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 26, 2025, at 10:30 a.m. ET** before The Honorable J. Kate Stickles. in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, courtroom 6, Wilmington, Delaware 19801, if an objection is filed.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 15, 2025
New York, NY

        **JOYCE, LLC**

        */s/ Michael J. Joyce*
        Michael J. Joyce (No. 4563)
        1225 King Street
        Suite 800
        Wilmington, DE 19801
        Telephone: (302)-388-1944
        Email: mjoyce@mjlawoffices.com
        www.joycellc.com

        *Counsel to Thrasio, LLC*