**CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on January 15, 2025, I caused to be served the foregoing, *Thrasio, LLC's Motion for Allowance and Payment of Administrative Expense Claim* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.
Dated: January 15, 2025

                                                                 *Michael J. Joyce*
                                                                 Michael J. Joyce

:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Robert J. Dehney, Sr., Esq. | Brian M. Resnick, Esq. |
| Andrew R. Remming, Esq. | Adam L. Shpeen , Esq. |
| Tamara K. Mann, Esq. | Stephen D. Piraino, Esq. |
| Sophie Rogers Churchill, Esq. | Ethan Stern, Esq. |
| Casey B. Sawyer, Esq. | 450 Lexington Avenue |
| 1201 N. Market Street, 16th Floor | New York, NY 10017 |
| Wilmington, DE 19801 | brian.resnick@davispolk.com |
| rdehney@morrisnichols.com | adam.shpeen@davispolk.com |
| aremming@morrisnichols.com | stephen.piraino@davispolk.com |
| tmann@morrisnichols.com | ethan.stern@davispolk.com |
| srchurchill@morrisnichols.com | |
| csawyer@morrisnichols.com | |
| | |
| COLE SCHOTZ P.C. | COLE SCHOTZ P.C. |
| Justin R. Alberto, Esq. | Sarah A. Carnes, Esq. |
| Stacy L. Newman, Esq. | 1325 Avenue of the Americas, 19th Floor |
| Jack M. Dougherty, Esq. | New York, NY 10019 |
| 500 Delaware Avenue, Suite 1410 | Email: scarnes@coleschotz.com |
| Wilmington, DE 19801 | |
| Email: jalberto@coleschotz.com | |
| snewman@coleschotz.com | |
| jdougherty@coleschotz.com | |
| MCDERMOTT WILL & EMERY LLP | Linda J. Casey, Esq. |
| Darren Azman, Esq. | The United States Trustee for the District of Delaware |
| Kristin K. Going, Esq. | 844 King Street, Suite 2207, Lockbox 35 |
| Stacy Lutkus, Esq. | Wilmington, Delaware 19801 |
| Natalie Rowles, Esq. | Linda.Casey@usdoj.gov |
| One Vanderbilt Avenue | |
| New York, NY 10017 | |
| Email: dazman@mwe.com | |
| kgoing@mwe.com | |
| salutkus@mwe.com | |
| nrowles@mwe.com | |