**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: February 26, 2025 at 10:30 a.m.**<br>**Objection Deadline: January 29, 2025 at 4:00 p.m.** |

**NOTICE OF MOTION OF UNCAS INTERNATIONAL LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that on January 15, 2025, Uncas International LLC ("Uncas") filed the *Motion of Uncas International LLC for Allowance and Payment of Administrative Expense Claims* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on February 26, 2025 at 10:30 a.m. (Eastern Time), before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by the undersigned counsel for Uncas, on or before January 29, 2025 2025 at 4:00 p.m. (Eastern Time). **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE**.

Dated: January 15, 2025

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

---

[1] The debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

(302) 777-4200 (Telephone)
csimon@crosslaw.com
kmann@crosslaw.com

- and -

**NIXON PEABODY LLP**
Christopher M. Desiderio, Esq.
55 West 46th Street
New York, New York 10036
Telephone: (212) 940-3000
cdesiderio@nixonpeabody.com

*Counsel to Uncas International LLC*

2

4936-6172-6477.2