**CERTIFICATE OF SERVICE**

    I, Kevin S. Mann, hereby certify that on January 15, 2025, a true and correct copy of the foregoing *Motion of Uncas International LLC for Allowance and Payment of Administrative Expense Claims* was served upon all interested parties by CM/ECF and the parties listed on the attached service list by electronic mail.

                                                              */s/ Kevin S. Mann*
                                                              Kevin S. Mann (No. 4576)

**SERVICE LIST**

Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

John F. Ventola, Esq.
Jonathan D. Marshall, Esq.
Jacob S. Lang, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
knight@rlf.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

Regina Stango Kelbon, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800,
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

Chad B. Simon, Esq.
James V. Drew, Esq.
Sarah L. Hautzinger, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
CSimon@otterbourg.com
JDrew@otterbourg.com
shautzinger@otterbourg.com

Darren Azman, Esq.
Kristin G. Going, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

2

| | |
|---|---|
| Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com | Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com |