# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al.,*[1] | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Document No. 1640** |
| | ) | |
| | ) | **Obj. Deadline: January 29, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: February 26, 2025 at 10:30 a.m.** |

## RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on January 8, 2025, Clover Cortez LLC filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") [DI 1640] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, located at 824 North Market Street, Wilmington, Delaware 19081 and served so as to actually be received by the undersigned attorneys for Clover Cortez LLC on or before **January 29, 2025 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable J. Kate Stickles at the Bankruptcy Court, 5th Floor, Courtroom 6, on **February 26, 2025 at 10:30 a.m.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 15, 2025
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

 /s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
Email:  whazeltine@sha-llc.com

and

Luis Martinez-Monfort, Esq.
Martinez-Monfort P.A.
4427 W Kennedy Blvd., Suite 250
Tampa FL  33609
Tel:  813-940-8383
Email:  luis@martinezmonfort.com

*Counsel for Clover Cortez LLC*

**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 15th day of January 2025, a copy of the foregoing *Re-Notice of Hearing* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |

*U.S. Trustee:*

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

*Counsel to the Committee:*

| | |
|---|---|
| Darren Azman, Esq. | Justin R. Alberto, Esq. |
| Kristin G. Going, Esq. | Stacy L. Newman, Esq. |
| McDermott Will & Emery LLP | Cole Schotz P.C. |
| One Vanderbilt Avenue | 500 Delaware Avenue, Suite 1410 |
| New York, NY 10017 | Wilmington, DE 19801 |
| dazman@mwe.com | jalberto@coleschotz.com |
| kgoing@mwe.com | snewman@coleschotz.com |

| | |
|---|---|
| <u>January 15, 2025</u> | */s/ William A. Hazeltine* |
| Date | William A. Hazeltine |