# EXHIBIT A

# Accounts Receivable Aging Report

**1/10/2025 12:51:24 PM**

| Site: | MQG | Midwest Quality Glove Site | | | | |
|---|---|---|---|---|---|---|
| Customer | Name | City | Province/State | | | |
| | Contact | Phone | Terms | Type | Credit Limit | Currency |
| C005735 | BIG LOTS STORES, LLC DIP#24-11967 | COLUMBUS | OH | | | |
| | | | 1% 30 DAYS | PICK | .00 *CREDIT HOLD* | USD |

| T | S | Invoice | Chk/Ref | Apply To Invoice | Invoice Date | Due/Payment | Original | Not Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | 351235 | 0 | | 12/5/2024 | 1/5/2025 | $18960.00 | | | 18,960.00 | | |
| I | | 351236 | 0 | | 12/5/2024 | 1/5/2025 | $26716.20 | | | 26,716.20 | | |
| I | | 351237 | 0 | | 12/5/2024 | 1/5/2025 | $24976.20 | | | 24,976.20 | | |
| I | | 351238 | 0 | | 12/5/2024 | 1/5/2025 | $1901.40 | | | 1,901.40 | | |
| I | | 351239 | 0 | | 12/5/2024 | 1/5/2025 | $9756.00 | | | 9,756.00 | | |
| I | | 351240 | 0 | | 12/5/2024 | 1/5/2025 | $10155.00 | | | 10,155.00 | | |
| I | | 351241 | 0 | | 12/5/2024 | 1/5/2025 | $2756.40 | | | 2,756.40 | | |
| I | | 351262 | 0 | | 12/6/2024 | 1/6/2025 | $32598.00 | | | 32,598.00 | | |

| | Original | Not Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|
| **Customer Total** | 127,819.20 | .00 | .00 | 127,819.20 | .00 | .00 |

| | Original | Not Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|
| **Grand Total** | 127,819.20 | .00 | .00 | 127,819.20 | .00 | .00 |

**MIDWEST Gloves & Gear**

Invoice Number: 351235
Page: 1 of 2
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343939 | 95604017 | ARRIVE LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | DCW410K-K-BG-120<br>DC WONDER WOMAN - TROWEL | 810779318 | 1,920.000 | 1,920.000 | 0.000 | 1.00000 | 1,920.00 |
| 2 | SFB300K-K-BG-144<br>BATMAN BUCKET HAT | 810779342 | 864.000 | 864.000 | 0.000 | 3.25000 | 2,808.00 |
| 3 | SFB100TK0-T-BG-72<br>BATMAN GRIPPER | 810779310 | 144.000 | 144.000 | 0.000 | 0.50000 | 72.00 |
| 4 | WA9300KB-K-BG-144<br>KIDS BLUE BUCKET HAT | 810779305 | 288.000 | 288.000 | 0.000 | 1.75000 | 504.00 |
| 5 | SFB420KM2-K-BG-24<br>BATMAN WATERING CAN | 810779307 | 1,632.000 | 1,632.000 | 0.000 | 5.00000 | 8,160.00 |
| 6 | DCW420KM2-K-BG-36<br>WONDER WOMAN WATERING CAN | 810779315 | 144.000 | 144.000 | 0.000 | 4.00000 | 576.00 |
| 7 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 1,740.000 | 1,740.000 | 0.000 | 2.00000 | 3,480.00 |
| 8 | SFB410KM2-K-BG-120<br>SUPER FRIENDS BATMAN - TROWEL | 810779308 | 720.000 | 720.000 | 0.000 | 1.00000 | 720.00 |
| 9 | SFB411KM2-K-BG-120<br>SUPER FRIENDS BATMAN - CULTIVATOR | 810779341 | 720.000 | 720.000 | 0.000 | 1.00000 | 720.00 |

Mailed

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 18,960.00 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION

**MIDWEST Gloves & Gear**

Invoice Number: 351235
Page: 2 of 2
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343939 | 95604017 | ARRIVE LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 18,960.00 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION



C5735-870

**PO #** **95604017**

Date Created 09/10/2024
Version: 5
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 11/29/2024
Cancel if not Shipped by: 12/05/2024
Must be Routed by: 11/25/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________

Signee's Name ____________

Title ____________

Date ____________

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 8,172 | 40,425.96 | 18,960.00 | 53.099 |

OFFICE-COPY

RE343939



OFFICE-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 1,920 | 1.00 | 1,920.00 | 12/02/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 16 | 0.07 | 5,740.80 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 1 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 864 | 3.25 | 2,808.00 | 12/02/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 6 | 0.21 | 6,039.36 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 5 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 72 | | 144 | 0.50 | 72.00 | 12/02/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 2 | 0.03 | 285.12 | |
| 21019005 | NA | | | | | | | 1.98 | 74.747 | 4.88 |
| 6 | 072264061004 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 288 | 1.75 | 504.00 | 12/02/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 2 | 0.11 | 1,146.24 | |
| 21019001 | NA | | | | | | | 3.98 | 56.030 | 9.00 |
| 7 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 1,632 | 5.00 | 8,160.00 | 12/02/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 68 | 0.33 | 14,671.68 | |
| 21026009 | NA | | | | | | | 8.99 | 44.383 | 14.99 |
| 12 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 211 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 36 | | 144 | 4.00 | 576.00 | 12/02/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 1 | | 4 | 0.26 | 1,294.56 | |
| 21026009 | NA | | | | | | | 8.99 | 55.506 | 14.99 |
| 18 | 072264704208 | | GRM | 1.061 | XX | | | | | |



OFFICE-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 1,740 | 2.00 | 3,480.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 290 | 0.13 | 6,942.60 | |
| 21009005 | NA | | | | | | | 3.99 | 49.875 | 6.99 |
| 22 | 072264671609 | | GRM | | XX | | | | | |
| 211 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/02/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 6 | 0.07 | 2,152.80 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 23 | 072264410093 | | GRM | | XX | | | | | |
| 211 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/02/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 6 | 0.07 | 2,152.80 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 24 | 072264411045 | | GRM | | XX | | | | | |

**PO #** **95604017**

Date Created 09/10/2024
Version: 3
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/27/2024
Cancel if not Shipped by: 01/02/2025
Must be Routed by: 12/23/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature

Signee's Name

Title

Date

| Units | Vendor Cost |
| --- | --- |
| 26,598 | 74,130.60 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 1,920 | 1.00 | 1,920.00 | 12/30/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 16 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 1 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 210 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 2,520 | 1.30 | 3,276.00 | 12/30/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 12 | | 35 | | | |
| 21019005 | NA | | 003 | | | | | | | |
| 2 | 072264660474 | | GRM | | XX | | | | | |
| 210 | 810779344 | 2A GIRLS PAW PATROL | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/30/2024 |
| 21019 | PWG300K | GRDNACCESS | | | 12 | | 2 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 3 | 072264033001 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779343 | 4A KIDS PAW PATROL | 0.00 | CN | 144 | | 432 | 3.25 | 1,404.00 | 12/30/2024 |
| 21019 | PW300K | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 4 | 072264023002 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 864 | 3.25 | 2,808.00 | 12/30/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 6 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 5 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 6 | | 138 | 0.50 | 69.00 | 12/30/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 23 | | | |
| 21019005 | NA | | | | | | | | | 4.88 |
| 6 | 072264061004 | | GRM | 0.137 | XX | | | | | |



VENDOR-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 288 | 1.75 | 504.00 | 12/30/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 2 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 7 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 144 | | 432 | 3.25 | 1,404.00 | 12/30/2024 |
| 21019 | PP300K | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 8 | 072264530029 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779319 | PJ MASK BUCKET HAT | 0.00 | CN | 144 | | 432 | 3.25 | 1,404.00 | 12/30/2024 |
| 21019 | PJ300K | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 9 | 072264730016 | | GRM | 0.201 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 2,592 | 2.30 | 5,961.60 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 18 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 10 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 2,592 | 2.30 | 5,961.60 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 18 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 11 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 1,632 | 5.00 | 8,160.00 | 12/30/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 68 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 12 | 072264420238 | | GRM | 1.994 | XX | | | | | |



VENDOR-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779304 | PAW GIRLS WATERING | 0.00 | CN | 36 | | 216 | 6.00 | 1,296.00 | 12/30/2024 |
| 21026 | PWG420KM2 | WATERCANS | | | 1 | | 6 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 13 | 072264644207 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779303 | PAW PATROL WATERING | 0.00 | CN | 36 | | 720 | 5.00 | 3,600.00 | 12/30/2024 |
| 21026 | PW420KL1 | WATERCANS | | | 1 | | 20 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 14 | 072264242021 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | 36 | | 792 | 5.95 | 4,712.40 | 12/30/2024 |
| 21026 | PW420K | WATERCANS | | | 1 | | 22 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 15 | 072264624216 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 1,980 | 5.75 | 11,385.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 55 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 16 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | 36 | | 1,476 | 5.75 | 8,487.00 | 12/30/2024 |
| 21026 | PJ420K | WATERCANS | | | 1 | | 41 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 17 | 072264742019 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 36 | | 144 | 4.00 | 576.00 | 12/30/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 1 | | 4 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 18 | 072264704208 | | GRM | 1.061 | XX | | | | | |



VENDOR-COPY

PO#: 95604017

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | 120 | | 2,040 | 1.35 | 2,754.00 | 12/30/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | 17 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 19 | 072264741111 | | GRM | | XX | | | | | |
| 210 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | 120 | | 1,080 | 1.35 | 1,458.00 | 12/30/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 20 | 072264541018 | | GRM | | XX | | | | | |
| 210 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | 120 | | 840 | 1.35 | 1,134.00 | 12/30/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | 7 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 21 | 072264541117 | | GRM | | XX | | | | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 1,740 | 2.00 | 3,480.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 290 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 22 | 072264671609 | | GRM | | XX | | | | | |
| 210 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/30/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 23 | 072264410093 | | GRM | | XX | | | | | |
| 210 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/30/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 24 | 072264411045 | | GRM | | XX | | | | | |

# Order Verification Report

11/26/2024 7:20:37AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 870

MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343939 | 95604017 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 1920 | EA | DCW410K-K-BG-120<br>072264704109 | 810779318 | 1.00000 | 1,920.00 |
| 2 | 12/2/2024 | 864 | EA | SFB300K-K-BG-144<br>072264300738 | 810779342 | 3.25000 | 2,808.00 |
| 3 | 12/2/2024 | 144 | PA | SFB100TK0-T-BG-72<br>072264061004 | 810779310 | 0.50000 | 72.00 |
| 4 | 12/2/2024 | 288 | EA | WA9300KB-K-BG-144<br>072264593000 | 810779305 | 1.75000 | 504.00 |
| 5 | 12/2/2024 | 1632 | EA | SFB420KM2-K-BG-24<br>072264420238 | 810779307 | 5.00000 | 8,160.00 |
| 6 | 12/2/2024 | 144 | EA | DCW420KM2-K-BG-36<br>072264704208 | 810779315 | 4.00000 | 576.00 |
| 7 | 12/2/2024 | 1740 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 3,480.00 |
| 8 | 12/2/2024 | 720 | EA | SFB410KM2-K-BG-120<br>072264410093 | 810779308 | 1.00000 | 720.00 |
| 9 | 12/2/2024 | 720 | EA | SFB411KM2-K-BG-120<br>072264411045 | 810779341 | 1.00000 | 720.00 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

8172

| | |
|---|---|
| Sales Amount: | 18,960.00 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 18,960.00 |

Ok
JL

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41399

Order: RE00343939

Must Ship Complete

| | |
|---|---|
| Pulled By | |
| Checked By | |
| Shipped By | Km |
| Prop65 Checked By | |

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

Arvy Arrive Logistics

Shipment # 860434

SHIP TO

MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

492 ctns
4042 lbs
11 pallets

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343939 | 95604017 | TRK | P17 | 11/26/2024 | 12/2/2024 | 469.333 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/0 | | DCW410K-K-BG-120 | EA | 1,920 | 1,920 | 08-00-00A | 24MW | No | | 16 |
| | | DC WONDER WOMAN - TROWEL | | | | | | | | |
| 1/0 | | SFB16K-K-BG-6 | EA | 306 | 2,046 | 08-00-00A | 24MW | No | | 341 |
| | | SFB BATMAN - GROW KIT | | | | | | | | |
| 2/0 | | PJ410K-K-BG-120 | EA | 1,560 | 1,560 | 08-00-00A | 24MW | No | | 13 |
| | | PJ MASK TROWEL | | | | | | | | |
| 2/0 | | SFB300K-K-BG-144 | EA | 864 | 864 | 08-00-00A | 24MW | No | | 6 |
| | | BATMAN BUCKET HAT | | | | | | | | |
| 3/0 | | SFB100TK0-T-BG-72 | PA | 144 | 144 | 08-00-00A | 24MW | No | | 2 |
| | | BATMAN GRIPPER | | | | | | | | |
| 3/0 | | PW102T-T-BG-144 | PR | 720 | 720 | 08-00-00A | 24MW | No | | 5 |
| | | PAW BOY JERSEY | | | | | | | | |

# Sales Order Pick List

## MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41399

Order: RE00343939

Must Ship Complete

Pulled By

Checked By

Shipped By

Prop65 Checked By

BILL TO
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343939 | 95604017 | TRK | P17 | 11/26/2024 | 12/2/2024 | 469.333 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/0 | | PWG102T-T-BG-144 | PR | 720 | 720 | 08-00-00A | 24MW | No | | 5 |
| | | PAW GIRL JERSEY | | | | | | | | |
| 4/0 | | WA9300KB-K-BG-144 | EA | 288 | 288 | 08-00-00A | 24MW | No | | 2 |
| | | KIDS BLUE BUCKET HAT | | | | | | | | |
| 5/0 | | SFB420KM2-K-BG-24 | EA | 1,632 | 1,632 | 08-00-00A | 24MW | No | | 45.333 |
| | | BATMAN WATERING CAN | | | | | | | | |
| 5/0 | | PP420K-K-BG-36 | EA | 648 | 648 | 08-00-00A | 24MW | No | | 18 |
| | | PEPPA PIG WATERING CAN | | | | | | | | |
| 6/0 | | DCW420KM2-K-BG-36 | EA | 144 | 144 | 08-00-00A | 24MW | No | | 4 |
| | | WONDER WOMAN WATERING CAN | | | | | | | | |
| 8/0 | | SFB410KM2-K-BG-120 | EA | 720 | 720 | 08-00-00A | 24MW | No | | 6 |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41399

