IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br> (Jointly Administered) <br><br> **Related Docket No.** |

### ORDER GRANTING MOTION OF MIDWEST QUALITY GLOVES, INC. D/B/A MIDWEST GLOVES & GEAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)

Upon the *Motion of Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. §503(b)(1)(A),* (the "Motion"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the "Court; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Midwest Gloves & Gear shall have and is hereby granted an allowed administrative expense claim against the Debtors for post-petition goods provided in the amount of $127,819.20.

3. The Debtors shall pay Midwest Gloves &Gear within ten days after entry of this Order the sum $127,819.20.

1

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.