IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: January 30, 2025 at 4:00 pm (ET)**<br>**Hearing Date: February 26, 2025 at 10:30 am (ET)** |

**NOTICE OF MOTION OF MIDWEST QUALITY GLOVES, INC. D/B/A MIDWEST GLOVES & GEAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)**

**PLEASE TAKE NOTICE** that on January 16, 2025, Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear ("Midwest"), filed the *Motion of Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. §503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Clerk of the Court on or before **January 30, 2025, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received by the Objection Deadline, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801 on **February 26, 2025 at 10:30 am prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 16, 2025          **GELLERT SEITZ BUSENKELL & BROWN, LLC**

By: /s/ *Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Tel: 302-425-5806
Email: rgellert@gsbblaw.com

*Counsel for Midwest Quality Gloves, Inc.*
*d/b/a Midwest Gloves & Gear*