**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kevin L. Winiarski to represent the Debtors in this action.

Dated: January 16, 2025

    */s/ Sophie Rogers Churchill*
    Sophie Rogers Churchill (No. 6905)
    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
    1201 North Market Street, 16th Floor
    Wilmington, DE 19801
    Telephone: (302) 658-9200
    Email: srchurchill@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 16, 2025

    */s/ Kevin Winiarski*
    Kevin L. Winiarski
    **DAVIS POLK & WARDWELL LLP**
    450 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 450-4000
    Email: kevin.winiarski@davispolk.com

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.