# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Request for Production of Documents Directed to Debtors by Highland and Sterling, LLC and Big Holdings 2, LLC were caused to be served on January 15, 2025, upon respective counsel listed below in the manner indicated and by electronic mail.

| **By Overnight Service** | **By Hand Delivery** |
|---|---|
| Brian M. Resnick | Robert J. Dehney, Sr. |
| Adam L. Shpeen | Andrew R. Remming |
| DAVIS POLK & WARDWELL LLP | Daniel B. Butz |
| 450 Lexington Avenue | Tamara K. Mann |
| New York, NY 10017 | Casey B. Sawyer |
| brian.resnick@davispolk.com | MORRIS, NICHOLAS, ARSHT |
| adam.shpeen@davispolk.com | & TUNNELL LLP |
| | 1201 N. Market St., 16th Floor |
| | Wilmington, DE 19801 |
| | rdehney@morrisnichols.com |
| | aremming@morrisnichols.com |
| | tmann@morrisnichols.com |
| | csawyer@morrisnichols.com |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated:  January 16, 2025<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          vesperm@ballardspahr.com<br><br>*Counsel for Landlord* |