**CERTIFICATE OF SERVICE**

      Leslie C. Heilman certifies that on January 16, 2025, the foregoing Notice of Service was served upon all parties receiving notice in this matter through the Court's CM/ECF filing system.

                                                                 */s/ Leslie C. Heilman*
                                                                 Leslie C. Heilman (DE No. 4716)
                                                                 BALLARD SPAHR LLP