## **Exhibit A**

| No. | D.I. No. | Motion |
|---|---|---|
| 1. | 588 | Cicero 8148 LLC's Motion to Compel Immediate Rejection of Lease, Payment of Postpetition Rent, Allowance and Payment of Administrative Claims, and Related Relief |
| 2. | 1404 | Motion to Compel Immediate Payment of Stub Rent |
| 3. | 1406 | Motion of ECOL Partnership, LLC for Allowance and Payment of Administrative Expense Claim |
| 4. | 1436 | Motion of Ogden Plaza LLC to Compel Immediate Payment of Sub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) |
| 5. | 1451 | Motion of BDPM Group, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) |
| 6. | 1452 | Hello Sofa, LLC's Motion for Allowance and Payment of Administrative Claim |
| 7. | 1453 | American Furniture's Motion for Allowance and Payments of Administrative Claims |
| 8. | 1487 | Motion of Attleboro Crossing Associates, LLC for Allowance and Payment of Administrative Expense Claim |
| 9. | 1491 | JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. § 503(b)(1)(A) |
| 10. | [RESERVED] | |
| 11. | 1508 | Topmost Design Co., Ltd.'s Motion for Allowance and Payment of Administrative Claim |
| 12. | 1566 | Motion of Shops at Hartsville DE, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) |
| 13. | 1572 | Motion of Zuru LLC for Allowance and Payment of Administrative Expense Claims |
| 14. | 1581 | Application of Kapoor Industries Limited for an Order Compelling Payment of Administrative Expense |
| 15. | 1583 | Parfums de Coeur's Motion for Allowance and Payment of Administrative Claim |
| 16. | 1584 | Creditor Giftree Crafts Company Limited's Motion for an Order (I) Allowing and Compelling Immediate Payments of Its Administrative Expense Claims and Prepetition Claims; and (II) for Other Request Relief |
| 17. | 1586 | All Courtesy International LTD's Motion for Allowance and Payment of Administrative Claim |
| 18. | 1594 | Motion of Kentex Corporation for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief |

| 19. | 1604 | Pem-America, Inc. and Pem-America (H.K.) Company Limited's Motion for Allowance and Payment of Administrative Claims |
|---|---|---|
| 20. | 1608 | All State Brokerage, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim |
| 21. | 1609 | Motion of Mattress Development Company of Delaware LLC for Allowance and Payment of Administrative Expense Claims |
| 22. | 1610 | The Athens, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 23. | 1611 | The Circleville, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 24. | 1612 | The Delaware, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 25. | 1613 | The Fifth/Grand Ohio Landlord's Motion to Compel Immediate Payment Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 26. | 1615 | The Grove City, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 27. | 1617 | The Lancaster, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 28. | 1619 | The Marietta, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) |
| 29. | 1622 | Motion of Wallace Properties – Kennewick, LLC for Allowance and Payment of Administrative Expense Claim |
| 30. | 1623 | Motion of WRP Gateway, LLC for Allowance and Payment of Administrative Expense Claim |
| 31. | 1624 | Arrive Logistics' Motion for Allowance and Payment of Administrative Expense Claim |
| 32. | 1626 | Motion of Jordan Manufacturing Company, Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief |
| 33. | 1627 | Motion of Big Mifl2 Owner LLC for an Order (I) Compelling Debtor to Timely Perform Lease Obligations Under 11 U.S.C. § 365(d)(3) and (II) Allowing, and Compelling Payment of Administrative Claim Under 11 U.S.C. § 503(b)(1)(A) |
| 34. | 1628 | Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) |