# EXHIBIT C

**Claimant's Invoices**

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172   Fax:212-268-8189

| DUNS# | Page |
|---|---|
|  | 1 of 2 |

| INV# | Date |
|---|---|
| 700841 | 12/13/2024 |
| **Pick Ticket** | 9331 |

## INVOICE

| SOLD TO |
|---|
| **BIG LOTS** |
| ACCOUNTS PAYABLE |
| 4900 DUBLIN -GRANVILLE RD |
| COLUMBUS OH 43081 |

| SHIP TO |
|---|
| **MONTGOMERY DC - #0870** |
| CSC DISTRIBUTION, LLC |
| 2855 SELMA HWY |
| MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/16/2024 | 9394 | 800 | 13752 | 13732.56 |  |  |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694664 | 0870 | 52260 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 |  | AV LIMITLESS | 600 | $1.75 | 0.00 | $1,050.00 |
| AVTB8192-020 |  | AV LIMITLESS | 288 | $1.75 | 0.00 | $504.00 |
| AVTB8192-204 |  | AV LIMITLESS | 216 | $1.75 | 0.00 | $378.00 |
| AVTB8192-308 |  | AV LIMITLESS | 408 | $1.75 | 0.00 | $714.00 |
| AVTB8192-401 |  | AV LIMITLESS | 600 | $1.75 | 0.00 | $1,050.00 |
| C4305 |  | 12 CAN COOLE | 648 | $3.00 | 0.00 | $1,944.00 |
| C4309-900 |  | 6 CAN COOLER | 552 | $2.00 | 0.00 | $1,104.00 |
| C4310-900 |  | 12 CAN COOLE | 384 | $3.50 | 0.00 | $1,344.00 |
| C4312-400 |  | 10 CAN COOLE | 384 | $3.50 | 0.00 | $1,344.00 |
| C4319-001 |  | TOP ZIP NEOP | 516 | $5.50 | 0.00 | $2,838.00 |
| C4319-021 |  | TOP ZIP NEOP | 600 | $5.50 | 0.00 | $3,300.00 |
| C4322-001 |  | CUT OUT HAND | 192 | $4.55 | 0.00 | $873.60 |
| C4322-021 |  | CUT OUT HAND | 360 | $4.55 | 0.00 | $1,638.00 |
| C4362-020 |  | 12 CAN COOLE | 816 | $3.50 | 0.00 | $2,856.00 |
| C4364-001 |  | 12 CAN EVERY | 144 | $4.55 | 0.00 | $655.20 |
| C4364-020 |  | 12 CAN EVERY | 780 | $4.55 | 0.00 | $3,549.00 |
| C4365-021 |  | 12 CAN CHILL | 456 | $4.55 | 0.00 | $2,074.80 |
| C4365-204 |  | 12 CAN CHILL | 288 | $4.55 | 0.00 | $1,310.40 |
| C4365-303 |  | 12 CAN CHILL | 432 | $4.55 | 0.00 | $1,965.60 |
| C4366-021 |  | HIGH- PERFOR | 336 | $4.55 | 0.00 | $1,528.80 |
| C4366-204 |  | HIGH- PERFOR | 216 | $4.55 | 0.00 | $982.80 |
| C4366-303 |  | HIGH- PERFOR | 432 | $4.55 | 0.00 | $1,965.60 |
| C6438-020 |  | 24 CAN COOLE | 1,104 | $4.50 | 0.00 | $4,968.00 |
| C6438-303 |  | 24 CAN COOLE | 336 | $4.55 | 0.00 | $1,528.80 |
| C6438-400 |  | 24 CAN COOLE | 336 | $4.55 | 0.00 | $1,528.80 |
| C6932-001 |  | 48 CAN COOLE | 360 | $5.50 | 0.00 | $1,980.00 |
| C6932-401 |  | 48 CAN COOLE | 360 | $5.50 | 0.00 | $1,980.00 |
| C6933-412 |  | 40 CAN COOLE | 288 | $5.25 | 0.00 | $1,512.00 |
| C7104-401 |  | 30 CAN BACKP | 336 | $5.25 | 0.00 | $1,764.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | NEXT PAGE |
| Freight | NEXT PAGE |
| Total Amt | NEXT PAGE |
| Amount Paid | NEXT PAGE |
| Balance Due | NEXT PAGE |

**Invoice Instruction**

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
|  | 2 of 2 |

| INV# | Date |
|---|---|
| 700841 | 12/13/2024 |
| **Pick Ticket** | 9331 |

| SOLD TO | | SHIP TO |
|---|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **INVOICE** | **MONTGOMERY DC - #0870**<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/16/2024 | 9394 | 800 | 13752 | 13732.56 |  |  |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694664 | 0870 | 52260 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-610 |  | 30 CAN BACKP | 120 | $5.25 | 0.00 | $630.00 |
| CP4334-WAVES |  | 20 CAN COOLE | 216 | $5.25 | 0.00 | $1,134.00 |
| CP4356-900 |  | QUILTED NYLO | 168 | $1.40 | 0.00 | $235.20 |
| CP4357-900 |  | QUILTED NYLO | 168 | $1.40 | 0.00 | $235.20 |
| CP6523-401 |  | TOP ZIP TOTE | 192 | $5.25 | 0.00 | $1,008.00 |
| CPW6955-401 |  | 40 CAN ON WH | 120 | $7.00 | 0.00 | $840.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | $ 54,313.80 |
| Freight | $ 0.00 |
| Total Amt | $ 54,313.80 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 54,313.80 |

