# **EXHIBIT D**

**Bills of Lading**

# BILL OF LADING

Date: 12/12/2024

**Page 1**

| SHIP FROM | BILL OF LADING # | 863455 |
|---|---|---|

Name: RUGGED EQUIPMENT C/O SUNGISTIX
Address: 1560 SIERRA RIDGE DR
City/State/Zip: RIVERSIDE, CA 92507
VENDOR ID# 1009940
SID#:                                    FOB: ☐

| SHIP TO |
|---|

Name: CSC DISTRIBUTION LLC    #870
MONTGOMERY DC
Address: 2855 SELMA HIGHWAY
City/State/Zip: MONTGOMERY, AL 36108
CID#:                                    FOB: ☐

CARRIER NAME: JB HUNT
TRAILER NUMBER: 317977
Seal Number(s): 6699977

SCAC: HJBI
Pro Number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|

Name: BIG LOTS C/O HUB LOGISTICS
Address: 2001 HUB GROUP WAY
City/State/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid ___    Collect _X_    3rd Party _X_

☐ Master Bill of Lading: with attached underlying bills of lading

## SHIPMENT 863455
## RTS 33398876
## 0095694664_40519012

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
| 0095694664 | 245 | 7200 | 23 | 2ND PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 245 | 7,200 | 23 | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing  See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 245 | CTNS | 23 | PLTS | 7,200 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| 245 | | 23 | | 7,200 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

"_____"

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ **Shipper**
Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  12.12.24  Property described above is received in good order, except as noted. |

12/12/24

Date: 2024/11/20

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|
| **Name:** | RUGGED EQUIPMENT c\o Sungistix |
| **Address:** | 1560 Sierra Ridge Drive |
| **City/State/Zip** | Riverside / CA / 92507 |
| **Vendor #:** | |
| **SID #:** | FOB: ☐ |

**Bill of Lading Number:** 00000000000000338

*00000000000000338*

| SHIP TO | |
|---|---|
| **Name:** | TREMONT DC - #0874 BIGLOTS |
| **Address:** | CLOSEOUT DISTRIBUTION, LLC 50 RAUSCH CREEK RD |
| **City/State/Zip** | TREMONT / PA / 179811734 |
| **Telephone#:** | |
| **CID #:** | FOB ☐ |

**CARRIER NAME:** CH ROBINSON COMPANY INC
**Trailer number:** 218225
**Seal number(s):**

**SCAC:** RBCL
**Pro number:** 0095670164_40516168 SHIPMENT 857446

*0095670164_40516168 SHIPMENT 857446*

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| **Name:** | BIG LOTS C/O HUB LOGISTICS |
| **Address:** | 2001 HUB GROUP WAY |
| **City/State/Zip** | OAK BROOK, IL 60523 |

**SPECIAL INSTRUCTIONS**
Load Number: 0095670164_40516168 SHIPMENT 857446

**Freight Charge Terms:**
*(freight charges are prepaid unless marked otherwise)*
Prepaid:          Collect:          3rd Party:   X

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| REF#: 8784 PO#: 95670164 | 867 | 16150 | N | |
| **GRAND TOTAL** | 867 | 16150 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M.(X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | NMFC# | CLASS |
| 11 | Plts | 867 | Ctns | 16150 | | BAGS & WALLETS | | |
| 11 | | 867 | | 16150 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding_____ per _____."

**COD Amount: $**
Fee Terms:   ☐ Collect:   ☐   Prepaid:   ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in the proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/20/24

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent. Property described above is received in good order, except as noted.

11-20-24

**VICS Standard BOL**

Date: 2024/11/21

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT c\o Sungistix |
| Address: | 1560 Sierra Ridge Drive |
| City/State/Zip | Riverside / CA / 92507 |
| Vendor #: | |
| SID #: | FOB: ☐ |

| SHIP TO | |
|---|---|
| Name: | MONTGOMERY DC - #0870 BIGLOTS |
| Address: | CSC DISTRIBUTION, LLC 2855 SELMA HWY |
| City/State/Zip | MONTGOMERY / AL / 361085035 |
| Telephone#: | |
| CID #: | FOB:☐ |

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

SPECIAL INSTRUCTIONS
Load Number: 496358030
0095670163_40516167, 857436

**Bill of Lading Number:** 00000000000000345

*0000000000000345*

**CARRIER NAME:** CH ROBINSON LTL
Trailer number: 813
Seal number(s): 6542159

SCAC: RBCL
Pro number: 496358030

*0095670163_40516167, 857436*

**Freight Charge Terms:**
*(freight charges are prepaid unless marked otherwise)*
Prepaid: ____  Collect: ____  3rd Party: __X__

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **# PKGS** | **WEIGHT** | **PALLET/SLIP** | **ADDITIONAL SHIPPER INFO** |
| REF#: 8783 PO#: 95670163 | 900 | 16760 | N | |
| **GRAND TOTAL** | 900 | 16760 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | | | **LTL ONLY** | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M.(X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 11 | Plts | 900 | Ctns | 16760 | | BAGS & WALLETS | | |
| 11 | | 900 | | 16760 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $
Fee Terms: ☐ Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in the proper condition for transportation according to the applicable regulations of the Department of Transportation.

