# **EXHIBIT E**

**Summary Post-Petition Account**

| PO # | PO Date | Invoice # | Invoice Date | Invoice Amount | Pickup Date |
|---|---|---|---|---|---|
| 95694664 | 11/19/2024 | 700841 | 12/13/2024 | $54,313.80 | 12/12/2024 |
| 95670164 | 11/9/2024 | 700747 | 11/20/2024 | $14,565.60 | 11/20/2024 |
| 95670163 | 11/9/2024 | 700752 | 11/22/2024 | $15,120.00 | 11/22/2024 |
| 95670165 | 11/9/2024 | 700760 | 11/27/2024 | $12,045.60 | 11/27/2024 |
| 95671297 | 11/9/2024 | 700761 | 11/27/2024 | $99,391.80 | 11/27/2024,11/28/2024,12/02/2024 |
| 95671298 | 11/9/2024 | 700762 | 11/27/2024 | $96,055.20 | 11/27/2024,12/02/2024 |
| 95671299 | 11/9/2024 | 700763 | 11/27/2024 | $77,081.40 | 11/27/2024,12/02/2024, 12/03/2024 |
| 95694665 | 11/19/2024 | 700842 | 12/13/2024 | $53,819.40 | 12/12/2024 |
| 95694666 | 11/19/2024 | 700843 | 12/17/2024 | $43,519.80 | 12/16/2024 |
| 95645014 | 10/17/2024 | 700728 | 11/14/2024 | $13,650.00 | 11/13/2024 |
| 95645015 | 10/17/2024 | 700730 | 11/15/2024 | $25,410.00 | 11/14/2024 |
| 95645016 | 10/17/2024 | 700731 | 11/15/2024 | $6,720.00 | 11/14/2024 |
| | | | **Total** | **$511,692.60** | |