## **EXHIBIT C**

**Summary Post-Petition Account**

| | | | 32605 / BIG LOTS DIV KOF CNSLDTD | | | | |
|---|---|---|---|---|---|---|---|
| | A/R Dt. | Invoice # | Due Dt. | Terms | Invoice Amt | Cust. PO # | DN # |
| 1) | 10/22/2024 | BN24215345 | 11/21/2024 | NET30 | 36,183.00 | 0095625038 | DN24175301 |
| 2) | 10/25/2024 | BN24220450 | 11/24/2024 | NET30 | 31,591.20 | 0095625038 | DN24175299 |
| 3) | 11/1/2024 | BN24225494 | 12/1/2024 | NET30 | 18,036.00 | 0095651828 | DN24205182 |
| 4) | 11/1/2024 | BN24225567 | 12/1/2024 | NET30 | 11,596.00 | 0095638487 | DN24192881 |
| 5) | 11/1/2024 | BN24225606 | 12/1/2024 | NET30 | 17,420.00 | 0095638488 | DN24192882 |
| 6) | 11/12/2024 | BN24239196 | 12/12/2024 | NET30 | 26,910.00 | 0095651829 | DN24205183 |
| 7) | 11/26/2024 | BN24274600 | 12/26/2024 | NET30 | 4,424.00 | 0095679763 | DN24246565 |
| 8) | 11/26/2024 | BN24274631 | 12/26/2024 | NET30 | 25,743.20 | 0095679763 | DN24246415 |
| 9) | 11/26/2024 | BN24274681 | 12/26/2024 | NET30 | 16,005.60 | 0095679764 | DN24246416 |
| 10) | 12/5/2024 | BN24307595 | 1/4/2025 | NET30 | 15,015.00 | 0095651830 | DN24205184 |
| 11) | 12/10/2024 | BN24324778 | 1/9/2025 | NET30 | 30,158.80 | 0095679762 | DN24246564 |
| 12) | 12/17/2024 | BN24342633 | 1/16/2025 | NET30 | 44,787.00 | 0095715991 | DN24298583 |
| 13) | 12/18/2024 | BN24348468 | 1/17/2025 | NET30 | 36,903.00 | 0095715993 | DN24298585 |
| | | | | Total Amt. | 314,772.80 | | |
| | | **Total Aging** | **Current** | **1~30** | **30~60** | **60~90** | **Over 90** |
| | | 314,772.80 | 81,690.00 | 91,346.60 | 141,736.20 | 0.00 | 0.00 |