**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re                                    :
                                         :
BIG LOTS, INC., et al.,                  :          Chapter 11
                                         :
                                         :          CA No.: 24-11967 (JKS)
                                         :
      Debtors.                           :          (Jointly Administered)
                                         :
                                         :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Stephen W. Spence, of the firm Brockstedt Mandalas Federico LLC, with the consent of the client hereby withdraws as counsel for GVD Commercial Properties, Inc., and requests to be removed from all notice and service lists in this case.

Please delete all three email addresses listed below.

Dated: January 16, 2025

**BROCKSTEDT MANDALAS FEDERICO LLC**

  /s/Stephen W. Spence
Stephen W. Spence (Del. ID #2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
Telephone: (302) 645-2262
sspence@lawbmf.com
sws@bmbde.com
sumspence@gmail.com