**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------x
In re                                            :
                                                 :
BIG LOTS, INC., et al.,                          :    Chapter 11
                                                 :
                                                 :    CA No.:  24-11967 (JKS)
                                                 :
       Debtors.                                  :    (Jointly Administered)
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Stephen W. Spence, Esquire, hereby certify that on January 16, 2025, I caused a true and correct copy of the foregoing **Notice of Withdrawal** to be served via CM/ECF on all parties who have registered for electronic service in these cases.

Dated: January 16, 2025

**BROCKSTEDT MANDALAS FEDERICO LLC**

 /s/Stephen W. Spence
Stephen W. Spence (Del. ID #2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
Telephone: (302) 645-2262
sspence@lawbmf.com
sws@bmbde.com
sumspence@gmail.com