## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 16th day of January, 2025, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

/s/ Karen C. Bifferato
Karen C. Bifferato (#3279)

**VIA ELECTRONIC MAIL**

Garvan F. McDaniel, Esq.
HOGAN MCDANIEL
gfmcdaniel@dkhogan.com

Matthew R. Brock, Esq.
Vincent Cahill, Esq.
James McClammy, Esq.
Jonah Peppiatt, Esq.
Stephen Piraino, Esq.
Brian Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
matthew.brock@davispolk.com
vincent.cahill@davispolk.com
james.mcclammy@davispolk.com
jonah.peppiatt@davispolk.com
stephen.piraino@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
ethan.stern@davispolk.com

Ivan M. Gold, Esq.
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
igold@allenmatkins.com

David S. Bloomfield, Esq.
PORTER WRIGHT MORRIS
& ARTHUR LLP
dbloomfield@porterwright.com

Daniel B. Butz, Esq.
Robert Dehney, Esq.
Andrew Remming, Esq.
Sophie Rogers Churchill, Esq.
Casey Sawyer, Esq.
Tamara Mann, Esq.
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
dbutz@morrisnichols.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
tmann@morrisnichols.com