## <u>EXHIBIT D</u>

**Bills of Lading**

Printed: 10/03/2024 13:53:14 PST

# BILL OF LADING

924863                                                    Page 1

## SHIP FROM

Name:      Core Home
Address:   1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000455674**

(402) 01965570000455674

## SHIP TO / CONSIGNEE

Name:      Big Lots Stores - DC# 0879
           Durant DC, LLC
Address:   2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS:  14096912

FOB: ☐

CARRIER NAME:    CH ROBINSON
Trailer number:  02
Seal number(s):  F3205390

SCAC:    RBCL
Pro Number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14096912

Appt..02:00 pm / Arrival..01:52 pm / Depart..01:53 pm

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____    Collect ___X___    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095620068 | 359 | 3,982.93 | Y | N | 0001010097 | 10/10/2024 | | 11 | 791.84 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **359** | **4444.93** | Includes Pallet Weight of 462.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Miss Cagnio Co* _____

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*10-3-24*

**Property described above is received in good order, except as noted.**

| Date: 10/03/2024 13:53:14 PST | **SUPPLEMENT TO THE BILL OF LADING** | Page 2 |
|---|---|---|

**Bill Of Lading Number:  01965570000455674**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** | **LTL ONLY** |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |

| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 178 | CS | 1452.28 | | Cookware or Bakeware | 052880-03 | 250 |
| | | 46 | CS | 413.25 | | Cookware or Bakeware | 052880-05 | 125 |
| | | 9 | CS | 95.40 | | Cookware or Bakeware | 052880-06 | 100 |
| | | 68 | CS | 870.40 | | Cookware or Bakeware | 052880-09 | 70 |
| | | 1 | CS | 16.20 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 3 | CS | 105.40 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 38 | CS | 950.00 | | Articles consist of Household Utensils or Related Articl | 100500-10 | 65 |
| | | 16 | CS | 80.00 | | Cups, Liners or Molds,baking, or Cups | 153900-03 | 250 |
| **0** | | **359** | | **3982.93** | | **GRAND TOTAL** | | |

| Printed: 10/04/2024 12:04:33 PST | **BILL OF LADING** | 924547 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

### SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14088624

5706952848  FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14088624

Appt..01:00 pm / Arrival..11:11 am / Depart..12:04 pm

**Bill Of Lading Number:  01965570000454868**

(402) 01965570000454868

**CARRIER NAME:    CH ROBINSON**
Trailer number:    **1003**
Seal number(s):

**SCAC:          RBCL**
**Pro Number:**

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ____X____  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095615394 | 3245 | 9,131.65 | Y | N | 0001010097 | 08/12/2024 | | 18 | 1,365.70 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **3245** | **9887.65** | Includes Pallet Weight of 756.00 lbs | | | | | | |

*ADDITIONAL SHIPPER INFORMATION header spans SID#, MABD, DEPT, Pallet(s), CBFT columns.*

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | | | | | SEE ATTACHED SUPPLEMENT PAGE | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Date: 10/04/2024 12:04:33 PST | SUPPLEMENT TO THE BILL OF LADING | | Page 2 |
|---|---|---|---|

**Bill Of Lading Number:  01965570000454868**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 1,416 | CS | 3186.00 | | Toilet Preparations/personal care products | 059420-04 | 175 |
| | | 100 | CS | 215.00 | | Toilet Preparations/personal care products | 059420-05 | 125 |
| | | 148 | CS | 229.40 | | Toilet Preparations/personal care products | 059420-06 | 100 |
| | | 546 | CS | 1255.80 | | Toilet Preparations/personal care products | 059420-08 | 85 |
| | | 687 | CS | 2696.85 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 348 | CS | 1548.60 | | Toilet Preparations/personal care products | 059420-10 | 65 |
| 0 | | 3,245 | | 9131.65 | | GRAND TOTAL | | |

Printed: 10/11/2024 13:35:14 PST

# BILL OF LADING

926100      Page 1

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000460197**

(402) 01965570000460197

| | |
|---|---|
| **CARRIER NAME:** | **CH ROBINSON** |
| Trailer number: | 94733 |
| Seal number(s): | FO502213 |
| **SCAC:** | **RBCL** |
| **Pro Number:** | |

## SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14112454

FOB: ☐

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X _____  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14112454

Appt..08:00 am / Arrival..12:51 pm / Depart..01:35 pm

843149

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095629453 | 1057 | 18,117.38 | Y | N | 0001010097 | 10/25/2024 | | 17 | 1,248.94 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **1057** | **18831.38** | Includes Pallet Weight of 714.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | **GRAND TOTAL** | | | | Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ ."

**COD Amount: $ _____**

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*[shipper signature]*       *[carrier signature]* 10-11-24

Property described above is received in good order, except as noted.

| Date: 10/11/2024 13:35:14 PST | SUPPLEMENT TO THE BILL OF LADING | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Bill Of Lading Number:  01965570000460197 | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | **LTL ONLY** | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 24 | CS | 543.60 | | Cookware or Bakeware | 052880-07 | 92.5 |
| | | 58 | CS | 1237.20 | | Cookware or Bakeware | 052880-08 | 85 |
| | | 7 | CS | 137.16 | | Toilet Preparations/personal care products | 059420-04 | 175 |
| | | 1 | CS | 29.76 | | Toilet Preparations/personal care products | 059420-07 | 92.5 |
| | | 226 | CS | 3243.84 | | Toilet Preparations/personal care products | 059420-08 | 85 |
| | | 251 | CS | 4611.92 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 70 | CS | 1443.24 | | Toilet Preparations/personal care products | 059420-10 | 65 |
| | | 43 | CS | 622.44 | | Toilet Preparations/personal care products | 059420-11 | 60 |
| | | 88 | CS | 1341.72 | | Glassware | 088160-08 | 85 |
| | | 3 | CS | 27.36 | | Glassware | 088160-09 | 70 |
| | | 14 | CS | 37.26 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 9 | CS | 171.36 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 36 | CS | 592.20 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 108 | CS | 1810.80 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 119 | CS | 2267.52 | | Articles consist of Household Utensils or Related Articl | 100500-10 | 65 |
| 0 | | 1,057 | | 18117.38 | | **GRAND TOTAL** | | |

| Printed: 10/22/2024 14:46:56 PST | **BILL OF LADING** | 926348 | Page 1 |
|---|---|---|---|

## SHIP FROM

Name:      Core Home
Address:   13300 CARMENITA ROAD
City/St/Zip:  SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000461040**

(402) 01965570000461040

| CARRIER NAME: | **BLUE GRACE** |
|---|---|
| Trailer number: | **125** |
| Seal number(s): | **F0502116** |
| SCAC: | **BGLF** |
| Pro Number: | |

## SHIP TO / CONSIGNEE

Name:      Big Lots Stores / DC#0870
             CSC Distribution, Inc
Address:   2855 Selma Hwy
City/St/Zip:  Montgomery, AL 36108
CID#/TMS:   14112452             3342866633    FOB: ☐

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14112452

Appt..02:30 pm / Arrival..02:32 pm / Depart..02:46 pm

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  3rd Party **X**

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095629451 | 977 | 17,093.42 | Y | N | 0001010097 | 10/21/2024 | | 15 | 1,131.62 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **977** | **17723.42** | Includes Pallet Weight of 630.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

COD Amount: $ _____

Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*Property described above is received in good order, except as noted.*

| Date: 10/22/2024 14:46:56 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|

**Bill Of Lading Number:  01965570000461040**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** | **LTL ONLY** |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |

| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 23 | CS | 520.95 | | Cookware or Bakeware | 052880-07 | 92.5 |
| | | 56 | CS | 1194.20 | | Cookware or Bakeware | 052880-08 | 85 |
| | | 6 | CS | 110.88 | | Toilet Preparations/personal care products | 059420-04 | 175 |
| | | 1 | CS | 29.76 | | Toilet Preparations/personal care products | 059420-07 | 92.5 |
| | | 194 | CS | 2890.17 | | Toilet Preparations/personal care products | 059420-08 | 85 |
| | | 203 | CS | 3698.62 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 66 | CS | 1358.42 | | Toilet Preparations/personal care products | 059420-10 | 65 |
| | | 55 | CS | 795.12 | | Toilet Preparations/personal care products | 059420-11 | 60 |
| | | 70 | CS | 1067.40 | | Glassware | 088160-08 | 85 |
| | | 36 | CS | 834.24 | | Glassware | 088160-09 | 70 |
| | | 11 | CS | 29.76 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 7 | CS | 141.12 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 34 | CS | 559.30 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 102 | CS | 1710.20 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 113 | CS | 2153.28 | | Articles consist of Household Utensils or Related Articl | 100500-10 | 65 |
| 0 | | 977 | | 17093.42 | | **GRAND TOTAL** | | |

| Printed: 10/28/2024 17:33:33 PST | BILL OF LADING | 927948 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000470714**

|||||||||||||| (barcode) ||||||||||||||

(402) 01965570000470714

### SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
       Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14130553-14130551

FOB: ☐

**CARRIER NAME:    JB HUNT INTERMODAL**
Trailer number:    319799
Seal number(s):    F0502050

**SCAC:    HJBI**

**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14130553-14130551

Appt..02:00 pm / Arrival..05:19 pm / Depart..05:33 pm

848065

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638433 | 368 | 4,684.32 | Y | N | 0001010097 | 10/31/2024 | | 0 | 1,095.24 |
| 0095637425 | 730 | 9,947.14 | Y | N | 0001010097 | 10/31/2024 | | 0 | 874.66 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **1098** | **14631.46** | Includes Pallet Weight of 0.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

*Mike Cagrio Co.*

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*JWM*  10-28-24

Property described above is received in good order, except as noted.

| Date: 10/28/2024 17:33:33 PST | | | | | SUPPLEMENT TO THE BILL OF LADING | | Page 2 |
|---|---|---|---|---|---|---|---|

**Bill Of Lading Number:  01965570000470714**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** | **LTL ONLY** |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | **NMFC #** | **CLASS** |

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 22 | CS | 321.84 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 45 | CS | 540.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-07 | 92.5 |
| | | 337 | CS | 5038.15 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 177 | CS | 2584.20 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 149 | CS | 1462.95 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| | | 15 | CS | 180.00 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 1 | CS | 24.00 | | Cookware or Bakeware | 052880-06 | 100 |
| | | 145 | CS | 2597.43 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 4 | CS | 52.80 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 9 | CS | 51.84 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 169 | CS | 1628.25 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 25 | CS | 150.00 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| 0 | | 1,098 | | 14631.46 | | **GRAND TOTAL** | | |

Printed: 10/30/2024 14:52:32 PST  **BILL OF LADING**  927920  Page 1

| SHIP FROM | |
|---|---|
| Name: Core Home | |
| Address: 13300 CARMENITA ROAD | |
| City/St/Zip: SANTA FE SPRINGS, CA 90670 | |
| SID# 0001010097 Ship# | FOB: ☐ |

**Bill Of Lading Number: 01965570000470639**

(402) 01965570000470639

| SHIP TO / CONSIGNEE | |
|---|---|
| Name: Big Lots Stores / DC#0870 | |
| CSC Distribution, Inc | |
| Address: 2855 Selma Hwy | |
| City/St/Zip: Montgomery, AL 36108 | |
| CID#/TMS: 14130547   3342866633  FOB: ☐ | |

| | |
|---|---|
| CARRIER NAME: | CH ROBINSON |
| Trailer number: | 7766 |
| Seal number(s): | |
| SCAC: | RBCL |
| Pro Number: | |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14130547

Appt..01:00 pm / Arrival..02:36 pm / Depart..02:52 pm

847964

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___ X ___ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637423 | 983 | 13,178.27 | Y | N | 0001010097 | 10/31/2024 | | 15 | 1,198.35 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **983** | **13808.27** | Includes Pallet Weight of 630.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | lbs | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 47 | CS | 1312.92 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 54 | CS | 648.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-07 | 92.5 |
| | | 416 | CS | 6219.20 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 226 | CS | 3299.60 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 240 | CS | 2328.55 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| **15** | | **983** | | **13808.27** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ "

COD Amount: $ _____

Fee Terms: Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

*Nito Cagnio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S.DOT emergency response guidebook or equivalent documentation in the vehicle.

