# **EXHIBIT E**

**Summary Post-Petition Account**

| Doc # | Type | Terms Desc | Doc Date | Due Date | Gross Amount | PO Number |
|---|---|---|---|---|---|---|
| 1146533 | Invoice | Net 45 | 10/3/2024 | 11/17/2024 | $ 11,082.00 | 95620068 |
| 1146714 | Invoice | 2 % Net 30 Day | 10/4/2024 | 11/3/2024 | $ 38,115.90 | 95615394 |
| 1148770 | Invoice | Net 45 | 10/11/2024 | 11/25/2024 | $ 34,302.00 | 95629453 |
| 1151279 | Invoice | Net 45 | 10/22/2024 | 12/6/2024 | $ 30,496.80 | 95629451 |
| 1152277 | Invoice | Net 30 | 10/28/2024 | 11/27/2024 | $ 18,939.00 | 95638433 |
| 1152278 | Invoice | Net 30 | 10/28/2024 | 11/27/2024 | $ 30,241.80 | 95637425 |
| 1152657 | Invoice | Net 30 | 10/30/2024 | 11/29/2024 | $ 41,698.80 | 95637423 |
| 1152658 | Invoice | Net 30 | 10/30/2024 | 11/29/2024 | $ 29,409.00 | 95637424 |
| 1152665 | Invoice | Net 45 | 10/30/2024 | 12/14/2024 | $ 36,663.60 | 95629452 |
| 1152666 | Invoice | Net 45 | 10/30/2024 | 12/14/2024 | $ 12,263.40 | 95629452 |
| 1152742 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 9,409.20 | 95637830 |
| 1152743 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 32,428.80 | 95637421 |
| 1152849 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 33,224.40 | 95637424 |
| 1152850 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 2,688.00 | 95642806 |
| 1152851 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 37,857.60 | 95652854 |
| 1152852 | Invoice | Net 30 | 10/31/2024 | 11/30/2024 | $ 32,768.40 | 95653074 |
| 1152949 | Invoice | Net 30 | 11/1/2024 | 12/1/2024 | $ 12,336.00 | 95653076 |
| 1152950 | Invoice | Net 30 | 11/1/2024 | 12/1/2024 | $ 9,679.20 | 95653078 |
| 1153116 | Invoice | Net 30 | 11/1/2024 | 12/1/2024 | $ 18,578.10 | 95637426 |
| 1153490 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 5,110.80 | 95637832 |
| 1153491 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 37,039.80 | 95637422 |
| 1153492 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 12,940.80 | 95638431 |
| 1153493 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 16,984.20 | 95638431 |
| 1153523 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 32,955.60 | 95638431 |
| 1153524 | Invoice | Net 30 | 11/4/2024 | 12/4/2024 | $ 10,576.80 | 95638431 |
| 1153756 | Invoice | Net 30 | 11/5/2024 | 12/5/2024 | $ 12,348.00 | 95653077 |
| 1153812 | Invoice | Net 30 | 11/5/2024 | 12/5/2024 | $ 39,476.40 | 95653073 |
| 1153950 | Invoice | Net 30 | 11/6/2024 | 12/6/2024 | $ 27,565.20 | 95638431 |
| 1153984 | Invoice | Net 30 | 11/6/2024 | 12/6/2024 | $ 37,162.20 | 95638435 |
| 1153985 | Invoice | Net 30 | 11/6/2024 | 12/6/2024 | $ 6,381.60 | 95637831 |
| 1154099 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 7,803.00 | 95642828 |
| 1154100 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 6,318.00 | 95630064 |
| 1154101 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 11,016.00 | 95630065 |
| 1154118 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 37,478.40 | 95653753 |
| 1154119 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 34,795.80 | 95653755 |
| 1154120 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 34,279.20 | 95653754 |
| 1154176 | Invoice | Net 30 | 11/7/2024 | 12/7/2024 | $ 9,909.00 | 95642826 |
| 1154767 | Invoice | Net 30 | 11/11/2024 | 12/11/2024 | $ 6,543.00 | 95642826 |
| 1154768 | Invoice | Net 30 | 11/11/2024 | 12/11/2024 | $ 25,306.20 | 95653752 |
| 1154769 | Invoice | Net 30 | 11/11/2024 | 12/11/2024 | $ 8,262.00 | 95630066 |
| 1154870 | Invoice | Net 30 | 11/11/2024 | 12/11/2024 | $ 12,144.00 | 95637426 |
| 1154928 | Invoice | Net 30 | 11/11/2024 | 12/11/2024 | $ 24,858.00 | 95638434 |
| 1155022 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ 7,722.00 | 95642824 |
| 1155023 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ 4,950.00 | 95644279 |
| 1155024 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ 8,298.00 | 95642824 |
| 1155118 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ 5,751.00 | 95642827 |
| Doc # | Type | Terms Desc | Doc Date | Due Date | Gross Amount | PO Number |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1155119 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ | 37,635.00 | 95653750 |
| 1155120 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ | 56,713.20 | 95653750 |
| 1155237 | Invoice | Net 30 | 11/12/2024 | 12/12/2024 | $ | 58,290.60 | 95653752 |
| 1155351 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 52,009.80 | 95637420 |
| 1155384 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 10,260.00 | 95642825 |
| 1155385 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 4,482.00 | 95642828 |
| 1155386 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 4,482.00 | 95642825 |
| 1155401 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 8,418.00 | 95644277 |
| 1155402 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 9,243.00 | 95642825 |
| 1155403 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 6,750.00 | 95642828 |
| 1155404 | Invoice | Net 30 | 11/13/2024 | 12/13/2024 | $ | 3,256.20 | 95660777 |
| 1155664 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 35,344.80 | 95638432 |
| 1155785 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 41,346.60 | 95638432 |
| 1155807 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 41,547.00 | 95637420 |
| 1155863 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 21,987.60 | 95638432 |
| 1155864 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 30,867.60 | 95653751 |
| 1155917 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 8,208.00 | 95642827 |
| 1155918 | Invoice | Net 30 | 11/14/2024 | 12/14/2024 | $ | 26,120.40 | 95637420 |
| 1156151 | Invoice | Net 30 | 11/15/2024 | 12/15/2024 | $ | 57,050.40 | 95653751 |
| 1156324 | Invoice | Net 30 | 11/15/2024 | 12/15/2024 | $ | 23,340.00 | 95638432 |
| 1156988 | Invoice | Net 30 | 11/20/2024 | 12/20/2024 | $ | 7,290.00 | 95642829 |
| 1156989 | Invoice | Net 30 | 11/20/2024 | 12/20/2024 | $ | 5,616.00 | 95642829 |
| 1157115 | Invoice | Net 30 | 11/20/2024 | 12/20/2024 | $ | 48,312.60 | 95637421 |
| 1157161 | Invoice | Net 30 | 11/20/2024 | 12/20/2024 | $ | 52,344.60 | 95637421 |
| 1157411 | Invoice | Net 45 | 11/22/2024 | 1/6/2025 | $ | 3,420.00 | 95458183 |
| 1157415 | Invoice | Net 30 | 11/22/2024 | 12/22/2024 | $ | 12,646.00 | 95644278 |
| 1157523 | Invoice | Net 30 | 11/22/2024 | 12/22/2024 | $ | 52,269.00 | 95637421 |
| 1157882 | Invoice | Net 30 | 11/26/2024 | 12/26/2024 | $ | 20,422.20 | 95637429 |
| 1160214 | Invoice | Net 30 | 12/12/2024 | 1/11/2025 | $ | 1,858.50 | 95715467 |
| | | | | | **$ 1,697,688.10** | | |