**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

**ORDER DENYING DEBTORS' OMNIBUS OBJECTION TO MOTIONS FOR
ALLOWANCE AND PAYMENT OF STUB RENT, POST-PETITION RENT AND
OTHER ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the *Limited Reply and Reservation of Rights of Bayshore Mall 1A, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC to Debtors' Omnibus Objection to Motions for Allowance and Payment of Stub Rent, Post-Petition Rent and Other Administrative Expense Claims* (the "Omnibus Objection"), and it appearing that the relief sought in the Omnibus Objection is not appropriate and necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Omnibus Objection is DENIED.

2. This order shall be without prejudice to Bayshore's right to seek allowance of further claims against the Debtors' estates, including, but not limited to, claims for damages arising in the event of the Debtors' rejection of the Lease.

4931-2233-0640 v1