IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS INC.*, et al.*,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br> (Jointly Administered) <br><br><br> **Related D.I.: 1449, 1556** |

### NOTICE OF APPEAL OF ADMINISTRATIVE CLAIMANT

**PLEASE TAKE NOTICE** that administrative claimant PRESTIGE PATIO, Inc. ("PRESTIGE PATIO" or the "Administrative Claimant"), by and through undersigned counsel, hereby appeals to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 158(a), 158(c)(2) and 1292(a)(1), and Rules 8002 and 8003 of the Federal Rule of Bankruptcy Procedure from (i) the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] entered on January 2, 2025 in the above-captioned case (Docket No. 1556, the "Sale Order") and (ii) the *Order Shortening Notice of Motion of Debtors for Entry of An Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II)*

---

[1] The debtors and debtors in possession in these chapter 11 cases(hereinafter "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

\\4163-8548-8207 v1

*Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1449] entered on December 27, 2024  (Docket No. 1449, the "Order Shortening Time"), including, without limitation, any and all orders, judgments, decrees, decisions, rulings, and opinions that may subsequently be entered regarding the Sale Order or the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Sale Order and the Order Shortening Time and the names, addresses, and telephone numbers of their attorneys are as follows:

|  | **PARTY** | **ATTORNEYS** |
|---|---|---|
| 1. | Big Lots | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Sophie Rogers Churchill (No. 6905)<br><br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Tel: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>*-and-*<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian M. Resnick (admitted *pro hac vice*)<br>Adam L. Shpeen (admitted *pro hac vice*)<br>James I. McClammy (admitted *pro hac vice*)<br>Stephen D. Piraino (admitted *pro hac vice*)<br>Ethan Stern (admitted *pro hac vice*)<br>450 Lexington Avenue |

| | | |
|---|---|---|
| | | New York, NY 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>james.mcclammy@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br>*Counsel to the Debtors and Debtors in Possession* |
| 2. | Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Attn: Steven E. Fox<br>Email: sfox@riemerlaw.com |
| 3. | Prestige Patio, Inc. ("Prestige Patio") | **THE LAW OFFICE OF JAMES TOBIA, LLC**<br><br>*/s/ James Tobia*<br>James Tobia (No. 3798)<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-5303<br>Email: jtobia@tobialaw.com<br>             -and-<br><br>**SchrierShayne P.C.**<br>Richard E. Schrier, esq *(admitted Pro Hac Vice)*<br>64 Fulton Street, Suite 1000<br>New York, New York 10038<br>Telephone: (516) 578-8999<br>Email: richardschrie@gmail.com<br><br>*Attorneys for Prestige Patio, Inc.* |
| 4. | Andrew Vara, United States Trustee Region 3 | Linda J. Casey<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Tel: (302) 573-6491<br>Linda.Casey@usdoj.gov |

\\4163-8548-8207 v1

| 5. | Official Committee of Unsecured Creditors | COLE SCHOTZ P.C.<br>Justin R. Alberto<br>Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br>- and -<br>MCDERMOTT WILL & EMERY LLP<br>Darren Azman *(admitted pro hac vice)*<br>Kristin K. Going *(admitted pro hac vice)*<br>Stacy Lutkus *(admitted pro hac vice)*<br>Natalie Rowles *(admitted pro hac vice)*<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Tel: (212) 547-5400<br>dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com |

Dated: January 16, 2025
Wilmington, DE

**THE LAW OFFICE OF JAMES TOBIA, LLC**

*/s/ James Tobia*
James Tobia (No. 3798)
1716 Wawaset Street
Wilmington, DE 19806
Telephone: (302) 655-5303
Email: jtobia@tobialaw.com

-and-

**SchrierShayne P.C.**
Richard E. Schrier, Esq *(admitted Pro Hac Vice)*
64 Fulton Street, Suite 1000
New York, New York 10038
Telephone: 516-578-8999
212-566-4949
Email: richardschrier@gmail.com

*Attorneys for Prestige Patio Inc.
Administrative Claimant*

4

\\4163-8548-8207 v1