# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | : | Case No. 24-11967 (JKS) |
| | : | (Jointly Administered) |
| Debtors. | : | **Related to Docket No. 1556** |

## NOTICE OF APPEAL FILED BY ALDI INC.

PLEASE TAKE NOTICE that Aldi Inc. ("**Aldi**"), by and through its undersigned counsel, party-in-interest in the above-captioned bankruptcy case, hereby appeals from the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (Docket No. 1556), entered by the Court on January 2, 2025 in the above-captioned case, and a copy of which is attached hereto as Exhibit A (the "**Order**"), including, without limitation, any and all related orders, judgments, decrees, decisions, rulings, and opinions, oral or otherwise, that were or may subsequently be entered regarding the Order.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the Order from which Aldi appeals, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

|   | **Party:** | **Counsel:** |
|---|---|---|
| 1 | Big Lots *et al.,* Debtors | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>Casey B. Sawyer<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Tel: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>- and –<br><br>DAVIS POLK & WARDWELL LLP<br>Brian M. Resnick<br>Adam L. Shpeen<br>James I. McClammy<br>Stephen D. Piraino<br>Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>james.mcclammy@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| 2 | Gordon Brothers Retail Partners, LLC | RIEMER & BRAUNSTEIN LLP<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Tel: (212) 789-3150<br>sfox@riemerlaw.com |

| 3 | Aldi Inc., Appellant | CONNOLLY GALLAGHER LLP<br>Karen C. Bifferato<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>Tel: (302) 888-6221<br>kbifferato@connollygallagher.com<br><br>-and-<br><br>RUBIN & LEVIN, P.C.<br>James E. Rossow Jr.<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, IN 46204<br>Tel:  (317) 860-2893<br>Facsimile:  (317) 453-8619<br>jim@rubin-levin.net |
|---|---|---|
| 4 | Andrew Vara, United States Trustee Region 3 | Linda J. Casey<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Tel: (302) 573-6491<br>Linda.Casey@usdoj.gov |
| 5 | Official Committee of Unsecured Creditors | COLE SCHOTZ P.C.<br>Justin R. Alberto<br>Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br><br>- and – |

|  | MCDERMOTT WILL & EMERY LLP<br>Darren Azman<br>Kristin K. Going<br>Stacy Lutkus<br>Natalie Rowles<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Tel: (212) 547-5400<br>dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>nrowles@mwe.com |
|---|---|

Dated: January 16, 2025

Respectfully submitted,

CONNOLLY GALLAGHER LLP

By: /s/ *Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kbifferato@connollygallagher.com

-and-

RUBIN & LEVIN, P.C.

By: /s/ *James E. Rossow Jr.*
James E. Rossow Jr. (*pro hac vice*)
(Indiana Attorney No. 21063-29)
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 860-2893
Facsimile:  (317) 453-8619
Email:  jim@rubin-levin.net

*Attorneys for Aldi Inc.*