## **CERTIFICATE OF SERVICE**

I, Karen C. Bifferato, hereby certify that on the 16th day of January, 2025, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

/s/ *Karen C. Bifferato*
Karen C. Bifferato (#3279)

**VIA ELECTRONIC MAIL**

James McClammy, Esq.
Stephen Piraino, Esq.
Brian Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
james.mcclammy@davispolk.com
stephen.piraino@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
ethan.stern@davispolk.com

Steven E. Fox
RIEMER & BRAUNSTEIN LLP
sfox@riemerlaw.com

Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
jalberto@coleschotz.com
snewman@coleschotz.com

Robert Dehney, Esq.
Andrew Remming, Esq.
Sophie Rogers Churchill, Esq.
Casey Sawyer, Esq.
Tamara Mann, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rdehney@morrisnichols.com
aremming@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
tmann@morrisnichols.com

Linda J. Casey
OFFICE OF THE UNITED STATES TRUSTEE
Linda.Casey@usdoj.gov

Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
MCDERMOTT WILL & EMERY LLP
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com