# **<u>EXHIBIT A</u>**

Report Date: 1/9/2025 3:38:32 PM
User: Joseph Arakanchi

GINA GLOBAL

Case 24-11967-JKS    Doc 1752-1    Filed 01/16/25    Page 2 of 2

Accounts Receivable Aged Trial Balance By Due Date

Page 1 Of 1

| Doc Type | Document No | PO # | Doc Date | Due Date | Orig. Amt | Current | 15-30 | 31-60 | 61-90 | 91-120 | Over 120 | Terms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO030 | BIG LOTS STORES INC.- DIP# 24-11967 | | | | USD | | | | | | | |
| | (CONSOLIDATED STORES) A/P dept. | | | | | | | | | | | |
| | COLUMBUS OH 43228-5311 | | | | | | | | | | | |
| INVCE | 998622 | 0095617960 | 10/01/2024 | 10/31/2024 | 2,880.00 | 0.00 | 0.00 | 0.00 | 2,880.00 | 0.00 | 0.00 | N30C |
| INVCE | 1001476 | 0095617962 | 10/02/2024 | 11/01/2024 | 7,680.00 | 0.00 | 0.00 | 0.00 | 7,680.00 | 0.00 | 0.00 | N30C |
| INVCE | 1021141 | 0095661463 | 11/11/2024 | 12/11/2024 | 6,060.00 | 0.00 | 6,060.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1022858 | 0095661464 | 11/13/2024 | 12/13/2024 | 6,492.00 | 0.00 | 6,492.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1022859 | 0095661465 | 11/14/2024 | 12/14/2024 | 7,200.00 | 0.00 | 7,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1032692 | 0095674958 | 11/26/2024 | 12/26/2024 | 23,728.00 | 23,728.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1032693 | 0095674959 | 11/27/2024 | 12/27/2024 | 20,134.00 | 20,134.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1032694 | 0095674960 | 11/26/2024 | 12/26/2024 | 24,614.00 | 24,614.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| **Customer Total (USD):** | | | | | 98,788.00 | 68,476.00 | 19,752.00 | 0.00 | 10,560.00 | 0.00 | 0.00 | |
| **Grand Total:** | | | | | 98,788.00 | 68,476.00 | 19,752.00 | 0.00 | 10,560.00 | 0.00 | 0.00 | |