# **<u>EXHIBIT B</u>**

Report Date: 1/9/2025 3:38:15 PM
User: Joseph Arakanchi
GINA GLOBAL
Accounts Receivable Aged Trial Balance By Due Date
Case 24-11967-JKS    Doc 1752-2    Filed 01/16/25    Page 2 of 2
Page 1 Of 1

| Doc Type | Document No | PO # | Doc Date | Due Date | Orig. Amt | Current | 15-30 | 31-60 | 61-90 | 91-120 | Over 120 | Terms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO030 | BIG LOTS STORES INC.- DIP# 24-11967 | | | | USD | | | | | | | |
| | (CONSOLIDATED STORES) A/P dept. | | | | | | | | | | | |
| | COLUMBUS OH 43228-5311 | | | | | | | | | | | |
| CHGBK | 6752 | | 12/10/2024 | 12/10/2024 | 5,088.00 | 0.00 | 5,088.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| INVCE | 1002620 | 0095615349 | 10/09/2024 | 11/08/2024 | 790.50 | 0.00 | 0.00 | 0.00 | 790.50 | 0.00 | 0.00 | N30C |
| INVCE | 1005008 | 0095288770 | 10/11/2024 | 11/10/2024 | 20,460.90 | 0.00 | 0.00 | 20,460.90 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1005541 | 0095615347 | 10/14/2024 | 11/13/2024 | 22,262.40 | 0.00 | 0.00 | 22,262.40 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1005545 | 0095283481 | 10/14/2024 | 11/13/2024 | 22,431.60 | 0.00 | 0.00 | 22,431.60 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1006199 | 0095288771 | 10/11/2024 | 11/10/2024 | 17,002.20 | 0.00 | 0.00 | 17,002.20 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1006427 | 0095283482 | 10/17/2024 | 11/16/2024 | 23,972.40 | 0.00 | 0.00 | 23,972.40 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1008711 | 0095615346 | 10/18/2024 | 11/17/2024 | 12,605.40 | 0.00 | 0.00 | 12,605.40 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1009179 | 0095288774 | 10/11/2024 | 11/10/2024 | 4,158.00 | 0.00 | 0.00 | 4,158.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1009181 | 0095615355 | 10/11/2024 | 11/10/2024 | 6,237.00 | 0.00 | 0.00 | 6,237.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1009417 | 0095609310 | 10/11/2024 | 11/10/2024 | 7,611.00 | 0.00 | 0.00 | 7,611.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1009419 | 0095287965 | 10/11/2024 | 11/10/2024 | 7,611.00 | 0.00 | 0.00 | 7,611.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1013765 | 0095615354 | 10/11/2024 | 11/10/2024 | 23,251.20 | 0.00 | 0.00 | 23,251.20 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1014039 | 0095645902 | 10/29/2024 | 11/28/2024 | 4,197.60 | 0.00 | 0.00 | 4,197.60 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1014040 | 0095645904 | 10/29/2024 | 11/28/2024 | 4,197.60 | 0.00 | 0.00 | 4,197.60 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1019968 | 0095645903 | 11/08/2024 | 12/08/2024 | 7,444.80 | 0.00 | 0.00 | 7,444.80 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1024768 | 0095283492 | 11/14/2024 | 12/14/2024 | 790.50 | 0.00 | 790.50 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1030751 | 0095676213 | 11/25/2024 | 12/25/2024 | 23,918.40 | 0.00 | 23,918.40 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1035549 | 0095676214 | 11/27/2024 | 12/27/2024 | 22,391.40 | 22,391.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| **Customer Total (USD):** | | | | | 236,421.90 | 22,391.40 | 29,796.90 | 183,443.10 | 790.50 | 0.00 | 0.00 | |
| **Grand Total:** | | | | | 236,421.90 | 22,391.40 | 29,796.90 | 183,443.10 | 790.50 | 0.00 | 0.00 | |