# **<u>EXHIBIT C</u>**

Report Date: 1/9/2025 3:38:49 PM
User: Joseph Arakanchi

GINA GLOBAL
Accounts Receivable Aged Trial Balance By Due Date

Case 24-11967-JKS    Doc 1752-3    Filed 01/16/25    Page 2 of 2

Page 1 Of 1

| Doc Type | Document No | PO # | Doc Date | Due Date | Orig. Amt | Current | 15-30 | 31-60 | 61-90 | 91-120 | Over 120 | Terms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO030 | BIG LOTS STORES INC.- DIP# 24-11967 | | | | USD | | | | | | | |
| | (CONSOLIDATED STORES) A/P dept. | | | | | | | | | | | |
| | COLUMBUS OH 43228-5311 | | | | | | | | | | | |
| INVCE | 1013988 | 0095624570 | 10/29/2024 | 11/28/2024 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1013989 | 0095624571 | 10/29/2024 | 11/28/2024 | 25,760.00 | 0.00 | 0.00 | 25,760.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1016329 | 0095624573 | 11/04/2024 | 12/04/2024 | 23,790.00 | 0.00 | 0.00 | 23,790.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1016330 | 0095624575 | 11/04/2024 | 12/04/2024 | 27,680.00 | 0.00 | 0.00 | 27,680.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1022287 | 0095660983 | 11/14/2024 | 12/14/2024 | 20,721.60 | 0.00 | 20,721.60 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1022288 | 0095660985 | 11/14/2024 | 12/14/2024 | 14,524.80 | 0.00 | 14,524.80 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1022839 | 0095624574 | 11/13/2024 | 12/13/2024 | 44,130.00 | 0.00 | 44,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1026670 | 0095660984 | 11/20/2024 | 12/20/2024 | 7,996.80 | 0.00 | 7,996.80 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1035568 | 0095705212 | 12/09/2024 | 01/08/2025 | 4,800.00 | 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1035569 | 0095705214 | 12/09/2024 | 01/08/2025 | 4,608.00 | 4,608.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| INVCE | 1036111 | 0095705213 | 12/13/2024 | 01/12/2025 | 4,992.00 | 4,992.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N30C |
| **Customer Total (USD):** | | | | | 193,003.20 | 14,400.00 | 87,373.20 | 91,230.00 | 0.00 | 0.00 | 0.00 | |
| **Grand Total:** | | | | | 193,003.20 | 14,400.00 | 87,373.20 | 91,230.00 | 0.00 | 0.00 | 0.00 | |