# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC*., et al.*,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Related D.I.**: 1750 |

## CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, hereby certify that on the 16th day of January, 2025, a copy of the *Notice of Appeal of Certain Administrative Claimants* [Docket No. 1750] filed by The Marketing Group, LLC and Sensational Brands, Inc. was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below via electronic mail.

Robert J. Dehney, Sr.
(rdehney@morrisnichols.com)
Andrew R. Remming
(aremming@morrisnichols.com)
Tamara K. Mann
(tmann@morrisnichols.com)
Sophie Rogers Churchill
(srchurchill@morrisnichols.com)
Casey B. Sawyer
(csawyer@morrisnichols.com)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Brian M. Resnick
(brian.resnick@davispolk.com)
Adam L. Shpeen
(adam.shpeen@davispolk.com)
James I. McClammy
(james.mcclammy@davispolk.com)
Stephen D. Piraino
(stephen.piraino@davispolk.com)
Ethan Stern (ethan.stern@davispolk.com)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

---

[1] The debtors and debtors in possession in these chapter 11 cases(hereinafter "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

| | |
|---|---|
| Steven E. Fox (sfox@riemerlaw.com)<br>RIEMER & BRAUNSTEIN LLP<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036 | Justin R. Alberto (jalberto@coleschotz.com)<br>Stacy L. Newman<br>(snewman@coleschotz.com)<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Linda J. Casey (Linda.Casey@usdoj.gov)<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | Darren Azman (dazman@mwe.com)<br>Kristin K. Going (kgoing@mwe.com)<br>Stacy Lutkus (salutkus@mwe.com)<br>Natalie Rowles (nrowles@mwe.com)<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY, 10017 |

Dated: January 16, 2025
      Wilmington, DE

**GOLDSTEIN & MCCLINTOCK LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Email: marias@goldmclaw.com

-and-

BECKHAM PORTELA
Eric Walraven
3400 Carlisle, Suite 550
Dallas TX 75204
Telephone: (214) 965-9300
Email: Eric@bptriallaw.com

*Attorneys for Appellants/Administrative Claimants*