# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., et al., | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| _____ | ) Related D.I.: 1749 |

## CERTIFICATE OF SERVICE

I, James Tobia, hereby certify that on January 16, 2025, I caused the NOTICE OF APPEAL OF ADMINISTRATIVE CLAIMANT [D.I. 1749] filed by PRESTIGE PATIO, Inc. to be served by CM/ECF electronic transmission on all parties registered to receive notice via CM/ECF in these cases, and also upon the parties listed below via electronic mail.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.

<div style="columns:2">

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Attn: Steven E. Fox
Email: sfox@riemerlaw.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto
Stacy L. Newman
jalberto@coleschotz.com
snewman@coleschotz.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian M. Resnick
Adam L. Shpeen
James I. McClammy
Stephen D. Piraino
Ethan Stern
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
james.mcclammy@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Linda J. Casey
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Mcdermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY, 10017
Darren Azman
Kristin K. Going
Stacy Lutkus
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com

</div>

DATED: January 16, 2025                     THE LAW OFFICE OF JAMES TOBIA, LLC

By: _/s/ James Tobia_
James Tobia, Esq. (#3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com