IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>Re.: Docket No. 1757 |

# CERTIFICATE OF SERVICE

I, Katharina Earle, hereby certify that on the 16th day of January, 2025, a copy of the *Notice of Appeal of Order (i) Approving the Asset Purchase Agreement, (ii) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (iv) Granting Related Relief* [Docket No. 1757] filed by Roundtripping Ltd. was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below via electronic mail.

| Big Lots Inc., *et al.* - Debtors | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Sophie Rogers Churchill (No. 6905)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor |
|---|---|

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

\\4163-8548-8207  v1

| | |
|---|---|
| | Wilmington, DE 19801<br>Tel: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>*-and-*<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>Brian M. Resnick (admitted *pro hac vice*)<br>Adam L. Shpeen (admitted *pro hac vice*)<br>James I. McClammy (admitted *pro hac vice*)<br>Stephen D. Piraino (admitted *pro hac vice*)<br>Ethan Stern (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>james.mcclammy@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br>*Counsel to the Debtors and Debtors in Possession* |
| Gordon Brothers Retail Partners, LLC – Buyer | **RIEMER & BRAUNSTEIN LLP**<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Attn: Steven E. Fox<br>Email: sfox@riemerlaw.com |
| Andrew Vara, United States Trustee Region 3 | Linda J. Casey, Esq., Trial Attorney<br>United States Department of Justice<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Tel: (302) 573-6491<br>Linda.Casey@usdoj.gov |

\\4163-8548-8207 v1

3

| | |
|---|---|
| Official Committee of Unsecured Creditors | **COLE SCHOTZ P.C.**<br>Justin R. Alberto<br>Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br><br>- and –<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Kristin K. Going<br>Stacy Lutkus<br>Natalie Rowles<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Tel: (212) 547-5400<br>dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>nrowles@mwe.com |

| | |
|---|---|
| Dated: January 17, 2025<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>*Katharina Earle*<br>Katharina Earle (No. 6348)<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Tel: 302-518-6300<br>Fax: 302-429-6294<br>Email: kearle@gibbonslaw.com<br><br>and<br><br>Mark Conlan, Esq. (admitted *pro hac vice*)<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: 973-596-4545<br>E-mail: mconlan@gibbonslaw.com<br><br>*Counsel for Roundtripping Ltd.* |