# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>Hearing Date 1/21/25 @ 1:00 pm (ET)<br>Re: D.I. 1583 |

**NOTICE OF INTENTION OF MOVANT PARFUMS DE COEUR, LTD.
TO CALL WITNESS AND ENTER EXHIBITS IN SUPPORT OF ITS
MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM [1583]**

In support of its Motion for Allowance and Payment of Administrative Expense Claim ("Motion"), Movant, Parfums de Coeur, Ltd. ("Movant" or "PDC") will call Nicole Harvey Lynch, Director of AR & AP, Parfums De Coeur Ltd. and PDC Brands, 750 East Main Street, Tenth Floor Suite 1000, Stamford, CT 06902. Ms. Lynch will testify regarding the payments due to Movant in support of its administrative claim.

Movant's exhibits include Exhibit A to its Motion [1583].

**ELLIOTT GREENLEAF, P.C.**

Dated: January 17, 2025

*/s/ Deirdre M. Richards*
Deirdre M. Richards (#4191)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:(302) 384-9402
Facsimile:(302) 394-9399
Email: dmr@elliottgreenleaf.com
*Attorneys for Parfums De Coeur*

39118v1