UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 24-11967      BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain..***

**Docket #:** 1556, 1449          **Date Entered:** 1/2/2025, 12/27/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 1749 | Date Filed: 1/16/2025 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Prestige Patio, Inc.

**Appellee/Cross Appellee**

Big Lots, et al

**Counsel for Appellant/Cross Appellant:**

James Tobia
1716 Wawaset St
Wilmington, DE  19806
(see additional attorneys on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Robert J Dehney, Sr
Andrew R Remming
1201 N Market St, 16th FL
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: Just sent over earlier this morning | | |

(continued on next page)

**Notes:** (title of order continued)

..Executory Contracts and Expired Leases, and (IV) Granted Related Relief

Second Order on Appeal:
Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) ....

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 1/17/2025                    by: /s/ Kimberly Ross
                                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-05