## CERTIFICATE OF SERVICE

Leslie C. Heilman certifies that on January 17, 2025, the foregoing *Witness and Exhibit List of Highland and Sterling, LLC and Big Holdings 2, LLC for Hearing Scheduled January 21, 2025 at 1:00 p.m.* was served on all parties receiving notice through the Courts CM/ECF filing system.

*/s/ Leslie C. Heilman*
Leslie C. Heilman