UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-11967            BK ● AP ○

If AP, related BK case number:

Title of Order Appealed:  Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens,  Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and....

Docket #:  1556, 1449            Date Entered:  1/2/2025, 12/27/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 1750 | Date Filed: | 1/16/2025 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

The Marketing Group, LLC
Sensational Brands, Inc

**Appellee/Cross Appellee**

Big Lots, et al

**Counsel for Appellant/Cross Appellant:**

Maria Aprile Sawczuk
501 Silverside Rd, Suite 65
Wilmington, DE  19809

**Counsel for Appellee/Cross Appellee:**

Robert J Dehney, Sr
Andrew R Remming
1201 N Market St, 16th FL
Wilmington, DE 19801
(see additional attorneys on notice of appeal)

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

Civil Action Number:  25-cv-00072 UNA

(continued on next page)

**Notes:** Continued Order #1
...Unexpired Leases, and (IV) Granting Related Relief.

2nd Order on Appeal:
Order Shortening Notice of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interest, and Encumbrances, (II) ....
(see order for the rest of title attached)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/17/2025          **by:** /s/ Kimberly Ross
                              _____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-07