**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: January 21, 2025 at 1:00 p.m.**<br>**Obj. Deadline: At the hearing** |

**CREDITOR GIFTREE CRAFTS COMPANY LIMITED'S
MOTION FOR LEAVE TO FILE LATE REPLY**

Giftree Crafts Company Limited ("Giftree"), by and through its undersigned counsel, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), hereby files this motion (the "Motion for Leave") for the entry of an order in substantially the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing Giftree to file its reply (the "Reply"), filed contemporaneously herewith, in further support of its *Motion For An Order (I) Allowing And Compelling Immediate Payment Of Its Administrative Expense Claims And Prepetition Claims; And (II) For Other Requested Relief* (the "Motion") (Dkt. No. 1584) and in response to the omnibus objection to the Motion (the "Objection") (Dkt. No. 1705) filed by the Debtors, and respectfully states as follows:

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

7963730

## BASIS FOR RELIEF REQUESTED[2]

1. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d). The agenda for the Hearing was due by 12:00 p.m. (ET) two business days before the hearing date. The hearing date for Giftree's Motion is set for January 21, 2025 at 1:00 p.m. Accordingly, assuming January 20, 2025 (Martin Luther King Jr. Day) is not a business day, the deadline to file the Reply was 4:00 p.m. (ET) on January 15, 2025 (the "Reply Deadline"). As a result, absent leave of the Court, Giftree would be unable to file the Reply and the Court would be denied the opportunity to review the Reply in advance of the hearing.

2. On January 14, 2025, the Debtors contacted Giftree to request an adjournment of the Motion. As Giftree is a foreign vendor based in China, additional time was required to evaluate the Debtors' request. After careful consideration, Giftree determined that the critical status of its current claim necessitated prompt action and could not be further delayed. Due to the time zone differences, Giftree's representative became aware of the decision to proceed only late yesterday and has prepared this Reply accordingly.

3. Accordingly, cause exists to grant the relief requested by the Motion for Leave and approve an extension of the time by which to file the Reply under Local Rule 9006-1(d). Giftree submits that the Court's consideration of the Reply will help streamline its argument at the hearing and otherwise assist the Court in deciding the merits of the Motion. Further, permitting Giftree to file its Reply shortly after the Reply Deadline will not prejudice the parties, as the Debtors are aware of the issues addressed by the Reply and other parties in interest will have sufficient time to review the Reply in advance of the hearing on January 21, 2025.

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them *infra* or in the Motion.

## NOTICE AND NO PRIOR REQUEST

4.  Notice of this Motion for Leave will be given to the following parties and their counsel: (a) the U.S. Trustee for the District of Delaware; (b) the Debtors; (c) the secured parties; and (d) all parties who have requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Giftree submits that no other or further notice of hearing is required.

5.  No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, Giftree respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A,** and granting such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: January 17, 2025 | */s/ Cheryl A. Santaniello*<br>Cheryl A. Santaniello, Esq. (DE Bar No. 5062)<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Telephone:  (302) 526-1235<br>Facsimile:  (302) 416-6064<br>E-mail: casantaniello@pbnlaw.com<br><br>Kelly D. Curtin, Esq. *(pro hac vice)*<br>Jenny Zhou, Esq. *(pro hac vice)*<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box. 1997<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>Facsimile: (973) 538-5146<br>Email: kdcurtin@pbnlaw.com<br>Email: jzhou@pbnlaw.com<br><br>*Counsel for Giftree Craft Company Limited* |

7963730