# EXHIBIT A

## Proposed Order

7963730

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

ORDER GRANTING GIFTREE CRAFT COMPANY LIMITED'S
MOTION FOR LEAVE TO FILE REPLY

This matter is before the Court upon the *Motion For Leave to File Reply* (the "Motion for Leave"),[2] filed by creditor Giftree Crafts Company Limited (the "Giftree"); and this Court having jurisdiction to consider the Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion for Leave and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion for Leave having been withdrawn, resolved or overruled on the merits; and a hearing (if any) having been held to consider the relief requested in the Motion for Leave and

---

[1] The debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.

7963730

2

upon the record of the hearing (if any) and all of the proceedings had before this Court; and that the factual and legal bases set forth in the Motion for Leave establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** as follows:

1. The Motion for Leave is GRANTED as provided herein.

2. Giftree is granted leave and permission to file and serve the Reply, and the Court will consider the Reply at the hearing on January 21, 2025 at 1:00 p.m. (ET).

3. Giftree is hereby directed and authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion for Leave.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.