**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.¹ | (Jointly Administered) |
| | **Re. Dkt. No. 1584**<br>**Hearing Date: January 21, 2025 at 1:00 p.m.** |

**GIFTREE CRAFTS COMPANY LIMITED'S WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR JANUARY 21, 2025 AT 1:00 P.M.
(PREVAILING EASTERN TIME)**

Giftree Crafts Company Limited ("Giftree"), by and through its undersigned counsel, hereby submits its list of witnesses and exhibits (this "Witness and Exhibit List") in connection with the hearing scheduled in these chapter 11 cases on January 21, 2025 (the "Hearing") in connection with its *Motion for an Order (I) Allowing and Compelling Immediate Payment of its Administrative Expense Claims and Prepetition Claims; and (II) for Other Requested Relief* [ECF No. 1584] ("Motion").

**WITNESSES**

Giftree may call the following witnesses at the Hearing:

1.   Hua Peng, an officer of Giftree, who will testify as to the facts contained in the Motion²;

---

¹The debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Due to the fact that the witness is currently located in China, Giftree has requested permission from the Court for the witness to attend the Hearing remotely.

7964284

2. Any witness listed by any other party;

3. Any necessary rebuttal or impeachment witnesses; and

4. Giftree reserves the right to cross-examine any witness called by any other party.

## **EXHIBITS**

| **EXHIBIT** | **DESCRIPTION OF EXHIBIT** | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1 | *Creditor Giftree Crafts Company Limited's Motion for an Order (I) Allowing and Compelling Immediate Payment of its Administrative Expense Claims and Prepetition Claims; and (II) for Other Requested Relief*, including the associated *Declaration of Hua Peng* and Exhibits A and B [ECF No. 1584]. | | | |
| | Any document or pleading filed in the above-captioned main case. | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | |
| | Any exhibit identified or offered by any other party. | | | |

Giftree reserves the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court. Giftree further reserves the right to call as additional witnesses those persons who may be necessary after considering the evidence and argument at the hearing.

7964284

|  |  |
|---|---|
| Dated: January 17, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Cheryl A. Santaniello*_____<br>Cheryl A. Santaniello, Esq. (DE Bar No. 5062)<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Telephone:  (302) 526-1235<br>Facsimile:  (302) 416-6064<br>E-mail: casantaniello@pbnlaw.com<br><br>and<br><br>Kelly D. Curtin, Esq. (*pro hac vice*)<br>Jenny Zhou, Esq. (*pro hac vice*)<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962<br>Telephone: (973) 538-4006<br>Facsimile: (973) 538-5146<br>Email: kdcurtin@pbnlaw.com<br>Email: jzhou@pbnlaw.com<br><br>*Counsel for Giftree Craft Company Limited* |

7964284