IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) <br><br> <u>Objection Deadline</u>: January 31, 2025 at 4:00 p.m. ET <br> <u>Hearing Date</u>: Feb. 26, 2025 at 10:30 a.m. ET |

**NOTICE OF HEARING ON TEXAS STAR NUT AND FOOD CO., INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 17, 2025, Texas Star Nut & Food Co., Inc. (the "<u>Claimant</u>") filed the *Motion for Allowance and Payment of Administrative Expense Claim* (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be (i) in writing and served on or before **January 31, 2025, at 4:00 p.m. (Eastern Time)** (the "<u>Objection Deadline</u>"), (ii) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (iii) served so as to be received on or before the Objection Deadline by the undersigned counsel for Claimant.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 26, 2025 at 10:30 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware

---

[1] The debtors and debtors in possession in these Chapter 11 cases (hereafter, "<u>Debtors</u>") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

Dated: January 17, 2025
Wilmington, DE

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Matthew P. Ward (DE Bar #4471)
Marcy J. McLaughlin Smith (DE Bar # 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 2552-4320
Fax: (302) 252-4330
Email: matthew.ward@wbd-us.com
           marcy.smith@wbd-us.com

Bruce J. Ruzinsky
Emily Meraia
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Fax: (713) 752-4221
Email: bruzinsky@jw.com
           emeraia@jw.com

*Counsel for Texas Star Nut and Food Co., Inc.*