**EXHIBIT C**

**Claimant's Invoices**

# TEXAS STAR
## NUT & FOOD CO.™

Texas Star Nut and Food Co., Inc.  
PO Box 2353  
Boerne, Texas 78006  
United States  
830-249-8300

INVOICE: SI052243  
Date: December 4, 2024  
Page 1 of 1

| BILL TO: | SHIP TO: |
|---|---|
| Big Lots!<br>David Cannon<br>Closeout Distribution Inc.<br>4900 East Dublin Granville Rd.<br>Columbus , OH 43081-7651<br>United States | Closeout Distribution Inc.<br>Tremont DC #0874<br>50 Rausch Creek Rd<br>Tremont, PA 17981-1734<br>United States |

| P.O. NO. |
|---|
| 0095677906 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| SO24-5367 | December 4, 2024 | RBCL | ORIGIN | C01092 | WAREHOUSE | COLLECT | TT | NET 45 |

| ITEM NO. | QTY ORDERED | QTY SHIPPED | DESCRIPTION | PER | PRICE | DISC. | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| F-NE-30036 | 198 | 198 | Banana Chips 10oz/12pk | Cases | 25.20 | | 25.20 | 4,989.60 |
| F-NE-30037 | 150 | 150 | Apricots 4oz/12pk | Cases | 23.52 | | 23.52 | 3,528.00 |
| F-NE-30038 | | 0 | Mango Slices 6oz/12pk | Cases | | | | |
| F-NE-30039 | 216 | 216 | Dates 6oz/12pk | Cases | 22.44 | | 22.44 | 4,847.04 |
| F-NE-30040 | 108 | 108 | Chili Spiced Mango 4oz/12pk | Cases | 20.76 | | 20.76 | 2,242.08 |
| F-NE-30041 | 150 | 150 | Cranberries 6oz/12pk | Cases | 21.12 | | 21.12 | 3,168.00 |
| F-NE-30042 | 200 | 200 | Pineapple Chunks 6oz/12pk | Cases | 24.24 | | 24.24 | 4,848.00 |
| F-NE-30044 | 100 | 100 | Crystalized Ginger 6oz/12pk | Cases | 23.64 | | 23.64 | 2,364.00 |
| F-NE-30045 | 100 | 100 | Coconut Chips 10oz/12pk | Cases | 26.76 | | 26.76 | 2,676.00 |

1,222    Total Units

| | | |
|---|---|---|
| Please make checks payable and mail to:<br>**Texas Star Nut and Food Co., Inc.**<br>PO Box 2353<br>United States | SUBTOTAL | 28,662.72 |
| | SHIPPING & HANDLING | |
| NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY.  NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION.   ALL SALES ARE FOB ORIGIN (TITLE PASSES ON SHIPMENT) UNLESS OTHERWISE STATED. | **TOTAL DUE** | 28,662.72 |

# TEXAS STAR
## NUT & FOOD CO.™

Texas Star Nut and Food Co., Inc.  
PO Box 2353  
Boerne, Texas 78006  
United States  
830-249-8300

INVOICE: SI052306  
Date: December 6, 2024  
Page 1 of 1

| BILL TO: | SHIP TO: |
|---|---|
| Big Lots!<br>David Cannon<br>Closeout Distribution Inc.<br>4900 East Dublin Granville Rd.<br>Columbus , OH 43081-7651<br>United States | CSC Distribution LLC<br>Montgomery DC #0870<br>2855 Selma Hwy<br>Montgomery, AL 36108-5035<br>United States |

| P.O. NO. |
|---|
| 0095677905 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| SO24-5366 | December 6, 2024 | RBCL | ORIGIN | C01092 | WAREHOUSE | COLLECT | TT | NET 45 |

