**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 24-11967 (JKS)

Debtor: Big Lots, Inc. et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David D. Ritter to represent Steve Silver Company in this action.

/s/ Jason C. Powell (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
PO Box 289
Wilmington, DE 19899
Phone: (302) 650-1572
Email: jpowell@delawarefirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ David D. Ritter

Firm Name: Ritter Spencer Cheng PLLC
Address: 15305 Dallas Parkway, 12th Floor
Addison, Texas 75001
Phone: (214) 295-5078
Email: dritter@ritterspencercheng.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105