# **<u>EXHIBIT A</u>**

**EXHIBIT A**
**SUMMMARY OF OUTSTANDING POST-PETITION INVOICES OWED BY BIG LOTS TO A.T.N., INC.**

| Document Number | PO/Check Number | Date | Terms | Due Date/Receive B | Amount | Amount Remaining |
|---|---|---|---|---|---|---|
| INV131041 | 95717278 | 12/18/2024 | Net 30 | 1/17/2025 | $576.00 | $576.00 |
| INV131042 | 95717281 | 12/18/2024 | Net 30 | 1/17/2025 | $547.20 | $547.20 |
| INV131043 | 95717283 | 12/18/2024 | Net 30 | 1/17/2025 | $576.00 | $576.00 |
| INV130986 | 95646106 | 12/3/2024 | Net 30 | 1/2/2025 | $18,982.80 | $18,982.80 |
| INV130974 | 95678321 | 11/27/2024 | Net 30 | 12/27/2024 | $6,711.60 | $6,711.60 |
| INV130975 | 95678323 | 11/27/2024 | Net 30 | 12/27/2024 | $5,555.40 | $5,555.40 |
| INV130970 | 95678315 | 11/26/2024 | Net 30 | 12/26/2024 | $17,340.60 | $17,340.60 |
| INV130971 | 95678317 | 11/26/2024 | Net 30 | 12/26/2024 | $13,563.20 | $13,563.20 |
| INV130972 | 95678316 | 11/26/2024 | Net 30 | 12/26/2024 | $13,319.40 | $13,319.40 |
| INV130973 | 95646105 | 11/26/2024 | Net 30 | 12/26/2024 | $31,928.70 | $31,928.70 |
| INV130956 | 95646102 | 11/22/2024 | Net 30 | 12/22/2024 | $8,729.00 | $8,729.00 |
| INV130946 | 95646104 | 11/20/2024 | Net 30 | 12/20/2024 | $19,794.00 | $19,794.00 |
| INV130947 | 95678322 | 11/20/2024 | Net 30 | 12/20/2024 | $5,386.20 | $5,386.20 |
| INV130934 | 95646101 | 11/19/2024 | Net 30 | 12/19/2024 | $5,574.00 | $5,574.00 |
| INV130936 | 95673649 | 11/19/2024 | Net 30 | 12/19/2024 | $7,776.00 | $7,776.00 |
| INV130937 | 95673654 | 11/19/2024 | Net 30 | 12/19/2024 | $7,920.00 | $7,920.00 |
| INV130938 | 95673652 | 11/19/2024 | Net 30 | 12/19/2024 | $6,408.00 | $6,408.00 |
| INV130926 | 95638056 | 11/18/2024 | Net 30 | 12/18/2024 | $10,843.20 | $10,843.20 |
| INV130912 | 95667788 | 11/14/2024 | Net 30 | 12/14/2024 | $5,130.00 | $5,130.00 |
| INV130913 | 95667789 | 11/14/2024 | Net 30 | 12/14/2024 | $4,620.00 | $4,620.00 |
| INV130914 | 95667787 | 11/14/2024 | Net 30 | 12/14/2024 | $5,250.00 | $5,250.00 |
| INV130876 | 95637871 | 11/7/2024 | Net 30 | 12/7/2024 | $23,133.60 | $23,133.60 |
| INV130879 | 95646103 | 11/7/2024 | Net 30 | 12/7/2024 | $4,695.00 | $4,695.00 |
| INV130880 | 95637872 | 11/7/2024 | Net 30 | 12/7/2024 | $9,337.92 | $9,337.92 |
| INV130865 | 95644964 | 11/4/2024 | Net 30 | 12/4/2024 | $2,683.20 | $2,683.20 |
| INV130866 | 95644963 | 11/4/2024 | Net 30 | 12/4/2024 | $5,256.00 | $5,256.00 |
| INV130867 | 95644962 | 11/4/2024 | Net 30 | 12/4/2024 | $3,192.00 | $3,192.00 |
| INV130774 | 95458637 | 10/10/2024 | Net 30 | 11/9/2024 | $13,363.00 | $13,363.00 |
| INV130775 | 95458636 | 10/10/2024 | Net 30 | 11/9/2024 | $9,794.80 | $9,794.80 |
| INV130779 | 95609895 | 10/10/2024 | Net 30 | 11/9/2024 | $8,819.55 | $8,819.55 |
| INV130718 | 9569249 | 10/1/2024 | Net 30 | 10/31/2024 | $6,683.00 | $6,683.00 |
|  |  |  |  |  | **$283,489.37** | **$283,489.37** |