# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do herby certify that on January 20, 2025, I caused a true and correct copy of *Stipulation Between Ross Stores, Inc. And Burlington Coat Factory Warehouse Corporation Regarding January 21, 2025 Hearing* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Service List**

| | |
|---|---|
| *Counsel to the Debtors* <br> Robert J. Dehney, Sr <br> Andrew R. Remming <br> Daniel B. Butz <br> Tamara K. Mann <br> Casey B. Sawyer <br> **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> 1201 N. Market Street, 16th Floor <br> Wilmington, DE 19801 <br> Email: biglots.mnat@morrisnichols.com | *Counsel to the Debtors* <br> Brian M. Resnick <br> Adam L. Shpeen <br> Stephen D. Piraino <br> Jonah A. Peppiatt <br> Ethan Stern <br> **DAVIS POLK & WARDWELL LLP** <br> 450 Lexington Avenue <br> New York, NY 10017 <br> Email: notice.biglots@davispolk.com |
| *Counsel to the Official Committee of Unsecured Creditors* <br> Justin R. Alberto <br> Stacy L. Newman <br> **COLE SCHOTZ P.C.** <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Email: jalberto@coleschotz.com <br> snewman@coleschotz.com | *Counsel to the Official Committee of Unsecured Creditors* <br> Darren Azman <br> Kristen G. Going <br> **MCDERMOTT WILL & EMERY LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Email: dazman@mwe.com <br> kgoing@mwe.com |
| *Office of the United States Trustee for the District of Delaware* <br> Linda J. Casey <br> Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: linda.casey@usdoj.gov | *Counsel to Ross Stores, Inc. and Ross Dress for Less, Inc.* <br> Kevin S. Mann <br> **CROSS & SIMON, LLC** <br> 1105 North Market Street, Suite 901 <br> Wilmington, DE 19801 <br> Email: kmann@crosslaw.com |
| *Counsel to 5620 Nolensville Pike, LLC* <br> Alan M. Root <br> **CHIPMAN BROWN CICERO & COLE, LLP** <br> Hercules Plaza 1313 North Market Street <br> Suite 5400 Wilmington, Delaware 19801 <br> Email: root@chipmanbrown.com | *Counsel to 5620 Nolensville Pike, LLC* <br> Brendan G. Best <br> **VARNUM LLP** <br> 480 Pierce Street, Ste. 300 <br> Birmingham, MI 480009 <br> Email: bgbest@varnumlaw.com |