UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| Big Lots, Inc., *et al.*, | : | Case No.  24-11967-JKS |
|  | : | Chapter 11 |
| Debtors[1]. | : |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of SJL Wholesale Group pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures, as well as 1109(b) of the Bankruptcy Code, request that all notice given or required to be given, and all papers served in this Chapter 11 case, be delivered to, and served upon, the parties identified below at the following address:

> Jason C. Powell, Esquire
> Thomas J. Reichert, Esquire
> The Powell Firm, LLC
> 1813 N. Franklin Street; P.O. Box 289
> Wilmington, DE 19899
> Telephone: (302) 650-1572
> Email: jpowell@delawarefirm.com
>        trecihert@delawarefirm.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referenced in the aforementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081

requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service shall not be deemed to be a waiver SJL Wholesale Group's rights (1) to have final orders in no-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this bankruptcy case or any case, controversy, or proceeding related to this bankruptcy case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which SJL Wholesale Group are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments SJL Wholesale Group expressly reserve.

Dated: January 21, 2025                    Respectfully submitted,

*/s/ Jason C. Powell*
Jason C. Powell, Esquire (No. 3768)
Thomas J. Reichert, Esquire (No. 6220)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302) 650-1572
jpowell@delawarefirm.com
treichert@delawarefirm.com