## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 21, 2025, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing.

                                                    */s/ Jason C. Powell*
                                                    Jason C. Powell, Esq. (No. 3768)