UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter   11

                                          Case No.   24 - 11967   ( JKS )

Debtor: Big Lots, Inc. et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of   David D. Ritter

to represent   Steve Silver Company

in this action.

/s/ Jason C. Powell (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
PO Box 289
Wilmington, DE 19899
Phone: (302) 650-1572
Email: jpowell@delawarefirm.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of   Texas   and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ David D. Ritter

Firm Name: Ritter Spencer Cheng PLLC
Address: 15305 Dallas Parkway, 12th Floor
Addison, Texas 75001
Phone: (214) 295-5078
Email: dritter@ritterspencercheng.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: January 21st, 2025
Wilmington, Delaware

Local Form 105