## EXHIBIT A

## Copies of Post-Petition Invoices and Packing lists of Products delivered

# PRESTIGE PATIO CO., LTD

**Seller reference**

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## INVOICE

**Invoice No.:** 2411084-CI

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Invoice Date.:** November 19, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MINH

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** VIETNAM

**Vessel / Voyage:** GRETE MAERSK / 447N

**Ship on or about:** November 22, 2024

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** MRKU6443210

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95642950 | | 600    EA | 33.900/EA | 20,340.000 |
| SKU No.: 810776521 | | 25  CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code: 9401790011 | | | | |
| P/O No.: 95645476 | | 168    EA | 33.900/EA | 5,695.200 |
| SKU No.: 810776521 | | 7  CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code: 9401790011 | | | | |
| Manufacturer Name & Address IN HOME COMPANY LIMITED 1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD DISTRICT 12, HO CHI MINH CITY, VIETNAM HO CHI MINH CITY 70000, VIETNAM | | | | |
| Total:    (32 CTNS) | | 768 | | 26,035.200 |

TOTAL (USD) DOLLARS : TWENTY-SIX THOUSAND THIRTY-FIVE AND CENTS TWENTY ONLY.

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
MRKU6443210/MLVN0043391/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
MRKU6443210/MLVN0043391/40H

Carton Marks And Number

BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411084-CI

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** GRETE MAERSK / 447N

**Ship on or about:** November 22, 2024

**Invoice Date.:** November 19, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LOS ANGELES, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** MRKU6443210

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95642950 | | 600 EA | 3,850.00 | 4,000.00 | 51.500 |
| SKU No.: 810776521 | | 25 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95645476 | | 168 EA | 1,078.00 | 1,120.00 | 14.420 |
| SKU No.: 810776521 | | 7 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total:        (32 CTNS) | | 768 | 4,928.00 | 5,120.00 | 65.920 |

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
MRKU6443210/MLVN0043391/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
MRKU6443210/MLVN0043391/40H

**Carton Marks And Number**

BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## INVOICE

**Invoice No.:** 2411106-CI

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Invoice Date.:** November 27, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO SHIPPING ANDES / 040E

**Ship on or about:** November 29, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CBHU9090706, CCLU7694266, OOLU9268537

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95587499 | | 600 EA | 33.900/EA | 20,340.000 |
| SKU No.: 810776521 | | 25 CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95645476 | | 168 EA | 33.900/EA | 5,695.200 |
| SKU No.: 810776521 | | 7 CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95645476 | | 768 EA | 33.900/EA | 26,035.200 |
| SKU No.: 810776521 | | 32 CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95645476 | | 168 EA | 33.900/EA | 5,695.200 |
| SKU No.: 810776521 | | 7 CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95587494 | | 600 EA | 33.900/EA | 20,340.000 |
| SKU No.: 810776521 | | 25 CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |

Manufacturer Name & Address

IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM

70000, VIETNAM

| | Total: | (96 CTNS) | 2,304 | 78,105.600 |

TOTAL (USD) DOLLARS : SEVENTY-EIGHT THOUSAND ONE HUNDRED FIVE AND CENTS SIXTY ONLY.

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
CBHU9090706/OOLJUA8498/40H
CCLU7694266/OOLJTX9461/40H
OOLU9268537/OOLJTX9467/40H

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
CBHU9090706/OOLJUA8498/40H
CCLU7694266/OOLJTX9461/40H
OOLU9268537/OOLJTX9467/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411106-CI

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Invoice Date.:** November 27, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO SHIPPING ANDES / 040E

**Ship on or about:** November 29, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** CBHU9090706, CCLU7694266, OOLU9268537

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95587499 | 600 | EA | 3,850.00 | 4,000.00 | 51.500 |
| SKU No.: 810776521 | 25 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95645476 | 168 | EA | 1,078.00 | 1,120.00 | 14.420 |
| SKU No.: 810776521 | 7 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95645476 | 768 | EA | 4,928.00 | 5,120.00 | 65.920 |
| SKU No.: 810776521 | 32 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95645476 | 168 | EA | 1,078.00 | 1,120.00 | 14.420 |
| SKU No.: 810776521 | 7 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587494 | 600 | EA | 3,850.00 | 4,000.00 | 51.500 |
| SKU No.: 810776521 | 25 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |

