**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered)<br>Obj. Deadline: February 7, 2025, 4:00 P.M. ET<br>Hrg. Date: February 26, 2025, 10:30 A.M. ET |

**CERTIFICATE OF SERVICE**

I, James Tobia, do hereby certify that on January 21, 2025, I caused a true and correct copy of *Prestige Patio Inc.'s Motion for Allowance and Payment of Administrative Expense Claim* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter.

*/s/ James Tobia*
James Tobia (DE Bar No. 3798)

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).