**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Related to Docket No. 1440 |

**NOTICE OF WITHDRAWAL OF
OBJECTION OF STEGER TOWNE CROSSING, LP
TO MOTION TO EXTEND 365(d)(4) DEADLINE**

Please be advised that on December 27, 2024, Steger Towne Crossing, LP filed the *Objection of Steger Towne Crossing, LP to Motion of Debtors for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [D.I. 1440] (the "**Objection**"). The Objection is hereby withdrawn.

[remainder of page left intentionally blank]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: January 21, 2025

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino  (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:  monique.disabatino@saul.com

-and-

Rachael L. Smiley
**FERGUSON BRASWELL FRASER KUBASTA P.C.**
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Telephone: (972) 826-4457
Email: rsmiley@fbfk.law

*Attorneys for Steger Town Crossing, LP*