## EXHIBIT A

### 365 Designated Contracts

| Contract or Address of Leased Property, as Applicable | Counterparty | Proposed Assignee | Asserted Cure Cost |
|---|---|---|---|
| 1410 E. Plaza Boulevard<br>National City, California | c/o<br>Robert Hanasb<br>robert@robhana.com<br><br>- and -<br><br>Leslie Heilman<br>Ballard Spahr LLP<br>heilmanl@ballardspahr.com | Burlington Coat Factory of Texas, Inc.<br>c/o Robin Piree, Esq.<br>robin.piree@burlingtonstores.com | $540,341.84[1] |

---

[1] The Debtors understand that this amount is still subject to reconciliation.  The Debtors, the Buyer, and the Proposed Assignee reserve all rights with respect to the asserted cure amount.