**Exhibit B**

**Post-Closing Designation Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.05(b) of the Purchase Agreement, Buyer desires to (a) designate the 365 Contract identified in Exhibit "A" hereto and incorporated herein (collectively, the "Designated Lease") as a "Designated Asset" for assumption and assignment, and (b) designate **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**, a Florida corporation or its designated affiliates reflected on Exhibit A (hereinafter, "Burlington") as the "Designated Buyer" with respect to the acquisition of the Designated Lease.

## DESIGNATION OF DESIGNATED ASSET

1. In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates the Designated Lease as a "Designated Asset", and (b) designates Burlington as the Designated Buyer with respect to the acquisition of the Designated Lease.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

4213407.1

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated: January 20, 2025
New York, New York

                                            Respectfully submitted,

                                            **RIEMER & BRAUNSTEIN LLP**

                                            By: */s/ Steven E. Fox*
                                                  Times Square Tower, Suite 2506
                                                  Seven Times Square
                                                  New York, New York 10036
                                                  Tel: 212-789-3150
                                                  Email: sfox@riemerlaw.com

                                            *Attorneys for Gordon Brothers Retail Partners, LLC*

# EXHIBIT A

# DESIGNATED LEASE

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| 4126 | 1410 E. Plaza Boulevard National City, CA | $7.13 | 08/31/43 | 5 + 5 + 4 | Burlington Coat Factory of Texas, Inc. |

4213407.1