# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**January 21, 2025 at 1:00 p.m. (ET)** |

### DEBTORS' EXHIBIT LIST FOR HEARING SCHEDULED
### FOR JANUARY 21, 2025, AT 1:00 P.M. (PREVAILING EASTERN TIME)

Big Lots, Inc. and certain of its affiliates of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**" or "**Big Lots**") files this Exhibit List identifying the individuals the Debtors may call as witnesses at the hearing to be held on January 21, 2025, at 1:00 p.m. (ET) (the "**Hearing**").

The Debtors may rely on the following evidence at the Hearing in support of the *Fourth Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases* (D.I. 1236):

| Exhibits | | |
|---|---|---|
| **Ex. No.** | **Document** | **D.I. No.** |
| 1 | Lease Agreement by and between South Plaza Investments, LLC, and Big Lots Stores, Inc. (the "**Nolensville Lease**") | D.I. 1737-1 |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | | |
|---|---|---|
| 2 | Lease Agreement by and between 5620 Nolensville Pike, LLC and Ross Dress for Less, Inc. (the "**Ross Lease**") [SEALED] | D.I. 1737-1 |
| 3 | First Lease Modification Agreement by and between 5260 Nolensville Pike, LLC and Big Lots Stores, LLC (the "**First Lease Modification**") | D.I. 1737-1 |
| 4 | Memorandum of Lease | N/A |
| 5 | Notice of Filing of First Post-Closing Designation Notice | D.I. 1788 |
| 6 | Notice of Filing of Second Post-Closing Designation Notice | D.I. 1793 |

**Reservation of Rights**

The Debtors reserve all rights, including without limitation, the right to amend, revise or supplement this Exhibit List and to offer evidence at the Hearing for purposes of impeachment, rebuttal or in response to witnesses or evidence offered by any other party.

The Debtors further reserve all rights, including without limitation, the right to call any witness called by any other party, call any rebuttal witnesses, as necessary or as the Debtors determine to be desirable, and the Debtors reserve the right to cross-examine any witnesses called by another party.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 21, 2025
Wilmington, Delaware

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*