UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 24-11967      BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory ....

**Docket #:** 1556          **Date Entered:** 1/2/2025

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 1751 | Date Filed: 1/16/2025 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Aldi Inc.

**Appellee/Cross Appellee**

Big Lots, Inc et al

**Counsel for Appellant/Cross Appellant:**

Karen C Bifferato
1201 N Market St, 20th FL
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Robert J Dehney, Sr
Andrew R Remming
1201 N Market St, 16th FL
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ● | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ● | No ○ |

Civil Action Number: 25-0072, 25-0076

(continued on next page)

**Notes:** Order on Appeal Continued:

...Contracts and Unexpired Leases, and (IV) Granting Related Relief.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/21/2025        **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-08