IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC*., et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**APPLICATION OF DELAWARE COUNSEL
TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Kristhy M. Peguero, Esquire, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of Burlington Stores, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in the District of Delaware. My office is located in Houston, Texas at the address indicated in my signature block below.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

I respectfully request that the Court enter the proposed order attached hereto as **Exhibit A** approving my appearance in these cases pursuant to Local Rule 9010-1(e)(ii).

| | |
|---|---|
| Dated: January 21, 2025 | **JACKSON WALKER LLP** |
| | /s/  Kristhy M. Peguero |
| | Kristhy M. Peguero (DE 4903) |
| | 1401 McKinney Street, Suite 1900 |
| | Houston, TX 77010 |
| | Telephone: (713) 752-4200 |
| | Email: kpeguero@jw.com |
| | |
| | *Co-Counsel for Burlington Stores, Inc.* |