## **EXHIBIT C**

Letter Dated August 30, 2024

Docusign Envelope ID: 75049E79-F1C8-4CF9-B831-AA0ECFCC962B



4900 EAST DUBLIN GRANVILLE ROAD<br>COLUMBUS, OHIO  43081-7651

August 30, 2024

**VIA FEDEX OVERNIGHT DELIVERY**

Gainesville Realty, LTD
15400 Knoll Trail
Suite 201
Dallas, TX 75248

      Re:   **BIG LOTS #1860 – Gainesville, TX**
              Lease Agreement by and between Gainesville Realty, LTD (Landlord) and Big Lots
              Stores, LLC, an Ohio limited liability company, formerly known as Big Lots Stores, Inc.
              ("Tenant") dated June 9, 2004, as amended (collectively, the "Lease").

Dear Landlord:

Pursuant to the Lease, Tenant hereby exercises its option to extend the term of the Lease commencing February 1, 2025 and expiring on January 31, 2030 ("Third Option Term").  Fixed Minimum Rent will be One Hundred Seventeen Thousand Nine Hundred Thirty-Six and 00/100 Dollars ($117,936.00) per annum, payable in equal monthly installments of Nine Thousand Eight Hundred Twenty-Eight and 00/100 Dollars ($9,828.00).

Thank you,

**BIG LOTS STORES, LLC**
**an Ohio limited liability company**

*Jonathan Ramsden*
Jonathan Ramsden
Executive Vice President,
Chief Financial & Administrative Officer

JR/smm



4900 EAST DUBLIN GRANVILLE ROAD
COLUMBUS, OHIO 43081-7651

September 1, 2019

**VIA FEDERAL EXPRESS – OVERNIGHT DELIVERY**
(972) 960-2003

GAINESVILLE REALTY, LTD.
15400 KNOLL TRAIL
SUITE 201
DALLAS, TX 75248

Re:   **BIG LOTS #1860 – Gainesville, TX**
Lease Agreement by and between Gainesville Realty, Ltd., a Texas limited partnership ("Landlord") and Big Lots Stores, Inc., an Ohio corporation ("Tenant") dated June 9, 2004, as amended (collectively, the "Lease").

Dear Landlord:

Pursuant to the Lease, Tenant hereby exercises its option to extend the Term of the Lease commencing February 1, 2020 and expiring on January 31, 2025 (the "Second Option Term"). Fixed Minimum Rent will be One Hundred Nine Thousand Five Hundred Twelve and 00/100 Dollars ($109,512.00) per annum, payable in equal monthly installments of Nine Thousand One Hundred Twenty-Six and 00/100 Dollars ($9,126.00).  Thank you.

**BIG LOTS STORES, INC., an Ohio corporation**

Timothy A. Johnson
Executive Vice President
Chief Administrative Officer &
Chief Financial Officer

TAJ/nr