## EXHIBIT B

**Summary Post-Petition Account**

ACCOUNTS RECEIVABLE DETAIL AGING REPORT

Selections for this report:                                              Aging periods:

1. Aging date                 12/26/24   Age by invoice date    1. Define aging periods by  Days
2. By cust number or name ?   Number
3. Starting customer          52465                             2. # aging days in prd 1    30
4. Ending customer            52465                             3. Period 1 description     Current
5. Group by A/R account ?     Y
6. For which A/R account ?    1200
                              ACCOUNTS RECEIVABLE               4. # aging days in prd 2    60
                                                                5. Period 2 description     Over 30 days
7. Print DR/CR bal customers ?   Both
8. Show zero bal customers ?     Y
                                                                6. # aging days in prd 3    90
9. Detl, Sum or Condensed ?   Detail                            7. Period 3 description     Over 60 days
10. Age open item customers
    like bal forward customers ?  N
                                                                8. # aging days in prd 4    999
11. Show invoice balances only ?  N                             9. Period 4 description     Over 90 days
12. Print P.O.# or reference ?    P.O.#

A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

```
Aging date: 12/26/24
Document types: I = Invoice   P = Payment   C = Cr memo   D = Dr memo   B = Balance forward   F = Finance charge   R = Returned check
Notes: On types I, B, C, D and R, Amount-1 is the amount subject to discount.  On type P Amount-1 is cash receipt amt.
       On type F Amount-1 is fin charge amt.  On types I, C, D and R, Amount-2 is the amount not subject to discount.
       On type P Amount-2 is discount plus allowance. (No Amount-2 for types F & B).

---------------------------------------------------------------------------------------------------------------------------
Cust-#                  Name                         Balance       --------------------Aged customer balances----------------
Contact-1               Address-1                    Credit-limit       Current  Over 30 days  Over 60 days  Over 90 days
Phone-#-1               Address-2                    Terms
Phone-#-2               City/State/Zip               Last-pmt-dat
---------------------------------------------------------------------------------------------------------------------------

A/R account: 1200    ACCOUNTS RECEIVABLE
============================================================

52465          OPN-ITM  BIG LOTS STORES, INC         163,773.55         477.90     91,653.25     71,642.40          0.00
AP                      4900 E Dublin Granville      175,000.00
614-278-6800            CO ID 4000820                     NET 30            0%           56%           44%            0%
614-278-3189            COLUMBUS, OH 43081-7651      11/08/24
               Country: USA

Doc-#    Doc-date Typ Apply-to Due-date P.O.-#                   Amount-1          Amount-2           Doc-total  Age
143450   10/23/24  I  143450   11/22/24 0095609747              71,642.40              0.00           71,642.40   64
145513   11/20/24  I  145513   12/20/24 0095693906                 198.30              0.00              198.30   36
145514   11/20/24  I  145514   12/20/24 0095693907                 171.30              0.00              171.30   36
145515   11/20/24  I  145515   12/20/24 0095693908                 171.30              0.00              171.30   36
145516   11/20/24  I  145516   12/20/24 0095693909                 171.30              0.00              171.30   36
145517   11/20/24  I  145517   12/20/24 0095693910                 157.20              0.00              157.20   36
145518   11/20/24  I  145518   12/20/24 0095693911                 157.20              0.00              157.20   36
145519   11/20/24  I  145519   12/20/24 0095693912                 157.20              0.00              157.20   36
145520   11/20/24  I  145520   12/20/24 0095693913                 157.20              0.00              157.20   36
145521   11/20/24  I  145521   12/20/24 0095693914                 157.20              0.00              157.20   36
145522   11/20/24  I  145522   12/20/24 0095693916                 157.20              0.00              157.20   36
145523   11/20/24  I  145523   12/20/24 0095693917                 157.20              0.00              157.20   36
145524   11/20/24  I  145524   12/20/24 0095693918                 157.20              0.00              157.20   36
145525   11/20/24  I  145525   12/20/24 0095693919                 157.20              0.00              157.20   36
145526   11/20/24  I  145526   12/20/24 0095693921                 157.20              0.00              157.20   36
145527   11/20/24  I  145527   12/20/24 0095693922                 157.20              0.00              157.20   36
145528   11/20/24  I  145528   12/20/24 0095693923                 369.90              0.00              369.90   36
145529   11/20/24  I  145529   12/20/24 0095693925                 157.20              0.00              157.20   36
145530   11/20/24  I  145530   12/20/24 0095693929                 157.20              0.00              157.20   36
145531   11/20/24  I  145531   12/20/24 0095693935                 157.20              0.00              157.20   36
145532   11/20/24  I  145532   12/20/24 0095693936                 157.20              0.00              157.20   36
145533   11/20/24  I  145533   12/20/24 0095693938                 390.90              0.00              390.90   36
145534   11/20/24  I  145534   12/20/24 0095693966                 363.90              0.00              363.90   36
145535   11/20/24  I  145535   12/20/24 0095694079                 363.90              0.00              363.90   36
145536   11/20/24  I  145536   12/20/24 0095694080                 405.90              0.00              405.90   36
145537   11/20/24  I  145537   12/20/24 0095694086                 405.90              0.00              405.90   36
145538   11/20/24  I  145538   12/20/24 0095694090                 113.10              0.00              113.10   36
145539   11/21/24  I  145539   12/21/24 0095694094                 113.10              0.00              113.10   35
145540   11/21/24  I  145540   12/21/24 0095694098                 363.90              0.00              363.90   35
145541   11/21/24  I  145541   12/21/24 0095694103                 113.10              0.00              113.10   35
145542   11/21/24  I  145542   12/21/24 0095694105                 113.10              0.00              113.10   35
145543   11/21/24  I  145543   12/21/24 0095694107                 113.10              0.00              113.10   35
145544   11/20/24  I  145544   12/20/24 0095694112                 363.90              0.00              363.90   36
145545   11/20/24  I  145545   12/20/24 0095694118                 405.90              0.00              405.90   36
145546   11/20/24  I  145546   12/20/24 0095694120                 351.90              0.00              351.90   36
145547   11/20/24  I  145547   12/20/24 0095694123                 351.90              0.00              351.90   36
145548   11/20/24  I  145548   12/20/24 0095694124                 351.90              0.00              351.90   36
145549   11/20/24  I  145549   12/20/24 0095694131                 351.90              0.00              351.90   36
145550   11/20/24  I  145550   12/20/24 0095694133                 327.90              0.00              327.90   36
145551   11/20/24  I  145551   12/20/24 0095694146                  11.10              0.00               11.10   36
145552   11/20/24  I  145552   12/20/24 0095694149                 327.90              0.00              327.90   36
```

```
                                             A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types: I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

----------------------------------------------------------------------------------------------------------------------------------------
Cust-#                    Name                                Balance         --------------------Aged customer balances----------------
Contact-1                 Address-1                           Credit-limit            Current   Over 30 days   Over 60 days   Over 90 days
Phone-#-1                 Address-2                           Terms
Phone-#-2                 City/State/Zip                      Last-pmt-dat
----------------------------------------------------------------------------------------------------------------------------------------

 Doc-#   Doc-date Typ Apply-to Due-date P.O.-#                     Amount-1              Amount-2                Doc-total   Age
