IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline**: Feb. 4, 2025 at 4:00 p.m. ET<br>**Hearing Date**: Feb. 26, 2025 at 10:30 a.m. ET |

**NOTICE OF HEARING ON ALMAR SALES CO., INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 21, 2025, Almar Sales Co., Inc. (the "Claimant") filed the *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be (i) in writing and served on or before **February 4, 2025, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), (ii) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (iii) served so as to be received on or before the Objection Deadline by the undersigned counsel for Claimant.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 26, 2025 at 10:30 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

1

Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

Dated: January 21, 2025  
Wilmington, DE

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*  
Marcy J. McLaughlin Smith (DE Bar # 6184)  
1313 North Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 2552-4320  
Fax: (302) 252-4330  
Email: marcy.smith@wbd-us.com

Edward L. Schnitzer  
**WOMBLE BOND DICKINSON (US) LLP**  
950 Third Avenue, Suite 2400  
New York, NY 10022  
Telephone: (332) 258-8400  
Fax: (332) 258-8949  
Email: edward.schnitzer@wbd-us.com

*Counsel for Almar Sales Co., Inc.*