## **EXHIBIT B**

**Post-Petition Purchase Orders, Invoices, and Bills of Lading**



**SALES COMPANY**

**Offices and Showrooms**

320 Fifth Avenue - 3rd Floor

New York, N.Y. 10001

Tel: 212-594-6920

**Email:** accounts.receivable@almarsales.com

## STATEMENT

BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE
COLUMBUS, OH   43081

| STATEMENT DATE | PAGE NO |
|---|---|
| 01/14/2025 | 1 |

| ACCOUNT NUMBER | AMOUNT REMITTED |
|---|---|
| 01455-1000 | $ |

*TO INSURE PROPER CREDIT, PLEASE DETACH UPPER PORTION OF STATEMENT ALONG DOTTED LINE AND RETURN WITH YOUR REMITTANCE*

| INVOICE NO. | CUST PO NO. | INV DATE | *DUE DATE* | CODE | CHARGES | PAYMENTS / CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| 958389 | 0095649678 | 11/04/24 | 12/04/24 | INV | 12358.80 | .00 | 12358.80 |
| 958390 | 0095649679 | 11/04/24 | 12/04/24 | INV | 7983.60 | .00 | 7983.60 |
| 958409 | 0095642617 | 11/05/24 | 12/05/24 | INV | 100712.25 | .00 | 100712.25 |
| CB-956771A | | 11/12/24 | 11/12/24 | INV | | 236.88- | 236.88 |
| CB-956771B | | 11/12/24 | 11/12/24 | INV | | 489.60- | 489.60 |
| CB-958386 | | 12/06/24 | 12/06/24 | INV | | 483.84- | 483.84 |
| CB-958386A | | 12/06/24 | 12/06/24 | INV | | 316.80- | 316.80 |
| CB-958407 | | 12/06/24 | 12/06/24 | INV | | 384.00- | 384.00 |
| CB-958407A | | 12/06/24 | 12/06/24 | INV | | 192.00- | 192.00 |
| CB-958466 | | 12/06/24 | 12/06/24 | INV | | 132.81- | 132.81 |

| CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91+ | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | 122564.10 | 726.48 | .00 | 123290.58 |

CODES:  INV - INVOICE   PAY - PAYMENT   CR - CREDIT   ADJ - ADJUSTMENT

Remit
To:     **ALMAR SALES CO.**
        **320 5th Avenue, 3rd Floor**
        **New York, NY  10001**

# Almar
### SALES COMPANY
**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms     New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958389 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 1 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                            REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095649678 | 978850 | C C | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 80108 | 200G FROSTED COCONUT BATH SALTS<br>UPC: 8-10025-80108-3<br>Master: 48 | 2304 | 2304 | EA | .50 | 1152.00 |
| 80109 | 200G WINTER BERRY BATH SALTS<br>UPC: 8-10025-80109-0<br>Master: 48 | 2160 | 2160 | EA | .50 | 1080.00 |
| 80111 | 12PC LIP AND UNDER EYE DUO- SHEA BUTTER + COC<br>UPC: 8-10025-80111-3<br>Master: 48 | 288 | 288 | EA | 2.25 | 648.00 |
| 80112 | 8PC WINTER NOSE STRIP<br>UPC: 8-10025-80112-0<br>Master: 48 | 288 | 288 | EA | 1.00 | 288.00 |
| 80406EA | BATH CONFETTI WHITE SNOWFLAKE,<br>UPC: 8-10025-80406-0<br>Master: 12 | 4560 | 4560 | EA | 1.00 | 4560.00 |
| 80815 | 12PC FIRMING DUO 6LIP MASKS & 6SET UNDER EYE<br>UPC: 8-10025-80815-0<br>Inner/Master: 12/48 | 840 | 840 | EA | 2.25 | 1890.00 |
| 80816 | 8PC GREEN TEA & COLLAGEN NOSE STRIP<br>UPC: 8-10025-80816-7<br>Inner/Master: 12/24 | 840 | 840 | EA | 1.00 | 840.00 |
| 80817 | 5PC NIACINAMIDE + VITAMIN C HYDRATING FACE MA<br>UPC: 8-10025-80817-4<br>Master: 48 | 576 | 576 | EA | 2.00 | 1152.00 |
| 80835 | 1PC NIACINAMIDE + VITAMIN C HYDRATING FACE MA<br>UPC: 8-10025-80835-8<br>Inner/Master: 12/48 | 192 | 192 | EA | .40 | 76.80 |
| 01638 FB | BALT SALTS<br>UPC: 8-17505-01638-8<br>Inner/Master: /48 | 192 | 192 | EA | .50 | 96.00 |
| 80101 | 5PC HEAD TO TOE MASKING<br>UPC: 8-10025-80101-4<br>Master: 48 | 288 | 288 | EA | 2.00 | 576.00 |

| | | |
|---|---|---|
| SUB TOTAL | | 12358.80 |
| FREIGHT | | |

| TOTAL QUANTITY | | TOTAL | | ORDER COMPLETE | | TOTAL | B/O UNITS |
|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | TOTAL WEIGHT | PALLETS | YES | NO | CUBIC FEET | N #9788 |
| | | 12528 | 564 | 5409 | | Y | | | B/O AMT |

| **TOTAL** | 12358.80 |
|---|---|
| SHIPPED FROM | ALW |

**REMIT PAYMENT TO:**                    LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

```
ISA*00*          *00*          *12*6142786551    *01*001303577
*241021*1445*^*00501*000005730*0*P*>
GS*PO*6142786551*001303577*20241021*1445*5730*X*005010
ST*850*463601014
BEG*00*SA*0095649678*1*20241021
REF*LU*0874*W
REF*IA*0000159430
REF*PK*N
REF*FJ*12528
PER*BD*SICILIAN, ABIGAIL
FOB*CC*OV*US PENNSYLVANIA-LTL***CA*US**Collect
FOB*CC*DE*US PENNSYLVANIA-LTL***OR*US**O
ITD*01*3*1**30*******130
DTM*073*20241023
DTM*037*20241028
DTM*002*20241104
DTM*001*20241101
N9*ZZ*BIG LOTS PO TERMS AND COMMENTS
MTX**BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING
PAYMENT
MTX**VENDOR AGREES TO ALL TERMS OF BIG LOTS PO  VENDOR ROUTING AND
COMPLIANCE GUIDE
MTX**AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON
THE ORDER DATE
N1*VN*ALMAR SALES COMPANY
N1*ST*TREMONT DC - #0874*92*0874
N3*50 RAUSCH CREEK RD
N4*TREMONT*PA*17981*US
PER*IC*TREMONT DC - #0874 CLOSEOUT DISTRIBUTION, LLC*TE*570-695-2848
N1*BT*TREMONT DC - #0874
N3*4900 E Dublin Granville Rd
N4*Columbus*OH*43081*US
PO1*1*2304*EA*0.5**SK*810795354***UP*810025801083*SZ*0048*BL*Brand
PO3*QO****48*CT
PID*F****200G FROSTED COCONUT BATH SALTS
PO4*48*************12
PO1*2*2160*EA*0.5**SK*810795355***UP*810025801090*SZ*0048*BL*Brand
PO3*QO****45*CT
PID*F****200G WINTER BERRY BATH SALTS
PO4*48*************12
PO1*3*288*EA*2.25**SK*810795462***UP*810025801113*SZ*0048*BL*Brand
PO3*QO****6*CT
PID*F****LIP UNDR EYE DUO SHEA BTR COC 12PC
PO4*48*************12
PO1*4*288*EA*1**SK*810795463***UP*810025801120*SZ*0048*BL*Brand
PO3*QO****6*CT
PID*F****WINTER NOSE STRIP 8PC
PO4*48*************12
PO1*5*4560*EA*1**SK*810795356***UP*810025804060*SZ*0012*BL*Brand
PO3*QO****380*CT
PID*F****BATH CONFETTI WHITE SNOWFLAKE, BLUE DOT
PO4*12*************12
PO1*6*840*EA*2.25**SK*810795464***UP*810025808150*SZ*0024*BL*Brand
PO3*QO****35*CT
```

```
PID*F****FIRMING DUO LIP EYE MASKS 12PC
PO4*24*************12
PO1*7*840*EA*1***SK*810795465***UP*810025808167*SZ*0024*BL*Brand
PO3*QO*****35*CT
PID*F****GREEN TEA COLLAGEN NOSE STRIP 8PC
PO4*24*************12
PO1*8*576*EA*2***SK*810795352***UP*810025808174*SZ*0024*BL*Brand
PO3*QO*****24*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 5PC
PO4*24*************24
PO1*9*192*EA*0.4**SK*810795353***UP*810025808358*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 1PC
PO4*48*************12
PO1*10*192*EA*0.5**SK*810795357***UP*817505016388*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****BORN TO SPARKLE GALAXY BATH SALTS
PO4*48*************1
PO1*11*288*EA*2**SK*810797165***UP*810025801014*SZ*0048*BL*Brand
PO3*QO*****6*CT
PID*F****5PC HEAD TO TOE MASKING
PO4*48*************12
CTT*11
AMT*TT*12358.8
SE*73*463601014
ST*850*463601015
BEG*00*SA*0095649679*1*20241021
REF*LU*0879*W
REF*IA*0000159430
REF*PK*N
REF*FJ*7848
PER*BD*SICILIAN, ABIGAIL
FOB*CC*OV*US PENNSYLVANIA-LTL***CA*US**Collect
FOB*CC*DE*US PENNSYLVANIA-LTL***OR*US**O
ITD*01*3*1**30*******130
DTM*073*20241020
DTM*037*20241025
DTM*002*20241111
DTM*001*20241031
N9*ZZ*BIG LOTS PO TERMS AND COMMENTS
MTX**BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING
PAYMENT
MTX**VENDOR AGREES TO ALL TERMS OF BIG LOTS PO  VENDOR ROUTING AND
COMPLIANCE GUIDE
MTX**AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON
THE ORDER DATE
N1*VN*ALMAR SALES COMPANY
N1*ST*DURANT DC - #0879*92*0879
N3*2306 ENTERPRISE DR
N4*DURANT*OK*74701*US
PER*IC*DURANT DC - #0879 DURANT DC, LLC*TE*580-931-2100
N1*BT*DURANT DC - #0879
N3*4900 E Dublin Granville Rd
N4*Columbus*OH*43081*US
```

```
PO1*1*1392*EA*0.5**SK*810795354***UP*810025801083*SZ*0048*BL*Brand
PO3*QO*****29*CT
PID*F****200G FROSTED COCONUT BATH SALTS
PO4*48*************12
PO1*2*1296*EA*0.5**SK*810795355***UP*810025801090*SZ*0048*BL*Brand
PO3*QO*****27*CT
PID*F****200G WINTER BERRY BATH SALTS
PO4*48*************12
PO1*3*192*EA*2.25**SK*810795462***UP*810025801113*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****LIP UNDR EYE DUO SHEA BTR COC 12PC
PO4*48*************12
PO1*4*192*EA*1**SK*810795463***UP*810025801120*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****WINTER NOSE STRIP 8PC
PO4*48*************12
PO1*5*2712*EA*1**SK*810795356***UP*810025804060*SZ*0012*BL*Brand
PO3*QO*****226*CT
PID*F****BATH CONFETTI WHITE SNOWFLAKE, BLUE DOT
PO4*12*************12
PO1*6*600*EA*2.25**SK*810795464***UP*810025808150*SZ*0024*BL*Brand
PO3*QO*****25*CT
PID*F****FIRMING DUO LIP EYE MASKS 12PC
PO4*24*************12
PO1*7*600*EA*1**SK*810795465***UP*810025808167*SZ*0024*BL*Brand
PO3*QO*****25*CT
PID*F****GREEN TEA COLLAGEN NOSE STRIP 8PC
PO4*24*************12
PO1*8*432*EA*2**SK*810795352***UP*810025808174*SZ*0024*BL*Brand
PO3*QO*****18*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 5PC
PO4*24*************24
PO1*9*144*EA*0.4**SK*810795353***UP*810025808358*SZ*0048*BL*Brand
PO3*QO*****3*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 1PC
PO4*48*************12
PO1*10*96*EA*0.5**SK*810795357***UP*817505016388*SZ*0048*BL*Brand
PO3*QO*****2*CT
PID*F****BORN TO SPARKLE GALAXY BATH SALTS
PO4*48*************1
PO1*11*192*EA*2**SK*810797165***UP*810025801014*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****5PC HEAD TO TOE MASKING
PO4*48*************12
CTT*11
AMT*TT*7983.6
SE*73*463601015
GE*3*5730
IEA*1*000005730
```

```
DATE: 10/21/24                          ALMAR SALES COMPANY                              PAGE:  1
TIME: 16:29:46                       ORDER SUMMARY FOR 01455-1000                        ED.MAINS
```

| Item Code | Description | ORDER | ALLOC | B/O | On Ord Price | Total | Start Dt | Cxl Date | UPC# | SKU |
|---|---|---|---|---|---|---|---|---|---|---|
| 01638 FB | BALT SALTS | 336 | 144 | 192 | .50 | 168.00 | 11/04/24 | 11/04/24 | 817505016388 | |
| 80101 | 5PC HEAD TO TOE MASKING | 624 | 624 | | 2.00 | 1248.00 | 11/04/24 | 11/04/24 | 810025801014 | |
| 80108 | 200G FROSTED COCONUT BAT | 4992 | 2688 | 2304 | .50 | 2496.00 | 11/04/24 | 11/04/24 | 810025801083 | |
| 80109 | 200G WINTER BERRY BATH S | 4704 | 2544 | 2160 | .50 | 2352.00 | 11/04/24 | 11/04/24 | 810025801090 | |
| 80111 | 12PC LIP AND UNDER EYE D | 624 | 624 | | 2.25 | 1404.00 | 11/04/24 | 11/04/24 | 810025801113 | |
| 80112 | 8PC WINTER NOSE STRIP | 624 | 624 | | 1.00 | 624.00 | 11/04/24 | 11/04/24 | 810025801120 | |
| 80406 | BATH CONFETTI WHITE SNOW | 9864 | 822 | 9042 | 1.00 | 9864.00 | 11/04/24 | 11/04/24 | 810025804060 | |
| 80815 | 12PC FIRMING DUO 6LIP MA | 1920 | 1920 | | 2.25 | 4320.00 | 11/04/24 | 11/04/24 | 810025808150 | |
| 80816 | 8PC GREEN TEA & COLLAGEN | 1920 | 1920 | | 1.00 | 1920.00 | 11/04/24 | 11/04/24 | 810025808167 | |
| 80817 BOX | HYDRATING FACE MASKS BOX | 1320 | 525 | 795 | 2.00 | 2640.00 | 11/04/24 | 11/04/24 | 810025808174 | |
| 80835 | 1PC NIACINAMIDE + VITAMI | 432 | 240 | 192 | .40 | 172.80 | 11/04/24 | 11/04/24 | 810025808358 | |

```
                  Totals:           27360 12675 14685              27208.80
```

| | | Order #s | | | |
|---|---|---|---|---|---|
| Customer PO#s | Customer | Start | End | Total $s | # Of Orders |
| 0095649677 | BIG LOTS - DIP# 24-1 | 978750 | 978750 | 6866.40 | 1 |
| 0095649678 | BIG LOTS - DIP# 24-1 | 978751 | 978751 | 12358.80 | 1 |
| 0095649679 | BIG LOTS - DIP# 24-1 | 978752 | 978752 | 7983.60 | 1 |

```
    Total # Of POs:   3             Total # Of Orders:    3
```

Items Backordered

| Item Code | Item Description | | Whs Report BOs | Total BOs | Qty Expected | Dt Expected | Status | PO/IX Num |
|---|---|---|---|---|---|---|---|---|
| 01638 FB | BALT SALTS | ALW | 192.00 | 192.00 | | | No Production | |
| 80108 | 200G FROSTED COCONUT | ALW | 2304.00 | 2304.00 | | | No Production | |
| 80109 | 200G WINTER BERRY BA | ALW | 2160.00 | 2160.00 | | | No Production | |
| 80406 | BATH CONFETTI WHITE | ALW | 9042.00 | 9042.00 | | | No Production | |
| 80817 BOX | HYDRATING FACE MASKS | ALW | 795.00 | 795.00 | | | No Production | |
| 80835 | 1PC NIACINAMIDE + VI | ALW | 192.00 | 192.00 | | | No Production | |

114   office

| DATE: 10/30/2024 | BILL OF LADING | #158560 | PAGE 1 OF 1 |
|---|---|---|---|

### SHIPPING FROM

NAME:    **ALMAR C/O RIALTO PACIFIC**
ADDRESS:    **180 FIRST AVE**
CITY/STATE/ZIP    **GOULDSBORO, PA 18424 USA**
SID#    FOB    ☐

BILL OF LADING NUMBER:    00245760000258245

Trailer: 54489

CARRIER NAME:    **CH ROBINSON**

Seal number(s): 25910473

SCAC    **RBCL**

Pro Number:    plts: 4
Ctns: 564

### SHIP TO

NAME:    **BIG LOTS DC# 874**    LOCATION:
ADDRESS:    **50 RAUSCH CREEK ROAD (570)695-2848**
CITY/STATE/ZIP    **TREMONT, PA 17981 US**
CID#

### THIRD PARTY FREIGHT CHARGES BILL TO

NAME:    **CHR LTL**
ADDRESS:    **14800 CHARLSON ROAD SUITE 2100**
CITY/STATE/ZIP    **EDEN PRAIRIE MN 55347**

**Freight Charge Terms:**    *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☐    3rd Party ☑

Special Instructions:    ASN #978850ALW001
40512269; RTS ID: 32869269

☐    Master Bill of Lading: with attached
(CHECK BOX)    underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | PALLET | |
| 0095649678 | 564 | 2704.67 | Y | 40512269; RTS ID: 32869269 |
| Grand Total | 564 | 2704.67 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (.X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 564 | CTNS | 2704.67 | | UNKNOWN | | |
| | | 564 | | 2704.67 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount    $
Fee Terms    Collect    Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☑ | By Shipper ☑ | By Shipper ☐ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | | By Driver ☐ | By Driver/pallets said to contain ☐ | |
| *Janely Barreto* 11-04-24 | | | By Driver/Pieces ☑ | |

DATE: 11/4/24
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:

 **all·ways**

## PO Packing List

| Sold By | Ship To | Client Reference # | | Doc Date | |
|---|---|---|---|---|---|
| Almar | Big Lots DC# 874 | 978850ALW001 | | 10/30/2024 | |
| | 50 RAUSCH CREEK ROAD (570)695-2848 | **Customer PO** | **Start Date** | **Cancel Date** | |
| Phone: | TREMONT PA 17981 | 0095649678 | 11/4/2024 | 11/4/2024 | |
| | Phone: 9173060333 | | | | |
| | Dept #: | **Wave #** | **Dept #** | **Rep #** | |
| | Store #: 0874 | 157046 | | | |
| **Ship From** | | **Duns #** | **Control #** | **Term** | |
| Almar C/O Rialto Pacific | | | | Collect | |
| 180 First Ave | | | | | |
| Gouldsboro PA 18424 | | **Shipment Type** | **Vendor #** | **Ship Date** | |
| Phone: (310) 513 8833 | | Freight Shipment | | 10/30/2024 | |
| | **Shipment Tracking Number(s)** | | | | |
| | **Shipment Cost(USD)** | **Ship VIA** | | **Est. Pallet Count** | |
| | | | | 3 | |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01638 FB-48 | XXXXXXX | 01638 FB | 817505016388 | | 18.11x11.7 3x9.45 | | 26.02 | 4 | 192 | 4 | 192 |
| 80101-48 | XXXXXXX | 80101 | 810025801014 | | 17.3x10.43 x13.8 | in. | 14 | 6 | 288 | 6 | 288 |
| 80108-48 | XXXXXXX | 80108 | 810025801083 | | 14.37x6.7x 4.2 | in. | 3 | 48 | 2304 | 48 | 2304 |
| 80109-48 | XXXXXXX | 80109 | 810025801090 | | 10.43x10.2 4x15.75 | in. | 23.15 | 45 | 2160 | 45 | 2160 |
| 80111-48 | XXXXXXX | 80111 | 810025801113 | | 14.37x6.7x 4.92 | in. | 3 | 6 | 288 | 6 | 288 |
| 80112-48 | XXXXXXX | 80112 | 810025801120 | | 14.5x7x13 | in. | 2.9 | 6 | 288 | 6 | 288 |
| 80406EA-12 | 810795356 | 80406EA | 810025804060 | | 12.99x6.41 x6.81 | in. | 2.52 | 380 | 4560 | 380 | 4560 |
| 80815-48 | XXXXXXX | 80815 | 810025808150 | | 10.24x10.0 4x11.81 | in. | 8.8 | 17 | 840 | 18 | 840 |
| 80816-24 | XXXXXXX | 80816 | 810025808167 | | 10x6x6 | in. | 2 | 35 | 840 | 35 | 840 |
| 80817-48 | XXXXXXX | 80817 | 810025808174 | | 14.6x7.87x 10.83 | in. | 8.82 | 12 | 576 | 12 | 576 |
| 80835-48 | XXXXXXX | 80835 | 810025808358 | | 9x7x4 | in. | 2 | 4 | 192 | 4 | 192 |

| TOTALS | | | | |
|---|---|---|---|---|
| | **Carton Qty** | **Each Qty** | **Weight (lb)** | **Cubic Ft** |
| **ORDERED** | 563 | 12,528 | 2,704.68 | 228.42 |
| **SHIPPED** | 564 | 12,528 | 2,704.68 | 228.42 |

**NOTES:**

**DATE: 10/30/2024**    **BILL OF LADING**    #158560    PAGE 1 OF 1

### SHIPPING FROM

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                                    FOB ☐

BILL OF LADING NUMBER:    00245760000258245

CARRIER NAME: **CH ROBINSON**

Seal number(s):
SCAC        **RBCL**
Pro Number:    54489

### SHIP TO

NAME: **BIG LOTS DC# 874**    LOCATION:
ADDRESS: **50 RAUSCH CREEK ROAD** (570)695-2848
CITY/STATE/ZIP **TREMONT, PA 17981 US**
CID#

### THIRD PARTY FREIGHT CHARGES BILL TO

NAME: **CHR LTL**
ADDRESS: **14800 CHARLSON ROAD SUITE 2100**
CITY/STATE/ZIP **EDEN PRAIRIE MN 55347**

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☐    3rd Party ☑

Special Instructions:    ASN #978850ALW001
40512269; RTS ID: 32869269

☐    Master Bill of Lading: with attached
(CHECK BOX)    underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095649678 | 564 | 2704.67 | Y | 40512269; RTS ID: 32869269 |
| Grand Total | 564 | 2704.67 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (.X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 564 | CTNS | 2704.67 | | UNKNOWN | | |
| | 564 | | | 2704.67 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount    $
Fee Terms    Collect    Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

Shipper Signature/Date
This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Packing List    Trailer Loaded    Freight counted:
PL Attached ☑    By Shipper ☑    By Shipper ☐
    By Driver ☐    By Driver/pallets ☐
        said to contain
        By Driver/Pieces ☑

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

DATE:
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:

*[handwritten: PHS: 4 , -OHS: 564]*
*[handwritten: driver = sebastian]*

# ALMAR

**CUSTOMER:** Big Lots

**CARRIER:** _____

**LOAD:** _____

**PO#** 0005649678

**DESTINATION:** _____

**QTY:** 252      **OF:** 564

**PLTS:** 1      **OF:** 4

**BY:** Kathern **DATE** 11 / 4 / 2024

# ALMAR

CUSTOMER: Big lot

CARRIER: _____

LOAD: _____

PO# 009564698

DESTINATION: _____

QTY: 167      OF: 564

PLTS: 2      OF: 4

BY: Katherin   DATE 11 / 4 / 2024

# ALMAR

CUSTOMER: Big lout

CARRIER: _____

LOAD: _____

PO# 009564678

DESTINATION: _____

QTY: 80 OF: 564

PLTS: 3 OF: 4

BY: Karenn DATE 11 / 4 / 2024

# ALMAR

CUSTOMER: _Big lost_

CARRIER: _____

LOAD: _____

PO# _0095 64 78_

DESTINATION: _____

QTY: _6S_   OF: _S64_

PLTS: _4_   OF: _4_

BY: _Kathenn_   DATE _11_ / _4_ / 2024

# Almar Sales Company

**Almar Sales Co, Inc**
Offices and Showrooms
320 5th Avenue , 3FL
New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958390 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 1 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081



**SHIP TO**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                      REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095649679 | 978851 | C C | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 80108 | 200G FROSTED COCONUT BATH SALTS<br>UPC: 8-10025-80108-3<br>Master: 48 | 1392 | 1392 | EA | .50 | 696.00 |
| 80109 | 200G WINTER BERRY BATH SALTS<br>UPC: 8-10025-80109-0<br>Master: 48 | 1296 | 1296 | EA | .50 | 648.00 |
| 80111 | 12PC LIP AND UNDER EYE DUO- SHEA BUTTER + COC<br>UPC: 8-10025-80111-3<br>Master: 48 | 192 | 192 | EA | 2.25 | 432.00 |
| 80112 | 8PC WINTER NOSE STRIP<br>UPC: 8-10025-80112-0<br>Master: 48 | 192 | 192 | EA | 1.00 | 192.00 |
| 80406EA | BATH CONFETTI WHITE SNOWFLAKE,<br>UPC: 8-10025-80406-0<br>Master: 12 | 2712 | 2712 | EA | 1.00 | 2712.00 |
| 80815 | 12PC FIRMING DUO 6LIP MASKS & 6SET UNDER EYE<br>UPC: 8-10025-80815-0<br>Inner/Master: 12/48 | 600 | 600 | EA | 2.25 | 1350.00 |
| 80816 | 8PC GREEN TEA & COLLAGEN NOSE STRIP<br>UPC: 8-10025-80816-7<br>Inner/Master: 12/24 | 600 | 600 | EA | 1.00 | 600.00 |
| 80817 | 5PC NIACINAMIDE + VITAMIN C HYDRATING FACE MA<br>UPC: 8-10025-80817-4<br>Master: 48 | 432 | 432 | EA | 2.00 | 864.00 |
| 80835 | 1PC NIACINAMIDE + VITAMIN C HYDRATING FACE MA<br>UPC: 8-10025-80835-8<br>Inner/Master: 12/48 | 144 | 144 | EA | .40 | 57.60 |
| 01638 FB | BALT SALTS<br>UPC: 8-17505-01638-8<br>Inner/Master: /48 | 96 | 96 | EA | .50 | 48.00 |
| 80101 | 5PC HEAD TO TOE MASKING<br>UPC: 8-10025-80101-4<br>Master: 48 | 192 | 192 | EA | 2.00 | 384.00 |

| | SUB TOTAL | 7983.60 |
|---|---|---|
| | FREIGHT | |

| TOTAL QUANTITY | | TOTAL | | | ORDER COMPLETE | | TOTAL CUBIC FEET | B/O UNITS |
|---|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | WEIGHT | PALLETS | YES | NO | |
| | | 7848 | 346 | 3317 | | Y | | N #9788 |

| | B/O AMT | |
|---|---|---|

**TOTAL** | 7983.60
**SHIPPED FROM** | ALW

LOAD #

**REMIT PAYMENT TO:**

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS    NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

```
ISA*00*          *00*          *12*6142786551     *01*001303577
*241021*1445*^*00501*000005730*0*P*>
GS*PO*6142786551*001303577*20241021*1445*5730*X*005010
ST*850*463601014
BEG*00*SA*0095649678*1*20241021
REF*LU*0874*W
REF*IA*0000159430
REF*PK*N
REF*FJ*12528
PER*BD*SICILIAN, ABIGAIL
FOB*CC*OV*US PENNSYLVANIA-LTL***CA*US**Collect
FOB*CC*DE*US PENNSYLVANIA-LTL***OR*US**O
ITD*01*3*1**30*******130
DTM*073*20241023
DTM*037*20241028
DTM*002*20241104
DTM*001*20241101
N9*ZZ*BIG LOTS PO TERMS AND COMMENTS
MTX**BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING
PAYMENT
MTX**VENDOR AGREES TO ALL TERMS OF BIG LOTS PO  VENDOR ROUTING AND
COMPLIANCE GUIDE
MTX**AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON
THE ORDER DATE
N1*VN*ALMAR SALES COMPANY
N1*ST*TREMONT DC - #0874*92*0874
N3*50 RAUSCH CREEK RD
N4*TREMONT*PA*17981*US
PER*IC*TREMONT DC - #0874 CLOSEOUT DISTRIBUTION, LLC*TE*570-695-2848
N1*BT*TREMONT DC - #0874
N3*4900 E Dublin Granville Rd
N4*Columbus*OH*43081*US
PO1*1*2304*EA*0.5**SK*810795354***UP*810025801083*SZ*0048*BL*Brand
PO3*QO****48*CT
PID*F****200G FROSTED COCONUT BATH SALTS
PO4*48*************12
PO1*2*2160*EA*0.5**SK*810795355***UP*810025801090*SZ*0048*BL*Brand
PO3*QO****45*CT
PID*F****200G WINTER BERRY BATH SALTS
PO4*48*************12
PO1*3*288*EA*2.25**SK*810795462***UP*810025801113*SZ*0048*BL*Brand
PO3*QO****6*CT
PID*F****LIP UNDR EYE DUO SHEA BTR COC 12PC
PO4*48*************12
PO1*4*288*EA*1**SK*810795463***UP*810025801120*SZ*0048*BL*Brand
PO3*QO****6*CT
PID*F****WINTER NOSE STRIP 8PC
PO4*48*************12
PO1*5*4560*EA*1**SK*810795356***UP*810025804060*SZ*0012*BL*Brand
PO3*QO****380*CT
PID*F****BATH CONFETTI WHITE SNOWFLAKE, BLUE DOT
PO4*12*************12
PO1*6*840*EA*2.25**SK*810795464***UP*810025808150*SZ*0024*BL*Brand
PO3*QO****35*CT
```

```
PID*F****FIRMING DUO LIP EYE MASKS 12PC
PO4*24*************12
PO1*7*840*EA*1***SK*810795465***UP*810025808167*SZ*0024*BL*Brand
PO3*QO*****35*CT
PID*F****GREEN TEA COLLAGEN NOSE STRIP 8PC
PO4*24*************12
PO1*8*576*EA*2***SK*810795352***UP*810025808174*SZ*0024*BL*Brand
PO3*QO*****24*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 5PC
PO4*24*************24
PO1*9*192*EA*0.4**SK*810795353***UP*810025808358*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 1PC
PO4*48*************12
PO1*10*192*EA*0.5**SK*810795357***UP*817505016388*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****BORN TO SPARKLE GALAXY BATH SALTS
PO4*48*************1
PO1*11*288*EA*2**SK*810797165***UP*810025801014*SZ*0048*BL*Brand
PO3*QO*****6*CT
PID*F****5PC HEAD TO TOE MASKING
PO4*48*************12
CTT*11
AMT*TT*12358.8
SE*73*463601014
ST*850*463601015
BEG*00*SA*0095649679*1*20241021
REF*LU*0879*W
REF*IA*0000159430
REF*PK*N
REF*FJ*7848
PER*BD*SICILIAN, ABIGAIL
FOB*CC*OV*US PENNSYLVANIA-LTL***CA*US**Collect
FOB*CC*DE*US PENNSYLVANIA-LTL***OR*US**O
ITD*01*3*1**30*******130
DTM*073*20241020
DTM*037*20241025
DTM*002*20241111
DTM*001*20241031
N9*ZZ*BIG LOTS PO TERMS AND COMMENTS
MTX**BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING
PAYMENT
MTX**VENDOR AGREES TO ALL TERMS OF BIG LOTS PO  VENDOR ROUTING AND
COMPLIANCE GUIDE
MTX**AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON
THE ORDER DATE
N1*VN*ALMAR SALES COMPANY
N1*ST*DURANT DC - #0879*92*0879
N3*2306 ENTERPRISE DR
N4*DURANT*OK*74701*US
PER*IC*DURANT DC - #0879 DURANT DC, LLC*TE*580-931-2100
N1*BT*DURANT DC - #0879
N3*4900 E Dublin Granville Rd
N4*Columbus*OH*43081*US
```

```
PO1*1*1392*EA*0.5**SK*810795354***UP*810025801083*SZ*0048*BL*Brand
PO3*QO*****29*CT
PID*F****200G FROSTED COCONUT BATH SALTS
PO4*48*************12
PO1*2*1296*EA*0.5**SK*810795355***UP*810025801090*SZ*0048*BL*Brand
PO3*QO*****27*CT
PID*F****200G WINTER BERRY BATH SALTS
PO4*48*************12
PO1*3*192*EA*2.25**SK*810795462***UP*810025801113*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****LIP UNDR EYE DUO SHEA BTR COC 12PC
PO4*48*************12
PO1*4*192*EA*1**SK*810795463***UP*810025801120*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****WINTER NOSE STRIP 8PC
PO4*48*************12
PO1*5*2712*EA*1**SK*810795356***UP*810025804060*SZ*0012*BL*Brand
PO3*QO*****226*CT
PID*F****BATH CONFETTI WHITE SNOWFLAKE, BLUE DOT
PO4*12*************12
PO1*6*600*EA*2.25**SK*810795464***UP*810025808150*SZ*0024*BL*Brand
PO3*QO*****25*CT
PID*F****FIRMING DUO LIP EYE MASKS 12PC
PO4*24*************12
PO1*7*600*EA*1**SK*810795465***UP*810025808167*SZ*0024*BL*Brand
PO3*QO*****25*CT
PID*F****GREEN TEA COLLAGEN NOSE STRIP 8PC
PO4*24*************12
PO1*8*432*EA*2**SK*810795352***UP*810025808174*SZ*0024*BL*Brand
PO3*QO*****18*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 5PC
PO4*24*************24
PO1*9*144*EA*0.4**SK*810795353***UP*810025808358*SZ*0048*BL*Brand
PO3*QO*****3*CT
PID*F****NIACINAMIDE VIT C HYDRAT FACE MASK 1PC
PO4*48*************12
PO1*10*96*EA*0.5**SK*810795357***UP*817505016388*SZ*0048*BL*Brand
PO3*QO*****2*CT
PID*F****BORN TO SPARKLE GALAXY BATH SALTS
PO4*48*************1
PO1*11*192*EA*2**SK*810797165***UP*810025801014*SZ*0048*BL*Brand
PO3*QO*****4*CT
PID*F****5PC HEAD TO TOE MASKING
PO4*48*************12
CTT*11
AMT*TT*7983.6
SE*73*463601015
GE*3*5730
IEA*1*000005730
```

```
DATE: 10/21/24                                    ALMAR SALES COMPANY                                              PAGE:  1
TIME: 16:29:46                               ORDER SUMMARY FOR 01455-1000                                          ED.MAINS


Item Code          Description            ORDER ALLOC B/O   On Ord Price      Total      Start Dt Cxl Date UPC#              SKU
------------------ ---------------------- ----- ----- ----- ------ --------- ---------- -------- -------- ------------ ---------
01638 FB           BALT SALTS               336   144   192            .50      168.00 11/04/24 11/04/24 817505016388
80101              5PC HEAD TO TOE MASKING  624   624                 2.00     1248.00 11/04/24 11/04/24 810025801014
80108              200G FROSTED COCONUT BAT 4992 2688  2304            .50     2496.00 11/04/24 11/04/24 810025801083
80109              200G WINTER BERRY BATH S 4704 2544  2160            .50     2352.00 11/04/24 11/04/24 810025801090
80111              12PC LIP AND UNDER EYE D  624   624                2.25     1404.00 11/04/24 11/04/24 810025801113
80112              8PC WINTER NOSE STRIP     624   624                1.00      624.00 11/04/24 11/04/24 810025801120
80406              BATH CONFETTI WHITE SNOW 9864   822  9042           1.00     9864.00 11/04/24 11/04/24 810025804060
80815              12PC FIRMING DUO 6LIP MA 1920  1920                2.25     4320.00 11/04/24 11/04/24 810025808150
80816              8PC GREEN TEA & COLLAGEN 1920  1920                1.00     1920.00 11/04/24 11/04/24 810025808167
80817 BOX          HYDRATING FACE MASKS BOX 1320   525   795          2.00     2640.00 11/04/24 11/04/24 810025808174
80835              1PC NIACINAMIDE + VITAMI  432   240   192           .40      172.80 11/04/24 11/04/24 810025808358

                   Totals:                27360 12675 14685                  27208.80
```

```
                                     Order #s
Customer PO#s        Customer            Start  End    Total $s     # Of Orders
------------------   -----------------   ------ ------ ------------ -----------
0095649677           BIG LOTS - DIP# 24-1 978750 978750    6866.40           1
0095649678           BIG LOTS - DIP# 24-1 978751 978751   12358.80           1
0095649679           BIG LOTS - DIP# 24-1 978752 978752    7983.60           1


Total # Of POs:    3                 Total # Of Orders:    3
```

```
                                  Items Backordered
Item Code          Item Description       Whs Report BOs Total BOs Qty Expected Dt Expected Status        PO/IX Num
------------------ ---------------------- --- ---------- --------- ------------ ----------- ------------- ----------
01638 FB           BALT SALTS             ALW    192.00    192.00                           No Production
80108              200G FROSTED COCONUT ALW     2304.00   2304.00                           No Production
80109              200G WINTER BERRY BA ALW     2160.00   2160.00                           No Production
80406              BATH CONFETTI WHITE ALW      9042.00   9042.00                           No Production
80817 BOX          HYDRATING FACE MASKS ALW      795.00    795.00                           No Production
80835              1PC NIACINAMIDE + VI ALW      192.00    192.00                           No Production
```

