# **EXHIBIT C**

**Summary of Account**



**Offices and Showrooms**
320 Fifth Avenue - 3rd Floor
New York, N.Y. 10001
Tel: 212-594-6920
Email: accounts.receivable@almarsales.com

## STATEMENT

BIG LOTS - DIP# 24-11967
4900 E. DUBLIN GRANVILLE
COLUMBUS, OH  43081

| STATEMENT DATE | PAGE NO |
|---|---|
| 01/14/2025 | 1 |
| ACCOUNT NUMBER | AMOUNT REMITTED |
| 01455-1000 | $ |

*TO INSURE PROPER CREDIT, PLEASE DETACH UPPER PORTION OF STATEMENT ALONG DOTTED LINE AND RETURN WITH YOUR REMITTANCE*

| INVOICE NO. | CUST PO NO. | INV DATE | DUE DATE | CODE | CHARGES | PAYMENTS / CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| 958389 | 0095649678 | 11/04/24 | 12/04/24 | INV | 12358.80 | .00 | 12358.80 |
| 958390 | 0095649679 | 11/04/24 | 12/04/24 | INV | 7983.60 | .00 | 7983.60 |
| 958409 | 0095642617 | 11/05/24 | 12/05/24 | INV | 100712.25 | .00 | 100712.25 |
| CB-956771A | | 11/12/24 | 11/12/24 | INV | | 236.88- | 236.88 |
| CB-956771B | | 11/12/24 | 11/12/24 | INV | | 489.60- | 489.60 |
| CB-958386 | | 12/06/24 | 12/06/24 | INV | | 483.84- | 483.84 |
| CB-958386A | | 12/06/24 | 12/06/24 | INV | | 316.80- | 316.80 |
| CB-958407 | | 12/06/24 | 12/06/24 | INV | | 384.00- | 384.00 |
| CB-958407A | | 12/06/24 | 12/06/24 | INV | | 192.00- | 192.00 |
| CB-958466 | | 12/06/24 | 12/06/24 | INV | | 132.81- | 132.81 |

| CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91+ | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | 122564.10 | 726.48 | .00 | 123290.58 |

CODES:  INV - INVOICE   PAY - PAYMENT   CR - CREDIT   ADJ - ADJUSTMENT

Remit To:
**ALMAR SALES CO.**
**320 5th Avenue, 3rd Floor**
**New York, NY  10001**