### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1796** |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Kristhy M. Peguero, Esq., to appear in the above-captioned cases on behalf of Burlington Stores, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby ORDERED, that Kristhy M. Peguero may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

Dated: January 21st, 2025  
Wilmington, Delaware

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE