**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC.*, et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Hailey Oestreich, Esquire, of Jackson Walker LLP, to represent Burlington Stores, Inc. in the above-captioned cases and any related adversary proceedings.

Dated: January 21, 2025

/s/ *Marcy J. McLaughlin Smith*
**WOMBLE BOND DICKINSON (US) LLP**
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Email: marcy.smith@wbd-us.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 12/21/2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 21, 2025

/s/ *Hailey Oestreich*
**JACKSON WALKER LLP**
Hailey Oestreich, Esq.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Email: hoestreich@jw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 21st, 2025**
**Wilmington, Delaware**