# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | Re: Docket No. 1441 |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Second Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 Through November 30, 2024* [Docket No. 1441] (the "Application") filed on December 27, 2024. Objections to the Application were to be filed and served no later than January 17, 2025, at 4:00 p.m. (prevailing Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 519], the Debtors are authorized to pay McDermott Will & Emery LLP 80% of the fees, or $1,450,524.40, and 100% of the expenses, or $15,698.38, requested in the Application upon the filing of this certification and without the need for entry of a Court order approving the Application.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 21, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Jack M. Dougherty (No. 6784)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:   (302) 652-3131<br>Fax:   (302) 652-3117<br>Email: jalberto@coleschotz.com<br>          snewman@coleschotz.com<br>          jdougherty@coleschotz.com<br><br>*-and-*<br><br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel:   (212) 752-8000<br>Fax:   (212) 752-8393<br>Email: scarnes@coleschotz.com<br><br>*-and-*<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>Darren Azman (admitted *pro hac vice*)<br>Kristin K. Going (admitted *pro hac vice*)<br>Stacy Lutkus (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel:   (212) 547-5400<br>Fax:   (212) 547-5444<br>Email: dazman@mwe.com<br>          kgoing@mwe.com<br>          salutkus@mwe.com<br>          nrowles@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |