## SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 1/21/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Fox | Riemer + Braunstein | GBRP |
| Greg Taylor | Ashby + Geddes | GBRP |
| Kristhy Peguero | Jackson Walker | Burlington Stores Inc |
| Hailey Oestreich | " " | " " |
| Marcy McLaughlin Smith | Womble Bond Dickinson | Burlington Stores Inc / All State Brokerage Inc. |
| Brian Resnick | Davis Polk | Debtors |
| Adam Spheen | | |
| Jim McClammy | | |
| Matthew Brock | | |
| Stephen Piraino | | |
| Kevin Winiarski | | |
| Jacob Goldberger | ↓ | |
| Andrew Remming | Morris Nichols | |
| Sophie Rogers Churchill | Morris Nichols | ↓ |

# SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 1/21/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Bifferato | Connolly Gallagher | Ali Dee |
| James Rossan | Rubin & Levin | " |
| Adam Smith | Rubin Law Chpy | " |
| Carl Kunz | Morris James LLP | Ogden, BDPM, Shops @ Hartsville |
| Christopher Donnelly | " | " |
| Garvan McDaniel | Hogan McDaniel | Premium Asset Mangmnt |
| Natalie Rowles | McDermott | Committee |
| Melissa Hartlipp | Cole Schotz | Committee |
| Justin Alberto | Cole Schotz | Committee |

## SIGN-IN SHEET

| CASE NAME   Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  1/21/2025 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| KEVIN MANN | CROSS & SIMON | ROSS STORES |
| Seth Niederman | Fox Rothschild | Edgewater Park |
| Laurel Roglen | Ballard Spahr LLP | various landlords |
| Leslie Heilman | " " | " " |
| Ivan Gold | Allen Matkins | multiple landlords |
| Linda Casey | UST | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

| CASE NAME  Big Lots, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 1/21/2025 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Alan Root | Chipman Brown | 5620 Nolinsville Pike |
| Deirdre Richards | Elliott Greenleaf | Parkins DeCoeur |
| Kevin Collins | Barnes & Thornburg | Jordan Manufacturing Co. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 1:00 PM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Kevin Abrams | Conroad Associates, LP | Conroad Associates, LP | 1:00 PM | Zoom(Video and Audio) | yes |
| Christian J Adams | King & Spalding | Progressive Leasing | 1:00 PM | Audio Only | no |
| Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | Pillow Perfect | 1:00 PM | Audio Only | no |
| Emilio Amendola | A&G Real Estate | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Yelena Archiyan | Katten Muchin Rosenman LLP | Realty Income Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Darren Azman | McDermott Will & Emery | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Scott A Bachert | Kerrick Bachert PSC | Big Milf2 Owner LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Christopher R. Bankler | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew Barr | Rubin & Levin, P.C. | | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Robert B Berner | Bailey Cavalieri LLC | Various OH and FL Landlords | 1:00 PM | Audio Only | yes |
| Deanna Lee Bonachea | Big Lots | Big Lots | 1:00 PM | Audio Only | no |
| Steven J Brown | Steve Brown & Associates | Show Low Yale Casitas | 1:00 PM | Zoom(Video and Audio) | yes |
| Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | Home Meridian International | 1:00 PM | Zoom(Video and Audio) | no |
| Daniel Butz | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Kevin M. Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Infosys Ltd. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey M. Carbino | Jmcarbinolaw | Big Milf2 Owner LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Sarah Carnes | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Cameron Carpenter | DPW | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Eden Limited Partnership + Collins Corner | 1:00 PM | Zoom(Video and Audio) | yes |
| Connor Casas | | Interested Party | 1:00 PM | Zoom(Video and Audio) | yes |
| Matias N Castro | Employee Justice Legal Group | Christopher Gramajo | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | Participate |
|---|---|---|---|---|---|
| Mark A Cody | Jones Day | Haverty Furniture Companies | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert Cole | | | 1:00 PM | Audio Only | yes |
| Christopher K Coleman | King & Spalding | Progressive Leasing | 1:00 PM | Audio Only | no |
| Catherine Corey | | | 1:00 PM | Audio Only | no |
| Robert Dehney | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Monique DiSabatino | Saul Ewing LLP | Phillips Edison & Company | 1:00 PM | Zoom(Video and Audio) | yes |
| R. Grant Dick | Cooch and Taylor, P.A. | Zuru/Mattress Dev Co | 1:00 PM | Zoom(Video and Audio) | yes |
| Gregory T. Donilon | Montgomery McCracken Walker & Rhoads LLP | Brunswick Chili Jacksonville Trexler Landlords | 1:00 PM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Katharina Earle | Gibbons P.C. | Roundtripping | 1:00 PM | Zoom(Video and Audio) | yes |
| David Keith Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| James Eising | Johnson Pope Bokor Ruppel and Burns LLP | Allen Road Retail Business Center, LLC and others | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Method | |
|---|---|---|---|---|---|
| James B Eising | Johnson Pope | Allen Road, South Square, Dade City, Lawrenceville | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert Esposito | | | 1:00 PM | Audio Only | no |
| Michael Seth Etkin | Lowenstein Sandler LLP | Corpus Christi Firefighters Retirement System | 1:00 PM | Zoom(Video and Audio) | yes |
| William T. Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert Fitzgerald | | | 1:00 PM | Audio Only | no |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 945] | 1:00 PM | Zoom(Video and Audio) | yes |
| Steven Fox | RIEMER & BRAUNSTEIN LLP | Gordon Brothers Retail Partners, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Tali Frey | Carlyon Cica Chtd | Tropicana Palm Plaza | 1:00 PM | Zoom(Video and Audio) | yes |
| Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System | 1:00 PM | Zoom(Video and Audio) | yes |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | FGX International Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Bayshore Mall 1A, 1B, and 2, LLC | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Kristin Going | McDermott Will & Emery | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Ronald E Gold | Frost Brown Todd LLC | Tempur Sealy International, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jacob Goldberger | DPW | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| James H. Haithcock | Burr & Forman LLP | Comenity Capital Bank | 1:00 PM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 1:00 PM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Chris Hasson | | | 1:00 PM | Audio Only | no |
| Katherine Hemming | Campbell & Levine, LLC | Pem-America, Inc. and Pem-America (H.K.) Co. Ltd. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jarret Hitchings | | Pro-Mart Industries, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 1:00 PM | Audio Only | no |
| Jennifer R. Hoover | Benesch Friedlander Coplan & Aronoff LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Audrey Hornisher | Clark Hill PLC | USPG, SanTan, Bellevue Holdings, et al | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | |
|---|---|---|---|---|---|
| Richard Howell | Kirkland & Ellis LLP | Interested Party | 1:00 PM | Zoom(Video and Audio) | yes |
| Scarlett Huang | DPW | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Lauren Huber | Potter Anderson & Corroon LLP | Westerville | 1:00 PM | Zoom(Video and Audio) | yes |
| Ana Lucia Hurtado | | | 1:00 PM | Audio Only | no |
| Zachary Javorsky | Richards, Layton & Finger | N/A | 1:00 PM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | N/A | 1:00 PM | Zoom(Video and Audio) | yes |
| James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael J. Joyce | Joyce, LLC | Thrasio et al | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeff Kaplan | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jenny Kasen | Kasen & Kasen | JCooperUSA | 1:00 PM | Zoom(Video and Audio) | yes |
| Shanti M. Katona | Polsinelli PC | Hogan | 1:00 PM | Zoom(Video and Audio) | yes |
| Kaylena Kaufmann | | | 1:00 PM | Audio Only | no |

