**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  February 26, 2025 at 10:30 a.m.**<br>**Obj. Deadline: February 4, 2025 at 4:00 p.m.** |

**NOTICE OF MOTION OF 1600 EASTCHASE PARKWAY LEASING
LLC. FOR ALLOWANCE AND COMPELLING PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on February 26, 2025, Eastchase Parkway Leasing
LLP ("Eastchase"),  filed the Motion of 1600 Eastchase Parkway Leasing LLC for Allowance and
Compelling Payment of Administrative Expense (the "Motion") with the United States Bankruptcy
Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801
(the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in
writing, filed with the Bankruptcy Court, and served upon Eastchase's undersigned counsel, so as to
actually be received on or before **February 4, 2025, at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion
may be held before the Honorable Brendan L. Shannon in the Bankruptcy Court, 824 Market Street, 5th
Floor, Courtroom #6, Wilmington, Delaware 19801 on **February 26, 2025, at 10:30 a.m.,**
(prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a copy of the complete motion is available
on the Bankruptcy Claims Agent website: https://cases.ra.kroll.com/biglots/ or upon request
to the undersigned attorney.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 21, 2025

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**

By: /s/ John R. Weaver, Jr.
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

-and-

By: /s/ Joseph H. Lemkin
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@stark-stark.com

*Attorneys for Attorneys for 1600 Eastchase Parkway Leasing LLC*