**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC.., *et al.,* | Case No.:  24-11967 (JKS) |
| Debtors, | |

**CERTIFICATION OF SERVICE OF MOTION OF 1600 EASTCHASE PARKWAY LEASING LLC FOR AN ALLOWANCE AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

John Weaver, Esquire hereby certifies that on the 21st day of January, 2025, a true and correct copy of 1600 Eastchase Parkway Leasing LLC's, Motion for an Allowance and Compelling Payment of Administrative Expense Claim, was served upon the addressees listed on the attached service list in the manner indicated.

Dated: January 21, 2025

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**
*By: /s/ John R. Weaver, Jr*.
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

-and-

By: */s/ Jospeh H. Lemkin*
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@stark-stark.com
*Attorneys for 1600 Eastchase Parkway Leasing LLC*

1

4902-5559-4513, v. 3

## **SERVICE LIST**

Via CM/ECF on all parties requesting electronic notices in this case & the following counsel via electronic mail:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Robert J. Dehney, Sr., Esq. | Brian M. Resnick, Esq. |
| Andrew R. Remming, Esq. | Adam L. Shpeen , Esq. |
| Tamara K. Mann, Esq. | Stephen D. Piraino, Esq. |
| Sophie Rogers Churchill, Esq. | Ethan Stern, Esq. |
| Casey B. Sawyer, Esq. | 450 Lexington Avenue |
| 1201 N. Market Street, 16th Floor | New York, NY 10017 |
| Wilmington, DE 19801 | brian.resnick@davispolk.com |
| rdehney@morrisnichols.com | adam.shpeen@davispolk.com |
| aremming@morrisnichols.com | stephen.piraino@davispolk.com |
| tmann@morrisnichols.com | ethan.stern@davispolk.com |
| srchurchill@morrisnichols.com | |
| csawyer@morrisnichols.com | |
| | |
| COLE SCHOTZ P.C. | COLE SCHOTZ P.C. |
| Justin R. Alberto, Esq. | Sarah A. Carnes, Esq. |
| Stacy L. Newman, Esq. | 1325 Avenue of the Americas, 19th Floor |
| Jack M. Dougherty, Esq. | New York, NY 10019 |
| 500 Delaware Avenue, Suite 1410 | Email: scarnes@coleschotz.com |
| Wilmington, DE 19801 | |
| Email: jalberto@coleschotz.com | |
| snewman@coleschotz.com | |
| jdougherty@coleschotz.com | |
| | |
| | Linda J. Casey, Esq. |
| MCDERMOTT WILL & EMERY LLP | The United States Trustee for the |
| Darren Azman, Esq. | District of Delaware |
| Kristin K. Going, Esq. | 844 King Street, Suite 2207, Lockbox 35 |
| Stacy Lutkus, Esq. | Wilmington, Delaware 19801 |
| Natalie Rowles, Esq. | Linda.Casey@usdoj.gov |
| One Vanderbilt Avenue | |
| New York, NY 10017 | |
| Email: dazman@mwe.com | |
| kgoing@mwe.com | |
| salutkus@mwe.com | |
| nrowles@mwe.com | |

4902-5559-4513, v. 3