**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1351** |

**ORDER (I) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned Debtors for entry of an order: (i) extending the deadline within which they must assume or reject their Unexpired Leases and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

granting the requested relief; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The time within which the Debtors must assume or reject their Unexpired Leases is extended from January 21, 2025, through and including the earlier of (a)(i) April 7, 2025 or (ii) solely with respect to those leases identified in the objections filed at D.I. 1414 and D.I. 1703, February 26, 2025, and (b) the date of the entry of an order confirming a chapter 11 plan (such date, the "**Extended 365(d)(4) Deadline**"), in either case without prejudice to the Debtors' rights to seek further extensions; *provided* that, with respect to a specific Unexpired Lease, the Extended 365(d)(4) Deadline may be further extended to a later date only upon the written consent of the applicable landlord of such Unexpired Lease; *provided*, *further*, that if the Debtors file a motion to assume or reject an Unexpired Lease prior to the Extended 365(d)(4) Deadline, the time period within which the Debtors must assume or reject such Unexpired Lease pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code shall be satisfied.

3. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 21st, 2025
Wilmington, Delaware

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**