## Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/23/2024 | Taxi/Car Service Kent Percy Home to Lga - New York, NY - Client site travel | 228.00 |
| 09/29/2024 | Taxi/Car Service Kent Percy Lga to Home - New York, NY - Client site travel | 228.00 |
| 09/30/2024 | Lodging Thomas Reid Hyatt Columbus, OH 2024-09-30 2024-10-03 - Client site travel | 621.09 |
| 09/30/2024 | Lodging Anthony Perrella RHR Westerville, OH 2024-09-30 2024-10-03 - Client site travel | 660.57 |
| 09/30/2024 | Lodging Kent Percy RHR Westerville, OH 2024-09-30 2024-10-03 - Client site travel | 590.67 |
| 09/30/2024 | Lodging Rosa Mecklemburg Tenorio Fairfield Inn Westerville, OH 2024-09-30 2024-10-03 - Client site travel | 532.46 |
| 09/30/2024 | Lodging E Scales, Jr. Polaris Hotel Westerville, OH 2024-09-30 2024-10-01 - Client site travel | 196.89 |
| 09/30/2024 | Lodging Rowan Steere Hyatt Columbus, OH 2024-09-30 2024-10-03 - Client site travel | 723.43 |
| 10/01/2024 | Airfare E Scales, Jr. 2024-10-01 CMH- ORD (one-way, economy) - Client site travel | 254.48 |
| 10/01/2024 | Airfare Job Chan 2024-10-01 DFW- CMH-DFW (round-trip, economy) - Client site travel | 872.96 |
| 10/01/2024 | Airfare Jimmy Jang 2024-10-03 CMH- EWR (one-way, economy) - Client site travel | 312.44 |
| 10/01/2024 | Taxi/Car Service Jimmy Jang Cmh to Client site - Columbus, OH - Client site travel | 37.79 |
| 10/01/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 9.04 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:         Expenses
Code:       20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/01/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |
| 10/01/2024 | Lodging Jimmy Jang Fairfield Inn Westerville, OH 2024-10-01 2024-10-03 - Client site travel | 298.26 |
| 10/01/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 12.42 |
| 10/01/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/01/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 19.94 |
| 10/01/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/01/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 2.50 |
| 10/01/2024 | Taxi/Car Service Kent Percy Office to Hotel - Columbus, OH - Client site travel | 28.82 |
| 10/01/2024 | Taxi/Car Service Kent Percy Office to Hotel - Columbus, OH - Client site travel | 24.85 |
| 10/01/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Columbus, OH - Client site travel | 3.90 |
| 10/01/2024 | Airfare Rosa Mecklemburg Tenorio 2024-10-14 ORD- CMH (one-way, economy) - Client site travel | 259.07 |
| 10/01/2024 | Airfare Rosa Mecklemburg Tenorio 2024-10-17 CMH- IAH-AUS (one-way, economy) - Client site travel | 404.11 |
| 10/01/2024 | Individual Meal E Scales, Jr. - Dinner - Columbus, OH - Out of town meal | 10.00 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:      Expenses
Code:    20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/01/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 11.18 |
| 10/01/2024 | Taxi/Car Service E Scales, Jr. Hotel to Client - Columbus, OH - Client site travel | 28.19 |
| 10/01/2024 | Taxi/Car Service E Scales, Jr. Client to Cmh airport - Columbus, OH - Client site travel | 35.31 |
| 10/01/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 17.58 |
| 10/01/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/01/2024 | Taxi/Car Service Job Chan Home to Airport - Dallas, TX - Client site travel | 80.00 |
| 10/01/2024 | Taxi/Car Service Job Chan Airport to Client site - Columbus, OH - Client site travel | 45.03 |
| 10/01/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 11.40 |
| 10/01/2024 | Group Meal Rowan Steere - Lunch - Anthony Perrella; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 91.48 |
| 10/02/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 14.57 |
| 10/02/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 15.60 |
| 10/02/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 25.50 |
| 10/02/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 7.85 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/02/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Job Chan; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 300.00 |
