IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Big Lots, Inc., et al.

|  |  |  |
|---|---|---|
| Roundtripping Ltd. | ) ) ) | Civil Action No. 1:25-cv-00076-UNA |
| Appellant, | ) ) |  |
| v. | ) ) |  |
| Big Lots, Inc., et al. | ) ) | Bankruptcy Case No.  24-11967-JKS Bankruptcy BAP No.  25-06 |
| Appellees. | ) ) ) |  |

**<u>NOTICE OF DOCKETING</u>**

A Notice of Appeal of the following Order of the Bankruptcy Court dated 12/27/2024 and 1/2/2025 was docketed in the District Court on 1/17/2025:

**<u>ORDER SHORTENING NOTICE OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING SALE OF DEBTORS' ASSETS FREE AND CLER OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE GBRP APA, (III) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF</u>**

**<u>ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS, ENCUMBRANCES, AND OTHER ASSUMED LIABILITIES AND PERMITTED ENCUMBRANCES, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF</u>**

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation.  Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.  Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

                                                        Randall Lohan
                                                        Clerk of Court

Date: 1/17/2025
CC.    U.S. Bankruptcy Court
         Counsel via CM/ECF