# **<u>EXHIBIT B</u>**

# INVOICE

GH2 NSB BB LLC
1998 FL-44
New Smyrna Beach, FL 32168
(352) 397-4869

**EXHIBIT B**

**Prepared For**
Big Lots Stores, Inc.
GH2 NSB BB LLC
1998 FL-44, Unit BIGLOTS
New Smyrna Beach, FL 32168

**Property:**
GH2 NSB BB LLC
1998 FL-44
New Smyrna Beach, FL 32168

| | |
|---|---|
| Invoice Date | 12/31/2024 |
| Invoice No. | 3049 |
| Unit | BIGLOTS |

**Billing Information:**

| Description | Amount |
|---|---|
| 9/9/24-12/31/24 CAM Reconciliation | 4,543.02 |
| 9/9/24-12/31/24 Insurance Reconciliation | 20,317.75 |
| 9/9/24-12/31/24 CAM Rec Sales Tax | 113.58 |
| 9/9/24-12/31/24 RET Rec Sales Tax | 423.31 |
| 9/9/24-12/31/24 Insurance Rec Sales Tax | 507.94 |
| 9/9/24-12/31/24 RET Reconciliation | 16,932.11 |
| **Grand Total** | **42,837.71** |

**Notes**

---

## Remittance Advice                                       (please detach and return)

| Tenant Information | | Invoice Information | |
|---|---|---|---|
| Name: | Big Lots Stores, Inc. | Unit | BIGLOTS |
| Address: | 1998 FL-44 | Payment Date | |
| City/State/Zip | New Smyrna Beach, FL 32168 | Payment Amount | |

**Thank you for your prompt payment**