**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Related Docket No.** |

**ORDER GRANTING MOTION OF GH2 NSB BB, LLC**
**FOR ALLOWANCE AND PAYMENT**
**OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)**

Upon the *Motion of GH2 NSB BB, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C §503(b)(1)(A)* (the "Motion"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberations and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**.

2. GH2 NSB BB, LLC ("GH2") shall have and is hereby granted an allowed administrative expense claim against the Debtors for post-petition amounts due under the Lease between Big Lots Stores, LLC and GH2 in the amount of $42,837.71.

3. The Debtors are directed to pay the allowed administrative claim of GH2 in the total amount of $42,837.71 within seven (7) days of the entry of this Order.

4. Nothing in this Order shall prejudice the rights of GH2 to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.