IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Objection deadline: February 5, 2025 at 4:00 pm (ET)**<br>**Hearing date: February 26, 2025 at 10:30 am (ET)** |

### NOTICE OF MOTION OF GH2 NSB BB, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)

**PLEASE TAKE NOTICE** that on January 22, 2025, GH2 NSB BB, LLC ("GH2"), filed the *Motion of GH2 NSB BB, LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. §503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Clerk of the Court and served upon undersigned counsel on or before **February 5, 2025, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received by the Objection Deadline, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801 on **February 26, 2025 at 10:30 am prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 22, 2025    **GELLERT SEITZ BUSENKELL & BROWN, LLC**

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5806
Facsimile: (302) 425-5814
Email: rgellert@gsbblaw.com

and

**GRAYROBINSON, P.A.**
Steven J. Solomon, Esq.
(*pro hac vice* forthcoming)
Florida Bar No. 931969
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Phone: 305.913.0367
E-mail:steven.solomon@gray-robinson.com

*Counsel for GH2 NSB BB, LLC*