# **<u>EXHIBIT A</u>**

**Mosaic Bath & Spa LLC**
**Open Invoices**
As of January 14, 2025

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Amount | Open Balance | Memo |
|---|---|---|---|---|---|---|---|---|---|
| **Big Lots** | | | | | | | | | |
| **DC - 870** | | | | | | | | | |
| Invoice | 10/01/2024 | 8515 | 95555884 | Net 30 | 10/31/2024 | 75 | 30,654.00 | 5,265.00 | SH approved to pay back 11/25 |
| Invoice | 10/28/2024 | 8641 | 95617276 | Net 30 | 11/27/2024 | 48 | 21,667.20 | 21,667.20 | 12/13 - pmt schedule; inv sent |
| Invoice | 10/28/2024 | 8642 | 95617277 | Net 30 | 11/27/2024 | 48 | 39,836.70 | 39,836.70 | inv sent |
| Invoice | 10/28/2024 | 8643 | 95617278 | Net 30 | 11/27/2024 | 48 | 25,053.90 | 25,053.90 | inv sent |
| Invoice | 10/29/2024 | 8690 | 95617238 | Net 30 | 11/28/2024 | 47 | 10,620.00 | 10,620.00 | 12/13 - pmt schedule; inv sent |
| Invoice | 10/29/2024 | 8691 | 95617306 | Net 30 | 11/28/2024 | 47 | 54,386.40 | 54,386.40 | *? case pack ; inv sent |
| Invoice | 10/29/2024 | 8695 | 95617236 | Net 30 | 11/28/2024 | 47 | 3,072.00 | 3,072.00 | 12/13 - pmt schedule; inv sent |
| Invoice | 11/01/2024 | 8714 | 95629386 | Net 30 | 12/01/2024 | 44 | 24,164.40 | 24,164.40 | inv sent |
| Invoice | 11/18/2024 | 8894 | 95617306 | Net 30 | 12/18/2024 | 27 | 33,180.00 | 33,180.00 | inv sent |
| Invoice | 12/06/2024 | 8959 | 95698094 | Net 30 | 01/05/2025 | 9 | 26,409.60 | 26,409.60 | inv sent |
| Invoice | 12/18/2024 | 8968 | 95641768 | Net 30 | 01/17/2025 | | 7,560.00 | 7,560.00 | inv sent |
| Invoice | 12/18/2024 | 8971 | 95698090 | Net 30 | 01/17/2025 | | 9,450.60 | 9,450.60 | inv sent ( BOL 322, packing list 422 cases ) |
| Invoice | 12/18/2024 | 8974 | 95698090 | Net 30 | 01/17/2025 | | 33,186.00 | 33,186.00 | inv sent |
| Total DC - 870 | | | | | | | 319,240.80 | 293,851.80 | |
| **DC -879** | | | | | | | | | |
| Invoice | 10/01/2024 | 8513 | 95615241 | Net 30 | 10/31/2024 | 75 | 24,336.00 | 24,336.00 | inv sent |
| Invoice | 10/09/2024 | 8561 | 95615161 | Net 30 | 11/08/2024 | 67 | 29,589.00 | 29,589.00 | 12/20 - pmt schedule; inv sent |
| Invoice | 10/28/2024 | 8633 | 95617305 | Net 30 | 11/27/2024 | 48 | 41,460.00 | 41,460.00 | inv sent |
| Invoice | 10/29/2024 | 8686 | 95621269 | Net 30 | 11/28/2024 | 47 | 29,520.00 | 29,520.00 | 12/20 - pmt schedule; inv sent |
| Invoice | 10/29/2024 | 8687 | 95617308 | Net 30 | 11/28/2024 | 47 | 24,270.00 | 24,270.00 | * ? inv sent ;   ( style 12825 24pk on rev sh instr) |
| Invoice | 10/30/2024 | 8702 | 95617308 | Net 30 | 11/29/2024 | 46 | 131,064.00 | 131,064.00 | * ?  inv sent |
| Invoice | 11/08/2024 | 8740 | 95628482 | Net 30 | 12/08/2024 | 37 | 14,700.00 | 14,700.00 | approved for pmt ; inv sent |
| Invoice | 11/12/2024 | 8861 | 95629388 | Net 30 | 12/12/2024 | 33 | 19,952.40 | 19,952.40 | inv sent r |
| Invoice | 12/04/2024 | 8952 | 95662390 | Net 30 | 01/03/2025 | 11 | 1,320.00 | 1,320.00 | inv sent |
| Invoice | 12/06/2024 | 8957 | 95698096 | Net 30 | 01/05/2025 | 9 | 21,835.20 | 21,835.20 | inv sent |
| Invoice | 12/18/2024 | 8967 | 95698092 | Net 30 | 01/17/2025 | | 35,197.50 | 35,197.50 | inv sent |
| Invoice | 12/18/2024 | 8969 | 95641769 | Net 30 | 01/17/2025 | | 2,520.00 | 2,520.00 | inv sent |
| Total DC -879 | | | | | | | 375,764.10 | 375,764.10 | |
| **DC 869** | | | | | | | | | |
