# **EXHIBIT B**

# Northpoint Trading, Inc.
## Open Invoices
### As of December 24, 2024

| | Type | Date | Num | P. O. # | Terms | Due Date | Aging | Amount | Open Balance | Memo |
|---|---|---|---|---|---|---|---|---|---|---|
| **Big Lots** | | | | | | | | | | |
| **DC 869** | | | | | | | | | | |
| | Invoice | 06/28/2024 | 256145 | 95454860 | 1% Net 30 | 07/28/2024 | 149 | 50,110.20 | 506.85 | inv sent |
| | Invoice | 07/26/2024 | 256553 | 95449028 | 1% Net 30 | 08/25/2024 | 121 | 13,686.00 | 13,686.00 | inv sent |
| Total DC 869 | | | | | | | | 63,796.20 | 14,192.85 | |
| **DC 870** | | | | | | | | | | |
| | Invoice | 09/30/2024 | 258160 | 95614926 | 1% Net 30 | 10/30/2024 | 55 | 13,440.00 | 13,440.00 | inv sent |
| | Invoice | 10/21/2024 | 258842 | 95618789 | 1% Net 30 | 11/20/2024 | 34 | 29,250.00 | 21,796.30 | inv sent |
| | Invoice | 11/19/2024 | 260087 | 95648175 | 1% Net 30 | 12/19/2024 | 5 | 28,476.00 | 28,476.00 | inv sent |
| | Invoice | 11/19/2024 | 260088 | 95643310 | 1% Net 30 | 12/19/2024 | 5 | 8,211.00 | 8,211.00 | inv sent |
| | Invoice | 12/02/2024 | 260191 | 95648178 | 1% Net 30 | 01/01/2025 | | 14,448.00 | 14,448.00 | inv sent |
| | Invoice | 12/02/2024 | 260192 | 95648175 | 1% Net 30 | 01/01/2025 | | 24,318.00 | 24,318.00 | inv sent |
| | Invoice | 12/02/2024 | 260193 | 95643310 | 1% Net 30 | 01/01/2025 | | 12,495.00 | 12,495.00 | inv sent |
| Total DC 870 | | | | | | | | 130,638.00 | 123,184.30 | |
| **DC 874** | | | | | | | | | | |
| | Invoice | 02/14/2024 | 255227 | 95043751 | Net 60 days | 04/14/2024 | 254 | 37,743.00 | 1,098.00 | inv emailed |
| | Invoice | 06/11/2024 | 256016 | 95183789 | 1% Net 30 | 07/11/2024 | 166 | 50,790.00 | 1,178.00 | inv sent |
| | Invoice | 07/26/2024 | 256550 | 95288817 | 1% Net 30 | 08/25/2024 | 121 | 11,904.00 | 11,904.00 | inv sent |
| | Invoice | 09/19/2024 | 257625 | 95333015 | 1% Net 30 | 10/19/2024 | 66 | 18,144.00 | 181.44 | inv sent |
| | Invoice | 09/30/2024 | 258159 | 95614927 | 1% Net 30 | 10/30/2024 | 55 | 20,160.00 | 0.60 | inv sent |
| | Invoice | 09/30/2024 | 258162 | 95610810 | 1% Net 30 | 10/30/2024 | 55 | 33,111.00 | 1,247.40 | inv sent - 1shpmt |
| | Invoice | 11/21/2024 | 260100 | 95648176 | 1% Net 30 | 12/21/2024 | 3 | 52,857.00 | 52,857.00 | inv sent |
| | Invoice | 11/21/2024 | 260101 | 95659625 | 1% Net 30 | 12/21/2024 | 3 | 2,520.00 | 2,520.00 | inv sent |
| | Invoice | 11/22/2024 | 260107 | 95648179 | 1% Net 30 | 12/22/2024 | 2 | 30,660.00 | 30,660.00 | inv sent |
| | Invoice | 12/03/2024 | 260207 | 95643311 | 1% Net 30 | 01/02/2025 | | 19,890.00 | 19,890.00 | inv sent |
| | Invoice | 12/05/2024 | 260223 | 95643311 | 1% Net 30 | 01/04/2025 | | 8,364.00 | 8,364.00 | inv sent |
| | Invoice | 12/05/2024 | 260224 | 95648182 | 1% Net 30 | 01/04/2025 | | 45,024.00 | 45,024.00 | inv sent |
| Total DC 874 | | | | | | | | 331,167.00 | 174,924.44 | |
| **DC 879** | | | | | | | | | | |
| | Invoice | 09/24/2024 | 257925 | 95333016 | 1% Net 30 | 10/24/2024 | 61 | 16,380.00 | 163.80 | inv sent |
| | Invoice | 11/12/2024 | 259924 | 95648183 | 1% Net 30 | 12/12/2024 | 12 | 21,249.00 | 49.00 | inv sent |
| | Invoice | 11/18/2024 | 260010 | 95643312 | 1% Net 30 | 12/18/2024 | 6 | 13,770.00 | 13,770.00 | inv sent |
| | Invoice | 11/19/2024 | 260089 | 95648177 | 1% Net 30 | 12/19/2024 | 5 | 15,183.00 | 15,183.00 | inv sent |
| | Invoice | 11/25/2024 | 260118 | 95648180 | 1% Net 30 | 12/25/2024 | | 12,684.00 | 12,684.00 | inv sent |
| | Invoice | 11/25/2024 | 260119 | 95648177 | 1% Net 30 | 12/25/2024 | | 12,852.00 | 12,852.00 | inv sent |
| Total DC 879 | | | | | | | | 92,118.00 | 54,701.80 | |
| **DC 890** | | | | | | | | | | |
| | Invoice | 11/03/2023 | 254018 | 94822425 | Net 60 days | 01/02/2024 | 357 | 54,240.00 | 432.00 | |
| | Invoice | 11/20/2023 | 254132 | 94887386 | Net 60 days | 01/19/2024 | 340 | 31,816.00 | 600.00 | deduction dispute submitted over portal 02.21.24 |
| | Invoice | 12/01/2023 | 254437 | 94978866 | Net 60 days | 01/30/2024 | 329 | 34,638.00 | 107.23 | deduction dispute submitted over portal 02.21.24 |
| | Invoice | 06/17/2024 | 256024 | 95384575 | 1% Net 30 | 07/17/2024 | 160 | 12,139.20 | 12,139.20 | inv sent |
| | Invoice | 07/05/2024 | 256273 | 95454864 | 1% Net 30 | 08/04/2024 | 142 | 51,489.60 | 51,489.60 | inv sent |
| Total DC 890 | | | | | | | | 184,322.80 | 64,768.03 | |
| Total Big Lots | | | | | | | | 802,042.00 | 431,771.42 | |
| **TOTAL** | | | | | | | | **802,042.00** | **431,771.42** | |