## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[3] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: February 5, 2025 at 4:00 p.m.**<br>**Hearing Date: February 26, 2025 at 10:30 a.m.** |

### NOTICE OF NORTHPOINT COMPANIES' MOTION FOR ALLOWANCE AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on January 22, 2025, Mosaic Bath & Spa LLC ("Mosaic"), and Northpoint Trading Inc. ("Northpoint"), (collectively, the "Northpoint Companies"), filed the *Motion for Allowance and Payment of Administrative Expense Claim* ("Motion").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed with the Court on or before **February 5, 2025, at 4:00 p.m. ET** ("Objection Deadline") and served so as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court on **February 26, 2025, at 1:00 p.m. ET** before The Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, courtroom 6, Wilmington, Delaware 19801, if an objection is filed.

---

[3] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 22, 2025
Wilmington, DE

        **JOYCE, LLC**

        */s/ Michael J. Joyce*
        Michael J. Joyce (No 4563)
        1225 King Street
        Suite 800
        Wilmington, DE 19801
        Telephone: (302)-388-1944
        Email: mjoyce@mjlawoffices.com
        www.joycellc.com

        and

        **BALASIANO & ASSOCIATES, PLLC**
        Steven Balasiano
        6701 Bay Parkway, 3rd Floor
        Brooklyn, NY 11204
        Telephone: (347) 905-5669
        Email: Steven@balasianolaw.com

        *Attorneys for the Northpoint Companies*