IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: February 26, 2025, at 10:30 a.m. |
| | : | Objection Deadline: February 5, 2025, at 4:00 p.m. |

**NOTICE OF APPLICATION OF MILELLI REALTY-LEHIGH STREET, LLC FOR AN ORDER COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that on January 22, 2025, Milelli Realty-Lehigh Street, LLC ("Movant") filed the *Application of Milelli Realty-Lehigh Street, LLC for an Order Compelling Immediate Payment of Administrative Expenses* (the "Application")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Application must be (a) in writing and served on or before **February 5, 2025, at 4:00 p.m.** (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Movant.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to them as in the Motion.

ME1 35584404v.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **February 26, 2025, at 10:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Application without further notice or hearing.

| | |
|---|---|
| Dated:  January 22, 2025<br>          Wilmington, Delaware | Respectfully Submitted,<br><br>**McCARTER & ENGLISH, LLP**<br><br>By: */s/ Shannon D. Humiston*<br>     Shannon D. Humiston (No. 5740)<br>     Renaissance Centre<br>     405 N. King Street, 8th Floor<br>     Wilmington, Delaware  19801<br>     Telephone: (302) 984-6313<br>     Facsimile: (302) 984-2496<br>     shumiston@mccarter.com<br><br>     and<br><br>     Jeffrey T. Testa (admitted *pro hac vice*)<br>     100 Mulberry Street<br>     Four Gateway Center<br>     Newark, NJ 07012<br>     Telephone: (973) 622-4444<br>     Facsimile: (973) 624-7070<br>     jtesta@mccarter.com<br><br>     *Counsel for Milelli Realty-Lehigh Street, LLC* |

2

ME1 35584404v.1