**CERTIFICATE OF SERVICE**

I, Shannon D. Humiston, certify that on January 22, 2025, I caused a true and correct copy of the foregoing *Notice of Motion and Motion of \ Milelli Realty-Lehigh Street, LLC For an Order Compelling Immediate Payment of Administrative Expenses* to be served electronically on all parties of record through the Court's CM/ECF system.

|  |  |
|---|---|
| Dated: January 22, 2025 | */s/ Shannon D. Humiston*<br>Shannon D. Humiston (No. 5740) |