**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING DOSKOCIL MANUFACTURING COMPANY, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Doskocil Manufacturing Company, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") filed by Doskocil Manufacturing Company, Inc., d/b/a Petmate ("DMC"), for allowance and payment of an administrative expense claim (the "DMC Administrative Expense Claim") pursuant to Sections 503(b) and 507(a)(2) of the Bankruptcy Code, and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion is GRANTED as set forth herein.

---

[1] The debtors and debtors in possession (each a "Debtor" and, together, "Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

00673401

2. The DMC Administrative Expense Claim in the total amount of $577,255.96 against the Debtors is approved and allowed under 11 U.S.C. § 503(b).

3. The DMC Administrative Expense Claim shall be paid by the Debtors within ten (10) business days of entry of this Order. .

4. Nothing in this Order shall prejudice the rights of DMC to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.