## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 22nd day of January, 2025, a true and correct copy of the foregoing Motion was served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases, as well as via email to the parties below:

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |
| | |
| John F. Ventola, Esq. | Regina Stango Kelbon, Esq. |
| Jonathan D. Marshall, Esq. | Stanley Tarr, Esq. |
| Jacob S. Lang, Esq. | Blank Rome LLP |
| Choate, Hall & Stewart LLP | 1201 N. Market Street, Suite 800, |
| Two International Place | Wilmington, DE 19801 |
| Boston, MA 02110 | regina.kelbon@blankrome.com |
| jventola@choate.com | stanley.tarr@blankrome.com |
| jmarshall@choate.com | |
| jslang@choate.com | |
| | |
| Linda J. Casey, Esq. | Chad B. Simon, Esq. |
| J. Caleb Boggs Federal Building | James V. Drew, Esq. |
| 844 King Street, Suite 2207, Lockbox 35 | Sarah L. Hautzinger, Esq. |
| Wilmington, DE 19801 | Otterbourg P.C. |
| linda.casey@usdoj.gov | 230 Park Avenue |
| | New York, NY 10169 |
| | CSimon@otterbourg.com |
| | JDrew@otterbourg.com |
| | shautzinger@otterbourg.com |
| | |
| John H. Knight, Esq. | Darren Azman, Esq. |
| Richards, Layton & Finger, P.A. | Kristin G. Going, Esq. |
| 920 N. King Street | McDermott Will & Emery LLP |
| Wilmington, DE 19801 | One Vanderbilt Avenue |
| knight@rlf.com | New York, NY 10017 |
| | dazman@mwe.com |
| | kgoing@mwe.com |

00672803

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Christopher Marcus, P.C.
Douglas A. Ryder, P.C.
Nicholas M. Adzima, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
cmarcus@kirkland.com
douglas.ryder@kirkland.com
nicholas.adzima@kirkland.com


                    /s/ *R. Grant Dick IV*
           R. Grant Dick IV (No. 5123)

00672803