**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                     Chapter __11__

                                           Case No. __24__-__11967__ (__JKS__)

Debtor: __Big Lots, Inc., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __David F. Mills (N.C. State Bar No. 18326)__

to represent __B & C Properties of Dunn, LLC and Perry's, Inc.__

in this action.

/s/ Kate Roggio Buck

Firm Name: McCarter & English, LLP
Address: Renaissance Centre
405 N King Street, 8th Floor
Wilmington, DE 19801
Phone: (302) 984-6323
Email: kbuck@mccarter.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __North Carolina__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/S/ David F. Mills

Firm Name: Narron Wenzel, PA
Address: 102 S Third Street
PO Box 1567
Phone: Smithfield, NC 27577
Email: (919) 578-6709
dmills@narronwenzel.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105