### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) <br> (Jointly Administered) |
| Debtors. | **Related to Docket No. 1660** |

### NOTICE OF WITHDRAWAL OF MOTION OF 5 POINT CHURCH TO COMPEL IMMEDIATE PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS PURSUANTTO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)

**PLEASE TAKE NOTICE** that 5 Point Church, by and through its undersigned counsel, hereby withdraws without prejudice its *Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* [D.I. 1660; Filed January 9, 2025].

Dated: January 23, 2025

**GELLERT SEITZ BUSENKELL & BROWN LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

*Counsel for 5 Point Church*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I caused a true and correct copy of the *Notice of Withdrawal of the Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in these cases.

Dated January 23, 2025                                                                      */s/ Michael Busenkell*
                                                                                                              Michael Busenkell (DE 3933)