# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) <br> (Jointly Administered) |
| Debtors. | **Related to Docket No. 1658** |

## NOTICE OF WITHDRAWAL OF MOTION OF CONNOR RECREATIONAL CENTER, INC. TO COMPEL IMMEDIATE PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)

**PLEASE TAKE NOTICE** that Connor Recreational Center, Inc., by and through its undersigned counsel, hereby withdraws without prejudice its *Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* [D.I. 1658; Filed January 9, 2025].

| | |
|---|---|
| Dated: January 23, 2025 | **GELLERT SEITZ BUSENKELL & BROWN LLC** |
| | */s/ Michael Busenkell* <br> Michael Busenkell (DE 3933) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-5800 <br> Facsimile:  (302) 425-5814 <br> mbusenkell@gsbblaw.com |
| | *Counsel to Connor Recreational Center, Inc.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I caused a true and correct copy of the *Notice of Withdrawal of the Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in these cases.

Dated January 23, 2025  /s/ Michael Busenkell
Michael Busenkell (DE 3933)

1