**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $ 1,525 | 16.6 | $ 25,315.00 |
| Clifford Zucker | Senior Managing Director | 1,445 | 14.1 | 20,374.5 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 28.0 | 36,540.0 |
| Megan Hyland | Managing Director | 1,155 | 46.9 | 54,169.5 |
| Thiago Nunes Rodrigues | Senior Director | 1,020 | 31.8 | 32,436.0 |
| Calvin Aas | Senior Consultant | 760 | 55.9 | 42,484.0 |
| Sophia Cassidy | Consultant | 575 | 26.7 | 15,352.5 |
| Marili Hellmund-Mora | Manager | 355 | 5.1 | 1,810.5 |
| **GRAND TOTAL** | | | **225.1** | **$ 228,482.00** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 12.9 | $ 9,516.00 |
| 2 | Cash & Liquidity Analysis | 37.7 | 32,912.50 |
| 4 | Trade Vendor Issues | 7.6 | 8,194.00 |
| 5 | Real Estate Issues | 9.3 | 7,688.50 |
| 6 | Asset Sales | 79.4 | 93,196.50 |
| 11 | Prepare for and Attendance at Court Hearings | 16.1 | 19,984.50 |
| 13 | Analysis of Other Miscellaneous Motions | 6.4 | 7,055.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 7.0 | 6,745.00 |
| 21 | General Meetings with Committee & Committee Counsel | 7.0 | 9,170.50 |
| 24 | Preparation of Fee Application | 41.7 | 34,019.50 |
| | **GRAND TOTAL** | **225.1** | **$ 228,482.00** |

EXHIBIT C
BIG LOTS INC., ET AL. - CASE NO. 24-11967
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/2/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/3/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/4/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/4/2024 | Sophia Cassidy | 1.5 | Assess monthly operating reports. |
| 1 | 12/5/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/6/2024 | Elizabeth Hu | 0.8 | Review and provide comments on update to Committee counsel re: recent financial performance. |
| 1 | 12/6/2024 | Megan Hyland | 0.5 | Prepare update to Committee counsel on recent financial performance. |
| 1 | 12/6/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/9/2024 | Calvin Aas | 1.6 | Prepare analysis assessing going out of business sales and inventory recoveries. |
| 1 | 12/9/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/9/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors to discuss outstanding requests re: going out of business sales and escrow account. |
| 1 | 12/9/2024 | Thiago Nunes Rodrigues | 0.5 | Assess going out of business sales inventory recovery vs. borrowing base value. |
| 1 | 12/9/2024 | Thiago Nunes Rodrigues | 0.3 | Prepare update to Committee counsel re: professional fees escrow and going out of business recovery comparison. |
| 1 | 12/10/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/11/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/12/2024 | Clifford Zucker | 0.3 | Review and analyze operating performance. |
| 1 | 12/12/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/13/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/16/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/17/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/18/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/18/2024 | Thiago Nunes Rodrigues | 0.4 | Assess sales performance vs. budget from September through November. |
| 1 | 12/19/2024 | Sophia Cassidy | 0.4 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/20/2024 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/23/2024 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/24/2024 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/26/2024 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 12/27/2024 | Sophia Cassidy | 0.6 | Prepare daily email update on case news and docket filings for the FTI team. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **1 Total** | | | **12.9** | |
| 2 | 12/2/2024 | Calvin Aas | 0.4 | Prepare follow up questions for Debtors' financial advisors re: liquidity reporting. |
| 2 | 12/2/2024 | Calvin Aas | 1.0 | Review updated presentation materials re: liquidity reporting. |
| 2 | 12/2/2024 | Calvin Aas | 0.9 | Assess updated cash flow budget to actuals variances. |
| 2 | 12/2/2024 | Calvin Aas | 0.5 | Assess updated borrowing base reporting. |
| 2 | 12/2/2024 | Calvin Aas | 1.0 | Analyze updated cash flow forecast assumptions. |
| 2 | 12/2/2024 | Clifford Zucker | 0.3 | Review and analyze cash flow budget to actuals results. |
| 2 | 12/2/2024 | Elizabeth Hu | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 12/2/2024 | Elizabeth Hu | 0.3 | Assess workplan and next steps re: liquidity update. |
