**Exhibit B**

**Aged Accounts Receivable**

Sage Freight

| Aging Date (Doc Date) | Document No. | Balance Due |
|---:|---|---:|
| 9/12/2024 | 31439-19387-1 | $45.00 |
| 10/3/2024 | 31477-34786-1 | $60.00 |
| 10/3/2024 | 31468-39355-1 | $135.00 |
| 10/3/2024 | 31428-11784-1 | $60.00 |
| 10/3/2024 | 31490-56823-1 | $45.00 |
| 10/3/2024 | 31497-82327-1 | $30.00 |
| 10/3/2024 | 31481-50036-1 | $30.00 |
| 10/6/2024 | 31473-82961-1 | $150.00 |
| 10/6/2024 | 31474-43541-1 | $90.00 |
| 10/6/2024 | 31458-73012-1 | $250.00 |
| 10/6/2024 | 31493-66766-1 | $120.00 |
| 10/6/2024 | 31437-98628-1 | $75.00 |
| 10/8/2024 | 31447-30776-1 | $180.00 |
| 10/13/2024 | 31421-46938-1 | $60.00 |
| 10/13/2024 | 31401-48764-1 | $105.00 |
| 10/13/2024 | 31463-94335-1 | $90.00 |
| 10/16/2024 | 31482-36723-1 | $105.00 |
| 10/20/2024 | 31424-75578-1 | $60.00 |
| 10/27/2024 | 31494-83152-1 | $60.00 |
| 10/27/2024 | 31469-36404-1 | $270.00 |
| 10/27/2024 | 31437-41239-1 | $210.00 |
| 11/11/2024 | 31487-41317-1 | $45.00 |
| 11/11/2024 | 31407-42161-1 | $250.00 |
| 11/14/2024 | 31421-59207-1 | $60.00 |
| 11/14/2024 | 31499-17231-1 | $240.00 |
| 11/17/2024 | 31470-99586-1 | $225.00 |
| 11/18/2024 | 31433-68319-1 | $150.00 |
| 11/18/2024 | 31489-56787-1 | $250.00 |
| 11/18/2024 | 31465-38089-1 | $250.00 |
| 11/18/2024 | 31497-25007-1 | $60.00 |
| 11/21/2024 | 31439-51651-1 | $60.00 |
| 11/22/2024 | 31447-52255-1 | $120.00 |
| 11/26/2024 | 31473-63794-1 | $180.00 |
| 11/26/2024 | 31433-82137-1 | $45.00 |
| 11/27/2024 | 31473-42201-1 | $898.00 |
| 11/27/2024 | 31459-33605-1 | $150.00 |
| 11/27/2024 | 31408-83880-1 | $928.00 |
| 11/27/2024 | 31465-63275-1 | $898.00 |
| 11/27/2024 | 31408-67780-1 | $928.00 |
| 11/27/2024 | 31480-78702-1 | $250.00 |
| 11/29/2024 | 31437-55638-1 | $1,295.00 |
| 11/29/2024 | 31415-88241-1 | $105.00 |
| 11/29/2024 | 31445-51295-1 | $60.00 |

