## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 4224 | 18325 S DIXIE HWY MIAMI, FL | BLBO Tenant, LLC | BIG MIFL2 OWNER LLC | 2950 SW 27TH AVE SUITE 300 MIAMI, FL 33133-3793 | 11/30/2024 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |