## Exhibit A

## Supplemental List of Ordinary Course Professionals

The following Ordinary Course Professional is added to the list of Ordinary Course Professionals:

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| AT Tax Advisory | Tax Advisory Services | Reviewing asset and inventory records for winddown locations, and submitting appeals to challenge valuations |