**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: February 7, 2025 at 4:00 p.m.**<br>**Hearing Date: February 26, 2025 at 10:30 a.m.** |

**NOTICE OF MOTION OF TOPAZ DISTRIBUTION, LLC FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

  **PLEASE TAKE NOTICE** that on January 24, 2025, Topaz Distribution, LLC ("Topaz") filed the *Motion of Topaz Distribution, LLC. for Allowance and Immediate Payment of Administrative Expense Claim* (the "Motion").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (this "Court") on or before **February 7, 2025 at 4:00 p.m., at 4:00 p.m. ET** (the "Objection Deadline") and served on, so as to be received by, the undersigned counsel on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at such hearing.

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at the Court on **February 26, 2025 at 10:30 a.m. ET** before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware, 19801.

  **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Signature page follows*]

| | |
|---|---|
| Dated: January 24, 2025<br>Wilmington, Delaware | **POLSINELLI PC**<br>*/s/ Michael V. DiPietro*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>**PERKINS COIE LLP**<br>Amir Gamliel<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: (310) 788-3276<br>Facsimile: (310) 843-1246<br>AGamliel@perkinscoie.com<br><br>*Counsel for Topaz Distribution, LLC* |