## **Exhibit B**

Invoices

101609688.1

# INVOICE
## BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31013 |
| Order Number: | **Inventory** 0095483732 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 08/07/2024 | PO Date: 07/02/2024 |
|---|---|
| Ship Date: 08/07/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0874
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA  17981  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms: Collect | Freight Terms: 80668  PRO/Invoice: 80668 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 09/06/2024 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810771432 | 9336 | 677908029336 | Item Detail: COMBO JULY 2024 WWE ASST | ▇▇▇ | ▇▇▇ | Each | 30,984.03 |
| | | | | | | | Merchandise Total | **$30,984.03** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31013

| Total Qty: ▇▇▇ | | Invoice Total | **$30,984.03** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$30,984.03** |
|---|---|---|

# INVOICE
## BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31015 |
| Order Number: | **Inventory** 0095483734 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 08/06/2024 | PO Date: 07/02/2024 |
|---|---|
| Ship Date: 08/06/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0890
COLUMBUS DC - #0890
500 PHILLIPI RD
COLUMBUS, OH  43228  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms: Collect | Freight Terms: 80670  PRO/Invoice: 80670 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 09/05/2024 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810771432 | 9336 | 677908029336 | Item Detail: COMBO JULY 2024 WWE ASST | ■■■ | ■■■ | Each | 21,871.08 |
| | | | | | | Merchandise Total | | **$21,871.08** |

**ALLOWANCE, CHARGES AND TAX INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31015

| Total Qty: ■■■ | | Invoice Total | **$21,871.08** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$21,871.08** |
|---|---|---|

# INVOICE

# BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31016 |
| Order Number: | **Inventory** 0095504910 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 08/13/2024 | PO Date: 07/12/2024 |
|---|---|
| Ship Date: 08/13/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0869
APPLE VALLEY DC - #0869
18880 NAVAJO ROAD
APPLE VALLEY, CA 92307 US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN 47804

| Freight Terms: Collect | Freight Terms: 80671  PRO/Invoice: 80671 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 09/12/2024 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810774105 | 1247 | 677908031247 | Item Detail: COMBO August 2024 BD Asst 1 | ■ | ■ | Each | 4,128.96 |
| 2 | 810774107 | 1261 | 677908031261 | Item Detail: COMBO August 2024 DVD Asst 1 | ■ | ■ | Each | 2,748.90 |
| 3 | 810774108 | 1278 | 677908031278 | Item Detail: COMBO August 2024 DVD Asst 2 | ■ | ■ | Each | 1,747.77 |
| 4 | 810773918 | 1285 | 677908031285 | Item Detail: COMBO August 2024 DVD Asst 3 | ■ | ■ | Each | 3,028.90 |
| 5 | 810773919 | 1292 | 677908031292 | Item Detail: COMBO August 2024 DVD Asst 4 | ■ | ■ | Each | 3,728.90 |
| | | | | | | | **Merchandise Total** | **$15,383.43** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31016

| Total Qty: ■ | | Invoice Total | $15,383.43 |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | $15,383.43 |
|---|---|---|

# INVOICE

## BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31017 |
| Order Number: | **Inventory** 0095504943 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date:<br>08/15/2024 | PO Date:<br>07/12/2024 |
|---|---|
| Ship Date:<br>08/15/2024 | |
| Vendor #:<br>0001008475 | Department #: |

**Ship To:**
**Location ID:** 0879
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK  74701  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms:<br>Collect | | Freight Terms:<br>  80672<br>PRO/Invoice: 80672 |
|---|---|---|

| Terms Type:<br>Basic-Invoice Date | Terms Basis:<br>Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date:<br>09/14/2024 | Net Days:<br>30 | Disc. Amt: | Description:<br>N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810774105 | 1247 | 677908031247 | Item Detail: COMBO August 2024 BD Asst 1 | ▮ | ▮ | Each | 11,779.68 |
| 2 | 810774107 | 1261 | 677908031261 | Item Detail: COMBO August 2024 DVD Asst 1 | ▮ | ▮ | Each | 7,618.38 |
| 3 | 810774108 | 1278 | 677908031278 | Item Detail: COMBO August 2024 DVD Asst 2 | ▮ | ▮ | Each | 6,168.60 |
| 4 | 810773918 | 1285 | 677908031285 | Item Detail: COMBO August 2024 DVD Asst 3 | ▮ | ▮ | Each | 6,663.58 |
| 5 | 810773919 | 1292 | 677908031292 | Item Detail: COMBO August 2024 DVD Asst 4 | ▮ | ▮ | Each | 11,293.24 |
| | | | | | | | **Merchandise Total** | **$43,523.48** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31017

| Total Qty:<br>▮ | | Invoice Total | $43,523.48 |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | $43,523.48 |
|---|---|---|

