**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**December 1, 2024, through December 31, 2024**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 2,671.60 |
| Pacer | 401.70 |
| In-House Printing - color | 3,224.00 |
| Computer Research - Westlaw | 3,503.90 |
| Messenger Service | 10.00 |
| Courier/Delivery Service | 1,008.15 |
| Transcripts | 517.45 |
| Meals | 1,189.12 |
| Support Staff Overtime | 285.02 |
| **Grand Total Expenses** | **$12,810.94** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/31/24 | Meals – Breakfast for five people for October 31 hearing, including special dietary accommodations. | 1.0 | 93.58 |
| 11/01/24 | Meals – Breakfast for give people. | 1.0 | 45.53 |
| 11/05/24 | Meals – Lunch for give people for November 5 hearing. | 1.0 | 113.56 |
| 11/20/24 | Meals – Lunch for ten people in preparation for November 21 hearing. | 1.0 | 297.56 |
| 11/21/24 | Meals – Lunch for 25 people for November 21 hearing. | 1.0 | 142.16 |
| 11/22/24 | In-House Printing - black & white | 101.0 | 10.10 |
| 11/22/24 | Meals – Breakfast for 25 people for continued hearing. | 1.0 | 182.12 |
| 11/22/24 | Meals – Breakfast for ten people for continued hearing. | 1.0 | 305.61 |
| 12/02/24 | Pacer | 326.0 | 32.60 |
| 12/02/24 | In-House Printing - black & white | 14.0 | 1.40 |
| 12/03/24 | Pacer | 144.0 | 14.40 |
| 12/03/24 | In-House Printing - black & white | 114.0 | 11.40 |
| 12/04/24 | Computer Research - Westlaw | 1.0 | 138.00 |
| 12/04/24 | Courier/Delivery Service – Delivery services of hearing materials to chambers. | 1.0 | 74.63 |
| 12/04/24 | Pacer | 95.0 | 9.50 |
| 12/04/24 | In-House Printing - black & white | 44.0 | 4.40 |
| 12/05/24 | Pacer | 218.0 | 21.80 |
| 12/06/24 | Pacer | 110.0 | 11.00 |
| 12/06/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 12/09/24 | Pacer | 147.0 | 14.70 |
| 12/10/24 | In-House Printing - black & white | 11.0 | 1.10 |
| 12/11/24 | Pacer | 36.0 | 3.60 |
| 12/12/24 | Pacer | 12.0 | 1.20 |
| 12/12/24 | Computer Research - Westlaw | 1.0 | 110.40 |
| 12/13/24 | Pacer | 25.0 | 2.50 |
| 12/13/24 | Computer Research - Westlaw | 2.0 | 717.60 |
| 12/16/24 | In-House Printing - black & white | 4,676.0 | 467.60 |
| 12/16/24 | Pacer | 158.0 | 15.80 |
| 12/16/24 | In-House Printing - color | 2,608.0 | 2,086.40 |
| 12/16/24 | Computer Research - Westlaw | 3.0 | 1,400.10 |
| 12/17/24 | Pacer | 414.0 | 41.40 |
| 12/17/24 | Messenger Service – Delivery of document to chambers. | 1.0 | 5.00 |
| 12/17/24 | In-House Printing - black & white | 727.0 | 72.70 |
| 12/17/24 | Computer Research - Westlaw | 1.0 | 82.80 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/17/24 | In-House Printing - color | 111.0 | 88.80 |
| 12/18/24 | Pacer | 97.0 | 9.70 |
| 12/18/24 | In-House Printing - black & white | 1,837.0 | 183.70 |
| 12/18/24 | In-House Printing - color | 258.0 | 206.40 |
| 12/19/24 | In-House Printing - black & white | 5,335.0 | 533.50 |
| 12/19/24 | In-House Printing - color | 476.0 | 380.80 |
| 12/19/24 | Pacer | 392.0 | 39.20 |
| 12/19/24 | Courier/Delivery Service – Delivery of hearing materials to and from Court for December 19 hearing. | 1.0 | 234.26 |
| 12/19/24 | Courier/Delivery Service – Delivery fee for breakfast for December 19 hearing. | 1.0 | 90.00 |
| 12/19/24 | Courier/Delivery Service – Delivery fee for lunch for December 19 hearing. | 1.0 | 110.00 |
| 12/19/24 | Transcripts – Invoice for December 19 hearing transcript. | 1.0 | 517.45 |
| 12/20/24 | Pacer | 158.0 | 15.80 |
| 12/23/24 | Pacer | 187.0 | 18.70 |
| 12/26/24 | Computer Research - Westlaw | 2.0 | 202.20 |
| 12/26/24 | Pacer | 30.0 | 3.00 |
| 12/27/24 | In-House Printing - black & white | 3,940.0 | 394.00 |
| 12/27/24 | Computer Research - Westlaw | 1.0 | 82.80 |
| 12/27/24 | In-House Printing - color | 84.0 | 67.20 |
| 12/27/24 | Pacer | 279.0 | 27.90 |
| 12/27/24 | Courier/Delivery Service – Delivery of documents to chambers. | 1.0 | 20.00 |
| 12/28/24 | Pacer | 33.0 | 3.30 |
| 12/29/24 | Computer Research - Westlaw | 2.0 | 714.80 |
| 12/29/24 | In-House Printing - black & white | 2,259.0 | 225.90 |
| 12/30/24 | In-House Printing - black & white | 5,170.0 | 517.00 |
| 12/30/24 | Pacer | 383.0 | 38.30 |
| 12/30/24 | Computer Research - Westlaw | 1.0 | 27.60 |
| 12/30/24 | In-House Printing - color | 489.0 | 391.20 |
| 12/30/24 | Courier/Delivery Service – Delivery fee for breakfast for December 30 hearing. | 1.0 | 90.00 |
| 12/30/24 | Courier/Delivery Service – Special delivery of Kosher meal for Hanukkah observance. | 1.0 | 299.26 |
| 12/30/24 | Meals – Breakfast for one person for December 30 hearing. | 1.0 | 9.00 |
| 12/30/24 | Messenger Service – Delivery of hearing materials to chambers. | 1.0 | 5.00 |
| 12/30/24 | Support Staff Overtime – Special trial support for December 30 hearing. | 1.0 | 285.02 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/31/24 | In-House Printing - black & white | 2,488.0 | 248.80 |
| 12/31/24 | Pacer | 773.0 | 77.30 |
| 12/31/24 | In-House Printing - color | 4.0 | 3.20 |
| 12/31/24 | Courier/Delivery Service – Delivery fee for breakfast for December 31 continued hearing. | 1.0 | 90.00 |
| | **Total** | | **$12,810.94** |