**<u>Exhibit C</u>**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| **Interim Application Period Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | BIG LOTS, INC., *et al.* |
| Time period covered by Interim Application | September 9, 2024 through December 31, 2024 |
| Total compensation sought during Application Period | $1,976,210.50 |
| Total expenses sought during Application Period | $97,175.96 |
| Petition Date | September 9, 2024 |
| Retention Date | October 22, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 22, 2024 |
| Total allowed compensation paid to date | $848,817.60 |
| Total allowed expenses paid to date | $66,202.19 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Blended rate in the Interim Application for all partners | $1,234.58 |
| Blended rate in the Interim Application for all attorneys | $814.14 |
| Blended rate in the Interim Application for all timekeepers | $778.19 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $848,817.60 |

| **Interim Application Period Summary** | |
|---|---|
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $66,202.19 |
| Number of professionals included in Interim Application | 20 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | See Exhibit D |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 10 |
| Are any rates higher than those approved or disclosed at retention | No |