**Exhibit D**

**Staffing Plan Interim Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 2 | 4 | $1,420 | $1,234.58 |
| Senior Counsel | 1 | 1 | $1,075 | $1,075.00 |
| Special Counsel | 1 | 1 | $965 | $965.00 |
| Associate | 3 | 8 | $592 | $584.07 |
| Other Professionals | 4 | 6 | $395 | $387.14 |