B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Delaware

In re: Big Lots, Inc.,
        Debtor

Chapter 11
Case No. 24-11967

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| National Union Fire Insurance Company of Pittsburgh PA | AJM Packaging Corporation |

| **Name and Address where notices to transferee should be sent:** | Claim No. 2236<br>Amount of Claim: $576,329.04<br><br>Date Claim Filed: 10/14/24 |
|---|---|
| National Union Fire Insurance Company<br>of Pittsburgh PA<br>c/o Adam L. Rosen PLLC<br>1051 Port Washington Blvd.<br>PO Box 552<br>Port Washington, New York 11050 | AJM Packaging Corporation<br>411 Andover Road<br>Ste. 100<br>Bloomfield Hills, MI 48302<br>Attn: Renee Nobili |
| Last Four Digits of Acct #: None<br>Phone: (516) 407-3756 | Last Four Digits of Acct #: None<br>Phone: 248-901-0040 |

Name and Address where transferee payments
should be sent (if different from above):
Not applicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Adam L. Rosen_                        Date: January 25, 2025
    ADAM L. ROSEN PLLC
Attorney for National Union Fire Insurance
Company of Pittsburgh PA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.