# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1639** |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PORTER, WRIGHT, MORRIS & ARTHUR LLP AS SPECIAL COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 31, 2024

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certify that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Debtors' Application for Entry of an Order Authorizing Retention and Employment of Porter, Wright, Morris & Arthur LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to October 31, 2024* [D.I. 1639] (the "**Application**"), filed on January 8, 2025.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Objections to the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

approval of the Application were to be filed and served no later than January 22, 2025, at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached to the Application at its earliest convenience.

*[Remainder of page left intentionally blank]*

Dated: January 27, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Sophie Rogers Churchill*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        -and-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Jonah A. Peppiatt (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        jonah.peppiatt@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*