IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Big Lots, Inc., *et al*.,                                   Case No. 24-11967 (JKS)

      Debtors[1]                                              Chapter 11

**Re: D.I. 1603**

_____/

# CERTIFICATION OF COUNSEL REGARDING AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [1603]

The undersigned counsel to Ashley Furniture Industries, LLC, hereby certifies that:

1.  Ashley Furniture Industries, LLC, filed its Motion for Relief from the Automatic Stay on January 7, 2025 [Docket No. 1603] (the "Motion") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.  Counsel for the Debtors and Ashley Furniture Industries, LLC, conferred regarding the Motion.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3.      No objections, formal or informal, were received to the Motion other than the informal comments of the Debtors.   All informal comments of the Debtors have been resolved, and a proposed form of order has been agreed upon.

4.      Attached hereto as Exhibit "A" is the Agreed Order Granting Motion For Relief From The Automatic Stay for the Court's consideration.

| | |
|---|---|
| Date: January 27, 2025 | THE POWELL FIRM, LLC |
| | /s/ Jason C. Powell |
| | 1813 N. Franklin Street |
| | P.O. Box 289 |
| | Wilmington, DE 19899 |
| | (302)650-1572 |
| | jpowell@delawarefirm.com |