**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF JANUARY 31, 2025 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Lease listed on **Schedule 1** attached hereto is hereby rejected as of January 31, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2. The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

4

9. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 1886 | 3410 HIGHWAY 6, SUGAR LAND, TX | Big Lots Stores, LLC | SL & MLX, LLC | 5950 CORPORATE DRIVE, HOUSTON, TX, 77036 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 4470 | 930 S HIGHWAY 395 STE A, HERMISTON, OR | Big Lots Stores-PNS, LLC | TETON VENTURE, LLC | C/O DICKERHOOF PROPERTIES, LLC, 777 NE SECOND STREET, SUITE 200, CORVALLIS, OR, 97330 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4465 | 1070 BIDDLE RD, MEDFORD, OR | Big Lots Stores-PNS, LLC | BEAR CREEK PARTNERS I LLC | 1360 N LOUISIANA ST #A 167, KENNEWICK, WA, 99336-7171 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4148 | 1201 W NASA PKWY, WEBSTER, TX | Big Lots Stores-PNS, LLC | BERETANIA PROPERTY INVESTMENTS, LLC | C/O WESTCO PROPERTY MANAGEMENT, 2219 SAWDUST RD STE 805, THE WOODLANDS, TX, 77380 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 4677 | 1300 DISC DR, SPARKS, NV | Big Lots Stores-PNS, LLC | ECOL PARTNERSHIP, LLC | C/O MCKENZIE PROPERTIES, 5520 KIETZKE LANE, STE 400, RENO, NV, 89511 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 6 | 1087 | 23741 HWY 59 STE 30, PORTER, TX | Big Lots Stores, LLC | PORTERWOOD SHOPPING CENTER INVESTMENTS, LLC | C/O LandPark Commercial, LLC, 2550 Gray Falls, Ste. 400, HOUSTON, TX, 77077 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 1922 | 100 E FAIRVIEW AVE, MERIDIAN, ID | Big Lots Stores, LLC | KACI WSC, LLC | C/O KACI PROPERTY MANAGEMENT, INC., 4700 N MAPLEWOOD DR, BOISE, ID, 83703 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 1763 | 3358 CHAMBLEE TUCKER RD, ATLANTA, GA | Big Lots Stores, LLC | BRC NORTH HILLS, LLC | C/O BLUE RIDGE CAPITAL, LLC, 2566 SHALLOWFORD RD, STE 104, ATLANTA, GA, 30345 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 4575 | 1675 HILLMAN STREET, TULARE, CA | Big Lots Stores-PNS, LLC | GARY A MORRIS | 1003 ALLISON ROAD, PIKEVILLE, TN, 37367 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 4655 | 4751 WHITE LANE, BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | LEONKA LLC | 154 N BOWLING GREEN WAY, LOS ANGELES, CA, 90049-2814 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 11 | 4538 | 700 OCEAN BEACH HWY, LONGVIEW, WA | Big Lots Stores-PNS, LLC | A I LONGVIEW LLC | 5440 SW WESTGATE DR STE 250, PORTLAND, OR, 97221-2451 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 1200 | 1911 E IRELAND RD, SOUTH BEND, IN | Big Lots Stores, LLC | HIDDEN VALLEY MALL LLC | C/O CHARLES KALWITZ - MANAGER, 3415 S IRONWOOD, SOUTH BEND, IN, 46614 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 1386 | 8700 W JUDGE PEREZ DR, CHALMETTE, LA | Big Lots Stores, LLC | CHALMETTE MALL, LP | 701 NORTH POST OAK ROAD, SUITE 210, HOUSTON, TX, 77024-4091 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 4563 | 4215 S CARSON ST, CARSON CITY, NV | Big Lots Stores-PNS, LLC | CARSON SOUTHGATE, LLC | C/O CITY MANAGEMENT SERVICES, 8630 TECHNOLOGY WAY STE B, RENO, NV, 89521-3851 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 4469 | 3019 W KENNEWICK AVE, KENNEWICK, WA | Big Lots Stores-PNS, LLC | WALLACE PROPERTIES-KENNEWICK PLAZA LLC | C/O WALLACE PROPERTIES INC., 330 112TH AVENUE NE., STE 200, BELLEVUE, WA, 98004 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 16 | 4278 | 25260 MADISON AVE, MURRIETA, CA | Big Lots Stores-PNS, LLC | BENNETT INVESTMENT (MSP) LLC | C/O ALSTON COURTNAGE & BASSETTI LLP, 600 UNIVERSITY ST, STE 2310, SEATTLE, WA, 98101 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 5091 | 2544 E COLONIAL DR, ORLANDO, FL | Big Lots Stores, LLC | WEINGARTEN NOSTAT LLC | ATTN: LEGAL DEPARTMENT, 2600 CITADEL PLAZA DRIVE SUITE 125, HOUSTON, TX, 77008 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 4639 | 7781 W TROPICAL PKWY, LAS VEGAS, NV | Big Lots Stores-PNS, LLC | KRG LAS VEGAS CENTENNIAL CENTER, LLC | ATTN: V.P. OF PROPERTY OPERATIONS, 30 SOUTH MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN, 46204 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 4712 | 2685 Hilltop Dr, REDDING, CA | Big Lots Stores-PNS, LLC | KMR REDDING LLC | C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIR., STE 120, LARKSPUR, CA 94939 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 20 | 4315 | 1815 W SLAUSON AVE, LOS ANGELES, CA | BLBO Tenant, LLC | REGENT PARK PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 21 | 472 | 924 N MAIN ST, SUFFOLK, VA | Big Lots Stores, LLC | S.L. NUSBAUM REALTY | LEASE ADMINISTRATION, P.O. BOX 2491, NORFOLK, VA, 23501-2491 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1451 | 3715 COLONY DR, SAN ANTONIO, TX | Big Lots Stores, LLC | CNSN PROPERTIES, LLC | C/O RELIANCE PROPERTIES, 24165 IH 10 WEST, SUITE 217-440, SAN ANTONIO, TX, 78257-1160 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 5278 | 364 US 70 W STE 1 MARION, NC | Big Lots Stores, LLC | MARION PROPERTIES LLC | 10 DOERING WAY, CRANFORD, NJ, 7016 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |