## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Steven J. Solomon, Esq., to represent GH2 NSB BB, LLC in the above-captioned cases.

Dated: January 28, 2025

/s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)
GELLERT SEITZ BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5806
Facsimile: (302) 425-5814

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 28, 2025

GRAYROBINSON, P.A.
/s/ Steven J. Solomon
Steven J. Solomon, Esq.
Florida Bar No. 931969
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Phone:  305.913.0367
E-mail:steven.solomon@gray-robinson.com

## ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.