**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

IN RE:

BIG LOTS, INC., *ET AL*,

        DEBTORS.

---------------------------------------------------------------X

CHAPTER 11

CASE NO. 24-11967 (JKS)

RELATED DOCKET NO. 414

**NOTICE OF WITHDRAWAL OF JUDITH OWCZARKOWSKI'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     PLEASE TAKE NOTICE that Judith Owczarkowski, as Administratrix for the Estate of

Norman Owczarkowski, *Motion for Relief from the Automatic Stay,* filed on October 4, 2024 at

D.I. 414, is hereby withdrawn without prejudice.

Dated:  January 28, 2025

                     MARGOLIS EDELSTEIN
                     */s/ James Huggett*
                     300 Delaware Avenue, Suite 800
                     Wilmington, DE 19801
                     (302) 888-1112
                     jhuggett@margolisedelstein.com

                     *Attorneys for Judith Owczarkowski, as*
                     *Administratrix for the Estate of Norman*
                     *Owczarkowski*