## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2025, I caused a true and correct copy of *Motion of Home Creations Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A)* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the following counsel via electronic mail:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adarn.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stem@davispolk.com

COLE SCHOTZ P.C.
Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Jack M. Dougherty, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewrnan@coleschotz.com
jdougherty@coleschotz.com

COLE SCHOTZ P.C.
Sarah A. Carnes, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
scames@coleschotz.com

MCDERMOTT WILL & EMERY LLP
Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

Linda J. Casey, Esq.
The United States Trustee for the
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Linda.Casey@usdoj.gov

January 28, 2025                           */s/ E.E. Allinson III*
Dated                                       Elihu E. Allinson, III