**Exhibit B**

| Invoice Number | Amount |
|----------------|--------------|
| 1000711137 | $ 44,450.00 |
| 1000723060 | $ 44,450.00 |
| 6360760476 | $  6,019.20 |
| 6360768548 | $  4,752.00 |
| Jan. '25 | $ 44,450.00 |
| **Total** | $144,121.20 |