IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br>Hearing Date: February 26, 2025 at 10:30 a.m.<br>Objection Deadline: February 11, 2025 at 4:00 p.m. |

### NOTICE OF HEARING ON INFOSYS LIMITED'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on January 28, 2025, Infosys Limited ("Infosys") filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 26, 2025 at 10:30 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served so as to be actually received by the undersigned counsel for Infosys, on or before **February 11, 2025 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 28, 2025

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

  /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
Steven L. Walsh (DE No. 6499)
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
Email:  kcapuzzi@beneschlaw.com
            swalsh@beneschlaw.com

*Counsel to Infosys Limited*