## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 17, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Landlord Notice Parties Service List attached hereto as **Exhibit A**:

- Third Interim Order (I) Establishing Procedures To Sell Certain Leases, (II) Approving The Sale Of Certain Leases And (III) Granting Related Relief [Docket No. 650]

On December 26, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit B**:

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511] (the "***Notice of Potential Assumption and Assignment of Executory Contracts***")

On December 26, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit C**:

- Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 683]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing, a copy of which is attached hereto as **Exhibit D**

    On December 26, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Potential Assumption and Assignment of Executory Contracts to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit E**.

Dated: January 16, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 16, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 84553, 84805, 84806 & 84809

## Exhibit A

Exhibit A
Supplemental Landlord Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 29298502 | EC FOUNDATION OF SCHERERVILLE LLC | YVETTE ROSALES | C/O ETHAN CHRISTOPHER ARIZONA LLC | 6570 W PEORIA AVE | SUITE 110 | GLENDALE | AZ | 85302 |
| 29305941 | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES | 535 5TH AVE | FL 12 | | NEW YORK | NY | 10017-3628 |

**Exhibit B**

Exhibit B
Supplemental Contract Counterparties Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 29299479 | 41 WEST 28TH STREET CORP. | 41 West 28th St., | | New York | NY | 10001-4238 | |
| 29463410 | Aon Risk Consultants, Inc. | The Leadenhall Building, | 122 Leadenhall Street | London | | EC3V 4AN | |
| 29463434 | AT&T Corp. | 208 S. Akard Street | Suite 2954 | Dallas | TX | 75202 | |
| 29298116 | BIG LOTS INC | Address on file | | | | | |
| 29463584 | Cisco Systems, Inc. | 300 East Tasman Drive | | San Jose | CA | 95134 | |
| 29463618 | Comenity Capital Bank | 12921 S Vista Station Blvd | | Draper | UT | 84020 | |
| 29463678 | Constellation NewEnergy, Inc. | 1310 Point St Ste 8, | | Baltimore | MD | 21231 | |
| 29463688 | Convercent, Inc. | 1200 Abernathy Rd | Suite 700 | Atlanta | GA | 30328 | |
| 29463710 | Cushman & Wakefield of California, Inc. | 900 Wilshire Boulevard | Suite 2400 | Los Angeles | CA | 90017 | |
| 29463802 | Dun & Bradstreet, Inc. | 5335 Gate Parkway | | Jacksonville | FL | 32256 | |
| 29463843 | Everbridge, Inc. | 8300 Boone Blvd. Suite 800 | | Vienna | VA | 22182 | |
| 29463951 | Hewlett Packard Enterprise | 1701 E Mossy Oaks Rd | | Spring Branch | TX | 77389 | |
| 29463985 | IBM | 1 New Orchard Road | | Armonk | NY | 10504-1722 | |
| 29464008 | IBM Corporation | 1 New Orchard Road | | Armonk | NY | 10504-1722 | |
| 29464017 | IBM Global Services | 1 New Orchard Road | | Armonk | NY | 10504-1722 | |
| 29464176 | KeyMe, LLC | 2000 Gateway Blvd Ste 100 | | Herbon | KY | 41048-8200 | |
| 29464198 | KPMG LLP | 811 Main Street | Suite 4500 | Houston | TX | 77002 | |
| 29464219 | LeaseNet, Inc. | 8350 N Central Expressway, | | Plano | TX | 75024 | |
| 29464220 | LeaseNet, Inc. | 1951 Kidwell Drive | Suite 101 | Vienna | VA | 22182 | |
| 29464381 | MicroStrategy Services Corporation | 1850 Towers Crescent Plaza | | Tysons Corner | VA | 22182 | |
| 29464402 | MUZAK LIMITED PARTNERSHIP | VENTURE WAY DUNSTON TECHNOLOGY PARK | | CHESTERFIELD | | S41 8NE | ENGLAND |
| 29464406 | Muzak, LLC d/b/a Mood Media | 2100 S IH 35 Frontage Rd. | Suite 201 | Austin | TX | 78704 | |
| 29464422 | NCR Corporation | 864 Spring St NW | | Atlanta | GA | 30308 | |
| 29464448 | NFI Interactive Logistics, LLC | 2 Cooper Street | | Camden | NJ | 08102 | |
| 29464451 | Nicor Gas | 4651 Linden Rd, | | Rockford | IL | 61109 | |
| 29464462 | Ohio CAT Power Systems | 3993 E. Royalton Rd. | | Broadview Hts | OH | 44147 | |
| 29464566 | PowerReviews, Inc. | 1 N. Dearborn Street | | Chicago | IL | 60602 | |
| 29464598 | project44, LLC | 222 W Merchandise Mart Plaza | | Chicago | IL | 60654 | |
| 29464619 | Raymond Storage Concepts, Inc. | 5480 Creek Road | | Cincinnati | OH | 45242 | |
| 29464672 | SBC DataComm | 1878 Hickory Trace Dr | | Orange Park | FL | 32003-8387 | |
| 29464721 | Southern Cal Transport, Inc. | 45884 Stem Rd | | Newberry Springs | CA | 92365 | |

