**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:      Expenses
Code:    20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/01/2024 | Airfare Rowan Steere 2024-11-07 CMH- ORD (one-way, economy, client site travel) | 295.04 |
| 11/03/2024 | Airfare Rowan Steere 2024-11-03 ORD- CMH (one-way, economy, client site travel) | 295.04 |
| 11/03/2024 | Lodging Rowan Steere Renaissance Hotel - Westerville, OH 2024-11-03 2024-11-07 - Client site travel | 860.95 |
| 11/03/2024 | Taxi/Car Service Rowan Steere Home to Ord Airport - Client site travel | 48.16 |
| 11/03/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 19.97 |
| 11/03/2024 | Lodging Job Chan Renaissance Hotel - Westerville, OH 2024-11-03 2024-11-06 - Client site travel | 573.19 |
| 11/03/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 31.49 |
| 11/04/2024 | Airfare Jimmy Jang 2024-11-04 LGA- CMH (round-trip, economy, client site travel) | 765.16 |
| 11/04/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 2.25 |
| 11/04/2024 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 45.00 |
| 11/04/2024 | Lodging Anthony Perrella Renaissance Hotel - Westerville, OH 2024-11-04 2024-11-07 - Client site travel | 625.62 |
| 11/04/2024 | Taxi/Car Service Anthony Perrella Home to Airport - Client site travel | 54.28 |
| 11/04/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 11/04/2024 | Lodging Jimmy Jang Renaissance Hotel - Westerville, OH 2024-11-04 2024-11-08 - Client site travel | 900.00 |
| 11/04/2024 | Taxi/Car Service Jimmy Jang Hotel to Client site - Client site travel | 9.31 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/04/2024 | Taxi/Car Service Jimmy Jang Home to Lga - Client site travel | 21.98 |
| 11/04/2024 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 10.70 |
| 11/04/2024 | Group Meal - Engagement Team Job Chan - Dinner - Anthony Perrella; Job Chan; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 200.00 |
| 11/04/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 12.47 |
| 11/04/2024 | Taxi/Car Service Job Chan Home to Airport - Client site travel | 80.00 |
| 11/04/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 23.68 |
| 11/04/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord - Client site travel | 71.09 |
| 11/04/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Client site travel | 48.79 |
| 11/04/2024 | Lodging Rosa Mecklemburg Tenorio Renaissance Hotel - Westerville, OH 2024-11-04 2024-11-07 - Client site travel | 600.62 |
| 11/05/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 18.77 |
| 11/05/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 9.03 |
| 11/05/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 21.46 |
| 11/05/2024 | Group Meal - Engagement Team Job Chan - Dinner - Rowan Steere; Anthony Perrella; Job Chan; Jimmy Jang - Columbus, OH - Out of town meal | 200.00 |
| 11/05/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 23.05 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/05/2024 | Airfare Job Chan 2024-11-14 CMH- PHX (one-way, economy, client site travel) | 360.30 |
| 11/05/2024 | Airfare Job Chan 2024-11-12 DFW- CMH (one-way, economy, client site travel) | 352.72 |
| 11/05/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 12.99 |
| 11/06/2024 | Airfare Thomas Reid 2024-11-06 LGA- CMH (one-way, economy, client site travel) | 237.21 |
| 11/06/2024 | Lodging Thomas Reid Fairfield Inn - Westerville, OH 2024-11-06 2024-11-08 - Client site travel | 251.92 |
| 11/06/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 40.09 |
| 11/06/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 18.59 |
| 11/06/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 12.45 |
| 11/06/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/06/2024 | Parking/Tolls Jimmy Jang - Columbus, OH - Client site travel | 5.70 |
| 11/06/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 14.45 |
| 11/06/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 24.42 |
| 11/07/2024 | Gas/Fuel Thomas Reid | 3.92 |
| 11/07/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/07/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 14.89 |
| 11/07/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 46.00 |
| 11/07/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 18.27 |
