**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Expenses
Code:     20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/20/2024 | Airfare Rowan Steere 2024-12-01 BOS- CMH (one-way, economy, client site travel) | 485.98 |
| 11/21/2024 | Airfare Thomas Reid 2024-12-02 CHS- ATL (round-trip, economy, client site travel) | 262.32 |
| 11/22/2024 | Airfare Rosa Mecklemburg Tenorio 2024-12-02 LGA- CMH (one-way, economy, client site travel) | 375.58 |
| 11/22/2024 | Airfare Rosa Mecklemburg Tenorio 2024-12-04 CMH- ORD (one-way, economy, client site travel) | 263.67 |
| 11/23/2024 | Airfare Thomas Reid 2024-12-02 CHS- CLT (round-trip, economy, client site travel) | 281.07 |
| 11/24/2024 | Airfare Thomas Reid 2024-12-05 CMH- LGA (one-way, economy, client site travel) | 355.58 |
| 11/27/2024 | Airfare Anthony Perrella 2024-12-02 LGA- CMH (round-trip, economy, client site travel) | 581.84 |
| 11/27/2024 | Airfare Rowan Steere 2024-12-04 CMH- ORD (one-way, economy, client site travel) | 299.40 |
| 11/27/2024 | Airfare Job Chan 2024-12-01 DFW- CMH (round-trip, economy, client site travel) | 960.27 |
| 11/30/2024 | Airfare Kent Percy 2024-12-02 EWR- CMH (round-trip, economy, client site travel) | 661.88 |
| 12/01/2024 | Taxi/Car Service Kent Percy Newark, NJ to Stamford, CT - Client site travel | 288.00 |
| 12/01/2024 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/01/2024 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL, - Client site travel | 21.67 |
| 12/01/2024 | Car Rental Rowan Steere 4 Days CMH | 299.38 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:  Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/01/2024 | Lodging Rowan Steere Renaissance Westerville, OH 2024-12-01 2024-12-04 - Client site travel | 645.42 |
| 12/01/2024 | Lodging Job Chan Renaissance Westerville, OH 2024-12-01 2024-12-05 - Client site travel | 772.41 |
| 12/01/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 25.11 |
| 12/01/2024 | Taxi/Car Service Job Chan Home to Airport - Dallas, TX - Client site travel | 62.07 |
| 12/02/2024 | Lodging Kent Percy Renaissance Westerville, OH 2024-12-02 2024-12-04 - Client site travel | 393.78 |
| 12/02/2024 | Lodging Thomas Reid Polaris Hotel Westerville, OH 2024-12-02 2024-12-05 - Client site travel | 402.63 |
| 12/02/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 24.49 |
| 12/02/2024 | Taxi/Car Service Thomas Reid Home to CHS - Charleston, SC - Client site travel | 41.37 |
| 12/02/2024 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 15.47 |
| 12/02/2024 | Lodging Anthony Perrella Renaissance Westerville, OH 2024-12-02 2024-12-04 - Client site travel | 391.45 |
| 12/02/2024 | Taxi/Car Service Anthony Perrella Home to Airport - New York, NY - Client site travel | 62.98 |
| 12/02/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 31.95 |
| 12/02/2024 | Group Meal - Engagement Team Job Chan - Dinner - Anthony Perrella; Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |
| 12/02/2024 | Taxi/Car Service Job Chan Hotel to Client site - Columbus, OH - Client site travel | 19.80 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/02/2024 | Taxi/Car Service Job Chan Home to Airport - Dallas, TX - Client site travel | 80.00 |
| 12/02/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 24.85 |
| 12/02/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Client office to Hotel - Columbus, OH - Client site travel | 27.71 |
| 12/02/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio CMH to Client office - Columbus, OH - Client site travel | 22.40 |
| 12/02/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio Home to LGA - New York, NY - Client site travel | 71.00 |
| 12/02/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 14.87 |
| 12/02/2024 | Lodging Rosa Mecklemburg Tenorio Renaissance Westerville, OH 2024-12-02 2024-12-04 - Client site travel | 391.45 |
| 12/02/2024 | Individual Meal Rosa Mecklemburg Tenorio - Dinner - Columbus, OH - Out of town meal | 47.93 |
| 12/02/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 4.79 |
| 12/03/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 23.21 |
| 12/03/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 35.00 |
| 12/03/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 14.57 |
| 12/03/2024 | Group Meal - Engagement Team Anthony Perrella - Dinner - Anthony Perrella; Thomas Reid; Job Chan; Kent Percy; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 300.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/03/2024 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 5.70 |
| 12/03/2024 | Group Meal Rowan Steere - Breakfast - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 19.60 |
| 12/03/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 7.18 |
| 12/03/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 11.77 |
| 12/03/2024 | Individual Meal Rosa Mecklemburg Tenorio - Lunch - Columbus, OH - Out of town meal | 12.64 |
| 12/03/2024 | Individual Meal Rosa Mecklemburg Tenorio - Breakfast - Columbus, OH - Out of town meal | 4.95 |
| 12/04/2024 | Individual Meal Thomas Reid - Breakfast - Columbus, OH - Out of town meal | 13.49 |
| 12/04/2024 | Individual Meal Thomas Reid - Lunch - Columbus, OH - Out of town meal | 35.00 |
| 12/04/2024 | Individual Meal Thomas Reid - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/04/2024 | Gas/Fuel Thomas Reid | 29.53 |
| 12/04/2024 | Airfare Anthony Perrella 2024-12-09 LGA- CMH (round-trip, economy, client site travel) | 750.25 |
| 12/04/2024 | Taxi/Car Service Rowan Steere Airport to Home - Chicago, IL, - Client site travel | 49.91 |
