**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al.,[1] | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. _____ |

**ORDER GRANTING MOTION OF**
**SHANDONG TAIPENG INTELLIGENT HOUSEHOLD PRODUCTS CO., LTD**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

Upon consideration of the Motion Of Shandong Taipeng Intelligent Household Products Co., LTD For Allowance And Payment Of Administrative Claim [D.I. ______] (the "**Motion**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and the Court having considered the Motion and any responses thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Shandong Taipeng Intelligent Household Products Co., LTD is granted an allowed an administrative priority claim against Debtors CSC Distribution, LLC and Closeout Distribution, LLC (together, the "**Debtors**") under section 503(b)(1) of the Bankruptcy Code in the amount of $715,392.00 (the "**Allowed Administrative Claim**"); and it is further

**ORDERED** that the Debtors shall remit payment of the Allowed Administrative Claim to Shandong within 10 days of the entry of this order; and it is further

**ORDERED** that the claims agent is hereby authorized and directed to update the claims register to reflect allowance of the foregoing administrative expense claim; and it is further

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.