## Exhibit A

| Invoice Number | Invoice Date | PO Number(s) | Total Amount | Ship Date | PO / Bill To: |
|---|---|---|---|---|---|
| YT24-389 | 12/1/2024 | 95575100 | $161,568.00 | 12/03/24 | CLOSEOUT DISTRIBUTION, LLC |
| YT24-391 | 11/30/2024 | 95575099 | $107,712.00 | 12/02/24 | CSC DISTRIBUTION, LLC |
| YT24-409 | 12/11/2024 | 95575084 | $284,544.00 | 12/14/2024 | CSC DISTRIBUTION, LLC |
| | | 95604843 | $107,712.00 | | |
| YT24-411 | 12/14/2024 | 95575104 | $53,856.00 | 12/17/24 | CSC DISTRIBUTION, LLC |
| | | | **$715,392.00** | | |