## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I served the foregoing *Motion of Shandong Taipeng Intelligent Household Products Co., LTD* on all counsel of record registered with the Court's ECF system and additionally served via First Class U.S. Mail upon the following parties.

Dated: January 29, 2025  */s/ Michael Busenkell*
Michael Busenkell (DE 3933)

**Via First Class U.S. Mail**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Sophie Rogers Churchill, Esq.<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801 | DAVIS POLK & WARDWELL LLP<br>Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Ethan Stern, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| COLE SCHOTZ P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Jack M. Dougherty, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | COLE SCHOTZ P.C.<br>Sarah A. Carnes, Esq.<br>1325 Avenue of the Americas, 1<br>9th Floor<br>New York, NY 10019 |
| OFFICE OF UNITED STATES TRUSTEE<br>Linda J. Casey, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | MCDERMOTT WILL & EMERY LLP<br>Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>Stacy Lutkus, Esq.<br>Natalie Rowles, Esq.<br>One Vanderbilt Avenue<br>New York, NY, 10017 |