**EXHIBIT 1**

**PURCHASE ORDERS AND INVOICES**

| Company | Order | Their PO | Invoice Date | Due | Invoiced | Balance | 1-30 Days Aged | 31-60 Days Aged | 61-90 Days Aged | 91+ Days Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| BIG LOTS STORES, INC. | 2024-43252-00 | 95669739 | 11/22/2024 | 12/22/2024 | 34,164.96 | 34,164.96 | - | - | 34,164.96 | - |
| BIG LOTS STORES, INC. | 2024-43249-00 | 95669741 | 11/22/2024 | 12/22/2024 | 35,413.92 | 35,413.92 | - | - | 35,413.92 | - |
| BIG LOTS STORES, INC. | 2024-43250-00 | 95669740 | 11/25/2024 | 12/25/2024 | 25,328.88 | 25,328.88 | - | 25,328.88 | - | - |
| **Totals** | | | | | **94,907.76** | **94,907.76** | **-** | **25,328.88** | **69,578.88** | **-** |
| | | | | | | | | | | |
| Report Type: | | Receivables Detail | | | | | | | | |
| Display currency: | | US Dollars | | | | | | | | |
| Show items: | | All Terms | | | | | | | | |
| End: | | 01/22/2025 | | | | | | | | |
| Company: | | BIG LOTS STORES, INC. | | | | | | | | |



# Invoice

141 Freeman Ave
Islip, NY 11751
Phone: 631-581-4000
Fax: 631-581-4510

**Order Number** 2024-43252-00
**Customer PO Number** 95669739

## Bill-To

BIG LOTS STORES, INC.
C/O BIG LOTS STORES, INC. A/P
4900 E. DUBLIN GRANVILLE ROAD
COLUMBUS, OH 43081

## Ship-To

BIG LOTS STORES, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
MONTGOMERY, AL 36108

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via |
|---|---|---|---|---|---|
| 11/07/2024 | 11/22/2024 | 11/22/2024 | Net 30 | 12/22/2024 | PICKUP |

| Item Number | Description | Cases Ordered | Cases Shipped | Price | Extension |
|---|---|---|---|---|---|
| 16334 | Cakebites - Classic Italian Rainbow - Family Pack 12/Case | 356 Case | 356 Case | $27.00 | $9,612.00 |
| 15621 | FILLED Cookies & Cream 9ct FAMILY PACK Filled Cookie - 12/cs | 284 Case | 284 Case | $27.24 | $7,736.16 |
| 15526 | FILLED Snickers 9ct FAMILY Pack Filled Cookie - 12/cs | 320 Case | 320 Case | $27.24 | $8,716.80 |
| 16812 | Cakebites - SNICKERS - Family Pack 12/Case | 300 Case | 300 Case | $27.00 | $8,100.00 |

Total Cases Ordered: 1,260.00    Total Weight: 10,216.00    Total Cases Shipped: 1,260.00

Please remit to:
Cookies United LLC
141 Freeman Ave
Islip, NY 11751

**Amount Due**
Country of Origin: USA

USD
$34,164.96

Original

Page 1 of 1



| | | | |
|---|---|---|---|
| PO # | 95669739 | See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors | Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program. |
| Date Created | 11/07/2024 | | |
| Version: | 2 | | |
| Buyer: | SHEPPARD, CASSIDY | | |
| Do Not Ship Before: | 11/22/2024 | | |
| Cancel if not Shipped by: | 11/28/2024 | | |
| Must be Routed by: | 11/17/2024 | | |
| Payment Terms: | Net 30 Days ROG | | |
| Freight Terms: | Collect | | |
| FOB: | NEW YORK-LTL US | | |

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:  334-286-6633      Fax:  334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH  43081-7651 US

Telephone:  614-278-6800      Fax:  614-278-6871

**Purchase From Vendor:  5004005**

COOKIES UNITED LLC
COOKIES UNITED LLC
655 METRO PLACE SOUTH STE 490
DUBLIN OH  43017-3388

Contact:       COOKIES UNITED LLC
Telephone:  614-792-9913          Fax
E-Mail:        TIM@OREILLYBROKERAGE.COM

**ADDITIONAL COMMENTS**

1 case pack per store, flow back to top stores

DIP-24-11967

---

Vendor Signature _____

Signee's Name _____

Title _____

Date _____

Units

15,120

VENDOR-COPY

Vendor Cost

34,164.96



# Invoice

141 Freeman Ave
Islip, NY 11751
Phone: 631-581-4000
Fax: 631-581-4510

Order Number: 2024-43249-00
Customer PO Number: 95669741

**Bill-To**

BIG LOTS STORES, INC.
C/O BIG LOTS STORES, INC. A/P
4900 E. DUBLIN GRANVILLE ROAD
COLUMBUS, OH 43081

**Ship-To**

BIG LOTS STORES, INC.
DURANT DC - #0879
2306 ENTERPRISE BLVD
DURANT, OK 74701

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via |
|---|---|---|---|---|---|
| 11/07/2024 | 11/22/2024 | 11/22/2024 | Net 30 | 12/22/2024 | PICKUP |

