# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: Feb. 26, 2025 at 10:30 a.m.**<br>**Objection Deadline: Feb. 12, 2025 at 4:00 p.m.** |

## NOTICE OF MOTION OF COOKIES UNITED LLC FOR AN ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on January 29, 2025, Cookies United LLC ("**Movant**") filed its *Motion for an Order Allowing and Compelling Payment of Administrative Expense Claim* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Court in accordance with the local rules and served upon the undersigned counsel on or before **February 12, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed by the Objection Deadline, a hearing on the Motion will be held on February 26, 2025 at 10:30 a.m. (ET) before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court

---

[4] Upon information and belief, the debtors in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond to the Motion by the Objection Deadline, the Court may grant the relief requested without further notice or hearing.

Dated:  January 29, 2025   ARCHER & GREINER, P.C.

By:   /s/ Natasha M. Songonuga
Natasha M. Songonuga (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Email: nsongonuga@archerlaw.com

- and -

Gerard DiConza
ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 682-4940
Email: gdiconza@archerlaw.com

*Attorneys for Cookies United LLC*