**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 25, 2024 TO DECEMBER 31, 2024**

| Professional | Position | September Billing Rate | September Total Hours | September Total Fees | October - December Billing Rate | October - December Total Hours | October - December Total Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $1,495 | 2.8 | $4,186.00 | 1,525 | 69.3 | $105,682.50 | 72.1 | $109,868.50 |
| Alan Tantleff | Senior Managing Director | 1,315 | 0.2 | 263.00 | 1,445 | 1.2 | 1,734.00 | 1.4 | 1,997.00 |
| Clifford Zucker | Senior Managing Director | 1,390 | 19.4 | 26,966.00 | 1,445 | 89.9 | 129,905.50 | 109.3 | 156,871.50 |
| Steven Joffe | Senior Managing Director | 1,390 | 2.1 | 2,919.00 | | | | 2.1 | 2,919.00 |
| Elizabeth Hu | Senior Managing Director | 1,180 | 9.3 | 10,974.00 | 1,305 | 150.1 | 195,880.50 | 159.4 | 206,854.50 |
| Timothy Schleeter | Senior Managing Director | | | | 1,275 | 30.3 | 38,632.50 | 30.3 | 38,632.50 |
| Gilbert Jones | Managing Director | | | | 1,155 | 1.9 | 2,194.50 | 1.9 | 2,194.50 |
| Megan Hyland | Managing Director | 1,110 | 28.6 | 31,746.00 | 1,155 | 286.0 | 330,330.00 | 314.6 | 362,076.00 |
| Edith Wong | Managing Director | | | | 1,155 | 0.5 | 577.50 | 0.5 | 577.50 |
| Philip Langton | Managing Director | | | | 1,155 | 11.6 | 13,398.00 | 11.6 | 13,398.00 |
| William Krogstad | Managing Director | 1,015 | 3.0 | 3,045.00 | 1,120 | 38.0 | 42,560.00 | 41.0 | 45,605.00 |
| Brian Taylor | Managing Director | | | | 1,095 | 8.8 | 9,636.00 | 8.8 | 9,636.00 |
| Jeremy Gittelman | Senior Director | 1,025 | 14.3 | 14,657.50 | 1,065 | 21.3 | 22,684.50 | 35.6 | 37,342.00 |
| Joseph Sternberg | Senior Director | | | | 1,045 | 29.7 | 31,036.50 | 29.7 | 31,036.50 |
| Thiago Nunes Rodrigues | Senior Director | 980 | 42.5 | 41,650.00 | 1,020 | 188.5 | 192,270.00 | 231.0 | 233,920.00 |
| Max Abramson | Senior Director | | | | 1,000 | 57.7 | 57,700.00 | 57.7 | 57,700.00 |
| Dheeraj Garg | Director | | | | 1,010 | 3.0 | 3,030.00 | 3.0 | 3,030.00 |
| Sydney Ahmed | Director | 875 | 5.4 | 4,725.00 | 965 | 45.6 | 44,004.00 | 51.0 | 48,729.00 |
| Monica Healy | Director | | | | 965 | 21.2 | 20,458.00 | 21.2 | 20,458.00 |
| Maxwell Dawson | Senior Consultant | 730 | 14.9 | 10,877.00 | 820 | 13.7 | 11,234.00 | 28.6 | 22,111.00 |
| Brendon Lecours | Senior Consultant | 750 | 4.0 | 3,000.00 | 810 | 8.6 | 6,966.00 | 12.6 | 9,966.00 |
| Thomas Mcguire | Senior Consultant | | | | 810 | 91.5 | 74,115.00 | 91.5 | 74,115.00 |
| Calvin Aas | Senior Consultant | 665 | 51.9 | 34,513.50 | 760 | 374.9 | 284,924.00 | 426.8 | 319,437.50 |
| Matteo Whelton | Consultant | | | | 575 | 1.5 | 862.50 | 1.5 | 862.50 |
| Sophia Cassidy | Consultant | 495 | 8.6 | 4,257.00 | 575 | 157.1 | 90,332.50 | 165.7 | 94,589.50 |
| David Berry | Consultant | | | | 550 | 11.0 | 6,050.00 | 11.0 | 6,050.00 |
| Sarah Moran | Consultant | | | | 515 | 91.0 | 46,865.00 | 91.0 | 46,865.00 |
| Marili Hellmund-Mora | Manager | | | | 355 | 23.3 | 8,271.50 | 23.3 | 8,271.50 |
| **GRAND TOTAL** | | | **207.0** | **$193,779.00** | | **1,827.2** | **$1,771,334.50** | **2,034.2** | **$1,965,113.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 25, 2024 TO DECEMBER 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 155.7 | $ 135,513.50 |
| 2 | Cash & Liquidity Analysis | 540.0 | 461,779.0 |
| 3 | Financing Matters (DIP, Exit, Other) | 124.0 | 134,585.0 |
| 4 | Trade Vendor Issues | 33.5 | 35,292.0 |
| 5 | Real Estate Issues | 124.9 | 122,997.0 |
| 6 | Asset Sales | 204.1 | 231,535.0 |
| 7 | Analysis of Business Plan | 70.5 | 68,269.5 |
| 9 | Analysis of Employee Compensation Programs | 10.6 | 12,151.0 |
| 10 | Analysis of Tax Issues | 3.6 | 4,886.5 |
| 11 | Prepare for and Attendance at Court Hearings | 35.0 | 42,155.5 |
| 12 | Analysis of SOFAs & SOALs | 110.2 | 92,914.5 |
| 13 | Analysis of Other Miscellaneous Motions | 166.7 | 166,385.0 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 7.0 | 6,745.0 |
| 18 | Potential Avoidance Actions & Litigation Matters | 245.0 | 258,935.5 |
| 19 | Case Management | 30.6 | 32,193.5 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 2.4 | 2,995.5 |
| 21 | General Meetings with Committee & Committee Counsel | 53.6 | 70,347.5 |
| 23 | Firm Retention | 13.0 | 11,968.0 |
| 24 | Preparation of Fee Application | 103.8 | 73,465.0 |
| | **GRAND TOTAL** | **2,034.2** | **$ 1,965,113.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 25, 2024 TO DECEMBER 31, 2024**

| Expense Type | Amount |
|---|---:|
| Working Meals | $139.22 |
| **Total** | **$139.22** |