In re Big Lots, Inc., et al., Case No. 24-11967                                                                                                    Exhibit A
**PwC US Tax LLP**
**Summary by Billing Category and Project Category**

| Billing Category and Project Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| Tax Compliance Services | 1,020.20 | $98,000.00 [1] |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *1,020.20* | *$98,000.00* |
| **Hourly Services** | | |
| Tax Advisory Services | 520.90 | $544,691.70 |
| *Subtotal - Hours and Compensation - Hourly Services* | *520.90* | *$544,691.70* |
| **Bankruptcy Compliance Services** | | |
| Retention Applications | 26.20 | $12,655.00 |
| Fee Applications | 18.30 | $7,320.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Compliance Services* | *44.50* | *$19,975.00* |
| **Subtotal - Hours and Compensation** | **1,585.60** | **$662,666.70** |
| **Less Fee Reduction** | | **-$13,300.00** [2] |
| **Total - Hours and Compensation - All Services** | **1,585.60** | **$649,366.70** |

[1] As set forth in the PwC US Tax Retention Application, the tax compliance engagement is a fixed fee arrangement whereby PwC US Tax has agreed to be paid a total $150,000, exclusive of expenses. Prior to the Petition Date, PwC US Tax was paid $135,000 for tax compliance services, of which $83,000 remained as of the Petition Date to be applied against approved post-petition fees for such post-petition tax compliance services. By this Interim Application, PwC US Tax seeks (i) approval but not payment of $83,000 of the total fixed fee amount, plus (ii) approval and payment of $15,000 of the total fixed fee amount.

[2] Pursuant to a prior agreement with the Office of the United States Trustee, PwC US Tax agreed to reduce its first fee application request by $13,300. *See* PwC US Tax's first monthly fee application for the period from September 9, 2024 through October 31, 2024 [Docket No. 1337].