**PwC US Tax LLP**

**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Art Sewall | Partner | $1,330 | 0.50 | $665.00 |
| Bob Ritter | Partner | $1,265 | 7.90 | $9,993.50 |
| Craig Keller | Partner | $1,265 | 16.70 | $21,125.50 |
| Hardeo Bissoondial | Partner | $1,265 | 2.00 | $2,530.00 |
| Lesa Shoemaker | Partner | $1,265 | 50.10 | $63,376.50 |
| Lindsay Galvin | Partner | $1,265 | 1.50 | $1,897.50 |
| Sean Kelly | Partner | $1,330 | 30.80 | $40,964.00 |
| Brian Trueman | Director | $1,006 | 61.90 | $62,271.40 |
| Hudson Harrison | Director | $1,006 | 2.50 | $2,515.00 |
| Tom Carpenter | Director | $1,006 | 9.70 | $9,758.20 |
| Tom Fagan | Director | $1,006 | 2.60 | $2,615.60 |
| Zak Adkins | Director | $1,006 | 13.40 | $13,480.40 |
| Elyse Acosta | Senior Manager | $1,141 | 144.40 | $164,760.40 |
| Evan Amundson | Senior Manager | $918 | 2.00 | $1,836.00 |
| Nicole Berkow | Senior Manager | $918 | 2.50 | $2,295.00 |
| Joseph Beiter | Manager | $829 | 5.50 | $4,559.50 |
| Steven Shao | Manager | $829 | 7.50 | $6,217.50 |
| Maddi Cooperrider | Senior Associate | $952 | 1.10 | $1,047.20 |
| Rhys Jonard | Senior Associate | $702 | 34.00 | $23,868.00 |
| Ryan Miller | Senior Associate | $702 | 2.20 | $1,544.40 |
| Will Gaziano | Senior Associate | $952 | 84.10 | $80,063.20 |
| Evan Hannan | Experienced Associate | $743 | 33.10 | $24,593.30 |
| Mia Gerthoffer | Experienced Associate | $554 | 4.90 | $2,714.60 |
| *Subtotal - Tax Advisory Services* | | | 520.90 | $544,691.70 |
| **Subtotal - Hourly Services** | | | **520.90** | **$544,691.70** |
| **Bankruptcy Compliance Services** | | | | |
| *Retention Applications* | | | | |
| Thalia Cody | Director | $550 | 14.50 | $7,975.00 |
| Chris Lewis | Manager | $400 | 11.70 | $4,680.00 |
| *Subtotal - Retention Applications* | | | 26.20 | $12,655.00 |
| *Fee Applications* | | | | |
| Chris Lewis | Manager | $400 | 18.30 | $7,320.00 |
| *Subtotal - Fee Applications* | | | *18.30* | *$7,320.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **44.50** | **$19,975.00** |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **565.40** | **$564,666.70** |