# CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, hereby certify that on the 30th day of January, 2025, a copy of the *Notice of Appeal of Certain Administrative Claimants* filed by Hello Sofa, LLC and Franklin Corporation was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below via electronic mail.

Robert J. Dehney, Sr.
(rdehney@morrisnichols.com)
Andrew R. Remming
(aremming@morrisnichols.com)
Tamara K. Mann
(tmann@morrisnichols.com)
Sophie Rogers Churchill
(srchurchill@morrisnichols.com)
Casey B. Sawyer
(csawyer@morrisnichols.com)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Brian M. Resnick
(brian.resnick@davispolk.com)
Adam L. Shpeen
(adam.shpeen@davispolk.com)
James I. McClammy
(james.mcclammy@davispolk.com)
Stephen D. Piraino
(stephen.piraino@davispolk.com)
Ethan Stern (ethan.stern@davispolk.com)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Dated: January 30, 2025
      Wilmington, DE

Steven E. Fox (sfox@riemerlaw.com)
Riemer & BRAUNSTEIN LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036

Linda J. Casey (Linda.Casey@usdoj.gov)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Justin R. Alberto (jalberto@coleschotz.com)
Stacy L. Newman
(snewman@coleschotz.com)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Darren Azman (dazman@mwe.com)
Kristin K. Going (kgoing@mwe.com)
Stacy Lutkus (salutkus@mwe.com)
Natalie Rowles (nrowles@mwe.com)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY, 10017

**GOLDSTEIN & MCCLINTOCK LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Email: marias@goldmclaw.com

1

-and-

**PHELPS DUNBAR LLP**
Danielle Mashburn-Myrick
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Telephone: (251) 441-8202
Email: Danielle.mashburn-myrick@phelp.com

*Attorneys for Appellants/Administrative Claimants*