IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC.*, et al.*,[1] | Case No. 24-11967 (JKS) <br> (Jointly Administered) |
| Debtor. | Re: D.I. 1749 |

## CERTIFICATION OF NO TRANSCRIPT ORDERED RE: NOTICE OF APPEAL

Administrative Claimant-Appellant, Prestige Patio, Inc. (the "Administrative Claimant"), by and through undersigned counsel, certify, pursuant to Fed. R. Bankr. P. 8009(b), that it is not ordering additional transcripts with respect to its appeal of (i) the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] and (ii) the *Order Shortening Notice of Motion of Debtors for Entry of An Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1449].

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereinafter "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

                                                Respectfully submitted,

Dated: Wilmington, DE                       **The Law Office of James Tobia, LLC**
        January 30, 2025

                                                */s/ James Tobia*
                                                James Tobia (No. 3798)
                                                1716 Wawaset Street
                                                Wilmington, DE 19806
                                                Telephone: (302) 655-5303
                                                Email: jtobia@tobialaw.com

                                                -and-

                                                **SchrierShayne P.C.**
                                                Richard E. Schrier, esq *(admitted Pro Hac Vice)*
                                                262 W. 38th Street
                                                New York, New York 10018
                                                Telephone: 516-578-8999
                                                              212-566-4949
                                                Email: richardschrier@gmail.com

                                                *Counsel for Appellant Prestige Patio, Inc.*