**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., et al.,<br><br>          Debtors. | Bankruptcy Case No. 24-11967 (JKS)<br>(Jointly Administered) |
| PEAK LIVING, INC., et al.,<br><br>          Appellants,<br><br>    v.<br>BIG LOTS INC., et al.,<br><br>          Appellee. | Civil Action No. 1:25-cv-72-GBW |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE**
**RECORD ON APPEAL AND STATEMENT OF THE ISSUES**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Administrative Claimants-Appellants Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc. (collectively, the "Appellants"), by and through their undersigned counsel, hereby submit this statement of issues and designations of items to be included in Appellants' appeal of (i) the Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Bankr. D.I. 1556] (the "Sale Order") and (ii) the Order Shortening Notice of Motion of Debtors for Entry of An Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and

Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief

[Bankr. D.I. 1449] entered on December 27, 2024 (the "Order Shortening Time"), including,

without limitation, any and all orders, judgments, decrees, decisions, rulings, and opinions that

may subsequently be entered regarding the Sale Order or the Order Shortening Time.

### DESIGNATION OF THE RECORD ON APPEAL[1]

The Appellants designate the following items to be included in the record on appeal:

| Big Lots Inc., et al. Case No. 24-11967 (Bankr. D. Del) (JKS) | | | |
|---|---|---|---|
| Item No. | Filing Date | Docket No. | Pleading |
| 1 | December 27, 2024 | 1437 | Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief together with all exhibits |
| 2 | December 27, 2024 | 1442 | Motion to Shorten Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 3 | December 27, 2024 | 1449 | Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 4 | December 27, 2024 | 1454 | Amended Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets |

---

[1] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, all documents admitted into evidence.

| | | | Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
|---|---|---|---|
| 5 | December 27, 2024 | 1455 | Amended Notice of Agenda of Matters Scheduled for Hearing |
| 6 | December 29, 2024 | 1467 | Objection to Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 7 | December 29, 2024 | 1471 | Affidavit/Declaration of Mailing of Moheen Ahmad Regarding Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief, Motion to Shorten Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief, Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief, Amended Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing |

| | | | Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief, and Amended Notice of Agenda for Status Conference Scheduled for December 30, 2024, at 11:00 a.m. (ET) |
|---|---|---|---|
| | December 30, 2024 | 1473 | Joint Objection of the Texas Taxing Authorities to the Debtors' Motion for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and perform under the GBRP APA, (III) Authorizing Assumption and Assignment of executory contracts and unexpired leases, and (IV) granting related relief |
| 8 | December 30, 2024 | 1474 | Objection And Reservation Of Rights Of WPG Legacy, LLC To The Motion For Entry Of An Order (I) Approving Sale Of Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (II) Authorizing The Debtors To Enter Into And Perform Under The GBRP APA, (III) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief |
| 9 | December 30, 2024 | 1479 | Notice of Revised Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 10 | December 30, 2024 | 1480 | Renewed Objection And Reservation Of Rights Of WPG Management Associates, Inc. To The Proposed Sale Transaction With Gordon Brothers Retail Partners, LLC And Other Designated Buyers |
| 11 | December 30, 2024 | 1482 | Amended Notice of Agenda of Matters Scheduled for Hearing |
| 12 | December 30, 2024 | 1483 | Limited Objection And Reservation Of Rights Of Tempur Sealy International, Inc. To Motion Of Debtors For Entry Of An Order (I) Approving Sale Of Debtors Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (II) Authorizing The Debtors To Enter Into And |

PD.48241945.1

| | | | Perform Under The GBRP APA, (III) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief |
|---|---|---|---|
| 13 | December 30, 2024 | 1484 | Joinder Of Ramsey Pike, LLC To Objection And Reservation Of Rights Of WPG Legacy, LLC To The Motion For Entry Of An Order (I) Approving Sale Of Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (II) Authorizing The Debtors To Enter Into And Perform Under The GBRP APA, (III) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief |
| 14 | December 30, 2024 | 1485 | Joinder Of Banckentucky, Inc. To Objection And Reservation Of Rights Of WPG Legacy, LLC To The Motion For Entry Of An Order (I) Approving Sale Of Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (II) Authorizing The Debtors To Enter Into And Perform Under The GBRP APA, (III) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief |
| 15 | December 30, 2024 | 1489 | Limited Objection and Reservation of Rights of Milelli Realty-Lehigh Street, LLC to Motion of Debtors for Entry of An Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 16 | December 30, 2024 | 1490 | Objection of Certain Utility Companies to the Motion of Debtors For Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors To Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 17 | December 30, 2024 | 1497 | Notice of Deposition of Kent Percy in Connection with the Debtors' GBRP Sale Motion |
| 18 | December 30, 2024 | 1500 | Notice of Agenda of Matters Scheduled for Hearing |

