# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS INC., et al., | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related to Docket No. 1880 |

## NOTICE OF WITHDRAWAL OF FILING IN ERROR

PLEASE TAKE NOTICE that the *Appellants' Designation of Items to be Included in the Record on Appeal and Statement of the Issues* [Docket No. 1880], filed on January 30, 2025, is hereby withdrawn as filed in error.

PLEASE TAKE FURTHER NOTICE that undersigned counsel requests that the associated images be removed from the docket.

Dated: January 30, 2025               GOLDSTEIN & MCCLINTOCK LLLP

By:     */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
(302) 444-6710
marias@goldmclaw.com

*Counsel for the Appellants*