## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Grand Central Parkersburg LLC, (ADRID: 29433168), 4900 E Dublin Granville Rd, Columbus, OH, 43081-7651:

- Final Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief [Docket No. 576]

- Order Authorizing the Debtors to File the Omnibus Reply in Support of the Store Closing Motion, Bidding Procedures Motion and DIP Motion [Docket No. 585]

On January 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Grand Central Parkersburg LLC, (ADRID: 29299740), 4900 E Dublin Granville Rd, Columbus, OH, 43081-7651:

- Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors-in-possession to Terminate or Assume, Assign and Sell Certain Non-residential Real Property Leases [Docket No. 729]

- Notice of Closing of Lease Sale of West Bend Lease [Docket No. 812]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Grand Central Parkersburg LLC, (ADRID: 29299740), 4900 E Dublin Granville Rd, Columbus, OH, 43081-7651:

- Notice of Lease Sale Auction [Docket No. 925]

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing, a copy of which has been attached hereto as **Exhibit B**

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit C**:

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 511]

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Grand Central Parkersburg LLC, (ADRID: 29433168), 4900 E Dublin Granville Rd, Columbus, OH, 43081-7651:

- Nexus Capital Management LP Adequate Assurance Package

Dated: January 27, 2025

                                        */s/ Paul Pullo*
                                        Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 27, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29411570 | ALVAREZ, ENRIQUE | ADDRESS ON FILE | | | | | |
| 29384922 | AMES, MALACHI REECE | ADDRESS ON FILE | | | | | |
| 29405420 | AYERS, TYLER | ADDRESS ON FILE | | | | | |
| 29380240 | BANKS, MARCUS ANTONIO | ADDRESS ON FILE | | | | | |
| 29370971 | BRYANT, AMANDA | ADDRESS ON FILE | | | | | |
| 29430036 | COUTTS, OWEN | ADDRESS ON FILE | | | | | |
| 29354672 | COX, KARRIE | ADDRESS ON FILE | | | | | |
| 29392025 | DAVIS, ALEXIS A | ADDRESS ON FILE | | | | | |
| 29402676 | DAVIS, QUINTINA | ADDRESS ON FILE | | | | | |
| 29384460 | EASTER, LYNN SHEREE | ADDRESS ON FILE | | | | | |
| 29341942 | EASTHAM, ROSEMARY | ADDRESS ON FILE | | | | | |
| 29334773 | ELMWOOD RETAIL PROPERTIES LLC | LAURICELLA LAND COMPANY LLC | PO BOX 201506 | | DALLAS | TX | 75230-1506 |
| 29298493 | ERIE COUNTY PA COUNTY CONSUMER PROTECTION AGENCY | ATTN: CONSUMER PROTECTION DIVISION | 1001 STATE ST | | ERIE | PA | 16507 |
| 29358266 | EVERIDGE, JORDAN DEAN | ADDRESS ON FILE | | | | | |
| 29398881 | FURR, ALICIA M | ADDRESS ON FILE | | | | | |
| 29334862 | GRAND CENTRAL PARKERSBURG LLC | WASHINGTON PRIME GROUP LP | 4900 E DUBLIN GRANVILLE RD | | COLUMBUS | OH | 43081-7651 |
| 29409175 | GREENE, VALARIE | ADDRESS ON FILE | | | | | |
| 29388986 | HACKWORTH, DOROTHY CLARA | ADDRESS ON FILE | | | | | |
| 29359353 | HERLINGER, KRISTY MARIE | ADDRESS ON FILE | | | | | |
| 29390904 | IMLER, KEVIN | ADDRESS ON FILE | | | | | |
| 29433412 | KAISER, BRIAN | ADDRESS ON FILE | | | | | |
| 29405986 | MARTIN, DAVINA G | ADDRESS ON FILE | | | | | |
| 29430287 | MARTINEZ, GILMER | ADDRESS ON FILE | | | | | |
| 29326892 | MARYSVILLE PLAZA, LLC V. CS ROSS COMPANY (0429 MARYSVILLE, OH) | LAW OFFICES OF BRYAN B. JOHNSON | JOHNSON, ESQ., BRYAN B. | 6241 MEMORIAL DR | DUBLIN | OH | 43017-8766 |
| 29395607 | MCCOMAS, WHITNEY VICTORIA | ADDRESS ON FILE | | | | | |
| 29388130 | MCGOWAN, DAISY | ADDRESS ON FILE | | | | | |
| 29430980 | MOHAMED, MOHAMED O | ADDRESS ON FILE | | | | | |
| 29420545 | NAVARRE, TONI | ADDRESS ON FILE | | | | | |
| 29384699 | PATTERSON, SCOTT MICHAEL | ADDRESS ON FILE | | | | | |
| 29360636 | PENNINGTON, NOAH IAN | ADDRESS ON FILE | | | | | |
| 29424457 | PURDY, CLAYTON | ADDRESS ON FILE | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29671722 | SKINNER, JAMES | ADDRESS ON FILE | | | | | |
| 29418869 | VALENCIA, MICHELLE | ADDRESS ON FILE | | | | | |
| 29370805 | WALLACE, TANIA | ADDRESS ON FILE | | | | | |

**Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 9, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2024, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for the solicitation of bids (the "**Bidding Procedures**") in connection with (i) the proposed sale of substantially all of the Debtors' assets to Gateway BL Acquisition, LLC (the "**Stalking Horse Bidder**") for approximately $760 million, consisting of $2.5 million in cash plus the Debt Payoff Amount (as defined in the Stalking Horse APA) and the assumption of certain liabilities, subject to the submission of higher or otherwise better offers, (ii) the Sale Transaction, and (iii) the Auction,[2] (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of Contracts and Leases in connection with the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction [D.I. 612].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the Notice of Successful Bidder for the Sale of the Debtors' Assets (the "**Notice of Successful Bidder**") designating the Stalking Horse Bidder as the Successful Bidder [D.I. 661].

### Obtaining Additional Information

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://cases.ra.kroll.com/biglots/* or can be requested by email at BigLotsInfo@ra.kroll.com.

### Important Dates and Deadlines[3]

1. **Bid Deadline.**  The deadline to submit a Qualified Bid was **October 28, 2024 at 12:00 p.m. (prevailing Eastern Time).**

2. **Auction.**  The Auction was held on **October 30, 2024 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017.

3. **Auction and Sale Objections Deadline**.  The deadline to file with the Court an objection to the Sale Order, the conduct of the Auction, or the Sale Transaction (collectively, the "**Sale Objections**") is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").

4. **Assumption and Assignment Objection Deadline**.  The deadline for Counterparties to file with the Court an objection to the potential or proposed assumption or assignment of their Assumed Contract or Assumed Lease, the Debtors' proposed Cure Costs, if any, or the ability of a Successful Bidder to provide adequate assurance of future performance is **November 6, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Assumption and Assignment Objection Deadline**").

5. **Sale Hearing**.  A hearing (the "**Sale Hearing**") to consider the approval of Sale Transactions will be held before the Court on **November 12, 2024 at 1:30 p.m. (prevailing Eastern Time)** or such other date as determined by the Court.

### Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the Sale Objection Deadline, and (e) no later than the Sale Objection Deadline, be served on (i)  counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., Jonah A. Peppiatt, Esq., and Ethan Stern, Esq.

---

[3] The following dates and deadlines may be extended by the Debtors, consistent with the terms of the DIP Credit Agreements, or the Court in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

(notice.biglots@davispolk.com) and (z) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., Tamara K. Mann, Esq., and Casey B. Sawyer, Esq. (biglots.mnat@morrisnichols.com), (ii) counsel to the ABL Agent, (y) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Jacob S. Lang, Esq. (jslang@choate.com) and (z) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com) and Stanley Tarr, Esq. (stanley.tarr@blankrome.com), (iii) counsel to the Term Agent, (y) Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon, Esq. (CSimon@otterbourg.com), James V. Drew, Esq. (JDrew@otterbourg.com), and Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com) and (z) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. (knight@rlf.com), (iv) proposed counsel to the Committee, (y) McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin G. Going, Esq. (kgoing@mwe.com), and (z) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Justin R. Alberto, Esq. (jalberto@coleschotz.com) and Stacy L. Newman, Esq. (snewman@coleschotz.com), (v) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher Marcus, P.C. (cmarcus@kirkland.com), Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com), and Nicholas M. Adzima (nicholas.adzima@kirkland.com), and (vi) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party or entity who fails to timely make an objection to a Sale Transaction on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

## NO SUCCESSOR LIABILITY

*The assets sold in any Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction. Accordingly, as a result of a Sale Transaction, a Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and a Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the applicable Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

[*Remainder of page intentionally left blank*]

Dated:    October 31, 2024
          Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit C**

## Exhibit C
Supplemental Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29463689 | Convercent, Inc. | 1200 Abernathy Rd | Suite 700 | Atlanta | GA | 30328 |
| 29464749 | STG Logistics, Inc. | 2070 ANVIL BLOCK RD | | FOREST PARK | GA | 30297-1488 |