Case 1:25-cv-00084-GBW Document 5 Filed 01/31/25 Page 1 of 2 PageID #: 436
Case 24-11967-JKS Doc 1886 Filed 01/30/25 Page 1 of 2
Case 1:25-cv-00084-GBW Document 4-1 Filed 01/24/25 Page 1 of 1 PageID #: 434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: BIG LOTS, INC., ET AL.

---

| | |
|---|---|
| ALDI INC. | : Civil Action No. 1:25-cv-00084-UNA |
| Appellant, | : Bankruptcy Case No. 24-11967 (JKS) |
| v. | : Bankruptcy BAP No. 25-08 |
| BIG LOTS, INC., *et al.*, | : |
| Appellees. | |

---

### ORDER GRANTING ALDI INC.'S
### MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

This matter is before the Court on Aldi Inc.'s Motion for Voluntary Dismissal of Appeal (the "Motion") filed by appellant Aldi Inc. ("Aldi"). The Court, having reviewed the Motion, and being duly advised in the premises, finds that the Motion should be, and hereby is, GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned appeal of Aldi Inc. regarding the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* entered by the United States Bankruptcy Court for the District of Delaware on January 2, 2024 in Bankruptcy Case No. 24-11967 (JKS) is dismissed, without prejudice.

SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT
COURT JUDGE