UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-11967        BK ⦿  AP ○

If AP, related BK case number:

Title of Order Appealed:  ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS, ENCUMBRANCES, AND OTHER ASSUMED (con't)

Docket #: 1449; 1556        Date Entered: 12/27/2024; 1/2/2025

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 1878 | Date Filed: 1/30/2025 |
| --- | --- | --- | --- |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Hello Sofa, LLC
Franklin Corporation

**Appellee/Cross Appellee**

Big Lots, Inc et al

**Counsel for Appellant/Cross Appellant:**

Goldstein & McClintock LLP
Maria Aprile Sawczuk
501 Silverside Rd, Suite 65
Wilmington, DE 19809

**Counsel for Appellee/Cross Appellee:**

Morris Nichols Arsht & Tunnell LP
Robert J Dehney, Sr
Andrew R Remming
1201 N Market St, 16th Floor
Wilmington, DE 19801

| Filing fee paid? | Yes ⦿ | No ○ |
| --- | --- | --- |
| IFP application filed by applicant? | Yes ○ | No ⦿ |
| Have additional appeals of the same order been filed? | Yes ⦿ | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ⦿ |

Civil Action Number:  25-0072; 25-0076; 25-0078; 25-0

(continued on next page)

**Notes:** (Continued Title of Order #1)
LIABILITIES AND PERMITTED ENCUMBRANCES, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF.

(Title of Order #2)
Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving Sale of ..

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/31/2025          **by:** /s/ Kimberly Ross
                                 _____
                                 **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-09