**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC._, et al._,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date**<br>**February 26, 2025 at 10:30 a.m. (ET)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on January 7, 2025, Highland and Sterling, LLC and Big Holdings 2, LLC (collectively, "Landlord"), filed the _Motion of Highland and Sterling, LLC and Big Holdings 2, LLC to (A) Compel Immediate Rejection of Lease and Surrender Possession of the Premises Pursuant to 11 U.S.C. § 365 or, Alternatively, (B) Grant Landlord Relief From Stay Pursuant to 11 U.S.C. § 362(d), and (C) For Related Relief_ (the "Motion") [DI 1605] with the United States Bankruptcy Court for the District of Delaware (the "Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion were to be filed on or before **January 14, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), which Objection Deadline was extended for the Debtors and Gordon Brothers Retail Partners through **January 16, 2025 at 4:00 p.m. ET**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

PLEASE TAKE FURTHER NOTICE that on January 15, 2025, the Debtors filed an Objection to the Motion [D.I. 1727].

PLEASE TAKE FURTHER NOTICE that on January 21, 2025, the Debtors filed the *Notice of Filing of Second Post-Closing Designation Notice* [D.I. 1793] (the "Lease Assignment Notice"), which designated that certain unexpired lease of nonresidential real property (the "Lease") with the Landlord for Debtors' Store No. 4126 located at 1410 E. Plaza Boulevard, National City, California for assumption and assignment to Burlington Coat Factory of Texas, Inc. ("Burlington"). The Lease is also subject to the Motion.

PLEASE TAKE FURTHER NOTICE that a preliminary hearing on the Motion was held on January 21, 2024 at 1:00 p.m., at which time the parties discussed the scheduling of the Motion for hearing at the same time and date as any hearing on the Lease Assignment Notice

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion and the relief sought by the Lease Assignment Notice will be held on **February 26, 2025 at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 31, 2025<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>　　　　roglenl@ballardspahr.com<br>　　　　vesperm@ballardspahr.com<br><br>*Counsel for Highland and Sterling, LLC and Big Holdings 2, LLC* |

3