# EXHIBIT B

# Biglots Stores Inc

## Purchase Order
Replace
Stand-alone Order
0095611807
9/13/2024

**Bill To:**
MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus , OH  43081 US

*7 trucks*

**Ship To:**
MONTGOMERY DC - #0870
Contact Name: MONTGOMERY DC - #0870 CSC
DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0870
Contact Phone: 334-286-6633
**Vendor:**
BRAMLI USA INC
**Distribution Center:**
DC #: 0870

**Store:**
Store #: 0870

| Release # | | Must Route By | Ship Not Before | | Delivery Week | | Cancel | | Terms |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 10/28/2024 | 11/1/2024 | 11/4/2024 | | 11/7/2024 | | | Net 60 |

| Location # | | Location Type | | Vendor # | |
|---|---|---|---|---|---|
| 0870 | | Warehouse | | 0001008798 | |

| Shipping/Service Level | | Total Units | | PO # | |
|---|---|---|---|---|---|
| X | 22148 | | | | |

| | FOB | | | | | | |
|---|---|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | | **FOB Point** | |
| Collect | On Vessel (Free On Board [FOB] point) | US GEORGIA | Country of Origin | US | | Collect | |

| Buyer | |
|---|---|
| | Name |
| CHERRY, MADELINE | |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

16-Sep-2024

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095611807
9/13/2024

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 810766815<br>Manufacturer's Part #: SHB-5-GRIV<br>UPC #: 609003490087<br>Size Code: 0006<br>Brand/Label: Brand<br>Qty Ordered: 669<br>Master Pack: 6 | 5PK 6QT CLEAR STORAGE<br>FOAM GREEN | 4014<br>Inner Packs:<br>6 | Each | ✓ | 3.3 | 13246.2 |
| 2 | 810766839<br>Manufacturer's Part #: CS-12-GRIV<br>UPC #: 609003490100<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 1672<br>Master Pack: 4 | 2PK 12QT CLEAR STORAGE<br>FOAM GREEN | 6688<br>Inner Packs:<br>4 | Each | ✓ | 3.3 | 22070.4 |
| 3 | 810766862<br>Manufacturer's Part #: CS-12-IRIS<br>UPC #: 609003490117<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 1768<br>Master Pack: 4 | 2PK 12QT CLEAR STORAGE<br>ALLURE BLUE | 7072<br>Inner Packs:<br>4 | Each | | 3.3 | 23337.6 |
| 4 | 810766863<br>Manufacturer's Part #: SHB-5-IRIS<br>UPC #: 609003490094<br>Size Code: 0006<br>Brand/Label: Brand<br>Qty Ordered: 729<br>Master Pack: 6 | 5PK 6QT CLEAR STORAGE<br>ALLURE BLUE | 4374<br>Inner Packs:<br>6 | Each | ✓ | 3.3 | 14434.2 |

| | | |
|---|---|---|
| Packing Slip: N | | Mutually<br>Defined<br>BIG LOTS<br>PO TERMS<br>AND<br>COMMENTS |
| Special Instructions Type | | |
| Comments | | |
| Special Instructions: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE DIP# 24-11967 | | |

| | Total | 73088.4 |
|---|---|---|

# Biglots Stores Inc

## Purchase Order

Original
Stand-alone Order
0095611808
9/13/2024

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH   43081 US

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
 TREMONT , PA   17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
BRAMLI USA INC
**Distribution Center:**
DC #: 0874

**Store:**
Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/24/2024 | 10/29/2024 | 11/4/2024 | 11/4/2024 | Net 60 |

| Location # | Location Type | Vendor # | |
|---|---|---|---|
| 0874 | Warehouse | 0001008798 | |

| Shipping/Service Level | Total Units | PO # | |
|---|---|---|---|
| X | 36710 | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US GEORGIA | Country of Origin | US | Collect |

| Buyer |
|---|
| Name |
| CHERRY, MADELINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

16-Sep-2024

# Biglots Stores Inc

## Purchase Order

Original
Stand-alone Order
0095611808
9/13/2024

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 810766815<br>Manufacturer's Part #: SHB-5-GRIV<br>UPC #: 609003490087<br>Size Code: 0006<br>Brand/Label: Brand<br>Qty Ordered: 1109<br>Master Pack: 6 | 5PK 6QT CLEAR STORAGE FOAM GREEN | 6654<br>Inner Packs:<br>6<br>*1109* | Each ✓ | | 3.3 | 21958.2 |
| 2 | 810766839<br>Manufacturer's Part #: CS-12-GRIV<br>UPC #: 609003490100<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 2771<br>Master Pack: 4 | 2PK 12QT CLEAR STORAGE FOAM GREEN | 11084<br>Inner Packs:<br>4<br>*2771* | Each ✓ | | 3.3 | 36577.2 |
| 3 | 810766862<br>Manufacturer's Part #: CS-12-IRIS<br>UPC #: 609003490117<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 2931<br>Master Pack: 4 | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 11724<br>Inner Packs:<br>4<br>*2931* | Each ✓ | | 3.3 | 38689.2 |
| 4 | 810766863<br>Manufacturer's Part #: SHB-5-IRIS<br>UPC #: 609003490094<br>Size Code: 0006<br>Brand/Label: Brand<br>Qty Ordered: 1208<br>Master Pack: 6 | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 7248<br>Inner Packs:<br>6<br>*1208* | Each ✓ | | 3.3 | 23918.4 |

Packing Slip: N

Special Instructions Type

Comments

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP# 24-11967

Mutually
Defined
BIG LOTS
PO TERMS
AND
COMMENTS

| | Total | 121143 |
|---|---|---|

16-Sep-2024



**PO #**      **95611809**

See attached Terms and  Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
***.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

| | |
|---|---|
| Date Created | 09/13/2024 |
| Version: | 0 |
| Buyer: | CHERRY, MADELINE |
| Do Not Ship Before: | 10/30/2024 |
| Cancel if not Shipped by: | 11/05/2024 |
| Must be Routed by: | 10/25/2024 |
| Payment Terms: | Net 60 Days ROG |
| Freight Terms: | Collect |
| FOB: | GEORGIA        ,  US |

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:  580-931-2100        Fax:   580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800        Fax: 614-278-6871

Purchase From Vendor:   1008798

BRAMLI
WILLIAM NORMAN
300 TELFAIR RD, BUILDING 500
SAVANNAH GA  31415-9504

Contact:     WILLIAM NORMAN
Telephone:  912-228-0307      Fax    912-373-9993
E-Mail:      William.n@bramli.com

**ADDITIONAL COMMENTS**

DIP# 24-11967

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 15,404 | 107,673.96 | 50,833.20 | 52.790 |

OFFICE-COPY



OFFICE-COPY

## IMPORTANT Terms and Conditions

PO#:   95611809

Page 2 of 6

These Purchase Order Terms and Conditions (these "Terms & Conditions") are an agreement between Buyer and Vendor consisting of these Terms & Conditions; all Purchase Orders; the terms contained on Buyer's Vendor Resource Website, including, without limitation, those in the Vendor Guide, and in Buyer's vendor portal; any Buyer addenda referencing the Purchase Order; and any attachments, instructions or requirements provided by Buyer to Vendor (all of the foregoing are incorporated herein by this reference and collectively referred to as the "PO Terms"). The PO Terms are binding with respect to all purchases of Goods by Buyer from Vendor.

Definitions

"Affiliate" means any entity that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with a party. "Control," including the terms "controlling," "controlled by" and "under common control with," for purposes of this definition, means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of an entity, whether through the ownership of voting securities, through membership, by contract or otherwise.

"Buyer" means Big Lots Stores, LLC or its Affiliate, as named in the Ship To box on the applicable PO, or that is otherwise the purchaser of Goods from Vendor.

"Buyer's Vendor Resource Website" means the site located at www.biglots.com/corporate/vendors.

"Goods" means the items of merchandise referenced in a PO, or that are otherwise the subject of the PO Terms, including all components, packaging, labeling, printed materials, designs, images, logos, copyrights, trademarks, service marks, trade names, trade dress, and visual and digital information of or related to such merchandise.

"Purchase Order" or "PO" means any Buyer order or other purchasing agreement or document for the purchase of Goods from Vendor whether issued in hard or electronic copy, through electronic data interchange ("EDI"), or otherwise.

"Ship," "Shipped", "Shipping", or "Shipment" means transporting the Goods by Vendor into the hands of the ocean/freight carrier for delivery to Buyer.

"Vendor" means the entity or person that is named in the Purchased From box on the applicable PO, or that is otherwise the seller of Goods to Buyer.

"Vendor Guide" means the then-current Buyer Vendor Routing and Compliance Guide, Domestic Merchandise Vendors, and its related documents, the most current version of which can be obtained by visiting Buyer's Vendor Resource Website and clicking "Routing and Compliance," or by going directly to www.biglots.com/corporate/vendors/routing-and-compliance.

1.      Purchase Order. Buyer's commitment to purchase Goods arises only upon Buyer's issuance of a PO to Vendor. Any forecasts, commitments, projections, representation about quantities to be purchased or other estimates provided to Vendor are for planning purposes only and shall not be binding on Buyer, and Buyer will not be liable for any amounts incurred by Vendor in reliance on such estimates. Unless Buyer agrees in writing in advance, regardless of industry standards, no variances with respect to quality, quantity, size, capacity, volume, content or other standard measure of Goods are allowed. Buyer and Vendor agree that any PO may be transmitted to Vendor by Electronic Data Interchange (EDI) and Vendor will be bound by all such POs and all such POs will be governed by these PO Terms which are automatically incorporated therein. No Vendor packing or cartage charges are allowed unless agreed to by Buyer in writing.

2.      Shipping Goods to a DC. Vendor must comply with all processes and instructions contained in the Vendor Guide for routing and shipping goods to a Buyer distribution center or other non-store location designated by Buyer or listed in the PO (each a "DC"), including, without limitation, utilizing https://mip.logistics.com/login.jsp for routing freight collect POs, and contacting tmsappointments@biglots.com for scheduling freight prepaid POs. A detailed packing slip must accompany each Shipment of Goods. The PO number and all other information as required by the Vendor Guide must appear on the bill of lading ("BOL"), invoice, packing slip and shipping cartons. Vendor should see the Vendor Guide for full instruction and must comply therewith. Unless expressly stated differently on the PO from Buyer, title to and risk of loss of the Goods passes from Vendor to Buyer upon receipt of the Goods at Buyer's DC or the location otherwise designated by Buyer in the PO.

3.      Shipping Goods to a Buyer Store. Vendor must comply with all processes and instructions for shipping Goods to a Buyer store contained in the Vendor Guide. A detailed packing slip must accompany each shipment of Goods. The PO number and all other information as required by the Vendor Guide must appear on the BOL, invoice, packing slip and shipping cartons. Vendor should see the Vendor Guide for full instruction and must comply therewith. Unless expressly stated differently on the PO from Buyer, title to and risk of loss of the Goods passes from Vendor to the Buyer Affiliate operating the store to which the Goods are delivered.

4.      Inspection of Goods. Goods are subject to Buyer's inspection, but Buyer is under no obligation to unpack or

inspect the Goods before resale thereof. Buyer's inspection, testing, payment for or retention of Goods does not: (a) constitute acceptance of Goods not in compliance with the PO Terms; (b) affect Buyer's right to reject or return Goods; or (c) constitute a waiver by Buyer of any of Vendor's representations, warranties or covenants, or any of Buyer's rights or remedies, under the PO Terms, at law, in equity or otherwise.

