# EXHIBIT C

**BRAMLI USA INC Administrative Expense Claims: Pre and Post Petition Orders & Invoices**

| Date | Type | No. | Customer | Memo | Due date | Balance | Ship Date | P.O. Number | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2024 | Invoice | 116794 | BIG LOTS! | | 7/29/2024 | 10,374.00 | 5/30/2024 | 95049921 | 10,374.00 |
| 11/25/2024 | Invoice | 117629 | BIG LOTS! | | 1/24/2025 | 10,296.00 | 11/25/2024 | 95611807 | 10,296.00 |
| 11/25/2024 | Invoice | 117628 | BIG LOTS! | | 1/24/2025 | 10,296.00 | 11/25/2024 | 95611807 | 10,296.00 |
| 11/19/2024 | Invoice | 117573 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 1/18/2025 | 17,107.20 | 11/19/2024 | 95611807 | 17,107.20 |
| 11/11/2024 | Invoice | 117514 | BIG LOTS! | | 10/1/2025 | 660.00 | 11/11/2024 | 95611807 | 660.00 |
| 11/11/2024 | Invoice | 117513 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 10/1/2025 | 14,137.20 | 11/11/2024 | 95611807 | 14,137.20 |
| 11/11/2024 | Invoice | 117512 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 10/1/2025 | 10,296.00 | 11/11/2024 | 95611807 | 10,296.00 |
| 8/11/2024 | Invoice | 117508 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 7/1/2025 | 10,296.00 | 8/11/2024 | 95611809 | 10,296.00 |
| 8/11/2024 | Invoice | 117507 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 7/1/2025 | 10,296.00 | 8/11/2024 | 95611809 | 10,296.00 |
| 6/11/2024 | Invoice | 117504 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 5/1/2025 | 10,296.00 | 6/11/2024 | 95611807 | 10,296.00 |
| 4/11/2024 | Invoice | 117435 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 10,296.00 | 4/11/2024 | 95611808 | 10,296.00 |
| 4/11/2024 | Invoice | 117434 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 10,296.00 | 4/11/2024 | 95611808 | 10,296.00 |
| 4/11/2024 | Invoice | 117433 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 17,107.20 | 4/11/2024 | 95611809 | 17,107.20 |
| 1/11/2024 | Invoice | 117399 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/31/2024 | 10,296.00 | 1/11/2024 | 95611808 | 10,296.00 |
| 10/31/2024 | Invoice | 117396 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/30/2024 | 10,296.00 | 10/24/2024 | 95611808 | 10,296.00 |
| 10/30/2024 | Invoice | 117391 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 10,296.00 | 10/30/2024 | 95611808 | 10,296.00 |
| 10/30/2024 | Invoice | 117390 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 14,856.60 | 10/30/2024 | 95611808 | 14,856.60 |
| 10/30/2024 | Invoice | 117389 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 17,107.20 | 10/30/2024 | 95611808 | 17,107.20 |
| 10/30/2024 | Invoice | 117388 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 17,107.20 | 10/30/2024 | 95611808 | 17,107.20 |
| 10/29/2024 | Invoice | 117375 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 1,947.00 | 10/29/2024 | 95611809 | 1,947.00 |
| 10/29/2024 | Invoice | 117374 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 4,831.20 | 10/29/2024 | 95637620 | 4,831.20 |
| 10/29/2024 | Invoice | 117373 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 10,296.00 | 10/29/2024 | 95611808 | 10,296.00 |
| 10/29/2024 | Invoice | 117372 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 10,296.00 | 10/29/2024 | 95611808 | 10,296.00 |
| 10/24/2024 | Invoice | 117364 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/23/2024 | 6,072.00 | 10/24/2024 | 95637618 | 6,072.00 |
| 10/21/2024 | Invoice | 117311 | BIG LOTS! | | 12/20/2024 | 8,870.40 | 10/21/2024 | 0095637619-001 | 8,870.40 |
| 10/18/2024 | Invoice | 117306 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/17/2024 | 1,610.40 | 10/18/2024 | 95637619 | 1,610.40 |
| 11/20/2024 | Invoice | 1005 | BIG LOTS! | PO TERMS AND COMMENTS | 1/19/2025 | 11,187.00 | 10/20/2024 | 95611808 | 11,187.00 |

