## **CERTIFICATE OF SERVICE**

      I, Alexandra D. Rogin, hereby certify that on January 31, 2025, I caused to be served the foregoing Motion by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

                                                  */s/ Alexandra D. Rogin*
                                                  Alexandra D. Rogin, Esq. (No. 6197)