**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al., | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | **Hearing Date: 2/26/25 at 10:30 AM** |
| | ) | **Objection Deadline: 2/11/25 at 4:00 PM** |
| | ) | |
| | ) | |

**NOTICE OF HEARING ON BRAMLI USA INC'S MOTION**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that on January 31, 2025, BRAMLI USA INC. ("BRAMLI") filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion"). A copy of the Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on February 26, 2025 at 10:30 a.m. (Eastern Time), before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served so as to be actually received by the undersigned counsel for Infosys, on or before February 11, 2025 at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 31, 2025

        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Alexandra D. Rogin*
Alexandra Rogin (DE No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-552-2901
arogin@eckertseamans.com
*Attorneys for BRAMLI USA*

Daniel E. Beederman
Daniel.Beederman@sfbbg.com
Richard M. Goldwasser
Richard.Goldwasser@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC**
300 S. Wacker Dr., Ste. 1500
Chicago, IL 60606
(312) 648-2300
(PHV Forthcoming)