IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> BIG LOTS, INC., *et al.* § <br> § <br> DEBTORS.[1] § <br> § <br> § <br> § | CASE NO. 24-11967 (JKS) <br> (Chapter 11) <br><br> Hearing Date: Feb. 26, 2025 at 10:30 a.m. <br> Objection Deadline: Feb. 14, 2025 at 4:00 p.m. |

## ORDER GRANTING MOTION OF STEVE SILVER FURNITURE COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(B)(1)(A) AND 503(B)(9)

Upon the Motion of Steve Silver Furniture Company ("SSFC") for *Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C § 503(b)(1) and 503(b)(9)* (the "Motion"); and it appearing that notice of the Motion was good and sufficient under the circumstances; and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberations and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. SSFC shall have and is hereby granted an allowed administrative expense claim against the Debtors for goods provided post-petition and in the 20 days before the petition date allowable under 503(b)(9) in the amount of $2,640,683.58.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: *Great Basin, LLC* (6158); *Big Lots, Inc.* (9097); *Big Lots Management, LLC* (7948); *Consolidated Property Holdings, LLC* (0984); *Broyhill LLC* (7868); *Big Lots Stores - PNS, LLC* (5262); *Big Lots Stores, LLC* (6811); *BLBO Tenant, LLC* (0552); *Big Lots Stores - CSR, LLC* (6182); *CSC Distribution LLC* (8785); *Closeout Distribution, LLC* (0309); *Durant DC, LLC* (2033); *AVDC, LLC* (3400); *GAFDC LLC* (8673); *PAFDC LLC* (2377); *WAFDC, LLC* (6163); *INFDC, LLC* (2820); *Big Lots eCommerce LLC* (9612); and *Big Lots F&S, LLC* (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

3. The Debtors are directed to pay the allowed administrative claim of SSFC in the total amount of $2,640,683.58 within seven (7) days of the entry of this Order.

4. Nothing in this Order shall prejudice the rights of SSFC to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.