## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BIG LOTS, INC.,** *et al.* | § | **CASE NO. 24-11967 (JKS)** |
| | § | **(Chapter 11)** |
| **DEBTORS.** [1] | § | |
| | § | Hearing Date: Feb. 26, 2025 at 10:30 a.m. |
| | § | Objection Deadline: Feb. 14, 2025 at 4:00 p.m. |

## CERTIFICATE OF SERVICE OF STEVE SILVER FURNITURE COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(B)(1) AND 503(B)(9)

I, David D. Ritter, an attorney admitted to practice in the State of Texas and managing member of Ritter Spencer Cheng PLLC who represents creditor Steve Silver Furniture Company in this matter, certifies and declares that on January 31, 2025, I caused a true and correct copy of the *Motion of Steve Silver Furniture Company for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. §§ 503(b)(1) and (b)(9)* to be served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases, as well as via email to the parties on the attached Service List.

Dated: January 31, 2025
Addison, Texas

*/s/ David D. Ritter*_____
David D. Ritter

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: *Great Basin, LLC* (6158); *Big Lots, Inc.* (9097); *Big Lots Management, LLC* (7948); *Consolidated Property Holdings, LLC* (0984); *Broyhill LLC* (7868); *Big Lots Stores - PNS, LLC* (5262); *Big Lots Stores, LLC* (6811); *BLBO Tenant, LLC* (0552); *Big Lots Stores - CSR, LLC* (6182); *CSC Distribution LLC* (8785); *Closeout Distribution, LLC* (0309); *Durant DC, LLC* (2033); *AVDC, LLC* (3400); *GAFDC LLC* (8673); *PAFDC LLC* (2377); *WAFDC, LLC* (6163); *INFDC, LLC* (2820); *Big Lots eCommerce LLC* (9612); and *Big Lots F&S, LLC* (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

## <u>SERVICE LIST</u>

| | |
|---|---|
| Brian M. Resnick, Esq.,<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.,<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800,<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com | Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com |
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com |
| Linda J. Casey, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |