## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § § | |
| **BIG LOTS, INC.,** *et al.* § § | **CASE NO. 24-11967 (JKS)** |
| **DEBTORS.** [1] § § § § | **(Chapter 11)** |
| | Hearing Date: Feb. 26, 2025 at 10:30 a.m. |
| | Objection Deadline: Feb. 14, 2025 at 4:00 p.m. |

### NOTICE OF MOTION OF STEVE SILVER FURNITURE COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(B)(1) AND 503(B)(9)

**PLEASE TAKE NOTICE** that on January 31, 2025, Steve Silver Furniture Company ("**Movant**") filed its *Motion Allowance and Payment of Administrative Expense Claim under 11 U.S.C. §§ 503(b)(1) and 503(b)(9)* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Court in accordance with the local rules and served upon the undersigned counsel on or before **February 14, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed by the Objection Deadline, a hearing on the Motion will be held on February 26, 2025 at 10:30 a.m. (ET) before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: *Great Basin, LLC* (6158); *Big Lots, Inc.* (9097); *Big Lots Management, LLC* (7948); *Consolidated Property Holdings, LLC* (0984); *Broyhill LLC* (7868); *Big Lots Stores - PNS, LLC* (5262); *Big Lots Stores, LLC* (6811); *BLBO Tenant, LLC* (0552); *Big Lots Stores - CSR, LLC* (6182); *CSC Distribution LLC* (8785); *Closeout Distribution, LLC* (0309); *Durant DC, LLC* (2033); *AVDC, LLC* (3400); *GAFDC LLC* (8673); *PAFDC LLC* (2377); *WAFDC, LLC* (6163); *INFDC, LLC* (2820); *Big Lots eCommerce LLC* (9612); and *Big Lots F&S, LLC* (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond to the Motion by the Objection Deadline, the Court may grant the relief requested without further notice or hearing.

Dated:   January 31, 2025  Respectfully submitted,

**RITTER SPENCER CHENG PLLC**

By:  /s/David D. Ritter
David D. Ritter
State Bar No. 00791534
15305 Dallas Parkway, 12th Floor
Addison, Texas 75001
(214) 295-5078 – Telephone
(214) 329-4362 – Facsimile
dritter@ritterspencercheng.com – Email

**ATTORNEY FOR STEVE SILVER FURNITURE COMPANY**