# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS) (Jointly Administered)<br><br>**Hearing Date: February 26, 2025 at 10:30 a.m.**<br>**Objection Deadline: February 14, 2025 at 4:00 p.m.** |

## NOTICE OF MOTION OF STALWART HOMESTYLES
## FOR AN ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSES

**PLEASE TAKE NOTICE** that McCarter & English, LLP, attorneys for Stalwart Homestyles ("Stalwart"), filed the *Application of Stalwart Homestyles for an Order Compelling Payment of Administrative Expense* with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Application must be (a) in writing and served on or before February 14, 2025, at 4:00 p.m. (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Stalwart.

---

[1] The debtors and debtors in possession (collectively, the "**Debtors**") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **February 26. 2025, at 10:30 a.m.**

If you fail to respond in accordance with this notice, the Court may grant the relief requested in the application without further notice or hearing.

| | |
|---|---|
| Dated: January 31, 2025<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>*/s/ Shannon D. Humiston*<br>Kate Roggio Buck (No. 5140)<br>Shannon D. Humiston (No. 5740)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>kbuck@mccarter.com<br>shumiston@mccarter.com<br><br>*Attorneys for Stalwart Homestyles* |