IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| BIG LOTS, INC., *et al.*,[1] | : Case No. 24-11967 (JKS) (Jointly Administered) |
|  | : |
|  | : **RE: DOC. NO. \_\_\_\_** |
| Debtors. | : |

## ORDER GRANTING APPLICATION OF STALWART HOMESTYLES FOR AN ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE

Upon review and consideration of the *Application of Stalwart Homestyles for an Order Compelling Payment of Administrative Expense* (the "Application"), and any responses thereto; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted as set forth herein; and it is further

ORDERED that the Debtors shall pay all amounts due for the Post-Petition Goods within five (5) business days of the date of this Order; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice; and it is further

ORDERED that the Debtors and Stalwart are directed and authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion; and it is further

---

[1] The debtors and debtors in possession (collectively, the "**Debtors**") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order; and it is further

ORDERED that the 14-day stay of the Order, provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, is waived and this Order becomes effective immediately.