# CERTIFICATE OF SERVICE

      I, Shannon D. Humiston, certify that on January 31, 2025, I caused a true and correct copy of the foregoing *Notice of Motion and Motion of Stalwart Homestyles For an Order Compelling Payment of Administrative Expense* to be served electronically on all parties of record through the Court's CM/ECF system and via electronic mail on the parties on the attached service list.

Dated: January 31, 2025

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)