# EXHIBIT A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING APPLICATION OF
## META PLATFORMS, INC. FOR ALLOWANCE AND PAYMENT OF
## ADMINISTRATIVE EXPENSE CLAIM AND RESERVATION OF RIGHTS

Upon the application (the "Application")[2] of Meta Platforms, Inc. ("Meta") for an Order (i) allowing Meta's expense of $2,088,755.89, in addition to such other attorneys' fees and costs as may be determined at a later date, as an administrative expense under section 503(b)(1) (the "Administrative Expense") of Title 11 of the United States Code (the "Bankruptcy Code") and (ii) directing the Debtors to immediately pay the Administrative Expense; and the Court having jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Application having been provided and it appearing that no other or further notice is necessary; and upon consideration of the Application and the relief requested and a hearing having been held before this Court; and the Court having determined that the legal and factual bases set forth in the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

AFSDOCS:301274528.3

Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Administrative Expense is allowed as an administrative expense under section 503(b)(1) of the Bankruptcy Code in the amount of $2,088,755.89 in addition to such other attorneys' fees and costs as may be determined at a later date; and it is further

**ORDERED** that Debtors shall pay the Administrative Expense to Meta within five (5) days of entry of this Order; and it is further

**ORDERED** that to the extent the Debtors continue to purchase and receive additional services from Meta after the date of this Order, Meta is allowed an administrative expense under section 503(b)(1) of the Bankruptcy Code for such amounts which come due after that time; and it is further

**ORDERED** that this Order is without prejudice to Meta's right to amend the amount of the Administrative Expense, subject to the approval of this Court, and to request additional amounts owing, including but not limited to attorneys' fees; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

DATED:                                             _____
                                                   HON. J. KATE STICKLES
                                                   UNITED STATES BANKRUPTCY JUDGE