IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS INC., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) <br><br> **Hearing Date: February 26, 2025 at 10:30 a.m.** <br><br> **Objection Deadline: February 14, 2025 at 4:00 p.m.** |

### NOTICE OF META PLATFORMS, INC. APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that Meta Platforms, Inc ("Meta"), filed its Application for Allowance and Payment of Administrative Expense and Reservation of Rights with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Application must be (a) in writing and served on or before February 14, 2025, at 4:00 p.m. (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Meta.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on February 26. 2025, at 10:30 a.m. If you fail to respond in accordance with this notice, the Court may grant the relief requested in the application without further notice or hearing.

Dated: January 31, 2025

**CAROTHERS & HAUSWIRTH LLP**

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (No. 5679)
1007 N. Orange Street, 4th Foor
Wilmington, DE 19801
Direct: 302.332.7181
Facsimile: 412.910.7510
ghauswirth@ch-legal.com

*and*

**ARENTFOX SCHIFF LLP**

George P. Angelich (*Pro hac vice*)
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone : (212) 457-5423
Email: George.Angelich@afslaw.com

James E. Britton (*Pro hac vice*)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: James.Britton@afslaw.com

*Counsel for Meta Platforms, Inc.*