## CERTIFICATE OF SERVICE

I, Gregory W. Hauswirth, certify that on January 31, 2025, I caused a true and correct copy of the foregoing Notice and Meta Platforms, Inc. Application for Allowance and Payment of Administrative Expense and Reservation of Rights to be served electronically on all parties of record through the Court's CM/ECF system and via electronic mail on the parties on the attached service list.

Dated: January 31, 2025

/s/ Gregory W. Hauswirth
Gregory W. Hauswirth (No. 5679)

AFSDOCS:301274528.3