IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |
| Roundtripping Ltd.<br><br>Appellant,<br><br>BIG LOTS, INC., *et al.*,<br><br>Appellees | Civil Action No. 1:25-cv-00076-GBW<br><br>Bankruptcy DE/BAP No. 25-06 |

## STIPULATION FOR
## VOLUNTARY DISMISSAL OF APPEAL

Appellant Roundtripping Ltd. ("**Roundtripping**") and Appellees Big Lots, Inc., *et al* (collectively, the "**Debtors**," and together with Roundtripping, the "**Parties**"), by and through their respective counsel and pursuant to FED. R. BANKR. P. 8023, hereby stipulate to the dismissal of the present appeal and state as follows:

**WHEREAS**, on January 16, 2025, Roundtripping commenced the above-captioned appeal of: (i) the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests,*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

*Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] entered on January 2, 2025 in the above-captioned chapter 11 cases (the "**Sale Order**") and (ii) the *Order Shortening Notice of Motion of Debtors for Entry of An Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Under the GBRP APA, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1449] on December 27, 2024 in the above-captioned chapter 11 cases (the "**Order Shortening Time**");

**WHEREAS**, the Clerk of this Court docketed Roundtripping's Notice of Appeal on January 17, 2025 (Notice of Appeal from the Bankruptcy Court, ECF No. 1);

**WHEREAS**, the Clerk of this Court docketed a Notice of Docketing Bankruptcy Appeal on January 17, 2025 (Notice of Docketing Bankruptcy Appeal, ECF No. 2);

**WHEREAS**, under Federal Rule of Bankruptcy Procedure 8023, the Clerk of this Court must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due; and

**WHEREAS**, the Parties have conferred and agree to seek a voluntary dismissal of this appeal.

**NOW THEREFORE**, the Parties agree and stipulate as follows:

1. The Parties respectfully request that this Court issue an Order of Dismissal.

2. The Parties agree that each party shall bear its own costs and attorneys' fees in connection with this appeal.

Case 1:25-cv-00076-GBW  Document 5  Filed 02/03/25  Page 3 of 3 PageID #: 451
Case 1:24-13967-JKS  Doc 1920  Filed 02/03/25  Page 3 of 3
Case 1:25-cv-00076-GBW  Document 4  Filed 01/31/25  Page 3 of 3 PageID #: 448

3. The Stipulation may be signed by respective counsel for the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 31, 2025
Wilmington, Delaware

Respectfully submitted,

**MORRIS NICHOLS ARSHT AND TUNNELL LLP**

*/s/Daniel B. Butz*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street
Ste 16th Floor
Wilmington, DE 19801
Tel: 302-658-9200
E-mail: rdehney@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　dbutz@morrisnichols.com
　　　　srchurchill@morrisnichols.com

-and-

**DAVIS POLK & WARDWELL LLP**
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**GIBBONS P.C.**

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Tel: 302-518-6300
Fax: 302-429-6294
Email: kearle@gibbonslaw.com

and

Mark Conlan (admitted *pro hac vice*)
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4545
E-mail: mconlan@gibbonslaw.com

*Counsel for Roundtripping Ltd.*

SO ORDERED, this 3rd day of February, 2025

_____
UNITED STATES DISTRICT JUDGE

3189125.1 118443-111922