# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 22, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Debtors' Omnibus Objection to and Reservation of Rights Regarding Motions for Allowance and Payment of Administrative Expense Claims  [Docket No. 1826]

On January 22, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on the Landords Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Filing of Third Post-Closing Designation Notice [Docket No. 1828]

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: January 30, 2025

                                                                                */s/ Nelson Crespin*
                                                                                  Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 30, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail and Email

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Email |
|---|---|---|---|---|---|---|---|---|---|
| 29900944 | Home Meridian International (a division of Hooker Furnishings Corporation) | c/o CONNOLLY GALLAGHER LLP | Attn: Karen C. Bifferato | 1201 N. Market Street | 20th Floor | Wilmington | DE | 19801 | kbifferato@connollygallagher.com |
| 29900945 | Home Meridian International (a division of Hooker Furnishings Corporation) | c/o SHUMAKER, LOOP & KENDRICK, LLP | Attn: DAVID H. CONAWAY and RONALD D. P. BRUCKMANN | 101 South Tryon Street, Suite 2200 | | Charlotte | NC | 28280 | rbruckmann@shumaker.com, dconaway@shumaker.com |
| 29900946 | Standard Fiber, LLC | c/o BAYARD, P.A. | Attn: Ericka F. Johnson and Steven D. Adler | 600 North King Street | Suite 400 | Wilmington | DE | 19801 | ejohnson@bayardlaw.com, sadler@bayardlaw.com |
| 29900950 | Standard Fiber, LLC | c/o VINSON & ELKINS LLP | Attn: Lauren Kanzer and Ariane Erfani Jazi | 1114 Avenue of the Americas | 32nd Floor | New York | NY | 10036 | lkanzer@velaw.com, aerfani@velaw.com |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B
Landlords Notice Parties Service List
Served via First Class Mail and Email

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Email |
|---|---|---|---|---|---|---|---|---|
| 29299692 | TALENFELD PROPERTIES, LP | ATTN: JESSE HOFFMAN | 281 MOUNTAIN LAUREL DR | | ASPEN | CO | 81611 | Jesse@2hre.com |
| 29433118 | TALENFELD PROPERTIES, LP | ATTN: JESSE HOFFMAN | 281 MOUNTAIN LAUREL DR | | ASPEN | CO | 81611 | Jesse@2hre.com |
| 29305811 | WRP GATEWAY, LLC | GOLDSMITH , CRAIG | C/O WALLACE PROPERTIES, INC | 330 112TH AVENUE N.E., SUITE 200 | BELLEVUE | WA | 98004-5800 | CGoldsmith@WallaceProperties.com |