# EXHIBIT A

**Post-Closing Designation Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.05(b) of the Purchase Agreement, Buyer desires to (a) designate each of those non-residential real property leases for the locations identified in Exhibit "A" hereto and incorporated herein (collectively, the "Designated VW Leases") as a "Designated Asset" for assumption and assignment, and (b) designate Variety Wholesalers, Inc. (or a designated affiliate, "VW") as the Designated Buyer with respect to the acquisition, assumption and assignment of the Designated VW Leases.

## DESIGNATION OF DESIGNATED ASSET

1.  In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated VW Leases as a "Designated Asset", and (b) designates VW as the Designated Buyer with respect to the acquisition, assumption and assignment of each Designated VW Lease(s) with an effective date being the earlier of (x) the effective date set forth in an order of the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

4230621.1

Bankruptcy Court authorizing an approving such assumption and assignment or (y) the applicable Sale Termination Date (as defined in the Agency Agreement) for such leased location.

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated: January 27, 2025
New York, New York

<div style="margin-left: 40%">
Respectfully submitted,

**RIEMER & BRAUNSTEIN LLP**

By: /s/ Steven E. Fox
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: 212-789-3150
Email: sfox@riemerlaw.com

*Attorneys for Gordon Brothers Retail Partners, LLC*
</div>

2

4230621.1

# EXHIBIT A

## DESIGNATED VW LEASES

**See EXHIBIT B to the Fifth Post-Closing Designation Notice**