# **EXHIBIT B**

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 2837 WINCHESTER PIKE COLUMBUS, OH | Big Lots Stores-CSR, LLC | Benbrook Real Estate, LLC | 70 NE LOOP 410, SUITE 185, SAN ANTONIO, TX, 78216 | – | $0 |
| 2 | 51 | 1090 MILLWOOD PIKE WINCHESTER, VA | Big Lots Stores, LLC | Horizon Commons, LLC | 40 EAST 69TH STREET, FOURTH FLOOR, C/O ROSEN EQUITIES, LLC, NEW YORK, NY, 10021 | – | $0 |
| 3 | 64 | 127 COMMERCE AVE LAGRANGE, GA | Big Lots Stores, LLC | Gg Lagrange, LLC | 1501 JOHNSON FERRY ROAD, SUITE 125, MARIETTA, GA, 30062 | – | $2,259 |
| 4 | 82 | 1350 STAFFORD DR PRINCETON, WV | Big Lots Stores, LLC | Founder, Inc. | C/O JOBEL MANAGEMENT CORP., 900 ROUTE 9 - 6TH FLOOR, WOODBRIDGE, NJ, 07095-0000 | – | $0 |
| 5 | 98 | 498 CADIZ RD WINTERSVILLE, OH | Big Lots Stores-CSR, LLC | D&L Ferguson Rentals, LLC | 110 MAIN STREET, WINTERSVILLE, OH, 43953-3734 | – | $0 |
| 6 | 135 | 200 SYCAMORE ST STE 151 ELIZABETHTOWN, KY | Big Lots Stores, LLC | Plaza Shopping Centers | C/O HOUCHENS PROPERTIES, P.O. BOX 90009, BOWLING GREEN, KY, 42102-9009 | – | $3,222 |
| 7 | 157 | 2611 ELLWOOD RD NEW CASTLE, PA | Big Lots Stores, LLC | Byzantine, Inc. | 192 OAKVILLE ROAD, BEAVER FALLS, PA, 15010 | Keri P. Ebeck, kebeck@bernsteinlaw.com | $0 |
| 8 | 204 | 3110 E OAKLAND AVE JOHNSON CITY, TN | Big Lots Stores, LLC | Don R. Ershig, DBA Ken's Plaza | C/O ERSHIG PROPERTIES, P.O. BOX 1127, HENDERSON, KY, 42419-1127 | – | $0 |
| 9 | 205 | 345 N HWY 27 STE 5 SOMERSET, KY | Big Lots Stores, LLC | Universal Guaranty Life Ins Co Inc | P.O. BOX 430, SOMERSET, KY, 42502 | – | $0 |
| 10 | 219 | 1013 OLD HIGHWAY 52 MONCKS CORNER, SC | Big Lots Stores, LLC | Moncks Corner Center, LLC | C/O GARRETT AND GARRETT, P. O. DRAWER 36, FOUNTAIN INN, SC, 29644 | – | $0 |
| 11 | 221 | 264 E BROADWAY BLVD JEFFERSON CITY, TN | Big Lots Stores, LLC | College Square Associates LLC | 737 WEST CHESTER PIKE, SUITE 5, HAVERTOWN, PA, 19083 | Garrett P. Swartwood, gswartwood@lrwlaw.com | $0 |
| 12 | 222 | 420 PARK BLVD ROGERSVILLE, TN | Big Lots Stores, LLC | Parkview Plaza Associates, LLC | C/O SIGNET REALTY CORP., 2343 S.E. MANITON TERRACE, PORT ST. LUCIE, FL, 34952 | – | $0 |
| 13 | 224 | 1504 N BRIDGE ST ELKIN, NC | Big Lots Stores, LLC | Elkin Village Partners, LLC | 2326 N NC 16 BUSINESS HWY, DENVER, NC, 28037-8353 | – | $2,267 |
| 14 | 244 | 9025 OHIO RIVER RD WHEELERSBURG, OH | Big Lots Stores-CSR, LLC | Ershig Properties, Inc. | 1800 N. ELM STREET, HENDERSON, KY, 42420 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 15 | 246 | 104 THOMPSON DR BRIDGEPORT, WV | Big Lots Stores, LLC | Jara Group LP | C/O WEST PLACE REAL ESTATE SERVICES, LLC, 166 WEST CHESTNUT STREET, WASHINGTON, PA, 15301 | – | $549 |
| 16 | 254 | 195 S US HWY 231 JASPER, IN | Big Lots Stores, LLC | Jasper Southgate Industries, Inc. | 385 S. US HWY 231, JASPER, IN, 47546 | – | $0 |
| 17 | 275 | 207 OCONEE SQUARE DR SENECA, SC | Big Lots Stores, LLC | Woodland Village, LLC | ATTN: ROBIN H. DIAL, 2700 MIDDLEBURG DR STE 218, COLUMBIA, SC, 29204 | – | $0 |
| 18 | 292 | 1301 S JAMES CAMPBELL BLVD COLUMBIA, TN | Big Lots Stores, LLC | Edmund Terry | dba WORLDWIDE PROPERTIES USA,, 211 ALEXANDER PALM ROAD, BOCA RATON, FL, 33432-7908 | – | $5,363 |
| 19 | 297 | 472 EASTERN BYP RICHMOND, KY | Big Lots Stores, LLC | Hager Cabinets | 474 EASTERN BYPASS, ATTN: LINDA HAGER PACK, RICHMOND, KY, 40475 | – | $4,028 |
| 20 | 303 | 1965 W STATE ST ALLIANCE, OH | Big Lots Stores-CSR, LLC | RJB Enterprises LLC | 663 RARITAN ROAD, CRANFORD, NJ, 07016-3604 | – | $0 |
| 21 | 310 | 1041 S RIVERSIDE DR CLARKSVILLE, TN | Big Lots Stores, LLC | Clarksville Square LLC | C/O REAL ESTATE SOUTHEAST LLC  , P.O. BOX 681955, PRATTVILLE, AL, 36068 | – | $4,170 |
| 22 | 340 | 110 EAGLE SCHOOL RD MARTINSBURG, WV | Big Lots Stores, LLC | Martinsburg Center Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 23 | 348 | 180 KENTS RIDGE RD RICHLANDS, VA | Big Lots Stores, LLC | AR Brickyard LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-9502 | – | $0 |
| 24 | 358 | 3791 S COBB DR SE STE G SMYRNA, GA | Big Lots Stores, LLC | Newburger-Andes | 201 ALLEN RD, SUITE 300, ATLANTA, GA, 30328 | – | $4,069 |
| 25 | 375 | 1619 TOWN SQ SW CULLMAN, AL | Big Lots Stores, LLC | Town Square L.P. | C/O JASON GRIMMETT - REAL ESTATE, 1630 TOWN SQUARE, P.O. BOX 996, CULLMAN, AL, 35056-0996 | – | $2,551 |
| 26 | 396 | 697 ALLEGHENY BLVD FRANKLIN, PA | Big Lots Stores, LLC | Amicre, LLC | 950 FOREST AVE, LAKEWOOD, NJ, 8701 | – | $0 |
| 27 | 397 | 1851 E LITTLE CREEK RD NORFOLK, VA | Big Lots Stores, LLC | Wedgewood Sc Investors LLC | 3265 MERIDIAN PKWY STE 130, WESON, FL, 33331-3506 | – | $0 |
