# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF TODD RICHARDSON IN SUPPORT OF THE MOTION OF CRAIG ELECTRONICS LLC FOR ALLOWANCE AND PAYMENT OF <u>ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(B)(1)</u>**

I, Todd Richardson, submit this declaration (this "**Declaration**") pursuant to 28 U.S.C. § 1746, and declare, to the best of my knowledge, information and belief, as follows:

1. I am the President at Craig Electronics ("**Criag**").

2. I am duly authorized to submit this Declaration on behalf of Craig and in support of the *Motion of Craig Electronics LLC for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503(b)(1)* (the "**Motion**").[1]

3. All facts set forth in this Declaration are based upon my personal knowledge, review of relevant documents maintained by Craig in the ordinary course of business, and discussions with my colleagues at Craig familiar with Craig's business transactions with one or more of the Debtors. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

4. I have read the Motion and am familiar with the matters stated therein. Each of the statements contained in the Motion is true and correct, and each is hereby verified as if it were reproduced herein.

---

[1] Capitalized terms used but not otherwise defined in this Declaration have the meanings ascribed to them in the Motion.

5. As of the date hereof, the Debtors owe Craig a total of $99,997.00 (the "**Post-Petition Balance**") on account of services provided to the Debtors post-petition and for which payment remains outstanding. The Post-Petition Balance is past due and owing, and the Debtors have not contested any of the invoices or the amount of the Post-Petition Balance. A summary of the open invoices that comprise the Post-Petition Balance is attached hereto as **Schedule I**. Copies of the underlying invoices and purchase orders are attached hereto as **Schedule II**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on January 30, 2025.

By: _____
Todd Richardson

## SCHEDULE I

## SUMMARY OF POST-PETITION BALANCE

| Craig Invoice # | Big Lot's PO # | Invoice Date | Amount Due |
|---|---|---|---|
| 2024260168 | 95637924 | 10/30/2024 | $10,188.00 |
| 2024250846 | 95637087 | 10/18/2024 | $26,676.80 |
| 2024261576 | 95637086 | 11/01/2024 | $17,742.80 |
| 2024259441 | 95637088 | 10/29/2024 | $14,825.40 |
| 2024260169 | 95637922 | 10/30/2024 | $12,225.60 |
| 2024260167 | 95637923 | 10/30/2024 | $18,338.40 |
| | | **TOTAL** | **$99,997.00** |

## SCHEDULE II

**COPIES OF UNPAID POST-PETITION INVOICES AND
POST-PETITION PURCHASE ORDERS**

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069
Cumming GA  30028
USA

| | |
|---|---|
| Invoice Control No.: | 2024250846 |
| Invoice Date: | 10/18/24 |
| Due Date: | 12/17/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637087 |
| Page No.: | Page 1 of 1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0874<br>50 RAUSCH CREEK RD<br><br>TREMONT PA  17981<br>USA | USD 26,676.80<br>by 12/17/24 |

| | | | | |
|---|---|---|---|---|
| Sales Employee: | CLASSIC | | Ship Via: | LTL COLLECT |
| Contact Name: | | | FOB: | |
| Terms: | Net 60 Days ROG | | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 1,352 | 0.000 | USD 14.1500 | 1,352 | USD 19,130.80 |
| CHT985C | 810466755 | 29 INCH STEREO SOUND BAR SYSTEM WITH DIGITAL OPTICAL INPUT WITH 6 FOOT OPTICAL CABLE AND BLUETOOTH | 440 | 0.000 | USD 17.1500 | 440 | USD 7,546.00 |

**Remarks:** Based On Sales Orders 0095637087. Based On Deliveries 0095637087.

| | | |
|---|---|---|
| | Subtotal | USD 26,676.80 |
| Customer Account as of 01/13/25: | Shipping | |
| **Balance:** USD 99,997.00 | Tax | |
| **Credit Limit:** USD 0.00 | Total | |
| | Deposit | USD 26,676.80 |
| | **Balance Due** | USD 26,676.80 |
| | | **PLEASE REMIT THIS AMOUNT** |

