# **Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Doc. Ref.** |

**ORDER GRANTING MOTION OF CRAIG ELECTRONICS LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM UNDER 11 U.S.C. § 503(B)(1)**

Upon consideration of the *Motion of Craig Electronics for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503(b)(1)* (the "**Motion**") seeking entry of an order (i) granting Craig Electronics LLC ("**Craig**") an allowed administrative expense claim in the amount of $99,970.00 pursuant to 11 U.S.C. § 503(b)(1), and (ii) authorizing and directing payment of such administrative expense claim without delay; and this Court having jurisdiction to this consider the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that due, proper, and adequate notice of the Motion was provided and that no other or further notice is necessary or required; and this Court having reviewed the Motion, the Declaration of Todd Richardson filed in support of the Motion (the "**Richardson Declaration**"), any objections to the Motion, the evidence submitted, and the arguments of counsel, as applicable; and this Court having determined that the legal and factual bases set forth in the Motion and the Richardson Declaration

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein:

2. Craig is granted an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount $99,970.00 for goods ordered by, and delivered to, the Debtors after the Petition Date.

3. The Debtors are authorized and directed to make a payment to Craig in the amount of $99,970.00 without delay.

4. The Debtors and Craig are authorized to take all actions that are necessary or appropriate to implement the relief granted herein without further order of this Court.

5. This Court retains exclusive jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

6. This Order shall be effective and enforceable immediately upon its entry.