**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: February 26, 2025 at 10:30 am (ET)** |
| | ) **Objection Deadline: February 18, 2025 at 4:00 pm (ET)** |
| | ) |

**NOTICE OF MOTION OF FGX INTERNATIONAL INC. FOR ENTRY OF
AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11
ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that FGX International Inc. ("FGX"), filed its *Motion of FGX International Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before February 18, 2025 at 4:00 p.m. (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received by the undersigned counsel for FGX on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable J. Kate Stickles, at the Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on February 26, 2025 at 10:30 a.m. If you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: February 4, 2025
Wilmington, Delaware

    */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
**Whiteford, Taylor & Preston LLC**[1]
WHITEFORD TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Email: wtaylor@whitefordlaw.com

- and -

David W. Gaffey, Esq.
**Whiteford, Taylor & Preston LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com

*Attorneys for FGX International Inc.*

---

[1] Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.