## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) **Related Docket No. ___** |
| | ) |
| | ) |

**ORDER GRANTING MOTION OF FGX INTERNATIONAL INC. FOR ENTRY OF
AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11
ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF**

FGX International Inc. ("FGX"), having filed its *Motion of FGX International Inc. for
Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense
Claims and for Related Relief* (the "Motion") and this Court having determined that the relief
requested in the Motion is warranted; and it appearing that proper and adequate notice of the
Motion has been given, and upon the record of any hearing thereon; and after due deliberation
thereon, and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1.    The Motion is GRANTED as set forth herein.

---

[1]    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective
employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management,
LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262);
Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC
(8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC
LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC
(3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

2.      FGX is granted an allowed post-petition chapter 11 administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code in the amount of $672,313.66.

3.      The Debtors are ordered to pay all past-due post-petition amounts owing to FGX within seven (7) days of entry of this Order.

4.      Nothing in this Order shall prejudice the rights of the FGX to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

5.      This Order shall be immediately effective upon entry.

6.      The Court shall retain jurisdiction over the interpretation and enforcement of this Order.