## Exhibit B

| Payer Name | Type | Invoice Date | Due Date | Invoice# | Cust Order# Ref | PO Number | Original Amount | Outstanding Amount |
|---|---|---|---|---|---|---|---:|---:|
| BIG LOTS STORES CORP. | AP | 10/21/2024 | 10/21/2024 | 1502317693 | 1034595512 | | $ (17,055.68) | $ (17,055.68) |
| BIG LOTS STORES CORP. | AP | 10/28/2024 | 10/28/2024 | 1502319753 | 1034595512 | | $ (18,161.62) | $ (17,133.24) |
| BIG LOTS STORES CORP. | CN | 12/11/2024 | 12/26/2024 | 101625703 | 1036702339 | WEDT20241207PFC | $ (185.48) | $ (185.48) |
| BIG LOTS STORES CORP. | IV | 12/11/2024 | 12/26/2024 | 101625880 | 1036701339 | WEDT20241207PFB | $ 84,393.60 | $ 84,393.60 |
| BIG LOTS STORES CORP. | CN | 12/18/2024 | 01/02/2025 | 101661489 | 1036787221 | WEDT20241214PFC | $ (231.58) | $ (231.58) |
| BIG LOTS STORES CORP. | IV | 12/18/2024 | 01/02/2025 | 101661702 | 1036786255 | WEDT20241214PFB | $ 70,710.20 | $ 70,710.20 |
| BIG LOTS STORES CORP. | CN | 12/25/2024 | 01/09/2025 | 101690749 | 1036863627 | WEDT20241221PFC | $ (189.11) | $ (189.11) |
| BIG LOTS STORES CORP. | IV | 12/25/2024 | 01/09/2025 | 101690925 | 1036862695 | WEDT20241221PFB | $ 79,675.44 | $ 79,675.44 |
| BIG LOTS STORES CORP. | CN | 12/31/2024 | 01/15/2025 | 101718351 | 1036942470 | WEDT20241228PFC | $ (69.52) | $ (69.52) |
| BIG LOTS STORES CORP. | IV | 12/31/2024 | 01/15/2025 | 101725037 | 1036941585 | WEDT20241228PFB | $ 104,226.83 | $ 104,226.83 |
| BIG LOTS STORES CORP. | CN | 01/08/2025 | 01/23/2025 | 101729575 | 1037016939 | WEDT20250104PFC | $ (33.14) | $ (33.14) |
| BIG LOTS STORES CORP. | IV | 01/08/2025 | 01/23/2025 | 101729751 | 1037016078 | WEDT20250104PFB | $ 94,295.90 | $ 94,295.90 |
| BIG LOTS STORES CORP. | CN | 01/15/2025 | 01/30/2025 | 101759094 | 1037101106 | WEDT20250111PFC | $ (11.02) | $ (11.02) |
| BIG LOTS STORES CORP. | IV | 01/15/2025 | 01/30/2025 | 101759259 | 1037100246 | WEDT20250111PFB | $ 73,201.02 | $ 73,201.02 |
| BIG LOTS STORES CORP. | CN | 01/22/2025 | 02/06/2025 | 101785569 | 1037189179 | WEDT20250118PFC | $ (21.21) | $ (21.21) |
| BIG LOTS STORES CORP. | IV | 01/22/2025 | 02/06/2025 | 101785756 | 1037188319 | WEDT20250118PFB | $ 100,953.06 | $ 100,953.06 |
| BIG LOTS STORES CORP. | CN | 01/29/2025 | 02/13/2025 | 101813838 | 1037267196 | WEDT20250125PFC | $ (29.90) | $ (29.90) |
| BIG LOTS STORES CORP. | IV | 01/29/2025 | 02/13/2025 | 101813994 | 1037266338 | WEDT20250125PFB | $ 99,817.49 | $ 99,817.49 |
| | | | | | | **Total:** | | **$ 672,313.66** |