**CERTIFICATE OF SERVICE**

  I, William F. Taylor, Jr., do hereby certify that on February 4, 2025, I caused a copy of the foregoing Motion and Notice to be served electronically on all parties of record through the Court's CM/ECF system and via electronic mail on the parties on the attached service list.

                */s/ William F. Taylor, Jr.*
                William F. Taylor, Jr. (DE #2936)

## SERVICE LIST

| | |
|---|---|
| Brian M. Resnick, Esq.,<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq.<br>Andrew R. Remming, Esq.,<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>biglots.mnat@morrisnichols.com |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800,<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com | Darren Azman, Esq.<br>Kristin G. Going, Esq.<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com |
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | Christopher Marcus, P.C.<br>Douglas A. Ryder, P.C.<br>Nicholas M. Adzima, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com |

| | |
|---|---|
| Linda J. Casey, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |