## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Real Property Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|
| 1 | 2306 Enterprise Drive Durant, OK | Durant DC, LLC | BIGDUOK001 LLC | c/o 333 West Wolf Point Plaza Chicago, IL 60654 | 1/31/2025 | Racking, Heavy Equipment, Various DC Equipment, Conveyor Belts, Automated Systems, Assorted Machinery, Distribution Center, Office Furniture, IT Equipment, G&A Items, Miscellaneous Items, Equipment and Fixtures. |