**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Horizon Media LLC and Horizon Next (collectively, "Horizon"), hereby enters their appearance in the above-captioned cases by and through their counsel, Loeb & Loeb LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| **LANDIS RATH & COBB LLP** | **LOEB & LOEB LLP** |
|:---:|:---:|
| Kimberly A. Brown, Esq. | William M. Hawkins, Esq. |
| Joshua B. Brooks, Esq. | Noah Weingarten, Esq. |
| 919 Market Street, Suite 1800 | 345 Park Avenue |
| Wilmington, Delaware 19801 | New York, New York 10154 |
| Telephone: (302) 467-4400 | Telephone: (212) 407-4000 |
| Facsimile: (302) 467-4450 | Facsimile: (212) 407-4990 |
| Email: brown@lrclaw.com | Email: whawkins@loeb.com |
| brooks@lrclaw.com | nweingarten@loeb.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

{1484.002-W0079484.}

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Horizon's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: February 5, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Joshua B. Brooks*<br>Kimberly A. Brown (No. 5138)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>     brooks@lrclaw.com<br><br>-and-<br><br>**LOEB & LOEB LLP**<br>William M. Hawkins, Esq. (*pro hac vice* pending)<br>Noah Weingarten, Esq. (*pro hac vice* pending)<br>345 Park Avenue<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: whawkins@loeb.com<br>     nweingarten@loeb.com<br><br>*Counsel to Horizon Media LLC and Horizon Next* |