**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 26, 2025 at 10:30 a.m. (ET)**<br>**Obj. Deadline: February 19, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION

TO:     The following parties: (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; and (d) any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on February 5, 2025, Horizon Media LLC a/k/a Horizon Big, LLC ("Horizon") filed the *Horizon Media LLC's Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 19, 2025, at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response or objection upon the undersigned counsel so as to be received no later than **February 19, 2025, at 4:00 P.M. (ET)**.

A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 26, 2025 AT 10:30 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: February 5, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Joshua B. Brooks*<br>Kimberly A. Brown (No. 5138)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>       brooks@lrclaw.com<br><br>-and-<br><br>**LOEB & LOEB LLP**<br>William M. Hawkins (*pro hac vice* pending)<br>Noah Weingarten (*pro hac vice* pending)<br>Alexis Zobeideh (*pro hac vice* pending)<br>345 Park Avenue<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: whawkins@loeb.com<br>nweingarten@loeb.com<br>azobeideh@loeb.com<br><br>*Counsel to Creditor*<br>*Horizon Media LLC* |