# EXHIBIT D

| Customer Name | Month | Media | Estimate | Description | Document Number | Document Type | Document Date | Due Date | Amount Billed | Horizon Balance | Amount Paid | Balance Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Product | Media Net | HX Fee (8.70%) | HMI Commission (1.5%) | Total HMI Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Lots Stores, LLC | 9/24 | Social Media | 37540 | Big Lots_Social_2024_Fiscal September_09.01-09.28 | SOM-12-357660 | Credit Memos | 12/13/2024 | 12/13/2024 | (70.00) | | 0.00 | (70.00) | | | (70.00) | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Programmatic | 37808 | BL_F24_2H_NAT_DIG_CTV_BAU_HMI | PGM-11-352893 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 84,860.96 | 7,854.64 | 0.00 | 84,860.96 | | | 84,860.96 | | | Big Lots | $ 77,006.32 | $ 6,699.55 | $ 1,155.09 | 7,854.64 |
| Big Lots Stores, LLC | 10/24 | Social Media | 37593 | Big Lots_Social_2024_Fiscal October_10.01-10.31 | SOM-11-353295 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 331,712.18 | | 0.00 | 331,712.18 | | | 331,712.18 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Social Media | 38102 | BL_SOCIAL_2024_FISCAL OCT_11.01-11.02 | SOM-11-353338 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 20,514.45 | | 0.00 | 20,514.45 | | | 20,514.45 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Search | 37942 | Big Lots_SEM_2024_Fiscal October_11.01-11.02 | SRC-11-352895 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 26,815.12 | 133.41 | 0.00 | 26,815.12 | | | 26,815.12 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Search | 37569 | Big Lots_SEM_2024_Fiscal October_10.1-10.31 | SRC-11-353307 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 13,968.48 | 153.12 | 0.00 | 13,968.48 | | | 13,968.48 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Travel and Entertainment | 59010 | T&E Billing | TE-11-320329 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 976.25 | 976.25 | 0.00 | 976.25 | | | 976.25 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Travel and Entertainment | 59010 | T&E Billing | TE-11-320330 | Sales / Invoices | 11/15/2024 | 12/15/2024 | 2,869.22 | 2,869.22 | 0.00 | 2,869.22 | | | 2,869.22 | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Blu Data Charge | 59194 | Big Lots Blu Fee (Nov1-30) | 110-11-320572 | Sales / Invoices | 11/25/2024 | 12/25/2024 | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | | 50,000.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Programmatic | 37941 | Big Lots_CTV_2024_Fiscal Nov_11.03-11.28 | PGM-11-354315 | Sales / Invoices | 11/25/2024 | 12/25/2024 | 183,101.47 | 16,947.69 | 0.00 | 183,101.47 | | 183,101.47 | | | | Big Lots | $ 166,153.78 | 14,455.38 | 2,492.31 | 16,947.69 |
| Big Lots Stores, LLC | 11/24 | Retainer Fee | 59193 | Big Lots Retainer Fee (Nov1-30) | RET-11-320571 | Sales / Invoices | 11/25/2024 | 12/25/2024 | 300,000.00 | 300,000.00 | 0.00 | 300,000.00 | | 300,000.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Social Media | 37991 | BigLots_SocialMark_F24 Nov_11.01-11.30 | SOM-11-354120 | Sales / Invoices | 11/25/2024 | 12/25/2024 | 925,356.00 | | 0.00 | 925,356.00 | | 925,356.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Search | 38178 | Big Lots_SEM_2024_Fiscal November_11.3-11.30 | SRC-11-354121 | Sales / Invoices | 11/25/2024 | 12/25/2024 | 1,284,085.18 | 6,388.48 | 0.00 | 1,284,085.18 | | 1,284,085.18 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Blu Data Charge | 59315 | Big Lots Blu Fee (Dec1-31) | 110-12-321721 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | | 50,000.