# EXHIBIT  E

# Media Invoice



| | |
|---|---|
| **Big Lots Stores, LLC** | **Invoice #:** 110-11-320572 |
| **Matt Schweitzer** | **Invoice Date:** 11/25/2024 |
| **4900 E. Dublin Granville Road** | **Due Date:** 12/25/2024 |
| **Columbus,   OH 43081** | |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Blu Data Charge |
| **Product:** | Big Lots |
| **Estimate:** | 59194 (DIG-3078), Big Lots Blu Fee (Nov1-30) |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| NATIONAL | | | | |
|   BLU. DATA | | | | |
|     11/01/2024 | | $50,000.00 | $0.00 | $50,000.00 |
|     VENDOR TOTAL | 1 | $50,000.00 | $0.00 | $50,000.00 |
|   MARKET TOTAL | 1 | $50,000.00 | $0.00 | $50,000.00 |
| TOTAL BILL | 1 | $50,000.00 | $0.00 | $50,000.00 |
| NET AMOUNT | | $50,000.00 | $0.00 | $50,000.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$50,000.00** | **$0.00** | **$50,000.00** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | 110-12-321721 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Blu Data Charge |
| **Product:** | Big Lots |
| **Estimate:** | 59315 (DIG-3101), Big Lots Blu Fee (Dec1-31) |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| NATIONAL | | | | |
| BLU. DATA | | | | |
| 12/01/2024 | | $50,000.00 | $0.00 | $50,000.00 |
| VENDOR TOTAL | 1 | $50,000.00 | $0.00 | $50,000.00 |
| MARKET TOTAL | 1 | $50,000.00 | $0.00 | $50,000.00 |
| TOTAL BILL | 1 | $50,000.00 | $0.00 | $50,000.00 |
| NET AMOUNT | | $50,000.00 | $0.00 | $50,000.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$50,000.00** | **$0.00** | **$50,000.00** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

Invoice #      PGM-1-360419
Invoice Date   01/17/2025
Due Date       02/16/2025

Advertiser:     Big Lots Stores, LLC
Media Type:     Programmatic
Product:        Big Lots
Estimate:       37808, BL_MX_CTV_2024_FISCAL
                OCT_10.21-10.31
Billing Month:  10/24

|                          | Amount  |
|--------------------------|---------|
| Net Due:                 | $27.91  |
| Non-Media Charges Due:    | $0.00   |
| HX Fees Due:             | $2.85   |
| Total Amount Due:        | $30.76  |

Invoice Date:  01/17/2025                    Invoice #:      PGM-1-360419
Due Date:      02/16/2025
Billing Month:  10/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| HX - Programmatic Display 2 DSP Fee | - | $0.00 | $0.00 | $0.00 |
| hx- Programmatic Display 2 | 1 | $84,891.72 | $84,860.96 | $30.76 |
| TOTAL BILL | 1 | $84,891.72 | $84,860.96 | $30.76 |

| | | | |
|---|---|---|---|
| NET AMOUNT | $77,034.23 | $77,006.32 | $27.91 |
| NON-MEDIA CHARGES | $0.00 | $0.00 | $0.00 |
| HX FEES | $7,857.49 | $7,854.64 | $2.85 |
| TOTAL AMOUNT | $84,891.72 | $84,860.96 | $30.76 |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

| | |
|---|---|
| Invoice # | PGM-1-360422 |
| Invoice Date | 01/17/2025 |
| Due Date | 02/16/2025 |

| | |
|---|---|
| Advertiser: | Big Lots Stores, LLC |
| Media Type: | Programmatic |
| Product: | Big Lots |
| Estimate: | 37941, BL_MX_CTV_2024_Fiscal Nov_11.03-11.28 |
| Billing Month: | 11/24 |

| | Amount |
|---|---|
| Net Due: | ($5,614.59) |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | ($572.69) |
| Total Amount Due: | ($6,187.28) |

Invoice Date:   01/17/2025                    Invoice #:      PGM-1-360422
Due Date:       02/16/2025
Billing Month:  11/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $176,914.19 | $183,101.47 | ($6,187.28) |
| TOTAL BILL | 1 | $176,914.19 | $183,101.47 | ($6,187.28) |

| | | | |
|---|---|---|---|
| NET AMOUNT | $160,539.19 | $166,153.78 | ($5,614.59) |
| NON-MEDIA CHARGES | $0.00 | $0.00 | $0.00 |
| HX FEES | $16,375.00 | $16,947.69 | ($572.69) |
| TOTAL AMOUNT | $176,914.19 | $183,101.47 | ($6,187.28) |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

