# EXHIBIT F

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.² | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. No. ___** |

**ORDER ALLOWING AND DIRECTING PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM OF HORIZON MEDIA LLC**

Upon the motion (the "Motion") of Horizon Media LLC a/k/a Horizon Big, LLC ("Horizon") for entry of an order (this "Order") pursuant to section 503(b)(1)(A) of the Bankruptcy Code for allowance and payment of an administrative expense claim; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and having reviewed the Motion, any objections or responses to the Motion, and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for relief granted herein;

---

² The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

{1484.002-W0079780.}

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Horizon is hereby allowed an administrative expense claim under and pursuant to 11 U.S.C. § 503 in the amount of $8,384,302.47 (the "Allowed Claim").

3. The Debtors are hereby directed to pay the Allowed Claim within seven days of the entry of this Order.

4. Nothing in this Order shall prejudice the rights of Horizon to seek additional relief or assert further claims related to the matters set forth in the Motion or otherwise.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____, 2025
Wilmington, DE

_____
THE HONORABLE J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE