**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1721** |

**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED FOURTH MONTHLY FEE APPLICATION (FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024) AND FIRST INTERIM APPLICATION OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 9, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Combined Fourth Monthly Fee Application (for the Period December 1, 2024 through December 31, 2024) and First Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Period September 9, 2024 through and Including December 31, 2024* [D.I. 1721] (the "**Application**"), filed on January 15, 2025.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the notice filed with the Application, objections to the approval of the Application were to be filed and served no later than February 5, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $3,026,382.50 | $15,175.95 | $2,421,106.00 | $2,436,281.95 |

*[Remainder of page left intentionally blank]*

Dated: February 6, 2025
Wilmington, Delaware

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            /s/ *Sophie Rogers Churchill*
            Robert J. Dehney, Sr. (No. 3578)
            Andrew R. Remming (No. 5120)
            Tamara K. Mann (No. 5643)
            Sophie Rogers Churchill (No. 6905)
            Casey B. Sawyer (No. 7260)
            1201 N. Market Street, 16th Floor
            Wilmington, DE 19801
            Tel: (302) 658-9200
            rdehney@morrisnichols.com
            aremming@morrisnichols.com
            tmann@morrisnichols.com
            srchurchill@morrisnichols.com
            csawyer@morrisnichols.com

            -*and*-

            DAVIS POLK & WARDWELL LLP

            Brian M. Resnick (admitted *pro hac vice*)
            Adam L. Shpeen (admitted *pro hac vice*)
            Stephen D. Piraino (admitted *pro hac vice*)
            Jonah A. Peppiatt (admitted *pro hac vice*)
            Ethan Stern (admitted *pro hac vice*)
            450 Lexington Avenue
            New York, NY 10017
            Tel.: (212) 450-4000
            brian.resnick@davispolk.com
            adam.shpeen@davispolk.com
            stephen.piraino@davispolk.com
            jonah.peppiatt@davispolk.com
            ethan.stern@davispolk.com

            *Counsel to the Debtors and Debtors in Possession*