## **EXHIBIT A**

| Lease Asset(s) | Lease Counterparty | Successful Bidder | Type of Agreement | Price | Cure |
|---|---|---|---|---|---|
| #5216, 5702 Nolensville Rd., Nashville, TN | 5620 Nolensville Pike, LLC | Burlington Coat Factory Warehouse Corporation | Assumption & Assignment | $300,000 | $54,720.10 |