IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BIG LOTS, INC.**, *et al.*,<br>　　　　　　　　　　Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 24-11967 (JKS)**<br>)<br>) **(Jointly Administered)**<br>)<br>) |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY  11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Dated: February 6, 2025　　　　　　　　**Respectfully Submitted,**
　　　　Huntington, New York

　　　　　　　　　　　　　　　　　　By:　　　/s/ Mark F. Magnozzi
　　　　　　　　　　　　　　　　　　　　Mark F. Magnozzi, Esq.
　　　　　　　　　　　　　　　　　**THE MAGNOZZI LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　23 Green Street, Suite 302
　　　　　　　　　　　　　　　　　Huntington, NY 11743
　　　　　　　　　　　　　　　　　Telephone: (631) 923-2858
　　　　　　　　　　　　　　　　　E-mail: mmagnozzi@magnozzilaw.com
　　　　　　　　　　　　　　　　　**Attorneys for Oracle America, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | **Case No. 24-11967 (JKS)** |
| **BIG LOTS, INC.**, *et al.*, | ) |  |
|  | ) | **(Jointly Administered)** |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Mark F. Magnozzi, Esquire, hereby certify that on February 6, 2025, that the **Request For Special Notice** was served by CM/ECF, upon the parties entitled to receive notice by the Court's CM-ECF system and were sent an email notification of such filing by the Court's CM-ECF System.

/s/ Mark F. Magnozzi
Mark F. Magnozzi, Esq.