## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On February 5, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 02/05/2025 | 1941 | Motion for Payment of Administrative Expenses/Claims - Horizon Media LLC's Motion for Allowance and Payment of Administrative Expense Claim Filed by Horizon Media LLC. Hearing scheduled for 2/26/2025 at 10:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 2/19/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Brooks, Joshua) (Entered: 02/05/2025) |

Dated: February 6, 2025

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA FIRST CLASS MAIL**
ALEXANDER & VANN, LLP
Attn: John Turner Holt
411 Gordon Avenue
Thomasville, GA 31792

**VIA FIRST CLASS MAIL**
Becket & Lee LLP
Attn: Larry Butler
PO Box 3002
Malvern, PA 19355-0702

**VIA FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**
State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL 36130-0152

**VIA FIRST CLASS MAIL**
State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR 72201-2610

**VIA FIRST CLASS MAIL**
State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10Th Floor
Denver, CO 80203

**VIA FIRST CLASS MAIL**
State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, Pl 01
Tallahassee, FL 32399-1050

**VIA FIRST CLASS MAIL**
State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, Sw
Atlanta, GA 30334-1300

**VIA FIRST CLASS MAIL**
State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

**VIA FIRST CLASS MAIL**
State of Kansas Attorney General
Attn: Bankruptcy Department
120 Sw 10Th Ave., 2Nd Floor
Topeka, KS 66612-1597

**VIA FIRST CLASS MAIL**
State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

**VIA FIRST CLASS MAIL**
State of Louisiana Attorney General
Attn: Bankruptcy Department
P.O. Box 94095
Baton Rouge, LA 70804-4095

**VIA FIRST CLASS MAIL**
State of Maine Attorney General
Attn: Bankruptcy Department
6 State House Station
Augusta, ME 04333-0000

**VIA FIRST CLASS MAIL**
State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698

**VIA FIRST CLASS MAIL**
State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201

**VIA FIRST CLASS MAIL**
State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341

**VIA FIRST CLASS MAIL**
State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001

**VIA FIRST CLASS MAIL**
State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**
State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903-0000

**VIA FIRST CLASS MAIL**
State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549

**VIA FIRST CLASS MAIL**
State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001

**VIA FIRST CLASS MAIL**
State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA 23218-0610

**VIA FIRST CLASS MAIL**
State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA 98504-0100

**VIA FIRST CLASS MAIL**
State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY 82002

**VIA FIRST CLASS MAIL**
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**VIA FIRST CLASS MAIL**
U.S. Attorney for Delaware
Attn: David C. Weiss
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
United States of America Attorney General
Attn: Bankruptcy Department
Us Dept Of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0001

**VIA FIRST CLASS MAIL**
United Texas Bank
Attn: Loan Operations
13101 Preston Road
Suite 200
Dallas, TX 75240

**VIA ELECTRONIC MAIL**
Perkins Coie LLP
Attn: Amir Gamliel
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
AGamliel@perkinscoie.com

**VIA ELECTRONIC MAIL**
State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701
AGINFO@AG.NV.GOV

**VIA ELECTRONIC MAIL**
State of Arizona Attorney General
Attn: Bankruptcy Department
2005 N Central Ave
Phoenix, AZ 85004-2926
AGINFO@AZAG.GOV

**VIA ELECTRONIC MAIL**
State of Nebraska Attorney General
Attn: Bankruptcy Department
2115 State Capitol
2Nd Fl, Rm 2115
Lincoln, NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

**VIA ELECTRONIC MAIL**
Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street
Suite 6000
Dallas, TX 75202
ahornisher@clarkhill.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Alysia Cordova
PO Box 9132
Amarillo, TX 79105
amabkr@pbfcm.com
acordova@pbfcm.com

**VIA ELECTRONIC MAIL**
Doshi Legal Group, P.C.
Attn: Amish R. Doshi, Esq.
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

**VIA ELECTRONIC MAIL**
State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508
aserrato@nmdoj.gov
aswenson@nmdoj.gov

**VIA ELECTRONIC MAIL**
State of New Jersey Attorney General
Attn: Bankruptcy Department
Rj Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US
Jeff.Koziar@law.njoag.gov

**VIA ELECTRONIC MAIL**
State of Missouri Attorney General
Attn: Bankruptcy Department
Supreme Court Building
207 W. High St.
Jefferson City, MO 65102
ATTORNEY.GENERAL@AGO.MO.GOV

**VIA ELECTRONIC MAIL**
State of Alaska Attorney General
Attn: Bankruptcy Department
P.O. Box 110300
Juneau, AK 99811-0300
ATTORNEY.GENERAL@ALASKA.GOV

**VIA ELECTRONIC MAIL**
State of Connecticut Attorney General
Attn: Bankruptcy Department
165 Capitol Avenue
Hartford, CT 06106
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV
brendan.flynn@ct.gov

**VIA ELECTRONIC MAIL**
State of Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**VIA ELECTRONIC MAIL**
State of New Hampshire Attorney General
Attn: Bankruptcy Department
33 Capitol St.
Concord, NH 03301-0000
ATTORNEYGENERAL@DOJ.NH.GOV

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Frost brown Todd LLP
Attn: A.J. Webb, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
awebb@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**
State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131
Bankruptcy.Notices@ag.state.mn.us

**VIA ELECTRONIC MAIL**
State of Utah Attorney General
Attn: Bankruptcy Department
Po Box 142320
Salt Lake City, UT 84114-2320
bankruptcy@agutah.gov

