U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

BIG LOTS, INC.                                         Case No. 24-11967-JKS
                                                       Chapter 11

    Debtor.

_____/

### HILLSBOROUGH COUNTY TAX COLLECTOR'S
### NOTICE OF WITHDRAWAL OF
### CLAIM NOS. 3047, 3048, 3051, 3052, 3053, 3054, 3055

    Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), through her undersigned counsel, hereby withdraws Claim Nos. 3047, 3048, 3051, 3052, 3053, 3054, 3055 filed on November 1, 2024. As grounds therefore, the Tax Collector states that the unpaid taxes sought to be collected by the Tax Collector for folios T0471910000, T0419961015, T0419981379, T0420196061, T0420048047, T0420010340, T0420093284, respectively, are paid in full.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Daniel B. Butz, Esq., Robert J. Dehney, Esq., Andrew R. Remming, Esq., Sophie Rogers Churchill, Esq., Casey Sawyer, Esq.,** Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801; **James I. McClammy, Esq., Jonah Peppiatt, Esq., Stephen D. Piraino, Esq. Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Ethan Stern, Esq., Vincent Cahill, Esq., Matthew R. Brock, Esq., Kevin L. Winiarski, Esq.** Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; **David S. Bloomfied, Esq.**, Port Wright Morris & Arthur LLP, 41 South High Street, Suites 2800-3200; **Linda J. Casey, Esq.,** Office of the US Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; **Benjamin Joseph Steele**, Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007; and to all other parties receiving Notice, on this 7th day of February, 2025.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney