IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., *et al* | ) | Case No.  24-11967 (JKS) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE, DEMAND FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jeffrey M Carbino, Esq. of the law firm Pierson Ferdinand LLP hereby appears in the above-referenced chapter 11 cases as counsel for BIG MILF2 OWNER LLC ("BIGMIFL2"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, requests that copies of all notices and pleadings given or filed in these cases be given and served upon counsel at the following addresses and contact information:

> Jeffrey M. Carbino, Esquire
> PIERSON FERDINAND LLP
> 1007 N. Orange Stret Street, Suite 420
> Wilmington, Delaware 19801
> Telephone: (302) 485-0604
> E-mail: jeffrey.carbino@pierferdcom

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance nor any

-2-

subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of NP-AC including, without limitation: (i) the right to have f final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which BIG MIFL2 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. Further, this Notice of Appearance is not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

Dated: February 7, 2025
Wilmington, Delaware

        Respectfully submitted,

        PIERSON FERDINAND LLP

    By:    /s/ *Jeffrey M. Carbino*
        Jeffrey M. Carbino (No. 4062)
        1007 N. Orange Street, Suite 420
        Wilmington, DE 19801
        Telephone: (302) 485-0604
        E-mail: jeffrey.carbino@pierferd.com

        Counsel for Big Milf2 Owner LLC