**EXHIBIT B**

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure | Proposed Order |
|---|---|---|---|---|---|---|---|
| 1 | 5132 | 1075 Mantua Pike West Deptford, NJ 08096-3910 | Big Lots Stores, LLC | Pete Federowicz Pfederowicz@nelliscorp.com | Berat Corporation David G. Zallie David.Zallie@wakefern.com c/o Rachel Weidler, Esq. rweidler@mccarthypc.com | $9,303.05 | *See* **Exhibit C** |
| 2 | 4341 | 7777 W. Jewell Avenue Lakewood, CO 80232-6843 | Big Lots Stores, LLC | Blake Kahlich blake@primesqft.com c/o Amanda Halstead, Esq. ahh@mhzlegal.com | ABQ Liquidation LLC Aref Musa arefmusa1@yahoo.com | $104,494.92 | *See* **Exhibit D** |
| 3 | 4430 | 480 Georgetown Square Wood Dale, IL 60191-1868 | Big Lots Stores, LLC | Michael Alesia malesia@alesialaw.com | ABQ Liquidation LLC Aref Musa arefmusa1@yahoo.com | $0 | *See* **Exhibit D** |
| 4 | 4647 | 3303 98th Street Lubbock, TX 79423 | Big Lots Stores, LLC | Forrest Wyatt Cook jwcook12@gmail.com fwcook55@gmail.com | South Lubbock FP LLC chris@pfnocritics.com | $0 | *See* **Exhibit D** |
| 5 | 547 | 7565 W. Hillsborough Avenue Tampa, FL 33615 | Big Lots Stores, LLC | tbelt@anthonyandpartners.com lortega@anthonyandpartners.com | Fine Furniture Décor (d/b/a Fine Gallery, LLC) Al Khrawish khrawish_k@yahoo.com | $55,415.37 | *See* **Exhibit D** |
| 6 | 4258 | 11247 SW 40th Street Miami, FL 33165 | Big Lots Stores, LLC | Ernst Bell ErnstBell@regencycenters.com c/o Robert LeHane, Esq. RLeHane@KelleyDrye.com | Madesa Inc. douglas@ranafurniture.com c/o Christian Lacayo, Esq. chris@gmilaw.com | $71,474.65 | *See* **Exhibit E** |
| 7 | 4742 | 2855 Ridge Road Rockwall, TX 75032 | Big Lots Stores – PNS, LLC | Tanja Ritter TRitter@ritterdallas.com Susan Self SSelf@ritterdallas.com c/o Rachael Smiley rsmiley@fbfk.law | Goodwill Industries of Dallas, Inc. | $0 | *See* **Exhibit D** |
| 8 | 1624 | 3621 North Josey Lane Carrolton, TX 75007 | Big Lots Stores, LLC | Rina Kiri allegiant@allegiantpmgt.com | Goodwill Industries of Dallas, Inc. c/o Marcus Neupert, Esq. mneupert@spcllp.com | $0 | *See* **Exhibit D** |