# **EXHIBIT A**

Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 1/21/2025

Popcorn Alley, Inc. (PAI)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Discount | DC | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DIP# 24-11967 | | | | | | | | |
| DIS021 | BIG LOTS, INC. | | | | | | Contact: | 614-278-6800 | | | Credit | 60,000.00 |
| 11/20/2024 | 0010497-IN | 12/20/2024 | 11/30/2024 | DURANT DC#0879 | 375.73 | 18,786.60 | 0.00 | 0.00 | 18,786.60 | 0.00 | 0.00 | 32 |
| 11/21/2024 | 0010500-IN | 12/21/2024 | 12/1/2024 | TREMONT DC#0874 | 411.52 | 20,575.80 | 0.00 | 0.00 | 20,575.80 | 0.00 | 0.00 | 31 |
| 12/9/2024 | 0010511-IN | 1/8/2025 | 12/19/2024 | TREMONT DC#0874 | 483.08 | 24,154.20 | 0.00 | 24,154.20 | 0.00 | 0.00 | 0.00 | 13 |
| 12/9/2024 | 0010512-IN | 1/8/2025 | 12/19/2024 | DURANT DC#0879 | 322.06 | 16,102.80 | 0.00 | 16,102.80 | 0.00 | 0.00 | 0.00 | 13 |
| | | *** Credit Limit Exceeded *** | | | | | | | | | | |
| | | | | Customer DIS021 Totals: | 1,592.39 | 79,619.40 | 0.00 | 40,257.00 | 39,362.40 | 0.00 | 0.00 | |
| | | | | Report Totals: | 1,592.39 | 79,619.40 | 0.00 | 40,257.00 | 39,362.40 | 0.00 | 0.00 | |
| | | | | Number of Customers: 1 | | | | | | | | |

Run Date: 1/21/2025  12:34:45PM
A/R Date: 1/21/2025

Page: 1
User Logon: JL