**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BIG LOTS, INC. | § | |
| | § | CASE NO. 24-11967-JKS |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 181 AND 2809**

NOW COMES the City of El Paso and notifies the Court and all other parties that it withdraws its claim number 181 (amount $30,733.19, estimated 2024 taxes) and claim number 2809 (amount $27,637.66, actual 2024 taxes) which claims were filed with the claims' agent in Big Lots Stores, LLC.; Case No. 24-11973. The City of El Paso filed claim number 181 on September 12, 2024 with Kroll and amended the claim, assigned claim number 2809 on October 30, 2024. The tax debt to subject to the proof of claim is paid in full.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:     /s/ Don Stecker
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)

Attorney for City of El Paso

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of the City of El Paso's Proof of Claim Nos. 181 and 2809 was served this 12th day of February, 2025 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    Big Lots, Inc.
    4900 E. Dublin-Granville Road
    Columbus, OH 43081

Debtor:
    Big Lots Stores, LLC
    4900 E. Dublin-Granville Road
    Columbus, OH 43081

Attorney for Debtor:
    Robert J. Dehney
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                    /s/ Don Stecker
                                                  Don Stecker