# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2025, I caused copies of the foregoing Objection to Cure Amount for Assumption and Assignment of Lease to be served via electronic mail upon: (i) Morris, Nichols, Arsht & Tunnell LLP, counsel to the Debtors, Attn: Casey B. Sawyer (csawyer@morrisnichols.com); (ii) Davis Polk & Wardwell LLP, counsel to the Debtors, Attn: Brian M. Resnick (brian.resnick@davispolk.com); (iii) Riemer Braunstein LLP, counsel to the Buyer, Attn: Steven E. Fox (sfox@riemerlaw.com); and (iv) Cozen O'Connor, counsel to Variety Wholesalers, Inc., Attn: Simon E. Fraser (Sfraser@cozen.com) and Mark Felger (mfelger@cozen.com).

Dated: February 12, 2025
       Wilmington, Delaware

/s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone

4897-7947-1383v.1