## **EXHIBIT B**

**Summary of Outstanding Amounts Owed by the Debtors**

| Customer | Store | Invoice Date | Due Date | Invoice Number | Invoice Amount |
|---|---|---|---|---|---|
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 11/7/2024 | 12/7/2024 | 96664 | 52,092.46 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 11/21/2024 | 12/21/2024 | 116509 | 17,800.31 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 11/27/2024 | 12/27/2024 | 124641 | 34,300.16 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 11/27/2024 | 12/27/2024 | 124642 | 59,814.94 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 11/27/2024 | 12/27/2024 | 124651 | 62,682.04 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 12/9/2024 | 1/8/2025 | 144762 | 64,999.48 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 12/9/2024 | 1/8/2025 | 144830 | 34,839.24 |
| CLOSEOUT DISTRIBUTION LLC | 3ODDLO3 | 12/11/2024 | 1/10/2025 | 150534 | 27,943.08 |
| **CLOSEOUT DISTRIBUTION LLC** | **Total:** | | | | **354,471.71** |
| | | | | | |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 11/7/2024 | 12/7/2024 | 96753 | 62,676.68 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 11/8/2024 | 12/8/2024 | 97347 | 21,659.93 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 11/22/2024 | 12/22/2024 | 117592 | 25,919.72 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 11/22/2024 | 12/22/2024 | 117601 | 59,418.44 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 11/27/2024 | 12/27/2024 | 124650 | 57,268.09 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 12/5/2024 | 1/4/2025 | 140718 | 32,262.14 |
| CSC DISTRIBUTION LLC | 3ODDLO2 | 12/13/2024 | 1/12/2025 | 154637 | 65,276.90 |
| **CSC DISTRIBUTION LLC** | **Total:** | | | | **324,481.90** |
| | | | | | |
| DURANT DC LLC | 3ODDL10 | 11/4/2024 | 12/4/2024 | 92130 | 62,717.88 |
| DURANT DC LLC | 3ODDL10 | 11/4/2024 | 12/4/2024 | 93590 | 34,022.59 |
| DURANT DC LLC | 3ODDL10 | 11/25/2024 | 12/25/2024 | 120574 | 54,056.18 |
| DURANT DC LLC | 3ODDL10 | 11/27/2024 | 12/27/2024 | 126918 | 50,898.65 |
| DURANT DC LLC | 3ODDL10 | 12/6/2024 | 1/5/2025 | 142804 | 20,186.88 |
| DURANT DC LLC | 3ODDL10 | 12/11/2024 | 1/10/2025 | 150533 | 65,296.64 |
| DURANT DC LLC | 3ODDL10 | 12/16/2024 | 1/15/2025 | 154657 | 34,309.72 |
| **DURANT DC LLC** | **Total:** | | | | **321,488.54** |
| | | | | | |
| | | | | | |
| | **Grand Total:** | | | | **1,000,442.15** |