## EXHIBIT C

**January 29, 2025 Correspondence from Debtors**

**From:** AP VENDOR INQUIRIES [mailto:APVENDORINQUIRIES@biglots.com]
**Sent:** Wednesday, January 29, 2025 10:42 AM
**To:** Jeana Miller
**Cc:** Matthew Pearson
**Subject:** RE: 318830 Maples Industries, Inc. - Status of Aged Invoices

318830
BL01

MAPLES INDUSTRIES
SCOTTSBORO

| St | Reference | DocumentNo | Type | Doc. Date | Amount in local cur. |
|---|---|---|---|---|---|
| ● | 0092130 | 5118138682 | RE | 11/04/2024 | 62,717.88- |
| ● | 0093590 | 5118138683 | RE | 11/04/2024 | 34,022.59- |
| ● | 0096664 | 5118137553 | RE | 11/06/2024 | 52,092.46- |
| ● | 0096753 | 5118139289 | RE | 11/07/2024 | 62,676.68- |
| ● | 0097347 | 5118144541 | RE | 11/07/2024 | 21,659.93- |
| ● | 0116509 | 5118148406 | RE | 11/20/2024 | 17,800.31- |
| ● | 0117592 | 5118153627 | RE | 11/22/2024 | 25,919.72- |
| ● | 0117601 | 5118153628 | RE | 11/22/2024 | 59,418.44- |
| ● | 0120574 | 5118156603 | RE | 11/25/2024 | 54,056.18- |
| ● | 0124641 | 5118156071 | RE | 11/27/2024 | 34,300.16- |
| ● | 0124642 | 5118154414 | RE | 11/27/2024 | 59,814.94- |
| ● | 0124650 | 5118155828 | RE | 11/27/2024 | 57,268.09- |
| ● | 0124651 | 5118158937 | RE | 11/27/2024 | 62,682.04- |
| ● | 0126918 | 5118156072 | RE | 11/27/2024 | 50,898.65- |
| ● | 0140718 | 5118176986 | RE | 12/04/2024 | 32,262.14- |
| ● | 0142804 | 5118172909 | RE | 12/05/2024 | 20,186.88- |
| ● | 0144762 | 5118175662 | RE | 12/06/2024 | 64,999.48- |
| ● | 0144830 | 5118175130 | RE | 12/09/2024 | 34,839.24- |
| ● | 0150533 | 5118172467 | RE | 12/11/2024 | 65,296.64- |
| ● | 0150534 | 5118174362 | RE | 12/11/2024 | 27,943.08- |
| ● | 0154637 | 5118176182 | RE | 12/13/2024 | 65,276.90- |
| ● | 0154657 | 5118176193 | RE | 12/13/2024 | 34,309.72- |
|  |  |  |  |  | 1,000,442.15- |

https://www.biglots.com/corporate/

To Our Valued Business Partners,

- We recently closed our sale agreement with Gordon Brothers Retail Partners, LLC, which will enable Variety Wholesalers, Inc. to acquire between 200 and 400 Big Lots stores that it plans to operate under the Big Lots brand, as well as up to two distribution centers.
- Variety Wholesalers is working to finalize and implement transition plans, including as they relate to the Company's vendor relationships.
- The Company will be in touch with you directly as soon as we have specific details to share about how this process will impact you.
- In the meantime, the Company is continuing to conduct going out of business sales and is no longer purchasing goods, except for those deemed essential to support the wind down of the business.
- We are reaching out to providers of those essential goods and services directly, and are otherwise discontinuing any orders for goods and services.

https://www.biglots.com/corporate/

To Our Valued Business Partners,

•	We recently closed our sale agreement with Gordon Brothers Retail Partners, LLC, which will enable Variety Wholesalers, Inc. to acquire between 200 and 400 Big Lots stores that it plans to operate under the Big Lots brand, as well as up to two distribution centers.
•	Variety Wholesalers is working to finalize and implement transition plans, including as they

relate to the Company's vendor relationships.
- The Company will be in touch with you directly as soon as we have specific details to share about how this process will impact you.
- In the meantime, the Company is continuing to conduct going out of business sales and is no longer purchasing goods, except for those deemed essential to support the wind down of the business.
- We are reaching out to providers of those essential goods and services directly, and are otherwise discontinuing any orders for goods and services.
- We are currently paying the necessary expenses to continue the GOB sales at stores. Other post-petition administrative expense payment procedures will be determined by the courts. The next scheduled court date is January 21.
- With respect to goods in transit, Big Lots intends to return goods to vendors where title has not yet been transferred to Big Lots.
- With respect to those goods where title has transferred to Big Lots, including goods currently on a common carrier, the Company intends to keep those goods.
- Big Lots is also in the process of determining the optimal path to resolving the Chapter 11 cases and paying administrative expense claims.
- At this time, Big Lots has not finalized the claims reconciliation process and cannot determine when distributions on account of filed claims will be made.
- If you have provided goods or services to our stores and wish to file a proof of claim, proof of claim forms and other information about the claims process are available at https://cases.ra.kroll.com/BigLots.
- We'd like to take this opportunity to thank you for your partnership over the years – your support is truly appreciated.

Sincerely,
Big Lots

From: Jeana Miller <JMiller@Maplesrugs.com>
Sent: Tuesday, January 7, 2025 1:27 PM
To: AP VENDOR INQUIRIES <APVENDORINQUIRIES@biglots.com>
Cc: Matthew Pearson <mpearson@Maplesrugs.com>
Subject: 318830 Maples Industries, Inc. - Status of Aged Invoices

Please provide the status of the aged invoices. They are all well past the scheduled payment dates stated when I checked the AP Help Line.

| Invoice # | PO # | AP Line Due Dt | Amount |
|---|---|---|---|
| 0096664 | 0095611097 | 12/13/2024 | 52,092.46 |
| 0116509 | 0095611097 | 12/22/2024 | 17,800.31 |
| 0124641 | 0095652926 | 12/29/2024 | 34,300.16 |
| 0124642 | 0095652926 | 12/30/2024 | 59,814.94 |
| 0124651 | 0095652926 | 12/29/2024 | 62,682.04 |
| 0097347 | 0095611096 | 12/21/2024 | 21,659.93 |
| 0117592 | 0095652925 | 12/24/2024 | 25,919.72 |
| 0117601 | 0095652925 | 12/24/2024 | 59,418.44 |
| 0124650 | 0095652925 | 12/27/2024 | 57,268.09 |
| 0092130 | 0095611098 | 12/14/2024 | 62,717.88 |
| 0093590 | 0095611098 | 12/14/2024 | 34,022.59 |

0120574    0095652927    12/26/2024    54,056.18
0126918    0095652927            12/29/2024    50,898.65

Thank you,

Jeana K. Miller
Maples Industries, Inc.
Phone: (256) 259-1327 Opt 1 x209
FAX: (256) 259-1450
jmiller@maplesrugs.com

