## CERTIFICATE OF SERVICE

      I, Brett D. Fallon, hereby certify that on February 12, 2025, copies of the foregoing *Motion of Maples Industries, Inc. for Allowance and Payment of Administrative Expense Claim* were served electronically through the CM/ECF system and via email and first-class U.S. mail on the parties indicated on the attached service list.

Dated: February 12, 2025                           */s/ Brett D. Fallon*  
                                                                               Brett D. Fallon

**Via Email and U.S. First-Class Mail**

| | |
|---|---|
| Office of the United States Trustee for the District of Delaware<br>Linda J. Casey<br>844 N. King Street, #2207<br>Lockbox #35<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Morris, Nichols, Arsht & Tunnell LLP<br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>Casey B. Sawyer<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com |
| Davis Polk & Wardwell LLP<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.nesnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com | Cole Schotz P.C.<br>Justin R. Alberto<br>Stacy L. Newman<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com<br>jdougherty@coleschotz.com |
| Cole Schotz P.C.<br>Sarah A. Carnes<br>1325 Avenue of the Americas, 19th Fl.<br>New York, NY 10019<br>scarnes@coleschotz.com | McDermott Will & Emery LLP<br>Darren Azman<br>Kristin K. Going<br>Stacy Lutkus<br>Natalie Rowles<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>nrowles@mwe.com |