# **<u>EXHIBIT A</u>**

| COMPANY : European Home Design | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Co | Customer # | Terms | PO # | Invoice | Invoice Date | Due Date | Invoice Amount | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Above 90 Days |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095608107 | 279251 | 09/27/2024 | 10/27/2024 | $31,960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31,960.00 |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095608107 | 31460 | 09/27/2024 | 10/27/2024 | $1,844.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,844.40 |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095616495 | 279297 | 09/30/2024 | 10/30/2024 | $17,418.60 | $0.00 | $0.00 | $0.00 | $0.00 | $17,418.60 |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095616502 | 31469 | 09/30/2024 | 10/30/2024 | $31,767.60 | $0.00 | $0.00 | $0.00 | $0.00 | $31,767.60 |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095616502 | 31470 | 09/30/2024 | 10/30/2024 | $28,611.60 | $0.00 | $0.00 | $0.00 | $0.00 | $28,611.60 |
| European Home Design | BIG LOTS | NET 30 DAYS | 0095624538 | 279577 | 10/16/2024 | 11/15/2024 | $21,204.24 | $0.00 | $0.00 | $0.00 | $21,204.24 | $0.00 |
| European Home Design | BIG LOTS | NET 60 DAYS | 0095624393 | 280731 | 10/09/2024 | 12/08/2024 | $1,188.00 | $0.00 | $0.00 | $1,188.00 | $0.00 | $0.00 |
| European Home Design | BIG LOTS | NET 60 DAYS | 0095624538 | 280732 | 10/16/2024 | 12/15/2024 | $486.00 | $0.00 | $0.00 | $486.00 | $0.00 | $0.00 |
| European Home Design | BIG LOTS | NET 60 DAYS | 0095624537 | 280733 | 10/15/2024 | 12/14/2024 | $2,808.00 | $0.00 | $0.00 | $2,808.00 | $0.00 | $0.00 |
| European Home Design | BIG LOTS | NET 30 DAYS | 95642620 | 280245 | 11/05/2024 | 12/05/2024 | $13,515.00 | $0.00 | $0.00 | $0.00 | $13,515.00 | $0.00 |
| European Home Design | BIG LOTS | NET 30 DAYS | 95645279 | 280246 | 11/05/2024 | 12/05/2024 | $13,515.00 | $0.00 | $0.00 | $0.00 | $13,515.00 | $0.00 |
| European Home Design | BIG LOTS | NET 30 DAYS | 95642618 | 280247 | 11/07/2024 | 12/07/2024 | $28,023.75 | $0.00 | $0.00 | $0.00 | $28,023.75 | $0.00 |
| European Home Design | BIG LOTS | NET 30 DAYS | 95642619 | 280248 | 11/11/2024 | 12/11/2024 | $37,563.75 | $0.00 | $0.00 | $37,563.75 | $0.00 | $0.00 |
| | Total For Customer : BIG LOTS | | | | | | $229,905.94 | $0.00 | $0.00 | $42,045.75 | $76,257.99 | $111,602.20 |
| COMPANY : PLAYTEK | | | | | | | | | | | | |
| Co | Customer # | Terms | PO # | Doc No | Doc Date | Due Date | Original Invoice Amount | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Above 90 Days |
| Playtek | BIG LOTS | NET 30 DAYS | 95615787 | 14648 | 10/14/2024 | 11/13/2024 | $25,167.60 | $0.00 | $0.00 | $0.00 | $25,167.60 | $0.00 |
| | Total For Customer : BIG LOTS | | | | | | $25,167.60 | $0.00 | $0.00 | $0.00 | $25,167.60 | $0.00 |
| | **Grand Total  :** | | | | | | **$255,073.54** | **$0.00** | **$0.00** | **$42,045.75** | **$101,425.59** | **$111,602.20** |

*** End of Report ***