**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[2] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. No._____ |

**ORDER GRANTING EUROPEAN HOME COMPANIES' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "Motion") filed by European Home Design, LLC ("European") and Playtek, LLC ("Playtek") (collectively, the "European Home Companies"), for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.  The European Home Companies' administrative expense claims against the Debtors are approved under 11 U.S.C. § 503(b) in the total amount of $528,213.10 itemized as follows:

---

[2] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

      a.   European is allowed an administrative expense claim against the Debtors in the amount of $229,905.94.

      b.   Playtek is allowed an administrative expense claim against the Debtors in the amount of $25,167.60.

2.      The Debtors are directed to pay the allowed administrative expense claims of the European Home Companies in the total amount of **$255,073.54** within seven (7) days of the entry of this Order.

3.      Nothing in this Order shall prejudice the rights of the European Home Companies to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.