# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> BIG LOTS, INC.,[1] <br>                 Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 24-11967 (JKS) <br><br> (Jointly Administered) |
| PRESTIGE PATIO, INC., <br>                 Appellant. <br><br> v. <br><br> BIG LOTS, INC., *et al.*, <br>                 Appellees. | Case No. 1:25-cv-00078 (GBW) |

**APPELLEES' DESIGNATION PURSUANT TO FED. R. BANKR. P. 8009 OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Big Lots, Inc. and certain of its affiliates, each of which is a debtor and debtor in possession in the above captioned chapter 11 cases (together, the "Debtors" or "Appellees"), by and through their undersigned counsel, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby designate the following additional items to be included in the record on appeal of the above-captioned appeal.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## Designation of Additional Items to be Included in the Record on Appeal[2]

Appellees submit the following counter-designation of items to be included in the record on appeal.

### A. Documents filed on the main bankruptcy case docket[3]

The Appellees reserve the right to seek to amend or supplement the below list to the extent necessary to add any omitted docket entries that are relevant to the appeal.

|    | ECF No. | Description | Date Filed |
|----|---------|-------------|------------|
| 1. | 3       | Declaration in Support of First Day Motion Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings | 9/9/24 |
| 2. | 11      | Motion Regarding Chapter 11 First Day Motions Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, (IV) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers | 9/9/24 |
| 3. | 16      | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/9/24 |

---

[2] The items designated herein include all exhibits, attachments or other papers included within each docket entry for such item. In addition to the these items, Appellees hereby incorporate the Designations of Record filed by the appellants in each of the appeals of the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Bankr. D.I. 1556] (the "Sale Order") as if set forth in their entirety: No 1:25-cv-72 (GBW); No. 1:25-cv-130 (UNA).

[3] The chapter 11 cases are jointly administered. Docket numbers used herein refer to the Bankruptcy Court's docket in the Debtors' main case, *In re Big Lots, Inc.*, Case No. 24-11967 (JKS), unless otherwise provided.

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 4. | 18 | Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief | 9/9/24 |
| 5. | 20 | [REDACTED] Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 9/9/24 |
| 6. | 21 | Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Commercial Information in the Debtor in Possession Financing Facilities | 9/9/24 |
| 7. | 71 | [REDACTED] Notice of Filing of Fee Letters Related to Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 9/9/24 |
| 8. | 77 | Notice of Filing of Amended Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings | 9/10/24 |
| 9. | 78 | Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/10/24 |
| 10. | 80 | Notice of Filing of Proposed Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post- Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 9/10/24 |

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 11. | 106 | Interim Order (I) Authorizing Debtors to Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, (IV) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers | 9/10/24 |
| 12. | 107 | Order Authorizing the Filing Under Seal of the DIP Fees in the Debtor in Possession Financing Facilities | 9/10/24 |
| 13. | 108 | Certification of Counsel Regarding Interim Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post- Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV)Scheduling a Final Hearing, and (V) Granting Related Relief | 9/10/24 |
| 14. | 114 | Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, And 552, And Bankruptcy Rules 2002, 4001, 6003, 6004, And 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting (A) Liens And Providing Superpriority Administrative Expense Status And (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, And (V) Granting Related Relief | 9/10/24 |
| 15. | 124 | Certification of Counsel Regarding Interim Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/11/24 |
| 16. | 134 | Interim Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/11/24 |
| 17. | 138 | Transcript regarding Hearing Held 9/10/2024 | 9/12/24 |
| 18. | 151 | Notice of (A) Bid Deadline, (B) Sale Hearing, and (C) Potential Assumption and Assignment of Certain Unexpired Leases | 9/12/24 |
| 19. | 197 | Declaration of Adam Rifkin in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief | 9/17/24 |

