# EXHIBIT A

**Post-Closing Designation Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) |

## NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.01(b) of the Purchase Agreement, Buyer desires to (a) designate each of the 365 Contracts identified on Exhibit A hereto and incorporated herein (each, a "Designated Lease" and, collectively, the "Designated Leases") as a "Designated Asset" for assumption and assignment, and (b) designate the applicable party listed as "Assignee" on Exhibit A with respect to each Designated Lease as the "Designated Buyer" with respect to the acquisition, assumption and assignment of such Designated Lease.

## DESIGNATION OF DESIGNATED ASSET

1. In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated Leases as a "Designated Asset", and (b) designates the "Assignee" listed on Exhibit A with respect to such Designated Lease as the "Designated Buyer" for such Designated Lease.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

4230621.1

2

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated: February 14, 2025
      Boston, Massachusetts

                              Respectfully submitted,

**GORDON BROTHERS RETAIL PARTNERS, LLC**

By: */s/ David Braun*
    101 Huntington Avenue, 11th Floor
    Boston, MA 02199
    Email: dbraun@gordonbrothers.com

*Attorney for Gordon Brothers Retail Partners, LLC*

4230621.1

## **EXHIBIT A**

## **DESIGNATED LEASES**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| 4765 | 2306 S. Jefferson Ave., Unit 160, Mount Pleasant, TX 75455-6056 | $4.28 | 1/31/2030 | 4-5 Years | JP & A Holdings, LLC |
| 5333 | 515 N. Dupont Highway, Dover, DE 19901 | $8.50 | 1/31/2027 | 3–5 Years | Ocean State Job Lot of DE2025, LLC |
| 1997 | 900 Norman A. Eskridge Highway, Unit #50 Seaford, DE 19973 | $5.25 | 1/31/2030 | 2-5 Years | Ocean State Job Lot of DE2025, LLC |
| 1996 | Rte I-83 and 3800 Union Deposit Road, Harrisburg, PA 17109 | $6.00 | 1/31/2029 | 2-5 Years | Ocean State Job Lot of Harrisburg, LLC |
| 1958 | 801 E. Pulaski Hwy, Suite 141, Elkton, MD 21921 | $5.85 | 1/31/2027 | 2-5 Years | Ocean State Job Lot of MD2025, LLC |
| 5439 | 210 Marlboro Ave., Suite 55 Easton, MD 21601 | $4.31 | 1/31/2030 | 3–5 Years | Ocean State Job Lot of MD2025, LLC |
| 1528 | 730 Center St., Auburn, ME 04210 | $3.75 | 1/31/2026 | 2-5 Years | Ocean State Job Lot of ME2025, LLC |
| 1195 | 257 West New Rd., Somers Point, NJ 08244 | $7.25 | 1/31/2035 | 2-5 Years | Ocean State Job Lot of NJ2025, LLC |
| 1775 | 3845 Bayshore Rd., Cape May, NJ 08204 | $3.75 | 1/31/2030 | 2-5 Years | Ocean State Job Lot of NJ2025, LLC |
| 5249 | 580 North Main St., Barnegat, NJ 08005 | $6.17 | 1/31/2031 | 2-5 Years | Ocean State Job Lot of NJ2025, LLC |
| 1883 | 8015 Oswego Rd., Liverpool, NY | $3.15 | 1/31/2030 | 2-5 Years | Ocean State Job Lot of NY2025, LLC |
| 5205 | 10 Village Plaza, Dansville, NY | $5.75 | 1/31/2030 | 3–5 Years | Ocean State Job Lot of NJ2025, LLC |
| 1956 | 7150 Hamilton Boulevard, Trexlertown, PA 18087 | $4.75 | 1/31/2028 | 2-5 Years | Ocean State Job Lot of Trexlertown, LLC |

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| 1973 | 66 Morrisville Plaza, Suite 5 Morrisville, VT 05661 | $5.50 | 1/31/2030 | 3-5 Years | Ocean State Job Lot of VT2025, LLC |
| 4669 | 116 East Main Street Webster, MA 01570 | $7.00 | 1/31/2028 | 3-5 Years | Ocean State Job Lot of Webster, LLC |
| 5259 | 24 Kent Towne Market, Chester, MD 21619 | $7.25 | 1/31/2028 | 2-5 Years | Ocean State Job Lot of MD2025, LLC |