**EXHIBIT B**

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure | Form of Order |
|---|---|---|---|---|---|---|---|
| 1 | 4765 | 2306 S. Jefferson Ave., Unit 160, Mount Pleasant, TX 75455-6056 | Big Lots Stores, Inc. | Culpepper Realty<br><br>Frank Heifrin<br>fgh@culpepperrealty.com | JP & A Holdings, LLC<br><br>Paul Wilson<br>paul.wilson@ashleynorthtexas.com<br>Russell Norment<br>rnorment@belaw.com | $0.00 | See **Exhibit C** attached. |
| 2 | 5333 | 515 N. Dupont Highway, Dover, DE 19901 | Big Lots Stores, Inc. | TLM Realty Corp<br><br>Andrew Greene<br>agreene@tlmltd.com | Ocean State Job Lot of DE2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $7,723.90 | See **Exhibit D** attached. |
| 3 | 1997 | 900 Norman A. Eskridge Highway, Unit #50 Seaford, DE 19973 | Big Lots Stores, Inc. | Redstone<br><br>Lee Burdman<br>lee@redstoneinvestments.com | Ocean State Job Lot of DE2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.00 | See **Exhibit D** attached. |
| 4 | 1996 | Rte I-83 and 3800 Union Deposit Road, Harrisburg, PA 17109 | Big Lots Stores, Inc. | First National Realty Partners<br><br>Jannelle Taylor<br>jtaylor@fnrpusa.com | Ocean State Job Lot of Harrisburg, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $6,753.28 | See **Exhibit D** attached. |
| 5 | 1958 | 801 E. Pulaski Hwy, Suite 141, Elkton, MD 21921 | Big Lots Stores, Inc. | Allied Retail Properties<br><br>James Oeste<br>joeste@apropinc.com | Ocean State Job Lot of MD2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.33 | See **Exhibit D** attached. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 5439 | 210 Marlboro Ave., Suite 55 Easton, MD 21601 | Big Lots Stores, Inc. | Sperry Van Ness<br><br>Ryan Finnegan<br>ryan.finnegan@svn.com | Ocean State Job Lot of MD2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.00 | See **Exhibit D** attached. |
| 7 | 1528 | 730 Center St., Auburn, ME 04210 | Big Lots Stores, Inc. | EVP Auburn, LLC<br><br>Michael Scanio<br>mscanio@EquityVP.com | Ocean State Job Lot of ME2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $4,481.11 | See **Exhibit D** attached. |
| 8 | 1195 | 257 West New Rd., Somers Point, NJ 08244 | Big Lots Stores, Inc. | Somers Point Builders, Inc.<br><br>Lee Brahin<br>lbrahin@brahin.com | Ocean State Job Lot of NJ2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $9,728.19 | See **Exhibit D** attached. |
| 9 | 1775 | 3845 Bayshore Rd., Cape May, NJ 08204 | Big Lots Stores, Inc. | Pintzuk Brown Organization<br><br>Scott Homel<br>sghomel@aol.com | Ocean State Job Lot of NJ2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $7,581.62 | See **Exhibit D** attached. |
| 10 | 5249 | 580 North Main St., Barnegat, NJ 08005 | Big Lots Stores, Inc. | LEVIN<br><br>Sidney Singer<br>ssinger@levinmgt.com | Ocean State Job Lot of NJ2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.00 | See **Exhibit D** attached. |
| 11 | 1883 | 8015 Oswego Rd., Liverpool, NY | Big Lots Stores, Inc. | Amerco Real Estate Company<br><br>Matthew Braccia<br>matthew_braccia@uhaul.com | Ocean State Job Lot of NY2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com; | $0.00 | See **Exhibit D** attached. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Katie Dalton<br>katie_dalton@uhaul.com | Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | | |
| 12 | 5205 | 10 Village Plaza, Dansville, NY | Big Lots Stores, Inc. | Redstone<br><br>Lee Burdman<br>lee@redstoneinvestments.com<br><br>treardon@ralaw.com | Ocean State Job Lot of NJ2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.00 | See **Exhibit D** attached. |
| 13 | 1956 | 7150 Hamilton Boulevard, Trexlertown, PA 18087 | Big Lots Stores, Inc. | Katz Properties<br><br>Tom Smith<br>tsmith@kprcenters.com | Ocean State Job Lot of Trexlertown, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $13,384.09 | See **Exhibit D** attached. |
| 14 | 1973 | 66 Morrisville Plaza, Suite 5 Morrisville, VT 05661 | Big Lots Stores, Inc. | Savoy Texas, LLC<br><br>Heather Tremblay<br>htremblay@keypointpartners.com<br><br>rlemons@keypointpartners.com | Ocean State Job Lot of VT2025, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $0.00 | See **Exhibit D** attached. |
| 15 | 4669 | 116 East Main Street Webster, MA 01570 | Big Lots Stores – PNS, LLC | Wheeler<br><br>Denbeigh Marchant<br>denbeigh@whlr.us | Ocean State Job Lot of Webster, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $6,771.17 | See **Exhibit D** attached. |
| 16 | 5259 | 24 Kent Towne Market, Chester, MD 21619-2632 | Big Lots Stores, Inc. | Safeway<br><br>Eric Holzer<br>Eric.holzer@albertsons.com | Ocean State Job Lot of Webster, LLC<br><br>Mark O'Connor m.oconnor@osjl.com;<br>John Conforti j.conforti@osjl.com;<br>Tracy Baran t.baran@osjl.com;<br>Evan Portno e.portno@osjl.com;<br>Andrew Sholes agsholes@sholeslaw.com | $6,292.30 | See **Exhibit D** attached. |