## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 18, 2025, I caused a true and correct copy of *Objection of 5 Point Church to Fifth Post-Closing Designation Notice* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the following counsel via electronic mail:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick, Esq.
Adam L. Shpeen , Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

RIEMER & BRAUNSTEIN LLP
Steven Fox, Esq.
Times Square Tower
7 Times Sq, Suite 2506
New York, NY 10036
SFox@riemerlaw.com

COZEN O'CONNOR P.C.
Mark E. Felger, Esq.
Simon E. Frazer, Esq.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
sfraser@cozen.com

Dated: February 18, 2025

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)