**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 18, 2025, a true and correct copy of the foregoing ***Objection of Aston Properties, Inc to Debtors' Proposed Cure Amount and Assumption and Assignment of Leases to Variety Stores*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
Stephen.piraino@davispolk.com
Ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com

csawyer@morrisnichols.com

Steven E. Fox, Esq.
Riemer & Braunstein LLP
Seven Times Square
Suite 2506
New York, NY 10036
sfox@riemerlaw.com

Mark Felger, Esq.
Simon E. Fraser, Esq.
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
sfraser@cozen.com

                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                */s/ Susan E. Kaufman*
                Susan E. Kaufman, (DSB# 3381)
                919 North Market Street, Suite 460
                Wilmington, DE 19801
                (302) 472-7420
                (302) 792-7420 Fax
                skaufman@skaufmanlaw.com

Dated: February 18, 2025