# **EXHIBIT 1**

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount* (as of) |
|---|---|---|---|---|---|
| **Gibraltar Management Co., Inc.** | | | | | |
| GBR Ephrata Limited Liability Company; Ephrata Holdings L.P. | Ephrata Plaza | Ephrata, PA | 5282 | $4,172.00 | $7,328.86 (2/13/2025) |
| GBR Greeneville Limited Liability Company; Greeneville Holdings L.P.; Green Sky LLC | Greeneville | Greeneville, TN | 1235 | $3,020.00 | $3,020.00 (2/13/2025) |
| GBR Morelock Limited Liability Company; Morristown Holdings L.P.; WLR Morristown, LLC | Morristown | Morristown, TN | 1052 | $20,145.00 | $20,145.00 (2/13/2025) |
| **National Realty & Development Corp.** | | | | | |
| GBR West Main Limited Liability Company; WLR Waynesboro LLC | Waynesboro Plaza | Waynesboro, VA | 5339 | $4,588.00 | $4,588.12 (2/14/2025) |
| **Gator Development Corp.** | | | | | |
| Gator Waccamaw Shopping Center, Ltd. | Waccamaw Square | Conway, SC | 1781 | $4,956.00 | $4,956.00 (2/14/2025) |

*Exclusive of attorneys' fees, Accrued but Unbilled or Not Yet Due Rent and Charges, and Indemnity Obligations.