## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, Esquire, hereby certify that on this 18th day of February 2025, I caused a true and correct copy of the foregoing to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: February 18, 2025

*/s/ Laurel D. Roglen*
Laurel D. Roglen
BALLARD SPAHR LLP