# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 511, 821 & 1385 |

## LANDLORD'S SECOND SUPPLEMENTAL LIMITED
## OBJECTION TO CURE NOTICE AND RESERVATION OF RIGHTS

BVB-NC, LLC (the "Landlord") hereby files its Second Supplemental Limited Objection to Cure Notice and Reservation of Rights (the "Supplemental Limited Objection") with respect to the *Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount* [D.I. 511] (the "Cure Notice") and supplements and amends the *Landlord's Limited Objection to Cure Note and Reservation of Rights* [D.I. 821] and the *Landlord's Supplemental Limited Objection to Cure Notice and Reservation of Rights* [D.I. 1385]. In support thereof, Landlord respectfully states as follows:

1. On November 3, 2024, Landlord filed its initial *Limited Objection to Cure and Reservation of Rights* [D.I. 821].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

1

2.	On December 18, 2024, Landlord filed its *Supplemental Limited Objection to Cure Notice and Reservation of Rights* [D.I. 1385] (the "Limited Objection")[2].

3.	In its Limited Objection, the Landlord listed the Cure Amount as $29,327.41.

4.	The Landlord now supplements its Objections to change the Cure Amounts as of December 31, 2024 to $51,407.72 (the "Revised Cure Amount"). The basis for the Revised Cure Amount is set forth in the supporting Supplemental Affidavit attached hereto as **Exhibit A**.

5.	The Landlord further objects to the proposed cure amount because it does not include attorneys' fees, which the Landlord is entitled to under the Lease. See Lease at p. 40, ¶ 25. Therefore, attorneys' fees must be included as part of the Landlord's cure amount as pecuniary losses suffered as a result of the Debtors' defaults, under Section 365(b)(1)(B). See *In re Crown Books Corp.*, 269 B.R. 12, 18 (Bankr. D. Del. 2001). Attorneys' fees have been accruing and will continue to increase through any assumption and assignment of the Lease. These amounts must be paid as part of any cure.

6.	The remaining Objections are incorporated/not modified and Landlord reserves all rights.

7.	Additional amounts continue to accrue, and Landlord reserves the right to supplement this objection.

Dated:	February 18, 2025
	Wilmington, Delaware

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Limited Objection.

(Phone) 302.650.7540
E-Mail: scott.leonhardt@esbrook.com

and

HUTCHENS LAW FIRM, LLP
William Walt Pettit (NC 9407)
6230 Fairview Road, Suite 315
Charlotte, NC 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

*Counsel for the Landlord*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, hereby certify that on 18th day of February, 2025, I caused a copy of *Landlord's Second Supplemental Limited Objection to Cure Notice and Reservation of Rights* to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email.

| Counsel to the Debtors ||
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Ethan Stern, Esq<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Brian.resnick@davispolk.com<br>Adam.shpeen@davispolk.com<br>Stephen.piraino@davispolk.com<br>Jonah.peppiatt@davispolk.com<br>Ethan.stern@davispolk.com<br>Notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Sophie Rogers Churchill (No. 6905)<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 n. Market Street, 16th Floor, Wilmington, DE 19801<br>Rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com.<br>Biglots.mnat@morrisnichols.com |
| Counsel to ABL Agent ||
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>CHOATE, HALL & Stewart, LLP | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800 |

| | |
|---|---|
| Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Wilmington, DE 19801<br>Regina.kelbon@blankrome.com<br>Stanley.tarr@blankrome.com |
| Counsel to the Term Agent ||
| Chad B. Simon<br>James V. Drew<br>Sarah L. Hautzinger<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| Counsel to the Committee ||
| Darren Azman<br>Kristin G. Going<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to the Stalking Horse Bidder ||
| Christopher Marcus<br>Douglas A. Ryder<br>Nicholas M. Adzima<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | |
| U.S. Trustee ||
| Linda J. Casey<br>U.S. Trustee<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | |

**ESBROOK P.C.**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone: (302)-650-7540
Email: scott.leonhardt@esbrook.com

-and-

**HUTCHENS LAW FIRM LLP**
William Walt Pettit (NC 9407)
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

*Counsel for the Landlord*