**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, hereby certify that on 18th day of February, 2025, I caused a copy of *Landlord's Limited Objection by BVB-NC, LLC to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email.

| Counsel to the Debtors ||
|---|---|
| Brian M. Resnick, Esq.<br>Adam L. Shpeen, Esq.<br>Stephen D. Piraino, Esq.<br>Jonah A. Peppiatt, Esq.<br>Ethan Stern, Esq<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Brian.resnick@davispolk.com<br>Adam.shpeen@davispolk.com<br>Stephen.piraino@davispolk.com<br>Jonah.peppiatt@davispolk.com<br>Ethan.stern@davispolk.com<br>Notice.biglots@davispolk.com | Robert J. Dehney, Sr., Esq<br>Andrew R. Remming, Esq.<br>Daniel B. Butz, Esq.<br>Tamara K. Mann, Esq.<br>Casey B. Sawyer, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 n. Market Street, 16th Floor,<br>Wilmington, DE 19801<br>Rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com.<br>Biglots.mnat@morrisnichols.com |
| Counsel to ABL Agent ||
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>CHOATE, HALL & Stewart, LLP | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800 |

8

| | |
|---|---|
| Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Wilmington, DE 19801<br>Regina.kelbon@blankrome.com<br>Stanley.tarr@blankrome.com |
| Counsel to the Term Agent ||
| Chad B. Simon<br>James V. Drew<br>Sarah L. Hautzinger<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |
| Counsel to the Committee ||
| Darren Azman<br>Kristin G. Going<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to the Stalking Horse Bidder ||
| Christopher Marcus<br>Douglas A. Ryder<br>Nicholas M. Adzima<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>cmarcus@kirkland.com<br>douglas.ryder@kirkland.com<br>nicholas.adzima@kirkland.com | |
| U.S. Trustee ||
| Linda J. Casey<br>U.S. Trustee<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801l<br>linda.casey@usdoj.gov | |

9

**ESBROOK P.C.**
/s/ *Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone: (302)-650-7540
Email: scott.leonhardt@esbrook.com

-and-

**HUTCHENS LAW FIRM LLP**
William Walt Pettit (NC 9407)
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

*Counsel for the Landlord*