# **EXHIBIT A**

# Vitelli Foods LLC
21-00 Route 208 South
Suite 100
Fair Lawn, NJ 07410



# Invoice

| Date | Invoice # |
|---|---|
| 10/9/2024 | 74016 |

| Bill To |
|---|
| CLOSEOUT DISTRIBUTION INC<br>4900 E DUBLIN GRANVILLE RD<br>COLUMBUS, OH. 13081-7651 |

| Ship To |
|---|
| BIG LOTS - TREMONT DC #0874<br>CLOSEOUT DISTRIBUTION<br>50 RAUSCH CREEK ROAD<br>TREMONT, PA 17981 |

| FOB | S.O. No. | P.O. No. | Terms | Salesperson |
|---|---|---|---|---|
|  | 820146 | 95608442 | Net 45 | BCGL |

| Item | Description | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|
| 00001 | Vitelli Angel Hair 20/1 Lb. | 168 | cs | 15.60 | 2,620.80 |
| 00002 | Vitelli Ziti 20/1 lb. | 40 | cs | 15.60 | 624.00 |
| 00008 | Vitelli Spaghetti 20/1 lb | 168 | cs | 15.60 | 2,620.80 |
| 00009 | Vitelli Thin Spaghetti 20/1 lb | 252 | cs | 15.60 | 3,931.20 |
| 00017 | Vitelli Linguine 20/1 lb. | 168 | cs | 15.60 | 2,620.80 |
| 00022 | Vitelli Shells 20/1 lb. | 280 | cs | 15.60 | 4,368.00 |
| 00027 | Vitelli Rigatoni 20/1 lb. | 200 | cs | 15.60 | 3,120.00 |
| 00035 | Vitelli Elbows 20/1 lb. | 180 | cs | 15.60 | 2,808.00 |
| 00086 | Vitelli Penne Rigate 20/1 lb. | 160 | cs | 15.60 | 2,496.00 |
| 00124 | Vitelli Rotini 20/1 lb. | 200 | cs | 15.60 | 3,120.00 |

**Total** $28,329.60

| Phone # | Fax # | Email |
|---|---|---|
| 2014753599 | 201-475-3598 | lydiac@vitellifoods.com |

# Vitelli Foods LLC
21-00 Route 208 South
Suite 100
Fair Lawn, NJ 07410



# Invoice

| Date | Invoice # |
|---|---|
| 10/17/2024 | 74049 |

| Bill To |
|---|
| CLOSEOUT DISTRIBUTION INC<br>4900 E DUBLIN GRANVILLE RD<br>COLUMBUS, OH. 13081-7651 |

| Ship To |
|---|
| BIG LOTS - DURANT DC # 0879<br>DURANT DC<br>2306 ENTERPRISE DRIVE<br>DURANT, OK 74701 |

| FOB | S.O. No. | P.O. No. | Terms | Salesperson |
|---|---|---|---|---|
|  | 820149 | 95608717 | Net 45 | BCGL |

| Item | Description | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|
| 00001 | Vitelli Angel Hair 20/1 Lb. | 84 | cs | 15.60 | 1,310.40 |
| 00008 | Vitelli Spaghetti 20/1 lb | 84 | cs | 15.60 | 1,310.40 |
| 00009 | Vitelli Thin Spaghetti 20/1 lb | 84 | cs | 15.60 | 1,310.40 |
| 00017 | Vitelli Linguine 20/1 lb. | 84 | cs | 15.60 | 1,310.40 |
| 00022 | Vitelli Shells 20/1 lb. | 120 | cs | 15.60 | 1,872.00 |
| 00027 | Vitelli Rigatoni 20/1 lb. | 80 | cs | 15.60 | 1,248.00 |
| 00035 | Vitelli Elbows 20/1 lb. | 60 | cs | 15.60 | 936.00 |
| 00086 | Vitelli Penne Rigate 20/1 lb. | 80 | cs | 15.60 | 1,248.00 |
| 00124 | Vitelli Rotini 20/1 lb. | 80 | cs | 15.60 | 1,248.00 |

**Total** $11,793.60

| Phone # | Fax # | Email |
|---|---|---|
| 2014753599 | 201-475-3598 | lydiac@vitellifoods.com |

# Vitelli Foods LLC

21-00 Route 208 South
Suite 100
Fair Lawn, NJ 07410



# Invoice

| Date | Invoice # |
|---|---|
| 10/17/2024 | 74050 |

| Bill To | Ship To |
|---|---|
| CLOSEOUT DISTRIBUTION INC<br>4900 E DUBLIN GRANVILLE RD<br>COLUMBUS, OH. 13081-7651 | BIG LOTS - DURANT DC # 0879<br>DURANT DC<br>2306 ENTERPRISE DRIVE<br>DURANT, OK 74701 |

| FOB | S.O. No. | P.O. No. | Terms | Salesperson |
|---|---|---|---|---|
|  | 820150 | 95569951 | Net 45 | BCGL |

| Item | Description | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|
| 00001 | Vitelli Angel Hair 20/1 Lb. | 84 | cs | 15.60 | 1,310.40 |
| 00008 | Vitelli Spaghetti 20/1 lb | 84 | cs | 15.60 | 1,310.40 |
| 00009 | Vitelli Thin Spaghetti 20/1 lb | 168 | cs | 15.60 | 2,620.80 |
| 00017 | Vitelli Linguine 20/1 lb. | 84 | cs | 15.60 | 1,310.40 |
| 00022 | Vitelli Shells 20/1 lb. | 120 | cs | 15.60 | 1,872.00 |
| 00027 | Vitelli Rigatoni 20/1 lb. | 80 | cs | 15.60 | 1,248.00 |
| 00035 | Vitelli Elbows 20/1 lb. | 60 | cs | 15.60 | 936.00 |
| 00086 | Vitelli Penne Rigate 20/1 lb. | 40 | cs | 15.60 | 624.00 |
| 00124 | Vitelli Rotini 20/1 lb. | 80 | cs | 15.60 | 1,248.00 |

**Total** $12,480.00

| Phone # | Fax # | Email |
|---|---|---|
| 2014753599 | 201-475-3598 | lydiac@vitellifoods.com |