**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No.** |

**ORDER GRANTING MOTION OF VITELLI FOODS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)**

Upon the *Motion of Vitelli Foods, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C §503(b)(1)(A)* (the "Motion"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberations and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Vitelli Foods, LLC shall have and is hereby granted an allowed administrative expense claim against the Debtors for post-petition goods provided in the amount of $52,603.20.

3. The Debtors are directed to pay the allowed administrative claim of Vitelli Foods, LLC in the total amount of $52,603.20 within seven (7) days of the entry of this Order.

4. Nothing in this Order shall prejudice the rights of Vitelli Foods, LLC to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.