**Exhibit C**
**(Supporting Documents for Cure Amount)**

{00040746. }



# IRELAND COMPANIES

February 17, 2025                          <u>Via FedEx</u>

Accounts Payable
**Big Lots Stores, Inc.**
4900 E. Dublin Granville Road
Columbus, Ohio 43081-7651

RE:     **Store # 5352**
          **Real Estate Tax & Insurance Reconciliation for 2024**

To Whom It May Concern:

Enclosed you will find a copy of the 2024 Real Estate and Insurance bills. The following calculation is the 2024 reconciliation amount due based on your prorata share:

| | |
|---|---|
| 2024 Real Estate Tax Amount: | $55,119.44 ($0.40/SF) |
| Tenant's Prorata: | 0.293877 |
| Tenant's Prorata Share of Real Estate Tax for 2024: | $16,198.33 |
| Tenant's Prorata Share of $0.19/SF | <u>$7,655.48</u> |
| Difference of Real Estate Tax: | $8,542.85 |
| Amount Paid by Tenant in 2024: | ($0.00) |
| 2024 Real Estate Tax Due: | $8,542.85 |
| | |
| 2024 Insurance Amount: | $174,123.35 ($1.27/SF) |
| Tenant's Prorata Share: | 0.293877 |
| Tenant's Prorata Share of Insurance for 2024: | $51,170.85 |
| Tenant's Prorata Share of $0.40/SF | <u>$16,116.80</u> |
| Difference of Insurance: | $35,054.05 |
| Amount Paid by Tenant in 2024: | ($0.00) |
| 2024 Total Insurance Due: | $35,054.05 |

**Total RE Tax and Insurance for 2024:<u>$43,596.90</u>**

All amounts are due upon receipt. Please make your check payable to **<u>IRELAND LAWRENCE, LTD.</u>**, and send it to c/o Ireland Companies, 85 Weston Road, Suite 101, Weston, Florida 33326.

If you have any questions, please feel free to contact me at (305) 891-6806 ext. 301 or via email at rita@irelandco.com.

Very truly yours,

**IRELAND LAWRENCE, LTD.**



Rita Elek



**Tresa Baker, CPA**
**LAWRENCE COUNTY TREASURER**
111 South 4th St.
Ironton, Ohio 45638

REAL ESTATE TAX BILL **SECOND HALF 2023**

IRELAMD LAWRENCE, LTD C/O MARIELA V ALMANZA
85 WESTON RD
WESTON FL 33326

06-100-9900.000

**DATE DUE**
7/26/2024

**Full Year Amount Due**
$0.00

**Parcel Location**
367 CO RD 406

**Taxing District**
06 - FAYETTE TWP-DELTA S.D.

**Owner Name**
IRELAND LAWRENCE LTD A FLORIDA LIMITED PARTNERSHIP

**Legal Description**
KMART SHOPPING CENTER LESS .79,.59 BAL 13.66AC

| FULL TAX RATE | REDUCTION FACTOR | EFFECTIVE TAX RATE | ACRES | CLASS |
|---|---|---|---|---|
| 36.25 | 0.096409 | 32.755187 | 13.6600 | 426 |

### Tax Bill Calculation

| | |
|---|---|
| Gross Full Year Tax | $60,980.48 |
| Tax Reduction | -$5,879.04 |
| Non-Business Credit | $0.00 |
| Owner Occupancy Credit | $0.00 |
| Homestead Reduction | $0.00 |
| Net Full Year Tax | $55,101.44 |
| Net Half Year Tax | $55,101.44 |
| Special Assessment | $18.00 |
| Delinquent Assessment | $0.00 |
| Assessment Penalty | $0.00 |
| Delinquent Real Estate | $0.00 |
| Real Estate Penalty | $0.00 |
| Contract Amount | |
| CAUV Recoupment | $0.00 |
| Payment/Escrow | -$55,119.44 |
| Total Tax Due | $0.00 |

### Tax Distribution

**100% Appraised Value**
| | |
|---|---|
| LAND | $3,266,400.00 |
| BUILDING | $1,539,940.00 |
| TOTAL | $4,806,340.00 |

**35% Taxable Value**
| | |
|---|---|
| LAND | $1,143,240.00 |
| BUILDING | $538,980.00 |
| TOTAL | $1,682,220.00 |

**CAUV Savings**

**CAUV Value**
$0.00

**Homestead Reduction Value**
$0.00

---

*Your Cancelled Check Is A Valid Receipt*



**Tresa Baker, CPA**
**LAWRENCE COUNTY TREASURER**
Return This Portion With Your Payment
REAL ESTATE TAX BILL **SECOND HALF 2023**

**Parcel Number**
06-100-9900.000

**DUE DATE (Pay by to avoid 10% Penalty)**
7/26/2024

**Owner Name**
IRELAND LAWRENCE LTD A FLORIDA LIMITED PARTNERSHIP

**Mail Address**
85 WESTON RD
WESTON FL 33326

**Parcel Location**
367 CO RD 406

**Full Year Amount Due**
$0.00

**Send Payment To:** Tresa Baker, CPA,
LAWRENCE COUNTY TREASURER,
111 South 4th St., Ironton, Ohio 45638

CASH ☐   CHECK ☐   M.O. ☐   C.C. ☐   A.C.H. ☐   ONLINE ☐

**NOTICE:** You may pay your taxes online at https://lawrencecountytreasurer.org



# INVOICE

**Tanenbaum Harber Of Florida**
*2900 SW 149th Ave, Suite 100*
*Miramar, FL   33027*
*954-883-2900*
*954-517-7400*

INVOICE # 126231
DATE: 1/1/24

POLICY # MGL0199099

TO   Insured: Ireland Lawrence, Ltd.
         85 Weston Road, Suite 101
         Weston, FL  33326
     Customer ID: 870664

| EFFECTIVE DATE | TYPE OF POLICY | DESCRIPTION | ANNUAL PREMIUM |
|---|---|---|---|
| 1/1/2024 – 12/31/2024 | | Coverage: Property & General Liability<br><br>Location: 367 County Road 406<br>          South Point, OH  45680 | $174,123.35 |

Make all checks payable to Tanenbaum Harber Of Florida

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 772103071768 | Feb 17, 2025 | 33.17 USD |

**From address**

Corporate Office
Ireland Companies
85 Weston Road
Suite 101
33326 FL WESTON
US
Phone: 3058916806

**To address**

Accounts Payable
Big Lots Stores, Inc.
4900 E. Dublin Granville Road
430817651 OH COLUMBUS
US
Phone: 3058916806
Phone extension: 301

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.10 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Priority Overnight | I have already scheduled a pickup at my location |

## Billing information

| Bill transportation cost to: | ******520 | P.O. No.: | |
|---|---|---|---|
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | LAW | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.