# EXHIBIT A

CONAGRA FOODS SALES, LLC.
Eleven Conagra Drive
Omaha NE 68102




INVOICE

**Invoice Number: 9034760379**
Invoice Date: 11/30/24
Order Date: 11/12/24
Customer Service:800-252-0610
**Discount Due Date: 12/10/24**

# COPY

**Disclaimer: This is a copy of an invoice you received from Conagra Brands. Information may appear differently from what you have received based on the method of transmission (print,EDI,Fax, etc.)**

**Bill To: 30007812**
Big Lots Dept 922 - DIP
Phillipi Rd,
Columbus OH 43228

**Ship To: 20047144**
DURANT DC - #0879
2306 ENTERPRISE DR
Durant OK 74701-1964

**Remit To:**
CONAGRA FOODS SALES, LLC.
12132 Collections Center Drive
Chicago IL 60693

| Container ID |
|---|
| 531531 LIVE |

| P.O. Number | Sales Rep | Shipment | Shipped From | Shipped Date |
|---|---|---|---|---|
| 0095670613 | 19743 | 703401623N | 3881 ST ELMO IMC CONAGRA BRANDS, INC. | 11/30/24 |

| QTY Ordered | QTY Shipped | Product Code/ UPC | Description | Seller Code | QTY Billed | Unit Price | Extended Amount | Extended Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1,728.000 EA | 1,728.000 EA | 2700041902 | SP PDNG TAP 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419021 | CUST. PROD. NO. 110011811 | | | | | |
| 2,304.000 EA | 2,304.000 EA | 3900060020 | LIB CTRY SAUSAGE GRVY 12/15Z | 10 | 2,304.000 EA | 1.40 | 3,225.60 | 3,225.60 |
| | | 39000600200 | CUST. PROD. NO. 110022136 | | | | | |
| 960.000 EA | 960.000 EA | 5410000265 | VL KSHR DILL SPRS 6/24FOZ | 10 | 960.000 EA | 2.79 | 2,678.40 | 2,678.40 |
| | | 54100000606 | CUST. PROD. NO. 110030691 | | | | | |
| 1,560.000 EA | 1,560.000 EA | 6414403021 | PAM VEG CS 12/6Z | 10 | 1,560.000 EA | 3.97 | 6,193.20 | 6,193.20 |
| | | 64144030217 | CUST. PROD. NO. 110057307 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041900 | SP PDNG CHOC 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419007 | CUST. PROD. NO. 110129002 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041901 | SP PDNG VAN 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419014 | CUST. PROD. NO. 110129003 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041903 | SP PDNG BTSCH 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419038 | CUST. PROD. NO. 110129004 | | | | | |
| 1,440.000 EA | 1,440.000 EA | 4420979129 | MBW ORIG SYRP 12/24FOZ | 10 | 1,440.000 EA | 3.35 | 4,824.00 | 4,824.00 |
| | | 644209791293 | CUST. PROD. NO. 110130277 | | | | | |
| 1,890.000 EA | 1,890.000 EA | 7615023252 | A2 6/6CT 16.50Z BLVR MB | 10 | 1,890.000 EA | 2.99 | 5,651.10 | 5,651.10 |
| | | 76150232523 | CUST. PROD. NO. 110148325 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041920 | SP GEL SF CHERRY 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419205 | CUST. PROD. NO. 110152736 | | | | | |
| 864.000 EA | 864.000 EA | 2700041911 | SP HNT PDG TPLS CHC VAN MB | 10 | 864.000 EA | 1.25 | 1,080.00 | 1,080.00 |
| | | 27000419113 | CUST. PROD. NO. 110153445 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041909 | SP HNT PDG BNAN CRM PIE MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |

Case 24-11967-JKS Doc 2006-1 Filed 02/18/25 Page 2 of 5

The "Seller Code" referenced for each item corresponds with the specific seller of the item so listed. A legend of the Seller Code(s) is as follows: 10 - CONAGRA FOODS SALES, LLC.

