# EXHIBIT B



# STRAIGHT BILL OF LADING

**Printed Date:** 11/30/2024    **Page** 1

Handwritten at top: `314-233-0347`   `NAPPED 6786360256`

## SHIP FROM
Name: 3881- ST ELMO IMC
Address: 1010 Brewbaker Dr
City/State/Zip: St Elmo, IL 62458-1234
FOB:

## SHIP TO
Name: Big Lots 879
Address: 2306 Enterprise Dr
City/State/Zip: Durant, OK 74701-1964
Location #:
FOB:

| | |
|---|---|
| Master VICS BOL #: 03491007034016235 | Master Shipment #: 703401623N |
| Ship Date: 11/30/2024 | Req. Delivery Date: 12/02/2024 |
| Carrier Name: | FLST FLS TRANSPORTATION SERVIC |
| Transport | 531531 LIVE |
| Seal number(s): | 2539525 |
| SCAC: FLST | PRO Number: 005287572 |



(9012K)03491007034016235

## CUSTOMER ORDER INFORMATION

| CUST POs | ORDER # | # OF CASES | # OF PALLETS | NET WEIGHT (LB) | Pallet/Slip (Circle One) | | OTHER | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|---|---|
| 0095670613 | 0012220775 | 3485 | 45 | 41548.97 | Y | N | | |
| | | 0 | 0 | 0.00 | Y | N | | |
| | | 0 | 0 | 0.00 | Y | N | | |
| | | 0 | 0 | 0.00 | Y | N | | |
| | | 0 | 0 | 0.00 | Y | N | | |
| **GRAND TOTAL** | | 3485 | 45 | 41549 | | | | |

## CARRIER INFORMATION

| PALLET | | | PACKAGE | | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | WEIGHT (LB) | QTY | TYPE | NET WEIGHT (LB) | CUBE | H.M. (X) | | NMFC # | CLASS |
| 45 | CHEP PALLETS | 3150 | 1015 | Case | 9435.72 | 1031308.63 | | | | |
| 0 | | | 1812 | Case | 22329.17 | 1668208.01 | | | | |
| 0 | | | 280 | Case | 5434.08 | 250266.50 | | | | |
| 0 | | | 144 | Case | 2674.22 | 237992.04 | | | | |
| 0 | | | 234 | Case | 1675.76 | 152125.25 | X | Aerosol containers within this shipment are... shipping paper requirements per 49 CFR §173... | | |
| 45 | | 3150 | 3485 | | 41549 | | | | | |

44699 (LB)    TOTAL GROSS WEIGHT

SPECIAL INSTRUCTIONS

Handwritten: `2539525` `12/2/24` `1745` `Sealed 12/2` `Juliette Colleen Patton` `Load shifted`

Please Send Invoice to
Conagra Brands Freight Payable
PO Box 982193
El Paso, TX 79998-2193

For Over/Short/Damage or other issues please call
**(800) 375-0338**

Signed: Conagra Brands Inc.

Shipper Signature    Date: 11-30-24

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, when shipment consists of Regulated Commodities.
Received, subject to agreements in effect on the date of the issue of this document, when shipment is unregulated or moving under contract

PAGE: 1 OF 5
RELEASE NO: 0012220774

From the account of ConAgra Foods LLC

# NEWCOLD Atlanta
1842 SR-42
McDonough GA 30252

BOL NO 0012220774703403
095N

## Classified: Essential Food Items

TCN:

| | | |
|---|---|---|
| SHIP DATE: | 12/01/2024 | ORDER: 0012220774 |
| | 12/01/2024 | ORDER REFERENCE: 0095782582;0095670614 |
| SHIP TO: | MONTGOMERY DC - #0870 2855 SELMA HWY Montgomery AL 36108 | TEMP. RECORDER: |
| | | VEHICLE NO: 160246 |
| | | SEAL NO(S): 32277303 |
| | | PALLET: Chep |
| | | BOOKING NO: |
| | | VOYAGE NO: |
| | | TARE WEIGHT: |
| | | VGM: |

If charges are to be pre-paid, write or stamp here: "To be Pre-paid".

Received $ _____ to apply in pre-payment of the charges on the property described hereon.

Agent or Cashier
(The signature acknowledges only the amount pre-paid)

PO#: _____    SEAL#: _____

Date Arrived: 12-2-24   Completed date: _____
Start Time: _____     Completed Time: _____
Cases Received: _____ Drop: Yes ☑ No ☐
Case Short: _____
Cases Damaged: _____  Driver Signature: _____

All Totals are subject to Count and Inspection

Additional Load Notes:

AAZ3839

| QTY | ITEM CODE | BATCH | DESCRIPTION | COMMODITY DESCRIPTION H.M (x) | NET WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|---|
| 72 | 2700041904 | 211942802B | SP HNT PDG SF CHC 12/4/3.25Z | | 702.00 | 806.40 |
| 72 | 2700041904 | 211942802A | SP HNT PDG SF CHC 12/4/3.25Z | | 702.00 | 806.40 |
| 108 | 2700038143 | 3941426920 | HNT KET CONVNTL 12/20Z | | 1620.00 | 1793.66 |
| 192 | 2700042073 | 211943081M | SP GEL BRY BLUE/STRAW FMLY PK 6/12/3.25Z | | 2808.00 | 3388.80 |
| 72 | 2700041909 | 211943022A | SP HNT PDG BNAN CRM PIE 12/4/3.25Z | 5488 | 702.00 | 806.52 |
| 72 | 2700041909 | 211943022B | SP HNT PDG BNAN CRM PIE 12/4/3.25Z | | 702.00 | 806.52 |
| 144 | 2700041902 | 21034237H2 | SP PDNG TAP 12/4/3.25 OZ MB | | 1404.00 | 1598.40 |
| 144 | 2700041919 | 21034257H1 | SP GEL SF STRW/ORG 12/4/3.25 OZ | | 1404.00 | 1598.69 |
| 72 | 2700041922 | 211942691A | SP GEL STRW 12/4/3.25 OZ | | 702.00 | 799.20 |
| 72 | 2700041922 | 211942711A | SP GEL STRW 12/4/3.25 OZ | | 702.00 | 799.20 |
| 59 | 2700041926 | 211942811M | SP HNT PDG CHC VAN FMLY PK 6/12/3.25Z | | 862.88 | 1029.55 |
| 37 | 2700041926 | 211943121M | SP HNT PDG CHC VAN FMLY PK 6/12/3.25Z | | 541.12 | 645.65 |
| 96 | 2700041926 | 211943201M | SP HNT PDG CHC VAN FMLY PK 6/12/3.25Z | | 1404.00 | 1675.20 |

ARRIVAL TIME 634
APPOINTMENT TIME 700
OFFICER INITIALS JLS
TRAILER NUMBER SWFZ-160246

Rec office door 9

NEWCOLD ATLANTA is a Shipper Load/Driver Count Facility. A seal is placed on trailers for food security only and does NOT constitute a Shipper Load and Count.

CONTINUED ON NEXT PAGE