# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, INC., et al.[1], | ) | Case No. 24-11976 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Obj. Deadline: March 4, 2025 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: March 25, 2025 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION OF CONAGRA FOODS SALES, LLC
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that on February 18, 2025, Conagra Foods Sales, LLC (the "Movant") filed the *Motion of Conagra Foods Sales, LLC* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and filed with the Court, so as to be received on or before **March 4, 2025, at 4:00 p.m. (Eastern Time) ("Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 25, 2025 at 10:00 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**IF YOU DO NOT TAKE THESE STEPS BY THE OBJECTION DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: February 18, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br>By: /s/ Ronald S. Gellert<br>Ronald S. Gellert (DE 4259)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5812<br>Facsimile: (302) 425-5814<br>Email: rgellert@gsbblaw.com<br><br>-and-<br><br>Michael T. Eversden, Esq.<br>McGrath North Mullin & Kratz, PC LLO<br>First National Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>(402) 341-3070<br>(402) 341-0216 (fax)<br>meversden@mcgrathnorth.com<br><br>*Attorneys for Conagra Foods Sales, LLC* |