## Certificate of Service

The undersigned hereby certifies that on February ____, 2025 he caused a true and correct copy of the foregoing document to be served upon all parties requesting notice via CM/ECF.

By: /s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)

5