# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

 I hereby certify that on February 18, 2025, a true and correct copy of the foregoing *Reservation of Rights of WPG Management Associates, Inc. to Motion of Debtors for Entry of an Order (I) Authorizing and Approving (A) The Debtors' Entry into and Performance Under the Purchase Agreement, (B) The Sale of the Purchased Assets, (C) The Assumption and Assignment of the Leases and the City Agreement, and (D) The Debtors' Entry into the New Lease and (II) Granting Related Relief* was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
Stephen.piraino@davispolk.com
Ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com
rdehney@morrisnichols.com

aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Matthew E. Moberg, Esq.
Porter Wright Morris & Arthur
41 S. High Street, Suites 2800-3200
Columbus, Ohio 43215
mmoberg@porterwright.com

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: February 18, 2025