5

**CERTIFICATE OF SERVICE**

    I, Michael Busenkell, hereby certify that, on this 19th day of February, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: February 19, 2025          */s/ Michael Busenkell*
Wilmington, Delaware            Michael Busenkell (DE 3933)
                                       GELLERT SEITZ BUSENKELL & BROWN, LLC