# DELIVERING ON OUR PROMISE TO BE THE LEADER IN EXTREME VALUE

We're taking important steps to strengthen our business as we return to our roots, focused on owning the extreme bargain space while delivering unmistakable value and exceptional sales to our loyal customers.

## WITH THE SUPPORT OF NEW OWNERSHIP, WE CAN ACCELERATE IMPROVEMENT IN OUR LONG-TERM PERFORMANCE AND PROFITABILITY.



**Big Lots entered into an agreement to be acquired by Nexus Capital Management LP.**

Transitioning to new owners who believe in our business and provide financial stability.



**To facilitate the transaction, we initiated voluntary Chapter 11 proceedings.**

The proposed transaction is subject to higher or otherwise better offers, as well as Court approval.



**Continuing to optimize our store footprint.**

Though we are taking every step possible to improve the profitability of all stores so that we can continue serving customers, we will need to close additional locations to ensure that our business operates efficiently.

## WE ARE CONTINUING TO OPERATE AND SERVE CUSTOMERS IN OUR STORES & ONLINE.



**Helping Our Customers "Live BIG and Save LOTS"**

Customers can continue to find extreme bargains in-store and online at biglots.com.

We expect to continue honoring gift cards and store credit cards.

We expect BIG Rewards members to continue earning and redeeming rewards.

**Meeting our Business Obligations**

We intend to pay our vendors in full for any goods and services provided after the filing.

We have secured commitments for additional financing.

Coupled with cash generated from ongoing operations, we expect to have ample liquidity for the business to operate during the sale process.

Additional information regarding the Company's restructuring and sale process can be found at

### WWW.BIGSTEPFORBIGLOTS.COM