

**Vendor FAQ**

1. **What did Big Lots announce?**
   - Big Lots has entered into a sale agreement with Nexus Capital Management to acquire the Company.
   - To facilitate the sale, Big Lots initiated Chapter 11 proceedings.
   - During the process, we will continue to provide our customers with unmistakable value, exceptional savings, and extreme bargains in stores and online.

2. **What is Chapter 11?**
   - Chapter 11 is a legal tool that enables companies to restructure their finances or implement agreements while transitioning ownership and strengthening positioning with vendors as they continue operating.
   - It does **not** mean that we are going out of business – we are continuing to operate and serve customers.
   - Many well-known retailers have successfully used this process to continue operating while completing a sale of the business to a new owner, including Jo-Ann, Brooks Brothers, David's Bridal, Express, Red Lobster, and JCPenney, among others.

3. **Is Big Lots going out of business?**
   - No. We plan to continue providing customers with unmistakable value, exceptional savings, and extreme bargains in stores and online.

4. **Does Big Lots have sufficient liquidity to continue operating?**
   - We have secured commitments for $707.5 million of financing, including $35 million in new financing from certain of our current lenders.
   - With approval from the Court, we expect these financings, coupled with cash generated from our ongoing operations, to provide ample liquidity for the business to operate during the process.

5. **What does the Chapter 11 filing mean for vendors?**
   - We are continuing to operate and expect for vendors to be paid in full under normal terms for any goods delivered and services provided **after** the filing.
   - Our long-term relationship with our vendors is extremely important to us as we are steadfastly steering our business towards the future.
   - Looking ahead, we are unwaveringly focused on continuing to deliver the unmistakable value and extreme bargains that our customers expect from us.

6. **Will vendors be paid for goods and services provided after the filing?**
   - We expect to pay vendors in full for goods delivered and services provided **after** the filing.



7. **Will vendors be paid for goods delivered and services rendered <u>prior</u> to the filing?**
   - Payments for goods and services provided prior to the filing will be handled through the court process. We will be able to provide detail of this plan as we progress.
   - You may also file a Proof of Claim with the Court for the amount you believe you are owed. Later in the process, we will provide notice to vendors of any deadline and requirements for filing a Proof of Claim.
   - Court filings and other information related to the proceedings, including how to file a Proof of Claim, are available on a website administrated by the Company's claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/biglots, by calling toll-free at (844) 217-1398 (or +1 (646) 809-2073 for calls originating outside of the U.S. or Canada), or by sending an email to biglotsinfo@ra.kroll.com.

8. **I understand that certain vendors who are deemed "critical" can be paid on account of goods provided and services rendered prior to the filing. Am I a "critical vendor"?**
   - Decisions regarding potential designation of vendors will be made in due course per the process.
   - We will evaluate each vendor according to a specific set of legal criteria to determine eligibility and will be in contact with eligible vendors.
   - We value our relationship and appreciate your continued cooperation, which will promote our mutual success.

9. **I am a "foreign vendor". Can I be paid on account of goods provided and services rendered prior to the filing?**
   - Decisions regarding potential designation of vendors will be made in due course per the process.
   - We will evaluate each vendor according to a specific set of legal criteria to determine eligibility and will be in contact with eligible vendors.
   - We value our relationship and appreciate your continued cooperation, which will promote our mutual success.

10. **I provided goods or rendered services in the ordinary course within 20 days of the filing. Can I be paid on account of amounts owed prior to the filing?**
    - Subject to Court approval, if you provided goods or rendered services to Big Lots in the ordinary course within 20 days of the filing, U.S. bankruptcy law permits the company to pay amounts owed to you.

11. **Big Lots placed a purchase order with me before the filing. Can I be paid on account of fulfilling these orders?**
    - Subject to Court approval, if Big Lots placed a purchase order with you before the filing, U.S. bankruptcy law permits the Company to pay you for any owed amounts.



12. **If my work started pre-petition (before the filing) and carried over into postpetition (after the filing), should I send two invoices?**
    - Yes. Submitting separate invoices for prepetition and postpetition claims will assist in expediting the review process.
    - Alternatively, if only one invoice is submitted, please clearly identify the date of each shipment of goods provided or services received.
    - In general, goods and services will be categorized as either pre or postpetition claims according to the date the goods and services were received / rendered.

13. **Do you expect any changes to your need for goods / services?**
    - We will continue to order goods and services based on business needs and market conditions.
    - We are continuing to work closely with you to ensure our mutual success and appreciate your continued support.

14. **Can I take back my goods?**
    - No. You are not legally permitted to take back goods from a company that has filed for Chapter 11 without following the applicable procedures under the Bankruptcy Code.

15. **Can I renegotiate the terms of my contract or terminate my contract?**
    - Under U.S. bankruptcy law, vendors are required to continue performing under the terms of contract, and we are relying on you to provide the products and services we need under these customary terms.
    - We expect to pay you in full under normal terms for goods delivered and services rendered **after** the filing.
    - Your continued cooperation will promote our mutual success.

16. **Why should I continue to work with you?**
    - We expect to pay you in full under normal terms for goods and services provided **after** the filing.
    - We are committed to working with you during this process, and we are relying on you to continue providing the products and services our customers expect and need.
    - Your continued cooperation will promote our mutual success.

17. **Will my contact at Big Lots remain the same?**
    - Yes, you can continue to reach out to your usual Big Lots contact.

18. **Where can I obtain additional information?**
    - You can reach out to your normal company contact.
    - Court filings and other information related to the proceedings, including how to file a proof of claim, are available on a website administrated by the Company's claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/biglots, by calling toll-free at (844) 217-1398 (or +1 (646) 809-2073 for calls originating outside of the U.S. or Canada), or by sending an email to biglotsinfo@ra.kroll.com.

# # #