# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, *et al.,*<br><br>　　　　　　　Debtors, | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on the 19th day of February, 2025, I caused a true and correct copy of the *Limited Objection of Dell Financial Services, L.L.C. to Motion of Debtors for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Claims for Pre-Closing Administrative Expense Claims against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting related Relief, including Notice and Filing Procedures* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in this matter and, additionally, on the parties on the attached Service List via electronic mail.

Date: February 19, 2025　　　　　　　　　　**AUSTRIA LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew P. Austria*
　　　　　　　　　　　　　　　　　　　　　　Matthew P. Austria (No. 4827)

## **SERVICE LIST**

Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Sophie Rogers Churchill
Casey B. Sawyer
Morris, Nichols, Arsht & Tunnell Llp
1201 N. Market Street
16th Floor Wilmington, DE 19801
Email: rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
Davis Polk & Wardwell LLP
450 Lexington Avenue New York, NY 10017
Email: brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

U.S. Trustee
844 N. King Street
Wilmington, DE 19801
Attn: Linda Casey (linda.casey@usdoj.gov)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Justin R. Alberto (jalberto@coleschotz.com),
Stacy L. Newman (snewman@coleschotz.com)
Sarah Carnes (scarnes@colescholtz.com)

McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
Attn: Darren Azman (dazman@mwe.com)
Kristin K. Going (kgoing@mwe.com)