# CERTIFICATE OF SERVICE

The undersigned certifies that on February 19, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

/s/ *Karen C. Bifferato*
Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Steven E. Fox, Esq.
RIEMER BRAUNSTEIN LLP
sfox@riemerlaw.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Casey B. Sawyer, Esq.
Sophie Rogers Churchill, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
csawyer@morrinichols.com
srchurchill@morrisnichols.com

Simon E. Fraser, Esq.
Mark Felger, Esq.
COZEN O'CONNOR
sfraser@cozen.com
mfelger@cozen.com

Brian M. Resnick, Esq.
Ethan Stern, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
DAVIS POLK & WARDWELL LLP
brian.resnick@davispolk.com
ethan.stern@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com