**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Big Lots, Inc., et. al., | : | Case No. 24-11967 (JKS) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, I caused a copy of the foregoing pleading to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system including the following:

Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Sophie Rogers Churchill
Casey B. Sawyer
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
biglots.mnat@morrisnichols.com

*Counsel to the Debtors*

Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

| | |
|---|---|
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>**Otterbourg P.C.**<br>230 Park Avenue New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com<br><br>*Counsel to the Committee* | John H. Knight, Esq.<br>**Richards, Layton & Finger**, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>knight@rlf.com |

Dated: February 19, 2025
Wilmington, DE

**WERB & SULLIVAN**

*/s/ Brian A. Sullivan*
Brian A. Sullivan (DE Bar No. 2098)
1225 N. King Street, Suite 600
Wilmington, DE 19801
Phone: 302-652-1100
Fax: 302-652-1111
bsullivan@werbsullivan.com