# Exhibit A

**Pre-Closing Administrative Expense Claims Motions to Compel**

| No. | Motion | Docket Number |
|---|---|---|
| 1. | Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief | D.I. 1659 |
| 2. | Pro-Mart Industries, Inc. Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1669 |
| 3. | Motion of Gourmet Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1671 |
| 4. | Motion of Enchante Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1672 |
| 5. | Church & Dwight Co., Inc.'s Motion for Entry of an Order Allowing, and Compelling Payment of, Administrative Expense Claim and Granting Related Relief | D.I. 1674 |
| 6. | Motion of Allura for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1689 |
| 7. | Roundtripping Ltd.'s Motion for Allowance and Payment of Administrative Expense Claims | D.I. 1704 |
| 8. | East West Import Export, Inc.'s Motion for Allowance and Payment of Administrative Claim | D.I. 1709 |
| 9. | Motion of Tempur Sealy International, Inc. for Allowance and Immediate Payment of Administrative Expense Claim | D.I. 1712 |
| 10. | Motion of Home Essentials and Beyond, Inc. for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1716 |
| 11. | Thrasio, LLCs Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1722 |
| 12. | Motion of Uncas International LLC for Allowance and Payment of Administrative Expense Claims | D.I. 1726 |
| 13. | Motion of Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear for Allowance and Payment of Administrative Expense Claim | D.I. 1733 |
| 14. | Motion of Gina Companies for Allowance and Payment of Administrative Expense Claim | D.I. 1752 |
| 15. | Texas Star Nut and Food Co., Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1775 |
| 16. | Motion of A.T.N., Inc. for Allowance and Payment of Administrative Expense Claim | D.I. 1780 |
| 17. | Prestige Patio, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1791 |
| 18. | Motion of Northpoint Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1818 |
| 19. | Doskocil Manufacturing Company, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1820 |
| 20. | Motion of McKee Foods Corporation for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Claims and for Related Relief | D.I. 1837 |

| No. | Motion | Docket Number |
|---|---|---|
| 21. | Sage Freight's Motion for Allowance and Payment of Administrative Expense Claims | D.I. 1839 |
| 22. | Motion of Topaz Distribution for Allowance and Immediate Payment of Administrative Claim | D.I. 1847 |
| 23. | Motion of Home Creations Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) | D.I. 1859 |
| 24. | Infosys Limited's Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1860 |
| 25. | Motion of Shandong Taipeng Intelligent Household Products Co., LTD. for Allowance and Payment of Administrative Claim | D.I. 1868 |
| 26. | Motion of Cookies United LLC for an Order Allowing and Compelling Payment of Administrative Expense Claim | D.I. 1869 |
| 27. | Bramli USA Inc's Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1895 |
| 28. | Motion of Steve Silver Furniture Company for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. §§ 503(b)(1) and 503(b)(9) | D.I. 1896 |
| 29. | Application of Stalwart Homestyles for an Order Compelling Payment of Administrative Expense | D.I. 1897 |
| 30. | Meta Platforms, Inc. Application for Allowance and Payment of Administrative Expense and Reservation of Rights | D.I. 1898 |
| 31. | Motion of Craig Electronics LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) | D.I. 1924 |
| 32. | Motion of FGX International Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief | D.I. 1930 |
| 33. | Horizon Media LLC's Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1941 |
| 34. | Motion of Popcorn Alley, Inc, d/b/a Stonehedge Farms, for Allowance and Payment of Administrative Expense Claim | D.I. 1965 |
| 35. | Williams Scotsman, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | D.I. 1980 |
| 36. | Motion of European Home Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | D.I. 1982 |