**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
FINAL FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT
BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
SEPTEMBER 9, 2024 TO AND INCLUDING JANUARY 27, 2025**

The undersigned counsel hereby certify as follows:

1. On January 28, 2025, Guggenheim Securities, LLC ("Guggenheim Securities") filed its *Final Fee Application for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from September 9, 2024 to and Including January 27, 2025* [Docket No. 1861] (the "Application").

2. Guggenheim Securities received informal comments to the Application from the United States Trustee (the "U.S. Trustee").

3. In resolution of those comments, Guggenheim Securities has agreed to reduce its total fees and expenses as set forth in the proposed form of order (the "Proposed Order") attached

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

hereto as **Exhibit A**.  A redline to the proposed form of order originally attached to the Application is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors and Guggenheim Securities respectfully request that the Court enter the Proposed Order at its earliest convenience.

[*Signature Page Follows*]

Dated: February 19, 2025
       Wilmington, Delaware

                              **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                              */s/ Casey B. Sawyer*
                              Robert J. Dehney, Sr. (No. 3578)
                              Andrew R. Remming (No. 5120)
                              Daniel B. Butz (No. 4227)
                              Sophie Rogers Churchill (No. 6905)
                              Casey B. Sawyer (No. 7260)
                              1201 N. Market Street, 16th Floor
                              Wilmington, DE 19801
                              Tel: (302) 658-9200
                              rdehney@morrisnichols.com
                              aremming@morrisnichols.com
                              dbutz@morrisnichols.com
                              srchurchill@morrisnichols.com
                              csawyer@morrisnichols.com

                              *-and-*

                              **DAVIS POLK & WARDWELL LLP**

                              Brian M. Resnick (admitted *pro hac vice*)
                              Adam L. Shpeen (admitted *pro hac vice*)
                              Stephen D. Piraino (admitted *pro hac vice*)
                              Ethan Stern (admitted *pro hac vice*)
                              450 Lexington Avenue
                              New York, NY 10017
                              Tel.: (212) 450-4000
                              brian.resnick@davispolk.com
                              adam.shpeen@davispolk.com
                              stephen.piraino@davispolk.com
                              jonah.peppiatt@davispolk.com
                              ethan.stern@davispolk.com

                              *Counsel to the Debtors and Debtors in Possession*