# **Exhibit 2**

# Brannick, Nicholas J

| | |
|---|---|
| **From:** | Brannick, Nicholas J |
| **Sent:** | Wednesday, February 12, 2025 4:03 PM |
| **To:** | Dehney Sr., Robert; aremming@morrisnichols.com; dbutz@morrisnichols.com; srchurchill@morrisnichols.com; csawyer@morrisnichols.com; brian.resnick@davispolk.com; adam.shpeen@davispolk.com; stephen.piraino@davispolk.com; Stern, Ethan; sfox@riemerlaw.com; gtaylor@ashbygeddes.com; Felger, Mark; Fraser, Simon E.; amcdonough@cozen.com; dhardwick@cozen.com |
| **Cc:** | Sandy Sanborn; jalberto@coleschotz.com; snewman@coleschotz.com; dazman@mwe.com; kgoing@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| **Subject:** | Big Lots - Fifth Post-Closing Designation Notice - Store #54920 |

Counsel,

I am writing on behalf of Beacon Plaza LLC ("Landlord"), the landlord for Big Lots store # 5490 located at 225 S. Tyndall Pkwy, Callaway, FL (the "Premises").

The lease for the Premises has been identified as a lease as to which Gordon Brothers Retail Partners, LLC ("Buyer") is exercising its designation rights to have the lease assumed by Big Lots, Inc. ("Debtor") and assigned to Variety Wholesales, Inc. ("VW") in the Fifth Post-Closing Designation Notice [D.I. 1923].

As you may or may not be aware, the lease is the subject of pending litigation between Landlord and Big Lots in the Northern District of Florida (Case No. 5:24-cv-00093-MCR-MJF) regarding the payment of tenant improvement amounts that Big Lots claimed to be entitled to under the Lease.

I am writing to ask that each of Buyer, Debtor and VW individually, or all three collectively, inform me as to which entity will retain the claim for the tenant improvement amounts once the lease is assigned to VW. If there is a dispute among the three parties, we intend to have that dispute resolved by the Bankruptcy Court.

If you could please provide your response(s) by **February 14, 2025** so that we can take them into consideration before the objection deadline of February 18, 2025, that would be appreciated.

Thank you,

**Nicholas J. Brannick**

**Ballard Spahr** LLP

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4464 DIRECT
302.252.4466 FAX

302.357.2590 MOBILE | brannickn@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

1