5

## CERTIFICATE OF SERVICE

I, Margaret F. England, hereby certify that, on this 20th day of February, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: February 20, 2025<br>Wilmington, Delaware | */s/ Margaret F. England*<br>Margaret F. England (DE 4248)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |