## Exhibit A

## Supplemental List of Ordinary Course Professionals

The following Ordinary Course Professional is added to the list of Ordinary Course Professionals:

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Ary Roepcke Mulchaey, P.C. | Year-end audits | Audit of Big Lots Savings Plan for year-end 2024 |