# EXHIBIT B

**Lease Ledger**
Date: 02/11/2025
CROSS CREEK PLAZA
Tenant: bigl5440 Big Lots Stores, Inc.
From Date: 07/22/2021  To Date: 01/31/2032
Move In Date: 07/22/2021
Unit(S): 00180

| | | | | | | $ | 20,367.01 | $ | 46,297.72 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Description** | **Unit** | **Charge** | **Payment** | **Balance** | | **Pre-petition balance** | | **Post-petition balance** | |
| 9/26/2022 | Chk# ACH | | 0.00 | 2,816.33 | -2,816.33 | $ | - | | | |
| 9/30/2022 | Clear HVAC drain line - 09/26/22 | | 75.00 | 0.00 | -2,741.33 | $ | 75.00 | | | part of pre-petition balance |
| 10/1/2022 | Base Rent (10/2022) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 10/1/2022 | CAM (10/2022) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 10/1/2022 | Construction Abatement (10/2022) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 10/31/2022 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 11/1/2022 | Base Rent (11/2022) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 11/1/2022 | CAM (11/2022) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 11/1/2022 | Construction Abatement (11/2022) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 11/28/2022 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 12/1/2022 | Base Rent (12/2022) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 12/1/2022 | CAM (12/2022) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 12/1/2022 | Construction Abatement (12/2022) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 12/27/2022 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 1/1/2023 | Base Rent (01/2023) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 1/1/2023 | CAM (01/2023) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 1/1/2023 | Construction Abatement (01/2023) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 1/30/2023 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 2/1/2023 | Base Rent (02/2023) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 2/1/2023 | CAM (02/2023) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 2/1/2023 | Construction Abatement (02/2023) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 2/27/2023 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 3/1/2023 | Base Rent (03/2023) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 3/1/2023 | CAM (03/2023) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 3/1/2023 | Construction Abatement (03/2023) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 3/27/2023 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 3/30/2023 | Cam Recon Prior Year (01/2022 - 12/2022) | | -3,490.00 | 0.00 | -6,231.33 | $ | - | | | |
| 3/30/2023 | Taxes Recon Prior Year (01/2022 - 12/2022) | | 58,528.70 | 0.00 | 52,297.37 | $ | - | | | |
| 3/30/2023 | Insurance Recon Prior Year (01/2022 - 12/2022) | | 7,957.69 | 0.00 | 60,255.06 | $ | - | | | |
| 4/1/2023 | Base Rent (04/2023) | 00180 | 21,122.50 | 0.00 | 81,377.56 | $ | - | | | |
| 4/1/2023 | CAM (04/2023) | 00180 | 2,816.33 | 0.00 | 84,193.89 | $ | - | | | |
| 4/1/2023 | Construction Abatement (04/2023) | 00180 | -21,122.50 | 0.00 | 63,071.39 | $ | - | | | |
| 4/24/2023 | Chk# ACH | | 0.00 | 62,996.39 | 75.00 | $ | - | | | |
| 5/1/2023 | Base Rent (05/2023) | 00180 | 21,122.50 | 0.00 | 21,197.50 | $ | - | | | |
| 5/1/2023 | CAM (05/2023) | 00180 | 2,816.33 | 0.00 | 24,013.83 | $ | - | | | |
| 5/1/2023 | Construction Abatement (05/2023) | 00180 | -21,122.50 | 0.00 | 2,891.33 | $ | - | | | |
| 5/1/2023 | Chk# ACH | | 0.00 | 2,816.33 | 75.00 | $ | - | | | |
| 5/30/2023 | Chk# ACH | | 0.00 | 2,816.33 | -2,741.33 | $ | - | | | |
