# EXHIBIT C



02/14/2025

Big Lots Stores, Inc.
Big Lots Stores, Inc.
Attn: Accounts Payable
4900 East Dublin Granville Rd.
Columbus, OH 43081

**RE: Recovery Reconciliation for the period 01/24 - 12/24 - Cross Creek Plaza - 5000-304, 320-332B Robert Smalls Parkway**

Dear Big Lots Stores, Inc.,

Please be advised that your account has been billed (or credited) as shown below. Please note the amounts due reflect the difference between the Pro-rata shares of CAM, RE Taxes, and Insurance and the amounts **BILLED MONTHLY** (if any) for each item during the prior year. The calculations for this amount are as shown below.

**Lease Area** 33,796.00 **Lease Start** 07/22/2021
**Property Area** 243,863.00

| Recovery Group | Expense Pool | Current Expense | Prorata Share (%) | Your Share | CAP Adjustment | Recovery Charge | Total Billed | Amount Owed | Days Occupied |
|---|---|---|---|---|---|---|---|---|---|
| CAM | cammgmt | 171,360.22 | 13.86 | 23,748.13 | 0.00 | 23,748.13 | 25,098.72 | -1,350.59 | 366 |
| CAM | uncontro | 26,181.93 | 13.86 | 3,628.45 | 0.00 | 3,628.45 | 3,834.84 | -206.39 | 366 |
| INS | ins | 116,248.00 | 13.86 | 16,110.35 | 0.00 | 16,110.35 | 0.00 | 16,110.35 | 366 |
| RE Taxes | tax | 461,158.83 | 13.86 | 63,910.16 | 0.00 | 63,910.16 | 0.00 | 63,910.16 | 366 |

**Total Due** 78,463.53

Checks should be made payable to: USPG Portfolio Eight, LLC
Checks should be mailed to: PO Box 64-5781
Cincinnati, OH 45264-5781

Unless otherwise stated in your lease, payments are due within 15 days of receipt of this invoice. If a refund is due to you, please take the credit against your next rental payment. Should you have any questions regarding the above calculations, please contact landlord.

Sincerely,

USPG Portfolio Eight, LLC
Accounts Receivable
Email: AR@USPGINC.COM
Phone: (614) 472-2901

# Recovery Calculation

Property Code: ccp1 Expense Year End: 12/2024

| Units | Amendment Type | Recovery Group | Expense Pool | Expense | Admin % | Expense after Admin Fee | Anchor Group | Anchor Deduction | Total Expenses | No of Days | Numerator Area | Denominator Area | % Share | Share of Expenses | Share Minimum | Share Cap | Total Share | Total Estimate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | H+I1+I2 | a1+a2+a3 | I-J |
| | | | | | | (C) | | | (D) | | | | (g3) | (G) | | | (I) | (J) | (K) |
| (bigl5440) - Big Lots Stores, Inc. | | | | | | | | | | | | | | | | | | | |
| 00180 | Original Lease | CAM | cammgmt | 171,360.22 | 0.00 | 171,360.22 | | 0.00 | 171,360.22 | 366 | 33,796.00 | 243,863.00 | 13.86 | 23,748.13 | 0.00 | 35,634.66 | 23,748.13 | 25,098.72 | -1,350.59 |
| 00180 | Original Lease | CAM | uncontro | 26,181.93 | 0.00 | 26,181.93 | | 0.00 | 26,181.93 | 366 | 33,796.00 | 243,863.00 | 13.86 | 3,628.45 | 0.00 | 5,444.58 | 3,628.45 | 3,834.84 | -206.39 |
| 00180 | Original Lease | INS | ins | 116,248.00 | 0.00 | 116,248.00 | | 0.00 | 116,248.00 | 366 | 33,796.00 | 243,863.00 | 13.86 | 16,110.35 | 0.00 | 0.00 | 16,110.35 | 0.00 | 16,110.35 |
| 00180 | Original Lease | RE Taxes | tax | 461,158.83 | 0.00 | 461,158.83 | | 0.00 | 461,158.83 | 366 | 33,796.00 | 243,863.00 | 13.86 | 63,910.16 | 0.00 | 0.00 | 63,910.16 | 0.00 | 63,910.16 |
| Total bigl5440 | | | | | | | | | | | | | | | | | 107,397.09 | 28,933.56 | 78,463.53 |

