**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: 2/26/2025 at 10:30 a.m. (ET)**<br><br>**Re: Docket Nos. 1962, 1791, and 2013** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February 2025, a true and correct copy of Hybrid Promotions, LLC d/b/a Hybrid Apparel Air Waves, LLC's Joinder to Prestige Patio's Opposition to Debtor's Motion for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Claims for Pre-Closing Administrative Expense Claims against the Debtors; (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief Including Notice and Filing Procedures was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system including but not limited to:

    David S. Bloomfield, Esq.
    Daniel B. Butz, Esq.
    Robert J. Dehney, Esq.
    Andrew R. Remming, Esq.
    Sophie Rogers Churchill, Esq.
    Casey B. Sawyer, Esq.
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801

    Matthew R. Brock, Esq.
    Vincent Cahill, Esq.
    James McClammy, Esq.
    Jonah Peppiatt, Esq.
    Stephen D. Piraino, Esq.
    Bran M. Resnick, Esq.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Linda J. Casey, Esq.
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

                Respectfully submitted,

                THE WILLIAMS LAW FIRM, P.A.

Dated: February 20, 2025        By: */s/ John Legaré Williams*
                John Legaré Williams (Del. Bar. #4473)
                Brian Charles Crawford (Del. Bar. # 4941)
                1201 N. Orange Street, Suite 600
                Wilmington, DE 19801
                Tel: (302) 575-0873
                Fax: (302) 575-0925
                Email: John@TrustWilliams.com
                        Brian@TrustWilliams.com

                and

                MANATT, PHELPS & PHILLIPS, LLP
                Schuyler G. Carroll (pro hac vice pending)
                7 Times Square
                New York, NY 10036
                Tel: (212) 790-4500
                SCarroll@manatt.com

                *Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*