## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 20th day of February, 2025, I caused a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of F & F Investments, LLC, MFBG Port Huron, LLC, and NS Retail Holdings, LLC to Notice of Filing Fifth Post-Closing Designation Notice* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

| | |
|---|---|
| *Via Hand Delivery & E-mail*<br>Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Sophie Rogers Churchill<br>Casey B. Sawyer<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>E-mail: rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>*Counsel to the Debtors* | *Via First-Class Mail & E-mail*<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br><br>*Counsel to the Debtors* |
| *Via Hand Delivery & E-mail*<br>Steven E. Fox<br>Riemer Braunstein LLP<br>Times Square Tower, Suite 2506<br>Seven Times Square<br>New York, NY 10036<br>E-mail: sfox@riemerlaw.com)<br><br>*Counsel for Golden Brothers Retail Partners, LLC* | *Via Hand Delivery & E-mail*<br>Mark Felger<br>Simon E. Fraser<br>Cozen O'Connor<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>E-mail: mfelger@cozen.com<br>sfraser@cozen.com<br><br>*Counsel to Variety Wholesalers, Inc.* |

*Via Hand Delivery and E-mail*
Office of the United States Trustee
Attn: Linda J. Casey
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

*Office of the United States Trustee*

*Via First-Class Mail and E-mail*
Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY, 10017
Email: dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

*Counsel to the Creditors' Committee*

Dated: February 20, 2025
Wilmington, Delaware

*Via Hand Delivery and E-mail*
Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
snewman@coleschotz.com

*Counsel to the Creditors' Committee*

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 4716)
BALLARD SPAHR LLP