**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS, Inc., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Rachael L. Smiley, Esquire of Ferguson Braswell Fraser Kubasta PC to represent Steger Towne Crossing, LP in these cases.

Dated: February 21, 2025

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
monique.disabatino@saul.com

*Counsel for Steger Towne Crossing, LP*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, and the United States District and Bankruptcy Courts for the Northern, Southern, Eastern and Western Districts of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Rachael L. Smiley*
Rachael L. Smiley
**FERGUSON BRASWELL FRASER KUBASTA P.C.**
2500 Dallas Parkway, Suite 600
Plano, TX 75093
(972) 378-9111
rsmiley@fbfk.law

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.