# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby enter her appearance in the above-captioned chapter 11 case on behalf of Katie J. Jennings and Allen Jennings and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Jamie L. Edmonson
> **ROBINSON & COLE LLP**
> 1201 N. Market Street, Suite 1406
> Wilmington, Delaware 19801
> Telephone: (302) 516-1700
> Facsimile: (302) 516-1699
> Email: jedmonson@rc.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

19093310-v1

notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to contest the subject matter or personal jurisdiction of this Court; (ii) the right to seek abstention or withdraw of any matter arising in this proceeding; (iii) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (iv) the right to trial by jury in any proceeding related to, or triable in, this case or any cases, controversy or proceeding related hereto; (v) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (vi) the right to enforce any contractual provisions with respect to arbitration or (vii) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate to which Katie J. Jennings and Allen Jennings is or may be entitled to under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: February 21, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ROBINSON & COLE LLP**<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>1201 North Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Email: jedmonson@rc.com<br>Telephone: (302) 516-1700<br>Facsimile: (302) 516-1699 |