# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | Jointly Administered |
| | Hearing Date: March 25, 2025 at 10:00 a.m.<br>Objections Due: March 18, 2025 at 4:00 p.m. |

## NOTICE OF MOTION OF KATIE J. JENNINGS AND ALLEN JENNINGS FOR RELIEF FROM THE AUTOMATIC STAY

**TO: THE PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that on February 21, 2025, Katie J. Jennings and Allen Jennings, by and through their undersigned counsel, filed a Motion for Relief from the Automatic Stay (the "Motion") which seeks relief from the automatic stay to pursue a personal injury claim pending in California.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 25, 2025 at 10:00 a.m. ET** before the Honorable J. Kate Stickles, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that you are required to file a response (and any supporting documentation required by Local Rule 4001-1(e)).  At the same time, you must serve a copy of the response upon Movant's counsel at the address listed below.

**PLEASE TAKE FURTHER NOTICE** that any response must be filed and served to on or before **March 18, 2025 at 4:00 p.m. ET**.  Failure to timely file a response may result in an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to the relevant facts.

Dated: February 21, 2025  
Wilmington, Delaware

**ROBINSON & COLE LLP**

/s/ *Jamie L. Edmonson*  
Jamie L. Edmonson (No. 4247)  
1201 N. Market Street, Suite 1406  
Wilmington, Delaware 19801  
Tel: (302) 516-1700  
Fax: (302) 516-1699  
Email: jedmonson@rc.com

*Counsel to Katie J. Jennings and Allen Jennings*