IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered<br><br>Hearing Date: March 25, 2025 at 10:00 a.m.<br>Objections Due: March 18, 2025 at 4:00 p.m. |

### ORDER GRANTING MOTION OF KATIE J. JENNINGS AND ALLEN JENNINGS FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the above-reference motion (the "Motion"); it being determined that the Motion is subject to the jurisdiction of this Court under 28 U.S.C. § 1334 and is a core proceeding within the meaning of 28 U.S.C. § 157; and having found that notice of the Motion was adequate and no other and further notice is required; and having found that cause exists for granting Katie J. Jennings and Allen Jennings (the "Movants") relief from the automatic stay; and after a hearing; it is now hereby ORDERED that:

1. The Motion is GRANTED.

2. Movants are granted relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. §362(d) for cause shown and are permitted to continue any settlement discussions culminating in a settlement and/or to continue, commence and/or prosecute a cause of action,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

including, without limitation, the State Court Action as defined in the Motion, to recover on their claims in any court of appropriate jurisdiction, including any subsequent appeals.

       3.       Nothing herein shall limit Movants' ability to recover against any non-Debtor.