Order: RE00343939

Must Ship Complete

Pulled By

Checked By

Shipped By

Prop65 Checked By

BILL TO
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343939 | 95604017 | TRK | P17 | 11/26/2024 | 12/2/2024 | 469.333 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SUPER FRIENDS BATMAN - TROWEL | | | | | | | | |
| 9/0 | | SFB411KM2-K-BG-120 | EA | 720 | 720 | 08-00-00A | 24MW | No | | 6 |
| | | SUPER FRIENDS BATMAN - CULTIVATOR | | | | | | | | |

Order Notes :

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024 : SHIP NOTES

41399 midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36961

**SHIP TO**

MONTGOMERY DC - #0870
2855 SELMA HWY, CSC DISTRIBUTION LLC,
MONTGOMERY, AL 36108
US

Carrier Name: ARVY ARRIVE LOGISTICS
Trailer Number: 513035
Seal Number(s): 2117361

SCAC: ARVY
Pro Number:

**THIRD PARTY FREIGHT CHARGE BILL TO:**

CHR LTL
14800 CHARLSON RD
SUITE 2100
EDEN PRAIRIE, MN 55347

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604017- RTS# 33293239 PO#95604788 RTS# 33292868 Pallets: 11 Cartons: 492 Load ID: 860434
Weight: 4042 Lbs.
VENDOR'S ID # 5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343939 | | 4042 | | 95604017 |
| RE00343951 | | | | |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION<br>Commoditeis requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360 | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 11 | PLT | 4042 | | MITTENS AND GLOVES | 49910 | 175 |

**CARRIER CLOSED**

**CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET**

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ________ per ________"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are availible to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
________ Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

KMill 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

*Property described above is received in good order, except as noted*

**MIDWEST Gloves & Gear**

Invoice Number: 351236
Page: 1 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343941 | 95604019 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | PW300K-K-BG-144<br>PAW PATROL BOYS BUCKET HAT | 810779343 | 144.000 | 144.000 | 0.000 | 3.25000 | 468.00 |
| 2 | SFB300K-K-BG-144<br>BATMAN BUCKET HAT | 810779342 | 288.000 | 288.000 | 0.000 | 3.25000 | 936.00 |
| 3 | SFB100TK0-T-BG-72<br>BATMAN GRIPPER | 810779310 | 144.000 | 144.000 | 0.000 | 0.50000 | 72.00 |
| 4 | WA9300KB-K-BG-144<br>KIDS BLUE BUCKET HAT | 810779305 | 144.000 | 144.000 | 0.000 | 1.75000 | 252.00 |
| 5 | PP300K-K-BG-144<br>PEPPA PIG BUCKET HAT | 810779312 | 144.000 | 144.000 | 0.000 | 3.25000 | 468.00 |
| 6 | PJ300K-K-BG-144<br>PJ MASK BUCKET HAT | 810779319 | 288.000 | 288.000 | 0.000 | 3.25000 | 936.00 |
| 7 | PW102T-T-BG-144<br>PAW BOY JERSEY | 810684776 | 864.000 | 864.000 | 0.000 | 2.30000 | 1,987.20 |
| 8 | PWG102T-T-BG-144<br>PAW GIRL JERSEY | 810684633 | 864.000 | 864.000 | 0.000 | 2.30000 | 1,987.20 |
| 9 | SFB420KM2-K-BG-24<br>BATMAN WATERING CAN | 810779307 | 552.000 | 552.000 | 0.000 | 5.00000 | 2,760.00 |
| 10 | PW420KL1-K-BG-36<br>PAW PATROL BOYS BUCKET HAT | 810779303 | 252.000 | 252.000 | 0.000 | 5.00000 | 1,260.00 |

Mailed

**MIDWEST Gloves & Gear**

Invoice Number: 351236
Page: 2 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343941 | 95604019 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 11 | PP420K-K-BG-36<br>PEPPA PIG WATERING CAN | 810779316 | 648.000 | 648.000 | 0.000 | 5.75000 | 3,726.00 |
| 12 | PJ420K-K-BG-36<br>PJ MASK WATERING CAN | 810779317 | 468.000 | 468.000 | 0.000 | 5.75000 | 2,691.00 |
| 13 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 582.000 | 582.000 | 0.000 | 2.00000 | 1,164.00 |
| 14 | DCW16K-K-BG-6<br>DCW WONDERWOMAN - GROW KIT | 810779323 | 432.000 | 432.000 | 0.000 | 2.00000 | 864.00 |
| 15 | DC16K-K-BG-6<br>DC GIRLS - GROW KIT | 810779324 | 150.000 | 150.000 | 0.000 | 2.00000 | 300.00 |
| 16 | SFB411KM2-K-BG-120<br>SUPER FRIENDS BATMAN - CULTIVATOR | 810779341 | 240.000 | 240.000 | 0.000 | 1.00000 | 240.00 |
| 17 | SFB410KM2-K-BG-120<br>SUPER FRIENDS BATMAN - TROWEL | 810779308 | 240.000 | 240.000 | 0.000 | 1.00000 | 240.00 |
| 18 | PP411K-K-BG-120<br>PEPPA PIG CULTIVATOR | 810779313 | 240.000 | 240.000 | 0.000 | 1.35000 | 324.00 |
| 19 | PP410K-K-BG-120<br>PEPPA PIG TROWEL | 810779314 | 360.000 | 360.000 | 0.000 | 1.35000 | 486.00 |
| 20 | PJ411K-K-BG-120<br>PJ MASK CULTIVATOR | 810779322 | 600.000 | 600.000 | 0.000 | 1.35000 | 810.00 |



Invoice Number: 351236
Page: 3 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343941 | 95604019 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 21 | DCW411K-K-BG-120 | 810779320 | 720.000 | 720.000 | 0.000 | 1.00000 | 720.00 |
| | DC WONDER WOMAN - CULTIVATOR | | | | | | |
| 22 | DCW410K-K-BG-120 | 810779318 | 720.000 | 720.000 | 0.000 | 1.00000 | 720.00 |
| | DC WONDER WOMAN - TROWEL | | | | | | |
| 23 | LO66GR-Y-BG-72 | 810683448 | 864.000 | 864.000 | 0.000 | 1.30000 | 1,123.20 |
| | YOUTH LATEX DIPPED GARDEN GLOVES | | | | | | |
| 24 | PWG300K-K-BG-144 | 810779344 | 144.000 | 144.000 | 0.000 | 3.25000 | 468.00 |
| | PAW PATROL GIRLS BUCKET HAT | | | | | | |
| 25 | PW420K-K-BG-36 | 810779302 | 288.000 | 288.000 | 0.000 | 5.95000 | 1,713.60 |
| | PAW PATROL WATERING CAN | | | | | | |

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 26,716.20 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION



C5735-879

**PO #** **95604019**

Date Created 09/10/2024
Version: 6
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 11/29/2024
Cancel if not Shipped by: 12/05/2024
Must be Routed by: 11/25/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature __________

Signee's Name __________

Title __________

Date __________

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 10,380 | 56,317.32 | 26,716.20 | 52.561 |

OFFICE-COPY

RE343941



OFFICE-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779343 | 4A KIDS PAW PATROL | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/02/2024 |
| 21019 | PW300K | GRDNACCESS | | | 12 | | 1 | 0.21 | 1,006.56 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 1 | 072264023002 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/02/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 2 | 0.21 | 2,013.12 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 2 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 72 | | 144 | 0.50 | 72.00 | 12/02/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 2 | 0.03 | 285.12 | |
| 21019005 | NA | | | | | | | 1.98 | 74.747 | 4.88 |
| 3 | 072264061004 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 144 | 1.75 | 252.00 | 12/02/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 1 | 0.11 | 573.12 | |
| 21019001 | NA | | | | | | | 3.98 | 56.030 | 9.00 |
| 4 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/02/2024 |
| 21019 | PP300K | GRDNACCESS | | | 12 | | 1 | 0.21 | 1,006.56 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 5 | 072264530029 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779319 | PJ MASK BUCKET HAT | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/02/2024 |
| 21019 | PJ300K | GRDNACCESS | | | 12 | | 2 | 0.21 | 2,013.12 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 6 | 072264730016 | | GRM | 0.201 | XX | | | | | |



OFFICE-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | 0.15 | 4,311.36 | |
| 21019005 | NA | | 003 | | | | | 4.99 | 53.908 | 8.79 |
| 7 | 072264621208 | | GRM | | XX | | | | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | 0.15 | 4,311.36 | |
| 21019005 | NA | | 003 | | | | | 4.99 | 53.908 | 8.79 |
| 8 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 552 | 5.00 | 2,760.00 | 12/02/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 23 | 0.33 | 4,962.48 | |
| 21026009 | NA | | | | | | | 8.99 | 44.383 | 14.99 |
| 9 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 211 | 810779303 | PAW PATROL WATERING | 0.00 | CN | 36 | | 252 | 5.00 | 1,260.00 | 12/02/2024 |
| 21026 | PW420KL1 | WATERCANS | | | 1 | | 7 | 0.33 | 2,517.48 | |
| 21026009 | NA | | | | | | | 9.99 | 49.950 | 14.99 |
| 10 | 072264242021 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 648 | 5.75 | 3,726.00 | 12/02/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 18 | 0.37 | 6,473.52 | |
| 21026009 | NA | | | | | | | 9.99 | 42.442 | 14.99 |
| 11 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | 36 | | 468 | 5.75 | 2,691.00 | 12/02/2024 |
| 21026 | PJ420K | WATERCANS | | | 1 | | 13 | 0.37 | 4,675.32 | |
| 21026009 | NA | | | | | | | 9.99 | 42.442 | 14.99 |
| 12 | 072264742019 | | GRM | 1.061 | XX | | | | | |



OFFICE-COPY

PO#: 95604019

| Dept / Class / Merch. Cat / Line Item# | Article / MFG# / Brand / UPC | Article Description / Merch Cat Descrption / Merchandise. Type / Expiration Date | Size / / Release Week / Goods Class | Country of Origin / Dangerous Goods / CS Weight / CS Cube | Master / Inner / / Ticket Type | / Package Art / / | Total Units / # of Cartons / / EAS Tag | Cost / Additionals / Retail / PDQ Pkg | Ext. Cost / Ext. Retail / IMU / | Delivery Date / Promo Event / Compare TO / |
|---|---|---|---|---|---|---|---|---|---|---|
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 582 | 2.00 | 1,164.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 97 | 0.13 | 2,322.18 | |
| 21009005 | NA | | | | | | | 3.99 | 49.875 | 6.99 |
| 13 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779323 | 2A WONDER WOMAN GR | 0.00 | CN | 6 | | 432 | 2.00 | 864.00 | 12/02/2024 |
| 21009 | DCW16K | GARDENKITS | | | 6 | | 72 | 0.13 | 1,723.68 | |
| 21009005 | NA | | | | | | | 3.99 | 49.875 | 6.99 |
| 14 | 072264661600 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779324 | WONDER WOMAN/ SUPE | 0.00 | CN | 6 | | 150 | 2.00 | 300.00 | 12/02/2024 |
| 21009 | DC16K | GARDENKITS | | | 6 | | 25 | 0.13 | 598.50 | |
| 21009005 | NA | | | | | | | 3.99 | 49.875 | 6.99 |
| 15 | 072264160110 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/02/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 2 | 0.07 | 717.60 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 16 | 072264411045 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/02/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 2 | 0.07 | 717.60 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 17 | 072264410093 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | 120 | | 240 | 1.35 | 324.00 | 12/02/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | 2 | 0.09 | 717.60 | |
| 21017004 | NA | | | | | | | 2.99 | 54.849 | 4.98 |
| 18 | 072264541117 | | GRM | 0.137 | XX | | | | | |



OFFICE-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | 120 | | 360 | 1.35 | 486.00 | 12/02/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | 3 | 0.09 | 1,076.40 | |
| 21017004 | NA | | | | | | | 2.99 | 54.849 | 4.98 |
| 19 | 072264541018 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | 120 | | 600 | 1.35 | 810.00 | 12/02/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | 5 | 0.09 | 1,794.00 | |
| 21017004 | NA | | | | | | | 2.99 | 54.849 | 4.98 |
| 20 | 072264741111 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779320 | 2A WONDER WOMAN CU | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/02/2024 |
| 21017 | DCW411K | TOOL SETS | | | 6 | | 6 | 0.07 | 2,152.80 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 22 | 072264704116 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/02/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 6 | 0.07 | 2,152.80 | |
| 21017004 | NA | | | | | | | 2.99 | 66.555 | 4.98 |
| 23 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 211 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 864 | 1.30 | 1,123.20 | 12/02/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 6 | | 12 | 0.08 | 4,311.36 | |
| 21019005 | NA | | 003 | | | | | 4.99 | 73.948 | |
| 24 | 072264660474 | | GRM | | XX | | | | | |
| 211 | 810779344 | 2A GIRLS PAW PATROL | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/02/2024 |
| 21019 | PWG300K | GRDNACCESS | | | 12 | | 1 | 0.21 | 1,006.56 | |
| 21019001 | NA | | | | | | | 6.99 | 53.505 | 9.00 |
| 25 | 072264033001 | | GRM | 0.201 | XX | | | | | |