**Invoice Instruction**

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172   Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700747 | 11/20/2024 |
| **Pick Ticket** | 8784 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **TREMONT DC - #0874**<br>CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT PA 179811734 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/02/2024 | 9017 | 867 | 10404 | 1387.2 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095670164 | 0874 | 52069 | 114 | NET 30 ROG | CH ROBINSON |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| HW5008 | | SOFT ICE PAC | 828 | $1.40 | 0.00 | $1,159.20 |
| HW5009 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |
| HW5010 | | SOFT ICE PAC | 828 | $1.40 | 0.00 | $1,159.20 |
| HW5011 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |
| HW5012 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |
| HW5013 | | SOFT ICE PAC | 828 | $1.40 | 0.00 | $1,159.20 |
| HW5014 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |
| HW5015 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |
| HW5016 | | SOFT ICE PAC | 828 | $1.40 | 0.00 | $1,159.20 |
| HW5017 | | SOFT ICE PAC | 828 | $1.40 | 0.00 | $1,159.20 |
| HW5018 | | SOFT ICE PAC | 1,044 | $1.40 | 0.00 | $1,461.60 |

**Tracking # :**

| Invoice Message | |
|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | |

| | |
|---|---|
| Sub Total | $ 14,565.60 |
| Freight | $ 0.00 |
| Total Amt | $ 14,565.60 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 14,565.60 |

**Invoice Instruction**
DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700752 | 11/22/2024 |
| Pick Ticket | 8783 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **MONTGOMERY DC - #0870**<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/02/2024 | 9016 | 900 | 10800 | 16760.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095670163 | 0870 | 52068 | 114 | NET 30 ROG | CH ROBINSON |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| HW5008 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5009 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |
| HW5010 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5011 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |
| HW5012 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |
| HW5013 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5014 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |
| HW5015 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |
| HW5016 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5017 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5018 | | SOFT ICE PAC | 1,080 | $1.40 | 0.00 | $1,512.00 |

**Tracking # :**

| Invoice Message |
|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 |

| | |
|---|---|
| Sub Total | $ 15,120.00 |
| Freight | $ 0.00 |
| Total Amt | $ 15,120.00 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 15,120.00 |

| Invoice Instruction |
|---|
| DIP# 24-11967 |

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700760 | 11/27/2024 |
| Pick Ticket | 8785 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **DURANT DC - #0879**<br>DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT OK 747011964 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/29/2024 | 9018 | 717 | 8604 | 1147.2 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095670165 | 0879 | 51930 | 114 | NET 30 ROG | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| HW5008 | | SOFT ICE PAC | 684 | $1.40 | 0.00 | $957.60 |
| HW5009 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5010 | | SOFT ICE PAC | 684 | $1.40 | 0.00 | $957.60 |
| HW5011 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5012 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5013 | | SOFT ICE PAC | 684 | $1.40 | 0.00 | $957.60 |
| HW5014 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5015 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |
| HW5016 | | SOFT ICE PAC | 684 | $1.40 | 0.00 | $957.60 |
| HW5017 | | SOFT ICE PAC | 684 | $1.40 | 0.00 | $957.60 |
| HW5018 | | SOFT ICE PAC | 864 | $1.40 | 0.00 | $1,209.60 |

**Tracking # :**

| Invoice Message | |
|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | |

| | |
|---|---|
| Sub Total | $ 12,045.60 |
| Freight | $ 0.00 |
| Total Amt | $ 12,045.60 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 12,045.60 |