*[signature]* 11/22/2024

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent. Property described above is received in good order, except as noted.

*[signature]*

VICS Standard BOL

# BILL OF LADING

**Page 1**

| SHIP FROM | BILL OF LADING # | 857529 |
|---|---|---|
| Name: RUGGED EQUIPMENT C/O SUNGISTIX | | |
| Address: 1560 SIERRA RIDGE DR | | |
| City/State/Zip: RIVERSIDE, CA 92507 | | |
| VENDOR ID# 1009940 | | |
| SID#:   FOB: ☐ | | |

| SHIP TO | CARRIER NAME: JB HUNT |
|---|---|
| Name: DURANT DC, LLC   #879 | TRAILER NUMBER: 238164 |
| DURANT DC | Seal Number(s): 669931 |
| Address: 2306 ENTERPRISE DRIVE | |
| City/State/Zip: DURANT, OK 74701 | SCAC: HJBI |
| CID#:   FOB: ☐ | Pro Number: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BIG LOTS C/O HUB LOGISTICS
Address: 2001 HUB GROUP WAY

City/State/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid __   Collect _X_   3rd Party _X_

☐ Master Bill of Lading: with attached underlying bills of lading

## SHIPMENT 857529

### RTS 33139103 33139698
### 0095671299_40516187 009560165_40516170

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095670165 | 717 | 14210 | 11 | |
| 0095671299 | 158 | 4500 | 18 | 3RD PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 875 | 18,710 | 29 | |

### CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 875 | CTNS | 29 | PLTS | 18,710 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 875 | | 29 | | 18,710 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____"

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ **Shipper**
**Signature**

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper<br>☐ By Driver | ☒ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| Quash 10/27/2024 | | | [signature] 11-27-24<br>Property described above is received in good order, except as noted. |

**Date:** 11/27/2024

# BILL OF LADING

**Page** 1

## SHIP FROM

**Name:** RUGGED EQUIPMENT C/O SUNGISTIX
**Address:** 1560 SIERRA RIDGE DR
**City/State/Zip:** RIVERSIDE, CA 92507
**VENDOR ID#** 1009940
**SID#:**                                    FOB: ☐

**BILL OF LADING #** 857402

## SHIP TO

**Name:** CSC DISTRIBUTION LLC          #870
MONTGOMERY DC
**Address:** 2855 SELMA HIGHWAY

**City/State/Zip:** MONTGOMERY, AL 36108
**CID#:**                                    FOB: ☐

**CARRIER NAME:** JB HUNT
**TRAILER NUMBER:** 25480P
**Seal Number(s):** 66999724

**SCAC:** HJBI
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

**Name:** BIG LOTS C/O HUB LOGISTICS
**Address:** 2001 HUB GROUP WAY

**City/State/Zip:** OAK BROOK, IL 60523

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid ___    Collect X    3rd Party X

## SHIPMENT 857402
## RTS 33139460
## 0095671297_40516175

☐ Master Bill of Lading: with attached underlying bills of lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 009561297 | 672 | 8780 | 30 | 1ST PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 672 | 8,780 | 30 | |

## CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 672 | CTNS | 30 | PLTS | 8,780 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| 672 | | 30 | | 8,780 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ "

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ 11/28/24 /Shipper
Signature

### SHIPPER SIGNATURE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

11-29-24

### CARRIER SIGNATURE / PICKUP DATE
certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT C/O SUNGISTIX |
| Address: | 1560 SIERRA RIDGE DR |
| City/State/Zip: | RIVERSIDE, CA 92507 |
| VENDOR ID# | 1009940 |
| SID#: | FOB: ☐ |

**BILL OF LADING #**    857407

| SHIP TO | |
|---|---|
| Name: | CLOSEOUT DISTRIBUTION INC    #874 |
| | TREMONT DC |
| Address: | 50 RAUSCH CREEK ROAD |
| City/State/Zip: | TREMONT, PA 17981 |
| CID#: | FOB: ☐ |

**CARRIER NAME:**    JB HUNT
TRAILER NUMBER: 2J 4169
Seal Number(s):    6699941

**SCAC:**    HJBI
**Pro Number:**

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid ___    Collect _X_    3rd Party _X_

☐  Master Bill of Lading: with attached underlying bills of lading

## SHIPMENT 857407
## RTS 33139646
## 0095671298_40516184

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095671298 | 247 | 7300 | 26 | 3RD PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 247 | 7,300 | 26 | |

### CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 247 | CTNS | 26 | PLTS | 7,300 | | LUGGAGE SET | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 247 | | 26 | | 7,300 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
"

Fee Terms:    Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

**Shipper**

Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | carriers emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  17-2-24  Property described above is received in good order, except as noted. |

12-2-24

# BILL OF LADING

**Page**    **1**

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT C/O SUNGISTIX |
| Address: | 1560 SIERRA RIDGE DR |
| City/State/Zip: | RIVERSIDE, CA 92507 |
| VENDOR ID# | 1009940 |
| SID#: | FOB: ☐ |

**BILL OF LADING #**    857408

| SHIP TO | |
|---|---|
| Name: | DURANT DC, LLC   #879 |
| | DURANT DC |
| Address: | 2306 ENTERPRISE DRIVE |
| City/State/Zip: | DURANT, OK 74701 |
| CID#: | FOB: ☐ |

**CARRIER NAME:** RXO LOGISTICS
TRAILER NUMBER: 81081
Seal Number(s): 6699959

**SCAC:** XPOL
**Pro Number:**

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___    Collect **X**    3rd Party **X**

☐ Master Bill of Lading: with attached underlying bills of lading

### SHIPMENT 857408
### RTS 33139668
### 0095671299_40516185

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095671299 | 544 | 7210 | 26 | 1ST PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 544 | 7,210 | 26 | |

## CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 544 | CTNS | 26 | PLTS | 7,210 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 544 | | 26 | | 7,210 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
"

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ **Shipper**
**Signature**

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper<br><br>☐ By Driver | ☒ By Shipper<br><br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br><br>Property described above is received in good order, except as noted. |

12 3 24

Mckes Wsa 12 3-24

Date: 12/12/2024

# BILL OF LADING

Page **1**

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT C/O SUNGISTIX |
| Address: | 1560 SIERRA RIDGE DR |
| City/State/Zip: | RIVERSIDE, CA 92507 |
| VENDOR ID# | 1009940 |
| SID#: | |

FOB: ☐

**BILL OF LADING #** 863453

| SHIP TO | |
|---|---|
| Name: | CLOSEOUT DISTRIBUTION INC  #874  TREMONT DC |
| Address: | 50 RAUSCH CREEK ROAD |
| City/State/Zip: | TREMONT, PA 17981 |
| CID#: | |

FOB: ☐

**CARRIER NAME:** JB HUNT
TRAILER NUMBER: 277846
Seal Number(s): 6699975

SCAC: **HJBI**
Pro Number:

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid ____   Collect **X**   3rd Party **X**

☐ Master Bill of Lading: with attached underlying bills of lading

### SHIPMENT 863453
### RTS 33398572
### 0095694665_40519005

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095694665 | 247 | 7200 | 23 | 2ND PART |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 247 | 7,200 | 23 | |

## CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION  Commodities requiring special or additional care or attention in handling or stowing  See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 247 | CTNS | 23 | PLTS | 7,200 | | LUGGAGE SET | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 247 | | 23 | | 7,200 | | GRAND TOTAL | | |

value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____"

Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ **Shipper**
Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |

12-12-4

12/12/24

# BILL OF LADING

Date: 12/16/2024

**Page** 1

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT C/O SUNGISTIX |
| Address: | 1560 SIERRA RIDGE DR |
| City/State/Zip: | RIVERSIDE, CA 92507 |
| VENDOR ID# | 1009940 |
| SID#: | FOB: ☐ |

**BILL OF LADING #**    863442

| SHIP TO | |
|---|---|
| Name: | DURANT DC, LLC    #879 |
| | DURANT DC |
| Address: | 2306 ENTERPRISE DRIVE |
| City/State/Zip: | DURANT, OK 74701 |
| CID#: | FOB: ☐ |

CARRIER NAME:    JB HUNT
TRAILER NUMBER: 2J0953
Seal Number(s): 6699993

SCAC:    HJBI

Pro Number:

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid ___    Collect _X_    3rd Party _X_

☐ Master Bill of Lading: with attached underlying bills of lading

## SHIPMENT 863442
## RTS 33398505
## 0095694666_40518989

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095694666 | 188 | 6320 | 21 | 2ND PART |
| | 182 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 182 | | | |
| | 188 | 6,320 | 21 | |

### CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 188 182 | CTNS | 21 | PLTS | 6,320 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| 188 182 | | 21 | | 6,320 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
"_____."