10/30/24

**Property described above is received in good order, except as noted.**

| Printed: 10/30/2024 14:46:02 PST | **BILL OF LADING** | 928320 | Page 1 |

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000471933**

(402) 01965570000471933

### SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14130552

5706952848    FOB: ☐

**CARRIER NAME:**   CH ROBINSON
Trailer number:   **7766**
Seal number(s):

**SCAC:**   **RBCL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14130552

Appt..01:00 pm / Arrival..02:32 pm / Depart..02:45 pm

848544

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637424 | 706 | 10,315.75 | Y N | 0001010097 | 10/31/2024 | | 12 | 867.68 |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| **GRAND TOTAL** | **706** | **10819.75** | Includes Pallet Weight of 504.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 81 | CS | 1476.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-07 | 92.5 |
| | | 625 | CS | 9343.75 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **12** | | **706** | | **10819.75** | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____

Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Miss Cagnio Co_* _____

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]* 10/30/24

**Property described above is received in good order, except as noted.**

| Printed: 10/30/2024 15:41:45 PST | **BILL OF LADING** | 927159 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000466281**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
(402) 01965570000466281

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14112453, 14112455
5706952848    FOB: ☐

| CARRIER NAME: | **BLUE GRACE** |
|---|---|
| Trailer number: | **21** |
| Seal number(s): | |
| SCAC: | **BGLF** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14112453, 14112455

Appt..09:00 am / Arrival..02:07 pm / Depart..03:41 pm

843053

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | CBFT |
| 0095629452 | 1064 | 18,629.04 | Y | N | 0001010097 | 10/21/2024 | Pallet(s) 0 | 1,308.41 |
| 0095629452 | 485 | 8,627.22 | Y | N | 0001010097 | 10/21/2024 | 25 | 490.91 |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| | | | Y | N | | | | |
| **GRAND TOTAL** | **1549** | **28306.26** | Includes Pallet Weight of 1050.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | **GRAND TOTAL** | | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

*Mito Cagnio Co*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Joe L  10/30  25 p wid*

**Property described above is received in good order, except as noted.**

| Date: 10/30/2024 15:41:45 PST | | | **SUPPLEMENT TO THE BILL OF LADING** | | | | | Page 2 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Bill Of Lading Number:  01965570000466281** | | | | | | |
| CARRIER INFORMATION | | | | | | | | | |
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** | | **LTL ONLY** | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | NMFC # | CLASS |
| | | 37 | CS | 838.05 | | Cookware or Bakeware | | 052880-07 | 92.5 |
| | | 88 | CS | 1876.60 | | Cookware or Bakeware | | 052880-08 | 85 |
| | | 10 | CS | 216.00 | | Toilet Preparations/personal care products | | 059420-04 | 175 |
| | | 1 | CS | 29.76 | | Toilet Preparations/personal care products | | 059420-07 | 92.5 |
| | | 297 | CS | 4495.01 | | Toilet Preparations/personal care products | | 059420-08 | 85 |
| | | 341 | CS | 6218.92 | | Toilet Preparations/personal care products | | 059420-09 | 70 |
| | | 111 | CS | 2327.51 | | Toilet Preparations/personal care products | | 059420-10 | 65 |
| | | 88 | CS | 1272.12 | | Toilet Preparations/personal care products | | 059420-11 | 60 |
| | | 102 | CS | 1555.20 | | Glassware | | 088160-08 | 85 |
| | | 46 | CS | 1059.36 | | Glassware | | 088160-09 | 70 |
| | | 17 | CS | 46.08 | | Articles consist of Household Utensils or Related Articl | | 100500-04 | 175 |
| | | 10 | CS | 201.60 | | Articles consist of Household Utensils or Related Articl | | 100500-06 | 100 |
| | | 55 | CS | 904.75 | | Articles consist of Household Utensils or Related Articl | | 100500-08 | 85 |
| | | 165 | CS | 2766.50 | | Articles consist of Household Utensils or Related Articl | | 100500-09 | 70 |
| | | 181 | CS | 3448.80 | | Articles consist of Household Utensils or Related Articl | | 100500-10 | 65 |
| 0 | | 1,549 | | 27256.26 | | **GRAND TOTAL** | | | |

Printed: 10/31/2024 11:10:38 PST

# BILL OF LADING

927516                                                                    Page 1

## SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000468131**

(402) 01965570000468131

| CARRIER NAME: | CH ROBINSON |
|---|---|
| Trailer number: | TFLXZ530140 |
| Seal number(s): | F3205829 |
| SCAC: | RBCL |
| Pro Number: | |

## SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14128506

3342866633    FOB: ☐

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14128506

Appt..10:00 am / Arrival..10:23 am / Depart..11:10 am

847408

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637830 | 71 | 1,837.21 | Y | N | 0001010097 | 10/31/2024 | | 2 | 127.10 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **71** | **1921.21** | Includes Pallet Weight of 84.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 5 | CS | 195.25 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 27 | CS | 845.64 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 39 | CS | 880.32 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | | | | | | | |
| **2** | | **71** | | **1921.21** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

| COD Amount: $ |
|---|
| Fee Terms:    Collect: ☐    Prepaid: ☐ |
| Customer check acceptable: ☐ |

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 10/31/2024 11:12:35 PST | **BILL OF LADING** | 929058 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474880**

(402) 01965570000474880

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14135529

5706952848  FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: TFLXZ530140
Seal number(s): F3205829

**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135529

Appt..10:00 am / Arrival..10:23 am / Depart..11:12 am

849888

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect ___X___    3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095637421 | 790 | 8,681.85 | Y | N | 0001010097 | 10/31/2024 | | 10 | 836.52 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **790** | **9101.85** | Includes Pallet Weight of 420.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 121 | CS | 2162.40 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 486 | CS | 4276.80 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 183 | CS | 2662.65 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| **10** | | **790** | | **9101.85** | | **GRAND TOTAL** Includes PLT Weight | | |

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials or contracts that have been agreed upon, properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 10/31/2024 15:12:13 PST | **BILL OF LADING** | 928321 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000471940**

(402) 01965570000471940

### SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14130548          5706952848   FOB: ☐

| CARRIER NAME: | CH ROBINSON |
|---|---|
| Trailer number: | TRXZ530140 |
| Seal number(s): | F0502014 |
| SCAC: | RBCL |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14130548

Appt..08:00 am / Arrival..01:55 pm / Depart..03:10 pm

847982

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party  X

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637424 | 770 | 9,103.61 | Y | N | 0001010097 | 10/31/2024 | | 12 | 932.05 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **770** | **9607.61** | Includes Pallet Weight of 504.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 71 | CS | 1535.76 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 339 | CS | 4949.40 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 360 | CS | 3122.45 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| | | | | | | | | |
| **12** | | **770** | | **9607.61** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____
Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the

*Nito Cagnio Co*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*ENM*

**Property described above is received in good order except as noted.**

| Printed: 10/31/2024 15:17:32 PST | **BILL OF LADING** | 929065 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474958**

(402) 01965570000474958

### SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14135215

FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: **TRXZ530140**
Seal number(s): **F0502014**

**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135215

Appt..08:00 am / Arrival..01:56 pm / Depart..03:17 pm

849988

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642806 | 64 | 931.20 | Y  N | 0001010097 | 11/08/2024 | | 2 | 86.66 |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| **GRAND TOTAL** | **64** | **1015.20** | Includes Pallet Weight of 84.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 64 | CS | 1015.20 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **64** | | **1015.20** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ .*

**COD Amount: $_____**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

*Niles Cagnio Co_* _____

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*CWM 10/31/24*

Properly described above is in good order, except as noted.

| Printed: 10/31/2024 15:21:43 PST | **BILL OF LADING** | 929465 | Page 1 |

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000476976**

(402) 01965570000476976

## SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
       CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14143215          3342866633   FOB: ☐

**CARRIER NAME:   CH ROBINSON**
Trailer number:   **04**
Seal number(s):

**SCAC:**          **RBCL**
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143215

Appt..01:00 pm / Arrival..01:18 pm / Depart..03:21 pm

850885

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   X   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095652854 | 353 | 7,663.32 | Y   N | 0001010097 | 11/07/2024 | | 11 | 722.32 |
| | | | Y   N | | | | | |
| | | | Y   N | | | | | |
| | | | Y   N | | | | | |
| | | | Y   N | | | | | |
| **GRAND TOTAL** | **353** | **8125.32** | Includes Pallet Weight of 462.00 lbs | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the

*Mito Cagnio Co*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S DOT emergency response guidebook or equivalent documentation in the vehicle.

*Alfredo C 10 31 24*

Property described above is received in good order, except as noted.

| Date: 10/31/2024 15:21:43 PST | | SUPPLEMENT TO THE BILL OF LADING | | | | | Page 2 | |
|---|---|---|---|---|---|---|---|---|
| | | | | Bill Of Lading Number:  01965570000476976 | | | | |
| CARRIER INFORMATION | | | | | | | | |
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 33 | CS | 586.80 | | Cookware or Bakeware | 052880-08 | 85 |
| | | 5 | CS | 187.20 | | Articles consist of Household Utensils or Related Artic| 100500-05 | 125 |
| | | 99 | CS | 1855.20 | | Articles consist of Household Utensils or Related Artic| 100500-06 | 100 |
| | | 66 | CS | 1624.56 | | Articles consist of Household Utensils or Related Artic| 100500-07 | 92.5 |
| | | 133 | CS | 3131.64 | | Articles consist of Household Utensils or Related Artic| 100500-08 | 85 |
| | | 6 | CS | 129.60 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 11 | CS | 148.32 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| 0 | | 353 | | 7663.32 | | GRAND TOTAL | | |

| Printed: 10/31/2024 15:18:54 PST | **BILL OF LADING** | 929466 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name:    Core Home
Address:  13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000476983**

(402) 01965570000476983

### SHIP TO / CONSIGNEE

Name:    Big Lots Stores - DC# 0879
           Durant DC, LLC
Address:  2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14143218

FOB: ☐

| CARRIER NAME: | **CH ROBINSON** |
|---|---|
| Trailer number: | **04** |
| Seal number(s): | |
| SCAC: | **RBCL** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143218

Appt..01:00 pm / Arrival..01:18 pm / Depart..03:18 pm

850942

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653074 | 306 | 6,650.74 | Y | N | 0001010097 | 11/07/2024 | | 10 | 631.99 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **306** | **7070.74** | Includes Pallet Weight of 420.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **GRAND TOTAL** | | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

| COD Amount: $ _____ |
|---|
| Fee Terms:  Collect: ☐    Prepaid: ☐ |
| Customer check acceptable: ☐ |

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Mito Cagrio Co.*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Alfredo C 10-31-24*

**Property described above is received in good order, except as noted.**

| Date: 10/31/2024 15:18:54 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|