| ITEM NO. | QTY ORDERED | QTY SHIPPED | DESCRIPTION | PER | PRICE | DISC. | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| F-NE-30036 | 198 | 198 | Banana Chips 10oz/12pk | Cases | 25.20 | | 25.20 | 4,989.60 |
| F-NE-30037 | 150 | 150 | Apricots 4oz/12pk | Cases | 23.52 | | 23.52 | 3,528.00 |
| F-NE-30038 | | 0 | Mango Slices 6oz/12pk | Cases | | | | |
| F-NE-30039 | 216 | 216 | Dates 6oz/12pk | Cases | 22.44 | | 22.44 | 4,847.04 |
| F-NE-30040 | 108 | 108 | Chili Spiced Mango 4oz/12pk | Cases | 20.76 | | 20.76 | 2,242.08 |
| F-NE-30041 | 150 | 150 | Cranberries 6oz/12pk | Cases | 21.12 | | 21.12 | 3,168.00 |
| F-NE-30042 | 198 | 198 | Pineapple Chunks 6oz/12pk | Cases | 24.24 | | 24.24 | 4,799.52 |
| F-NE-30044 | 98 | 98 | Crystalized Ginger 6oz/12pk | Cases | 23.64 | | 23.64 | 2,316.72 |
| F-NE-30045 | 100 | 100 | Coconut Chips 10oz/12pk | Cases | 26.76 | | 26.76 | 2,676.00 |

1,218 Total Units

| | | |
|---|---|---|
| Please make checks payable and mail to:<br>**Texas Star Nut and Food Co., Inc.**<br>PO Box 2353<br>United States | SUBTOTAL | 28,566.96 |
| | SHIPPING & HANDLING | |
| NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY.  NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION.   ALL SALES ARE FOB ORIGIN (TITLE PASSES ON SHIPMENT) UNLESS OTHERWISE STATED. | **TOTAL DUE** | 28,566.96 |

# TEXAS STAR
## NUT & FOOD CO.™

Texas Star Nut and Food Co., Inc.  
PO Box 2353  
Boerne, Texas 78006  
United States  
830-249-8300

INVOICE: SI052349  
Date: December 10, 2024  
Page 1 of 1

| BILL TO: | SHIP TO: |
|---|---|
| Big Lots!<br>David Cannon<br>Closeout Distribution Inc.<br>4900 East Dublin Granville Rd.<br>Columbus , OH 43081-7651<br>United States | Durant DC LLC<br>Durant DC #0879<br>2306 Enterprise Dr<br>Durant, OK 74701-1964<br>United States |

| P.O. NO. |
|---|
| 0095677907_DO40517755, SHIP 860196 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| SO24-5365 | December 10, 2024 | RBCL | ORIGIN | C01092 | WAREHOUSE | COLLECT | TT | NET 45 |

| ITEM NO. | QTY ORDERED | QTY SHIPPED | DESCRIPTION | PER | PRICE | DISC. | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| F-NE-30036 | 132 | 132 | Banana Chips 10oz/12pk | Cases | 25.20 | | 25.20 | 3,326.40 |
| F-NE-30037 | 150 | 150 | Apricots 4oz/12pk | Cases | 23.52 | | 23.52 | 3,528.00 |
| F-NE-30038 | | 0 | Mango Slices 6oz/12pk | Cases | | | | |
| F-NE-30039 | 108 | 108 | Dates 6oz/12pk | Cases | 22.44 | | 22.44 | 2,423.52 |
| F-NE-30040 | 108 | 108 | Chili Spiced Mango 4oz/12pk | Cases | 20.76 | | 20.76 | 2,242.08 |
| F-NE-30041 | 150 | 150 | Cranberries 6oz/12pk | Cases | 21.12 | | 21.12 | 3,168.00 |
| F-NE-30042 | 193 | 193 | Pineapple Chunks 6oz/12pk | Cases | 24.24 | | 24.24 | 4,678.32 |
| F-NE-30044 | 100 | 100 | Crystalized Ginger 6oz/12pk | Cases | 23.64 | | 23.64 | 2,364.00 |
| F-NE-30045 | 100 | 100 | Coconut Chips 10oz/12pk | Cases | 26.76 | | 26.76 | 2,676.00 |

1,041 Total Units

| | | |
|---|---|---|
| Please make checks payable and mail to:<br>**Texas Star Nut and Food Co., Inc.**<br>PO Box 2353<br>United States | SUBTOTAL | 24,406.32 |
| | SHIPPING & HANDLING | |
| NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION. ALL SALES ARE FOB ORIGIN (TITLE PASSES ON SHIPMENT) UNLESS OTHERWISE STATED. | **TOTAL DUE** | 24,406.32 |