HTS Code.: 9401790011

| | Total: | (96 CTNS) | 2,304 | 14,784.00 | 15,360.00 | 197.760 |
|---|---|---|---|---|---|---|

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
CBHU9090706/OOLJUA8498/40H
CCLU7694266/OOLJTX9461/40H
OOLU9268537/OOLJTX9467/40H

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
CBHU9090706/OOLJUA8498/40H
CCLU7694266/OOLJTX9461/40H
OOLU9268537/OOLJTX9467/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## INVOICE

**Invoice No.:** 2411099-CI

**Invoice Date.:** November 25, 2024

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB NANSHA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COSCO NETHERLANDS / 067E

**Port of Loading:** NANSHA

**Ship on or about:** November 25, 2024

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU4992420, DFSU6436150, FFAU3547680, OOCU7400329, OOLU6812122, TXGU7969077

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95573244 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR HTS Code.: 9401790011 | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |
| P/O No.: 95645405 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR HTS Code.: 9401790011 | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |
| P/O No.: 95573249 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR HTS Code.: 9401790011 | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |
| P/O No.: 95642944 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR HTS Code.: 9401790011 | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |
| P/O No.: 95645404 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR HTS Code.: 9401790011 | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |
| P/O No.: 95573239 SKU No.: 810780234 NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | 330 330 | EA CTNS | 95.000/EA | 31,350.000 |

HTS Code.: 9401790011

| Manufacturer Name & Address |
| --- |
| FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD.<br>1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE<br>DEVELOPMENT ZONE,<br>DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA<br>FOSHAN, GUANGDONG<br>528200, CHINA |

| | Total: | (1,980 CTNS) | 1,980 | 188,100.000 |
| --- | --- | --- | --- | --- |

TOTAL (USD) DOLLARS : ONE HUNDRED EIGHTY-EIGHT THOUSAND ONE HUNDRED ONLY.

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
BMOU4992420/OOLHRS7061/40H
DFSU6436150/OOLHRS7070/40H
FFAU3547680/OOLJBH2101/40H
OOCU7400329/OOLJBH4433/40H
OOLU6812122/OOLJYS6759/40H
TXGU7969077/OOLJYT0294/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
BMOU4992420/OOLHRS7061/40H
DFSU6436150/OOLHRS7070/40H
FFAU3547680/OOLJBH2101/40H
OOCU7400329/OOLJBH4433/40H
OOLU6812122/OOLJYS6759/40H
TXGU7969077/OOLJYT0294/40H

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411099-CI

**Sold To:** DURANT DC, LLC
2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Invoice Date.:** November 25, 2024

**Delivery To:** 2306 ENTERPRISE DR
DURANT, OK 74701
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COSCO NETHERLANDS / 067E

**Ship on or about:** November 25, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** LONG BEACH, CA

**Destination:** DURANT, OK

**Container Number (Factory Load) :** BMOU4992420, DFSU6436150, FFAU3547680, OOCU7400329, OOLU6812122, TXGU7969077

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| **P/O No.:** 95573244 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| **SKU No.:** 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95645405 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| **SKU No.:** 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95573249 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| **SKU No.:** 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95642944 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| **SKU No.:** 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95645404 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| **SKU No.:** 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |

HTS Code.: 9401790011

P/O No.: 95573239

SKU No.: 810780234

NICOLE MILLER STEEL ROPE HANGING CHAIR

HTS Code.: 9401790011

| | | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| | | | 330 CTNS | | | |

No. of Pallet:

| | Total: | (1,980 CTNS) | 1,980 | 42,570.00 | 49,500.00 | 408.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
BMOU4992420/OOLHRS7061/40H
DFSU6436150/OOLHRS7070/40H
FFAU3547680/OOLJBH2101/40H
OOCU7400329/OOLJBH4433/40H
OOLU6812122/OOLJYS6759/40H
TXGU7969077/OOLJYT0294/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
BMOU4992420/OOLHRS7061/40H
DFSU6436150/OOLHRS7070/40H
FFAU3547680/OOLJBH2101/40H
OOCU7400329/OOLJBH4433/40H
OOLU6812122/OOLJYS6759/40H
TXGU7969077/OOLJYT0294/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

---

# INVOICE

---

**Invoice No.:** 2411085-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 24, 2024

**Invoice Date:** November 19, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** TCNU1141014, TRHU5061651

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95587498 | | 1,536  EA | 33.900/EA | 52,070.400 |
| SKU No.: 810776521 | | 64  CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| **Manufacturer Name & Address** | | | | |
| IN HOME COMPANY LIMITED 1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD DISTRICT 12, HO CHI MINH CITY, VIETNAM HO CHI MINH CITY 70000, VIETNAM | | | | |
| Total:  (64 CTNS) | | 1,536 | | 52,070.400 |

TOTAL (USD) DOLLARS : FIFTY-TWO THOUSAND SEVENTY AND CENTS FORTY ONLY.