 145553  11/20/24  I  145553   12/20/24 0095694152                   405.90                  0.00                   405.90    36
 145554  11/20/24  I  145554   12/20/24 0095694154                   327.90                  0.00                   327.90    36
 145555  11/20/24  I  145555   12/20/24 0095694155                   405.90                  0.00                   405.90    36
 145556  11/20/24  I  145556   12/20/24 0095694157                   327.90                  0.00                   327.90    36
 145557  11/20/24  I  145557   12/20/24 0095694162                   405.90                  0.00                   405.90    36
 145558  11/20/24  I  145558   12/20/24 0095694163                   327.90                  0.00                   327.90    36
 145559  11/20/24  I  145559   12/20/24 0095694164                   327.90                  0.00                   327.90    36
 145560  11/20/24  I  145560   12/20/24 0095694167                   405.90                  0.00                   405.90    36
 145561  11/20/24  I  145561   12/20/24 0095694172                   327.90                  0.00                   327.90    36
 145562  11/20/24  I  145562   12/20/24 0095694175                   327.90                  0.00                   327.90    36
 145563  11/20/24  I  145563   12/20/24 0095694177                   405.90                  0.00                   405.90    36
 145564  11/20/24  I  145564   12/20/24 0095694185                   327.90                  0.00                   327.90    36
 145565  11/20/24  I  145565   12/20/24 0095694187                   327.90                  0.00                   327.90    36
 145566  11/20/24  I  145566   12/20/24 0095694191                   405.90                  0.00                   405.90    36
 145567  11/20/24  I  145567   12/20/24 0095694194                   317.40                  0.00                   317.40    36
 145568  11/20/24  I  145568   12/20/24 0095694196                   317.40                  0.00                   317.40    36
 145569  11/20/24  I  145569   12/20/24 0095694197                   317.40                  0.00                   317.40    36
 145570  11/20/24  I  145570   12/20/24 0095694199                   317.40                  0.00                   317.40    36
 145571  11/20/24  I  145571   12/20/24 0095694200                   405.90                  0.00                   405.90    36
 145572  11/20/24  I  145572   12/20/24 0095694206                   291.30                  0.00                   291.30    36
 145573  11/20/24  I  145573   12/20/24 0095694208                   291.30                  0.00                   291.30    36
 145574  11/20/24  I  145574   12/20/24 0095694209                   291.30                  0.00                   291.30    36
 145575  11/20/24  I  145575   12/20/24 0095694218                   281.40                  0.00                   281.40    36
 145576  11/20/24  I  145576   12/20/24 0095694224                   429.90                  0.00                   429.90    36
 145577  11/20/24  I  145577   12/20/24 0095694242                   269.40                  0.00                   269.40    36
 145578  11/20/24  I  145578   12/20/24 0095694246                   257.40                  0.00                   257.40    36
 145579  11/20/24  I  145579   12/20/24 0095694247                   257.40                  0.00                   257.40    36
 145580  11/20/24  I  145580   12/20/24 0095694249                   405.90                  0.00                   405.90    36
 145581  11/20/24  I  145581   12/20/24 0095694256                   405.90                  0.00                   405.90    36
 145582  11/20/24  I  145582   12/20/24 0095694257                   257.40                  0.00                   257.40    36
 145583  11/20/24  I  145583   12/20/24 0095694260                   257.40                  0.00                   257.40    36
 145584  11/20/24  I  145584   12/20/24 0095694292                   257.40                  0.00                   257.40    36
 145585  11/20/24  I  145585   12/20/24 0095694299                   246.30                  0.00                   246.30    36
 145586  11/20/24  I  145586   12/20/24 0095694309                   405.90                  0.00                   405.90    36
 145587  11/20/24  I  145587   12/20/24 0095694310                   405.90                  0.00                   405.90    36
 145588  11/20/24  I  145588   12/20/24 0095694311                   405.90                  0.00                   405.90    36
 145589  11/20/24  I  145589   12/20/24 0095694320                    10.50                  0.00                    10.50    36
 145590  11/20/24  I  145590   12/20/24 0095694321                    10.50                  0.00                    10.50    36
 145591  11/20/24  I  145591   12/20/24 0095694323                   429.90                  0.00                   429.90    36
 145592  11/20/24  I  145592   12/20/24 0095694326                    10.50                  0.00                    10.50    36
 145593  11/20/24  I  145593   12/20/24 0095694327                   405.90                  0.00                   405.90    36
 145594  11/20/24  I  145594   12/20/24 0095694328                    10.50                  0.00                    10.50    36
 145595  11/20/24  I  145595   12/20/24 0095694331                    10.50                  0.00                    10.50    36
 145596  11/20/24  I  145596   12/20/24 0095694333                    10.50                  0.00                    10.50    36
 145597  11/20/24  I  145597   12/20/24 0095694334                   405.90                  0.00                   405.90    36
 145598  11/20/24  I  145598   12/20/24 0095694335                   405.90                  0.00                   405.90    36
 145599  11/20/24  I  145599   12/20/24 0095694337                   246.30                  0.00                   246.30    36
 145600  11/20/24  I  145600   12/20/24 0095694338                    10.50                  0.00                    10.50    36
 145601  11/20/24  I  145601   12/20/24 0095694339                    10.50                  0.00                    10.50    36
 145602  11/20/24  I  145602   12/20/24 0095694340                   246.30                  0.00                   246.30    36
 145603  11/20/24  I  145603   12/20/24 0095694341                    10.50                  0.00                    10.50    36
 145604  11/20/24  I  145604   12/20/24 0095694343                    10.50                  0.00                    10.50    36
 145605  11/20/24  I  145605   12/20/24 0095694344                    10.50                  0.00                    10.50    36
```

A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types:  I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

```
-----------------------------------------------------------------------------------------------------------------------------------
Cust-#                      Name                            Balance      --------------------Aged customer balances----------------
Contact-1                   Address-1                       Credit-limit         Current  Over 30 days  Over 60 days  Over 90 days
Phone-#-1                   Address-2                       Terms
Phone-#-2                   City/State/Zip                  Last-pmt-dat
-----------------------------------------------------------------------------------------------------------------------------------

Doc-#    Doc-date Typ Apply-to Due-date P.O.-#                   Amount-1              Amount-2              Doc-total    Age
145606   11/20/24  I  145606   12/20/24 0095694346                  10.50                  0.00                  10.50    36
145607   11/20/24  I  145607   12/20/24 0095694347                  10.50                  0.00                  10.50    36
145608   11/20/24  I  145608   12/20/24 0095694349                  10.50                  0.00                  10.50    36
145609   11/20/24  I  145609   12/20/24 0095694351                  10.50                  0.00                  10.50    36
145610   11/20/24  I  145610   12/20/24 0095694353                  10.50                  0.00                  10.50    36
145611   11/20/24  I  145611   12/20/24 0095694354                  10.50                  0.00                  10.50    36
145612   11/20/24  I  145612   12/20/24 0095694355                  10.50                  0.00                  10.50    36
145613   11/20/24  I  145613   12/20/24 0095694356                  10.50                  0.00                  10.50    36
145614   11/20/24  I  145614   12/20/24 0095694358                  10.50                  0.00                  10.50    36