H|4   ORIW

**DATE:** 10/30/2024      **BILL OF LADING**      #158561      PAGE 1 OF 1

| SHIPPING FROM | |
|---|---|
| NAME: **ALMAR C/O RIALTO PACIFIC** | BILL OF LADING NUMBER: __00245760000258252__ |
| ADDRESS: **180 FIRST AVE** | |
| CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA** | Trailer: 54959 |
| SID#      FOB ☐ | |

| SHIP TO | |
|---|---|
| NAME: **BIG LOTS DC # 0879**    LOCATION: | CARRIER NAME: **CH ROBINSON** |
| ADDRESS: **2306 ENTERPRISE BLVD.** | Seal number(s): 25910473 |
| CITY/STATE/ZIP **DURANT, OK 74701 US** | SCAC      **RBCL** |
| CID# | Pro Number: |

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| NAME: **CHR LTL** | PHs: 3 |
| ADDRESS: **14800 CHARLSON ROAD SUITE 2100** | CTNS. 346 |
| CITY/STATE/ZIP **EDEN PRAIRIE MN 55347** | **Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* |

Special Instructions:    ASN #978851ALW001
               40512267, RTS ID: 32868796

Prepaid ☐    Collect ☐    3rd Party ☒

☐    Master Bill of Lading: with attached
(CHECK BOX)      underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095649679 | 346 | 1658.59 | Y | 40512267; RTS ID: 32868796 |
| Grand Total | 346 | 1658.59 | | |

| CARRIER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (.X) | COMMODITY DESCRIPTION |

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (.X) | Commodities requiring special or additional care or attention in handling or slowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC item 360 | NMFC# | CLASS |
| | PCS | 346 | CTNS | 1658.59 | | UNKNOWN | | |
| | | 346 | | 1658.59 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

| COD Amount | $ | |
|---|---|---|
| Fee Terms   Collect | | Prepaid |
| Customer check acceptable: | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☒ | By Shipper ☒ | By Shipper ☐ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | | By Driver ☐ | By Driver/pallets ☐ said to contain | |
| Sandy Barreto 11-04-24 | | | By Driver/Pieces ☒ | |

DATE: 11/4/24
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:



## PO Packing List

| Sold By | Ship To | Client Reference # | | Doc Date |
|---|---|---|---|---|
| Almar | BIG LOTS DC # 0879 | 978851ALW001 | | 10/30/2024 |
| | 2306 ENTERPRISE BLVD  DURANT OK 74701 | **Customer PO** | **Start Date** | **Cancel Date** |
| Phone: | Phone: 9173060333 | 0095649679 | 11/11/2024 | 11/11/2024 |
| | Dept #: | **Wave #** | **Dept #** | **Rep #** |
| | Store #: 0879 | 157046 | | |

| Ship From | Shipment Tracking Number(s) | Duns # | Control # | Term |
|---|---|---|---|---|
| Almar C/O Rialto Pacific | | | | Collect |
| 180 First Ave | | | | |
| Gouldsboro PA 18424 | | **Shipment Type** | **Vendor #** | **Ship Date** |
| Phone: (310) 513 8833 | | Freight Shipment | | 10/30/2024 |
| | **Shipment Cost(USD)** | **Ship VIA** | | **Est. Pallet Count** |
| | | | | 2 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01638 FB-48 | XXXXXXX | 01638 FB | 817505016388 | | 18.11x11.73x9.45 | in. | 26.02 | 2 | 96 | 2 | 96 |
| 80101-48 | XXXXXXX | 80101 | 810025801014 | | 17.3x10.43x13.8 | in. | 14 | 4 | 192 | 4 | 192 |
| 80108-48 | XXXXXXX | 80108 | 810025801083 | | 14.37x6.7x4.2 | in. | 3 | 29 | 1392 | 29 | 1392 |
| 80109-48 | XXXXXXX | 80109 | 810025801090 | | 10.43x10.24x15.75 | in. | 23.15 | 27 | 1296 | 27 | 1296 |
| 80111-48 | XXXXXXX | 80111 | 810025801113 | | 14.37x6.7x4.92 | in. | 3 | 4 | 192 | 4 | 192 |
| 80112-48 | XXXXXXX | 80112 | 810025801120 | | 14.5x7x13 | in. | 2.9 | 4 | 192 | 4 | 192 |
| 80406EA-12 | 810795356 | 80406EA | 810025804060 | | 12.99x6.41x6.81 | in. | 2.52 | 226 | 2712 | 226 | 2712 |
| 80815-48 | XXXXXXX | 80815 | 810025808150 | | 10.24x10.04x11.81 | in. | 8.8 | 12 | 600 | 13 | 600 |
| 80816-24 | XXXXXXX | 80816 | 810025808167 | | 10x6x6 | in. | 2 | 25 | 600 | 25 | 600 |
| 80817-48 | XXXXXXX | 80817 | 810025808174 | | 14.6x7.87x10.83 | in. | 8.82 | 9 | 432 | 9 | 432 |
| 80835-48 | XXXXXXX | 80835 | 810025808358 | | 9x7x4 | in. | 2 | 3 | 144 | 3 | 144 |

| TOTALS | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
|---|---|---|---|---|
| **ORDERED** | 345 | 7,848 | 1,658.59 | 140.72 |
| **SHIPPED** | 346 | 7,848 | 1,658.59 | 140.72 |

**NOTES:**

414  UNLW

| DATE: 10/30/2024 | | BILL OF LADING | #158561 | PAGE 1 OF 1 |
|---|---|---|---|---|

**SHIPPING FROM**

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP: **GOULDSBORO, PA 18424 USA**
SID#                                FOB  ☐

BILL OF LADING NUMBER:    00245760000258252

CARRIER NAME:  **CH ROBINSON**

Seal number(s):

SCAC          **RBCL**

Pro Number:

**SHIP TO**

NAME: **BIG LOTS DC # 0879**        LOCATION:
ADDRESS: **2306 ENTERPRISE BLVD.**
CITY/STATE/ZIP: **DURANT, OK 74701 US**
CID#

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME: **CHR LTL**
ADDRESS: **14800 CHARLSON ROAD SUITE 2100**
CITY/STATE/ZIP: **EDEN PRAIRIE MN 55347**

Special Instructions:    ASN #978851ALW001
40512267; RTS ID: 32868796

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐        Collect ☐      3rd Party ☒

☐        Master Bill of Lading: with attached
(CHECK BOX)        underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | PALLET | |
| 0095649679 | 346 | 1658.59 | Y | 40512267; RTS ID: 32868796 |
| Grand Total | 346 | 1658.59 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC item 360 | NMFC# | CLASS |
| | PCS | 346 | CTNS | 1658.59 | | UNKNOWN | | |
| | 346 | | | 1658.59 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shiper to be not exceeding"

COD Amount                    $
Fee Terms        Collect              Prepaid

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☒ | By Shipper ☒ | By Shipper ☐ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | | By Driver ☐ | By Driver/pallets said to contain ☐ | |
| | | | By Driver/Pieces ☒ | |

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____

plts: 3, ctns: 346
driver: sebostion

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: CH ROBINSON**

**LOAD:  40512267; RTS ID: 32868796**

**PO#  95649679**

**DESTINATION: _____**

**QTY: 56  OF: 346**

**PLTS: 1  OF: 3**

**BY: Saida       DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: CH ROBINSON**

**LOAD:  40512267; RTS ID: 32868796**

**PO#  95649679**

**DESTINATION: _____**

**QTY: 64  OF: 346**

**PLTS: 2   OF: 3**

**BY: Saida       DATE 11/ 04/2024**

# ALMAR

CUSTOMER: BIG LOTS

CARRIER: CH ROBINSON

LOAD:  40512267; RTS ID: 32868796

PO#  95649679

DESTINATION: _____

QTY: 226  OF: 346

PLTS: 3   OF: 3

BY: Saida        DATE 11/ 04/2024



# Almar®
### SALES COMPANY
**Almar Sales Co, Inc**
Offices and  320 5th Avenue , 3FL
Showrooms  New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 1 |

**S O L D O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P O**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:           REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG10854 | EG 7 PK NAIL POLISH BOX SET (WATER-BASED)<br>UPC: 0-24576-83073-1<br>Inner/Master: 6/48 | 1536 | 1536 | EA | 1.50 | 2304.00 |
| GG10879 | 7PK FLAVORED LIP BALM BOX SET<br>UPC: 0-24576-90031-1<br>Inner/Master: 12/48 | 1152 | 1152 | EA | 1.50 | 1728.00 |
| GG11028 | EG 7 PK FLAVORED LIP GLOSS TUBE BOX SET<br>UPC: 0-24576-86468-2<br>Inner/Master: 12/48 | 1750 | 1750 | EA | 1.50 | 2625.00 |
| GG13377 | PRESS ON MANICURE COLLECTION - PARIS<br>UPC: 1-90425-11613-1<br>Inner/Master: 6/24 | 288 | 288 | EA | 4.00 | 1152.00 |
| GG13390 | PRESS ON MANICURE COLLECTION - BUTTERFLY<br>UPC: 1-90425-11688-9<br>Inner/Master: 6/24 | 408 | 408 | EA | 4.00 | 1632.00 |
| GG13436 | 7 DAY PRESS ON NAIL SET- HEART SUNGLASSES<br>UPC: 1-90425-12979-7<br>Inner/Master: 6/24 | 528 | 528 | EA | 4.00 | 2112.00 |
| GG13438 | 7 DAY PRESS ON NAIL SET- UNICORN RAINBOW<br>UPC: 1-90425-12981-0<br>Inner/Master: 6/24 | 469 | 469 | EA | 4.00 | 1876.00 |
| GG13441 | 7 DAY PRESS ON NAIL SET- UNICORN & NARWHAL<br>UPC: 1-90425-12984-1<br>Inner/Master: 6/24 | 576 | 576 | EA | 4.00 | 2304.00 |
| GG14100 | SUPA CUTE MAKEUP CLAMSHELL<br>UPC: 1-90425-14873-6<br>Inner/Master: 12/48 | 431 | 431 | EA | 2.50 | 1077.50 |
| GG14101 | SUGAR BEAR MAKEUP CLAMSHELL<br>UPC: 1-90425-14874-3<br>Inner/Master: 12/48 | 564 | 564 | EA | 2.50 | 1410.00 |
| GG14103 | STAR GAZED MAKEUP CLAMSHELL<br>UPC: 1-90425-14876-7<br>Inner/Master: 12/48 | 336 | 336 | EA | 2.50 | 840.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS    NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar SALES COMPANY

**ALMAR SALES Co, Inc**

Offices and Showrooms
320 5th Avenue, 3FL
New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 2 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                         REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG14104 | YOU'RE A GEM MAKEUP CLAMSHELL<br>UPC: 1-90425-14877-4<br>Inner/Master: 12/48 | 59 | 59 | EA | 2.50 | 147.50 |
| GG8277PK | INFNT/TODDLR-PRINCESS B-DAY TUTU SKIRT W/SASH<br>UPC: 0-24576-21760-0<br>Inner/Master: 12/24 | 408 | 408 | EA | 2.00 | 816.00 |
| GG8320LI | INFNT/TODDLER-METALLIC DOT TUTU W/WAND<br>UPC: 1-90425-00056-0<br>Inner/Master: 12/24 | 120 | 120 | EA | 2.00 | 240.00 |
| GG8321FS | INFNT/TODDLER-GLITTER TUTU W/FLOWER HAIR CLIP<br>UPC: 1-90425-00057-7<br>Inner/Master: 12/24 | 144 | 144 | EA | 2.00 | 288.00 |
| GG8322FS | INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW<br>UPC: 1-90425-00058-4<br>Inner/Master: 12/24 | 288 | 288 | EA | 2.00 | 576.00 |
| GG8322PK | INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW<br>UPC: 1-90425-00058-4<br>Inner/Master: 12/24 | 384 | 384 | EA | 2.00 | 768.00 |
| GG8325FS | INFNT/TODDLER-CHEVRON PRINT PETTISKIRT<br>UPC: 1-90425-00061 4<br>Inner/Master: 12/24 | 552 | 552 | EA | 2.00 | 1104.00 |
| GG8048FS | PRINCESS FLWR SKIRT&HW W/FLWR FUCHSIA<br>UPC: 0-24576-87686-9<br>Inner/Master: 12/24 | 211 | 211 | EA | 2.00 | 422.00 |
| GG8048LI | PRINCESS FLWR SKIRT&HW W/FLWR-LILAC<br>UPC: 0-24576-87686-9<br>Inner/Master: 12/24 | 168 | 168 | EA | 2.00 | 336.00 |
| GG8018 | ZEBRA PETTY SKIRT W/FUCHSIA TRIM<br>UPC: 0-24576 86174 2<br>Inner/Master: 12/24 | 2 | 2 | EA | 2.00 | 4.00 |
| GG8101N | NEON TULLE SKIRT W/ SEQUIN TRIM<br>UPC: 0-24576-88607-3<br>Inner/Master: 12/24 | 215 | 215 | EA | 2.00 | 430.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar Sales Company

**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms      New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 3 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081



**SHIP TO**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8034 | TIE DYE PETTY SKIRT<br>UPC: 0-24576-86945-8<br>Inner/Master: 12/24 | 408 | 408 | EA | 2.00 | 816.00 |
| GG8010N | NEON TULLE PETTI SKIRT W/CURLY TRIM<br>UPC: 0-24576-88381-2<br>Inner/Master: 12/24 | 16 | 16 | EA | 2.00 | 32.00 |
| GG8167 | 3LAYER TULLE SKIRT W/RIBBON TRIM&BOW<br>UPC: 0-24576-97860-0<br>Inner/Master: 12/24 | 570 | 570 | EA | 2.00 | 1140.00 |
| GG8184 | SPARKLE TUTU SKIRT W/CURLY RIBBON<br>UPC: 0-24576-97847-1<br>Inner/Master: 12/24 | 82 | 82 | EA | 2.00 | 164.00 |
| GG8128 | PRINCESS ROCKSTAR SKIRT<br>UPC: 0-24576-89821-2<br>Inner/Master: 12/24 | 279 | 279 | EA | 2.00 | 558.00 |
| GG8240 | DRESS UP-5 TIER TULLE COLOR SKIRT<br>UPC: 0-24576-21189-9<br>Inner/Master: 12/24 | 286 | 286 | EA | 2.00 | 572.00 |
| PA170FS | MPA-CHEETAH PRINT 3 LAYER SKIRT<br>UPC: 0-24576-21326-8<br>Inner/Master: 12/24 | 311 | 311 | EA | 2.00 | 622.00 |
| PA170PM | MPA-CHEETAH PRINT 3 LAYER SKIRT<br>UPC: 0-24576-21327-5<br>Inner/Master: 12/24 | 168 | 168 | EA | 2.00 | 336.00 |
| GG8274/GS | PRINCESS BIRTHDAY CUPCAKE DRESS<br>UPC: 0-24576-22315-1<br>Inner/Master: 12/24 | 74 | 74 | EA | 2.50 | 185.00 |
| GG8212 | PRINCESS CHEETAH SKIRT W/HEADBAND<br>UPC: 0-24576-98596-7<br>Inner/Master: 12/24 | 72 | 72 | EA | 2.50 | 180.00 |
| GG8215 | PRINCESS PETTI SKIRT W/HEADWRAP&BOW<br>UPC: 0-24576-98599-8<br>Inner/Master: 12/24 | 308 | 308 | EA | 2.50 | 770.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar SALES COMPANY

**Almar Sales Co, Inc**

Offices and Showrooms
320 5th Avenue , 3FL
New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com



| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 4 |

**S O L D O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P O**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                                          REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8226 | DRESS UP POLKA DOT TUTU SKIRT W/HB<br>UPC: 0-24576-98880-7<br>Inner/Master: 12/24 | 1104 | 1104 | EA | 2.50 | 2760.00 |
| GG8290PK | B-DAY-BIRTHDAY GIRL PRINTED SKIRT HB&WAND SET<br>UPC: 0-24576-22586-5<br>Inner/Master: 12/24 | 384 | 384 | EA | 2.50 | 960.00 |
| GG8106 | ROSE HB, WAND & GLITTER SKIRT SET<br>UPC: 0-24576-88971-5<br>Inner/Master: 12/24 | 240 | 240 | EA | 2.50 | 600.00 |
| PA137F | MPA SEQUIN SKIRT W/RUFFLE SATIN BOW<br>UPC: 0-24576-96133-6<br>Inner/Master: 12/24 | 120 | 120 | EA | 2.50 | 300.00 |
| PA137L | MPA SEQUIN SKIRT W/RUFFLE SATIN BOW<br>UPC: 0-24576-96134-3<br>Inner/Master: 12/24 | 192 | 192 | EA | 2.50 | 480.00 |
| GG8249F/M | DRESS UP-SEQUIN TRIM FLOWER DRESS<br>UPC: 0-24576-21198-1<br>Inner/Master: 12/24 | 24 | 24 | EA | 3.00 | 72.00 |
| GG8253 | DP-DRESS UP VELVET GLITTER DRESS<br>UPC: 0-24576-21202-5<br>Inner/Master: 12/24 | 253 | 253 | EA | 3.00 | 759.00 |
| GG8360 | WHITE & PINK DRESS-UP SET<br>UPC: 1-90425-08465-2<br>Inner/Master: 6/24 | 24 | 24 | EA | 3.00 | 72.00 |
| GG8362 | MERMAID DRESS-UP SET<br>UPC: 1-90425-08468-3<br>Inner/Master: 6/24 | 592 | 592 | EA | 3.00 | 1776.00 |
| GG8371 | MERMAID SKIRT, WAND & HEADBANDS SET<br>UPC: 1-90425-11476-2<br>Inner/Master: 12/48 | 480 | 480 | EA | 3.00 | 1440.00 |
| PA119 | 3PC SKIRT/WING/WAND FLOWER FAIRY SET<br>UPC: 0-24576-88990-6<br>Inner/Master: 12/24 | 648 | 648 | EA | 3.00 | 1944.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



# Almar Sales Co, Inc

**SALES COMPANY**

Almar Sales Co, Inc
Offices and      320 5th Avenue , 3FL
Showrooms      New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 5 |

**S O L D  O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P  O**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                              REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8375 | MERMAID DRESS UP SET With HEADBAND& WAND<br>UPC: 1-90425-11480-9<br>Inner/Master: 12/48 | 527 | 527 | EA | 3.00 | 1581.00 |
| FR25672 | ICE PRINCESS ICY BLUE METALLIC CLOAK<br>UPC: 1-90425-08755-4<br>Inner/Master: 12/48 | 383 | 383 | EA | 3.50 | 1340.50 |
| GG8057 | SEQUIN LACE UP TULLE DRESS W/ BOW<br>UPC: 0-24576-88028-6<br>Inner/Master: 12/48 | 720 | 720 | EA | 3.50 | 2520.00 |
| GG8111 | DRESS UP RAINBOW FLOWER DRESS W/ HALO<br>UPC: 0-24576-88976-0<br>Inner/Master: 12/24 | 216 | 216 | EA | 3.50 | 756.00 |
| GG8055X | DRESS UP VELVET & FLOWER DRESS<br>UPC: 0-24576-88925-8<br>Inner/Master: 12/24 | 288 | 288 | EA | 3.50 | 1008.00 |
| GG8052 | DRESSUP BUTTERFLY WING DRESS<br>UPC: 0-24576-88023-1<br>Inner/Master: 12/24 | 736 | 736 | EA | 3.50 | 2576.00 |
| FR8326 | ICE PRINCESS DRESS UP SET<br>UPC: 1-90425-08765-3<br>Inner/Master: 12/24 | 207 | 207 | EA | 3.50 | 724.50 |
| AL9503B | PRINCESS JEWLERY SET (4 UPC #)<br>UPC: 1-90425-00671-5<br>Inner/Master: 6/24 | 2448 | 2448 | EA | .25 | 612.00 |
| GG6035 1 | PRINCESS CROWN, WAND, EARRING & 3 BRACELET<br>UPC: 0-24576-77895-8<br>Inner/Master: 6/48 | 1008 | 1008 | EA | 1.00 | 1008.00 |
| GG8188 | 2PC HEART STONE SHOE AND TIARA IN BLISTER BOX<br>UPC: 0-24576-98042-9<br>Inner/Master: 12/48 | 1200 | 1200 | EA | 1.50 | 1800.00 |
| GG8194 | 3PC METALLIC SHOE, TIARA, EARRING SET IN BLIS<br>UPC: 0-24576-98048-1<br>Inner/Master: 12/48 | 1369 | 1369 | EA | 1.50 | 2053.50 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS          NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
### SALES COMPANY
**Almar Sales Co, Inc**

Offices snd  320 5th Avenue , 3FL
Showrooms  New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| | |
|---|---|
| INVOICE NO: | 958409 |
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 6 |

**S O L D  T O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P  T O**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                      REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA | |
|---|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED | |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8194 1 | 3PC METALLIC SHOE, TIARA, EARRING SET IN BOX<br>UPC: 0-24576-98048-1<br>Inner/Master: 6/48 | 142 | 142 | EA | 1.50 | 213.00 |
| GG8000 | BIRTHDAY GIRL SET<br>UPC: 0-24576-82124-1<br>Inner/Master: 12/48 | 20 | 20 | EA | 2.00 | 40.00 |
| GG8000 1 | BIRTHDAY GIRL SET<br>UPC: 0-24576-82124-1<br>Inner/Master: 6/48 | 666 | 666 | EA | 2.00 | 1332.00 |
| FK9055 | PRINCESS DRESS UP SET (FLOWER MOTIF ONLY)<br>UPC: 0-24576-84843-9<br>Master: 12 | 480 | 480 | EA | 2.50 | 1200.00 |
| GG7010 | PRINCESS TRAVEL SET (7PC SET)<br>UPC: 0-24576-77035-8<br>Inner/Master: 12/24 | 691 | 691 | EA | 2.50 | 1727.50 |
| GG8140 | 8PC PRINCESS ACCESSORY BOX SET<br>UPC: 0-24576-89842-7<br>Master: 12 | 452 | 452 | EA | 2.50 | 1130.00 |
| FR7009 | ICE PRINCESS DRESS UP BOX SET - ICY BLUE<br>UPC: 1-90425-08752-3<br>Inner/Master: 12/24 | 501 | 501 | EA | 3.00 | 1503.00 |
| FR920 | ICE PRINCESS TRAVEL CASE DRESS UP SET-BLUE<br>UPC: 1-90425-08757-8<br>Inner/Master: 12/24 | 524 | 524 | EA | 3.00 | 1572.00 |
| GG9019X | XOXO HEART BEAUTY SET<br>UPC: 1-90425-11213-3<br>Inner/Master: 12/24 | 216 | 216 | EA | 3.00 | 648.00 |
| FR6037 | ICE PRINCESS DRESS UP PRINCESS SHOES<br>UPC: 1-90425-08753-0<br>Master: 12 | 789 | 789 | EA | 4.00 | 3156.00 |
| GG8156 | PRINCESS METALLIC SHOE SET<br>UPC: 0-24576-97115-1<br>Inner/Master: 12/24 | 480 | 480 | EA | 4.00 | 1920.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar Sales Co, Inc**
SALES COMPANY
Offices and   320 5th Avenue , 3FL
Showrooms   New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958409 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 7 |

**S O L D O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE
COLUMBUS,OH 43081

**S H I P O**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.
DURANT, OK 74701

DEPT#:                                                                REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA | |
|---|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED | |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ANN13887/6 | 6PC SQUEEZE GLOW IN THE DARK BALLS<br>UPC: 1-90425-12720-5<br>Inner/Master: 12/48 | 1389 | 1389 | EA | 1.75 | 2430.75 |
| ANN19830/12 | 12PC SQUEEZE METALLIC BALLS<br>UPC: 1-90425-13927-7<br>Inner/Master: 12/48 | 1413 | 1413 | EA | 2.50 | 3532.50 |
| ANN20912 | 12" FASHION DOLL<br>UPC: 1-90425-15171-2<br>Inner/Master: 12/24 | 852 | 852 | EA | 1.50 | 1278.00 |
| ANN20914 | 12"FASHION BEAUTY DOLL WITH 12 PC VANITY SET<br>UPC: 1-90425-15173-6<br>Master: 12 | 60 | 60 | EA | 2.50 | 150.00 |
| ANN20915 | 12"FASHION BEAUTY DOLL WITH 11 PC LAUNDRY SET<br>UPC: 1-90425-15174-3<br>Master: 12 | 516 | 516 | EA | 2.50 | 1290.00 |
| ANN20916 | 12" FASHION BEAUTY DOLL WITH 13PC MEDICAL SET<br>UPC: 1-90425-15175-0<br>Master: 12 | 516 | 516 | EA | 2.50 | 1290.00 |
| ANTY18094 | NOISE TUBE<br>UPC: 1-90425-13006-9<br>Master: 48 | 9360 | 9360 | EA | .50 | 4680.00 |
| ANTY20773 | RACE CAR ON THE GO W/ WRISTBAND<br>UPC: 1-90425-14813-2<br>Inner/Master: 6/36 | 645 | 645 | EA | 4.50 | 2902.50 |
| ANTY21289 | 4x4 FRICTION TRUCK<br>UPC: 1-90425-16176-6<br>Master: 12 | 540 | 540 | EA | 3.00 | 1620.00 |
| ANTY21291 | MY FIRST UKULELE<br>UPC: 1-90425-16178-0<br>Inner/Master: 12/48 | 144 | 144 | EA | 2.50 | 360.00 |
| ANTY21294 | MY FIRST DOCTOR KIT<br>UPC: 1-90425-16181-0<br>Inner/Master: 12/24 | 336 | 336 | EA | 3.00 | 1008.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS       NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| | |
|---|---|
| INVOICE NO: | 958409 |
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 8 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
BIG LOTS DC # 0879
2306 ENTERPRISE BLVD.

DURANT, OK 74701

DEPT#:                                                                          REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642617 | 978598 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ANTY21292 | MAGIC SNAKE PUZZLE<br>UPC: 1-90425-16179-7<br>Inner/Master: 12/24 | 504 | 504 | EA | 2.00 | 1008.00 |
| ANTY21559 | MAGIC CUBE PUZZLE SET- HEAT/TRIAGLE/SQAR SHAP<br>UPC: 1-90425-16583-2<br>Inner/Master: 12/24 | 792 | 792 | EA | 2.50 | 1980.00 |
| LOL2008 1 | LOL 4PK NAILS<br>UPC: 1-90425-11615-5<br>Inner/Master: 6/24 | 1152 | 1152 | EA | 1.50 | 1728.00 |
| LOL2050 | LOL 4PC SLEEP MASK<br>UPC: 1-90425-08216-0<br>Master: 24 | 1002 | 1002 | EA | 1.75 | 1753.50 |
| LOL2127 SPEC | LOL 1 PC DIARY<br>UPC: 1-90425-12996-4<br>Inner/Master: 12/72 | 432 | 432 | EA | .50 | 216.00 |
| LOL2137 | LOL 6 PC MYSTERY HAIR SURPRISE SET<br>UPC: 1-90425-11573-8<br>Master: 24 | 1032 | 1032 | EA | 1.50 | 1548.00 |
| GG8320PK | INFNT/TODDLER-METALLIC DOT TUTU W/WAND<br>UPC: 1-90425-00056-0<br>Inner/Master: 12/24 | 336 | 336 | EA | 2.00 | 672.00 |
| GG8321TQ | INFANT/TODDLER- GLITTER TUTU WITH  FLOWER HAI<br>UPC: 1-90425-00057-7<br>Inner/Master: 12/24 | 57 | 57 | EA | 2.00 | 114.00 |

| | |
|---|---|
| SUB TOTAL | 100712.25 |
| FREIGHT | |

| TOTAL QUANTITY | | | | TOTAL WEIGHT | PALLETS | ORDER COMPLETE | | TOTAL CUBIC FEET | B/O UNITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | | | YES | NO | | N #9785 | |
| | 52365 | 1814 | 40587 | | | Y | | 40 | B/O AMT | |