| Name | Firm | Client | Time | Mode | Speaking |
|---|---|---|---|---|---|
| David M. Klauder | Bielli & Klauder, LLC | Upper Canada Soap and Candlemakers Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Joy Kleisinger | Frost Brown Todd LLP | Divisions, Inc. and Kroger Limited Partnership I | 1:00 PM | Zoom(Video and Audio) | yes |
| Jane Komsky | | | 1:00 PM | Audio Only | no |
| Jeffrey Kwong | LNBYG | Squaretrade, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Jacob Lang | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Landlord creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew Lennox | | | 1:00 PM | Audio Only | no |
| Brian Lindblom | | | 1:00 PM | Audio Only | no |
| Morgan Litz | | | 1:00 PM | Audio Only | no |
| Christopher L Lucas | Regency Properties | Regency Properties | 1:00 PM | Zoom(Video and Audio) | yes |
| Stacy A. Lutkus | McDermott Will & Emery | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Tamara Mann | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | ? |
|---|---|---|---|---|---|
| Danielle Mashburn-Myrick | | American Furniture, Hello Sofa LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 1:00 PM | Zoom(Video and Audio) | yes |
| Akiko Matsuda | | Wall Street Journal | 1:00 PM | Audio Only | no |
| Akiko Matsuda | | Wall Street Journal | 1:00 PM | Audio Only | no |
| Garvan McDaniel | 1975 | Premium Asset Management | 1:00 PM | Zoom(Video and Audio) | yes |
| Maura P McIntyre | Squire Patton Boggs (US) LLP | | 1:00 PM | Audio Only | no |
| Katie R Mendolera | Haverty Furniture Companies | Haverty Furniture Companies | 1:00 PM | Zoom(Video and Audio) | yes |
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco | 1:00 PM | Zoom(Video and Audio) | yes |
| Evan T. Miller | Saul Ewing LLP | American Furniture and Hello Sofa LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Crystal Milller | | | 1:00 PM | Audio Only | no |
| LouAnne Molinaro | Benesch, Friedlander, Coplan & Aronoff | multiple | 1:00 PM | Zoom(Video and Audio) | yes |
| Sakinah Muhammad | | | 1:00 PM | Audio Only | no |