| 10/02/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 18.16 |
| 10/02/2024 | Taxi/Car Service Job Chan Hotel to Office - Columbus, OH - Client site travel | 22.76 |
| 10/02/2024 | Taxi/Car Service Job Chan Hotel to Client site - Columbus, OH - Client site travel | 27.77 |
| 10/02/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 20.70 |
| 10/02/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 34.82 |
| 10/03/2024 | Airfare Kent Percy 2024-10-03 CMH- EWR (one-way, economy) - Client site travel | 487.87 |
| 10/03/2024 | Airfare Anthony Perrella 2024-10-03 CMH- DCA (one-way, economy) - Client site travel | 267.50 |
| 10/03/2024 | Airfare Rowan Steere 2024-10-03 CMH- ORD (one-way, economy) - Client site travel | 307.23 |
| 10/03/2024 | Taxi/Car Service Jimmy Jang Client site to Cmh - Columbus, OH - Client site travel | 38.77 |
| 10/03/2024 | Taxi/Car Service Jimmy Jang Airport to Home - New York, NY - Client site travel | 17.38 |
| 10/03/2024 | Public Transportation Jimmy Jang - New York, NY - Client site travel | 16.80 |
| 10/03/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 4.94 |
| 10/03/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/03/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 20.00 |
| 10/03/2024 | Car Rental Thomas Reid 2 Days Columbus, OH - Client site travel | 179.74 |
| 10/03/2024 | Taxi/Car Service Thomas Reid Chs to Home - Charleston, SC - Client site travel | 49.99 |
| 10/03/2024 | Taxi/Car Service Thomas Reid Client site to Cmh - Columbus, OH - Client site travel | 32.42 |
| 10/03/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 25.05 |
| 10/03/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/03/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 14.97 |
| 10/03/2024 | Car Rental Anthony Perrella 3 Days Columbus, OH - Client site travel | 230.39 |
| 10/03/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 5.60 |
| 10/03/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 49.00 |
| 10/03/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 5.27 |
| 10/03/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 11.99 |
| 10/03/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 44.43 |
| 10/03/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - Chicago, IL - Client site travel | 50.94 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/03/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 14.95 |
| 10/03/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 6.71 |
| 10/03/2024 | Taxi/Car Service Job Chan Hotel to Client site - Columbus, OH - Client site travel | 27.73 |
| 10/03/2024 | Lodging Job Chan Hyatt Columbus, OH 2024-10-01 2024-10-03 - Client site travel | 500.00 |
| 10/03/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/03/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 20.91 |
| 10/03/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 4.95 |
| 10/03/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 35.97 |
| 10/03/2024 | Public Transportation Rowan Steere - Chicago, IL - Client site travel | 5.00 |
| 10/03/2024 | Car Rental Rowan Steere 2 Days Columbus, OH - Client site travel | 210.36 |
| 10/03/2024 | Taxi/Car Service Kent Percy Home to Lga - New York, NY - Client site travel | 228.00 |
| 10/04/2024 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - Client site travel | 72.94 |
| 10/04/2024 | Airfare Rosa Mecklemburg Tenorio 2024-10-08 ORD-CMH-ORD (round-trip, economy) - Client site travel | 679.95 |
| 10/04/2024 | Airfare E Scales, Jr. 2024-10-10 LGA- CMH (one-way, economy) - Client site travel | 118.28 |
| 10/04/2024 | Taxi/Car Service Job Chan Hotel to Airport - Columbus, OH - Client site travel | 80.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/07/2024 | Airfare Thomas Reid 2024-10-07 CHS- IAD-CMH (one-way, economy) - Client site travel | 313.98 |
| 10/07/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 18.87 |