| Invoice | 11/29/2023 | 7434 | 94887485 | Net 30 | 12/29/2023 | 382 | 17,065.80 | 7,008.80 | 7/26 paying back shortage $3k; fill rate $(7k) dispute rejected - 2/1 |
| Total DC 869 | | | | | | | 17,065.80 | 7,008.80 | |
| **DC 874** | | | | | | | | | |
| Invoice | 10/10/2024 | 8572 | 95617239 | Net 30 | 11/09/2024 | 66 | 35,100.00 | 2,850.00 | 12/06 - pmt schedule; inv sent |
| Invoice | 10/29/2024 | 8688 | 95617307 | Net 30 | 11/28/2024 | 47 | 54,009.60 | 54,009.60 | * ? inv sent |
| Invoice | 10/29/2024 | 8689 | 95617307 | Net 30 | 11/28/2024 | 47 | 77,400.00 | 77,400.00 | * ? inv sent |
| Invoice | 10/30/2024 | 8703 | 95617239 | Net 30 | 11/29/2024 | 46 | 35,100.00 | 35,100.00 | 12/13 - pmt schedule; inv sent |
| Invoice | 11/08/2024 | 8746 | 95629387 | Net 30 | 12/08/2024 | 37 | 37,841.40 | 37,841.40 | 01/03-pmt schedule; sh approved 12/11 |
| Invoice | 11/19/2024 | 8911 | 95617237 | Net 30 | 12/19/2024 | 26 | 22,608.00 | 22,608.00 | 01/03-pmt schedule; inv sent |
| Invoice | 11/19/2024 | 8912 | 95617237 | Net 30 | 12/19/2024 | 26 | 6,912.00 | 6,912.00 | 01/03-pmt schedule; inv sent |
| Invoice | 11/27/2024 | 8934 | 95617242 | Net 30 | 12/27/2024 | 18 | 23,544.00 | 23,544.00 | inv sent |
| Invoice | 12/04/2024 | 8950 | 95662388 | Net 30 | 01/03/2025 | 11 | 1,900.80 | 1,900.80 | inv sent |
| Invoice | 12/04/2024 | 8951 | 95662389 | Net 30 | 01/03/2025 | 11 | 2,059.20 | 2,059.20 | inv sent |
| Invoice | 12/06/2024 | 8958 | 95698095 | Net 30 | 01/05/2025 | 9 | 24,752.80 | 24,752.80 | inv sent |
| Invoice | 12/18/2024 | 8972 | 95698091 | Net 30 | 01/17/2025 | | 30,897.50 | 30,897.50 | inv sent |
| Invoice | 12/18/2024 | 8973 | 95698091 | Net 30 | 01/17/2025 | | 9,073.40 | 9,073.40 | *** inv sent ;  bol  315, pack list 460 |
| Total DC 874 | | | | | | | 361,198.30 | 328,948.30 | |
| **Big Lots - Other** | | | | | | | | | |
| Invoice | 10/01/2024 | 8517 | 95617239 | Net 30 | 10/31/2024 | 75 | 35,100.00 | 26,325.00 | revised 24cpk per Isaac S. 12/16 |
| Invoice | 10/01/2024 | 8518 | 95617239 | Net 30 | 10/31/2024 | 75 | 35,100.00 | 26,325.00 | revised 24cpk per Isaac S. 12/16 |
| Invoice | 10/08/2024 | 8550 | 95446482 | Net 30 | 11/07/2024 | 68 | 39,816.00 | 39,816.00 | 11/01-pd;  11/01 - pmt schedule;lnv sent |
| Invoice | 10/09/2024 | 8562 | 95617240 | Net 30 | 11/08/2024 | 67 | 35,100.00 | 270.00 | 12/06 - pmt schedule; sh disputed 11/25; denied |
| Invoice | 10/09/2024 | 8563 | 95617240 | Net 30 | 11/08/2024 | 67 | 35,100.00 | 840.00 | 11/22 - pmt schedule; inv sent |
| Invoice | 10/14/2024 | 8590 | 95628481 | Net 30 | 11/13/2024 | 62 | 25,440.00 | 6,480.00 | 11/29 - pd $ 18,960.00 ; 11/29 - pmt schedule; inv sent - REVISED PER JACOB |
| Invoice | 10/15/2024 | 8608 | 95446481 | Net 30 | 11/14/2024 | 61 | 48,006.00 | 250.00 | TONU charge |
| Invoice | 10/15/2024 | 8614 | 95617240 | Net 30 | 11/14/2024 | 61 | 27,540.00 | 480.00 | 11/27 shortage disputed; partial payback 12/11 |
| Invoice | 10/15/2024 | 8615 | 95617241 | Net 30 | 11/14/2024 | 61 | 47,820.00 | 47,820.00 | 01/03-pmt schedule; sh disputed 11/25; redisputed 12/19 |
| Invoice | 10/15/2024 | 8616 | 95617241 | Net 30 | 11/14/2024 | 61 | 19,752.00 | 19,752.00 | 12/13 - pmt schedule; *inv sent; shortage approved and paid 12/13 |
| Total Big Lots - Other | | | | | | | 348,774.00 | 168,358.00 | |
| Total Big Lots | | | | | | | 1,422,043.00 | 1,173,931.00 | |
| **TOTAL** | | | | | | | **1,422,043.00** | **1,173,931.00** | |