| 2 | 12/2/2024 | Elizabeth Hu | 0.2 | Review follow up questions on liquidity budget and professional fee account. |
| 2 | 12/2/2024 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 12/2/2024 | Megan Hyland | 1.3 | Assess assumptions for latest DIP forecast. |
| 2 | 12/2/2024 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 12/5/2024 | Clifford Zucker | 0.4 | Review and analyze cash flow variance testing. |
| 2 | 12/5/2024 | Elizabeth Hu | 0.3 | Review liquidity update. |
| 2 | 12/5/2024 | Megan Hyland | 0.3 | Review latest liquidity reporting. |
| 2 | 12/6/2024 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity reporting and sale process update. |
| 2 | 12/6/2024 | Calvin Aas | 1.1 | Analyze updated liquidity reporting, including budget to actuals. |
| 2 | 12/6/2024 | Calvin Aas | 0.9 | Review presentation materials re: liquidity reporting. |
| 2 | 12/6/2024 | Calvin Aas | 0.5 | Assess materials for liquidity update report for the Committee. |
| 2 | 12/6/2024 | Calvin Aas | 1.0 | Coordinate with the FTI team re: borrowing base analysis and other liquidity related analyses. |
| 2 | 12/6/2024 | Elizabeth Hu | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity reporting and sale process update. |
| 2 | 12/6/2024 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity reporting and sale process update. |
| 2 | 12/6/2024 | Megan Hyland | 0.3 | Assess latest liquidity and payment reporting. |
| 2 | 12/6/2024 | Sophia Cassidy | 1.9 | Prepare weekly cash flow variance report. |
| 2 | 12/6/2024 | Sophia Cassidy | 1.8 | Prepare new cash flow forecast summary with latest estimates. |
| 2 | 12/6/2024 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity reporting and sale process update. |
| 2 | 12/8/2024 | Calvin Aas | 1.4 | Prepare summary/analysis of updated cash flow forecast. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/9/2024 | Calvin Aas | 1.2 | Review and respond to comments from FTI team on Committee presentation re: liquidity reporting and cash flow forecast. |
| 2 | 12/9/2024 | Calvin Aas | 0.9 | Prepare assessment of ABL borrowing base reporting. |
| 2 | 12/9/2024 | Calvin Aas | 0.7 | Perform quality control analysis of Committee presentation re: liquidity reporting and cash flow forecast. |
| 2 | 12/9/2024 | Megan Hyland | 0.3 | Follow up on outstanding diligence/questions re: liquidity. |
| 2 | 12/9/2024 | Thiago Nunes Rodrigues | 0.3 | Review materials for the Committee re: liquidity. |
| 2 | 12/10/2024 | Megan Hyland | 0.3 | Review and provide comments on liquidity update. |
| 2 | 12/10/2024 | Megan Hyland | 0.2 | Follow up on outstanding diligence requests re: liquidity. |
| 2 | 12/13/2024 | Calvin Aas | 1.5 | Prepare variance analysis of prior budget vs. updated cash flow forecast. |
| 2 | 12/13/2024 | Sophia Cassidy | 2.2 | Prepare summary tables for weekly cash flow variance update. |
| 2 | 12/16/2024 | Calvin Aas | 1.8 | Review presentation materials re: liquidity reporting and cash flow forecast. |
| 2 | 12/16/2024 | Calvin Aas | 0.5 | Review borrowing base analysis. |
| 2 | 12/16/2024 | Clifford Zucker | 0.3 | Review and analyze Committee counsel correspondence on payment of administrative obligations. |
| 2 | 12/17/2024 | Megan Hyland | 0.5 | Follow up on questions re: outstanding payments. |
| 2 | 12/17/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on call with Committee counsel re: latest liquidity and availability. |
| 2 | 12/20/2024 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity and latest budgets. |
| 2 | 12/20/2024 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity and latest budgets. |
| 2 | 12/20/2024 | Megan Hyland | 0.5 | Follow up on outstanding items re: liquidity and claims. |
| 2 | 12/20/2024 | Megan Hyland | 0.9 | Respond to Committee counsel questions re: liquidity performance to date and outstanding administrative claims. |
| 2 | 12/20/2024 | Megan Hyland | 0.3 | Review and provide comments to update for Committee counsel re: cash flows and claims. |
| 2 | 12/20/2024 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity and latest budgets. |
| 2 | 12/20/2024 | Thiago Nunes Rodrigues | 0.8 | Prepare for call with the Debtors' financial advisors re: liquidity and other related issues. |
| 2 | 12/20/2024 | Thiago Nunes Rodrigues | 0.5 | Prepare correspondence to Committee counsel with updates re: wind-down budget, liquidation analysis and administrative claims. |