**Aged Accounts Receivable**

Sage Freight

| Date | Invoice | Amount |
|---|---|---|
| 11/29/2024 | 31421-23276-1 | $1,295.00 |
| 11/29/2024 | 31442-05691-1 | $1,295.00 |
| 11/29/2024 | 31433-95802-1 | $250.00 |
| 12/2/2024 | 31425-23371-1 | $195.00 |
| 12/5/2024 | 31474-88482-1 | $60.00 |
| 12/9/2024 | 31486-36956-1 | $825.00 |
| 12/9/2024 | 31480-47249-1 | $825.00 |
| 12/9/2024 | 31482-71965-1 | $825.00 |
| 12/9/2024 | 31439-23366-1 | $825.00 |
| 12/9/2024 | 31475-76189-1 | $855.00 |
| 12/11/2024 | 31483-59908-1 | $1,854.00 |
| 12/11/2024 | 31475-09112-1 | $825.00 |
| 12/11/2024 | 31417-67926-1 | $898.00 |
| 12/12/2024 | 31421-07434-1 | $825.00 |
| 12/12/2024 | 31466-16303-1 | $1,295.00 |
| 12/12/2024 | 31460-35918-1 | $825.00 |
| 12/12/2024 | 31484-40211-1 | $825.00 |
| 12/12/2024 | 31496-26231-1 | $1,295.00 |
| 12/13/2024 | 31452-06303-1 | $2,398.00 |
| 12/13/2024 | 31455-25989-1 | $2,398.00 |
| 12/13/2024 | 31429-85250-1 | $825.00 |
| 12/13/2024 | 31411-87617-1 | $825.00 |
| 12/13/2024 | 31405-09058-1 | $825.00 |
| 12/13/2024 | 31431-75894-1 | $825.00 |
| 12/13/2024 | 31453-00927-1 | $1,988.00 |
| 12/13/2024 | 31415-35671-1 | $825.00 |
| 12/16/2024 | 31437-90356-1 | $825.00 |
| 12/16/2024 | 31455-14181-1 | $825.00 |
| 12/16/2024 | 31454-43822-1 | $2,398.00 |
| 12/16/2024 | 31436-74967-1 | $825.00 |
| 12/16/2024 | 31465-15918-1 | $825.00 |
| 12/16/2024 | 31474-51163-1 | $825.00 |
| 12/16/2024 | 31424-57050-1 | $2,398.00 |
| 12/16/2024 | 31471-85541-1 | $2,398.00 |
| 12/18/2024 | 31471-59327-1 | $2,398.00 |
| 12/18/2024 | 31446-70788-1 | $2,398.00 |
| 12/18/2024 | 31442-53426-1 | $2,398.00 |
| 12/18/2024 | 31401-29130-1 | $2,398.00 |
| 12/18/2024 | 31419-54492-1 | $825.00 |
| 12/19/2024 | 31466-03963-1 | $1,295.00 |
| 12/19/2024 | 31486-87467-1 | $948.00 |
| 12/19/2024 | 31437-85107-1 | $825.00 |
| 12/19/2024 | 31430-58152-1 | $825.00 |
| 12/19/2024 | 31426-09361-1 | $825.00 |

**Aged Accounts Receivable**

Sage Freight

| Date | Invoice | Amount |
|---|---|---|
| 12/19/2024 | 31406-97111-1 | $825.00 |
| 12/19/2024 | 31410-68795-1 | $825.00 |
| 12/19/2024 | 31481-21640-1 | $825.00 |
| 12/20/2024 | 31493-35196-1 | $1,295.00 |
| 12/20/2024 | 31405-94027-1 | $2,398.00 |
| 12/20/2024 | 31460-53862-1 | $825.00 |
| 12/20/2024 | 31485-44569-1 | $2,398.00 |
| 12/20/2024 | 31424-87716-1 | $1,295.00 |
| 12/23/2024 | 31476-60735-1 | $825.00 |
| 12/23/2024 | 31410-44032-1 | $825.00 |
| 12/23/2024 | 31445-00637-1 | $825.00 |
| 12/23/2024 | 31439-10586-1 | $1,295.00 |
| 12/23/2024 | 31431-89065-1 | $948.00 |
| 12/23/2024 | 31422-30168-1 | $1,295.00 |
| 12/23/2024 | 31430-60038-1 | $1,295.00 |
| 12/23/2024 | 31400-50175-1 | $948.00 |
| 12/23/2024 | 31472-70668-1 | $825.00 |
| 1/3/2025 | 31448-52412-1 | $1,430.00 |
| 1/9/2025 | 31489-26099-1 | $825.00 |
| 1/9/2025 | 31492-89179-1 | $825.00 |
| 1/9/2025 | 31413-37533-1 | $825.00 |
| | Postpetition Total | $86,604.00 |