# INVOICE

## BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31018 |
| Order Number: | **Inventory** 0095504922 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 08/15/2024 | PO Date: 07/12/2024 |
|---|---|
| Ship Date: 08/15/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0874
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA  17981  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms: Collect | Freight Terms: 80673  PRO/Invoice: 80673 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 09/14/2024 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810774105 | 1247 | 677908031247 | Item Detail: COMBO August 2024 BD Asst 1 | ▬ | ▬ | Each | 12,872.64 |
| 2 | 810774107 | 1261 | 677908031261 | Item Detail: COMBO August 2024 DVD Asst 1 | ▬ | ▬ | Each | 7,382.76 |
| 3 | 810773918 | 1285 | 677908031285 | Item Detail: COMBO August 2024 DVD Asst 3 | ▬ | ▬ | Each | 8,567.46 |
| 4 | 810773919 | 1292 | 677908031292 | Item Detail: COMBO August 2024 DVD Asst 4 | ▬ | ▬ | Each | 10,600.73 |
| | | | | | | | Merchandise Total | **$39,423.59** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31018

| Total Qty: ▬ | | Invoice Total | **$39,423.59** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$39,423.59** |
|---|---|---|

# INVOICE

## BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31019 |
| Order Number: | **Inventory** 0095504911 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 08/15/2024 | PO Date: 07/12/2024 |
|---|---|
| Ship Date: 08/15/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0870
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY, AL  36108  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
381 N. Fruitridge Ave
Terre Haute, IN  47807

| Freight Terms: Collect | | Freight Terms: 80674  PRO/Invoice: 80674 |
|---|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 09/14/2024 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810774105 | 1247 | 677908031247 | Item Detail: COMBO August 2024 BD Asst 1 | ▮ | ▮ | Each | 8,743.68 |
| 2 | 810774107 | 1261 | 677908031261 | Item Detail: COMBO August 2024 DVD Asst 1 | ▮ | ▮ | Each | 7,382.76 |
| 3 | 810774108 | 1278 | 677908031278 | Item Detail: COMBO August 2024 DVD Asst 2 | ▮ | ▮ | Each | 4,420.83 |
| 4 | 810773918 | 1285 | 677908031285 | Item Detail: COMBO August 2024 DVD Asst 3 | ▮ | ▮ | Each | 9,173.24 |
| 5 | 810773919 | 1292 | 677908031292 | Item Detail: COMBO August 2024 DVD Asst 4 | ▮ | ▮ | Each | 8,203.58 |
| | | | | | | | **Merchandise Total** | **$37,924.09** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31019

| Total Qty: ▮ | | Invoice Total | **$37,924.09** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$37,924.09** |
|---|---|---|

# INVOICE

# BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31020 |
| Order Number: | **Inventory** 0095504944 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date:<br>08/27/2024 | PO Date:<br>07/12/2024 |
|---|---|
| Ship Date:<br>08/27/2024 | |
| Vendor #:<br>0001008475 | Department #: |

**Ship To:**
**Location ID:** 0890
COLUMBUS DC - #0890
500 PHILLIPI RD
COLUMBUS, OH  43228  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms:<br>Collect | Freight Terms:<br>80675<br>PRO/Invoice: 80675 |
|---|---|

| Terms Type:<br>Basic-Invoice Date | Terms Basis:<br>Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date:<br>09/26/2024 | Net Days:<br>30 | Disc. Amt: | Description:<br>N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810774105 | 1247 | 677908031247 | Item Detail: COMBO August 2024 BD Asst 1 | ■ | ■ | Each | 11,779.68 |
| 2 | 810774107 | 1261 | 677908031261 | Item Detail: COMBO August 2024 DVD Asst 1 | ■ | ■ | Each | 7,382.76 |
| 3 | 810774108 | 1278 | 677908031278 | Item Detail: COMBO August 2024 DVD Asst 2 | ■ | ■ | Each | 4,729.26 |
| 4 | 810773918 | 1285 | 677908031285 | Item Detail: COMBO August 2024 DVD Asst 3 | ■ | ■ | Each | 8,394.38 |
| 5 | 810773919 | 1292 | 677908031292 | Item Detail: COMBO August 2024 DVD Asst 4 | ■ | ■ | Each | 10,014.76 |
| | | | | | | | **Merchandise Total** | **$42,300.84** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31020

| Total Qty:<br>■ | | Invoice Total | $42,300.84 |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | $42,300.84 |
|---|---|---|