Exhibit B
Supplemental Contract Counterparties Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 29464785 | Terminix International Company Limited Partnership | 150 Peabody Pl- Terminix | | Memphis | TN | 38103 | |
| 29464786 | Terminix International Company, L.P. | 1937-A Whatley Road | | Auburn | AL | 36830 | |
| 29464813 | The Salvation Army National Corporation | National Headquarters USA | 615 Slaters Lane | Alexandria | VA | 22314 | |
| 29464855 | TRACE3 | 7505 IRVINE CENTER DRIVE | SUITE 100 | IRVINE | CA | 92618 | |
| 29464862 | Trintech Inc. | 5600 Granite Parkway | Suite 10000 | Plano | TX | 75024 | |
| 29464963 | Xerox | 201 Merritt 7 | | Norwalk | CT | 06851-1056 | |
| 29464966 | Xerox Corporation | 201 Merritt 7 | | Norwalk | CT | 06851-1056 | |

**Exhibit C**

Exhibit C
Supplemental Counterparties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 29332738 | ACESUR NORTH AMERICA INC | 2500 WESTCHESTER AVENUE | SUITE 402 | | PURCHASE | NY | 10577 | |
| 29463362 | AgilOne | 53 State Street, 10th Floor | | | Boston | MA | 02109 | |
| 29463377 | All Access Entertainment | 211 Richmond Street | | | El Segundo | CA | 90245 | |
| 29463392 | Amazon.com, Inc. | 2010 Broening Hwy | | | Baltimore | MD | 21224 | |
| 29463396 | AMERICA ONLINE, INC. | 770 BROADWAY | | | NEW YORK | NY | 10003 | |
| 29463413 | APL | 1515 N. COURTHOUSE ROAD | SUITE 700 | | ARLINGTON | VA | 22201 | |
| 29463425 | AT&T | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| 29463434 | AT&T Corp. | 208 S. Akard Street | Suite 2954 | | Dallas | TX | 75202 | |
| 29463459 | Avecto, Inc. | Building One, Trident Business Park | Styal Road, Manchester Airport | | Manchester | GB | M22 5XB | |
| 29463504 | BrightView Enterprise Solutions, LLC | 6530 W Campus Oval #300 | | | New Albany | OH | 43054 | |
| 29463533 | Capstone Mechanical, LLC | 755 Banfield Rd. | Unit 102 | | Portsmouth | NH | 03801 | |
| 29463543 | CBIZ Property Tax Solutions, LLC | 5959 Rockside Woods Blvd. N. | Suite 600 | | Cleveland | OH | 44131 | |
| 29463545 | CBRE, Inc. | 2121 North Pearl Street | Suite 300 | | Dallas | PA | 75201 | |
| 29463549 | CBTS | 25 Merchant St. | | | Cincinnati | OH | 45246 | |
| 29475213 | CEVA Contract Logistics U.S., Inc. | 15350 Vickery Drive | | | Houston | TX | 77032 | |
| 29463568 | CFP Fire Protection, Inc. | 153 Technology Drive | Suite 200 | | Irvine | CA | 92618 | |
| 29463577 | Cincinnati Bell Technology Solutions (CBTS) | 25 Merchant St. | | | Cincinnati | OH | 45246 | |
| 29306001 | COLE BG CHESTER VA, LLC | C/O AMERICAN REALTY CAPITAL PROPERTIES | 3800 W. HUNDRED RD | | CHESTER | VA | 23831 | |