| 11/07/2024 | Airfare Anthony Perrella 2024-11-11 LGA- CMH (round-trip, economy, client site travel) | 1,049.21 |
| 11/07/2024 | Car Rental Anthony Perrella 3 Days Columbus, OH | 225.27 |
| 11/07/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 25.00 |
| 11/07/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |
| 11/07/2024 | Taxi/Car Service Jimmy Jang Hotel to Client site - Client site travel | 21.83 |
| 11/07/2024 | Airfare Rowan Steere 2024-11-11 ORD- CMH (one-way, economy, client site travel) | 295.04 |
| 11/07/2024 | Taxi/Car Service Rowan Steere Airport to Home - Client site travel | 41.98 |
| 11/07/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 19.38 |
| 11/07/2024 | Car Rental Job Chan 2 Days Columbus, OH | 180.94 |
| 11/07/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - chicago - Client site travel | 48.91 |
| 11/07/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 12.17 |
| 11/07/2024 | Airfare Rosa Mecklemburg Tenorio 2024-11-11 ORD- CMH (one-way, economy, client site travel) | 310.60 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/08/2024 | Airfare Thomas Reid 2024-11-08 CMH- CLT (round-trip, economy, client site travel) | 280.19 |
| 11/08/2024 | Parking/Tolls Thomas Reid - Columbus, OH - Client site travel | 39.00 |
| 11/08/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 27.69 |
| 11/08/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 9.37 |
| 11/08/2024 | Taxi/Car Service Anthony Perrella Airport to Home - Client site travel | 58.93 |
| 11/08/2024 | Airfare Jimmy Jang 2024-11-10 BOS- CMH (round-trip, economy, client site travel) | 850.75 |
| 11/08/2024 | Taxi/Car Service Jimmy Jang Bos to Home - Client site travel | 22.33 |
| 11/08/2024 | Taxi/Car Service Jimmy Jang Hotel to Cmh - Client site travel | 45.82 |
| 11/08/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 17.87 |
| 11/08/2024 | Car Rental Rowan Steere 3 Days Columbus, OH | 300.03 |
| 11/08/2024 | Taxi/Car Service Job Chan Airport to Home - Client site travel | 80.00 |
| 11/09/2024 | Car Rental Thomas Reid 2 Days Columbus, OH | 107.95 |
| 11/10/2024 | Airfare Kent Percy 2024-11-11 LGA- CMH (one-way, economy, client site travel) | 588.19 |
| 11/10/2024 | Taxi/Car Service Jimmy Jang Cmh to Hotel - Client site travel | 50.76 |
| 11/10/2024 | Taxi/Car Service Jimmy Jang Home to Bos - Client site travel | 23.13 |
| 11/10/2024 | Lodging Jimmy Jang Renaissance Hotel - Westerville, OH 2024-11-10 2024-11-14 - Client site travel | 880.76 |
| 11/11/2024 | Airfare Thomas Reid 2024-11-11 CHS- IAD (round-trip, economy, client site travel) | 340.71 |
| 11/11/2024 | Airfare Kent Percy 2024-11-13 CMH- EWR (one-way, economy, client site travel) | 360.60 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/11/2024 | Lodging Kent Percy Renaissance Hotel - Westerville, OH 2024-11-11 2024-11-13 - Client site travel | 393.78 |
| 11/11/2024 | Taxi/Car Service Thomas Reid Home to Chs - Client site travel | 43.65 |
| 11/11/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/11/2024 | Lodging Thomas Reid Hyatt Place - Columbus, OH 2024-11-11 2024-11-14 - Client site travel | 423.09 |
| 11/11/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 29.97 |
| 11/11/2024 | Lodging Anthony Perrella Renaissance Hotel - Westerville, OH 2024-11-11 2024-11-14 - Client site travel | 625.62 |
| 11/11/2024 | Taxi/Car Service Jimmy Jang Client site to Hotel - Client site travel | 20.76 |
| 11/11/2024 | Taxi/Car Service Jimmy Jang Hotel to Client site - Client site travel | 21.76 |
| 11/11/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/11/2024 | Lodging Rowan Steere Renaissance Hotel - Westerville, OH 2024-11-11 2024-11-14 - Client site travel | 660.57 |
| 11/11/2024 | Taxi/Car Service Rowan Steere Office to Airport - Client site travel | 50.95 |
| 11/11/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 20.53 |
| 11/11/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord - Client site travel | 70.63 |
| 11/11/2024 | Airfare Rosa Mecklemburg Tenorio 2024-11-14 CMH- ORD (one-way, economy, client site travel) | 514.64 |
| 11/11/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Client site travel | 58.48 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/11/2024 | Lodging Rosa Mecklemburg Tenorio Renaissance Hotel - Westerville, OH 2024-11-11 2024-11-14 - Client site travel | 605.57 |