| 12/04/2024 | Group Meal Rowan Steere - Breakfast - Anthony Perrella; Job Chan; Kent Percy; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 45.93 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/04/2024 | Group Meal Rowan Steere - Lunch - Anthony Perrella; Kent Percy; Rosa Mecklemburg Tenorio; Rowan Steere - Columbus, OH - Out of town meal | 80.22 |
| 12/04/2024 | Airfare Job Chan 2024-12-11 CMH- ORD (round-trip, economy, client site travel) | 677.94 |
| 12/04/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/04/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 10.32 |
| 12/04/2024 | Taxi/Car Service Rosa Mecklemburg Tenorio ORD to Home - Chicago, IL - Client site travel | 63.58 |
| 12/05/2024 | Airfare Kent Percy 2024-12-09 EWR- CMH (round-trip, economy, client site travel) | 763.06 |
| 12/05/2024 | Public Transportation Thomas Reid - Columbus, OH - Client site travel | 2.90 |
| 12/05/2024 | Public Transportation Thomas Reid - Columbus, OH - Client site travel | 2.90 |
| 12/05/2024 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/05/2024 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - Client site travel | 62.96 |
| 12/05/2024 | Airfare Jimmy Jang 2024-12-09 LGA- CMH (round-trip, economy, client site travel) | 784.25 |
| 12/05/2024 | Airfare Job Chan 2024-12-09 DFW- CMH (one-way, economy, client site travel) | 408.15 |
| 12/05/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 12.00 |
| 12/05/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 13.28 |
| 12/06/2024 | Taxi/Car Service Thomas Reid CHS to Home - Charleston, SC - Client site travel | 41.66 |
| 12/06/2024 | Car Rental Anthony Perrella 4 Days CMH | 317.93 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/06/2024 | Taxi/Car Service Job Chan Airport to Home - Dallas, TX - Client site travel | 80.00 |
| 12/07/2024 | Car Rental Thomas Reid 3 Days Columbus, OH | 185.86 |
| 12/08/2024 | Airfare Job Chan 2024-12-08 DFW- CMH (one-way, economy, client site travel) | 416.15 |
| 12/08/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 15.28 |
| 12/08/2024 | Lodging Job Chan Renaissance Westerville, OH 2024-12-08 2024-12-11 - Client site travel | 643.09 |
| 12/09/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 23.23 |
| 12/09/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Job Chan; Kent Percy; Rosa Mecklemburg Tenorio - Columbus, OH - Out of town meal | 200.00 |
| 12/09/2024 | Lodging Kent Percy Polaris Hotel Westerville, OH 2024-12-09 2024-12-12 - Client site travel | 590.67 |
| 12/09/2024 | Taxi/Car Service Kent Percy Stamford, CT to Newark, NJ - Client site travel | 288.00 |
| 12/09/2024 | Taxi/Car Service Kent Percy Newark, NJ to Stamford, CT - Client site travel | 228.00 |
| 12/09/2024 | Taxi/Car Service Kent Percy Stamford, CT to Newark, NJ - Client site travel | 228.00 |
| 12/09/2024 | Internet Access Kent Percy | 8.00 |
| 12/09/2024 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 2.50 |
| 12/09/2024 | Taxi/Car Service Jimmy Jang Home to LGA - New York, NY - Client site travel | 46.21 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/09/2024 | Taxi/Car Service Jimmy Jang CMH to Client office - Columbus, OH - Client site travel | 25.26 |
| 12/09/2024 | Lodging Jimmy Jang Renaissance Westerville, OH 2024-12-09 2024-12-12 - Client site travel | 660.57 |
| 12/09/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 11.96 |
| 12/09/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 18.66 |
| 12/09/2024 | Taxi/Car Service Job Chan Home to Airport - Dallas, TX - Client site travel | 80.00 |
| 12/10/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/10/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 13.79 |
| 12/10/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 2.58 |
| 12/10/2024 | Office Supplies Kent Percy Printer supplies | 84.06 |
| 12/10/2024 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 25.00 |
| 12/10/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/10/2024 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 5.16 |
| 12/10/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 12/11/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 6.50 |
| 12/11/2024 | Group Meal - Engagement Team Kent Percy - Dinner - Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 100.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/11/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 8.06 |
| 12/11/2024 | Group Meal Job Chan - Lunch - Job Chan; Jimmy Jang; Rosa Mecklemburg Tenorio - Columbus, OH - Out of town meal | 65.52 |
| 12/11/2024 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/11/2024 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 11.27 |
| 12/12/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 10.99 |
| 12/12/2024 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 2.58 |
| 12/12/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 22.13 |
| 12/12/2024 | Airfare Kent Percy 2024-12-12 CMH- EWR (one-way, economy, client site travel) | 461.45 |
| 12/12/2024 | Gas/Fuel Kent Percy | 18.03 |
| 12/12/2024 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 39.68 |
| 12/12/2024 | Taxi/Car Service Jimmy Jang LGA to Home - New York, NY - Client site travel | 53.64 |
| 12/13/2024 | Car Rental Job Chan 4 Days columbus, ohio | 206.36 |
| 12/14/2024 | Car Rental Kent Percy 4 Days Columbus, OH | 288.99 |
| 12/14/2024 | Taxi/Car Service Job Chan Airport to Home - Dallas, TX - Client site travel | 80.00 |
| **Total Expenses** | | **19,092.68** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Client: 20008940Pa0003

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | | 8,788.84 |
| Ground Transportation | | 2,030.02 |
| Internet | | 8.00 |
| Lodging | | 4,891.47 |
| Meals | | 1,944.21 |
| Rental Car | | 1,346.08 |
| Supplies | | 84.06 |
| **Total Expenses** | **USD** | **19,092.68** |