| Item Number | Description | Cases Ordered | Cases Shipped | Price | Extension |
|---|---|---|---|---|---|
| 16334 | Cakebites - Classic Italian Rainbow - Family Pack 12/Case | 373 Case | 373 Case | $27.00 | $10,071.00 |
| 15621 | FILLED Cookies & Cream 9ct FAMILY PACK Filled Cookie - 12/cs | 298 Case | 298 Case | $27.24 | $8,117.52 |
| 15526 | FILLED Snickers 9ct FAMILY Pack Filled Cookie - 12/cs | 335 Case | 335 Case | $27.24 | $9,125.40 |
| 16812 | Cakebites - SNICKERS - Family Pack 12/Case | 300 Case | 300 Case | $27.00 | $8,100.00 |

Total Cases Ordered: 1,306.00      Total Weight: 10,526.00      Total Cases Shipped: 1,306.00

Please remit to:
Cookies United LLC
141 Freeman Ave
Islip, NY 11751

**Amount Due**
Country of Origin: USA

USD $35,413.92

Original                                                                                          Page 1 of 1

# BIG LOTS!

| | |
|---|---|
| PO # | 95669741 |
| Date Created | 11/07/2024 |
| Version: | 2 |
| Buyer: | SHEPPARD, CASSIDY |
| Do Not Ship Before: | 11/22/2024 |
| Cancel if not Shipped by: | 11/28/2024 |
| Must be Routed by: | 11/17/2024 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | NEW YORK-LTL US |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:  580-931-2100    Fax:  580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800    Fax:  614-278-6871

**Purchase From Vendor:  5004005**

COOKIES UNITED LLC
COOKIES UNITED LLC
655 METRO PLACE SOUTH STE 490
DUBLIN OH  43017-3388

Contact:  COOKIES UNITED LLC
Telephone:  614-792-9913    Fax
E-Mail:  TIM@OREILLYBROKERAGE.COM

**ADDITIONAL COMMENTS**

1 case pack per store, flow back to top stores

DIP-24-11967

1 case pack per store, flow back to top stores

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| Units | Vendor Cost |
|---|---|
| 15,672 | 35,413.92 |

VENDOR-COPY



# Invoice

141 Freeman Ave
Islip, NY 11751
Phone: 631-581-4000
Fax: 631-581-4510

| | |
|---|---|
| **Order Number** | 2024-43250-00 |
| **Customer PO Number** | 95669740 |

## Bill-To

BIG LOTS STORES, INC.
C/O BIG LOTS STORES, INC. A/P
4900 E. DUBLIN GRANVILLE ROAD
COLUMBUS, OH 43081

## Ship-To

BIG LOTS STORES, INC.
TREMONT DC - 874
50 RAUSCH CREEK ROAD
TREMONT, PA 17981

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via |
|---|---|---|---|---|---|
| 11/07/2024 | 11/25/2024 | 11/25/2024 | Net 30 | 12/25/2024 | PICKUP |

| Item Number | Description | Cases Ordered | Cases Shipped | Price | Extension |
|---|---|---|---|---|---|
| 16334 | Cakebites - Classic Italian Rainbow - Family Pack 12/Case | 272 Case | 272 Case | $27.00 | $7,344.00 |
| 15621 | FILLED Cookies & Cream 9ct FAMILY PACK Filled Cookie - 12/cs | 217 Case | 217 Case | $27.24 | $5,911.08 |
| 15526 | FILLED Snickers 9ct FAMILY Pack Filled Cookie - 12/cs | 245 Case | 245 Case | $27.24 | $6,673.80 |
| 16812 | Cakebites - SNICKERS - Family Pack 12/Case | 200 Case | 200 Case | $27.00 | $5,400.00 |

Total Cases Ordered: 934.00          Total Weight: 7,578.00          Total Cases Shipped: 934.00

Please remit to:
Cookies United LLC
141 Freeman Ave
Islip, NY 11751

**Amount Due**
Country of Origin: USA

USD
$25,328.88

Original                                                                                           Page 1 of 1



| | |
|---|---|
| PO # | 95669740 |
| Date Created | 11/07/2024 |
| Version: | 1 |
| Buyer: | SHEPPARD, CASSIDY |
| Do Not Ship Before: | 11/19/2024 |
| Cancel if not Shipped by: | 11/25/2024 |
| Must be Routed by: | 11/14/2024 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | NEW YORK-LTL US |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848    Fax: 570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

**Purchase From Vendor:** 5004005

COOKIES UNITED LLC
COOKIES UNITED LLC
655 METRO PLACE SOUTH STE 490
DUBLIN OH 43017-3388

Contact:     COOKIES UNITED LLC
Telephone:  614-792-9913    Fax
E-Mail:      TIM@OREILLYBROKERAGE.COM

**ADDITIONAL COMMENTS**

1 case pack per store, flow back to top stores

DIP-24-11967

1 case pack per store, flow back to top stores

Vendor Signature _____

Signee's Name _____

Title _____

Date _____

Units

11,208

Vendor Cost

25,328.88

VENDOR-COPY