PD.48241945.1

| 19 | December 30, 2024 | 1552 | Transcript of the Hearing Held December 30, 2024 together with all exhibits admitted at the hearing |
| 20 | December 30, 2024 | 54 | Transcript of the December 30, 2024 Deposition of Kent Percy together with all exhibits introduced at the deposition |
| 21 | December 31, 2024 | 1501 | Hearing Held/Court Sign-In Sheet |
| 22 | December 31, 2024 | 1504 | Limited Objection to the Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 23 | December 31, 2024 | 1505 | Joinder of RESPAWN to Meta Platforms, Inc. Limited Objection to Motion of Debtors for Entry of an Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 24 | December 31, 2024 | 1554 | Transcript of the Hearing Held December 31, 2024 together with all exhibits admitted at the hearing |
| 25 | January 1, 2025 | 1532 | Notice of Hybrid Hearing will be held at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware |
| 26 | January 2, 2025 | 1533 | Notice of Further Revised Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 27 | January 2, 2025 | 1534 | Notice of Agenda of Matters Scheduled for Hearing |
| 28 | January 2, 2025 | 1535 | Hearing Held/Court Sign-In Sheet |
| 29 | January 2, 2025 | 1536 | Notice of Revised Asset Purchase Agreement |

PD.48241945.1

| 30 | January 2, 2025 | 1633 | Transcript of the Hearing Held January 2, 2025 together with all exhibits admitted at the hearing |
| 31 | January 2, 2025 | 1541 | Court Date & Time (pdf with audio of hearing) |
| 32 | January 2, 2025 | 1553 | Certification of Counsel Regarding the Revised Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 33 | January 2, 2025 | 1555 | Supplemental Certification of Counsel Regarding the Revised Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 34 | January 2, 2025 | 1556 | Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief |
| 35 | September 9, 2024 | 3 | Affidavit/Declaration in Support of First Day Motion Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings |
| 36 | September 9, 2024 | 11 | Motion Regarding Chapter 11 First Day Motions Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered |

PD.48241945.1

| | | | Prepetition and Authorizing Debtors To Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors To Return Goods, (IV) Authorizing Debtors To Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions To Honor and Process Related Checks and Transfers |
|---|---|---|---|
| 37 | September 9, 2024 | 16 | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 38 | September 9, 2024 | 18 | Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 39 | September 9, 2024 | 19 | Motion to Approve Debtor In Possession Financing Filed By Big Lots, Inc. |
| 40 | September 9, 2024 | 20 | [REDACTED] Motion to Approve Debtors in Possession Financing |
| 41 | September 9, 2024 | 21 | Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Commercial Information in the Debtor in Possession Financing Facilities |
| 42 | September 9, 2024 | 69 | [SEALED] Notice of Filing of Fee Letters Related To Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, And 552, (I) Authorizing the Debtors To (A) Obtain Senior Secured Superpriority Post-Petition Financing And (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection To Prepetition Secured Parties, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief |
| 43 | September 9, 2024 | 71 | [REDACTED] Notice of Filing of Fee Letters Related To Motion of Debtors For Entry of Interim |

PD.48241945.1

| | | | and Final Orders, Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing the Debtors To (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection To Prepetition Secured Parties, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief |
|---|---|---|---|
| 44 | September 10, 2024 | 77 | Notice of Filing of Amended Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings |
| 45 | September 10, 2024 | 78 | Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 46 | September 10, 2024 | 80 | Notice of Filing of Proposed Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 47 | September 10, 2024 | 106 | Interim Order (I) Authorizing Debtors To Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors To Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors To Return Goods, (IV) Authorizing Debtors To Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions To Honor and Process Related Checks and Transfers |
| 48 | September 10, 2024 | 107 | Order Authorizing The Filing Under Seal Of The DIP Fees In The Debtor In Possession Financing Facilities |