5.      Cancellation. Buyer may cancel a PO, in whole or in part, for its convenience, without liability, at any time prior to Shipment of Goods. In the event of Buyer's cancellation for convenience, Buyer's liability to Vendor will be limited to the unit price of Goods Shipped prior to such cancellation (as such Goods are otherwise in compliance with specifications and these Terms & Conditions). If Vendor fails to Ship Goods before the "cancel if not shipped by date" in the subject PO, that PO will be cancelled automatically on such date, unless otherwise directed by Buyer in writing, and Buyer will have no liability to Vendor including acceptance of back ordered Goods in connection therewith (and without waiver of any remedies in Section 6 of these Terms & Conditions that may accrue to Buyer). Buyer has the right to reject late Shipments at Vendor's expense and Buyer shall be subject to the remedies available hereunder.

6.      Buyer Remedies. If: (a) Vendor fails to route, Ship or deliver as required by a PO; (b) Goods are not the same as the approved samples; (c) Goods are not as ordered and/or do not conform to the specifications in the PO; (d) Vendor does not Ship the Goods in the quantities specified in the PO; (e) Buyer deems that the Goods are damaged or defective; or (f) Vendor is otherwise in breach of the PO Terms, including without limitation any breach of the Vendor Guide, Buyer may, at any time, as to any or all Goods, without authorization from Vendor, and subject to the other terms hereof: (i) accept the Goods; (ii) cancel the subject PO for cause; (iii) reject the Goods; (iv) refuse to receive the Goods; (v) revoke prior to acceptance of the Goods; and/or (vi) in the case of early Shipment of Goods, reject and return the Goods to Vendor, with all Return Costs (defined below) to be borne by Vendor, to be held by Vendor, at Vendor's cost, for Buyer until the original date specified. In the event of any of the foregoing, Buyer will not be liable to Vendor for any amount, except to pay for any goods Buyer accepts based on the unit price of the Goods ordered, subject to the right to offset and withhold payment as provided in Section 9 of these Terms & Conditions. Any cancellation, rejection, refusal to receive or revocation of prior acceptance by Buyer with respect to any Goods will not serve as a cancellation or rejection of any future shipments of Goods, unless Buyer exercises its right to cancel future POs or shipments. Acceptance of any Goods is not a waiver of any of Buyer's rights or remedies under the PO Terms, at law, in equity, or otherwise.

7.      Disposition of Rejected Goods. Unless Buyer and Vendor have signed an agreement to the contrary, with respect to Goods Buyer has rejected, refused or revoked acceptance of, Buyer, at its sole option, may return such Goods to Vendor and Vendor will be liable for all costs and expenses related to the return, including, without limitation, the landed cost of Goods; freight (inbound and outbound); storage, labor, packaging and any other processing or handling costs and charges incurred or charged by Buyer; and lost profits ("Return Costs"). Unless Buyer and Vendor have signed an agreement to the contrary, if Buyer elects not to return the Goods because: (a) the return of Goods is precluded by applicable law or regulation; (b) the Goods contain a defect that could create substantial risk of injury to person or property; (c) Buyer has reasonable cause to believe Vendor intends to dispose of Goods in violation of Section 8 of these Terms & Conditions; or (d) Buyer, in its reasonable discretion, deems return of the Goods unadvisable, then Buyer may dispose of the Goods in a manner Buyer deems appropriate. In the event of such disposal, Vendor will be liable for all costs and expenses related to the disposal, including the landed cost of Goods; freight (inbound and outbound); storage, labor, packaging, disposal and destruction, and any other processing or handling costs and charges incurred or charged by Buyer; and lost profit.

8.      Vendor Disposal of Goods. Vendor agrees that it will, at its sole expense, remove, or otherwise make permanently illegible, all of Buyer's and its Affiliates' names, trademarks, trade names, logos, service marks, and other identifying information from all Goods returned by Buyer. In addition, Vendor agrees that it will not use, resell or otherwise transfer to any third-party Goods returned by Buyer without the express prior written consent given by an officer of Buyer. If any Goods incorporate Buyer's trademarks or if any Goods are proprietary or incorporate designs exclusive to Buyer, Vendor must provide to Buyer a reasonable opportunity to inspect such products before disposal or resale and follow all such instructions of Buyer regarding modifications to or destruction of such Goods. Vendor agrees to abide by all of Buyer's guidelines relating to the proper disposal of rejected goods and the issuance of appropriate certificates of destruction, as applicable.

9.      Payment & Taxes. Vendor may not charge Buyer, and Buyer will have no obligation to pay, prices for Goods higher than those specified in the applicable PO. Prices in the applicable PO are complete and include, without limitation, shipping, packaging, labeling, custom duties, storage, insurance, boxing and crating. No additional charges of any type may be added without Buyer's prior express written consent. Buyer may deduct from any payments to Vendor any amounts owed by Vendor to Buyer under the PO Terms, including, without limitation, amounts due in connection with Vendor's indemnification obligations, any damages for breach to which Buyer is entitled, and any charges or penalties for non-compliance with Buyer's requirements. In addition, following Buyer's receipt of any demand, claim or action that may give rise to Buyer's right to receive



indemnification from Vendor, Buyer may withhold full or partial payment, in Buyer's sole discretion, to Vendor until such demand, claim or action is fully and finally resolved.  Buyer will have no obligation to compensate Vendor for or return to Vendor any goods Shipped to Buyer in excess of or different from those Goods referenced in the applicable PO, and Buyer will take title to any such goods in the same manner in which it takes title to those Goods referenced in the applicable PO.  The per unit price of the Goods ordered under the applicable PO will be automatically reduced to account for all such excess or different Goods received by Buyer.  A BOL in duplicate must accompany all Vendor invoices.  Payments may be made by Buyer or a Buyer Affiliate on Buyer's behalf.  Vendor and Buyer will have the right to verify the accuracy of amounts invoiced and paid for Goods within 180 days after Buyer's receipt of such Goods; provided that timeframes for instituting compliance disputes will be as set forth in the Vendor Guide ("Review Period").  After the Review Period, any payments made for the subject Goods will be deemed to conclusively reflect the actual amount owed to Vendor for such Goods, and neither Vendor nor Buyer will have the right to seek further payment or adjustment with respect to such Goods.  Each party shall remain responsible (and hold the other party harmless) for its taxes, collection and reporting obligations resulting from the transactions covered by the PO Terms.  For purposes of clarity, but without limiting the foregoing, Vendor acknowledges that it may have business activity, business privilege, commercial activity, gross receipts, income tax, license and reporting obligations where the receipt of revenue, or the benefit thereof, may be assigned, sourced, apportioned or allocated under applicable tax law.

10.    Records, Audit and Certification.  Buyer will keep complete and accurate books, records and documents relating to the subject matter of POs and Vendor's fulfillment of POs, including, without limitation those: (a) evidencing and detailing amounts charged; (b) regarding the Goods' origin, manufacture location, content, testing, and inspection; (c) regarding order receipt, fulfillment and Shipment of Goods; and (d) otherwise required by applicable law to be maintained ("Records").  Vendor will make the Records available to Buyer, either remotely or at Vendor's offices, at all reasonable times upon at least three (3) calendar days' prior written notice, for inspection, audit or reproduction by Buyer or its representative.  Vendor will promptly pay Buyer for any overcharges made by Vendor that are disclosed by such audit.  In addition, Buyer, itself or through its representative, has the right to inspect Vendor's, and Vendor's contractors' facilities, warehouses and manufacturing plants at all reasonable times upon at least three (3) calendar days' prior written notice.  Vendor agrees, at Vendor's cost, to subscribe to and be a part of Buyer's risk management process as part of onboarding process with Buyer and agrees to comply with the requirements thereof.  Vendor agrees to comply with all of Buyer's vendor ongoing compliance program(s) operated by Buyer (or an agent of Buyer) and Vendor will promptly provide such information as reasonably required from time to time in accordance with such programs.  Vendor acknowledges that if it fails Buyer's compliance program requirements, it will be deemed a breach of these Terms & Conditions and Buyer may terminate any or all POs with Vendor without liability.

11.    Recalls.  A "Recall" is any recall of, or corrective action involving, Goods that is: (a) required by the United States Consumer Product Safety Commission ("CPSC") or other relevant governmental agency, applicable law, or in Buyer's commercially reasonable judgment; (b) agreed upon between Buyer and Vendor; (c) instituted voluntarily by Vendor; or (d) instituted by Buyer because Buyer has reason to believe the subject Goods are (i) defective, dangerous, or incomplete; (ii) infringe upon Buyer's or a third party's intellectual property rights; or (iii) are not in compliance with applicable laws or regulations.  In the event of a Recall, Buyer reserves the right to, at Buyer's option: (w) use reasonable means to remove the Goods that are subject to a Recall ("Recalled Goods") from sale; (x) correct the condition necessitating the Recall through relabeling, repackaging or other corrective action as Buyer deems appropriate; (y) return the Recalled Goods to Vendor; or (z) dispose of the Recalled Goods in a manner Buyer deems appropriate.  Vendor will be liable for all costs and expenses arising from or related to such Recall, including, without limitation Return Costs, Disposal Costs, Buyer's own and third-party labor costs, lost profits and other costs and expenses incurred in taking the actions stated in Sections 11(w), (x), (y) and/or (z) above.  When effectuating a Recall, Buyer reserves the right to, at Buyer's option, include in the Recall all Goods bearing the SKU or UPC of the Recalled Goods, regardless of date code, lot code or expiration date.    Vendor will provide Buyer with no less than 24-hours written notice prior to the public announcement of any Recall or safety-related issues in connection with the Goods to the extent permitted by applicable law.  Such notification shall include, without limitation, all of Vendor's item numbers affected by the Recall or safety related issue, expected inventory levels affected, and a detailed description of the nature of the public announcement.  The PO Terms will continue to apply to Recalled Goods.  Upon Buyer's request, Vendor will, at its cost, change the SKU or UPC on all existing, non-impacted Goods bearing the same SKU or UPC as the Recalled Goods if the Recalled Goods bear any Buyer or Buyer Affiliate brand or private label and Vendor acknowledges that such SKU or UPC changes may require Vendor, at its cost, to relabel or repack such non-Recalled Goods.

12.    Confidentiality.  Subject to the provisions of any confidentiality, non-disclosure or similar agreement executed by Buyer and Vendor, which agreement will control over the terms of this Section 12 and is incorporated herein by this reference, Vendor may not disclose to a third party or take or use for its own purposes or the purposes of others, any of Buyer's trade secrets, proprietary information, data or materials, or any other information Buyer provides to Vendor or Buyer reasonably

considers to be confidential ("Buyer's Confidential Information").  "Buyer's Confidential Information" includes, without limitation, the PO Terms and the price paid for Goods.  Vendor may disclose Buyer's Confidential Information: (a) to its contractors only to the extent necessary to enable Vendor to perform its obligations under the PO Terms only if such contractors are bound by confidentiality obligations sufficient to protect Buyer's Confidential Information in accordance with the terms of this Section 12; and (b) to the extent required by court order, subpoena or applicable law with, if permitted by applicable law, prior notice to Buyer.