**TOTAL =    276,822.60**

**Type: Pre-Petition Orders & Invoices**

| Date | Type | No. | Customer | Memo | Due date | Balance | Ship Date | P.O. Number | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2024 | Invoice | 116794 | BIG LOTS! | | 7/29/2024 | 10,374.00 | 5/30/2024 | 95049921 | 10,374.00 |
| 8/11/2024 | Invoice | 117508 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 7/1/2025 | 10,296.00 | 8/11/2024 | 95611809 | 10,296.00 |
| 8/11/2024 | Invoice | 117507 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 7/1/2025 | 10,296.00 | 8/11/2024 | 95611809 | 10,296.00 |
| 6/11/2024 | Invoice | 117504 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 5/1/2025 | 10,296.00 | 6/11/2024 | 95611807 | 10,296.00 |
| 4/11/2024 | Invoice | 117435 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 10,296.00 | 4/11/2024 | 95611808 | 10,296.00 |
| 4/11/2024 | Invoice | 117434 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 10,296.00 | 4/11/2024 | 95611808 | 10,296.00 |
| 4/11/2024 | Invoice | 117433 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 3/1/2025 | 17,107.20 | 4/11/2024 | 95611809 | 17,107.20 |
| 1/11/2024 | Invoice | 117399 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/31/2024 | 10,296.00 | 1/11/2024 | 95611808 | 10,296.00 |

**TOTAL =** **89,257.20**

## Type: Post-Petition Orders & Invoices

| Date | Type | No. | Customer | Memo | Due date | Balance | Ship Date | P.O. Number | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/25/2024 | Invoice | 117629 | BIG LOTS! | | 1/24/2025 | 10,296.00 | 11/25/2024 | 95611807 | 10,296.00 |
| 11/25/2024 | Invoice | 117628 | BIG LOTS! | | 1/24/2025 | 10,296.00 | 11/25/2024 | 95611807 | 10,296.00 |
| 11/19/2024 | Invoice | 117573 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 1/18/2025 | 17,107.20 | 11/19/2024 | 95611807 | 17,107.20 |
| 11/11/2024 | Invoice | 117514 | BIG LOTS! | | 10/1/2025 | 660.00 | 11/11/2024 | 95611807 | 660.00 |
| 11/11/2024 | Invoice | 117513 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 10/1/2025 | 14,137.20 | 11/11/2024 | 95611807 | 14,137.20 |
| 11/11/2024 | Invoice | 117512 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 10/1/2025 | 10,296.00 | 11/11/2024 | 95611807 | 10,296.00 |
| 10/31/2024 | Invoice | 117396 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/30/2024 | 10,296.00 | 10/24/2024 | 95611808 | 10,296.00 |
| 10/30/2024 | Invoice | 117391 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 10,296.00 | 10/30/2024 | 95611808 | 10,296.00 |
| 10/30/2024 | Invoice | 117390 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 14,856.60 | 10/30/2024 | 95611808 | 14,856.60 |
| 10/30/2024 | Invoice | 117389 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 17,107.20 | 10/30/2024 | 95611808 | 17,107.20 |
| 10/30/2024 | Invoice | 117388 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/29/2024 | 17,107.20 | 10/30/2024 | 95611808 | 17,107.20 |
| 10/29/2024 | Invoice | 117375 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 1,947.00 | 10/29/2024 | 95611809 | 1,947.00 |
| 10/29/2024 | Invoice | 117374 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 4,831.20 | 10/29/2024 | 95637620 | 4,831.20 |
| 10/29/2024 | Invoice | 117373 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 10,296.00 | 10/29/2024 | 95611808 | 10,296.00 |
| 10/29/2024 | Invoice | 117372 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/28/2024 | 10,296.00 | 10/29/2024 | 95611808 | 10,296.00 |
| 10/24/2024 | Invoice | 117364 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/23/2024 | 6,072.00 | 10/24/2024 | 95637618 | 6,072.00 |
| 10/21/2024 | Invoice | 117311 | BIG LOTS! | | 12/20/2024 | 8,870.40 | 10/21/2024 | 0095637619-001 | 8,870.40 |
| 10/18/2024 | Invoice | 117306 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 12/17/2024 | 1,610.40 | 10/18/2024 | 95637619 | 1,610.40 |
| 11/20/2024 | Invoice | 1005 | BIG LOTS! | BIG LOTS PO TERMS AND COMMENTS | 1/19/2025 | 11,187.00 | 10/20/2024 | 95611808 | 11,187.00 |

**TOTAL = 187,565.40**