| 28 | 405 | 840 25TH ST NW CLEVELAND, TN | Big Lots Stores, LLC | PGP Cleveland Corners Operations LLC | C/O PRUDENT GROWTH OPERATIONS, LLC, PO BOX 17119, CHAPEL HILL, NC, 27516 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 29 | 451 | 3961 HOOVER RD GROVE CITY, OH | Big Lots Stores-CSR, LLC | Eastgrove Shopping Center, LLC | C/O WILLIAM R. ROTH & ASSOCIATES, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | Scott Leonhardt, Scott.leonhardt@esbrook.com; Robert B. Berner, rberner@baileycav.com | $0 |
| 30 | 454 | 3946 W ALEXIS RD TOLEDO, OH | Big Lots Stores-CSR, LLC | Lindsey Properties, LLC | P.O. BOX 252451, ATTENTION: MR. MIKE YONO, WEST BLOOMFIELD, MI, 48325 | – | $0 |
| 31 | 458 | 710 BEVERLY PIKE ELKINS, WV | Big Lots Stores, LLC | Two Center Corp | 4848 ROUTE 8 UNIT 2, ALLISON PARK, PA, 15101 | – | $0 |
| 32 | 462 | 4825 N BROADWAY ST KNOXVILLE, TN | Big Lots Stores, LLC | Broadway Square Company | 132 SHERLAKE LN, KNOXVILLE, TN, 37922-2307 | – | $0 |
| 33 | 463 | 2646 GREENSBORO RD MARTINSVILLE, VA | Big Lots Stores, LLC | C & F Land Co. | C/O NEW LINK MANAGEMENT GROUP, P.O. BOX 17710, RICHMOND, VA, 23226 | – | $0 |
| 34 | 467 | 1425 SCALP AVE STE 130 JOHNSTOWN, PA | Big Lots Stores, LLC | University Park Associates LP | C/0 ZAMIAS SERVICES, INC., 1219 SCALP AVE , JOHNSTOWN, PA, 15904 | – | $0 |
| 35 | 475 | 750 OHIO RIVER BLVD ROCHESTER, PA | Big Lots Stores, LLC | Rochester Plaza Associates, LLC | ATTN: ASSET MANAGER, 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 36 | 494 | 467 W PENN AVE CLEONA, PA | Big Lots Stores, LLC | VH Cleona, LLP | C/O VASTGOOD PROPERTIES, LLC, 44 SOUTH BAYLES AVENUE SUITE 210, PORT WASHINGTON, NY, 11050 | – | $0 |
| 37 | 499 | 1811 S CHURCH ST BURLINGTON, NC | Big Lots Stores, LLC | Tranel, Inc. | C/O ROSEN EQUITIES, LLC, 40 EAST 69TH STREET, FOURTH FLOOR, NEW YORK, NY, 10021 | – | $0 |
| 38 | 514 | 3401 13TH ST STE 100 SAINT CLOUD, FL | Big Lots Stores, LLC | Westgate Plaza Associates | C/O THE SEMBLER COMPANY, 5858 CENTRAL AVENUE, ST. PETERSBURG, FL, 33707 | – | $6,033 |
| 39 | 516 | 146 SE US HIGHWAY 19 CRYSTAL RIVER, FL | Big Lots Stores, LLC | Southeast Partners | C/O AFI MANAGEMENT, 2422 HAMBURG TURNPIKE, WAYNE, NJ, 7470 | – | $0 |
| 40 | 541 | 4901 PALM BEACH BLVD STE 230 FORT MYERS, FL | Big Lots Stores, LLC | DGN Properties LLC | C/O CAM REALTY OF SW FL, 201 W MARION AVE, STE 1214, PUNTA GORDA, FL, 33950 | dseetal@telus.net | $4,220 |
| 41 | 559 | 13970 N CLEVELAND AVE NORTH FORT MYERS, FL | Big Lots Stores, LLC | B&B Cash Grocery Stores Inc | , PO BOX 1808, TAMPA, FL, 33601 1808 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 42 | 560 | 843 W BLOOMINGDALE AVE BRANDON, FL | Big Lots Stores, LLC | B&B Kings Row Holdings LLC | C/O BRUCE STRUMPF, INC, 2120 DREW STREET, CLEARWATER, FL, 33765 | Scott Leonhardt, Scott.leonhardt@esbrook.com; Robert B. Berner, rberner@baileycav.com | $0 |
| 43 | 563 | 122 S NOVA RD ORMOND BEACH, FL | Big Lots Stores, LLC | Lincoln Bancorp LLC | C/O BISHOP BEALE DUNCAN, 250 N ORANGE AVE., SUITE 1500, ORLANDO, FL, 32801 | – | $0 |
| 44 | 603 | 4600 MAIN ST STE 1 SHALLOTTE, NC | Big Lots Stores, LLC | Pathfinder Twin Creek, L.L.C. | C/O VITA & VITA REALTY CORP, 277 Fairfield Road, Ste 205, Fairfield, NJ, 07004-1994 | – | $0 |
| 45 | 604 | 526c US HIGHWAY 70 SW HICKORY, NC | Big Lots Stores, LLC | Hickory Sap LLC | C/O METCAP MANAGEMENT, LLC, P O BOX 11908, CHARLOTTE, NC, 28220 | – | $0 |
| 46 | 801 | 820 WATER ST MEADVILLE, PA | Big Lots Stores, LLC | Five Trees Realty, Inc. | C/O GLOWACKI MANAGEMENT COMPANY, 3645 WEST LAKE ROAD, ERIE, PA, 16505 | – | $0 |
| 47 | 810 | 1971 S MILITARY HWY CHESAPEAKE, VA | Big Lots Stores, LLC | 452 LLC | 1128 INDEPENDENCE BLVD STE 200, VIRGINIA BEACH, VA, 23455-5555 | – | $0 |
| 48 | 815 | 408 BLUEBELL DR NW NEW PHILADELPHIA, OH | Big Lots Stores-CSR, LLC | R.L. Wittbold - New Philadelphia | ATTN: LOU ANN COUNIHAN, 1361 CLUB DRIVE, BLOOMFIELD HILLS, MI, 48302 | – | $5,281 |
| 49 | 835 | 659 24TH ST PORT HURON, MI | Big Lots Stores, LLC | MFBG Port Huron LLC | C/O RD MANAGEMENT CORP., 810 SEVENTH AVENUE, 10TH FLOOR, NEW YORK, NY, 10019 | – | $0 |
| 50 | 837 | 291 MALL RD OAK HILL, WV | Big Lots Stores, LLC | Fayette Square Investors, LLC | C/O SAMCO PROPERTIES, INC, 455 FAIRWAY DRIVE, SUITE 301, DEERFIELD BEACH, FL, 33441 | – | $4,296 |
| 51 | 843 | 1000 N PINE ST SPARTANBURG, SC | Big Lots Stores, LLC | Baker & Baker Real Estate | DEVELOPERS, LLC, 1400 PICKENS STREET, 5TH FLOOR (29201), COLUMBIA, SC, 29211-2397 | – | $0 |
| 52 | 1005 | 838 WINSTON RD LEXINGTON, NC | Big Lots Stores, LLC | Hull-Norlex, LLC | C/O MARKETPLACE MANAGEMENT, INC., PO BOX 5778, HIGH POINT, NC, 27262 | – | $0 |