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069
Cumming GA  30028
USA

| | |
|---|---|
| Invoice Control No.: | 2024259441 |
| Invoice Date: | 10/29/24 |
| Due Date: | 11/28/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637088 |
| Page No.: | Page   1   of   1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0879<br>2306 ENTERPRISE DR<br><br>DURANT OK  74701<br>USA | USD 14,825.40<br>by 11/28/24 |

| | | | |
|---|---|---|---|
| **Sales Employee:** | CLASSIC | **Ship Via:** | LTL COLLECT |
| **Contact Name:** | | **FOB:** | |
| **Terms:** | Net 60 Days ROG | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 752 | 0.000 | USD 14.1500 | 752 | USD 10,640.80 |
| CHT985C | 810466755 | 29 INCH STEREO SOUND BAR SYSTEM WITH DIGITAL OPTICAL INPUT WITH 6 FOOT OPTICAL CABLE AND BLUETOOTH | 244 | 0.000 | USD 17.1500 | 244 | USD 4,184.60 |

**Remarks:**    Based On Sales Orders 0095637088. Based On Deliveries 0095637088.

| | |
|---|---|
| Customer Account as of   01/13/25: | |
| **Balance:**   USD  99,997.00 | |
| **Credit Limit:**   USD  0.00 | |

| | |
|---|---|
| Subtotal | USD 14,825.40 |
| Shipping | |
| Tax | |
| Total | |
| Deposit | USD 14,825.40 |
| **Balance Due** | USD 14,825.40 |

PLEASE REMIT THIS AMOUNT

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069
Cumming GA  30028
USA

| | |
|---|---|
| Invoice Control No.: | 2024260167 |
| Invoice Date: | 10/30/24 |
| Due Date: | 11/29/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637923 |
| Page No.: | Page  1  of  1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0874<br>50 RAUSCH CREEK RD<br><br>TREMONT PA  17981<br>USA | **USD 18,338.40**<br>by 11/29/24 |

| | | | | |
|---|---|---|---|---|
| **Sales Employee:** | CLASSIC | | | |
| **Contact Name:** | | **Ship Via:** | LTL COLLECT | |
| **Terms:** | Net 30 Days | **FOB:** | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 1,296 | 0.000 | USD 14.1500 | 1,296 | USD 18,338.40 |

**Remarks:** Based On Sales Orders 0095637923. Based On Deliveries 0095637923.

| | | |
|---|---|---|
| Customer Account as of   01/13/25: | Subtotal | USD 18,338.40 |
| **Balance:**              **USD  99,997.00** | Shipping | |
| **Credit Limit:**              **USD  0.00** | Tax | |
| | Total | |
| | Deposit | USD 18,338.40 |
| | **Balance Due** | |
| | | USD 18,338.40 |
| | PLEASE REMIT THIS AMOUNT | |

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069  
Cumming GA  30028  
USA

| | |
|---|---|
| Invoice Control No.: | 2024260168 |
| Invoice Date: | 10/30/24 |
| Due Date: | 11/29/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637924 |
| Page No.: | Page 1 of 1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0879<br>2306 ENTERPRISE DR<br><br>DURANT OK  74701<br>USA | USD 10,188.00<br>by 11/29/24 |

| | | | | |
|---|---|---|---|---|
| **Sales Employee:** | CLASSIC | | **Ship Via:** | LTL COLLECT |
| **Contact Name:** | | | **FOB:** | |
| **Terms:** | Net 30 Days | | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 720 | 0.000 | USD 14.1500 | 720 | USD 10,188.00 |

**Remarks:** Based On Sales Orders 0095637924. Based On Deliveries 0095637924.

| | |
|---|---|
| Subtotal | USD 10,188.00 |
| Shipping | |
| Tax | |
| Total | |
| Deposit | USD 10,188.00 |
| **Balance Due** | |
| | USD 10,188.00 |

**Customer Account as of   01/13/25:**

| | |
|---|---|
| **Balance:** | **USD  99,997.00** |
| **Credit Limit:** | **USD  0.00** |

**PLEASE REMIT THIS AMOUNT**

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069
Cumming GA  30028
USA

| | |
|---|---|
| Invoice Control No.: | 2024260169 |
| Invoice Date: | 10/30/24 |
| Due Date: | 11/29/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637922 |
| Page No.: | Page   1   of   1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0870<br>2855 SELMA HWY<br><br>MONTGOMERY AL  36108<br>USA | **USD 12,225.60**<br>by 11/29/24 |

| | | | |
|---|---|---|---|
| Sales Employee: | CLASSIC | Ship Via: | LTL COLLECT |
| Contact Name: | | FOB: | |
| Terms: | Net 30 Days | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 864 | 0.000 | USD 14.1500 | 864 | USD 12,225.60 |