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Interactive | 38240 | BL_LR_2024_FISCAL DEC_12.1-12.31 | IN-12-357279 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 4,355.00 | 4,355.00 | 0.00 | 4,355.00 | | 4,355.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Interactive | 38241 | BL_ADSV_2024_FISCAL DEC_12.1-12.31 | IN-12-357280 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 7,192.56 | 7,192.56 | 0.00 | 7,192.56 | | 7,192.56 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Programmatic | 38179 | BL_CTV_2024_FISCAL DEC_12.1-12.28 | PGM-12-357458 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 201,933.00 | 18,690.71 | 0.00 | 201,933.00 | | 201,933.00 | | | | Big Lots | $ 183,242.29 | 15,942.08 | 2,748.63 | 18,690.71 |
| Big Lots Stores, LLC | 12/24 | Programmatic | 38180 | BL_CTV_2024_FISCAL JAN_12.29-12.31 | PGM-12-357459 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 8,654.63 | 801.06 | 0.00 | 8,654.63 | | 8,654.63 | | | | Big Lots | $ 7,853.57 | 683.26 | 117.80 | 801.06 |
| Big Lots Stores, LLC | 12/24 | Retainer Fee | 59314 | Big Lots Retainer Fee (Dec1-31) | RET-12-321720 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 300,000.00 | 300,000.00 | 0.00 | 300,000.00 | | 300,000.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Social Media | 38258 | BL_SOCIAL_2024_FISCAL JAN_12.29-12.31 | SOM-12-357282 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 46,333.20 | | 0.00 | 46,333.20 | | 46,333.20 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Social Media | 38253 | BL_SOCIAL_2024_FISCAL DEC_12.03-12.28 | SOM-12-357460 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 1,078,241.62 | | 0.00 | 1,078,241.62 | | 1,078,241.62 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Social Media | 38369 | BL_SOCIAL_2024_FISCAL DEC_12.1-12.2 | SOM-12-357461 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 112,662.00 | | 0.00 | 112,662.00 | | 112,662.00 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Search | 38236 | Big Lots_SEM_2024_Fiscal December_12.1-12.28 | SRC-12-357277 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 1,162,732.62 | 5,784.74 | 0.00 | 1,162,732.62 | | 1,162,732.62 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Search | 38237 | Big Lots_SEM_2024_Fiscal January_12.29-12.31 | SRC-12-357278 | Sales / Invoices | 12/13/2024 | 1/12/2025 | 44,288.59 | 220.34 | 0.00 | 44,288.59 | | 44,288.59 | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Interactive | 37745 | BL_F24_Q3_NAT_DIG_Ad Serving_BAU_HMI | IN-1-360418 | Credit Memos | 1/17/2025 | 1/17/2025 | (646.74) | (646.74) | 0.00 | (646.74) | (646.74) | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Programmatic | 37941 | BL_MX_CTV_2024_Fiscal Nov_11.03-11.28 | PGM-1-360422 | Credit Memos | 1/17/2025 | 1/17/2025 | (6,187.28) | (572.69) | 0.00 | (6,187.28) | | (6,187.28) | | | | Big Lots | $ (5,614.59) | $ (488.47) | $ (84.22) | (572.69) |
| Big Lots Stores, LLC | 12/24 | Programmatic | 38179 | BL_MX_CTV_2024_FISCAL DEC_12.1-12.28 | PGM-1-360426 | Credit Memos | 1/17/2025 | 1/17/2025 | (56,317.44) | (5,212.68) | 0.00 | (56,317.44) | | (56,317.44) | | | | Big Lots | $ (51,104.76) | $ (4,446.11) | $ (766.57) | (5,212.69) |
| Big Lots Stores, LLC | 12/24 | Programmatic | 38180 | BL_CTV_2024_FISCAL JAN_12.29-12.31 | PGM-1-360427 | Credit Memos | 1/17/2025 | 1/17/2025 | (8,654.63) | (801.06) | 0.00 | (8,654.63) | | (8,654.63) | | | | Big Lots | $ (7,853.57) | $ (683.26) | $ (117.80) | (801.06) |