Invoice #      PGM-1-360426
Invoice Date   01/17/2025
Due Date       02/16/2025

Advertiser:    Big Lots Stores, LLC
Media Type:    Programmatic
Product:       Big Lots
Estimate:      38179, BL_MX_CTV_2024_FISCAL
               DEC_12.1-12.28
Billing Month: 12/24

|                         | Amount        |
|-------------------------|---------------|
| Net Due:                | ($51,104.76)  |
| Non-Media Charges Due:  | $0.00         |
| HX Fees Due:            | ($5,212.68)   |
| Total Amount Due:       | ($56,317.44)  |

Invoice Date:  01/17/2025                   Invoice #:      PGM-1-360426
Due Date:     02/16/2025
Billing Month:  12/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $145,615.56 | $201,933.00 | ($56,317.44) |
| TOTAL BILL | 1 | $145,615.56 | $201,933.00 | ($56,317.44) |

| | | | |
|---|---|---|---|
| NET AMOUNT | $132,137.53 | $183,242.29 | ($51,104.76) |
| NON-MEDIA CHARGES | $0.00 | $0.00 | $0.00 |
| HX FEES | $13,478.03 | $18,690.71 | ($5,212.68) |
| TOTAL AMOUNT | $145,615.56 | $201,933.00 | ($56,317.44) |



| | |
|---|---|
| Big Lots Stores, LLC | Invoice #    PGM-1-360427 |
| Matt Schweitzer | Invoice Date    01/17/2025 |
| Columbus, OH 43081 | Due Date    02/16/2025 |

Advertiser:    Big Lots Stores, LLC
Media Type:    Programmatic
Product:    Big Lots
Estimate:    38180, BL_CTV_2024_FISCAL
          JAN_12.29-12.31
Billing Month:    12/24

|  | Amount |
|---|---|
| Net Due: | ($7,853.57) |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | ($801.06) |
| Total Amount Due: | ($8,654.63) |

Invoice Date:  01/17/2025                              Invoice #:       PGM-1-360427
Due Date:     02/16/2025
Billing Month:  12/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $0.00 | $8,654.63 | ($8,654.63) |
| TOTAL BILL | 1 | $0.00 | $8,654.63 | ($8,654.63) |

| | | | | |
|---|---|---|---|---|
| NET AMOUNT | | $0.00 | $7,853.57 | ($7,853.57) |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| HX FEES | | $0.00 | $801.06 | ($801.06) |
| TOTAL AMOUNT | | $0.00 | $8,654.63 | ($8,654.63) |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

Invoice #      PGM-11-352893
Invoice Date   11/15/2024
Due Date       12/15/2024

Advertiser:    Big Lots Stores, LLC
Media Type:    Programmatic
Product:       Big Lots
Estimate:      37808,
               BL_F24_2H_NAT_DIG_CTV_BAU_HM
               I
Billing Month: 10/24

|  | Amount |
|---|---|
| Net Due: | $77,006.32 |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | $7,854.64 |
| Total Amount Due: | $84,860.96 |

Invoice Date:   11/15/2024
Due Date:       12/15/2024
Billing Month:  10/24

Invoice #:        PGM-11-352893

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| HX - Programmatic Display 2 DSP Fee | - | $0.00 | $0.00 | $0.00 |
| hx- Programmatic Display 2 | 1 | $84,860.96 | $0.00 | $84,860.96 |
| TOTAL BILL | 1 | $84,860.96 | $0.00 | $84,860.96 |

| | | | |
|---|---|---|---|
| NET AMOUNT | $77,006.32 | $0.00 | $77,006.32 |
| NON-MEDIA CHARGES | $0.00 | $0.00 | $0.00 |
| HX FEES | $7,854.64 | $0.00 | $7,854.64 |
| TOTAL AMOUNT | $84,860.96 | $0.00 | $84,860.96 |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

Invoice #      PGM-11-354315
Invoice Date   11/25/2024
Due Date       12/25/2024

Advertiser:    Big Lots Stores, LLC
Media Type:    Programmatic
Product:       Big Lots
Estimate:      37941, Big Lots_CTV_2024_Fiscal
               Nov_11.03-11.28
Billing Month: 11/24

|  | Amount |
|---|---|
| Net Due: | $166,153.78 |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | $16,947.69 |
| Total Amount Due: | $183,101.47 |