**VIA ELECTRONIC MAIL**
State of California Attorney General
Attn: Bankruptcy Department
P.O. Box 944255
Sacramento, CA 94244-2550
BANKRUPTCY@COAG.GOV

**VIA ELECTRONIC MAIL**
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
California Department of Justice
Attn: Barbara C. Spiegel
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Barbara.Spiegel@doj.ca.gov

**VIA ELECTRONIC MAIL**
The Cohn Law Firm LLC
Attn: David M. Cohn, D Brian Cohn, Bartley P.
Bourgeois, Allyson S. Jarreau
10754 Linkwood Court
Suite 1
Baton Rouge, LA 70810
bartley@thecohnlawfirm.com
dmcohn@thecohnlawfirm.com
contact@thecohnlawfirm.com

**VIA ELECTRONIC MAIL**
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue
Suite 400
Riverdale, MD 20737-1385
bdept@mrrlaw.net

**VIA ELECTRONIC MAIL**
Varnum LLP
Attn: Brendan G. Best
480 Pierce Street, Suite 300
Birmingham, MI 48009
bgbest@varnumlaw.com

**VIA ELECTRONIC MAIL**
Morris James LLP
Attn: Brya M. Keilson, Siena B. Cerra
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
bkeilson@morrisjames.com
scerra@morrisjames.com

**VIA ELECTRONIC MAIL**
Ervin Cohen & Jessup LLP
Attn: Byron Z. Moldo
9401 Wilshire Boulevard
12th Floor
Beverly Hills, CA 90212
bmoldo@ecjlaw.com

**VIA ELECTRONIC MAIL**
Hillis Clark Martin & Peterson, P.S.
Attn: Brian C. Free
999 Third Avenue
Suite 4600
Seattle, WA 98104
brian.free@hcmp.com

**VIA ELECTRONIC MAIL**
Offit Kurman PA
Attn: Brian J McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

**VIA ELECTRONIC MAIL**
Davis Polk & Wardwell LLP
Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D.
Piraino, Ethan Stern
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

**VIA ELECTRONIC MAIL**
Rogers Law Offices
Attn: Beth E. Rogers Scott Kuperberg
River Ridge 9040 Roswell Rd
Suite 205
Atlanta, GA 30350
brogers@berlawoffice.com
skuperberg@berlawoffice.com

**VIA ELECTRONIC MAIL**
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
BRost@tspclaw.com

**VIA ELECTRONIC MAIL**
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
brost@tspclaw.com

**VIA ELECTRONIC MAIL**
Werb & Sullivan
Attn: Brian A. Sullivan
1225  N King Street
Suite 600
Wilmington, DE 19801
bsullivan@werbsullivan.com

**VIA ELECTRONIC MAIL**
Porzio, Bromberg & Newman, P.C.
Attn: Cheryl A. Santaniello
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
casantaniello@pbnlaw.com

**VIA ELECTRONIC MAIL**
Carlyon Cica CHTD.
Attn: Candace Carlyon, Dawn M. Cica
265 E. Warm Springs Road
Suite 107
Las Vegas, NV 89119
ccarlyon@carlyoncica.com
dcica@carlyoncica.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP, Kirkland & Ellis International LLP
Attn: Christopher Marcus, Nicholas Adzima
601 Lexington Avenue
New York, NY 10022
christopher.marcus@kirkland.com
nicholas.adzima@kirkland.com

**VIA ELECTRONIC MAIL**
Morris James LLP
Attn: Carl N. Kunz III and Christopher M. Donnelly
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**
Morris James LLP
Attn: Carl N. Kunz, Christopher M. Donnelly
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**
Simon PLC Attorneys & Counselors
Attn: Craig T. Mierzwa
363 W. Big Beaver Road
Suite 410
Troy, MI 48084
cmierzwa@simonattys.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP
Attn: Conor K. Casas
333 West Wolf  Point Plaza
Chicago, IL 60654
connor.casas@kirkland.com

**VIA ELECTRONIC MAIL**
State of Oregon Attorney General
Attn: Bankruptcy Department
1162 Court Street Ne
Salem, OR 97301
CONSUMER.HOTLINE@DOJ.STATE.OR.US
justin.leonard@doj.oregon.gov

**VIA ELECTRONIC MAIL**
State of West Virginia Attorney General
Attn: Bankruptcy Department
State Capitol Bldg 1 Room E 26
Charleston, WV 25305
CONSUMER@WVAGO.GOV

**VIA ELECTRONIC MAIL**
State of South Dakota Attorney General
Attn: Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501
CONSUMERHELP@STATE.SD.US

**VIA ELECTRONIC MAIL**
State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 Ne 21St Street
Oklahoma City, OK 73105
consumerprotection@oag.ok.gov

**VIA ELECTRONIC MAIL**
State of Montana Attorney General
Attn: Bankruptcy Department
215 N Sanders, Third Floor
Po Box 201401
Helena, MT 59620-1401
CONTACTDOJ@MT.GOV

**VIA ELECTRONIC MAIL**
DLA Piper LLP (US)
Attn: R. Craig Martin
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
craig.martin@us.dlapiper.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 N. Market Street
Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street
Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

**VIA ELECTRONIC MAIL**
Otterbourg, P.C
Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger
230 Park Ave Ste 29
New York, NY 10169
csimon@otterbourg.com
jdrew@otterbourg.com
shautzinger@otterbourg.com