|     | ECF No. | Description | Date Filed |
|-----|---------|-------------|------------|
| 20. | 198 | Notice of Filing of Exhibits Related to Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief | 9/17/24 |
| 21. | 205 | Application to Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors | 9/18/24 |
| 22. | 206 | Application to Retain AlixPartners, LLP as Financial Advisor for the Debtors | 9/18/24 |
| 23. | 207 | Application to Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor | 9/18/24 |
| 24. | 210 | Application to Retain Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors-in-Possession | 9/18/24 |
| 25. | 240 | Motion to Extend Deadline to File Schedules or Provide Required Information | 9/22/24 |
| 26. | 248 | Notice of Appointment of Creditors' Committee | 9/23/24 |
| 27. | 257 | Declaration of Joseph Malfitano in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/24/24 |
| 28. | 258 | Declaration of Eric W. Kaup in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/24/24 |
| 29. | 259 | Declaration of Mark P. Naughton in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 9/24/24 |
| 30. | 269 | Notice of Meeting of Creditors/Commencement of Case Filed by Big Lots, Inc. 341(a) meeting to be held on 10/16/2024 at 10:00 AM | 9/25/24 |
| 31. | 287 | Motion of the Debtors for Entry of an Order (I) Approving (A) the Procedures for the Sale of Certain of the Debtors De Minimis Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) the Form and Manner of Notice of De Minimis Asset Sales, and (II) Granting Related Relief | 9/25/24 |
| 32. | 289 | Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Filed by Big Lots, Inc. | 9/25/24 |
| 33. | 321 | Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date | 9/26/24 |

|     | ECF No. | Description | Date Filed |
| --- | --- | --- | --- |
| 34. | 445 | Certification of Counsel Regarding Final Order (I) Authorizing Debtors to Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising from Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors to Pay those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, (IV) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers | 10/8/24 |
| 35. | 463 | Final Order (I) Authorizing Debtors to Pay Prepetition Critical Vendor Claims, Foreign Vendor Claims, and 503(b)(9) Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Status to Debtors Undisputed Obligations to Vendors Arising From Post-Petition Delivery of Goods Ordered Prepetition and Authorizing Debtors to Pay Those Obligations in the Ordinary Course of Business, (III) Authorizing Debtors to Return Goods, (IV) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants, and (V) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers | 10/9/24 |
| 36. | 470 | Order (I) Approving (A) the Procedures for the Sale of Certain of the Debtors' De Minimis Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) the Form and Manner of Notice of De Minimis Asset Sales, and (II) Granting Related Relief | 10/10/24 |
| 37. | 480 | Transcript regarding Hearing Held 10/9/2024 RE: Second Day Motions | 10/11/24 |
| 38. | 495 | Notice of Filing of Revised Exhibits to Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures, (II) (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief | 10/15/24 |
| 39. | 519 | Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals | 10/17/24 |
| 40. | 522 | Supplemental Declaration of Stuart Erickson in Support of Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors- in-Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements | 10/17/24 |
| 41. | 542 | Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs | 10/17/24 |
| 42. | 548 | Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals | 10/18/24 |