| Total Qty Shipped by UOM | Total Qty Billed by UOM | Payment Terms | Discount Base Amount | Discount Amount | Discounted Total | If Payment Received By |
|---|---|---|---|---|---|---|
| **32,062.000** | **32,062.000** | **1% 10 Days, Net 11 Days** | 74,827.22 | 748.27- | 74,078.95 | 12/10/24 |

| Carrier / Mode: | Shipping Terms | Total Gross Weight | Total Net Weight |
|---|---|---|---|
| FLS TRANSPORTATION SERVICES USA INC / Motor | FOB Dest, Frt Prepaid | 39,219.9140 LB | 34,169.6500 LB |

| Total Extended Amount | Total Allowances | Total Freight | Total Amount Due |
|---|---|---|---|
| $ 74,827.22 | $ 0.00 | $ 0.00 | **$ 74,827.22** |

THANK YOU FOR YOUR ORDER!

Printed: 12/01/24

**Copy**

**THE TERMS AND CONDITIONS APPEARING ON THE REVERSE SIDE OF THIS INVOICE ARE INCORPORATED HEREIN BY THIS REFERENCE.**

CONAGRA FOODS SALES, LLC.
Eleven Conagra Drive
Omaha NE 68102




**INVOICE**



**Invoice Number: 9034760379**
Invoice Date: 11/30/24
Order Date: 11/12/24
Customer Service: 800-252-0610
**Discount Due Date: 12/10/24**

# COPY

**Disclaimer: This is a copy of an invoice you received from Conagra Brands. Information may appear differently from what you have received based on the method of transmission (print,EDI,Fax, etc.)**

**Bill To: 30007812**
Big Lots Dept 922 - DIP
Phillipi Rd,
Columbus OH 43228

**Ship To: 20047144**
DURANT DC - #0879
2306 ENTERPRISE DR
Durant OK 74701-1964

**Remit To:**
CONAGRA FOODS SALES, LLC.
12132 Collections Center Drive
Chicago IL 60693

| Container ID |
|---|
| 531531 LIVE |

| P.O. Number | Sales Rep | Shipment | Shipped From | Shipped Date |
|---|---|---|---|---|
| 0095670613 | 19743 | 703401623N | 3881 ST ELMO IMC CONAGRA BRANDS, INC. | 11/30/24 |

| QTY Ordered | QTY Shipped | Product Code/ UPC | Description | Seller Code | QTY Billed | Unit Price | Extended Amount | Extended Net Amount |
|---|---|---|---|---|---|---|---|---|
| | | 27000419090 | CUST. PROD. NO. 110153809 | | | | | |
| 864.000 EA | 864.000 EA | 2700041926 | SP HNT PDG CHC VAN FMLY PK MB | 10 | 864.000 EA | 3.09 | 2,669.76 | 2,669.76 |
| | | 27000419267 | CUST. PROD. NO. 110153910 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041919 | SP GEL SF STRW/ORG 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419199 | CUST. PROD. NO. 110154355 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041904 | SP HNT PDG SF CHC MB 12/4/3.25Z | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419045 | CUST. PROD. NO. 810192521 | | | | | |
| 1,260.000 EA | 1,260.000 EA | 2700062317 | OR MINI MTB 6/12/17.98Z, MB | 10 | 1,260.000 EA | 5.19 | 6,539.40 | 6,539.40 |
| | | 27000623176 | CUST. PROD. NO. 810213006 | | | | | |
| 1,960.000 EA | 1,960.000 EA | 7615023277 | A2 BTR LVR 4/12/33.016Z MB | 10 | 1,960.000 EA | 5.48 | 10,740.80 | 10,740.80 |
| | | 76150232301 | CUST. PROD. NO. 810213520 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041922 | SP GEL STRW 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419229 | CUST. PROD. NO. 810244336 | | | | | |
| 1,248.000 EA | 1,248.000 EA | 6414404850 | PAM CS OLV OIL 12/7Z | 10 | 1,248.000 EA | 5.58 | 6,963.84 | 6,963.84 |
| | | 64144048502 | CUST. PROD. NO. 810308894 | | | | | |
| 1,296.000 EA | 1,296.000 EA | 2700038143 | HNT KET CONVNTL 12/20Z | 10 | 1,296.000 EA | 1.66 | 2,151.36 | 2,151.36 |
| | | 27000381434 | CUST. PROD. NO. 810444403 | | | | | |
| 864.000 EA | 864.000 EA | 2700042073 | SP GEL BRY BLUE/STRAW FMLY PK | 10 | 864.000 EA | 3.09 | 2,669.76 | 2,669.76 |
| | | 27000420737 | CUST. PROD. NO. 810460517 | | | | | |