| 6/1/2023 | Base Rent (06/2023) | 00180 | 21,122.50 | 0.00 | 18,381.17 | $ | - | | | |
| 6/1/2023 | CAM (06/2023) | 00180 | 2,816.33 | 0.00 | 21,197.50 | $ | - | | | |
| 6/1/2023 | Construction Abatement (06/2023) | 00180 | -21,122.50 | 0.00 | 75.00 | $ | - | | | |
| 6/26/2023 | Chk# ACH | | 0.00 | 9,630.04 | -9,555.04 | $ | - | | | |
| 7/1/2023 | Base Rent (07/2023) | 00180 | 21,122.50 | 0.00 | 11,567.46 | $ | - | | | |
| 7/1/2023 | CAM (07/2023) | 00180 | 2,816.33 | 0.00 | 14,383.79 | $ | - | | | |
| 7/1/2023 | Construction Abatement (07/2023) | 00180 | -14,308.79 | 0.00 | 75.00 | $ | - | | | |
| 7/31/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 8/1/2023 | Base Rent (08/2023) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 8/1/2023 | CAM (08/2023) | 00180 | 2,816.33 | 0.00 | 75.00 | $ | - | | | |
| 8/28/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 9/1/2023 | Base Rent (09/2023) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 9/1/2023 | CAM (09/2023) | 00180 | 2,816.33 | 0.00 | 75.00 | $ | - | | | |
| 9/25/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 10/1/2023 | Base Rent (10/2023) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 10/1/2023 | CAM (10/2023) | 00180 | 2,816.33 | 0.00 | 75.00 | $ | - | | | |
| 10/30/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 11/1/2023 | Base Rent (11/2023) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 11/1/2023 | CAM (11/2023) | 00180 | 2,816.33 | 0.00 | 75.00 | $ | - | | | |
| 11/27/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 12/1/2023 | Base Rent (12/2023) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 12/1/2023 | CAM (12/2023) | 00180 | 2,816.33 | 0.00 | 75.00 | $ | - | | | |
| 12/26/2023 | Chk# ACH | | 0.00 | 23,938.83 | -23,863.83 | $ | - | | | |
| 1/1/2024 | Base Rent (01/2024) | 00180 | 21,122.50 | 0.00 | -2,741.33 | $ | - | | | |
| 1/1/2024 | CAM (01/2024) | 00180 | 2,411.13 | 0.00 | -330.20 | $ | (405.20) | | | part of pre-petition balance |
| 2/1/2024 | Base Rent (02/2024) | 00180 | 21,122.50 | 0.00 | 20,792.30 | $ | - | | | |
| 2/1/2024 | CAM (02/2024) | 00180 | 2,411.13 | 0.00 | 23,203.43 | $ | (405.20) | | | part of pre-petition balance |
| 2/5/2024 | Chk# ACH | | 0.00 | 23,938.83 | -735.40 | $ | - | | | |
| 2/28/2024 | Cam Recon Prior Year (01/2023 - 12/2023) | | -2,451.93 | 0.00 | -3,187.33 | $ | (0.02) | | | part of pre-petition balance |
| 2/28/2024 | Taxes Recon Prior Year (01/2023 - 12/2023) | | 64,035.24 | 0.00 | 60,847.91 | $ | - | | | |
| 2/28/2024 | Insurance Recon Prior Year (01/2023 - 12/2023) | | 11,265.96 | 0.00 | 72,113.87 | $ | - | | | |
| 3/1/2024 | Base Rent (03/2024) | 00180 | 21,122.50 | 0.00 | 93,236.37 | $ | - | | | |
| 3/1/2024 | CAM (03/2024) | 00180 | 2,411.13 | 0.00 | 95,647.50 | $ | (405.20) | | | part of pre-petition balance |
| 3/4/2024 | Chk# ACH | | 0.00 | 23,938.83 | 71,708.67 | $ | - | | | |
| 4/1/2024 | Base Rent (04/2024) | 00180 | 21,122.50 | 0.00 | 92,831.17 | $ | - | | | |
| 4/1/2024 | CAM (04/2024) | 00180 | 2,411.13 | 0.00 | 95,242.30 | $ | (405.20) | | | part of pre-petition balance |
| 4/4/2024 | Chk# ACH | | 0.00 | 23,938.83 | 71,303.47 | $ | - | | | |
| 4/22/2024 | Chk# ACH | | 0.00 | 72,849.29 | -1,545.82 | $ | - | | | |
| 5/1/2024 | Base Rent (05/2024) | 00180 | 21,122.50 | 0.00 | 19,576.68 | $ | - | | | |
| 5/1/2024 | CAM (05/2024) | 00180 | 2,411.13 | 0.00 | 21,987.81 | $ | (405.20) | | | part of pre-petition balance |
| 5/6/2024 | Chk# ACH | | 0.00 | 23,938.83 | -1,951.02 | $ | - | | | |
| 6/1/2024 | Base Rent (06/2024) | 00180 | 21,122.50 | 0.00 | 19,171.48 | $ | - | | | |