Property: Cross Creek Plaza(ccp1), Area :Gross Lease, Lease Name :Big Lots Stores, Inc (bigl5440), Year : 12/2024

**Expense Detail By Pool**

| Expense Pool | Description | Total Expenses |
|---|---|---|
| cammgmt | | |
| | Parking Lot Painting | 16,490.00 |
| | Parking Lot Asphalt - R/M | 20,470.00 |
| | Sprinkler Inspections | 773.82 |
| | Fire Alarm - Inspection | 696.45 |
| | Fire Alarm - R/M | 997.00 |
| | Fire Alarm - Monitoring Services | 2,880.00 |
| | Lighting - Exterior Building Lights | 580.00 |
| | Lighting - Parking Lot | 5,645.00 |
| | Parking Lot Signs | 808.30 |
| | Storm Drain Repair | 800.00 |
| | Sanitary Sewer Repair | 95.00 |
| | Exterior Housekeeping | 24,290.00 |
| | Exterior Powerwashing | 8,348.92 |
| | Exterior Plumbing | 575.00 |
| | Backflow - Inspections | 510.73 |
| | Landscaping - Contract | 42,360.00 |
| | Landscaping - Non-Contract | 19,555.00 |
| | Parking Lot Sweeping | 24,000.00 |
| | Bulk Trash Removal | 600.00 |
| | Interior Housekeeping | 95.00 |
| | Exterminator Service | 410.00 |
| | Locksmith - Shared Rooms | 380.00 |
| | Depreciation Exp. - Recoverable Capital | 0.00 |
| **Total for cammgmt** | | **171,360.22** |
| **Adjusted Total for cammgmt** | | **171,360.22** |
| ins | | |
| | Property Insurance | 101,360.28 |
| | Liability Insurance | 14,887.72 |
| **Total for ins** | | **116,248.00** |
| **Adjusted Total for ins** | | **116,248.00** |
| tax | | |
| | Real Estate Tax Expense | 461,158.83 |
| **Total for tax** | | **461,158.83** |
| **Adjusted Total for tax** | | **461,158.83** |
| uncontro | | |
| | CAM - Electric | 26,048.43 |
| | CAM - Storm Water | 0.00 |
| | CAM - Fire Protection Sprinkler | 133.50 |
| **Total for uncontro** | | **26,181.93** |
| **Adj .sted Total for uncontro** | | **26,181.93** |
| **Total Expenses** | | **774,948.98** |
| **Adjusted Total Expenses** | | **774,948.98** |

## Cross Creek Plaza

| | Tax Parcel | Amount |
|---|---|---|
| 1 | R122-029-000-182B-0000 | 276,096.60 |
| 2 | R122-029-000-182A-0000 | 177,735.11 |
| 3 | R122-029-000-0184-0000 | 7,321.28 |
| 4 | SI170037399 | 5.84 |
| | Tax Appeal Costs | - |
| | **Total RE Taxes** | **461,158.83** |

16394296-78887-1-1*2



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
ELECTRONIC SERVICE REQUESTED
www.BeaufortCountyTreasurer.com

USPG, INC.
NOV 18 2024
RECEIVED

# 2024 BEAUFORT COUNTY PROPERTY TAX BILL

**********AUTO**ALL FOR AADC 430
16394296 8706-PTN 78887 1 1 1



C/O US PROPERTIES GROUP INC ATTN LEGAL D
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

Have a question about...

Real property or mobile homes?
Call 843-255-2400 or Assessor@bcgov.net

Business property, Personal property, Homestead or Military exemption?
Call 843-258-5434 or BeaufortCountyAuditor@bcgov.net

Your payment?
Call 843-341-8404 or www.BeaufortCountyTreasurer.com

| Property ID (PIN) | | Alternate ID (AIN) |
|---|---|---|
| R122 029 000 182B 0000 | | 04463789 |
| **Description** | | **Property Class Code** |
| 328 ROBERT SMALLS PKWY, TRACT B C D PB40 P43 | | ComImp Trade CommunityShopCtr |
| **Acres** | **Assessment Ratio** | **Tax Authority Group** |
| 22.54 | 6.00% | 120-BEAUFORT CITY |

| Values And Prior Year Information | |
|---|---|
| Appraised Value | 15,613,300 |
| Capped Value | 15,037,745 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 902,260 |
| Prior Year Tax/Fees | 276,698.26 |