OFFICE-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 211 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | 36 | | 288 | 5.95 | 1,713.60 | 12/02/2024 |
| 21026 | PW420K | WATERCANS | | | 1 | | 8 | 0.39 | 2,877.12 | |
| 21026009 | NA | | | | | | | 9.99 | 40.440 | 14.99 |
| 26 | 072264624216 | | GRM | | XX | | | | | |


**PO # 95604019**

| | |
|---|---|
| Date Created | 09/10/2024 |
| Version: | 4 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 12/27/2024 |
| Cancel if not Shipped by: | 01/02/2025 |
| Must be Routed by: | 12/23/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 10,326 | 26,689.20 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779343 | 4A KIDS PAW PATROL | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/30/2024 |
| 21019 | PW300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 1 | 072264023002 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/30/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 2 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 2 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 6 | | 90 | 0.50 | 45.00 | 12/30/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 15 | | | |
| 21019005 | NA | | | | | | | | | 4.88 |
| 3 | 072264061004 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 144 | 1.75 | 252.00 | 12/30/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 4 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/30/2024 |
| 21019 | PP300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 5 | 072264530029 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779319 | PJ MASK BUCKET HAT | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/30/2024 |
| 21019 | PJ300K | GRDNACCESS | | | 12 | | 2 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 6 | 072264730016 | | GRM | 0.201 | XX | | | | | |



VENDOR-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 7 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 8 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 552 | 5.00 | 2,760.00 | 12/30/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 23 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 210 | 810779303 | PAW PATROL WATERING | 0.00 | CN | 36 | | 252 | 5.00 | 1,260.00 | 12/30/2024 |
| 21026 | PW420KL1 | WATERCANS | | | 1 | | 7 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 10 | 072264242021 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 648 | 5.75 | 3,726.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 18 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 11 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | 36 | | 468 | 5.75 | 2,691.00 | 12/30/2024 |
| 21026 | PJ420K | WATERCANS | | | 1 | | 13 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 12 | 072264742019 | | GRM | 1.061 | XX | | | | | |



VENDOR-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 582 | 2.00 | 1,164.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 97 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 13 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779323 | 2A WONDER WOMAN GR | 0.00 | CN | 6 | | 432 | 2.00 | 864.00 | 12/30/2024 |
| 21009 | DCW16K | GARDENKITS | | | 6 | | 72 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 14 | 072264661600 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779324 | WONDER WOMAN/ SUPE | 0.00 | CN | 6 | | 150 | 2.00 | 300.00 | 12/30/2024 |
| 21009 | DC16K | GARDENKITS | | | 6 | | 25 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 15 | 072264160110 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/30/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 16 | 072264411045 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/30/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 17 | 072264410093 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | 120 | | 240 | 1.35 | 324.00 | 12/30/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 18 | 072264541117 | | GRM | 0.137 | XX | | | | | |



VENDOR-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | 120 | | 360 | 1.35 | 486.00 | 12/30/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | 3 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 19 | 072264541018 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | 120 | | 600 | 1.35 | 810.00 | 12/30/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | 5 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 20 | 072264741111 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779320 | 2A WONDER WOMAN CU | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/30/2024 |
| 21017 | DCW411K | TOOL SETS | | | 6 | | 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 22 | 072264704116 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/30/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 23 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 210 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 864 | 1.30 | 1,123.20 | 12/30/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 12 | | 12 | | | |
| 21019005 | NA | | 003 | | | | | | | |
| 24 | 072264660474 | | GRM | | XX | | | | | |
| 210 | 810779344 | 2A GIRLS PAW PATROL | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/30/2024 |
| 21019 | PWG300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 25 | 072264033001 | | GRM | 0.201 | XX | | | | | |



VENDOR-COPY

PO#: 95604019

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | 36 | | 288 | 5.95 | 1,713.60 | 12/30/2024 |
| 21026 | PW420K | WATERCANS | | | 1 | | 8 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 26 | 072264624216 | | GRM | | XX | | | | | |

# Order Verification Report

11/26/2024 8:19:22AM

Bill To: C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

Ship To: 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

Cust Currency: USD

Cancel Date: 12/5/2024 12

Approval Code:

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343941 | 95604019 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 144 | EA | PW300K-K-BG-144 | 810779343 | 3.25000 | 468.00 |
| | | | | | 072264023002 | | |
| 2 | 12/2/2024 | 288 | EA | SFB300K-K-BG-144 | 810779342 | 3.25000 | 936.00 |
| | | | | | 072264300738 | | |
| 3 | 12/2/2024 | 144 | PA | SFB100TK0-T-BG-72 | 810779310 | 0.50000 | 72.00 |
| | | | | | 072264061004 | | |
| 4 | 12/2/2024 | 144 | EA | WA9300KB-K-BG-144 | 810779305 | 1.75000 | 252.00 |
| | | | | | 072264593000 | | |
| 5 | 12/2/2024 | 144 | EA | PP300K-K-BG-144 | 810779312 | 3.25000 | 468.00 |
| | | | | | 072264530029 | | |
| 6 | 12/2/2024 | 288 | EA | PJ300K-K-BG-144 | 810779319 | 3.25000 | 936.00 |
| | | | | | 072264730016 | | |
| 7 | 12/2/2024 | 864 | PR | PW102T-T-BG-144 | 810684776 | 2.30000 | 1,987.20 |
| | | | | | 072264621208 | | |
| 8 | 12/2/2024 | 864 | PR | PWG102T-T-BG-144 | 810684633 | 2.30000 | 1,987.20 |
| | | | | | 072264641022 | | |
| 9 | 12/2/2024 | 552 | EA | SFB420KM2-K-BG-24 | 810779307 | 5.00000 | 2,760.00 |
| | | | | | 072264420238 | | |
| 10 | 12/2/2024 | 252 | EA | PW420KL1-K-BG-36 | 810779303 | 5.00000 | 1,260.00 |
| | | | | | 072264242021 | | |
| 11 | 12/2/2024 | 648 | EA | PP420K-K-BG-36 | 810779316 | 5.75000 | 3,726.00 |
| | | | | | 072264542015 | | |
| 12 | 12/2/2024 | 468 | EA | PJ420K-K-BG-36 | 810779317 | 5.75000 | 2,691.00 |
| | | | | | 072264742019 | | |
| 13 | 12/2/2024 | 582 | EA | SFB16K-K-BG-6 | 810779309 | 2.00000 | 1,164.00 |
| | | | | | 072264671609 | | |
| 14 | 12/2/2024 | 432 | EA | DCW16K-K-BG-6 | 810779323 | 2.00000 | 864.00 |
| | | | | | 072264661600 | | |

# Order Verification Report

11/26/2024 8:19:22AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

**Cust Currency:** USD  **Cancel Date:** 12/5/2024 12  **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343941 | 95604019 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 15 | 12/2/2024 | 150 | EA | DC16K-K-BG-6<br>072264160110 | 810779324 | 2.00000 | 300.00 |
| 16 | 12/2/2024 | 240 | EA | SFB411KM2-K-BG-120<br>072264411045 | 810779341 | 1.00000 | 240.00 |
| 17 | 12/2/2024 | 240 | EA | SFB410KM2-K-BG-120<br>072264410093 | 810779308 | 1.00000 | 240.00 |
| 18 | 12/2/2024 | 240 | EA | PP411K-K-BG-120<br>072264541117 | 810779313 | 1.35000 | 324.00 |
| 19 | 12/2/2024 | 360 | EA | PP410K-K-BG-120<br>072264541018 | 810779314 | 1.35000 | 486.00 |
| 20 | 12/2/2024 | 600 | EA | PJ411K-K-BG-120<br>072264741111 | 810779322 | 1.35000 | 810.00 |
| 21 | 12/2/2024 | 720 | EA | DCW411K-K-BG-120<br>072264704116 | 810779320 | 1.00000 | 720.00 |
| 22 | 12/2/2024 | 720 | EA | DCW410K-K-BG-120<br>072264704109 | 810779318 | 1.00000 | 720.00 |
| 23 | 12/2/2024 | 864 | EA | LO66GR-Y-BG-72<br>072264660474 | 810683448 | 1.30000 | 1,123.20 |
| 24 | 12/2/2024 | 144 | EA | PWG300K-K-BG-144<br>072264033001 | 810779344 | 3.25000 | 468.00 |
| 25 | 12/2/2024 | 288 | EA | PW420K-K-BG-36<br>072264624216 | 810779302 | 5.95000 | 1,713.60 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

# Order Verification Report

11/26/2024 8:19:22AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343941 | 95604019 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|

10380

| | |
|---|---|
| Sales Amount: | 26,716.20 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 26,716.20 |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41395

Order: RE00343941

Must Ship Complete

Pulled By

Checked By

Shipped By Km

Prop65 Checked By

BILL TO
BIG LOTS STORES, LLC DIP#24-11967 Ruan Brokerage
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

Shipment #860442

SHIP TO
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

602 ctns
4732 lbs
16 pallets

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/0 | | PW300K-K-BG-144<br>PAW PATROL BOYS BUCKET HAT | EA | 144 | 144 | 08-00-00A | 24MW | No | | 1 |
| 1/0 | | DCW410K-K-BG-120<br>DC WONDER WOMAN - TROWEL | EA | 720 | 1,440 | 08-00-00A | 24MW | No | | 12 |
| 1/0 | | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | EA | 102 | 1,368 | 08-00-00A | 24MW | No | | 228 |
| 2/0 | | PJ410K-K-BG-120<br>PJ MASK TROWEL | EA | 480 | 480 | 08-00-00A | 24MW | No | | 4 |
| 2/0 | | PW102T-T-BG-144<br>PAW BOY JERSEY | PR | 144 | 2,016 | 08-00-00A | 24MW | No | | 14 |
| 2/0 | | LO66GR-Y-BG-72<br>YOUTH LATEX DIPPED GARDEN GLOVES | EA | 864 | 1,728 | 08-00-00A | 24MW | No | | 24 |

# Sales Order Pick List

## MID WEST QUALITY GLOVE, INC

Pick Date 12/4/2024

**Order: RE00343941**

Pick List Id 41395

**Must Ship Complete**

| | |
|---|---|
| Pulled By | |
| Checked By | |
| Shipped By | |
| Prop65 Checked By | |

BILL TO
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/0 | | SFB300K-K-BG-144 | EA | 288 | 576 | 08-00-00A | 24MW | No | | 4 |
| | | BATMAN BUCKET HAT | | | | | | | | |
| 3/0 | | SFB100TK0-T-BG-72 | PA | 144 | 144 | 08-00-00A | 24MW | No | | 2 |
| | | BATMAN GRIPPER | | | | | | | | |
| 3/0 | | PWG102 Γ-T-BG-144 | PR | 144 | 2,016 | 08-00-00A | 24MW | No | | 14 |
| | | ~~PAW GIRL JERSEY~~ | | | | | | | | |
| 4/0 | | PP420K-K-BG-36 | EA | 180 | 1,692 | 08-00-00A | 24MW | No | | 47 |
| | | PEPPA PIG WATERING CAN | | | | | | | | |
| 4/0 | | WA9300KB-K-BG-144 | EA | 144 | 288 | 08-00-00A | 24MW | No | | 2 |
| | | KIDS BLUE BUCKET HAT | | | | | | | | |
| 5/0 | | PP300K-K-BG-144 | EA | 144 | 288 | 08-00-00A | 24MW | No | | 2 |
| | | PEPPA PIG BUCKET HAT | | | | | | | | |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41395

Order: RE00343941

Must Ship Complete

Pulled By

Checked By

Shipped By

Prop65 Checked By

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/0 | | PJ300K-K-BG-144<br>PJ MASK BUCKET HAT | EA | 288 | 288 | 08-00-00A | 24MW | No | | 2 |
| 8/0 | | SFB420KM2-K-BG-24<br>BATMAN WATERING CAN | EA | 552 | 1,104 | 08-00-00A | 24MW | No | | 30.667 |
| 9/0 | | PWG420KM2-K-BG-36<br>PAW PATROL GIRLS - WATERING CAN | EA | 180 | 180 | 08-00-00A | 24MW | No | | 5 |
| 10/0 | | PW420K-K-BG-36<br>PAW PATROL WATERING CAN | EA | 288 | 576 | 08-00-00A | 24MW | No | | 16 |
| 10/0 | | PW420KL1-K-BG-36<br>PAW PATROL BOYS BUCKET HAT | EA | 252 | 504 | 08-00-00A | 24MW | No | | 14 |
| 12/0 | | PJ420K-K-BG-36<br>PJ MASK WATERING CAN | EA | 468 | 936 | 08-00-00A | 24MW | No | | 26 |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Pick List Id 41395

Order: RE00343941

Must Ship Complete

Pulled By

Checked By

Shipped By

Prop65 Checked By

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 13/0 | | DCW420KM2-K-BG-36 | EA | 252 | 252 | 08-00-00A | 24MW | No | | 7 |
| | | WONDER WOMAN WATERING CAN | | | | | | | | |
| 14/0 | | PJ411K-K-BG-120 | EA | 600 | 1,200 | 08-00-00A | 24MW | No | | 10 |
| | | PJ MASK CULTIVATOR | | | | | | | | |
| 14/0 | | DCW16K-K-BG-6 | EA | 432 | 432 | 08-00-00A | 24MW | No | | 72 |
| | | DCW WONDERWOMAN - GROW KIT | | | | | | | | |
| 15/0 | | DC16K-K-BG-6 | EA | 150 | 150 | 08-00-00A | 24MW | No | | 25 |
| | | DC GIRLS - GROW KIT | | | | | | | | |
| 15/0 | | PP410K-K-BG-120 | EA | 360 | 720 | 08-00-00A | 24MW | No | | 6 |
| | | PEPPA PIG TROWEL | | | | | | | | |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

Pick Date 12/4/2024

Pick List Id 41395

Order: RE00343941

Must Ship Complete

| | |
|---|---|
| Pulled By | |
| Checked By | |
| Shipped By | |
| Prop65 Checked By | |