**Invoice Instruction**
DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 2 |

| INV# | Date |
|---|---|
| 700761 | 11/27/2024 |
| Pick Ticket | 8780 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| BIG LOTS<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | MONTGOMERY DC - #0870<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/25/2024 | 9013 | 1,345 | 24084 | 1382.65 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671297 | 0870 | 51935 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 | | AV LIMITLESS | 900 | $1.75 | 0.00 | $1,575.00 |
| AVTB8192-020 | | AV LIMITLESS | 420 | $1.75 | 0.00 | $735.00 |
| AVTB8192-204 | | AV LIMITLESS | 336 | $1.75 | 0.00 | $588.00 |
| AVTB8192-308 | | AV LIMITLESS | 600 | $1.75 | 0.00 | $1,050.00 |
| AVTB8192-401 | | AV LIMITLESS | 912 | $1.75 | 0.00 | $1,596.00 |
| C4305 | | 12 CAN COOLE | 960 | $3.00 | 0.00 | $2,880.00 |
| C4309-900 | | 6 CAN COOLER | 816 | $2.00 | 0.00 | $1,632.00 |
| C4310-900 | | 12 CAN COOLE | 576 | $3.50 | 0.00 | $2,016.00 |
| C4312-400 | | 10 CAN COOLE | 576 | $3.50 | 0.00 | $2,016.00 |
| C4319-001 | | TOP ZIP NEOP | 780 | $5.50 | 0.00 | $4,290.00 |
| C4319-021 | | TOP ZIP NEOP | 912 | $5.50 | 0.00 | $5,016.00 |
| C4322-001 | | CUT OUT HAND | 288 | $4.55 | 0.00 | $1,310.40 |
| C4322-021 | | CUT OUT HAND | 552 | $4.55 | 0.00 | $2,511.60 |
| C4362-020 | | 12 CAN COOLE | 1,224 | $3.50 | 0.00 | $4,284.00 |
| C4364-001 | | 12 CAN EVERY | 216 | $4.55 | 0.00 | $982.80 |
| C4364-020 | | 12 CAN EVERY | 1,164 | $4.55 | 0.00 | $5,296.20 |
| C4365-021 | | 12 CAN CHILL | 696 | $4.55 | 0.00 | $3,166.80 |
| C4365-204 | | 12 CAN CHILL | 432 | $4.55 | 0.00 | $1,965.60 |
| C4365-303 | | 12 CAN CHILL | 648 | $4.55 | 0.00 | $2,948.40 |
| C4366-021 | | HIGH- PERFOR | 528 | $4.55 | 0.00 | $2,402.40 |
| C4366-204 | | HIGH- PERFOR | 528 | $4.55 | 0.00 | $2,402.40 |
| C4366-303 | | HIGH- PERFOR | 648 | $4.55 | 0.00 | $2,948.40 |
| C6438-020 | | 24 CAN COOLE | 1,680 | $4.50 | 0.00 | $7,560.00 |
| C6438-303 | | 24 CAN COOLE | 528 | $4.55 | 0.00 | $2,402.40 |
| C6438-400 | | 24 CAN COOLE | 504 | $4.55 | 0.00 | $2,293.20 |
| C6932-001 | | 48 CAN COOLE | 552 | $5.50 | 0.00 | $3,036.00 |
| C6932-401 | | 48 CAN COOLE | 552 | $5.50 | 0.00 | $3,036.00 |
| C6933-021 | | 40 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| C6933-412 | | 40 CAN COOLE | 456 | $5.25 | 0.00 | $2,394.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | NEXT PAGE |
| Freight | NEXT PAGE |
| Total Amt | NEXT PAGE |
| Amount Paid | NEXT PAGE |
| Balance Due | NEXT PAGE |

**Invoice Message**

Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33

**Invoice Instruction**

DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 2 of 2 |

| INV# | Date |
|---|---|
| 700761 | 11/27/2024 |
| Pick Ticket | 8780 |

## INVOICE

| SOLD TO |
|---|
| **BIG LOTS** |
| ACCOUNTS PAYABLE |
| 4900 DUBLIN -GRANVILLE RD |
| COLUMBUS OH 43081 |

| SHIP TO |
|---|
| **MONTGOMERY DC - #0870** |
| CSC DISTRIBUTION, LLC |
| 2855 SELMA HWY |
| MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/25/2024 | 9013 | 1,345 | 24084 | 1382.65 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671297 | 0870 | 51935 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-401 | | 30 CAN BACKP | 504 | $5.25 | 0.00 | $2,646.00 |
| C7104-610 | | 30 CAN BACKP | 192 | $5.25 | 0.00 | $1,008.00 |
| C7114-305 | | 24 CAN BACKP | 1,176 | $5.25 | 0.00 | $6,174.00 |
| C7114-401 | | 24 CAN BACKP | 1,296 | $5.25 | 0.00 | $6,804.00 |
| CP4334-PALMS | | 20 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| CP4334-WAVES | | 20 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| CP4356-900 | | QUILTED NYLO | 264 | $1.40 | 0.00 | $369.60 |
| CP4357-900 | | QUILTED NYLO | 264 | $1.40 | 0.00 | $369.60 |
| CP6523-401 | | TOP ZIP TOTE | 288 | $5.25 | 0.00 | $1,512.00 |
| CPW6955-401 | | 40 CAN ON WH | 180 | $7.00 | 0.00 | $1,260.00 |

**Tracking # :**

| Invoice Message | | |
|---|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | Sub Total | $ 99,391.80 |
| | Freight | $ 0.00 |
| | Total Amt | $ 99,391.80 |
| | Amount Paid | $ 0.00 |
| | Balance Due | $ 99,391.80 |