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☒ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |

12-16-24

# BILL OF LADING

**BILL OF LADING #** 495610228

## SHIP FROM

Name: RUGGED EQUIPMENT C/O ALS WEST COAST
Address: 8986 REMINGTON BLVD.
City/State/Zip: CHINO CA 91710
VENDOR ID# 1009940
SID#:
FOB: ☐

## SHIP TO

Name: CSC DISTRIBUTION LLC #870
MONTGOMERY DC
Address: 2855 SELMA HIGHWAY
City/State/Zip: MONTGOMERY, AL 36108
CID#:
FOB: ☐

**CARRIER NAME:** CH ROBINSON
TRAILER NUMBER: 531
Seal Number(s):

**SCAC:** RBCL
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BIG LOTS C/O HUB LOGISTICS
Address: 2001 HUB GROUP WAY
City/State/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___   Collect X   3rd Party X

**RTS 32842702**
**LOAD 495610228**

☐ Master Bill of Lading: with attached underlying bills of lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095645014 | 195 | 5685 | 11 | 21 21 21 21 21 21 21 21 21 |
| | | | | 21 3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 195 | 5,685 | 11 | |

## CARRIER INFORMATION

| HANDLING UNIT | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 195 | CTNS | 11 | PLTS | 5,685 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | |
| | | | | | | | |
| 195 | | 11 | | 5,685 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
"

Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

2 Bar 11 plts
11/13/24

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Anna Lucero 11-13-24
Property described above is received in good order, except as noted.

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: | RUGGED EQUIPMENT C/O ALS WEST COAST |
| Address: | 8986 REMINGTON BLVD. |
| City/State/Zip: | CHINO CA 91710 |
| VENDOR ID# | 1009940 |
| SID#: | FOB: ☐ |

**BILL OF LADING #**  849810

FGI) BFS LOGISTICS

**CARRIER NAME:** ~~CH ROBINSON~~

**TRAILER NUMBER:** 717

**Seal Number(s):** 48628318

| SHIP TO | |
|---|---|
| Name: | CLOSEOUT DISTRIBUTION INC  #874 |
| | TREMONT DC |
| Address: | 50 RAUSCH CREEK ROAD |
| City/State/Zip: | TREMONT, PA 17981 |
| CID#: | FOB: ☐ |

**SCAC:** ~~RBGL~~

**Pro Number:** BFSL

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | BIG LOTS C/O HUB LOGISTICS |
| Address: | 2001 HUB GROUP WAY |
| City/State/Zip: | OAK BROOK, IL 60523 |

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid ___   Collect _X_   3rd Party _X_

☐ Master Bill of Lading: with attached underlying bills of lading

RTS 32842845
LOAD 849810

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 95645015 ✓ | 363 | 10560 | 19 / 20 | 21,21,21,21,21,21,21,11,21,21,21 21,21,21,3,1,21,21,12,21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 20 | |
| | 363 | 10,560 | 19 | |

## CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION  Commodities requiring special or additional care or attention in handling or stowing  See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 363 | CTNS | 19 | PLTS | 10,560 | | LUGGAGE SET | 49880 | 175 |
| | | 20 | | | | | | |
| | | 21 | | | | | | |
| 363 | | 19 | | 10,560 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.** See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Tens Gw 120*8

_____ Shipper
Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |
| 20plts  11/14/24 | | | |

# BILL OF LADING

| | | Page | 1 |
|---|---|---|---|

## SHIP FROM

Name: RUGGED EQUIPMENT C/O ALS WEST COAST
Address: 8986 REMINGTON BLVD.
City/State/Zip: CHINO CA 91710
VENDOR ID# 1009940
SID#:
FOB: ☐

**BILL OF LADING #** 495350919

66

## SHIP TO

Name: DURANT DC, LLC          #879
DURANT DC
Address: 2306 ENTERPRISE DRIVE
City/State/Zip: DURANT, OK 74701
CID#:
FOB: ☐

CARRIER NAME: CH ROBINSON
TRAILER NUMBER: 924
Seal Number(s): 48628313

SCAC: RBCL
Pro Number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BIG LOTS C/O HUB LOGISTICS
Address: 2001 HUB GROUP WAY
City/State/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___    Collect _X_    3rd Party _X_

RTS 32842897
LOAD 495350919

☐ Master Bill of Lading: with attached underlying bills of lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 95645016 ✓ | 96 | 2820 | 6 | 9,3,21,21,21,21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 96 | 2,820 | 6 | |

## CARRIER INFORMATION

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 96 | CTNS | 6 | PLTS | 2,820 | | LUGGAGE SETS | 49880 | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 96 | | 6 | | 2,820 | | GRAND TOTAL | | |

value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

Fee Terms: Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rate or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

Shipper
Signature

| SHIPPER SIGNATURE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | ☒ By Shipper | ☒ By Shipper | certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Tyna Brunt* | ☐ By Driver | ☐ By Driver/pallets said to contain | *Jason* 11/14/24 |
| 6plts 11/14/24 | | ☐ By Driver/Pieces | Property described above is received in good order, except as noted. |