**Bill Of Lading Number: 01965570000476983**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 28 | CS | 504.00 | | Cookware or Bakeware | 052880-08 | 85 |
| | | 5 | CS | 187.20 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 85 | CS | 1614.72 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 57 | CS | 1406.02 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 116 | CS | 2733.60 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 5 | CS | 108.00 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 10 | CS | 97.20 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| 0 | | 306 | | 6650.74 | | GRAND TOTAL | | |

| Printed: 11/01/2024 09:21:05 PST | **BILL OF LADING** | 929136 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000475108**

(402) 01965570000475108

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14143221

3342866633  FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: 7766
Seal number(s): F3205867
**SCAC:** RBCL
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143221

Appt..08:00 am / Arrival..08:47 am / Depart..09:20 am

850766

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ____X____  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653076 | 109 | 3,470.60 | Y | N | 0001010097 | 11/07/2024 | | 4 | 265.30 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **109** | **3638.60** | Includes Pallet Weight of 168.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 78 | CS | 2548.67 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 31 | CS | 1089.93 | | Articles consist of Household Utensils or Related Articles | 100500-09 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **4** | | **109** | | **3638.60** | | **GRAND TOTAL**  Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $_____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

11/1/24

| Printed: 11/01/2024 09:20:01 PST | **BILL OF LADING** | 929135 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name:      Core Home
Address:   1495 N. Tamarind Ave
City/St/Zip:  Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number:  01965570000475092**

(402) 01965570000475092

**SHIP TO / CONSIGNEE**

Name:      Big Lots Stores - DC# 0879
           Durant DC, LLC
Address:   2306 Enterprise Dr
City/St/Zip:  Durant, OK 74701
CID#/TMS:  14143223

FOB: ☐

**CARRIER NAME:   CH ROBINSON**
Trailer number:  **7766**
Seal number(s):  **F3205867**

**SCAC:     RBCL**
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143223

Appt..08:00 am / Arrival..08:46 am / Depart..09:19 am

850704

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect ____X____   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095653078 | 89 | 2,737.35 | Y | N | 0001010097 | 11/07/2024 | | 3 | 211.14 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **89** | **2863.35** | Includes Pallet Weight of 126.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 68 | CS | 2210.25 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 21 | CS | 653.10 | | Articles consist of Household Utensils or Related Articles | 100500-09 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **3** | | **89** | | **2863.35** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

**COD Amount: $** _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

_Nito Cagnio Co_  _____

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

11/1/24

| Printed: 11/01/2024 13:22:08 PST | **BILL OF LADING** | 929138 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#                           FOB: ☐

**Bill Of Lading Number: 01965570000475115**

||||||||IIII||||III|||III||||III||||

(402) 01965570000475115

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14136745            3342866633    FOB: ☐

| CARRIER NAME: | **BLUE GRACE** |
|---|---|
| Trailer number: | **173** |
| Seal number(s): | **FO502002** |
| SCAC: | **BGLF** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14136745

Appt..02:00 pm / Arrival..11:28 am / Depart..01:22 pm

849824

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637426 | 518 | 6,743.38 | Y | N | 0001010097 | 10/31/2024 | | 8 | 562.54 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **518** | **7079.38** | Includes Pallet Weight of 336.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Miko Cagnio Co* | | | *Jml* 11-1-24 |
| | | | Property described above is received in good order, except as noted. |

| Date: 11/01/2024 13:22:08 PST | SUPPLEMENT TO THE BILL OF LADING | | | | | Page 2 | |
|---|---|---|---|---|---|---|---|
| | **Bill Of Lading Number:  01965570000475115** | | | | | | |
| CARRIER INFORMATION | | | | | | | |
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 309 | CS | 1866.45 | | Glassware | 088160-10 | 65 |
| | | 12 | CS | 236.16 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 48 | CS | 950.40 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 87 | CS | 2359.44 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 34 | CS | 681.12 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | | EA | | | Tools, hand, kitchen, NOI, other than power | 101425-05 | 125 |
| | | 28 | CS | 649.81 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| **0** | | **518** | | **6743.38** | | **GRAND TOTAL** | | |

| Printed: 11/04/2024 11:41:01 PST | **BILL OF LADING** | 929063 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474934**

(402) 01965570000474934

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14135526, 14135528

FOB: ☐

| CARRIER NAME: | XPO LOGISITCS |
|---|---|
| Trailer number: | 641159 |
| Seal number(s): | F3205812 |
| SCAC: | XPOL |
| Pro Number: | |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135526, 14135528

Appt..03:00 pm / Arrival..11:35 am / Depart..11:40 am

849792

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADDITIONAL SHIPPER INFORMATION | | | |
| 0095637832 | 38 | 1,003.39 | Y | N | 0001010097 | 10/31/2024 | | 14 | 69.05 |
| 0095637422 | 795 | 12,199.93 | Y | N | 0001010097 | 10/31/2024 | | 0 | 1,098.60 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **833** | **13791.32** | Includes Pallet Weight of 588.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | | |
| | | | | | | **GRAND TOTAL** | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $_____**

Fee Terms: Collect ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*miks Cagnio Co.* _____

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Bopad Sid kiol*  11-04-24

Property described above is received in good order, except as noted.

Date: 11/04/2024 11:41:01 PST

## SUPPLEMENT TO THE BILL OF LADING

Page 2

**Bill Of Lading Number:  01965570000474934**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
|  |  | 67 | CS | 964.80 |  | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
|  |  | 225 | CS | 3712.50 |  | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
|  |  | 503 | CS | 7522.63 |  | Cooking, baking or heating utensils | 052860-07 | 92.5 |
|  |  | 3 | CS | 72.31 |  | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
|  |  | 15 | CS | 469.80 |  | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
|  |  | 20 | CS | 461.28 |  | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| 0 |  | 833 |  | 13203.32 |  | GRAND TOTAL | | |

| Printed: 11/04/2024 11:21:22 PST | **BILL OF LADING** | 929147 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000475153**

(402) 01965570000475153

**CARRIER NAME:** JB HUNT INTERMODAL
Trailer number: 302976
Seal number(s): F0502044

**SCAC:** HJBI
**Pro Number:**

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139121-14139126         3342866633    FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139121-14139126

Appt..10:00 am / Arrival..10:39 am / Depart..11:21 am

850325

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet/s | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | | **ADDITIONAL SHIPPER INFORMATION** | | | |
| 0095638431 | 213 | 4,082.76 | Y | N | 0001010097 | 10/31/2024 | | 0 | 814.49 |
| 0095638431 | 209 | 5,163.24 | Y | N | 0001010097 | 10/31/2024 | | 25 | 982.00 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **422** | **10296.00** | Includes Pallet Weight of 1050.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | SEE ATTACHED SUPPLEMENT PAGE | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $_____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

*Nido Cagnio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Hello*  11-4 24

Property described above is received in good order, except as noted.

| Date: 11/04/2024 11:21:22 PST | | SUPPLEMENT TO THE BILL OF LADING | | | | Page 2 | |
|---|---|---|---|---|---|---|---|
| | | **Bill Of Lading Number:  01965570000475153** | | | | | |
| CARRIER INFORMATION | | | | | | | |
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 139 | CS | 2847.24 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 107 | CS | 2611.08 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 76 | CS | 2015.52 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 16 | CS | 247.68 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 44 | CS | 506.88 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 25 | CS | 636.00 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| | | 15 | CS | 381.60 | | Plastic or Rubber Articles | 156600-08 | 85 |
| 0 | | 422 | | 9246.00 | | GRAND TOTAL | | |

| Printed: 11/04/2024 13:23:16 PST | **BILL OF LADING** | 929148 | Page 1 |

**SHIP FROM**

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000475160**

(402) 01965570000475160

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 1419113-14139133          3342866633    FOB: ☐

**CARRIER NAME:    JB HUNT INTERMODAL**
Trailer number:    280322
Seal number(s):    FO502100
**SCAC:    HJBI**
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

**SPECIAL INSTRUCTIONS:**
Load/Auth# 1419113-14139133

Appt..11:30 am / Arrival..11:59 am / Depart..01:23 pm

850326

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Y | N | SID# | MABD | DEPT | Pallet/s | CBFT |
| 0095638431 | 209 | 3,580.57 | Y | N | 0001010097 | 10/31/2024 | | 0 | 469.30 |
| 0095638431 | 576 | 6,688.44 | Y | N | 0001010097 | 10/31/2024 | | 25 | 1,432.27 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **785** | **11319.01** | Includes Pallet Weight of 1050.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Nifo Cagrio Co*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S.DOT emergency response guidebook or equivalent documentation in the vehicle.

11/9/24

**Property described above is received in good order, except as noted.**

| Date: 11/04/2024 13:23:16 PST | SUPPLEMENT TO THE BILL OF LADING | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|
| | **Bill Of Lading Number:  01965570000475160** | | | | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. **See Section 2(e) of NMFC Item 360** | **LTL ONLY** |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 6 | CS | 72.00 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 1 | CS | 24.00 | | Cookware or Bakeware | 052880-06 | 100 |
| | | 91 | CS | 3376.20 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 105 | CS | 527.51 | | Plastic or Rubber Articles | 156600-03 | 250 |
| | | 163 | CS | 1506.48 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 19 | CS | 168.49 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 370 | CS | 4414.34 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 30 | CS | 180.00 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| 0 | | 785 | | 10269.01 | | **GRAND TOTAL** | | |

| Printed: 11/05/2024 11:45:39 PST | **BILL OF LADING** | 929471 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000477003**

(402) 01965570000477003

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14143222

5706952848 FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: 3786
Seal number(s): F3205859
**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143222

Appt..11:30 am / Arrival..11:24 am / Depart..11:45 am

850777

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653077 | 110 | 3,477.77 | Y | N | 0001010097 | 11/07/2024 | | 6 | 266.07 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **110** | **3729.77** | Includes Pallet Weight of 252.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 79 | CS | 2657.82 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 31 | CS | 1071.95 | | Articles consist of Household Utensils or Related Articles | 100500-09 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **6** | | **110** | | **3729.77** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $** _____

Fee Terms: Collect: ☐   Prepaid: ☐

Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Niko Caguis Co* _____

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*CARLOU 11-5-24*

**Property described above is received in good order, except as noted.**

| Printed: 11/05/2024 14:33:33 PST | **BILL OF LADING** | 929467 | Page 1 |

## BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: Core Home | |
| Address: 13300 CARMENITA ROAD | |
| City/St/Zip: SANTA FE SPRINGS, CA 90670 | |
| SID# 0001010097 Ship# | FOB: ☐ |

**Bill Of Lading Number: 01965570000476990**

(402) 01965570000476990

| SHIP TO / CONSIGNEE | |
|---|---|
| Name: Big Lots Stores / DC# 0874 | |
| CloseOut Distribution, Inc | |
| Address: 50 Rausch Creek Rd | |
| City/St/Zip: Tremont, PA 17981 | |
| CID#/TMS: 14143216       5706952848     FOB: ☐ | |

**CARRIER NAME:    CH ROBINSON**
Trailer number:    **5313**
Seal number(s):

**SCAC:    RBCL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143216

Appt..02:00 pm / Arrival..01:45 pm / Depart..02:33 pm

850891

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____    Collect ___X___    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653073 | 369 | 7,946.18 | Y | N | 0001010097 | 11/07/2024 | | 11 | 752.10 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **369** | **8408.18** | Includes Pallet Weight of 462.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Nito Cagnio Co*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

**SUPPLEMENT TO THE BILL OF LADING**

Date: 11/05/2024 14:33:33 PST

Page 2

**Bill Of Lading Number:  01965570000476990**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 34 | CS | 608.40 | | Cookware or Bakeware | 052880-08 | 85 |
| | | 5 | CS | 187.20 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 104 | CS | 1933.92 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 69 | CS | 1696.10 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 139 | CS | 3274.32 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 6 | CS | 129.60 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 12 | CS | 116.64 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| 0 | | 369 | | 7946.18 | | **GRAND TOTAL** | | |

| Printed: 11/06/2024 09:21:30 PST | **BILL OF LADING** | 929146 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000475146**