---

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
TCNU1141014/FX24712996/40H
TRHU5061651/FX34902289/40H

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
TCNU1141014/FX24712996/40H
TRHU5061651/FX34902289/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

---

# PACKING LIST

**Invoice No.:** 2411085-CI

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 24, 2024

**Invoice Date.:** November 19, 2024

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** TCNU1141014, TRHU5061651

| Cargo Description | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|
| P/O No.: 95587498 | 1,536 EA | 9,856.00 | 10,240.00 | 131.840 |
| SKU No.: 810776521 | 64 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| **Total:**  (64 CTNS) | 1,536 | 9,856.00 | 10,240.00 | 131.840 |

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
TCNU1141014/FX24712996/40H
TRHU5061651/FX34902289/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
TCNU1141014/FX24712996/40H
TRHU5061651/FX34902289/40H

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## INVOICE

**Invoice No.:** 2411102-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Ship on or about:** November 26, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** HASU4565341, MRSU5018837

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95604977 | | 192    EA | 90.000/EA | 17,280.000 |
| SKU No.: 810765117 | | 192  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| | **Manufacturer Name & Address** | | | |
| | FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD. | | | |
| | 1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE | | | |
| | DEVELOPMENT ZONE, | | | |
| | DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA | | | |
| | FOSHAN, GUANGDONG | | | |
| | 528200, CHINA | | | |
| Total: | (192 CTNS) | 192 | | 17,280.000 |
| TOTAL (USD) DOLLARS : SEVENTEEN THOUSAND TWO HUNDRED EIGHTY ONLY. | | | | |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4565341/CN0037800/40H
MRSU5018837/CN0034955/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4565341/CN0037800/40H
MRSU5018837/CN0034955/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# PACKING LIST

**Invoice No.:** 2411102-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Ship on or about:** November 26, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** HASU4565341, MRSU5018837

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95604977 | | 192 EA | 8,256.00 | 9,408.00 | 136.000 |
| SKU No.: 810765117 | | 192 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total: (192 CTNS) | | 192 | 8,256.00 | 9,408.00 | 136.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4565341/CN0037800/40H
MRSU5018837/CN0034955/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4565341/CN0037800/40H
MRSU5018837/CN0034955/40H

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# INVOICE

**Invoice No.:** 2411093-CI

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO DEVELOPMENT / 075E

**Ship on or about:** November 25, 2024

**Invoice Date:** November 21, 2024

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** BSIU9578888, OOLU6933417

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| **P/O No.:** 95587493 | | 600 | EA | 33.900/EA | 20,340.000 |
| **SKU No.:** 810776521 | | 25 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95587498 | | 96 | EA | 33.900/EA | 3,254.400 |
| **SKU No.:** 810776521 | | 4 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95587498 | | 168 | EA | 33.900/EA | 5,695.200 |
| **SKU No.:** 810776521 | | 7 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |
| **P/O No.:** 95606199 | | 672 | EA | 33.900/EA | 22,780.800 |
| **SKU No.:** 810776521 | | 28 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| **HTS Code.:** 9401790011 | | | | | |

<u>Manufacturer Name & Address</u>

IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000, VIETNAM

| | Total: | (64 CTNS) | 1,536 | 52,070.400 |
|---|---|---|---|---|

**TOTAL (USD) DOLLARS :** FIFTY-TWO THOUSAND SEVENTY AND CENTS FORTY ONLY.

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
BSIU9578888/OOLJTZ5765/40H
OOLU6933417/OOLJUC9733/40H

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
BSIU9578888/OOLJTZ5765/40H
OOLU6933417/OOLJUC9733/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411093-CI

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** COSCO DEVELOPMENT / 075E

**Ship on or about:** November 25, 2024

**Invoice Date.:** November 21, 2024

**Delivery To:**   50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** NEW YORK, NY

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** BSIU9578888, OOLU6933417

| Cargo Description | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95587493 | 600 | EA | 3,850.00 | 4,000.00 | 51.500 |
| SKU No.: 810776521 | 25 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587498 | 96 | EA | 616.00 | 640.00 | 8.240 |
| SKU No.: 810776521 | 4 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587498 | 168 | EA | 1,078.00 | 1,120.00 | 14.420 |
| SKU No.: 810776521 | 7 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95606199 | 672 | EA | 4,312.00 | 4,480.00 | 57.680 |
| SKU No.: 810776521 | 28 | CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total:        (64 CTNS) | 1,536 | | 9,856.00 | 10,240.00 | 131.840 |

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.

HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
BSIU9578888/OOLJTZ5765/40H
OOLU6933417/OOLJUC9733/40H

DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
BSIU9578888/OOLJTZ5765/40H
OOLU6933417/OOLJUC9733/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
BIG LOTS
BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# INVOICE

**Invoice No.:** 2411100-CI

**Sold To:**  CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Invoice Date.:** November 25, 2024

**Delivery To:**  50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Port of Loading:** NANSHA

**Ship on or about:** November 26, 2024

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CAAU7067638, HASU5095324, MSKU1016671

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95573248 | | 330 | EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330 | CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95604984 | | 330 | EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330 | CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95604985 | | 330 | EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330 | CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Manufacturer Name & Address FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD. 1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE DEVELOPMENT ZONE, DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA FOSHAN, GUANGDONG 528200, CHINA | | | | | |
| Total: | (990 CTNS) | | 990 | | 94,050.000 |

TOTAL (USD) DOLLARS : NINETY-FOUR THOUSAND FIFTY ONLY.

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG

528200 CHINA
Container No./Seal/Size:
CAAU7067638/CN8065324/40H
HASU5095324/CN5619808/40H
MSKU1016671/CN8143052/40H

528200 CHINA
Container No./Seal/Size:
CAAU7067638/CN8065324/40H
HASU5095324/CN5619808/40H
MSKU1016671/CN8143052/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411100-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Ship on or about:** November 26, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** CAAU7067638, HASU5095324, MSKU1016671

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95573248 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95604984 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95604985 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total: | (990 CTNS) | 990 | 21,285.00 | 24,750.00 | 204.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
CAAU7067638/CN8065324/40H
HASU5095324/CN5619808/40H
MSKU1016671/CN8143052/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
CAAU7067638/CN8065324/40H
HASU5095324/CN5619808/40H
MSKU1016671/CN8143052/40H

We certify that there is no wood packing material in the shipment.

<u>Carton Marks And Number</u>

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

---

# INVOICE

**Invoice No.:** 2411081-CI                          **Invoice Date.:** November 18, 2024

**Sold To:** CLOSEOUT DISTRIBUTION, LLC          **Delivery To:**   50 RAUSCH CREEK RD
50 RAUSCH CREEK RD                                              TREMONT, PA 17981
TREMONT, PA 17981                                               USA
USA

**Shipment Terms:** FOB NANSHA                   **Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA                      **L/C Number:** TT

**Vessel / Voyage:** KOSTAS K / 447W            **Port of Loading:** NANSHA

**Ship on or about:** November 20, 2024          **Port of Entry:** NEWARK, NJ

                                                 **Destination:** TREMONT, PA

**Container Number (Factory Load) :** HASU4365960, HASU4542114, HASU4998716, MRKU6244163, MRSU3975043, MRSU4101680, MRSU6380558, MSKU8083239, TCNU1955237, TCNU6211243, TRHU4588381

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95438826 | | 672    EA | 90.000/EA | 60,480.000 |
| SKU No.: 810765117 | | 672    CTNS | | |
| CUTLER BAY DOUBLE HANING EGG CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95604977 | | 384    EA | 90.000/EA | 34,560.000 |
| SKU No.: 810765117 | | 384    CTNS | | |
| CUTLER BAY DOUBLE HANING EGG CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| Manufacturer Name & Address FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD. 1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE DEVELOPMENT ZONE, DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA FOSHAN, GUANGDONG 528200, CHINA | | | | |
| Total: | (1,056 CTNS) | 1,056 | | 95,040.000 |

TOTAL (USD) DOLLARS : NINETY-FIVE THOUSAND FORTY ONLY.