145615   11/20/24  I  145615   12/20/24 0095694359                 405.90                  0.00                 405.90    36
145616   11/20/24  I  145616   12/20/24 0095694361                  10.50                  0.00                  10.50    36
145617   11/20/24  I  145617   12/20/24 0095694362                  10.50                  0.00                  10.50    36
145618   11/20/24  I  145618   12/20/24 0095694363                  10.50                  0.00                  10.50    36
145619   11/20/24  I  145619   12/20/24 0095694369                 429.90                  0.00                 429.90    36
145620   11/20/24  I  145620   12/20/24 0095694370                 429.90                  0.00                 429.90    36
145621   11/20/24  I  145621   12/20/24 0095694371                 405.90                  0.00                 405.90    36
145622   11/20/24  I  145622   12/20/24 0095694372                  10.50                  0.00                  10.50    36
145623   11/20/24  I  145623   12/20/24 0095694374                 405.90                  0.00                 405.90    36
145624   11/20/24  I  145624   12/20/24 0095694375                  10.50                  0.00                  10.50    36
145625   11/20/24  I  145625   12/20/24 0095694377                  10.50                  0.00                  10.50    36
145626   11/20/24  I  145626   12/20/24 0095694384                  10.50                  0.00                  10.50    36
145627   11/20/24  I  145627   12/20/24 0095694385                  10.50                  0.00                  10.50    36
145628   11/20/24  I  145628   12/20/24 0095694386                 405.90                  0.00                 405.90    36
145629   11/20/24  I  145629   12/20/24 0095694390                  10.50                  0.00                  10.50    36
145630   11/20/24  I  145630   12/20/24 0095694391                  10.50                  0.00                  10.50    36
145631   11/20/24  I  145631   12/20/24 0095694392                 405.90                  0.00                 405.90    36
145632   11/20/24  I  145632   12/20/24 0095694393                  10.50                  0.00                  10.50    36
145633   11/20/24  I  145633   12/20/24 0095694398                  10.50                  0.00                  10.50    36
145634   11/20/24  I  145634   12/20/24 0095694400                 405.90                  0.00                 405.90    36
145635   11/20/24  I  145635   12/20/24 0095694401                 405.90                  0.00                 405.90    36
145636   11/20/24  I  145636   12/20/24 0095694402                  10.50                  0.00                  10.50    36
145637   11/20/24  I  145637   12/20/24 0095694403                 405.90                  0.00                 405.90    36
145638   11/20/24  I  145638   12/20/24 0095694404                  10.50                  0.00                  10.50    36
145639   11/20/24  I  145639   12/20/24 0095694407                  10.50                  0.00                  10.50    36
145640   11/20/24  I  145640   12/20/24 0095694408                  10.50                  0.00                  10.50    36
145641   11/20/24  I  145641   12/20/24 0095694409                 405.90                  0.00                 405.90    36
145642   11/20/24  I  145642   12/20/24 0095694410                  10.50                  0.00                  10.50    36
145643   11/20/24  I  145643   12/20/24 0095694411                  10.50                  0.00                  10.50    36
145644   11/20/24  I  145644   12/20/24 0095694413                  10.50                  0.00                  10.50    36
145645   11/20/24  I  145645   12/20/24 0095694414                  10.50                  0.00                  10.50    36
145646   11/20/24  I  145646   12/20/24 0095694416                  10.50                  0.00                  10.50    36
145647   11/20/24  I  145647   12/20/24 0095694417                  10.50                  0.00                  10.50    36
145648   11/20/24  I  145648   12/20/24 0095694419                  10.50                  0.00                  10.50    36
145649   11/20/24  I  145649   12/20/24 0095694421                  10.50                  0.00                  10.50    36
145650   11/20/24  I  145650   12/20/24 0095694428                 246.30                  0.00                 246.30    36
145651   11/20/24  I  145651   12/20/24 0095694436                 246.30                  0.00                 246.30    36
145652   11/20/24  I  145652   12/20/24 0095694437                 381.90                  0.00                 381.90    36
145653   11/20/24  I  145653   12/20/24 0095694442                 246.30                  0.00                 246.30    36
145654   11/20/24  I  145654   12/20/24 0095694446                 222.30                  0.00                 222.30    36
145655   11/20/24  I  145655   12/20/24 0095694453                 222.30                  0.00                 222.30    36
145656   11/20/24  I  145656   12/20/24 0095694454                 342.90                  0.00                 342.90    36
145657   11/20/24  I  145657   12/20/24 0095694456                 330.90                  0.00                 330.90    36
145658   11/20/24  I  145658   12/20/24 0095694461                 222.30                  0.00                 222.30    36
```

```
                                          A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types: I = Invoice   P = Payment   C = Cr memo   D = Dr memo   B = Balance forward   F = Finance charge   R = Returned check

----------------------------------------------------------------------------------------------------------------------------------
Cust-#                       Name                            Balance        --------------------Aged customer balances----------------
Contact-1                    Address-1                       Credit-limit         Current  Over 30 days  Over 60 days  Over 90 days
Phone-#-1                    Address-2                       Terms
Phone-#-2                    City/State/Zip                  Last-pmt-dat
----------------------------------------------------------------------------------------------------------------------------------

  Doc-#   Doc-date Typ Apply-to Due-date P.O.-#                         Amount-1               Amount-2              Doc-total  Age
 145659   11/20/24  I  145659   12/20/24 0095694468                       222.30                   0.00                 222.30   36
 145818   11/22/24  I  145818   12/22/24 0095693902                       417.90                   0.00                 417.90   34
 145819   11/22/24  I  145819   12/22/24 0095693903                       222.30                   0.00                 222.30   34
 145820   11/22/24  I  145820   12/22/24 0095693904                       222.30                   0.00                 222.30   34
 145821   11/22/24  I  145821   12/22/24 0095693905                       222.30                   0.00                 222.30   34
 145822   11/22/24  I  145822   12/22/24 0095693920                       417.40                   0.00                 417.40   34
 145823   11/22/24  I  145823   12/22/24 0095693923                       360.00                   0.00                 360.00   34
 145824   11/22/24  I  145824   12/22/24 0095693924                       390.90                   0.00                 390.90   34
 145825   11/22/24  I  145825   12/22/24 0095693926                       390.90                   0.00                 390.90   34
 145826   11/22/24  I  145826   12/22/24 0095693927                       157.20                   0.00                 157.20   34
 145827   11/22/24  I  145827   12/22/24 0095693928                       390.90                   0.00                 390.90   34
 145829   11/25/24  I  145829   12/25/24 0095693915                       221.25                   0.00                 221.25   31
 145830   11/21/24  I  145830   12/21/24 0095693930                       157.20                   0.00                 157.20   35
 145831   11/21/24  I  145831   12/21/24 0095693931                       157.20                   0.00                 157.20   35
 145832   11/21/24  I  145832   12/21/24 0095693932                       390.90                   0.00                 390.90   35
 145833   11/21/24  I  145833   12/21/24 0095693933                       157.20                   0.00                 157.20   35
 145834   11/21/24  I  145834   12/21/24 0095693934                       157.20                   0.00                 157.20   35
 145835   11/21/24  I  145835   12/21/24 0095693937                       390.90                   0.00                 390.90   35