| | |
|---|---|
| **TOTAL** | 100712.25 |
| SHIPPED FROM | ALW |

**REMIT PAYMENT TO:**        LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

```
ISA*00*          *00*          *12*6142786551    *01*001303577
*241017*1100*^*00501*000005726*0*P*>
GS*PO*6142786551*001303577*20241017*1100*5726*X*005010
ST*850*463316017
BEG*00*SA*0095642617*1*20241015
REF*LU*0879*W
REF*IA*0000159430
REF*PK*N
REF*FJ*54312
PER*BD*POVICH, JULIA
FOB*CC*OV*US PENNSYLVANIA***CA*US**Collect
FOB*CC*DE*US PENNSYLVANIA***OR*US**O
ITD*01*3*1**30******130
DTM*073*20241016
DTM*037*20241021
DTM*002*20241028
DTM*001*20241025
N9*ZZ*BIG LOTS PO TERMS AND COMMENTS
MTX**BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING
PAYMENT
MTX**VENDOR AGREES TO ALL TERMS OF BIG LOTS PO  VENDOR ROUTING AND
COMPLIANCE GUIDE
MTX**AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON
THE ORDER DATE
N1*VN*ALMAR SALES COMPANY
N1*ST*DURANT DC - #0879*92*0879
N3*2306 ENTERPRISE DR
N4*DURANT*OK*74701*US
PER*IC*DURANT DC - #0879 DURANT DC, LLC*TE*580-931-2100
N1*BT*DURANT DC - #0879
N3*4900 E Dublin Granville Rd
N4*Columbus*OH*43081*US
PO1*1*1536*EA*1.5**SK*810795151*MG*GG10854*UP*024576830731*SZ*0048*BL*Bran
d
PO3*QO*****32*CT
PID*F****DG 7PK NAIL POLISH BOX SE
PO4*48************12
PO1*2*1152*EA*1.5**SK*810795150*MG*GG10879*UP*024576900311*SZ*0048*BL*Bran
d
PO3*QO*****24*CT
PID*F****7PK FLAVORED LIP BALM BOX SET
PO4*48************12
PO1*3*1824*EA*1.5**SK*810795149*MG*GG11028*UP*024576864682*SZ*0048*BL*Bran
d
PO3*QO*****38*CT
PID*F****EG 7 PK FLAVORED LIP GLOS
PO4*48************12
PO1*4*288*EA*4**SK*810795148*MG*GG13377*UP*190425116131*SZ*0024*BL*Brand
PO3*QO*****12*CT
PID*F****PARIS PRESS ON MANICURE COLLECTION
PO4*24************6
PO1*5*408*EA*4**SK*810795147*MG*GG13390*UP*190425116889*SZ*0024*BL*Brand
PO3*QO*****17*CT
PID*F****PRESS ON MANICURE COLLECTION BUTTERFLY
```

```
PO4*24*************6
PO1*6*528*EA*4**SK*810795146*MG*GG13436*UP*190425129797*SZ*0048*BL*Brand
PO3*QO*****11*CT
PID*F****PRESS ON NAIL SET - HEART SUNGLASSES
PO4*48*************12
PO1*7*480*EA*4**SK*810795145*MG*GG13438*UP*190425129810*SZ*0048*BL*Brand
PO3*QO*****10*CT
PID*F****PRESS ON NAIL SET - UNICORN RAINBOW
PO4*48*************12
PO1*8*576*EA*4**SK*810795144*MG*GG13441*UP*190425129841*SZ*0048*BL*Brand
PO3*QO*****12*CT
PID*F****PRESS ON NAIL SET - UICORN + NARWHAL
PO4*48*************12
PO1*9*432*EA*2.5**SK*810795143*MG*GG14100*UP*190425148736*SZ*0048*BL*Brand
PO3*QO*****9*CT
PID*F****BE HAPPY MAKEUP CLAMSHELL
PO4*48*************12
PO1*10*576*EA*2.5**SK*810795142*MG*GG14101*UP*190425148743*SZ*0048*BL*Bran
d
PO3*QO*****12*CT
PID*F****BEAR-RY SWEET MAKEUP CLAMSHELL
PO4*48*************12
PO1*11*336*EA*2.5**SK*810795141*MG*GG14103*UP*190425148767*SZ*0048*BL*Bran
d
PO3*QO*****7*CT
PID*F****STAR GAZED MAKEUP CLAMSHELL
PO4*48*************12
PO1*12*624*EA*2.5**SK*810795140*MG*GG14104*UP*190425148774*SZ*0048*BL*Bran
d
PO3*QO*****13*CT
PID*F****YOURE A GEM MAKEUP CLAMSHELL
PO4*48*************12
PO1*13*480*EA*2.5**SK*810795139*MG*GG14105*UP*190425148781*SZ*0048*BL*Bran
d
PO3*QO*****10*CT
PID*F****LOVE AT FIRST SIGHT MAKEUP CLAMSHELL
PO4*48*************12
PO1*14*408*EA*2**SK*810795137*MG*GG8277PK*UP*024576217600*SZ*0024*BL*Brand
PO3*QO*****17*CT
PID*F****PRINCESS B-DAY TUTU SKIRT W/SASH
PO4*24*************12
PO1*15*144*EA*2**SK*810795136*MG*GG8320LI*UP*190425000560*SZ*0024*BL*Brand
PO3*QO*****6*CT
PID*F****INFNT/TODDLER-METALLIC DOT TUTU W/WAND
PO4*24*************12
PO1*16*336*EA*2**SK*810795135*MG*GG8320PK*UP*481079513507*SZ*0024*BL*Brand
PO3*QO*****14*CT
PID*F****INFNT/TODDLER-METALLIC DOT TUTU W/WAND
PO4*24*************12
PO1*17*144*EA*2**SK*810795134*MG*GG8321FS*UP*190425000577*SZ*0024*BL*Brand
PO3*QO*****6*CT
PID*F****GLITTER TUTU &FLOWER HAIR CLIP
PO4*24*************12
PO1*18*72*EA*2**SK*810795133*MG*GG8321TQ*UP*481079513309*SZ*0024*BL*Brand
```

```
PO3*QO*****3*CT
PID*F****TODDLER-GLITTER TUTU W/FLOWER HAIR CLIP
PO4*24*************12
PO1*19*288*EA*2**SK*810795132*MG*GG8322FS*UP*190425000584*SZ*0024*BL*Brand
PO3*QO*****12*CT
PID*F****INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW
PO4*24*************12
PO1*20*384*EA*2**SK*810795131*MG*GG8322PK*UP*481079513101*SZ*0024*BL*Brand
PO3*QO*****16*CT
PID*F****INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW
PO4*24*************12
PO1*21*552*EA*2**SK*810795130*MG*GG8325FS*UP*190425000614*SZ*0024*BL*Brand
PO3*QO*****23*CT
PID*F****INFNT/TDDLER-CHEVRON PRINT PETTISKIRT
PO4*24*************12
PO1*22*216*EA*2**SK*810795129*MG*GG8048FS*UP*024576876869*SZ*0024*BL*Brand
PO3*QO*****9*CT
PID*F****PRINCESS FLOWER SKIRT & HEADWRAP FUCHSIA
PO4*24*************12
PO1*23*168*EA*2**SK*810795128*MG*GG8048LI*UP*481079512807*SZ*0024*BL*Brand
PO3*QO*****7*CT
PID*F****PRINCESS FLOWER SKIRT & HEADWRAP FUCHSIA
PO4*24*************12
PO1*24*24*EA*2**SK*810795127*MG*GG8018*UP*024576861742*SZ*0024*BL*Brand
PO3*QO*****1*CT
PID*F****ZEBRA PETTY SKIRT W/FUCHSIA
PO4*24*************12
PO1*26*216*EA*2**SK*810795125*MG*GG8101N*UP*024576886073*SZ*0024*BL*Brand
PO3*QO*****9*CT
PID*F****NEON TULLE SKIRT W/SEQUIN
PO4*24*************12
PO1*27*408*EA*2**SK*810795124*MG*GG8034*UP*024576869458*SZ*0024*BL*Brand
PO3*QO*****17*CT
PID*F****TIE DYE PETTY SKIRT
PO4*24*************12
PO1*28*24*EA*2**SK*810795060*MG*GG8010N*UP*024576883812*SZ*0024*BL*Brand
PO3*QO*****1*CT
PID*F****NEON TULLE PETTY SKIRT W/
PO4*24*************12
PO1*29*576*EA*2**SK*810795059*MG*GG8167*UP*024576978600*SZ*0024*BL*Brand
PO3*QO*****24*CT
PID*F****3LAYER TULLE SKIRT W/RIBBON TRIM&BOW
PO4*24*************12
PO1*30*96*EA*2**SK*810795058*MG*GG8184*UP*024576978471*SZ*0024*BL*Brand
PO3*QO*****4*CT
PID*F****SPARKLE TUTU SKIRT W/CURLY RIBBON
PO4*24*************12
PO1*31*288*EA*2**SK*810795057*MG*GG8128*UP*024576898212*SZ*0024*BL*Brand
PO3*QO*****12*CT
PID*F****PRINCESS ROCKSTAR SKIRT
PO4*24*************12
PO1*32*288*EA*2**SK*810795056*MG*GG8240*UP*024576211899*SZ*0024*BL*Brand
PO3*QO*****12*CT
PID*F****DRESS UP-5 TIER TULLE COLOR SKIRT
```

```
PO4*24*************12
PO1*33*312*EA*2**SK*810795055*MG*PA170FS*UP*024576213268*SZ*0024*BL*Brand
PO3*QO*****13*CT
PID*F****DRESS UP -CHEETAH SKIRT W/RUFFLE TRIM
PO4*24*************12
PO1*34*168*EA*2**SK*810795054*MG*PA170PM*UP*024576213275*SZ*0024*BL*Brand
PO3*QO*****7*CT
PID*F****DRESS UP -CHEETAH SKIRT W/RUFFLE TRIM
PO4*24*************12
PO1*35*96*EA*2.5**SK*810795053*MG*GG8274/GS*UP*024576223151*SZ*0024*BL*Bra
nd
PO3*QO*****4*CT
PID*F****INFNT/TDDLER - PRINCESS BIRTHDAY DRESS
PO4*24*************12
PO1*36*72*EA*2.5**SK*810795051*MG*GG8212*UP*024576985967*SZ*0024*BL*Brand
PO3*QO*****3*CT
PID*F****PRINCESS CHEETAH SKIRT W/HEADBAND
PO4*24*************12
PO1*37*312*EA*2.5**SK*810795050*MG*GG8215*UP*024576985998*SZ*0024*BL*Brand
PO3*QO*****13*CT
PID*F****PRINCESS PETTY SKIRT W/HEADWRAP&BOW
PO4*24*************12
PO1*38*1104*EA*2.5**SK*810795049*MG*GG8226*UP*024576988807*SZ*0024*BL*Bran
d
PO3*QO*****46*CT
PID*F****DRESS UP POLKA DOT TUTU SKIRT W/HB
PO4*24*************12
PO1*39*384*EA*2.5**SK*810795048*MG*GG8290PK*UP*024576225865*SZ*0024*BL*Bra
nd
PO3*QO*****16*CT
PID*F****B-DAY-BIRTHDAY SKIRT HB&WAND SET
PO4*24*************12
PO1*40*240*EA*2.5**SK*810795047*MG*GG8106*UP*024576889715*SZ*0024*BL*Brand
PO3*QO*****10*CT
PID*F****SPLATTER SKIRT-WAND-HB
PO4*24*************12
PO1*41*120*EA*2.5**SK*810795046*MG*PA137F*UP*024576961336*SZ*0024*BL*Brand
PO3*QO*****5*CT
PID*F****SEQUIN SKIRT W/RUFFLE & S
PO4*24*************12
PO1*42*192*EA*2.5**SK*810795045*MG*PA137L*UP*024576961343*SZ*0024*BL*Brand
PO3*QO*****8*CT
PID*F****SEQUIN SKIRT W/RUFFLE & S
PO4*24*************12
PO1*43*24*EA*3**SK*810795044*MG*GG8249F/S*UP*024576211981*SZ*0024*BL*Brand
PO3*QO*****1*CT
PID*F****DRESS UP-SEQUIN FLOWER DRESS W/RUFFLE
PO4*24*************12
PO1*44*264*EA*3**SK*810795042*MG*GG8253*UP*024576212025*SZ*0024*BL*Brand
PO3*QO*****11*CT
PID*F****DP-DRESS UP VELVET GLITTER DRESS
PO4*24*************12
PO1*45*24*EA*3**SK*810795041*MG*GG8360 1*UP*190425084652*SZ*0024*BL*Brand
PO3*QO*****1*CT
```

```
PID*F****WHITE & PINK DRESS-UP SET
PO4*24*************6
PO1*46*600*EA*3**SK*810795040*MG*GG8362*UP*190425084683*SZ*0024*BL*Brand
PO3*QO*****25*CT
PID*F****MERMAID DRESS-UP SET
PO4*24*************6
PO1*47*480*EA*3**SK*810795039*MG*GG8371*UP*190425114762*SZ*0048*BL*Brand
PO3*QO*****10*CT
PID*F****MERMAID SKIRT WAND & HEADBAND SET
PO4*48*************12
PO1*48*648*EA*3**SK*810795038*MG*PA119*UP*024576889906*SZ*0024*BL*Brand
PO3*QO*****27*CT
PID*F****3PC SKIRT/WING/WAND FLOWER FAIRY SET
PO4*24*************12
PO1*49*528*EA*3**SK*810795037*MG*GG8375*UP*190425114809*SZ*0048*BL*Brand
PO3*QO*****11*CT
PID*F****MERMAID DRESS UP SET W/ HEADBAND& WAND
PO4*48*************12
PO1*50*384*EA*3.5**SK*810795036*MG*FR25672*UP*190425087554*SZ*0048*BL*Bran
d
PO3*QO*****8*CT
PID*F****ICE PRINCESS ICY BLUE METALLIC CLOAK
PO4*48*************12
PO1*51*720*EA*3.5**SK*810795035*MG*GG8057*UP*024576880286*SZ*0024*BL*Brand
PO3*QO*****30*CT
PID*F****PRINCESS DRESS UP LYCRA
PO4*24*************12
PO1*52*216*EA*3.5**SK*810795034*MG*GG8111*UP*481079503409*SZ*0024*BL*Brand
PO3*QO*****9*CT
PID*F****RAINBOW FLOWER DRESS W/HALO
PO4*24*************12
PO1*53*312*EA*3.5**SK*810795033*MG*GG8055X*UP*024576889258*SZ*0024*BL*Bran
d
PO3*QO*****13*CT
PID*F****PRINCESS VELVET SEQUINN DRESS
PO4*24*************12
PO1*54*768*EA*3.5**SK*810795032*MG*GG8052*UP*024576880231*SZ*0024*BL*Brand
PO3*QO*****32*CT
PID*F****PRINCESS DRESSUP LYCRA
PO4*24*************12
PO1*55*240*EA*3.5**SK*810795031*MG*FR8326*UP*190425087653*SZ*0024*BL*Brand
PO3*QO*****10*CT
PID*F****ICE PRINCESS DRESS UP SET
PO4*24*************12
PO1*56*2448*EA*0.25**SK*810795092*MG*AL9503B*UP*024576848361*SZ*0048*BL*Br
and
PO3*QO*****51*CT
PID*F****PRINCESS JEWELRY SET
PO4*48*************24
PO1*57*1008*EA*1**SK*810103734*MG*GG6035*UP*024576778958*SZ*0024
PO3*QO*****42*CT
PID*F****EXPRESSIONS/PRINCESS TRAVEL BOXED SET
PO4*24*************12
```

```
PO1*58*1200*EA*1.5**SK*810795091*MG*GG8188*UP*024576980429*SZ*0048*BL*Bran
d
PO3*QO****25*CT
PID*F****PRINCESS 2PC HEART STONE SHOE &TIARA
PO4*48*************12
PO1*59*1392*EA*1.5**SK*810795090*MG*GG8194*UP*024576980481*SZ*0048*BL*Bran
d
PO3*QO****29*CT
PID*F****PRINCESS 3PC MET SHOE,TIARA,EARRING
PO4*48*************12
PO1*60*144*EA*1.5*SK*810795089*MG*GG8194
1*UP*481079508909*SZ*0048*BL*Brand
PO3*QO****3*CT
PID*F****PRINCESS 3PC MET SHOE,TIARA,EARRING
PO4*48*************6
PO1*61*48*EA*2**SK*810795088*MG*GG8000*UP*024576821241*SZ*0048*BL*Brand
PO3*QO****1*CT
PID*F****BIRTHDAY GIRL PACKAGE
PO4*48*************12
PO1*62*672*EA*2**SK*810795087*MG*GG8000 1*UP*481079508701*SZ*0048*BL*Brand
PO3*QO****14*CT
PID*F****BIRTHDAY GIRL PACKAGE
PO4*48*************6
PO1*63*480*EA*2.5**SK*810795086*MG*FK9055*UP*024576848439*SZ*0012*BL*Brand
PO3*QO****40*CT
PID*F****PRINCESS DRESS UP SET
PO4*12*************12
PO1*64*696*EA*2.5**SK*810103580*MG*GG7010*UP*024576770358*SZ*0024
PO3*QO****29*CT
PID*F****EXPRESSIONS/PRINCESS DRESS UP COMPLETE S
PO4*24*************12
PO1*65*456*EA*2.5**SK*810795085*MG*GG8140*UP*024576898427*SZ*0012*BL*Brand
PO3*QO****38*CT
PID*F****8PC PRINCESS ACCESSORY BO
PO4*12*************12
PO1*66*504*EA*3**SK*810795084*MG*FR7009*UP*190425087523*SZ*0024*BL*Brand
PO3*QO****21*CT
PID*F****ICE PRINCESS DRESS UP BOX SET ICY BLUE
PO4*24*************12
PO1*67*648*EA*3**SK*810795083*MG*FR920*UP*190425087578*SZ*0024*BL*Brand
PO3*QO****27*CT
PID*F****ICE PRINCESS CASE DRESS UP SET-BLUE
PO4*24*************12
PO1*68*216*EA*3**SK*810795082*MG*GG9019X*UP*190425112133*SZ*0024*BL*Brand
PO3*QO****9*CT
PID*F****XOXO HEART BEAUTY SET
PO4*24*************12
PO1*69*792*EA*4**SK*810795081*MG*FR6037*UP*190425087530*SZ*0012*BL*Brand
PO3*QO****66*CT
PID*F****ICE PRINCESS DRESS UP PRINCESS SHOES
PO4*12*************12
PO1*70*480*EA*4**SK*810795080*MG*GG8156*UP*024576971151*SZ*0024*BL*Brand
PO3*QO****20*CT
PID*F****PRINCESS METALLIC SHOE SET
```

```
PO4*24*************12
PO1*71*1392*EA*1.75**SK*810795079*MG*ANN13887/6*UP*190425127205*SZ*0048*BL
*Brand
PO3*QO*****29*CT
PID*F****6PC SQUEEZE GLOW IN THE DARK BALLS
PO4*48*************12
PO1*72*1440*EA*2.5**SK*810795078*MG*ANN19830/12*UP*190425139277*SZ*0048*BL
*Brand
PO3*QO*****30*CT
PID*F****12PC SQUEEZE METALLIC BALLS
PO4*48*************12
PO1*73*864*EA*1.5**SK*810795077*MG*ANN20912*UP*190425151712*SZ*0024*BL*Bra
nd
PO3*QO*****36*CT
PID*F****FASHION BEAUTY DOLL IN A PDQ
PO4*24*************12
PO1*74*60*EA*2.5**SK*810795076*MG*ANN20914*UP*190425151736*SZ*0012*BL*Bran
d
PO3*QO*****5*CT
PID*F****12IN FASHION DOLL W/12PC VANITY SET
PO4*12*************12
PO1*75*516*EA*2.5**SK*810795075*MG*ANN20915*UP*190425151743*SZ*0012*BL*Bra
nd
PO3*QO*****43*CT
PID*F****12IN FASHION  DOLL W/11PC LAUNDRY SET
PO4*12*************12
PO1*76*516*EA*2.5**SK*810795074*MG*ANN20916*UP*190425151750*SZ*0012*BL*Bra
nd
PO3*QO*****43*CT
PID*F****12IN FASHION DOLL W/13PC MEDICAL SET
PO4*12*************12
PO1*77*9360*EA*0.5**SK*810795073*MG*ANTY18094*UP*190425130069*SZ*0048*BL*B
rand
PO3*QO*****195*CT
PID*F****NOISE TUBE
PO4*48*************48
PO1*78*192*EA*6**SK*810795072*MG*ANTY20764*UP*190425147975*SZ*0006*BL*Bran
d
PO3*QO*****32*CT
PID*F****28PC SHOPPING CART
PO4*6*************6
PO1*79*648*EA*4.5**SK*810795071*MG*ANTY20773*UP*190425148132*SZ*0036*BL*Br
and
PO3*QO*****18*CT
PID*F****RC CAR ON THE GO W/ WRISTBAND
PO4*36*************6
PO1*80*540*EA*3**SK*810795070*MG*ANTY21289*UP*190425161766*SZ*0012*BL*Bran
d
PO3*QO*****45*CT
PID*F****4X4 FRICTION TRUCK
PO4*12*************12
PO1*81*144*EA*2.5**SK*810795069*MG*ANTY21291*UP*190425161780*SZ*0048*BL*Br
and
PO3*QO*****3*CT
```

```
PID*F****MY FIRST UKULELE
PO4*48*************12
PO1*82*456*EA*3**SK*810795068*MG*ANTY21294*UP*190425161810*SZ*0024*BL*Bran
d
PO3*QO*****19*CT
PID*F****MY FIRST DOCTOR KIT
PO4*24*************12
PO1*83*504*EA*2**SK*810795067*MG*ANTY21292*UP*190425161797*SZ*0024*BL*Bran
d
PO3*QO*****21*CT
PID*F****MAGIC SNAKE PUZZLE
PO4*24*************12
PO1*84*792*EA*2.5**SK*810795066*MG*ANTY21559*UP*190425165832*SZ*0024*BL*Br
and
PO3*QO*****33*CT
PID*F****MAGIC CUBE PUZZLE SET- HEAT/TRIAGLE/SQAR
PO4*24*************12
PO1*85*1152*EA*1.5**SK*810795065*MG*LOL2008
1*UP*190425044755*SZ*0024*BL*Brand
PO3*QO*****48*CT
PID*F****LOL 4PK NAILS
PO4*24************6
PO1*86*1008*EA*1.75**SK*810795064*MG*LOL2050*UP*190425082160*SZ*0024*BL*Br
and
PO3*QO*****42*CT
PID*F****LOL 4PC SLEEP MASK
PO4*24*************24
PO1*87*432*EA*0.5**SK*810795063*MG*LOL2127
SPEC*UP*190425129964*SZ*0072*BL*Brand
PO3*QO*****6*CT
PID*F****LOL 1 PC DIARY
PO4*72*************12
PO1*88*1032*EA*1.5**SK*810795062*MG*LOL2137*UP*190425115738*SZ*0024*BL*Bra
nd
PO3*QO*****43*CT
PID*F****LOL 6 PC MYSTERY HAIR SURPRISE SET
PO4*24*************24
CTT*87
AMT*TT*106314
SE*377*463316017
GE*2*5726
IEA*1*000005726
```

| Item Code | Description | INVOICE | B/O | On Ord | Price | Total | Start Dt | Cxl Date | UPC# | SKU |
|---|---|---|---|---|---|---|---|---|---|---|
| ANN13887/6 | 6PC SQUEEZE GLOW IN THE | 5664 | | 5664 | 1.75 | 9912.00 | 10/28/24 | 10/28/24 | 190425127205 | 810795079 |
| ANN19830/12 | 12PC SQUEEZE METALLIC BA | 5952 | | 5952 | 2.50 | 14880.00 | 10/28/24 | 10/28/24 | 190425139277 | 810795078 |
| ANN20912 | 12" FASHION DOLL | 3504 | | 3504 | 1.50 | 5256.00 | 10/28/24 | 10/28/24 | 190425151712 | 810795077 |
| ANN20914 | 12"FASHION BEAUTY DOLL W | 228 | | 228 | 2.50 | 570.00 | 10/28/24 | 10/28/24 | 190425151736 | 810795076 |
| ANN20915 | 12"FASHION BEAUTY DOLL W | 2124 | | 2124 | 2.50 | 5310.00 | 10/28/24 | 10/28/24 | 190425151743 | 810795075 |
| ANN20916 | 12" FASHION BEAUTY DOLL | 2124 | | 2124 | 2.50 | 5310.00 | 10/28/24 | 10/28/24 | 190425151750 | 810795074 |
| ANTY18094 | NOISE TUBE | 38400 | 31140 | 7260 | .50 | 19200.00 | 10/28/24 | 10/28/24 | 190425130069 | 810795073 |
| ANTY20764 | 28 PC SHOPPING CART | 786 | | 786 | 6.00 | 4716.00 | 10/28/24 | 10/28/24 | 190425147975 | 810795072 |
| ANTY20773 | RACE CAR ON THE GO W/ WR | 2664 | | 2664 | 4.50 | 11988.00 | 10/28/24 | 10/28/24 | 190425148132 | 810795071 |
| ANTY21289 | 4x4 FRICTION TRUCK | 2208 | | 2208 | 3.00 | 6624.00 | 10/28/24 | 10/28/24 | 190425161766 | 810795070 |
| ANTY21291 | MY FIRST UKULELE | 672 | | 672 | 2.50 | 1680.00 | 10/28/24 | 10/28/24 | 190425161780 | 810795069 |
| ANTY21292 | MAGIC SNAKE PUZZLE | 2064 | | 2064 | 2.00 | 4128.00 | 10/28/24 | 10/28/24 | 190425161797 | 810795067 |
| ANTY21294 | MY FIRST DOCTOR KIT | 1848 | | 1848 | 3.00 | 5544.00 | 10/28/24 | 10/28/24 | 190425161810 | 810795068 |
| ANTY21559 | MAGIC CUBE PUZZLE SET- H | 3240 | 480 | 2760 | 2.50 | 8100.00 | 10/28/24 | 10/28/24 | 190425165832 | 810795066 |
| FK9036 | PRINCESS CARDED JEWELRY | 10080 | | 10080 | .25 | 2520.00 | 10/28/24 | 10/28/24 | 024576848361 | |
| FK9055 | PRINCESS DRESS UP SET (F | 1956 | | 1956 | 2.50 | 4890.00 | 10/28/24 | 10/28/24 | 024576848439 | 810795086 |
| FR25672 | ICE PRINCESS ICY BLUE ME | 1488 | | 1488 | 3.50 | 5208.00 | 10/28/24 | 10/28/24 | 190425087554 | 810795036 |
| FR6037 | ICE PRINCESS DRESS UP PR | 3264 | | 3264 | 4.00 | 13056.00 | 10/28/24 | 10/28/24 | 190425087530 | 810795081 |
| FR7009 | ICE PRINCESS DRESS UP BO | 2064 | | 2064 | 3.00 | 6192.00 | 10/28/24 | 10/28/24 | 190425087523 | 810795084 |
| FR8326 | ICE PRINCESS DRESS UP SE | 960 | | 960 | 3.50 | 3360.00 | 10/28/24 | 10/28/24 | 190425087653 | 810795031 |
| FR920 | ICE PRINCESS TRAVEL CASE | 2664 | | 2664 | 3.00 | 7992.00 | 10/28/24 | 10/28/24 | 190425087578 | 810795083 |
| GG10854GT | EG 7 PK NAIL POLISYH BOX | 6288 | | 6288 | 1.50 | 9432.00 | 10/28/24 | 10/28/24 | 024576830731 | |
| GG10879 | 7PK FLAVORED LIP BALM BO | 4800 | 4761 | 39 | 1.50 | 7200.00 | 10/28/24 | 10/28/24 | 024576900311 | 810795150 |
| GG11028 | EG 7 PK FLAVORED LIP GLO | 7440 | | 7440 | 1.50 | 11160.00 | 10/28/24 | 10/28/24 | 024576864682 | 810795149 |
| GG13377 | PRESS ON MANICURE COLLEC | 1224 | | 1224 | 4.00 | 4896.00 | 10/28/24 | 10/28/24 | 190425116131 | 810795148 |
| GG13390 | PRESS ON MANICURE COLLEC | 1704 | | 1704 | 4.00 | 6816.00 | 10/28/24 | 10/28/24 | 190425116889 | 810795147 |
| GG13436 | 7 DAY PRESS ON NAIL SET- | 2160 | | 2160 | 4.00 | 8640.00 | 10/28/24 | 10/28/24 | 190425129797 | 810795146 |
| GG13438 | 7 DAY PRESS ON NAIL SET- | 2016 | | 2016 | 4.00 | 8064.00 | 10/28/24 | 10/28/24 | 190425129810 | 810795145 |
| GG13441 | 7 DAY PRESS ON NAIL SET- | 2352 | | 2352 | 4.00 | 9408.00 | 10/28/24 | 10/28/24 | 190425129841 | 810795144 |
| GG14100 | SUPA CUTE MAKEUP CLAMSHE | 1776 | | 1776 | 2.50 | 4440.00 | 10/28/24 | 10/28/24 | 190425148736 | 810795143 |
| GG14101 | SUGAR BEAR MAKEUP CLAMSH | 2448 | | 2448 | 2.50 | 6120.00 | 10/28/24 | 10/28/24 | 190425148743 | 810795142 |
| GG14103 | STAR GAZED MAKEUP CLAMSH | 1440 | | 1440 | 2.50 | 3600.00 | 10/28/24 | 10/28/24 | 190425148767 | 810795141 |
| GG14104 | YOU'RE A GEM MAKEUP CLAM | 2640 | | 2640 | 2.50 | 6600.00 | 10/28/24 | 10/28/24 | 190425148774 | 810795140 |
| GG14105 | LOVE AT FIRST SIGHT MAKE | 1872 | | 1872 | 2.50 | 4680.00 | 10/28/24 | 10/28/24 | 190425148781 | 810795139 |
| GG6035 | PRINCESS CROWN, WAND EAR | 4080 | | 4080 | 1.00 | 4080.00 | 10/28/24 | 10/28/24 | 024576778958 | 613285 |
| GG7010 | PRINCESS TRAVEL SET (7PC | 2832 | | 2832 | 2.50 | 7080.00 | 10/28/24 | 10/28/24 | 024576770358 | 810103580 |
| GG8000 1 | BIRTHDAY GIRL SET | 2784 | | 2784 | 2.00 | 5568.00 | 10/28/24 | 10/28/24 | 024576821241 | |
| GG800K TRU | BIRTHDAY GIRL PACKAGE | 192 | | 192 | 2.00 | 384.00 | 10/28/24 | 10/28/24 | 024576821241 | |
| GG8010N | NEON TULLE PETTI SKIRT W | 72 | | 72 | 2.00 | 144.00 | 10/28/24 | 10/28/24 | 024576883812 | 810795060 |
| GG8018 | ZEBRA PETTY SKIRT W/FUCH | 72 | | 72 | 2.00 | 144.00 | 10/28/24 | 10/28/24 | 024576861742 | 810795127 |
| GG8034 | TIE DYE PETTY SKIRT | 1656 | | 1656 | 2.00 | 3312.00 | 10/28/24 | 10/28/24 | 024576869458 | 810795124 |
| GG8044 | SEQUINS LAYER SKIRT | 48 | | 48 | 2.00 | 96.00 | 10/28/24 | 10/28/24 | 024576869557 | 810795126 |
| GG8048 | TULLE SKIRT W/FLOWER & H | 888 | | 888 | 2.00 | 1776.00 | 10/28/24 | 10/28/24 | 024576876869 | |
| GG8048LI | PRINCESS FLWR SKIRT&HW W | 672 | | 672 | 2.00 | 1344.00 | 10/28/24 | 10/28/24 | 024576876869 | |
| GG8052 | DRESSUP BUTTERFLY WING D | 3144 | | 3144 | 3.50 | 11004.00 | 10/28/24 | 10/28/24 | 024576880231 | 810795032 |
| GG8055X | DRESS UP VELVET & FLOWER | 1296 | | 1296 | 3.50 | 4536.00 | 10/28/24 | 10/28/24 | 024576889258 | 810795033 |
| GG8057 | SEQUIN LACE UP TULLE DRE | 2952 | | 2952 | 3.50 | 10332.00 | 10/28/24 | 10/28/24 | 024576880286 | 810795035 |
| GG8101N | NEON TULLE SKIRT W/ SEQU | 912 | | 912 | 2.00 | 1824.00 | 10/28/24 | 10/28/24 | 024576886073 | 810795125 |
| GG8106 | ROSE HB, WAND & GLITTER | 1008 | | 1008 | 2.50 | 2520.00 | 10/28/24 | 10/28/24 | 024576889715 | 810795047 |

```
DATE: 10/21/24                          ALMAR SALES COMPANY                                    PAGE:   2
TIME: 09:09:52                   INVOICE SUMMARY FOR 01455-1000                                ED.MAINS
```

| Item Code | Description | INVOICE | B/O | On Ord | Price | Total | Start Dt | Cxl Date | UPC# | SKU |
|---|---|---|---|---|---|---|---|---|---|---|
| GG8111LB/M | DRESS UP RAINBOW FLOWER | 24 | | 24 | 3.00 | 72.00 | 10/28/24 | 10/28/24 | 024576889760 | 810795043 |
| GG8128 | PRINCESS ROCKSTAR SKIRT | 1224 | | 1224 | 2.00 | 2448.00 | 10/28/24 | 10/28/24 | 024576898212 | 0 |
| GG8140 | 8PC PRINCESS ACCESSORY B | 1872 | | 1872 | 2.50 | 4680.00 | 10/28/24 | 10/28/24 | 024576898427 | 810795085 |
| GG8156 | PRINCESS METALLIC SHOE S | 1992 | | 1992 | 4.00 | 7968.00 | 10/28/24 | 10/28/24 | 024576971151 | 810795080 |
| GG8167 | 3LAYER TULLE SKIRT W/RIB | 2328 | | 2328 | 2.00 | 4656.00 | 10/28/24 | 10/28/24 | 024576978600 | 810795059 |
| GG8184 | SPARKLE TUTU SKIRT W/CUR | 360 | | 360 | 2.00 | 720.00 | 10/28/24 | 10/28/24 | 024576978471 | 810795058 |
| GG8188 | 2PC HEART STONE SHOE AND | 4944 | | 4944 | 1.50 | 7416.00 | 10/28/24 | 10/28/24 | 024576980429 | 1 |
| GG8194 | 3PC METALLIC SHOE, TIARA | 5664 | | 5664 | 1.50 | 8496.00 | 10/28/24 | 10/28/24 | 024576980481 | 810795090 |
| GG8194 1 | 3PC METALLIC SHOE, TIARA | 624 | | 624 | 1.50 | 936.00 | 10/28/24 | 10/28/24 | 024576980481 | |
| GG8212 | PRINCESS CHEETAH SKIRT W | 312 | | 312 | 2.50 | 780.00 | 10/28/24 | 10/28/24 | 024576985967 | 810795051 |
| GG8215 | PRINCESS PETTI SKIRT W/H | 1296 | | 1296 | 2.50 | 3240.00 | 10/28/24 | 10/28/24 | 024576985998 | 810795050 |
| GG8226 | DRESS UP POLKA DOT TUTU | 4536 | | 4536 | 2.50 | 11340.00 | 10/28/24 | 10/28/24 | 024576988807 | 810795049 |
| GG8240 | DRESS UP-5 TIER TULLE CO | 1224 | | 1224 | 2.00 | 2448.00 | 10/28/24 | 10/28/24 | 024576211899 | 810795056 |
| GG8249F/M | DRESS UP-SEQUIN TRIM FLO | 72 | 72 | | 3.00 | 216.00 | 10/28/24 | 10/28/24 | 024576211981 | |
| GG8253PK/XL | DRESS UP-VELVET GLITT DR | 1056 | | 1056 | 3.00 | 3168.00 | 10/28/24 | 10/28/24 | 024576212025 | |
| GG8274/S | PRINCESS BIRTHDAY CUPCAK | 408 | | 408 | 2.50 | 1020.00 | 10/28/24 | 10/28/24 | 024576223151 | |
| GG8277PK | INFNT/TODDLR-PRINCESS B- | 1656 | | 1656 | 2.00 | 3312.00 | 10/28/24 | 10/28/24 | 024576217600 | 810795137 |
| GG8290PK | B-DAY-BIRTHDAY GIRL PRIN | 1584 | | 1584 | 2.50 | 3960.00 | 10/28/24 | 10/28/24 | 024576225865 | 810795048 |
| GG8320LI | INFNT/TODDLER-METALLIC D | 1344 | | 1344 | 2.00 | 2688.00 | 10/28/24 | 10/28/24 | 190425000560 | 810795135 |
| GG8320PK | INFNT/TODDLER-METALLIC D | 576 | | 576 | 2.00 | 1152.00 | 10/28/24 | 10/28/24 | 190425000560 | |
| GG8321FS | INFNT/TODDLER-GLITTER TU | 312 | | 312 | 2.00 | 624.00 | 10/28/24 | 10/28/24 | 190425000577 | 810795133 |
| GG8321TQ | INFANT/TODDLER- GLITTER | 576 | | 576 | 2.00 | 1152.00 | 10/28/24 | 10/28/24 | 190425000577 | |
| GG8322FS | INFNT/TODDLER-GLITT TUTU | 1176 | | 1176 | 2.00 | 2352.00 | 10/28/24 | 10/28/24 | 190425000584 | 810795132 |
| GG8322PK | INFNT/TODDLER-GLITT TUTU | 1536 | | 1536 | 2.00 | 3072.00 | 10/28/24 | 10/28/24 | 190425000584 | |
| GG8325FS | INFNT/TODDLER-CHEVRON PR | 2256 | | 2256 | 2.00 | 4512.00 | 10/28/24 | 10/28/24 | 190425000614 | 810795130 |
| GG8360 | WHITE & PINK DRESS-UP SE | 96 | 96 | | 3.00 | 288.00 | 10/28/24 | 10/28/24 | 190425084652 | |
| GG8362 | MERMAID DRESS-UP SET | 2472 | | 2472 | 3.00 | 7416.00 | 10/28/24 | 10/28/24 | 190425084683 | 810795040 |
| GG8371 | MERMAID SKIRT, WAND & HE | 1968 | | 1968 | 3.00 | 5904.00 | 10/28/24 | 10/28/24 | 190425114762 | 810795039 |
| GG8375 | MERMAID DRESS UP SET Wit | 2160 | | 2160 | 3.00 | 6480.00 | 10/28/24 | 10/28/24 | 190425114809 | 810795037 |
| GG9019 | HEART SHAPE MAKE UP CASE | 888 | | 888 | 3.00 | 2664.00 | 10/28/24 | 10/28/24 | 190425112133 | |
| LOL2008 | LOL 4PK NAILS | 4728 | 4516 | 212 | 1.50 | 7092.00 | 10/28/24 | 10/28/24 | 190425044755 | |
| LOL2050 | LOL 4PC SLEEP MASK | 4152 | | 4152 | 1.75 | 7266.00 | 10/28/24 | 10/28/24 | 190425082160 | 810795064 |
| LOL2127 SPEC | LOL 1 PC DIARY | 1872 | | 1872 | .50 | 936.00 | 10/28/24 | 10/28/24 | 190425129964 | 810795063 |
| LOL2137 | LOL 6 PC MYSTERY HAIR SU | 4248 | | 4248 | 1.50 | 6372.00 | 10/28/24 | 10/28/24 | 190425115738 | 810795062 |
| PA119 | 3PC SKIRT/WING/WAND FLOW | 2640 | | 2640 | 3.00 | 7920.00 | 10/28/24 | 10/28/24 | 024576889906 | 810795038 |
| PA137F | MPA SEQUIN SKIRT W/RUFFL | 504 | | 504 | 2.50 | 1260.00 | 10/28/24 | 10/28/24 | 024576961336 | 810795046 |
| PA137L | MPA SEQUIN SKIRT W/RUFFL | 816 | | 816 | 2.50 | 2040.00 | 10/28/24 | 10/28/24 | 024576961343 | 810795045 |
| PA170FS | MPA-CHEETAH PRINT 3 LAYE | 1320 | | 1320 | 2.00 | 2640.00 | 10/28/24 | 10/28/24 | 024576213268 | 810795055 |
| PA170PM | MPA-CHEETAH PRINT 3 LAYE | 720 | | 720 | 2.00 | 1440.00 | 10/28/24 | 10/28/24 | 024576213275 | 810795054 |

```
          Totals:        223170 41065182105            436974.00
```

```
                                     Order #s
Customer PO#s        Customer           Start End   Total $s    # Of Orders
-------------------- -------------------- ------ ------ ----------- -----------
0095642614           BIG LOTS - DIP# 24-1 978596 978596   126576.00          1
0095642616           BIG LOTS - DIP# 24-1 978597 978597   204084.00          1
0095642617           BIG LOTS - DIP# 24-1 978598 978598   106314.00          1
```

```
DATE: 10/21/24                          ALMAR SALES COMPANY                              PAGE:   3
TIME: 09:09:52                    INVOICE SUMMARY FOR 01455-1000                         ED.MAINS

Item Code           Description           INVOICE   B/O  On Ord Price    Total    Start Dt Cxl Date UPC#        SKU
------------------- --------------------- --------- ----- ----- -------- -------- -------- ------- ----------- ---------


                                  Order #s
Customer PO#s       Customer         Start  End    Total $s   # Of Orders
------------------- -------------------- ------ ------ ------------ -----------


   Total # Of POs:    3           Total # Of Orders:    3



                                Items Backordered
Item Code           Item Description     Whs Report BOs Total BOs  Qty Expected Dt Expected Status          PO/IX Num
------------------- --------------------- --- ---------- ----------  ------------ ----------- -------------  ----------
ANN13887/6          6PC SQUEEZE GLOW IN  ALW   5664.00    5664.00                              No Production
ANN19830/12         12PC SQUEEZE METALLI ALW   5952.00    5952.00                              No Production
ANN20912            12" FASHION DOLL     ALW   3504.00    3504.00                              No Production
ANN20914            12"FASHION BEAUTY DO ALW    228.00     228.00                              No Production
ANN20915            12"FASHION BEAUTY DO ALW   2124.00    2124.00                              No Production
ANN20916            12" FASHION BEAUTY D ALW   2124.00    2124.00                              No Production
ANTY18094           NOISE TUBE           ALW   7260.00    7260.00                              No Production
ANTY20764           28 PC SHOPPING CART  ALW    786.00    1086.00                              No Production
ANTY20773           RACE CAR ON THE GO W ALW   2664.00    2664.00                              No Production
ANTY21289           4x4 FRICTION TRUCK   ALW   2208.00    2208.00                              No Production
ANTY21291           MY FIRST UKULELE     ALW    672.00     816.00                              No Production
ANTY21292           MAGIC SNAKE PUZZLE   ALW   2064.00    2064.00                              No Production
ANTY21294           MY FIRST DOCTOR KIT  ALW   1848.00    1968.00                              No Production
ANTY21559           MAGIC CUBE PUZZLE SE ALW   2760.00    2760.00                              No Production
FK9036              PRINCESS CARDED JEWE ALW  10080.00   10080.00                              No Production
FK9055              PRINCESS DRESS UP SE ALW   1956.00    1956.00                              No Production
FR25672             ICE PRINCESS ICY BLU ALW   1488.00    1488.00                              No Production
FR6037              ICE PRINCESS DRESS U ALW   3264.00    3264.00                              No Production
FR7009              ICE PRINCESS DRESS U ALW   2064.00    2064.00                              No Production
FR8326              ICE PRINCESS DRESS U ALW    960.00     984.00                              No Production
FR920               ICE PRINCESS TRAVEL  ALW   2664.00    2784.00                              No Production
GG10854GT           EG 7 PK NAIL POLISYH ALW   6288.00    6288.00                              No Production
GG10879             7PK FLAVORED LIP BAL ALW     39.00      39.00                              No Production
GG11028             EG 7 PK FLAVORED LIP ALW   7440.00    7488.00                              No Production
GG13377             PRESS ON MANICURE CO ALW   1224.00    1224.00                              No Production
GG13390             PRESS ON MANICURE CO ALW   1704.00    1704.00                              No Production
GG13436             7 DAY PRESS ON NAIL  ALW   2160.00    2160.00                              No Production
GG13438             7 DAY PRESS ON NAIL  ALW   2016.00    2016.00                              No Production
GG13441             7 DAY PRESS ON NAIL  ALW   2352.00    2352.00                              No Production
GG14100             SUPA CUTE MAKEUP CLA ALW   1776.00    1776.00                              No Production
GG14101             SUGAR BEAR MAKEUP CL ALW   2448.00    2448.00                              No Production
GG14103             STAR GAZED MAKEUP CL ALW   1440.00    1440.00                              No Production
GG14104             YOU'RE A GEM MAKEUP  ALW   2640.00    3216.00                              No Production
GG14105             LOVE AT FIRST SIGHT  ALW   1872.00    2448.00                              No Production
GG6035              PRINCESS CROWN, WAND ALW   4080.00    4080.00                              No Production
GG7010              PRINCESS TRAVEL SET  ALW   2832.00    2832.00                              No Production
GG8000 1            BIRTHDAY GIRL SET    ALW   2784.00    2784.00                              No Production
```

```
DATE: 10/21/24                        ALMAR SALES COMPANY                              PAGE:   4
TIME: 09:09:52                   INVOICE SUMMARY FOR 01455-1000                        ED.MAINS

Item Code          Description          INVOICE    B/O  On Ord Price   Total   Start Dt Cxl Date UPC#      SKU
------------------ ----------------------- --------- ----- ----- ------ -------- ---------- -------- ------- ----------- ---------
```

```
                                 Items Backordered
Item Code          Item Description    Whs Report BOs Total BOs  Qty Expected Dt Expected Status        PO/IX Num
------------------ -------------------- --- ---------- ---------- ------------ ----------- ------------- ----------
GG800K TRU         BIRTHDAY GIRL PACKAG ALW    192.00     192.00                           No Production
GG8010N            NEON TULLE PETTI SKI ALW     72.00      72.00                           No Production
GG8018             ZEBRA PETTY SKIRT W/ ALW     72.00      72.00                           No Production
GG8034             TIE DYE PETTY SKIRT  ALW   1656.00    1656.00                           No Production
GG8044             SEQUINS LAYER SKIRT  ALW     48.00      48.00                           No Production
GG8048             TULLE SKIRT W/FLOWER ALW    888.00     888.00                           No Production
GG8048LI           PRINCESS FLWR SKIRT& ALW    672.00     672.00                           No Production
GG8052             DRESSUP BUTTERFLY WI ALW   3144.00    3168.00                           No Production
GG8055X            DRESS UP VELVET & FL ALW   1296.00    1320.00                           No Production
GG8057             SEQUIN LACE UP TULLE ALW   2952.00    2952.00                           No Production
GG8101N            NEON TULLE SKIRT W/  ALW    912.00     912.00                           No Production
GG8106             ROSE HB, WAND & GLIT ALW   1008.00    1008.00                           No Production
GG8111             DRESS UP RAINBOW FLO ALW    912.00     912.00                           No Production
GG8111LB/M         DRESS UP RAINBOW FLO ALW     24.00      24.00                           No Production
GG8128             PRINCESS ROCKSTAR SK ALW   1224.00    1224.00                           No Production
GG8140             8PC PRINCESS ACCESSO ALW   1872.00    1872.00                           No Production
GG8156             PRINCESS METALLIC SH ALW   1992.00    1992.00                           No Production
GG8167             3LAYER TULLE SKIRT W ALW   2328.00    2328.00                           No Production
GG8184             SPARKLE TUTU SKIRT W ALW    360.00     360.00                           No Production
GG8188             2PC HEART STONE SHOE ALW   4944.00    4944.00                           No Production
GG8194             3PC METALLIC SHOE, T ALW   5664.00    5664.00                           No Production
GG8194 1           3PC METALLIC SHOE, T ALW    624.00     624.00                           No Production
GG8212             PRINCESS CHEETAH SKI ALW    312.00     312.00                           No Production
GG8215             PRINCESS PETTI SKIRT ALW   1296.00    1296.00                           No Production
GG8226             DRESS UP POLKA DOT T ALW   4536.00    4536.00                           No Production
GG8240             DRESS UP-5 TIER TULL ALW   1224.00    1224.00                           No Production
GG8253PK/XL        DRESS UP-VELVET GLIT ALW   1056.00    1056.00                           No Production
GG8274/S           PRINCESS BIRTHDAY CU ALW    408.00     408.00                           No Production
GG8277PK           INFNT/TODDLR-PRINCES ALW   1656.00    1656.00                           No Production
GG8290PK           B-DAY-BIRTHDAY GIRL  ALW   1584.00    1584.00                           No Production
GG8320LI           INFNT/TODDLR-METALL  ALW   1344.00    1344.00                           No Production
GG8320PK           INFNT/TODDLR-METALL  ALW    576.00     576.00                           No Production
GG8321FS           INFNT/TODDLER-GLITTE ALW    312.00     312.00                           No Production
GG8321TQ           INFANT/TODDLER- GLIT ALW    576.00     576.00                           No Production
GG8322FS           INFNT/TODDLER-GLITT  ALW   1176.00    1176.00                           No Production
GG8322PK           INFNT/TODDLER-GLITT  ALW   1536.00    1536.00                           No Production
GG8325FS           INFNT/TODDLER-CHEVRO ALW   2256.00    2256.00                           No Production
GG8362             MERMAID DRESS-UP SET ALW   2472.00    2472.00                           No Production
GG8371             MERMAID SKIRT, WAND  ALW   1968.00    1968.00                           No Production
GG8375             MERMAID DRESS UP SET ALW   2160.00    2160.00                           No Production
GG9019             HEART SHAPE MAKE UP  ALW    888.00     888.00                           No Production
LOL2008            LOL 4PK NAILS        ALW    212.00     212.00                           No Production
LOL2050            LOL 4PC SLEEP MASK   ALW   4152.00    4152.00                           No Production
LOL2127 SPEC       LOL 1 PC DIARY       ALW   1872.00    1872.00                           No Production
LOL2137            LOL 6 PC MYSTERY HAI ALW   4248.00    4248.00                           No Production
```

```
DATE: 10/21/24                        ALMAR SALES COMPANY                                    PAGE:   5
TIME: 09:09:52                   INVOICE SUMMARY FOR 01455-1000                              ED.MAINS

Item Code          Description          INVOICE   B/O  On Ord Price    Total    Start Dt Cxl Date UPC#        SKU
------------------ -------------------- --------- ----- ----- ------ -------- ---------- -------- -------- ----------- ---------


                                   Items Backordered
Item Code          Item Description     Whs Report BOs Total BOs  Qty Expected Dt Expected Status       PO/IX Num
------------------ -------------------- --- ---------- ---------- ------------ ----------- ------------- ----------
PA119              3PC SKIRT/WING/WAND  ALW   2640.0C    2640.00                           No Production
PA137F             MPA SEQUIN SKIRT W/R ALW    504.00     504.00                           No Production
PA137L             MPA SEQUIN SKIRT W/R ALW    816.00     816.00                           No Production
PA170FS            MPA-CHEETAH PRINT 3  ALW   1320.00    1320.00                           No Production
PA170PM            MPA-CHEETAH PRINT 3  ALW    720.00     720.00                           No Production
```