| Name | Firm | Client | Time | Mode | |
|---|---|---|---|---|---|
| Stacy L. Newman | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Sloane O'Donnell | Frost Brown Todd, LLP | Cintas Corporation | 1:00 PM | Audio Only | yes |
| Hailey T. Oestreich | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Natalie D Ortiz | Ritter Spencer Cheng PLLC | | 1:00 PM | Audio Only | no |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Jimmy Parrish | Baker Hostetler | Brookwood MSC, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Hua Peng | | Creditor Giftree Crafts Company Limited | 1:00 PM | Zoom(Video and Audio) | yes |
| Adrian F Perez | Big lots | | 1:00 PM | Audio Only | no |
| Christopher Perkins | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Marc J. Phillips | Montgomery McCracken Walker & Rhoads LLP | Attleboro Crossing Associates LLC | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Brigid Prescott-Frank | DSD Partners | DSD Partners, LLC d/b/a Tactiq | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 1:00 PM | Audio Only | no |
| Catherine Rankin | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Raviele | Kelley Drye & Warren LLP | Landlord creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Wesley Reeves | | Wesley Reeves | 1:00 PM | Zoom(Video and Audio) | yes |
| Thomas Reichert | The Powell Firm, LLC | | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew Remming | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert A Rich | Hunton Andrews Kurth LLP | N/A - Observing | 1:00 PM | Audio Only | no |
| David D Ritter | Ritter Spencer Cheng PLLC | | 1:00 PM | Zoom(Video and Audio) | yes |
| David D Ritter | Ritter Spencer Cheng PLLC | Steve Silver Company | 1:00 PM | Zoom(Video and Audio) | no |

| Name | Firm | Client | Time | Mode | |
|---|---|---|---|---|---|
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth | 1:00 PM | Zoom(Video and Audio) | yes |
| Beth E Rogers | Rogers Law Offices | Simmons Bedding Company | 1:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Natalie Rowles | McDermott Will & Emery | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Alyssa Russell | | | 1:00 PM | Audio Only | no |
| RICHARD SCHRIER | SCHRIER SHAYNE P.C. | PRESTIGE PATIO INC | 1:00 PM | Zoom(Video and Audio) | yes |
| Sabari SM | | Unique Impex | 1:00 PM | Zoom(Video and Audio) | yes |
| LESLIE B. SPOLTORE | Obermayer Redmann Maxwell & Hippell LLP | Bayshore Mall 1A, 1B, and 2, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Yameen Salahuddin | Heidari Law Group, PC | Carlos Espinoza Ramirez | 1:00 PM | Zoom(Video and Audio) | yes |
| Mark A Salzberg | Squire Patton Boggs LLP | | 1:00 PM | Audio Only | yes |
| Hope L Sanchez | | Hope Sanchez | 1:00 PM | Audio Only | no |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | RESPAWN, LLC | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Live? |
|---|---|---|---|---|---|
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeff Saye | Saye Capital | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jennifer Seifried | | | 1:00 PM | Audio Only | no |
| Allison Selick | Kelley Drye & Warren LLP | Landlord creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Steven Serajeddini | | Interested Party | 1:00 PM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Michelle Shriro | Singer & Levick, PC | Retail Plaza/33 Capital | 1:00 PM | Zoom(Video and Audio) | yes |
| David E Silverman | | none | 1:00 PM | Audio Only | no |
| Rachael L Smiley | Ferguson Braswell Fraser Kubasta PC | Steger Towne Crossing, LP | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael Solimani | Cole Schotz P.C. | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Regina Stango Kelbon | Blank Rome LLP | PNC Bank | 1:00 PM | Zoom(Video and Audio) | yes |
| Ethan Stern | DPW | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | Speaking |
|---|---|---|---|---|---|
| Vince Sullivan | Law360 | | 1:00 PM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 1:00 PM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 1:00 PM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes | Gordon Brothers Retail Partners, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Christine Thain | | | 1:00 PM | Audio Only | no |
| Michael S. Tucker | Ulmer & Berne LLP | Shurmer Strongsville | 1:00 PM | Zoom(Video and Audio) | yes |
| Brianna Turner | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Ramakrishnan Valliyathal Subramaniam | | UNIQUE IMPEX | 1:00 PM | Zoom(Video and Audio) | yes |
| Paul Veazey | Stinson LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Grace Venit | MNAT | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| DVIR WEINBERG | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Steven Walsh | Benesch Friedlander Coplan & Aronoff LLP | Infosys Ltd. | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| A.J. Webb | Frost Brown Todd LLP | Divisions, Inc. and Kroger Limited Partnership I | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Carter Wietecha | Kirkland & Ellis LLp | Interested Party | 1:00 PM | Zoom(Video and Audio) | yes |
| Al Williams | Gordon Brothers | Gordon Brothres | 1:00 PM | Zoom(Video and Audio) | yes |
| Samuel C. Wisotzkey | Kohner, Mann & Kailas | Franco Manufacturing Co., Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| lloyd abrams | | conroad associates - creditor | 1:00 PM | Zoom(Video and Audio) | yes |
| missty gray | Burton Property Group | Crestview Corners, LLC | 1:00 PM | Audio Only | yes |
| brian kahn | | | | | |