| 10/07/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/07/2024 | Lodging Thomas Reid Fairfield Inn Columbus, OH 2024-10-07 2024-10-09 - Client site travel | 280.12 |
| 10/07/2024 | Taxi/Car Service Thomas Reid Home to Chs - Charleston, SC - Client site travel | 8.73 |
| 10/07/2024 | Taxi/Car Service Thomas Reid Home to Chs - Charleston, SC - Client site travel | 34.94 |
| 10/07/2024 | Airfare Kent Percy 2024-10-17 CMH- EWR (one-way, economy) - Client site travel | 443.08 |
| 10/07/2024 | Airfare Kent Percy 2024-10-14 LGA- CMH (one-way, economy) - Client site travel | 354.02 |
| 10/07/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 19.97 |
| 10/07/2024 | Lodging Rowan Steere Hyatt Columbus, OH 2024-10-07 2024-10-10 - Client site travel | 695.51 |
| 10/07/2024 | Airfare Rowan Steere 2024-10-07 ORD- CMH (one-way, economy) - Client site travel | 307.23 |
| 10/07/2024 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL - Client site travel | 36.98 |
| 10/08/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 11.62 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/08/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 11.56 |
| 10/08/2024 | Group Meal - Engagement Team Thomas Reid - Dinner - Thomas Reid; Rowan Steere - Columbus, OH - Out of town meal | 100.00 |
| 10/08/2024 | Airfare Anthony Perrella 2024-10-14 LGA- CMH - LGA (round-trip, economy) - Client site travel | 759.35 |
| 10/08/2024 | Lodging E Scales, Jr. Hyatt Columbus, OH 2024-10-08 2024-10-10 - Client site travel | 333.96 |
| 10/08/2024 | Taxi/Car Service E Scales, Jr. Cmh airport to Hotel - Columbus, OH - Client site travel | 52.84 |
| 10/08/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 11.40 |
| 10/08/2024 | Airfare Rowan Steere 2024-10-10 CMH- BOS (one-way, economy) - Client site travel | 357.68 |
| 10/08/2024 | Airfare Rowan Steere 2024-10-17 CMH- ORD (one-way, economy) - Client site travel | 276.22 |
| 10/09/2024 | Airfare Jimmy Jang 2024-10-14 JFK- CMH-LGA (round-trip, economy) - Client site travel | 928.71 |
| 10/09/2024 | Group Meal - Engagement Team Thomas Reid - Dinner - Thomas Reid; E Scales, Jr. - Columbus, OH - Out of town meal | 100.00 |
| 10/09/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 13.71 |
| 10/09/2024 | Lodging Thomas Reid Polaris Hotel Columbus, OH 2024-10-09 2024-10-11 - Client site travel | 393.78 |
| 10/09/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 15.59 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:       20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/09/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 13.90 |
| 10/09/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 16.45 |
| 10/09/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/09/2024 | Airfare Rowan Steere 2024-10-14 BOS- CMH (one-way, economy) - Client site travel | 475.14 |
| 10/10/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 7.99 |
| 10/10/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 30.79 |
| 10/10/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 18.01 |
| 10/10/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/10/2024 | Internet Access Kent Percy - In-flight | 8.00 |
| 10/10/2024 | Individual Meal E Scales, Jr. - Dinner - Columbus, OH - Out of town meal | 39.22 |
| 10/10/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 12.74 |
| 10/10/2024 | Airfare E Scales, Jr. 2024-10-13 ATL- CMH-ATL (round-trip, economy) - Client site travel | 773.90 |
| 10/10/2024 | Taxi/Car Service E Scales, Jr. Atl airport to Home - Atlanta, GA - Client site travel | 105.43 |
| 10/10/2024 | Taxi/Car Service E Scales, Jr. Client to Cmh airport - Columbus, OH - Client site travel | 33.08 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/10/2024 | Taxi/Car Service E Scales, Jr. Hotel to Client - Columbus, OH - Client site travel | 26.22 |
| 10/10/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 15.00 |
| 10/10/2024 | Car Rental Rowan Steere 2 Days Columbus, OH - Client site travel | 171.62 |
| 10/10/2024 | Taxi/Car Service Rowan Steere Airport to Home - Chicago, IL - Client site travel | 126.40 |