| 2 | 12/24/2024 | Calvin Aas | 0.5 | Review professional fees funding actuals and forecast. |
| 2 | 12/24/2024 | Calvin Aas | 1.2 | Analyze Debtors' advisor fee payments. |
| 2 | 12/26/2024 | Calvin Aas | 0.8 | Review success fee calculations for the Debtors' advisors. |
| 2 | 12/26/2024 | Clifford Zucker | 0.4 | Review and analyze revised wind-down budget. |
| **2 Total** | | | **37.7** | |
| 4 | 12/2/2024 | Thiago Nunes Rodrigues | 0.5 | Review 503(b)(9) analysis prepared by the Debtors' advisors. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 12/2/2024 | Thiago Nunes Rodrigues | 1.0 | Assess total 503(b)(9) claims and settlement amounts remaining. |
| 4 | 12/9/2024 | Calvin Aas | 0.3 | Analyze critical vendor reporting. |
| 4 | 12/9/2024 | Thiago Nunes Rodrigues | 0.5 | Assess updated 503(b)(9) estimates. |
| 4 | 12/11/2024 | Thiago Nunes Rodrigues | 0.1 | Prepare questions for Debtors' advisors re: 503(b)(9) analysis. |
| 4 | 12/16/2024 | Clifford Zucker | 0.4 | Review and analyze vendor payables. |
| 4 | 12/16/2024 | Clifford Zucker | 0.4 | Review and analyze 503(b)(9) payments to date. |
| 4 | 12/16/2024 | Megan Hyland | 0.2 | Participate on call with Committee counsel to discuss 503(b)(9) estimates. |
| 4 | 12/16/2024 | Thiago Nunes Rodrigues | 0.2 | Participate on call with Committee counsel to discuss 503(b)(9) estimates. |
| 4 | 12/16/2024 | Thiago Nunes Rodrigues | 0.6 | Prepare update to Committee counsel re: 503(b)(9) analysis. |
| 4 | 12/20/2024 | Thiago Nunes Rodrigues | 1.8 | Assess outstanding balances of critical vendor agreements. |
| 4 | 12/20/2024 | Thiago Nunes Rodrigues | 0.3 | Prepare update to Committee counsel re: critical vendor agreements. |
| 4 | 12/23/2024 | Megan Hyland | 0.2 | Assess outstanding critical vendor and 503(b)(9) payments. |
| 4 | 12/27/2024 | Elizabeth Hu | 0.3 | Review 90-day payment and potential preference claims. |
| 4 | 12/27/2024 | Megan Hyland | 0.3 | Assess potential preference claims. |
| 4 | 12/30/2024 | Thiago Nunes Rodrigues | 0.5 | Assess potential preference claims. |
| **4 Total** | | | **7.6** | |
| 5 | 12/3/2024 | Sophia Cassidy | 1.0 | Update lease tracker with new docket filings. |
| 5 | 12/5/2024 | Megan Hyland | 0.2 | Participate on call with the Debtors' real estate advisors re: lease sale updates. |
| 5 | 12/5/2024 | Thiago Nunes Rodrigues | 0.2 | Participate on call with the Debtors' real estate advisors re: lease sale updates. |
| 5 | 12/5/2024 | Thiago Nunes Rodrigues | 1.2 | Assess latest updates on lease sales. |
| 5 | 12/5/2024 | Thiago Nunes Rodrigues | 2.5 | Review and amend lease tracker based on latest lease sale filings. |
| 5 | 12/10/2024 | Thiago Nunes Rodrigues | 0.4 | Correspond with Committee counsel re: stub rent paid and outstanding. |
| 5 | 12/12/2024 | Sophia Cassidy | 0.5 | Prepare summary of current open stores. |
| 5 | 12/19/2024 | Sophia Cassidy | 0.6 | Update lease tracker relating to recent docket filing. |
| 5 | 12/20/2024 | Sophia Cassidy | 0.5 | Update the lease tracker with additional changes. |
| 5 | 12/20/2024 | Thiago Nunes Rodrigues | 0.4 | Prepare update to Committee counsel re: rent-related issues. |
| 5 | 12/23/2024 | Sophia Cassidy | 1.0 | Update lease tracker and assess latest store closings. |
| 5 | 12/24/2024 | Sophia Cassidy | 0.5 | Continue to update lease tracker and assess latest store closings. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 12/24/2024 | Thiago Nunes Rodrigues | 0.3 | Assess latest closed stores. |
| **5 Total** | | | **9.3** | |
| 6 | 12/2/2024 | Clifford Zucker | 0.5 | Participate on call with Committee counsel to discuss case issues, including sale and plan. |
| 6 | 12/2/2024 | Elizabeth Hu | 0.5 | Participate on call with Committee counsel to discuss case issues, including sale and plan. |
| 6 | 12/2/2024 | Elizabeth Hu | 0.2 | Follow up with the Debtors' advisors on sale update. |
| 6 | 12/2/2024 | Megan Hyland | 0.5 | Participate on call with Committee counsel to discuss case issues, including sale and plan. |
| 6 | 12/9/2024 | Clifford Zucker | 0.3 | Participate on call with FTI team on sale issues. |
| 6 | 12/9/2024 | Megan Hyland | 0.3 | Participate on call with FTI team on sale issues. |
| 6 | 12/9/2024 | Megan Hyland | 0.4 | Assess update on sale closing. |
| 6 | 12/9/2024 | Steven Simms | 0.3 | Participate on call with FTI team on sale issues. |
| 6 | 12/9/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on call with FTI team on sale issues. |