# INVOICE
# BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31035 |
| Order Number: | **Inventory** 0095691693 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 12/16/2024 | PO Date: 11/18/2024 |
|---|---|
| Ship Date: 12/16/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0879
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK  74701  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms: Collect | Freight Terms: 80685  PRO/Invoice: 80685 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 01/15/2025 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810804534 | 3647 | 677908033647 | Item Detail: COMBO November 2024 New Titles BD1 | ■ | ■ | Each | 7,457.31 |
| 2 | 810804535 | 3654 | 677908033654 | Item Detail: COMBO November 2024 New Titles BD2 | ■ | ■ | Each | 7,986.60 |
| 3 | 810804536 | 3661 | 677908033661 | Item Detail: COMBO November 2024 New Titles BD3 | ■ | ■ | Each | 8,982.00 |
| 4 | 810804537 | 3722 | 677908033722 | Item Detail: COMBO November 2024 New Titles DVD1 | ■ | ■ | Each | 6,140.61 |
| 5 | 810804538 | 3739 | 677908033739 | Item Detail: COMBO November 2024 New Titles DVD2 | ■ | ■ | Each | 5,721.66 |
| 6 | 810804539 | 3746 | 677908033746 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 7,614.00 |
| 7 | 810804540 | 3753 | 677908033753 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 6,592.60 |
| 8 | 810804541 | 3760 | 677908033760 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 6,138.00 |
| | | | | | | | Merchandise Total | **$56,632.78** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31035

| Total Qty: ■ | | Invoice Total | **$56,632.78** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$56,632.78** |
|---|---|---|

# INVOICE
# BIG LOTS STORES

| | |
|---|---|
| Invoice #: | 31037 |
| Order Number: | **Inventory** 0095691691 |
| Customer Order #: | |
| Release #: | |
| Currency: | |

| Invoice Date: 12/13/2024 | PO Date: 11/18/2024 |
|---|---|
| Ship Date: 12/13/2024 | |
| Vendor #: 0001008475 | Department #: |

**Ship To:**
**Location ID:** 0870
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY, AL  36108  US

**Bill To:**

**Remit To:**
**Location ID:**
Topaz Distribution, LLC
3181 N. Fruitridge Ave
Terre Haute, IN  47804

| Freight Terms: Collect | Freight Terms: 80687 PRO/Invoice: 80687 |
|---|---|

| Terms Type: Basic-Invoice Date | Terms Basis: Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: 01/12/2025 | Net Days: 30 | Disc. Amt: | Description: N30I |
|---|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 810804534 | 3647 | 677908033647 | Item Detail: COMBO November 2024 New Titles BD1 | ■ | ■ | Each | 9,114.49 |
| 2 | 810804535 | 3654 | 677908033654 | Item Detail: COMBO November 2024 New Titles BD2 | ■ | ■ | Each | 8,785.26 |
| 3 | 810804536 | 3661 | 677908033661 | Item Detail: COMBO November 2024 New Titles BD3 | ■ | ■ | Each | 9,980.00 |
| 4 | 810804537 | 3722 | 677908033722 | Item Detail: COMBO November 2024 New Titles DVD1 | ■ | ■ | Each | 7,505.19 |
| 5 | 810804538 | 3739 | 677908033739 | Item Detail: COMBO November 2024 New Titles DVD2 | ■ | ■ | Each | 6,993.14 |
| 6 | 810804539 | 3746 | 677908033746 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 8,460.00 |
| 7 | 810804540 | 3753 | 677908033753 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 7,911.12 |
| 8 | 810804541 | 3760 | 677908033760 | Item Detail: COMBO November 2024 New Titles DVD3 | ■ | ■ | Each | 7,161.00 |
| | | | | | | | Merchandise Total | **$65,910.20** |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
Reference Invoice #: 31037

| Total Qty: ■ | | Invoice Total | **$65,910.20** |
|---|---|---|---|

| | Invoice Total(After Terms Disc) | **$65,910.20** |
|---|---|---|