| 29463613 | Colorado Mechanical Systems, Inc. | 7094 S Revere Pkwy | | | Centennial | CO | 80112 | |
| 29463624 | Comfortrol, Inc. | 3155 Lamb Avenue | | | Columbus | OH | 43219 | |
| 29463625 | Command7 | 6440 Millrock Drive, #350 | | | Salt Lake City | UT | 84121 | |
| 29463626 | Command7 Services Group, LLC | 6440 Millrock Drive, #350 | | | Salt Lake City | UT | 84121 | |
| 29463627 | Command7, LLC | 6440 Millrock Drive, #350 | | | Salt Lake City | UT | 84121 | |
| 29463637 | Computershare Trust Company, N.A. | 1505 Energy Park Drive | | | St Paul | MN | 55108 | |
| 29463640 | Concur Technologies, Inc. | 601 108th Ave NE | Suite 1000 | | Bellevue | WA | 98004 | |
| 29463678 | Constellation NewEnergy, Inc. | 1310 Point St Ste 8, | | | Baltimore | MD | 21231 | |
| 29463691 | Conversant, LLC | 2525 Arapahoe Ave | Suite E4-902 | | Boulder | CO | 80302 | |
| 29463696 | CORPORATE REMEDIES, INC. | 12700 Hillcrest Road | | | Dallas | TX | 75230 | |
| 29299466 | CROSSETT DEVELOPMENT I, LLC - ATTN: J. TAMKIN | C/O TAMKIN DEVELOPMENT CORPORATION | 161 N. CLARK STREET | SUITE 4700 | CHICAGO | IL | 60601 | |
| 29463710 | Cushman & Wakefield of California, Inc. | 900 Wilshire Boulevard | Suite 2400 | | Los Angeles | CA | 90017 | |
| 29463714 | Customer Impact, LLC | 1601 Sebesta Rd. | | | College Station | TX | 77845 | |
| 29463724 | Data Clean Corporation | 1033 Graceland Ave | | | Des Plaines | IL | 60016 | |
| 29463744 | Deloitte & Touche LLP | 420 North 20th Street | Suite 2400 | | Birmingham | AL | 35203-3289 | |
| 29463749 | Deloitte & Touche Tax Technologies LLC | 30 Rockefeller Plaza | 41st Floor | | New York | NY | 10112-0015 | |
| 29463768 | Digital Management, Inc. | 1600 International Drive | Suite 500 | | McLean | VA | 22102 | |
| 29463785 | DMI Commerce | 1600 International Drive | Suite 500 | | McLean | VA | 22102 | |
| 29463790 | Dolly, Inc. | 901 5th AVE | Suite 600 | | Seattle | WA | 98104 | |
| 29463799 | Dun & Bradstreet Software Services, Inc. | 6395 Technology Ave ste A | | | Kalamazoo | MI | 49009-8185 | |
| 29467732 | EK Health Services, Inc. | 992 South DeAnza Blvd., Ste. 101 | | | San Jose | CA | 95129 | |
| 29463814 | Engage3, LLC | 9375 E. Shea Boulevard, | Suite 100 | | Scottsdale | AZ | 85260 | |
| 29463820 | Epson America, Inc. | 3131 Katella Avenue | | | Los Alamitos | CA | 90720 | |
| 29463831 | Ernst & Young LLP | 1 More London Place | | | London | | SE1 2AF | United Kingdom |
| 29463843 | Everbridge, Inc. | 8300 Boone Blvd. Suite 800 | | | Vienna | VA | 22182 | |
| 29463849 | EY | 1 More London Place | | | London | | SE1 2AF | United Kingdom |