| 11/11/2024 | Airfare Rosa Mecklemburg Tenorio 2024-11-18 ORD- CMH (round-trip, economy, client site travel) | 592.08 |
| 11/12/2024 | Taxi/Car Service Kent Percy Home to Lga - Client site travel | 168.00 |
| 11/12/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 13.50 |
| 11/12/2024 | Parking/Tolls Thomas Reid - Columbus, OH - Client site travel | 4.35 |
| 11/12/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 27.18 |
| 11/12/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 11/12/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 9.94 |
| 11/12/2024 | Taxi/Car Service Anthony Perrella Home to Airport - Client site travel | 67.94 |
| 11/12/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 3.76 |
| 11/12/2024 | Parking/Tolls Anthony Perrella - Columbus, OH - Client site travel | 4.35 |
| 11/12/2024 | Airfare Rowan Steere 2024-11-14 CMH- ORD (one-way, economy, client site travel) | 502.58 |
| 11/12/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Kent Percy; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 32.77 |
| 11/12/2024 | Airfare Job Chan 2024-11-21 CMH- LGA (one-way, economy, client site travel) | 104.49 |
| 11/12/2024 | Taxi/Car Service Job Chan Airport to Client site - Client site travel | 33.97 |
| 11/12/2024 | Taxi/Car Service Job Chan Home to Airport - Client site travel | 80.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re: Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/12/2024 | Lodging Job Chan Hyatt Regency - Columbus, OH 2024-11-12 2024-11-13 - Client site travel | 225.00 |
| 11/12/2024 | Taxi/Car Service Job Chan Dinner to Hotel - Client site travel | 23.84 |
| 11/12/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 2.69 |
| 11/12/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 12.20 |
| 11/12/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/12/2024 | Group Meal - Engagement Team Job Chan - Dinner - Anthony Perrella; Job Chan; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 250.00 |
| 11/13/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 15.94 |
| 11/13/2024 | Taxi/Car Service Kent Percy Ewr - airport to Alixpartners office - Client site travel | 96.96 |
| 11/13/2024 | Taxi/Car Service Kent Percy Bl - office to Cmh airport - Client site travel | 26.81 |
| 11/13/2024 | Airfare Kent Percy 2024-11-19 EWR- CMH (one-way, economy, client site travel) | 540.01 |
| 11/13/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 8.57 |
| 11/13/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 10.59 |
| 11/13/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 8.63 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/13/2024 | Airfare Anthony Perrella 2024-11-18 LGA- CMH (round-trip, economy, client site travel) | 766.36 |
| 11/13/2024 | Group Meal - Engagement Team Jimmy Jang - Dinner - Anthony Perrella; Thomas Reid; Job Chan; Kent Percy; Jimmy Jang; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 350.00 |
| 11/13/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Kent Percy; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 26.35 |
| 11/13/2024 | Airfare Rowan Steere 2024-11-18 ORD- CMH (one-way, economy, client site travel) | 373.65 |
| 11/13/2024 | Lodging Job Chan Renaissance Hotel - Westerville, OH 2024-11-13 2024-11-14 - Client site travel | 196.89 |
| 11/13/2024 | Taxi/Car Service Job Chan Hotel to Client site - Client site travel | 27.81 |
| 11/13/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 23.81 |
| 11/13/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 20.00 |
| 11/13/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 13.50 |
| 11/13/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Hotel to Client office - Client site travel | 20.82 |
| 11/14/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 29.95 |
| 11/14/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 18.62 |
| 11/14/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/14/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 8.57 |
| 11/14/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/14/2024 | Car Rental Anthony Perrella 2 Days Columbus, OH | 178.32 |
| 11/14/2024 | Taxi/Car Service Jimmy Jang Lga to Home - Client site travel | 34.97 |
| 11/14/2024 | Taxi/Car Service Jimmy Jang Client site to Cmh - Client site travel | 36.12 |
| 11/14/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 25.00 |