PD.48241945.1

| 49 | September 10, 2024 | 108 | Certification of Counsel Regarding Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV)Scheduling a Final Hearing, and (V) Granting Related Relief |
|---|---|---|---|
| 50 | September 10, 2024 | 114 | Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, And 552, And Bankruptcy Rules 2002, 4001, 6003, 6004, And 9014 (I) Authorizing Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting (A) Liens And Providing Superpriority Administrative Expense Status And (B) Adequate Protection To Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief |
| 51 | September 11, 2024 | 124 | Certification of Counsel Regarding Interim Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 52 | September 11, 2024 | 134 | Interim Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 53 | September 12, 2024 | 138 | Transcript regarding Hearing Held 9/10/2024 |
| 54 | September 12, 2024 | 151 | Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases |
| 55 | September 17, 2024 | 197 | Declaration of Adam Rifkin in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing |

| | | | Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
|---|---|---|---|
| 56 | September 17, 2024 | 198 | Notice of Filing of Exhibits Related to Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 57 | September 18, 2024 | 205 | Application/Motion to Employ/Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors |
| 58 | September 18, 2024 | 206 | Application/Motion to Employ/Retain AlixPartners, LLP as Financial Advisor for the Debtors |
| 59 | September 18, 2024 | 207 | Application/Motion to Employ/Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor |
| 60 | September 18, 2024 | 210 | Application/Motion to Employ/Retain Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors-in-Possession |
| 61 | September 22, 2024 | 240 | Motion to Extend Deadline to File Schedules or Provide Required Information |
| 62 | September 23, 2024 | 248 | Notice of Appointment of Creditors' Committee |
| 63 | September 24, 2024 | 257 | Declaration of Joseph Malfitano in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 64 | September 24, 2024 | 258 | Declaration of Eric W. Kaup in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 65 | September 24, 2024 | 259 | Declaration of Mark P. Naughton in Support of Motion of Debtors for Entry of Interim and Final |

| | | | Orders (I) Authorizing Debtors To Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
|---|---|---|---|
| 66 | September 25, 2024 | 269 | Notice of Meeting of Creditors/Commencement of Case Filed by Big Lots, Inc.. 341(a) meeting to be held on 10/16/2024 at 10:00 AM |
| 67 | September 25, 2024 | 287 | Motion of the Debtors for Entry of an Order (I) Approving (A) the Procedures for the Sale of Certain of the Debtors De Minimis Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) the Form and Manner of Notice of De Minimis Asset Sales, and (II) Granting Related Relief |
| 68 | September 25, 2024 | 289 | Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Filed by Big Lots, Inc.. |
| 69 | September 26, 2024 | 321 | Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals Nunc Pro Tunc to the Petition Date |
| 70 | October 8, 2024 | 445 | Certification of Counsel Regarding Final Order (I) Authorizing Debtors to Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising from Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors to Pay those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, (IV) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers |
| 71 | October 9, 2024 | 463 | Final Order (I) Authorizing Debtors To Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors To Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors To Return Goods, (IV) Authorizing Debtors To Pay Certain Prepetition |

PD.48241945.1

|   |   |   | Claims of Lien Claimants, and (V) Authorizing Financial Institutions To Honor and Process Related Checks and Transfers |
|---|---|---|---|
| 72 | October 10, 2024 | 470 | Order (I) Approving (A) The Procedures for the Sale of Certain of the Debtors' De Minimis Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) The Form and Manner of Notice of De Minimis Asset Sales, and (II) Granting Related Relief |
| 73 | October 11, 2024 | 480 | Transcript regarding Hearing Held 10/9/2024 RE: Second Day Motions |
| 74 | October 15, 2024 | 495 | Notice of Filing of Revised Exhibits To Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 75 | October 17, 2024 | 519 | Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals |
| 76 | October 17, 2024 | 522 | Supplemental Declaration of Stuart Erickson in Support of Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors-in-Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements |
| 77 | October 17, 2024 | 542 | Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs |
| 78 | October 18, 2024 | 548 | Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals |
| 79 | October 18, 2024 | 549 | Order (A) Authorizing the Debtors to Retain A&G Realty Partners, LLC as a Real Estate Consultant and Advisor to the Debtors Effective as of the |