13.    Warranties.  Vendor warrants that: (a) all Goods, and the design, production, manufacture, importation, distribution, transportation, labeling, packaging, pricing and sale of all Goods, and all representations, warranties and advertising made by Vendor, or authorized by Vendor to be made, in connection with Goods, shall be in accordance with, comply with, and where required, be registered under, all applicable laws, rules, regulations, standards, codes, orders, directives, judicial and administrative decisions, and ordinances, whether now in force or hereinafter enacted, of the country of origin, the country of transit, the United States of America ("USA"), and each state or subdivision thereof, and any agency or entity of the foregoing, including, without limitation, the Consumer Product Safety Improvement Act of 2008, as amended, the California Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65") and other substantially similar federal, state or local laws, as amended, those related to environmental protection, labor, health, consumer product safety, agriculture, food and drug, and the regulations promulgated under such laws ("Laws") and that Vendor complies, and will comply at all times, with all other applicable laws in the operation of Vendor's business; (b) none of the articles of food Shipped or sold by Vendor are or will be adulterated, misbranded or improperly labeled within the meaning of the Federal Food, Drug and Cosmetic Act of June 25, 1938, as amended, the Nutrition Labeling and Education Act of 1991, as amended, and the Food Safety Modernization Act, as amended; (c) all processes used or engaged in with respect to processing, manufacturing, packaging, labeling, storing and Shipping Goods comply with all Laws; (d) it has full and clear title, free of all liens and encumbrances whatsoever to the Goods and that the Goods are hereby sold and can be resold, advertised, and used: (i) in full compliance with all contracts, laws, rules and regulations, including those governing the use of trade names, trademarks, trade dress, trade secrets, copyright and patents; and (ii) in a manner that assures the safety of the representatives, patrons, and customers of Buyer and consumers of the Good; (e) the Goods are in new, good and saleable condition; and (f) the Goods are manufactured in the country of origin stated on the commercial documents required for customs entry.  The parties agree that no personal identifiable information, as defined under California Consumer Privacy Act, 2018, as updated from time to time ("PII") will be shared or provided under this PO Terms.  In the event Vendor receives any PII, Vendor shall forthwith notify Buyer of the same and use best efforts to remove such PII and comply with applicable privacy laws.  Vendor will regularly have independent tests performed on all Goods prior to Shipping to ensure compliance with the PO Terms, including, without limitation, the provisions of this Section 13.  Vendor will provide Big Lots with copies of: (y) any and all test reports, Safety Data Sheet (SDS) information, Proposition 65 product information, ingredient information, and any information Big Lots' deems necessary to comply, or support its compliance with, any Laws; and (z) upon Big Lots' request, signed copies of any and all license agreements relating to the Goods.  Vendor acknowledges and agrees that it will be a breach of warranty if any Goods are in violation of any Laws at any time, including after the sale of such Goods by Vendor to Buyer.  In the event Goods fail to comply with the warranties set forth in the PO Terms at any time, Vendor agrees that it will immediately notify Buyer and take all measures to identify the Goods that are or may be affected.  The PO Terms are not intended to and will not negate or replace any of, but will supplement, the warranties, express or implied, provided by the Uniform Commercial Code, at law, or in equity.

14.    Anti-corruption.  Vendor shall comply with all applicable laws. Vendor specifically acknowledges and agrees that Vendor's performance of the PO Terms is subject to the United States Foreign Corrupt Practices Act and other applicable anti-bribery and anti-corruption laws of the United States and other countries where the Vendor operates (collectively, "Anti-corruption Laws").  Vendor warrants and agrees that Vendor, its employees, agents, and anyone acting on Vendor's behalf will not violate any Anticorruption Laws for the benefit of or on behalf of Buyer or Vendor.  Further, Vendor warrants and agrees that Vendor and anyone acting on Vendor's behalf will not, directly or indirectly, offer, promise, make, give, or authorize the payment of any money or transfer of anything else of value to: (a) an officer, employee, agent or representative of any national, state, regional, or local government, including any department, agency or instrumentality of any government or any government-owned or government-controlled entity, or public international organization, or any person acting in an official capacity on behalf thereof, or any political party, political party official, or candidate for political office (each a "Government or Political Official"); (b) a close associate or relative of any Government or Political Official; or (c) any other person or entity while knowing or having reason to believe that some or all of the payment or thing of value will be offered, given or promised, directly or indirectly, to any Government or Political Official, for the purpose of: (i) improperly influencing an act or decision of such Government or Political Official, including expediting or securing the performance of a routine government action; (ii) obtaining, retaining or directing any business; or (iii) securing an improper business advantage.  Vendor will provide Buyer such information and further written certifications as Buyer may request from time-to-time to assist Buyer' efforts to assure


compliance with Anti-corruption Laws. Vendor specifically agrees to comply at all times with (a) all applicable laws prohibiting child labor, prison labor, indentured labor or bonded labor, (b) all applicable laws pertaining to safe and healthy workplaces and working conditions, (c) all applicable laws pertaining to minimum wage, maximum work periods, and the payment of overtime, and (f) all environmental laws applicable to the Goods.

15.    Indemnification. Vendor shall indemnify, defend (at Buyer' sole option) and hold harmless Buyer, its Affiliates, and their respective officers, directors, contractors, employees and agents, from and against any and all liabilities, obligations, penalties, fines, judgments, settlements, damages, losses, deficiencies, interest, fees, costs, expenses, incidents, demands, claims and/or suits, whether actual or alleged, including, without limitation, attorneys' fees, court costs, and expert witness fees, including those fees, costs and expenses incurred in enforcing Buyer's rights under the PO Terms, whether in connection with a breach of the PO Terms or otherwise ("Losses"), arising from or related to: (a) the acts or omissions of Vendor, its Affiliates or contractors, or their respective contractors, employees, or agents; (b) Recall of the Goods; (c) personal injury or property damage resulting from any actions or inactions of Vendor, or from the manufacture, storage, movement, use or consumption of the Goods; (d) breach of Vendor's warranties or a term of the PO Terms; (e) infringement of a third party's intellectual property or proprietary rights, including, but not limited to, trade names, trademarks, trade dress, trade secrets, patents and copyrights, in connection with the use, manufacture, distribution, description, advertising, marketing sale or offer for sale of the Goods; and (f) an employment related claim brought by an employee, agent or contractor of Vendor, its Affiliates, or a Vendor contractor.

16.    Insurance. Vendor will, at its own expense, procure and maintain, at a minimum, the types and amounts of insurance coverage described in the Big Lots Certificate of Insurance and Indemnification Policy, the most current version of which can be obtained by visiting Buyer's Vendor Resource Website and clicking "Routing and Compliance," or by going directly to www.biglots.com/corporate/vendors/routing-andcompliance. The insurance companies issuing the policies must: (a) have Standard & Poor's rating of BBB or better or A.M. Best's rating of A-VII or better; and (b) be licensed to operate in the country from where the subject Good is sold and invoiced to Buyer, and have an extensive North American presence. Prior to the first PO being issued, annually thereafter (within sixty (60) days after policy renewal), and at any other time upon Buyer's request, Vendor will provide Buyer with certificates of insurance ("COI") signed by an authorized representative of the insurance carrier evidencing the required insurance coverages (unless lower coverage limits are agreed upon in writing by an officer of Buyer). In addition, upon Buyer's request, Vendor will provide Buyer with copies of the actual endorsements and/or policies. With the exception of workers' compensation, the COI must show a broad form vendor's endorsement or name "Big Lots, LLC and all of its direct and indirect subsidiaries and affiliates" as an additional insured. The policies must: (i) respond as primary coverage and non-contributory to any other insurance policy available to Buyer; (ii) not contain any exclusion, limitation or endorsement that restricts or limits applicable liability coverage; (iii) provide for the investigation, defense, and satisfaction (by settlement or otherwise), at no cost to Buyer, of any Losses incurred by Buyer; and (iv) provide that the insurance companies issuing the policies will notify Buyer at least thirty (30) days prior to any policy cancellation or modification. Vendor will bear its own insurance and insurance-related expenses and Vendor's liability will not be limited to its insurance coverage.

17.    Cumulative Remedies. Each of Buyer's rights and remedies under the PO Terms is cumulative and in addition to any other rights and remedies provided at law, in equity, elsewhere in the PO Terms, or otherwise, including, without limitation, the Uniform Commercial Code.

18.    Force Majeure. Buyer may delay delivery or acceptance of any or all Goods, or cancel any PO in the event that such delay or cancellation is due to causes beyond Buyer's reasonable control. In such case, Buyer will not be liable to Vendor for any amount except to pay for the unit cost of Goods that are fully delivered and accepted by Buyer, subject to Buyer's right to offset and withhold payment as provided in Section 9 of these Terms & Conditions.

19.    Use of Goods; Content & Marks. Vendor is not permitted to use Buyer's, or Buyer's Affiliates' names, trademarks, trade names, logos or service marks in any marketing, advertising or publicity without the prior written consent of Buyer's Chief Executive Officer, Chief Financial Officer, or General Counsel, which consent may be given or withheld in Buyer's sole and absolute discretion. Vendor hereby grants to Buyer the royalty-free, sublicensable, worldwide right to use the Goods and Vendor Content in or related to Buyer's retail operations, both brick and mortar and eCommerce. "Vendor Content" means text, graphics, names, marks, images, audio or digital files, audio-visual content and all other data, information, marketing and promotional materials and content in any medium, and all copyrights, logos, trademarks, service marks, trade names, and other intellectual property rights therein or related to the Goods.

20.    Assignment & Subcontracting. Vendor will not assign the PO Terms in whole or in part (by assigning any right or delegating any duty under the PO Terms), voluntarily or involuntarily, by operation of law, or in any other manner, without the prior written consent of an officer of Buyer. Any purported assignment or delegation made without this consent is void. Buyer may assign the PO Terms in whole or in part (by assigning any right or delegating any duty under the PO Terms) to an Affiliate or to any other party in Buyer's sole discretion. In the event Buyer assigns the entire PO Terms to another party, Buyer will have no further obligation to Vendor under the PO

Terms and Vendor hereby consents that Buyer's assignment will constitute a novation. Buyer's payment to Vendor constitutes payment for Goods, services, equipment or other deliverables provided by any subcontractor of Vendor or Vendor's agents or representatives. Vendor remains fully responsible and liable to Buyer for the acts and omissions of its subcontractors and performance of all Vendor's duties and obligations under the PO Terms.

21.    Governing Law; Venue; Jury Waiver; and Arbitration. The laws of the State of Ohio, without application of conflicts of law principles, govern the PO Terms and all matters arising out of or related to the PO Terms. Each party hereby irrevocably agrees that any disagreement, dispute, action, controversy or claim with respect to: (a) the validity of the PO Terms; (b) breach of the PO Terms; or (c) otherwise arising out of, or in relation to the PO Terms, a PO, or any agreement in which either is incorporated ("Dispute"), will be brought in the state or federal courts located in Franklin County, Ohio, and hereby expressly submits to the personal jurisdiction and venue of such courts for purposes thereof and expressly waives all claims of improper venue and all claims that such courts are an inconvenient forum. The parties hereby agree to waive a trial by jury with respect to Disputes. Any Dispute may, in Buyer's sole and absolute discretion, be settled by binding arbitration by an arbitration service of Buyer's choice, in accordance with the laws of the State of Ohio governing voluntary arbitrations. The location of such arbitration will be in Columbus, Ohio. Discovery will be permitted as provided by applicable state law or as the parties may otherwise mutually agree. The parties may also mutually elect to seek mediation as an alternative precursor to arbitration. If the PO Terms govern an international transaction, the applicable state law regarding the arbitration of international disputes will apply. The arbitrator will agree to conduct proceedings under the laws relating to arbitration cited above, or such other rules to which the parties mutually agree.

22.    Severability. Provisions of the PO Terms will be interpreted to be valid and enforceable under applicable law; provided, however, that if any provision is held invalid or unenforceable, such provision will not invalidate the PO Terms. The PO Terms' remaining provisions will stay in effect and be enforced to the fullest extent permitted by law.

23.    Entire Agreement. The PO Terms constitute the entire agreement between the parties and supersede all previous agreements, written or oral, between the parties with respect to the subject matter hereof. The PO Terms may not be modified by course of dealing, course of performance, or any oral communication between Buyer and Vendor. The PO Terms may only be modified by, and a waiver will be effective only if set forth in, a written instrument that references the PO Terms, expressly describes the terms herein to be modified, and is signed by a representative of Vendor and an officer of Buyer. Without limiting the generality of the foregoing, no term or condition of any document issued by Vendor, including, without limitation, invoices, sales acknowledgments, or other similar documents, will constitute a modification of or addition to the PO Terms and will have no force or effect and are hereby rejected. The Vendor Guide is in effect from time to time is made a part hereof and is expressly incorporated herein. In the event of any conflict between any terms and conditions or any other document of Vendor, the Vendor Guide and these PO Terms, this PO Terms is binding. Vendor will comply with (a) applicable industry standards with respect to privacy and data security relating Buyer's Confidential Information and (b) applicable privacy and security laws ("Privacy Policy"). Any updates to the Vendor Guide or the Privacy Policy immediately take effect and are binding on the parties.