| 53 | 1006 | 1370 S KINGS HWY MYRTLE BEACH, SC | Big Lots Stores, LLC | Club Forest Grand Strand, LLC | C/O RELIANCE REALTY ADVISORS, P.O. BOX 699, FOUNTAIN INN, SC, 29644-0699 | – | $19,580 |
| 54 | 1016 | 2140 WHITE ST YORK, PA | Big Lots Stores, LLC | Carlisle Commerce Center, Ltd. | C/O POMEGRANATE REAL ESTATE, 33 ROCK HILL RD., STE 350, BALA CYNWYD, PA, 19004 | – | $732 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 55 | 1052 | 2342 E ANDREW JOHNSON HWY MORRISTOWN, TN | Big Lots Stores, LLC | Gibraltar Management Co., Inc | 150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | $20,145 |
| 56 | 1055 | 12588 ROCKSIDE RD CLEVELAND, OH | Big Lots Stores-CSR, LLC | G.G. Garfield Commons 2012 LP | C/O GLIMCHER GROUP INC., 500 GRANT STREET, STE 2000, PITTSBURGH, PA, 15219 | – | $6,004 |
| 57 | 1058 | 1403 S POLLOCK ST SELMA, NC | Big Lots Stores, LLC | Johnston Square Center, L.L.C. | ATTN: TERRY SLATE, 4201 FAYETTEVILLE ROAD, RALEIGH, NC, 27603 | – | $3,804 |
| 58 | 1075 | 86 APPALACHIAN PLZ SOUTH WILLIAMSON, KY | Big Lots Stores, LLC | SKSO Properties, Inc. | 215 LOGAN STREET, SUITE 10, WILLIAMSON, WV, 25661 | – | $0 |
| 59 | 1078 | 220 DICKSON PLAZA DR DICKSON, TN | Big Lots Stores, LLC | James A. Craig & Rebecca W. Craig | 4031 ASPEN GROVE DRIVE SUITE 300, FRANKLIN, TN, 37067 | – | $0 |
| 60 | 1093 | 3111 HIGHWAY 278 NW COVINGTON, GA | Big Lots Stores, LLC | Halpern Enterprises, Inc. | 5200 ROSWELL ROAD, ATLANTA, GA, 30342 | – | $4,395 |
| 61 | 1094 | 294 VILLAGE LN HAZARD, KY | Big Lots Stores, LLC | DRINKRH | P.O. BOX 996, CULLMAN, AL, 35056-0996 | – | $4,567 |
| 62 | 1096 | 339 BYPASS 72 NW GREENWOOD, SC | Big Lots Stores, LLC | Stockman Lands Inc | 1142 REYNOLDS AVE, GREENWOOD, SC, 29649-2736 | – | $3,305 |
| 63 | 1103 | 5363 HWY 90 W STE C MOBILE, AL | Big Lots Stores, LLC | Eli Erlich | 1840 NICHOLAS DR, HUNTINGDON VALLEY, PA, 19006 | – | $0 |
| 64 | 1138 | 2725 NORTHWEST BLVD NEWTON, NC | Big Lots Stores, LLC | Rvs Realty, LLC | C/O MetCap Management, LLC, P.O. BOX 11908, CHARLOTTE, NC, 28220 | – | $0 |
| 65 | 1141 | 2431 COLUMBIA BLVD BLOOMSBURG, PA | Big Lots Stores, LLC | Canadian Four State Holdings Ltd. | 1000 SHERBROOKE STREET WEST, SUITE 900, MONTREAL QUEBEC, , H3A 3G4 | Brian Morgan, brian.morgan@faegredrinker.com | $0 |
| 66 | 1158 | 603 US HWY 72 W ATHENS, AL | Big Lots Stores, LLC | Athens Investors, LLC | 3265 MERIDIAN PKWY STE 130, WESTON, FL, 33331-3506 | – | $0 |
| 67 | 1166 | 1010 ONEILL HWY DUNMORE, PA | Big Lots Stores, LLC | Formanco Vastgood Dunmore LLC | C/O FORMAN REALTY MANAGEMENT LLC, 1051 PORT WASHINGTON BLVD #510, PORT WASHINGTON, NY, 11050 | – | $3,317 |
| 68 | 1173 | 1241 BLAKESLEE BOULEVARD DR E LEHIGHTON, PA | Big Lots Stores, LLC | Carbon Plaza Shopping Center, LLC | 1250 ROUTE 28 STE 101, BRANCHBURG, NJ, 08876-3389 | santonelli@larken.net | $3,329 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 69 | 1178 | 9221 TWO NOTCH RD STE 30 COLUMBIA, SC | Big Lots Stores, LLC | Columbia Northeast, LLC | C/O MALON D. MIMMS COMPANY, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | – | $3,199 |
| 70 | 1184 | 520 BERNE SQ NEW BERN, NC | Big Lots Stores, LLC | BZA Berne Square LLC | C/O BEARS MANAGEMENT GROUP, LLC, 990 PEACHTREE INDUSTRIAL BLVD, PO BOX 3258, SUWANEE, GA, 30024 | – | $0 |
| 71 | 1185 | 1803 KNIGHT AVE STE A2 WAYCROSS, GA | Big Lots Stores, LLC | Satilla Square Mall LLC | 10158 WINDWARD WAY N , JACKSONVILLE, FL , 32256 | Kim Dwoskin, kdwoskin@ackermanco.net | $0 |
| 72 | 1190 | 260 MERCHANTS SQUARE DALLAS, GA | Big Lots Stores, LLC | Merchants Square Of Dallas, LLC | C/O SOLAR REALTY MANAGEMENT CO, 36 MAPLE PLACE, SUITE 303, MANHASSET, NY, 11030 | – | $3,349 |
| 73 | 1207 | 1110 JULIAN R ALLSBROOK HWY ROANOKE RAPIDS, NC | Big Lots Stores, LLC | L & R Real Estate LLC | 30 HILLSDALE RD, EDISON, NJ, 08820-2534 | – | $2,776 |
| 74 | 1213 | 5778 HWY 80 E PEARL, MS | Big Lots Stores, LLC | Crossgates Shopping Center, LLC | ATTN: JOHN MICHAEL HOLTMANN, 300 CONCOURSE BLVD STE 105, RIDGELAND, MS, 39157-2091 | – | $3,227 |
| 75 | 1235 | 1475 E ANDREW JOHNSON HWY GREENEVILLE, TN | Big Lots Stores, LLC | GBR Greeneville LP | C/O GIBRALTAR MANAGEMENT CO, 150 WHITE PLAINS ROAD, TARRYTON, NY, 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | $3,020 |
| 76 | 1237 | 2605 W MAIN ST TUPELO, MS | Big Lots Stores, LLC | TMC LLC | 210 E MAIN ST, TUPELO, MS, 38804-4031 | – | $3,869 |
| 77 | 1263 | 4522 ROBERT C BYRD DR BECKLEY, WV | Big Lots Stores, LLC | Raleigh Enterprises, LLC | C/O THE KROGER CO. ATTN: LAW DEPARTMENT - SMITH'S DIVISION, 1014 VINE STREET, CINCINNATI, OH, 45202 | – | $36,784 |