**Remarks:**   Based On Sales Orders 0095637922. Based On Deliveries 0095637922.

| | | |
|---|---|---|
| Customer Account as of   01/13/25: | Subtotal | USD 12,225.60 |
| **Balance:**   **USD  99,997.00** | Shipping | |
| **Credit Limit:**   **USD  0.00** | Tax | |
| | Total Deposit | USD 12,225.60 |
| | **Balance Due** | **USD 12,225.60** |
| | PLEASE REMIT THIS AMOUNT | |

# Craig Electronics LLC

# INVOICE

525 Tribble Gap RD - Box 2069
Cumming GA  30028
USA

| | |
|---|---|
| Invoice Control No.: | 2024261576 |
| Invoice Date: | 11/01/24 |
| Due Date: | 12/31/24 |
| Customer: | BIG LOTS STORES, INC |
| Customer PO No.: | 0095637086 |
| Page No.: | Page 1 of 1 |

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| BIG LOTS STORES, INC<br>4900 E Dublin Granville Rd<br><br>Columbus OH  43081<br>USA | 0870<br>2855 SELMA HWY<br><br>MONTGOMERY AL  36108<br>USA | USD 17,742.80<br>by 12/31/24 |

| | | | | |
|---|---|---|---|---|
| **Sales Employee:** | CLASSIC | | **Ship Via:** | LTL COLLECT |
| **Contact Name:** | | | **FOB:** | |
| **Terms:** | Net 60 Days ROG | | | |

Thanks for sending us your payment promptly. We appreciate your business!

| Item No. | BP Cat. No. | Description | Qty | Disc. % | Unit Price | Qty Ship. | Total |
|---|---|---|---|---|---|---|---|
| CD6925 | 810709229 | CD BOOMBOX WITH AM/FM RADIO | 900 | 0.000 | USD 14.1500 | 900 | USD 12,735.00 |
| CHT985C | 810466755 | 29 INCH STEREO SOUND BAR SYSTEM WITH DIGITAL OPTICAL INPUT WITH 6 FOOT OPTICAL CABLE AND BLUETOOTH | 292 | 0.000 | USD 17.1500 | 292 | USD 5,007.80 |

**Remarks:** Based On Sales Orders 0095637086. Based On Deliveries 0095637086.

| | | | |
|---|---|---|---|
| Customer Account as of   01/13/25: | | Subtotal | USD 17,742.80 |
| **Balance:** | **USD  99,997.00** | Shipping | |
| **Credit Limit:** | **USD  0.00** | Tax | |
| | | Total | |
| | | Deposit | USD 17,742.80 |
| | | **Balance Due** | |
| | | | **USD 17,742.80** |
| | | | PLEASE REMIT THIS AMOUNT |

# Order
# Big Lots Stores

| | |
|---|---|
| PO Date: 10/09/2024 | Must Route By Date: 10/06/2024 |
| Requested Delivery Week: 10/28/2024 | Cancel After Date: 10/17/2024 |
| Delivery Window: | Ship Not Before Date: 10/11/2024 |
| Vendor #: 0001004907 | Department #: |

Order Number:         0095637086
Release #:            1
PO Type:              Stand-alone Order   Replace
Contract Number:
Purchasing Contact:   RHOADS, ALLISON
Currency:

| Ship To: | Bill To/Ordered By: | Vendor: | Factory: |
|---|---|---|---|
| **Location ID:** 0870<br>MONTGOMERY DC - #0870<br>2855 SELMA HWY<br>MONTGOMERY, AL  36108  US<br>**Contact Name:** MONTGOMERY DC - #0870 CSC DISTRIBUTION, LLC<br>**Phone#:** 334-286-6633 | **Location ID:**<br>MONTGOMERY DC - #0870<br>4900 E Dublin Granville Rd<br>Columbus, OH  43081  US | **Location ID:**<br>CRAIG ELECTRONICS LLC | |

| Freight Terms:<br>Collect   On Vessel    US CALIFORNIA-LTLCountry of Origin   US   Collect<br>Collect   Destination (Shipping)   US CALIFORNIA-LTLFOB (Shipping Point)   US   Collect | Preferred Carrier: |
|---|---|