| Big Lots Stores, LLC | 11/24 | Social Media | 37991 | BL_SOCIAL_2024_FISCAL NOV_11.03-11.30 | SOM-1-358070 | Sales / Invoices | 12/18/2024 | 1/17/2025 | (510,422.60) | | 0.00 | (510,422.60) | | (510,422.60) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Social Media | 38253 | BL_SOCIAL_2024_FISCAL DEC_12.03-12.28 | SOM-1-360432 | Credit Memos | 1/17/2025 | 1/17/2025 | (46,333.20) | | 0.00 | (46,333.20) | | (46,333.20) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Social Media | 38259 | BL_SOCIAL_2024_FISCAL JAN_12.29-12.31 | SOM-1-360433 | Credit Memos | 1/17/2025 | 1/17/2025 | (46,333.20) | | 0.00 | (46,333.20) | | (46,333.20) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Search | 38178 | Big Lots_SEM_2024_Fiscal November_11.3-11.30 | SRC-1-360427 | Credit Memos | 1/17/2025 | 1/17/2025 | (40,290.86) | (1,049.38) | 0.00 | (40,290.86) | | (40,290.86) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Search | 38236 | Big Lots_SEM_2024_Fiscal December_12.1-12.28 | SRC-1-360428 | Credit Memos | 1/17/2025 | 1/17/2025 | (268,106.76) | (1,049.38) | 0.00 | (268,106.76) | | (268,106.76) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Search | 38237 | Big Lots_SEM_2024_Fiscal January_12.29-12.31 | SRC-1-360429 | Credit Memos | 1/17/2025 | 1/17/2025 | (44,288.59) | (220.34) | 0.00 | (44,288.59) | | (44,288.59) | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 11/24 | Interactive | 37920 | BL_F24_Q4_NAT_DIG_BIZ_Nov Ad Serving_BAU_HMI | IN-1-360421 | Sales / Invoices | 1/17/2025 | 2/16/2025 | 587.13 | 587.13 | 0.00 | 587.13 | 587.13 | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Programmatic | 37808 | BL_MX_CTV_2024_FISCAL OCT_10.21-10.31 | PGM-1-360419 | Sales / Invoices | 1/17/2025 | 2/16/2025 | 30.76 | 2.85 | 0.00 | 30.76 | 30.76 | | | | | Big Lots | $ 27.91 | 2.43 | 0.42 | 2.85 |
| Big Lots Stores, LLC | 12/24 | Social Media | 38369 | BL_SOCIAL_2024_FISCAL DEC_12.1-12.2 | SOM-1-360434 | Sales / Invoices | 1/17/2025 | 2/16/2025 | 0.07 | | 0.00 | 0.07 | 0.07 | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Search | 37569 | Big Lots_SEM_2024_Fiscal October_10.1-10.31 | SRC-1-360416 | Sales / Invoices | 1/17/2025 | 2/16/2025 | 0.14 | | 0.00 | 0.14 | 0.14 | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Travel and Entertainment | 59010 | T&E Billing | TE-1-323310 | Sales / Invoices | 1/17/2025 | 2/16/2025 | 2,828.97 | 2,828.97 | 0.00 | 2,828.97 | 2,828.97 | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Travel and Entertainment | 59010 | T&E Billing | TE-1-323311 | Sales / Invoices | 1/24/2025 | 2/23/2025 | 140.82 | | 0.00 | 140.82 | 140.82 | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 10/24 | Interactive | 37809 | BL_F24_Q3_NAT_DIG_LiveRamp_BAU_HMI | IN-1-361289 | Sales / Invoices | 1/24/2025 | 2/23/2025 | (4,355.00) | (4,355.00) | 0.00 | (4,355.00) | (4,355.00) | | | | | Big Lots | | | | |
| Big Lots Stores, LLC | 12/24 | Interactive | 38241 | BL_ADSV_2024_FISCAL DEC_12.1-12.31 | IN-1-361290 | Sales / Invoices | 1/24/2025 | 2/23/2025 | (4,957.02) | (4,957.02) | 0.00 | (4,957.02) | (4,957.02) | | | | | Big Lots | | | | |
| **Big Lots Stores, LLC Total** | | | | | | | | | 5,384,302.47 | 757,628.14 | 0.00 | 5,384,302.47 | (5,724.13) | 4,908,379.94 | 481,646.66 | | | | | | | |



| | | October | November | December | Total |
|---|---|---|---|---|---|
| Blu Data Charge | $ | - | $ 50,000.00 | $ 50,000.00 | $ 100,000.00 |
| Retainer Fee | $ | - | $ 300,000.00 | $ 300,000.00 | $ 600,000.00 |
| T&E Billing | $ | 976.25 | $ 2,869.22 | $ 2,969.79 | $ 6,815.26 |
| Non Sequential Fees *(Search Non-Media Charges)* | $ | 153.12 | $ 6,037.95 | $ 4,735.36 | $ 10,926.43 |
| Non Sequential Fees *(Interactive Non-Media Charges)** | $ | (5,001.74) | $ 587.13 | $ 6,590.54 | $ 2,175.93 |
| HX Fees *(Programmatic MX)* | $ | 7,857.49 | $ 16,375.00 | $ 13,478.03 | $ 37,710.52 |
| **Total** | $ | 3,985.12 | $ 375,869.30 | $ 377,773.72 | $ 757,628.14 |

| HX Fee | 8.70% |
|---|---|
| HMI Commission | 1.5% |