Invoice Date:   11/25/2024                    Invoice #:        PGM-11-354315
Due Date:       12/25/2024
Billing Month:  11/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $183,101.47 | $0.00 | $183,101.47 |
| TOTAL BILL | 1 | $183,101.47 | $0.00 | $183,101.47 |

| | | | |
|---|---|---|---|
| NET AMOUNT | $166,153.78 | $0.00 | $166,153.78 |
| NON-MEDIA CHARGES | $0.00 | $0.00 | $0.00 |
| HX FEES | $16,947.69 | $0.00 | $16,947.69 |
| TOTAL AMOUNT | $183,101.47 | $0.00 | $183,101.47 |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

| | |
|---|---|
| Invoice # | PGM-12-357458 |
| Invoice Date | 12/13/2024 |
| Due Date | 01/12/2025 |

| | |
|---|---|
| Advertiser: | Big Lots Stores, LLC |
| Media Type: | Programmatic |
| Product: | Big Lots |
| Estimate: | 38179, BL_CTV_2024_FISCAL DEC_12.1-12.28 |
| Billing Month: | 12/24 |

| | Amount |
|---|---|
| Net Due: | $183,242.29 |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | $18,690.71 |
| Total Amount Due: | $201,933.00 |

Invoice Date:   12/13/2024                      Invoice #:        PGM-12-357458
Due Date:       01/12/2025
Billing Month:  12/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $201,933.00 | $0.00 | $201,933.00 |
| TOTAL BILL | 1 | $201,933.00 | $0.00 | $201,933.00 |

| | | | | |
|---|---|---|---|---|
| NET AMOUNT | | $183,242.29 | $0.00 | $183,242.29 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| HX FEES | | $18,690.71 | $0.00 | $18,690.71 |
| TOTAL AMOUNT | | $201,933.00 | $0.00 | $201,933.00 |



Big Lots Stores, LLC
Matt Schweitzer
Columbus, OH 43081

| | |
|---|---|
| Invoice # | PGM-12-357459 |
| Invoice Date | 12/13/2024 |
| Due Date | 01/12/2025 |

Advertiser:    Big Lots Stores, LLC
Media Type:    Programmatic
Product:    Big Lots
Estimate:    38180, BL_CTV_2024_FISCAL
    JAN_12.29-12.31
Billing Month:    12/24

| | Amount |
|---|---|
| Net Due: | $7,853.57 |
| Non-Media Charges Due: | $0.00 |
| HX Fees Due: | $801.06 |
| Total Amount Due: | $8,654.63 |

Invoice Date:   12/13/2024                          Invoice #:        PGM-12-357459
Due Date:       01/12/2025
Billing Month:  12/24

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| hx- Programmatic Display 2 | 1 | $8,654.63 | $0.00 | $8,654.63 |
| TOTAL BILL | 1 | $8,654.63 | $0.00 | $8,654.63 |

| | | | | |
|---|---|---|---|---|
| NET AMOUNT | | $7,853.57 | $0.00 | $7,853.57 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| HX FEES | | $801.06 | $0.00 | $801.06 |
| TOTAL AMOUNT | | $8,654.63 | $0.00 | $8,654.63 |

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-1-360418 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 37745 (DIG-3058), BL_F24_Q3_NAT_DIG_BIZ_Ad Serving_BAU_HMI |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| DCM | | $111.52 | $171.00 | ($59.48) |
| DOUBLE VERIFY. | | $392.28 | $598.80 | ($206.52) |
| EXTREME REACH | | $713.45 | $1,094.19 | ($380.74) |
| INTERACTIVE PRODUCTION | 2 | $0.00 | $0.00 | $0.00 |
| TOTAL BILL | 2 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $1,217.25 | $1,863.99 | ($646.74) |
| **TOTAL AMOUNT** | | **$1,217.25** | **$1,863.99** | **($646.74)** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-1-360421 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 37920 (DIG-3079), BL_F24_Q4_NAT_DIG_BIZ_Nov Ad Serving_BAU_HMI |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| DCM | | $264.87 | $0.00 | $264.87 |
| DOUBLE VERIFY. | | $932.12 | $0.00 | $932.12 |
| EXTREME REACH | | $1,699.14 | $2,309.00 | ($609.86) |
| INTERACTIVE PRODUCTION | 2 | $0.00 | $0.00 | $0.00 |
| TOTAL BILL | 2 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $2,896.13 | $2,309.00 | $587.13 |
| **TOTAL AMOUNT** | | **$2,896.13** | **$2,309.00** | **$587.13** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**HORIZON big**