**VIA ELECTRONIC MAIL**
Polsinelli PC
Attn: Christopher A. Ward, Michael V. DiPietro
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
cward@polsinelli.com
mdipietro@polsinelli.com

**VIA ELECTRONIC MAIL**
DLA Piper LLP (US)
Attn: Dale K. Cathell, Virginia R. Callahan
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202-4576
dale.cathell@us.dlapiper.com
virginia.callahan@us.dlapiper.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Phelps Dunbar LLP
Attn: Danielle Mashburn-Myrick
101 Dauphin Street
Suite 1000
Mobile, AL 36602
danielle.mashburn-myrick@phelps.com

**VIA ELECTRONIC MAIL**
K&L Gates LLP
Attn: David S. Catuogno, Esq.
One Newark Center Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102
david.catuogno@klgates.com

**VIA ELECTRONIC MAIL**
BARNES & THORNBURG LLP
Attn: David A. Hall
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503-2694
david.hall@btlaw.com

**VIA ELECTRONIC MAIL**
McDermott Will & Emery
Attn: Darren Azman, Kristin K. Going
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

**VIA ELECTRONIC MAIL**
Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**VIA ELECTRONIC MAIL**
Whiteford, Taylor & Preston LLP
Attn: David W. Gaffey
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4510
dgaffey@whitefordlaw.com

**VIA ELECTRONIC MAIL**
Bielli & Klauder, LLC
Attn: David M. Klauder
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**VIA ELECTRONIC MAIL**
Bielli & Klauder, LLC
Attn: David M. Klauder
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**VIA ELECTRONIC MAIL**
Morrison Cohen LLP
Attn: David J. Kozlowski, Esq.
909 Third Avenue
27th Floor
New York, NY 10022-4784
dkozlowski@morrisoncohen.com

**VIA ELECTRONIC MAIL**
Hill, Farrer & Burrill, LLP
Attn: Daniel J. McCarthy
300 South Grand Avenue
One California Plaza, 37th Floor
Los Angeles, CA 90071-3147
dmccarthy@hillfarrer.com

**VIA ELECTRONIC MAIL**
Narron Wenzel, PA
Attn: David F. Mills
102 S Third St
PO Box 1567
Smithfield, NC 27577
dmills@narronwenzel.com

**VIA ELECTRONIC MAIL**
Elliott Greenleaf, P.C.
Attn: Deirdre M. Richards
1105 N. Market Street
17th Floor
Wilmington, DE 19801
dmr@elliottgreenleaf.com

**VIA ELECTRONIC MAIL**
State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department Of Justice
17 West Main Street, Post Office Box 7857
Madison, WI 53707
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.
WI.US

**VIA ELECTRONIC MAIL**
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**
Manning Gross + Massenburg LLP
Attn: David P. Primack
1007 N. Orange Street
Suite 711
Wilmington, DE 19801
DPrimack@mgmlaw.com

**VIA ELECTRONIC MAIL**
Hahn & Hahn LLP
Attn: Dean G. Rallis Jr.
301 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101-1977
drallis@hahnlawyers.com

**VIA ELECTRONIC MAIL**
Ritter Spencer Cheng PLLC
Attn: David D. Ritter
15305 Dallas Parkway
12th Floor
Addison, TX 75001
dritter@ritterspencercheng.com

**VIA ELECTRONIC MAIL**
Pashman Stein Walder Hayden, P.C
Attn: David E. Sklar
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
dsklar@pashmanstein.com

**VIA ELECTRONIC MAIL**
Duane Morris LLP
Attn: Drew S. McGehrin, Lawerence J. Kotler
1201 N. Market Street, Suite 501
Wilmington, DE 19801
dsmcgehrin@duanemorris.com
ljkotler@duanemorris.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX 76010
ebcalvo@pbfcm.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Hiram Gutierrez
PO Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

**VIA ELECTRONIC MAIL**
Obermayer Rebmann Maxwell & Hippel LLP
Attn: Edmond M. George
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
edmond.george@obermayer.com

**VIA ELECTRONIC MAIL**
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

**VIA ELECTRONIC MAIL**

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Attn: Eve H. Karasik, Jeffrey S. Kwong
2818 La Cienega Avenue
Los Angeles, CA 90034
EHK@lnbyg.com
JSK@lnbyg.com

**VIA ELECTRONIC MAIL**

Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com

**VIA ELECTRONIC MAIL**

Bond, Schoeneck & King, PLLC
Attn: Edward J. LoBello
225 Old Country Road
Melville, NY 11747
elobello@bsk.com

**VIA ELECTRONIC MAIL**

Stearns Weaver Miller Weissler Alhadeff & Sitterson,
P.A
Attn: Eric J. Silver
150 West Flagler Street
Suite 2200
Miami, FL 33120
esilver@stearnsweaver.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street
Suite 3000
Jacksonville, FL 32202
esummers@burr.com
drobbins@burr.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLP
Attn: Evan T. Miller
1201 N. Market St, Suite 2300
PO Box 1266
Wilmington, DE 19899
evan.miller@saul.com

**VIA ELECTRONIC MAIL**

Hillsborough County Tax Collector
Attn: Brian T. FitzGerald
Post Office Box 1110
Tampa, FL 33601-1110
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