|  | ECF No. | Description | Date Filed |
|---|---|---|---|
| 43. | 549 | Order (A) Authorizing the Debtors to Retain A&G Realty Partners, LLC as a Real Estate Consultant and Advisor to the Debtors Effective as of the Petition Date and (B) Waiving Certain Reporting Requirements | 10/18/24 |
| 44. | 550 | Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors-In-Possession, Effective as of the Petition Date, and Modifying Certain Time-Keeping Requirements | 10/18/24 |
| 45. | 552 | Application to Retain McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors, Effective September 24, 2024 | 10/18/24 |
| 46. | 553 | Application to Retain Cole Schotz P.C. as Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024 | 10/18/24 |
| 47. | 554 | Application to Retain FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 25, 2024 | 10/18/24 |
| 48. | 556 | Notice of Filing of Proposed Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, and (IV) Granting Related Relief | 10/20/24 |
| 49. | 557 | Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Assume the Services Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 10/20/24 |
| 50. | 558 | Notice of Filing of (I) Revised Proposed Bidding Procedures Order and (II) Proposed Stalking Horse Sale Order | 10/20/24 |
| 51. | 565 | Supplemental Declaration of Brian M. Resnick in Support of the Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date | 10/21/24 |
| 52. | 572 | [AS MODIFIED] Order Authorizing Debtors to Employ and Retain AlixPartners, LLP as Their Financial Advisor Effective as of the Petition Date Supplemental Declaration of Kent Percy of AlixPartners, LLP | 10/21/24 |
| 53. | 573 | Supplemental Declaration of Kent Percy of AlixPartners, LLP | 10/21/24 |
| 54. | 576 | Final Order (I) Authorizing Debtors to Assume the Consulting Agreement, (II) Authorizing Store Closing Sales and Approving Related Procedures, and (III) Granting Related Relief | 10/21/24 |
| 55. | 577 | Order Approving Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP ss Attorneys for the Debtors Nunc Pro Tunc to the Petition Date | 10/21/24 |

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 56. | 584 | Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, and (IV) Granting Related Relief | 10/22/24 |
| 57. | 587 | Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors Nun Pro Tunc to the Petition Date | 10/22/24 |
| 58. | 590 | Transcript regarding Hearing Held 10/21/2024 | 10/23/24 |
| 59. | 612 | Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief | 10/25/24 |
| 60. | 627 | Supplemental Declaration of Robert J. Dehney, Sr. in Further Support of the Debtors' Application Pursuant to 11 U.S.C. §§ 327(a), 328(a), and 1107(b); Fed. R. Bankr. P. 2014 and 2016; and Del. Bankr. L.R. 2016-1 for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Co-Counsel for the Debtors, Nunc Pro Tunc to the Petition Date | 10/28/24 |
| 61. | 685 | Schedules of Assets and Liabilities for Big Lots, Inc., Case No. 24-11967 | 10/31/24 |
| 62. | 686 | Statement of Financial Affairs for Big Lots, Inc., Case No. 24-11967 | 10/31/24 |
| 63. | 687 | Schedules of Assets and Liabilities for Great Basin, LLC, Case No. 24-11966 | 10/31/24 |
| 64. | 688 | Statement of Financial Affairs for Great Basin, LLC, Case No. 24-11966 | 10/31/24 |
| 65. | 690 | Schedules of Assets and Liabilities for Consolidated Property Holdings, LLC, Case No. 24-11968 | 10/31/24 |
| 66. | 691 | Statement of Financial Affairs for Consolidated Property Holdings, LLC, Case No. 24-11968 | 10/31/24 |
| 67. | 692 | Schedules of Assets and Liabilities for Big Lots Management, LLC, Case No. 24-11969 | 10/31/24 |
| 68. | 693 | Statement of Financial Affairs for Big Lots Management, LLC, Case No. 24-11969 | 10/31/24 |
| 69. | 694 | Schedules of Assets and Liabilities for Big Lots Stores – PNS, LLC, Case No. 24-11970 | 10/31/24 |
| 70. | 695 | Statement of Financial Affairs for Big Lots Stores – PNS, LLC, Case No. 24-11970 | 10/31/24 |
| 71. | 697 | Schedules of Assets and Liabilities for Broyhill LLC, Case No. 24-11971 | 10/31/24 |
| 72. | 698 | Statement of Financial Affairs for Broyhill LLC, Case No. 24-11971 | 10/31/24 |
| 73. | 699 | Schedules of Assets and Liabilities for BLBO Tenant, LLC, Case No. 24-11972 | 10/31/24 |
| 74. | 700 | Statement of Financial Affairs for BLBO Tenant, LLC, Case No. 24-11972 | 10/31/24 |
| 75. | 701 | Schedules of Assets and Liabilities for Big Lots Stores, LLC, Case No. 24-11973 | 10/31/24 |