The "Seller Code" referenced for each item corresponds with the specific seller of the item so listed. A legend of the Seller Code(s) is as follows: 10 - CONAGRA FOODS SALES, LLC.

| Total Qty Shipped by UOM | Total Qty Billed by UOM | Payment Terms | Discount Base Amount | Discount Amount |
|---|---|---|---|---|
| **32,062.000** | **32,062.000** | **1% 10 Days, Net 11 Days** | 74,827.22 | 748.27- |

| Discounted Total | If Payment Received By |
|---|---|
| 74,078.95 | 12/10/24 |

| Carrier / Mode: | Shipping Terms | Total Gross Weight | Total Net Weight |
|---|---|---|---|
| FLS TRANSPORTATION SERVICES USA INC / Motor | FOB Dest, Frt Prepaid | 39,219.9140 LB | 34,169.6500 LB |

| Total Extended Amount | Total Allowances | Total Freight | Total Amount Due |
|---|---|---|---|
| $ 74,827.22 | $ 0.00 | $ 0.00 | **$ 74,827.22** |

THANK YOU FOR YOUR ORDER!

Printed: 12/01/24

**Copy**

**THE TERMS AND CONDITIONS APPEARING ON THE REVERSE SIDE OF THIS INVOICE ARE INCORPORATED HEREIN BY THIS REFERENCE.**

CONAGRA FOODS SALES, LLC.
Eleven Conagra Drive
Omaha NE 68102




# INVOICE

**Invoice Number: 9034764804**
Invoice Date: 12/01/24
Order Date: 11/12/24
Customer Service:800-252-0610
**Discount Due Date: 12/11/24**

**COPY**

**Disclaimer: This is a copy of an invoice you received from Conagra Brands. Information may appear differently from what you have received based on the method of transmission (print,EDI,Fax, etc.)**

**Bill To: 30007812**
Big Lots Dept 922 - DIP
Phillipi Rd,
Columbus OH 43228

**Ship To: 20047147**
MONTGOMERY DC - #0870
2855 SELMA HWY
Montgomery AL 36108

**Remit To:**
CONAGRA FOODS SALES, LLC.
12132 Collections Center Drive
Chicago IL 60693

| Container ID |
|---|
| 160246 |

| P.O. Number | Sales Rep | Shipment | Shipped From | Shipped Date |
|---|---|---|---|---|
| 0095670614 | 19743 | 703403095N | 5710 NEWCOLD ATLANTA DRY CONAGRA | 12/01/24 |