**Lease Ledger**
Date: 02/11/2025
CROSS CREEK PLAZA
Tenant: bigl5440 Big Lots Stores, Inc.
From Date: 07/22/2021  To Date: 01/31/2032
Move In Date: 07/22/2021
Unit(S): 00180

| | | | | | | | $ 20,367.01 | $ 46,297.72 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Description | | Unit | Charge | Payment | Balance | Pre-petition balance | Post-petition balance | |
| 6/1/2024 | CAM (06/2024) | | 00180 | 2,411.13 | 0.00 | 21,582.61 | $ (405.20) | | part of pre-petition balance |
| 6/3/2024 | Chk# ACH | | | 0.00 | 23,938.83 | -2,356.22 | $ - | | |
| 7/1/2024 | Base Rent (07/2024) | | 00180 | 21,122.50 | 0.00 | 18,766.28 | $ - | | |
| 7/1/2024 | CAM (07/2024) | | 00180 | 2,411.13 | 0.00 | 21,177.41 | $ (405.20) | | part of pre-petition balance |
| 7/5/2024 | Chk# ACH | | | 0.00 | 23,938.83 | -2,761.42 | $ - | | |
| 8/1/2024 | Base Rent (08/2024) | | 00180 | 21,122.50 | 0.00 | 18,361.08 | $ - | | |
| 8/1/2024 | CAM (08/2024) | | 00180 | 2,411.13 | 0.00 | 20,772.21 | $ (405.20) | | part of pre-petition balance |
| 8/5/2024 | Chk# ACH | | | 0.00 | 23,938.83 | -3,166.62 | $ - | | |
| 9/1/2024 | Base Rent (09/2024) | | 00180 | 21,122.50 | 0.00 | 17,955.88 | $ 21,122.50 | | part of pre-petition balance |
| 9/1/2024 | CAM (09/2024) | | 00180 | 2,411.13 | 0.00 | 20,367.01 | $ 2,411.13 | | |
| 10/1/2024 | Base Rent (10/2024) | | 00180 | 21,122.50 | 0.00 | 41,489.51 | | $ - | |
| 10/1/2024 | CAM (10/2024) | | 00180 | 2,411.13 | 0.00 | 43,900.64 | | $ (405.20) | |
| 10/2/2024 | Chk# ACH | | | 0.00 | 23,938.83 | 19,961.81 | | $ - | |
| 11/1/2024 | Base Rent (11/2024) | | 00180 | 21,122.50 | 0.00 | 41,084.31 | | $ - | |
| 11/1/2024 | CAM (11/2024) | | 00180 | 2,411.13 | 0.00 | 43,495.44 | | $ (405.20) | |
| 11/5/2024 | Chk# ACH | | | 0.00 | 23,938.83 | 19,556.61 | | $ - | |
| 12/1/2024 | Base Rent (12/2024) | | 00180 | 21,122.50 | 0.00 | 40,679.11 | | $ - | |
| 12/1/2024 | CAM (12/2024) | | 00180 | 2,411.13 | 0.00 | 43,090.24 | | $ (405.20) | |
| 12/4/2024 | Chk# ACH | | | 0.00 | 23,938.83 | 19,151.41 | | $ - | |
| 1/1/2025 | Base Rent (01/2025) | | 00180 | 21,122.50 | 0.00 | 40,273.91 | | $ 21,122.50 | |
| 1/1/2025 | CAM (01/2025) | | 00180 | 2,634.16 | 0.00 | 42,908.07 | | $ 2,634.16 | |
| 2/1/2025 | Base Rent (02/2025) | | 00180 | 21,122.50 | 0.00 | 64,030.57 | | $ 21,122.50 | |
| 2/1/2025 | CAM (02/2025) | | 00180 | 2,634.16 | 0.00 | 66,664.73 | | $ 2,634.16 | |

**Big Lot's at Cross Creek Plaza**

| | |
| --- | --- |
| Pre-petition Balance due as of 2/11/2025 | $ 20,367.01 |
| Post-petition Balance due as of 2/11/2025 | $ 46,297.72 |
| | $ 66,664.73 |
| Year-End CAM Reconciliation 2024 | $78,463.53 |
| **TOTAL OUTSTANDING AMOUNT FOR CCP AS OF 2/20/25** | **$145,128.26** |