8706PPTN 10/17/24 2935 199 k perf 3.5

**Where Your Tax Dollars Go**

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05330 | 902,260 | 48,090.46 |
| COUNTY DEBT | 0.00320 | 902,260 | 2,887.23 |
| RURAL & CRITICAL LANDS | 0.00300 | 902,260 | 2,706.78 |
| SCHOOL - OPERATIONS | 0.12180 | 902,260 | 109,895.27 |
| SCHOOL - DEBT | 0.03630 | 902,260 | 32,752.04 |
| CITY OF BEAUFORT OPERATIONS | 0.06030 | 902,260 | 54,406.28 |
| CITY OF BEAUFORT DEBT | 0.01360 | 902,260 | 12,270.74 |
| Stormwater COUNTY FEE | | | 688.80 |
| Stormwater MUNICIPAL/DISTRICT FEE | | | 12,399.00 |
| TOTALS | 0.29150 | 902,260 | 276,096.60 |

| How Your Taxes Are Calculated | |
|---|---|
| Taxable Value | 902,260 |
| x Millage Rate | 0.29150 |
| Tax Amount | 263,008.80 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 13,087.80 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**TOTAL AMOUNT DUE: $276,096.60**
**DUE BY: January 15, 2025**






## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2024 | 04463789 | 0004463789 | R122 029 000 182B 0000 | 328 ROBERT SMALLS PKWY, City of Beaufort | $276,096.60 |

Owner as of January 1, 2024 USPG PORTFOLIO EIGHT LLC

Include on your check your Phone Number, PIN and RevObjID
Make your check payable to Beaufort County Treasurer

| | | | |
|---|---|---|---|
| PAYABLE NOW THRU | 01/15/2025 | | $276,096.60 |
| THEN PENALTIES APPLY... | | | |
| IF RECEIVED AFTER | 01/15/2025 | (3%) | $284,379.50 |
| IF RECEIVED AFTER | 02/03/2025 | (10%) | $303,706.26 |
| IF RECEIVED AFTER | 03/17/2025 | (15%) | $317,511.09 |
| IF RECEIVED AFTER | 03/31/2025 | ($250) | $317,761.09 |
| IF RECEIVED AFTER | 09/02/2025 | ($150) | $317,911.09 |

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

C/O US PROPERTIES GROUP INC ATTN LEGAL D
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

0004463789002760966000284379500030370626003175110900748

16394296-78888-1-1* 2



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
ELECTRONIC SERVICE REQUESTED
www.BeaufortCountyTreasurer.com

USPG, INC.
NOV 18 2024
RECEIVED

## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

**********AUTO**ALL FOR AADC 430
16394296 8706-PTN 78888 1 1 1



C/O US PROPERTIES GROUP LLC ATTN LEGAL D
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

Have a question about...
Real property or mobile homes?
Call 843-255-2400 or Assessor@bcgov.net

Business property, Personal property, Homestead or Military exemption?
Call 843-258-5434 or BeaufortCountyAuditor@bcgov.net

Your payment?
Call 843-341-8404 or www.BeaufortCountyTreasurer.com

8706PPTN 10/17/24 2935.199.k perf 3.5

| Property ID (PIN) | Alternate ID (AIN) |
|---|---|
| R122 029 000 182A 0000 | 04027582 |
| **Description** | **Property Class Code** |
| 332 ROBERT SMALLS PKWY, BELK STORE & BEST BU | ComImp Trade CommunityShopCtr |

| Acres | Assessment Ratio | Tax Authority Group |
|---|---|---|
| 10.14 | 6.00% | 120-BEAUFORT CITY |

| Values And Prior Year Information | |
|---|---|
| Appraised Value | 10,958,400 |
| Capped Value | 9,672,765 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 580,370 |
| Prior Year Tax/Fees | 177,935.69 |