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 16/0 | | PP411K-K-BG-120 | EA | 240 | 480 | 08-00-00A | 24MW | No | | 4 |
| | | PEPPA PIG CULTIVATOR | | | | | | | | |
| 16/0 | | SFB411KM2-K-BG-120 | EA | 240 | 480 | 08-00-00A | 24MW | No | | 4 |
| | | SUPER FRIENDS BATMAN - CULTIVATOR | | | | | | | | |
| 17/0 | | SFB410KM2-K-BG-120 | EA | 240 | 480 | 08-00-00A | 24MW | No | | 4 |
| | | SUPER FRIENDS BATMAN - TROWEL | | | | | | | | |
| 21/0 | | DCW411K-K-BG-120 | EA | 720 | 720 | 08-00-00A | 24MW | No | | 6 |
| | | DC WONDER WOMAN - CULTIVATOR | | | | | | | | |
| 24/0 | | PWG300K-K-BG-144 | EA | 144 | 144 | 08-00-00A | 24MW | No | | 1 |

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/4/2024

Order: RE00343941

Pick List Id 41395

Must Ship Complete

Pulled By

Checked By

Shipped By

Prop65 Checked By

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343941 | 95604019 | TRK | P17 | 11/26/2024 | 12/2/2024 | 586.667 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PAW PATROL GIRLS BUCKET HAT | | | | | | | | |

Order Notes :

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024 : SHIP NOTES

41395

Midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36956

**SHIP TO**

DURANT DC - #0879
2306 ENTERPRISE DR, DURANT DC LLC,
DURANT, OK 74701
US

Carrier Name: RUAN RUAN BROKERAGE
Trailer Number: BL07818
Seal Number(s): 2117362

SCAC: RUNA
Pro Number:

**THIRD PARTY FREIGHT CHARGE BILL TO:**

**CHR LTL**
**14800 CHARLSON ROAD**
**SUITE 2100**
**EDEN PRAIRIE, MN 55347**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604019-RTS# 3329432, PO: 0095642523- RTS# 33292961 PO: 0095642522- RTS# 33292776 PO: 0095604790 RTS# 3329164 Pallets: 16 Cartons: 602 Load ID: 860442 Weight: 4732 Lbs. Vendor's ID#5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343941 | | 4732 | | 95604019 |
| RE00343949 | | | | |
| RE00343950 | | | | |
| RE00343953 | | | | |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION (Commoditeis requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360) | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 16 | PLT | 4732 | | MITTENS AND GLOVES | 49910 | 175 |

CARRIER CLOSED

**CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET**

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ______ per ______"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are availible to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
______ Shipper Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

KMills 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Property described above is received in good order, except as noted

[signature] 12-4-24

Invoice Number: 351237
Page: 1 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343949 | 95642522 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | DCW410K-K-BG-120<br>DC WONDER WOMAN - TROWEL | 810779318 | 720.000 | 720.000 | 0.000 | 1.00000 | 720.00 |
| 2 | LO66GR-Y-BG-72<br>YOUTH LATEX DIPPED GARDEN GLOVES | 810683448 | 864.000 | 864.000 | 0.000 | 1.30000 | 1,123.20 |
| 3 | SFB300K-K-BG-144<br>BATMAN BUCKET HAT | 810779342 | 288.000 | 288.000 | 0.000 | 3.25000 | 936.00 |
| 4 | WA9300KB-K-BG-144<br>KIDS BLUE BUCKET HAT | 810779305 | 144.000 | 144.000 | 0.000 | 1.75000 | 252.00 |
| 5 | PP300K-K-BG-144<br>PEPPA PIG BUCKET HAT | 810779312 | 144.000 | 144.000 | 0.000 | 3.25000 | 468.00 |
| 6 | PW102T-T-BG-144<br>PAW BOY JERSEY | 810684776 | 864.000 | 864.000 | 0.000 | 2.30000 | 1,987.20 |
| 7 | PWG102T-T-BG-144<br>PAW GIRL JERSEY | 810684633 | 864.000 | 864.000 | 0.000 | 2.30000 | 1,987.20 |
| 8 | SFB420KM2-K-BG-24<br>BATMAN WATERING CAN | 810779307 | 552.000 | 552.000 | 0.000 | 5.00000 | 2,760.00 |
| 9 | PWG420KM2-K-BG-36<br>PAW PATROL GIRLS - WATERING CAN | 810779304 | 180.000 | 180.000 | 0.000 | 6.00000 | 1,080.00 |
| 10 | PW420K-K-BG-36<br>PAW PATROL WATERING CAN | 810779302 | 288.000 | 288.000 | 0.000 | 5.95000 | 1,713.60 |

Mailed



MIDWEST Gloves & Gear

Invoice Number: 351237
Page: 2 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343949 | 95642522 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 11 | PP420K-K-BG-36<br>PEPPA PIG WATERING CAN | 810779316 | 648.000 | 648.000 | 0.000 | 5.75000 | 3,726.00 |
| 12 | PJ420K-K-BG-36<br>PJ MASK WATERING CAN | 810779317 | 468.000 | 468.000 | 0.000 | 5.75000 | 2,691.00 |
| 13 | DCW420KM2-K-BG-36<br>WONDER WOMAN WATERING CAN | 810779315 | 252.000 | 252.000 | 0.000 | 4.00000 | 1,008.00 |
| 14 | PJ411K-K-BG-120<br>PJ MASK CULTIVATOR | 810779322 | 600.000 | 600.000 | 0.000 | 1.35000 | 810.00 |
| 15 | PP410K-K-BG-120<br>PEPPA PIG TROWEL | 810779314 | 360.000 | 360.000 | 0.000 | 1.35000 | 486.00 |
| 16 | PP411K-K-BG-120<br>PEPPA PIG CULTIVATOR | 810779313 | 240.000 | 240.000 | 0.000 | 1.35000 | 324.00 |
| 17 | PW420KL1-K-BG-36<br>PAW PATROL BOYS BUCKET HAT | 810779303 | 252.000 | 252.000 | 0.000 | 5.00000 | 1,260.00 |
| 18 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 582.000 | 582.000 | 0.000 | 2.00000 | 1,164.00 |
| 19 | SFB410KM2-K-BG-120<br>SUPER FRIENDS BATMAN - TROWEL | 810779308 | 240.000 | 240.000 | 0.000 | 1.00000 | 240.00 |
| 20 | SFB411KM2-K-BG-120<br>SUPER FRIENDS BATMAN - CULTIVATOR | 810779341 | 240.000 | 240.000 | 0.000 | 1.00000 | 240.00 |

**MIDWEST**
Gloves & Gear

Invoice Number: 351237
Page: 3 of 3
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343949 | 95642522 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

Make Check Payable and Remit To:
Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601
Attn: Accounts Receivable

For Overnight Delivery:
Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601
Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106
SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 24,976.20 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |
| Total | 24,976.20 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION

41395 RE343949 midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36956

Carrier Name: RUAN RUAN BROKERAGE
Trailer Number: BL07818
Seal Number(s): 2117362

SCAC: RUNA
Pro Number:

**SHIP TO**

DURANT DC - #0879
2306 ENTERPRISE DR, DURANT DC LLC,
DURANT, OK 74701
US

**THIRD PARTY FREIGHT CHARGE BILL TO:**

**CHR LTL**
**14800 CHARLSON ROAD**
**SUITE 2100**
**EDEN PRAIRIE, MN 55347**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604019-RTS# 3329432, PO: 0095642523- RTS# 33292961 PO: 0095642522- RTS# 33292776 PO: 0095604790 RTS# 3329164 Pallets: 16 Cartons: 602 Load ID: 860442 Weight: 4732 Lbs. Vendor's ID#5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343941 | | 4732 | | 95604019 |
| RE00343949 | | | | |
| RE00343950 | | | | |
| RE00343953 | | | | |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION (Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC Item 360) | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 16 | PLT | 4732 | | MITTENS AND GLOVES | 49910 | 175 |

CARRIER CLOSED

**CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET**

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ________ per ________"

COD Amount 0.00

Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrior and are availible to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
________ Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

KMills 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Property described above is received in good order, except as noted.

[signature] 12-4-24



C5735-879

**PO #** **95642522**

Date Created 10/15/2024
Version: 5
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 11/29/2024
Cancel if not Shipped by: 12/05/2024
Must be Routed by: 11/25/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

PO replaces :0095604016; Ship only these quantities under the new PO.

Vendor Signature ______

Signee's Name ______

Title ______

Date ______

| Units | Vendor Cost |
|---|---|
| 8,790 | 24,976.20 |

VENDOR-COPY

RE343949



VENDOR-COPY

PO#: 95642522

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 720 | 1.00 | 720.00 | 12/02/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 1 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 211 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 864 | 1.30 | 1,123.20 | 12/02/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 6 | | 12 | | | |
| 21019005 | NA | | 003 | | | | | | | |
| 2 | 072264660474 | | GRM | | XX | | | | | |
| 211 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 288 | 3.25 | 936.00 | 12/02/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 2 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 5 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 144 | 1.75 | 252.00 | 12/02/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 6 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 144 | | 144 | 3.25 | 468.00 | 12/02/2024 |
| 21019 | PP300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 7 | 072264530029 | | GRM | 0.201 | XX | | | | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 9 | 072264621208 | | GRM | | XX | | | | | |



VENDOR-COPY

PO#: 95642522

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 10 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 552 | 5.00 | 2,760.00 | 12/02/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 23 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 11 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 211 | 810779304 | PAW GIRLS WATERING | 0.00 | CN | 36 | | 180 | 6.00 | 1,080.00 | 12/02/2024 |
| 21026 | PWG420KM2 | WATERCANS | | | 1 | | 5 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 12 | 072264644207 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | 36 | | 288 | 5.95 | 1,713.60 | 12/02/2024 |
| 21026 | PW420K | WATERCANS | | | 1 | | 8 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 13 | 072264624216 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 648 | 5.75 | 3,726.00 | 12/02/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 18 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 14 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | 36 | | 468 | 5.75 | 2,691.00 | 12/02/2024 |
| 21026 | PJ420K | WATERCANS | | | 1 | | 13 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 15 | 072264742019 | | GRM | 1.061 | XX | | | | | |



VENDOR-COPY

PO#: 95642522

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 36 | | 252 | 4.00 | 1,008.00 | 12/02/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 1 | | 7 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 16 | 072264704208 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | 120 | | 600 | 1.35 | 810.00 | 12/02/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | 5 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 17 | 072264741111 | | GRM | | XX | | | | | |
| 211 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | 120 | | 360 | 1.35 | 486.00 | 12/02/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | 3 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 18 | 072264541018 | | GRM | | XX | | | | | |
| 211 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | 120 | | 240 | 1.35 | 324.00 | 12/02/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 19 | 072264541117 | | GRM | | XX | | | | | |
| 211 | 810779303 | PAW PATROL WATERING | 0.00 | CN | 36 | | 252 | 5.00 | 1,260.00 | 12/02/2024 |
| 21026 | PW420KL1 | WATERCANS | | | 1 | | 7 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 20 | 072264242021 | | GRM | | XX | | | | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 582 | 2.00 | 1,164.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 97 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 21 | 072264671609 | | GRM | | XX | | | | | |



VENDOR-COPY

PO#: 95642522

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 211 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/02/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 22 | 072264410093 | | GRM | | XX | | | | | |
| 211 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 240 | 1.00 | 240.00 | 12/02/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 23 | 072264411045 | | GRM | | XX | | | | | |



**PO #** **95604016**

| | |
|---|---|
| Date Created | 09/10/2024 |
| Version: | 2 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 12/20/2024 |
| Cancel if not Shipped by: | 12/26/2024 |
| Must be Routed by: | 12/16/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

SHIP TO

Telephone: Fax:

BILL TO

AVDC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 0 | 0.00 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604016

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |



**PO #** **95604016**

Date Created 09/10/2024
Version: 1
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/20/2024
Cancel if not Shipped by: 12/26/2024
Must be Routed by: 12/16/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

APPLE VALLEY DC - #0869
AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307

Telephone: 760-503-0520 Fax:

BILL TO

AVDC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 9,048 | 25,565.70 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604016

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | ~~6~~ 120 | | 720 | 1.00 | 720.00 | 12/30/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | ~~120~~ 6 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 1 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 210 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 864 | 1.30 | 1,123.20 | 12/30/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 12 | | 12 | | | |
| 21019005 | NA | | 003 | | | | | | | |
| 2 | 072264660474 | | GRM | | XX | | | | | |
| 210 | 810779344 | 2A GIRLS PAW PATROL | 0.00 | CN | 6 | | 108 | 3.25 | 351.00 | 12/30/2024 |
| 21019 | PWG300K | GRDNACCESS | | | 6 | | 18 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 3 | 072264033001 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779343 | 4A KIDS PAW PATROL | 0.00 | CN | 6 | | 132 | 3.25 | 429.00 | 12/30/2024 |
| 21019 | PW300K | GRDNACCESS | | | 6 | | 22 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 4 | 072264023002 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 6 | | 306 | 3.25 | 994.50 | 12/30/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 6 | | 51 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 5 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | ~~6~~ 144 | | 144 | 1.75 | 252.00 | 12/30/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | ~~6~~ 0 | | ~~24~~ 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 6 | 072264593000 | | GRM | 0.201 | XX | | | | | |



VENDOR-COPY

PO#: 95604016

| Dept. | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 6 | | 144 | 3.25 | 468.00 | 12/30/2024 |
| 21019 | PP300K | GRDNACCESS | | | 6 | | 24 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 7 | 072264530029 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779319 | PJ MASK BUCKET HAT | 0.00 | CN | 6 | | 156 | 3.25 | 507.00 | 12/30/2024 |
| 21019 | PJ300K | GRDNACCESS | | | 6 | | 26 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 8 | 072264730016 | | GRM | 0.201 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 9 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 864 | 2.30 | 1,987.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 6 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 10 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | ~~6~~ 24 | | 552 | 5.00 | 2,760.00 | 12/30/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | ~~6~~ 0 | | ~~92~~ 23 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 11 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 210 | 810779304 | PAW GIRLS WATERING | 0.00 | CN | 6 | | 114 | 6.00 | 684.00 | 12/30/2024 |
| 21026 | PWG420KM2 | WATERCANS | | | 6 | | 19 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 12 | 072264644207 | | GRM | 1.061 | XX | | | | | |