**Invoice Instruction**
DIP# 24-11967

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 2 |

| INV# | Date |
|---|---|
| 700762 | 11/27/2024 |
| Pick Ticket | 8781 |

## INVOICE

| SOLD TO |
|---|
| BIG LOTS |
| ACCOUNTS PAYABLE |
| 4900 DUBLIN -GRANVILLE RD |
| COLUMBUS OH 43081 |

| SHIP TO |
|---|
| TREMONT DC - #0874 |
| CLOSEOUT DISTRIBUTION, LLC |
| 50 RAUSCH CREEK RD |
| TREMONT PA 179811734 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/25/2024 | 9014 | 1,301 | 23298 | 1336.36 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671298 | 0874 | 51936 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 | | AV LIMITLESS | 876 | $1.75 | 0.00 | $1,533.00 |
| AVTB8192-020 | | AV LIMITLESS | 408 | $1.75 | 0.00 | $714.00 |
| AVTB8192-204 | | AV LIMITLESS | 324 | $1.75 | 0.00 | $567.00 |
| AVTB8192-308 | | AV LIMITLESS | 588 | $1.75 | 0.00 | $1,029.00 |
| AVTB8192-401 | | AV LIMITLESS | 876 | $1.75 | 0.00 | $1,533.00 |
| C4305 | | 12 CAN COOLE | 936 | $3.00 | 0.00 | $2,808.00 |
| C4309-900 | | 6 CAN COOLER | 792 | $2.00 | 0.00 | $1,584.00 |
| C4310-900 | | 12 CAN COOLE | 552 | $3.50 | 0.00 | $1,932.00 |
| C4312-400 | | 10 CAN COOLE | 564 | $3.50 | 0.00 | $1,974.00 |
| C4319-001 | | TOP ZIP NEOP | 756 | $5.50 | 0.00 | $4,158.00 |
| C4319-021 | | TOP ZIP NEOP | 876 | $5.50 | 0.00 | $4,818.00 |
| C4322-001 | | CUT OUT HAND | 276 | $4.55 | 0.00 | $1,255.80 |
| C4322-021 | | CUT OUT HAND | 528 | $4.55 | 0.00 | $2,402.40 |
| C4362-020 | | 12 CAN COOLE | 1,176 | $3.50 | 0.00 | $4,116.00 |
| C4364-001 | | 12 CAN EVERY | 204 | $4.55 | 0.00 | $928.20 |
| C4364-020 | | 12 CAN EVERY | 1,128 | $4.55 | 0.00 | $5,132.40 |
| C4365-021 | | 12 CAN CHILL | 672 | $4.55 | 0.00 | $3,057.60 |
| C4365-204 | | 12 CAN CHILL | 432 | $4.55 | 0.00 | $1,965.60 |
| C4365-303 | | 12 CAN CHILL | 624 | $4.55 | 0.00 | $2,839.20 |
| C4366-021 | | HIGH- PERFOR | 504 | $4.55 | 0.00 | $2,293.20 |
| C4366-204 | | HIGH- PERFOR | 504 | $4.55 | 0.00 | $2,293.20 |
| C4366-303 | | HIGH- PERFOR | 624 | $4.55 | 0.00 | $2,839.20 |
| C6438-020 | | 24 CAN COOLE | 1,632 | $4.50 | 0.00 | $7,344.00 |
| C6438-303 | | 24 CAN COOLE | 504 | $4.55 | 0.00 | $2,293.20 |
| C6438-400 | | 24 CAN COOLE | 480 | $4.55 | 0.00 | $2,184.00 |
| C6932-001 | | 48 CAN COOLE | 528 | $5.50 | 0.00 | $2,904.00 |
| C6932-401 | | 48 CAN COOLE | 528 | $5.50 | 0.00 | $2,904.00 |
| C6933-021 | | 40 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| C6933-412 | | 40 CAN COOLE | 432 | $5.25 | 0.00 | $2,268.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | NEXT PAGE |
| Freight | NEXT PAGE |
| Total Amt | NEXT PAGE |
| Amount Paid | NEXT PAGE |
| Balance Due | NEXT PAGE |

**Invoice Message**

Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33

**Invoice Instruction**

DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 2 of 2 |

| INV# | Date |
|---|---|
| 700762 | 11/27/2024 |
| Pick Ticket | 8781 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **TREMONT DC - #0874**<br>CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT PA 179811734 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/25/2024 | 9014 | 1,301 | 23298 | 1336.36 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671298 | 0874 | 51936 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-401 | | 30 CAN BACKP | 480 | $5.25 | 0.00 | $2,520.00 |
| C7104-610 | | 30 CAN BACKP | 192 | $5.25 | 0.00 | $1,008.00 |
| C7114-305 | | 24 CAN BACKP | 1,128 | $5.25 | 0.00 | $5,922.00 |
| C7114-401 | | 24 CAN BACKP | 1,272 | $5.25 | 0.00 | $6,678.00 |
| CP4334-PALMS | | 20 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| CP4334-WAVES | | 20 CAN COOLE | 312 | $5.25 | 0.00 | $1,638.00 |
| CP4356-900 | | QUILTED NYLO | 264 | $1.40 | 0.00 | $369.60 |
| CP4357-900 | | QUILTED NYLO | 264 | $1.40 | 0.00 | $369.60 |
| CP6523-401 | | TOP ZIP TOTE | 264 | $5.25 | 0.00 | $1,386.00 |
| CPW6955-401 | | 40 CAN ON WH | 174 | $7.00 | 0.00 | $1,218.00 |

**Tracking # :**

| Invoice Message | |
|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | |

| | |
|---|---|
| Sub Total | $ 96,055.20 |
| Freight | $ 0.00 |
| Total Amt | $ 96,055.20 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 96,055.20 |