(402) 01965570000475146

| CARRIER NAME: | **STEAMLINK** |
|---|---|
| Trailer number: | UMXU893228 |
| Seal number(s): | FO502006 |
| SCAC: | SONW |
| Pro Number: | |

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139127            3342866633    FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139127

Appt..08:00 am / Arrival..08:26 am / Depart..09:21 am

850327

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638431 | 587 | 7,590.88 | Y | N | 0001010097 | 10/31/2024 | | 20 | 1,348.62 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **587** | **8430.88** | Includes Pallet Weight of 840.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*Property described above is received in good order, except as noted.*

| Date: 11/06/2024 09:21:30 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|

**Bill Of Lading Number:  01965570000475146**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 12 | CS | 144.00 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 110 | CS | 1600.00 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 94 | CS | 1134.72 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 78 | CS | 1335.60 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 220 | CS | 1941.28 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 56 | CS | 492.80 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| | | 17 | CS | 942.48 | | Plastic or Rubber Articles | 156600-11 | 60 |
| 0 | | 587 | | 7590.88 | | GRAND TOTAL | | |

| Printed: 11/06/2024 11:24:01 PST | **BILL OF LADING** | 929064 | Page 1 |

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474941**

(402) 01965570000474941

### SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14128500, 14128507

5706952848 FOB: ☐

| CARRIER NAME: | **BLUE GRACE** |
| Trailer number: | 151 |
| Seal number(s): | F3205861 |
| SCAC: | **BGLF** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14128500, 14128507

Appt..01:00 pm / Arrival..10:46 am / Depart..11:23 am

847986

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ___X___  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638435 | 536 | 8,331.07 | Y | N | 0001010097 | 10/31/2024 | | 15 | 972.20 |
| 0095637831 | 48 | 1,240.83 | Y | N | 0001010097 | 10/31/2024 | | 0 | 85.35 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **584** | **10201.90** | Includes Pallet Weight of 630.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*Property described above is received in good order, except as noted.*

| Date: 11/06/2024 11:24:01 PST | | | | SUPPLEMENT TO THE BILL OF LADING | | | Page 2 |

**SUPPLEMENT TO THE BILL OF LADING**

Bill Of Lading Number: 01965570000474941

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |

| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 3 | CS | 66.75 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 18 | CS | 563.76 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 27 | CS | 610.32 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 5 | CS | 74.00 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 385 | CS | 4542.83 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 74 | CS | 1882.56 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| | | 72 | CS | 1831.68 | | Plastic or Rubber Articles | 156600-08 | 85 |
| 0 | | 584 | | 9571.90 | | GRAND TOTAL | | |

| Printed: 11/07/2024 09:34:09 PST | **BILL OF LADING** | 930460 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481635**

(402) 01965570000481635

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14139123          5706952848    FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: **5316**
Seal number(s):

**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139123

Appt..08:00 am / Arrival..08:37 am / Depart..09:34 am

852538

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642828 | 289 | 2,654.65 | Y | N | 0001010097 | 10/31/2024 | | 12 | 990.74 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **289** | **3158.65** | Includes Pallet Weight of 504.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 289 | CS | 3158.65 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **12** | | **289** | | **3158.65** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $_____**

Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*Property described above is received in good order, except as noted.*

Shipper signature: *Mike Caginio Co* _____    Carrier signature: 11/7/24

| Printed: 11/07/2024 09:36:31 PST | **BILL OF LADING** | 930450 | Page 1 |

**BILL OF LADING**

### SHIP FROM
Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481536**

(402) 01965570000481536

### SHIP TO / CONSIGNEE
Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14149538          3342866633   FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: **5316**
Seal number(s):

**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:
City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14149538

Appt..08:30 am / Arrival..08:39 am / Depart..09:36 am

853219

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect __X__ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095630064 | 169 | 2,739.36 | Y | N | 0001010097 | 11/25/2024 | | 2 | 145.73 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **169** | **2823.36** | Includes Pallet Weight of 84.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 153 | CS | 2523.84 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 16 | CS | 299.52 | | Articles consist of Household Utensils or Related Articles | 100500-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **169** | | **2823.36** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

**COD Amount: $_____**
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S.DOT emergency response guidebook or equivalent documentation in the vehicle. |

Property described above is received in good order, except as noted.

| Printed: 11/07/2024 09:35:29 PST | **BILL OF LADING** | 930451 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name:     Core Home
Address:  13300 CARMENITA ROAD
City/St/Zip:  SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number:  01965570000481543**

(402) 01965570000481543

### SHIP TO / CONSIGNEE

Name:     Big Lots Stores /  DC# 0874
          CloseOut Distribution, Inc
Address:  50 Rausch Creek Rd
City/St/Zip:  Tremont, PA 17981
CID#/TMS:  14149539          5706952848  FOB: ☐

**CARRIER NAME:    CH ROBINSON**
Trailer number:    **5316**
Seal number(s):

**SCAC:**           **RBCL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14149539

Appt..09:00 am / Arrival..08:39 am / Depart..09:35 am

853214

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect ___X___   3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADDITIONAL SHIPPER INFORMATION | | | |
| 0095630065 | 281 | 4,566.66 | Y | N | 0001010097 | 11/25/2024 | | 3 | 248.39 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **281** | **4692.66** | Includes Pallet Weight of 126.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. **See Section 2(e) of NMFC Item 360** | NMFC # | CLASS |
| | | 249 | CS | 4093.62 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 32 | CS | 599.04 | | Articles consist of Household Utensils or Related Articles | 100500-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **3** | | **281** | | **4692.66** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

**COD Amount: $_____**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |

*Mike Cognio Co* _____     *(signature)* 11/7/24

Property described above is received in good order, except as noted.

| Printed: 11/07/2024 10:10:12 PST | **BILL OF LADING** | 930459 | Page 1 |

## BILL OF LADING

**SHIP FROM**

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

Bill Of Lading Number: **01965570000481628**

(402) 01965570000481628

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14146867

3342866633   FOB: ☐

CARRIER NAME: **CH ROBINSON**
Trailer number: **5325**
Seal number(s): **F3205546**

SCAC: **RBCL**
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14146867

Appt..10:30 am / Arrival..08:40 am / Depart..10:10 am

852504

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ___X___  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653753 | 366 | 7,636.29 | Y | N | 0001010097 | 11/14/2024 | | 12 | 837.34 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **366** | **8140.29** | Includes Pallet Weight of 504.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL** — Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ "

COD Amount: $_____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Date: 11/07/2024 10:10:12 PST | SUPPLEMENT TO THE BILL OF LADING | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|

**Bill Of Lading Number:  01965570000481628**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 34 | CS | 587.52 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 25 | CS | 429.30 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 25 | CS | 726.06 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 23 | CS | 562.68 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 32 | CS | 435.84 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 29 | CS | 1054.08 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 88 | CS | 1330.08 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 17 | CS | 461.22 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 34 | CS | 631.32 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 17 | CS | 442.00 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 18 | CS | 289.80 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 9 | CS | 197.40 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 15 | CS | 489.00 | | Plastic or Rubber Articles | 156600-09 | 70 |
| **0** | | **366** | | **7636.29** | | **GRAND TOTAL** | | |

Printed: 11/07/2024 10:11:23 PST

# BILL OF LADING

930461    Page 1

Bill Of Lading Number: **0196557000481642**

| SHIP FROM | |
|---|---|
| Name: | Core Home |
| Address: | 1495 N. Tamarind Ave |
| City/St/Zip: | Rialto, CA 92376 |
| SID# 0001010097 Ship# | |

FOB: ☐

(402) 01965570000481642

| CARRIER NAME: | CH ROBINSON |
|---|---|
| Trailer number: | 5325 |
| Seal number(s): | F3205546 |
| SCAC: | RBCL |
| Pro Number: | |

| SHIP TO / CONSIGNEE | |
|---|---|
| Name: | Big Lots Stores - DC# 0879 |
| | Durant DC, LLC |
| Address: | 2306 Enterprise Dr |
| City/St/Zip: | Durant, OK 74701 |
| CID#/TMS: | 14146868 |

FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14146868

Appt..10:00 am / Arrival..08:41 am / Depart..10:11 am

852549

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect ___X___    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ADDITIONAL SHIPPER INFORMATION** | | | | |
| 0095653755 | 338 | 6,972.46 | Y | N | 0001010097 | 11/14/2024 | | 11 | 780.66 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **338** | **7434.46** | Includes Pallet Weight of 462.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | **GRAND TOTAL** | | Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $_____

Fee Terms: Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

| Date: 11/07/2024 10:11:23 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |

**Bill Of Lading Number:  01965570000481642**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 32 | CS | 552.96 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 24 | CS | 412.20 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 23 | CS | 665.34 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 22 | CS | 437.64 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 30 | CS | 408.00 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 27 | CS | 980.64 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 77 | CS | 1167.04 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 16 | CS | 434.09 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 33 | CS | 611.16 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 16 | CS | 416.00 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 16 | CS | 257.60 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 8 | CS | 173.40 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 14 | CS | 456.40 | | Plastic or Rubber Articles | 156600-09 | 70 |
| 0 | | 338 | | 6972.46 | | **GRAND TOTAL** | | |

Printed: 11/07/2024 10:37:22 PST

# BILL OF LADING

930452      Page 1

## SHIP FROM

Name:    Core Home
Address:    1495 N. Tamarind Ave
City/St/Zip:    Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481550**

(402) 01965570000481550

## SHIP TO / CONSIGNEE

Name:    Big Lots Stores /  DC# 0874
     CloseOut Distribution, Inc
Address:    50 Rausch Creek Rd
City/St/Zip:    Tremont, PA 17981
CID#/TMS:    14149545

5706952848    FOB: ☐

| | |
|---|---|
| CARRIER NAME: | CH ROBINSON |
| Trailer number: | 3786 |
| Seal number(s): | F3205502 |
| SCAC: | RBCL |
| Pro Number: | |

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14149545

Appt..08:00 am / Arrival..09:05 am / Depart..10:37 am

853184

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ____ X ____ 3ʳᵈ Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653754 | 339 | 6,907.76 | Y | N | 0001010097 | 11/14/2024 | | 11 | 763.08 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **339** | **7369.76** | Includes Pallet Weight of 462.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.* **See Section 2(e) of NMFC Item 360** | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Mico Cagnio Co* | | | *[signature]* 11-7-2 |
| | | | Property described above is received in good order, except as noted. |

Date: 11/07/2024 10:37:22 PST

## SUPPLEMENT TO THE BILL OF LADING

Page 2

**Bill Of Lading Number:  01965570000481550**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | **NMFC #** | **CLASS** |
| | | 32 | CS | 552.96 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 23 | CS | 395.10 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 23 | CS | 665.34 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 20 | CS | 372.24 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 30 | CS | 408.00 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 27 | CS | 980.64 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 86 | CS | 1279.60 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 16 | CS | 434.09 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 30 | CS | 555.10 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 16 | CS | 416.00 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 16 | CS | 257.60 | | Tools, hand, kitchen, NOI, other than power | 101425-08 | 85 |
| | | 6 | CS | 134.70 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 14 | CS | 456.40 | | Plastic or Rubber Articles | 156600-09 | 70 |
| **0** | | **339** | | **6907.76** | | **GRAND TOTAL** | | |

| Printed: 11/07/2024 11:56:27 PST | **BILL OF LADING** | 930454 | Page 1 |

**SHIP FROM**

Name:      Core Home
Address:   13300 CARMENITA ROAD
City/St/Zip:  SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#                          FOB: ☐