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4365960/CN0130206/40H
HASU4542114/CN5625149/40H
HASU4998716/CN7966338/40H
MRKU6244163/CN0045869/40H
MRSU3975043/CN0130251/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4365960/CN0130206/40H
HASU4542114/CN5625149/40H
HASU4998716/CN7966338/40H
MRKU6244163/CN0045869/40H
MRSU3975043/CN0130251/40H

MRSU4101680/CN9965182/40H
MRSU6380558/CN0007849/40H
MSKU8083239/CN0131123/40H
TCNU1955237/CN0134907/40H
TCNU6211243/CN0130289/40H
TRHU4588381/CN0045990/40H

MRSU4101680/CN9965182/40H
MRSU6380558/CN0007849/40H
MSKU8083239/CN0131123/40H
TCNU1955237/CN0134907/40H
TCNU6211243/CN0130289/40H
TRHU4588381/CN0045990/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411081-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on about:** November 20, 2024

**Invoice Date.:** November 18, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

**Container Number (Factory Load) :** HASU4365960, HASU4542114, HASU4998716, MRKU6244163, MRSU3975043, MRSU4101680, MRSU6380558, MSKU8083239, TCNU1955237, TCNU6211243, TRHU4588381

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95438826 | | 672 EA | 28,896.00 | 32,928.00 | 476.000 |
| SKU No.: 810765117 | | 672 CTNS | | | |
| CUTLER BAY DOUBLE HANING EGG CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| | | | | | |
| P/O No.: 95604977 | | 384 EA | 16,512.00 | 18,816.00 | 272.000 |
| SKU No.: 810765117 | | 384 CTNS | | | |
| CUTLER BAY DOUBLE HANING EGG CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| **Total:** (1,056 CTNS) | | 1,056 | 45,408.00 | 51,744.00 | 748.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4365960/CN0130206/40H
HASU4542114/CN5625149/40H
HASU4998716/CN7966338/40H
MRKU6244163/CN0045869/40H
MRSU3975043/CN0130251/40H
MRSU4101680/CN9965182/40H
MRSU6380558/CN0007849/40H
MSKU8083239/CN0131123/40H
TCNU1955237/CN0134907/40H
TCNU6211243/CN0130289/40H
TRHU4588381/CN0045990/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
HASU4365960/CN0130206/40H
HASU4542114/CN5625149/40H
HASU4998716/CN7966338/40H
MRKU6244163/CN0045869/40H
MRSU3975043/CN0130251/40H
MRSU4101680/CN9965182/40H
MRSU6380558/CN0007849/40H
MSKU8083239/CN0131123/40H
TCNU1955237/CN0134907/40H
TCNU6211243/CN0130289/40H
TRHU4588381/CN0045990/40H

We certify that there is no wood packing material in the shipment.

Carton Marks And Number

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# INVOICE

**Invoice No.:** 2411057-CI

| | |
|---|---|
| **Sold To:** CLOSEOUT DISTRIBUTION, LLC<br>50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA | **Invoice Date.:** November 13, 2024<br><br>**Delivery To:** 50 RAUSCH CREEK RD<br>TREMONT, PA 17981<br>USA |

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 19, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95573238 | | 330  EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95613989 | | 330  EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95573243 | | 660  EA | 95.000/EA | 62,700.000 |
| SKU No.: 810780234 | | 660  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |

**Manufacturer Name & Address**

FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD.
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE
DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA
FOSHAN, GUANGDONG
528200, CHINA

| | Total: (1,320 CTNS) | 1,320 | 125,400.000 |
|---|---|---|---|

**TOTAL (USD) DOLLARS : ONE HUNDRED TWENTY-FIVE THOUSAND FOUR HUNDRED ONLY.**

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:

COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411057-CI

**Sold To:** CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 19, 2024

**Invoice Date.:** November 13, 2024

**Delivery To:** 50 RAUSCH CREEK RD
TREMONT, PA 17981
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** NEWARK, NJ

**Destination:** TREMONT, PA

| Cargo Description | | Quantity (Unit) | | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|---|
| P/O No.: 95573238 | | 330 | EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 | CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | | |
| HTS Code.: 9401790011 | | | | | | |
| P/O No.: 95613989 | | 330 | EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 | CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | | |
| HTS Code.: 9401790011 | | | | | | |
| P/O No.: 95573243 | | 660 | EA | 14,190.00 | 16,500.00 | 136.000 |
| SKU No.: 810780234 | | 660 | CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | | |
| HTS Code.: 9401790011 | | | | | | |
| Total: (1,320 CTNS) | | 1,320 | | 28,380.00 | 33,000.00 | 272.000 |

We certify that there is no wood packing material in the shipment.