 145836   11/21/24  I  145836   12/21/24 0095693939                       157.20                   0.00                 157.20   35
 145837   11/22/24  I  145837   12/22/24 0095693940                       390.90                   0.00                 390.90   34
 145838   11/22/24  I  145838   12/22/24 0095693941                       157.20                   0.00                 157.20   34
 145839   11/22/24  I  145839   12/22/24 0095693942                       157.20                   0.00                 157.20   34
 145840   11/22/24  I  145840   12/22/24 0095693943                        98.10                   0.00                  98.10   34
 145841   11/22/24  I  145841   12/22/24 0095693944                       109.20                   0.00                 109.20   34
 145842   11/22/24  I  145842   12/22/24 0095693945                       429.90                   0.00                 429.90   34
 145843   11/22/24  I  145843   12/22/24 0095693946                        99.00                   0.00                  99.00   34
 145844   11/22/24  I  145844   12/22/24 0095693947                        99.30                   0.00                  99.30   34
 145845   11/22/24  I  145845   12/22/24 0095693948                        99.30                   0.00                  99.30   34
 145846   11/22/24  I  145846   12/22/24 0095693949                       405.90                   0.00                 405.90   34
 145847   11/22/24  I  145847   12/22/24 0095693950                       405.90                   0.00                 405.90   34
 145848   11/22/24  I  145848   12/22/24 0095693951                        89.10                   0.00                  89.10   34
 145849   11/22/24  I  145849   12/22/24 0095693952                       363.90                   0.00                 363.90   34
 145850   11/22/24  I  145850   12/22/24 0095693953                        89.10                   0.00                  89.10   34
 145851   11/22/24  I  145851   12/22/24 0095693954                       113.10                   0.00                 113.10   34
 145852   11/22/24  I  145852   12/22/24 0095693955                       113.10                   0.00                 113.10   34
 145853   11/22/24  I  145853   12/22/24 0095693956                       113.10                   0.00                 113.10   34
 145854   11/22/24  I  145854   12/22/24 0095693957                       363.90                   0.00                 363.90   34
 145855   11/22/24  I  145855   12/22/24 0095693958                       363.90                   0.00                 363.90   34
 145856   11/22/24  I  145856   12/22/24 0095693959                       363.90                   0.00                 363.90   34
 145857   11/22/24  I  145857   12/22/24 0095693960                       113.10                   0.00                 113.10   34
 145858   11/22/24  I  145858   12/22/24 0095693961                       405.90                   0.00                 405.90   34
 145859   11/22/24  I  145859   12/22/24 0095693962                       113.10                   0.00                 113.10   34
 145860   11/22/24  I  145860   12/22/24 0095693963                       113.10                   0.00                 113.10   34
 145861   11/22/24  I  145861   12/22/24 0095693964                       113.10                   0.00                 113.10   34
 145862   11/22/24  I  145862   12/22/24 0095693965                       363.90                   0.00                 363.90   34
 145863   11/22/24  I  145863   12/22/24 0095693967                       113.10                   0.00                 113.10   34
 145864   11/22/24  I  145864   12/22/24 0095693968                       405.90                   0.00                 405.90   34
 145865   11/22/24  I  145865   12/22/24 0095693969                       363.90                   0.00                 363.90   34
 145866   11/22/24  I  145866   12/22/24 0095694070                       363.90                   0.00                 363.90   34
 145867   11/22/24  I  145867   12/22/24 0095694071                       353.70                   0.00                 353.70   34
 145868   11/22/24  I  145868   12/22/24 0095694072                       363.90                   0.00                 363.90   34
 145869   11/22/24  I  145869   12/22/24 0095694073                       113.10                   0.00                 113.10   34
 145870   11/22/24  I  145870   12/22/24 0095694074                       113.10                   0.00                 113.10   34
```

```
Aging date: 12/26/24
Document types: I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

----------------------------------------------------------------------------------------------------------------------------------
Cust-#                      Name                              Balance      --------------------Aged customer balances----------------
Contact-1                   Address-1                         Credit-limit        Current   Over 30 days  Over 60 days  Over 90 days
Phone-#-1                   Address-2                         Terms
Phone-#-2                   City/State/Zip                    Last-pmt-dat
----------------------------------------------------------------------------------------------------------------------------------

Doc-#    Doc-date Typ Apply-to Due-date  P.O.-#                       Amount-1              Amount-2              Doc-total   Age
145871   11/22/24  I  145871   12/22/24  0095694075                     363.90                  0.00                 363.90    34
145872   11/22/24  I  145872   12/22/24  0095694076                     405.90                  0.00                 405.90    34
145873   11/22/24  I  145873   12/22/24  0095694077                     363.90                  0.00                 363.90    34
145874   11/22/24  I  145874   12/22/24  0095694078                      89.10                  0.00                  89.10    34
145875   11/22/24  I  145875   12/22/24  0095694081                     113.10                  0.00                 113.10    34
145876   11/22/24  I  145876   12/22/24  0095694082                     113.10                  0.00                 113.10    34
145877   11/22/24  I  145877   12/22/24  0095694083                     113.10                  0.00                 113.10    34
145878   11/22/24  I  145878   12/22/24  0095694084                     363.90                  0.00                 363.90    34
145879   11/22/24  I  145879   12/22/24  0095694085                     363.90                  0.00                 363.90    34
145880   11/22/24  I  145880   12/22/24  0095694087                     113.10                  0.00                 113.10    34
145881   11/22/24  I  145881   12/22/24  0095694088                     113.10                  0.00                 113.10    34
145882   11/22/24  I  145882   12/22/24  0095694089                     113.10                  0.00                 113.10    34
145883   11/22/24  I  145883   12/22/24  0095694091                     113.10                  0.00                 113.10    34
145884   11/22/24  I  145884   12/22/24  0095694092                     363.90                  0.00                 363.90    34
145885   11/22/24  I  145885   12/22/24  0095694093                     363.90                  0.00                 363.90    34
145886   11/22/24  I  145886   12/22/24  0095694095                     363.90                  0.00                 363.90    34
145887   11/22/24  I  145887   12/22/24  0095694096                     113.10                  0.00                 113.10    34
145888   11/22/24  I  145888   12/22/24  0095694097                     363.90                  0.00                 363.90    34
145889   11/22/24  I  145889   12/22/24  0095694099                     363.90                  0.00                 363.90    34
145890   11/22/24  I  145890   12/22/24  0095694100                     113.10                  0.00                 113.10    34
145891   11/22/24  I  145891   12/22/24  0095694101                     113.10                  0.00                 113.10    34
145892   11/22/24  I  145892   12/22/24  0095694102                     405.90                  0.00                 405.90    34
145893   11/22/24  I  145893   12/22/24  0095694104                     113.10                  0.00                 113.10    34
145894   11/22/24  I  145894   12/22/24  0095694106                     113.10                  0.00                 113.10    34
145895   11/22/24  I  145895   12/22/24  0095694108                     113.10                  0.00                 113.10    34
145896   11/22/24  I  145896   12/22/24  0095694109                     113.10                  0.00                 113.10    34