11/4    OFFICe.    Shipment #1

# BILL OF LADING

**DATE:** 11/1/2024  **#159095**  PAGE 1 OF 1

## SHIPPING FROM

| | |
|---|---|
| **NAME:** | **ALMAR C/O RIALTO PACIFIC** |
| **ADDRESS:** | **180 FIRST AVE** |
| **CITY/STATE/ZIP** | **GOULDSBORO, PA 18424 USA** |
| **SID#** | **FOB** ☐ |

**BILL OF LADING NUMBER:** 00245760000258450

Trailer: 31508

**CARRIER NAME:** **BLUEGRACE LOGISTICS**

## SHIP TO

| | |
|---|---|
| **NAME:** | **BIG LOTS DC # 0879**   **LOCATION:** |
| **ADDRESS:** | **2306 ENTERPRISE BLVD.** |
| **CITY/STATE/ZIP** | **DURANT, OK 74701 US** |
| **CID#** | |

Seal number(s): 25910404
**SCAC**           **BGLF**
Pro Number:    P Hs: 26

Ctns: 945

## THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| **NAME:** | |
| **ADDRESS:** | |
| **CITY/STATE/ZIP** | |

**Freight Charge Terms:**   *(freight charges are prepaid unless marked otherwise)*

| Prepaid ☐ | Collect ☑ | 3rd Party ☐ |
|---|---|---|

**Special Instructions:**   ASN #978598ALW001
SHIPMENT #848812; BG860309924

☐ Master Bill of Lading: with attached
(CHECK BOX)     underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095642617 | | 20293.32 | Y | SHIPMENT #848812; BG860309924 |
| Grand Total | 945 | 20293.32 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | | CTNS | 2810.67 | | COSMETICS | 59420 | 85 |
| | PCS | | CTNS | 8597.91 | | FASHION ACCESSORIES | 59420 | 85 |
| | PCS | | CTNS | 1052.04 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | | CTNS | 6547.97 | | TOYS / NOVELTIES | 84260 | 125 |
| | PCS | 945 | CTNS | 1284.7 | | UNKNOWN | | |
| | | | | 20293.29 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

| COD Amount | | $ |
|---|---|---|
| Fee Terms | Collect | Prepaid |

Customer check acceptable:

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**Shipper Signature/Date**
This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Sandy Barreto 11-04-24

**Packing List**
PL Attached ☑

**Trailer Loaded**
By Shipper ☑
By Driver ☐

**Freight counted:**
By Shipper ☑
By Driver/pallets ☐
said to contain
By Driver/Pieces ☑

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

ABF    11/4/24

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____



**PO Packing List**

| Sold By | Ship To | Client Reference # | | Doc Date |
|---|---|---|---|---|
| Almar | BIG LOTS DC # 0879 | 978598ALW001 | | 11/1/2024 |
| | 2306 ENTERPRISE BLVD. DURANT OK 74701 | **Customer PO** | **Start Date** | **Cancel Date** |
| Phone: | Phone: 9173060333 | 0095642617 | 10/28/2024 | 10/28/2024 |
| | Dept #: | **Wave #** | **Dept #** | **Rep #** |
| | Store #: 0879 | 156092 | | |
| **Ship From** | **Shipment Tracking Number(s)** | **Duns #** | **Control #** | **Term** |
| Almar C/O Rialto Pacific | | | | Collect |
| 180 First Ave | | **Shipment Type** | **Vendor #** | **Ship Date** |
| Gouldsboro PA 18424 | | Freight Shipment | | 11/01/2024 |
| Phone: (310) 513 8833 | | | | |
| | **Shipment Cost(USD)** | **Ship VIA** | | **Est. Pallet Count** |
| | | | | 43 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AL9503B-24 | XXXXXXX | AL9503B | 190425006715 | | 12.8x9.64x6.7 | in. | 2.86 | 102 | 2448 | 102 | 2448 |
| ANN13887/6-48 | 810795079 | ANN13887/6 | 190425127205 | | 14.17x11.02x7.68 | in. | 11.02 | 28 | 1389 | 29 | 1389 |
| ANN19830/12-48 | 810795078 | ANN19830/12 | 190425139277 | | 19x14x10 | in. | 47 | 29 | 1413 | 30 | 1413 |
| ANN20912-24 | 810795077 | ANN20912 | 190425151712 | | 14x14x19 | in. | 10 | 35 | 852 | 36 | 852 |
| ANN20914-12 | 810795076 | ANN20914 | 190425151736 | | 14.76x13.39x16.14 | in. | 9.9 | 5 | 60 | 5 | 60 |
| ANN20915-12 | 810795075 | ANN20915 | 190425151743 | | 13.78x13.58x19.88 | in. | 9.9 | 43 | 516 | 43 | 516 |
| ANN20916-12 | 810795074 | ANN20916 | 190425151750 | | 13.58x13.58x16.73 | in. | 8.8 | 43 | 516 | 43 | 516 |
| ANTY18094-48 | 810795073 | ANTY18094 | 190425130069 | | 14x10x30 | in. | 8 | 195 | 9360 | 195 | 9360 |
| ANTY20773-36 | 810795071 | ANTY20773 | 190425148132 | | 22x11x16 | in. | 11.5 | 17 | 645 | 18 | 645 |
| ANTY21289-12 | 810795070 | ANTY21289 | 190425161766 | | 24x12x19 | in. | 10 | 45 | 540 | 45 | 540 |
| ANTY21291-48 | 810795069 | ANTY21291 | 190425161780 | | 27x20x21 | in. | 27 | 3 | 144 | 3 | 144 |
| ANTY21292-24 | 810795067 | ANTY21292 | 190425161797 | | 14x10x20 | in. | 9 | 21 | 504 | 21 | 504 |
| ANTY21294-24 | 810795068 | ANTY21294 | 190425161810 | | 27x13x24 | in. | 17 | 14 | 336 | 14 | 336 |
| ANTY21559-24 | 810795066 | ANTY21559 | 190425165832 | | 17.72x10.63x16.93 | in. | 9.9 | 33 | 792 | 33 | 792 |
| FK9055-12 | 810795086 | FK9055 | 024576848439 | | 21.26x14x13.8 | in. | 6.2 | 40 | 480 | 40 | 480 |
| FR25672-48 | 810795036 | FR25672 | 190425087554 | | 30.7x8x15 | in. | 15 | 7 | 3R3 | 8 | 383 |
| FR6037-12 | 810795081 | FR6037 | 190425087530 | | 23.43x12.04x15.94 | in. | 13.5 | 65 | 789 | 66 | 789 |
| FR7009-24 | 810795084 | FR7009 | 190425087523 | | 23.2x12.6x26.8 | in. | 20.5 | 20 | 501 | 21 | 501 |
| FR8326-24 | 810795031 | FR8326 | 190425087653 | | 21.26x17.72x9.84 | in. | 11.86 | 8 | 207 | 9 | 207 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FR920-24 | 810795083 | FR920 | 190425087578 | 30.31x11.8 in. 1x17 72 | 17.53 | 21 | 524 | 22 | 524 |
| GG10854-48 | XXXXXXX | GG10854 | 024576830731 | 15.8x11.7x in. 12.2 | 23.76 | 32 | 1536 | 32 | 1536 |
| GG10879-48 | 810795150 | GG10879 | 024576900311 | 15.8x11.7x in 11.6 | 14.3 | 24 | 1152 | 24 | 1152 |
| GG11028-48 | 810795149 | GG11028 | 024576864682 | 20.6x13.2x in 11.3 | 17.97 | 36 | 1750 | 37 | 1750 |
| GG13377-24 | 810795148 | GG13377 | 190425116131 | 21.26x13.9 in 8x10.24 | 11.4 | 12 | 288 | 12 | 288 |
| GG13390-24 | 810795147 | GG13390 | 190425116889 | 21.26x13.9 in 8x10.24 | 11.4 | 17 | 408 | 17 | 408 |
| GG13436-24 | 810795146 | GG13436 | 190425129797 | 21x12x9 in | 11.06 | 22 | 528 | 22 | 528 |
| GG13438-24 | 810795145 | GG13438 | 190425129810 | 21x12x9 in | 11.06 | 19 | 469 | 20 | 469 |
| GG13441-24 | 810795144 | GG13441 | 190425129841 | 21x12.5x9 in. | 10 | 24 | 576 | 24 | 576 |
| GG14100-48 | 810795143 | GG14100 | 190425148736 | 24x16.3x2 in. 2 | 26 | 8 | 431 | 9 | 431 |
| GG14101-48 | 810795142 | GG14101 | 190425148743 | 24x16.3x2 in. 2 | 10.6 | 11 | 564 | 12 | 564 |
| GG14103-48 | 810795141 | GG14103 | 190425148767 | 24x16.3x2 in. 2 | 26 | 7 | 336 | 7 | 336 |
| GG14104-48 | 810795140 | GG14104 | 190425148774 | 24x16.3x2 in. 2 | 26 | 1 | 59 | 2 | 59 |
| GG6035 1-48 | 810103734 | GG6035 1 | 024576778958 | 22.83x17.7 in. 2x16.93 | 19.45 | 21 | 1008 | 21 | 1008 |
| GG7010-24 | 810103580 | GG7010 | 024576770358 | 23x11x25 in | 16.7 | 28 | 691 | 29 | 691 |
| GG8000 1-48 | XXXXXXX | GG8000 1 | 024576821241 | 33.86x21.2 in. 6x23.62 | 25.8 | 13 | 666 | 14 | 666 |
| GG8000-48 | 1 | GG8000 | 024576821241 | 22.8x22x3 in. 4.3 | 24.8 | 0 | 20 | 1 | 20 |
| GG8010N-24 | 810795060 | GG8010N | 024576883812 | 26 2x16.3x in. 11.8 | 9.7 | 0 | 16 | 1 | 16 |
| GG8018-24 | 810795127 | GG8018 | 024576861742 | 20 5x15 8x in 7.9 | 10.5 | 0 | 2 | 1 | 2 |
| GG8034-24 | 810795124 | GG8034 | 024576869458 | 20.5x15.8x in. 7 9 | 9.7 | 17 | 408 | 17 | 408 |
| GG8048FS-24 | XXXXXXX | GG8048FS | 024576876869 | 20.87x14 9 in 6x7.09 | 6.6 | 8 | 211 | 9 | 211 |
| GG8048LI-24 | XXXXXXX | GG8048LI | 024576876869 | 20.87x14.9 in. 6x7.09 | 6.6 | 7 | 168 | 7 | 168 |
| GG8052-24 | 810795032 | GG8052 | 024576880231 | 20x17x11 in. | 9.01 | 30 | 736 | 31 | 736 |
| GG8055X-24 | 810795033 | GG8055X | 024576889258 | 30.7x15x8 in. 3 | 13 | 12 | 288 | 12 | 288 |
| GG8057-24 | 810795035 | GG8057 | 024576880286 | 29x15x8 in | 9.5 | 30 | 720 | 30 | 720 |
| GG8101N-24 | 810795125 | GG8101N | 024576886073 | 20.5x15.8x in 10.6 | 8.7 | 8 | 215 | 9 | 215 |
| GG8106-24 | 810795047 | GG8106 | 024576889715 | 21.1x13 6x in. 15.7 | 9.3 | 10 | 240 | 10 | 240 |
| GG8111-24 | XXXXXXX | GG8111 | 024576889760 | 33.5x15x1 in 0 | 13.2 | 9 | 216 | 9 | 216 |
| GG8128-24 | 810795057 | GG8128 | 024576898212 | 15.75x12.6 in. x9.45 | 7.4 | 11 | 279 | 12 | 279 |
| GG8140-12 | 810795085 | GG8140 | 024576898427 | 16.2x15.5x in. 14 | 3.7 | 37 | 452 | 38 | 452 |
| GG8156-24 | 810795080 | GG8156 | 024576971151 | 25.59x17.9 in. 1x25.39 | 27.1 | 20 | 480 | 20 | 480 |
| GG8167-24 | 810795059 | GG8167 | 024576978600 | 20.5x15.8x in. 7.9 | 7.5 | 23 | 570 | 24 | 570 |
| GG8184-24 | 810795058 | GG8184 | 024576978471 | 16.93x12.6 in. x9.45 | 6.2 | 3 | 82 | 4 | 82 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GG8188-48 | 810795091 | GG8188 | 024576980429 | | 24x15x28 | in. | 28.4 | 25 | 1200 | 25 | 1200 |
| GG8194 1-48 | XXXXXXX | GG8194 1 | 024576980481 | | 24x16x28 | in | 27 | 2 | 142 | 3 | 142 |
| GG8194-48 | 810795090 | GG8194 | 024576980481 | | 24x15x28 | in | 28.4 | 28 | 1369 | 29 | 1369 |
| GG8212-24 | 810795051 | GG8212 | 024576985967 | | 16.73x13.1 9x11.81 | in. | 8.03 | 3 | 72 | 3 | 72 |
| GG8215-24 | 810795050 | GG8215 | 024576985998 | | 16.73x13.1 9x11.81 | in | 8.62 | 12 | 308 | 13 | 308 |
| GG8226-24 | 810795049 | GG8226 | 024576988807 | | 20.5x15x9. 5 | in | 8 | 46 | 1104 | 46 | 1104 |
| GG8240-24 | 810795056 | GG8240 | 024576211899 | | 20.5x15.5x 8 | in | 9.7 | 11 | 286 | 12 | 286 |
| GG8249F/M-24 | XXXXXXX | GG8249F/M | 024576211981 | | 27.5x15x8 | in. | 8.2 | 1 | 24 | 1 | 24 |
| GG8253-24 | XXXXXXX | GG8253 | 024576212025 | | 30x15x8 | in. | 10 | 10 | 253 | 11 | 253 |
| GG8274/GS-24 | XXXXXXX | GG8274/GS | 024576223151 | | 22x13.5x1 2.5 | in. | 8.8 | 3 | 74 | 4 | 74 |
| GG8277PK-24 | 810795137 | GG8277PK | 024576217600 | | 21.5x14.5x 10 | in. | 8.5 | 17 | 408 | 17 | 408 |
| GG8290PK-24 | 810795048 | GG8290PK | 024576225865 | | 21x13.5x1 5.5 | in. | 9.5 | 16 | 384 | 16 | 384 |
| GG8320LI-24 | 810795135 | GG8320LI | 190425000560 | | 21.5x15.5x 7 | in. | 5.8 | 5 | 120 | 5 | 120 |
| GG8320PK-24 | 810795135 | GG8320PK | 190425000560 | | 21.5x15.5x 7 | in. | 5.8 | 14 | 336 | 14 | 336 |
| GG8321FS-24 | 810795133 | GG8321FS | 190425000577 | | 21.5x15.5x 6 | in | 5.8 | 6 | 144 | 6 | 144 |
| GG8321TQ-24 | 810795133 | GG8321TQ | 190425000577 | | 21.5x15.5x 6 | in. | 5.8 | 2 | 57 | 3 | 57 |
| GG8322FS-24 | 810795132 | GG8322FS | 190425000584 | | 21.5x15.5x 6 | in. | 5.8 | 12 | 288 | 12 | 288 |
| GG8322PK-24 | XXXXXXX | GG8322PK | 190425000584 | | 21.5x15.5x 6 | in | 5.8 | 16 | 384 | 16 | 384 |
| GG8325FS-24 | 810795130 | GG8325FS | 190425000614 | | 20x13.5x1 2.5 | in. | 8.8 | 23 | 552 | 23 | 552 |
| GG8360-24 | XXXXXXX | GG8360 | 190425084652 | | 22.44x12.6 x14.6 | in. | 10.47 | 1 | 24 | 1 | 24 |
| GG8362-24 | 810795040 | GG8362 | 190425084683 | | 22.44x12.6 x12.6 | in. | 7.6 | 24 | 592 | 25 | 592 |
| GG8371-48 | 810795039 | GG8371 | 190425114762 | | 20x16x13 | in. | 11.25 | 10 | 480 | 10 | 480 |
| GG8375-48 | 810795037 | GG8375 | 190425114809 | | 24x20x17 | in. | 24.5 | 10 | 527 | 11 | 527 |
| GG9019X-24 | XXXXXXX | GG9019X | 190425112133 | | 20x10x32 | in | 9.5 | 9 | 216 | 9 | 216 |
| LOL2008 1-24 | XXXXXXX | LOL2008 1 | 190425044755 | | 11.02x9.06 x7.08 | in. | 2.6 | 48 | 1152 | 48 | 1152 |
| LOL2050-24 | 810795064 | LOL2050 | 190425082160 | | 12.99x8.26 x7.87 | in. | 4.4 | 41 | 1002 | 42 | 1002 |
| LOL2127 SPEC-72 | 810795063 | LOL2127 SPEC | 190425129964 | | 14x10x8 | in. | 11.45 | 6 | 432 | 6 | 432 |
| LOL2137-24 | 810795062 | LOL2137 | 190425115738 | | 13x10x10 | in. | 4.18 | 43 | 1032 | 43 | 1032 |
| PA119-24 | 810795038 | PA119 | 024576889906 | | 24x20x12. 5 | in | 10 | 27 | 648 | 27 | 648 |
| PA137F-24 | 810795046 | PA137F | 024576961336 | | 23.4x17x1 0.2 | in. | 12.5 | 5 | 120 | 5 | 120 |
| PA137L-24 | 810795045 | PA137L | 024576961343 | | 23.4x17x1 0.2 | in. | 12.5 | 8 | 192 | 8 | 192 |
| PA170FS-24 | 810795055 | PA170FS | 024576213268 | | 25x18x13 | in | 8.5 | 12 | 311 | 13 | 311 |
| PA170PM-24 | 810795054 | PA170PM | 024576213275 | | 25x18x13 | in. | 8.5 | 7 | 168 | 7 | 168 |

| TOTALS | | | | |
|---|---|---|---|---|
| | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| ORDERED | 945 | 52,365 | 20,293.27 | 4,095.45 |
| SHIPPED | 945 | 52,365 | 20,293.27 | 4,095.45 |

**NOTES:**

114                    OMCe.   SHIPMENT #1

| DATE: 11/1/2024 | | | | **BILL OF LADING** | | #159095 | | PAGE 1 OF 1 |

<table>
<tr><td colspan="3">SHIPPING FROM</td></tr>
</table>

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                         FOB ☐

BILL OF LADING NUMBER:    00245760000258450

**SHIP TO**

NAME: **BIG LOTS DC # 0879**
ADDRESS: **2306 ENTERPRISE BLVD.**        LOCATION:
CITY/STATE/ZIP **DURANT, OK 74701 US**
CID#

CARRIER NAME:   **BLUEGRACE LOGISTICS**

Seal number(s):
SCAC        **BGLF**
Pro Number
#37508

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP

Freight Charge Terms:   (freight charges are prepaid unless marked otherwise)

Special Instructions:   ASN #978598ALW001
SHIPMENT #848812; BG860309924

Prepaid ☐       Collect ☑       3rd Party ☐
☐       Master Bill of Lading: with attached
(CHECK BOX)          underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095642617 | | 20293.32 | Y | SHIPMENT #848812; BG860309924 |
| Grand Total | 945 | 20293.32 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | | CTNS | 2810.67 | | COSMETICS | 59420 | 85 |
| | PCS | | CTNS | 8597.91 | | FASHION ACCESSORIES | 59420 | 85 |
| | PCS | | CTNS | 1052.04 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | | CTNS | 6547.97 | | TOYS / NOVELTIES | 84260 | 125 |
| | PCS | | CTNS | 1284.7 | | UNKNOWN | | |
| | 945 | | | 20293.29 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount        $
Fee Terms    Collect        Prepaid
Customer check acceptable:

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☐  By Shipper ☑  By Driver ☐ | By Shipper ☑  By Driver/pallets ☐  said to contain  By Driver/Pieces ☑ | | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

PHS: 26 , CTHS: 945
dHiver: Sebastian

DATE:
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 109  OF: 1814**

**PLTS: 1   OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 38  OF: 1814**

**PLTS: 2  OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 40  OF: 1814**

**PLTS: 3   OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 40  OF: 1814**

**PLTS: 4   OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 40  OF: 1814**

**PLTS: 5  OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 40  OF: 1814**

**PLTS: 6   OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION:** _____

**QTY: 35  OF: 1814**

**PLTS: 7  OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 34  OF: 1814**

**PLTS: 8   OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 32  OF: 1814**

**PLTS: 9  OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 40  OF: 1814**

**PLTS: 10     OF: ___**

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 18  OF: 1814**

**PLTS: 11     OF: ___**

**BY: Luz        DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 28  OF: 1814**

**PLTS: 12     OF: ___**

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 57  OF: 1814**

**PLTS: 13    OF: ___**

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 54  OF: 1814**

**PLTS: 14    OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 70  OF: 1814**

**PLTS: 15     OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 23  OF: 1814**

**PLTS: 16    OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 21  OF: 1814**

**PLTS: 17     OF: ___**

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 6  OF: 1814**

**PLTS: 18    OF: ___**

**BY: Luz    DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 6  OF: 1814**

**PLTS: 19    OF: ___**

**BY: Luz    DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION:** _____

**QTY: 25  OF: 1814**

**PLTS: 20     OF:** ___

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 54  OF: 1814**

**PLTS: 21     OF: ___**

**BY: Luz     DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 31  OF: 1814**

**PLTS: 22    OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 31  OF: 1814**

**PLTS: 23     OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD: #848812; BG860309924**

**PO# 95642617**

**DESTINATION: _____**

**QTY: 39  OF: 1814**

**PLTS: 24    OF: ___**

**BY: Luz    DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION:** _____

**QTY: 17  OF: 1814**

**PLTS: 25    OF: ___**

**BY: Luz      DATE 11/ 04/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  #848812; BG860309924**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 17  OF: 1814**

**PLTS: 26     OF: ___**

**BY: Luz     DATE 11/ 04/2024**

*HS office shpment #2.*

**DATE: 11/1/2024**    **BILL OF LADING**    **#159095**    **PAGE 1 OF 1**

### SHIPPING FROM

| | |
|---|---|
| NAME: | **ALMAR C/O RIALTO PACIFIC** |
| ADDRESS: | **180 FIRST AVE** |
| CITY/STATE/ZIP | **GOULDSBORO, PA 16424 USA** |
| SID# | FOB ☐ |

BILL OF LADING NUMBER:    00245760000258450

*Trailer: 31712*

CARRIER NAME: **BLUEGRACE LOGISTICS**

Seal number(s): *25910445*

### SHIP TO

| | |
|---|---|
| NAME: | **BIG LOTS DC # 0879**    LOCATION: |
| ADDRESS: | **2306 ENTERPRISE BLVD.** |
| CITY/STATE/ZIP | **DURANT, OK 74701 US** |
| CID# | |

SCAC    **BGLF**

Pro Number:

*plts: 24*

*ctns: 869*

### THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| NAME: | |
| ADDRESS: | |
| CITY/STATE/ZIP | |

**Freight Charge Terms:**  *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☑    3rd Party ☐

☐ (CHECK BOX)    Master Bill of Lading: with attached underlying Bills of Lading

Special Instructions:    ASN #978598ALW001

SHIPMENT #848813; BG860310024

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095642617 | *BGG* | 20293.32 | Y | SHIPMENT #848812; BG860309924 |
| Grand Total | *869* | 20293.32 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | | CTNS | 2810.67 | | COSMETICS | 59420 | 85 |
| | PCS | | CTNS | 8597.91 | | FASHION ACCESSORIES | 59420 | 85 |
| | PCS | | CTNS | 1052.04 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | | CTNS | 6547.97 | | TOYS / NOVELTIES | 84260 | 125 |
| | PCS | | CTNS | 1284.7 | | UNKNOWN | | |
| | *869* | | | 20293.29 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount    $

Fee Terms    Collect ☐    Prepaid ☐

Customer check acceptable.

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Sandy Garreto 11-05-24*

| Packing List | Trailer Loaded | Freight counted: |
|---|---|---|
| PL Attached ☑ | By Shipper ☑ | By Shipper ☐ |
| | By Driver ☐ | By Driver/pallets said to contain ☐ |
| | | By Driver/Pieces ☑ |