| 10/10/2024 | Airfare Job Chan 2024-10-13 DFW- CMH  2024-10-17 CMH-DFW (round-trip, economy) - Client site travel | 747.47 |
| 10/11/2024 | Airfare Thomas Reid 2024-10-11 CMH- CLT-CHS (one-way, economy) - Client site travel | 278.45 |
| 10/11/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 26.50 |
| 10/11/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 11.90 |
| 10/11/2024 | Taxi/Car Service Thomas Reid Chs to Home - Charleston, SC - Client site travel | 52.70 |
| 10/11/2024 | Gas/Fuel Thomas Reid - Columbus, OH | 4.49 |
| 10/12/2024 | Car Rental Thomas Reid 3 Days Columbus, OH - Client site travel | 215.90 |
| 10/13/2024 | Taxi/Car Service E Scales, Jr. Cmh airport to Hotel - Columbus, OH - Client site travel | 52.58 |
| 10/13/2024 | Lodging E Scales, Jr. Fairfield Inn Columbus, OH 2024-10-13 2024-10-14 - Client site travel | 111.86 |
| 10/14/2024 | Airfare Thomas Reid 2024-10-14 CHS- CLT-CMH (one-way, economy) - Client site travel | 237.32 |
| 10/14/2024 | Taxi/Car Service Jimmy Jang Cmh to Client site - Columbus, OH - Client site travel | 45.74 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/14/2024 | Taxi/Car Service Jimmy Jang Home to Lga - New York, NY - Client site travel | 21.80 |
| 10/14/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/14/2024 | Lodging Jimmy Jang RHR Westerville, OH 2024-10-14 2024-10-17 - Client site travel | 660.57 |
| 10/14/2024 | Taxi/Car Service Jimmy Jang Lga to Jfk - New York, NY - Client site travel | 68.16 |
| 10/14/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/14/2024 | Lodging Thomas Reid Fairfield Inn Columbus, OH 2024-10-14 2024-10-16 - Client site travel | 275.42 |
| 10/14/2024 | Taxi/Car Service Thomas Reid Home to Chs - Charleston, SC - Client site travel | 8.49 |
| 10/14/2024 | Taxi/Car Service Thomas Reid Home to Chs - Charleston, SC - Client site travel | 33.96 |
| 10/14/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 8.14 |
| 10/14/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 15.00 |
| 10/14/2024 | Lodging Anthony Perrella Polaris Hotel Columbus, OH 2024-10-14 2024-10-17 - Client site travel | 403.05 |
| 10/14/2024 | Taxi/Car Service Anthony Perrella Home to Airport - New York, NY - Client site travel | 59.97 |
| 10/14/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 21.07 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/14/2024 | Lodging Kent Percy Polaris Hotel Columbus, OH 2024-10-14 2024-10-17 - Client site travel | 750.00 |
| 10/14/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 24.78 |
| 10/14/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord - Chicago, IL - Client site travel | 61.51 |
| 10/14/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Columbus, OH - Client site travel | 37.99 |
| 10/14/2024 | Lodging Rosa Mecklemburg Tenorio Fairfield Inn Westerville, OH 2024-10-14 2024-10-15 - Client site travel | 130.69 |
| 10/14/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 18.01 |
| 10/14/2024 | Taxi/Car Service E Scales, Jr. Client to Cmh airport - Columbus, OH - Client site travel | 33.07 |
| 10/14/2024 | Airfare E Scales, Jr. 2024-10-15 ATL- CMH (one-way, economy) - Client site travel | 401.20 |
| 10/14/2024 | Lodging Rowan Steere Marriott Columbus, OH 2024-10-14 2024-10-17 - Client site travel | 660.57 |
| 10/14/2024 | Car Rental Rowan Steere 3 Days Columbus, OH - Client site travel | 293.97 |
| 10/14/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 30.76 |
| 10/14/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 10.27 |
| 10/14/2024 | Taxi/Car Service Job Chan Airport to Hotel - Columbus, OH - Client site travel | 75.30 |
| 10/15/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 2.69 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| Re: | Expenses |
| Code: | 20008940PA0003.1.32 |

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/15/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 31.47 |
| 10/15/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 15.64 |