| 6 | 12/9/2024 | Thiago Nunes Rodrigues | 1.7 | Prepare summary of administrative claims to be assumed by buyer if sale closes. |
| 6 | 12/9/2024 | Thiago Nunes Rodrigues | 1.0 | Assess asset purchase agreement asset value test shortfall. |
| 6 | 12/10/2024 | Clifford Zucker | 0.3 | Correspond with Committee counsel re: sale process and key case items. |
| 6 | 12/10/2024 | Elizabeth Hu | 0.4 | Participate on call with the Debtors' advisors to discuss outstanding requests re: asset purchase agreement asset value test shortfall. |
| 6 | 12/10/2024 | Steven Simms | 0.4 | Participate on call with the Debtors' advisors to discuss outstanding requests re: asset purchase agreement asset value test shortfall. |
| 6 | 12/10/2024 | Steven Simms | 0.7 | Correspond with the FTI team re: sale issues. |
| 6 | 12/10/2024 | Thiago Nunes Rodrigues | 0.4 | Participate on call with the Debtors' advisors to discuss outstanding requests re: asset purchase agreement asset value test shortfall. |
| 6 | 12/10/2024 | Thiago Nunes Rodrigues | 0.2 | Prepare update to Committee counsel re: inventory shortfall for going-concern sale closing. |
| 6 | 12/11/2024 | Steven Simms | 0.7 | Review update on sale issues and key case items. |
| 6 | 12/12/2024 | Steven Simms | 0.6 | Review correspondence on sale issues. |
| 6 | 12/13/2024 | Calvin Aas | 0.4 | Participate on call with the Debtors' financial advisors re: going-concern sale update. |
| 6 | 12/13/2024 | Calvin Aas | 0.4 | Review correspondence regarding sale process. |
| 6 | 12/13/2024 | Calvin Aas | 1.2 | Assess going concern sale updates. |
| 6 | 12/13/2024 | Elizabeth Hu | 0.2 | Review update for Committee counsel re: sale process update. |
| 6 | 12/13/2024 | Megan Hyland | 0.4 | Participate on call with the Debtors' financial advisors re: going-concern sale update. |
| 6 | 12/13/2024 | Megan Hyland | 0.2 | Assess update on sale closing. |
| 6 | 12/13/2024 | Steven Simms | 0.6 | Review correspondence on sale issues and case update. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/13/2024 | Thiago Nunes Rodrigues | 0.4 | Participate on call with the Debtors' financial advisors re: going-concern sale update. |
| 6 | 12/13/2024 | Thiago Nunes Rodrigues | 0.8 | Prepare update to Committee counsel re: going-concern sale process. |
| 6 | 12/16/2024 | Steven Simms | 0.3 | Review correspondence on sale update. |
| 6 | 12/17/2024 | Clifford Zucker | 0.3 | Participate on call with Committee professionals re: sale update. |
| 6 | 12/17/2024 | Elizabeth Hu | 0.3 | Review correspondence re: sale update. |
| 6 | 12/17/2024 | Megan Hyland | 0.7 | Participate on call with Committee counsel re: hearing and sale update. |
| 6 | 12/17/2024 | Megan Hyland | 0.3 | Participate on call with Committee professionals re: sale update. |
| 6 | 12/17/2024 | Megan Hyland | 0.2 | Assess update on sale process. |
| 6 | 12/17/2024 | Steven Simms | 0.7 | Participate on call with Committee counsel re: hearing and sale update. |
| 6 | 12/17/2024 | Steven Simms | 0.4 | Review correspondence regarding sale process. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.7 | Participate on call with Committee counsel re: hearing and sale update. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on call with Committee professionals re: sale update. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.3 | Follow up with the Debtors' financial advisors re: sale update and professional fee escrow. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.4 | Prepare update to Committee counsel re: sale closing. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.3 | Assess sale closing issues re: inventory constraints. |
| 6 | 12/17/2024 | Thiago Nunes Rodrigues | 0.2 | Prepare correspondence to Committee counsel re: inventory constraints as an issue to the sale closing. |
| 6 | 12/18/2024 | Calvin Aas | 1.5 | Review draft asset purchase agreement for potential sale. |
| 6 | 12/18/2024 | Clifford Zucker | 0.4 | Review and analyze latest offer and asset purchase agreement. |
| 6 | 12/18/2024 | Elizabeth Hu | 0.1 | Assess sale issues. |
| 6 | 12/18/2024 | Megan Hyland | 0.4 | Provide responses to questions from Committee counsel re: sale process. |
| 6 | 12/18/2024 | Megan Hyland | 0.7 | Assess key terms in alternative bid asset purchase agreement. |
| 6 | 12/18/2024 | Thiago Nunes Rodrigues | 0.6 | Review new bid received. |