Exhibit C
Supplemental Counterparties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 29463865 | FGX International Inc. | 500 George Washington Highway | | | Smithfield | RI | 02917 | |
| 29463294 | First Advantage Tax Consulting Services, LLC | 155 Chestnut Ridge Road | Suite 105 | | Montvale | NJ | 07645 | |
| 29463916 | Georgeson Inc. | 1290 Avenue of the Americas | 9th Floor | | New York | NY | 10104 | |
| 29435359 | Glass Lewis & Co LLC | 100 Pine Street | Suite 1925 | | San Francisco | CA | 94111 | |
| 29467710 | Hyperion Solutions | 11808 Forest Knoll Court | | | Bowie | MD | 20720 | |
| 29463984 | IBM | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464007 | IBM Corporation | New Orchard Road | Armonk | | New York | NY | 10504 | |
| 29464010 | IBM Credit | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464013 | IBM Credit LLC | 2214 W. Braker Lane | | | Austin | TX | 78758 | |
| 29464015 | IBM Global Business Services | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464017 | IBM Global Services | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464029 | Impact | 136 Madison Ave. | FL 10 | | New York, | NY | 10016 | |
| 29475231 | Infosys Limited | Two Melbourne Quarter | Level 4, 697 Collins Street | | Docklands, VIC | | 3008 | Australia |
| 29475238 | International Business Machines Corporation | 1 New Orchard Road | | | Armonk | NY | 10504-1722 | |
| 29464151 | Jess Howard Electric Company | 6630 Taylor Road | | | Blacklick | OH | 43004 | |
| 29464159 | Johnson Controls, Inc. | 5757 N. Green Bay Ave. | | | Milwaukee | WI | 53201 | |
| 29305813 | JPMCC 2007-LDP12 SOUTH EXPRESSWAY 83, LLC | C/O PROEQUITY ASSET MANAGEMENT CORP | 5180 GOLDEN FOOTHILL PKWY #210 | | EL DORADO HILLS | CA | 95762 | |
| 29464168 | JumpMind, Inc. | 8999 Gemini Pkwy. | | | Columbus | OH | 43240 | |
| 29464188 | KPMG | 515 BROADWAY | 4TH FLOOR | | ALBANY | NY | 12207-2974 | |
| 29464189 | KPMG Inc. | 227 N Bronough Street | Suite 7500 | | Tallahassee | FL | 32301 | |
| 29464207 | Kronos Incorporated | 900 Chelmsford Street | | | Lowell | MA | 01851 | |
| 29432761 | LIT INDUSTRIAL LIMITED PARTNERSHIP | C/O CLARION PARTNERS | 2323 VICTIRY AVE | STE 1600 | DALLAS | TX | 75219-7696 | |
| 29464236 | LiveView Technologies, Inc. | 802 E 1050 S | | | American Fork | UT | 84003 | |
| 29464246 | LP Network, Inc. (d.b.a. Security Source) | 4151 Lafayette Center Dr | Suite 700 | | Chantilly | VA | 20151 | |
| 29464249 | Maersk Agency U.S.A, Inc. as agent for Maersk Ling | 2 Giralda Farms | | | Madison | NJ | 07940 | |
| 29464269 | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S | 180 Park Avenue | Building 105 | PO Box 950 | Florham Park | NJ | 07932 | |
| 29464310 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | | Atlanta | GA | 30339 | |
| 29464338 | McCormick Equipment Company | 112 Northeast Drive | | | Loveland | OH | 45249 | |
| 29464357 | Meridian Compensation Partners, LLC | 100 S. Saunders Rd. | Suite 250 | | Lake Forest | IL | 60045 | |
| 29464387 | Mirakl Inc. | 12, Rue de Lubeck | | | Paris | | 75116 | France |
| 29464428 | NCR Corporation | 864 Spring St NW | | | Atlanta | GA | 30308 | |
| 29464432 | Neotys USA Inc. | 5301 Southwest Parkway | Building 2, Suite 200 | | Austin | TX | 78735 | |
| 29464434 | NetSpend Corporation | PO Box 2136 | | | Austin | TX | 78768-2136 | |
| 29464439 | Newfangled Studios, LLC | 560 Harrison Ave | 4th Floor | | Boston | MA | 02118 | |
| 29464464 | OMNIA PARTNERS, LLC | 5001 Aspen Grove Drive | | | Franklin | TN | 37067 | |
| 29464475 | Optimizely, Inc. | 119 5th Ave 7th floor | | | New York | NY | 10003 | |
| 29464529 | Penske Logistics LLC | Route 10 Green Hills | | | Reading | PA | 19603 | |
| 29344256 | PERFAWARE LLC | 511 E JOHN CARPENTER FREEWAY | | | IRVING | TX | 75062 | |
| 29464538 | Performance Team | 2240 E. Maple Ave | | | El Segundo | CA | 90245 | |
| 29464570 | Presto-X-Company | 4521 Leavenworth Street | | | Omaha | NE | 68106 | |
| 29464584 | PricewaterhouseCoopers LLP | 300 Madison Avenue | | | New York | NY | 10017-6204 | |
| 29464598 | project44, LLC | 222 W Merchandise Mart Plaza | | | Chicago | IL | 60654 | |
| 29464619 | Raymond Storage Concepts, Inc. | 5480 Creek Road | | | Cincinnati | OH | 45242 | |
| 29464624 | Refinitiv | 28 Liberty Street | | | New York | NY | 10005 | |