| 11/14/2024 | Public Transportation Rowan Steere - Client site travel | 5.00 |
| 11/14/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 28.39 |
| 11/14/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 11/14/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 12.00 |
| 11/14/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 5.25 |
| 11/14/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - Client site travel | 55.15 |
| 11/14/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Cmh - Client site travel | 27.20 |
| 11/15/2024 | Taxi/Car Service Anthony Perrella Airport to Home - Client site travel | 60.97 |
| 11/15/2024 | Car Rental Rowan Steere 3 Days Columbus, OH | 290.45 |
| 11/15/2024 | Taxi/Car Service Job Chan Airport to Home - Client site travel | 45.57 |
| 11/17/2024 | Lodging Kent Percy Polaris Hotel - Westerville, OH 2024-11-17 2024-11-18 - Client site travel | 168.93 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/17/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 13.51 |
| 11/17/2024 | Lodging Anthony Perrella Renaissance Hotel - Westerville, OH 2024-11-17 2024-11-20 - Client site travel | 675.00 |
| 11/17/2024 | Lodging Rowan Steere Renaissance Hotel - Westerville, OH 2024-11-17 2024-11-19 - Client site travel | 365.82 |
| 11/17/2024 | Taxi/Car Service Rowan Steere Airport to Hotel - Client site travel | 50.73 |
| 11/17/2024 | Taxi/Car Service Rowan Steere Home to Airport - Client site travel | 47.96 |
| 11/17/2024 | Airfare Job Chan 2024-11-18 DFW- CMH (one-way, economy, client site travel) | 470.47 |
| 11/18/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 10.11 |
| 11/18/2024 | Taxi/Car Service Kent Percy Cmh airport to Hotel - Client site travel | 35.99 |
| 11/18/2024 | Lodging Kent Percy Renaissance Hotel - Westerville, OH 2024-11-18 2024-11-20 - Client site travel | 380.96 |
| 11/18/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 35.00 |
| 11/18/2024 | Taxi/Car Service Anthony Perrella Home to Airport - Client site travel | 65.63 |
| 11/18/2024 | Internet Access Jimmy Jang | 18.20 |
| 11/18/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 6.85 |
| 11/18/2024 | Taxi/Car Service Job Chan Airport to Hotel - Client site travel | 33.62 |
| 11/18/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 3.50 |
| 11/18/2024 | Group Meal - Engagement Team Job Chan - Dinner - Anthony Perrella; Job Chan; Kent Percy; Rowan Steere; Michael Gottlieb; Stuart Erickson; J. Borow - Columbus, OH - Out of town meal | 350.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/18/2024 | Lodging Job Chan Renaissance Hotel - Westerville, OH 2024-11-18 2024-11-19 - Client site travel | 196.89 |
| 11/18/2024 | Taxi/Car Service Job Chan Home to Airport - Client site travel | 80.00 |
| 11/18/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 24.91 |
| 11/18/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to Ord - Client site travel | 98.83 |
| 11/18/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Cmh to Hotel - Client site travel | 56.13 |
| 11/18/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 1.89 |
| 11/18/2024 | Lodging Rosa Mecklemburg Tenorio Renaissance Hotel - Westerville, OH 2024-11-18 2024-11-20 - Client site travel | 393.78 |
| 11/19/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Thomas Reid; Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 250.00 |
| 11/19/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 8.06 |
| 11/19/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 9.68 |
| 11/19/2024 | Gas/Fuel Thomas Reid - Client site travel | 37.82 |
| 11/19/2024 | Lodging Thomas Reid Fairfield Inn - Westerville, OH 2024-11-19 2024-11-21 - Client site travel | 242.52 |
| 11/19/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 13.49 |
| 11/19/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 3.87 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/19/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 21.72 |
| 11/19/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 4.60 |
| 11/19/2024 | Lodging Rowan Steere Renaissance Hotel - Westerville, OH 2024-11-19 2024-11-20 - Client site travel | 196.89 |
| 11/19/2024 | Airfare Rowan Steere 2024-11-20 CMH- ORD (one-way, economy, client site travel) | 333.94 |
| 11/19/2024 | Lodging Job Chan Le Meridien - Columbus, OH 2024-11-19 2024-11-20 - Client site travel | 225.00 |