PD.48241945.1

| | | | Petition Date and (B) Waiving Certain Reporting Requirements |
|---|---|---|---|
| 80 | October 18, 2024 | 550 | Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors-In-Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements |
| 81 | October 18, 2024 | 552 | Application/Motion to Employ/Retain McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors, Effective September 24, 2024 |
| 82 | October 18, 2024 | 553 | Application/Motion to Employ/Retain Cole Schotz P.C. as Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024 |
| 83 | October 18, 2024 | 554 | Application/Motion to Employ/Retain FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 25, 2024 |
| 84 | October 20, 2024 | 556 | Notice of Filing of Proposed Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, and (IV) Granting Related Relief |
| 85 | October 20, 2024 | 557 | Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 86 | October 20, 2024 | 558 | Notice of Filing of (I) Revised Proposed Bidding Procedures Order and (II) Proposed Stalking Horse Sale Order |
| 87 | October 21, 2024 | 565 | Supplemental Declaration of Brian M. Resnick in Support of the Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date |
| 88 | October 21, 2024 | 572 | AS MODIFIED Order Authorizing Debtors to Employ and Retain AlixPartners, LLP as Their Financial Advisor Effective as of the Petition Date |

PD.48241945.1

| 89 | October 21, 2024 | 573 | Supplemental Declaration of Kent Percy of AlixPartners, LLP |
| 90 | October 21, 2024 | 576 | Final Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief |
| 91 | October 21, 2024 | 577 | Order Approving Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP ss Attorneys for the Debtors Nunc Pro Tunc to the Petition Date |
| 92 | October 22, 2024 | 584 | Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, and (IV) Granting Related Relief |
| 93 | October 22, 2024 | 587 | Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors Nun Pro Tunc to the Petition Date |
| 94 | October 23, 2024 | 590 | Transcript regarding Hearing Held 10/21/2024 |
| 95 | October 25, 2024 | 612 | Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief |
| 96 | October 28, 2024 | 627 | Supplemental Declaration of Robert J. Dehney, Sr. in Further Support of the Debtors' Application Pursuant to 11 U.S.C. §§ 327(a), 328(a), and 1107(b); Fed. R. Bankr. P. 2014 and 2016; and Del. Bankr. L.R. 2016-1 for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Co-Counsel for the Debtors, Nunc Pro Tunc to the Petition Date |
| 97 | October 31, 2024 | 685 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities [Case No. 24-11967] |

| 98  | October 31, 2024 | 686 | Schedules/Statements filed: Stmt of Financial Affairs [Case No. 24-11967] |
| 99  | October 31, 2024 | 687 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11966 |
| 100 | October 31, 2024 | 688 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11966 |
| 101 | October 31, 2024 | 690 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11968 |
| 102 | October 31, 2024 | 691 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11966 |
| 103 | October 31, 2024 | 692 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11969 |
| 104 | October 31, 2024 | 693 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11969 |
| 105 | October 31, 2024 | 694 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11970 |
| 106 | October 31, 2024 | 695 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11970 |
| 107 | October 31, 2024 | 697 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11971 |
| 108 | October 31, 2024 | 698 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11971 |
| 109 | October 31, 2024 | 699 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11972 |
| 110 | October 31, 2024 | 700 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11972 |
| 111 | October 31, 2024 | 701 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11973 |
| 112 | October 31, 2024 | 702 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11973 |
| 113 | October 31, 2024 | 703 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11974 |
| 114 | October 31, 2024 | 704 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11974 |
| 115 | October 31, 2024 | 705 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11975 |