24.    No Third-Party Beneficiaries. Certain sections of the PO Terms are for the benefit of Buyer's Affiliates. As a result, any of Buyer's Affiliates may enforce the PO Terms. Except for Buyer's Affiliates, the PO Terms do not create any enforceable rights by anyone other than Buyer and Vendor.

25.    LIMITATION OF LIABILITY. EXCEPT IN THE CASE OF GROSS NEGLIGENCE AND/OR WILLFUL MISCONDUCT, BUYER WILL NOT BE LIABLE TO VENDOR OR ITS AFFILIATES FOR ANY INCIDENTAL, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, BUSINESS INTERRUPTION, AND ANY LOSS OF USE, REVENUE, GOODWILL, OPPORTUNITY OR DATA, IN CONNECTION WITH THE PO TERMS, REGARDLESS OF THE FORM OF THE ACTION, WHETHER IN CONTRACT, WARRANTY, STRICT LIABILITY OR TORT, INCLUDING, WITHOUT LIMITATION, NEGLIGENCE OF ANY KIND, AND REGARDLESS OF WHETHER BUYER WAS ADVISED, HAD REASON TO KNOW, OR IN FACT KNEW, OF THE POSSIBILITY OF LIABILITY.

26.    Acceptance of PO Terms. Vendor agrees to and accepts all of the terms and conditions in the PO Terms by doing any of the following: (a) acknowledging or accepting a PO; (b) acknowledging or agreeing to the PO Terms through Buyer's EDI process, by click-through, click to accept, or otherwise; (c) signing these Terms & Conditions; (d) Shipping any portion of the Goods referenced in a PO or otherwise fulfilling any portion of its obligations under a PO; or (e) accepting any complete or partial payment for the Goods, transportation of the Goods, or otherwise in connection with a PO or the Goods, or by any other means of acceptance recognized at law or in equity. AS AN INDUCEMENT FOR BUYER TO ENTER INTO A PO, VENDOR WARRANTS THAT IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THE PO TERMS, INCLUDING THE VENDOR GUIDE, WITHOUT MODIFICATION. EACH PO IS EXPRESSLY LIMITED TO, AND EXPRESSLY MADE CONDITIONAL ON, VENDOR'S ACCEPTANCE OF THE PO TERMS AND BUYER OBJECTS TO AND REJECTS ANY DIFFERENT OR ADDITIONAL TERMS.





OFFICE-COPY

| Dept | Article | Article Description | Size | Country of Origin | Master | | Total Units | Cost | Ext. Cost | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | MFG# | Merch Cat Descrption | | Dangerous Goods | Inner | Package Art | # of Cartons | Additionals | Ext. Retail | Promo Event |
| Merch. Cat | Brand | Merchandise. Type | Release Week | CS Weight | | | | Retail | IMU | Compare TO |
| Line Item# | UPC | Expiration Date | Goods Class | CS Cube | Ticket Type | | EAS Tag | PDQ Pkg | | |
| 170 | 810766815 | 5PK 6QT CLEAR STORA | 0.00 | US | 6 | | 2,790 | 3.30 | 9,207.00 | 11/04/2024 |
| 17001 | SHB-5-GRIV | BSKTBINCRT | | | 6 | | 465 | 0.30 | 19,502.10 | |
| 17001001 | Life Story | PRODUCTION | 042 | | | | | 6.99 | 52.790 | |
| 1 | 609003490087 | | GRM | | A1 | | | | | |
| 170 | 810766839 | 2PK 12QT CLEAR STOR | 0.00 | US | 4 | | 4,652 | 3.30 | 15,351.60 | 11/04/2024 |
| 17001 | CS-12-GRIV | BSKTBINCRT | | | 4 | | 1,163 | 0.30 | 32,517.48 | |
| 17001001 | Life Story | PRODUCTION | 042 | | | | | 6.99 | 52.790 | |
| 2 | 609003490100 | | GRM | | A1 | | | | | |
| 170 | 810766862 | 2PK 12QT CLEAR STOR | 0.00 | US | 4 | | 4,920 | 3.30 | 16,236.00 | 11/04/2024 |
| 17001 | CS-12-IRIS | BSKTBINCRT | | | 4 | | 1,230 | 0.30 | 34,390.80 | |
| 17001001 | Life Story | PRODUCTION | 042 | | | | | 6.99 | 52.790 | |
| 3 | 609003490117 | | GRM | | A1 | | | | | |
| 170 | 810766863 | 5PK 6QT CLEAR STORA | 0.00 | US | 6 | | 3,042 | 3.30 | 10,038.60 | 11/04/2024 |
| 17001 | SHB-5-IRIS | BSKTBINCRT | | | 6 | | 507 | 0.30 | 21,263.58 | |
| 17001001 | Life Story | PRODUCTION | 042 | | | | | 6.99 | 52.790 | |
| 4 | 609003490094 | | GRM | | A1 | | | | | |

# Biglots Stores Inc

**Purchase Order**

Original
Stand-alone Order
0095637618
10/10/2024

**Bill To:**
MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus , OH  43081  US

*[handwritten: Shipment #844716]*

*[handwritten: √ painted 10/11]*

**Ship To:**
MONTGOMERY DC - #0870
Contact Name: MONTGOMERY DC - #0870 CSC
DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0870
Contact Phone: 334-286-6633
**Vendor:**
BRAMLI USA INC
**Distribution Center:**
DC #: 0870

**Store:**
Store #: 0870

*[handwritten: weight : 14.8
cube: 3.6
# or pallets: 30
24 punlt]*

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/14/2024 | 10/18/2024 | 10/21/2024 | 10/24/2024 | Net 60 |

| Location # | | Location Type | | Vendor # | |
|---|---|---|---|---|---|
| 0870 | | Warehouse | | 0001008798 | |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 1840 | |

| **FOB** | | | | | |
|---|---|---|---|---|---|
| Payment Method | Location | Description | Location Qualifier | Payment Terms | FOB Point |
| Collect | On Vessel (Free On Board [FOB] point) | US GEORGIA | Country of Origin | US | Collect |

| **Buyer** |
|---|
| **Name** |
| CHERRY, MADELINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 810793787  Manufacturer's Part #: DRW3-A4-WHTCL  UPC #: 791184760797  Size Code: 0004  Brand/Label: Brand  Qty Ordered: 460  Master Pack: 4 | BRAMLI 3 DRAWER DESKTOP ORGANIZER WHITE | 1840  Inner Packs: 4 | Each | 3.3 | 6072 |
| | Packing Slip: N | | | | | |
| | Special Instructions Type | | | | | |
| | Comments | | | | | Mutually Defined BIG LOTS PO TERMS AND COMMENTS |

*[handwritten:
P - 1840
C - 460
W - 6808
C - 1656]*

*[handwritten: ASN# 1232
BIG 1232 460
RTS: 326084470]*

*[handwritten: 20 pallets]*

11-Oct-2024

# Biglots Stores Inc

### Purchase Order

Original
Stand-alone Order
0095637618
10/10/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP#24-11967

| Total | 6072 |

11-Oct-2024

# Biglots Stores Inc

10/18
a) 2

**Purchase Order**

Original
Stand-alone Order
0095637619
10/10/2024

✓ revised
10/18

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH  43081 US

Shipment
# 844735

Weight: 14.8
caple: 3.6
# pamets: 30
25 pallets

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
BRAMLI USA INC
**Distribution Center:**
DC #: 0874

**Store:**
Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/10/2024 | 10/15/2024 | 10/21/2024 | 10/21/2024 | Net 60 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0874 | Warehouse | | 0001008798 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 3176 | |

**FOB**

| Payment Method | Location | Description | Location Qualifier | Payment Terms | FOB Point |
|---|---|---|---|---|---|
| Collect | On Vessel (Free On Board [FOB] point) | US GEORGIA | Country of Origin | US | Collect |

**Buyer**
**Name**

CHERRY, MADELINE

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 810793787 Manufacturer's Part #: DRW3-A4-WHTCL UPC #: 791184760797 Size Code: 0004 Brand/Label: Brand Qty Ordered: 794 Master Pack: 4 | BRAMLI 3 DRAWER DESKTOP ORGANIZER WHITE | 3176 Inner Packs: 4 | Each | 3.3 | 10480.8 |
|  | Packing Slip: N Special Instructions Type Comments | | | | | Mutually Defined BIG LOTS PO TERMS AND COMMENTS |

① P - 2088
C - 072
W = 9945.4
C 2419.2
28 pallets

② A 488
C - 122
W - 1865.4
C - 439.2
4 pallets

ASW# 1233

BIG 1233/22

LTB: 320084504

11-Oct-2024

# Biglots Stores Inc

## Purchase Order

Original
Stand-alone Order
0095637619
10/10/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP#24-11967

| Total | 10480.8 |

11-Oct-2024

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/18/2024 | INVOICE | 117306 |
|---------|---------|-----------|------------|---------|--------|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/18/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/17/2024 |

P.O. NUMBER
0095637619

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | DRW3-A4-WTCL | BRAMLI 3 DRAWER DESKTOP ORGANIZER WHITE | 488 | 3.30 | 1,610.40 |

Contact Bramli USA to pay.

BALANCE DUE **$1,610.40**

[ Pay invoice ]

Page 1 of 1

| Date | 10/21/2024 | | **BILL OF LADING** | | Page 1 of 1 |
|---|---|---|---|---|---|

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#  VENDOR # 1008798

Bill of lading Number: BIG95637618-001
BAR CODE SPACE

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: MONTGOMERY DC - #0870
Address: 2855 SELMA HWY
City/St/Zip: MONTGOMERY, AL 36108
CID# 0095637618 40509262

CARRIER NAME: HOGAN TRANSPORT
Trailer Number:
Seal Number(s): 5270119
SCAC: HOGD
PRO Number:
BAR CODE SPACE

R3

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____     Collect _____     Third Party__X__

Special Instructions: SHIPMENT #
SHIPMENT # 844710
RTS: 32684470

Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95637618 | 460 | 6808 | Y | N | 20 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 460 | 6808 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | **COMMODITY DESCRIPTION** Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | **LTL ONLY** | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 1840 | PCS | 20 | PLT | 6808 | | DRY GOODS / PLASTIC | 156750 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| | | | | | | | | |
| 1840 | | 20 | | 6808 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding
_____ per _____

COD Amount:
**FEE TERMS** ____ COLLECT ____ PREPAID
**CUSTOMER CHECK ACCEPTABLE** ____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE    See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Trailer Loaded:
__X__ By Shipper
____ By Driver

Freight Counted:
__X__ By Shipper
____ By Driver/Pallets
____ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

*Eddie Henzon*

10/24/24

ARRIVAL TIME 1753

APPOINTMENT TIME

OFFICER INITIALS 22

TRAILER NUMBER 321017

*Kimberly Bu*

10/24/24

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/21/2024 | INVOICE | 117311 |
|---|---|---|---|---|---|
| Big Lots | Big Lots | | | DATE | 10/21/2024 |
| BIG LOTS | TREMONT, DC #0874 | | | TERMS | Net 60 |
| 4900 E DUBLIN GRANSVILLE RD | 50 RAUSCH CREEK RD | | | DUE DATE | 12/20/2024 |
| COLUMBUS, OH  43081 | TREMONT, PA 17981 | | | | |
| | USA | | | | |

P.O. NUMBER
0095637619-001

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | DRW3-A4-WTCL | Table top 3 drawers set. white frame clear drawers. | 2,688 | 3.30 | 8,870.40 |

Contact Bramli USA to pay.                                   BALANCE DUE                **$8,870.40**

Evalution Only.
Created with Aspose.Imaging.
Copyright 2010- 2020 Aspose Pty Ltd

10/23/24 0800

6 143679

250

# BILL OF LADING

Date  10/21/2024

Page 1 of 1

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95637619-001
BAR CODE SPAC

LOAD # B685362524
IN C # 841990

CARRIER NAME: BLUE GRACE LOGISITCS
Trailer Number: 5-3103
Seal Number: 5270725 95637619        Start 5270725
SCAC: BGLF        Date Arrived        Completed Date 10/23/24
PRO Number:        Start Time 7:01        Complete Time 10:10
        Cases Pick #        STC        Driver

## SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 0095637619 40509264

Freight Charge Terms (freight charges are prepaid unless marked otherwise)

ALL TOTALS SUBJECT TO COUNT AND INSPECTION

Prepaid_____   *Collect_____   Third Party_X___

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Master Bill of Lading with attached underlying bill of ladings (please mark)

Special Instructions: SHIPMENT #
SHIPMENT#844561
RTS:32684492

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | |
| PO 95637619 | 672 | 9945.6 | Y | N | 28 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| Grand Total | 672 | 9945.6 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 366 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 2688 | PCS | 28 | PLT | 9945.6 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| | | | | | | | | |
| 2688 | | 28 | | 9945.6 | | GRAND TOTAL | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to not be exceeding ___ per ___

COD Amount: _____
FEE TERMS ____COLLECT____ ____PREPAID____
CUSTOMER CHECK ACCEPTABLE ____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U S C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Trailer Loaded
_X_ By Shipper
___ By Driver

Freight Counted
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except noted.