| 78 | 1288 | 6041 STATE ROUTE 30 STE 20 GREENSBURG, PA | Big Lots Stores, LLC | THF Greengate East Development, LP | C/O TKG MANAGEMENT, INC, 211 N. STADIUM BLVD., STE 201, COLUMBIA, MO, 65203-1161 | David P. Primack, dprimack@mgmlaw.com | $0 |
| 79 | 1296 | 1328 CARTER ST MOUNT AIRY, NC | Big Lots Stores, LLC | Mt. Airy Prtnshp | P.O. BOX 1929, EASLEY, SC, 29641 | – | $3,522 |
| 80 | 1297 | 13 LESTER RD STE C STATESBORO, GA | Big Lots Stores, LLC | 15 Hollingsworth St Realty Trust | 240 JAMAICAWAY, JAMAICA PLAIN, MA, 02130-1738 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 81 | 1298 | 1714 PERRYVILLE RD STE 400 DANVILLE, KY | Big Lots Stores, LLC | Mcanly Commercial Properties | 1000 LEXINGTON RD, SUITE 2, DANVILLE, KY, 40422 | – | $0 |
| 82 | 1361 | 4318 GEORGE WASHINGTON MEM HWY YORKTOWN, VA | Big Lots Stores, LLC | Prudential Growth Operations, LLC | PO BOX 17119, CHAPEL HILL, NC, 27516 | – | $0 |
| 83 | 1365 | 273 FRANKLIN PLAZA DR FRANKLIN, NC | Big Lots Stores, LLC | Drake Rental | 213 FRANKLIN PLAZA DR, FRANKLIN, NC, 28734 | – | $0 |
| 84 | 1366 | 9119 MERRILL RD STE 50 JACKSONVILLE, FL | Big Lots Stores, LLC | Midgard Self Storage Jacksonville Fl, LLC | ATTN: PAUL RAGAINI, 1146 CANTON STREET, ROSWELL, GA, 30075 | – | $0 |
| 85 | 1369 | 3048 E COLLEGE AVE RUSKIN, FL | Big Lots Stores, LLC | Sun Point SDC, LLC | C/O SAGLO DEVELOPMENT CORPORATION, 290 NW 165TH ST, PH 2, MIAMI, FL, 33169 | Michael D. Seese, mseese@seeselaw.com; Howard A. Cohen, Hcohen@foxrothschild.com | $4,161 |
| 86 | 1371 | 2305 E 1ST ST VIDALIA, GA | Big Lots Stores, LLC | Brice Square, LLC | C/O THE TEMPLES CO, PO BOX 405, VIDALIA, GA, 30475-0405 | – | $0 |
| 87 | 1372 | 100 WESTWOOD VILLAGE DR CLEMMONS, NC | Big Lots Stores, LLC | Village Investment Properties, LLC | C/O METCAP MANAGEMENT, LLC, P O BOX 11908, CHARLOTTE, NC, 28220 | – | $0 |
| 88 | 1376 | 7405 WESTBRANCH HWY LEWISBURG, PA | Big Lots Stores, LLC | Plaza 15 Realty LLC | ATTN: REAL ESTATE MANAGER, 1 HOSPITAL DRIVE, LEWISBURG, PA, 17837 | – | $3,472 |
| 89 | 1382 | 323 HABERSHAM VILLAGE CIR CORNELIA, GA | Big Lots Stores, LLC | Cornelia Retail I LLC | 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | – | $3,800 |
| 90 | 1385 | 1664 S MAIN ST STE B LAURINBURG, NC | Big Lots Stores, LLC | Guy Properties LLC | 4401 E. INDEPENDENCE BLVD, SUITE 204, CHARLOTTE, NC, 28205 | – | $0 |
| 91 | 1389 | 710 HWY 17 S STE D NORTH MYRTLE BEACH, SC | Big Lots Stores, LLC | North Strand Associates LLC | ATTN: STEVEN VERSTANDIG, 11155 Red Run Blvd, Ste 320, Owings Mills, MD, 21117 | – | $0 |
| 92 | 1392 | 1150 CARLISLE ST HANOVER, PA | Big Lots Stores, LLC | WRD Hanover LP | C/O POMEGRANATE RE, 33 ROCK HILL RD., STE 350, BALA CYNWYD, PA, 19004 | – | $585 |
| 93 | 1401 | 1820 6TH AVE SE DECATUR, AL | Big Lots Stores, LLC | B&E Squared, LLC | C/O GATEWAY COMMERCIAL BROKERAGE INC, 300 MARKET STREET NE, STE 3, DECATUR, AL, 35601-7806 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 94 | 1413 | 3437 SIMPSON FERRY RD CAMP HILL, PA | Big Lots Stores, LLC | Equity Development Partners, LLC | C/O EDGAR COOMBS, 5060 RITTER RD STE A3, MECHANICSBURG, PA, 17055 | – | $0 |
| 95 | 1426 | 2444 PHILADELPHIA ST INDIANA, PA | Big Lots Stores, LLC | Indiana West Plaza LP | C/O MADISON ACQUISITIONS LLC, 4041 LIBERTY AVE, STE 201, PITTSBURGH, PA, 15224 | – | $0 |
| 96 | 1466 | 7100 SOUTH AVE YOUNGSTOWN, OH | Big Lots Stores-CSR, LLC | JLY Realty Co., LLC | 90 FARMVIEW DRIVE, UNIONTOWN, PA, 15401 | – | $6,594 |
| 97 | 1478 | 11628 PENN HILLS DR PITTSBURGH, PA | Big Lots Stores, LLC | TBF Group Penn Hills LLC | 175 GREAT NECK ROAD SUITE 201, GREAT NECK, NY, 11021-3351 | – | $0 |
| 98 | 1483 | 845 S MAIN ST LONDON, KY | Big Lots Stores, LLC | Carnaby Square Shopping Center | 5710 WOOSTER PIKE STE 121, CINCINNATI, OH, 45227-4520 | – | $0 |
| 99 | 1494 | 1100 HWY 78 W JASPER, AL | Big Lots Stores, LLC | Kilgore Realty Company, Inc. | C/O DON KILGORE, 304 OAK HILL ROAD, JASPER, AL, 35504 | – | $0 |
| 100 | 1495 | 1342 INDIAN MOUND DR MOUNT STERLING, KY | Big Lots Stores, LLC | Dwight W. Broeman | C/O BROEMAN PROPERTY MANAGEMENT, 309 Artillery Park Drive, Fort Mitchell, KY, 41017-2798 | – | $0 |
| 101 | 1505 | 400 SILVER BRIDGE PLZ GALLIPOLIS, OH | Big Lots Stores-CSR, LLC | Silver Bridge LP | C/O MADISON ACQUISITIONS, LLC, 4041 LIBERTY AVENUE, STE 201, PITTSBURGH, PA, 15224-1459 | – | $0 |
| 102 | 1507 | 4420 ALTAMA AVE STE C2 BRUNSWICK, GA | Big Lots Stores, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com | $0 |