| Terms Type<br>Basic | Terms Basis:<br>Invoice Date | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days:<br>30 | Description:<br>NT30 |
|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION<br>LINE ITEM COMMENTS | UNIT COST/<br>RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | 810709229 | CD6925 | 731398469253 | Item Detail:  CRAIG CD BOOMBOX AM/FM RADIO<br>Vendor Alphanumeric Size Code: 0004<br>Brand/Label: Brand<br>Electronic Article Surveillance Tag: Y<br>Quantity Ordered : 225  CT<br>Pack: 4<br>Inner Pack: 4 | 14.15 | 900 | Each | 12,735.00 |
| 2 | 810466755 | CHT985C | 731398549856 | Item Detail:  CRAIG 29IN SOUNDBAR W OPTICAL<br>Vendor Alphanumeric Size Code: 0002<br>Brand/Label: Brand<br>Electronic Article Surveillance Tag: Y<br>Quantity Ordered : 146  CT<br>Pack: 2<br>Gross Volume: 126.0 Cubic Feet<br>Inner Pack: 2 | 17.15 | 292 | Each | 5,007.80 |
| 2 | # of Line Items | | | | Merchandise Total | 1192 | | $17,742.80 |

ALLOWANCE AND CHARGES INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :
BIG LOTS PO TERMS AND COMMENTS

BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE
AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
DIP-24-11967
Location Number: 0870  W
Detail Packing Slip: N
Total Units: 1192

| Total Qty: | Weight: | Volume: | Purchase Order Total | $17,742.80 |
|---|---|---|---|---|

# Order

| | | | |
|---|---|---|---|
| **PURCHASE ORDER #:** | 0095637087 | **PURCHASE ORDER DATE:** | 2024-10-09 |
| **DEPOSITOR ORDER #:** | | **CANCEL DATE [001] :** | 2024-10-17 |
| **CUSTOMER ORDER #:** | | | |
| **RELEASE #:** | 1 | **REQUESTED DELIVERY [002] :** | 2024-10-11 |
| **PURCHASE ORDER TYPE:** | Stand Alone [SA] | | |
| **TRANSACTION CODE:** | Replace [05] | **EARLIEST SHIP [037] :** | 2024-10-28 |
| **CONTRACT #:** | | | |
| **BUYER NAME OR DEPARTMENT [BD] :**<br>Name: RHOADS, ALLISON | | **VENDOR:**<br>CRAIG ELECTRONICS LLC (0001004907) | **DEPARTMENT:** |
| **BUYERS CURRENCY:** | | | |
| **SELLERS CURRENCY:** | | | |

| **VENDOR [VN] :**<br>CRAIG ELECTRONICS LLC | **SHIP TO [ST] :**<br>Location ID: 0874<br>TREMONT DC - #0874<br>50 RAUSCH CREEK RD<br>TREMONT, PA 17981 US<br><br>Name: TREMONT DC - #0874 CLOSEOUT DISTRIBUTION, LLC<br>Phone: 570-695-2848 | **BILL TO PARTY [BT] :**<br>TREMONT DC - #0874<br>4900 E Dublin Granville Rd<br>Columbus, OH 43081 US |
|---|---|---|

| **FREIGHT TERMS:** | **PREFERRED CARRIER:** |
|---|---|
| **FOB PAY CODE:** Collect [CC]<br>**FOB TITLE PASSAGE:** - US<br>**FOB LOCATION:** Origin[Shipping Point] [OR] - US CALIFORNIA-LTL | |

| TERMS TYPE:<br>Basic [01] | TERMS BASIS:<br>Invoice Date [3] | TERMS DISC %: | DISC. DUE DATE: | DISC. DAYS: | NET DUE DATE: | NET DAYS:<br>30 | DESCRIPTION:<br>NT30 |
|---|---|---|---|---|---|---|---|

| LINE # | BUYER PART # | VENDOR PART # | UPC/GTIN/EAN | DESCRIPTION | UNIT COST | QTY | UOM |
|---|---|---|---|---|---|---|---|
| 1 | 810709229 | | UPC: 731398469253 | **PRODUCT DESCRIPTION:** CRAIG CD BOOMBOX AM/FM RADIO<br>**PRODUCT SIZE:** 0004<br>**OUTER PACK:** 4<br>**INNER PACK:** 4 | **PURCHASE PRICE:** 14.15 | 1352 | Each [EA] |
| 2 | 810466755 | | UPC: 731398549856 | **PRODUCT DESCRIPTION:** CRAIG 29IN SOUNDBAR W OPTICAL<br>**PRODUCT SIZE:** 0002<br>**OUTER PACK:** 2<br>**INNER PACK:** 2 | **PURCHASE PRICE:** 17.15 | 440 | Each [EA] |

| TOTAL LINE # | TOTAL WEIGHT | TOTAL VOLUME | TOTAL AMOUNT | TOTAL NET SALES AMOUNT | TOTAL TERMS DISCOUNT AMOUNT | TOTAL QTY |
|---|---|---|---|---|---|---|
| 2 | | | 26,676.80 | | | |