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-1-361289 |
| **Invoice Date:** | 1/24/2025 |
| **Due Date:** | 2/23/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 37809 (DIG-3074), BL_F24_Q3_NAT_DIG_LiveRamp_BAU_HMI |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| INTERACTIVE PRODUCTION | 1 | $0.00 | $0.00 | $0.00 |
| LIVERAMP PIXEL | | $0.00 | $4,355.00 | ($4,355.00) |
| TOTAL BILL | 1 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $4,355.00 | ($4,355.00) |
| **TOTAL AMOUNT** | | **$0.00** | **$4,355.00** | **($4,355.00)** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-1-361290 |
| **Invoice Date:** | 1/24/2025 |
| **Due Date:** | 2/23/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 38241 (DIG-3106), BL_ADSV_2024_FISCAL DEC_12.1-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| DCM | | $204.33 | $1,147.64 | ($943.31) |
| DOUBLE VERIFY. | | $719.26 | $3,442.92 | ($2,723.66) |
| EXTREME REACH | | $1,311.95 | $2,602.00 | ($1,290.05) |
| INTERACTIVE PRODUCTION | 2 | $0.00 | $0.00 | $0.00 |
| TOTAL BILL | 2 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $2,235.54 | $7,192.56 | ($4,957.02) |
| **TOTAL AMOUNT** | | **$2,235.54** | **$7,192.56** | **($4,957.02)** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,    OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-12-357279 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 38240 (DIG-3102), BL_LR_2024_FISCAL DEC_12.1-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| INTERACTIVE PRODUCTION | 1 | $0.00 | $0.00 | $0.00 |
| LIVERAMP PIXEL | | $4,355.00 | $0.00 | $4,355.00 |
| TOTAL BILL | 1 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $4,355.00 | $0.00 | $4,355.00 |
| **TOTAL AMOUNT** | | **$4,355.00** | **$0.00** | **$4,355.00** |

| | |
|---|---|
| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | IN-12-357280 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Interactive |
| **Product:** | Big Lots |
| **Estimate:** | 38241 (DIG-3106), BL_ADSV_2024_FISCAL DEC_12.1-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| DCM | | $1,147.64 | $0.00 | $1,147.64 |
| DOUBLE VERIFY. | | $3,442.92 | $0.00 | $3,442.92 |
| EXTREME REACH | | $2,602.00 | $0.00 | $2,602.00 |
| INTERACTIVE PRODUCTION | 2 | $0.00 | $0.00 | $0.00 |
| TOTAL BILL | 2 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $7,192.56 | $0.00 | $7,192.56 |
| **TOTAL AMOUNT** | | **$7,192.56** | **$0.00** | **$7,192.56** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-1-360416 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 37569 (DIG-3052), Big Lots_SEM_2024_Fiscal October_10.1-10.31 |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $399,263.97 | $399,263.83 | $0.14 |
| SEARCH ADS 360 | | $1,963.56 | $1,963.56 | $0.00 |
| TOTAL BILL | 1 | $399,263.97 | $399,263.83 | $0.14 |
| NET AMOUNT | | $399,263.97 | $399,263.83 | $0.14 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $1,963.56 | $1,963.56 | $0.00 |
| **TOTAL AMOUNT** | | **$401,227.53** | **$401,227.39** | **$0.14** |

| | |
|---|---|
| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-1-360425 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38178 (DIG-3084), Big Lots_SEM_2024_Fiscal November_11.3-11.30 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $1,237,889.78 | $1,277,696.70 | ($39,806.92) |
| SEARCH ADS 360 | | $5,904.54 | $6,388.48 | ($483.94) |
| TOTAL BILL | 1 | $1,237,889.78 | $1,277,696.70 | ($39,806.92) |
| NET AMOUNT | | $1,237,889.78 | $1,277,696.70 | ($39,806.92) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $5,904.54 | $6,388.48 | ($483.94) |
| **TOTAL AMOUNT** | | **$1,243,794.32** | **$1,284,085.18** | **($40,290.86)** |