**VIA ELECTRONIC MAIL**

Buchanan Ingersoll & Rooney PC
Attn: Geoffrey G. Grivner
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801
geoffrey.grivner@bipc.com

**VIA ELECTRONIC MAIL**

Hunton Andrews Kurth LLP
Attn: Gregory G. Hesse
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
ghesse@huntonak.com

**VIA ELECTRONIC MAIL**

Law Offices of Gilbert A. Lazsarus, PLLC
Attn: Gilbert A. Lazarus
92-12 68th Avenue
Forest Hills, NY 11375
gillazarus@gmail.com

**VIA ELECTRONIC MAIL**
Ashby & Geddes, P.A.
Attn: Gregory A. Taylor
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
GTaylor@ashbygeddes.com

**VIA ELECTRONIC MAIL**
Warner Norcross + Judd LLP
Attn: Gordon J. Toering
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI 49503
gtoering@wnj.com

**VIA ELECTRONIC MAIL**
State of Hawaii Attorney General
Attn: Bankruptcy Department
425 Queen St.
Honolulu, HI 96813
HAWAIIAG@HAWAII.GOV

**VIA ELECTRONIC MAIL**
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A.
Vesper
919 N. Market Street
11th Floor
Wilmington, DE 19801-3034
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A.
Vesper, Nicholas J. Brannick
919 N. Market Street
11th Floor
Wilmington, DE 19801-3034
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**
Steeg Law Firm, LLC
Attn: Henry Opotowsky
201 St. Charles Avenue
Suite 3201
New Orleans, LA 70170
hopotowsky@steeglaw.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5Th Floor
Indianapolis, IN 46204
INFO@ATG.IN.GOV

**VIA ELECTRONIC MAIL**
Cole Schotz, P.C.
Attn: Justin R. Alberto, Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

**VIA ELECTRONIC MAIL**
Texas Attorney General's Office
Attn: Jamie Kirk
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX 75251
jamie.kirk@oag.texas.gov

**VIA ELECTRONIC MAIL**
Bryan Cave Leighton Paisner LLP
Attn: Jarret P. Hitchings
301 S. College Street
Suite 2150
Charlotte, NC 28202
jarret.hitchings@bclplaw.com

**VIA ELECTRONIC MAIL**
Travis County
Attn: Jason A. Starks
P.O. Box 1748
Austin, TX 78767
Jason.Starks@traviscountytx.gov

**VIA ELECTRONIC MAIL**
Young Conaway Stargatt & Taylor, LLP
Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, DE 19801
jbarry@ycst.com
kenos@ycst.com
jkochenash@ycst.com

**VIA ELECTRONIC MAIL**
Pashman Stein Walder Hayden, P.C
Attn: Joseph C. Barsalona II
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com

**VIA ELECTRONIC MAIL**
Kelley Drye & Warren LLP
Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jcarr@kelleydrye.com
kelliott@kelleydrye.com
kcavins@kelleydrye.com

**VIA ELECTRONIC MAIL**
Weycer, Kaplan, Pulaski & Zuber, P.C.
Attn: Jeff Carruth
24 Greenway Plaza, Suite 2050
Houston, TX 77046
jcarruth@wkpz.com

**VIA ELECTRONIC MAIL**
Hinckley, Allen & Snyder LLP
Attn: Jennifer V. Doran
28 State Street
Boston, MA 02109
jdoran@hinckleyallen.com

**VIA ELECTRONIC MAIL**
Robinson & Cole LLP
Attn: Jamie L. Edmonson
1201 N. Market Street
Suite 1406
Wilmington, DE 19801
jedmonson@rc.com

**VIA ELECTRONIC MAIL**
Robinson & Cole LLP
Attn: Jamie L. Edmonson
1201 N. Market Street
Suite 1406
Wilmington, DE 19801
jedmonson@rc.com

**VIA ELECTRONIC MAIL**
Roth & Scholl
Attn: Jeffrey C. Roth
866 South Dixie Highway
Coral Gables, FL 33146
jeff@rothandscholl.com

**VIA ELECTRONIC MAIL**
Johnson, Pope, Bokor, Ruppel & Burns, LLP
Attn: James B. Eising II
400 N. Ashley Dr., Suite 3100
Tampa, FL 33602
jeising@jpfirm.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

**VIA ELECTRONIC MAIL**
FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C. Kleinnman
1327 W. Washington Blvd
Suite 5 G-H
Chicago, IL 60607
jfrank@fgllp.com
jkleinman@fgllp.com

**VIA ELECTRONIC MAIL**
Golden Goodrich LLP
Attn: Jeffrey I. Golden
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
jgolden@go2.law

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

**VIA ELECTRONIC MAIL**
Margolis Edelstein
Attn: James E. Huggett
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
jhuggett@margolisedelstein.com

**VIA ELECTRONIC MAIL**
Rubine & Levin, PC
Attn: James E. Rossow Jr.
135 N. Pennsylvania St
Suite 1400
Indianapolis, IN 46204
jim@rubin-levin.net

**VIA ELECTRONIC MAIL**
Stark & Stark, P.C.
Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin
PO Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com
tonder@stark-stark.com
jlemkin@stark-stark.com

**VIA ELECTRONIC MAIL**
Jonnet National Properties Corporation
Attn: J. Michael McCague
408 Cedar Avenue
Pittsburgh, PA 15212
jmm@gmwpclaw.com

**VIA ELECTRONIC MAIL**
Bose Mckinney & Evans LLP
Attn: James P. Moloy
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
jmoloy@boselaw.com