|  | **ECF No.** | **Description** | **Date Filed** |
|---|---|---|---|
| 76. | 702 | Statement of Financial Affairs for Big Lots Stores, LLC, Case No. 24-11973 | 10/31/24 |
| 77. | 703 | Schedules of Assets and Liabilities for CSC Distribution LLC, Case No. 24-11974 | 10/31/24 |
| 78. | 704 | Statement of Financial Affairs for CSC Distribution LLC, Case No. 24-11974 | 10/31/24 |
| 79. | 705 | Schedules of Assets and Liabilities for Durant DC, LLC, Case No. 24-11975 | 10/31/24 |
| 80. | 706 | Statement of Financial Affairs for Durant DC, LLC, Case No. 24-11975 | 10/31/24 |
| 81. | 707 | Schedules of Assets and Liabilities for Big Lots Stores – CSR, LLC, Case No. 24-11976 | 10/31/24 |
| 82. | 708 | Statement of Financial Affairs for Big Lots Stores – CSR, LLC, Case No. 24-11976 | 10/31/24 |
| 83. | 709 | Schedules of Assets and Liabilities for GAFDC LLC, Case No. 24-11977 | 10/31/24 |
| 84. | 710 | Statement of Financial Affairs for GAFDC LLC, Case No. 24-11977 | 10/31/24 |
| 85. | 711 | Schedules of Assets and Liabilities for Closeout Distribution, LLC, Case No. 24-11978 | 10/31/24 |
| 86. | 712 | Statement of Financial Affairs for Closeout Distribution, LLC, Case No. 24-11978 | 10/31/24 |
| 87. | 713 | Schedules of Assets and Liabilities for WAFDC, LLC, Case No. 24-11979 | 10/31/24 |
| 88. | 714 | Statement of Financial Affairs for WAFDC, LLC, Case No. 24-11979 | 10/31/24 |
| 89. | 715 | Schedules of Assets and Liabilities for Big Lots eCommerce LLC, Case No. 24-11980 | 10/31/24 |
| 90. | 716 | Statement of Financial Affairs for Big Lots eCommerce LLC, Case No. 24-11980 | 10/31/24 |
| 91. | 717 | Schedules of Assets and Liabilities for AVDC, LLC, Case No. 24-11981 | 10/31/24 |
| 92. | 718 | Statement of Financial Affairs for AVDC, LLC, Case No. 24-11981 | 10/31/24 |
| 93. | 719 | Schedules of Assets and Liabilities for PAFDC LLC, Case No. 24-11982 | 10/31/24 |
| 94. | 720 | Statement of Financial Affairs for PAFDC LLC, Case No. 24-11982 | 10/31/24 |
| 95. | 721 | Schedules of Assets and Liabilities for INFDC, LLC, Case No. 24-11983 | 10/31/24 |
| 96. | 722 | Statement of Financial Affairs for INFDC, LLC, Case No. 24-11983 | 10/31/24 |
| 97. | 723 | Schedules of Assets and Liabilities for Big Lots F&S, LLC, Case No. 24-11984 | 10/31/24 |
| 98. | 724 | Statement of Financial Affairs for Big Lots F&S, LLC, Case No. 24-11984 | 10/31/24 |
| 99. | 725 | Chapter 11 Monthly Operating Report for Case No. 24-11967 for the Month Ending 9/28/2024 | 10/31/24 |
| 100. | 727 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 9/28/2024 | 10/31/24 |
| 101. | 728 | Chapter 11 Monthly Operating Report for Case No. 24-11980 for the Month Ending 9/28/2024 | 10/31/24 |
| 102. | 730 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 9/28/2024 | 10/31/24 |
| 103. | 731 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 9/28/2024 | 10/31/24 |
| 104. | 732 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 9/28/2024 | 10/31/24 |