| QTY Ordered | QTY Shipped | Product Code/ UPC | Description | Seller Code | QTY Billed | Unit Price | Extended Amount | Extended Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1,728.000 EA | 1,728.000 EA | 2700041902 | SP PDNG TAP 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419021 | CUST. PROD. NO. 110011811 | | | | | |
| 2,304.000 EA | 2,304.000 EA | 3900060020 | LIB CTRY SAUSAGE GRVY 12/15Z | 10 | 2,304.000 EA | 1.40 | 3,225.60 | 3,225.60 |
| | | 39000600200 | CUST. PROD. NO. 110022136 | | | | | |
| 960.000 EA | 960.000 EA | 5410000265 | VL KSHR DILL SPRS 6/24FOZ | 10 | 960.000 EA | 2.79 | 2,678.40 | 2,678.40 |
| | | 54100000606 | CUST. PROD. NO. 110030691 | | | | | |
| 1,560.000 EA | 1,560.000 EA | 6414403021 | PAM VEG CS 12/6Z | 10 | 1,560.000 EA | 3.97 | 6,193.20 | 6,193.20 |
| | | 64144030217 | CUST. PROD. NO. 110057307 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041900 | SP PDNG CHOC 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419007 | CUST. PROD. NO. 110129002 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041901 | SP PDNG VAN 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419014 | CUST. PROD. NO. 110129003 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041903 | SP PDNG BTSCH 12/4/3.25 OZ MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419038 | CUST. PROD. NO. 110129004 | | | | | |
| 720.000 EA | 720.000 EA | 4420979129 | MBW ORIG SYRP 12/24FOZ | 10 | 720.000 EA | 3.35 | 2,412.00 | 2,412.00 |
| | | 644209791293 | CUST. PROD. NO. 110130277 | | | | | |
| 1,260.000 EA | 1,260.000 EA | 7615023252 | A2 6/6CT 16.50Z BLVR MB | 10 | 1,260.000 EA | 2.99 | 3,767.40 | 3,767.40 |
| | | 76150232523 | CUST. PROD. NO. 110148325 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041920 | SP GEL SF CHERRY 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419205 | CUST. PROD. NO. 110152736 | | | | | |
| 864.000 EA | 864.000 EA | 2700041911 | SP HNT PDG TPLS CHC VAN MB | 10 | 864.000 EA | 1.25 | 1,080.00 | 1,080.00 |
| | | 27000419113 | CUST. PROD. NO. 110153445 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041909 | SP HNT PDG BNAN CRM PIE MB | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |



The "Seller Code" referenced for each item corresponds with the specific seller of the item so listed. A legend of the Seller Code(s) is as follows: 10 - CONAGRA FOODS SALES, LLC.

| Total Qty Shipped by UOM | Total Qty Billed by UOM | Payment Terms | Discount Base Amount | Discount Amount |
|---|---|---|---|---|
| **31,288.000** | **31,288.000** | **1% 10 Days, Net 11 Days** | 72,067.76 | 720.68- |

| Discounted Total | If Payment Received By |
|---|---|
| 71,347.08 | 12/11/24 |

| Carrier / Mode: | Shipping Terms | Total Gross Weight | Total Net Weight |
|---|---|---|---|
| SWIFT TRANSPORTATION SERVICES LLC T / Motor | FOB Dest, Frt Prepaid | 37,623.4160 LB | 32,705.9600 LB |

| Total Extended Amount | Total Allowances | Total Freight | Total Amount Due |
|---|---|---|---|
| $ 72,067.76 | $ 0.00 | $ 0.00 | **$ 72,067.76** |

THANK YOU FOR YOUR ORDER!

Printed: 12/02/24

**Copy**

**THE TERMS AND CONDITIONS APPEARING ON THE REVERSE SIDE OF THIS INVOICE ARE INCORPORATED HEREIN BY THIS REFERENCE.**

CONAGRA FOODS SALES, LLC.
Eleven Conagra Drive
Omaha NE 68102




# INVOICE

**Invoice Number: 9034764804**
Invoice Date: 12/01/24
Order Date: 11/12/24
Customer Service: 800-252-0610
**Discount Due Date: 12/11/24**

**COPY**

**Disclaimer: This is a copy of an invoice you received from Conagra Brands. Information may appear differently from what you have received based on the method of transmission (print,EDI,Fax, etc.)**