### Where Your Tax Dollars Go

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05330 | 580,370 | 30,933.71 |
| COUNTY DEBT | 0.00320 | 580,370 | 1,857.18 |
| RURAL & CRITICAL LANDS | 0.00300 | 580,370 | 1,741.11 |
| SCHOOL - OPERATIONS | 0.12180 | 580,370 | 70,689.07 |
| SCHOOL - DEBT | 0.03630 | 580,370 | 21,067.43 |
| CITY OF BEAUFORT OPERATIONS | 0.06030 | 580,370 | 34,996.31 |
| CITY OF BEAUFORT DEBT | 0.01360 | 580,370 | 7,893.03 |
| Stormwater COUNTY FEE | | | 450.27 |
| Stormwater MUNICIPAL/DISTRICT FEE | | | 8,107.00 |
| TOTALS | 0.29150 | 580,370 | 177,735.11 |

### How Your Taxes Are Calculated

| | |
|---|---|
| Taxable Value | 580,370 |
| x Millage Rate | 0.29150 |
| Tax Amount | 169,177.84 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 8,557.27 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**TOTAL AMOUNT DUE: $177,735.11**
**DUE BY: January 15, 2025**







## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2024 | 04027582 | 0004027582 | R122 029 000 182A 0000 | 332 ROBERT SMALLS PKWY, City of Beaufort | $177,735.11 |

Owner as of January 1, 2024 USPG PORTFOLIO EIGHT LLC

Include on your check your Phone Number, PIN and RevObjID
Make your check payable to Beaufort County Treasurer

| | | | |
|---|---|---|---|
| PAYABLE NOW THRU | 01/15/2025 | | $177,735.11 |
| THEN PENALTIES APPLY... | | | |
| IF RECEIVED AFTER | 01/15/2025 | (3%) | $183,067.16 |
| IF RECEIVED AFTER | 02/03/2025 | (10%) | $195,508.62 |
| IF RECEIVED AFTER | 03/17/2025 | (15%) | $204,395.38 |
| IF RECEIVED AFTER | 03/31/2025 | ($250) | $204,645.38 |
| IF RECEIVED AFTER | 09/02/2025 | ($150) | $204,795.38 |

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

C/O US PROPERTIES GROUP LLC ATTN LEGAL D
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

00040275820017773511001830671600195508620020439538000742

16394296-78885-1-1* 2




USPG, INC.
NOV 1 8 2024
RECEIVED

## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

**Have a question about...**

**Real property or mobile homes?**
Call 843-255-2400 or Assessor@bcgov.net

**Business property, Personal property, Homestead or Military exemption?**
Call 843-255-5434 or BeaufortCountyAuditor@bcgov.net

**Your payment?**
Call 843-341-8404 or www.BeaufortCountyTreasurer.com

**********AUTO**ALL FOR AADC 430
16394296 8706-PTN 78885 1 1 1



ATTN: LEGAL DEPARTMENT
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

| Property ID (PIN) | Alternate ID (AIN) |
|---|---|
| R122 029 000 0184 0000 | 05118428 |

| Description | Property Class Code |
|---|---|
| 304 ROBERT SMALLS PKWY, OUTPARCEL B PB40 P43 | Comlmp Trade RetFood |

| Acres | Assessment Ratio | Tax Authority Group |
|---|---|---|
| 0.54 | 6.00% | 120-BEAUFORT CITY |

| Values And Prior Year Information | |
|---|---|
| Appraised Value | 450,100 |
| Capped Value | 398,935 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 23,940 |
| Prior Year Tax/Fees | 7,421.58 |

### Where Your Tax Dollars Go

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05330 | 23,940 | 1,276.00 |
| COUNTY DEBT | 0.00320 | 23,940 | 76.61 |
| RURAL & CRITICAL LANDS | 0.00300 | 23,940 | 71.82 |
| SCHOOL - OPERATIONS | 0.12180 | 23,940 | 2,915.89 |
| SCHOOL - DEBT | 0.03630 | 23,940 | 869.02 |
| CITY OF BEAUFORT OPERATIONS | 0.06030 | 23,940 | 1,443.58 |
| CITY OF BEAUFORT DEBT | 0.01360 | 23,940 | 325.58 |
| Stormwater COUNTY FEE | | | 17.78 |
| Stormwater MUNICIPAL/DISTRICT FEE | | | 325.00 |
| TOTALS | 0.29150 | 23,940 | 7,321.28 |