VENDOR-COPY

PO#: 95604016

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | ~~8~~ 36 | | 288 | 5.95 | 1,713.60 | 12/30/2024 |
| 21026 | PW420K | WATERCANS | | | ~~6~~ 0 | | ~~48~~ 8 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 13 | 072264624216 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | ~~8~~ 36 | | 648 | 5.75 | 3,726.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | ~~6~~ 0 | | ~~108~~ 18 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 14 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | ~~8~~ 36 | | 468 | 5.75 | 2,691.00 | 12/30/2024 |
| 21026 | PJ420K | WATERCANS | | | ~~8~~ 0 | | ~~78~~ 13 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 15 | 072264742019 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 6 | | 162 | 4.00 | 648.00 | 12/30/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 6 | | 27 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 16 | 072264704208 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | ~~6~~ 120 | | 600 | 1.35 | 810.00 | 12/30/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | ~~100~~ 5 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 17 | 072264741111 | | GRM | | XX | | | | | |
| 210 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | ~~6~~ 120 | | 360 | 1.35 | 486.00 | 12/30/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | ~~60~~ 3 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 18 | 072264541018 | | GRM | | XX | | | | | |



VENDOR-COPY

PO#: 95604016

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | ~~6~~ 120 | | 240 | 1.35 | 324.00 | 12/30/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | ~~40~~ 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 19 | 072264541117 | | GRM | | XX | | | | | |
| 210 | 810779303 | PAW PATROL WATERING | 0.00 | CN | ~~6~~ 120 | | 252 | 5.00 | 1,260.00 | 12/30/2024 |
| 21026 | PW420KL1 | WATERCANS | | | ~~6~~ 0 | | ~~42~~ 7 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 20 | 072264242021 | | GRM | | XX | | | | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 582 | 2.00 | 1,164.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 97 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 21 | 072264671609 | | GRM | | XX | | | | | |
| 210 | 810779308 | BATMAN TROWEL | 0.00 | CN | ~~6~~ 120 | | 240 | 1.00 | 240.00 | 12/30/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | ~~40~~ 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 22 | 072264410093 | | GRM | | XX | | | | | |
| 210 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | ~~6~~ 120 | | 240 | 1.00 | 240.00 | 12/30/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | ~~40~~ 2 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 23 | 072264411045 | | GRM | | XX | | | | | |

# Order Verification Report

11/26/2024 9:01:40AM

Bill To: C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

Ship To: 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

Cust Currency: USD

Cancel Date: 12/5/2024 12

Approval Code:

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343949 | 95642522 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 720 | EA | DCW410K-K-BG-120<br>072264704109 | 810779318 | 1.00000 | 720.00 |
| 2 | 12/2/2024 | 864 | EA | LO66GR-Y-BG-72<br>072264660474 | 810683448 | 1.30000 | 1,123.20 |
| 3 | 12/2/2024 | 288 | EA | SFB300K-K-BG-144<br>072264300738 | 810779342 | 3.25000 | 936.00 |
| 4 | 12/2/2024 | 144 | EA | WA9300KB-K-BG-144<br>072264593000 | 810779305 | 1.75000 | 252.00 |
| 5 | 12/2/2024 | 144 | EA | PP300K-K-BG-144<br>072264530029 | 810779312 | 3.25000 | 468.00 |
| 6 | 12/2/2024 | 864 | PR | PW102T-T-BG-144<br>072264621208 | 810684776 | 2.30000 | 1,987.20 |
| 7 | 12/2/2024 | 864 | PR | PWG102T-T-BG-144<br>072264641022 | 810684633 | 2.30000 | 1,987.20 |
| 8 | 12/2/2024 | 552 | EA | SFB420KM2-K-BG-24<br>072264420238 | 810779307 | 5.00000 | 2,760.00 |
| 9 | 12/2/2024 | 180 | EA | PWG420KM2-K-BG-36<br>072264644207 | 810779304 | 6.00000 | 1,080.00 |
| 10 | 12/2/2024 | 288 | EA | PW420K-K-BG-36<br>072264624216 | 810779302 | 5.95000 | 1,713.60 |
| 11 | 12/2/2024 | 648 | EA | PP420K-K-BG-36<br>072264542015 | 810779316 | 5.75000 | 3,726.00 |
| 12 | 12/2/2024 | 468 | EA | PJ420K-K-BG-36<br>072264742019 | 810779317 | 5.75000 | 2,691.00 |
| 13 | 12/2/2024 | 252 | EA | DCW420KM2-K-BG-36<br>072264704208 | 810779315 | 4.00000 | 1,008.00 |
| 14 | 12/2/2024 | 600 | EA | PJ411K-K-BG-120<br>072264741111 | 810779322 | 1.35000 | 810.00 |

# Order Verification Report

11/26/2024 9:01:40AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343949 | 95642522 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 15 | 12/2/2024 | 360 | EA | PP410K-K-BG-120<br>072264541018 | 810779314 | 1.35000 | 486.00 |
| 16 | 12/2/2024 | 240 | EA | PP411K-K-BG-120<br>072264541117 | 810779313 | 1.35000 | 324.00 |
| 17 | 12/2/2024 | 252 | EA | PW420KL1-K-BG-36<br>072264242021 | 810779303 | 5.00000 | 1,260.00 |
| 18 | 12/2/2024 | 582 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 1,164.00 |
| 19 | 12/2/2024 | 240 | EA | SFB410KM2-K-BG-120<br>072264410093 | 810779308 | 1.00000 | 240.00 |
| 20 | 12/2/2024 | 240 | EA | SFB411KM2-K-BG-120<br>072264411045 | 810779341 | 1.00000 | 240.00 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

8790

| | |
|---|---|
| Sales Amount: | 24,976.20 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 24,976.20 |

Invoice Number: 351238
Page: 1 of 1
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343950 | 95642523 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | SFB16K-K-BG-6 | 810779309 | 102.000 | 102.000 | 0.000 | 2.00000 | 204.00 |
| | SFB BATMAN - GROW KIT | | | | | | |
| 2 | PW102T-T-BG-144 | 810684776 | 144.000 | 144.000 | 0.000 | 2.30000 | 331.20 |
| | PAW BOY JERSEY | | | | | | |
| 3 | PWG102T-T-BG-144 | 810684633 | 144.000 | 144.000 | 0.000 | 2.30000 | 331.20 |
| | PAW GIRL JERSEY | | | | | | |
| 4 | PP420K-K-BG-36 | 810779316 | 180.000 | 180.000 | 0.000 | 5.75000 | 1,035.00 |
| | PEPPA PIG WATERING CAN | | | | | | |

Mailed

Make Check Payable and Remit To:
Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601
Attn: Accounts Receivable

For Overnight Delivery:
Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601
Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106
SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 1,901.40 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION

C5735-879

**PO #** **95642523**

| | |
|---|---|
| Date Created | 10/15/2024 |
| Version: | 3 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/29/2024 |
| Cancel if not Shipped by: | 12/05/2024 |
| Must be Routed by: | 11/25/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

PO replaces :0095604787; Ship only these quantities under the new PO.

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 570 | 1,901.40 |

VENDOR-COPY

RE343950



VENDOR-COPY

PO#: 95642523

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 102 | 2.00 | 204.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 17 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 180 | 5.75 | 1,035.00 | 12/02/2024 |
| 21026 | PP426K | WATERCANS | | | 1 | | 5 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

**PO #** **95604787**

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

| | |
|---|---|
| Date Created | 09/10/2024 |
| Version: | 3 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 12/20/2024 |
| Cancel if not Shipped by: | 12/26/2024 |
| Must be Routed by: | 12/16/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

SHIP TO

Telephone: Fax:

BILL TO

AVDC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ______________

Signee's Name ______________

Title ______________

Date ______________

| Units | Vendor Cost |
|---|---|
| 0 | 0.00 |

VENDOR-COPY

**PO #** **95604787**

Date Created 09/10/2024
Version: 2
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/20/2024
Cancel if not Shipped by: 12/26/2024
Must be Routed by: 12/16/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

APPLE VALLEY DC - #0869
AVDC, LLC
18880 NAVAJO ROAD
APPLE VALLEY CA 92307

Telephone: 760-503-0520 Fax:

BILL TO

AVDC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature

Signee's Name

Title

Date

| Units | Vendor Cost |
|---|---|
| 1,566 | 3,404.40 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604787

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 102 | 2.00 | 204.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 17 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779321 | PJ MASK TROWEL | 0.00 | CN | ~~6~~ 120 | | 960 | 1.35 | 1,296.00 | 12/30/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | ~~160~~ 8 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 2 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | ~~6~~ 36 | | 216 | 5.75 | 1,242.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 6 | | ~~36~~ | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

# Order Verification Report

11/26/2024 9:07:25AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343950 | 95642523 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 102 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 204.00 |
| 2 | 12/2/2024 | 144 | PR | PW102T-T-BG-144<br>072264621208 | 810684776 | 2.30000 | 331.20 |
| 3 | 12/2/2024 | 144 | PR | PWG102T-T-BG-144<br>072264641022 | 810684633 | 2.30000 | 331.20 |
| 4 | 12/2/2024 | 180 | EA | PP420K-K-BG-36<br>072264542015 | 810779316 | 5.75000 | 1,035.00 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

570

| | |
|---|---|
| Sales Amount: | 1,901.40 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 1,901.40 |

ok
JV

41395 RE 343950 midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36956

Carrier Name: RUAN RUAN BROKERAGE
Trailer Number: B407818
Seal Number(s): 2117362

SCAC: RUNA
Pro Number:

**SHIP TO**

DURANT DC - #0879
2306 ENTERPRISE DR, DURANT DC LLC,
DURANT, OK 74701
US

**THIRD PARTY FREIGHT CHARGE BILL TO:**

CHR LTL
14800 CHARLSON ROAD
SUITE 2100
EDEN PRAIRIE, MN 55347

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604019-RTS# 3329432, PO: 0095642523- RTS# 33292961 PO: 0095642522- RTS# 33292776 PO: 0095604790 RTS# 3329164 Pallets: 16 Cartons: 602 Load ID: 860442 Weight: 4732 Lbs. Vendor's ID#5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343941 | | 4732 | | 95604019 |
| RE00343949 | | | | |
| RE00343950 | | | | |
| RE00343953 | | | | |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION (Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360) | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 16 | PLT | 4732 | | MITTENS AND GLOVES | 49910 | 175 |

CARRIER CLOSED

CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ________ per ________"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are availible to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
________ Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

K Mills 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Property described above is received in good order, except as noted.

[signature] 12-4-24

Invoice Number: 351239
Page: 1 of 2
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343951 | 95604788 | ARRIVE LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | SFB16K-K-BG-6 | 810779309 | 306.000 | 306.000 | 0.000 | 2.00000 | 612.00 |
| | SFB BATMAN - GROW KIT | | | | | | |
| 2 | PJ410K-K-BG-120 | 810779321 | 1,560.000 | 1,560.000 | 0.000 | 1.35000 | 2,106.00 |
| | PJ MASK TROWEL | | | | | | |
| 3 | PW102T-T-BG-144 | 810684776 | 720.000 | 720.000 | 0.000 | 2.30000 | 1,656.00 |
| | PAW BOY JERSEY | | | | | | |
| 4 | PWG102T-T-BG-144 | 810684633 | 720.000 | 720.000 | 0.000 | 2.30000 | 1,656.00 |
| | PAW GIRL JERSEY | | | | | | |
| 5 | PP420K-K-BG-36 | 810779316 | 648.000 | 648.000 | 0.000 | 5.75000 | 3,726.00 |
| | PEPPA PIG WATERING CAN | | | | | | |

Mailed

Make Check Payable and Remit To:
Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601
Attn: Accounts Receivable

For Overnight Delivery:
Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601
Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106
SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 9,756.00 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |
| Total | 9,756.00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION



**MIDWEST Gloves & Gear**

**Invoice Number:** 351239
**Page:** 2 of 2
**Date:** 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

**Tax ID:**
**Currency:**

C005735

**Dept:**

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343951 | 95604788 | ARRIVE LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| **Sales Amount** | 9,756.00 |
| **Misc Charges** | .00 |
| **Freight** | .00 |
| **Sales Tax** | .00 |
| **Prepaid Amount** | .00 |
| **Total** | 9,756.00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION


C5735-870

**PO #** **95604788**

| | |
|---|---|
| Date Created | 09/10/2024 |
| Version: | 7 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 11/29/2024 |
| Cancel if not Shipped by: | 12/05/2024 |
| Must be Routed by: | 11/25/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 - Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature __________

Signee's Name __________

Title __________

Date __________

| Units | Vendor Cost |
|---|---|
| 3,954 | 9,756.00 |

VENDOR-COPY

RE343951



VENDOR-COPY

PO#: 95604788

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 306 | 2.00 | 612.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 51 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779321 | PJ MASK TROWEL | 0.00 | CN | 120 | | 1,560 | 1.35 | 2,106.00 | 12/02/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | 13 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 2 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 648 | 5.75 | 3,726.00 | 12/02/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 18 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |



**PO #** **95604788**

Date Created: 09/10/2024
Version: 4
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/27/2024
Cancel if not Shipped by: 01/02/2025
Must be Routed by: 12/23/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 3,954 | 9,756.00 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604788

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 306 | 2.00 | 612.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 51 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779321 | PJ MASK TROWEL | 0.00 | CN | 6 120 | | 1,560 | 1.35 | 2,106.00 | 12/30/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | 260 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 2 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 648 | 5.75 | 3,726.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 18 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