| Invoice Instruction |
|---|
| DIP# 24-11967 |

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

**Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240**
**New York NY 10001**
TEL:212-268-8172   Fax:212-268-8189

| DUNS# | Page |
|---|---|
|  | 1 of 2 |

| INV# | Date |
|---|---|
| 700763 | 11/27/2024 |
| Pick Ticket | 8782 |

## INVOICE

| SOLD TO |
|---|
| **BIG LOTS** |
| ACCOUNTS PAYABLE |
| 4900 DUBLIN -GRANVILLE RD |
| COLUMBUS OH 43081 |

| SHIP TO |
|---|
| **DURANT DC - #0879** |
| DURANT DC, LLC |
| 2306 ENTERPRISE DR |
| DURANT OK 747011964 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/29/2024 | 9015 | 1,050 | 18716 | 18884.6 |  |  |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671299 | 0879 | 51940 | 114 | NET 30 DAYS | RXO |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 |  | AV LIMITLESS | 720 | $1.75 | 0.00 | $1,260.00 |
| AVTB8192-020 |  | AV LIMITLESS | 336 | $1.75 | 0.00 | $588.00 |
| AVTB8192-204 |  | AV LIMITLESS | 252 | $1.75 | 0.00 | $441.00 |
| AVTB8192-308 |  | AV LIMITLESS | 480 | $1.75 | 0.00 | $840.00 |
| AVTB8192-401 |  | AV LIMITLESS | 720 | $1.75 | 0.00 | $1,260.00 |
| C4305 |  | 12 CAN COOLE | 768 | $3.00 | 0.00 | $2,304.00 |
| C4309-900 |  | 6 CAN COOLER | 624 | $2.00 | 0.00 | $1,248.00 |
| C4310-900 |  | 12 CAN COOLE | 456 | $3.50 | 0.00 | $1,596.00 |
| C4312-400 |  | 10 CAN COOLE | 468 | $3.50 | 0.00 | $1,638.00 |
| C4319-001 |  | TOP ZIP NEOP | 612 | $5.50 | 0.00 | $3,366.00 |
| C4319-021 |  | TOP ZIP NEOP | 720 | $5.50 | 0.00 | $3,960.00 |
| C4322-001 |  | CUT OUT HAND | 216 | $4.55 | 0.00 | $982.80 |
| C4322-021 |  | CUT OUT HAND | 432 | $4.55 | 0.00 | $1,965.60 |
| C4362-020 |  | 12 CAN COOLE | 960 | $3.50 | 0.00 | $3,360.00 |
| C4364-001 |  | 12 CAN EVERY | 168 | $4.55 | 0.00 | $764.40 |
| C4364-020 |  | 12 CAN EVERY | 936 | $4.55 | 0.00 | $4,258.80 |
| C4365-021 |  | 12 CAN CHILL | 552 | $4.55 | 0.00 | $2,511.60 |
| C4365-204 |  | 12 CAN CHILL | 360 | $4.55 | 0.00 | $1,638.00 |
| C4365-303 |  | 12 CAN CHILL | 504 | $4.55 | 0.00 | $2,293.20 |
| C4366-021 |  | HIGH- PERFOR | 408 | $4.55 | 0.00 | $1,856.40 |
| C4366-204 |  | HIGH- PERFOR | 408 | $4.55 | 0.00 | $1,856.40 |
| C4366-303 |  | HIGH- PERFOR | 504 | $4.55 | 0.00 | $2,293.20 |
| C6438-020 |  | 24 CAN COOLE | 1,320 | $4.50 | 0.00 | $5,940.00 |
| C6438-303 |  | 24 CAN COOLE | 384 | $4.55 | 0.00 | $1,747.20 |
| C6438-400 |  | 24 CAN COOLE | 384 | $4.55 | 0.00 | $1,747.20 |
| C6932-001 |  | 48 CAN COOLE | 432 | $5.50 | 0.00 | $2,376.00 |
| C6932-401 |  | 48 CAN COOLE | 432 | $5.50 | 0.00 | $2,376.00 |
| C6933-021 |  | 40 CAN COOLE | 240 | $5.25 | 0.00 | $1,260.00 |
| C6933-412 |  | 40 CAN COOLE | 360 | $5.25 | 0.00 | $1,890.00 |

**Tracking # :**

| Sub Total | NEXT PAGE |
|---|---|
| Freight | NEXT PAGE |
| Total Amt | NEXT PAGE |
| Amount Paid | NEXT PAGE |
| Balance Due | NEXT PAGE |

**Invoice Instruction**
DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

**Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240**
**New York NY 10001**
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
|  | 2 of 2 |

| INV# | Date |
|---|---|
| 700763 | 11/27/2024 |
| **Pick Ticket** | 8782 |

| SOLD TO | | SHIP TO |
|---|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **INVOICE** | **DURANT DC - #0879**<br>DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT OK 747011964 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/29/2024 | 9015 | 1,050 | 18716 | 18884.6 |  |  |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095671299 | 0879 | 51940 | 114 | NET 30 DAYS | RXO |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-401 |  | 30 CAN BACKP | 408 | $5.25 | 0.00 | $2,142.00 |
| C7104-610 |  | 30 CAN BACKP | 144 | $5.25 | 0.00 | $756.00 |
| C7114-305 |  | 24 CAN BACKP | 936 | $5.25 | 0.00 | $4,914.00 |
| C7114-401 |  | 24 CAN BACKP | 1,032 | $5.25 | 0.00 | $5,418.00 |
| CP4334-PALMS |  | 20 CAN COOLE | 56 | $5.25 | 0.00 | $294.00 |
| CP4334-WAVES |  | 20 CAN COOLE | 264 | $5.25 | 0.00 | $1,386.00 |
| CP4356-900 |  | QUILTED NYLO | 192 | $1.40 | 0.00 | $268.80 |
| CP4357-900 |  | QUILTED NYLO | 192 | $1.40 | 0.00 | $268.80 |
| CP6523-401 |  | TOP ZIP TOTE | 192 | $5.25 | 0.00 | $1,008.00 |
| CPW6955-401 |  | 40 CAN ON WH | 144 | $7.00 | 0.00 | $1,008.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | $ 77,081.40 |
| Freight | $ 0.00 |
| Total Amt | $ 77,081.40 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 77,081.40 |