**Bill Of Lading Number:  0196557000481574**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

(402) 01965570000481574

**SHIP TO / CONSIGNEE**

Name:      Big Lots Stores - DC# 0879
             Durant DC, LLC
Address:   2306 Enterprise Dr
City/St/Zip:  Durant, OK 74701
CID#/TMS:  14139117                             FOB: ☐

| CARRIER NAME: | **JB HUNT INTERMODAL** |
| Trailer number: | **250671** |
| Seal number(s): | **F0502042** |
| SCAC: | **HJBI** |
| Pro Number: | |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139117

Appt..10:00 am / Arrival..11:55 am / Depart..11:56 am

852513

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   X   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642826 | 367 | 3,534.95 | Y | N | 0001010097 | 10/31/2024 | | 16 | 1,308.58 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **367** | **4206.95** | Includes Pallet Weight of 672.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 367 | CS | 4206.95 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **16** | | **367** | | **4206.95** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $_____**

Fee Terms:   Collect: ☐      Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Mike Cagnio Co* _____

| Trailer Loaded: | Freight Counted: |
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

_____    11/7/24

Property described above is received in good order, except as noted.

| Printed: 11/11/2024 11:56:39 PST | **BILL OF LADING** | 930462 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481659**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

(402) 01965570000481659

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14139129

FOB: ☐

**CARRIER NAME: CH ROBINSON**
Trailer number: 2024
Seal number(s): F0502510

**SCAC: RBCL**
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139129

Appt..08:00 am / Arrival..10:59 am / Depart..11:56 am

852523

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ 3rd Party __X__

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642826 | 170 | 2,143.33 | Y | N | 0001010097 | 10/31/2024 | | 8 | 669.40 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **170** | **2479.33** | Includes Pallet Weight of 336.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 155 | CS | 1974.30 | | Cookware or Bakeware | 052880-03 | 250 |
| | | 8 | CS | 362.88 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 7 | CS | 142.15 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | | | | | | | |
| **8** | | **170** | | **2479.33** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

**COD Amount: $_____**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Mike Cagnio Co*  _____

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]*   1/21/9

**Property described above is received in good order, except as noted.**

| Printed: 11/11/2024 11:58:28 PST | BILL OF LADING | 930453 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481567**

|||||||||||||| (barcode) ||||||||||||||

(402) 01965570000481567

### SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14147926

FOB: ☐

**CARRIER NAME:    CH ROBINSON**
Trailer number:    2024
Seal number(s):    F0502510
**SCAC:    RBCL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14147926

Appt..08:30 am / Arrival..10:59 am / Depart..11:58 am

852938

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ___X___  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653752 | 485 | 5,448.11 | Y | N | 0001010097 | 11/14/2024 | | 13 | 974.22 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **485** | **5994.11** | Includes Pallet Weight of 546.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the

*Nigo Cagnio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*(signature)*   11/1/24

Property described above is received in good order, except as noted.

| Date: 11/11/2024 11:58:28 PST | | **SUPPLEMENT TO THE BILL OF LADING** | | | | | Page 2 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Bill Of Lading Number:  01965570000481567** | | | |
| CARRIER INFORMATION | | | | | | | | |
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 183 | CS | 1033.95 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 87 | CS | 978.78 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 43 | CS | 407.76 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 17 | CS | 252.78 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 34 | CS | 418.45 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 15 | CS | 324.00 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 17 | CS | 329.80 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 20 | CS | 463.47 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 42 | CS | 403.20 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 27 | CS | 835.92 | | Plastic or Rubber Articles | 156600-10 | 65 |
| 0 | | 485 | | 5448.11 | | **GRAND TOTAL** | | |

| Printed: 11/11/2024 12:00:58 PST | BILL OF LADING | 930443 | Page 1 |
|---|---|---|---|

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481475**

(402) 01965570000481475

## SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14149540

FOB: ☐

CARRIER NAME: CH ROBINSON
Trailer number: 2024
Seal number(s): F0502510
SCAC: RBCL
Pro Number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14149540

Appt..09:00 am / Arrival..10:58 am / Depart..12:00 pm

853223

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X 3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095630066 | 197 | 3,199.26 | Y | N | 0001010097 | 11/29/2024 | | 3 | 179.68 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **197** | **3325.26** | Includes Pallet Weight of 126.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 169 | CS | 2805.78 | | Toilet Preparations/personal care products | 059420-09 | 70 |
| | | 28 | CS | 519.48 | | Articles consist of Household Utensils or Related Articles | 100500-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **3** | | **197** | | **3325.26** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 11/11/2024 13:32:59 PST | **BILL OF LADING** | 930729 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000482816**

(402) 01965570000482816

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14136745          3342866633   FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: **5315**
Seal number(s):
**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14136745

Appt..02:00 pm / Arrival..01:09 pm / Depart..01:32 pm

853874

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637426 | 203 | 3,096.36 | Y  N | 0001010097 | 10/31/2024 | | 5 | 367.18 |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| **GRAND TOTAL** | **203** | **3306.36** | Includes Pallet Weight of 210.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 95 | CS | 2091.00 | | Articles consist of Household Utensils or Related Articles | 100500-06 | 100 |
| | | 28 | CS | 759.36 | | Articles consist of Household Utensils or Related Articles | 100500-07 | 92.5 |
| | | 80 | CS | 456.00 | | Tools, hand, kitchen, NOI, other than power | 101425-05 | 125 |
| | | | | | | | | |
| **5** | | **203** | | **3306.36** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $_____**
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Nito Cagnio Co_*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Anna Lisano*   11-11-24

**Property described above is received in good order, except as noted.**

Printed: 11/11/2024 17:19:35 PST

# BILL OF LADING

929061 | Page 1

## SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number:  01965570000474910**

(402) 01965570000474910

## SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14130554

3342866633  FOB: ☐

| CARRIER NAME: | **UBER FREIGHT** |
| Trailer number: | **130** |
| Seal number(s): | |
| SCAC: | **UFLB** |
| Pro Number: | |

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14130554

Appt..02:00 pm / Arrival..04:00 pm / Depart..05:19 pm

849823

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ____X____  3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638434 | 358 | 5,564.71 | Y | N | 0001010097 | 10/31/2024 | | 8 | 650.18 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **358** | **5900.71** | Includes Pallet Weight of 336.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 4 | CS | 395.20 | | **Plastic or Rubber Articles** | 156600-04 | 175 |
| | | 256 | CS | 3012.39 | | **Plastic or Rubber Articles** | 156600-05 | 125 |
| | | 50 | CS | 1272.00 | | **Plastic or Rubber Articles** | 156600-07 | 92.5 |
| | | 48 | CS | 1221.12 | | **Plastic or Rubber Articles** | 156600-08 | 85 |
| **8** | | **358** | | **5900.71** | | **GRAND TOTAL**  Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Milo Cagnio Co* _____

| Trailer Loaded: | Freight Counted: |
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Fam Sd.*    11/11/24

**Property described above is received in good order, except as noted.**

| Printed: 11/12/2024 09:53:35 PST | **BILL OF LADING** | 930468 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#                    FOB: ☐

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139115-14146720        3342866633   FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139115-14146720

Appt..08:00 am / Arrival..08:13 am / Depart..09:53 am

852575

---

Bill Of Lading Number: **01965570000481710**

(402) 01965570000481710

| CARRIER NAME: | **JB HUNT INTERMODAL** |
|---|---|
| Trailer number: | **JBHU344300** |
| Seal number(s): | **FO502522** |
| SCAC: | **HJBI** |
| Pro Number: | |

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADDITIONAL SHIPPER INFORMATION | | | |
| 0095642824 | 286 | 2,820.05 | Y | N | 0001010097 | 10/31/2024 | | 24 | 1,040.94 |
| 0095642824 | 234 | 2,692.54 | Y | N | 0001010097 | 10/31/2024 | | 0 | 869.50 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **520** | **6520.59** | Includes Pallet Weight of 1008.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | lbs | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 504 | CS | 6002.81 | | Cookware or Bakeware | 052880-03 | 250 |
| | | 8 | CS | 355.32 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 8 | CS | 162.46 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | | | | | | | |
| **24** | | **520** | | **6520.59** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

| COD Amount: $ _____ | |
|---|---|
| Fee Terms: | Collect: ☐   Prepaid: ☐ |
| | Customer check acceptable: ☐ |

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*[signature]*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]* 11-12-24

**Property described above is received in good order, except as noted.**

| Printed: 11/12/2024 15:15:43 EST | BILL OF LADING | 930127 | Page 1 |
|---|---|---|---|

**BILL OF LADING**

### SHIP FROM
Name: Core Home
Address: 155 Knowlton Way
Suite 300
City/St/Zip: Savannah, GA 31407
SID# 0001010097 Ship# 53443805
FOB: ☐

**Bill Of Lading Number: 01965570000480140**

(402) 01965570000480140

### SHIP TO / CONSIGNEE
Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14145615
FOB: ☐

**CARRIER NAME:** CH ROBINSON
Trailer number: Q3335
Seal number(s): 63445476
**SCAC:** RBCL
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:
City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14145615

Appt..10:00 am / Arrival..11:51 am / Depart..12:15 pm

852552

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095644279 | 125 | 1,409.00 | Y | N | 0001010097 | 10/31/2024 | | 3 | 183.75 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **125** | **1535.00** | Includes Pallet Weight of 126.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 125 | CS | 1535.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **3** | | **125** | | **1535.00** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $** _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 11/12/2024 10:54:42 PST | **BILL OF LADING** | 930458 | Page 1 |

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481611**

(402) 01965570000481611

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139130-14143891          3342866633   FOB: ☐

| CARRIER NAME: | **JB HUNT INTERMODAL** |
| Trailer number: | 304830 |
| Seal number(s): | FO502518 |
| SCAC: | HJBI |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139130-14143891

Appt..11:00 am / Arrival..09:48 am / Depart..10:54 am

852574

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallets | CBFT |
| 0095653750 | 642 | 12,383.40 | Y | N | 0001010097 | 11/14/2024 | | 0 | 1,125.54 |
| 0095642827 | 213 | 2,139.90 | Y | N | 0001010097 | 10/31/2024 | | 26 | 804.27 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **855** | **15615.30** | Includes Pallet Weight of 1092.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. **See Section 2(e) of NMFC Item 360** | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Nito Caqnio Co* | | | *Fedu* 11-12-24 |
| | | | **Property described above is received in good order, except as noted.** |

| Date: 11/12/2024 10:54:42 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
| --- | --- | --- |

**Bill Of Lading Number:  01965570000481611**

| CARRIER INFORMATION | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 17 | CS | 408.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 213 | CS | 2139.90 | | Cookware or Bakeware | 052880-03 | 250 |
| | | 6 | CS | 142.56 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 4 | CS | 86.64 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 151 | CS | 1428.88 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 49 | CS | 946.39 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 74 | CS | 1040.73 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 12 | CS | 682.56 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 17 | CS | 255.00 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 32 | CS | 800.00 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 9 | CS | 178.20 | | Tools, hand, kitchen, NOI, other than power | 101425-04 | 175 |
| | | 53 | CS | 910.88 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 28 | CS | 508.95 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 41 | CS | 941.25 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 44 | CS | 422.40 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 12 | CS | 682.56 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | 12 | CS | 440.64 | | Plastic or Rubber Articles | 156600-09 | 70 |
| | | 81 | CS | 2507.76 | | Plastic or Rubber Articles | 156600-10 | 65 |
| 0 | | 855 | | 14523.30 | | GRAND TOTAL | | |

| Printed: 11/12/2024 11:44:42 PST | **BILL OF LADING** | 930472 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14143891                    3342866633   FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143891