Carton Marks And Number

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# INVOICE

**Invoice No.:** 2411101-CI

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Invoice Date.:** November 25, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Ship on or about:** November 26, 2024

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** TGBU6761091

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95573247 | | 330 EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330 CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code: 9401790011 | | | | |
| | **Manufacturer Name & Address** | | | |
| | FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD. 1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE DEVELOPMENT ZONE, DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA FOSHAN, GUANGDONG 528200, CHINA | | | |
| Total: | (330 CTNS) | 330 | | 31,350.000 |

TOTAL (USD) DOLLARS : THIRTY-ONE THOUSAND THREE HUNDRED FIFTY ONLY.

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
TGBU6761091/CN8035194/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
TGBU6761091/CN8035194/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411101-CI

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** COLUMBINE MAERSK / 448W

**Ship on or about:** November 26, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** TGBU6761091

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95573247 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total: (330 CTNS) | | 330 | 7,095.00 | 8,250.00 | 68.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
TGBU6761091/CN8035194/40H

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
TGBU6761091/CN8035194/40H

We certify that there is no wood packing material in the shipment.

Carton Marks And Number

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## INVOICE

Invoice No.: 2411056-CI

**Invoice Date.:** November 13, 2024

Sold To: CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB NANSHA

**Payment Term / OAT #(Open Account Transaction):**

**Country of Origin:** CHINA

**L/C Number:** TT

**Vessel / Voyage:** KOSTAS K / 447W

**Port of Loading:** NANSHA

**Ship on or about:** November 20, 2024

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MSKU0333856, TLLU5250293

| Cargo Description | | Quantity (Unit) | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|
| P/O No.: 95573237 | | 330  EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| P/O No.: 95573242 | | 330  EA | 95.000/EA | 31,350.000 |
| SKU No.: 810780234 | | 330  CTNS | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | |
| HTS Code.: 9401790011 | | | | |
| Manufacturer Name & Address<br><br>FOSHAN ZHUANYI METAL TECHNOLOGY CO., LTD.<br>1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN HU VILLAGE DEVELOPMENT ZONE,<br>DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY , GUANDONG PROVINCE, CHINA<br>FOSHAN, GUANGDONG<br>528200, CHINA | | | | |
| Total: | (660 CTNS) | 660 | | 62,700.000 |

TOTAL (USD) DOLLARS : SIXTY-TWO THOUSAND SEVEN HUNDRED ONLY.

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
MSKU0333856/CN8048439/40H
TLLU5250293/CN9978971/40H
We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
MSKU0333856/CN8048439/40H
TLLU5250293/CN9978971/40H

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411056-CI

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB NANSHA

**Country of Origin:** CHINA

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 20, 2024

**Invoice Date.:** November 13, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** NANSHA

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MSKU0333856, TLLU5250293

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95573237 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95573242 | | 330 EA | 7,095.00 | 8,250.00 | 68.000 |
| SKU No.: 810780234 | | 330 CTNS | | | |
| NICOLE MILLER STEEL ROPE HANGING CHAIR | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total: | (660 CTNS) | 660 | 14,190.00 | 16,500.00 | 136.000 |

**Consolidator(Full Name & Address)**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
MSKU0333856/CN8048439/40H
TLLU5250293/CN9978971/40H

We certify that there is no wood packing material in the shipment.

**Container Stuffing Location(Full Name & Address )**
FOSHANZHUANYI METAL TECHNOLOGY CO.,LTD
1/2 FLOOR OF SUJIAHUI FACTORY BUILDING, LIANSHA SHADUN
HU VILLAGE DEVELOPMENT ZONE,
DANZAO TOWN, NANHAI DISTRICT,FOSHAN CITY ,GUANGDONG
528200, CHINA
FOSHAN , GUANGDONG
528200 CHINA
Container No./Seal/Size:
MSKU0333856/CN8048439/40H
TLLU5250293/CN9978971/40H

**Carton Marks And Number**

BIG LOTS
STORES
PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:
BIG LOTS
STORES

PO#:
SKU#:
DEPT#:
COUNTRY OF ORIGIN:

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

# INVOICE

**Invoice No.:** 2411098-CI

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 25, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MRSU4653458, MRSU4792176, MRSU5153800

| Cargo Description | | Quantity (Unit) | | Unit Price (USD) | Total Amount (USD) |
|---|---|---|---|---|---|
| P/O No.: 95587497 | | 768 | EA | 33.900/EA | 26,035.200 |
| SKU No.: 810776521 | | 32 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587497 | | 624 | EA | 33.900/EA | 21,153.600 |
| SKU No.: 810776521 | | 26 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587492 | | 768 | EA | 33.900/EA | 26,035.200 |
| SKU No.: 810776521 | | 32 | CTNS | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Manufacturer Name & Address<br><br>IN HOME COMPANY LIMITED<br>1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD<br>DISTRICT 12, HO CHI MINH CITY, VIETNAM<br>HO CHI MINH CITY<br>70000, VIETNAM | | | | | |
| Total:          (90 CTNS) | | 2,160 | | | 73,224.000 |

TOTAL (USD) DOLLARS : SEVENTY-THREE THOUSAND TWO HUNDRED TWENTY-FOUR ONLY.

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
MRSU4653458/MLVN0054900/40H

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
MRSU4653458/MLVN0054900/40H

MRSU4792176/MLVN0054871/40H
MRSU5153800/MLVN0054884/40H

MRSU4792176/MLVN0054871/40H
MRSU5153800/MLVN0054884/40H

We certify that there is no wood packing material in the shipment.

**Carton Marks And Number**

BIG LOTS
BIG LOTS
BIG LOTS

# PRESTIGE PATIO CO., LTD

Seller reference

42 WEST 38TH STREET RM. 802, NEW YORK, NY, NEW YORK, 10018, USA

## PACKING LIST

**Invoice No.:** 2411098-CI

**Sold To:** CSC DISTRIBUTION, LLC
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Shipment Terms:** FOB HO CHI MINH

**Country of Origin:** VIETNAM

**Vessel / Voyage:** KOSTAS K / 447W

**Ship on or about:** November 25, 2024

**Invoice Date.:** November 25, 2024

**Delivery To:** 2855 SELMA HIGHWAY
MONTGOMERY, AL 36108
USA

**Payment Term / OAT #(Open Account Transaction):**

**L/C Number:** TT

**Port of Loading:** VUNG TAU

**Port of Entry:** SAVANNAH, GA

**Destination:** MONTGOMERY, AL

**Container Number (Factory Load) :** MRSU4653458, MRSU4792176, MRSU5153800

| Cargo Description | | Quantity (Unit) | Net Weight (KGS) | Gross Weight (KGS) | CBM |
|---|---|---|---|---|---|
| P/O No.: 95587497 | | 768 EA | 4,928.00 | 5,120.00 | 65.920 |
| SKU No.: 810776521 | | 32 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587497 | | 624 EA | 4,004.00 | 4,160.00 | 53.560 |
| SKU No.: 810776521 | | 26 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| P/O No.: 95587492 | | 768 EA | 4,928.00 | 5,120.00 | 65.920 |
| SKU No.: 810776521 | | 32 CTNS | | | |
| NICOLE MILLER WINGBACK WICKER | No. of Pallet: | | | | |
| HTS Code.: 9401790011 | | | | | |
| Total: (90 CTNS) | | 2,160 | 13,860.00 | 14,400.00 | 185.400 |

**Consolidator(Full Name & Address)**
IN HOME COMPANY LIMITED
1A, NGUYEN THI KIEU STREET, TAN THOI HIEP WARD
DISTRICT 12, HO CHI MINH CITY, VIETNAM
HO CHI MINH CITY
70000 VIETNAM
Container No./Seal/Size:
MRSU4653458/MLVN0054900/40H
MRSU4792176/MLVN0054871/40H
MRSU5153800/MLVN0054884/40H

We certify that there is no wood packing material in the shipment.

Carton Marks And Number

**Container Stuffing Location(Full Name & Address )**
IN HOME COMPANY LIMITED
GROUP 1, HOA TRUNG HAMLET, NGOC DINH COMMUNE, DINH
QUAN DISTRICT, DONG NAI PROVINCE, VIETNAM.
DONG NAI , DONG NAI
VIETNAM
Container No./Seal/Size:
MRSU4653458/MLVN0054900/40H
MRSU4792176/MLVN0054871/40H
MRSU5153800/MLVN0054884/40H

BIG LOTS
BIG LOTS
BIG LOTS