145897   11/22/24  I  145897   12/22/24  0095694110                     363.90                  0.00                 363.90    34
145898   11/22/24  I  145898   12/22/24  0095694111                     113.10                  0.00                 113.10    34
145899   11/22/24  I  145899   12/22/24  0095694113                     113.10                  0.00                 113.10    34
145900   11/22/24  I  145900   12/22/24  0095694114                     113.10                  0.00                 113.10    34
145901   11/22/24  I  145901   12/22/24  0095694115                     351.90                  0.00                 351.90    34
145902   11/22/24  I  145902   12/22/24  0095694116                     113.10                  0.00                 113.10    34
145903   11/22/24  I  145903   12/22/24  0095694117                     113.10                  0.00                 113.10    34
145904   11/22/24  I  145904   12/22/24  0095694119                     113.10                  0.00                 113.10    34
145905   11/22/24  I  145905   12/22/24  0095694121                     351.90                  0.00                 351.90    34
145906   11/22/24  I  145906   12/22/24  0095694122                     351.90                  0.00                 351.90    34
145907   11/22/24  I  145907   12/22/24  0095694125                      89.10                  0.00                  89.10    34
145908   11/22/24  I  145908   12/22/24  0095694126                      89.10                  0.00                  89.10    34
145909   11/22/24  I  145909   12/22/24  0095694127                      89.10                  0.00                  89.10    34
145910   11/22/24  I  145910   12/22/24  0095694128                     351.90                  0.00                 351.90    34
145911   11/22/24  I  145911   12/22/24  0095694129                     351.90                  0.00                 351.90    34
145912   11/22/24  I  145912   12/22/24  0095694130                      89.10                  0.00                  89.10    34
145913   11/22/24  I  145913   12/22/24  0095694132                     327.90                  0.00                 327.90    34
145914   11/22/24  I  145914   12/22/24  0095694134                      72.60                  0.00                  72.60    34
145915   11/22/24  I  145915   12/22/24  0095694135                      72.60                  0.00                  72.60    34
145916   11/22/24  I  145916   12/22/24  0095694136                      72.60                  0.00                  72.60    34
145917   11/22/24  I  145917   12/22/24  0095694137                      72.60                  0.00                  72.60    34
145918   11/22/24  I  145918   12/22/24  0095694138                      72.60                  0.00                  72.60    34
145919   11/22/24  I  145919   12/22/24  0095694139                      72.60                  0.00                  72.60    34
145920   11/22/24  I  145920   12/22/24  0095694140                      72.60                  0.00                  72.60    34
145921   11/22/24  I  145921   12/22/24  0095694141                     327.90                  0.00                 327.90    34
145922   11/22/24  I  145922   12/22/24  0095694142                      72.60                  0.00                  72.60    34
145923   11/22/24  I  145923   12/22/24  0095694143                      72.60                  0.00                  72.60    34
```

A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types: I = Invoice   P = Payment   C = Cr memo   D = Dr memo   B = Balance forward   F = Finance charge   R = Returned check

```
--------------------------------------------------------------------------------------------------------------------------------
Cust-#                    Name                         Balance      --------------------Aged customer balances----------------
Contact-1                 Address-1                    Credit-limit        Current   Over 30 days  Over 60 days  Over 90 days
Phone-#-1                 Address-2                    Terms
Phone-#-2                 City/State/Zip               Last-pmt-dat
--------------------------------------------------------------------------------------------------------------------------------

 Doc-#    Doc-date Typ Apply-to   Due-date P.O.-#                   Amount-1               Amount-2             Doc-total  Age
 145924   11/22/24  I  145924     12/22/24 0095694144                  72.60                   0.00                72.60   34
 145925   11/22/24  I  145925     12/22/24 0095694145                  72.60                   0.00                72.60   34
 145926   11/22/24  I  145926     12/22/24 0095694148                  72.60                   0.00                72.60   34
 145927   11/22/24  I  145927     12/22/24 0095694150                  72.60                   0.00                72.60   34
 145928   11/22/24  I  145928     12/22/24 0095694151                  72.60                   0.00                72.60   34
 145929   11/22/24  I  145929     12/22/24 0095694153                  72.60                   0.00                72.60   34
 145930   11/22/24  I  145930     12/22/24 0095694156                  72.60                   0.00                72.60   34
 145931   11/22/24  I  145931     12/22/24 0095694158                  72.60                   0.00                72.60   34
 145932   11/22/24  I  145932     12/22/24 0095694159                  72.60                   0.00                72.60   34
 145933   11/22/24  I  145933     12/22/24 0095694160                  60.60                   0.00                60.60   34
 145934   11/22/24  I  145934     12/22/24 0095694161                  60.60                   0.00                60.60   34
 145935   11/22/24  I  145935     12/22/24 0095694165                  60.60                   0.00                60.60   34
 145936   11/22/24  I  145936     12/22/24 0095694166                  60.60                   0.00                60.60   34
 145937   11/22/24  I  145937     12/22/24 0095694168                  60.60                   0.00                60.60   34
 145938   11/22/24  I  145938     12/22/24 0095694169                  60.60                   0.00                60.60   34
 145939   11/22/24  I  145939     12/22/24 0095694170                  60.60                   0.00                60.60   34
 145940   11/22/24  I  145940     12/22/24 0095694171                  60.60                   0.00                60.60   34
 145941   11/22/24  I  145941     12/22/24 0095694173                  60.60                   0.00                60.60   34
 145942   11/22/24  I  145942     12/22/24 0095694174                  60.60                   0.00                60.60   34
 145943   11/22/24  I  145943     12/22/24 0095694176                 327.90                   0.00               327.90   34
 145944   11/22/24  I  145944     12/22/24 0095694178                 327.90                   0.00               327.90   34
 145945   11/22/24  I  145945     12/22/24 0095694179                  60.60                   0.00                60.60   34
 145946   11/22/24  I  145946     12/22/24 0095694180                 327.90                   0.00               327.90   34
 145947   11/22/24  I  145947     12/22/24 0095694181                  60.60                   0.00                60.60   34
 145948   11/22/24  I  145948     12/22/24 0095694182                  60.60                   0.00                60.60   34
 145949   11/22/24  I  145949     12/22/24 0095694183                  60.60                   0.00                60.60   34
 145950   11/22/24  I  145950     12/22/24 0095694184                 327.90                   0.00               327.90   34
 145951   11/22/24  I  145951     12/22/24 0095694186                 327.90                   0.00               327.90   34
 145952   11/22/24  I  145952     12/22/24 0095694188                  60.60                   0.00                60.60   34
 145953   11/22/24  I  145953     12/22/24 0095694189                  60.60                   0.00                60.60   34
 145954   11/22/24  I  145954     12/22/24 0095694190                 317.40                   0.00               317.40   34
 145955   11/22/24  I  145955     12/22/24 0095694192                  60.60                   0.00                60.60   34
 145956   11/22/24  I  145956     12/22/24 0095694193                  60.60                   0.00                60.60   34
 145957   11/22/24  I  145957     12/22/24 0095694195                 317.40                   0.00               317.40   34
 145958   11/22/24  I  145958     12/22/24 0095694198                  60.60                   0.00                60.60   34
 145959   11/22/24  I  145959     12/22/24 0095694201                  60.60                   0.00                60.60   34