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

*11/5/24*

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____



**all·ways**

| **PO Packing List** |

| **Sold By** | **Ship To** | **Client Reference #** | | **Doc Date** |
|---|---|---|---|---|
| Almar | BIG LOTS DC # 0879<br>2306 ENTERPRISE BLVD. DURANT OK<br>74701 | 978598ALW001 | | 11/1/2024 |
| Phone: | Phone: 9173060333<br>Dept #:<br>Store #: 0879 | **Customer PO**<br>0095642617 | **Start Date**<br>10/28/2024 | **Cancel Date**<br>10/28/2024 |
| | | **Wave #**<br>156092 | **Dept #** | **Rep #** |
| **Ship From** | **Shipment Tracking Number(s)** | **Duns #** | **Control #** | **Term**<br>Collect |
| Almar C/O Rialto Pacific<br>180 First Ave<br>Gouldsboro PA 18424<br>Phone: (310) 513 8833 | | **Shipment Type**<br>Freight Shipment | **Vendor #** | **Ship Date**<br>11/01/2024 |
| | **Shipment Cost(USD)** | **Ship VIA** | | **Est. Pallet Count**<br>43 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AL9503B-24 | XXXXXXX | AL9503B | 190425006715 | | 12.8x9.64x16.7 | | 2.86 | 102 | 2448 | 102 | 2448 |
| ANN13887/6-48 | 810795079 | ANN13887/6 | 190425127205 | | 14.17x11.0x7.68 | in. | 11.02 | 28 | 1389 | 29 | 1389 |
| ANN19830/12-48 | 810795078 | ANN19830/12 | 190425139277 | | 19x14x10 | in. | 47 | 29 | 1413 | 30 | 1413 |
| ANN20912-24 | 810795077 | ANN20912 | 190425151712 | | 14x14x19 | in. | 10 | 35 | 852 | 36 | 852 |
| ANN20914-12 | 810795076 | ANN20914 | 190425151736 | | 14.76x13.39x16.14 | in. | 9.9 | 5 | 60 | 5 | 60 |
| ANN20915-12 | 810795075 | ANN20915 | 190425151743 | | 13.78x13.58x19.88 | in. | 9.9 | 43 | 516 | 43 | 516 |
| ANN20916-12 | 810795074 | ANN20916 | 190425151750 | | 13.58x13.58x16.73 | in. | 8.8 | 43 | 516 | 43 | 516 |
| ANTY18094-48 | 810795073 | ANTY18094 | 190425130069 | | 14x10x30 | in. | 8 | 195 | 9360 | 195 | 9360 |
| ANTY20773-36 | 810795071 | ANTY20773 | 190425148132 | | 22x11x16 | in. | 11.5 | 17 | 645 | 18 | 645 |
| ANTY21289-12 | 810795070 | ANTY21289 | 190425161766 | | 24x12x19 | in. | 10 | 45 | 540 | 45 | 540 |
| ANTY21291-48 | 810795069 | ANTY21291 | 190425161780 | | 27x20x21 | in. | 27 | 3 | 144 | 3 | 144 |
| ANTY21292-24 | 810795067 | ANTY21292 | 190425161797 | | 14x10x20 | in. | 9 | 21 | 504 | 21 | 504 |
| ANTY21294-24 | 810795068 | ANTY21294 | 190425161810 | | 27x13x24 | in. | 17 | 14 | 336 | 14 | 336 |
| ANTY21559-24 | 810795066 | ANTY21559 | 190425165832 | | 17.72x10.63x16.93 | in. | 9.9 | 33 | 792 | 33 | 792 |
| FK9055-12 | 810795086 | FK9055 | 024576848439 | | 21.26x14x13.8 | in. | 6.2 | 40 | 480 | 40 | 480 |
| FR25672-48 | 810795036 | FR25672 | 190425087554 | | 30.7x8x15 | in. | 15 | 7 | 383 | 8 | 383 |
| FR6037-12 | 810795081 | FR6037 | 190425087530 | | 23.43x12.04x15.94 | in. | 13.5 | 65 | 789 | 66 | 789 |
| FR7009-24 | 810795084 | FR7009 | 190425087523 | | 23.2x12.6x26.8 | in. | 20.5 | 20 | 501 | 21 | 501 |
| FR8326-24 | 810795031 | FR8326 | 190425087653 | | 21.26x17.72x9.84 | in. | 11.86 | 8 | 207 | 9 | 207 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FR920-24 | 810795083 | FR920 | 190425087578 | 30.31x11.8 in. 1x17.72 | 17.53 | 21 | 524 | 22 | 524 |
| GG10854-48 | XXXXXXX | GG10854 | 024576830731 | 15.8x11.7x in 12.2 | 23.76 | 32 | 1536 | 32 | 1536 |
| GG10879-48 | 810795150 | GG10879 | 024576900311 | 15.8x11.7x in 11.6 | 14.3 | 24 | 1152 | 24 | 1152 |
| GG11028-48 | 810795149 | GG11028 | 024576864682 | 20.6x13.2x in. 11.3 | 17.97 | 36 | 1750 | 37 | 1750 |
| GG13377-24 | 810795148 | GG13377 | 190425116131 | 21.26x13.9 in 8x10.24 | 11.4 | 12 | 288 | 12 | 288 |
| GG13390-24 | 810795147 | GG13390 | 190425116889 | 21.26x13.9 in 8x10.24 | 11.4 | 17 | 408 | 17 | 408 |
| GG13436-24 | 810795146 | GG13436 | 190425129797 | 21x12x9 in. | 11.06 | 22 | 528 | 22 | 528 |
| GG13438-24 | 810795145 | GG13438 | 190425129810 | 21x12x9 in | 11.06 | 19 | 469 | 20 | 469 |
| GG13441-24 | 810795144 | GG13441 | 190425129841 | 21x12.5x9 in. | 10 | 24 | 576 | 24 | 576 |
| GG14100-48 | 810795143 | GG14100 | 190425148736 | 24x16.3x2 2 | 26 | 8 | 431 | 9 | 431 |
| GG14101-48 | 810795142 | GG14101 | 190425148743 | 24x16.3x2 2 | 10.6 | 11 | 564 | 12 | 564 |
| GG14103-48 | 810795141 | GG14103 | 190425148767 | 24x16.3x2 2 | 26 | 7 | 336 | 7 | 336 |
| GG14104-48 | 810795140 | GG14104 | 190425148774 | 24x16.3x2 2 | 26 | 1 | 59 | 2 | 59 |
| GG6035 1-48 | 810103734 | GG6035 1 | 024576778958 | 22.83x17 7 2x16.93 | 19.45 | 21 | 1008 | 21 | 1008 |
| GG7010-24 | 810103580 | GG7010 | 024576770358 | 23x11x25 in. | 16.7 | 28 | 691 | 29 | 691 |
| GG8000 1-48 | XXXXXXX | GG8000 1 | 024576821241 | 33.86x21.2 in. 6x23.62 | 25.8 | 13 | 666 | 14 | 666 |
| GG8000-48 | 1 | GG8000 | 024576821241 | 22.8x22x3 in. 4.3 | 24.8 | 0 | 20 | 1 | 20 |
| GG8010N-24 | 810795060 | GG8010N | 024576883812 | 26.2x16.3x in. 11.8 | 9.7 | 0 | 16 | 1 | 16 |
| GG8018-24 | 810795127 | GG8018 | 024576861742 | 20.5x15.8x in. 7.9 | 10 5 | 0 | 2 | 1 | 2 |
| GG8034-24 | 810795124 | GG8034 | 024576869458 | 20.5x15.8x in 7.9 | 9 7 | 17 | 408 | 17 | 408 |
| GG8048FS-24 | XXXXXXX | GG8048FS | 024576876869 | 20.87x14.9 in. 6x7.09 | 6.6 | 8 | 211 | 9 | 211 |
| GG8048LI-24 | XXXXXXX | GG8048LI | 024576876869 | 20.87x14.9 in. 6x7.09 | 6.6 | 7 | 168 | 7 | 168 |
| GG8052-24 | 810795032 | GG8052 | 024576880231 | 20x17x11 in. | 9.01 | 30 | 736 | 31 | 736 |
| GG8055X-24 | 810795033 | GG8055X | 024576889258 | 30.7x15x8. 3 | 13 | 12 | 288 | 12 | 288 |
| GG8057-24 | 810795035 | GG8057 | 024576880286 | 29x15x8 in. | 9 5 | 30 | 720 | 30 | 720 |
| GG8101N-24 | 810795125 | GG8101N | 024576886073 | 20.5x15.8x in. 10.6 | 8 7 | 8 | 215 | 9 | 215 |
| GG8106-24 | 810795047 | GG8106 | 024576889715 | 21.1x13.6x in 15.7 | 9 3 | 10 | 240 | 10 | 240 |
| GG8111-24 | XXXXXXX | GG8111 | 024576889760 | 33.5x15x1 in 0 | 13.2 | 9 | 216 | 9 | 216 |
| GG8128-24 | 810795057 | GG8128 | 024576898212 | 15.75x12.6 in. x9.45 | 7.4 | 11 | 279 | 12 | 279 |
| GG8140-12 | 810795085 | GG8140 | 024576898427 | 16.2x15.5x in. 14 | 3.7 | 37 | 452 | 38 | 452 |
| GG8156-24 | 810795080 | GG8156 | 024576971151 | 25.59x17.9 in. 1x25.39 | 27.1 | 20 | 480 | 20 | 480 |
| GG8167-24 | 810795059 | GG8167 | 024576978600 | 20.5x15.8x in 7.9 | 7.5 | 23 | 570 | 24 | 570 |
| GG8184-24 | 810795058 | GG8184 | 024576978471 | 16.93x12.6 in. x9.45 | 6.2 | 3 | 82 | 4 | 82 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GG8188-48 | 810795091 | GG8188 | 024576980429 | | 24x15x28 | in. | 28.4 | 25 | 1200 | 25 | 1200 |
| GG8194 1-48 | XXXXXXX | GG8194 1 | 024576980481 | | 24x16x28 | in. | 27 | 2 | 142 | 3 | 142 |
| GG8194-48 | 810795090 | GG8194 | 024576980481 | | 24x15x28 | in. | 28.4 | 28 | 1369 | 29 | 1369 |
| GG8212-24 | 810795051 | GG8212 | 024576985967 | | 16.73x13.1 9x11.81 | in. | 8.03 | 3 | 72 | 3 | 72 |
| GG8215-24 | 810795050 | GG8215 | 024576985998 | | 16.73x13.1 9x11.81 | in. | 8.62 | 12 | 308 | 13 | 308 |
| GG8226-24 | 810795049 | GG8226 | 024576988807 | | 20.5x15x9. 5 | in. | 8 | 46 | 1104 | 46 | 1104 |
| GG8240-24 | 810795056 | GG8240 | 024576211899 | | 20.5x15.5x 8 | in. | 9.7 | 11 | 286 | 12 | 286 |
| GG8249F/M-24 | XXXXXXX | GG8249F/M | 024576211981 | | 27.5x15x8 | in. | 8.2 | 1 | 24 | 1 | 24 |
| GG8253-24 | XXXXXXX | GG8253 | 024576212025 | | 30x15x8 | in | 10 | 10 | 253 | 11 | 253 |
| GG8274/GS-24 | XXXXXXX | GG8274/GS | 024576223151 | | 22x13.5x1 2.5 | in. | 8.8 | 3 | 74 | 4 | 74 |
| GG8277PK-24 | 810795137 | GG8277PK | 024576217600 | | 21.5x14.5x 10 | in. | 8.5 | 17 | 408 | 17 | 408 |
| GG8290PK-24 | 810795048 | GG8290PK | 024576225865 | | 21x13.5x1 5.5 | in | 9.5 | 16 | 384 | 16 | 384 |
| GG8320LI-24 | 810795135 | GG8320LI | 190425000560 | | 21.5x15.5x 7 | in. | 5.8 | 5 | 120 | 5 | 120 |
| GG8320PK-24 | 810795135 | GG8320PK | 190425000560 | | 21.5x15.5x 7 | in. | 5.8 | 14 | 336 | 14 | 336 |
| GG8321FS-24 | 810795133 | GG8321FS | 190425000577 | | 21.5x15.5x 6 | in. | 5.8 | 6 | 144 | 6 | 144 |
| GG8321TQ-24 | 810795133 | GG8321TQ | 190425000577 | | 21.5x15.5x 6 | in. | 5.8 | 2 | 57 | 3 | 57 |
| GG8322FS-24 | 810795132 | GG8322FS | 190425000584 | | 21.5x15.5x 6 | in. | 5.8 | 12 | 288 | 12 | 288 |
| GG8322PK-24 | XXXXXXX | GG8322PK | 190425000584 | | 21.5x15.5x 6 | in. | 5.8 | 16 | 384 | 16 | 384 |
| GG8325FS-24 | 810795130 | GG8325FS | 190425000614 | | 20x13.5x1 2.5 | in. | 8 8 | 23 | 552 | 23 | 552 |
| GG8360-24 | XXXXXXX | GG8360 | 190425084652 | | 22.44x12.6 x14.6 | in. | 10.47 | 1 | 24 | 1 | 24 |
| GG8362-24 | 810795040 | GG8362 | 190425084683 | | 22.44x12.6 x12.6 | in. | 7.6 | 24 | 592 | 25 | 592 |
| GG8371-48 | 810795039 | GG8371 | 190425114762 | | 20x16x13 | in. | 11.25 | 10 | 480 | 10 | 480 |
| GG8375-48 | 810795037 | GG8375 | 190425114809 | | 24x20x17 | in. | 24.5 | 10 | 527 | 11 | 527 |
| GG9019X-24 | XXXXXXX | GG9019X | 190425112133 | | 20x10x32 | in. | 9.5 | 9 | 216 | 9 | 216 |
| LOL2008 1-24 | XXXXXXX | LOL2008 1 | 190425044755 | | 11.02x9.06 x7.08 | in. | 2.6 | 48 | 1152 | 48 | 1152 |
| LOL2050-24 | 810795064 | LOL2050 | 190425082160 | | 12.99x8.26 x7.87 | in. | 4.4 | 41 | 1002 | 42 | 1002 |
| LOL2127 SPEC-72 | 810795063 | LOL2127 SPEC | 190425129964 | | 14x10x8 | in. | 11.45 | 6 | 432 | 6 | 432 |
| LOL2137-24 | 810795062 | LOL2137 | 190425115738 | | 13x10x10 | in. | 4.18 | 43 | 1032 | 43 | 1032 |
| PA119-24 | 810795038 | PA119 | 024576889906 | | 24x20x12. 5 | in. | 10 | 27 | 648 | 27 | 648 |
| PA137F-24 | 810795046 | PA137F | 024576961336 | | 23.4x17x1 0.2 | in. | 12.5 | 5 | 120 | 5 | 120 |
| PA137L-24 | 810795045 | PA137L | 024576961343 | | 23.4x17x1 0.2 | in. | 12.5 | 8 | 192 | 8 | 192 |
| PA170FS-24 | 810795055 | PA170FS | 024576213268 | | 25x18x13 | in. | 8.5 | 12 | 311 | 13 | 311 |
| PA170PM-24 | 810795054 | PA170PM | 024576213275 | | 25x18x13 | in. | 8.5 | 7 | 168 | 7 | 168 |

| TOTALS | | | | |
|---|---|---|---|---|
| | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| **ORDERED** | 869 | 52,365 | 20,293.27 | 4,095.45 |
| **SHIPPED** | 869 | 52,365 | 20,293.27 | 4,095.45 |

**NOTES:**

11/5    omw    SHPMWIT #2.

| DATE: 11/1/2024 | | | BILL OF LADING | #159095 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|---|

**SHIPPING FROM**

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                                    FOB ☐

BILL OF LADING NUMBER:    00245760000258450

**SHIP TO**

NAME: **BIG LOTS DC # 0879**       LOCATION:
ADDRESS: **2306 ENTERPRISE BLVD.**
CITY/STATE/ZIP **DURANT, OK 74701 US**
CID#

CARRIER NAME: **BLUEGRACE LOGISTICS**

Seal number(s):
SCAC        **BGLF**
Pro Number:  #-3712

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP

Freight Charge Terms:  *(freight charges are prepaid unless marked otherwise)*

Special Instructions:    ASN #978598ALW001

SHIPMENT #848813; BG860310024

Prepaid ☐    Collect ☑    3rd Party ☐
☐    Master Bill of Lading: with attached
(CHECK BOX)    underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095642617 | 869 | 20293.32 | Y | SHIPMENT #848812; BG860309924 |
| Grand Total | | 20293.32 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | | CTNS | 2810.67 | | COSMETICS | 59420 | 85 |
| | PCS | | CTNS | 8597.91 | | FASHION ACCESSORIES | 59420 | 85 |
| | PCS | | CTNS | 1052.04 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | | CTNS | 6547.97 | | TOYS / NOVELTIES | 84260 | 125 |
| | PCS | | CTNS | 1284.7 | | UNKNOWN | | |
| | 869 | | | 20293.29 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

| COD Amount | | $ | |
|---|---|---|---|
| Fee Terms | Collect | | Prepaid |
| Customer check acceptable: | | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment stairs & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

Shipper Signature/Date

This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Packing List    Trailer Loaded    Freight counted:
PL Attached ☑    By Shipper ☑    By Shipper ☐
                 By Driver ☐    By Driver/pallets ☐
                                said to contain
                                By Driver/Pieces ☑

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____

PHS: 24 , CHS: 869
driver: Sebastian

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:   BG860310024**

**PO#  95642617**

**DESTINATION:** _____

**QTY:** 15  **OF:** 1814

**PLTS:** 27 **OF:**

**BY: Luz      DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION:** _____

**QTY:** 17  **OF:** 1814

**PLTS:** 28  **OF:**

**BY: Luz      DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 12  OF: 1814**

**PLTS: 29  OF:**

**BY: Luz      DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:   BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY:** 19 **OF: 1814**

**PLTS:** 30 **OF:**

**BY: Luz     DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:   BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 57 OF: 1814**

**PLTS: 31 OF:**

**BY: Luz      DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:   BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 53 OF: 1814**

**PLTS: 32 OF:**

**BY: Luz       DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION:** _____

**QTY: 30 OF: 1814**

**PLTS: 33 OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION:** _____

**QTY: 55 OF: 1814**

**PLTS: 34 OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 34  OF: 1814**

**PLTS: 35  OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO# 95642617**

**DESTINATION: _____**

**QTY:** 49 **OF: 1814**

**PLTS:** 36 **OF:**

**BY: Luz     DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY:** 112 **OF: 1814**

**PLTS:** 37 **OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION: _____**

**QTY: 30 OF: 1814**

**PLTS: 38 OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO#  95642617**

**DESTINATION:** _____

**QTY:** 31  **OF:** 1814

**PLTS:** 39 **OF:**

**BY: Luz    DATE 11/ 05/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BLUEGRACE LOGISTICS**

**LOAD:  BG860310024**

**PO# 95642617**

**DESTINATION:** _____

**QTY:** 22 **OF:** 1814

**PLTS:** 40 **OF:**

**BY: Luz     DATE 11/ 05/2024**

# Almar
### SALES COMPANY
**Almar Sales Co, Inc**

Offices and   320 5th Avenue , 3FL
Showrooms   New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 956771 |
|---|---|
| DATE | 10/02/24 |
| DUE DATE | 11/01/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 6 |

**S O L D  T O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081



**S H I P  T O**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                         REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095614380 | 976144 | FK | NET 30 | UPS GROUND |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EX1353/72 CON | BRIGHT ELASTICS 72CT<br>UPC: 1-90425-11300-0<br>Inner/Master: 4/144 | 1008 | 1008 | EA | 1.73 | 1743.84 |
| EX1002/30M CON | 30 METALLIC HAIR COILS IN CANISTER<br>UPC: 1-90425-08779-0<br>Inner/Master: 3/72 | 432 | 432 | EA | 2.16 | 933.12 |
| EX328/16 CON | 16PC LARGE  TRANSPARENT PONY-TAIL BALL<br>UPC: 1-90425-11298-0<br>Inner/Master: 3/72 | 72 | 72 | EA | 1.73 | 124.56 |
| EX1376/6B CON | 6PC ASST BRIGHT BOWS<br>UPC: 1-90425-11297-3<br>Inner/Master: 3/144 | 1008 | 1008 | EA | 1.73 | 1743.84 |
| TSB1305 CON | ALL PURPOSE BRUSH<br>UPC: 1-90425-11349-9<br>Inner/Master: 3/72 | 216 | 216 | EA | 1.01 | 218.16 |
| EX852/18A CON | 18PC ROUND ELASTICS<br>UPC: 0-24576-77560-5<br>Inner/Master: 4/288 | 576 | 576 | EA | .56 | 322.56 |
| TST1400/5 CON | 5 PC VELVET TWISTERS ASSORTED COLORS<br>UPC: 1-90425-09645-7<br>Inner/Master: 4/144 | 720 | 720 | EA | 1.08 | 777.60 |
| TSJ1159/3 CON | CLAW CLIPS 3CT<br>UPC: 1-90425-11852-4<br>Inner/Master: 3/144 | 288 | 288 | EA | .80 | 230.40 |
| EXH1136/12 CON | SHOELACE HEADBANDS 12CT<br>UPC: 1-90425-12672-7<br>Inner/Master: 3/144 | 288 | 288 | EA | 1.80 | 518.40 |
| TST1427/10 CON | DISCO DOT TWISTERS 10CT<br>UPC: 1-90425-11964-4<br>Inner/Master: 3/144 | 288 | 288 | EA | 1.80 | 518.40 |
| TSB1296 CON | CURVE VENT BRUSH<br>UPC: 1-90425-08531-4<br>Inner/Master: 3/48 | 912 | 912 | EA | 1.12 | 1021.44 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



# Almar
### SALES COMPANY
**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| | |
|---|---|
| INVOICE NO: | 956771 |
| DATE | 10/02/24 |
| DUE DATE | 11/01/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 7 |

**S O L D O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P O**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                               REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095614380 | 976144 | FK | NET 30 | UPS GROUND |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EX852/18B CON | 18PC ROUND ELASTIC-BRIGHT<br>UPC: 0-24576-77555-1<br>Inner/Master: 3/48 | 1008 | 1008 | EA | .56 | 564.48 |
| EX852/18E CON | 18PC ROUND ELASTIC-NATURAL<br>UPC: 0-24576-77565-0<br>Inner/Master: 3/48 | 960 | 960 | EA | .56 | 537.60 |
| FBEN1414/5 CON | 5 PC MINI VELVET TWISTER WITH BEAD<br>UPC: 1-90425-11539-4<br>Inner/Master: 3/288 | 4608 | 4608 | EA | .80 | 3686.40 |
| EX037/500X CON | 1000PC SNAG FREE PLASTIC BAND-BRIGHT<br>UPC: 0-24576-73668-2<br>Inner/Master: 3/288 | 1728 | 1728 | EA | .39 | 673.92 |
| TSJ1197 CON | 2PC RECTANGLE CLAW CLIP<br>UPC: 1-90425-13245-2<br>Inner/Master: 3/72 | 504 | 504 | EA | .80 | 403.20 |
| TSH1125 CON | 3PC HEADWRAPS PEARL AND SOLIDS<br>UPC: 1-90425-14413-4<br>Inner/Master: 3/288 | 1440 | 1440 | EA | .96 | 1382.40 |
| TSJ1256 CON | JUMBO SOFT TOUCH  CLAW CLIP<br>UPC: 1-90425-14465-3<br>Inner/Master: 3/72 | 576 | 576 | EA | .96 | 552.96 |
| TSJ1257 CON | JUMBO SOFT TOUCH RECTANGLE CLAW CLIP<br>UPC: 1-90425-14567-4<br>Inner/Master: 3/72 | 648 | 648 | EA | .96 | 622.08 |
| AHC25924 CON | 8PC HAPPINESS STAR AND RHINES HAIR CLIP GOLD<br>UPC: 1-90425-08907-7<br>Inner/Master: 3/144 | 2016 | 2016 | EA | 1.60 | 3225.60 |
| AHC25922 CON | 6PC LOVE PEARL AND RHINESTON HAIR CLIP-SILVER<br>UPC: 1-90425-08905-3<br>Inner/Master: 3/144 | 1872 | 1872 | EA | 1.80 | 3369.60 |
| TSJ1203 CON | PINK BUTTERFLY JAW CLIP<br>UPC: 1-90425-13287-2<br>Inner/Master: 3/72 | 1152 | 1152 | EA | .80 | 921.60 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
### SALES COMPANY

**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms     New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 956771 |
|---|---|
| DATE | 10/02/24 |
| DUE DATE | 11/01/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 8 |

**S O L D  O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081



**S H I P  O**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                          REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095614380 | 976144 | FK | NET 30 | UPS GROUND |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EXG1194/8 CON | 8 PC HAIR ROLLERS IN POLYBAG<br>UPC: 1-90425-14462-2<br>Inner/Master: 3/72 | 1368 | 1368 | EA | 1.28 | 1751.04 |
| EX10149/6 CON | 6PK SNAP CLIPS<br>UPC: 1-90425-14412-7<br>Inner/Master: 3/288 | 1728 | 1728 | EA | .64 | 1105.92 |
| TSJ1192 CON | 4 PC MIXED CLAW CLIP SOFT TOUCH<br>UPC: 1-90425-13240-7<br>Inner/Master: 3/48 | 576 | 576 | EA | 2.00 | 1152.00 |
| EX2039/60B CON | 60 PC LARGE PONYO- BRIGHT<br>UPC: 1-90425-13994-9<br>Inner/Master: 3/48 | 768 | 768 | EA | 1.60 | 1228.80 |
| EX334/16P CON | 16PC AB ROUND PONYTAIL BALLS-PASTEL<br>UPC: 1-90425-14463-9<br>Inner/Master: 3/48 | 1008 | 1008 | EA | 1.73 | 1743.84 |
| ANPC17140 CON | PINK SOFT TOUCH PADDLE CUSHION BRUSH<br>UPC: 1-90425-13114-1<br>Inner/Master: 3/48 | 624 | 624 | EA | 1.28 | 798.72 |
| ANPC17132 CON | PINK SOFT TOUCH OVAL CUSHION BRUSH<br>UPC: 1-90425-13056-4<br>Inner/Master: 3/48 | 720 | 720 | EA | 1.20 | 864.00 |
| ANPC17168A CON | CONTINUOUS SPRAY BOTTLE<br>UPC: 1-90425-14916-0<br>Inner/Master: 4/48 | 576 | 576 | EA | 2.25 | 1296.00 |

| | |
|---|---|
| SUB TOTAL | 48060.24 |
| FREIGHT | |

| TOTAL QUANTITY | | TOTAL | | ORDER COMPLETE | | TOTAL | B/O UNITS | | |
|---|---|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | WEIGHT | PALLETS | YES | NO | CUBIC FEET | IPMENT |
| | 48048 | | 5802 | | | Y | | | B/O AMT |

| TOTAL | 48060.24 |
|---|---|
| SHIPPED FROM | ALW |

**REMIT PAYMENT TO:**

LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

4150    0910

| DATE: 9/30/2024 | | BILL OF LADING | | | #150737 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|---|---|

### SHIPPING FROM

**NAME:** ALMAR C/O RIALTO PACIFIC
**ADDRESS:** 180 FIRST AVE
**CITY/STATE/ZIP** GOULDSBORO, PA 18424 USA
**SID#**   FOB ☐

**BILL OF LADING NUMBER:** 00245760000251666

*Trailer: 006*

### SHIP TO

**NAME:** BIG LOTS DC# 874    LOCATION:
**ADDRESS:** 50 RAUSCH CREEK ROAD (570)695-2848
**CITY/STATE/ZIP** TREMONT, PA 17981 US
**CID#**

**CARRIER NAME:** UBER FREIGHT

Seal number(s): *2591 0827*

**SCAC** UFLB
**Pro Number:** *plts: 9*
*CtNS: 456*

### THIRD PARTY FREIGHT CHARGES BILL TO

**NAME:**
**ADDRESS:**
**CITY/STATE/ZIP**

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☑    3rd Party ☐

☐ (CHECK BOX)    Master Bill of Lading: with attached underlying Bills of Lading

**Special Instructions:**  SHIPMENT #833716
ASN #976144ALW001

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095614380 | 456 | 5802.15 | Y | ASN #976144ALW001 |
| Grand Total | 456 | 5802.15 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 444 | CTNS | 5646.39 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 12 | CTNS | 155.76 | | UNKNOWN | | |
| | | 456 | | 5802.15 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shiper to be not exceeding"

**COD Amount** $
**Fee Terms**    Collect    Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**Shipper Signature/Date**
This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Sandy Barreto 10/04/24*

| | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| | PL Attached ☑ | By Shipper ☑ | By Shipper ☐ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | | By Driver ☐ | By Driver/pallets said to contain ☐ | |
| | | | By Driver/Pieces ☑ | |

DATE: *10/04/2024*
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:



| **PO Packing List** |
| --- |

| Sold By | Ship To | Client Reference # | | Doc Date |
| --- | --- | --- | --- | --- |
| Almar | Big Lots DC# 874 | 976144ALW001 | | 9/30/2024 |
| | 50 RAUSCH CREEK ROAD (570)695-2848 | **Customer PO** | **Start Date** | **Cancel Date** |
| | TREMONT PA 17981 | 0095614380 | 9/30/2024 | 9/30/2024 |
| Phone: | Phone: 9173060333 | **Wave #** | **Dept #** | **Rep #** |
| | Dept #: | 148918 | | |
| | Store #: 0874 | | | |
| Ship From | Shipment Tracking Number(s) | **Duns #** | **Control #** | **Term** |
| Almar C/O Rialto Pacific | | | | Collect |
| 180 First Ave | | **Shipment Type** | **Vendor #** | **Ship Date** |
| Gouldsboro PA 18424 | | Freight Shipment | | 09/30/2024 |
| Phone: (310) 513 8833 | | | | |
| | Shipment Cost(USD) | **Ship VIA** | | **Est. Pallet Count** |
| | | | | 6 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AHC25922 CON-144 | 810613262 | AHC25922 CON | 190425089053 | | 10.6x9.8x12.6 | in. | 8.01 | 13 | 1872 | 13 | 1872 |
| AHC25924 CON-144 | 810613261 | AHC25924 CON | 190425089077 | | 10x9x11 | in. | 15 | 14 | 2016 | 14 | 2016 |
| AL9915A CON-288 | 810433136 | AL9915A CON | 190425074264 | | 11.42x9.45x9.84 | in. | 13.11 | 2 | 576 | 2 | 576 |
| AL9925/6 CON-288 | 810433192 | AL9925/6 CON | 190425074271 | | 13x9.5x6.5 | in. | 11.5 | 2 | 576 | 2 | 576 |
| ANPC17132 CON-48 | 810613271 | ANPC17132 CON | 190425130564 | | 17x11x14 | in. | 13.6 | 15 | 720 | 15 | 720 |
| ANPC17140 CON-48 | 810613270 | ANPC17140 CON | 190425131141 | | 19.6x11.22x15.17 | in. | 13.5 | 13 | 624 | 13 | 624 |
| ANPC17168A CON-48 | 810702456 | ANPC17168A CON | 190425149160 | | 19.69x14.57x10.04 | in. | 12.98 | 12 | 576 | 12 | 576 |
| DGC143 CON-72 | 810433225 | DGC143 CON | 190425074288 | | 12x9x12 | in. | 6.09 | 4 | 288 | 4 | 288 |
| DGE130 CON-288 | 810433230 | DGE130 CON | 190425074301 | | 15x13x14 | in. | 34 | 2 | 576 | 2 | 576 |
| DGE131B CON-288 | 810433217 | DGE131B CON | 190425074318 | | 17.3x13x13 | in. | 35.71 | 1 | 288 | 1 | 288 |
| DGE131X CON-288 | 810433216 | DGE131X CON | 190425074325 | | 17x13x13 | in. | 35 | 1 | 288 | 1 | 288 |
| DGE152 CON-288 | 810433226 | DGE152 CON | 190425074332 | | 20x14x14 | in. | 23.3 | 1 | 288 | 1 | 288 |
| DGE162 CON-288 | 810433182 | DGE162 CON | 190425074349 | | 17x14x8.5 | in. | 20.5 | 1 | 288 | 1 | 288 |
| DGG122 CON-72 | 810433212 | DGG122 CON | 190425074356 | | 20.49x11.82x9.65 | in. | 15.2 | 4 | 288 | 4 | 288 |
| DGJ101 CON-72 | 810433261 | DGJ101 CON | 190425074387 | | 14.9x11.2x17.7 | in. | 9.79 | 6 | 432 | 6 | 432 |
| EX037/500X CON-288 | 810613246 | EX037/500X CON | 024576736682 | | 19.7x15.7x14.6 | in. | 15 | 6 | 1728 | 6 | 1728 |
| EX047/500X CON-288 | 810495458 | EX047/500X CON | 190425000539 | | 16x14x18 | in. | 16 | 7 | 2016 | 7 | 2016 |
| EX1002/30M CON-72 | 810526405 | EX1002/30M CON | 190425087790 | | 14x11x10 | in. | 16 | 6 | 432 | 6 | 432 |

| EX10149/6 CON-288 | 810613266 | EX10149/6 CON | 190425144127 | | 14x10.7x6 | in. | 9.99 | 6 | 1728 | 6 | 1728 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EX1353/72 CON-144 | 810526403 | EX1353/72 CON | 190425113000 | | 20x13x17 | in. | 38.5 | 7 | 1008 | 7 | 1008 |
| EX1376/6B CON-144 | 810526407 | EX1376/6B CON | 190425112973 | | 23x18x14 | in. | 20 | 7 | 1008 | 7 | 1008 |
| EX138/60B CON-144 | 810433247 | EX138/60B CON | 190425052378 | | 17x15x12 | in. | 31 | 1 | 144 | 1 | 144 |
| EX138/60BK CON-144 | 810433222 | EX138/60BK CON | 190425052385 | | 17x15x13 | in. | 28 | 1 | 144 | 1 | 144 |
| EX1445/20 CON-288 | 810433210 | EX1445/20 CON | 190425055683 | | 18x15x11 | in. | 28 | 1 | 288 | 1 | 288 |
| EX1456/32BW CON-288 | 810433180 | EX1456/32BW CON | 190425054310 | | 9x8x12 | in. | 34.99 | 1 | 288 | 1 | 288 |
| EX2039/60B CON-48 | 810613268 | EX2039/60B CON | 190425139949 | | 14x11x9 | in. | 7 | 16 | 768 | 16 | 768 |
| EX328/16 CON-72 | 810526406 | EX328/16 CON | 190425112980 | | 15x15x13 | in. | 30 | 1 | 72 | 1 | 72 |
| EX334/16P CON-48 | 810613269 | EX334/16P CON | 190425144639 | | 16x14x9 | in. | 12.9 | 21 | 1008 | 21 | 1008 |
| EX848/14K CON-288 | 810433221 | EX848/14K CON | 024576718909 | | 10x8x7 | in. | 16.01 | 2 | 576 | 2 | 576 |
| EX852/18A CON-288 | 810526416 | EX852/18A CON | 024576775605 | | 10x8x7 | in. | 30.01 | 2 | 576 | 2 | 576 |
| EX852/18B CON-48 | 810613243 | EX852/18B CON | 024576775551 | | 12x8x8 | in. | 6 | 21 | 1008 | 21 | 1008 |
| EX852/18E CON-48 | 810613244 | EX852/18E CON | 190425144592 | | 12x8x8 | in. | 8 | 20 | 960 | 20 | 960 |
| EX9002B CON-72 | 810433176 | EX9002B CON | 190425074455 | | 15.37x9.26x9.85 | in. | 10.8 | 4 | 288 | 4 | 288 |
| EXG026/500 CON-144 | 810433229 | EXG026/500 CON | 024576726508 | | 16x9x7 | in. | 12 | 2 | 288 | 2 | 288 |
| EXG027/500 CON-144 | 810433233 | EXG027/500 CON | 024576742010 | | 15.75x9.06x7.09 | in. | 11 | 3 | 432 | 3 | 432 |
| EXG1145/10 CON-72 | 810433232 | EXG1145/10 CON | 190425074479 | | 18.5x12.59x4.72 | in. | 8.4 | 6 | 432 | 6 | 432 |
| EXG1146R CON-72 | 810215613 | EXG1146R CON | 190425074486 | | 17.91x10.9x8.07 | in. | 12.1 | 3 | 216 | 3 | 216 |
| EXG1151 CON-72 | 810433155 | EXG1151 CON | 190425080302 | | 26x15x10 | in. | 14.5 | 1 | 72 | 1 | 72 |
| EXG1165/30BK CON 1-144 | 810215612 | EXG1165/30BK CON 1 | 024576986469 | | 10.4x10.2x4.3 | in. | 11.2 | 2 | 288 | 2 | 288 |
| EXG1187/4 CON-72 | 810433164 | EXG1187/4 CON | 190425078743 | | 15.35x9.45x17.12 | in. | 5.7 | 2 | 144 | 2 | 144 |
| EXG1194/8 CON-72 | 810613264 | EXG1194/8 CON | 190425144622 | | 16.1x11.4x5.3 | in. | 9.8 | 19 | 1368 | 19 | 1368 |
| EXG1201 CON-288 | 810433227 | EXG1201 CON | 190425074875 | | 17x13x17 | in. | 24 | 1 | 288 | 1 | 288 |
| EXG217 CON 1-72 | 810270190 | EXG217 CON 1 | 024576217549 | | 26.37x16.14x10.03 | in. | 24 | 2 | 144 | 2 | 144 |
| EXG500/90 CON-144 | 810215600 | EXG500/90 CON | 024576986445 | | 12x9x6 | in. | 18 | 2 | 288 | 2 | 288 |
| EXG501/90 CON-144 | 810215611 | EXG501/90 CON | 024576986452 | | 12x10x6 | in. | 18 | 3 | 432 | 3 | 432 |
| EXG76 CON-48 | 810433224 | EXG76 CON | 024576986490 | | 10.04x9.06x5.91 | in. | 7.3 | 7 | 336 | 7 | 336 |
| EXH1136/12 CON-144 | 810563913 | EXH1136/12 CON | 190425126727 | | 17x13.7x17.5 | in. | 27 | 2 | 288 | 2 | 288 |
| EXJ1256/18 CON-72 | 810433244 | EXJ1256/18 CON | 190425074530 | | 17.72x10.63x13.39 | in. | 13.2 | 2 | 144 | 2 | 144 |
| FBEN1414/5 CON-288 | 810613245 | FBEN1414/5 CON | 190425115394 | | 13x13x13.5 | in. | 13.59 | 16 | 4608 | 16 | 4608 |
| TSB1106 CON-72 | 810433255 | TSB1106 CON | 024576214555 | | 19.29x13.58x11.81 | in. | 10.01 | 3 | 216 | 3 | 216 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TSB1221 CON-72 | 810433195 | TSB1221 CON | 190425055843 | | 20.1x14.6x1.11 | in. | 21.3 | 4 | 288 | 4 | 288 |
| TSB1223 CON-72 | 810433252 | TSB1223 CON | 190425055867 | | 20.7x16.1x1.11 | in. | 27.9 | 3 | 216 | 3 | 216 |
| TSB1224 CON-48 | 810495453 | TSB1224 CON | 190425055874 | | 13x9.6x12 | in. | 9.5 | 8 | 384 | 8 | 384 |
| TSB1234 CON-72 | 810433206 | TSB1234 CON | 190425062988 | | 14.58x10.84x9.26 | in. | 11.5 | 1 | 72 | 1 | 72 |
| TSB1235 CON-72 | 810433205 | TSB1235 CON | 190425062995 | | 19.5x14.78x10.05 | in. | 20 | 3 | 216 | 3 | 216 |
| TSB1237 CON-72 | 810433170 | TSB1237 CON | 190425063015 | | 17.14x11.03x9.26 | in. | 13.9 | 2 | 144 | 2 | 144 |
| TSB1296 CON-48 | 810613130 | TSB1296 CON | 190425085314 | | 14x13x10 | in. | 10 | 19 | 912 | 19 | 912 |
| TSB1305 CON-72 | 810526411 | TSB1305 CON | 190425113499 | | 15x12x9.38 | in. | 12.15 | 3 | 216 | 3 | 216 |
| TSB9846 CON-72 | 810433173 | TSB9846 CON | 190425070600 | | 21.3x15.2x17.7 | in. | 25.8 | 2 | 144 | 2 | 144 |
| TSB9850 CON-72 | 810433174 | TSB9850 CON | 190425074509 | | 24.4x16.1x10.2 | in. | 23.4 | 3 | 216 | 3 | 216 |
| TSB9852 CON-72 | 810433208 | TSB9852 CON | 190425074554 | | 22x13x11 | in. | 17 | 4 | 288 | 4 | 288 |
| TSB9853 CON-72 | 810433172 | TSB9853 CON | 190425074561 | | 19.69x11.8x11 | in. | 12.15 | 4 | 288 | 4 | 288 |
| TSB9854 CON-72 | 810433207 | TSB9854 CON | 190425074578 | | 15.1x9.8x11.6 | in. | 12 | 4 | 288 | 4 | 288 |
| TSB9855 CON-72 | 810433254 | TSB9855 CON | 190425074585 | | 15.1x9.8x11.6 | in. | 10 | 4 | 288 | 4 | 288 |
| TSC1143 CON-72 | 810385492 | TSC1143 CON | 190425006609 | | 13.78x8.27x10.63 | in. | 12.08 | 4 | 288 | 4 | 288 |
| TSE1026/5K CON-288 | 810495456 | TSE1026/5K CON | 190425034695 | | 21.26x19.88x15.55 | in. | 32.41 | 3 | 864 | 3 | 864 |
| TSE1058/6 CON-288 | 810433166 | TSE1058/6 CON | 190425078651 | | 13.78x13.78x12.2 | in. | 10 | 2 | 576 | 2 | 576 |
| TSH1125 CON-288 | 810613248 | TSH1125 CON | 190425144134 | | 13x15x20 | in. | 12.99 | 5 | 1440 | 5 | 1440 |
| TSJ1065A CON-72 | 810433250 | TSJ1065A CON | 190425074714 | | 16.1x11x10 | in. | 7.1 | 3 | 216 | 3 | 216 |
| TSJ1129/6 CON-72 | 810433260 | TSJ1129/6 CON | 190425074721 | | 13.4x10.6x17.3 | in. | 8.5 | 3 | 216 | 3 | 216 |
| TSJ1141/6 CON-72 | 810433188 | TSJ1141/6 CON | 190425076572 | | 20x10x12 | in. | 7.5 | 4 | 288 | 4 | 288 |
| TSJ1159/3 CON-144 | 810563899 | TSJ1159/3 CON | 190425118524 | | 21x12x15 | in. | 19.4 | 2 | 288 | 2 | 288 |
| TSJ1192 CON-48 | 810613267 | TSJ1192 CON | 190425132407 | | 15x14x14 | in. | 10 | 12 | 576 | 12 | 576 |
| TSJ1197 CON-72 | 810613247 | TSJ1197 CON | 190425132452 | | 14x10x10 | in. | 6 | 7 | 504 | 7 | 504 |
| TSJ1203 CON-72 | 810613263 | TSJ1203 CON | 190425132872 | | 18.6x11.02x9.06 | in. | 6 | 16 | 1152 | 16 | 1152 |
| TSJ1256 CON-72 | 810613249 | TSJ1256 CON | 190425144653 | | 17x14x12 | in. | 7 | 8 | 576 | 8 | 576 |
| TSJ1257 CON-72 | 810613250 | TSJ1257 CON | 190425145674 | | 7x4x8 | in. | 9 | 9 | 648 | 9 | 648 |
| TSM231 CON-48 | 810433259 | TSM231 CON | 024576716189 | | 15.35x10.43x11.61 | in. | 14.5 | 3 | 144 | 3 | 144 |
| TSS1083 CON-144 | 810433189 | TSS1083 CON | 190425074684 | | 17.13x10.43x7.87 | in. | 10.03 | 3 | 432 | 3 | 432 |
| TST1054/12 CON-288 | 810433162 | TST1054/12 CON | 190425074813 | | 21x19.5x19 | in. | 44 | 1 | 288 | 1 | 288 |
| TST1055/6 CON-288 | 810433228 | TST1055/6 CON | 190425074820 | | 18x14x16 | in. | 23.35 | 1 | 288 | 1 | 288 |
| TST1062/8 CON-288 | 810433163 | TST1062/8 CON | 190425078682 | | 15.64x14.37x17.32 | in. | 29.74 | 1 | 288 | 1 | 288 |
| TST1400/5 CON-144 | 810526422 | TST1400/5 CON | 190425096457 | | 16x14x15 | in. | 14.03 | 5 | 720 | 5 | 720 |
| TST1427/10 CON-144 | 810563914 | TST1427/10 CON | 190425119644 | | 18x11.3x16 | in. | 14.3 | 2 | 288 | 2 | 288 |

| TSW1113/5 CON-288 | 810433237 | TSW1113/5 CON | 190425055706 | | 17.7x13.4x 16.9 | in. | 26.7 | | 1 | 288 | | 1 | 288 |

| TOTALS | | | | |
|---|---|---|---|---|
| | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| ORDERED | 456 | 48,048 | 5,802.09 | 557.35 |
| SHIPPED | 456 | 48,048 | 5,802.09 | 557.35 |