| 10/15/2024 | Group Meal Thomas Reid - Dinner - Thomas Reid; Job Chan; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio - Columbus, OH - Out of town meal | 250.00 |
| 10/15/2024 | Parking/Tolls Thomas Reid Attend client meetings - Columbus, OH - Client site travel | 7.00 |
| 10/15/2024 | Airfare Anthony Perrella 2024-10-21 LGA- CMH-LGA (round-trip, economy) - Client site travel | 697.25 |
| 10/15/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 12.90 |
| 10/15/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 5.27 |
| 10/15/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Hotel - Columbus, OH - Client site travel | 5.08 |
| 10/15/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Hotel - Columbus, OH - Client site travel | 33.92 |
| 10/15/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Hotel to Client office - Columbus, OH - Client site travel | 25.03 |
| 10/15/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Hotel to Client office - Columbus, OH - Client site travel | 3.75 |
| 10/15/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Columbus, OH - Client site travel | 5.70 |
| 10/15/2024 | Lodging Rosa Mecklemburg Tenorio RHR Westerville, OH 2024-10-15 2024-10-17 - Client site travel | 440.38 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/15/2024 | Lodging E Scales, Jr. Fairfield Inn Columbus, OH 2024-10-15 2024-10-17 - Client site travel | 343.80 |
| 10/15/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 4.50 |
| 10/15/2024 | Parking/Tolls Rowan Steere - Columbus, OH - Client site travel | 4.00 |
| 10/16/2024 | Lodging Thomas Reid Polaris Hotel Columbus, OH 2024-10-16 2024-10-18 - Client site travel | 393.78 |
| 10/16/2024 | Group Meal - Engagement Team Thomas Reid - Lunch - Thomas Reid; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 104.81 |
| 10/16/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 11.56 |
| 10/16/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 6.98 |
| 10/16/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/16/2024 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Jimmy Jang; Rosa Mecklemburg Tenorio - Columbus, OH - Out of town meal | 105.00 |
| 10/16/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Thomas Reid; Job Chan; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 300.00 |
| 10/16/2024 | Group Meal - Engagement Team Kent Percy - Breakfast - Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 34.95 |
| 10/16/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 11.18 |
| 10/16/2024 | Individual Meal E Scales, Jr. - Dinner - Columbus, OH - Out of town meal | 36.22 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/16/2024 | Taxi/Car Service E Scales, Jr. Cmh airport to Client - Columbus, OH - Client site travel | 33.32 |
| 10/16/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 25.10 |
| 10/17/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/17/2024 | Taxi/Car Service Jimmy Jang Lga to Home - New York, NY - Client site travel | 22.92 |
| 10/17/2024 | Taxi/Car Service Jimmy Jang Client site to Cmh - Columbus, OH - Client site travel | 27.79 |
| 10/17/2024 | Airfare Jimmy Jang 2024-10-20 LGA- CMH - JFK (round-trip, economy) - Client site travel | 550.52 |
| 10/17/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 14.03 |
| 10/17/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 35.00 |
| 10/17/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/17/2024 | Gas/Fuel Thomas Reid - Columbus, OH | 17.22 |
| 10/17/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 48.00 |
| 10/17/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 16.17 |
| 10/17/2024 | Car Rental Anthony Perrella 3 Days Columbus, OH - Client site travel | 247.47 |
| 10/17/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 15.43 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/17/2024 | Group Meal - Engagement Team Kent Percy - Breakfast - Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 48.59 |
| 10/17/2024 | Gas/Fuel Kent Percy - Columbus, OH | 20.01 |
| 10/17/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 11.09 |