| 6 | 12/19/2024 | Clifford Zucker | 0.4 | Review and analyze latest bid. |
| 6 | 12/20/2024 | Calvin Aas | 1.0 | Review draft asset purchase agreement. |
| 6 | 12/20/2024 | Calvin Aas | 0.2 | Review correspondence re: sale process. |
| 6 | 12/20/2024 | Clifford Zucker | 0.3 | Review Committee counsel correspondence re: case update and sale process. |
| 6 | 12/20/2024 | Elizabeth Hu | 0.4 | Review correspondence re: sale process update. |
| 6 | 12/20/2024 | Steven Simms | 0.4 | Participate on call with the Debtors' advisors re: sale related issues. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/21/2024 | Thiago Nunes Rodrigues | 1.0 | Review terms in latest bid. |
| 6 | 12/23/2024 | Calvin Aas | 0.5 | Participate on call with potential buyer's advisors re: bid. |
| 6 | 12/23/2024 | Calvin Aas | 1.3 | Participate on call with the Debtors' financial advisors re: bid and outstanding administrative claims. |
| 6 | 12/23/2024 | Calvin Aas | 1.1 | Assess impact of proposed bid on administrative claims. |
| 6 | 12/23/2024 | Calvin Aas | 2.0 | Prepare updated analysis of administrative claims and treatment under proposed bid. |
| 6 | 12/23/2024 | Calvin Aas | 1.1 | Review additional bid details. |
| 6 | 12/23/2024 | Clifford Zucker | 0.5 | Participate on call with Committee professionals re: asset purchase agreement. |
| 6 | 12/23/2024 | Clifford Zucker | 0.5 | Participate on call with potential buyer's advisors re: bid. |
| 6 | 12/23/2024 | Clifford Zucker | 0.4 | Review and analyze red line asset purchase agreement. |
| 6 | 12/23/2024 | Elizabeth Hu | 0.5 | Participate on call with potential buyer's advisors re: bid. |
| 6 | 12/23/2024 | Elizabeth Hu | 0.3 | Assess bid build up. |
| 6 | 12/23/2024 | Elizabeth Hu | 0.4 | Assess the latest updates on the sale process. |
| 6 | 12/23/2024 | Elizabeth Hu | 1.3 | Participate on call with the Debtors' financial advisors re: bid and outstanding administrative claims. |
| 6 | 12/23/2024 | Elizabeth Hu | 0.5 | Participate on call with Committee professionals re: asset purchase agreement. |
| 6 | 12/23/2024 | Elizabeth Hu | 0.2 | Review update to Committee counsel on bid build up and remaining claims. |
| 6 | 12/23/2024 | Megan Hyland | 1.3 | Participate on call with the Debtors' financial advisors re: bid and outstanding administrative claims. |
| 6 | 12/23/2024 | Megan Hyland | 0.5 | Participate on call with potential buyer's advisors re: bid. |
| 6 | 12/23/2024 | Megan Hyland | 0.5 | Participate on call with Committee professionals re: asset purchase agreement. |
| 6 | 12/23/2024 | Megan Hyland | 1.3 | Prepare summary of bid key terms. |
| 6 | 12/23/2024 | Megan Hyland | 1.4 | Assess asset purchase agreement purchase price summary and remaining administrative claims. |
| 6 | 12/23/2024 | Steven Simms | 0.4 | Review correspondence on sale issues, asset purchase agreement, and case update. |
| 6 | 12/24/2024 | Calvin Aas | 1.3 | Participate on call with Committee counsel to discuss sale process. |
| 6 | 12/24/2024 | Calvin Aas | 0.7 | Assess outstanding diligence requests re: sale process. |
| 6 | 12/24/2024 | Calvin Aas | 0.6 | Assess issues related to potential liquidation vs. bid. |
| 6 | 12/24/2024 | Calvin Aas | 1.2 | Assess key terms of asset purchase agreement. |
| 6 | 12/24/2024 | Calvin Aas | 1.1 | Continue to assess key terms of asset purchase agreement. |
| 6 | 12/24/2024 | Calvin Aas | 0.3 | Assess sale process updates from call with the Debtors' financial advisors. |
| 6 | 12/24/2024 | Clifford Zucker | 1.3 | Participate on call with Committee counsel to discuss sale process. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/24/2024 | Clifford Zucker | 0.1 | Review and analyze sale proceeds and uses analysis. |
| 6 | 12/24/2024 | Clifford Zucker | 0.4 | Review and analyze revised asset purchase agreement. |
| 6 | 12/24/2024 | Megan Hyland | 1.3 | Participate on call with Committee counsel to discuss sale process. |
| 6 | 12/24/2024 | Megan Hyland | 0.5 | Review and provide comments to update for Committee re: latest asset purchase agreement. |
| 6 | 12/24/2024 | Megan Hyland | 0.2 | Update latest purchase price summary. |
| 6 | 12/24/2024 | Megan Hyland | 0.5 | Review and provide update re: purchase price and administrative claims. |
| 6 | 12/24/2024 | Steven Simms | 0.7 | Participate on call with Committee counsel to discuss sale process (partial). |
| 6 | 12/24/2024 | Steven Simms | 2.0 | Review asset purchase agreement and sale related issues. |