Exhibit C
Supplemental Counterparties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 29464649 | Safety-Kleen Systems, Inc. | 42 Longwater Drive | | | Norwell | MA | 02061 | |
| 29464660 | salesforce.com, inc. | Salesforce Tower | 415 Mission Street | 3rd Floor | San Francisco | CA | 94105 | |
| 29464699 | ServiceNow, Inc. | 2225 Lawson Lane | | | Santa Clara | CA | 95054 | |
| 29464706 | Sirius Computer Solutions, Inc. | 2020 Main St. | Suite 760 | | Irvine | CA | 92614 | |
| 29464704 | Sirius Computer Solutions, Inc. | 40 E. Rio Salado Pkwy. | Suite 200 | | Tempe | AZ | 85281 | |
| 29344608 | SITECORE USA INC | 44 Montgomery Street | Suite 3340 | | San Francisco | CA | 94104 | |
| 29467715 | Southern Motor Carriers Association, Inc. d/b/a "SMC3" | 653 Lexington Circle | | | Peachtree City | GA | 30269 | |
| 29467714 | Southern Motor Carriers Association, Inc. d/b/a "SMC" | 653 Lexington Circle | | | Peachtree City | GA | 30269 | |
| 29464726 | Spireon, Inc. | 18881 Von Karman Ave | Suite 1500 | | Irvine | CA | 92612 | |
| 29464728 | Spireon® | 18881 Von Karman Ave. | Suite 1500 | | Irvine | CA | 92612 | |
| 29463091 | Stanley Convergent Security Solutions, Inc. | 11899 Exit 5 Parkway | Suite 100 | | Fishers | IN | 46037 | |
| 29464745 | Steptoe & Johnson LLP | 227 West Monroe Street | Suite 4700 | | Chicago | IL | 60606 | |
| 29464749 | STG Logistics, Inc. | 2001 Butterfield Rd, Suite 1010 | | | Downers Grove | IL | 60515 | |
| 29464760 | Surge Staffing LLC | 4 Easton Oval | | | Columbus | OH | 43219 | |
| 29464761 | Surge Staffing, LLC | 4 Easton Oval | | | Columbus | OH | 43219 | |
| 29464766 | T.L. Ashford & Associates, Inc | 211 Grandview Avenue | Suite 208 | | Fort Mitchell | KY | 41017 | |
| 29464772 | Tango Analytics, LLC. | 9797 Rombauer Rd | Suite #450 | | Dallas | TX | 75019 | |
| 29464790 | Texoma Business Services LLC | 3902 W Highway 70 | | | Durant | OK | 74701-4581 | |
| 29464803 | The Haskell Company | 111 Riverside Avenue | | | Jacksonville | FL | 32202 | |
| 29464806 | The Herjavec Group, Corp | 180 Duncan Mill Road | 7th Floor | | Toronto | ON | M3B 1Z6 | Canada |
| 29464808 | The Job Center Staffing | 1453 N Dysart Rd | Suite 102 | | Avondale | AZ | 85323 | |
| 29464816 | The Superior Group | 535 Reach Blvd. | Suite 400 | | Columbus | OH | 43215 | |
| 29464817 | The Terminix International Company Limited Partnership | 1656 N Shelby Oaks Dr | Suite 7 | | Memphis | TN | 38134 | |
| 29464818 | The Terminix International Company, L.P. | 150 Peabody Pl- Terminix | | | Memphis | TN | 38103 | |
| 29464821 | Think, LLP | 3636 Birch Street | Suite 210 | | Newport Beach | CA | 92660 | |
| 29464859 | Transitions RBG, LLC | 290 E Main St | | | Canton | GA | 30114-2709 | |
| 29464863 | Trintech Inc. | 5600 Granite Parkway | Suite 10000 | | Plano | TX | 75024 | |
| 29464890 | United Information Services, Inc., an EXELA Technologies company | 2701 E. Grauwyler Road | | | Irving | TX | 75061 | |
| 29464948 | WEST COAST LIQUIDATORS, INC. | 961 DUNFORD AVENUE | | | VICTORIA | BC | V9B 2S4 | CANADA |
| 29464967 | Xerox Corporation | 201 Merritt 7 | | | Norwalk | CT | 06851-1056 | |