| 11/19/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 7.69 |
| 11/19/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 2.15 |
| 11/19/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 13.92 |
| 11/19/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 3.00 |
| 11/19/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Hotel to Client office - Client site travel | 26.39 |
| 11/20/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 50.00 |
| 11/20/2024 | Train Kent Percy - New York, NY - Court hearing travel | 176.00 |
| 11/20/2024 | Train Kent Percy - New York, NY - Court hearing travel | 205.00 |
| 11/20/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 13.49 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/20/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 24.20 |
| 11/20/2024 | Car Rental Anthony Perrella 2 Days Columbus, OH | 179.79 |
| 11/20/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 11/20/2024 | Train Anthony Perrella - Wilmington, DE - Court hearing travel | 438.00 |
| 11/20/2024 | Taxi/Car Service Rowan Steere Airport to Home - Client site travel | 32.93 |
| 11/20/2024 | Group Meal Rowan Steere - Breakfast - Anthony Perrella; Kent Percy; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 42.47 |
| 11/20/2024 | Individual Meal Rowan Steere - Lunch - Columbus, OH - Out of town meal | 9.62 |
| 11/20/2024 | Internet Access Job Chan | 59.95 |
| 11/20/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 12.85 |
| 11/20/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 6.56 |
| 11/20/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 24.48 |
| 11/20/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 9.62 |
| 11/20/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Ord to Home - Client site travel | 48.30 |
| 11/21/2024 | Airfare Thomas Reid 2024-11-21 CMH- ATL (round-trip, economy, client site travel) | 207.80 |
| 11/21/2024 | Individual Meal Kent Percy - Dinner - Wilmington, DE - Court hearing travel | 15.50 |
| 11/21/2024 | Taxi/Car Service Kent Percy Office to Train station - Court hearing travel | 14.63 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:      Expenses
Code:    20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/21/2024 | Taxi/Car Service Kent Percy Train station to Office - Court hearing travel | 42.20 |
| 11/21/2024 | Train Change Fee Kent Percy - Wilmington, DE - Court hearing travel | 228.00 |
| 11/21/2024 | Individual Meal Kent Percy - Lunch - Wilmington, DE - Court hearing travel | 21.99 |
| 11/21/2024 | Individual Meal Kent Percy - Breakfast - Stamford, CT - Court hearing travel | 8.67 |
| 11/21/2024 | Taxi/Car Service Thomas Reid Chs to Home - Client site travel | 51.00 |
| 11/21/2024 | Gas/Fuel Thomas Reid - Client site travel | 12.78 |
| 11/21/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 16.62 |
| 11/21/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 8.55 |
| 11/21/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 6.02 |
| 11/21/2024 | Taxi/Car Service Anthony Perrella Airport to Home - Court hearing travel | 60.98 |
| 11/21/2024 | Taxi/Car Service Anthony Perrella Home to Train station - Court hearing travel | 51.82 |
| 11/21/2024 | Train Anthony Perrella - New York, NY - Court hearing travel | 140.00 |
| 11/21/2024 | Internet Access Jimmy Jang | 10.00 |
| 11/22/2024 | Taxi/Car Service Kent Percy Stamford, ct to Newark , nj - Court hearing travel | 228.00 |
| 11/22/2024 | Taxi/Car Service Kent Percy Newark, nj to Stamford, ct - Court hearing travel | 228.00 |
| 11/22/2024 | Car Rental Thomas Reid 9 Days Columbus, OH | 472.22 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/22/2024 | Taxi/Car Service Anthony Perrella Train station to Home - Court hearing travel | 94.79 |
| 11/27/2024 | Internet Access Kent Percy | 12.00 |
| 11/30/2024 | Azure by WBS November Costs | 5,230.30 |
| **Total Expenses** | | **36,787.88** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Client: 20008940Pa0003

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 10,786.78 |
| Computer Supplies / Support | 5,230.30 |
| Ground Transportation | 3,203.19 |
| Internet | 100.15 |
| Lodging | 10,669.37 |
| Meals | 3,618.80 |
| Parking & Tolls | 53.40 |
| Rental Car | 1,938.89 |
| Train | 1,187.00 |
| **Total Expenses** | **USD   36,787.88** |