PD.48241945.1

| 116 | October 31, 2024 | 706 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11975 |
| 117 | October 31, 2024 | 707 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11976 |
| 118 | October 31, 2024 | 708 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11976 |
| 119 | October 31, 2024 | 709 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11977 |
| 120 | October 31, 2024 | 710 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11977 |
| 121 | October 31, 2024 | 711 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11978 |
| 122 | October 31, 2024 | 712 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11978 |
| 123 | October 31, 2024 | 713 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11979 |
| 124 | October 31, 2024 | 714 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11979 |
| 125 | October 31, 2024 | 715 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11980 |
| 126 | October 31, 2024 | 716 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11980 |
| 127 | October 31, 2024 | 717 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11981 |
| 128 | October 31, 2024 | 718 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11981 |
| 129 | October 31, 2024 | 719 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11982 |
| 130 | October 31, 2024 | 720 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11982 |
| 131 | October 31, 2024 | 721 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11983 |
| 132 | October 31, 2024 | 722 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11983 |
| 133 | October 31, 2024 | 723 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11984 |

PD.48241945.1

| 134 | October 31, 2024 | 724 | Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11984 |
| 135 | October 31, 2024 | 725 | Chapter 11 Monthly Operating Report [for Case No. 24-11967] for the Month Ending 9/28/2024 |
| 136 | October 31, 2024 | 727 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 9/28/2024 |
| 137 | October 31, 2024 | 728 | Chapter 11 Monthly Operating Report for Case No. 24-11980 for the Month Ending 9/28/2024 |
| 138 | October 31, 2024 | 730 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 9/28/2024 |
| 139 | October 31, 2024 | 731 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 9/28/2024 |
| 140 | October 31, 2024 | 732 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 9/28/2024 |
| 141 | October 31, 2024 | 733 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 9/28/2024 |
| 142 | October 31, 2024 | 734 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 9/28/2024 |
| 143 | October 31, 2024 | 735 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 9/28/2024 |
| 144 | October 31, 2024 | 736 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 9/28/2024 |
| 145 | October 31, 2024 | 737 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 9/28/2024 |
| 146 | October 31, 2024 | 738 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 9/28/2024 |
| 147 | October 31, 2024 | 739 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 9/28/2024 |
| 148 | October 31, 2024 | 740 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 9/28/2024 |
| 149 | October 31, 2024 | 742 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 9/28/2024 |
| 150 | October 31, 2024 | 743 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 9/28/2024 |
| 151 | October 31, 2024 | 744 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 9/28/2024 |
| 152 | October 31, 2024 | 745 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 9/28/2024 |
| 153 | October 31, 2024 | 746 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 9/28/2024 |
| 154 | October 31, 2024 | 747 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 9/28/2024 |
| 155 | October 31, 2024 | 749 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities [Case No. 24-11967] |

PD.48241945.1

| 156 | October 31, 2024 | 750 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11966 |
| 157 | October 31, 2024 | 751 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11968 |
| 158 | October 31, 2024 | 752 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs [Case No. 24-11967] |
| 159 | October 31, 2024 | 753 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11969 |
| 160 | October 31, 2024 | 754 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11970 |
| 161 | October 31, 2024 | 755 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11971 |
| 162 | October 31, 2024 | 756 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11966 |
| 163 | October 31, 2024 | 757 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11972 |
| 164 | October 31, 2024 | 758 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11969 |
| 165 | October 31, 2024 | 759 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11973 |
| 166 | October 31, 2024 | 760 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11970 |
| 167 | October 31, 2024 | 761 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11974 |
| 168 | October 31, 2024 | 762 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11975 |
| 169 | October 31, 2024 | 763 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11971 |
| 170 | October 31, 2024 | 764 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11976 |
| 171 | October 31, 2024 | 765 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11972 |
| 172 | October 31, 2024 | 766 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11977 |

PD.48241945.1

| 173 | October 31, 2024 | 767 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11978 |
| 174 | October 31, 2024 | 768 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11973 |
| 175 | October 31, 2024 | 769 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11979 |
| 176 | October 31, 2024 | 770 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11974 |
| 177 | October 31, 2024 | 771 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11980 |
| 178 | October 31, 2024 | 772 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11975 |
| 179 | October 31, 2024 | 773 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11981 |
| 180 | October 31, 2024 | 774 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11982 |
| 181 | October 31, 2024 | 775 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11976 |
| 182 | October 31, 2024 | 776 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11983 |
| 183 | October 31, 2024 | 777 | [SEALED] Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities Case No. 24-11984 |
| 184 | October 31, 2024 | 778 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11977 |
| 185 | October 31, 2024 | 779 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11978 |
| 186 | October 31, 2024 | 780 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11979 |
| 187 | October 31, 2024 | 781 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11980 |
| 188 | October 31, 2024 | 782 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11981 |
| 189 | October 31, 2024 | 784 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11982 |
| 190 | October 31, 2024 | 785 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11983 |
| 191 | October 31, 2024 | 786 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11984 |