Evaluation Only.
Created with Aspose.Imaging.
Copyright 2010-2020 Aspose Pty Ltd

10/23/24 0800                     6 143679          Averil
                                                        250

| Date  10/21/2024 | **BILL OF LADING** | Page 1 of 1 |

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95637619-001
BAR CODE SPAC
LOAD # B685362252H
IN CA 841.990

CARRIER NAME: BLUE GRACE LOGISITCS
Trailer Number: 5 3 103          Seal 5270725
Seal Number: 5270725 95637619    Completed Date 10/23/24
SCAC: BGLF   Date Arrived          10:10
PRO Number: Start Time 7:01   Complete Time
BAR CODE SPACE   SIC
Cases Rec'd _____   Driver _____ Y  N _____
Cases Short _____   Receiver Signature _____

## SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 0095637619 40509264

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT #
SHIPMENT#844561
RTS:32684492

Freight Charge Terms (freight charges are prepaid unless marked otherwise)
ALL TOTALS SUBJECT TO COUNT AND INSPECTION
Prepaid_____   Collect_____   Third Party_X_____

Master Bill of Lading with attached
underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | |
| PO 95637619 | 672 | 9945.6 | Y | N | 28 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 672 | 9945.6 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care - See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 2688 | PCS | 28 | PLT | 9945.6 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| 2688 | | 28 | | 9945.6 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

COD Amount: _____
FEE TERMS ____COLLECT ____PREPAID
CUSTOMER CHECK ACCEPTABLE ____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U S C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

| Trailer Loaded | Freight Counted |
|---|---|
| _X_ By Shipper | _X_ By Shipper |
| ___ By Driver | ___ By Driver/Pallets |
| | ___ By Driver/Pieces |

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except _____

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | | INVOICE | 117364 |
|---------|---------|-----------|---|---------|--------|
| MONTGOMERY DC - #0870 | MONTGOMERY DC - #0870 | 10/24/2024 | | DATE | 10/24/2024 |
| 4900 E Dublin Granville Rd | 2855 SELMA HWY | | | TERMS | Net 60 |
| Columbus, OH  43081 | MONTGOMERY, AL  36108 | | | DUE DATE | 12/23/2024 |

P.O. NUMBER
0095637618

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | DRW3-A4-WTCL | BRAMLI 3 DRAWER DESKTOP ORGANIZER WHITE | 1,840 | 3.30 | 6,072.00 |

Contact Bramli USA to pay.

**BALANCE DUE** **$6,072.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/29/2024 | INVOICE | 117372 |
|---------|---------|-----------|-----------|---------|--------|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/29/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/28/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 3,120 | 3.30 | 10,296.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP# 24-11967

BALANCE DUE **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | | INVOICE | 117373 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | 10/29/2024 | DATE | 10/29/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/28/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 3,120 | 3.30 | 10,296.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**                                    **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/29/2024 | INVOICE | 117374 |
|---------|---------|-----------|------------|---------|--------|
| DURANT DC - #0879 | DURANT DC - #0879 | | | DATE | 10/29/2024 |
| 4900 E Dublin Granville Rd | 2306 ENTERPRISE DR | | | TERMS | Net 60 |
| Columbus, OH  43081 | DURANT, OK  74701 | | | DUE DATE | 12/28/2024 |

P.O. NUMBER
0095637620

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | DRW3-A4-WTCL | BRAMLI 3 DRAWER DESKTOP ORGANIZER WHITE | 1,464 | 3.30 | 4,831.20 |

Contact Bramli USA to pay.

BALANCE DUE **$4,831.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/29/2024 | INVOICE | 117375 |
|---|---|---|---|---|---|
| DURANT DC - #0879 | DURANT DC - #0879 | | | DATE | 10/29/2024 |
| 4900 E Dublin Granville Rd | 2306 ENTERPRISE DR | | | TERMS | Net 60 |
| Columbus, OH  43081 | DURANT, OK  74701 | | | DUE DATE | 12/28/2024 |

P.O. NUMBER
0095611809

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 572 | 3.30 | 1,887.60 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 18 | 3.30 | 59.40 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE                    **$1,947.00**

| Date | 10/30/2024 | **BILL OF LADING** | Page _1_ of _1_ |

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#    VENDOR # 1008798

Bill of lading Number: BIG95611808-010
BAR CODE SPAC

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808  40507141

CARRIER NAME: SAGE FREIHT
Trailer Number: 532125
Seal Number:5270102
SCAC: SJGG
PRO Number:

BAR CODE SPACE

674 6551    OK/Kevu DATA

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid_____    Collect_____    Third Party__X__

Special Instructions: SHIPMENT #
SHIPMENT# 841264
RTS: 32590234

_____ Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

### Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | PO 95611808 | | Seal 5270102 | | RECEIVING STAMP SPACE | |
| | | | Date Arrived | Completed Date 10/11/24 | | | | |
| | | | Start Time 7:33 | Complete Time 3:05 | | | | |
| | | | Cases Rec'd 572 | Drop 10/11 | | | | |
| 3120 | | 26 | Cases Short 9984 | Driver Sig | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: _____
FEE TERMS ____COLLECT ____PREPAID
CUSTOMER CHECK ACCEPTABLE ____

**NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE**  See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Edalie Hargrove
10/31/24

Trailer Loaded:
__X__ By Shipper
____ By Driver

Freight Counted:
__X__ By Shipper
____ By Driver/Pallets
____ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

(X) Dominic Savago    10-31-24

253

| Date 10/30/2024 | **BILL OF LADING** | Page _1_ of _1_ |

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#  VENDOR # 1008798

Bill of lading Number: BIG94611808-003/011
BAR CODE SPAC

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808 40507144 & 95611808 40507125

CARRIER NAME: SAGE FREIHT   5330
Trailer Number:
Seal Number:5270103 95611808   Seal # 5270103
SCAC: SJGG   Date Arrived _____ Completed Date 11/1/24
PRO Number: ___6-54___   Complete Time 11.00
BAR CODE SPACE   831
Cases Rec'd _____   Dry ___ Y
Cases Short _____   Receiver Signature

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
ALL TOTALS SUBJECT TO COUNT AND INSPECTION
Prepaid_____   Collect_____   Third Party__X___

Special Instructions: SHIPMENT #
SHIPMENT# 844840
RTS: 32590016 & 32590262

Master Bill of Lading with attached
underlying bill of ladings (please mark)

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611808-003 | 799 | 12170 | Y | N | 24 PALLETS |
| PO 95611808-011 | 32 | 451.6 | Y | N | 2 PALLETS |
| | | | Y | N | |
| | | | Y | N | 26 PALLETS |
| **Grand Total** | 831 | 12621.6 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 4502 | PCS | 26 | PLT | 12621.6 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| | | | | | | | | |
| 4502 | | 26 | | 12621.6 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

COD Amount: _____
FEE TERMS   COLLECT _____   PREPAID _____
CUSTOMER CHECK ACCEPTABLE _____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U.S.C.*14706 (c)(1)(A) and (B)
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

| SHIPPER SIGNATURE/DATE This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT. | Trailer Loaded: X By Shipper ___ By Driver | Freight Counted: X By Shipper ___ By Driver/Pallets ___ By Driver/Pieces | CARRIER SIGNATURE/PICK UP DATE Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation |

10/30/24

Scanned with CamScanner

*Chuck*
*245*

| Date 10/30/2024 | **BILL OF LADING** | Page _1_ of _1_ |
|---|---|---|

**3 1400-80186**

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611808-001
BAR CODE SPAC

**6745725**

## SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808  40507114

CARRIER NAME: SAGE FREIHT
Trailer Number:   **NM987**
Seal Number: **527-0101**
SCAC: SJGG
PRO Number:
          BAR CODE SPACE

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect_____   Third Party__X___

Special Instructions: SHIPMENT #
SHIPMENT# 841245
RTS: 32589807

Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | |
| PO 95611808 | 864 | 13867 | Y | N | 24 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 864 | 13867 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention  must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 5184 | PCS | 24 | PLT | 13867 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | PO# G95611808  Seal# 527-0101  RECEIVING | | |
| | | | | | | Date Arrived: _____  Completed Date: 10/31/24 STAMP SPACE | | |
| | | | | | | Start Time: 227  Complete Time: 531 | | |
| | | | | | | Cases Rec'd: 52   Drop: ___  Y  X N | | |
| 5184 | | 24 | | 13867 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding
per

COD Amount: _____
FEE TERMS   COLLECT_____   PREPAID_____
Cases Damaged_____   CUSTOMER CHECK ACCEPTABLE_____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U.S.C. 14706 (c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or charges that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Add Load Notes.
                                   Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

*Eddie Haynes* 10/30/24

(X)  *signature* 10/30/24

Date 10/30/2024   **Ship From**

**Bill of lading Number:** BIG95611808-002
BAR CODE SPAC

6745742

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID# VENDOR # 1008798

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808 40507119

**CARRIER NAME: SAGE FREIHT**
Trailer Number:   TGOO4051
Seal Number:5270728
SCAC: SJGG
PRO Number:     BAR CODE SPACE

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT #
SHIPMENT# 841250
RTS: 32589932

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect_____   Third Party _X____

_____ Master Bill of Lading with attached underlying bill of ladings (please mark)

**Customer Order Information**     Additional Shipper Info

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | **24 PALLETS** |
| PO 95611808 | 864 | 13912 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 864 | 13912 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | NMFC# | CLASS |
| | | | | | | | 156540 | 250 |
| 5184 | PCS | 24 | PLT | 13912 | | DRY GOODS / PLASTIC | | |
| | | | | | | 95611808   5270728 | RECEIVING | |
| | | | | | | | 10/31/24AMP SPACE | |
| | | | | | | Date Arrived | 535 | |
| | | | | | | Start Time   254 | Complete Time | |
| | | | | | | Cases Rec'd   52 | | |
| 5184 | | 24 | | 13912 | | **GRAND TOTAL** | | |

COD Amount:
FEE TERMS   Collect _____
See 49 U.S.C. § 14706 (e)(1)(A) and (B)

CUSTOMER CHECK ACCEPTABLE   PREPAID

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Load Notes

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Shipper Signature

**NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

10·30·24



BR∆MLIUSA

300 Telfair Road Suite 500, Savannah, GA 31415
Phone +1 (912) 373-9990

## Packing List # BIG945611808-002

October 30, 2024

Page 1#1

Bill to:
Name:       BIG LOTS STORES, INC
Location:   TREMONT DC # 0874
Address:    4900 E Dublin Granville Rd
City/St/Zip: COLUMBUS, OH 43081 US