| 103 | 1521 | 280 CONCORD PKWY N CONCORD, NC | Big Lots Stores, LLC | WC Properties LLC | 150 WARREN C COLEMAN BLVD N, CONCORD, NC, 28027-6786 | – | $0 |
| 104 | 1529 | 156 EAGLES GLEN PLZ STE 190 EAST STROUDSBURG, PA | Big Lots Stores, LLC | Eagle Valley Realty | 490 NORTH MAIN ST STE 101, PITTSTON, PA, 18640-2100 | – | $46,618 |
| 105 | 1588 | 1206 HIGHWAY 9 BYPASS W LANCASTER, SC | Big Lots Stores, LLC | MDR Lancer LLC | 3121 W LEIGH STREET, RICHMOND, VA, 23230-4407 | – | $3,454 |
| 106 | 1601 | 5112 MILLER RD FLINT, MI | Big Lots Stores, LLC | The HLE Group LLC | C/O PRUDENTIAL REALTY COMPANY, 3700 SOUTH WATER ST, SUITE 100, PITTSBURGH, PA, 15203-2366 | – | $2,438 |
| 107 | 1621 | 1176 RUSS AVE WAYNESVILLE, NC | Big Lots Stores, LLC | Russ Avenue Plaza LLC | PO BOX 6676, ASHEVILLE, NC, 28816-6676 | – | $6,402 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 108 | 1622 | 1336 WHIPPLE AVE NW CANTON, OH | Big Lots Stores, LLC | GDC Investment Company | C/O GOLDMAN & ROSEN, LTD, 11 SOUTH FORGE STREET, AKRON, OH, 44304 | – | $0 |
| 109 | 1690 | 1020 CROSSROADS DR STATESVILLE, NC | Big Lots Stores, LLC | Rcc Crossroads, LLC | C/O NEWLINK MANAGEMENT GROUP, PO BOX 17710, RICHMOND, VA, 23226-7710 | – | $0 |
| 110 | 1705 | 6247 HIGHWAY 90 MILTON, FL | Big Lots Stores, LLC | Waterstone Southeast Spartan Portfolio, LLC | c/o Collett Management, LLC, PO Box 36799, Charlotte, NC, 28236 | – | $6,745 |
| 111 | 1715 | 2911 HERSHBERGER RD NW ROANOKE, VA | Big Lots Stores, LLC | Center-Roanoke Associates | 1146 FREEPORT ROAD, PITTSBURGH, PA, 15238 | – | $0 |
| 112 | 1727 | 2531 EASTCHESTER DR HIGH POINT, NC | Big Lots Stores, LLC | Astro Realty LLC | 625 SOUTH ELM STREET, GREENSBORO, NC, 27406-1327 | – | $0 |
| 113 | 1751 | 4331 MAHONING AVE NW WARREN, OH | Big Lots Stores, LLC | Champion Hills | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | – | $0 |
| 114 | 1761 | 5522 SHAFFER RD UNIT 7 DU BOIS, PA | Big Lots Stores, LLC | Cgcmt 2006-C4 - 5522 Shaffer Rd LLC | C/O GREYSTONE SERVICING COMPANY LLC, 5221 N O'CONNOR BLVD SUITE 800 , IRVING , TX, 75039 | – | $0 |
| 115 | 1781 | 1641 CHURCH ST CONWAY, SC | Big Lots Stores, LLC | Gator Waccamaw Shopp. Ctr Ltd | 7850 NW 146TH ST 4TH STREET, MIAMI LAKES, FL, 33016-1564 | – | $4,956 |
| 116 | 1805 | 1432 E DIXIE DR ASHEBORO, NC | Big Lots Stores, LLC | Asheboro Marketplace, LLC | C/O MGMT-ETC, LLC, P.O. BOX 2456, TEATICKET, MA, 2536 | – | $0 |
| 117 | 1806 | 3718 BATTLEGROUND AVE GREENSBORO, NC | Big Lots Stores, LLC | Battleground Acquisitions, LLC | C/O THE BEDRIN ORGANIZATION, 65 HARRISTOWN ROAD, SUITE 301, GLEN ROCK, NJ, 7452 | – | $0 |
| 118 | 1821 | 955 N WESLEYAN BLVD ROCKY MOUNT, NC | Big Lots Stores, LLC | TBF Group Sutters Creek, LLC | 175 GREAT NECK RD STE 201, GREAT NECK, NY, 11021 | – | $0 |
| 119 | 1823 | 7651 23 MILE RD SHELBY TOWNSHIP, MI | Big Lots Stores, LLC | ATMF Ix, LLC | C/O M.D. GORGE & CO., 6905 TELEGRAPH ROAD, SUITE 220, BLOOMFIELD HILLS, MI, 48301 | – | $0 |
| 120 | 1826 | 2384 COMMERCIAL WAY SPRING HILL, FL | Big Lots Stores, LLC | Springhill Two LLC | C/O HARRIS & CO, 3005 STATE ROAD 590, SUITE 200, CLEARWATER, FL, 33759 | – | $826 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 121 | 1840 | 4700 HIGHWAY 90 MARIANNA, FL | Big Lots Stores, LLC | Regency Csp Iv LLC | 380 N CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | Emily Pagorski, emily.pagorski@skofirm.com | $0 |
| 122 | 1842 | 400 CAMPBELLSVILLE BYP CAMPBELLSVILLE, KY | Big Lots Stores, LLC | F & F Investments, LLC | C/O INSPIRED VENTURES, LLC, 1616 ANACAPA STREET, 1ST FLOOR, SANTA BARBARA, CA, 93101 | Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com | $0 |
| 123 | 1843 | 8489 MARKET ST MENTOR, OH | Big Lots Stores, LLC | Mentor Property LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN ROAD, STE A, SOLON, OH, 44139-3323 | bronationalecf@weltman.com | $0 |
| 124 | 1844 | 720 NC 24 27 BYP E ALBEMARLE, NC | Big Lots Stores, LLC | Centre Point Investors, LLC | ATTN: JENNIFER SMITH, 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | – | $0 |
| 125 | 1846 | 1890 W MARKET ST suite #500 AKRON, OH | Big Lots Stores, LLC | Select Strategies-Brokerage, LLC | ATTN: GARRISON CENTRAL RETAIL-OH, 400 TECHNE CENTER DRIVE, SUITE 320, MILFORD, OH, 45150-3710 | – | $3,025 |
| 126 | 1849 | 500 LINCOLN HWY STE 4 FAIRLESS HILLS, PA | Big Lots Stores, LLC | KA At Fairless LP | C/O THE KLEIN GROUP, LLC, 25A HANOVER ROAD, SUITE 350, FLORHAM PARK, NJ, 07932-1425 | – | $5,804 |
| 127 | 1857 | 3230 AUGUSTA RD WEST COLUMBIA, SC | Big Lots Stores, LLC | Woodberry Plaza, LLC | C/O MALON D. MIMMS COMPANY, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | – | $4,359 |