**NOTES:**
: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
: VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE
: AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
: DIP-24-11967

# Order

| | | | |
|---|---|---|---|
| **PURCHASE ORDER #:** | 0095637088 | **PURCHASE ORDER DATE:** | 2024-10-09 |
| **DEPOSITOR ORDER #:** | | **CANCEL DATE [001] :** | 2024-10-17 |
| **CUSTOMER ORDER #:** | | **REQUESTED DELIVERY [002] :** | 2024-10-11 |
| **RELEASE #:** | 1 | **EARLIEST SHIP [037] :** | 2024-10-28 |
| **PURCHASE ORDER TYPE:** | Stand Alone [SA] | **VENDOR:** CRAIG ELECTRONICS LLC (0001004907) | **DEPARTMENT:** |
| **TRANSACTION CODE:** | Replace [05] | | |
| **CONTRACT #:** | | | |

**BUYER NAME OR DEPARTMENT [BD] :**
Name: RHOADS, ALLISON

**BUYERS CURRENCY:**
**SELLERS CURRENCY:**

| **VENDOR [VN] :** | **SHIP TO [ST] :** | **BILL TO PARTY [BT] :** |
|---|---|---|
| CRAIG ELECTRONICS LLC | Location ID: 0879<br>DURANT DC - #0879<br>2306 ENTERPRISE DR<br>DURANT, OK  74701  US<br><br>Name:  DURANT DC - #0879 DURANT DC, LLC<br>Phone:   580-931-2100 | DURANT DC - #0879<br>4900 E Dublin Granville Rd<br>Columbus, OH  43081  US |

| **FREIGHT TERMS:**<br>**FOB PAY CODE:** Collect [CC]<br>**FOB TITLE PASSAGE:**  - US<br>**FOB LOCATION:** Origin[Shipping Point] [OR]  - US CALIFORNIA-LTL | **PREFERRED CARRIER:** |
|---|---|

| **TERMS TYPE:**<br>Basic [01] | **TERMS BASIS:**<br>Invoice Date [3] | **TERMS DISC %:** | **DISC. DUE DATE:** | **DISC. DAYS:** | **NET DUE DATE:** | **NET DAYS:**<br>30 | **DESCRIPTION:**<br>NT30 |
|---|---|---|---|---|---|---|---|

| LINE # | BUYER PART # | VENDOR PART # | UPC/GTIN/EAN | DESCRIPTION | UNIT COST | QTY | UOM |
|---|---|---|---|---|---|---|---|
| 1 | 810709229 | | **UPC:** 731398469253 | **PRODUCT DESCRIPTION:** CRAIG CD BOOMBOX AM/FM RADIO<br>**PRODUCT SIZE:**   0004<br>**OUTER PACK:** 4<br>**INNER PACK:** 4 | **PURCHASE PRICE:**   14.15 | 752 | Each [EA] |
| 2 | 810466755 | | **UPC:** 731398549856 | **PRODUCT DESCRIPTION:** CRAIG 29IN SOUNDBAR W OPTICAL<br>**PRODUCT SIZE:**   0002<br>**OUTER PACK:** 2<br>**INNER PACK:** 2 | **PURCHASE PRICE:**   17.15 | 244 | Each [EA] |

| TOTAL LINE # | TOTAL WEIGHT | TOTAL VOLUME | TOTAL AMOUNT | TOTAL NET SALES AMOUNT | TOTAL TERMS DISCOUNT AMOUNT | TOTAL QTY |
|---|---|---|---|---|---|---|
| 2 | | | 14,825.40 | | | |

**NOTES:**
: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
: VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE
: AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
: DIP-24-11967

# Purchase Order
## 850

| | | | |
|---|---|---|---|
| **PO DATE:** | | | 2024-10-11 |
| **001 - CANCEL AFTER:** | | | 2024-10-17 |
| **002 - DELIVERY REQUESTED:** | | | 2024-10-11 |
| **037 - EARLIEST SHIP:** | | | 2024-10-28 |