| | |
|---|---|
| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-1-360428 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38236 (DIG-3104), Big Lots_SEM_2024_Fiscal December_12.1-12.28 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $889,890.50 | $1,156,947.88 | ($267,057.38) |
| SEARCH ADS 360 | | $4,735.36 | $5,784.74 | ($1,049.38) |
| TOTAL BILL | 1 | $889,890.50 | $1,156,947.88 | ($267,057.38) |
| NET AMOUNT | | $889,890.50 | $1,156,947.88 | ($267,057.38) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $4,735.36 | $5,784.74 | ($1,049.38) |
| **TOTAL AMOUNT** | | **$894,625.86** | **$1,162,732.62** | **($268,106.76)** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-1-360429 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38237 (DIG-3111), Big Lots_SEM_2024_Fiscal January_12.29-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $0.00 | $44,068.25 | ($44,068.25) |
| SEARCH ADS 360 | | $0.00 | $220.34 | ($220.34) |
| TOTAL BILL | 1 | $0.00 | $44,068.25 | ($44,068.25) |
| NET AMOUNT | | $0.00 | $44,068.25 | ($44,068.25) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $220.34 | ($220.34) |
| **TOTAL AMOUNT** | | **$0.00** | **$44,288.59** | **($44,288.59)** |

| | |
|---|---|
| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |



# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-11-352895 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 37942 (DIG-3053), Big Lots_SEM_2024_Fiscal October_11.01-11.02 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $26,681.71 | $0.00 | $26,681.71 |
| SEARCH ADS 360 | | $133.41 | $0.00 | $133.41 |
| **TOTAL BILL** | 1 | $26,681.71 | $0.00 | $26,681.71 |
| NET AMOUNT | | $26,681.71 | $0.00 | $26,681.71 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $133.41 | $0.00 | $133.41 |
| **TOTAL AMOUNT** | | **$26,815.12** | **$0.00** | **$26,815.12** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-11-353307 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 37569 (DIG-3052), Big Lots_SEM_2024_Fiscal October_10.1-10.31 |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $399,263.83 | $385,448.47 | $13,815.36 |
| SEARCH ADS 360 | | $1,963.56 | $1,810.44 | $153.12 |
| TOTAL BILL | 1 | $399,263.83 | $385,448.47 | $13,815.36 |
| NET AMOUNT | | $399,263.83 | $385,448.47 | $13,815.36 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $1,963.56 | $1,810.44 | $153.12 |
| **TOTAL AMOUNT** | | **$401,227.39** | **$387,258.91** | **$13,968.48** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-11-354121 |
| **Invoice Date:** | 11/25/2024 |
| **Due Date:** | 12/25/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38178 (DIG-3084), Big Lots_SEM_2024_Fiscal November_11.3-11.30 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $1,277,696.70 | $0.00 | $1,277,696.70 |
| SEARCH ADS 360 | | $6,388.48 | $0.00 | $6,388.48 |
| TOTAL BILL | 1 | $1,277,696.70 | $0.00 | $1,277,696.70 |
| NET AMOUNT | | $1,277,696.70 | $0.00 | $1,277,696.70 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $6,388.48 | $0.00 | $6,388.48 |
| **TOTAL AMOUNT** | | **$1,284,085.18** | **$0.00** | **$1,284,085.18** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-12-357277 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38236 (DIG-3104), Big Lots_SEM_2024_Fiscal December_12.1-12.28 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $1,156,947.88 | $0.00 | $1,156,947.88 |
| SEARCH ADS 360 | | $5,784.74 | $0.00 | $5,784.74 |
| TOTAL BILL | 1 | $1,156,947.88 | $0.00 | $1,156,947.88 |
| NET AMOUNT | | $1,156,947.88 | $0.00 | $1,156,947.88 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $5,784.74 | $0.00 | $5,784.74 |
| **TOTAL AMOUNT** | | **$1,162,732.62** | **$0.00** | **$1,162,732.62** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SRC-12-357278 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Search |
| **Product:** | Big Lots |
| **Estimate:** | 38237 (DIG-3111), Big Lots_SEM_2024_Fiscal January_12.29-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| GOOGLE(SEARCH) | 1 | $44,068.25 | $0.00 | $44,068.25 |
| SEARCH ADS 360 | | $220.34 | $0.00 | $220.34 |
| TOTAL BILL | 1 | $44,068.25 | $0.00 | $44,068.25 |
| NET AMOUNT | | $44,068.25 | $0.00 | $44,068.25 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $220.34 | $0.00 | $220.34 |
| **TOTAL AMOUNT** | | **$44,288.59** | **$0.00** | **$44,288.59** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | RET-11-320571 |
| **Invoice Date:** | 11/25/2024 |
| **Due Date:** | 12/25/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Retainer Fee |
| **Product:** | Big Lots |
| **Estimate:** | 59193 (DIG-3077), Big Lots Retainer Fee (Nov1-30) |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| NEW YORK | | | | |
|   RETAINER FEE | | | | |
|     11/01/2024 | | $0.00 | $0.00 | $0.00 |
|     VENDOR TOTAL | 1 | $0.00 | $0.00 | $0.00 |
|   MARKET TOTAL | 1 | $0.00 | $0.00 | $0.00 |
|   TOTAL BILL | 1 | $0.00 | $0.00 | $0.00 |
|   NET AMOUNT | | $0.00 | $0.00 | $0.00 |
|   FEE | | $300,000.00 | $0.00 | $300,000.00 |
| **TOTAL AMOUNT** | | **$300,000.00** | **$0.00** | **$300,000.00** |