**VIA ELECTRONIC MAIL**
Turner Law APC
Attn: John M. Turner, Esq.
600 B Street
Suite 1700
San Diego, CA 92101
jmt@tmsdlaw.com

**VIA ELECTRONIC MAIL**
The Williams Law Firm, P.A.
Attn: John Legaré Williams, Brian Charles Crawford
1201 N. Orange Street
Suite 600
Wilmington, DE 19801
John@TrustWilliams.com
Brian@TrustWilliams.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Jorge Garcia
701 Brickell Avenue
Suite 1700
Miami, FL 33131
jorge.garcia@saul.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way
Suite 100
Round Rock, TX 78665
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
PO Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
The Powell Firm, LLC
Attn: Jason C. Powell, Thomas J. Reichert
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com

**VIA ELECTRONIC MAIL**
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington, DC 20036
jrhodes@tlclawfirm.com

**VIA ELECTRONIC MAIL**
Madison County, Alabama
Attn: J. Jeffery Rich
100 Northside Square, Suite 700
Huntsville, AL 35801
jrich@madisoncountyal.gov

**VIA ELECTRONIC MAIL**
McCarter & English, LLP
Attn: Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
jtesta@mccarter.com

**VIA ELECTRONIC MAIL**
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

**VIA ELECTRONIC MAIL**
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP, Kirkland & Ellis International LLP
Attn: Judson Brown, McClain Thompson
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
judson.brown@kirkland.com
mcclain.thompson@kirkland.com

**VIA ELECTRONIC MAIL**
Choate, Hall & Stewart LLP
Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
jslang@choate.com

**VIA ELECTRONIC MAIL**
Pashman Stein Walder Hayden, P.C
Attn: John W. Weiss, Alexis R. Gambale
824 North Market Street
Suite 800
Wilmington, DE 19801
jweiss@pashmanstein.com
agambale@pashmanstein.com

**VIA ELECTRONIC MAIL**
Connolly Gallagher LLP
Attn: Karen C. Bifferato
1201 N Market St
20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com

**VIA ELECTRONIC MAIL**
McCarter & English, LLP
Attn: Kate Roggio Buck, Esq., Maliheh Zare, Esq.
405 North King Street, 8th Floor
Wilmington, DE 19801
kbuck@mccarter.com
mzare@mccarter.com

**VIA ELECTRONIC MAIL**
McNees Wallace & Nurick LLC
Attn: Kendall A. Camuti
8490 Progress Drive
Suite 225
Frederick, MD 21701
KCamuti@mcneeslaw.com

**VIA ELECTRONIC MAIL**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Steven L. Walsh
1313 North Market Street
Suite 1201
Wilmington, DE 19801-6101
kcapuzzi@beneschlaw.com
swalsh@beneschlaw.com

**VIA ELECTRONIC MAIL**
Porzio, Bromberg & Newman, P.C.
Attn: Kelly D. Curtin, Jenny Zhou
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
kdcurtin@pbnlaw.com
jzhou@pbnlaw.com

**VIA ELECTRONIC MAIL**
Gibbons P.C.
Attn: Katharina Earle
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
kearle@gibbonslaw.com

**VIA ELECTRONIC MAIL**
BARNES & THORNBURG LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com

**VIA ELECTRONIC MAIL**
Womble Bond Dickinson (US) LLP
Attn: Kevin J. Mangan
1313 North Market Street
Suite 1200
Wilmington, DE 19801
kevin.mangan@wbd-us.com

**VIA ELECTRONIC MAIL**
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street
Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Kevin S. Mann
1105 N. Market Street
Suite 901
Wilmington, DE 19801
kmann@crosslaw.com

**VIA ELECTRONIC MAIL**
Gibbons P.C.
Attn: Kyle P. McEvilly
One Gateway Center
Newark, NJ 07102
kmcevilly@gibbonslaw.com

**VIA ELECTRONIC MAIL**
Clark Hill PLC
Attn: Kevin H. Morse
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
kmorse@clarkhill.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Kevin M. Newman
125 East Jefferson Street
Syracuse, NY 13202
knewman@barclaydamon.com

**VIA ELECTRONIC MAIL**
Richards, Layton & Finger, P.A.
Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky
One Rodney Square
920 N. King Street
Wilmington, DE 19801
knight@rlf.com
collins@rlf.com
javorsky@rlf.com

<div style="display:flex">
<div>

**VIA ELECTRONIC MAIL**

Jackson Walker LLP
Attn: Kristhy M. Peguero, Jennifer F. Wertz, William
Farmer
1401 McKinney Street
Suite 1900
Houston, TX 77010
kpeguero@jw.com
jwertz@jw.com
wfarmer@jw.com

**VIA ELECTRONIC MAIL**

Michelle Leeson, Paralegal, Collections Specialist,
CFCA
Attn: Michelle Leeson
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
legal@taxcollector.com

**VIA ELECTRONIC MAIL**

Office of the United States Trustee for the District of
Delaware
Attn: Linda Casey
844 King Street
Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

**VIA ELECTRONIC MAIL**

Loizides P.A.
Attn: Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLP
Attn: Lucian B. Murley
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
luke.murley@saul.com

</div>
<div>

**VIA ELECTRONIC MAIL**

Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com

**VIA ELECTRONIC MAIL**

Obermayer Rebmann Maxwell & Hippel LLP
Attn: Leslie B. Spoltore
123 S. Justison Street
Suite 100
Wilmington, DE 19801-5364
leslie.spoltore@obermayer.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
lreece@pbfcm.com