|  | ECF No. | Description | Date Filed |
|---|---|---|---|
| 105. | 733 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 9/28/2024 | 10/31/24 |
| 106. | 734 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 9/28/2024 | 10/31/24 |
| 107. | 735 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 9/28/2024 | 10/31/24 |
| 108. | 736 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 9/28/2024 | 10/31/24 |
| 109. | 737 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 9/28/2024 | 10/31/24 |
| 110. | 738 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 9/28/2024 | 10/31/24 |
| 111. | 739 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 9/28/2024 | 10/31/24 |
| 112. | 740 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 9/28/2024 | 10/31/24 |
| 113. | 742 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 9/28/2024 | 10/31/24 |
| 114. | 743 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 9/28/2024 | 10/31/24 |
| 115. | 744 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 9/28/2024 | 10/31/24 |
| 116. | 745 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 9/28/2024 | 10/31/24 |
| 117. | 746 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 9/28/2024 | 10/31/24 |
| 118. | 747 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 9/28/2024 | 10/31/24 |
| 119. | 870 | Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/4/24 |
| 120. | 871 | Motion of Blue Owl Capital LLC to Shorten Notice of its Emergency Motion to Extend Challenge Period | 11/4/24 |
| 121. | 882 | Order Shortening Notice of Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period | 11/4/24 |
| 122. | 897 | Transcript regarding Hearing Held 10/31/2024 | 11/5/24 |
| 123. | 903 | PNC Bank, N.A.'s Response to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/5/24 |
| 124. | 904 | Response of 1903P Loan Agent, LLC to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/5/24 |
| 125. | 905 | Debtors' Objection to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/5/24 |

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 126. | 906 | Declaration of James I. McClammy in Support of Debtors' Objection to Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/5/24 |
| 127. | 917 | Amended Statement of Financial Affairs for Big Lots, Inc., Case No. 24-11967 | 11/5/24 |
| 128. | 918 | Amended Statement of Financial Affairs for AVDC, LLC, Case No. 24-11981 | 11/5/24 |
| 129. | 919 | Amended Statement of Financial Affairs for Big Lots Stores, LLC, Case No. 24-11973 | 11/5/24 |
| 130. | 920 | Amended Statement of Financial Affairs for Big Lots Stores – PNS, LLC, Case No. 24-11970 | 11/5/24 |
| 131. | 1042 | Transcript regarding Hearing Held 11/5/2024 RE: Emergency Motion to Extend Challenge Period, together with all exhibits admitted at the hearing | 11/8/24 |
| 132. | 1044 | Certification of Counsel Regarding Blue Owl Capital LLC's Emergency Motion to Extend Challenge Period and Remove Blanket "Professional Eyes Only" Designation from Productions or, in the Alternative, Appoint an Examiner | 11/8/24 |
| 133. | 1052 | Order Extending Challenge Period | 11/8/24 |
| 134. | 1146 | Debtors' Omnibus Reply to Objections to the Proposed Sale of Substantially All of the Debtors' Assets | 11/18/24 |
| 135. | 1151 | Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline | 11/18/24 |
| 136. | 1152 | Blue Owl Capital LLC's Second Motion to Extend Challenge Period | 11/18/24 |
| 137. | 1153 | Notice of Filing of Proposed Sale Order | 11/18/24 |
| 138. | 1154 | Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially all of the Debtors' Assets | 11/19/24 |
| 139. | 1171 | Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline | 11/19/24 |
| 140. | 1172 | Joinder of Blue Owl Real Estate Capital LLC to Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline | 11/19/24 |
| 141. | 1177 | 1903P Loan Agent, LLC's Reply to Objections of Official Committee of Unsecured Creditors ad Blue Owl Real Estate Capital LLC to Sale | 11/19/24 |
| 142. | 1191 | PNC Bank, National Association's Response to (I) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, (II) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline; and (III) Blue Owl Capital, LLC's Second Motion to Extend the Challenge Period | 11/20/24 |