**Bill To: 30007812**
Big Lots Dept 922 - DIP
Phillipi Rd,
Columbus OH 43228

**Ship To: 20047147**
MONTGOMERY DC - #0870
2855 SELMA HWY
Montgomery AL 36108

**Remit To:**
CONAGRA FOODS SALES, LLC.
12132 Collections Center Drive
Chicago IL 60693

| Container ID |
| --- |
| 160246 |

| P.O. Number | Sales Rep | Shipment | Shipped From | Shipped Date |
| --- | --- | --- | --- | --- |
| 0095670614 | 19743 | 703403095N | 5710 NEWCOLD ATLANTA DRY CONAGRA | 12/01/24 |

| QTY Ordered | QTY Shipped | Product Code/ UPC | Description | Seller Code | QTY Billed | Unit Price | Extended Amount | Extended Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 27000419090 | CUST. PROD. NO. 110153809 | | | | | |
| 1,152.000 EA | 1,152.000 EA | 2700041926 | SP HNT PDG CHC VAN FMLY PK MB | 10 | 1,152.000 EA | 3.09 | 3,559.68 | 3,559.68 |
| | | 27000419267 | CUST. PROD. NO. 110153910 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041919 | SP GEL SF STRW/ORG 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419199 | CUST. PROD. NO. 110154355 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041904 | SP HNT PDG SF CHC MB 12/4/3.25Z | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419045 | CUST. PROD. NO. 810192521 | | | | | |
| 2,100.000 EA | 2,100.000 EA | 2700062317 | OR MINI MTB 6/12/17.98Z, MB | 10 | 2,100.000 EA | 5.19 | 10,899.00 | 10,899.00 |
| | | 27000623176 | CUST. PROD. NO. 810213006 | | | | | |
| 1,680.000 EA | 1,120.000 EA | 7615023277 | A2 BTR LVR 4/12/33.016Z MB | 10 | 1,120.000 EA | 5.48 | 6,137.60 | 6,137.60 |
| | | 76150232301 | CUST. PROD. NO. 810213520 | | | | | |
| 1,728.000 EA | 1,728.000 EA | 2700041922 | SP GEL STRW 12/4/3.25 OZ | 10 | 1,728.000 EA | 1.25 | 2,160.00 | 2,160.00 |
| | | 27000419229 | CUST. PROD. NO. 810244336 | | | | | |
| 1,248.000 EA | 1,248.000 EA | 6414404850 | PAM CS OLV OIL 12/7Z | 10 | 1,248.000 EA | 5.58 | 6,963.84 | 6,963.84 |
| | | 64144048502 | CUST. PROD. NO. 810308894 | | | | | |
| 1,296.000 EA | 1,296.000 EA | 2700038143 | HNT KET CONVNTL 12/20Z | 10 | 1,296.000 EA | 1.66 | 2,151.36 | 2,151.36 |
| | | 27000381434 | CUST. PROD. NO. 810444403 | | | | | |
| 1,152.000 EA | 1,152.000 EA | 2700042073 | SP GEL BRY BLUE/STRAW FMLY PK | 10 | 1,152.000 EA | 3.09 | 3,559.68 | 3,559.68 |
| | | 27000420737 | CUST. PROD. NO. 810460517 | | | | | |



The "Seller Code" referenced for each item corresponds with the specific seller of the item so listed. A legend of the Seller Code(s) is as follows: 10 - CONAGRA FOODS SALES, LLC.

| Total Qty Shipped by UOM | Total Qty Billed by UOM | Payment Terms | Discount Base Amount | Discount Amount |
| --- | --- | --- | --- | --- |
| **31,288.000** | **31,288.000** | **1% 10 Days, Net 11 Days** | 72,067.76 | 720.68- |

| Discounted Total | If Payment Received By |
| --- | --- |
| 71,347.08 | 12/11/24 |

| Carrier / Mode: | Shipping Terms | Total Gross Weight | Total Net Weight |
| --- | --- | --- | --- |
| SWIFT TRANSPORTATION SERVICES LLC T / Motor | FOB Dest, Frt Prepaid | 37,623.4160 LB | 32,705.9600 LB |

| Total Extended Amount | Total Allowances | Total Freight | Total Amount Due |
| --- | --- | --- | --- |
| $ 72,067.76 | $ 0.00 | $ 0.00 | **$ 72,067.76** |

THANK YOU FOR YOUR ORDER!

Printed: 12/02/24

Copy

**THE TERMS AND CONDITIONS APPEARING ON THE REVERSE SIDE OF THIS INVOICE ARE INCORPORATED HEREIN BY THIS REFERENCE.**