### How Your Taxes Are Calculated

| | |
|---|---|
| Taxable Value | 23,940 |
| x Millage Rate | 0.29150 |
| Tax Amount | 6,978.50 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 342.78 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

8706-PTN 10/17/24 2935 199, k perf 3.5

**TOTAL AMOUNT DUE: $7,321.28**
**DUE BY: January 15, 2025**






## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2024 | 05118428 | 0005118428 | R122 029 000 0184 0000 | 304 ROBERT SMALLS PKWY, City of Beaufort | $7,321.28 |

Owner as of January 1, 2024 USPG PORTFOLIO EIGHT LLC

Include on your check your Phone Number, PIN and RevObjID.
Make your check payable to Beaufort County Treasurer

| | | | |
|---|---|---|---|
| PAYABLE NOW THRU | 01/15/2025 | | $7,321.28 |
| THEN PENALTIES APPLY... | | | |
| IF RECEIVED AFTER | 01/15/2025 | (3%) | $7,540.92 |
| IF RECEIVED AFTER | 02/03/2025 | (10%) | $8,053.41 |
| IF RECEIVED AFTER | 03/17/2025 | (15%) | $8,419.47 |
| IF RECEIVED AFTER | 03/31/2025 | ($250) | $8,669.47 |
| IF RECEIVED AFTER | 09/02/2025 | ($150) | $8,819.47 |

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

ATTN: LEGAL DEPARTMENT
USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

000511842800007321280000754092000080534100008419470074 7

16394296-78894-1-1*2



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
ELECTRONIC SERVICE REQUESTED
www.BeaufortCountyTreasurer.com

USPG, INC.
NOV 18 2024
RECEIVED

# 2024 BEAUFORT COUNTY PROPERTY TAX BILL

**********AUTO**ALL FOR AADC 430
16394296 8706-PTN 78894 1 1 1



USPG PORTFOLIO EIGHT LLC
ATTN : LEGAL DEPT
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

Have a question about...

Real property or mobile homes?
Call 843-255-2400 or Assessor@bcgov.net

Business property, Personal property, Homestead or Military exemption?
Call 843-255-5434 or BeaufortCountyAuditor@bcgov.net

Your payment?
Call 843-341-8404 or www.BeaufortCountyTreasurer.com

| Property ID (PIN) | | Alternate ID (AIN) |
|---|---|---|
| SI170037399 | | 227607191 |
| Description | | Property Class Code |
| 330 ROBERT SMALLS PKWY Ste 24, SIGNS | | 020 Signs |
| Acres | Assessment Ratio | Tax Authority Group |
| 0.00 | 10.50% | 120-BEAUFORT CITY |

| Values And Prior Year Information | |
|---|---|
| Appraised Value | 200 |
| Capped Value | 200 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 20 |
| Prior Year Tax/Fees | 5.85 |

8706PFFE 10/03/24 2935, 199, k porl 3.5

## Where Your Tax Dollars Go

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05330 | 20 | 1.07 |
| COUNTY DEBT | 0.00320 | 20 | 0.06 |
| RURAL & CRITICAL LANDS | 0.00300 | 20 | 0.06 |
| SCHOOL - OPERATIONS | 0.12180 | 20 | 2.44 |
| SCHOOL - DEBT | 0.03630 | 20 | 0.73 |
| CITY OF BEAUFORT OPERATIONS | 0.06030 | 20 | 1.21 |
| CITY OF BEAUFORT DEBT | 0.01360 | 20 | 0.27 |
| TOTALS | 0.29150 | 20 | 5.84 |

## How Your Taxes Are Calculated

| | |
|---|---|
| Taxable Value | 20 |
| +10% Failure to List Penalty | 0 |
| | 20 |
| x Millage Rate | 0.29150 |
| Tax Amount | 5.84 |
| +25% Penalty for a False Return | 0.00 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 0.00 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**TOTAL AMOUNT DUE: $5.84**
**DUE BY: January 15, 2025**






## 2024 BEAUFORT COUNTY PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2024 | 227607191 | 0227607191 | SI170037399 | 330 ROBERT SMALLS PKWY Ste 24 | $5.84 |