# Order Verification Report

11/26/2024 9:14:21AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 870

MONTGOMERY DC - #0870
2855 SELMA HWY
CSC DISTRIBUTION LLC
MONTGOMERY AL 36108
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343951 | 95604788 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 306 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 612.00 |
| 2 | 12/2/2024 | 1560 | EA | PJ410K-K-BG-120<br>072264741012 | 810779321 | 1.35000 | 2,106.00 |
| 3 | 12/2/2024 | 720 | PR | PW102T-T-BG-144<br>072264621208 | 810684776 | 2.30000 | 1,656.00 |
| 4 | 12/2/2024 | 720 | PR | PWG102T-T-BG-144<br>072264641022 | 810684633 | 2.30000 | 1,656.00 |
| 5 | 12/2/2024 | 648 | EA | PP420K-K-BG-36<br>072264542015 | 810779316 | 5.75000 | 3,726.00 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

3954

| | |
|---|---|
| Sales Amount: | 9,756.00 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 9,756.00 |

41399 RE343951 midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36961

**SHIP TO**

MONTGOMERY DC - #0870
2855 SELMA HWY, CSC DISTRIBUTION LLC,
MONTGOMERY, AL 36108
US

Carrier Name: ARVY ARRIVE LOGISTICS
Trailer Number: 513035
Seal Number(s): 2117361

SCAC: ARVY
Pro Number:

**THIRD PARTY FREIGHT CHARGE BILL TO:**

CHR LTL
14800 CHARLSON RD
SUITE 2100
EDEN PRAIRIE, MN 55347

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604017- RTS# 33293239 PO#95604788 RTS# 33292868 Pallets: 11 Cartons: 492 Load ID: 860434
Weight: 4042 Lbs.
VENDOR'S ID # 5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343939 | | 4042 | | 95604017 |
| RE00343951 | | | | |

| HANDLING UNIT | | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|
| QTY | TYPE | | | | NMFC# | CLASS |
| 11 | PLT | 4042 | | MITTENS AND GLOVES | 49910 | 175 |

CARRIER CLOSED

CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ________ per ________"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are availible to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
________ Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

K Mills 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

*Property described above is received in good order, except as noted.*

**MIDWEST Gloves & Gear**

Invoice Number: 351240
Page: 1 of 1
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343952 | 95604789 | CONWAY | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 420.000 | 420.000 | 0.000 | 2.00000 | 840.00 |
| 2 | PW102T-T-BG-144<br>PAW BOY JERSEY | 810684776 | 720.000 | 720.000 | 0.000 | 2.30000 | 1,656.00 |
| 3 | PWG102T-T-BG-144<br>PAW GIRL JERSEY | 810684633 | 720.000 | 720.000 | 0.000 | 2.30000 | 1,656.00 |
| 4 | PP420K-K-BG-36<br>PEPPA PIG WATERING CAN | 810779316 | 1,044.000 | 1,044.000 | 0.000 | 5.75000 | 6,003.00 |

Mailed

Make Check Payable and Remit To:
Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601
Attn: Accounts Receivable

For Overnight Delivery:
Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601
Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106
SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 10,155.00 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION



C5735-874

**PO #** **95604789**

| | |
|---|---|
| Date Created | 09/10/2024 |
| Version: | 6 |
| Buyer: | LECLAIRE, NICOLE |
| Do Not Ship Before: | 12/02/2024 |
| Cancel if not Shipped by: | 12/06/2024 |
| Must be Routed by: | 11/27/2024 |
| Payment Terms: | 1% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | MISSOURI , US |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 2,904 | 10,155.00 |

VENDOR-COPY

RE343952



VENDOR-COPY

PO#: 95604789

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 420 | 2.00 | 840.00 | 12/09/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 70 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/09/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/09/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 1,044 | 5.75 | 6,003.00 | 12/09/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 29 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |



**PO #** **95604789**

Date Created: 09/10/2024
Version: 5
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/23/2024
Cancel if not Shipped by: 12/27/2024
Must be Routed by: 12/18/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 2,904 | 10,155.00 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604789

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 420 | 2.00 | 840.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 70 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 1,044 | 5.75 | 6,003.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 29 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |



**PO #** **95604789**

Date Created 09/10/2024
Version: 4
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/23/2024
Cancel if not Shipped by: 12/27/2024
Must be Routed by: 12/18/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 2,796 | 9,534.00 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604789

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 420 | 2.00 | 840.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 70 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 720 | 2.30 | 1,656.00 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 5 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | ~~6~~ 36 | | 936 | 5.75 | 5,382.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | ~~6~~ 1 | | ~~156~~ 26 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

# Order Verification Report

11/26/2024 9:20:27AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 874

TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

**Cust Currency:** USD **Cancel Date:** 12/6/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343952 | 95604789 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 420 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 840.00 |
| 2 | 12/2/2024 | 720 | PR | PW102T-T-BG-144<br>072264621208 | 810684776 | 2.30000 | 1,656.00 |
| 3 | 12/2/2024 | 720 | PR | PWG102T-T-BG-144<br>072264641022 | 810684633 | 2.30000 | 1,656.00 |
| 4 | 12/2/2024 | 1044 | EA | PP420K-K-BG-36<br>072264542015 | 810779316 | 5.75000 | 6,003.00 |

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024

2904

| | |
|---|---|
| Sales Amount: | 10,155.00 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 10,155.00 |

0/c

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

Pick Date 12/5/2024

**Pick List Id 41426**

**Order: RE00343952**

**Must Ship Complete**

Pulled By
Checked By
Shipped By
Prop65 Checked By

BILL TO
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

Shipment # 862233

CNWY

SHIP TO
TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

108 Ctns
700 lbs
3 pallets

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343952 | 95604789 | TRK | P17 | 11/26/2024 | 12/2/2024 | 109.000 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/0 | | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | EA | 420 | 420 | 08-00-00A | 24MW | No | | 70 |
| 2/0 | | PW102T-T-BG-144<br>PAW BOY JERSEY | PR | 720 | 720 | 08-00-00A | 24MW | No | | 5 |
| 3/0 | | PWG102T-T-BG-144<br>PAW GIRL JERSEY | PR | 720 | 720 | 08-00-00A | 24MW | No | | 5 |
| 4/0 | | PP420K-K-BG-36<br>PEPPA PIG WATERING CAN | EA | 1,044 | 1,044 | 08-00-00A | 24MW | No | | 29 |

Order Notes :

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024 : SHIP NOTES



# BILL OF LADING Midwest

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36988

Carrier Name: CNWY XPO LOGISTICS
Trailer Number: 563-3275
Seal Number(s):

SCAC: CNWY
Pro Number: 814-295823

**SHIP TO**

TREMONT DC - #0874
50 RAUSCH CREEK RD, CLOSEOUT DISTRIBUTION LLC,
TREMONT, PA 17981
US

**THIRD PARTY FREIGHT CHARGE BILL TO:**

CHRLTL
14701 CHARLSON ROAD
SUITE 2100
EDEN PRAIRIE, MN 55347

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604789 Pallets: 3 Cartons: 109 Load ID: 86223 Weight: 700 Lbs.
VENDOR ID# 5004429

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343952 | | 700 | | 95604789 |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION<br>Commoditeis requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360 | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 1 | PLT | 700 | | MITTENS AND GLOVES | 49910 | 175 |

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Freight, Inc. rules tariff. (see www.xpo.com)

814-295823 XPO

CARRIER CLOSED

CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Signature _____ Shipper

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

[signature] 12/5/24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Properly described above is received in good order, except as noted.

[signature] 12/5/24

**MIDWEST**
Gloves & Gear

Invoice Number: 351241
Page: 1 of 2
Date: 12/5/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343953 | 95604790 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 102.000 | 102.000 | 0.000 | 2.00000 | 204.00 |
| 2 | PJ410K-K-BG-120<br>PJ MASK TROWEL | 810779321 | 480.000 | 480.000 | 0.000 | 1.35000 | 648.00 |
| 3 | PW102T-T-BG-144<br>PAW BOY JERSEY | 810684776 | 144.000 | 144.000 | 0.000 | 2.30000 | 331.20 |
| 4 | PWG102T-T-BG-144<br>PAW GIRL JERSEY | 810684633 | 144.000 | 144.000 | 0.000 | 2.30000 | 331.20 |
| 5 | PP420K-K-BG-36<br>PEPPA PIG WATERING CAN | 810779316 | 216.000 | 216.000 | 0.000 | 5.75000 | 1,242.00 |

Mailed

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 2,756.40 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |
| Total | 2,756.40 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION

MIDWEST
Gloves & Gear

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Invoice Number: 351241
Page: 2 of 2
Date: 12/5/2024
Regular Invoice

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343953 | 95604790 | RUAN BROKERAGE | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

Make Check Payable and Remit To:

Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601

Attn: Accounts Receivable

For Overnight Delivery:

Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601

Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106

SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 2,756.40 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |
| Total | 2,756.40 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION

 C5735 - 879

**PO #** **95604790**

Date Created: 09/10/2024
Version: 6
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 11/29/2024
Cancel if not Shipped by: 12/05/2024
Must be Routed by: 11/25/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

| Units | Vendor Cost |
| --- | --- |
| 1,086 | 2,756.40 |

Vendor Signature ____________

Signee's Name ____________

Title ____________

Date ____________

VENDOR-COPY

RE343953



VENDOR-COPY

PO#: 95604790

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 102 | 2.00 | 204.00 | 12/02/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 17 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779321 | PJ MASK TROWEL | 0.00 | CN | 120 | | 480 | 1.35 | 648.00 | 12/02/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | 4 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 2 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 211 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 211 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/02/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 211 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 216 | 5.75 | 1,242.00 | 12/02/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 6 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

**PO #** **95604790**

Date Created: 09/10/2024
Version: 4
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/27/2024
Cancel if not Shipped by: 01/02/2025
Must be Routed by: 12/23/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature ______________

Signee's Name ______________

Title ______________

Date ______________

| Units | Vendor Cost |
| --- | --- |
| 1,206 | 2,918.40 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604790

| Dept / Class / Merch. Cat / Line Item# | Article / MFG# / Brand / UPC | Article Description / Merch Cat Descrption / Merchandise. Type / Expiration Date | Size / / Release Week / Goods Class | Country of Origin / Dangerous Goods / CS Weight / CS Cube | Master / Inner / / Ticket Type | / Package Art / / | Total Units / # of Cartons / / EAS Tag | Cost / Additionals / Retail / PDQ Pkg | Ext. Cost / Ext. Retail / IMU / | Delivery Date / Promo Event / Compare TO / |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 102 | 2.00 | 204.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 17 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779321 | PJ MASK TROWEL | 0.00 | CN | 6 | | 600 | 1.35 | 810.00 | 12/30/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | 100 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 2 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 5 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 144 | 2.30 | 331.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 1 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 6 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 216 | 5.75 | 1,242.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 6 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 9 | 072264542015 | | GRM | 1.061 | XX | | | | | |

# Order Verification Report

11/26/2024 9:28:28AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 879

DURANT DC - #0879
2306 ENTERPRISE DR
DURANT DC LLC
DURANT OK 74701
US

**Cust Currency:** USD **Cancel Date:** 12/5/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343953 | 95604790 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 102 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 204.00 |
| 2 | 12/2/2024 | 480 | EA | PJ410K-K-BG-120<br>072264741012 | 810779321 | 1.35000 | 648.00 |
| 3 | 12/2/2024 | 144 | PR | PW102T-T-BG-144<br>072264621208 | 810684776 | 2.30000 | 331.20 |
| 4 | 12/2/2024 | 144 | PR | PWG102T-T-BG-144<br>072264641022 | 810684633 | 2.30000 | 331.20 |
| 5 | 12/2/2024 | 216 | EA | PP420K-K-BG-36<br>072264542015 | 810779316 | 5.75000 | 1,242.00 |

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

1086

| | |
|---|---|
| Sales Amount: | 2,756.40 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 2,756.40 |

ac
jl

41395 RE343953 midwest

# BILL OF LADING

**SHIP FROM**

Midwest Gloves & Gear
835 Industrial Rd,
Chillicothe, MO 64601
US

Bill of Lading Number
36956

**SHIP TO**

DURANT DC - #0879
2306 ENTERPRISE DR, DURANT DC LLC,
DURANT, OK 74701
US

Carrier Name: RUAN RUAN BROKERAGE
Trailer Number: BLØ7818
Seal Number(s): 2117362

SCAC: RUNA
Pro Number:

**THIRD PARTY FREIGHT CHARGE BILL TO:**

**CHR LTL**
**14800 CHARLSON ROAD**
**SUITE 2100**
**EDEN PRAIRIE, MN 55347**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐ Collect ☑ 3rd Party ☐

Special Instructions: PO: 95604019-RTS# 3329432, PO: 0095642523- RTS# 33292961 PO: 0095642522- RTS# 33292776 PO: 0095604790 RTS# 3329164 Pallets: 16 Cartons: 602 Load ID: 860442 Weight: 4732 Lbs. Vendor's ID#5004429

DO NOT SHIP BEFORE: 11/29/2024
CANCEL IF NOT SHIPPED BY: 12/05/2024
MUST BE ROUTED BY: 11/25/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|---|
| RE00343941 | | 4732 | | | 95604019 |
| RE00343949 | | | | | |
| RE00343950 | | | | | |
| RE00343953 | | | | | |

| HANDLING UNIT | | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|
| QTY | TYPE | | | | NMFC# | CLASS |
| 16 | PLT | 4732 | | MITTENS AND GLOVES | 49910 | 175 |

CARRIER CLOSED

**CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET**

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____"

COD Amount 0.00 Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are availible to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature ____ Shipper

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

K Mills 12-4-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Property described above is received in good order, except as noted.
[signature] 12-4-24