**Invoice Instruction**
DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 2 |

| INV# | Date |
|---|---|
| 700842 | 12/13/2024 |
| **Pick Ticket** | 9332 |

| SOLD TO | | SHIP TO |
|---|---|---|
| BIG LOTS<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **INVOICE** | **TREMONT DC - #0874**<br>CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT PA 179811734 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/16/2024 | 9395 | 867 | 13590 | 15670.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694665 | 0874 | 52261 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 | | AV LIMITLESS | 588 | $1.75 | 0.00 | $1,029.00 |
| AVTB8192-020 | | AV LIMITLESS | 276 | $1.75 | 0.00 | $483.00 |
| AVTB8192-204 | | AV LIMITLESS | 216 | $1.75 | 0.00 | $378.00 |
| AVTB8192-308 | | AV LIMITLESS | 396 | $1.75 | 0.00 | $693.00 |
| AVTB8192-401 | | AV LIMITLESS | 588 | $1.75 | 0.00 | $1,029.00 |
| C4305 | | 12 CAN COOLE | 624 | $3.00 | 0.00 | $1,872.00 |
| C4309-900 | | 6 CAN COOLER | 528 | $2.00 | 0.00 | $1,056.00 |
| C4310-900 | | 12 CAN COOLE | 360 | $3.50 | 0.00 | $1,260.00 |
| C4312-400 | | 10 CAN COOLE | 372 | $3.50 | 0.00 | $1,302.00 |
| C4319-001 | | TOP ZIP NEOP | 504 | $5.50 | 0.00 | $2,772.00 |
| C4319-021 | | TOP ZIP NEOP | 588 | $5.50 | 0.00 | $3,234.00 |
| C4322-001 | | CUT OUT HAND | 180 | $4.55 | 0.00 | $819.00 |
| C4322-021 | | CUT OUT HAND | 348 | $4.55 | 0.00 | $1,583.40 |
| C4362-020 | | 12 CAN COOLE | 792 | $3.50 | 0.00 | $2,772.00 |
| C4364-001 | | 12 CAN EVERY | 144 | $4.55 | 0.00 | $655.20 |
| C4364-020 | | 12 CAN EVERY | 756 | $4.55 | 0.00 | $3,439.80 |
| C4365-021 | | 12 CAN CHILL | 456 | $4.55 | 0.00 | $2,074.80 |
| C4365-204 | | 12 CAN CHILL | 288 | $4.55 | 0.00 | $1,310.40 |
| C4365-303 | | 12 CAN CHILL | 432 | $4.55 | 0.00 | $1,965.60 |
| C4366-021 | | HIGH- PERFOR | 336 | $4.55 | 0.00 | $1,528.80 |
| C4366-204 | | HIGH- PERFOR | 336 | $4.55 | 0.00 | $1,528.80 |
| C4366-303 | | HIGH- PERFOR | 432 | $4.55 | 0.00 | $1,965.60 |
| C6438-020 | | 24 CAN COOLE | 1,080 | $4.50 | 0.00 | $4,860.00 |
| C6438-303 | | 24 CAN COOLE | 336 | $4.55 | 0.00 | $1,528.80 |
| C6438-400 | | 24 CAN COOLE | 336 | $4.55 | 0.00 | $1,528.80 |
| C6932-001 | | 48 CAN COOLE | 360 | $5.50 | 0.00 | $1,980.00 |
| C6932-401 | | 48 CAN COOLE | 360 | $5.50 | 0.00 | $1,980.00 |
| C6933-412 | | 40 CAN COOLE | 288 | $5.25 | 0.00 | $1,512.00 |
| C7104-401 | | 30 CAN BACKP | 312 | $5.25 | 0.00 | $1,638.00 |

**Tracking # :**

| | |
|---|---|
| **Invoice Message**<br>Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | Sub Total: NEXT PAGE<br>Freight: NEXT PAGE<br>Total Amt: NEXT PAGE<br>Amount Paid: NEXT PAGE<br>Balance Due: NEXT PAGE |

**Invoice Instruction**

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 2 of 2 |

| INV# | Date |
|---|---|
| 700842 | 12/13/2024 |

| Pick Ticket | 9332 |
|---|---|

## INVOICE

**SOLD TO**
BIG LOTS
ACCOUNTS PAYABLE
4900 DUBLIN -GRANVILLE RD
COLUMBUS OH 43081

**SHIP TO**
TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 179811734

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/16/2024 | 9395 | 867 | 13590 | 15670.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694665 | 0874 | 52261 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-610 | | 30 CAN BACKP | 120 | $5.25 | 0.00 | $630.00 |
| CP4334-WAVES | | 20 CAN COOLE | 216 | $5.25 | 0.00 | $1,134.00 |
| CP4356-900 | | QUILTED NYLO | 168 | $1.40 | 0.00 | $235.20 |
| CP4357-900 | | QUILTED NYLO | 168 | $1.40 | 0.00 | $235.20 |
| CP6523-401 | | TOP ZIP TOTE | 192 | $5.25 | 0.00 | $1,008.00 |
| CPW6955-401 | | 40 CAN ON WH | 114 | $7.00 | 0.00 | $798.00 |