Appt..09:00 am / Arrival..09:36 am / Depart..11:44 am

852379

---

**Bill Of Lading Number:  01965570000481727**

(402) 01965570000481727

| CARRIER NAME: | **JB HUNT INTERMODAL** |
|---|---|
| Trailer number: | 301370 |
| Seal number(s): | FO502508 |
| SCAC: | HJBI |
| Pro Number: | |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party  X

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653750 | 749 | 9,847.67 | Y | N | 0001010097 | 11/14/2024 | | 23 | 2,000.26 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **749** | **10813.67** | Includes Pallet Weight of 966.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | | | **GRAND TOTAL** | | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the carrier, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*[signature]*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]*   *[date]*

Property described above is received in good order, except as noted.

| Date: 11/12/2024 11:44:42 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|

**Bill Of Lading Number:  01965570000481727**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
|  |  | 193 | CS | 1090.45 |  | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
|  |  | 361 | CS | 4203.38 |  | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
|  |  | 54 | CS | 1632.40 |  | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
|  |  | 47 | CS | 1235.16 |  | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
|  |  | 37 | CS | 747.40 |  | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
|  |  | 18 | CS | 412.20 |  | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
|  |  | 17 | CS | 336.60 |  | Tools, hand, kitchen, NOI, other than power | 101425-04 | 175 |
|  |  | 22 | CS | 190.08 |  | Plastic or Rubber Articles | 156600-04 | 175 |
| 0 |  | 749 |  | 9847.67 |  | GRAND TOTAL | | |

| Printed: 11/12/2024 15:04:22 PST | **BILL OF LADING** | 930528 | Page 1 |

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000482014**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

(402) 01965570000482014

## SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14147616

FOB: ☐

| CARRIER NAME: | JB HUNT |
| Trailer number: | JBHU293947 |
| Seal number(s): | FO502530 |
| SCAC: | HJBT |
| Pro Number: | |

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14147616

Appt..02:00 pm / Arrival..02:56 pm / Depart..03:04 pm

852942

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X  3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653752 | 747 | 14,564.51 | Y | N | 0001010097 | 11/14/2024 | | 24 | 1,808.57 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **747** | **15572.51** | Includes Pallet Weight of 1008.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | | | |
| | | **GRAND TOTAL** | | | Includes PLT Weight | | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms: Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Nico Caprio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S.DOT emergency response guidebook or equivalent documentation in the vehicle.

*JB* 11-12-24

Property described above is received in good order, except as noted.

| Date: 11/12/2024 15:04:22 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|

**Bill Of Lading Number:  01965570000482014**

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION**<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 16 | CS | 384.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 4 | CS | 95.04 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 242 | CS | 2761.10 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 116 | CS | 2249.88 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 71 | CS | 1747.10 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 71 | CS | 1253.48 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 11 | CS | 625.68 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 32 | CS | 606.40 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 16 | CS | 448.00 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 25 | CS | 495.00 | | Tools, hand, kitchen, NOI, other than power | 101425-04 | 175 |
| | | 49 | CS | 849.04 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 6 | CS | 101.03 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 15 | CS | 340.20 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 11 | CS | 625.68 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | 11 | CS | 403.92 | | Plastic or Rubber Articles | 156600-09 | 70 |
| | | 51 | CS | 1578.96 | | Plastic or Rubber Articles | 156600-10 | 65 |
| 0 | | 747 | | 14564.51 | | **GRAND TOTAL** | | |

Printed: 11/13/2024 09:07:29 PST                 **BILL OF LADING**                 930465                 Page 1

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#
FOB: ☐

**Bill Of Lading Number: 01965570000481680**

(402) 01965570000481680

## SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139114                    3342866633    FOB: ☐

**CARRIER NAME:    CH ROBINSON**
Trailer number:    **2006**
Seal number(s):
**SCAC:**              **RBCL**
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139114

Appt..08:00 am / Arrival..08:15 am / Depart..09:07 am

852462

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637420 | 1492 | 14,382.10 | Y | N | 0001010097 | 10/31/2024 | | 17 | 1,242.75 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **1492** | **15096.10** | Includes Pallet Weight of 714.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 81 | CS | 1880.40 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 270 | CS | 2376.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 280 | CS | 4320.40 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 861 | CS | 6519.30 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| **17** | | **1492** | | **15096.10** | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $_____**
Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*[signature]*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11/3/24   *[signature]*

**Property described above is received in good order, except as noted.**

| Printed: 11/13/2024 10:32:52 PST | **BILL OF LADING** | 931119 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485350**

(402) 01965570000485350

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14139116            5706952848   FOB: ☐

| CARRIER NAME: | **STEAMLINK** |
|---|---|
| Trailer number: | XPOU423445 |
| Seal number(s): | F0502519 |
| SCAC: | SONW |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139116

Appt..09:00 am / Arrival..09:35 am / Depart..10:32 am

852464

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642825 | 380 | 3,729.60 | Y | N | 0001010097 | 10/31/2024 | | 16 | 1,379.74 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **380** | **4401.60** | Includes Pallet Weight of 672.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 380 | CS | 4401.60 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **16** | | **380** | | **4401.60** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ ."

**COD Amount: $_____**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 11/13/2024 10:21:24 PST | **BILL OF LADING** | 931117 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485336**

(402) 01965570000485336

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14139119, 14139119        5706952848    FOB: ☐

| | |
|---|---|
| **CARRIER NAME:** | **STEAMLINK** |
| Trailer number: | **XPOU412072** |
| Seal number(s): | **F05025152** |
| **SCAC:** | **SONW** |
| **Pro Number:** | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139119, 14139119

Appt..10:00 am / Arrival..09:37 am / Depart..10:21 am

852580

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ 3rd Party  X

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642828 | 166 | 1,776.20 | Y  N | 0001010097 | 10/31/2024 | | 16 | 668.02 |
| 0095642825 | 166 | 1,759.60 | Y  N | 0001010097 | 10/31/2024 | | 0 | 674.82 |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| **GRAND TOTAL** | **332** | **4207.80** | Includes Pallet Weight of 672.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 332 | CS | 4207.80 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **16** | | **332** | | **4207.80** | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $_____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*[signature]*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]* 11-13-24

Property described above is received in good order, except as noted.

| Printed: 11/13/2024 17:00:24 EST | **BILL OF LADING** | 927859 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 155 Knowlton Way
Suite 300
City/St/Zip: Savannah, GA 31407
SID# 0001010097 Ship# 53443805          FOB: ☐

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14135533
3342866633 FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135533

Appt..03:00 pm / Arrival..01:37 pm / Depart..02:00 pm

850933

---

**Bill Of Lading Number: 01965570000469633**

(402) 01965570000469633

| CARRIER NAME: | C.H. Robinson |
|---|---|
| Trailer number: | 222 |
| Seal number(s): | 63445534 |
| SCAC: | RBTW |
| Pro Number: | |

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____X_____ 3rd Party _____

☐ (check box)     Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095644277 | 215 | 2,379.50 | Y | N | 0001010097 | 11/01/2024 | | 5 | 302.13 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **215** | **2589.50** | Includes Pallet Weight of 210.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 215 | CS | 2589.50 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **5** | | **215** | | **2589.50** | | **GRAND TOTAL**     Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

COD Amount: $ _____

Fee Terms:     Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Printed: 11/13/2024 11:18:15 PST **BILL OF LADING** 931118 Page 1

## SHIP FROM

Name:     Core Home
Address:  13300 CARMENITA ROAD
City/St/Zip:  SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number:  01965570000485343**

(402) 01965570000485343

## SHIP TO / CONSIGNEE

Name:     Big Lots Stores /  DC# 0874
          CloseOut Distribution, Inc
Address:  50 Rausch Creek Rd
City/St/Zip:  Tremont, PA 17981
CID#/TMS:  14139122, 14139131

5706952848   FOB: ☐

| CARRIER NAME: | **STEAMLINK** |
|---|---|
| Trailer number: | **XPOU4111269** |
| Seal number(s): | **FO502534** |
| SCAC: | **SONW** |
| Pro Number: | |

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139122, 14139131

Appt..11:00 am / Arrival..09:59 am / Depart..11:17 am

852579

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  3rd Party  X

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642825 | 235 | 2,807.65 | Y | N | 0001010097 | 10/31/2024 | | 24 | 835.47 |
| 0095642828 | 250 | 2,637.50 | Y | N | 0001010097 | 10/31/2024 | | 0 | 1,010.86 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **485** | **6453.15** | Includes Pallet Weight of 1008.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 463 | CS | 5705.75 | | Cookware or Bakeware | 052880-03 | 250 |
| | | 12 | CS | 544.32 | | Articles consist of Household Utensils or Related Articles | 100500-08 | 85 |
| | | 10 | CS | 203.08 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | | | | | | | |
| **24** | | **485** | | **6453.15** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ ."

COD Amount: $_____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to conta  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Nito Caguio Co* _____ | | | *Eric Cruz* 11/13/24 |
| | | | Property described above is received in good order, except as noted. |

| Printed: 11/13/2024 11:34:06 PST | **BILL OF LADING** | 931127 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14157053

5706952848   FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14157053

Appt..11:00 am / Arrival..11:20 am / Depart..11:33 am

855267

---

**Bill Of Lading Number:  01965570000485428**

(402) 01965570000485428

| CARRIER NAME: | CH ROBINSON |
|---|---|
| Trailer number: | 5315 |
| Seal number(s): | F3205548 |
| SCAC: | RBCL |
| Pro Number: | |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect ___X___  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | | | | | |
| 0095660777 | 67 | 589.60 | Y | N | 0001010097 | 11/14/2024 | | 1 | 55.15 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **67** | **631.60** | Includes Pallet Weight of 42.00 lbs | | | | | | |

ADDITIONAL SHIPPER INFORMATION (header spanning SID#, MABD, DEPT, Pallet(s), CBFT)

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 67 | CS | 631.60 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **67** | | **631.60** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Nilo Cagnio Co* _____

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Lucero*   11-13-24

**Property described above is received in good order, except as noted.**

| Printed: 11/14/2024 09:57:11 PST | **BILL OF LADING** | 931123 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485381**

(402) 01965570000485381

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14145202          5706952848   FOB: ☐

**CARRIER NAME:** MODE TRANSPORTATION
Trailer number: **2250**
Seal number(s):

**SCAC:** MTLE
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14145202

Appt..01:00 pm / Arrival..08:56 am / Depart..09:57 am

851289

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____  X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638432 | 814 | 8,169.29 | Y N | | 0001010097 | 10/31/2024 | | 19 | 1,371.01 |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| | | | Y N | | | | | |
| **GRAND TOTAL** | **814** | **8967.29** | Includes Pallet Weight of 798.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | lbs | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 222 | CS | 5148.96 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 161 | CS | 966.00 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 18 | CS | 123.12 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 395 | CS | 2570.81 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 18 | CS | 158.40 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| **19** | | **814** | | **8967.29** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $ _____

Fee Terms: Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 11/14/2024 11:40:36 PST | BILL OF LADING | 931124 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485398**

(402) 01965570000485398

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14145203                 5706952848    FOB: ☐

**CARRIER NAME:   XPO LOGISITCS**
Trailer number:   **5327**
Seal number(s):

**SCAC:**                 **XPOL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14145203

Appt..09:00 am / Arrival..11:33 am / Depart..11:40 am

851143

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   X   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet/s | CBFT |
| 0095638432 | 703 | 12,463.68 | Y | N | 0001010097 | 10/31/2024 | | 20 | 1,578.60 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **703** | **13303.68** | Includes Pallet Weight of 840.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $_____**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Mike Caginio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Ern*   11.14.24