 145960   11/22/24  I  145960     12/22/24 0095694202                  60.60                   0.00                60.60   34
 145961   11/22/24  I  145961     12/22/24 0095694203                  60.60                   0.00                60.60   34
 145962   11/22/24  I  145962     12/22/24 0095694204                  60.60                   0.00                60.60   34
 145963   11/22/24  I  145963     12/22/24 0095694205                  60.60                   0.00                60.60   34
 145976   11/21/24  I  145976     12/21/24 0095694207                  60.60                   0.00                60.60   35
 145977   11/21/24  I  145977     12/21/24 0095694210                 291.30                   0.00               291.30   35
 145978   11/21/24  I  145978     12/21/24 0095694211                  60.60                   0.00                60.60   35
 145979   11/21/24  I  145979     12/21/24 0095694212                 291.30                   0.00               291.30   35
 145980   11/21/24  I  145980     12/21/24 0095694213                  60.60                   0.00                60.60   35
 145981   11/21/24  I  145981     12/21/24 0095694214                 281.40                   0.00               281.40   35
 145982   11/21/24  I  145982     12/21/24 0095694215                  60.60                   0.00                60.60   35
 145983   11/21/24  I  145983     12/21/24 0095694216                  60.60                   0.00                60.60   35
 145984   11/21/24  I  145984     12/21/24 0095694217                  60.60                   0.00                60.60   35
 145985   11/21/24  I  145985     12/21/24 0095694219                  60.60                   0.00                60.60   35
 145986   11/21/24  I  145986     12/21/24 0095694220                  60.60                   0.00                60.60   35
 145987   11/21/24  I  145987     12/21/24 0095694221                 281.40                   0.00               281.40   35
 145988   11/21/24  I  145988     12/21/24 0095694222                 269.40                   0.00               269.40   35
```

A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types: I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

------------------------------------------------------------------------------------------------------------------------------------
Cust-#                    Name                         Balance        --------------------Aged customer balances----------------
Contact-1                 Address-1                    Credit-limit         Current  Over 30 days  Over 60 days  Over 90 days
Phone-#-1                 Address-2                    Terms
Phone-#-2                 City/State/Zip               Last-pmt-dat
------------------------------------------------------------------------------------------------------------------------------------

```
 Doc-#    Doc-date Typ Apply-to Due-date  P.O.-#                 Amount-1              Amount-2              Doc-total  Age
 145989   11/21/24  I  145989   12/21/24 0095694223                60.60                  0.00                  60.60   35
 145990   11/21/24  I  145990   12/21/24 0095694225                49.50                  0.00                  49.50   35
 145991   11/21/24  I  145991   12/21/24 0095694226               269.40                  0.00                 269.40   35
 145992   11/21/24  I  145992   12/21/24 0095694227                49.50                  0.00                  49.50   35
 145993   11/21/24  I  145993   12/21/24 0095694228               269.40                  0.00                 269.40   35
 145994   11/21/24  I  145994   12/21/24 0095694229                49.50                  0.00                  49.50   35
 145995   11/21/24  I  145995   12/21/24 0095694230                49.50                  0.00                  49.50   35
 145996   11/22/24  I  145996   12/22/24 0095694231                49.50                  0.00                  49.50   34
 145997   11/22/24  I  145997   12/22/24 0095694232                49.50                  0.00                  49.50   34
 145998   11/22/24  I  145998   12/22/24 0095694233                49.50                  0.00                  49.50   34
 145999   11/22/24  I  145999   12/22/24 0095694234               405.90                  0.00                 405.90   34
 146000   11/22/24  I  146000   12/22/24 0095694235                49.50                  0.00                  49.50   34
 146001   11/22/24  I  146001   12/22/24 0095694236                49.50                  0.00                  49.50   34
 146002   11/22/24  I  146002   12/22/24 0095694237               269.40                  0.00                 269.40   34
 146003   11/22/24  I  146003   12/22/24 0095694238                49.50                  0.00                  49.50   34
 146004   11/22/24  I  146004   12/22/24 0095694239                49.50                  0.00                  49.50   34
 146005   11/22/24  I  146005   12/22/24 0095694240                49.50                  0.00                  49.50   34
 146006   11/22/24  I  146006   12/22/24 0095694241                49.50                  0.00                  49.50   34
 146007   11/22/24  I  146007   12/22/24 0095694243                49.50                  0.00                  49.50   34
 146008   11/22/24  I  146008   12/22/24 0095694245                49.50                  0.00                  49.50   34
 146009   11/22/24  I  146009   12/22/24 0095694248                49.50                  0.00                  49.50   34
 146010   11/22/24  I  146010   12/22/24 0095694250                49.50                  0.00                  49.50   34
 146011   11/22/24  I  146011   12/22/24 0095694251                49.50                  0.00                  49.50   34
 146012   11/22/24  I  146012   12/22/24 0095694252                49.50                  0.00                  49.50   34
 146013   11/22/24  I  146013   12/22/24 0095694253                49.50                  0.00                  49.50   34
 146014   11/22/24  I  146014   12/22/24 0095694254                49.50                  0.00                  49.50   34
 146015   11/22/24  I  146015   12/22/24 0095694255                49.50                  0.00                  49.50   34
 146016   11/22/24  I  146016   12/22/24 0095694258                49.50                  0.00                  49.50   34
 146017   11/22/24  I  146017   12/22/24 0095694259                49.50                  0.00                  49.50   34
 146018   11/22/24  I  146018   12/22/24 0095694261                49.50                  0.00                  49.50   34
 146019   11/22/24  I  146019   12/22/24 0095694262               257.40                  0.00                 257.40   34
 146020   11/22/24  I  146020   12/22/24 0095694263                49.50                  0.00                  49.50   34
 146021   11/22/24  I  146021   12/22/24 0095694264                49.50                  0.00                  49.50   34
 146022   11/22/24  I  146022   12/22/24 0095694265                49.50                  0.00                  49.50   34
 146023   11/22/24  I  146023   12/22/24 0095694266                49.50                  0.00                  49.50   34
 146024   11/22/24  I  146024   12/22/24 0095694267                49.50                  0.00                  49.50   34
 146025   11/22/24  I  146025   12/22/24 0095694268                49.50                  0.00                  49.50   34
 146026   11/22/24  I  146026   12/22/24 0095694269                49.50                  0.00                  49.50   34
 146027   11/22/24  I  146027   12/22/24 0095694270                49.50                  0.00                  49.50   34
 146028   11/22/24  I  146028   12/22/24 0095694271                49.50                  0.00                  49.50   34
 146029   11/22/24  I  146029   12/22/24 0095694272                49.50                  0.00                  49.50   34
 146030   11/22/24  I  146030   12/22/24 0095694273                49.50                  0.00                  49.50   34
 146031   11/22/24  I  146031   12/22/24 0095694274                49.50                  0.00                  49.50   34
 146032   11/22/24  I  146032   12/22/24 0095694275                49.50                  0.00                  49.50   34
 146033   11/22/24  I  146033   12/22/24 0095694276                49.50                  0.00                  49.50   34
 146034   11/22/24  I  146034   12/22/24 0095694277                49.50                  0.00                  49.50   34
 146035   11/22/24  I  146035   12/22/24 0095694278                49.50                  0.00                  49.50   34