**NOTES:**

DATE: 9/30/2024 **BILL OF LADING** #150737 PAGE 1 OF 1

| SHIPPING FROM | |
|---|---|
| NAME: **ALMAR C/O RIALTO PACIFIC** | BILL OF LADING NUMBER: 00245760000251666 |
| ADDRESS: **180 FIRST AVE** | |
| CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA** | |
| SID# FOB ☐ | |

| SHIP TO | |
|---|---|
| NAME: **BIG LOTS DC# 874** LOCATION: | CARRIER NAME: **UBER FREIGHT** |
| ADDRESS: **50 RAUSCH CREEK ROAD (570)695-2848** | Seal number(s): |
| CITY/STATE/ZIP **TREMONT, PA 17981 US** | SCAC **UFLB** |
| CID# | Pro Number: |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|
| NAME: |
| ADDRESS: |
| CITY/STATE/ZIP |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Special Instructions:    SHIPMENT #833716
ASN #976144ALW001

| Prepaid ☐ | Collect ☑ | 3rd Party ☐ |
|---|---|---|
| ☐ (CHECK BOX) | Master Bill of Lading: with attached underlying Bills of Lading | |

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | PALLET | |
| 0095614380 | 456 | 5802.15 | Y | ASN #976144ALW001 |
| Grand Total | 456 | 5802.15 | | |

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M .(X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 444 | CTNS | 5646.39 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 12 | CTNS | 155.76 | | UNKNOWN | | |
| | | 456 | | 5802.15 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing th eagreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shiper to be not exceeding"

| COD Amount | | $ | |
|---|---|---|---|
| Fee Terms | Collect | | Prepaid |
| Customer check acceptable: | | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☑ | By Shipper ☑ By Driver ☐ | By Shipper ☐ By Driver/pallets ☐ said to contain By Driver/Pieces ☑ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____

PHs: 9 , Ctns: 450
driver: Sebastian

# ALMAR

CUSTOMER:_____

CARRIER: UBER_____

LOAD: 833716_____

PO# 0095614380_____

DESTINATION: SO RAUSCH CREEK RUN

QTY: 48_____     OF: 456_____

PLTS: 1_____     OF: 9_____

BY: JESSICA     DATE 9/26/2024

# ALMAR

CUSTOMER:_____

CARRIER:_UBE_____

LOAD:_833716_____

PO#_95614380_____

DESTINATION_50 RAUSCH CREEK ROAD

QTY:_79____          OF:_456____

PLTS:_2____          OF:_9____

BY:_jessica_          DATE  9/26/2024

# ALMAR

☐

**CUSTOMER:** _____

**CARRIER:** UBER _____

**LOAD:** 833716 _____

**PO#** 95614380 _____

**DESTINATION** 50 RAUSCH CREEK ROAD

**QTY:** 70     **OF:** 456

**PLTS:** 3     **OF:** 9

**BY:** jessica     **DATE** 9/26/2024

# ALMAR

**CUSTOMER:** _____

**CARRIER:** U ISEIR

**LOAD:** 833716

**PO#** 9561435'0

**DESTINATION** 50 RAUSCH CREEK ROAD

**QTY:** 49    **OF:** 456

**PLTS:** 4    **OF:** 9

**BY:** JESSICA    **DATE** 9/26/2024

# ALMAR

☐

**CUSTOMER:** _____

**CARRIER:** U BER

**LOAD:** 533716

**PO#** 95614380

**DESTINATION:** 50 RAUSCH CREEK ROAD

**QTY:** 58    **OF:** 456

**PLTS:** 5    **OF:** 9

**BY:** jessica    **DATE** 9/26/2024

# ALMAR

**CUSTOMER:** _____

**CARRIER:** UBER

**LOAD:** 833716

**PO#** 0095614380

**DESTINATION:** 50 RAUSCH CREEK ROAD

**QTY:** 54    **OF:** 456

**PLTS:** 6    **OF:** 9

**BY:** Jessica **DATE** 9/26/2024

# ALMAR

**CUSTOMER:** _____

**CARRIER:** _JBER_

**LOAD:** _8 3 3711_

**PO#** _7 5(14 3 80_

**DESTINATION:** _50 RAUSCH CREEK ROAD_

**QTY:** _46_    **OF:** _456_

**PLTS:** _7_    **OF:** _9_

**BY:** _jessica_ **DATE** 9 / 26 / 2024

# ALMAR

☐

**CUSTOMER:**_____

**CARRIER:** 833716

**LOAD:** UBER

**PO#** 95614380

**DESTINATION:** SO RAUSCH CREEK ROAD

**QTY:** 33.    **OF:** 456

**PLTS:** 8    **OF:** 9

**BY:** jessica    **DATE** 9/26/2024

# ALMAR

**CUSTOMER:** _____

**CARRIER:** U BER

**LOAD:** 8 33716

**PO#** 956 1435 0

**DESTINATION:** SO RAUSCH CREEK ROAD.

**QTY:** 19    **OF:** 456

**PLTS:** 9    **OF:** 9

**BY:** jessica **DATE** 9 / 26 / 2024

## Reema Ramdhan

| | |
|---|---|
| **From:** | AP VENDOR INQUIRIES <APVENDORINQUIRIES@biglots.com> |
| **Sent:** | Tuesday, December 17, 2024 10:54 AM |
| **To:** | Reema Ramdhan |
| **Cc:** | Marc Zakaria; Almar AR |
| **Subject:** | RE: CHARGEBACK DISPUTE PO#95644422= 316.80+483.84 |

Hello

Deduction was done in error. Pay back will be process

Thank you

**Invoice status can be checked using the invoice hotline 614-278-6858, follow prompts**
**If invoice is not found please send a copy to outsidevendorinvoices@biglots.com**
**For all other inquiries send to the research team apvendorinquiries@biglots.com**

Zina Laynburd
Warehouse Research Coordinator
Phone 614-278-7128

**BIG LOTS INC**

**4900 East Dublin Granville Rd. | Columbus, OH 43081-7651**

**From:** Reema Ramdhan <rramdhan@almarsales.com>
**Sent:** Friday, December 6, 2024 1:40 PM
**To:** AP VENDOR INQUIRIES <APVENDORINQUIRIES@biglots.com>
**Cc:** Marc Zakaria <marcz@almarsales.com>; Almar AR <AlmarAR@BDSUS.net>
**Subject:** CHARGEBACK DISPUTE PO#95644422= 316.80+483.84

Hello please find attached bol and packing list showing we shipped the listed items claimed as shortage in full and same
quantities was invoiced , please review ad advise on full repayment of 800.64 (inv # 958386

Page



4900 E Dublin Granville Rd
Columbus, OH
43081-7651



***ATTENTION***
ACCOUNTS RECEIVABLE

## DEBIT MEMO DEDUCTION

ALMAR SALES COMPANY
ALMAR SALES COMPANY
320 5TH AVE FL 3RD
NEW YORK NY  10001

| | |
|---|---|
| Vendor # | 159430 |
| Invoice # | 958386 |
| P.O. # | 95644422 |
| Invoice Document | 5130065569 |
| Accounting Document | 5118167883 |

| Purchase Order Number | PO Line Item | Article | Item Description | Variance Text | Qty | Unit Price |
|---|---|---|---|---|---|---|
| 95644422 | 00032 | 810433261 | 3CT LARGE CLAW CLIPS | Overbill Qty | 72 | 0 650 |
| 95644422 | 00043 | 810702456 | CONT SPRAY BOTTLE | Overbill Qty | 120 | 2 250 |

article DGG122 CON not received, deduct $483.84 orig inv amt
$19,169.52

Thank You

**Reema Ramdhan**

Accounts Receivable Manager

Almar Sales Inc / Jean Pierre

212-594-6920 ext 1357
FAX # 212-564-1097

rramdhan@almarsales.com

320 Fifth Avenue, 3rd Floor New York, NY  10001





**Almar**
SALES COMPANY

**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms     New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com



| INVOICE NO: | 958386 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 1 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                            REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644422 | 978599 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EXG1146R CON | 6-PC STYLING COMB ASSORTED<br>UPC: 1-90425-07448-6<br>Inner/Master: 3/72 | 432 | 432 | EA | .66 | 285.12 |
| TSC1143 CON | 2PC SHOWER COMBS<br>UPC: 1-90425-00660-9<br>Inner/Master: 3/72 | 72 | 72 | EA | .53 | 38.16 |
| TSW1112/2 CON | 2PC PACK WIDE HEADWRAP<br>UPC: 1-90425-05569-0<br>Inner/Master: 3/288 | 288 | 288 | EA | .61 | 175.68 |
| TST1054/12 CON | 12CT MIXED TWISTERS BLK<br>UPC: 1-90425-07481-3<br>Inner/Master: 3/288 | 576 | 576 | EA | 1.81 | 1042.56 |
| TST1062/8 CON | 8 PK SKINNY TWISTERS<br>UPC: 1-90425-07868-2<br>Inner/Master: 4/288 | 288 | 288 | EA | 1.05 | 302.40 |
| EXG1187/4 CON | SALON CLAW CLIPS 4PK<br>UPC: 1-90425-07874-3<br>Inner/Master: 3/72 | 360 | 360 | EA | .52 | 187.20 |
| TSE1058/6 CON | 6 PC CINCHED PONY-OS<br>UPC: 1-90425-07865-1<br>Inner/Master: 3/288 | 864 | 864 | EA | .60 | 518.40 |
| TSB1237 CON | VENT BRUSH<br>UPC: 1-90425-06301-5<br>Inner/Master: 3/72 | 216 | 216 | EA | .98 | 211.68 |
| TSB9853 CON | SOFT TOUCH OVAL BRUSH<br>UPC: 1-90425-07456-1<br>Inner/Master: 3/72 | 576 | 576 | EA | 1.05 | 604.80 |
| EX9002B CON | 3CT COMB SET<br>UPC: 1-90425-07445-5<br>Inner/Master: 3/72 | 576 | 576 | EA | .48 | 276.48 |
| EX1456/32BW CON | 32CT ELASTIC BRIGHT<br>UPC: 1-90425-05431-0<br>Inner/Master: 3/288 | 288 | 288 | EA | .70 | 201.60 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
## SALES COMPANY
**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958386 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 2 |

**SOLD TO**
BIG LOTS    DIP# 24 11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644422 | 978599 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| DGE162 CON | 50CT THIN BLACK ELASTICS<br>UPC: 1-90425-07434-9<br>Inner/Master: 3/288 | 576 | 576 | EA | .70 | 403.20 |
| TSJ1141/6 CON | 6CT MED OCTO CLAW CLIP<br>UPC: 1-90425-07657-2<br>Inner/Master: 3/72 | 504 | 504 | EA | .64 | 322.56 |
| TSS1083 CON | 3CT BAR BARRETTE<br>UPC: 1-90425-07468-4<br>Inner/Master: 3/144 | 720 | 720 | EA | .53 | 381.60 |
| TSB1221 CON | OVAL BRUSH W/ GEL HANDLE<br>UPC: 1-90425-05584-3<br>Inner/Master: 3/72 | 144 | 144 | EA | 1.56 | 224.64 |
| TSB1235 CON | PADDLE BRUSH<br>UPC: 1-90425-06299-5<br>Inner/Master: 3/72 | 504 | 504 | EA | 1.05 | 529.20 |
| TSB9854 CON | SOFT TOUCH ALL PURPOSE BRUSH<br>UPC: 1-90425-07457-8<br>Inner/Master: 3/72 | 144 | 144 | EA | .98 | 141.12 |
| TSB9852 CON | SOFT TOUCH PADDLE BRUSH<br>UPC: 1-90425-07455-4<br>Inner/Master: 3/72 | 576 | 576 | EA | 1.05 | 604.80 |
| EX1445/20 CON | 20CT LARGE ELASTIC<br>UPC: 1-90425-05568-3<br>Inner/Master: 3/288 | 576 | 576 | EA | .65 | 374.40 |
| DGG122 CON | BRUSH AND COMB SET<br>UPC: 1-90425-07435-6<br>Inner/Master: 3/72 | 576 | 576 | EA | .84 | 483.84 |
| DGE131X CON | 32CT ELASTIC BTS COLORS<br>UPC: 1-90425-07432-5<br>Inner/Master: 3/288 | 576 | 576 | EA | .61 | 351.36 |
| DGE131B CON | 32CT BRIGHT ELASTIC<br>UPC: 1-90425-07431-8<br>Inner/Master: 3/288 | 576 | 576 | EA | .61 | 351.36 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS    NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**ALMAR Sales Company**
**Almar Sales Co, Inc**
Offices and     320 5th Avenue , 3FL
Showrooms       New York, N.Y. 10001
                DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958386 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 3 |

**SOLD TO:**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO:**
Big Lots DC # 870
2855 SELMA HIGHWAY
334 286-0200
MONTGOMERY, AL 36108

DEPT#:                                          REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644422 | 978599 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EX138/60BK CON | 60CT ELASTICS BLACK<br>UPC: 1-90425-05238-5<br>Inner/Master: 4/144 | 576 | 576 | EA | 1.09 | 627.84 |
| DGE152 CON | 6CT BLACK TWISTERS<br>UPC: 1-90425-07433-2<br>Inner/Master: 3/288 | 288 | 288 | EA | .92 | 264.96 |
| EXG1201 CON | SATIN SHOWER CAP<br>UPC: 1-90425-07487-5<br>Inner/Master: 4/288 | 864 | 864 | EA | 1.17 | 1010.88 |
| TST1055/6 CON | 6CT TWISTERS<br>UPC: 1-90425-07482-0<br>Inner/Master: 4/288 | 864 | 864 | EA | .90 | 777.60 |
| TSW1113/5 CON | 5PC PACK HEADWRAP<br>UPC: 1-90425-05570-6<br>Inner/Master: 3/288 | 576 | 576 | EA | 1.13 | 650.88 |
| EX138/60B CON | 60CT ELASTICS BRIGHT<br>UPC: 1-90425-05237-8<br>Inner/Master: 3/144 | 576 | 576 | EA | 1.09 | 627.84 |
| TSB1223 CON | PADDLE BRUSH W/ GEL HANDLE<br>UPC: 1-90425-05586-7<br>Inner/Master: 3/72 | 288 | 288 | EA | 1.74 | 501.12 |
| TSB9855 CON | SOFT TOUCH VENT BRUSH<br>UPC: 1-90425-07458-5<br>Inner/Master: 3/72 | 504 | 504 | EA | .98 | 493.92 |
| TSJ1129/6 CON | 6CT CLAW CLIP<br>UPC: 1-90425-07472-1<br>Inner/Master: 3/72 | 576 | 576 | EA | .64 | 368.64 |
| DGJ101 CON | 3CT LARGE CLAW CLIPS<br>UPC: 1-90425-07438-7<br>Inner/Master: 3/72 | 432 | 432 | EA | .65 | 280.80 |
| TSB1224 CON | ALL PURPOSE  BRUSH WITH GEL HANDLE<br>UPC: 1-90425-05587-4<br>Inner/Master: 3/48 | 720 | 720 | EA | 1.60 | 1152.00 |

**REMIT PAYMENT TO:**

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
### SALES COMPANY

**Almar Sales Co, Inc**
Offices and      320 5th Avenue , 3FL
Showrooms       New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958386 |
|---|---|
| DATE | 11/04/24 |
| DUE DATE | 12/04/24 |
| ACCOUNT NO. | 01455 1000 |
| PAGE NO. | 4 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644422 | 978599 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| TST1420/12 CON | 12PC TWISTERS- BTS COLORS<br>UPC: 1-90425-10124-3<br>Inner/Master: 3/144 | 144 | 144 | EA | 1.81 | 260.64 |
| TSJ1159/3 CON | CLAW CLIPS 3CT<br>UPC: 1-90425-11852-4<br>Inner/Master: 3/144 | 144 | 144 | EA | .80 | 115.20 |
| TSB1296 CON | CURVE VENT BRUSH<br>UPC: 1-90425-08531-4<br>Inner/Master: 3/48 | 720 | 720 | EA | 1.12 | 806.40 |
| FBEN1414/5 CON | 5 PC MINI VELVET TWISTER WITH BEAD<br>UPC: 1-90425-11539-4<br>Inner/Master: 3/288 | 288 | 288 | EA | .80 | 230.40 |
| TSJ1257 CON | JUMBO SOFT TOUCH RECTANGLE CLAW CLIP<br>UPC: 1-90425-14567-4<br>Inner/Master: 3/72 | 648 | 648 | EA | .96 | 622.08 |
| TSJ1203 CON | PINK BUTTERFLY JAW CLIP<br>UPC: 1-90425-13287-2<br>Inner/Master: 3/72 | 648 | 648 | EA | .80 | 518.40 |
| EXG1194/8 CON | 8 PC HAIR ROLLERS IN POLYBAG<br>UPC: 1-90425-14462-2<br>Inner/Master: 3/72 | 216 | 216 | EA | 1.28 | 276.48 |
| TSJ1192 CON | 4 PC MIXED CLAW CLIP SOFT TOUCH<br>UPC: 1-90425-13240-7<br>Inner/Master: 3/48 | 144 | 144 | EA | 2.00 | 288.00 |
| EX334/16P CON | 16PC AB ROUND PONYTAIL BALLS PASTEL<br>UPC: 1-90425-14463-9<br>Inner/Master: 3/48 | 336 | 336 | EA | 1.73 | 581.28 |
| ANPC17168A CON | CONTINUOUS SPRAY BOTTLE<br>UPC: 1-90425-14916-0<br>Inner/Master: 4/48 | 312 | 312 | EA | 2.25 | 702.00 |

| | |
|---|---|
| SUB TOTAL | 19169.52 |
| FREIGHT | |

| TOTAL QUANTITY | | | | TOTAL WEIGHT | PALLETS | ORDER COMPLETE | | TOTAL CUBIC FEET | B·O UNITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | | | YES | NO | | N #9785 | |
| | | 19872 | 199 | 5645 | | Y | | | B O AMT | |

| TOTAL | 19169.52 |
|---|---|
| SHIPPED FROM | ALW |

*REMIT PAYMENT TO:*

LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**

ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

114    office.

| DATE: 10/30/2024 | | BILL OF LADING | #158557 | PAGE 1 OF 1 |
|---|---|---|---|---|

**SHIPPING FROM**

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP: **GOULDSBORO, PA 18424 USA**
SID#                                    FOB    ☐

BILL OF LADING NUMBER:    00245760000258214

Trailer: 54489

CARRIER NAME:    **CH ROBINSON**

Seal number(s):    25910493

SCAC    **RBCL**

Pro Number:    PHJ: 4

CHNJ: 199.

**SHIP TO**

NAME: **BIG LOTS DC # 870**    LOCATION:
ADDRESS: **2855 SELMA HIGHWAY 334-286-0200**
CITY/STATE/ZIP: **MONTGOMERY, AL 36108 US**
CID#

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME: **CHR LTL**
ADDRESS: **14800 CHARLSON ROAD SUITE 2100**
CITY/STATE/ZIP: **EDEN PRAIRIE MN 55347**

Special Instructions:    ASN #978599ALW001
40511542; RTS ID: 32821590

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☐    3rd Party ☑

☐    Master Bill of Lading: with attached
(CHECK BOX)    underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | PALLET | |
| 0095644422 | 199 | 2822.7 | Y | 40511542; RTS ID: 32821590 |
| Grand Total | 199 | 2822.7 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC item 360 | NMFC# | CLASS |
| | PCS | 192 | CTNS | 2738.33 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 7 | CTNS | 84.37 | | UNKNOWN | | |
| | | 199 | | 2822.7 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount    $
Fee Terms    Collect    Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | PL Attached ☑ | By Shipper ☑ By Driver ☐ | By Shipper ☐ By Driver/pallets ☐ said to contain By Driver/Pieces ☑ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Sandy Barreto 11-04-24

DATE: 11/4/24
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:



| PO Packing List |
|---|

| Sold By | Ship To | Client Reference # | | Doc Date | |
|---|---|---|---|---|---|
| Almar | Big Lots DC # 870 | 978599ALW001 | | 10/30/2024 | |
| | 2855 SELMA HIGHWAY 334-286-0200 | **Customer PO** | **Start Date** | **Cancel Date** | |
| Phone: | MONTGOMERY AL 36108 | 0095644422 | 11/4/2024 | 11/4/2024 | |
| | Phone: 9173060333 | **Wave #** | **Dept #** | **Rep #** | |
| | Dept #: | 155854 | | | |
| | Store #: 0870 | | | | |
| **Ship From** | **Shipment Tracking Number(s)** | **Duns #** | **Control #** | **Term** | |
| Almar C/O Rialto Pacific | | | | Collect | |
| 180 First Ave | | **Shipment Type** | **Vendor #** | **Ship Date** | |
| Gouldsboro PA 18424 | | Freight Shipment | | 10/30/2024 | |
| Phone: (310) 513 8833 | | | | | |
| | **Shipment Cost(USD)** | **Ship VIA** | | **Est. Pallet Count** | |
| | | | | 3 | |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANPC17168A CON-48 | 810702456 | ANPC17168A CON | 190425149160 | | 19.69x14.5 7x10.04 | in. | 12.98 | 6 | 312 | 7 | 312 |
| DGE131B CON-288 | 810433217 | DGE131B CON | 190425074318 | | 17.3x13x1 3 | in. | 35.71 | 2 | 576 | 2 | 576 |
| DGE131X CON-288 | 810433216 | DGE131X CON | 190425074325 | | 17x13x13 | | 35 | 2 | 576 | 2 | 576 |
| DGE152 CON-288 | 810433226 | DGE152 CON | 190425074332 | | 20x14x14 | in. | 23.3 | 1 | 288 | 1 | 288 |
| DGE162 CON-288 | 810433182 | DGE162 CON | 190425074349 | | 17x14x8.5 | in. | 20.5 | 2 | 576 | 2 | 576 |
| DGG122 CON-72 | 810433212 | DGG122 CON | 190425074356 | | 20.49x11.8 2x9.65 | in. | 15.2 | 8 | 576 | 8 | 576 |
| DGJ101 CON-72 | 810433261 | DGJ101 CON | 190425074387 | | 14.9x11.2x 17.7 | in. | 9.79 | 6 | 432 | 6 | 432 |
| EX138/60B CON-144 | 810433247 | EX138/60B CON | 190425052378 | | 17x15x12 | | 31 | 4 | 576 | 4 | 576 |
| EX138/60BK CON-144 | 810433222 | EX138/60BK CON | 190425052385 | | 17x15x13 | | 28 | 4 | 576 | 4 | 576 |
| EX1445/20 CON-288 | 810433210 | EX1445/20 CON | 190425055683 | | 18x15x11 | | 28 | 2 | 576 | 2 | 576 |
| EX1456/32BW CON-288 | 810433180 | EX1456/32BW CON | 190425054310 | | 9x8x12 | in. | 34.99 | 1 | 288 | 1 | 288 |
| EX334/16P CON-48 | 810613269 | EX334/16P CON | 190425144639 | | 16x14x9 | | 12.9 | 7 | 336 | 7 | 336 |
| EX9002B CON-72 | 810433176 | EX9002B CON | 190425074455 | | 15.37x9.26 x9.85 | in. | 10.8 | 8 | 576 | 8 | 576 |
| EXG1146R CON-72 | 810215613 | EXG1146R CON | 190425074486 | | 17.91x10.9 x8.07 | in. | 12.1 | 6 | 432 | 6 | 432 |
| EXG1187/4 CON-72 | 810433164 | EXG1187/4 CON | 190425078743 | | 15.35x9.45 x17.12 | in. | 5.7 | 5 | 360 | 5 | 360 |
| EXG1194/8 CON-72 | 810613264 | EXG1194/8 CON | 190425144622 | | 16.1x11.4x 5.3 | in. | 9.8 | 3 | 216 | 3 | 216 |
| EXG1201 CON-288 | 810433227 | EXG1201 CON | 190425074875 | | 17x13x17 | | 24 | 3 | 864 | 3 | 864 |
| FBEN1414/5 CON-288 | 810613245 | FBEN1414/5 CON | 190425115394 | | 13x13x13. 5 | in. | 13.59 | 1 | 288 | 1 | 288 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TSB1221 CON-72 | 810433195 | TSB1221 CON | 190425055843 | | 20.1x14.6x11 | in. | 21.3 | 2 | 144 | 2 | 144 |
| TSB1223 CON-72 | 810433252 | TSB1223 CON | 190425055867 | | 20.7x16.1x11 | in. | 27.9 | 4 | 288 | 4 | 288 |
| TSB1224 CON-48 | 810495453 | TSB1224 CON | 190425055874 | | 13x9.6x12 | in. | 9.5 | 15 | 720 | 15 | 720 |
| TSB1235 CON-72 | 810433205 | TSB1235 CON | 190425062995 | | 19.5x14.78x10.05 | in. | 20 | 7 | 504 | 7 | 504 |
| TSB1237 CON-72 | 810433170 | TSB1237 CON | 190425063015 | | 17.14x11.03x9.26 | in. | 13.9 | 3 | 216 | 3 | 216 |
| TSB1296 CON-48 | 810613130 | TSB1296 CON | 190425085314 | | 14x13x10 | in | 10 | 15 | 720 | 15 | 720 |
| TSB9852 CON-72 | 810433208 | TSB9852 CON | 190425074554 | | 22x13x11 | in | 17 | 8 | 576 | 8 | 576 |
| TSB9853 CON-72 | 810433172 | TSB9853 CON | 190425074561 | | 19.69x11.81x11 | in. | 12.15 | 8 | 576 | 8 | 576 |
| TSB9854 CON-72 | 810433207 | TSB9854 CON | 190425074578 | | 15.1x9.8x11.6 | in. | 12 | 2 | 144 | 2 | 144 |
| TSB9855 CON-72 | 810433254 | TSB9855 CON | 190425074585 | | 15.1x9 8x11.6 | in. | 10 | 7 | 504 | 7 | 504 |
| TSC1143 CON-72 | 810385492 | TSC1143 CON | 190425006609 | | 13.78x8 27x10.63 | in | 12.08 | 1 | 72 | 1 | 72 |
| TSE1058/6 CON-288 | 810433166 | TSE1058/6 CON | 190425078651 | | 13.78x13.78x12 2 | in. | 10 | 3 | 864 | 3 | 864 |
| TSJ1129/6 CON-72 | 810433260 | TSJ1129/6 CON | 190425074721 | | 13.4x10.6x17.3 | in. | 8.5 | 8 | 576 | 8 | 576 |
| TSJ1141/6 CON-72 | 810433188 | TSJ1141/6 CON | 190425076572 | | 20x10x12 | in. | 7.5 | 7 | 504 | 7 | 504 |
| TSJ1159/3 CON-144 | 810563899 | TSJ1159/3 CON | 190425118524 | | 21x12x15 | in. | 19.4 | 1 | 144 | 1 | 144 |
| TSJ1192 CON-48 | 810613267 | TSJ1192 CON | 190425132407 | | 15x14x14 | in. | 10 | 3 | 144 | 3 | 144 |
| TSJ1203 CON-72 | 810613263 | TSJ1203 CON | 190425132872 | | 18.6x11.02x9.06 | in. | 6 | 9 | 648 | 9 | 648 |
| TSJ1257 CON-72 | 810613250 | TSJ1257 CON | 190425145674 | | 7x4x8 | in. | 9 | 9 | 648 | 9 | 648 |
| TSS1083 CON-144 | 810433189 | TSS1083 CON | 190425074684 | | 17.13x10.43x7.87 | in | 10.03 | 5 | 720 | 5 | 720 |
| TST1054/12 CON | 810433162 | TST1054/12 CON | 190425074813 | | 21x19.5x19 | in. | 44 | 2 | 576 | 2 | 576 |
| TST1055/6 CON-288 | 810433228 | TST1055/6 CON | 190425074820 | | 18x14x16 | in. | 23.35 | 3 | 864 | 3 | 864 |
| TST1062/8 CON-288 | 810433163 | TST1062/8 CON | 190425078682 | | 15.64x14.37x17.32 | in. | 29.74 | 1 | 288 | 1 | 288 |
| TST1420/12 CON-144 | 810526410 | TST1420/12 CON | 190425101243 | | 19.5x11.3x16.3 | in. | 21.55 | 1 | 144 | 1 | 144 |
| TSW1112/2 CON-288 | 810433161 | TSW1112/2 CON | 190425055690 | | 19.3x14.5x12.5 | in. | 16.99 | 1 | 288 | 1 | 288 |
| TSW1113/5 CON-288 | 810433237 | TSW1113/5 CON | 190425055706 | | 17.7x13.4x16.9 | in. | 26.7 | 2 | 576 | 2 | 576 |

| TOTALS | | | | |
|---|---|---|---|---|
| | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| ORDERED | 198 | 19,872 | 2,822.66 | 265.77 |
| SHIPPED | 199 | 19,872 | 2,822.66 | 265.77 |

**NOTES:**

414        OITCU.

| DATE: 10/30/2024 | | BILL OF LADING | #158557 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|

### SHIPPING FROM

| | |
|---|---|
| NAME: | **ALMAR C/O RIALTO PACIFIC** |
| ADDRESS: | **180 FIRST AVE** |
| CITY/STATE/ZIP | **GOULDSBORO, PA 18424 USA** |
| SID# | FOB ☐ |

**BILL OF LADING NUMBER:** 00245760000258214

### SHIP TO

| | |
|---|---|
| NAME: | **BIG LOTS DC # 870**   LOCATION: |
| ADDRESS: | **2855 SELMA HIGHWAY 334-286-0200** |
| CITY/STATE/ZIP | **MONTGOMERY, AL 36108 US** |
| CID# | |

**CARRIER NAME:** **CH ROBINSON**

Seal number(s):

| SCAC | **RBCL** |
|---|---|
| Pro Number: | |

### THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| NAME: | **CHR LTL** |
| ADDRESS: | **14800 CHARLSON ROAD SUITE 2100** |
| CITY/STATE/ZIP | **EDEN PRAIRIE MN 55347** |

Special Instructions:   ASN #978599ALW001
40511542; RTS ID: 32821590

**Freight Charge Terms:**   *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐        Collect ☐        3rd Party ☑

☐        Master Bill of Lading: with attached
(CHECK BOX)        underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | PALLET | |
| 0095644422 | 199 | 2822.7 | Y | 40511542; RTS ID: 32821590 |
| Grand Total | 199 | 2822.7 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 192 | CTNS | 2738.33 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 7 | CTNS | 84.37 | | UNKNOWN | | |
| | | 199 | | 2822.7 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

| COD Amount | | $ | |
|---|---|---|---|
| Fee Terms | Collect | | Prepaid |

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☑ | By Shipper ☑ | By Shipper ☐ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | | By Driver ☐ | By Driver/pallets said to contain ☐ | |
| | | | By Driver/Pieces ☑ | |

| |
|---|
| DATE: _____ |
| TIME IN: _____ |
| TIME OUT: _____ |
| CARTON QTY: _____ |
| SIGNATURE: _____ |

PHS: 4, CTNS: 199
driver: Sebastian

# ALMAR

CUSTOMER: Big lout

CARRIER: CH Robinson

LOAD: _____

PO# 0095644422

DESTINATION: _____

QTY: 75 OF: 199

PLTS: 1 OF: 4

BY: Katterm DATE 11 / 4 / 2024

# ALMAR

CUSTOMER: **Big Lost**

CARRIER: **CH Robinson**

LOAD: _____

PO# **0095644422**

DESTINATION: _____

QTY: **54** OF: **199**

PLTS: **2** OF: **4**

BY: **Katlenn** DATE **11 / 4 / 2024**

# ALMAR

CUSTOMER: Big Lost

CARRIER: Ch RobinSon

LOAD: 0

PO# 0095644422

DESTINATION: _____

QTY: SA    OF: 199

PLTS: 3    OF: 4

BY: Kathein    DATE 11 / 4 / 2024

# ALMAR

CUSTOMER: Big lost

CARRIER: CH Robinson

LOAD: _____

PO# 0095644422

DESTINATION: _____

QTY: 16    OF: 199

PLTS: 4    OF: 4

BY: Katlenn    DATE 11 / 4 / 2024



**Almar**
SALES COMPANY
**ALMAR Sales Co, Inc**
Offices and   320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455 1000 |
| PAGE NO. | 1 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                                REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG10854 | EG 7 PK NAIL POLISH BOX SET (WATER-BASED)<br>UPC: 0-24576-83073-1<br>Inner/Master: 6/48 | 1824 | 1824 | EA | 1.50 | 2736.00 |
| GG10879 | 7PK FLAVORED LIP BALM BOX SET<br>UPC: 0-24576-90031-1<br>Inner/Master: 12/48 | 1392 | 1392 | EA | 1.50 | 2088.00 |
| GG11028 | EG 7 PK FLAVORED LIP GLOSS TUBE BOX SET<br>UPC: 0-24576-86468-2<br>Inner/Master: 12/48 | 2160 | 2160 | EA | 1.50 | 3240.00 |
| GG13377 | PRESS ON MANICURE COLLECTION - PARIS<br>UPC: 1-90425-11613-1<br>Inner/Master: 6/24 | 360 | 360 | EA | 4.00 | 1440.00 |
| GG13390 | PRESS ON MANICURE COLLECTION - BUTTERFLY<br>UPC: 1-90425-11688-9<br>Inner/Master: 6/24 | 504 | 504 | EA | 4.00 | 2016.00 |
| GG13436 | 7 DAY PRESS ON NAIL SET- HEART SUNGLASSES<br>UPC: 1-90425-12979-7<br>Inner/Master: 6/24 | 624 | 624 | EA | 4.00 | 2496.00 |
| GG13438 | 7 DAY PRESS ON NAIL SET- UNICORN RAINBOW<br>UPC: 1-90425-12981-0<br>Inner/Master: 6/24 | 576 | 576 | EA | 4.00 | 2304.00 |
| GG13441 | 7 DAY PRESS ON NAIL SET- UNICORN & NARWHAL<br>UPC: 1-90425-12984-1<br>Inner/Master: 6/24 | 672 | 672 | EA | 4.00 | 2688.00 |
| GG14100 | SUPA CUTE MAKEUP CLAMSHELL<br>UPC: 1-90425-14873-6<br>Inner/Master: 12/48 | 528 | 528 | EA | 2.50 | 1320.00 |
| GG14101 | SUGAR BEAR MAKEUP CLAMSHELL<br>UPC: 1-90425-14874-3<br>Inner/Master: 12/48 | 720 | 720 | EA | 2.50 | 1800.00 |
| GG14103 | STAR GAZED MAKEUP CLAMSHELL<br>UPC: 1-90425-14876-7<br>Inner/Master: 12/48 | 432 | 432 | EA | 2.50 | 1080.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
## SALES COMPANY