| 10/17/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Aus to Home - Austin, TX - Client site travel | 26.75 |
| 10/17/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Aus to Home - Austin, TX - Client site travel | 7.99 |
| 10/17/2024 | Individual Meal E Scales, Jr. - Dinner - Columbus, OH - Out of town meal | 36.28 |
| 10/17/2024 | Individual Meal E Scales, Jr. - Lunch - Columbus, OH - Out of town meal | 13.89 |
| 10/17/2024 | Taxi/Car Service E Scales, Jr. Client to Cmh airport - Columbus, OH - Client site travel | 33.14 |
| 10/17/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 22.80 |
| 10/17/2024 | Public Transportation Rowan Steere - Chicago, IL - Client site travel | 5.00 |
| 10/18/2024 | Airfare Thomas Reid 2024-10-18 CMH- ORD-CHS (one-way, economy) · Client site travel | 329.41 |
| 10/18/2024 | Public Transportation Jimmy Jang - New York, NY - Client site travel | 2.90 |
| 10/18/2024 | Public Transportation Jimmy Jang - New York, NY - Client site travel | 2.90 |
| 10/18/2024 | Car Rental Thomas Reid 3 Days Columbus, OH - Client site travel | 215.90 |
| 10/18/2024 | Taxi/Car Service Thomas Reid Chs to Home - Charleston, SC - Client site travel | 58.76 |
| 10/18/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 15.37 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/18/2024 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - Client site travel | 63.95 |
| 10/18/2024 | Airfare Kent Percy 2024-10-22 CMH- ORD-ATW (one-way, economy) - Client site travel | 363.53 |
| 10/18/2024 | Airfare Rowan Steere 2024-10-20 ORD- CMH (one-way, economy) - Client site travel | 360.30 |
| 10/20/2024 | Taxi/Car Service Jimmy Jang Cmh to Hotel - Columbus, OH - Client site travel | 49.73 |
| 10/20/2024 | Lodging Jimmy Jang Hyatt Columbus, OH 2024-10-20 2024-10-24 - Client site travel | 569.69 |
| 10/20/2024 | Parking/Tolls Jimmy Jang - New York, NY - Client site travel | 3.00 |
| 10/20/2024 | Taxi/Car Service Jimmy Jang Home to Lga - New York, NY - Client site travel | 22.11 |
| 10/20/2024 | Airfare Anthony Perrella 2024-10-24 CMH- LGA (one-way, economy) - Client site travel | 444.18 |
| 10/20/2024 | Train Anthony Perrella - Wilmington, DE - Court hearing travel | 108.00 |
| 10/20/2024 | Train Kent Percy - Wilmington, DE - Court hearing travel | 281.00 |
| 10/20/2024 | Lodging Rowan Steere RHR Westerville, OH 2024-10-20 2024-10-23 - Client site travel | 660.57 |
| 10/20/2024 | Taxi/Car Service Rowan Steere Airport to Hotel - Columbus, OH - Client site travel | 53.80 |
| 10/20/2024 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL - Client site travel | 40.92 |
| 10/20/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 19.97 |
| 10/21/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/21/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 2.69 |
| 10/21/2024 | Taxi/Car Service Jimmy Jang Cmh to Hotel - Columbus, OH - Client site travel | 44.45 |
| 10/21/2024 | Airfare Anthony Perrella 2024-10-21 PHL- CMH (one-way, economy) - Client site travel | 383.66 |
| 10/21/2024 | Lodging Anthony Perrella RHR Westerville, OH 2024-10-21 2024-10-24 - Client site travel | 625.62 |
| 10/21/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 12.37 |
| 10/21/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 10/21/2024 | Individual Meal Kent Percy - Breakfast - Wilmington, DE - Out of town meal | 8.67 |
| 10/21/2024 | Individual Meal Kent Percy - Dinner - Wilmington, DE - Out of town meal | 50.00 |
| 10/21/2024 | Public Transportation Kent Percy - Wilmington, DE - Court hearing travel | 3.00 |
| 10/21/2024 | Taxi/Car Service Kent Percy Train station to Office - Wilmington, DE - Court hearing travel | 5.74 |
| 10/21/2024 | Airfare Kent Percy 2024-10-21 PHL- CMH (one-way, economy) - Client site travel | 456.39 |
| 10/21/2024 | Lodging Kent Percy RHR Westerville, OH 2024-10-21 2024-10-22 - Client site travel | 208.54 |
| 10/21/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 35.00 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/21/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 38.36 |