| 6 | 12/26/2024 | Calvin Aas | 1.0 | Participate on call with the Debtors' financial advisors to discuss sale process updates. |
| 6 | 12/26/2024 | Clifford Zucker | 0.4 | Participate on call with FTI team re: asset purchase agreement. |
| 6 | 12/26/2024 | Clifford Zucker | 0.3 | Review and analyze Committee counsel correspondence to Committee on proposed sale. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.3 | Assess next steps on bid review. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.9 | Participate on call with Committee counsel re: latest bid, asset purchase agreement, and next steps. |
| 6 | 12/26/2024 | Elizabeth Hu | 1.0 | Participate on call with the Debtors' financial advisors to discuss sale process updates. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.2 | Participate on call with FTI team re: asset purchase agreement (partial). |
| 6 | 12/26/2024 | Elizabeth Hu | 1.6 | Review and update the bid analysis summary. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.4 | Review Committee counsel's email summary of the latest asset purchase agreement. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.3 | Identify and track follow up questions on the bid analysis. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.6 | Review deal term summary of the asset purchase agreement. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.7 | Review additional diligence materials provided by the Debtors' advisors on the bid. |
| 6 | 12/26/2024 | Elizabeth Hu | 0.6 | Review and refine bid analysis summary. |
| 6 | 12/26/2024 | Elizabeth Hu | 1.4 | Review the latest bid draft and send questions to Committee counsel. |
| 6 | 12/26/2024 | Megan Hyland | 0.4 | Participate on call with FTI team re: asset purchase agreement. |
| 6 | 12/26/2024 | Megan Hyland | 0.8 | Assess additional information provided re: bid detail. |
| 6 | 12/26/2024 | Megan Hyland | 0.6 | Prepare asset purchase agreement summary. |
| 6 | 12/26/2024 | Megan Hyland | 1.1 | Review updates to bid analysis. |
| 6 | 12/26/2024 | Megan Hyland | 1.5 | Assess responses from Debtors' financial advisors re: asset purchase agreement questions. |
| 6 | 12/26/2024 | Megan Hyland | 0.5 | Review latest draft of asset purchase agreement. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/26/2024 | Steven Simms | 0.7 | Review correspondence on sale issues and asset purchase agreement. |
| 6 | 12/26/2024 | Steven Simms | 0.9 | Evaluate items related to purchase price. |
| 6 | 12/27/2024 | Clifford Zucker | 0.5 | Participate on call with the Debtors' financial advisors re: liquidation and asset purchase agreement questions (partial). |
| 6 | 12/27/2024 | Clifford Zucker | 0.2 | Participate on call with Committee professionals re: update for Committee on asset purchase agreement. |
| 6 | 12/27/2024 | Clifford Zucker | 0.4 | Review and analyze waterfall analysis associated with bid. |
| 6 | 12/27/2024 | Elizabeth Hu | 0.2 | Participate on call with Committee professionals re: preparation for Committee call to discuss bid. |
| 6 | 12/27/2024 | Elizabeth Hu | 0.6 | Participate on call with the Debtors' financial advisors re: liquidation and asset purchase agreement questions. |
| 6 | 12/27/2024 | Elizabeth Hu | 0.7 | Review and update summary of the key terms of bid for Committee discussion. |
| 6 | 12/27/2024 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: preparation for Committee call to discuss bid. |
| 6 | 12/27/2024 | Megan Hyland | 0.6 | Participate on call with the Debtors' financial advisors re: liquidation and asset purchase agreement questions. |
| 6 | 12/27/2024 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: update for Committee on asset purchase agreement. |
| 6 | 12/27/2024 | Megan Hyland | 0.2 | Review and prepare list of outstanding items re: asset purchase agreement and administrative claims. |
| 6 | 12/28/2024 | Elizabeth Hu | 0.3 | Review and comment on draft sale objection. |
| 6 | 12/29/2024 | Steven Simms | 0.7 | Review correspondence on sale items and case update. |
| 6 | 12/30/2024 | Clifford Zucker | 0.3 | Review and analyze draft sale objections. |
| 6 | 12/30/2024 | Clifford Zucker | 0.3 | Review and analyze Committee counsel correspondence relating to sale process. |
| 6 | 12/30/2024 | Elizabeth Hu | 0.3 | Review Committee counsel's update email on sale hearing. |
| 6 | 12/30/2024 | Steven Simms | 1.2 | Assess key sale issues. |