**Exhibit D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids (the "**Bidding Procedures**") in connection with (i) the proposed sale of substantially all of the Debtors' assets to Gateway BL Acquisition, LLC (the "**Stalking Horse Bidder**") for approximately $760 million, consisting of $2.5 million in cash plus the Debt Payoff Amount (as defined in the Stalking Horse APA) and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers, (ii) the Sale Transaction, and (iii) the Auction,[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction [D.I. 612].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the Notice of Successful Bidder for the Sale of the Debtors' Assets (the "**Notice of Successful Bidder**") designating the Stalking Horse Bidder as the Successful Bidder [D.I. 661].

## Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://cases.ra.kroll.com/biglots/* or can be requested by email at BigLotsInfo@ra.kroll.com.

## Important Dates and Deadlines[3]

1. **Bid Deadline.** The deadline to submit a Qualified Bid was **October 28, 2024 at 12:00 p.m. (prevailing Eastern Time).**

2. **Auction.** The Auction was held on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

3. **Auction and Sale Objections Deadline**. The deadline to file with the Court an objection to the Sale Order, the conduct of the Auction, or the Sale Transaction (collectively, the "**Sale Objections**") is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").

4. **Assumption and Assignment Objection Deadline**. The deadline for Counterparties to file with the Court an objection to the potential or proposed assumption or assignment of their Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs, if any, or the ability of a Successful Bidder to provide adequate assurance of future performance is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**").

5. **Sale Hearing**. A hearing (the "**Sale Hearing**") to consider the approval of Sale Transactions will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

## Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the Sale Objection Deadline, and (e) no later than the Sale Objection Deadline, be served on (i) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.

---

[3] The following dates and deadlines may be extended by the Debtors, consistent with the terms of the DIP Credit Agreements, or the Court in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

(notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (ii) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (iii) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (iv) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (v) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

## <u>CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION</u>

*Any party or entity who fails to timely make an objection to a Sale Transaction on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

## <u>NO SUCCESSOR LIABILITY</u>

*The assets sold in any Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction. Accordingly, as a result of a Sale Transaction, a Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and a Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the applicable Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

*[Remainder of page intentionally left blank]*

Dated:   October 31, 2024
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in
Possession*

**Exhibit E**

Exhibit E
Supplemental Notice Parties Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29467725 | Ponderosa Property | 178 S Elm St | Suite 102/103 | Sisters | OR | 97759 |
| 29467720 | Progressive Leasing | 256 W. Data Drive | | Draper | UT | 84020 |
| 29467714 | Southern Motor Carriers Association, Inc. d/b/a "SMC" | 653 Lexington Circle | | Peachtree City | GA | 30269 |