PD.48241945.1

| 192 | October 31, 2024 | 787 | [SEALED] Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11968 |
|---|---|---|---|
| 193 | November 4, 2024 | 870 | Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 194 | November 4, 2024 | 871 | Motion of Blue Owl Capital LLC to Shorten Notice of its Emergency Motion to Extend Challenge Period |
| 195 | November 4, 2024 | 882 | Order Shortening Notice of Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period |
| 196 | November 5, 2024 | 897 | Transcript regarding Hearing Held 10/31/2024 |
| 197 | November 5, 2024 | 903 | PNC Bank, N.A.'s Response to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 198 | November 5, 2024 | 904 | Response of 1903P Loan Agent, LLC to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 199 | November 5, 2024 | 905 | Debtors' Objection to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 200 | November 5, 2024 | 906 | Declaration of James I. McClammy in Support of Debtors' Objection to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 201 | November 5, 2024 | 917 | Amended Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11967 |
| 202 | November 5, 2024 | 918 | Amended Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11981 |
| 203 | November 5, 2024 | 919 | Amended Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11973 |
| 204 | November 5, 2024 | 920 | Amended Schedules/Statements filed: Stmt of Financial Affairs Case No. 24-11970 |

PD.48241945.1

| 205 | November 8, 2024 | 1042 | Transcript regarding Hearing Held 11/5/2024 RE: Emergency Motion to Extend Challenge Period, together with all exhibits admitted at the hearing |
| 206 | November 8, 2024 | 1044 | Certification of Counsel Regarding Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner |
| 207 | November 8, 2024 | 1052 | Order Extending Challenge Period |
| 208 | November 18, 2024 | 1146 | Debtors' Omnibus Reply to Objections to the Proposed Sale of Substantially All of the Debtors' Assets |
| 209 | November 18, 2024 | 1151 | Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline |
| 210 | November 18, 2024 | 1152 | Blue Owl Capital LLC's Second Motion to Extend Challenge Period |
| 211 | November 18, 2024 | 1153 | Notice of Filing of Proposed Sale Order |
| 212 | November 19, 2024 | 1154 | Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially all of the Debtors' Assets |
| 213 | November 19, 2024 | 1171 | Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline |
| 214 | November 19, 2024 | 1172 | Joinder of Blue Owl Real Estate Capital LLC to Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline |
| 215 | November 19, 2024 | 1177 | 1903P Loan Agent, LLC's Reply to Objections of Official Committee of Unsecured Creditors ad Blue Owl Real Estate Capital LLC to Sale |
| 216 | November 20, 2024 | 1191 | PNC Bank, National Association's Response to (I) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially all of the Debtors' Assets, (II) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline; and (III) Blue |

| | | | Owl Capital, LLC's Second Motion to Extend the Challenge Period |
|---|---|---|---|
| 217 | November 20, 2024 | 1193 | Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline; (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially all of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
| 218 | November 20, 2024 | 1196 | [SEALED] Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
| 219 | November 20, 2024 | 1208 | 1903P Loan Agent, LLC's Objection and Joinder to Debtors' Response with Respect to Emergency Motions to Extend the Challenge Deadline |
| 210 | November 22, 2024 | 1232 | Order (I) Approving The Asset Purchase Agreement, (II) Authorizing And Approving The Sale Of Certain Of The Debtors Assets Free And Clear Of All Claims, Liens, Rights, Interests, Encumbrances, And Other Assumed Liabilities And Permitted Encumbrances, (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief |
| 211 | November 25, 2024 | 1241 | Certification of Counsel Regarding Order Denying (I) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline and (II) Blue Owl Real Estate Capital LLC's Second Motion to Extend Challenge Period |
| 212 | November 25, 2025 | 1243 | Order Denying (I) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline and (II) Blue Owl Real Estate Capital LLC's Second Motion to Extend Challenge Period |
| 213 | November 29, 2024 | 1265 | Chapter 11 Monthly Operating Report [for Case No. 24-11967] for the Month Ending 11/02/2024 |
| 214 | November 29, 2024 | 1266 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 11/02/2024 |