From:
Name:       Bramli USA
Location:
Address:    300 Telfair Rd Ste 500
City/St/Zip: Savannah GA 31415
Phone:      (912) 373-9991

PO # BIG945611808-002

Ship Date:  October 30, 2024

| SKU | Item # | Description | UOM | Pieces in a Box | Boxes | WEIGHT | Total Qty Pieces |
|---|---|---|---|---|---|---|---|
| 810766815 | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | Each | 6 | 245 | 3932.25 | 1470 |
| 810765863 | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | Each | 6 | 619 | 9934.95 | 3714 |
| | 24 PALLETS | Total | | | 864 | 13867.2 | 5184 |

| Date 10/30/2024 | | | | **BILL OF LADING** | | | Page _1_ of _1_ |
|---|---|---|---|---|---|---|---|

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#  VENDOR # 1008798

Bill of lading Number: BIG95611808-004
BAR CODE SPAC

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808_40507128

CARRIER NAME: SAGE FREIHT
Trailer Number:
Seal Number:5270726
SCAC: SJGG
PRO Number:
BAR CODE SPACE

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect_____   Third Party__X__

Special Instructions: SHIPMENT #
SHIPMENT# 841253
RTS: 325890047

_____ Master Bill of Lading with attached underlying bill of ladings (please mark)

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | PO# 95611808   Seal # 5270726 |
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS   Completed Date 11/4/24 |
| | | | Y | N | Start Time: 6:37   Complete Time: 11:00 |
| | | | Y | N | Cases Rec'd   912   Driver Y / N |
| **Grand Total** | 780 | 9984 | | | Cases Shpt. |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| 3120 | | 26 | | 9984 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

COD Amount: _____
FEE TERMS ___ COLLECT ___ PREPAID
CUSTOMER CHECK ACCEPTABLE ___

**NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE**   See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT

*Eddie Haygone*

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

(X) *Alket Batin*

Scanned with CamScanner

 BRAMLIUSA

300 Telfair Road Suite 500, Savannah, GA 31415
Phone +1 (912) 373-9990

## Packing List # BIG945611808-004

October 31, 2024

Page 1#1

**Bill to:**
Name: BIG LOTS STORES, INC
Location: TREMONT DC # 0874
Address: 4900 E Dublin Granville Rd
City/St/Zip: COLUMBUS, OH 43081 US

**From:**
Name: Bramli USA
Location:
Address: 300 Telfair Rd Ste 500
City/St/Zip: Savannah GA 31415
Phone: (912) 373-9991

PO # BIG945611808-004

Ship Date: October 31, 2024

| SKU | Item # | Description | UOM | Pieces in a Box | Boxes | WEIGHT | Total Qty Pieces |
|---|---|---|---|---|---|---|---|
| 810766839 | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | Each | 4 | 780 | 9984 | 3120 |
| | 26 PALLETS | Total | | | 780 | 9984 | 3120 |

Scanned with CamScanner

Onre
219

| Date 10/30/2024 | | |
|---|---|---|

## BILL OF LADING

Page _1_ of _1_

11·6·24       08:00

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#  VENDOR # 1008798

Bill of lading Number: BIG95611808-005
BAR CODE SPAC

6746890

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808  40507130

CARRIER NAME: SAGE FREIHT
Trailer Number: 5139
Seal Number: 5270722
SCAC: SJGG  PO# 95611808     Seal# 5270722
PRO Number:                              4/6/24
Start Time   7:09   PACE   Complete Time   9:40
Cases Rec'd   780   Drop

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid_____  Collect_____  Third Party_X_

ALL TOTALS SUBJECT TO SHIPPING INSPECTION

Special Instructions: SHIPMENT #
SHIPMENT# 841255
RTS: 32590110

Master Bill of Lading with attached
underlying bill of ladings (please mark)

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

### Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| 3120 | | 26 | | 9984 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

COD Amount: _____
FEE TERMS ___COLLECT ___PREPAID
CUSTOMER CHECK ACCEPTABLE _____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE    See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE/DATE This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT. | Trailer Loaded: _X_ By Shipper ___ By Driver | Freight Counted: _X_ By Shipper ___ By Driver/Pallets ___ By Driver/Pieces | CARRIER SIGNATURE/PICK UP DATE Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
|---|---|---|---|

Eddie Hazzone
11/4/24

⊗ 11/4/24

Driver
221

| Date  10/30/2024 | **BILL OF LADING** | Page 1 of 1 |
| --- | --- | --- |

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808_40507131

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT #
SHIPMENT# 841256
RTS: 32590124       6747521

Bill of lading Number: BIG95611808-006
BAR CODE SPAC
POI  95611808        BAI  5270195
Date Arrived
Start Time  7:13        Completed Date: 11/6/24
Complete Time  9:50

CARRIER NAME: SAGE FREIHT
Trailer Number: T50   780
Seal Number: 5270195
SCAC: SJGG   Cares Damaged        Driver Signature
PRO Number:

BAR CODE SPACE

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect_____   Third Party__X___

Master Bill of Lading with attached underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
| --- | --- | --- | --- | --- | --- |
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | **COMMODITY DESCRIPTION** Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(c) of NMFC from 340 | **LTL ONLY** | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | | | |
| | | | | | | | | |
| 3120 | | 26 | | 9984 | | **GRAND TOTAL** | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

COD Amount: $_____
FEE TERMS    ___COLLECT    ___PREPAID
CUSTOMER CHECK ACCEPTABLE ___

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U S C " 14706 (c)(1)(A) and (B)
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT

Trailer Loaded
_X_ By Shipper
___ By Driver

Freight Counted.
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

11-4.24

Drewd

**Date** 10/30/2024

## BILL OF LADING

Page 1 of 1

214

### Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID# VENDOR # 1008798

Bill of lading Number: BIG95611808-007
BAR CODE SPAC

6745754

### SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808 40507135

CARRIER NAME: SAGE FREIHT
Trailer Number: 4748
Seal Number: 5270723
SCAC: SJGG
PRO Number:

BAR CODE SPACE

### THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____ Collect_____ Third Party X___

Special Instructions: SHIPMENT #
SHIPMENT# 841259
RTS: 32590163

Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611808 | 780 | 10029 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 10029 | | | |

### Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 10029 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | PO# 95611808    Seal # 5270723 | RECEIVING | |
| | | | | | | Date Arrived:    Completed Date: 10-31-24 | STAMP SPACE | |
| | | | | | | Start Time: 335    Complete Time: 555 | | |
| | | | | | | Driver Rec'd: stc | | |
| 3120 | | 26 | | 10029 | | GRAND TOTAL Richard | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared
the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding
per

COD Amount
FEE TERMS    COLLECT    PREPAID
CUSTOMER CHECK ACCEPTABLE

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U.S.C ¨ 14706 (c)(1)(A) and (B)
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the
carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the
carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful
charges.

And _____

Shipper Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICK UP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT. | X By Shipper ___ By Driver | X By Shipper ___ By Driver/Pallets ___ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Eddie Hayrove
10/30/24

(X) for 10/30/24

34102

Driver 243

| Date 10/30/2024 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611808-008
BAR CODE SPAC

## SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID# 95611808  40507139

CARRIER NAME: SAGE FREIHT
Trailer Number: 531577
Seal Number: 5270109
SCAC: SJGG   95611808   Seal # 5270109
PRO Number:

BAR CODE SPACE   Completed Date: 10/31/24
Start Time: 3:53   Complete Time: 10:36
Cases Rec'd: 780   Error   Y   0 N

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Cases Damaged: _____   Driver Signature: _____

Prepaid_____   Collect_____   Third Party_____
TOTALS SUBJECT TO CORRECTION / INSPECTION

Special Instructions: SHIPMENT #
SHIPMENT# 841260
RTS: 32590183

_____ Master Bill of Lading with attached underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
| **Grand Total** | 780 | 9984 |  |  |  |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 |  | DRY GOODS / PLASTIC | 156540 | 250 |
|  |  |  |  |  |  |  | RECEIVING STAMP SPACE | |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 3120 |  | 26 |  | 9984 |  | **GRAND TOTAL** |  |  |

When the rate is dependent on value, shippers is required to state specifically in writing the agreed value of the property as follows
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

COD Amount: _____
FEE TERMS: _____ COLLECT _____ PREPAID
CUSTOMER CHECK ACCEPTABLE _____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE    See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Eddie Haysome
10/29/24

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted)

Date: 10/30/2024

## BILL OF LADING

Page _1_ of _1_

### Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID# VENDOR # 1008798

Bill of lading Number: BIG95611808-009
BAR CODE SPACE

### SHIP TO

Name: BIG LOTS STORES, INC
Location: TREMONT DC - #0874
Address: 50 RAUSCH CREEK RD
City/St/Zip: TREMONT, PA 17981
CID#95611808 40507139

CARRIER NAME: SAGE FREIHT
Trailer Number: 10 262
Seal Number: 5270124
SCAC: SJGG
PRO Number:

BAR CODE SPACE

6744595

### THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT #
SHIPMENT# 841262
RTS:32590202

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid_____ Collect_____ Third Party__X__

Master Bill of Lading with attached underlying bill of ladings (please mark)
_____

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Circle One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | |
| PO 95611808 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| Grand Total | 780 | 9984 | | | |

### Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 156540 | 250 |
| | | | | | | PO: 95611808   Seal# 5270124 | RECEIVING STAMP SPACE | |
| | | | | | | Date Arrived:_____ Completed Date: 10/30/24 | | |
| | | | | | | Start Time: 5:53   Complete Time: 9:00 | | |
| | | | | | | Cases Rec'd: 780   Drop:___ Y ___ N | | |
| 3120 | | 26 | | 9984 | | Cases Short:_____ | | |

GRAND TOTAL

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding _____ per _____

Cases Damaged ___
COD Amount: _____
FEE TERMS: _____ COLLECT ___ PREPAID ___
CUSTOMER CHECK ACCEPTABLE ___

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE. See 49 U.S.C. 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

Trailer Loaded:
__X__ By Shipper
___ By Driver

Freight Counted:
__X__ By Shipper
___ By Driver/Pallets
___ By Driver/Pieces

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Eddie Hayron   10/29/24

10/29/24

Scanned with CamScanner

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

# INVOICE

| BILL TO | SHIP TO | SHIP DATE | | INVOICE | 117388 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | 10/30/2024 | | DATE | 10/30/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/29/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 5,184 | 3.30 | 17,107.20 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE **$17,107.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/30/2024 | INVOICE | 117389 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/30/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/29/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 1,470 | 3.30 | 4,851.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 3,714 | 3.30 | 12,256.20 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE** **$17,107.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/30/2024 | INVOICE | 117390 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/30/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/29/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 840 | 3.30 | 2,772.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 128 | 3.30 | 422.40 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 3,534 | 3.30 | 11,662.20 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**          **$14,856.60**

Page 1 of 1

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

# INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/30/2024 | INVOICE | 117391 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/30/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/29/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 884 | 3.30 | 2,917.20 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 2,236 | 3.30 | 7,378.80 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**　　**$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/24/2024 | INVOICE | 117396 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 10/31/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 12/30/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 3,120 | 3.30 | 10,296.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**          **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | | SHIP DATE | 11/01/2024 | INVOICE | 117399 |
|---|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | | DATE | 11/01/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | | DUE DATE | 12/31/2024 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 3,120 | 3.30 | 10,296.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**                    **$10,296.00**

# BILL OF LADING

Date  11/4/2024                                                                 Page  1  of  1

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA  31415
SID#   VENDOR # 1008798