| 128 | 1858 | 609 GREENVILLE BLVD SE GREENVILLE, NC | Big Lots Stores, LLC | Greenville Associates | C/O BILL LEVERTON, PROPERTY MANAGER, 4736 HIGH POINT ROAD, KERNERSVILLE, NC, 27284-9161 | – | $0 |
| 129 | 1877 | 118 HILLS PLZ CHARLESTON, WV | Big Lots Stores, LLC | Shores - White, LLC | P.O. Box 6767, CHARLESTON, WV, 25362 | – | $0 |
| 130 | 1891 | 685 S HUGHES BLVD ELIZABETH CITY, NC | Big Lots Stores, LLC | Netstreit LP | 2021 MCKINNEY AVE SUITE 1150, DALLAS, TX, 75201-7625 | Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com | $0 |
| 131 | 1892 | 1639 US HIGHWAY 74A BYP SPINDALE, NC | Big Lots Stores, LLC | Spindale Retail I LLC | C/O VANGUARD ASSOCIATES HOLDINGS LLC, 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | – | $3,993 |
| 132 | 1899 | 1371 N SANDHILLS BLVD ABERDEEN, NC | Big Lots Stores, LLC | Glenwood Development Co., LLC | 9525 BIRKDALE CROSSING DRIVE, SUITE 200, HUNTERSVILLE, NC, 28078 | – | $20,896 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 133 | 1961 | 2349 CHERRY RD STE 79 ROCK HILL, SC | Big Lots Stores, LLC | Market On Cherry | C/O PROVIDENCE GROUP MANAGEMENT SERVICES, 300 WEST SUMMIT AVE, STE 250, CHARLOTTE, NC, 28203 | – | $0 |
| 134 | 1975 | 431 SAINT JAMES AVE UNIT G GOOSE CREEK, SC | Big Lots Stores, LLC | Gb Associates Limited Partnership | C/O BEATTY MANAGEMENT COMPANY, 6824 ELM STREET, SUITE 200, MCLEAN, VA, 22101 | – | $0 |
| 135 | 4226 | 755 VETERANS MEMORIAL BLVD METAIRIE, LA | Big Lots Stores-PNS, LLC | Wilshire Plaza Investors, LLC | C/O VICTORY REAL ESTATE INVESTMENTS, LLC, 240 BROOKSTONE CENTRE PARKWAY, COLUMBUS, GA, 31904 | – | $5,390 |
| 136 | 4723 | 14333 EUREKA RD SOUTHGATE, MI | Big Lots Stores, LLC | Ns Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT, LLC, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com | $0 |
| 137 | 5093 | 4717 MCKNIGHT RD PITTSBURGH, PA | Big Lots Stores, LLC | McKnight Northland, LLC | C/O MCKNIGHT REALTY PARTNERS, 300 GRANT STREET SUITE 2500, PITTSBURGH, PA, 15219 | – | $6,156 |
| 138 | 5101 | 950 S CANNON BLVD STE A KANNAPOLIS, NC | Big Lots Stores, LLC | Peters Enterprises LLC | 801 N MAIN ST STE C, HIGH POINT, NC, 27262-3921 | – | $0 |
| 139 | 5122 | 2932 CANTON RD STE 210 MARIETTA, GA | Big Lots Stores, LLC | MSG Realty LLC | C/O BLASS PROPERTIES INC, 1333 SUNLAND DR NE, BROOKHAVEN, GA, 30319 | – | $0 |
| 140 | 5123 | 6169 ST. ANDREWS RD. COLUMBIA, SC | Big Lots Stores, LLC | V&S Seven Oaks LLC | 678 REISTERSTOWN ROAD, BALTIMORE, MD, 21208 | – | $0 |
| 141 | 5127 | 405 HOWE AVE. CUYAHOGA FALLS, OH | Closeout Distribution, Inc. | Cf Partners LLC | C/O REALTY RESOURCE CAPITAL CORP, 7600 JERICHO TURNPIKE SUITE 402, WOODBURY, NY, 11797 | – | $6,413 |
| 142 | 5157 | 2950 S. HORNER BLVD. SANFORD, NC | Big Lots Stores, LLC | Triledo Sanford LLC | 700 EXPOSITION PL STE 131, RALEIGH, NC, 27615-1561 | – | $0 |
| 143 | 5182 | 915 S ST STE A SIMPSONVILLE, SC | Big Lots Stores, LLC | Garrett Simpsonville Center, LLC | C/O GARRETT AND GARRETT, P.O. BOX 36, FOUNTAIN INN, SC, 29644 | – | $0 |
| 144 | 5183 | 1700 RALEIGH RD PKWY W STE 104 WILSON, NC | Big Lots Stores, LLC | Forest Hills Investors LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 145 | 5188 | 866 SCRANTON CARBONDALE HWY EYNON, PA | Big Lots Stores, LLC | Yada LLC | ATTN: JACOB WEINGARTEN, 8 TOLTCHAV WAY, UNIT 203, MONROE, NY, 10950-8589 | – | $0 |
| 146 | 5209 | 1450 ANDREWS RD MURPHY, NC | Big Lots Stores, LLC | Soar Management Inc | 821 HIAWASSEE STREET, MURPHY, NC, 28906 | – | $0 |
| 147 | 5224 | 2900 ARENDELL ST STE 19 MOREHEAD CITY, NC | Big Lots Stores, LLC | Morehead Plaza, LLC | C/O INCOME PROPERTIES OF RALEIGH, INC, 1049 DRESSER CT, RALEIGH, NC, 27609 | – | $0 |
| 148 | 5229 | 4157 E. COURT STREET BURTON, MI | Big Lots Stores, LLC | Courtyard Acquisitions LLC | ATTN: TARIK Y. DINHA II, 18000 W 9 MILE RD STE 700, SOUTHFIELD, MI, 48075 | – | $0 |
| 149 | 5235 | 630 LAKESTONE COMMONS AVE FUQUAY VARINA, NC | Big Lots Stores, LLC | Agree Fuquay-Varina, LLC | 32301 WOODWARD AVE , ATTN: DANIELLE SPEHAR, ROYAL OAK , MI, 48073 | – | $7,526 |
| 150 | 5237 | 601 PARK ST BELMONT, NC | Big Lots Stores, LLC | The Southern Benedictine Society | OF NORTH CAROLINA, INC., 100 BELMONT-MT. HOLLY ROAD, BELMONT, NC, 28012 | – | $22,676 |
| 151 | 5240 | 5510 MCFARLAND BLVD NORTHPORT, AL | Big Lots Stores, LLC | Northport McFarland Associates, LLC | ATTN: KAREN PERROTTA, 3850 S UNIVERSITY DR UNIT 291327, DAVIE, FL, 33329 | – | $0 |
| 152 | 5247 | 1110 WESTERN BLVD JACKSONVILLE, NC | Big Lots Stores, LLC | Avery Retail Medium C LLC | 1720 S ZAPATA HWY, LAREDO, TX, 78046-6155 | Brian Moreno, bmoreno@laredohdc.com | $0 |