**ORDER #:** 0095637922
**CUSTOMER ORDER #:** 24000455
**RELEASE #:** 1
**PO TYPE:** Stand Alone  Original
**CONTRACT NUMBER:**

BD - Buyer Name Or Department
Contact Name:  RHOADS, ALLISON

**PURCHASING CONTACT:**
IC - Information Contact
Contact Name:  Craigs Electronics

**VENDOR:**
CRAIG ELECTRONICS LLC (0001004907)
11854

**DEPARTMENT:**

**CURRENCY:**

**VN - VENDOR:**
CRAIG ELECTRONICS LLC

**BT - BILL TO:**
MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus, OH  43081  US

**ST - SHIP TO:**
Location ID: 0870
Big Lots Stores
2855 SELMA HWY
MONTGOMERY, AL  36108  US

Name:  MONTGOMERY DC - #0870 CSC DISTRIBUTION, LLC
Phone:  334-286-6633

**SF - SHIP FROM:**
Location ID: AMSLAX
AMSLAX
29010 Commerce Center Dr
Valencia, CA  91355  US

| **FREIGHT TERMS:** Collect   OR  US CALIFORNIA-LTL | | | | | | | **PREFERRED CARRIER:** LTL COLLECT |
|---|---|---|---|---|---|---|---|
| **TERMS TYPE** 01 | **TERMS BASIS:** 3 | **TERMS DISC %:** | **DISC. DUE DATE:** | **DISC. DAYS:** | **NET DUE DATE:** | **NET DAYS:** 30 | **DESCRIPTION:** NT30 |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | QTY LEFT TO RECEIVE | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 810709229 | CD6925 | 731398469253 | Item Detail: CD BOOMBOX WITH AM/FM RADIO Product Size:  0004 Qty per Pack: 4 Qty per Case: 4 | Unit Price: 14.15 | 864 | | Each | 12,225.60 |
| 1 | # of Line Items | | | | Merchandise Total | 864 | | | 12225.60 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**NOTES/COMMENTS/SPECIAL INSTRUCTIONS:**

**PK - PACKINGLISTNUMBER:** N
**PK - PACKINGLISTNUMBER:** 864
**VN - VENDORORDERNUMBER:** 11854
**GK - THIRDPARTYREFERENCENUMBER:** 864ALLCRAIGELEC
**PHC - PROCESSHANDLINGCODE:**
**DON:** 24000455

## Purchase Order
## 850

| | | | |
|---|---|---|---|
| **ORDER #:** | 0095637923 | **PO DATE:** | 2024-10-11 |
| **CUSTOMER ORDER #:** | 24000454 | **001 - CANCEL AFTER:** | 2024-10-17 |
| **RELEASE #:** | 1 | **002 - DELIVERY REQUESTED:** | 2024-10-11 |
| **PO TYPE:** | Stand Alone  Original | **037 - EARLIEST SHIP:** | 2024-10-28 |
| **CONTRACT NUMBER:** | | | |

| | | | |
|---|---|---|---|
| **PURCHASING CONTACT:** | BD - Buyer Name Or Department<br>Contact Name:   RHOADS, ALLISON<br>IC - Information Contact<br>Contact Name:   Craigs Electronics | **VENDOR:**<br>CRAIG ELECTRONICS LLC (0001004907)<br>11853 | **DEPARTMENT:** |

**CURRENCY:**

| VN - VENDOR: | BT - BILL TO: | ST - SHIP TO: | SF - SHIP FROM: |
|---|---|---|---|
| CRAIG ELECTRONICS LLC | TREMONT DC - #0874<br>4900 E Dublin Granville Rd<br>Columbus, OH  43081  US | Location ID: 0874<br>Big Lots Stores<br>50 RAUSCH CREEK RD<br>TREMONT, PA  17981  US<br><br>Name:  TREMONT DC - #0874 CLOSEOUT DISTRIBUTION, LLC<br>Phone:  570-695-2848 | Location ID: AMSLAX<br>AMSLAX<br>29010 Commerce Center Dr<br>Valencia, CA  91355  US |