| | |
|---|---|
| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | RET-12-321720 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Retainer Fee |
| **Product:** | Big Lots |
| **Estimate:** | 59314 (DIG-3100), Big Lots Retainer Fee (Dec1-31) |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| NEW YORK | | | | |
| RETAINER FEE | | | | |
| 12/01/2024 | | $0.00 | $0.00 | $0.00 |
| VENDOR TOTAL | 1 | $0.00 | $0.00 | $0.00 |
| MARKET TOTAL | 1 | $0.00 | $0.00 | $0.00 |
| TOTAL BILL | 1 | $0.00 | $0.00 | $0.00 |
| NET AMOUNT | | $0.00 | $0.00 | $0.00 |
| FEE | | $300,000.00 | $0.00 | $300,000.00 |
| **TOTAL AMOUNT** | | **$300,000.00** | **$0.00** | **$300,000.00** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-1-360432 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38253 (DIG-3103), BL_SOCIAL_2024_FISCAL DEC_12.03-12.28 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $567,819.02 | $1,078,241.62 | ($510,422.60) |
| TOTAL BILL | 1 | $567,819.02 | $1,078,241.62 | ($510,422.60) |
| NET AMOUNT | | $567,819.02 | $1,078,241.62 | ($510,422.60) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$567,819.02** | **$1,078,241.62** | **($510,422.60)** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,  OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-1-360433 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38259 (DIG-3110), BL_SOCIAL_2024_FISCAL JAN_12.29-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $0.00 | $46,333.20 | ($46,333.20) |
| TOTAL BILL | 1 | $0.00 | $46,333.20 | ($46,333.20) |
| NET AMOUNT | | $0.00 | $46,333.20 | ($46,333.20) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$0.00** | **$46,333.20** | **($46,333.20)** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**HORIZON big**

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-1-360434 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38369 (DIG-3103), BL_SOCIAL_2024_FISCAL DEC_12.1-12.2 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $112,662.07 | $112,662.00 | $0.07 |
| TOTAL BILL | 1 | $112,662.07 | $112,662.00 | $0.07 |
| NET AMOUNT | | $112,662.07 | $112,662.00 | $0.07 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$112,662.07** | **$112,662.00** | **$0.07** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-11-353295 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 37593 (DIG-3055), Big Lots_Social_2024_Fiscal October_10.01-10.31 |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $331,712.18 | $0.00 | $331,712.18 |
| TOTAL BILL | 1 | $331,712.18 | $0.00 | $331,712.18 |
| NET AMOUNT | | $331,712.18 | $0.00 | $331,712.18 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$331,712.18** | **$0.00** | **$331,712.18** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-11-353338 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38102 (DIG-3056), BL_SOCIAL_2024_FISCAL OCT_11.01-11.02 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $20,514.45 | $0.00 | $20,514.45 |
| TOTAL BILL | 1 | $20,514.45 | $0.00 | $20,514.45 |
| NET AMOUNT | | $20,514.45 | $0.00 | $20,514.45 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$20,514.45** | **$0.00** | **$20,514.45** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |



# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-11-354120 |
| **Invoice Date:** | 11/25/2024 |
| **Due Date:** | 12/25/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 37991 (DIG-3083), BigLots_SocialMark_F24 Nov_11.01-11.30 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $925,356.00 | $0.00 | $925,356.00 |
| TOTAL BILL | 1 | $925,356.00 | $0.00 | $925,356.00 |
| NET AMOUNT | | $925,356.00 | $0.00 | $925,356.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$925,356.00** | **$0.00** | **$925,356.00** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-12-357282 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38259 (DIG-3110), BL_SOCIAL_2024_FISCAL JAN_12.29-12.31 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $46,333.20 | $0.00 | $46,333.20 |
| TOTAL BILL | 1 | $46,333.20 | $0.00 | $46,333.20 |
| NET AMOUNT | | $46,333.20 | $0.00 | $46,333.20 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$46,333.20** | **$0.00** | **$46,333.20** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |



# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-12-357460 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38253 (DIG-3103), BL_SOCIAL_2024_FISCAL DEC_12.03-12.28 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $1,078,241.62 | $0.00 | $1,078,241.62 |
| TOTAL BILL | 1 | $1,078,241.62 | $0.00 | $1,078,241.62 |
| NET AMOUNT | | $1,078,241.62 | $0.00 | $1,078,241.62 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$1,078,241.62** | **$0.00** | **$1,078,241.62** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-12-357461 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 38369 (DIG-3103), BL_SOCIAL_2024_FISCAL DEC_12.1-12.2 |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $112,662.00 | $0.00 | $112,662.00 |
| TOTAL BILL | 1 | $112,662.00 | $0.00 | $112,662.00 |
| NET AMOUNT | | $112,662.00 | $0.00 | $112,662.00 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$112,662.00** | **$0.00** | **$112,662.00** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-12-357660 |
| **Invoice Date:** | 12/13/2024 |
| **Due Date:** | 1/12/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 37540 (DIG-3065), Big Lots_Social_2024_Fiscal September_09.01-09.28 |
| **Billing Month:** | Sep-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $217,987.65 | $217,987.65 | $0.00 |
| PINTEREST | 1 | $20,229.25 | $20,299.25 | ($70.00) |
| TOTAL BILL | 2 | $238,216.90 | $238,286.90 | ($70.00) |
| NET AMOUNT | | $238,216.90 | $238,286.90 | ($70.00) |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$238,216.90** | **$238,286.90** | **($70.00)** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice



**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | SOM-12-358070 |
| **Invoice Date:** | 12/18/2024 |
| **Due Date:** | 1/17/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Social Media |
| **Product:** | Big Lots |
| **Estimate:** | 37991 (DIG-3083), BL_SOCIAL_2024_FISCAL NOV_11.03-11.30 |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| FACEBOOK | 1 | $1,056,048.17 | $925,356.00 | $130,692.17 |
| TOTAL BILL | 1 | $1,056,048.17 | $925,356.00 | $130,692.17 |
| NET AMOUNT | | $1,056,048.17 | $925,356.00 | $130,692.17 |
| FEE | | $0.00 | $0.00 | $0.00 |
| NON-MEDIA CHARGES | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$1,056,048.17** | **$925,356.00** | **$130,692.17** |

| PLEASE REMIT TO: | ELECTRONIC PAYMENT: |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | TE-1-323310 |
| **Invoice Date:** | 1/17/2025 |
| **Due Date:** | 2/16/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Travel and Entertainment |
| **Product:** | Big Lots |
| **Estimate:** | 59010 (DIG-3098), T&E Billing |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| TRAVEL AND ENTERTAINMENT | | | | |
| TRAVEL AND ENTERTAINMENT | | | | |
| 12/01/2024 010041764576 | | $763.19 | $0.00 | $763.19 |
| 12/01/2024 010041994764 | | $292.46 | $0.00 | $292.46 |
| 12/01/2024 010041994415 | | $641.95 | $0.00 | $641.95 |
| 12/01/2024 010041986001 | | $273.96 | $0.00 | $273.96 |
| 12/01/2024 010041982160 | | $414.96 | $0.00 | $414.96 |
| 12/01/2024 010041597329 | | $442.45 | $0.00 | $442.45 |
| VENDOR TOTAL | 6 | $2,828.97 | $0.00 | $2,828.97 |
| MARKET TOTAL | 6 | $2,828.97 | $0.00 | $2,828.97 |
| TOTAL BILL | 6 | $2,828.97 | $0.00 | $2,828.97 |
| NET AMOUNT | | $2,828.97 | $0.00 | $2,828.97 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$2,828.97** | **$0.00** | **$2,828.97** |

| **PLEASE REMIT TO:** | **ELECTRONIC PAYMENT:** |
|---|---|
| | Horizon Big, LLC. |
| Horizon Big, LLC. | JPMorgan Chase Bank, N.A. |
| Lock Box # 23804 | Account #: |
| P.O. Box 23804 | Routing #: |
| New York,   NY 10087-3804 | Swift Code/BIC #: CHASUS33 |