**VIA ELECTRONIC MAIL**

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14Th Floor
Columbus, OH 43215
Mahisha.Sanson@OhioAGO.gov

</div>
</div>

**VIA ELECTRONIC MAIL**
Womble Bond Dickinson (US) LLP
Attn: Matthew P. Ward, Lisa Bittle Tancredi
1313 North Market Street
Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
lisa.tancredi@wbd-us.com

**VIA ELECTRONIC MAIL**
Austria Legal, LLC
Attn: Matthew P. Austria
1007 N. Orange Street
4th Floor
Wilmington, DE 19801
maustria@austriallc.com

**VIA ELECTRONIC MAIL**
Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street
Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

**VIA ELECTRONIC MAIL**
Duane Morris LLP
Attn: Marcus O. Colabianchi
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
mcolabianchi@duanemorris.com

**VIA ELECTRONIC MAIL**
Gibbons P.C.
Attn: Mark Conlan
One Gateway Center
Newark, NJ 07102
mconlan@gibbonslaw.com

**VIA ELECTRONIC MAIL**
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq.
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
nfulfree@lowenstein.com

**VIA ELECTRONIC MAIL**
Elkins Kalt Weintraub Reuben Gartside LLP
Attn: Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA 90064
mgottfried@elkinskalt.com

**VIA ELECTRONIC MAIL**
State of Michigan Attorney General
Attn: Bankruptcy Department
G. Mennen Williams Building, 7Th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212
MIAG@MICHIGAN.GOV
AG-COD@michigan.gov

**VIA ELECTRONIC MAIL**
Fox Rothschild LLP
Attn: Michael G. Menkowitz
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
mmenkowitz@foxrothschild.com

**VIA ELECTRONIC MAIL**
Williams Mullen
Attn: Michael D. Mueller, Jennifer M. McLemore
200 South 10th, Street, Suite 1600
Richmond, VA 23219-3095
mmueller@williamsmullen.com
jmclemore@williamsmullen.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Monique B. DiSabatino
1201 North Market Street Suite 2300
PO Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com

**VIA ELECTRONIC MAIL**
Thompson, O'Brien, Kappler & Nasuti, P.C.
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
mpugh@tokn.com

**VIA ELECTRONIC MAIL**
Richman & Richman LLC
Attn: Michael P. Richman, Esq.
122 W. Washington Avenue
Suite 850
Madison, WI 53703
mrichman@randr.law

**VIA ELECTRONIC MAIL**
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com

**VIA ELECTRONIC MAIL**
Royer Cooper Cohen Braunfeld LLC
Attn: Marc Skapof
1120 Avenue of the Americas
4th Floor
New York, NY 10036
MSkapof@rccblaw.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

**VIA ELECTRONIC MAIL**
California Department of Justice
Attn: Natalie E. Collins
600 West Broadway
Suite 1800
San Diego, CA 92186-5266
Natalie.Collins@doj.ca.gov

**VIA ELECTRONIC MAIL**
State of North Dakota Attorney General
Attn: Bankruptcy Department
State Capitol
600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
NDAG@ND.GOV

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511
nferland@barclaydamon.com

**VIA ELECTRONIC MAIL**
La Fleur Law Firm
Attn: Nina M. LaFleur
Post Office Box 840158
St. Augustine, FL 32080
nina@lafleurlaw.com

**VIA ELECTRONIC MAIL**
Washington DC Attorney General
Attn: Bankruptcy Department
441 4Th Street, Nw
Washington, DC 20001
OAG@DC.GOV

**VIA ELECTRONIC MAIL**
State of Maryland Attorney General
Attn: Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202
OAG@OAG.STATE.MD.US

**VIA ELECTRONIC MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W. Carey
100 Front Street
Worcester, MA 01608
pcarey@mirickoconnell.com

**VIA ELECTRONIC MAIL**
Scheef & Stone, L.L.P.
Attn: Peter C. Lewis
500 N. Akard St., Ste. 2700
Dallas, TX 75201
peter.lewis@solidcounsel.com

**VIA ELECTRONIC MAIL**
Peter Spindel, Esq.
Attn: Peter Spindel
8181 NW 154 St. #204
Miami Lakes, FL 33016-5861
peterspindel@gmail.com

**VIA ELECTRONIC MAIL**
Bass, Berry & Sims PLC
Attn: Paul G. Jennings, Gene L. Humphreys
21 Platform Way South
Suite 3500
Nashville, TN 37203
pjennings@bassberry.com
ghumphreys@bassberry.com

**VIA ELECTRONIC MAIL**
Abernathy Roeder Boyd & Hullet PC
Attn: Paul Lopez, Larry Boyd, Emily Hahn
1700 Redbud Blvd
Ste 300
McKinney, TX 75069
plopez@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com
lboyd@abernathy-law.com

**VIA ELECTRONIC MAIL**
Kroll Restructuring Administration LLC
Attn: Herb Baer, Jessica Berman, Christine Porter
1 World Trade Center
31st Floor
New York, NY 10007
ProjectHilt@ra.kroll.com
serviceqa@ra.kroll.com

**VIA ELECTRONIC MAIL**
State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
PO Box 12548
Austin, TX 78711-2548
public.information@oag.state.tx.us