|  | ECF No. | Description | Date Filed |
|---|---|---|---|
| 143. | 1193 | Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline; (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing | 11/20/24 |
| 144. | 1208 | 1903P Loan Agent, LLC's Objection and Joinder to Debtors' Response with Respect to Emergency Motions to Extend the Challenge Deadline | 11/20/24 |
| 145. | 1232 | Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, And Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing And Approving the Assumption And Assignment of Certain Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief | 11/22/24 |
| 146. | 1241 | Certification of Counsel Regarding Order Denying (I) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline and (II) Blue Owl Real Estate Capital LLC's Second Motion to Extend Challenge Period | 11/25/24 |
| 147. | 1243 | Order Denying (I) Emergency Motion of the Official Committee of Unsecured Creditors for an Order Further Extending the Challenge Deadline and (II) Blue Owl Real Estate Capital LLC's Second Motion to Extend Challenge Period | 11/25/24 |
| 148. | 1265 | Chapter 11 Monthly Operating Report for Case No. 24-11967 for the Month Ending 11/02/2024 | 11/29/24 |
| 149. | 1266 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 11/02/2024 | 11/29/24 |
| 150. | 1267 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/02/2024 | 11/29/24 |
| 151. | 1268 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/02/2024 | 11/29/24 |
| 152. | 1269 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 11/02/2024 | 11/29/24 |
| 153. | 1270 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 11/02/2024 | 11/29/24 |
| 154. | 1271 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/02/2024 | 11/29/24 |
| 155. | 1272 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/02/2024 | 11/29/24 |
| 156. | 1273 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 11/02/2024 | 11/29/24 |
| 157. | 1274 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 11/02/2024 | 11/29/24 |
| 158. | 1275 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 11/02/2024 | 11/29/24 |
| 159. | 1276 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 11/02/2024 | 11/29/24 |
| 160. | 1277 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 11/02/2024 | 11/29/24 |
| 161. | 1278 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 11/02/2024 | 11/29/24 |

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 162. | 1279 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 11/02/2024 | 11/29/24 |
| 163. | 1280 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 11/02/2024 | 11/29/24 |
| 164. | 1281 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 11/02/2024 | 11/29/24 |
| 165. | 1282 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 11/02/2024 | 11/29/24 |
| 166. | 1283 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 11/02/2024 | 11/29/24 |
| 167. | 1293 | Notice of Filing of Redacted Version of Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing | 12/2/24 |
| 168. | 1294 | Debtors' Motion for Entry of an Order Authorizing the Filing under Seal Exhibits Attached to the Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing | 12/2/24 |
| 169. | 1345 | Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Filing under Seal Exhibits Attached to the Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing | 12/13/24 |
| 170. | 1349 | Order Authorizing the Filing under Seal Exhibits Attached to the Declaration of Adam L. Shpeen in Support of Debtors' Response to (A) Emergency Motions to Extend the Challenge Deadline, (B) Supplemental Limited Objection of the Official Committee of Unsecured Creditors to Proposed Sale of Substantially All of the Debtors' Assets, and (C) Motion of the Official Committee of Unsecured Creditors to Shorten Notice and Schedule Expedited Hearing | 12/13/24 |
| 171. | 1416 | Transcript regarding Hearing Held 12/19/2024 RE: Omnibus Hearing | 12/23/24 |
| 172. | 1511 | Chapter 11 Monthly Operating Report for Case No. 24-11967 for the Month Ending 11/30/2024 | 12/31/24 |
| 173. | 1512 | Chapter 11 Monthly Operating Report for Case No. 24-11981 for the Month Ending 11/30/2024 | 12/31/24 |
| 174. | 1513 | Chapter 11 Monthly Operating Report for Case No. 24-11980 for the Month Ending 11/30/2024 | 12/31/24 |
| 175. | 1514 | Chapter 11 Monthly Operating Report for Case No. 24-11984 for the Month Ending 11/30/2024 | 12/31/24 |