Owner as of January 1, 2024 USPG PORTFOLIO EIGHT LLC

Include on your check your Phone Number, PIN, and RevObjID
Make your check payable to Beaufort County Treasurer

| | | | |
|---|---|---|---|
| PAYABLE NOW THRU | 01/15/2025 | | $5.84 |
| THEN PENALTIES APPLY... | | | |
| IF RECEIVED AFTER | 01/15/2025 | (3%) | $6.02 |
| IF RECEIVED AFTER | 02/03/2025 | (10%) | $6.42 |
| IF RECEIVED AFTER | 03/17/2025 | (15%) | $6.72 |
| IF RECEIVED AFTER | 03/31/2025 | ($250) | $256.72 |
| IF RECEIVED AFTER | 09/02/2025 | ($150) | $406.72 |

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

USPG PORTFOLIO EIGHT LLC
ATTN : LEGAL DEPT
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

02276071910000000584000000060200000006420000000067200742

## Cross Creek Plaza

| 2023-2024 | | | | 2024-2025 | | | |
|---|---|---|---|---|---|---|---|
| Property | Liability | Umbrella | Total | Property | Liability | Umbrella | Total |
| $ 47,583.73 | $ 10,117.79 | $ 1,977.08 | 59,678.60 | $ 72,820.70 | $ 10,932.64 | $ 2,069.86 | 85,823.20 |
| $ 20,046.37 | $ 3,774.84 | $ 737.63 | 24,558.85 | $ 30,261.47 | $ 4,078.27 | $ 772.13 | 35,111.87 |
| $ 1,201.24 | $ 61.64 | $ 12.05 | 1,274.93 | $ 1,833.33 | $ 63.50 | $ 12.02 | 1,908.85 |
| $ 60.59 | $ - | $ - | 60.59 | $ 89.69 | $ - | $ - | 89.69 |
| $ 68,891.93 | $ 13,954.27 | $ 2,726.76 | 85,572.97 | $ 105,005.19 | $ 15,074.41 | $ 2,854.01 | 122,933.61 |
| 12.00 | 12.00 | 12.00 | | 12.00 | 12.00 | 12.00 | |
| 5,740.99 | 1,162.86 | 227.23 | | 8,750.43 | 1,256.20 | 237.83 | |
| 2.00 | 2.00 | 2.00 | | 10.00 | 10.00 | 10.00 | |
| 11,481.98 | 2,325.72 | 454.46 | 14,262.16 | 87,504.30 | 12,562.00 | 2,378.30 | 102,444.60 |

| | 1/2024-2/2024 | 3/2024-12/2024 | Total |
|---|---|---|---|
| Property | 11,481.98 | 87,504.30 | 98,986.28 |
| NFIP | | | 2,374.00 |
| Liability | 2,325.72 | 12,562.00 | 14,887.72 |
| Umbrella | 454.46 | 2,378.30 | 2,832.76 |
| | | | $ 119,080.76 |



**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - "Belk" Building
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2023
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/23 to 03/01/24 | USC029753230 | Property Annual Premium | $47,583.73 |
| 03/01/23 to 03/01/24 | CMM133853R | General Liability Annual Premium | $10,117.79 |
| 03/01/23 to 03/01/24 | CMM133853R | Umbrella Annual Premium | $1,977.08 |
| | | Cross Creek Plaza - "Belk" Building<br>328-332B Robert Smalls Parkway<br>Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$59,678.60** |



**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - "Belk" Building
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2024
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/24 to 03/01/25 | USC029753240 | Property Annual Premium | $72,820.70 |
| 03/01/24 to 03/01/25 | CMM133853R | General Liability Annual Premium | $10,932.64 |
| 03/01/24 to 03/01/25 | CMM133853R | Umbrella Annual Premium | $2,069.86 |
| | | Cross Creek Plaza - "Belk" Building<br>328-332B Robert Smalls Parkway<br>Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$85,823.19** |




**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

**----------INVOICE----------**

Cross Creek Plaza - "TJMaxx" Building
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2023
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/23 to 03/01/24 | USC029753230 | Property Annual Premium | $20,046.37 |
| 03/01/23 to 03/01/24 | CMM133853R | General Liability Annual Premium | $3,774.84 |
| 03/01/23 to 03/01/24 | CMM133853R | Umbrella Annual Premium | $737.63 |
| | | Cross Creek Plaza - "TJMaxx" Building 320-330 Robert Smalls Parkway Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$24,558.85** |