Invoice Number: 351262
Page: 1 of 2
Date: 12/6/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343940 | 95604018 | ECHO GLOBAL LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item No | Ordered | Shipped | Back Ordered | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | SFB16K-K-BG-6<br>SFB BATMAN - GROW KIT | 810779309 | 2,376.000 | 2,376.000 | 0.000 | 2.00000 | 4,752.00 |
| 2 | DCW16K-K-BG-6<br>DCW WONDERWOMAN - GROW KIT | 810779323 | 1,440.000 | 1,440.000 | 0.000 | 2.00000 | 2,880.00 |
| 3 | DC16K-K-BG-6<br>DC GIRLS - GROW KIT | 810779324 | 222.000 | 222.000 | 0.000 | 2.00000 | 444.00 |
| 4 | SFB411KM2-K-BG-120<br>SUPER FRIENDS BATMAN - CULTIVATOR | 810779341 | 1,080.000 | 1,080.000 | 0.000 | 1.00000 | 1,080.00 |
| 5 | SFB410KM2-K-BG-120<br>SUPER FRIENDS BATMAN - TROWEL | 810779308 | 1,080.000 | 1,080.000 | 0.000 | 1.00000 | 1,080.00 |
| 6 | DCW411K-K-BG-120<br>DC WONDER WOMAN - CULTIVATOR | 810779320 | 2,040.000 | 2,040.000 | 0.000 | 1.00000 | 2,040.00 |
| 7 | DCW410K-K-BG-120<br>DC WONDER WOMAN - TROWEL | 810779318 | 2,640.000 | 2,640.000 | 0.000 | 1.00000 | 2,640.00 |
| 8 | SFB300K-K-BG-144<br>BATMAN BUCKET HAT | 810779342 | 1,296.000 | 1,296.000 | 0.000 | 3.25000 | 4,212.00 |
| 9 | SFB100TK0-T-BG-72<br>BATMAN GRIPPER | 810779310 | 216.000 | 216.000 | 0.000 | 0.50000 | 108.00 |
| 10 | WA9300KB-K-BG-144<br>KIDS BLUE BUCKET HAT | 810779305 | 432.000 | 432.000 | 0.000 | 1.75000 | 756.00 |



MIDWEST
Gloves & Gear

Invoice Number: 351262
Page: 2 of 2
Date: 12/6/2024
Regular Invoice

**PLEASE NOTE OUR REMIT ADDRESS HAS CHANGED - SEE BELOW FOR CORRECT REMIT TO.**

Tax ID:
Currency:

C005735

Dept:

**Bill To**
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To**
TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

| Order | Purchase Order | Ship Via | Pro No | Bill of Lading | Terms |
|---|---|---|---|---|---|
| RE00343940 | 95604018 | ECHO GLOBAL LOGISTICS | | | 1% 30 DAYS |

| Ln/Rel | Item | Cust Item | Ordered | Shipped | Back Order | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 11 | DCW300K-K-BG-24<br>WONDER WOMAN BUCKET HAT | 810779325 | 24.000 | 24.000 | 0.000 | 3.25000 | 78.00 |
| 12 | SFB420KM2-K-BG-24<br>BATMAN WATERING CAN | 810779307 | 2,232.000 | 2,232.000 | 0.000 | 5.00000 | 11,160.00 |
| 13 | DCS420K-K-BG-24<br>DC SUPERGIRL - WATERING CAN | 810779306 | 24.000 | 24.000 | 0.000 | 3.00000 | 72.00 |
| 14 | DCW420KM2-K-BG-36<br>WONDER WOMAN WATERING CAN | 810779315 | 324.000 | 324.000 | 0.000 | 4.00000 | 1,296.00 |

Make Check Payable and Remit To:
Midwest Quality Gloves, Inc.
P.O. Box 260
Chillicothe, MO 64601
Attn: Accounts Receivable

For Overnight Delivery:
Midwest Quality Gloves, Inc.
835 Industrial Raod
Chillicothe, MO 64601
Attn: Accounts Receivable

By Wire or ACH:
UMB Bank, n.a.
1008 Oak Street
Kansas City, MO 64106
SWIFT UMCKUS44
ABA 101000695
Account 9872398815
Remit to: ar@midwestglove.com

| | |
|---|---|
| Sales Amount | 32,598.00 |
| Misc Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |
| Prepaid Amount | .00 |
| Total | 32,598.00 |

AUTHORIZATION FOR RETURNS MUST BE OBTAINED FROM CUSTOMER SERVICE. RETURNS MADE WITHOUT OUR AUTHORIZATION NUMBER WILL BE REFUSED. RESTOCKING CHARGES OF 20% ARE APPLICABLE ON ALL RETURNS. NOTIFICATION OF SHORTAGES ARE REQUIRED TO BE MADE WITHIN 7 DAYS OF RECEIPT OF MERCHANDISE.

C5735-874

**PO #** **95604018**

Date Created 09/10/2024
Version: 5
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/02/2024
Cancel if not Shipped by: 12/06/2024
Must be Routed by: 11/27/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

| Units | Vendor Cost |
|---|---|
| 15,426 | 32,598.00 |

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

VENDOR-COPY

RE343940



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 2,376 | 2.00 | 4,752.00 | 12/09/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 396 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779323 | 2A WONDER WOMAN GR | 0.00 | CN | 6 | | 1,440 | 2.00 | 2,880.00 | 12/09/2024 |
| 21009 | DCW16K | GARDENKITS | | | 6 | | 240 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 2 | 072264661600 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779324 | WONDER WOMAN/ SUPE | 0.00 | CN | 6 | | 222 | 2.00 | 444.00 | 12/09/2024 |
| 21009 | DC16K | GARDENKITS | | | 6 | | 37 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 3 | 072264160110 | | GRM | 0.489 | XX | | | | | |
| 211 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 1,080 | 1.00 | 1,080.00 | 12/09/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 4 | 072264411045 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 1,080 | 1.00 | 1,080.00 | 12/09/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 5 | 072264410093 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779320 | 2A WONDER WOMAN CU | 0.00 | CN | 120 | | 2,040 | 1.00 | 2,040.00 | 12/09/2024 |
| 21017 | DCW411K | TOOL SETS | | | 6 | | 17 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 10 | 072264704116 | | GRM | 0.137 | XX | | | | | |



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 2,640 | 1.00 | 2,640.00 | 12/09/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 22 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 11 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 1,296 | 3.25 | 4,212.00 | 12/09/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 9 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 15 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 72 | | 216 | 0.50 | 108.00 | 12/09/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 3 | | | |
| 21019005 | NA | | | | | | | | | 4.88 |
| 16 | 072264061004 | | GRM | 0.137 | XX | | | | | |
| 211 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 432 | 1.75 | 756.00 | 12/09/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 17 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779325 | WONDER WOMAN BUCK | 0.00 | CN | 24 | | 24 | 3.25 | 78.00 | 12/09/2024 |
| 21019 | DCW300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 22 | 072264300325 | | GRM | 0.201 | XX | | | | | |
| 211 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 2,232 | 5.00 | 11,160.00 | 12/09/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 93 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 23 | 072264420238 | | GRM | 1.994 | XX | | | | | |



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 211 | 810779306 | DC SUPERGIRL WATERI | 0.00 | CN | 24 | | 24 | 3.00 | 72.00 | 12/09/2024 |
| 21026 | DCS420K | WATERCANS | | | 1 | | 1 | | | |
| 21026009 | NA | | | | | | | | | 9.99 |
| 24 | 072264420054 | | GRM | 1.061 | XX | | | | | |
| 211 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 36 | | 324 | 4.00 | 1,296.00 | 12/09/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 1 | | 9 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 30 | 072264704208 | | GRM | 1.061 | XX | | | | | |

**PO #** **95604018**

Date Created 09/10/2024
Version: 4
Buyer: LECLAIRE, NICOLE
Do Not Ship Before: 12/23/2024
Cancel if not Shipped by: 12/27/2024
Must be Routed by: 12/18/2024
Payment Terms: 1% Net 30 Days
Freight Terms: Collect
FOB: MISSOURI , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 5004429

MIDWEST GLOVES AND GEAR
MIDWEST GLOVES AND GEAR
PO Box 260
CHILLICOTHE MO 64601-3218

Contact: MIDWEST GLOVES AND GEAR
Telephone: 660-646-2165 Fax
E-Mail: RALFORD@MIDWESTGLOVE.COM

ADDITIONAL COMMENTS

Vendor Signature

Signee's Name

Title

Date

| Units | Vendor Cost |
| --- | --- |
| 41,538 | 108,540.60 |

VENDOR-COPY



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | . | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779309 | BATMAN GROW KIT | 0.00 | CN | 6 | | 2,376 | 2.00 | 4,752.00 | 12/30/2024 |
| 21009 | SFB16K | GARDENKITS | | | 6 | | 396 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 1 | 072264671609 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779323 | 2A WONDER WOMAN GR | 0.00 | CN | 6 | | 1,440 | 2.00 | 2,880.00 | 12/30/2024 |
| 21009 | DCW16K | GARDENKITS | | | 6 | | 240 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 2 | 072264661600 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779324 | WONDER WOMAN/ SUPE | 0.00 | CN | 6 | | 222 | 2.00 | 444.00 | 12/30/2024 |
| 21009 | DC16K | GARDENKITS | | | 6 | | 37 | | | |
| 21009005 | NA | | | | | | | | | 6.99 |
| 3 | 072264160110 | | GRM | 0.489 | XX | | | | | |
| 210 | 810779341 | BATMAN CULTIVATOR | 0.00 | CN | 120 | | 1,080 | 1.00 | 1,080.00 | 12/30/2024 |
| 21017 | SFB411KM2 | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 4 | 072264411045 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779308 | BATMAN TROWEL | 0.00 | CN | 120 | | 1,080 | 1.00 | 1,080.00 | 12/30/2024 |
| 21017 | SFB410KM2 | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 5 | 072264410093 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779313 | PEPPA PIG CULTIVATO | 0.00 | CN | 120 | | 1,080 | 1.35 | 1,458.00 | 12/30/2024 |
| 21017 | PP411K | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 6 | 072264541117 | | GRM | 0.137 | XX | | | | | |



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779314 | PEPPA PIG TROWEL | 0.00 | CN | 120 | | 1,440 | 1.35 | 1,944.00 | 12/30/2024 |
| 21017 | PP410K | TOOL SETS | | | 6 | | 12 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 7 | 072264541018 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779322 | PJ MASK CULTIVATOR | 0.00 | CN | 120 | | 2,520 | 1.35 | 3,402.00 | 12/30/2024 |
| 21017 | PJ411K | TOOL SETS | | | 6 | | 21 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 8 | 072264741111 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779321 | PJ MASK TROWEL | 0.00 | CN | 120 | | 1,080 | 1.35 | 1,458.00 | 12/30/2024 |
| 21017 | PJ410K | TOOL SETS | | | 6 | | 9 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 9 | 072264741012 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779320 | 2A WONDER WOMAN CU | 0.00 | CN | 120 | | 2,040 | 1.00 | 2,040.00 | 12/30/2024 |
| 21017 | DCW411K | TOOL SETS | | | 6 | | 17 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 10 | 072264704116 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779318 | 2A WONDER WOMEN TR | 0.00 | CN | 120 | | 2,640 | 1.00 | 2,640.00 | 12/30/2024 |
| 21017 | DCW410K | TOOL SETS | | | 6 | | 22 | | | |
| 21017004 | NA | | | | | | | | | 4.98 |
| 11 | 072264704109 | | GRM | 0.137 | XX | | | | | |
| 210 | 810683448 | YOUTH SIZE GARDEN G | 0.00 | US | 72 | | 3,456 | 1.30 | 4,492.80 | 12/30/2024 |
| 21019 | YOUTH GRIPPING GLO | GLOVES | | | 12 | | 48 | | | |
| 21019005 | NA | | 003 | | | | | | | |
| 12 | 072264660474 | | GRM | | XX | | | | | |



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779344 | 2A GIRLS PAW PATROL | 0.00 | CN | 144 | | 432 | 3.25 | 1,404.00 | 12/30/2024 |
| 21019 | PWG300K | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 13 | 072264033001 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779343 | 4A KIDS PAW PATROL | 0.00 | CN | 144 | | 576 | 3.25 | 1,872.00 | 12/30/2024 |
| 21019 | PW300K | GRDNACCESS | | | 12 | | 4 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 14 | 072264023002 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779342 | BATMAN BUCKET HAT | 0.00 | CN | 144 | | 1,296 | 3.25 | 4,212.00 | 12/30/2024 |
| 21019 | SFB300K | GRDNACCESS | | | 12 | | 9 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 15 | 072264300738 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779310 | BATMAN GRIPPING GLO | 0.00 | CN | 6 | | 192 | 0.50 | 96.00 | 12/30/2024 |
| 21019 | SFB100TK0 | GLOVES | | | 6 | | 32 | | | |
| 21019005 | NA | | | | | | | | | 4.88 |
| 16 | 072264061004 | | GRM | 0.137 | XX | | | | | |
| 210 | 810779305 | KIDS BLUE BUCKET HA | 0.00 | CN | 144 | | 432 | 1.75 | 756.00 | 12/30/2024 |
| 21019 | WA9300KB | GRDNACCESS | | | 12 | | 3 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 17 | 072264593000 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779312 | PEPPA PIG BUCKET HA | 0.00 | CN | 144 | | 576 | 3.25 | 1,872.00 | 12/30/2024 |
| 21019 | PP300K | GRDNACCESS | | | 12 | | 4 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 18 | 072264530029 | | GRM | 0.201 | XX | | | | | |