**Tracking # :**

**Invoice Message**
Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33

| | |
|---|---|
| Sub Total | $ 53,819.40 |
| Freight | $ 0.00 |
| Total Amt | $ 53,819.40 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 53,819.40 |

**Invoice Instruction**

Powered by Business Data Solutions, LLC - www.bdsus.net

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 2 |

# Rugged Equipment

**Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240**
**New York NY 10001**
TEL:212-268-8172    Fax:212-268-8189

| INV# | Date |
|---|---|
| 700843 | 12/17/2024 |
| **Pick Ticket** | 9591 |

| SOLD TO | | SHIP TO |
|---|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **INVOICE** | **DURANT DC - #0879**<br>DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT OK 747011964 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/20/2024 | 9609 | 644 | 11052 | 11640.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694666 | 0879 | 52262 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| AVTB8192-001 | | AV LIMITLESS | 480 | $1.75 | 0.00 | $840.00 |
| AVTB8192-020 | | AV LIMITLESS | 228 | $1.75 | 0.00 | $399.00 |
| AVTB8192-204 | | AV LIMITLESS | 180 | $1.75 | 0.00 | $315.00 |
| AVTB8192-308 | | AV LIMITLESS | 324 | $1.75 | 0.00 | $567.00 |
| AVTB8192-401 | | AV LIMITLESS | 492 | $1.75 | 0.00 | $861.00 |
| C4305 | | 12 CAN COOLE | 528 | $3.00 | 0.00 | $1,584.00 |
| C4309-900 | | 6 CAN COOLER | 432 | $2.00 | 0.00 | $864.00 |
| C4310-900 | | 12 CAN COOLE | 312 | $3.50 | 0.00 | $1,092.00 |
| C4312-400 | | 10 CAN COOLE | 312 | $3.50 | 0.00 | $1,092.00 |
| C4319-001 | | TOP ZIP NEOP | 420 | $5.50 | 0.00 | $2,310.00 |
| C4319-021 | | TOP ZIP NEOP | 492 | $5.50 | 0.00 | $2,706.00 |
| C4322-001 | | CUT OUT HAND | 156 | $4.55 | 0.00 | $709.80 |
| C4322-021 | | CUT OUT HAND | 288 | $4.55 | 0.00 | $1,310.40 |
| C4362-020 | | 12 CAN COOLE | 624 | $3.50 | 0.00 | $2,184.00 |
| C4364-001 | | 12 CAN EVERY | 120 | $4.55 | 0.00 | $546.00 |
| C4364-020 | | 12 CAN EVERY | 624 | $4.55 | 0.00 | $2,839.20 |
| C4365-021 | | 12 CAN CHILL | 360 | $4.55 | 0.00 | $1,638.00 |
| C4365-204 | | 12 CAN CHILL | 240 | $4.55 | 0.00 | $1,092.00 |
| C4365-303 | | 12 CAN CHILL | 360 | $4.55 | 0.00 | $1,638.00 |
| C4366-021 | | HIGH- PERFOR | 264 | $4.55 | 0.00 | $1,201.20 |
| C4366-204 | | HIGH- PERFOR | 288 | $4.55 | 0.00 | $1,310.40 |
| C4366-303 | | HIGH- PERFOR | 360 | $4.55 | 0.00 | $1,638.00 |
| C6438-020 | | 24 CAN COOLE | 888 | $4.50 | 0.00 | $3,996.00 |
| C6438-303 | | 24 CAN COOLE | 288 | $4.55 | 0.00 | $1,310.40 |
| C6438-400 | | 24 CAN COOLE | 264 | $4.55 | 0.00 | $1,201.20 |
| C6932-001 | | 48 CAN COOLE | 288 | $5.50 | 0.00 | $1,584.00 |
| C6932-401 | | 48 CAN COOLE | 288 | $5.50 | 0.00 | $1,584.00 |
| C6933-412 | | 40 CAN COOLE | 240 | $5.25 | 0.00 | $1,260.00 |
| C7104-401 | | 30 CAN BACKP | 264 | $5.25 | 0.00 | $1,386.00 |

**Tracking # :**

| | |
|---|---|
| **Invoice Message**<br>Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | **Sub Total** NEXT PAGE<br>**Freight** NEXT PAGE<br>**Total Amt** NEXT PAGE<br>**Amount Paid** NEXT PAGE<br>**Balance Due** NEXT PAGE |

**Invoice Instruction**

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 2 of 2 |

| INV# | Date |
|---|---|
| 700843 | 12/17/2024 |
| **Pick Ticket** | 9591 |

## INVOICE

**SOLD TO**
BIG LOTS
ACCOUNTS PAYABLE
4900 DUBLIN -GRANVILLE RD
COLUMBUS OH 43081

**SHIP TO**
**DURANT DC - #0879**
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 747011964

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 12/20/2024 | 9609 | 644 | 11052 | 11640.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095694666 | 0879 | 52262 | 114 | NET 30 DAYS | JB HUNT |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| C7104-610 | | 30 CAN BACKP | 96 | $5.25 | 0.00 | $504.00 |
| CP4334-WAVES | | 20 CAN COOLE | 168 | $5.25 | 0.00 | $882.00 |
| CP4356-900 | | QUILTED NYLO | 144 | $1.40 | 0.00 | $201.60 |
| CP4357-900 | | QUILTED NYLO | 144 | $1.40 | 0.00 | $201.60 |
| CPW6955-401 | | 40 CAN ON WH | 96 | $7.00 | 0.00 | $672.00 |