Property described above is received in good order, except as noted.

| Date: 11/14/2024 11:40:36 PST | SUPPLEMENT TO THE BILL OF LADING | Page 2 |
|---|---|---|
| | **Bill Of Lading Number:  01965570000485398** | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 39 | CS | 926.64 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 116 | CS | 1987.20 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 463 | CS | 6637.44 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 38 | CS | 966.72 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| | | 22 | CS | 559.68 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | 25 | CS | 1386.00 | | Plastic or Rubber Articles | 156600-11 | 60 |
| **0** | | **703** | | **12463.68** | | **GRAND TOTAL** | | |

| Printed: 11/14/2024 11:19:54 PST | BILL OF LADING | 930455 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#                         FOB: ☐

**Bill Of Lading Number: 01965570000481581**

(402) 01965570000481581

**SHIP TO / CONSIGNEE**

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139124                    3342866633   FOB: ☐

CARRIER NAME: **UBER FREIGHT**
Trailer number: **CFQU622859**
Seal number(s): **FO502536**
SCAC: **UFLB**
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139124

Appt..12:00 pm / Arrival..10:25 am / Depart..11:19 am

852569

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  X  3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637420 | 970 | 14,851.65 | Y  N | 0001010097 | 10/31/2024 | | 16 | 1,304.74 |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| | | | Y  N | | | | | |
| **GRAND TOTAL** | **970** | **15523.65** | Includes Pallet Weight of 672.00 lbs | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 489 | CS | 8498.50 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 481 | CS | 7025.15 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **16** | | **970** | | **15523.65** | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $_____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Printed: 11/14/2024 13:08:32 PST | **BILL OF LADING** | 931125 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485404**

(402) 01965570000485404

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14145204        5706952848    FOB: ☐

| CARRIER NAME: | CH ROBINSON |
|---|---|
| Trailer number: | 59153 |
| Seal number(s): | F0502552 |
| SCAC: | RBCL |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14145204

Appt..11:30 am / Arrival..12:27 pm / Depart..01:08 pm

851142

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    X    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095638432 | 358 | 4,909.82 | Y | N | 0001010097 | 10/31/2024 | | 16 | 1,190.05 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **358** | **5581.82** | Includes Pallet Weight of 672.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. **See Section 2(e) of NMFC Item 360** | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | **GRAND TOTAL** | | Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to conta ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| *Mike Cagnolo Co* | | | *[signature]* 12-19-24 |
| | | | **Property described above is received in good order, except as noted.** |

| Date: 11/14/2024 13:08:32 PST | SUPPLEMENT TO THE BILL OF LADING | | | Page 2 |
|---|---|---|---|---|

**Bill Of Lading Number:  01965570000485404**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 1 | CS | 24.00 | | Cookware or Bakeware | 052880-06 | 100 |
| | | 56 | CS | 1391.76 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 82 | CS | 339.48 | | Plastic or Rubber Articles | 156600-03 | 250 |
| | | 125 | CS | 1991.28 | | Plastic or Rubber Articles | 156600-04 | 175 |
| | | 32 | CS | 467.30 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | 18 | CS | 432.00 | | Plastic or Rubber Articles | 156600-06 | 100 |
| | | 44 | CS | 264.00 | | Plastic or Rubber Articles | 156600-07 | 92.5 |
| 0 | | 358 | | 4909.82 | | GRAND TOTAL | | |

| Printed: 11/14/2024 13:34:39 PST | **BILL OF LADING** | 931122 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485374**

(402) 01965570000485374

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14147618          5706952848   FOB: ☐

**CARRIER NAME:** **STEAMLINK**
Trailer number: **STTU433494**
Seal number(s):

**SCAC:** **SONW**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14147618

Appt..11:00 am / Arrival..12:46 pm / Depart..01:34 pm

852847

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   X   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653751 | 485 | 6,395.69 | Y   N | | 0001010097 | 11/14/2024 | | 13 | 987.70 |
| | | | Y   N | | | | | | |
| | | | Y   N | | | | | | |
| | | | Y   N | | | | | | |
| | | | Y   N | | | | | | |
| **GRAND TOTAL** | **485** | **6941.69** | Includes Pallet Weight of 546.00 lbs | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

**COD Amount: $ _____**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the

*mißo Cagnio Co.*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to conta
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11/14/24

*Property described above is received in good order, except as noted.*

| Date: 11/14/2024 13:34:39 PST | SUPPLEMENT TO THE BILL OF LADING | | Page 2 |
|---|---|---|---|

**Bill Of Lading Number:  01965570000485374**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | | **H.M.** | **COMMODITY DESCRIPTION** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | **LTL ONLY** | |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **WEIGHT** | **(X)** | | **NMFC #** | **CLASS** |
| | | 179 | CS | 1011.35 | | Articles consist of Household Utensils or Related Articl | 100500-03 | 250 |
| | | 3 | CS | 49.20 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 44 | CS | 538.88 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 49 | CS | 1281.31 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 48 | CS | 909.56 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 18 | CS | 412.20 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 14 | CS | 302.40 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 9 | CS | 178.20 | | Tools, hand, kitchen, NOI, other than power | 101425-04 | 175 |
| | | 17 | CS | 159.12 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 26 | CS | 476.59 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| | | 26 | CS | 589.20 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 52 | CS | 487.68 | | Plastic or Rubber Articles | 156600-04 | 175 |
| 0 | | 485 | | 6395.69 | | **GRAND TOTAL** | | |

| Printed: 11/14/2024 14:30:00 PST | **BILL OF LADING** | 930456 | Page 1 |
|---|---|---|---|

### SHIP FROM
Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#
FOB: ☐

### SHIP TO / CONSIGNEE
Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14139125-14139118      3342866633   FOB: ☐

### THIRD PARTY FREIGHT CHARGES BILL TO:
City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139125-14139118

Appt..02:00 pm / Arrival..01:22 pm / Depart..02:29 pm

852572

---

**Bill Of Lading Number:  01965570000481598**

(402) 01965570000481598

| CARRIER NAME: | **UBER FREIGHT** |
|---|---|
| Trailer number: | CFQU412010 |
| Seal number(s): | F0502560 |
| SCAC: | UFLB |
| Pro Number: | |

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party   X

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

---

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642827 | 304 | 3,067.00 | Y | N | 0001010097 | 10/31/2024 | | 26 | 1,158.86 |
| 0095637420 | 531 | 7,744.11 | Y | N | 0001010097 | 10/31/2024 | | 0 | 761.14 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **835** | **11903.11** | Includes Pallet Weight of 1092.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 86 | CS | 1269.36 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 445 | CS | 6474.75 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 304 | CS | 4159.00 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| **26** | | **835** | | **11903.11** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $_____**
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to conta |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11/14/24

**Property described above is received in good order, except as noted.**

Printed: 11/15/2024 09:54:11 PST

# BILL OF LADING

931120    Page 1

## SHIP FROM

Name:      Core Home
Address:    13300 CARMENITA ROAD
City/St/Zip:  SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number:  01965570000485367**

(402) 01965570000485367

## SHIP TO / CONSIGNEE

Name:      Big Lots Stores /  DC# 0874
            CloseOut Distribution, Inc
Address:    50 Rausch Creek Rd
City/St/Zip:  Tremont, PA 17981
CID#/TMS:   14147615

5706952848  FOB: ☐

| CARRIER NAME: | STEAMLINK |
|---|---|
| Trailer number: | XPOU410991 |
| Seal number(s): | F0502559 |
| SCAC: | SONW |
| Pro Number: | |

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14147615

Appt..11:00 am / Arrival..08:57 am / Depart..09:53 am

852846

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____ X _____ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095653751 | 803 | 14,379.41 | Y | N | 0001010097 | 11/14/2024 | | 26 | 1,928.37 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **803** | **15471.41** | Includes Pallet Weight of 1092.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED** | | |
| | | | | | | **SUPPLEMENT PAGE** | | |
| | | | | | GRAND TOTAL | Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $_____

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

## SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Nito Cagnio Co*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

## CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11-15-24

Property described above is received in good order, except as noted.

| Date: 11/15/2024 09:54:11 PST | | | **SUPPLEMENT TO THE BILL OF LADING** | | | | Page 2 |

**Bill Of Lading Number:  01965570000485367**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 16 | CS | 384.00 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 5 | CS | 118.80 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 342 | CS | 4118.76 | | Articles consist of Household Utensils or Related Articl | 100500-04 | 175 |
| | | 144 | CS | 2307.80 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 39 | CS | 717.50 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 55 | CS | 731.97 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 11 | CS | 625.68 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 16 | CS | 240.00 | | Articles consist of Household Utensils or Related Articl | 100500-09 | 70 |
| | | 16 | CS | 448.00 | | Articles consist of Household Utensils or Related Articl | 100500-11 | 60 |
| | | 16 | CS | 316.80 | | Tools, hand, kitchen, NOI, other than power | 101425-04 | 175 |
| | | 32 | CS | 689.92 | | Tools, hand, kitchen, NOI, other than power | 101425-06 | 100 |
| | | 14 | CS | 328.58 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | 11 | CS | 625.68 | | Plastic or Rubber Articles | 156600-08 | 85 |
| | | 11 | CS | 403.92 | | Plastic or Rubber Articles | 156600-09 | 70 |
| | | 75 | CS | 2322.00 | | Plastic or Rubber Articles | 156600-10 | 65 |
| 0 | | 803 | | 14379.41 | | **GRAND TOTAL** | | |

| Printed: 11/15/2024 13:40:07 PST | **BILL OF LADING** | 931126 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000485411**

(402) 01965570000485411

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14145206

5706952848   FOB: ☐

| CARRIER NAME: | XPO LOGISITCS |
|---|---|
| Trailer number: | L21215 |
| Seal number(s): | FO502502 |
| SCAC: | XPOL |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14145206

Appt..01:00 pm / Arrival..12:08 pm / Depart..01:39 pm

851138

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095638432 | 353 | 7,372.44 | Y | N | 0001010097 | 10/31/2024 | | 29 | 1,952.54 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **353** | **8590.44** | Includes Pallet Weight of 1218.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 9 | CS | 1396.20 | | Cookware or Bakeware | 052880-04 | 175 |
| | | 226 | CS | 3898.74 | | Articles consist of Household Utensils or Related Articles | 100500-03 | 250 |
| | | 28 | CS | 965.10 | | Articles consist of Household Utensils or Related Articles | 100500-04 | 175 |
| | | 90 | CS | 2330.40 | | Plastic or Rubber Articles | 156600-04 | 175 |
| **29** | | **353** | | **8590.44** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

COD Amount: $_____

Fee Terms: Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

#### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

#### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

**Property described above is received in good order, except as noted.**

| Printed: 11/19/2024 16:18:12 PST | **BILL OF LADING** | 930457 | Page 1 |

### SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000481604**

(402) 01965570000481604

### SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14139120-14139132

FOB: ☐

| CARRIER NAME: | **BBI LOGISTICS** |
| Trailer number: | **02** |
| Seal number(s): | **F0502576** |
| SCAC: | **BBIL** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14139120-14139132

Appt..01:00 pm / Arrival..04:03 pm / Depart..04:18 pm

852584

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095642829 | 270 | 3,046.60 | Y | N | 0001010097 | 10/31/2024 | | 22 | 1,089.65 |
| 0095642829 | 208 | 1,910.65 | Y | N | 0001010097 | 10/31/2024 | | 0 | 713.06 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **478** | **5881.25** | Includes Pallet Weight of 924.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 478 | CS | 5881.25 | | Cookware or Bakeware | 052880-03 | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **22** | | **478** | | **5881.25** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $_____**