 146036   11/22/24  I  146036   12/22/24 0095694279                49.50                  0.00                  49.50   34
 146037   11/22/24  I  146037   12/22/24 0095694280                49.50                  0.00                  49.50   34
 146038   11/22/24  I  146038   12/22/24 0095694281                49.50                  0.00                  49.50   34
 146039   11/22/24  I  146039   12/22/24 0095694282                49.50                  0.00                  49.50   34
 146040   11/22/24  I  146040   12/22/24 0095694283                49.50                  0.00                  49.50   34
 146041   11/22/24  I  146041   12/22/24 0095694284                49.50                  0.00                  49.50   34
```

```
                                                 A C C O U N T S   R E C E I V A B L E   D E T A I L   A G I N G   R E P O R T

Aging date: 12/26/24
Document types: I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

------------------------------------------------------------------------------------------------------------------------------------------
Cust-#                      Name                                Balance        --------------------Aged customer balances----------------
Contact-1                   Address-1                           Credit-limit           Current   Over 30 days   Over 60 days   Over 90 days
Phone-#-1                   Address-2                           Terms
Phone-#-2                   City/State/Zip                      Last-pmt-dat
------------------------------------------------------------------------------------------------------------------------------------------

  Doc-#    Doc-date  Typ Apply-to Due-date  P.O.-#                    Amount-1              Amount-2              Doc-total    Age
  146042   11/22/24  I   146042   12/22/24  0095694285                   49.50                 0.00                  49.50     34
  146043   11/22/24  I   146043   12/22/24  0095694286                  405.90                 0.00                 405.90     34
  146044   11/22/24  I   146044   12/22/24  0095694287                   49.50                 0.00                  49.50     34
  146045   11/22/24  I   146045   12/22/24  0095694288                   49.50                 0.00                  49.50     34
  146046   11/22/24  I   146046   12/22/24  0095694289                   49.50                 0.00                  49.50     34
  146047   11/22/24  I   146047   12/22/24  0095694290                  257.40                 0.00                 257.40     34
  146048   11/22/24  I   146048   12/22/24  0095694291                  257.40                 0.00                 257.40     34
  146049   11/22/24  I   146049   12/22/24  0095694293                  257.40                 0.00                 257.40     34
  146050   11/22/24  I   146050   12/22/24  0095694294                   49.50                 0.00                  49.50     34
  146051   11/22/24  I   146051   12/22/24  0095694295                  246.30                 0.00                 246.30     34
  146052   11/22/24  I   146052   12/22/24  0095694296                   49.50                 0.00                  49.50     34
  146053   11/22/24  I   146053   12/22/24  0095694297                   49.50                 0.00                  49.50     34
  146054   11/22/24  I   146054   12/22/24  0095694298                  246.30                 0.00                 246.30     34
  146055   11/22/24  I   146055   12/22/24  0095694300                   49.50                 0.00                  49.50     34
  146056   11/22/24  I   146056   12/22/24  0095694301                   49.50                 0.00                  49.50     34
  146057   11/22/24  I   146057   12/22/24  0095694302                   49.50                 0.00                  49.50     34
  146058   11/22/24  I   146058   12/22/24  0095694303                  246.30                 0.00                 246.30     34
  146059   11/22/24  I   146059   12/22/24  0095694304                   49.50                 0.00                  49.50     34
  146060   11/22/24  I   146060   12/22/24  0095694305                   49.50                 0.00                  49.50     34
  146061   11/22/24  I   146061   12/22/24  0095694306                  405.90                 0.00                 405.90     34
  146062   11/22/24  I   146062   12/22/24  0095694307                  246.30                 0.00                 246.30     34
  146063   11/22/24  I   146063   12/22/24  0095694308                  246.30                 0.00                 246.30     34
  146064   11/22/24  I   146064   12/22/24  0095694312                  405.90                 0.00                 405.90     34
  146065   11/22/24  I   146065   12/22/24  0095694313                  246.30                 0.00                 246.30     34
  146066   11/22/24  I   146066   12/22/24  0095694314                   49.50                 0.00                  49.50     34
  146067   11/22/24  I   146067   12/22/24  0095694315                  246.30                 0.00                 246.30     34
  146068   11/22/24  I   146068   12/22/24  0095694316                   49.50                 0.00                  49.50     34
  146069   11/22/24  I   146069   12/22/24  0095694317                   49.50                 0.00                  49.50     34
  146070   11/22/24  I   146070   12/22/24  0095694318                   49.50                 0.00                  49.50     34
  146071   11/22/24  I   146071   12/22/24  0095694319                   49.50                 0.00                  49.50     34
  146072   11/21/24  I   146072   12/21/24  0095694322                  405.90                 0.00                 405.90     35
  146073   11/21/24  I   146073   12/21/24  0095694324                  405.90                 0.00                 405.90     35
  146074   11/21/24  I   146074   12/21/24  0095694325                  246.30                 0.00                 246.30     35
  146075   11/21/24  I   146075   12/21/24  0095694329                  246.30                 0.00                 246.30     35
  146076   11/21/24  I   146076   12/21/24  0095694330                  246.30                 0.00                 246.30     35
  146077   11/22/24  I   146077   12/22/24  0095694332                  246.30                 0.00                 246.30     34
  146078   11/21/24  I   146078   12/21/24  0095694336                  246.30                 0.00                 246.30     35
  146079   11/21/24  I   146079   12/21/24  0095694342                  246.30                 0.00                 246.30     35
  146080   11/21/24  I   146080   12/21/24  0095694345                  405.90                 0.00                 405.90     35
  146081   11/21/24  I   146081   12/21/24  0095694348                  246.30                 0.00                 246.30     35
  146082   11/21/24  I   146082   12/21/24  0095694350                  246.30                 0.00                 246.30     35
  146083   11/21/24  I   146083   12/21/24  0095694352                  246.30                 0.00                 246.30     35
  146084   11/22/24  I   146084   12/22/24  0095694357                  246.30                 0.00                 246.30     34
  146085   11/21/24  I   146085   12/21/24  0095694360                  246.30                 0.00                 246.30     35
  146086   11/22/24  I   146086   12/22/24  0095694364                  185.10                 0.00                 185.10     34
  146087   11/22/24  I   146087   12/22/24  0095694365                  405.90                 0.00                 405.90     34
  146088   11/22/24  I   146088   12/22/24  0095694366                  246.30                 0.00                 246.30     34
  146089   11/22/24  I   146089   12/22/24  0095694367                  405.90                 0.00                 405.90     34
  146090   11/22/24  I   146090   12/22/24  0095694368                  246.30                 0.00                 246.30     34
  146091   11/21/24  I   146091   12/21/24  0095694373                  405.90                 0.00                 405.90     35
  146092   11/21/24  I   146092   12/21/24  0095694376                  405.90                 0.00                 405.90     35
  146093   11/22/24  I   146093   12/22/24  0095694379                  219.30                 0.00                 219.30     34
  146094   11/22/24  I   146094   12/22/24  0095694380                  222.30                 0.00                 222.30     34
```

Aging date: 12/26/24
Document types:  I = Invoice    P = Payment    C = Cr memo    D = Dr memo    B = Balance forward    F = Finance charge    R = Returned check

---

```
Cust-#                     Name                             Balance         --------------------Aged customer balances----------------