**Almar Sales Co, Inc**
Offices and  320 5th Avenue , 3FL
Showrooms  New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.recelvable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 2 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS, OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG14104 | YOU'RE A GEM MAKEUP CLAMSHELL<br>UPC: 1-90425-14877-4<br>Inner/Master: 12/48 | 768 | 768 | EA | 2.50 | 1920.00 |
| GG14105 | LOVE AT FIRST SIGHT MAKEUP CLAMSHELL<br>UPC: 1-90425-14878-1<br>Inner/Master: 12/48 | 528 | 528 | EA | 2.50 | 1320.00 |
| GG8277PK | INFNT/TODDLR-PRINCESS B-DAY TUTU SKIRT W/SASH<br>UPC: 0-24576-21760-0<br>Inner/Master: 12/24 | 480 | 480 | EA | 2.00 | 960.00 |
| GG8320LI | INFNT/TODDLER-METALLIC DOT TUTU W/WAND<br>UPC: 1-90425-00056-0<br>Inner/Master: 12/24 | 168 | 168 | EA | 2.00 | 336.00 |
| GG8321FS | INFNT/TODDLER-GLITTER TUTU W/FLOWER HAIR CLIP<br>UPC: 1-90425-00057-7<br>Inner/Master: 12/24 | 168 | 168 | EA | 2.00 | 336.00 |
| GG8322FS | INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW<br>UPC: 1-90425-00058-4<br>Inner/Master: 12/24 | 336 | 336 | EA | 2.00 | 672.00 |
| GG8322PK | INFNT/TODDLER-GLITT TUTU W/BOW&CROWN HW<br>UPC: 1-90425-00058-4<br>Inner/Master: 12/24 | 432 | 432 | EA | 2.00 | 864.00 |
| GG8325FS | INFNT/TODDLER-CHEVRON PRINT PETTISKIRT<br>UPC: 1-90425-00061-4<br>Inner/Master: 12/24 | 648 | 648 | EA | 2.00 | 1296.00 |
| GG8048FS | PRINCESS FLWR SKIRT&HW W/FLWR-FUCHSIA<br>UPC: 0-24576-87686-9<br>Inner/Master: 12/24 | 264 | 264 | EA | 2.00 | 528.00 |
| GG8048LI | PRINCESS FLWR SKIRT&HW W/FLWR-LILAC<br>UPC: 0-24576-87686-9<br>Inner/Master: 12/24 | 192 | 192 | EA | 2.00 | 384.00 |
| GG8018 | ZEBRA PETTY SKIRT W/FUCHSIA TRIM<br>UPC: 0-24576-86174-2<br>Inner/Master: 12/24 | 24 | 24 | EA | 2.00 | 48.00 |

**REMIT PAYMENT TO:**

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS    NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar**
SALES COMPANY
**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920   Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| | |
|---|---|
| INVOICE NO: | 958407 |
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 3 |

**S O L D O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P O**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8044 | SEQUINS LAYER SKIRT<br>UPC: 0-24576-86955-7<br>Inner/Master: 12/24 | 24 | 24 | EA | 2.00 | 48.00 |
| GG8101N | NEON TULLE SKIRT W/ SEQUIN TRIM<br>UPC: 0-24576-88607-3<br>Inner/Master: 12/24 | 264 | 264 | EA | 2.00 | 528.00 |
| GG8034 | TIE DYE PETTY SKIRT<br>UPC: 0-24576-86945-8<br>Inner/Master: 12/24 | 480 | 480 | EA | 2.00 | 960.00 |
| GG8010N | NEON TULLE PETTI SKIRT W/CURLY TRIM<br>UPC: 0-24576-88381-2<br>Inner/Master: 12/24 | 24 | 24 | EA | 2.00 | 48.00 |
| GG8167 | 3LAYER TULLE SKIRT W/RIBBON TRIM&BOW<br>UPC: 0-24576-97860-0<br>Inner/Master: 12/24 | 672 | 672 | EA | 2.00 | 1344.00 |
| GG8184 | SPARKLE TUTU SKIRT W/CURLY RIBBON<br>UPC: 0-24576-97847 1<br>Inner/Master: 12/24 | 96 | 96 | EA | 2.00 | 192.00 |
| GG8128 | PRINCESS ROCKSTAR SKIRT<br>UPC: 0-24576-89821 2<br>Inner/Master: 12/24 | 360 | 360 | EA | 2.00 | 720.00 |
| GG8240 | DRESS UP 5 TIER TULLE COLOR SKIRT<br>UPC: 0-24576-21189 9<br>Inner/Master: 12/24 | 360 | 360 | EA | 2.00 | 720.00 |
| PA170FS | MPA CHEETAH PRINT 3 LAYER SKIRT<br>UPC: 0-24576-21326 8<br>Inner/Master: 12/24 | 384 | 384 | EA | 2.00 | 768.00 |
| PA170PM | MPA-CHEETAH PRINT 3 LAYER SKIRT<br>UPC: 0-24576-21327-5<br>Inner/Master: 12/24 | 216 | 216 | EA | 2.00 | 432.00 |
| GG8274 GS | PRINCESS BIRTHDAY CUPCAKE DRESS<br>UPC: 0-24576-22315-1<br>Inner/Master: 12/24 | 120 | 120 | EA | 2.50 | 300.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar**
SALES COMPANY

**ALMAR Sales Co, Inc**
Offices and      320 5th Avenue , 3FL
Showrooms      New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
| --- | --- |
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 4 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                                        REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
| --- | --- | --- | --- | --- |
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| GG8212 | PRINCESS CHEETAH SKIRT W/HEADBAND<br>UPC: 0-24576-98596-7<br>Inner/Master: 12/24 | 96 | 96 | EA | 2.50 | 240.00 |
| GG8215 | PRINCESS PETTI SKIRT W/HEADWRAP&BOW<br>UPC: 0-24576-98599-8<br>Inner/Master: 12/24 | 384 | 384 | EA | 2.50 | 960.00 |
| GG8226 | DRESS UP POLKA DOT TUTU SKIRT W/HB<br>UPC: 0-24576-98880-7<br>Inner/Master: 12/24 | 1320 | 1320 | EA | 2.50 | 3300.00 |
| GG8290PK | B-DAY-BIRTHDAY GIRL PRINTED SKIRT HB&WAND SET<br>UPC: 0-24576-22586-5<br>Inner/Master: 12/24 | 456 | 456 | EA | 2.50 | 1140.00 |
| GG8106 | ROSE HB, WAND & GLITTER SKIRT SET<br>UPC: 0-24576-88971-5<br>Inner/Master: 12/24 | 288 | 288 | EA | 2.50 | 720.00 |
| PA137F | MPA SEQUIN SKIRT W/RUFFLE SATIN BOW<br>UPC: 0-24576-96133-6<br>Inner/Master: 12/24 | 144 | 144 | EA | 2.50 | 360.00 |
| PA137L | MPA SEQUIN SKIRT W/RUFFLE SATIN BOW<br>UPC: 0-24576-96134-3<br>Inner/Master: 12/24 | 240 | 240 | EA | 2.50 | 600.00 |
| GG8249F/M | DRESS UP-SEQUIN TRIM FLOWER DRESS<br>UPC: 0-24576-21198-1<br>Inner/Master: 12/24 | 24 | 24 | EA | 3.00 | 72.00 |
| GG8253 | DP-DRESS UP VELVET GLITTER DRESS<br>UPC: 0-24576-21202-5<br>Inner/Master: 12/24 | 312 | 312 | EA | 3.00 | 936.00 |
| GG8360 | WHITE & PINK DRESS-UP SET<br>UPC: 1-90425-08465-2<br>Inner/Master: 6/24 | 24 | 24 | EA | 3.00 | 72.00 |
| GG8362 | MERMAID DRESS-UP SET<br>UPC: 1-90425-08468-3<br>Inner/Master: 6/24 | 720 | 720 | EA | 3.00 | 2160.00 |

**REMIT PAYMENT TO:**

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar**
SALES COMPANY
**Almar Sales Co, Inc**
Offices and        320 5th Avenue , 3FL
Showrooms        New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| | |
|---|---|
| INVOICE NO: | 958407 |
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 5 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8371 | MERMAID SKIRT, WAND & HEADBANDS SET<br>UPC: 1-90425-11476-2<br>Inner/Master: 12/48 | 576 | 576 | EA | 3.00 | 1728.00 |
| PA119 | 3PC SKIRT/WING/WAND FLOWER FAIRY SET<br>UPC: 0-24576-88990-6<br>Inner/Master: 12/24 | 768 | 768 | EA | 3.00 | 2304.00 |
| GG8375 | MERMAID DRESS UP SET With HEADBAND& WAND<br>UPC: 1-90425-11480-9<br>Inner/Master: 12/48 | 624 | 624 | EA | 3.00 | 1872.00 |
| FR25672 | ICE PRINCESS ICY BLUE METALLIC CLOAK<br>UPC: 1-90425-08755-4<br>Inner/Master: 12/48 | 432 | 432 | EA | 3.50 | 1512.00 |
| GG8057 | SEQUIN LACE UP TULLE DRESS W/ BOW<br>UPC: 0-24576-88028-6<br>Inner/Master: 12/24 | 864 | 864 | EA | 3.50 | 3024.00 |
| GG8111 | DRESS UP RAINBOW FLOWER DRESS W/ HALO<br>UPC: 0-24576-88976-0<br>Inner/Master: 12/24 | 264 | 264 | EA | 3.50 | 924.00 |
| GG8055X | DRESS UP VELVET & FLOWER DRESS<br>UPC: 0-24576-88925-8<br>Inner/Master: 12/24 | 384 | 384 | EA | 3.50 | 1344.00 |
| GG8052 | DRESSUP BUTTERFLY WING DRESS<br>UPC: 0-24576-88023-1<br>Inner/Master: 12/24 | 912 | 912 | EA | 3.50 | 3192.00 |
| FR8326 | ICE PRINCESS DRESS UP SET<br>UPC: 1-90425-08765-3<br>Inner/Master: 12/24 | 264 | 264 | EA | 3.50 | 924.00 |
| AL9503B | PRINCESS JEWLERY SET (4 UPC #)<br>UPC: 1-90425-00671-5<br>Inner/Master: 6/24 | 2928 | 2928 | EA | .25 | 732.00 |
| GG6035 | PRINCESS CROWN, WAND EARRING & 3 BRACELET IN<br>UPC: 0-24576-77895-8<br>Inner/Master: 12/48 | 496 | 496 | EA | 1.00 | 496.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



# Almar
### SALES COMPANY

**ALMAR Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
     DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 6 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS, OH 43081

**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334 286-0200
MONTGOMERY, AL 36108

DEPT#:                            REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG8188 | 2PC HEART STONE SHOE AND TIARA IN BLISTER BOX<br>UPC: 0-24576-98042-9<br>Inner/Master: 12/48 | 1440 | 1440 | EA | 1.50 | 2160.00 |
| GG8194 | 3PC METALLIC SHOE, TIARA, EARRING SET IN BLIS<br>UPC: 0-24576-98048-1<br>Inner/Master: 12/48 | 1632 | 1632 | EA | 1.50 | 2448.00 |
| GG8194 1 | 3PC METALLIC SHOE, TIARA, EARRING SET IN BOX<br>UPC: 0-24576-98048-1<br>Inner/Master: 6/48 | 192 | 192 | EA | 1.50 | 288.00 |
| GG8000 | BIRTHDAY GIRL SET<br>UPC: 0-24576-82124-1<br>Inner/Master: 12/48 | 48 | 48 | EA | 2.00 | 96.00 |
| GG8000 1 | BIRTHDAY GIRL SET<br>UPC: 0-24576-82124-1<br>Inner/Master: 6/48 | 816 | 816 | EA | 2.00 | 1632.00 |
| FK9055 | PRINCESS DRESS UP SET (FLOWER MOTIF ONLY)<br>UPC: 0-24576-84843-9<br>Master: 12 | 564 | 564 | EA | 2.50 | 1410.00 |
| GG7010 | PRINCESS TRAVEL SET (7PC SET)<br>UPC: 0-24576-77035-8<br>Inner/Master: 12/24 | 816 | 816 | EA | 2.50 | 2040.00 |
| GG8140 | 8PC PRINCESS ACCESSORY BOX SET<br>UPC: 0-24576-89842-7<br>Master: 12 | 540 | 540 | EA | 2.50 | 1350.00 |
| FR7009 | ICE PRINCESS DRESS UP BOX SET - ICY BLUE<br>UPC: 1-90425-08752-3<br>Inner/Master: 12/24 | 600 | 600 | EA | 3.00 | 1800.00 |
| FR920 | ICE PRINCESS TRAVEL CASE DRESS UP SET-BLUE<br>UPC: 1-90425-08757-8<br>Inner/Master: 12/24 | 768 | 768 | EA | 3.00 | 2304.00 |
| GG9019X | XOXO HEART BEAUTY SET<br>UPC: 1-90425-11213-3<br>Inner/Master: 12/24 | 264 | 264 | EA | 3.00 | 792.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS      NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



# Almar
SALES COMPANY

**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 7 |

**S O L D   T O**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**S H I P   T O**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:              REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| FR6037 | ICE PRINCESS DRESS UP PRINCESS SHOES<br>UPC: 1-90425-08753-0<br>Master: 12 | 948 | 948 | EA | 4.00 | 3792.00 |
| GG8156 | PRINCESS METALLIC SHOE SET<br>UPC: 0-24576-97115-1<br>Inner/Master: 12/24 | 576 | 576 | EA | 4.00 | 2304.00 |
| ANN13887/6 | 6PC SQUEEZE GLOW IN THE DARK BALLS<br>UPC: 1-90425-12720-5<br>Inner/Master: 12/48 | 1632 | 1632 | EA | 1.75 | 2856.00 |
| ANN19830/12 | 12PC SQUEEZE METALLIC BALLS<br>UPC: 1-90425-13927-7<br>Inner/Master: 12/48 | 1728 | 1728 | EA | 2.50 | 4320.00 |
| ANN20912 | 12" FASHION DOLL<br>UPC: 1-90425-15171-2<br>Inner/Master: 12/24 | 1008 | 1008 | EA | 1.50 | 1512.00 |
| ANN20914 | 12"FASHION BEAUTY DOLL WITH 12 PC VANITY SET<br>UPC: 1-90425-15173-6<br>Master: 12 | 60 | 60 | EA | 2.50 | 150.00 |
| ANN20915 | 12"FASHION BEAUTY DOLL WITH 11 PC LAUNDRY SET<br>UPC: 1-90425-15174-3<br>Master: 12 | 612 | 612 | EA | 2.50 | 1530.00 |
| ANN20916 | 12" FASHION BEAUTY DOLL WITH 13PC MEDICAL SET<br>UPC: 1-90425-15175-0<br>Master: 12 | 612 | 612 | EA | 2.50 | 1530.00 |
| ANTY18094 | NOISE TUBE<br>UPC: 1-90425-13006-9<br>Master: 48 | 11088 | 11088 | EA | .50 | 5544.00 |
| ANTY20764 | 28 PC SHOPPING CART<br>UPC: 1-90425-14797-5<br>Master: 6 | 228 | 228 | EA | 6.00 | 1368.00 |
| ANTY20773 | RACE CAR ON THE GO W/ WRISTBAND<br>UPC: 1-90425-14813-2<br>Inner/Master: 6/36 | 756 | 756 | EA | 4.50 | 3402.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar

SALES COMPANY

**Almar Sales Co, Inc**
Offices and 320 5th Avenue , 3FL
Showrooms New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 8 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081



**SHIP TO**
Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ANTY21289 | 4x4 FRICTION TRUCK<br>UPC: 1-90425-16176-6<br>Master: 12 | 636 | 636 | EA | 3.00 | 1908.00 |
| ANTY21291 | MY FIRST UKULELE<br>UPC: 1-90425-16178-0<br>Inner/Master: 12/48 | 192 | 192 | EA | 2.50 | 480.00 |
| ANTY21294 | MY FIRST DOCTOR KIT<br>UPC: 1-90425-16181-0<br>Inner/Master: 12/24 | 528 | 528 | EA | 3.00 | 1584.00 |
| ANTY21292 | MAGIC SNAKE PUZZLE<br>UPC: 1-90425-16179-7<br>Inner/Master: 12/24 | 600 | 600 | EA | 2.00 | 1200.00 |
| ANTY21559 | MAGIC CUBE PUZZLE SET- HEAT/TRIAGLE/SQAR SHAP<br>UPC: 1-90425-16583-2<br>Inner/Master: 12/24 | 936 | 936 | EA | 2.50 | 2340.00 |
| LOL2008 1 | LOL 4PK NAILS<br>UPC: 1-90425-11615-5<br>Inner/Master: 6/24 | 1368 | 1368 | EA | 1.50 | 2052.00 |
| LOL2050 | LOL 4PC SLEEP MASK<br>UPC: 1-90425-08216-0<br>Master: 24 | 1200 | 1200 | EA | 1.75 | 2100.00 |
| LOL2127 SPEC | LOL 1 PC DIARY<br>UPC: 1-90425-12996-4<br>Inner/Master: 12/72 | 576 | 576 | EA | .50 | 288.00 |
| LOL2137 | LOL 6 PC MYSTERY HAIR SURPRISE SET<br>UPC: 1-90425-11573-8<br>Master: 24 | 1224 | 1224 | EA | 1.50 | 1836.00 |
| GG8320PK | INFNT/TODDLER-METALLIC DOT TUTU W/WAND<br>UPC: 1-90425-00056-0<br>Inner/Master: 12/24 | 384 | 384 | EA | 2.00 | 768.00 |
| GG8321TQ | INFANT/TODDLER- GLITTER TUTU WITH  FLOWER HAI<br>UPC: 1-90425-00057-7<br>Inner/Master: 12/24 | 96 | 96 | EA | 2.00 | 192.00 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
### SALES COMPANY

**Almar Sales Co, Inc**
**Offices and** 320 5th Avenue , 3FL
**Showrooms** New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958407 |
|---|---|
| DATE | 11/05/24 |
| DUE DATE | 12/05/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 9 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**

Big Lots DC # 870
2855 SELMA HIGHWAY
334-286-0200
MONTGOMERY, AL 36108

DEPT#:                                                      REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095642614 | 978596 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GG6035 1 | PRINCESS CROWN, WAND, EARRING & 3 BRACELET | 630 | 630 | EA | 1.00 | 630.00 |
| | UPC: 0-24576-77895-8 | | | | | |
| | Inner/Master: 6/48 | | | | | |

| | | | | SUB TOTAL | 126550.00 |
|---|---|---|---|---|---|
| | | | | FREIGHT | |

| | TOTAL QUANTITY | | | TOTAL WEIGHT | PALLETS | ORDER COMPLETE YES / NO | TOTAL CUBIC FEET | B:O UNITS |
|---|---|---|---|---|---|---|---|---|
| DOZENS | UNITS | PIECES | CARTONS | | | | | N #9785 |
| | 64618 | 2239 | 52002 | | Y | | 96 | B:O AMT |

| TOTAL | 126550.00 |
|---|---|
| SHIPPED FROM | ALW |

**REMIT PAYMENT TO:**

LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**

ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS       NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

*11/4    Shipment #    office*

| DATE: 11/1/2024 | | BILL OF LADING | #159108 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|

**SHIPPING FROM**

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                          FOB  ☐

BILL OF LADING NUMBER:  00245760000258474

*Trailer: 30349*

CARRIER NAME:  **BFS LOGISTICS**

Seal number(s): *25910477*

SCAC                   **BFSL**

Pro Number:  *plts:26*
*ctns: 935.*

**SHIP TO**

NAME: **BIG LOTS DC # 870**           LOCATION:
ADDRESS: **2855 SELMA HIGHWAY 334-286-0200**
CITY/STATE/ZIP **MONTGOMERY, AL 36108 US**
CID#

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ☐      Collect ☑      3rd Party ☐
☐      Master Bill of Lading: with attached
(CHECK BOX)      underlying Bills of Lading

Special Instructions:    ASN #978598ALW001
Shipment 848814; 40511893

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095642614 | 935 | 26001.18 | Y | Shipment 848814; 40511893 |
| Grand Total | | 26001.18 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | | CTNS | 4100.45 | | COSMETICS | 59420 | 85 |
| | PCS | | CTNS | 10394.19 | | FASHION ACCESSORIES | 59420 | 85 |
| | PCS | | CTNS | 1251.8 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | | CTNS | 8631.64 | | TOYS / NOVELTIES | 84260 | 125 |
| | PCS | 935 | CTNS | 1623.1 | | UNKNOWN | | |
| | | | | 26001.18 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount                        $
Fee Terms          Collect              Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shipper Signature

Shipper Signature/Date
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Surely Barreto 11-04-24*

| Packing List | Trailer Loaded | Freight counted: |
|---|---|---|
| PL Attached ☑ | By Shipper ☑ | By Shipper ☐ |
| | By Driver ☐ | By Driver/pallets ☐ said to contain |
| | | By Driver/Pieces ☑ |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

DATE: *11/04/24*
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE: *Rudy*

 all·ways

| PO Packing List |
| --- |

| Sold By | | Ship To | | Client Reference # | | Doc Date |
| --- | --- | --- | --- | --- | --- | --- |
| Almar | | Big Lots DC # 870 | | 978596ALW001 | | 11/1/2024 |
| | | 2855 SELMA HIGHWAY 334-286-0200 | | | | |
| | | MONTGOMERY AL 36108 | | Customer PO | Start Date | Cancel Date |
| Phone: | | Phone: 9173060333 | | 0095642614 | 10/28/2024 | 10/28/2024 |
| | | Dept #: | | Wave # | Dept # | Rep # |
| | | Store #: 0870 | | 156092 | | |
| Ship From | | Shipment Tracking Number(s) | | Duns # | Control # | Term |
| Almar C/O Rialto Pacific | | | | | | Collect |
| 180 First Ave | | | | Shipment Type | Vendor # | Ship Date |
| Gouldsboro PA 18424 | | | | Freight Shipment | | 11/01/2024 |
| Phone: (310) 513 8833 | | | | Ship VIA | | Est. Pallet Count |
| | | Shipment Cost(USD) | | | | 56 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AL9503B-24 | XXXXXXX | AL9503B | 190425006715 | | 12.8x9.64x16.7 | in | 2.86 | 122 | 2928 | 122 | 2928 |
| ANN13887/6-48 | 810795079 | ANN13887/6 | 190425127205 | | 14.17x110.2x7.68 | in | 11.02 | 34 | 1632 | 34 | 1632 |
| ANN19830/12-48 | 810795078 | ANN19830/12 | 190425139277 | | 19x14x10 | in. | 47 | 36 | 1728 | 36 | 1728 |
| ANN20912-24 | 810795077 | ANN20912 | 190425151712 | | 14x14x19 | in. | 10 | 42 | 1008 | 42 | 1008 |
| ANN20914-12 | 810795076 | ANN20914 | 190425151736 | | 14.76x13.39x16.14 | in. | 9.9 | 5 | 60 | 5 | 60 |
| ANN20915-12 | 810795075 | ANN20915 | 190425151743 | | 13.78x13.58x19.88 | in | 9.9 | 51 | 612 | 51 | 612 |
| ANN20916-12 | 810795074 | ANN20916 | 190425151750 | | 13.58x13.58x16.73 | in | 8.8 | 51 | 612 | 51 | 612 |
| ANTY18094-48 | 810795073 | ANTY18094 | 190425130069 | | 14x10x30 | in. | 8 | 231 | 11088 | 231 | 11088 |
| ANTY20764-6 | 810795072 | ANTY20764 | 190425147975 | | 20x18x21 | in | 19 | 38 | 228 | 38 | 228 |
| ANTY20773-36 | 810795071 | ANTY20773 | 190425148132 | | 22x11x16 | in. | 11.5 | 21 | 756 | 21 | 756 |
| ANTY21289-12 | 810795070 | ANTY21289 | 190425161766 | | 24x12x19 | in. | 10 | 53 | 636 | 53 | 636 |
| ANTY21291-48 | 810795069 | ANTY21291 | 190425161780 | | 27x20x21 | in. | 27 | 4 | 192 | 4 | 192 |
| ANTY21292-24 | 810795067 | ANTY21292 | 190425161797 | | 14x10x20 | in. | 9 | 25 | 600 | 25 | 600 |
| ANTY21294-24 | 810795068 | ANTY21294 | 190425161810 | | 27x13x24 | in. | 17 | 22 | 528 | 22 | 528 |
| ANTY21559-24 | 810795066 | ANTY21559 | 190425165832 | | 17.72x10.63x16.93 | in. | 9.9 | 39 | 936 | 39 | 936 |
| FK9055-12 | 810795086 | FK9055 | 024576848439 | | 21.26x14x13.8 | | 6.2 | 47 | 564 | 47 | 564 |
| FR25672-48 | 810795036 | FR25672 | 190425087554 | | 30.7x8x15 | in | 15 | 9 | 432 | 9 | 432 |
| FR6037-12 | 810795081 | FR6037 | 190425087530 | | 23.43x12.04x15.94 | in. | 13.5 | 79 | 948 | 79 | 948 |
| FR7009-24 | 810795084 | FR7009 | 190425087523 | | 23.2x12.6x26.8 | in. | 20.5 | 25 | 600 | 25 | 600 |
| FR8326-24 | 810795031 | FR8326 | 190425087653 | | 21.26x17.72x9.84 | in. | 11.86 | 11 | 264 | 11 | 264 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FR920-24 | 810795083 | FR920 | 190425087578 | | 30.31x11.8 1x17 72 | in. | 17.53 | 32 | 768 | 32 | 76R |
| GG10854-48 | XXXXXXX | GG10854 | 024576830731 | | 15.8x11.7x 12.2 | in. | 23.76 | 38 | 1824 | 38 | 1824 |
| GG10879-48 | 810795150 | GG10879 | 024576900311 | | 15.8x11.7x 11.6 | in. | 14.3 | 29 | 1392 | 29 | 1392 |
| GG11028-48 | 810795149 | GG11028 | 024576864682 | | 20.6x13.2x 11.3 | in | 17.97 | 45 | 2160 | 45 | 2160 |
| GG13377-24 | 810795148 | GG13377 | 190425116131 | | 21.26x13.9 8x10.24 | in. | 11.4 | 15 | 360 | 15 | 360 |
| GG13390-24 | 810795147 | GG13390 | 190425116889 | | 21.26x13.9 8x10.24 | in. | 11.4 | 21 | 504 | 21 | 504 |
| GG13436-24 | 810795146 | GG13436 | 190425129797 | | 21x12x9 | in. | 11.06 | 26 | 624 | 26 | 624 |
| GG13438-24 | 810795145 | GG13438 | 190425129810 | | 21x12x9 | in. | 11.06 | 24 | 576 | 24 | 576 |
| GG13441-24 | 810795144 | GG13441 | 190425129841 | | 21x12.5x9 | in. | 10 | 28 | 672 | 28 | 672 |
| GG14100-48 | 810795143 | GG14100 | 190425148736 | | 24x16.3x2 2 | in | 26 | 11 | 528 | 11 | 528 |
| GG14101-48 | 810795142 | GG14101 | 190425148743 | | 24x16.3x2 2 | in. | 10.6 | 15 | 720 | 15 | 720 |
| GG14103-48 | 810795141 | GG14103 | 190425148767 | | 24x16.3x2 2 | in. | 26 | 9 | 432 | 9 | 432 |
| GG14104-48 | 810795140 | GG14104 | 190425148774 | | 24x16.3x2 2 | in. | 26 | 16 | 768 | 16 | 768 |
| GG14105-48 | 810795139 | GG14105 | 190425148781 | | 24x16 5x2 2 | in. | 26 | 11 | 528 | 11 | 528 |
| GG6035 1-48 | XXXXXXX | GG6035 1 | 024576778958 | | 22.83x17.7 2x16.93 | in. | 19.45 | 13 | 630 | 14 | 630 |
| GG6035-48 | 810103734 | GG6035 | 024576778958 | | 22.83x16.5 4x18.9 | in. | 19.45 | 10 | 496 | 11 | 496 |
| GG7010-24 | 810103580 | GG7010 | 024576770358 | | 23x11x25 | in. | 16.7 | 34 | 816 | 34 | 816 |
| GG8000 1-48 | XXXXXXX | GG8000 1 | 024576821241 | | 33.86x21 2 6x23.62 | in | 25.8 | 17 | 816 | 17 | 816 |
| GG8000-48 | 1 | GG8000 | 024576821241 | | 22 8x22x3 4.3 | | 24.8 | 1 | 48 | 1 | 48 |
| GG8010N-24 | 810795060 | GG8010N | 024576883812 | | 26.2x16.3x 11.8 | in. | 9.7 | 1 | 24 | 1 | 24 |
| GG8018-24 | 810795127 | GG8018 | 024576861742 | | 20.5x15.8x 7.9 | in. | 10.5 | 1 | 24 | 1 | 24 |
| GG8034-24 | 810795124 | GG8034 | 024576869458 | | 20.5x15.8x 7.9 | in. | 9.7 | 20 | 480 | 20 | 480 |
| GG8044-24 | 810795126 | GG8044 | 024576869557 | | 19.7x15.8x 6.7 | in. | 9.5 | 1 | 24 | 1 | 24 |
| GG8048FS-24 | XXXXXXX | GG8048FS | 024576876869 | | 20.87x14.9 6x7.09 | in. | 6.6 | 11 | 264 | 11 | 264 |
| GG8048LI-24 | XXXXXXX | GG8048LI | 024576876869 | | 20.87x14.9 6x7.09 | in. | 6.6 | 8 | 192 | 8 | 192 |
| GG8052-24 | 810795032 | GG8052 | 024576880231 | | 20x17x11 | in. | 9.01 | 38 | 912 | 38 | 912 |
| GG8055X-24 | 810795033 | GG8055X | 024576888925 | | 30.7x15x8. 3 | in. | 13 | 16 | 384 | 16 | 384 |
| GG8057-24 | 810795035 | GG8057 | 024576880286 | | 29x15x8 | in. | 9.5 | 36 | 864 | 36 | 864 |
| GG8101N-24 | 810795125 | GG8101N | 024576886073 | | 20.5x15.8x 10.6 | in | 8.7 | 11 | 264 | 11 | 264 |
| GG8106-24 | 810795047 | GG8106 | 024576889715 | | 21.1x13.6x 15.7 | in. | 9.3 | 12 | 288 | 12 | 288 |
| GG8111-24 | XXXXXXX | GG8111 | 024576889760 | | 33.5x15x1 0 | in. | 13.2 | 11 | 264 | 11 | 264 |
| GG8128-24 | 810795057 | GG8128 | 024576898212 | | 15.75x12.6 x9.45 | in. | 7.4 | 15 | 360 | 15 | 360 |
| GG8140-12 | 810795085 | GG8140 | 024576898427 | | 16.2x15.5x 14 | in. | 3 7 | 45 | 540 | 45 | 540 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GG8156-24 | 810795080 | GG8156 | 024576971151 | 25.59x17.9 in. 1x25.39 | 27.1 | 24 | 576 | 24 | 576 |
| GG8167-24 | 810795059 | GG8167 | 024576978600 | 20.5x15.8x 7.9 | 7.5 | 28 | 672 | 28 | 672 |
| GG8184-24 | 810795058 | GG8184 | 024576978471 | 16.93x12.6 in. x9.45 | 6.2 | 4 | 96 | 4 | 96 |
| GG8188-48 | 810795091 | GG8188 | 024576980429 | 24x15x28 in. | 28.4 | 30 | 1440 | 30 | 1440 |
| GG8194 I-48 | XXXXXXX | GG8194 I | 024576980481 | 24x16x28 in. | 27 | 4 | 192 | 4 | 192 |
| GG8194-48 | 810795090 | GG8194 | 024576980481 | 24x15x28 in. | 28.4 | 34 | 1632 | 34 | 1632 |
| GG8212-24 | 810795051 | GG8212 | 024576985967 | 16.73x13.1 9x11.81 | 8.03 | 4 | 96 | 4 | 96 |
| GG8215-24 | 810795050 | GG8215 | 024576985998 | 16.73x13.1 9x11.81 | 8.62 | 16 | 384 | 16 | 384 |
| GG8226-24 | 810795049 | GG8226 | 024576988807 | 20.5x15x9.5 | 8 | 55 | 1320 | 55 | 1320 |
| GG8240-24 | 810795056 | GG8240 | 024576211899 | 20.5x15.5x 8 | 9.7 | 15 | 360 | 15 | 360 |
| GG8249F/M-24 | XXXXXXX | GG8249F/M | 024576211981 | 27.5x15x8 in. | 8.2 | 1 | 24 | 1 | 24 |
| GG8253-24 | XXXXXXX | GG8253 | 024576212025 | 30x15x8 in. | 10 | 13 | 312 | 13 | 312 |
| GG8274/GS-24 | XXXXXXX | GG8274/GS | 024576223151 | 22x13.5x1 2.5 | 8.8 | 5 | 120 | 5 | 120 |
| GG8277PK-24 | 810795137 | GG8277PK | 024576217600 | 21.5x14.5x 10 | 8.5 | 20 | 480 | 20 | 480 |
| GG8290PK-24 | 810795048 | GG8290PK | 024576225865 | 21x13.5x1 5.5 | 9.5 | 19 | 456 | 19 | 456 |
| GG8320LI-24 | 810795135 | GG8320LI | 190425000560 | 21.5x15.5x 7 | 5.8 | 7 | 168 | 7 | 168 |
| GG8320PK-24 | 810795135 | GG8320PK | 190425000560 | 21.5x15.5x 7 | 5.8 | 16 | 384 | 16 | 384 |
| GG8321FS-24 | 810795133 | GG8321FS | 190425000577 | 21.5x15 5x 6 | 5.8 | 7 | 168 | 7 | 168 |
| GG8321TQ-24 | 810795133 | GG8321TQ | 190425000577 | 21.5x15.5x 6 | 5.8 | 4 | 96 | 4 | 96 |
| GG8322FS-24 | 810795132 | GG8322FS | 190425000584 | 21.5x15.5x 6 | 5.8 | 14 | 336 | 14 | 336 |
| GG8322PK-24 | XXXXXXX | GG8322PK | 190425000584 | 21.5x15.5x 6 | 5.8 | 18 | 432 | 18 | 432 |
| GG8325FS-24 | 810795130 | GG8325FS | 190425000614 | 20x13.5x1 2.5 | 8.8 | 27 | 648 | 27 | 648 |
| GG8360-24 | XXXXXXX | GG8360 | 190425084652 | 22.44x12.6 in. x14.6 | 10.47 | 1 | 24 | 1 | 24 |
| GG8362-24 | 810795040 | GG8362 | 190425084683 | 22.44x12.6 in. 12.6 | 7.6 | 30 | 720 | 30 | 720 |
| GG8371-48 | 810795039 | GG8371 | 190425114762 | 20x16x13 in. | 11.25 | 12 | 576 | 12 | 576 |
| GG8375-48 | 810795037 | GG8375 | 190425114809 | 24x20x17 in. | 24.5 | 13 | 624 | 13 | 624 |
| GG9019X-24 | XXXXXXX | GG9019X | 190425112133 | 20x10x32 in. | 9.5 | 11 | 264 | 11 | 264 |
| LOL2008 I-24 | XXXXXXX | LOL2008 I | 190425044755 | 11.02x9.06 in. x7.08 | 2.6 | 57 | 1368 | 57 | 1368 |
| LOL2050-24 | 810795064 | LOL2050 | 190425082160 | 12.99x8.26 in. x7.87 | 4.4 | 50 | 1200 | 50 | 1200 |
| LOL2127 SPEC-72 | 810795063 | LOL2127 SPEC | 190425129964 | 14x10x8 in. | 11.45 | 8 | 576 | 8 | 576 |
| LOL2137-24 | 810795062 | LOL2137 | 190425115738 | 13x10x10 in. | 4.18 | 51 | 1224 | 51 | 1224 |
| PA119-24 | 810795038 | PA119 | 024576889906 | 24x20x12 in. 5 | 10 | 32 | 768 | 32 | 768 |
| PA137F-24 | 810795046 | PA137F | 024576961336 | 23.4x17x1 in 0.2 | 12.5 | 6 | 144 | 6 | 144 |
| PA137L-24 | 810795045 | PA137L | 024576961343 | 23.4x17x1 in. 0.2 | 12.5 | 10 | 240 | 10 | 240 |
| PA170FS-24 | 810795055 | PA170FS | 024576213268 | 25x18x13 in. | 8.5 | 16 | 384 | 16 | 384 |

| PAI70PM-24 | 810795054 | PAI70PM | 024576213275 |  | 25x18x13 | in. | 8.5 | 9 | 216 | 9 | 216 |

| TOTALS | | | | |
|---|---|---|---|---|
|  | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| ORDERED | 935 | 64,618 | 26,001.18 | 5,233.90 |
| SHIPPED | 935 | 64,618 | 26,001.18 | 5,233.90 |