| 10/21/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 31.12 |
| 10/21/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 15.00 |
| 10/21/2024 | Airfare Rowan Steere 2024-10-23 CMH- ORD (one-way, economy) - Client site travel | 360.30 |
| 10/21/2024 | Taxi/Car Service Rowan Steere Hotel to Big lots office - Columbus, OH - Client site travel | 31.92 |
| 10/22/2024 | Taxi/Car Service Jimmy Jang Hotel to Client site - Columbus, OH - Client site travel | 20.99 |
| 10/22/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 25.00 |
| 10/22/2024 | Airfare Jimmy Jang 2024-10-24 CMH- JFK (one-way, economy) - Client site travel | 227.83 |
| 10/22/2024 | Group Meal Anthony Perrella - Breakfast - Anthony Perrella; Job Chan; Kent Percy - Columbus, OH - Out of town meal | 41.63 |
| 10/22/2024 | Taxi/Car Service Anthony Perrella Home to Train station - New York, NY - Court hearing travel | 42.47 |
| 10/22/2024 | Taxi/Car Service Anthony Perrella Train station to Hearing - Wilmington, DE - Court hearing travel | 8.99 |
| 10/22/2024 | Taxi/Car Service Anthony Perrella Hearing to Airport - Wilmington, DE - Court hearing travel | 75.59 |
| 10/22/2024 | Taxi/Car Service Kent Percy Office to Airport - Columbus, OH - Court hearing travel | 28.75 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:     20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/22/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 11.77 |
| 10/22/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord - Chicago, IL - Client site travel | 9.99 |
| 10/22/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 49.14 |
| 10/22/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 35.00 |
| 10/23/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 8.40 |
| 10/23/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/23/2024 | Taxi/Car Service Jimmy Jang Hotel to Client site - Columbus, OH - Client site travel | 22.74 |
| 10/23/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 10/23/2024 | Group Meal Anthony Perrella - Breakfast - Anthony Perrella; Jimmy Jang - Columbus, OH - Out of town meal | 22.69 |
| 10/23/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 33.58 |
| 10/23/2024 | Taxi/Car Service Rowan Steere Big lots office to Cmh - Columbus, OH - Client site travel | 28.74 |
| 10/23/2024 | Public Transportation Rowan Steere - Chicago, IL - Client site travel | 5.00 |
| 10/23/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 10.40 |
| 10/24/2024 | Taxi/Car Service Jimmy Jang Jfk to Lga - New York, NY - Client site travel | 63.89 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:      20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/24/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 10/24/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 25.59 |
| 10/24/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 47.00 |
| 10/24/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 22.36 |
| 10/25/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 4.70 |
| 10/25/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 33.18 |
| 10/25/2024 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - Client site travel | 61.93 |
| 10/25/2024 | Car Rental Anthony Perrella 4 Days Columbus, OH - Client site travel | 546.30 |
| 10/27/2024 | Taxi/Car Service Kent Percy Ewr to Home - New York, NY - Client site travel | 228.00 |
| 10/27/2024 | Taxi/Car Service Kent Percy Home to Lga - New York, NY - Client site travel | 168.00 |
| 10/31/2024 | Taxi/Car Service Anthony Perrella Home to Auction - New York, NY - Auction travel | 25.97 |
| 10/31/2024 | Azure by WBS October Costs | 5,415.73 |
| **Total Expenses** | | **43,199.56** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Client: 20008940Pa0003

| Expenses | Amount |
|---|---|
| Airfare | 14,791.01 |
| Computer Supplies / Support | 5,415.73 |
| Ground Transportation | 3,787.90 |
| Internet | 8.00 |
| Lodging | 12,061.28 |
| Meals | 4,379.27 |
| Parking & Tolls | 14.00 |
| Rental Car | 2,353.37 |
| Train | 389.00 |
| **Total Expenses** | **USD   43,199.56** |