| 6 | 12/30/2024 | Steven Simms | 0.6 | Review information on sale and wind-down. |
| 6 | 12/31/2024 | Clifford Zucker | 0.4 | Review and analyze revised asset purchase agreement. |
| **6 Total** | | | **79.4** | |
| 11 | 12/19/2024 | Megan Hyland | 1.2 | Listen to status conference re: sale update (partial). |
| 11 | 12/19/2024 | Thiago Nunes Rodrigues | 1.0 | Listen to status conference re: sale update. |
| 11 | 12/19/2024 | Thiago Nunes Rodrigues | 0.8 | Continue to listen to status conference re: sale update. |
| 11 | 12/30/2024 | Elizabeth Hu | 2.0 | Listen to status conference/sale hearing (partial). |
| 11 | 12/30/2024 | Megan Hyland | 3.0 | Listen to status conference/sale hearing. |
| 11 | 12/31/2024 | Megan Hyland | 4.0 | Listen to continued sale hearing (partial). |
| 11 | 12/31/2024 | Megan Hyland | 0.5 | Continue to listen to continued sale hearing (partial). |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 12/31/2024 | Steven Simms | 3.6 | Listen to continued sale hearing (partial). |
| **11 Total** | | | **16.1** | |
| 13 | 12/11/2024 | Megan Hyland | 0.3 | Review draft motion re: payment of administrative obligations. |
| 13 | 12/11/2024 | Thiago Nunes Rodrigues | 0.5 | Assess 503(b)(9) and stub rent estimates for the Committee motion to compel payments. |
| 13 | 12/12/2024 | Clifford Zucker | 0.4 | Review and analyze draft motion to compel stub rent and 503(b)(9) payments. |
| 13 | 12/12/2024 | Megan Hyland | 0.5 | Review and provide comments on motion re: payment of administrative obligations. |
| 13 | 12/12/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on call with Committee counsel re: Committee motion to compel. |
| 13 | 12/12/2024 | Thiago Nunes Rodrigues | 1.0 | Assess real estate data for Committee motion to compel payments. |
| 13 | 12/12/2024 | Thiago Nunes Rodrigues | 0.8 | Review and revise draft of the Committee motion to compel 503(b)(9) and stub rent payments. |
| 13 | 12/13/2024 | Megan Hyland | 0.3 | Review revised draft motion re: payment of administrative obligations. |
| 13 | 12/13/2024 | Thiago Nunes Rodrigues | 0.7 | Continue to review and provide comments on draft Committee motion to compel 503(b)(9) and stub rent payments. |
| 13 | 12/14/2024 | Thiago Nunes Rodrigues | 0.7 | Review and provide comments to draft of Committee motion to compel. |
| 13 | 12/16/2024 | Clifford Zucker | 0.3 | Review and analyze motion to compel payments. |
| 13 | 12/16/2024 | Megan Hyland | 0.6 | Review and provide comments on draft motion to compel payments. |
| **13 Total** | | | **6.4** | |
| 14 | 12/9/2024 | Clifford Zucker | 0.3 | Review and analyze administrative claims build-up. |
| 14 | 12/21/2024 | Calvin Aas | 1.1 | Review updated reporting of outstanding administrative claims. |
| 14 | 12/21/2024 | Calvin Aas | 1.0 | Prepare initial analysis of administrative claims outstanding. |
| 14 | 12/21/2024 | Megan Hyland | 0.5 | Assess summary of outstanding administrative claims. |
| 14 | 12/21/2024 | Thiago Nunes Rodrigues | 0.5 | Prepare summary of outstanding administrative claims. |
| 14 | 12/22/2024 | Thiago Nunes Rodrigues | 1.0 | Review and amend updated summary of outstanding administrative claims. |
| 14 | 12/23/2024 | Calvin Aas | 1.0 | Prepare updates to summary of estimated outstanding administrative claims. |
| 14 | 12/23/2024 | Megan Hyland | 1.6 | Prepare analysis of outstanding administrative claims. |
| **14 Total** | | | **7.0** | |
| 21 | 12/9/2024 | Clifford Zucker | 0.3 | Participate on Committee call re: sale update and key case items. |
| 21 | 12/9/2024 | Elizabeth Hu | 0.3 | Participate on Committee call re: sale update and key case items. |
| 21 | 12/9/2024 | Steven Simms | 0.3 | Participate on Committee call re: sale update and key case items. |
| 21 | 12/9/2024 | Thiago Nunes Rodrigues | 0.3 | Participate on Committee call re: sale update and key case items. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 12/10/2024 | Clifford Zucker | 0.3 | Participate on call with Committee re: sale update. |
| 21 | 12/10/2024 | Elizabeth Hu | 0.3 | Participate on call with Committee re: sale update. |
| 21 | 12/10/2024 | Megan Hyland | 0.3 | Participate on call with Committee re: sale update. |
| 21 | 12/12/2024 | Steven Simms | 0.4 | Participate on call with creditor on case issues. |
| 21 | 12/16/2024 | Clifford Zucker | 0.2 | Participate on call with Committee professionals re: motion to compel and other case issues. |