23

| 215 | November 29, 2024 | 1267 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/02/2024 |
| 216 | November 29, 2024 | 1268 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/02/2024 |
| 217 | November 29, 2024 | 1269 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 11/02/2024 |
| 218 | November 29, 2024 | 1270 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 11/02/2024 |
| 219 | November 29, 2024 | 1271 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/02/2024 |
| 220 | November 29, 2024 | 1272 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/02/2024 |
| 221 | November 29, 2024 | 1273 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 11/02/2024 |
| 222 | November 29, 2024 | 1274 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 11/02/2024 |
| 223 | November 29, 2024 | 1275 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 11/02/2024 |
| 224 | November 29, 2024 | 1276 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 11/02/2024 |
| 225 | November 29, 2024 | 1277 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 11/02/2024 |
| 226 | November 29, 2024 | 1278 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 11/02/2024 |
| 227 | November 29, 2024 | 1279 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 11/02/2024 |
| 228 | November 29, 2024 | 1280 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 11/02/2024 |
| 229 | November 29, 2024 | 1281 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 11/02/2024 |
| 230 | November 29, 2024 | 1282 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 11/02/2024 |
| 231 | November 29, 2024 | 1283 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 11/02/2024 |
| 232 | December 2, 2024 | 1293 | Notice of Filing of Redacted Version of Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
| 233 | December 2, 2024 | 1294 | Debtors' Motion for Entry of an Order Authorizing the Filing under Seal Exhibits Attached to the |

| | | | Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
|---|---|---|---|
| 234 | December 13, 2024 | 1345 | Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Filing under Seal Exhibits Attached to the Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
| 235 | December 13, 2024 | 1349 | Order Authorizing the Filing under Seal Exhibits Attached to the Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing |
| 236 | December 23, 2024 | 1416 | Transcript regarding Hearing Held 12/19/2024 RE: Omnibus Hearing |
| 237 | December 31, 2024 | 1511 | Chapter 11 Monthly Operating Report [for Case No. 24-11967] for the Month Ending 11/30/2024 |
| 238 | December 31, 2024 | 1512 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 11/30/2024 |
| 239 | December 31, 2024 | 1513 | Chapter 11 Monthly Operating Report for Case No. 24-11980 for the Month Ending 11/30/2024 |
| 240 | December 31, 2024 | 1514 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/30/2024 |
| 241 | December 31, 2024 | 1515 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 11/30/2024 |
| 242 | December 31, 2024 | 1516 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 11/30/2024 |

PD.48241945.1

| 243 | December 31, 2024 | 1517 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/30/2024 |
| 244 | December 31, 2024 | 1518 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 11/30/2024 |
| 245 | December 31, 2024 | 1519 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 11/30/2024 |
| 246 | December 31, 2024 | 1520 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 11/30/2024 |
| 247 | December 31, 2024 | 1521 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 11/30/2024 |
| 248 | December 31, 2024 | 1522 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 11/30/2024 |
| 249 | December 31, 2024 | 1523 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 11/30/2024 |
| 250 | December 31, 2024 | 1524 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 11/30/2024 |
| 251 | December 31, 2024 | 1525 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 11/30/2024 |
| 252 | December 31, 2024 | 1526 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 11/30/2024 |
| 253 | December 31, 2024 | 1527 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 11/30/2024 |
| 254 | December 31, 2024 | 1528 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 11/30/2024 |
| 255 | December 31, 2024 | 1529 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 11/30/2024 |

PD.48241945.1

## STATEMENT OF THE ISSUES ON APPEAL[2]

The Appellants hereby state the following as issues on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A):

1.    Did the Bankruptcy Court err in entering the Order Shortening Time and commencing a hearing on the Sale Motion on less than 4 business hours' notice in violation the due process rights of Appellants, and ruling that due, proper, timely, adequate, and sufficient notice of the Motion, the Sale Hearing, the Sale and the Designation Rights and Designation Rights Procedures, has been provided in accordance with sections 102(1), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 9007, 9008, and 9014, to each party entitled to receive such notice?