*Invoiced*

Bill of lading Number: BIG95611809-001

BAR CODE SPACE

-#-1174.5.5
Q.Bs  7C  11/4

## SHIP TO

Name: BIG LOTS STORES, INC
Location: DURANT DC - #0879
Address: 2306 ENTERPRISE DR
City/St/Zip: DURANT, OK 74701
CID# 0095611809_40507571

CARRIER NAME: STG INTERMODAL SOLUTIONS
Trailer Number: XPOU423697VCM
Seal Number(s): 5270730  VCM

R6-01

SCAC: XPOG
PRO Number:

BAR CODE SPACE

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT:
SHIPMENT # 841723
RTS: 32608452

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____     Collect_____     Third Party_ _X___

Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611809 | 864 | 13912 | Y | N | 24 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| Grand Total | 864 | 13912 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 5184 | PCS | 24 | PLT | 13912 | | DRY GOODS / PLASTIC | 157570 | 250 |
| | | | | | | | | |
| | | | | | | SEE NEXT PAGE | | |
| 5184 | | 24 | | 13912 | | GRAND TOTAL | | |

COD Amount:
FEE TERMS ____ COLLECT ____PREPAID
CUSTOMER CHECK ACCEPTABLE

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE   See 49 U.S.C.* 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature  11/4/24

(X)  10/4/24

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/04/2024 | INVOICE | 117433 |
|---|---|---|---|---|---|
| DURANT DC - #0879 | DURANT DC - #0879 | | | DATE | 11/04/2024 |
| 4900 E Dublin Granville Rd | 2306 ENTERPRISE DR | | | TERMS | Net 60 |
| Columbus, OH  43081 | DURANT, OK  74701 | | | DUE DATE | 01/03/2025 |

P.O. NUMBER
0095611809

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 2,790 | 3.30 | 9,207.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 2,394 | 3.30 | 7,900.20 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE** **$17,107.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/04/2024 | INVOICE | 117434 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 11/04/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 01/03/2025 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 3,120 | 3.30 | 10,296.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE** **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/04/2024 | INVOICE | 117435 |
|---|---|---|---|---|---|
| TREMONT DC - #0874 | TREMONT DC - #0874 | | | DATE | 11/04/2024 |
| 4900 E Dublin Granville Rd | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| Columbus, OH  43081 | TREMONT, PA  17981 | | | DUE DATE | 01/03/2025 |

P.O. NUMBER
0095611808

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 0 | 3.30 | 0.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 3,120 | 3.30 | 10,296.00 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 0 | 3.30 | 0.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE** **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/06/2024 | INVOICE | 117504 |
|---------|---------|-----------|-----------|---------|--------|
| MONTGOMERY DC - #0870 | MONTGOMERY DC - #0870 | | | DATE | 11/06/2024 |
| 4900 E Dublin Granville Rd | 2855 SELMA HWY | | | TERMS | Net 60 |
| Columbus, OH  43081 | MONTGOMERY, AL  36108 | | | DUE DATE | 01/05/2025 |

P.O. NUMBER
0095611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 3,120 | 3.30 | 10,296.00 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE **$10,296.00**

Date   11/8/2024

## BILL OF LADING

Page  1  of  1

### Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA  31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611809-003

BAR CODE SPACE

R16-9

### SHIP TO

Name: BIG LOTS STORES, INC
Location: DURANT DC - #0879
Address: 2306 ENTERPRISE DR
City/St/Zip: DURANT, OK 74701
CID# 0095611809_40507741

CARRIER NAME: STG INTERMODAL SLOUTIONS
Trailer Number: JB HW 340 687
Seal Number(s): 6876482

SCAC: XPOG
PRO Number:

AP# 675-79404

### THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect_____   Third Party _X___

Special Instructions: SHIPMENT:
SHIPMENT # 841833
RTS: 32616092

Master Bill of Lading with attached
_____ underlying bill of ladings (please mark)

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611809 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

### Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(c) of NMFC Item 360 | LTL ONLY | |
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 157570 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| 3120 | | 26 | | 9984S | | **GRAND TOTAL** | | |

COD Amount:
FEE TERMS_____   COLLECT_____   PREPAID_____
CUSTOMER CHECK ACCEPTABLE_____
See 49 U.S.C. ~ 14706 (c)(1)(A) and (B)

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to not be exceeding

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature 11/8/25

(X) Myron winder

Date  11/8/2024                   **BILL OF LADING**           Page _1_ of _1_

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip:  SAVANNAH GA  31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611809-004
BAR CODE SPACE

## SHIP TO

Name: BIG LOTS STORES, INC
Location: DURANT DC - #0879
Address: 2306 ENTERPRISE DR
City/St/Zip:  DURANT, OK 74701
CID# 0095611809_40507742

CARRIER NAME: J B HUNT
Trailer Number:
Seal Number(s): 5270724

SCAC: _JHBT_
PRO Number:
BAR CODE SPACE

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____    Collect_____    Third Party__X___

Special Instructions: SHIPMENT:
SHIPMENT # 841834
RTS: 32616115

_____ Master Bill of Lading with attached
           underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611809 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention  must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC | 157570 | 250 |
| | | | | | | | RECEIVING STAMP SPACE | |
| 3120 | | 26 | | 9984 | | **GRAND TOTAL** | | |

COD Amount: _____
FEE TERMS ____COLLECT_____ PREPAID____
CUSTOMER CHECK ACCEPTABLE ____

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE    See 49 U.S.C ™ 14706 (c)(1)(A) and (B)
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable stat and federal regulations
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature 11/8/24

11-8-24

---

**Receiver**

| Load Number | Arrival Date | Departure Date | Alpha Code | Receiver Full Name | Signature | Comments |
|---|---|---|---|---|---|---|
| 4WK8420 | 11/13/2024 | 11/13/2024 | HILJ37 | X | | |
| Stop Number | Arrival Time | Departure Time | Driver Full Name | Email | | |
| 99 | 3:09 PM | 3:12 PM | Jonathan Hill | null | | |
| Seal Number | Seal Intact | Load Accepted | | | | |
| 5270724 | Yes | Yes | | | | |

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/08/2024 | INVOICE | 117507 |
|---|---|---|---|---|---|
| DURANT DC - #0879 | DURANT DC - #0879 | | | DATE | 11/08/2024 |
| 4900 E Dublin Granville Rd | 2306 ENTERPRISE DR | | | TERMS | Net 60 |
| Columbus, OH  43081 | DURANT, OK  74701 | | | DUE DATE | 01/07/2025 |

P.O. NUMBER
0095611809

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 3,120 | 3.30 | 10,296.00 |

Contact Bramli USA to pay.
DIP#24-11967

**BALANCE DUE**  **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| | | | | | |
|---|---|---|---|---|---|
| BILL TO | | SHIP TO | | SHIP DATE | 11/08/2024 |
| DURANT DC - #0879 | | DURANT DC - #0879 | | INVOICE | 117508 |
| 4900 E Dublin Granville Rd | | 2306 ENTERPRISE DR | | DATE | 11/08/2024 |
| Columbus, OH  43081 | | DURANT, OK  74701 | | TERMS | Net 60 |
| | | | | DUE DATE | 01/07/2025 |

P.O. NUMBER
0095611809

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 1,892 | 3.30 | 6,243.60 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 1,228 | 3.30 | 4,052.40 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE **$10,296.00**

237

Bread

# BILL OF LADING

Date  11/11/2024     Page  1  of  1

## Ship From

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA  31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611807-002/007

BAR CODE SPACE

## SHIP TO

Name: BIG LOTS STORES, INC
Location: MONTGOMERY DC - #0870
Address: 2855 SELMA HWY
City/St/Zip: MONTGOMERY, AL 36108
CID# 0095611807_40507986
   0095611807_40207973

CARRIER NAME: UBER FREIGHT
Trailer Number:
Seal Number(s): 6876481
SCAC: UFLB
PRO Number:

ARRIVAL TIME ____ 937
BAR CODE SPACE ____ 1000
OFFICER INITIALS ____ JCS
Rec door 9  TRAILER NUMBER 5317537

## THIRD PARTY BILL TO

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____    Collect _____    Third Party__X__

Special Instructions: SHIPMENT #
SHIPMENT # 846202
RTS: 32633072/32633422

Master Bill of Lading with attached
underlying bill of ladings (please mark)

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Y | N | |
| PO 95611807-002 | 804 | 12034 | Y | N | 24 PALLETS |
| PO 95611807-007 | 50 | 655 | Y | N | 2 PALLETS |
| | | | Y | N | **26 PALLETS** |
| **Grand Total** | 854 | 12693.4 | | | |

## Carrier Information

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 4484 | PCS | 26 | PLT | 12693.4 | | DRY GOODS / PLASTIC | 156750 | 250 |
| | | | | | | PO#:_____  SEAL#:_____ | | |
| | | | | | | Date Arrived: | | |
| | | | | | | Start Time: | | |
| 4484 | | 26 | | 12693.4 | | Cases Received:     Drop:  Yes ☐  No ☐ | | |

When the rate is dependent on value, shipper is required to state specifically in writing the agreed or the property as follows:
The agreed or declared value of the property is specifically stated by the shipper not be exceeding

Case Short:     Receiver Signature: _____
Case Damaged:     Driver Signature: _____

All Totals are subject to Count and Inspection

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SI
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writ
carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been es
carrier and are available to the shipper, on request and to all applicable stat and federal regulations

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified,
packaged, marked and labeled and are in proper condition for transportation
according to the acceptable regulations of the DOT

Trailer Loaded:
_X_ By Shipp
___ By Driver

Freight Counted:
___ By Driver/Pallets
___ By Driver/Pieces

Additional Load Notes:

certifies emergency response information was made available and/or carrier
has the DOT emergency response guidebook or equivalent documentation
in the vehicle. Property described above is received in good order, except as
noted.

Eddie Harmon     11/11/24

X Barry p     11/11/24

for details.

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/11/2024 | INVOICE | 117512 |
|---|---|---|---|---|---|
| MONTGOMERY DC - #0870 | MONTGOMERY DC - #0870 | | | DATE | 11/11/2024 |
| 4900 E Dublin Granville Rd | 2855 SELMA HWY | | | TERMS | Net 60 |
| Columbus, OH  43081 | MONTGOMERY, AL  36108 | | | DUE DATE | 01/10/2025 |

P.O. NUMBER
0095611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 2,488 | 3.30 | 8,210.40 |
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE ALLURE BLUE | 632 | 3.30 | 2,085.60 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE **$10,296.00**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/11/2024 | INVOICE | 117513 |
|---------|---------|-----------|------------|---------|--------|
| MONTGOMERY DC - #0870 | MONTGOMERY DC - #0870 | | | DATE | 11/11/2024 |
| 4900 E Dublin Granville Rd | 2855 SELMA HWY | | | TERMS | Net 60 |
| Columbus, OH  43081 | MONTGOMERY, AL  36108 | | | DUE DATE | 01/10/2025 |

P.O. NUMBER
0095611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE FOAM GREEN | 1,080 | 3.30 | 3,564.00 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 3,204 | 3.30 | 10,573.20 |

Contact Bramli USA to pay.
DIP#24-11967

BALANCE DUE  **$14,137.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| | | | | |
|---|---|---|---|---|
| BILL TO | SHIP TO | SHIP DATE | 11/11/2024 | INVOICE | 117514 |

| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| Big Lots | Big Lots | SHIP DATE | 11/11/2024 | INVOICE | 117514 |
| BIG LOTS | TREMONT, DC #0874 | | | DATE | 11/11/2024 |
| 4900 E DUBLIN GRANSVILLE RD | 50 RAUSCH CREEK RD | | | TERMS | Net 60 |
| COLUMBUS, OH  43081 | TREMONT, PA 17981 | | | DUE DATE | 01/10/2025 |
| | USA | | | | |

P.O. NUMBER
0095611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE IRIS | 200 | 3.30 | 660.00 |