| 153 | 5255 | 744 NASHVILLE PIKE GALLATIN, TN | Big Lots Stores, LLC | JHR Sumner Place Shopping Center, LLC | C/O BROOKSIDE PROPERTIES, INC, 2002 RICHARD JONES RD. SUITE 200-C, NASHVILLE, TN, 37215 | tim@rashtiandmitchell.com | $8,950 |
| 154 | 5261 | 1826 W US HWY 421 STE K WILKESBORO, NC | Big Lots Stores, LLC | Winklers Mill, LLC | PO BOX 3608, MOORESVILLE, NC, 28117 | – | $5,360 |
| 155 | 5276 | 711 E. INNES ST. SALISBURY, NC | Big Lots Stores, LLC | MFW Associates | C/O ASTON PROPERTIES, 610 E. MOREHEAD STREET SUITE 100, CHARLOTTE, NC, 28202 | Robert LeHane, rlehane@kelleydrye.com; Jennifer D. Raveile, JRaviele@KelleyDrye.com; Allison Selick, ASelick@KelleyDrye.com | $0 |
| 156 | 5280 | 130 WEAVER BLVD WEAVERVILLE, NC | Big Lots Stores, LLC | ECA Buligo Weaverville Partners LP | 13041 W LINEBAUGH AVE, TAMPA, FL, 33626-4484 | – | $4,484 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 157 | 5282 | 389 N. READING RD. EPHRATA, PA | Big Lots Stores, LLC | GBR Ephrata LLC And Ephrata Holdings LP | C/O GIBRALTAR MANAGEMENT COMPANY, INC, 150 WHITE PLAINS ROAD, SUITE 400, TARRYTOWN, NY, 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | $4,172 |
| 158 | 5293 | 2660 WEIR PLACE CHESTER, VA | Big Lots Stores, LLC | Cole BG Chester Va, LLC | C/O AMERICAN REALTY CAPITAL PROPERTIES, 2325 EAST CAMELBACK ROAD SUITE 1100, PHOENIX, AZ, 85016 | – | $7,333 |
| 159 | 5298 | 426 EAST WATERLOO RD AKRON, OH | Big Lots Stores-CSR, LLC | South Plaza Associates, LLC | C/O LEVEY & COMPANY, 1585 FREDERICK BLVD, AKRON, OH, 44320 | – | $5,842 |
| 160 | 5310 | 3915 RAMSEY STREET FAYETTEVILLE, NC | Big Lots Stores, LLC | RSH, LLC | C/O BLS HOLDINGS GROUP, LLC, 3638 WALTON WAY EXTENSION, SUITE 201, AUGUSTA, GA, 30909 | – | $0 |
| 161 | 5311 | 376 WEST PLAZA DRIVE MOORESVILLE, NC | Big Lots Stores, LLC | Unison Mooresville, LLC | C/O COLLETT MANAGEMENT, LLC, 1111 METROPOLITAN AVENUE SUITE 700, CHARLOTTE, NC, 28204 | Bradshaw Rost, brost@tspclaw.com | $5,998 |
| 162 | 5312 | 1023A S PENDLETON ST EASLEY, SC | Big Lots Stores, LLC | 5 Point Church | C/O LEGACY PROPERTY SERVICES, LLC, 109 S MCDUFFIE ST, ANDERSON, SC, 29624-1626 | Michael Busenkell, mbusenkell@gsbblaw.com | $5,165 |
| 163 | 5324 | 6300 E LIVINGSTON AVE REYNOLDSBURG, OH | Big Lots Stores-CSR, LLC | Up In The Air LLC | 585 SOUTH FRONT STREET STE 200, COLUMBUS, OH, 43215-5694 | – | $0 |
| 164 | 5328 | 403 N GENERALS BLVD LINCOLNTON, NC | Big Lots Stores, LLC | Archer Central Building LLC | 5277 TRILLIUM BLVD, HOFFMAN ESTATES, IL, 60192-3602 | – | $0 |
| 165 | 5332 | 201 FORKS OF THE RIVER PARKWAY SEVIERVILLE, TN | Big Lots Stores, LLC | Sevierville Forks Partners, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $348 |
| 166 | 5335 | 4300 PORTSMOUTH BLVD CHESAPEAKE, VA | Big Lots Stores, LLC | KM Of Chesapeake, Virginia, L.P. | 91-31 QUEENS BLVD, SUITE 512, ELMHURST, NY, 11373 | Max J. Newman, newman@butzel.com | $4,842 |
| 167 | 5338 | 1800 E STATE ST FREMONT, OH | Big Lots Stores-CSR, LLC | HYG Fremont LLC | PO BOX 9646, COLUMBUS, OH, 43209-0646 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 168 | 5339 | 2715 W MAIN ST WAYNESBORO, VA | Big Lots Stores, LLC | Waynesboro Holdings L.P., Gbr West Main LLC And | C/O NATIONAL REALTY & DEVELOPMENT CORP, 3 MANHATTANVILLE ROAD, SUITE 202, PURCHASE, NY, 10577 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | $4,588 |
| 169 | 5340 | 3640 WERK RD. CINCINNATI, OH | Big Lots Stores-CSR, LLC | CMPC LLC | 1460 WALDEN AVE, LAKEWOOD, NJ, 08701-1547 | – | $5,452 |
| 170 | 5346 | 56104 NATIONAL RD BRIDGEPORT, OH | Big Lots Stores-CSR, LLC | Bridgeport Plaza Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 171 | 5347 | 1262 NW BROAD ST MURFREESBORO, TN | Big Lots Stores, LLC | Meriden Associates LLC | 277 FAIRFIELDRD SUITE 205, FAIRFIELD, NJ, 07004-1937 | – | $0 |
| 172 | 5348 | 5260 OAKLAWN BLVD NORTH PRINCE GEORGE, VA | Big Lots Stores, LLC | Ardena Lr LLC | C/O COLLIERS-RICHMOND, 6641 WEST BROAD ST, STE 101, RICHMOND, VA, 23230 | Jennifer M. McLemore, jmclemore@williamsmullen.com | $0 |
| 173 | 5352 | 367 COUNTY RD 406 STE B SOUTH POINT, OH | Big Lots Stores-CSR, LLC | Ireland Lawrence Ltd | C/O IRELAND CO, 85 WESTON ROAD, SUITE 101, WESTON, FL, 33326 | – | $0 |
| 174 | 5358 | 825 CLEVELAND ST, ELYRIA, OH | Big Lots Stores-CSR, LLC | Big Lots | 4900 E DUBLIN GRANVILLE RD, COLUMBUS, OH | – | $0 |
| 175 | 5361 | 10560 HARRISON AVE HARRISON, OH | Big Lots Stores-CSR, LLC | Harrison OH Partners, LLC | 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $24,924 |
| 176 | 5368 | 6610 MOORETOWN RD WILLIAMSBURG, VA | Big Lots Stores, LLC | Fruitland Plaza, LLC | C/O SVN MILLER COMMERCIAL REAL ESTATE, 206 E MAIN ST, SALISBURY, MD, 21801 | – | $0 |