| FREIGHT TERMS:<br>Collect   OR  US CALIFORNIA-LTL | | | | | | | PREFERRED CARRIER:<br> LTL COLLECT |
|---|---|---|---|---|---|---|---|
| **TERMS TYPE**<br>01 | **TERMS BASIS:**<br>3 | **TERMS DISC %:** | **DISC. DUE DATE:** | **DISC. DAYS:** | **NET DUE DATE:** | **NET DAYS:**<br>30 | **DESCRIPTION:**<br>NT30 |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION<br>LINE ITEM COMMENTS | UNIT COST/<br>RETAIL PRICE | QTY | QTY LEFT TO RECEIVE | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 810709229 | CD6925 | 731398469253 | Item Detail: CD BOOMBOX WITH AM/FM RADIO<br>Product Size:  0004<br>Qty per Pack: 4<br>Qty per Case: 4 | Unit Price: 14.15 | 1296 | | Each | 18,338.40 |
| 1 | # of Line Items | | | | Merchandise Total | 1296 | | | 18338.40 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**NOTES/COMMENTS/SPECIAL INSTRUCTIONS:**

**PK - PACKINGLISTNUMBER:**  N
**PK - PACKINGLISTNUMBER:**  1296
**VN - VENDORORDERNUMBER:**  11853
**GK - THIRDPARTYREFERENCENUMBER:**  864ALLCRAIGELEC
**PHC - PROCESSHANDLINGCODE:**
**DON:**  24000454

# Order

| | | | |
|---|---|---|---|
| **PURCHASE ORDER #:** | 0095637924 | **PURCHASE ORDER DATE:** | 2024-10-11 |
| **DEPOSITOR ORDER #:** | | **CANCEL DATE [001] :** | 2024-10-17 |
| **CUSTOMER ORDER #:** | | | |
| **RELEASE #:** | 1 | **REQUESTED DELIVERY [002] :** | 2024-10-11 |
| **PURCHASE ORDER TYPE:** | Stand Alone [SA] | | |
| **TRANSACTION CODE:** | Original [00] | **EARLIEST SHIP [037] :** | 2024-10-28 |
| **CONTRACT #:** | | | |
| **BUYER NAME OR DEPARTMENT [BD] :**<br>Name: RHOADS, ALLISON | | **VENDOR:**<br>CRAIG ELECTRONICS LLC (0001004907) | **DEPARTMENT:** |
| **BUYERS CURRENCY:** | | | |
| **SELLERS CURRENCY:** | | | |

| **VENDOR [VN] :**<br>CRAIG ELECTRONICS LLC | **SHIP TO [ST] :**<br>Location ID: 0879<br>DURANT DC - #0879<br>2306 ENTERPRISE DR<br>DURANT, OK  74701  US<br><br>Name:  DURANT DC - #0879 DURANT DC, LLC<br>Phone:  580-931-2100 | **BILL TO PARTY [BT] :**<br>DURANT DC - #0879<br>4900 E Dublin Granville Rd<br>Columbus, OH  43081  US |
|---|---|---|

| **FREIGHT TERMS:**<br>**FOB PAY CODE:** Collect [CC]<br>**FOB TITLE PASSAGE:**  - US<br>**FOB LOCATION:** Origin[Shipping Point] [OR]  - US CALIFORNIA-LTL | **PREFERRED CARRIER:** |
|---|---|

| **TERMS TYPE:**<br>Basic [01] | **TERMS BASIS:**<br>Invoice Date [3] | **TERMS DISC %:** | **DISC. DUE DATE:** | **DISC. DAYS:** | **NET DUE DATE:** | **NET DAYS:**<br>30 | **DESCRIPTION:**<br>NT30 |
|---|---|---|---|---|---|---|---|

| LINE # | BUYER PART # | VENDOR PART # | UPC/GTIN/EAN | DESCRIPTION | UNIT COST | QTY | UOM |
|---|---|---|---|---|---|---|---|
| 1 | 810709229 | | **UPC:** 731398469253 | **PRODUCT DESCRIPTION:** CRAIG CD BOOMBOX AM/FM RADIO<br>**PRODUCT SIZE:**  0004<br>**OUTER PACK:** 4<br>**INNER PACK:** 4 | **PURCHASE PRICE:**  14.15 | 720 | Each [EA] |

| TOTAL LINE # | TOTAL WEIGHT | TOTAL VOLUME | TOTAL AMOUNT | TOTAL NET SALES AMOUNT | TOTAL TERMS DISCOUNT AMOUNT | TOTAL QTY |
|---|---|---|---|---|---|---|
| 1 | | | 10,188.00 | | | |

**NOTES:**
**:** BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
**:** VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE
**:** AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
**:** DIP-24-11967