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | TE-1-323711 |
| **Invoice Date:** | 1/24/2025 |
| **Due Date:** | 2/23/2025 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Travel and Entertainment |
| **Product:** | Big Lots |
| **Estimate:** | 59010 (DIG-3115), T&E Billing |
| **Billing Month:** | Dec-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| TRAVEL AND ENTERTAINMENT | | | | |
| TRAVEL AND ENTERTAINMENT | | | | |
| 12/01/2024 010041597329 | | $442.45 | $442.45 | $0.00 |
| 12/01/2024 010041982160 | | $414.96 | $414.96 | $0.00 |
| 12/01/2024 010041986001 | | $273.96 | $273.96 | $0.00 |
| 12/01/2024 010041994415 | | $641.95 | $641.95 | $0.00 |
| 12/01/2024 010041994764 | | $292.46 | $292.46 | $0.00 |
| 12/01/2024 010041764576 | | $763.19 | $763.19 | $0.00 |
| 12/01/2024 010042015424 | | $140.82 | $0.00 | $140.82 |
| VENDOR TOTAL | 7 | $2,969.79 | $2,828.97 | $140.82 |
| MARKET TOTAL | 7 | $2,969.79 | $2,828.97 | $140.82 |
| TOTAL BILL | 7 | $2,969.79 | $2,828.97 | $140.82 |
| NET AMOUNT | | $2,969.79 | $2,828.97 | $140.82 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$2,969.79** | **$2,828.97** | **$140.82** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | | |
|---|---|---|
| **Invoice #:** | TE-11-320329 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Travel and Entertainment |
| **Product:** | Big Lots |
| **Estimate:** | 59010 (DIG-3098), T&E Billing |
| **Billing Month:** | Oct-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| TRAVEL AND ENTERTAINMENT | | | | |
| TRAVEL AND ENTERTAINMENT | | | | |
| 10/01/2024 010040414930 | | $501.25 | $0.00 | $501.25 |
| 10/17/2024 010040498026 | | $475.00 | $0.00 | $475.00 |
| VENDOR TOTAL | 2 | $976.25 | $0.00 | $976.25 |
| MARKET TOTAL | 2 | $976.25 | $0.00 | $976.25 |
| TOTAL BILL | 2 | $976.25 | $0.00 | $976.25 |
| NET AMOUNT | | $976.25 | $0.00 | $976.25 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$976.25** | **$0.00** | **$976.25** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33

# Media Invoice

**Big Lots Stores, LLC**
**Matt Schweitzer**
**4900 E. Dublin Granville Road**
**Columbus,   OH 43081**

| | |
|---|---|
| **Invoice #:** | TE-11-320330 |
| **Invoice Date:** | 11/15/2024 |
| **Due Date:** | 12/15/2024 |

| | |
|---|---|
| **Advertiser:** | Big Lots Stores, LLC |
| **Media Type:** | Travel and Entertainment |
| **Product:** | Big Lots |
| **Estimate:** | 59010 (DIG-3098), T&E Billing |
| **Billing Month:** | Nov-24 |
| **Comments:** | |

| DESCRIPTION | TOTAL UNITS | TOTAL BILLING | PREVIOUS BILLING | AMOUNT DUE |
|---|---|---|---|---|
| TRAVEL AND ENTERTAINMENT | | | | |
|   TRAVEL AND ENTERTAINMENT | | | | |
|     11/01/2024 010040655215 | | $803.32 | $0.00 | $803.32 |
|     11/01/2024 010040655240 | | $1,004.30 | $0.00 | $1,004.30 |
|     11/01/2024 010040623948 | | $1,061.60 | $0.00 | $1,061.60 |
|   VENDOR TOTAL | 3 | $2,869.22 | $0.00 | $2,869.22 |
| MARKET TOTAL | 3 | $2,869.22 | $0.00 | $2,869.22 |
| TOTAL BILL | 3 | $2,869.22 | $0.00 | $2,869.22 |
| NET AMOUNT | | $2,869.22 | $0.00 | $2,869.22 |
| FEE | | $0.00 | $0.00 | $0.00 |
| **TOTAL AMOUNT** | | **$2,869.22** | **$0.00** | **$2,869.22** |

**PLEASE REMIT TO:**

Horizon Big, LLC.
Lock Box # 23804
P.O. Box 23804
New York,   NY 10087-3804

**ELECTRONIC PAYMENT:**

Horizon Big, LLC.
JPMorgan Chase Bank, N.A.
Account #:
Routing #:
Swift Code/BIC #: CHASUS33