**VIA ELECTRONIC MAIL**
Robbins Geller Rudman & Dowd LLP
Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C.
Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger,
Esq.
655 West Broadway Suite 1900
San Diego, CA 92101
randyb@rgrdlaw.com
shubachek@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com
hgeiger@rgrdlaw.com

**VIA ELECTRONIC MAIL**
Golden Goodrich LLP
Attn: Ryan W. Beall
3070 Bristol Street
Suite 640
Costa Mesa, CA 92626
rbeall@go2.law

**VIA ELECTRONIC MAIL**
Gilbert Bird Law Firm, PC
Attn: Ryan J. Bird
10575 North 114th Street
Suite 115
Scottsdale, AZ 85259
rbird@gilbertbirdlaw.com

**VIA ELECTRONIC MAIL**
Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz,
Tamara K. Mann, Casey B. Sawyer,
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com

**VIA ELECTRONIC MAIL**
Blank Rome, LLP
Attn: Attn: Regina Kelbon
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com

**VIA ELECTRONIC MAIL**
Blank Rome LLP
Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L.
Williams
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**VIA ELECTRONIC MAIL**
Schrier Shayne P.C.
Attn: Richard E. Schrier
64 Fulton Street
New York, NY 10038
resincourt@aol.com
richardschrier@gmail.com

**VIA ELECTRONIC MAIL**
Frost brown Todd LLP
Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
rgold@fbtlaw.com
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**
Richard A. Rozanski, APLC
Attn: Richard A. Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199
richard@rarlaw.net

**VIA ELECTRONIC MAIL**
Hahn Loeser & Parks LLP
Attn: Rocco I. Debitetto
200 Public Square
Suite 2800
Cleveland, OH 44114
ridebitetto@hahnlaw.com

**VIA ELECTRONIC MAIL**
Klehr Harrison Harvey Branzburg LLP
Attn: Raymond H. Lemisch, Domenic E. Pacitti
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
rlemisch@klehr.com
dpacitti@klehr.com

**VIA ELECTRONIC MAIL**
Monzack Mersky and Browder, P.A
Attn: Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL**
Office of the New York State Attorney General
Attn: Robert J. Rock
Civil Recoveries Bureau Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
robert.rock@ag.ny.gov

**VIA ELECTRONIC MAIL**
Chipman Brown Cicero & Cole, LLP
Attn: Alan M.Root
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
root@chipmanbrown.com

**VIA ELECTRONIC MAIL**
The Rosner Law Group LLC
Attn: Frederick B. Rosner, Zhao (Ruby) Liu
824 N. Market St.
Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
liu@teamronser.com

**VIA ELECTRONIC MAIL**
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
Attn: Raymond M. Patella
505 Morris Avenue
Springfield, NJ 07081
rpatella@lawjw.com

**VIA ELECTRONIC MAIL**
Big Lots, Inc.
Attn: Attn: Ronald A. Robins
4900 E. Dublin-Granville Road
Columbus, OH 43081
rrobins@biglots.com

**VIA ELECTRONIC MAIL**
UB Greensfelder LLP
Attn: Randall F. Scherck
10 S. Broadway
Suite 2000
St. Louis, MO 63102
rscherck@ubglaw.com

**VIA ELECTRONIC MAIL**
Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
rsteinberg@pricemeese.com

**VIA ELECTRONIC MAIL**
Lasser Hochman, LLC
Attn: Richard L. Zucker
75 Eisenhower Parkway
Suite 1200
Roseland, NJ 07068
rzucker@lasserhochman.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street
Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Broward County
Attn: Andrew J. Meyers
115 South Andrews Avenue
Governmental Center, Suite 423
Fort Lauderdale, FL 33301
sandron@broward.org

**VIA ELECTRONIC MAIL**
Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
PO Box 9547
Bowling Green, KY 42102-9547
sbachert@kerricklaw.com

**VIA ELECTRONIC MAIL**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street
Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Shannah L. Colbert
1800 West Park Dr
Suite 400
Westborough, MA 01581
scolbert@mircklaw.com

**VIA ELECTRONIC MAIL**
Securities & Exchange Commission - Philadelphia
Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
U.S. Securities and Exchange Commission -
Headquarters
Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York, NY 10020
sfleischer@barclaydamon.com

**VIA ELECTRONIC MAIL**
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower
7 Times Sq, Suite 2506
New York, NY 10036
SFox@riemerlaw.com

**VIA ELECTRONIC MAIL**
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive
Suite 401
Newark, DE 19713
sgerald@tydings.com

**VIA ELECTRONIC MAIL**
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark, DE 19713
sgerald@tydings.com

**VIA ELECTRONIC MAIL**
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark, DE 19713
sgerald@tydings.com

**VIA ELECTRONIC MAIL**
McCarter & English, LLP
Attn: Shannon D. Humiston
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
shumiston@mccarter.com

**VIA ELECTRONIC MAIL**
Fox Rothschild LLP
Attn: Seth A. Niederman
1201 N. Market Street
Suite 1200
Wilmington, DE 19801
sniederman@foxrothschild.com

**VIA ELECTRONIC MAIL**
Davidson Fink LLP
Attn: Sean P. Williams, Carla Augino
400 Meridian Centre Boulevard
Suite 200
Rochester, NY 14818
spwilliams@davidsonfink.com
caugino@davidsonfink.com