|  | ECF No. | Description | Date Filed |
|---|---|---|---|
| 176. | 1515 | Chapter 11 Monthly Operating Report for Case No. 24-11969 for the Month Ending 11/30/2024 | 12/31/24 |
| 177. | 1516 | Chapter 11 Monthly Operating Report for Case No. 24-11976 for the Month Ending 11/30/2024 | 12/31/24 |
| 178. | 1517 | Chapter 11 Monthly Operating Report for Case No. 24-11970 for the Month Ending 11/30/2024 | 12/31/24 |
| 179. | 1518 | Chapter 11 Monthly Operating Report for Case No. 24-11973 for the Month Ending 11/30/2024 | 12/31/24 |
| 180. | 1519 | Chapter 11 Monthly Operating Report for Case No. 24-11972 for the Month Ending 11/30/2024 | 12/31/24 |
| 181. | 1520 | Chapter 11 Monthly Operating Report for Case No. 24-11971 for the Month Ending 11/30/2024 | 12/31/24 |
| 182. | 1521 | Chapter 11 Monthly Operating Report for Case No. 24-11978 for the Month Ending 11/30/2024 | 12/31/24 |
| 183. | 1522 | Chapter 11 Monthly Operating Report for Case No. 24-11968 for the Month Ending 11/30/2024 | 12/31/24 |
| 184. | 1523 | Chapter 11 Monthly Operating Report for Case No. 24-11974 for the Month Ending 11/30/2024 | 12/31/24 |
| 185. | 1524 | Chapter 11 Monthly Operating Report for Case No. 24-11975 for the Month Ending 11/30/2024 | 12/31/24 |
| 186. | 1525 | Chapter 11 Monthly Operating Report for Case No. 24-11977 for the Month Ending 11/30/2024 | 12/31/24 |
| 187. | 1526 | Chapter 11 Monthly Operating Report for Case No. 24-11966 for the Month Ending 11/30/2024 | 12/31/24 |
| 188. | 1527 | Chapter 11 Monthly Operating Report for Case No. 24-11983 for the Month Ending 11/30/2024 | 12/31/24 |
| 189. | 1528 | Chapter 11 Monthly Operating Report for Case No. 24-11982 for the Month Ending 11/30/2024 | 12/31/24 |
| 190. | 1529 | Chapter 11 Monthly Operating Report for Case No. 24-11979 for the Month Ending 11/30/2024 | 12/31/24 |

*[Remainder of page intentionally left blank]*

Dated: February 13, 2025
Wilmington, Delaware

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Sophie Rogers Churchill*
                Robert J. Dehney, Sr. (No. 3578)
                Andrew R. Remming (No. 5120)
                Daniel B. Butz (No. 4227)
                Sophie Rogers Churchill (No. 6905)
                Casey B. Sawyer (No. 7260)
                1201 N. Market Street, 16th Floor
                Wilmington, DE 19801
                Tel: (302) 658-9200
                rdehney@morrisnichols.com
                aremming@morrisnichols.com
                dbutz@morrisnichols.com
                srchurchill@morrisnichols.com
                csawyer@morrisnichols.com

                -and-

                DAVIS POLK & WARDWELL LLP

                Brian M. Resnick (admitted *pro hac vice*)
                Adam L. Shpeen (admitted *pro hac vice*)
                James I. McClammy (admitted *pro hac vice*)
                Stephen D. Piraino (admitted *pro hac vice*)
                Ethan Stern (admitted *pro hac vice*)
                450 Lexington Avenue
                New York, NY 10017
                Tel.: (212) 450-4000
                brian.resnick@davispolk.com
                adam.shpeen@davispolk.com
                james.mcclammy@davispolk.com
                stephen.piraino@davispolk.com
                ethan.stern@davispolk.com

                *Counsel to the Debtors-Appellees*