**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - "TJMaxx" Building
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2024
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/24 to 03/01/25 | USC029753240 | Property Annual Premium | $30,261.47 |
| 03/01/24 to 03/01/25 | CMM133853R | General Liability Annual Premium | $4,078.27 |
| 03/01/24 to 03/01/25 | CMM133853R | Umbrella Annual Premium | $772.13 |
| | | Cross Creek Plaza - "TJMaxx" Building<br>320-330 Robert Smalls Parkway<br>Beaufort, SC 29906 | |
| | | Total Amount Due: | $35,111.87 |




**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - Brusters
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2023
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/23 to 03/01/24 | USC029753230 | Property Annual Premium | $1,201.24 |
| 03/01/23 to 03/01/24 | CMM133853R | General Liability Annual Premium | $61.64 |
| 03/01/23 to 03/01/24 | CMM133853R | Umbrella Annual Premium | $12.05 |
| | | Cross Creek Plaza - Brusters<br>304 Robert Smalls Parkway Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$1,274.93** |



**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - Brusters
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2024
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/24 to 03/01/25 | USC029753240 | Property Annual Premium | $1,833.33 |
| 03/01/24 to 03/01/25 | CMM133853R | General Liability Annual Premium | $63.50 |
| 03/01/24 to 03/01/25 | CMM133853R | Umbrella Annual Premium | $12.02 |
| | | Cross Creek Plaza - Brusters<br>304 Robert Smalls Parkway<br>Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$1,908.85** |



**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - ATM
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2023
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/23 to 03/01/24 | USC029753230 | Property Annual Premium<br><br>Cross Creek Plaza - ATM<br>304 Robert Smalls Parkway Beaufort, SC 29906 | $60.59 |
| | | **Total Amount Due:** | **$60.59** |



**Make check payable to:** Huntington Insurance, Inc.
**Lockbox:** L-3437
Columbus, OH 43260-0001

**FedEx and UPS Mail Overnight to:** 5555 Cleveland Ave.
GW2W10/L-3437
Columbus, OH 43231

## ----------INVOICE----------

Cross Creek Plaza - ATM
3665 Fishinger Blvd.
Hilliard, OH 43026

**Invoice Date:** 03/01/2024
**Client Code:** USPRO
**Bill-To Code:**

**Amount Remitted:** ____________________

*Please return this portion with your payment*

| Policy Period | Policy Number | Coverage Description | Transaction Amount |
|---|---|---|---|
| 03/01/24 to 03/01/25 | USC029753240 | Property Annual Premium | $89.69 |
| 03/01/24 to 03/01/25 | CMM133853R | General Liability Annual Premium | $0.00 |
| 03/01/24 to 03/01/25 | CMM133853R | Umbrella Annual Premium | $0.00 |
| | | Cross Creek Plaza - ATM<br>304 Robert Smalls Parkway<br>Beaufort, SC 29906 | |
| | | **Total Amount Due:** | **$89.69** |


Huntington Insurance Inc
440 POLARIS PARKWAY - SUITE 400
WESTERVILLE, OH 43082

USPG, INC.
MAY 0 7 2024
RECEIVED



Mail To :

0501 2090917YPC00 024 002421 004124 0017002 0/47 0250


USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BOULEVARD
ROBERT SMALLS PARKWAY
HILLIARD OH 43026-7558

Agent : HUNTINGTON INSURANCE INC
Huntington Insurance Inc
440 POLARIS PARKWAY - SUITE 400
WESTERVILLE, OH 43082
(330) 262-6611

**RENEWAL NOTICE**

Your flood insurance policy will expire 06/30/2024. Renewal premium is required to renew your policy.