VENDOR-COPY

PO#: 95604018

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779319 | PJ MASK BUCKET HAT | 0.00 | CN | 144 | | 720 | 3.25 | 2,340.00 | 12/30/2024 |
| 21019 | PJ300K | GRDNACCESS | | | 12 | | 5 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 19 | 072264730016 | | GRM | 0.201 | XX | | | | | |
| 210 | 810684776 | RED PAW PATROL KIDD | 0.00 | US | 144 | | 3,744 | 2.30 | 8,611.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 26 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 20 | 072264621208 | | GRM | | XX | | | | | |
| 210 | 810684633 | PINK PAW PATROL KID | 0.00 | US | 144 | | 3,744 | 2.30 | 8,611.20 | 12/30/2024 |
| 21019 | PAW PATROL JERSEY | GLOVES | | | 12 | | 26 | | | |
| 21019005 | NA | | 003 | | | | | | | 8.79 |
| 21 | 072264641022 | | GRM | | XX | | | | | |
| 210 | 810779325 | WONDER WOMAN BUCK | 0.00 | CN | 24 | | 24 | 3.25 | 78.00 | 12/30/2024 |
| 21019 | DCW300K | GRDNACCESS | | | 12 | | 1 | | | |
| 21019001 | NA | | | | | | | | | 9.00 |
| 22 | 072264300325 | | GRM | 0.201 | XX | | | | | |
| 210 | 810779307 | BATMAN WATERING CAN | 0.00 | CN | 24 | | 2,232 | 5.00 | 11,160.00 | 12/30/2024 |
| 21026 | SFB420KM2 | WATERCANS | | | 1 | | 93 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 23 | 072264420238 | | GRM | 1.994 | XX | | | | | |
| 210 | 810779306 | DC SUPERGIRL WATERI | 0.00 | CN | 24 | | 24 | 3.00 | 72.00 | 12/30/2024 |
| 21026 | DCS420K | WATERCANS | | | 1 | | 1 | | | |
| 21026009 | NA | | | | | | | | | 9.99 |
| 24 | 072264420054 | | GRM | 1.061 | XX | | | | | |



VENDOR-COPY

PO#: 95604018

Page 10 of

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 210 | 810779304 | PAW GIRLS WATERING | 0.00 | CN | 36 | | 72 | 6.00 | 432.00 | 12/30/2024 |
| 21026 | PWG420KM2 | WATERCANS | | | 1 | | 2 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 25 | 072264644207 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779303 | PAW PATROL WATERING | 0.00 | CN | 36 | | 900 | 5.00 | 4,500.00 | 12/30/2024 |
| 21026 | PW420KL1 | WATERCANS | | | 1 | | 25 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 26 | 072264242021 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779302 | 2A PAW PATROL WATER | 0.00 | CN | 36 | | 1,152 | 5.95 | 6,854.40 | 12/30/2024 |
| 21026 | PW420K | WATERCANS | | | 1 | | 32 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 27 | 072264624216 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779316 | 2A PEPPA PIG WATERI | 0.00 | CN | 36 | | 2,700 | 5.75 | 15,525.00 | 12/30/2024 |
| 21026 | PP420K | WATERCANS | | | 1 | | 75 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 28 | 072264542015 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779317 | 2A PJ MASKS WATERIN | 0.00 | CN | 36 | | 1,944 | 5.75 | 11,178.00 | 12/30/2024 |
| 21026 | PJ420K | WATERCANS | | | 1 | | 54 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 29 | 072264742019 | | GRM | 1.061 | XX | | | | | |
| 210 | 810779315 | WONDER WOMAN WATE | 0.00 | CN | 36 | | 324 | 4.00 | 1,296.00 | 12/30/2024 |
| 21026 | DCW420KM2 | WATERCANS | | | 1 | | 9 | | | |
| 21026009 | NA | | | | | | | | | 14.99 |
| 30 | 072264704208 | | GRM | 1.061 | XX | | | | | |

# Order Verification Report

11/26/2024 7:41:45AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 874

TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

**Cust Currency:** USD **Cancel Date:** 12/6/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343940 | 95604018 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/2/2024 | 2376 | EA | SFB16K-K-BG-6<br>072264671609 | 810779309 | 2.00000 | 4,752.00 |
| 2 | 12/2/2024 | 1440 | EA | DCW16K-K-BG-6<br>072264661600 | 810779323 | 2.00000 | 2,880.00 |
| 3 | 12/2/2024 | 222 | EA | DC16K-K-BG-6<br>072264160110 | 810779324 | 2.00000 | 444.00 |
| 4 | 12/2/2024 | 1080 | EA | SFB411KM2-K-BG-120<br>072264411045 | 810779341 | 1.00000 | 1,080.00 |
| 5 | 12/2/2024 | 1080 | EA | SFB410KM2-K-BG-120<br>072264410093 | 810779308 | 1.00000 | 1,080.00 |
| 6 | 12/2/2024 | 2040 | EA | DCW411K-K-BG-120<br>072264704116 | 810779320 | 1.00000 | 2,040.00 |
| 7 | 12/2/2024 | 2640 | EA | DCW410K-K-BG-120<br>072264704109 | 810779318 | 1.00000 | 2,640.00 |
| 8 | 12/2/2024 | 1296 | EA | SFB300K-K-BG-144<br>072264300738 | 810779342 | 3.25000 | 4,212.00 |
| 9 | 12/2/2024 | 216 | PA | SFB100TK0-T-BG-72<br>072264061004 | 810779310 | 0.50000 | 108.00 |
| 10 | 12/2/2024 | 432 | EA | WA9300KB-K-BG-144<br>072264593000 | 810779305 | 1.75000 | 756.00 |
| 11 | 12/2/2024 | 24 | EA | DCW300K-K-BG-24<br>072264300325 | 810779325 | 3.25000 | 78.00 |
| 12 | 12/2/2024 | 2232 | EA | SFB420KM2-K-BG-24<br>072264420238 | 810779307 | 5.00000 | 11,160.00 |
| 13 | 12/2/2024 | 24 | EA | DCS420K-K-BG-24<br>072264420054 | 810779306 | 3.00000 | 72.00 |
| 14 | 12/2/2024 | 324 | EA | DCW420KM2-K-BG-36<br>072264704208 | 810779315 | 4.00000 | 1,296.00 |

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024

# Order Verification Report

11/26/2024 7:41:45AM

**Bill To:** C005735

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**Ship To:** 874

TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

**Cust Currency:** USD **Cancel Date:** 12/6/2024 12 **Approval Code:**

| Date Order | Order | Cust PO | Dept | Vendor No. | Freight Method | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 11/26/2024 | RE00343940 | 95604018 | | | C | TRUCK | 1% 30 DAYS |

| Line No | Due Date | Qty | Item | Customer Item | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| | | | 15426 | | | |

| | |
|---|---|
| Sales Amount: | 32,598.00 |
| Order Disc (0.00%): | 0.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Misc: | 0.00 |
| Prepaid: | 0.00 |
| Total: | 32,598.00 |

41435 Midwest

# BILL OF LADING

| SHIP FROM | Bill of Lading Number |
|---|---|
| Midwest Gloves & Gear<br>835 Industrial Rd,<br>Chillicothe, MO 64601<br>US | 36996 |
| **SHIP TO** | Carrier Name: ECHS ECHO GLOBAL LOGISTICS<br>Trailer Number: 7772<br>Seal Number(s): 2117363 |
| TREMONT DC - #0874<br>50 RAUSCH CREEK RD, CLOSEOUT DISTRIBUTION LLC,<br>TREMONT, PA 17981<br>US | SCAC: ECHS<br>Pro Number: |
| **THIRD PARTY FREIGHT CHARGE BILL TO:**<br>**CHR LTL**<br>**14800 CHARLSON ROAD**<br>**SUITE 2100**<br>**EDEN PRAIRIE, MN 55347** | Freight Charge Terms: (freight charges are prepaid unless marked otherwise)<br>Prepaid ☐ Collect ☑ 3rd Party ☐ |

Special Instructions: PO: 95604018 RTS# 33302756 Pallets: 14 Cartons: 839 Load ID: 861584 Weight: 4237 Lbs.

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024

**CUSTOMER ORDER INFORMATION**

| MIDWEST NUMBER customer po is above | # PKGS | WEIGHT | PALLET / SLIP | ADDITIONAL SHIPPER INFO PURCHASE ORDER # |
|---|---|---|---|---|
| RE00343940 | | 4237 | | 95604018 |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | WEIGHT | H. M. (X) | COMMODITY DESCRIPTION (Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care see Section 2(e) of NMFC item 360) | LTL ONLY NMFC# | LTL ONLY CLASS |
|---|---|---|---|---|---|---|
| 14 | PLT | 4237 | | MITTENS AND GLOVES | 49910 | 175 |

**CUSTOMER MUST SIGN FOR "CARTONS" NOT SKIDS OR PALLET**

**CARRIER CLOSED**

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ________ per ________"

COD Amount 0.00

Fee Terms: Collect: X Prepaid:
Customer check acceptable:

NOTE Liability for loss or damage in this shipment may be applicable. See 49 U.S.C *14707(c)(1)(A) and (B).

RECEIVED, subject to individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges
Signature ________ Shipper

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

K Mills 12-6-24

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Places

CARRIER SIGNATURE / PICK UP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

Property described above is received in good order, except as noted

[signature]

# Sales Order Pick List

MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/6/2024

Pick List Id 41435

Order: RE00343940

Must Ship Complete

Pulled By

Checked By

Shipped By Km

Prop65 Checked By

BILL TO

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO

TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

839 ctns
4237 lbs
14 Pallets

Shipment # 861584

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343940 | 95604018 | TRK | P17 | 11/26/2024 | 12/2/2024 | 818.000 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/0 | | SFB16K-K-BG-6 | EA | 2,376 | 2,376 | 08-00-00A | 24MW | No | | 396 |
| | | SFB BATMAN - GROW KIT | | | | | | | | |
| 2/0 | | DCW16K-K-BG-6 | EA | 1,440 | 1,440 | 08-00-00A | 24MW | No | | 240 |
| | | DCW WONDERWOMAN - GROW KIT | | | | | | | | |
| 3/0 | | DC16K-K-BG-6 | EA | 222 | 222 | 08-00-00A | 24MW | No | | 37 |
| | | DC GIRLS - GROW KIT | | | | | | | | |
| 4/0 | | SFB411KM2-K-BG-120 | EA | 1,080 | 1,080 | 08-00-00A | 24MW | No | | 9 |
| | | SUPER FRIENDS BATMAN - CULTIVATOR | | | | | | | | |
| 5/0 | | SFB410KM2-K-BG-120 | EA | 1,080 | 1,080 | 08-00-00A | 24MW | No | | 9 |
| | | SUPER FRIENDS BATMAN - TROWEL | | | | | | | | |

# Sales Order Pick List
## MID WEST QUALITY GLOVE, INC

MIDWEST Gloves & Gear

Pick Date 12/6/2024

Pick List Id 41435

Order: RE00343940

Must Ship Complete

Pulled By
Checked By
Shipped By
Prop65 Checked By

BILL TO
BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

SHIP TO
TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343940 | 95604018 | TRK | P17 | 11/26/2024 | 12/2/2024 | 818.000 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/0 | | DCW411K-K-BG-120 | EA | 2,040 | 2,040 | 08-00-00A | 24MW | No | | 17 |
| | | DC WONDER WOMAN - CULTIVATOR | | | | | | | | |
| 7/0 | | DCW410K-K-BG-120 | EA | 2,640 | 2,640 | 08-00-00A | 24MW | No | | 22 |
| | | DC WONDER WOMAN - TROWEL | | | | | | | | |
| 8/0 | | SFB300K-K-BG-144 | EA | 1,296 | 1,296 | 08-00-00A | 24MW | No | | 9 |
| | | BATMAN BUCKET HAT | | | | | | | | |
| 9/0 | | SFB100TK0-T-BG-72 | PA | 216 | 216 | 08-00-00A | 24MW | No | | 3 |
| | | BATMAN GRIPPER | | | | | | | | |
| 10/0 | | WA9300KB-K-BG-144 | EA | 432 | 432 | 08-00-00A | 24MW | No | | 3 |
| | | KIDS BLUE BUCKET HAT | | | | | | | | |
| 11/0 | | DCW300K-K-BG-24 | EA | 24 | 24 | 08-00-00A | 24MW | No | | 1 |
| | | WONDER WOMAN BUCKET HAT | | | | | | | | |

# Sales Order Pick List

## MID WEST QUALITY GLOVE, INC

Pick Date 12/6/2024

**Order: RE00343940**

**Pick List Id 41435**

**Must Ship Complete**

| | |
|---|---|
| Pulled By | |
| Checked By | |
| Shipped By | |
| Prop65 Checked By | |

**BILL TO**

BIG LOTS STORES, LLC DIP#24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651
US

**SHIP TO**

TREMONT DC - #0874
50 RAUSCH CREEK RD
CLOSEOUT DISTRIBUTION LLC
TREMONT PA 17981
US

| Order | PO Number | Ship Via | Terms Code | Order Date | Due Date | Total Carton |
|---|---|---|---|---|---|---|
| RE00343940 | 95604018 | TRK | P17 | 11/26/2024 | 12/2/2024 | 818.000 |

| Line/Rel | Rel Date | Part Number | U/M | Qty Ord | Qty To Pick | Loc | Lot | Prop65 | Picked | Carton |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/0 | | SFB420KM2-K-BG-24 | EA | 2,232 | 2,232 | 08-00-00A | 24MW | No | | 62 |
| | | BATMAN WATERING CAN | | | | | | | | |
| 13/0 | | DCS420K-K-BG-24 | EA | 24 | 24 | 08-00-00A | 24MW | No | | 1 |
| | | DC SUPERGIRL - WATERING CAN | | | | | | | | |
| 14/0 | | DCW420KM2-K-BG-36 | EA | 324 | 324 | 08-00-00A | 24MW | No | | 9 |
| | | WONDER WOMAN WATERING CAN | | | | | | | | |

Order Notes :

DO NOT SHIP BEFORE: 12/02/2024
CANCEL IF NOT SHIPPED BY: 12/06/2024
MUST BE ROUTED BY: 11/27/2024 : SHIP NOTES