**Tracking # :**

**Invoice Message**
Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33

| | |
|---|---|
| Sub Total | $ 43,519.80 |
| Freight | $ 0.00 |
| Total Amt | $ 43,519.80 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 43,519.80 |

**Invoice Instruction**

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700728 | 11/14/2024 |
| Pick Ticket | 8255 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **MONTGOMERY DC - #0870**<br>CSC DISTRIBUTION, LLC<br>2855 SELMA HWY<br>MONTGOMERY AL 361085035 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/04/2024 | 8380 | 195 | 195 | 5685.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095645014 | 0870 | 51448 | 119 | NET 30 DAYS | CH ROBINSON |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| L429-001 | | 3PC GEOMETRI | 66 | $70.00 | 0.00 | $4,620.00 |
| L429-040 | | 3PC GEOMETRI | 42 | $70.00 | 0.00 | $2,940.00 |
| L429-233 | | 3PC GEOMETRI | 45 | $70.00 | 0.00 | $3,150.00 |
| L429-300 | | 3PC GEOMETRI | 42 | $70.00 | 0.00 | $2,940.00 |

**Tracking # :**

| Invoice Message | |
|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | Sub Total: $ 13,650.00<br>Freight: $ 0.00<br>Total Amt: $ 13,650.00<br>Amount Paid: $ 0.00<br>Balance Due: $ 13,650.00 |

**Invoice Instruction**
DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700730 | 11/15/2024 |
| Pick Ticket | 8256 |

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| BIG LOTS<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | TREMONT DC - #0874<br>CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT PA 179811734 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/04/2024 | 8381 | 363 | 363 | 10560.0 | | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095645015 | 0874 | 51449 | 119 | NET 30 DAYS | BFS LOGISTICS |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| L429-001 | | 3PC GEOMETRI | 74 | $70.00 | 0.00 | $5,180.00 |
| L429-040 | | 3PC GEOMETRI | 63 | $70.00 | 0.00 | $4,410.00 |
| L429-233 | | 3PC GEOMETRI | 64 | $70.00 | 0.00 | $4,480.00 |
| L429-300 | | 3PC GEOMETRI | 66 | $70.00 | 0.00 | $4,620.00 |
| L429-400 | | 3PC GEOMETRI | 96 | $70.00 | 0.00 | $6,720.00 |

**Tracking # :**

| | |
|---|---|
| Sub Total | $ 25,410.00 |
| Freight | $ 0.00 |
| Total Amt | $ 25,410.00 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 25,410.00 |

**Invoice Message**

Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33

**Invoice Instruction**

DIP# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net

# Rugged Equipment

Div of SA&E Intl Bags&Acc, LLC 10 West 33rd Street S-240
New York NY 10001
TEL:212-268-8172    Fax:212-268-8189

| DUNS# | Page |
|---|---|
| 929456002 | 1 of 1 |

| INV# | Date |
|---|---|
| 700731 | 11/15/2024 |
| Pick Ticket | 8257 |

| SOLD TO | | SHIP TO |
|---|---|---|
| **BIG LOTS**<br>ACCOUNTS PAYABLE<br>4900 DUBLIN -GRANVILLE RD<br>COLUMBUS OH 43081 | **INVOICE** | **DURANT DC - #0879**<br>DURANT DC, LLC<br>2306 ENTERPRISE DR<br>DURANT OK 747011964 |

| Cust# | CNCL Date | Order# | Cartons | TOTQTY | Weight | Dept# | Vendor# |
|---|---|---|---|---|---|---|---|
| BIGLOT | 11/08/2024 | 8382 | 96 | 96 | 2820.0 | 24-11967 | |

| Cust ORD | Store | Our PO | SLSMAN | Terms | Ship Via |
|---|---|---|---|---|---|
| 0095645016 | 0879 | 51450 | 119 | NET 30 DAYS | CH ROBINSON |

| Style | SKU NUMBER | Description | PCS | Price | Disc.% | TOT |
|---|---|---|---|---|---|---|
| L429-001 | | 3PC GEOMETRI | 45 | $70.00 | 0.00 | $3,150.00 |
| L429-224 | | 3PC GEOMETRI | 51 | $70.00 | 0.00 | $3,570.00 |

**Tracking # :**

| Invoice Message | | |
|---|---|---|
| Banking Information: IDB BANK OF NY 511 FIFTH AVENUE, NEW YORK, NY 10017 ABA#026009768;ACCT# 1316250;SWIFT CODE:IDBYUS33 | Sub Total | $ 6,720.00 |
| | Freight | $ 0.00 |
| | Total Amt | $ 6,720.00 |
| | Amount Paid | $ 0.00 |
| | Balance Due | $ 6,720.00 |

**Invoice Instruction**

dip# 24-11967

Powered by Business Data Solutions, LLC - www.bdsus.net