Fee Terms:   Collect: ☐   Prepaid: ☐

Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or charges that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

#### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*[signature]*

| Trailer Loaded: | Freight Counted: |
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

#### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signature]* 1T-19-24

Property described above is received in good order, except as noted.

| Printed: 11/20/2024 11:42:05 PST | **BILL OF LADING** | 929060 | Page 1 |
|---|---|---|---|

**SHIP FROM**

Name:　　Core Home
Address:　1495 N. Tamarind Ave
City/St/Zip:　Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474903**

(402) 01965570000474903

**SHIP TO / CONSIGNEE**

Name:　　Big Lots Stores /  DC# 0874
　　　　　CloseOut Distribution, Inc
Address:　50 Rausch Creek Rd
City/St/Zip:　Tremont, PA 17981
CID#/TMS:　14135530

5706952848　FOB: ☐

**CARRIER NAME:　BFS LOGISTICS**
Trailer number:　**2537**
Seal number(s):　**F3205655**

**SCAC:　BFSL**
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135530

Appt..03:00 pm / Arrival..11:02 am / Depart..11:41 am

849812

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid　＿＿＿＿　Collect　＿＿X＿＿　3rd Party ＿＿＿＿

☐ (check box)　Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637421 | 985 | 15,120.44 | Y | N | 0001010097 | 10/31/2024 | | 18 | 1,417.07 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **985** | **15876.44** | Includes Pallet Weight of 756.00 lbs | | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 129 | CS | 2660.04 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | 405 | CS | 6682.50 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 451 | CS | 6533.90 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | | | | | | | |
| **18** | | **985** | | **15876.44** | | **GRAND TOTAL**　Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

＿＿＿＿＿＿＿＿＿＿＿＿ per ＿＿＿＿＿＿＿＿＿＿＿＿."

**COD Amount: $＿＿＿＿**

Fee Terms:　Collect: ☐　Prepaid: ☐

Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts or tariffs that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

＿＿＿＿＿＿＿＿＿＿Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

**Property described above is received in good order, except as noted.**

| Printed: 11/20/2024 15:08:41 PST | **BILL OF LADING** | 929059 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474897**

|||||||||||||
(402) 01965570000474897

### SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14135531

5706952848  FOB: ☐

**CARRIER NAME:  BFS LOGISTICS**
Trailer number:  **W97997**
Seal number(s):  **F3205658**
**SCAC:  BFSL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135531

Appt..03:00 pm / Arrival..01:51 pm / Depart..03:08 pm

849811

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___ X ___ 3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095637421 | 1501 | 16,224.35 | Y | N | 0001010097 | 10/31/2024 | | 17 | 1,383.12 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **1501** | **16938.35** | Includes Pallet Weight of 714.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 330 | CS | 5796.51 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 322 | CS | 4685.10 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 849 | CS | 6456.74 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| | | | | | | | | |
| **17** | | **1501** | | **16938.35** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ ."

**COD Amount: $ _____**

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts or rules that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

**Property described above is received in good order, except as noted.**

| Printed: 11/21/2024 14:17:15 PST | **BILL OF LADING** | 932290 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000491245**

(402) 01965570000491245

### SHIP TO / CONSIGNEE

Name: Big Lots Stores - DC# 0879
Durant DC, LLC
Address: 2306 Enterprise Dr
City/St/Zip: Durant, OK 74701
CID#/TMS: 14172239

FOB: ☐

CARRIER NAME: **CH ROBINSON**
Trailer number: **924**
Seal number(s): **F3205698**
SCAC: **RBCL**
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14172239

Appt..01:00 pm / Arrival..01:58 pm / Depart..02:17 pm

858007

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect ___X___ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095458183 | 19 | 695.40 | Y | N | 0001010097 | 11/18/2024 | | 1 | 45.29 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **19** | **737.40** | Includes Pallet Weight of 42.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 19 | CS | 737.40 | | Tools, hand, kitchen, NOI, other than power | 101425-09 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **19** | | **737.40** | | **GRAND TOTAL** Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $ _____**

Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*signature* _____

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*signature*

**Property described above is received in good order, except as noted.**

| Printed: 11/22/2024 12:48:47 EST | **BILL OF LADING** | 929606 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name: Core Home
Address: 155 Knowlton Way
Suite 300
City/St/Zip: Savannah, GA 31407
SID# 0001010097 Ship# 53443805      FOB: ☐

**Bill Of Lading Number: 01965570000477294**

|||||||||||||||||||||| (barcode)

(402) 01965570000477294

### SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14143324
5706952848  FOB: ☐

**CARRIER NAME:  CH ROBINSON**
Trailer number:  **5309**
Seal number(s):  **63445598**

**SCAC:**  **RBCL**
**Pro Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14143324

Appt..12:00 pm / Arrival..09:21 am / Depart..09:48 am

850939

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095644278 | 323 | 3,480.10 | Y | N | 0001010097 | 10/31/2024 | | 6 | 453.81 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **323** | **3732.10** | Includes Pallet Weight of 252.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 323 | CS | 3732.10 | | Aluminum Articles, NOI, in boxes or crates | 013120-06 | 100 |
| | | | | | | | | |
| | | | | | | | | |
| **6** | | **323** | | **3732.10** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $ _____**

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*(signature)* _____

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*(signature)*

**Property described above is received in good order, except as noted.**

| Printed: 11/22/2024 11:46:15 PST | **BILL OF LADING** | 929595 | Page 1 |
|---|---|---|---|

### SHIP FROM

Name:    Core Home
Address:    1495 N. Tamarind Ave
City/St/Zip:    Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000477287**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
(402) 01965570000477287

### SHIP TO / CONSIGNEE

Name:    Big Lots Stores / DC# 0874
    CloseOut Distribution, Inc
Address:    50 Rausch Creek Rd
City/St/Zip:    Tremont, PA 17981
CID#/TMS:    14135527

5706952848   FOB: ☐

| CARRIER NAME: | **BLUE GRACE** |
|---|---|
| Trailer number: | **1144** |
| Seal number(s): | **F3205631** |
| SCAC: | **BGLF** |
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135527

Appt..11:00 am / Arrival..10:46 am / Depart..11:46 am

849995

**Freight Charge Terms:** *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)    **Master Bill of Lading:** with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SID# | MABD | DEPT | Pallet(s) | CBFT |
| 0095637421 | 1390 | 17,171.85 | Y | N | 0001010097 | 10/31/2024 | | 18 | 1,480.36 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **1390** | **17927.85** | Includes Pallet Weight of 756.00 lbs | | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.<br>See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 905 | CS | 14290.35 | | Cooking, baking or heating utensils | 052860-07 | 92.5 |
| | | 485 | CS | 3637.50 | | Cooking, baking or heating utensils | 052860-08 | 85 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **18** | | **1390** | | **17927.85** | | **GRAND TOTAL**    Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

| COD Amount: $_____ | |
|---|---|
| Fee Terms: | Collect: ☐    Prepaid: ☐ |
| Customer check acceptable: | ☐ |

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.<br><br>**Property described above is received in good order, except as noted.** |

| Printed: 11/26/2024 11:53:46 PST | **BILL OF LADING** | 929066 | Page 1 |
|---|---|---|---|

## SHIP FROM

Name: Core Home
Address: 13300 CARMENITA ROAD
City/St/Zip: SANTA FE SPRINGS, CA 90670
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000474965**

(402) 01965570000474965

## SHIP TO / CONSIGNEE

Name: Big Lots Stores /  DC# 0874
CloseOut Distribution, Inc
Address: 50 Rausch Creek Rd
City/St/Zip: Tremont, PA 17981
CID#/TMS: 14135524

5706952848   FOB: ☐

**CARRIER NAME:   CH ROBINSON**
Trailer number:   1305
Seal number(s):   F0502582

**SCAC:   RBCL**
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14135524

Appt..11:30 am / Arrival..11:21 am / Depart..11:53 am

858578

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____   Collect ___X___   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095637429 | 480 | 6,554.94 | Y | N | 0001010097 | 10/31/2024 | | 8 | 618.73 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **480** | **6890.94** | Includes Pallet Weight of 336.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | **SEE ATTACHED SUPPLEMENT PAGE** | | |
| | | | | | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent of value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

11/26/24

Property described above is received in good order, except as noted.

| Date: 11/26/2024 11:53:46 PST | | | | **SUPPLEMENT TO THE BILL OF LADING** | | | Page 2 |
|---|---|---|---|---|---|---|---|

**Bill Of Lading Number:  01965570000474965**

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | H.M. | COMMODITY DESCRIPTION<br><sub>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360</sub> | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | NMFC # | CLASS |
| | | 206 | CS | 1244.30 | | Glassware | 088160-10 | 65 |
| | | 8 | CS | 157.44 | | Articles consist of Household Utensils or Related Articl | 100500-05 | 125 |
| | | 96 | CS | 1900.80 | | Articles consist of Household Utensils or Related Articl | 100500-06 | 100 |
| | | 78 | CS | 2115.36 | | Articles consist of Household Utensils or Related Articl | 100500-07 | 92.5 |
| | | 23 | CS | 460.80 | | Articles consist of Household Utensils or Related Articl | 100500-08 | 85 |
| | | 53 | CS | 302.10 | | Tools, hand, kitchen, NOI, other than power | 101425-05 | 125 |
| | | 16 | CS | 374.14 | | Tools, hand, kitchen, NOI, other than power | 101425-07 | 92.5 |
| 0 | | 480 | | 6554.94 | | **GRAND TOTAL** | | |

| Printed: 12/12/2024 11:20:23 PST | BILL OF LADING | 935785 | Page 1 |
|---|---|---|---|

## SHIP FROM

Name: Core Home
Address: 1495 N. Tamarind Ave
City/St/Zip: Rialto, CA 92376
SID# 0001010097 Ship#

FOB: ☐

**Bill Of Lading Number: 01965570000505638**

(402) 01965570000505638

## SHIP TO / CONSIGNEE

Name: Big Lots Stores / DC#0870
CSC Distribution, Inc
Address: 2855 Selma Hwy
City/St/Zip: Montgomery, AL 36108
CID#/TMS: 14239586

3342866633 FOB: ☐

**CARRIER NAME: CH ROBINSON**
Trailer number: 2831
Seal number(s): F3205667

**SCAC: RBCL**
**Pro Number:**

## THIRD PARTY FREIGHT CHARGES BILL TO:

City/St/Zip:

SPECIAL INSTRUCTIONS:
Load/Auth# 14239586

Appt..11:00 am / Arrival..10:59 am / Depart..11:20 am

863955

Freight Charge Terms: *(frieght charges are prepaid unless marked otherwise)*

Prepaid _____ Collect _____ X _____ 3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT lbs | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFORMATION SID# | MABD | DEPT | Pallet(s) | CBFT |
|---|---|---|---|---|---|---|---|---|---|
| 0095715467 | 56 | 572.26 | Y | N | 0001010097 | 12/05/2024 | | 1 | 37.25 |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| | | | Y | N | | | | | |
| **GRAND TOTAL** | **56** | **614.26** | Includes Pallet Weight of 42.00 lbs | | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT lbs | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 45 | CS | 460.50 | | Aluminum Articles, NOI, in boxes or crates | 013120-08 | 85 |
| | | 2 | CS | 76.00 | | Articles consist of Household Utensils or Related Articles | 100500-11 | 60 |
| | | 9 | CS | 77.76 | | Plastic or Rubber Articles | 156600-05 | 125 |
| | | | | | | | | |
| **1** | | **56** | | **614.26** | | **GRAND TOTAL**   Includes PLT Weight | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

### SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

### CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.