Contact-1                  Address-1                        Credit-limit         Current    Over 30 days   Over 60 days   Over 90 days
Phone-#-1                  Address-2                        Terms
Phone-#-2                  City/State/Zip                   Last-pmt-dat
```
---

| Doc-# | Doc-date | Typ | Apply-to | Due-date | P.O.-# | Amount-1 | Amount-2 | Doc-total | Age |
|---|---|---|---|---|---|---|---|---|---|
| 146095 | 11/22/24 | I | 146095 | 12/22/24 | 0095694381 | 246.30 | 0.00 | 246.30 | 34 |
| 146096 | 11/22/24 | I | 146096 | 12/22/24 | 0095694382 | 246.30 | 0.00 | 246.30 | 34 |
| 146097 | 11/22/24 | I | 146097 | 12/22/24 | 0095694383 | 246.30 | 0.00 | 246.30 | 34 |
| 146098 | 11/21/24 | I | 146098 | 12/21/24 | 0095694387 | 246.30 | 0.00 | 246.30 | 35 |
| 146099 | 11/21/24 | I | 146099 | 12/21/24 | 0095694388 | 246.30 | 0.00 | 246.30 | 35 |
| 146100 | 11/21/24 | I | 146100 | 12/21/24 | 0095694389 | 405.90 | 0.00 | 405.90 | 35 |
| 146101 | 11/22/24 | I | 146101 | 12/22/24 | 0095694394 | 393.90 | 0.00 | 393.90 | 34 |
| 146102 | 11/22/24 | I | 146102 | 12/22/24 | 0095694395 | 246.30 | 0.00 | 246.30 | 34 |
| 146103 | 11/22/24 | I | 146103 | 12/22/24 | 0095694396 | 405.90 | 0.00 | 405.90 | 34 |
| 146104 | 11/22/24 | I | 146104 | 12/22/24 | 0095694397 | 219.30 | 0.00 | 219.30 | 34 |
| 146105 | 11/21/24 | I | 146105 | 12/21/24 | 0095694399 | 246.30 | 0.00 | 246.30 | 35 |
| 146106 | 11/21/24 | I | 146106 | 12/21/24 | 0095694405 | 246.30 | 0.00 | 246.30 | 35 |
| 146107 | 11/21/24 | I | 146107 | 12/21/24 | 0095694406 | 246.30 | 0.00 | 246.30 | 35 |
| 146108 | 11/21/24 | I | 146108 | 12/21/24 | 0095694412 | 246.30 | 0.00 | 246.30 | 35 |
| 146109 | 11/21/24 | I | 146109 | 12/21/24 | 0095694415 | 246.30 | 0.00 | 246.30 | 35 |
| 146110 | 11/21/24 | I | 146110 | 12/21/24 | 0095694418 | 246.30 | 0.00 | 246.30 | 35 |
| 146111 | 11/21/24 | I | 146111 | 12/21/24 | 0095694420 | 246.30 | 0.00 | 246.30 | 35 |
| 146112 | 11/21/24 | I | 146112 | 12/21/24 | 0095694422 | 246.30 | 0.00 | 246.30 | 35 |
| 146113 | 11/21/24 | I | 146113 | 12/21/24 | 0095694423 | 246.30 | 0.00 | 246.30 | 35 |
| 146114 | 11/21/24 | I | 146114 | 12/21/24 | 0095694424 | 246.30 | 0.00 | 246.30 | 35 |
| 146115 | 11/21/24 | I | 146115 | 12/21/24 | 0095694425 | 246.30 | 0.00 | 246.30 | 35 |
| 146116 | 11/21/24 | I | 146116 | 12/21/24 | 0095694426 | 246.30 | 0.00 | 246.30 | 35 |
| 146117 | 11/21/24 | I | 146117 | 12/21/24 | 0095694427 | 246.30 | 0.00 | 246.30 | 35 |
| 146118 | 11/22/24 | I | 146118 | 12/22/24 | 0095694429 | 246.30 | 0.00 | 246.30 | 34 |
| 146119 | 11/22/24 | I | 146119 | 12/22/24 | 0095694430 | 246.30 | 0.00 | 246.30 | 34 |
| 146120 | 11/22/24 | I | 146120 | 12/22/24 | 0095694431 | 246.30 | 0.00 | 246.30 | 34 |
| 146121 | 11/22/24 | I | 146121 | 12/22/24 | 0095694432 | 405.90 | 0.00 | 405.90 | 34 |
| 146122 | 11/22/24 | I | 146122 | 12/22/24 | 0095694433 | 246.30 | 0.00 | 246.30 | 34 |
| 146123 | 11/22/24 | I | 146123 | 12/22/24 | 0095694434 | 246.30 | 0.00 | 246.30 | 34 |
| 146124 | 11/22/24 | I | 146124 | 12/22/24 | 0095694435 | 405.90 | 0.00 | 405.90 | 34 |
| 146125 | 11/22/24 | I | 146125 | 12/22/24 | 0095694438 | 246.30 | 0.00 | 246.30 | 34 |
| 146126 | 11/22/24 | I | 146126 | 12/22/24 | 0095694439 | 246.30 | 0.00 | 246.30 | 34 |
| 146127 | 11/22/24 | I | 146127 | 12/22/24 | 0095694440 | 381.90 | 0.00 | 381.90 | 34 |
| 146128 | 11/22/24 | I | 146128 | 12/22/24 | 0095694441 | 246.30 | 0.00 | 246.30 | 34 |
| 146129 | 11/21/24 | I | 146129 | 12/21/24 | 0095694443 | 246.30 | 0.00 | 246.30 | 35 |
| 146130 | 11/22/24 | I | 146130 | 12/22/24 | 0095694444 | 222.30 | 0.00 | 222.30 | 34 |
| 146131 | 11/22/24 | I | 146131 | 12/22/24 | 0095694445 | 249.30 | 0.00 | 249.30 | 34 |
| 146132 | 11/22/24 | I | 146132 | 12/22/24 | 0095694447 | 222.30 | 0.00 | 222.30 | 34 |
| 146133 | 11/22/24 | I | 146133 | 12/22/24 | 0095694448 | 222.30 | 0.00 | 222.30 | 34 |
| 146134 | 11/22/24 | I | 146134 | 12/22/24 | 0095694449 | 222.30 | 0.00 | 222.30 | 34 |
| 146135 | 11/22/24 | I | 146135 | 12/22/24 | 0095694450 | 222.30 | 0.00 | 222.30 | 34 |
| 146136 | 11/22/24 | I | 146136 | 12/22/24 | 0095694451 | 357.90 | 0.00 | 357.90 | 34 |
| 146137 | 11/22/24 | I | 146137 | 12/22/24 | 0095694452 | 222.30 | 0.00 | 222.30 | 34 |
| 146138 | 11/22/24 | I | 146138 | 12/22/24 | 0095694455 | 342.90 | 0.00 | 342.90 | 34 |
| 146139 | 11/22/24 | I | 146139 | 12/22/24 | 0095694457 | 222.30 | 0.00 | 222.30 | 34 |
| 146140 | 11/22/24 | I | 146140 | 12/22/24 | 0095694458 | 330.90 | 0.00 | 330.90 | 34 |
| 146141 | 11/22/24 | I | 146141 | 12/22/24 | 0095694459 | 222.30 | 0.00 | 222.30 | 34 |
| 146142 | 11/22/24 | I | 146142 | 12/22/24 | 0095694460 | 222.30 | 0.00 | 222.30 | 34 |
| 146143 | 11/22/24 | I | 146143 | 12/22/24 | 0095694462 | 222.30 | 0.00 | 222.30 | 34 |
| 146144 | 11/22/24 | I | 146144 | 12/22/24 | 0095694463 | 222.30 | 0.00 | 222.30 | 34 |
| 146145 | 11/22/24 | I | 146145 | 12/22/24 | 0095694464 | 222.30 | 0.00 | 222.30 | 34 |
| 146146 | 11/22/24 | I | 146146 | 12/22/24 | 0095694465 | 222.30 | 0.00 | 222.30 | 34 |
| 146147 | 11/22/24 | I | 146147 | 12/22/24 | 0095694466 | 222.30 | 0.00 | 222.30 | 34 |

```
Aging date: 12/26/24
Document types: I = Invoice   P = Payment   C = Cr memo   D = Dr memo   B = Balance forward   F = Finance charge   R = Returned check
-------------------------------------------------------------------------------------------------------------------------------
Cust-#                   Name                          Balance     --------------------Aged customer balances----------------
Contact-1                Address-1                     Credit-limit        Current   Over 30 days   Over 60 days   Over 90 days
Phone-#-1                Address-2                     Terms
Phone-#-2                City/State/Zip                Last-pmt-dat
-------------------------------------------------------------------------------------------------------------------------------

Doc-#     Doc-date Typ Apply-to Due-date P.O.-#                  Amount-1               Amount-2            Doc-total   Age
146148    11/22/24  I  146148   12/22/24 0095694467               313.80                   0.00               313.80    34
146149    11/22/24  I  146149   12/22/24 0095694469               222.30                   0.00               222.30    34
146150    11/22/24  I  146150   12/22/24 0095694470               222.30                   0.00               222.30    34
146151    11/22/24  I  146151   12/22/24 0095694471               222.30                   0.00               222.30    34
146152    11/22/24  I  146152   12/22/24 0095694472               198.30                   0.00               198.30    34
146153    11/22/24  I  146153   12/22/24 0095694473               198.30                   0.00               198.30    34
146154    11/22/24  I  146154   12/22/24 0095694474               198.30                   0.00               198.30    34
146155    11/22/24  I  146155   12/22/24 0095694475               184.20                   0.00               184.20    34
146156    11/22/24  I  146156   12/22/24 0095694476               184.20                   0.00               184.20    34
146157    11/22/24  I  146157   12/22/24 0095694477               294.60                   0.00               294.60    34
151163    12/01/24  I  151163   12/31/24 0095694146               394.80                   0.00               394.80    25
151164    12/01/24  I  151164   12/31/24 0095694147                72.60                   0.00                72.60    25
151165    12/01/24  I  151165   12/31/24 0095694378                10.50                   0.00                10.50    25
===============================================================================================================================


           Totals for: 1200    ACCOUNTS RECEIVABLE

DR lines show totals for customers with debit balances as of the aging date
CR lines show totals for customers with credit balances as of the aging date

                             Total            Current          Over 30 days         Over 60 days         Over 90 days
                         ------------------------------------------------------------------------------------------------
DR bal cust totals:       163,773.55        477.90   0%     91,653.25   56%      71,642.40   44%         0.00   0%
CR bal cust totals:             0.00          0.00   0%          0.00    0%           0.00    0%         0.00   0%
                         ------------------------------------------------------------------------------------------------
       Net totals:        163,773.55        477.90   0%     91,653.25   56%      71,642.40   44%         0.00   0%
                         ================================================================================================
```

-- End of report --