**NOTES:**

114   Shipment #1   only

# BILL OF LADING

| DATE: 11/1/2024 | | #159108 | PAGE 1 OF 1 |
|---|---|---|---|

## SHIPPING FROM:

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                                    FOB  ☐

BILL OF LADING NUMBER:     00245760000258474

## SHIP TO

NAME: **BIG LOTS DC # 870**          LOCATION:
ADDRESS: **2855 SELMA HIGHWAY 334-286-0200**
CITY/STATE/ZIP **MONTGOMERY, AL 36108 US**
CID#

CARRIER NAME:    **BFS LOGISTICS**

Seal number(s):
SCAC          **BFSL**
Pro Number:

TRA 30344

## THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP

**Freight Charge Terms:**   *(freight charges are prepaid unless marked otherwise)*

Prepaid  ☐     Collect  ☑     3rd Party  ☐

☐        Master Bill of Lading: with attached
(CHECK BOX)        underlying Bills of Lading

Special Instructions:   ASN #978596ALW001
                        Shipment 848814; 40511893

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
|  |  |  | PALLET |  |
| 0095642614 | 935 | 26001.18 | Y | Shipment 848814; 40511893 |
| Grand Total | | 26001.18 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
|  | PCS |  | CTNS | 4100.45 |  | COSMETICS | 59420 | 85 |
|  | PCS |  | CTNS | 10394.19 |  | FASHION ACCESSORIES | 59420 | 85 |
|  | PCS |  | CTNS | 1251.8 |  | HAIR PRODUCTS | 59420 | 85 |
|  | PCS |  | CTNS | 8631.64 |  | TOYS / NOVELTIES | 84260 | 125 |
|  | PCS | 935 | CTNS | 1623.1 |  | UNKNOWN | | |
|  |  |  |  | 26001.18 |  | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"

COD Amount                          $
Fee Terms          Collect                 Prepaid
Customer check acceptable:

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☑ | By Shipper ☑  By Driver ☐ | By Shipper ☐  By Driver/pallets ☐ said to contain  By Driver/Pieces ☑ | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

PLT: 26
CTN: 935
Franko

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 6  OF: 2239**

**PLTS: 27      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD: 848814; 40511893**

**PO# 95642614**

**DESTINATION:** _____

**QTY: 38  OF: 2239**

**PLTS: 28    OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 31  OF: 2239**

**PLTS: 29     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 32  OF: 2239**

**PLTS: 30     OF: 67**

**BY: Luz       DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 38  OF: 2239**

**PLTS: 31     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 40  OF: 2239**

**PLTS: 32      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 12  OF: 2239**

**PLTS: 33     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER:** BIG LOTS

**CARRIER:** BFS LOGISTICS

**LOAD:** 848814; 40511893

**PO#** 95642614

**DESTINATION:** _____

**QTY:** 12  **OF:** 2239

**PLTS:** 34    **OF:** 67

**BY:** Luz    **DATE** 11/ 01/2024

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 23  OF: 2239**

**PLTS: 35     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD: 848814; 40511893**

**PO# 95642614**

**DESTINATION: _____**

**QTY: 15  OF: 2239**

**PLTS: 36    OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 15  OF: 2239**

**PLTS: 37     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 15  OF: 2239**

**PLTS: 38     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 28  OF: 2239**

**PLTS: 39      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 52  OF: 2239**

**PLTS: 40     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 40  OF: 2239**

**PLTS: 41     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER:** BIG LOTS

**CARRIER:** BFS LOGISTICS

**LOAD:** 848814; 40511893

**PO#** 95642614

**DESTINATION:** _____

**QTY:** 49  **OF:** 2239

**PLTS:** 42    **OF:** 67

**BY:** Luz    **DATE** 11/ 01/2024

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 49  OF: 2239**

**PLTS: 43      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD: 848814; 40511893**

**PO# 95642614**

**DESTINATION: _____**

**QTY: 36  OF: 2239**

**PLTS: 44     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 60  OF: 2239**

**PLTS: 45      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 40  OF: 2239**

**PLTS: 46     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION: _____**

**QTY: 79  OF: 2239**

**PLTS: 47     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 18  OF: 2239**

**PLTS: 48     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 113  OF: 2239**

**PLTS: 49     OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 16  OF: 2239**

**PLTS: 50      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 16  OF: 2239**

**PLTS: 51     OF: 67**

**BY: Luz     DATE 11/ 01/2024**

# ALMAR

**CUSTOMER: BIG LOTS**

**CARRIER: BFS LOGISTICS**

**LOAD:  848814; 40511893**

**PO#  95642614**

**DESTINATION:** _____

**QTY: 36  OF: 2239**

**PLTS: 52      OF: 67**

**BY: Luz      DATE 11/ 01/2024**

## Reema Ramdhan

| | |
|---|---|
| **To:** | AP VENDOR INQUIRIES |
| **Cc:** | Marc Zakaria; Almar AR |
| **Subject:** | RE: CHARGEBACK DISPUTE PO#95644424 = 132.81 |

**From:** AP VENDOR INQUIRIES <APVENDORINQUIRIES@biglots.com>
**Sent:** Tuesday, December 17, 2024 10:37 AM
**To:** Reema Ramdhan <rramdhan@almarsales.com>
**Cc:** Marc Zakaria <marcz@almarsales.com>; Almar AR <AlmarAR@BDSUS.net>
**Subject:** RE: CHARGEBACK DISPUTE PO#95644424 = 132.81

Hello

Deduction was done in error. Pay back will be process

Thank you

**Invoice status can be checked using the invoice hotline 614-278-6858, follow prompts**
**If invoice is not found please send a copy to outsidevendorinvoices@biglots.com**
**For all other inquiries send to the research team apvendorinquiries@biglots.com**

Zina Laynburd
Warehouse Research Coordinator
Phone 614-278-7128

**BIG LOTS INC**

**4900 East Dublin Granville Rd. | Columbus, OH 43081-7651**

**From:** Reema Ramdhan <rramdhan@almarsales.com>
**Sent:** Friday, December 6, 2024 1:22 PM
**To:** AP VENDOR INQUIRIES <APVENDORINQUIRIES@biglots.com>
**Cc:** Marc Zakaria <marcz@almarsales.com>; Almar AR <AlmarAR@BDSUS.net>
**Subject:** CHARGEBACK DISPUTE PO#95644424 = 132.81

Hello please find attached bol and packing list showing we shipped the listed items claimed as shortage in full and same
quantities was invoiced , please review ad advise on full repayment of 132.81 (inv # 958466

1





4900 E Dublin Granville Rd
Columbus, OH
43081-7651

### DEBIT MEMO DEDUCTION

| | |
|---|---|
| Vendor # | 159430 |
| Invoice # | 958466 |
| P.O. # | 95644424 |
| Invoice Document | 5130021647 |
| Accounting Document | 5118167890 |

ALMAR SALES COMPANY
ALMAR SALES COMPANY
320 5TH AVE FL 3RD
NEW YORK NY 10001

| Purchase Order Number | PO Line Item | Article | Item Description | Variance Text | Qty | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 95644424 | 00034 | 810526410 | 12PC TWISTERS - BTS COLORS | Overbill Qty | 51 | 1.810 | 92.31 |
| 95644424 | 00043 | 810702456 | CONT. SPRAY BOTTLE | Overbill Qty | 18 | 2.250 | 40.50 |

Thank You

**Reema Ramdhan**
Accounts Receivable Manager
Almar Sales Inc / Jean Pierre

212-594-6920 ext 1357
FAX # 212-564-1097
rramdhan@almarsales.com

320 Fifth Avenue, 3rd Floor New York, NY 10001



# Almar
### SALES COMPANY
**ALMAR Sales Company, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958466 |
|---|---|
| DATE | 11/06/24 |
| DUE DATE | 12/06/24 |
| ACCOUNT NO. | 01455 1000 |
| PAGE NO. | 1 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695 2848
TREMONT, PA 17981

DEPT#:        REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644424 | 978600 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EXG1146R CON | 6-PC STYLING COMB ASSORTED<br>UPC: 1-90425-07448-6<br>Inner/Master: 3/72 | 504 | 504 | EA | .66 | 332.64 |
| TSC1143 CON | 2PC SHOWER COMBS<br>UPC: 1-90425-00660-9<br>Inner/Master: 3/72 | 72 | 72 | EA | .53 | 38.16 |
| TSW1112/2 CON | 2PC PACK WIDE HEADWRAP<br>UPC: 1-90425-05569-0<br>Inner/Master: 3/288 | 162 | 162 | EA | .61 | 98.82 |
| TST1054/12 CON | 12CT MIXED TWISTERS BLK<br>UPC: 1-90425-07481-3<br>Inner/Master: 3/288 | 864 | 864 | EA | 1.81 | 1563.84 |
| TST1062/8 CON | 8 PK SKINNY TWISTERS<br>UPC: 1-90425-07868-2<br>Inner/Master: 4/288 | 288 | 288 | EA | 1.05 | 302.40 |
| EXG1187/4 CON | SALON CLAW CLIPS 4PK<br>UPC: 1-90425-07874-3<br>Inner/Master: 3/72 | 360 | 360 | EA | .52 | 187.20 |
| TSE1058/6 CON | 6 PC CINCHED PONY-OS<br>UPC: 1-90425-07865-1<br>Inner/Master: 3/288 | 864 | 864 | EA | .60 | 518.40 |
| TSB1237 CON | VENT BRUSH<br>UPC: 1-90425-06301-5<br>Inner/Master: 3/72 | 216 | 216 | EA | .98 | 211.68 |
| TSB9853 CON | SOFT TOUCH OVAL BRUSH<br>UPC: 1-90425-07456-1<br>Inner/Master: 3/72 | 720 | 720 | EA | 1.05 | 756.00 |
| EX9002B CON | 3CT COMB SET<br>UPC: 1-90425-07445 5<br>Inner/Master: 3/72 | 648 | 648 | EA | .48 | 311.04 |
| EX1456 32BW CON | 32CT ELASTIC BRIGHT<br>UPC: 1-90425 05431 0<br>Inner/Master: 3/288 | 288 | 288 | EA | .70 | 201.60 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar**
SALES COMPANY
**ALMAR Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com   sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958466 |
|---|---|
| DATE | 11/06/24 |
| DUE DATE | 12/06/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 2 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                      REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644424 | 978600 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| DGE162 CON | 50CT THIN BLACK ELASTICS<br>UPC: 1-90425-07434-9<br>Inner/Master: 3/288 | 576 | 576 | EA | .70 | 403.20 |
| TSJ1141/6 CON | 6CT MED OCTO CLAW CLIP<br>UPC: 1-90425-07657-2<br>Inner/Master: 3/72 | 648 | 648 | EA | .64 | 414.72 |
| TSS1083 CON | 3CT BAR BARRETTE<br>UPC: 1-90425-07468-4<br>Inner/Master: 3/144 | 864 | 864 | EA | .53 | 457.92 |
| TSB1221 CON | OVAL BRUSH W/ GEL HANDLE<br>UPC: 1-90425-05584-3<br>Inner/Master: 3/72 | 216 | 216 | EA | 1.56 | 336.96 |
| TSB1235 CON | PADDLE BRUSH<br>UPC: 1-90425-06299-5<br>Inner/Master: 3/72 | 576 | 576 | EA | 1.05 | 604.80 |
| TSB9854 CON | SOFT TOUCH ALL PURPOSE BRUSH<br>UPC: 1-90425-07457-8<br>Inner/Master: 3/72 | 216 | 216 | EA | .98 | 211.68 |
| TSB9852 CON | SOFT TOUCH PADDLE BRUSH<br>UPC: 1-90425-07455-4<br>Inner/Master: 3/72 | 792 | 792 | EA | 1.05 | 831.60 |
| EX1445/20 CON | 20CT LARGE ELASTIC<br>UPC: 1-90425-05568-3<br>Inner/Master: 3/288 | 576 | 576 | EA | .65 | 374.40 |
| DGG122 CON | BRUSH AND COMB SET<br>UPC: 1-90425-07435-6<br>Inner/Master: 3/72 | 648 | 648 | EA | .84 | 544.32 |
| DGE131X CON | 32CT ELASTIC BTS COLORS<br>UPC: 1-90425-07432-5<br>Inner/Master: 3/288 | 576 | 576 | EA | .61 | 351.36 |
| DGE131B CON | 32CT BRIGHT ELASTIC<br>UPC: 1-90425-07431-8<br>Inner/Master: 3/288 | 576 | 576 | EA | .61 | 351.36 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION



**Almar®**
SALES COMPANY
**Almar Sales Co, Inc**
Offices and    320 5th Avenue , 3FL
Showrooms    New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958466 |
|---|---|
| DATE | 11/06/24 |
| DUE DATE | 12/06/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 3 |

**SOLD TO**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                          REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
|---|---|---|---|---|
| 0095644424 | 978600 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EX138/60BK CON | 60CT ELASTICS BLACK<br>UPC: 1-90425-05238-5<br>Inner/Master: 4/144 | 720 | 720 | EA | 1.09 | 784.80 |
| DGE152 CON | 6CT BLACK TWISTERS<br>UPC: 1-90425-07433-2<br>Inner/Master: 3/288 | 576 | 576 | EA | .92 | 529.92 |
| EXG1201 CON | SATIN SHOWER CAP<br>UPC: 1-90425-07487-5<br>Inner/Master: 4/288 | 864 | 864 | EA | 1.17 | 1010.88 |
| TST1055/6 CON | 6CT TWISTERS<br>UPC: 1-90425-07482-0<br>Inner/Master: 4/288 | 576 | 576 | EA | .90 | 518.40 |
| TSW1113/5 CON | 5PC PACK HEADWRAP<br>UPC: 1-90425-05570-6<br>Inner/Master: 3/288 | 864 | 864 | EA | 1.13 | 976.32 |
| EX138/60B CON | 60CT ELASTICS BRIGHT<br>UPC: 1-90425-05237-8<br>Inner/Master: 3/144 | 720 | 720 | EA | 1.09 | 784.80 |
| TSB1223 CON | PADDLE BRUSH W/ GEL HANDLE<br>UPC: 1-90425-05586-7<br>Inner/Master: 3/72 | 360 | 360 | EA | 1.74 | 626.40 |
| TSB9855 CON | SOFT TOUCH VENT BRUSH<br>UPC: 1-90425-07458-5<br>Inner/Master: 3/72 | 648 | 648 | EA | .98 | 635.04 |
| TSJ1129/6 CON | 6CT CLAW CLIP<br>UPC: 1-90425-07472-1<br>Inner/Master: 3/72 | 648 | 648 | EA | .64 | 414.72 |
| DGJ101 CON | 3CT LARGE CLAW CLIPS<br>UPC: 1-90425-07438-7<br>Inner/Master: 3/72 | 576 | 576 | EA | .65 | 374.40 |
| TSB1224 CON | ALL PURPOSE  BRUSH WITH GEL HANDLE<br>UPC: 1-90425-05587-4<br>Inner/Master: 3/48 | 1008 | 1008 | EA | 1.60 | 1612.80 |

*REMIT PAYMENT TO:*

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS        NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

# Almar
SALES COMPANY

**Almar Sales Co, Inc**
Offices and   320 5th Avenue , 3FL
Showrooms   New York, N.Y. 10001
DUNS # 00130 - 3577

Tel: 212-594-6920  Fax: 212-564-1097
Toll Free: 800-251-2522
www.almarsales.com  sales@almarsales.com
accounts.receivable@almarsales.com

| INVOICE NO: | 958466 |
| --- | --- |
| DATE | 11/06/24 |
| DUE DATE | 12/06/24 |
| ACCOUNT NO. | 01455-1000 |
| PAGE NO. | 4 |

**SOLD TO:**
BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE

COLUMBUS,OH 43081

**SHIP TO:**
Big Lots DC# 874
50 RAUSCH CREEK ROAD
(570)695-2848
TREMONT, PA 17981

DEPT#:                                    REF:

| CUSTOMER PO NO | OUR ORDER NO | SALESMAN | TERMS | SHIPPED VIA |
| --- | --- | --- | --- | --- |
| 0095644424 | 978600 | FK | NET 30 | AUTO ADDED |

| STYLE NUMBER | DESCRIPTION | QTY ORDER | QTY SHIPPED | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| TST1420/12 CON | 12PC TWISTERS- BTS COLORS<br>UPC: 1-90425-10124-3<br>Inner/Master: 3/144 | 288 | 288 | EA | 1.81 | 521.28 |
| TSJ1159/3 CON | CLAW CLIPS 3CT<br>UPC: 1-90425-11852-4<br>Inner/Master: 3/144 | 144 | 144 | EA | .80 | 115.20 |
| TSB1296 CON | CURVE VENT BRUSH<br>UPC: 1-90425-08531-4<br>Inner/Master: 3/48 | 1056 | 1056 | EA | 1.12 | 1182.72 |
| F8EN1414/5 CON | 5 PC MINI VELVET TWISTER WITH BEAD<br>UPC: 1-90425-11539-4<br>Inner/Master: 3/288 | 288 | 288 | EA | .80 | 230.40 |
| TSJ1257 CON | JUMBO SOFT TOUCH RECTANGLE CLAW CLIP<br>UPC: 1-90425-14567-4<br>Inner/Master: 3/72 | 936 | 936 | EA | .96 | 898.56 |
| TSJ1203 CON | PINK BUTTERFLY JAW CLIP<br>UPC: 1-90425-13287-2<br>Inner/Master: 3/72 | 936 | 936 | EA | .80 | 748.80 |
| EXG1194/8 CON | 8 PC HAIR ROLLERS IN POLYBAG<br>UPC: 1-90425-14462-2<br>Inner/Master: 3/72 | 216 | 216 | EA | 1.28 | 276.48 |
| TSJ1192 CON | 4 PC MIXED CLAW CLIP SOFT TOUCH<br>UPC: 1-90425-13240-7<br>Inner/Master: 3/48 | 144 | 144 | EA | 2.00 | 288.00 |
| EX334/16P CON | 16PC AB ROUND PONYTAIL BALLS-PASTEL<br>UPC: 1-90425-14463-9<br>Inner/Master: 3/48 | 354 | 354 | EA | 1.73 | 612.42 |
| ANPC17168A CON | CONTINUOUS SPRAY BOTTLE<br>UPC: 1-90425-14916-0<br>Inner/Master: 4/48 | 306 | 306 | EA | 2.25 | 688.50 |

| | | SUB TOTAL | 23234.94 |
| --- | --- | --- | --- |
| | | FREIGHT | |

| TOTAL QUANTITY | | | | TOTAL | | ORDER COMPLETE | | TOTAL | B O UNITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DOZENS | UNITS | PIECES | CARTONS | WEIGHT | PALLETS | YES | NO | CUBIC FEET | N #9786 | | |
| | 23478 | 246 | 6849 | | | Y | | | B O AMT | | |

| TOTAL | 23234.94 |
| --- | --- |
| SHIPPED FROM | ALW |

**REMIT PAYMENT TO:**

LOAD #

**ALMAR SALES CO, INC**
**320 5th Avenue, 3rd Floor**
**New York, NY 10001**



ALL CLAIMS MUST BE MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS     NO RETURNS WITHOUT PREVIOUS AUTHORIZATION

4|6   office

| DATE: 11/5/2024 | **BILL OF LADING** | #160045 | PAGE 1 OF 1 |

### SHIPPING FROM

NAME: **ALMAR C/O RIALTO PACIFIC**
ADDRESS: **180 FIRST AVE**
CITY/STATE/ZIP **GOULDSBORO, PA 18424 USA**
SID#                                     FOB   ☐

BILL OF LADING NUMBER:   00245760000258627

Trailer: 9914

CARRIER NAME: **CH ROBINSON**

Seal number(s): 25910430

SCAC   **RBCL**

Pro Number:   Pltj: 5

CtN: 246

### SHIP TO

NAME: **BIG LOTS DC# 874**   LOCATION:
ADDRESS: **50 RAUSCH CREEK ROAD (570)695-2848**
CITY/STATE/ZIP **TREMONT, PA 17981 US**
CID#

### THIRD PARTY FREIGHT CHARGES BILL TO

NAME: **CHR LTL**
ADDRESS: **14800 CHARLSON ROAD SUITE 2100**
CITY/STATE/ZIP **EDEN PRAIRIE MN 55347**

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☐    3rd Party ☑

☐   Master Bill of Lading: with attached
(CHECK BOX)    underlying Bills of Lading

Special Instructions:   ASN #978600ALW001
40512794; RTS ID: 32895945

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095644424 | 246 | 3424.39 | Y | 40512794; RTS ID: 32895945 |
| Grand Total | 246 | 3424.39 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M .(X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 239 | CTNS | 3341.64 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 7 | CTNS | 82.75 | | UNKNOWN | | |
| | | 246 | | 3424.39 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shiper to be not exceeding"

COD Amount    $
Fee Terms    Collect    Prepaid

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writhing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|

This is to certify that the above named materials are property classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

PL Attached ☑   By Shipper ☑   By Shipper ☐

By Driver ☐   By Driver/pallets said to contain ☐

By Driver/Pieces ☑

Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Sarah B. 11-06-24

☑   11/06/24

DATE:
TIME IN:
TIME OUT:
CARTON QTY:
SIGNATURE:

 **all·ways**

| PO Packing List |
| --- |

| Sold By | Ship To | Client Reference # | Doc Date |
| --- | --- | --- | --- |
| Almar C/O Rialto Pacific<br><br>Phone: | Big Lots DC# 874<br>50 RAUSCH CREEK ROAD (570)695-2848<br>TREMONT PA 17981<br>Phone: 9173060333<br>Dept #:<br>Store #: 0874 | 978600ALW001 | 11/5/2024 |

| | | Customer PO | Start Date | Cancel Date |
| --- | --- | --- | --- | --- |
| | | 0095644424 | 11/4/2024 | 11/4/2024 |
| | | Wave # | Dept # | Rep # |
| | | 155854 | | |

| Ship From | Shipment Tracking Number(s) | Duns # | Control # | Term |
| --- | --- | --- | --- | --- |
| Almar C/O Rialto Pacific<br>180 First Ave<br>Gouldsboro PA 18424<br>Phone: (310) 513 8833 | | | | Collect |
| | | Shipment Type | Vendor # | Ship Date |
| | | Freight Shipment | | 11/05/2024 |
| | Shipment Cost(USD) | Ship VIA | | Est. Pallet Count |
| | | | | 4 |

| SKU | Retailer SKU | Style | UPC | Color | Size | UOM | Weight Per Carton | Order Qty | Order Each Qty | Ship Qty | Ship Each Qty |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANPC17168A CON-48 | 810702456 | ANPC17168A CON | 190425149160 | | 19.69x14.5 7x10.04 | in. | 12.98 | 6 | 306 | 7 | 306 |
| DGE131B CON-288 | 810433217 | DGE131B CON | 190425074318 | | 17.3x13x1 3 | in. | 35.71 | 2 | 576 | 2 | 576 |
| DGE131X CON-288 | 810433216 | DGE131X CON | 190425074325 | | 17x13x13 | in. | 35 | 2 | 576 | 2 | 576 |
| DGE152 CON-288 | 810433215 | DGE152 CON | 190425074332 | | 20x14x14 | in. | 23.3 | 2 | 576 | 2 | 576 |
| DGE162 CON-288 | 810433182 | DGE162 CON | 190425074349 | | 17x14x8.5 | in. | 20.5 | 2 | 576 | 2 | 576 |
| DGG122 CON-72 | 810433212 | DGG122 CON | 190425074356 | | 20.49x11.8 2x9.65 | in. | 15.2 | 9 | 648 | 9 | 648 |
| DGJ101 CON-72 | 810433261 | DGJ101 CON | 190425074387 | | 14.9x11.2x 17.7 | in. | 9.79 | 8 | 576 | 8 | 576 |
| EX138/60B CON-144 | 810433247 | EX138/60B CON | 190425052378 | | 17x15x12 | in. | 31 | 5 | 720 | 5 | 720 |
| EX138/60BK CON-144 | 810433222 | EX138/60BK CON | 190425052385 | | 17x15x13 | in. | 28 | 5 | 720 | 5 | 720 |
| EX1445/20 CON-288 | 810433210 | EX1445/20 CON | 190425055683 | | 18x15x11 | in. | 28 | 2 | 576 | 2 | 576 |
| EX1456/32BW CON-288 | 810433180 | EX1456/32BW CON | 190425054310 | | 9x8x12 | in. | 34.99 | 1 | 288 | 1 | 288 |
| EX334/16P CON-48 | 810613269 | EX334/16P CON | 190425144639 | | 16x14x9 | in. | 12.9 | 7 | 354 | 8 | 354 |
| EX9002B CON-72 | 810433176 | EX9002B CON | 190425074455 | | 15.37x9.26 x9.85 | in. | 10.8 | 9 | 648 | 9 | 648 |
| EXG1146R CON-72 | 810215613 | EXG1146R CON | 190425074486 | | 17.91x10.9 x8.07 | in. | 12.1 | 7 | 504 | 7 | 504 |
| EXG1187/4 CON-72 | 810433164 | EXG1187/4 CON | 190425078743 | | 15.35x9.45 x17.12 | in. | 5.7 | 5 | 360 | 5 | 360 |
| EXG1194/8 CON-72 | 810613264 | EXG1194/8 CON | 190425144622 | | 16.1x11.4x 5.3 | in. | 9.8 | 3 | 216 | 3 | 216 |
| EXG1201 CON-288 | 810433227 | EXG1201 CON | 190425074875 | | 17x13x17 | in. | 24 | 3 | 864 | 3 | 864 |
| FBEN1414/5 CON-288 | 810613245 | FBEN1414/5 CON | 190425115394 | | 13x13x13. 5 | in. | 13.59 | 1 | 288 | 1 | 288 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TSB1221 CON-72 | 810433195 | TSB1221 CON | 190425055843 | | 20.1x14.6x11 | in. | 21.3 | 3 | 216 | 3 | 216 |
| TSB1223 CON-72 | 810433252 | TSB1223 CON | 190425055867 | | 20.7x16.1x11 | in. | 27.9 | 5 | 360 | 5 | 360 |
| TSB1224 CON-48 | 810495453 | TSB1224 CON | 190425055874 | | 13x9 6x12 | in. | 9.5 | 21 | 1008 | 21 | 1008 |
| TSB1235 CON-72 | 810433205 | TSB1235 CON | 190425062995 | | 19.5x14.78x10.05 | in. | 20 | 8 | 576 | 8 | 576 |
| TSB1237 CON-72 | 810433170 | TSB1237 CON | 190425063015 | | 17.14x11.03x9.26 | in. | 13.9 | 3 | 216 | 3 | 216 |
| TSB1296 CON-48 | 810613130 | TSB1296 CON | 190425085314 | | 14x13x10 | in | 10 | 22 | 1056 | 22 | 1056 |
| TSB9852 CON-72 | 810433208 | TSB9852 CON | 190425074554 | | 22x13x11 | in | 17 | 11 | 792 | 11 | 792 |
| TSB9853 CON-72 | 810433172 | TSB9853 CON | 190425074561 | | 19.69x11.8x11 | in. | 12.15 | 10 | 720 | 10 | 720 |
| TSB9854 CON-72 | 810433207 | TSB9854 CON | 190425074578 | | 15.1x9.8x11.6 | in. | 12 | 3 | 216 | 3 | 216 |
| TSB9855 CON-72 | 810433254 | TSB9855 CON | 190425074585 | | 15.1x9.8x11 6 | in. | 10 | 9 | 648 | 9 | 648 |
| TSC1143 CON-72 | 810385492 | TSC1143 CON | 190425006609 | | 13.78x8.27x10.63 | in. | 12.08 | 1 | 72 | 1 | 72 |
| TSE1058/6 CON-288 | 810433166 | TSE1058/6 CON | 190425078651 | | 13.78x13.78x12.2 | in. | 10 | 3 | 864 | 3 | 864 |
| TSJ1129/6 CON-72 | 810433260 | TSJ1129/6 CON | 190425074721 | | 13 4x10 6x17.3 | in. | 8.5 | 9 | 648 | 9 | 648 |
| TSJ1141/6 CON-72 | 810433188 | TSJ1141/6 CON | 190425076572 | | 20x10x12 | in. | 7.5 | 9 | 648 | 9 | 648 |
| TSJ1159/3 CON-144 | 810563899 | TSJ1159/3 CON | 190425118524 | | 21x12x15 | in. | 19.4 | 1 | 144 | 1 | 144 |
| TSJ1192 CON-48 | 810613267 | TSJ1192 CON | 190425132407 | | 15x14x14 | in. | 10 | 3 | 144 | 3 | 144 |
| TSJ1203 CON-72 | 810613263 | TSJ1203 CON | 190425132872 | | 18.6x11.02x9.06 | in. | 6 | 13 | 936 | 13 | 936 |
| TSJ1257 CON-72 | 810613250 | TSJ1257 CON | 190425145674 | | 7x4x8 | in. | 9 | 13 | 936 | 13 | 936 |
| TSS1083 CON-144 | 810433189 | TSS1083 CON | 190425074684 | | 17.13x10.43x7.87 | in | 10.03 | 6 | 864 | 6 | 864 |
| TST1054/12 CON-288 | 810433162 | TST1054/12 CON | 190425074813 | | 21x19.5x19 | in. | 44 | 3 | 864 | 3 | 864 |
| TST1055/6 CON-288 | 810433228 | TST1055/6 CON | 190425074820 | | 18x14x16 | in. | 23.35 | 2 | 576 | 2 | 576 |
| TST1062/8 CON-288 | 810433163 | TST1062/8 CON | 190425078682 | | 15.64x14 37x17.32 | in. | 29.74 | 1 | 288 | 1 | 288 |
| TST1420/12 CON-144 | 810526410 | TST1420/12 CON | 190425101243 | | 19.5x11.3x16.3 | in. | 21.55 | 2 | 288 | 2 | 288 |
| TSW1112/2 CON-288 | 810433161 | TSW1112/2 CON | 190425055690 | | 19.3x14.5x12.5 | in. | 16.99 | 0 | 162 | 1 | 162 |
| TSW1113/5 CON-288 | 810433237 | TSW1113/5 CON | 190425055706 | | 17.7x13.4x16.9 | in. | 26.7 | 3 | 864 | 3 | 864 |

| TOTALS | | | | |
|---|---|---|---|---|
| | Carton Qty | Each Qty | Weight (lb) | Cubic Ft |
| ORDERED | 243 | 23,478 | 3,424.34 | 325.41 |
| SHIPPED | 246 | 23,478 | 3,424.34 | 325.41 |

**NOTES:**

||6  orrue

| DATE: 11/5/2024 | **BILL OF LADING** | #160045 | PAGE 1 OF 1 |

### SHIPPING FROM

| | |
|---|---|
| NAME: | **ALMAR C/O RIALTO PACIFIC** |
| ADDRESS: | **180 FIRST AVE** |
| CITY/STATE/ZIP | **GOULDSBORO, PA 18424 USA** |
| SID# | FOB ☐ |

BILL OF LADING NUMBER:    00245760000258627

### SHIP TO

| | |
|---|---|
| NAME: | **BIG LOTS DC# 874**    LOCATION: |
| ADDRESS: | **50 RAUSCH CREEK ROAD** (570)695-2848 |
| CITY/STATE/ZIP | **TREMONT, PA 17981 US** |
| CID# | |

CARRIER NAME:    **CH ROBINSON**

Seal number(s):

SCAC    **RBCL**

Pro Number:

TR#

### THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| NAME: | **CHR LTL** |
| ADDRESS: | **14800 CHARLSON ROAD SUITE 2100** |
| CITY/STATE/ZIP | **EDEN PRAIRIE MN 55347** |

**Freight Charge Terms:**    (freight charges are prepaid unless marked otherwise)

Prepaid ☐          Collect ☐          3rd Party ☑

☐   Master Bill of Lading: with attached
(CHECK BOX)          underlying Bills of Lading

Special Instructions:    ASN #978600ALW001
40512794; RTS ID: 32895945

| CUSTOMER ORDER NUMBER | # Of CTNS | WEIGHT | PALLET/SLIP PALLET | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095644424 | 246 | 3424.39 | Y | 40512794; RTS ID: 32895945 |
| Grand Total | 246 | 3424.39 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(A) of NMFC Item 360 | NMFC# | CLASS |
| | PCS | 239 | CTNS | 3341.64 | | HAIR PRODUCTS | 59420 | 85 |
| | PCS | 7 | CTNS | 82.75 | | UNKNOWN | | |
| | | 246 | | 3424.39 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shiper to be not exceeding"

COD Amount    $

Fee Terms    Collect          Prepaid

Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 usc 14706(C)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Shipment store & purchase order integrity must be preserve, do not disturbe sequence.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature/Date | Packing List | Trailer Loaded | Freight counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | PL Attached ☑ | By Shipper ☑ By Driver ☐ | ☑ By Shipper<br>☐ By Driver/pallets said to contain<br>☑ By Driver/Pieces | Carrier acknowledges receipt of packages, required placards and packing list. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

PLT:5
CTN:246
Frank

DATE: _____
TIME IN: _____
TIME OUT: _____
CARTON QTY: _____
SIGNATURE: _____

# ALMAR

**CUSTOMER:** Big loTs

**CARRIER:** noT confirmed

**LOAD:**

**PO#** 0095644424

**DESTINATION:**

**QTY:** 42  **OF:** 246

**PLTS:** 1  **OF:** 5

**BY:** Lourdes **DATE** 11 / 1 / 2024

# ALMAR

CUSTOMER: Big Lots

CARRIER: not confirmed

LOAD: _____

PO# 0095644424

DESTINATION: _____

QTY: 55   OF: 246

PLTS: 2   OF: 5

BY: Jounder   DATE 11 / 5 / 2024

# ALMAR

CUSTOMER: _Big Lots_

CARRIER: _not confirmed_

LOAD: _____

PO# _0095 644424_

DESTINATION: _____

QTY: _37_   OF: _246_

PLTS: _3_   OF: _5_

BY: _Lourdes_ DATE _11_ / _15_ / 2024

# ALMAR

**CUSTOMER:** Big Lots

**CARRIER:** not confirmed

**LOAD:** _____

**PO#** 0095 644424

**DESTINATION:** _____

**QTY:** 77    **OF:** 246

**PLTS:** 4    **OF:** 5

**BY:** Lourdes   **DATE** 11 / 5 / 2024

# ALMAR

CUSTOMER: Big Lots

CARRIER: not confirmed

LOAD: _____

PO# 009564 4424

DESTINATION: _____

QTY: 35    OF: 246

PLTS: 5    OF: 5

BY: Lourds DATE 11 / 5 / 2024