| 21 | 12/16/2024 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: motion to compel and other case issues. |
| 21 | 12/16/2024 | Thiago Nunes Rodrigues | 0.2 | Participate on call with Committee professionals re: motion to compel and other case issues. |
| 21 | 12/17/2024 | Clifford Zucker | 0.6 | Participate on call with Committee re: sale update. |
| 21 | 12/17/2024 | Elizabeth Hu | 0.6 | Participate on call with Committee re: sale update. |
| 21 | 12/17/2024 | Megan Hyland | 0.6 | Participate on call with Committee re: sale update. |
| 21 | 12/27/2024 | Clifford Zucker | 0.7 | Participate on Committee call re: asset purchase agreement. |
| 21 | 12/27/2024 | Elizabeth Hu | 0.7 | Participate on Committee call re: asset purchase agreement. |
| 21 | 12/27/2024 | Megan Hyland | 0.7 | Participate on Committee call re: asset purchase agreement. |
| **21 Total** | | | **7.0** | |
| 24 | 12/2/2024 | Marili Hellmund-Mora | 0.6 | Prepare the November fee application. |
| 24 | 12/2/2024 | Megan Hyland | 0.7 | Review and revise the September-October fee application in compliance with bankruptcy guidelines. |
| 24 | 12/3/2024 | Marili Hellmund-Mora | 1.1 | Prepare the November fee application. |
| 24 | 12/5/2024 | Calvin Aas | 1.3 | Update the September-October fee application. |
| 24 | 12/5/2024 | Marili Hellmund-Mora | 2.6 | Incorporate updates to the November fee application. |
| 24 | 12/10/2024 | Elizabeth Hu | 2.7 | Perform detailed review of the September-October fee application. |
| 24 | 12/11/2024 | Calvin Aas | 1.5 | Review the preliminary November fee application. |
| 24 | 12/11/2024 | Elizabeth Hu | 0.8 | Continue to review and provide comments to the September-October fee application. |
| 24 | 12/11/2024 | Megan Hyland | 2.0 | Finalize the September-October fee application with comments from FTI team. |
| 24 | 12/11/2024 | Sophia Cassidy | 3.0 | Prepare the November fee application. |
| 24 | 12/12/2024 | Sophia Cassidy | 1.9 | Assess changes to the November fee application. |
| 24 | 12/16/2024 | Calvin Aas | 2.1 | Assess changes to the November fee application |
| 24 | 12/16/2024 | Calvin Aas | 0.7 | Update the November fee application. |
| 24 | 12/16/2024 | Elizabeth Hu | 0.2 | Review final version of the September-October fee application for filing. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 12/16/2024 | Sophia Cassidy | 0.9 | Incorporate edits to the November fee application. |
| 24 | 12/17/2024 | Calvin Aas | 2.5 | Perform quality control analysis of the draft November fee application. |
| 24 | 12/17/2024 | Calvin Aas | 1.9 | Implement updates to the draft November fee application. |
| 24 | 12/17/2024 | Megan Hyland | 0.3 | Review the November fee application for compliance with bankruptcy guidelines. |
| 24 | 12/17/2024 | Sophia Cassidy | 1.0 | Incorporate edits to the November fee application. |
| 24 | 12/18/2024 | Marili Hellmund-Mora | 0.8 | Update and finalize the September-October fee application. |
| 24 | 12/18/2024 | Megan Hyland | 0.5 | Review the November fee application for compliance with bankruptcy guidelines. |
| 24 | 12/18/2024 | Sophia Cassidy | 0.2 | Incorporate updates to the November fee application. |
| 24 | 12/19/2024 | Calvin Aas | 0.5 | Incorporate updates to the November fee application. |
| 24 | 12/19/2024 | Calvin Aas | 1.5 | Update the November fee application. |
| 24 | 12/19/2024 | Megan Hyland | 1.2 | Review and revise November fee application. |
| 24 | 12/19/2024 | Sophia Cassidy | 1.5 | Incorporate edits to the November fee application. |
| 24 | 12/20/2024 | Calvin Aas | 1.0 | Finalize draft November fee application exhibits. |
| 24 | 12/20/2024 | Elizabeth Hu | 1.8 | Review November fee application draft. |
| 24 | 12/20/2024 | Megan Hyland | 1.6 | Revise the November fee application. |
| 24 | 12/21/2024 | Calvin Aas | 0.4 | Update the November fee application exhibits. |
| 24 | 12/21/2024 | Megan Hyland | 0.3 | Finalize the November fee application for review. |
| 24 | 12/22/2024 | Elizabeth Hu | 0.3 | Follow up with FTI team on November fee application. |
| 24 | 12/23/2024 | Calvin Aas | 1.0 | Finalize November fee application. |
| 24 | 12/23/2024 | Megan Hyland | 0.5 | Finalize November fee application for filing. |
| 24 | 12/24/2024 | Calvin Aas | 0.8 | Review final edits to November fee application. |
| **24 Total** | | | **41.7** | |
| **Grand Total** | | | **225.1** | |