2.    Did the Bankruptcy Court err in entering the Sale Order?

3.    Did the Bankruptcy Court err in permitted the APA and the Buyer to dictate the Debtors' payment of certain administrative claims, such that all administrative claims allowable under section 503 of the Bankruptcy Code were not paid *pari passu*, but rather certain administrative claimants were preferred and paid in full while others were not, in violation of the terms of the Bankruptcy Code?

4.    Did the Bankruptcy Court err in approving the sale of all claims and causes of action against Buyer to Buyer without a showing of the value of those potential claims and causes of action, nor of the value attributed to the purchase and sale of same in the APA?

5.    Did the Bankruptcy Court err by finding that cause existed to waive the 14-day stay provided by Bankruptcy Rule 4001(a), 6004(h), and 6006(d), such that the terms and conditions

---

[2] Capitalized terms carry the meaning ascribed to them in the corresponding decision or order from which appealed.

of the Sale Order would be immediately effective and enforceable upon its entry?

6.      Did the Bankruptcy Court err in deciding that the APA, including the Agency Agreement, was negotiated, proposed, and entered into by the Debtors and the Buyer without collusion, in good faith, and as the result of arm's-length bargaining positions, was not entered into for the purpose of hindering, delaying, or defrauding creditors, that neither the Debtors nor the Buyer entered into the transactions contemplated by the APA fraudulently for the purpose of statutory and common law fraudulent conveyance, fraudulent transfer claims, or otherwise, that Buyer was a good-faith purchaser, and that the transaction was substantively and procedurally fair to all parties?

7.      Did the Bankruptcy Court err in deciding that the disclosures the Debtors made in the Motion and related documents filed with the Court concerning the APA, the Sale, and the Sale Hearing were good, complete, and adequate, and that the Debtors demonstrated compelling circumstances and a good, sufficient, and sound business purpose and justification for the Sale of the Assets outside the ordinary course of business under section 363(b) of the Bankruptcy Code?

8.      Did the Bankruptcy Court err in deciding that the Sale constituted a reasonable and sound exercise of the Debtors' business judgment, was in the best interests of the Debtors, their estates, their creditors, and other parties in interest, and should have been approved?

9.      Did the Bankruptcy Court err in deciding that transfer of the Assets to Buyer or any Designated Buyer, as applicable, did not subject the Buyer, or any Designated Buyer, as applicable, to any liability with respect to the operation of the Debtors' business before the applicable Closing Date or by reason of such transfer?

10.     Did the Bankruptcy Court err in deciding that the Sale neither impermissibly restructures the rights of the Debtors' creditors, nor impermissibly dictates the terms of a plan of

PD.48241945.1

reorganization of the Debtors and that the Sale does not constitute a sub rosa or de facto plan of reorganization or liquidation?

11.     Did the Bankruptcy Court err in deciding that the Debtors demonstrated that the Designation Rights and the Designation Rights Procedures contained in the APA were an exercise of the Debtors' sound business judgment, were in the best interests of the Debtors, their estates, their creditors, and all other parties in interest, and were e reasonable and fair, and enhanced the value of the Debtors' estates?

Dated: January 30, 2025
         Wilmington, DE                              **GOLDSTEIN & MCCLINTOCK LLLP**

                                                     */s/ Maria Aprile Sawczuk*
                                                     Maria Aprile Sawczuk (No. 3320)
                                                     501 Silverside Road, Suite 65
                                                     Wilmington, DE 19809
                                                     Telephone: (302) 444-6710
                                                     Email: marias@goldmclaw.com

                                                     -and-

                                                     **PHELPS DUNBAR LLP**
                                                     Danielle Mashburn-Myrick
                                                     101 Dauphin Street, Suite 1000
                                                     Mobile, AL 36602
                                                     Telephone: (251) 441-8202
                                                     Email: Danielle.mashburn-myrick@phelp.com

                                                     *Attorneys for Appellants/Administrative Claimants*

PD.48241945.1