Contact Bramli USA to pay.
DIP# 24-11967

**BALANCE DUE**            **$660.00**

*Breck*

| Date  11/19/2024 | BILL OF LADING | Page _1_ of _1_ |
|---|---|---|

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611807-001

BAR CODE SPACE

①

**Ship To**

Name: BIG LOTS STORES, INC
Location: MONTGOMERY DC - #0870
Address: 2855 SELMA HWY
City/St/Zip: MONTGOMERY, AL 36108
CID# 0095611807  40507970

CARRIER NAME: STEAM LOGISITCS
Trailer Number:
Seal Number(s): 6876496
SCAC: UFLB
PRO Number:

BAR CODE SPACE

**Third Party Bill To**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____    Collect _____    Third Party__X__

Special Instructions: SHIPMENT #
SHIPMENT # 842151
RTS: =32632349

_____ Master Bill of Lading with attached
underlying bill of ladings (please mark)

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip | | Additional Shipper Info |
|---|---|---|---|---|---|
| | | | Cirlce One | | |
| PO 95611807-01 | 864 | 13912 | Y | N | 24 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 864 | 13912 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION<br>Commodities special or additional care or attention  must be so marked and packaged as to ensure safe transportation with ordinary care<br>See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 5184 | PCS | 24 | PLT | 13912 | | DRY GOODS / PLASTIC | 156750 | 250 |
| | | | | | ARRIVAL TIME | | RECEIVING | |
| | | | | | APPOINTMENT TIME  500 | | STAMP SPACE | |
| | | | | | OFFICER INITIALS  23 | | | |
| | | | | | TRAILER NUMBER  435 | | | |
| 5184 | | 24 | | 13912 | | **GRAND TOTAL** | | |

COD Amount:
FEE TERMS ____ COLLECT ____ PREPAID
CUSTOMER CHECK ACCEPTABLE

NOTE: LIABILITY LIMITATION FOR LOSS OR DAMAGE IN THIS SHIPMENT MAY BE APPLICABLE    See 49 U.S.C " 14706 (c)(1)(A) and (B)

RECEIVE... ject to individually determined rates or contracts that have been agreed upon in writing between the ... otherwise to the rates, classifications and rules that have been established by the

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

PO#: 0095611807    SEAL#: _____

Date Arrived  11-19-24    Completed date: 11-19-24

Start Time  15:10    Completed Time: 9.19PM

Cases Received  864    Drop  Yes ☑  No ☐

Case Short _____    Receiver Signature *Natasha*

Cases Damaged _____    Driver Signature: _____

CARRIER SIGNATURE/PICK UP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted

(X) *Steve Peele* 11/19/24

**All Totals are subject to Count and Inspection**

Additional Load Notes

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/19/2024 | INVOICE | 117573 |
|---|---|---|---|---|---|
| MONTGOMERY DC - #0870 | MONTGOMERY DC - #0870 | | | DATE | 11/19/2024 |
| 4900 E Dublin Granville Rd | 2855 SELMA HWY | | | TERMS | Net 60 |
| Columbus, OH  43081 | MONTGOMERY, AL  36108 | | | DUE DATE | 01/18/2025 |

P.O. NUMBER
0095611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-GRIV | 5PK 6QT CLEAR STORAGE FOAM GREEN | 4,014 | 3.30 | 13,246.20 |
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE ALLURE BLUE | 1,170 | 3.30 | 3,861.00 |

Contact Bramli USA to pay.
DIP# 24-11967

BALANCE DUE                    **$17,107.20**

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Big Lots | Big Lots | INVOICE | 1005 |
| BIG LOTS | TREMONT, DC #0874 | DATE | 11/20/2024 |
| 4900 E DUBLIN GRANSVILLE RD | 50 RAUSCH CREEK RD | TERMS | Net 60 |
| COLUMBUS, OH  43081 | TREMONT, PA 17981 | DUE DATE | 01/19/2025 |
| | USA | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SHB-5-IRIS | 5PK 6QT CLEAR STORAGE | 630 | 3.30 | 2,079.00 |
| | CS-12-GRIV | 2PK 12QT CLEAR STORAGE GRN RVR | 2,760 | 3.30 | 9,108.00 |

Contact Bramli USA to pay.

BALANCE DUE **$11,187.00**

Pay invoice

243 Driver

| Date 11/22/2024 | **BILL OF LADING** | Page 1 of 1 |

**Ship From**

Name: BRAMLI USA
Address: 300 TELFAIR RD STE 500
City/St/Zip: SAVANNAH GA 31415
SID#   VENDOR # 1008798

Bill of lading Number: BIG95611807-005
BAR CODE SPACE

**SHIP TO**

Name: BIG LOTS STORES, INC
Location: MONTGOMERY DC - #0870
Address: 2855 SELMA HWY
City/St/Zip: MONTGOMERY, AL 36108
CID# 0095611807  40507978

CARRIER NAME: PLS LOGISTICS SERVICES LLC
Trailer Number:
Seal Number(s): 6876013
SCAC: PTLC
PRO Number:
BAR CODE SPACE

**THIRD PARTY BILL TO**

Name: BIG LOTS C/O UNYSON LOGISTICS
Address: 2000 CLEAR WATER DR.
City/St/Zip: OAK BROOK, IL 60523

Special Instructions: SHIPMENT #
SHIPMENT # 842154
RTS: 3263321T

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid_____   Collect _____   Third Party__X___

Master Bill of Lading with attached
underlying bill of ladings (please mark)

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611807-005 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION Commodities special or additional care or attention must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC from 360 | LTL ONLY | |
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC DOOR 9 | 156750 | 250 |
| | | | | | | ARRIVAL TIME 08:31 Am | RECEIVING STAMP SPACE | |
| | | | | | | APPOINTMENT TIME 09:00 Am | | |
| | | | | | | OFFICER INITIALS CM | | |
| 3120 | | 26 | | 9984 | | TRAILER NUMBER **GRAND TOTAL** 4124453 | | |

COD Amount: _____
FEE TERMS    COLLECT_____    PREPAID

NOTE : LIABILITY LIMITATION FOR LOSS OR DAMA...
RECEIVED, subject to individually determined rates or contracts that have been carrier and the shipper, if applicable, otherwise to the rates, classifications and n carrier and are available to the shipper, on request and to all applicable stat and t

SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT

*[signature]* 11/25/24

PO#: 9561/1807          SEAL#: 6876013
Date Arrived: 11-26-24   Completed Date: 11-26-24
Start Time: 8:31         Completed Time: 12:33
Cases Received: 780      Drop: Yes ☐  No ☑
Cases Short:  --          Receiver Signature: *[signature]*
Cases Damaged:  --        Driver Signature: *[signature]*
**All Totals are subject to Count and Inspection**
Additional Load Notes:

...t and all other lawful
Signature
...P DATE
...nd required placards. Carrier
...as made available and/or carrier
...k or equivalent documentation
received in good order, except as

25-24

| Date   11/25/2024 | **BILL OF LADING** | Page _1_ of _1_ |
|---|---|---|

| **Ship From** | |
|---|---|
| Name: BRAMLI USA<br>Address: 300 TELFAIR RD STE 500<br>City/St/Zip:  SAVANNAH GA  31415<br>SID#   VENDOR # 1008798 | Bill of lading Number: BIG95611807-006<br>BAR CODE SPACE |

| **SHIP TO** | |
|---|---|
| Name: BIG LOTS STORES, INC<br>Location: MONTGOMERY DC - #0870<br>Address: 2855 SELMA HWY<br>City/St/Zip: MONTGOMERY, AL 36108<br>CID# 0095611807 40507981 | CARRIER NAME: PLS LOGISTICS SERVICES LLC<br>Trailer Number:<br>Seal Number(s): 6876485 |
| | SCAC: PTLC<br>PRO Number:<br>BAR CODE SPACE |

| **THIRD PARTY BILL TO** | |
|---|---|
| Name: BIG LOTS C/O UNYSON LOGISTICS<br>Address: 2000 CLEAR WATER DR.<br>City/St/Zip: OAK BROOK, IL 60523 | Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*<br>Prepaid _____   Collect _____   Third Party __X__ |
| Special Instructions: SHIPMENT #<br>SHIPMENT #842158<br>RTS: 32633400 | ____ Master Bill of Lading with attached<br>underlying bill of ladings (please mark) |

**Customer Order Information**

| Customer Order Number | #Pkgs | Weight | Pallets/Slip<br>Cirlce One | | Additional Shipper Info |
|---|---|---|---|---|---|
| PO 95611807-006 | 780 | 9984 | Y | N | 26 PALLETS |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 780 | 9984 | | | |

**Carrier Information**

| Handling Unit | | Package | | Weight | H.M. | COMMODITY DESCRIPTION<br>Commodities special or additional care or attention  must be so marked and packaged as to ensure safe transportation with ordinary care<br>See Section 2(e) of NMFC from 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC# | CLASS |
| 3120 | PCS | 26 | PLT | 9984 | | DRY GOODS / PLASTIC  08:43 AM | 156750 | 250 |
| | | | | | | ARRIVAL TIME | RECEIVING STAMP SPACE | |
| | | | | | | APPOINTMENT TIME  09:00 AM  Cm | | |
| | | | | | | OFFICER INITIALS  31690 | | |
| 3120 | | 26 | | 9984 | | TRAILER NU  **GRAND TOTAL**  DDR 9 | | |

When the rate is dependent on value, shipper is required to state specifically in w... the property as follows:
The agreed or declared value of the property is specifically stated by the shipper _____ per _____

**NOTE : LIABILITY LIMITATION FOR LOSS OR DAMA...**
RECEIVED, subject to individually determined rates or contracts that have bee... carrier and the shipper, if applicable, otherwise to the rates, classifications and r... carrier and are available to the shipper, on request and to all applicable stat and...

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the acceptable regulations of the DOT.

*Eddie Hayword*  11/25/2

| PO#: 95 611807 | SEAL#: 6876485 |
|---|---|
| Date Arrived: 11-26-24 | Completed Date: 11-26-24 |
| Start Time: 8:43 | Completed Time: 10:02 |
| Cases Received: 780 | Drop: Yes ☐  No ☐ |
| Cases Short: — | Receiver Signature: _____ |
| Cases Damaged: | Driver Signature: _____ |

All Totals are subject to Count and Inspection
Additional Load Notes:

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/25/2024 | INVOICE | 117629 |
|---|---|---|---|---|---|
| Big Lots | Big Lots | | | DATE | 11/25/2024 |
| BIG LOTS | MONTGOMERY DC - #0870 | | | TERMS | Net 60 |
| 4900 E DUBLIN GRANSVILLE RD | 2855 SELMA HWY | | | DUE DATE | 01/24/2025 |
| COLUMBUS, OH  43081 | MONTGOMERY, AL 36108 | | | | |
| | USA | | | | |

P.O. NUMBER
95611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE IRIS | 3,120 | 3.30 | 10,296.00 |

Contact Bramli USA to pay.

BALANCE DUE **$10,296.00**

Pay invoice

**Bramli USA**

300 Telfair Rd
Savannah, GA  31415 USA
admin@life-plastic.com

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 11/25/2024 | INVOICE | 117628 |
|---------|---------|-----------|------------|---------|--------|
| Big Lots | Big Lots | | | DATE | 11/25/2024 |
| BIG LOTS | MONTGOMERY DC# 0870 | | | TERMS | Net 60 |
| 4900 E DUBLIN GRANSVILLE RD | 2855 SELMA HWY | | | DUE DATE | 01/24/2025 |
| COLUMBUS, OH  43081 | MONTGOMERY, AL 36108 | | | | |

P.O. NUMBER
95611807

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | CS-12-IRIS | 2PK 12QT CLEAR STORAGE IRIS | 3,120 | 3.30 | 10,296.00 |

Contact Bramli USA to pay.

BALANCE DUE **$10,296.00**

Pay invoice