| 177 | 5372 | 10150 DORCHESTER RD UNIT 227 SUMMERVILLE, SC | Big Lots Stores, LLC | Dorchester Realty LLC | 400 BROADHOLLOW RD STE 302, MELVILLE, NY, 11747-4810 | – | $0 |
| 178 | 5375 | 110 E NORTHSIDE DR VALDOSTA, GA | Big Lots Stores, LLC | Budd Family LP | 2907 N PATTERSON ST, VALDOSTA, GA, 31602-4125 | – | $0 |
| 179 | 5376 | 102 N 12TH ST MIDDLESBORO, KY | Big Lots Stores, LLC | K-Va-T Food Stores Inc | PO BOX 1158, ABINGTON, VA, 24212-1158 | – | $3,838 |
| 180 | 5379 | 1677 WESTCHESTER DR HIGH POINT, NC | Big Lots Stores, LLC | Baderco LLC | 3180 ABBEY RD, ROCKY MOUNT, NC, 27804-7843 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 181 | 5380 | 110 S 7TH ST MARIETTA, OH | Big Lots Stores-CSR, LLC | Warren Terra Inc | 108B SOUTH 7TH STREET, MARIETTA, OH, 45750 | Scott Leonhardt, Scott.leonhardt@esbrook.com; Robert B. Berner, rberner@baileycav.com | $0 |
| 182 | 5384 | 10001 HULL STREET RD NORTH CHESTERFIELD, VA | Big Lots Stores, LLC | Mosaic Oxbridge Owner, LLC | C/O MFI, INC., 2800 QUARRY LAKE DRIVE, SUITE 340, BALTIMORE, MD, 21209 | – | $4,731 |
| 183 | 5391 | 1251 BURKEMONT AVE MORGANTON, NC | Big Lots Stores, LLC | Evans Best, LLC | C/O MetCap Management, LLC, P O BOX 11908, CHARLOTTE , NC, 28220 | – | $0 |
| 184 | 5396 | 2750C N ROBERTS AVE LUMBERTON, NC | Big Lots Stores, LLC | K. M. Biggs, Incorporated | PO BOX 967, LUMBERTON, NC, 28359-0967 | – | $0 |
| 185 | 5411 | 2318 W MERCURY BLVD HAMPTON, VA | Big Lots Stores, LLC | Todd Shopping Center, LLC | C/O TOWER PARK MANAGEMENT CORP., 735 THIMBLE SHOALS BLVD., STE 100, NEWPORT NEWS, VA, 23606 | – | $0 |
| 186 | 5412 | 2050 E DOROTHY LN KETTERING, OH | Big Lots Stores-CSR, LLC | Cuyahoga Investments, LLC | 40 NORTH MAIN STREET, SUITE 1700, DAYTON, OH, 45423 | – | $0 |
| 187 | 5414 | 4125 HIGHWAY 20, STE A-2 BUFORD, GA | Big Lots Stores, LLC | Lee's Crossing SDC LLC | C/O SAGLO DEVELOPMENT CORPORATION, 290 NW 165TH ST PH 2, MIAMI, FL, 33169 | – | 6,617 |
| 188 | 5416 | 260 REMOUNT RD FRONT ROYAL, VA | Big Lots Stores, LLC | Gateway Plaza - Front Royal, LLC | 610 E. MOREHEAD STREET, SUITE 100, CHARLOTTE, NC, 28202 | – | 6,990 |
| 189 | 5417 | 558 BATTLEFIELD PKWY FORT OGLETHORPE, GA | Big Lots Stores, LLC | Fort Oglethorpe Market Place, LLC | C/O MIMMS ENTERPRISES, 780 OLD ROSWELL PLACE, STE 100, ROSWELL, GA, 30075 | – | $5,722 |
| 190 | 5423 | 1806 N JACKSON ST TULLAHOMA, TN | Big Lots Stores, LLC | Hobby Lobby Stores, Inc. | ATTN: REAL ESTATE DEPARTMENT, 7707 SOUTHWEST 44TH STREET, OKLAHOMA CITY, OK, 73179 | – | $5,488 |
| 191 | 5426 | 1090 BYPASS RD VINTON, VA | Big Lots Stores, LLC | River Park Properties LLC | PO BOX 450, FINCASTLE, VA, 24090-0450 | – | $2,645 |
| 192 | 5428 | 12295 CAPITAL BLVD WAKE FOREST, NC | Big Lots Stores, LLC | Food Lion, LLC | C/O RETAIL BUSINESS SERVICES LLC, 1385 HANCOCK ST., ATTN: VP, REAL ESTATE LAW, QUINCY, MA, 2169 | Gregory G. Hesse, ghesse@HuntonAK.com | $9,325 |
| 193 | 5432 | 1728 E DIXON BLVD SHELBY, NC | Big Lots Stores, LLC | BVB-NC, LLC | C/O BV BELK PROPERTIES, 204-C WEST WOODLAWN ROAD, CHARLOTTE, NC, 28217 | Walt Pettit, walt.pettit@hutchenslawfirm.com | $5,790 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 194 | 5434 | 4956 LONG BEACH RD SE, STE 8 SOUTHPORT, NC | Big Lots Stores, LLC | Jordan & Riddle, LLC | 4200 MORGANTOWN ROAD, SUITE 150, FAYETTEVILLE, NC, 28314 | – | $0 |
| 195 | 5438 | 10611 COURTHOUSE RD FREDERICKSBURG, VA | Big Lots Stores, LLC | Breezewood Shopping Center, Inc. | PO BOX 5160, C/O THALHIMER, GLENN ALLEN, VA, 23058-5160 | Christopher Scot Chipman, csc@comptonduilng.com; cschipman@gmail.com | $5,825 |
| 196 | 5440 | 328 ROBERT SMALLS PKWY BEAUFORT, SC | Big Lots Stores, LLC | USPG Portfolio Eight LLC | PO BOX 645781, CINCINNATI, OH, 45264-5781 | Audrey L. Hornisher, ahornisher@clarkhill.com; kgrivner@clarkhill.com | $0 |
| 197 | 5448 | 1700 E MAIN ST LANCASTER, OH | Big Lots Stores-CSR, LLC | William R. Roth Lancaster, LLC | C/O ROTH REAL ESTATE GROUP, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | Scott Leonhardt, Scott.leonhardt@esbrook.com; Robert B. Berner, rberner@baileycav.com | $0 |
| 198 | 5464 | 241 W WOOSTER RD BARBERTON, OH | Big Lots Stores-CSR, LLC | LRC Magic Investors Ltd | 1585 FREDERICK BLVD, AKRON, OH, 44320-4053 | – | $5,954 |
| 199 | 5466 | 1063 YADKINVILLE RD MOCKSVILLE, NC | Big Lots Stores, LLC | Eastgate Empire, LLC | 7120 CREEK WOOD DR., CHAPEL HILL, NC, 27514 | – | $4,239 |
| 200 | 5490 | 225 S TYNDALL PKWY CALLAWAY, FL | Big Lots Stores, LLC | Beacon Plaza LLC | 1018 THOMASVILLE RD, STE 200A, TALLAHASSEE, FL, 32303 | – | $6,721 |