**VIA ELECTRONIC MAIL**
Olsen Taggart PLLC
Attn: Steven L. Taggart, Esq.
PO Box 3005
Idaho Falls, ID 83403-3005
staggart@olsentaggart.com
rparson@olsentaggart.com
rlyon@olsentaggart.com
taggartoffice01@gmail.com

**VIA ELECTRONIC MAIL**
State of Tennessee Attorney General
Attn: Bankruptcy Dept; Stephen R. Butler
P.O. Box 20207
Nashville, TN 37202-0207
STEVE.BUTLER@AG.TN.GOV

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP
Attn: Steven N Serajeddini
601 Lexington Avenue
New York, NY 10022
steven.serajeddini@kirkland.com

**VIA ELECTRONIC MAIL**
Balasiano & Associates, PLLC
Attn: Steven Balasiano, Judah S. Balasiano
6701 Bay Parkway, 3rd Floor
Brooklyn, NY 11204
steven@balasianolaw.com
judah@balasianolaw.com

**VIA ELECTRONIC MAIL**
Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
streusand@slollp.com

**VIA ELECTRONIC MAIL**
Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building, Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

**VIA ELECTRONIC MAIL**
Chiesa Shahinian & Giantomasi PC
Attn: Scott A. Zuber, Terri Jane Freedman
105 Eisenhower Parkway
Roseland, NJ 07068
szuber@csglaw.com
tfreedman@csglaw.com

**VIA ELECTRONIC MAIL**
Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102
tammy.jones@oklahomacounty.org

**VIA ELECTRONIC MAIL**
Greer, Herz & Adams, LLP
Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B.
Annweiler, Marc D. Young
One Moody Plaza
18th Floor
Galveston, TX 77550
tannweiler@greerherz.com

**VIA ELECTRONIC MAIL**
Best Law, PA
Attn: Tara E. Naufu
P.O. Box 2374
Mount Pleasant, SC 29465
tara@bestlawsc.com

**VIA ELECTRONIC MAIL**
Anthony & Partners, LLC
Attn: Townsend J. Belt
100 South Ashley Drive, Suite 1600
Tampa, FL 33602
tbelt@anthonyandpartners.com
lortega@anthonyandpartners.com
eservice@anthonyandpartners.com

**VIA ELECTRONIC MAIL**
HJH Investments
Attn: Teanna L. Liess, Cory Harkleroad
300 W Douglas Ave
Suite 1031
Wichita, KS 67202
teanna@hjhinvestments.com

**VIA ELECTRONIC MAIL**
Rashti and Mitchell, Attorneys at law
Attn: Timothy T. Mitchell, Donna Kaye Rashti
4422 Ridgeside Drive
Dallas, TX 75244
tim@rashtiandmitchell.com
dkrm@aol.com
donna@rashtiandmitchell.com

**VIA ELECTRONIC MAIL**
Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield, OH 44406
treardon@brouse.com

**VIA ELECTRONIC MAIL**
Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield, OH 44406
treardon@brouse.com

**VIA ELECTRONIC MAIL**
Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield, OH 44406
treardon@brouse.com

**VIA ELECTRONIC MAIL**
Saul Ewing, LLP
Attn: Turner N Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

**VIA ELECTRONIC MAIL**
Hutchens Law Firm LLP
Attn: William Walt Pettit
6230 Fairview Road
Suite 315
Charlotte, NC 28210
walt.pettit@hutchenslawfirm.com

**VIA ELECTRONIC MAIL**
Borges & Associates, LLC
Attn: Wanda Borges, Sue L Chin
575 Underhill Blvd
Suite 118
Syosset, NY 11791
wborges@borgeslawllc.com
schin@borgeslawllc.com

**VIA ELECTRONIC MAIL**
The Chiurazzi Law Group
Attn: Wayne M. Chiurazzi
101 Smithfield Street
Pittsburgh, PA 15222
wchiurazzi@the-attorneys.com

**VIA ELECTRONIC MAIL**
State of Illinois Attorney General
Attn: Bankruptcy Department
100 West Randolph Street
Chicago, IL 60601
WEBMASTER@ATG.STATE.IL.US

**VIA ELECTRONIC MAIL**
State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA 50319
WEBTEAM@AG.IOWA.GOV

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Mollie Lerew
P.O. Box 8188
Wichita Falls, TX 76307
wichitafalls@pbfcm.com

**VIA ELECTRONIC MAIL**
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd
Suite 240
El Paso, TX 79902
william@ehrlichlawfirm.com

**VIA ELECTRONIC MAIL**
Kaplin Stewart Meloff Reiter & Stein, PC
Attn: William J. Levant
910 Harvest Drive
PO Box 3037
Blue Bell, PA 19422
wlevant@kaplaw.com

**VIA ELECTRONIC MAIL**
Whiteford, Taylor & Preston LLC
Attn: William F. Taylor, Jr
600 North King Street
Suite 300
Wilmington, DE 19801
wtaylor@whitefordlaw.com

**VIA ELECTRONIC MAIL**
Sarachek Law Firm
Attn: Zachary E. Mazur, Joseph E. Sarachek
670 White Plains Road
Penthouse Suite
Scarsdale, NY 10583
zachary@saracheklawfirm.com
joe@saracheklawfirm.com

**VIA ELECTRONIC MAIL**
Sullivan Hazeltine Allinson LLC
Attn: Elihu E. Allinson, III
919 North Market Street
Suite 420
Wilmington, DE 19801
zallinson@sha-llc.com