**Policy Number :** SAF3000062568
**Policy Expiration Date :** 06/30/2024 12:01 am
**Loan Number :** N/A
**Notice Date :** 05/01/2024
**Payor :** Insured
**Insured Property Location :**
320 SUITE B, 322, 324 & 330 SUITE 21-25
ROBERT SMALLS PARKWAY
BEAUFORT, SC 29906

| Coverage Options | Coverage Amounts | | Deductibles | | Premium |
|---|---|---|---|---|---|
| | Building | Contents | Building | Contents | |
| A. Current coverage | 100,000.00 | N/A | 1,000.00 | N/A | 1,109.00 |
| B. Increased coverage[5] | 110,000 00 | N/A | 1,250.00 | N/A | 1,134.00 |

This renewal offer is being made on behalf of HOMESITE INSURANCE COMPANY

Follow the instructions below to pay your renewal premium online with a credit card or electronic check.

- Visit https://ssr.manageflood.com and select "Make a Payment".
- Enter your policy information and follow the instructions to select your payment type and available coverage amounts if applicable.
- You will immediately receive a copy of your renewal declarations page.

*See reverse of this notice for important additional information*

IF PAYING BY CHECK OR MONEY ORDER PLEASE DETACH HERE AND SEND THIS PORTION WITH YOUR PAYMENT.



**Insured Name :** Uspg Portfolio Eight, Llc
**Renewal Date :** 06/30/2024
**Policy No :** SAF3000062568
**Bill ID :** 29027397-236264865
**Select One:** (X) Option A $1,109 ( ) Option B $1,134

**Amount Enclosed:** $ 1109.00

**To pay by check or money order :**

- Make payment for the exact amount of the coverage option you selected.
- Full payment is required for the option selected.
- Write your policy number on your check or money order.
- Return this portion in the attached return envelope.

**Make check or money order payable to :**

HOMESITE INSURANCE COMPANY
PO BOX 912470
DENVER, CO 80291-2470

000029027397 000236264865 6



Wright National Flood Insurance Company
A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

WFL 99.023 0424
1387637
7/04/24

2000 11523 FLD RGLR

Policy Number
39 1150551915 14

Expiration Date
8/29/24 12:01 a.m. S.T.

Date of Notice
7/04/24

Agent (614)899-8500
HUNTINGTON INSURANCE INC
37 W BROAD ST # HP0700
COLUMBUS OH 43215-4132

USPG PORTFOLIO EIGHT LLC
3665 FISHINGER BLVD
HILLIARD OH 43026-7558

**RENEWAL NOTICE**
Your flood insurance policy is about to expire.
Renewal premium is required to renew your policy.

IMPORTANT: Your policy currently receives an Annual Increase Cap Discount.
If your policy lapses, you will lose the Annual Increase Cap Discount and your premium will be higher.
For more information about your discount, please contact your agent listed above.

**Payor: Insured**
NFIP Policy Number 1150551915

**Property Address:**
328-330 ROBERT SMALLS PKWY STE
332 ROBERT SMALLS PKWY
BEAUFORT, SC 29906-4237

Thank you for being a valued Wright Flood policyholder!

**Please make your renewal payment on or before the expiration date shown above.**
**See page 2 of this notice for important information regarding the impacts of a lapse in coverage.*

**Renewing your policy is easy.** Submit your payment to Wright Flood by credit card or electronic funds online through the website: https://www.myfloodpayment.com. If paying by check, see the instructions on the remittance coupon below.

**Your coverage options are provided below.** You may keep your current coverage amounts or adjust your coverage for additional protection. If you have questions about your coverage options or your flood policy, please contact your insurance agent.

Please indicate one of the following options when submitting your payment:

| Coverage Options | Coverages | | Deductibles | | Premium |
|---|---|---|---|---|---|
| | Building | Contents | Building | Contents | |
| A: CURRENT COVERAGE | $101,000 | $0 | $1,250 | N/A | $1,265.00 |
| B: INCREASED COVERAGE | $112,000 | N/A | $1,250 | N/A | $1,332.00 |

Please RETURN BOTTOM PORTION along with your payment to the mailing address below.

WRIGHT

Please WRITE POLICY NUMBER ON CHECK

Renewal Date: 8/29/24

And make payable to: **Wright National Flood Insurance Company**

Option A ☒ $1,265.00
Option B ☐ $1,332.00

**Insured:** USPG PORTFOLIO EIGHT LLC
**To be paid by:** Insured

P.O. Box 33070
St. Petersburg, FL 33733-8070

02000 11523 FLD* RGLR 391150551915 14 00126500 RE 0133200 1

07336813911505519152418602 0000E 07930



Insured